

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0802-301131
BILL AMOUNT          $30.00                         INVOICE #  804400

To:    ResCap                       TC Number:        727450
       1100 Virginia Drive          Invoice Date:     09/14/2012
       Fort Washington, PA 19034    Invoice No.       804400
                                    Period ending:    06/30/2012


Case Management Number        LD  0R0802-301131


                                       Current Invoice
Code Task                          Hours          Fees

L120 Analysis/Strategy             0.10      $    30.00

                        =================================
                TOTAL FEES         0.10      $    30.00

                TOTAL FEES DUE               $    30.00
         TOTAL DISBURSEMENTS DUE             $     0.00
         TOTAL DUE THIS INVOICE              $    30.00



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301133

INVOICE #  804401

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301133   TC Number: 703916

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review and research loan documentation issues to comply with AG metrics | L110 | ASI | 1.20 | 249.00 | 298.80 |

FEES                                    $298.80

AMOUNT DUE THIS BILL              $298.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301133

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | 1.20 | 298.80 |
| Total | | | 1.20 | 298.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301133
BILL AMOUNT          $298.80                              INVOICE #  804401

To:    ResCap                        TC Number:        703916
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804401
                                     Period ending:    06/30/2012

Case Management Number      LD  0R0802-301133

                                          Current Invoice
Code Task                                Hours          Fees

L110 Fact Investigation/Development       1.20    $    298.80

                            ===================================
                    TOTAL FEES            1.20    $    298.80

                    TOTAL FEES DUE                $    298.80
              TOTAL DISBURSEMENTS DUE             $      0.00
              TOTAL DUE THIS INVOICE              $    298.80



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0802-301134
Fort Washington, PA 19034

                                                               INVOICE #  804402

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301134   TC Number: 728178

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Work in GMAC Legal Suite; continue to review and revise two case managers' bankruptcy spreadsheets; discuss various cases with case managers for general strategy and how to handle bankruptcy issues; review and analyze bankruptcy impact on Cooper matter; review emails from Ohio counsel regarding Jordan/McIntyre Cleveland Housing Court Cases | L190 | CWH | 6.80 | 330.00 | 2,244.00 |
| 06/05/12 | Work in GMAC legal suite; learn to use Team Connect and use same to review case managers' cases; work with case manager on her bankruptcy-related questions/cases; discuss Downing file with case manager where US Trustee is seeking sale of property; conference call with outside counsel and case manager on Carroll matter; attend meeting with other attorneys to discuss bankruptcy updates; discuss various suits with case managers to determine strategy; | L190 | CWH | 3.90 | 330.00 | 1,287.00 |
| 06/06/12 | Work in GMAC legal suite; re-review case manager's case analysis and discuss same with her; review new file bankruptcy list for in-house counsel and make edits to same; discuss City of Cleveland and litigation issues for Deutsche Bank with case manager; discussions with outside counsel regarding various cases | L110 | CWH | 8.10 | 330.00 | 2,673.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Discussion with K.case manager regarding her leave of absence and her caseload in Georgia and Alabama; make additional revisions to bankruptcy chart for all new files since May 16th; exchange e-mails with in-house counsel regarding coverage for case manager during her leave; phone call with Ohio counsel regarding Richner matter | L110 | CWH | 2.10 | 330.00 | 693.00 |
| 06/08/12 | Discuss bankruptcy issues with Troutman Sanders; review draft of notice of bankruptcy and reservation of rights for appeals | L110 | CWH | .60 | 330.00 | 198.00 |
| 06/10/12 | Review and analyze case manager's Georgia cases in preparation for coverage of same and discussion next day with Troutman Sanders; review and analyze case manager's Alabama cases to assist in management of those cases; review categories and status updates of cae manager's files | L110 | CWH | 2.50 | 330.00 | 825.00 |
| 06/11/12 | Continue to review and analyze case manager's Georgia cases in preparation for handling same and discussion with Troutman Sanders; phone conference with Troutman Sanders regarding all of their GMAC files; continue to review and analyze case manager's Alabama cases to assist in  management of those cases; review status updates of case manager's files; review and revise list of GMAC files which have employee defendants; email discussion with others about | L110 | CWH | 9.20 | 330.00 | 3,036.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | whether particular suit should go to trial; review cases with case managers that are receiving trial readiness notices; review and analyze many memos and briefs from Troutman Sanders for case manager's Georgia files; meetings with in-house counsel and others regarding impact of bankruptcy on individual employee defendants on suits; discussions with in-house counsel regarding case managers' performance; several discussions with one case manager about case manager's cases | | | | | |
| 06/12/12 | Continue to review and analyze case manager's Georgia cases; exchange multiple emails with outside counsel on Georgia files to request case status, discuss bankruptcy and to confirm captions are correct; discussion with outside counsel regarding continuing issues with Deutsche Bank agreement for the City of Cleveland; discussions with case managers regarding individual cases; update Team Connect for various Georgia matters; review and analyze Tornheim matter where investor is demanding repurchase from GMAC | L110 | CWH | 9.30 | 330.00 | 3,069.00 |
| 06/13/12 | Work in GMAC Legal Suite; exchange multiple emails with outside counsel on Georgia files to determine case status and strategy; exchange e-mails with outside counsel regarding ability to close out the Mainstreet/McLauren file; continue to review and analyze Georgia cases; exchange e-mails with counsel in | L110 | CWH | 9.60 | 330.00 | 3,168.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

OR0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Neeb case regarding a loan modification; assist in-house counsel with case captions for BABC files in Alabama; attend conference call with Knuckles firm to review their cases for GMAC; exchange e-mails with outside counsel regarding Raymond matter and bankruptcy issues and advise Troutman Sanders of same; exchange e-mails with counsel in Kraft matter about pending eviction and next steps in case following appeal; review and analyze Lano matter and email in-house counsel regarding  settlement of same | | | | | |
| 06/14/12 | Continue to exchange e-mails with with Troutman Sanders and other outside counsel regarding status and strategy on Georgia cases; update Team Connect with correct case captions and monthly status reports for Georgia cases; exchange e-mails with case manager on handling of suit where buyer wants MERS authorizations; review and analyze trial readiness memos for two client managers' case; review and analyze case manager's newly assigned cases; review and analyze the recent appellate decision regarding Rule 60 motions in Ohio (Thorne matter) and draft follow-up questions to counsel | L110 | CWH | 3.50 | 330.00 | 1,155.00 |
| 06/15/12 | Review and revise Troutman Sanders' answer in Roberts matter and exchange e-mails with outside counsel regarding strategy in case  and bankruptcy issues; exchange e-mails with in-house counsel about how to handle TILA case in | L190 | CWH | 2.90 | 330.00 | 957.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Florida; exchange e-mails with outside counsel regarding the City of Ohio's agreement with Deutsche Bank; follow-up with outside counsel on any other outstanding issues with the  agreement with City of Ohio; review and analyze new assignments to case managers; attend conference call with case manager, outside counsel, and GMAC's witness to prepare for upcoming trial; phone call with outside counsel on City of Cleveland agreement issues· | | | | | |
| 06/18/12 | Review and analyze pleadings and emails from counsel regarding the Thorne matter in Ohio, which is on appeal; review and analyze 6/15/12 new interim order from bankruptcy court, review internal summary emails regarding same, and determine how it will impact litigation files for GMAC; review complaint in Valdez matter in Georgia and review GMAC's records regarding the plaintiff's property; also review PACER for Valdez's bankruptcy history; discussion with case manager about how fact packages are retrieved; exchange several emails with Troutman Sanders regarding Georgia files; phone call with case manager regarding whether to file notice of bankruptcy in a GMAC / MERS suit and need to discuss Lano file with outside counsel; review and revise work aid for bankruptcy and confer with case in-house counsel on same; update additional cases for Georgia into Team Connect for monthly status reports; review new cases | L110 | CWH | 5.90 | 330.00 | 1,947.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | assigned to case managers; exchange e-mails with case manager about new file and defenses | | | | | |
| 06/19/12 | Complete Georgiastatus updates into Team Connect; review pleadings in Nix matter; send follow-up emails to title counsel in Nix file; advisory phone calls with case manager regarding various files; exchange e-mails with Troutman Sanders regarding Order 391 from the SDNY and its import, ask for their cases with pending settlements and to identify which cases are partially stayed; exchange e-mails with Troutman Sanders regarding various Georgia files; review Troutman advisory memo and newly filed motion for summary judgment in Nix matter; review and revise agreement with City of Cleveland for Deutsche Bank REO loans; review Thorne appeal and emails from in-house counsell and counsel; exchange e-mails with Fite Duncan regarding the Lantz matter; exchange e-mails with Litigation Request Inbox regarding status of A.Williams' loan modification review; review Sumerhill case with case manager; correspond with several internal people regarding City of Cleveland and the agreement on behalf of Deutsche Bank; exchange e-mails with Knuckles firm regarding Reilly matter; exchange e-mails with in-house counsel and case manager regarding Paglio trial; review various issues and advise outside counsel which cases are stayed and which are not | L110 | CWH | 4.70 | 330.00 | 1,551.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Phone call with in-house counsel regarding various bankruptcy issues; review case managers' newly assigned files; exchange multiple emails with case manager and others regarding City of Cleveland agreement and compliance with same; discuss Thorne (Ohio) case with in-house counsel and general bankruptcy issues; conference call with case manager and counsel in Maryland bankruptcy matter to discuss settlement and the trustee's document request; attend bi-monthly call regarding bankruptcy updates and case strategy; exchange e-mails with all counsel regarding Georgia file; conference call with all counsel for Nix matter; prepare for and attend conference call with counsel in Neeb matter to discuss strategy and impact of bankruptcy; exchange emails with Troutman Sanders regarding several cases; exchange e-mails with in-house counsel about repurchases; update Team Connect for Georgia files to show stayed or not-stayed matters, also assist in-house counsel with files for same project; calls and emails with Severson regarding Olson's CFPB response and exchange e-mails with internal contacts regarding same | L110 | CWH | 7.40 | 330.00 | 2,442.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Exchange several emails with Severson regarding Olson case, the CFBP response and borrower's complaint to local congressman; exchange e-mails with Severson regarding Mills case and loan modification, also contact loss mitigation regarding same; review and analyze absent case manager's files and note which are active and which are stayed; close two Georgia files, which were both dismissed; review and handle various emails on two case manager's files in their absence; update GMAC's records regarding debtor entities in closed files; review Alessi trial readiness documents; review and analyze emails regarding Sharpe file and application of the bankruptcy stay | L110 | CWH | 3.30 | 330.00 | 1,089.00 |
| 06/22/12 | Exchange several emails with Severson and other counsel regarding old cases to confirm that captions and debtor entities are properly identified; exchange e-mails regarding the Olson case, the CFBP response and borrower's complaint to local congressman; handle various emails on absent case manager's files; exchange several emails with counsel and case manager regarding City of Cleveland; assist other in-house counsel in updating information for files that are closed; phone call with case manager to discuss how to identify closed cases and entities named only "GMAC" | L110 | CWH | 3.10 | 330.00 | 1,023.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/24/12 | Review several emails and documents regarding litigation file  and borrower's claims regarding HAMP and congressional complaints; review status of case manager's files to determine which are stayed and which are active; exchange e-mails with several outside counsel including those in Frick, Mangan, Eastbay Rentals, Solano, Avila, and Arevalo-Amaya; update bankruptcy information for case manager's files per Morrison Foerster's request | L110 | CWH | 4.20 | 330.00 | 1,386.00 |
| 06/25/12 | Update Georgia files to reflect current bankruptcy information; discussions with case manager regarding Osgood matter, which is set for trial and Tornheim repurchase demand issues; review counselÆs pre-trial memoranda and pleadings to prepare for July 18th trial date; review pooling and service agreement for Tornheim demand issues; attend conference call with Morrison Foerster to discuss various motions in the bankruptcy court for relief from stay; update Team Connect with current status of Nix matter; review prior settlement letter from counsel in Nix and exchange emails with them re settlement; get details on settlement and completion of same; exchange e-mails about borrower's request for fee amount in Paterakis; exchange several emails with counsel in Eastbay Rentals matter in California regarding the settlement; exchange e-mails with ETS re the Eastbay Rentals' borrower's (James) foreclosure | L110 | CWH | 10.40 | 330.00 | 3,432.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
ResCap                                                                SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | sale and request information; conference call with outside counsel in Walls regarding the pending request for cert review on appeal; two conference calls with outside counsel on Neeb matter to discuss strategy; discussions with case managers about how to interpret Order 391 and which cases may require a notice of bankruptcy; review and analyze counsel's advisory memo on Owens/Barnes matter and email them with questions; exchange e-mails with counsel in Kraft matter about the appeal hearing and bankruptcy issues; review and analyze pro se complaint counsel's motion to dismiss for Willis matter in Georgia; exchange e-mails with Troutman regarding same and fact that borrower is also in bankruptcy; exchange e-mails with in-house counsel on status of Simms matter; phone call with counsel in Chapman matter to discuss issues on appeal and timeframe for resolution; email counsel in Madzimoyo file; follow-up on status of property in Sanders matter; email counsel and REO Dept. re status of Browder property; exchange e-mails with outside counsel about borrower Raymond and their bankruptcy file | | | | | |
| 06/26/12 | Work in GMAC legal suite; continue updating Georgia files to reflect current bankruptcy information; review case manager's files for bankruptcy status and continue to contact outside counsel on her files for status and | L110 | CWH | 9.30 | 330.00 | 3,069.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

points of contact; review and analyze
pleadings and pretrial case analysis in
Osgood matter; attend pre-trial call
with Osgood counsel and GMAC attorneys;
exchange e-mails with. outside counsel
regarding strategy; discussion with case
manager about Paglio trial and trial
preparation call with counsel on same;
attend in-house conference call with
attorneys to discuss new case
procedures; review all new files
assigned to case managers; exchange
e-mails with mediation team and counsel
at Severson about Mills borrower;
exchange several emails with counsel for
absent case manager's closed matters to
update bankruptcy information, per
Morrison Foerster's request; exchange
e-mails with in-house counsel regarding
Puckett matter; exchange e-mails
regarding merits of Ohio matter;
exchange e-mails with REO Dept. about
Browder matter; exchange e-mails with
counsel for Eastbay Rentals matter with
various updates; exchange e-mails with
ETS regarding rescission of a notice of
default; exchange e-mails with counsel
for Garavito; attend pre-trial
conference call for Paglio matter with
outside counsel and GMAC's witness;
exchange e-mails with outside counsel in
Kraft matter regarding upcoming
appellate hearing; exchange e-mails with
Troutman regarding several files;
exchange e-mails with Litigation Request
Inbox regarding Owens/Barnes matter;
exchange e-mails with Severson regarding



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Mills matter; review emails from outside counsel regarding ongoing issues with City of Cleveland and how REO properties are managed and named; email in-house counsel regarding same REO issues; follow-up with counsel in Reilly matter on various claims; review and analyze pleadings and borrower's congressional complaints from Olson matter | | | | | |
| 06/27/12 | Work in GMAC legal suite; exchange several emails with outside counsel and complete Excel spreadsheet with information about litigation for Morrison Foerster's use in the bankruptcy, also coordinate outside counsel's responses to same; exchange e-mails with Severson regarding Mangnan case; exchange e-mails with counsel regarding Olson matter and loan history; review and analyze Severson's status updates on case manager's California files and update tracking spreadsheet, also send comments back to firm on issues identified; exchange e-mails with loss mitigation and counsel regarding loan history; exchange e-mails with counsel in Manuel matter; discuss matter with counsel and in-house counsel; review and approve notice regarding Order 391and discuss same with in-house counsel; review and analyze pooling and servicing agreement in Torheim matter; exchange e-mails re response to borrower Olson&s HAMP complaint; exchange e-mails with Troutman Sanders regarding Sommers/Nutter file and discuss status | L190 | CWH | 11.30 | 330.00 | 3,729.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | of litigation; exchange e-mails with counsel in Willis matter; review and revise form notice for counsel to use regarding Order 391 and discuss same with in-house counsel; exchange e-mails with ETS and Severson on Burton matter | | | | | |
| 06/28/12 | Work in GMAC Legal Suite; conduct in-person group meeting with 4 case managers to discuss status of their files; meeting/discussion with case manager about the Young matter in NJ; call with outside counsel who is at the Paglio bench trial today to discuss borrower's request to continue; exchange e-mails with outside counsel about Paez matter settlement conference ; review case analysis for Brown matter and discuss ancillary suit with case manager; review and revise notice regarding interim bankruptcy notice and stay/relief in cases and circulate to GMAC attorneys for review; exchange e-mails with in-house counsel on handling of Burton matter; exchange e-mails in REO and Severson regarding Yee matter which is on appeal; exchange e-mails with counsel on Morgan matter; review and revise draft answer for remaining defendants in Morgan matter; exchange e-mails with loss mitigation and counsel regarding Thaqi matter and borrower's requests for a loan mod; review potential settlement matters with case manager | L110 | CWH | 9.10 | 330.00 | 3,003.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Exchange e-mails with outside counsel about Nutter file; review all cases newly assigned to case managers; draft email to counsel re Morgan draft answer; exchange e-mails with loss mitigation regarding Avila matter; exchange e-mails with outside counsel about Wheeler matter; exchange e-mails with outside counsel about Roberts borrower; discussions with in-house counsel about general use of the new interim order and which claims are stayed or not; review and analyze two pending settlements; email counsel to request details of Frick case; review and analyze Lantz matte; exchange several emails with Severson and REO regarding St. John's voluntary vacation of the property; exchange e-mails regarding proposed response to complaint regarding Olson; discussion with case manager about third-party's attempt to depose GMAC representative in defense of suit which no longer involves GMAC; exchange e-mails with counsel in Arevalo-Amaya regarding judge's dismissal of foreclosure without prejudice; exchange e-mails with counsel on Mangan matter | L110 | CWH | 3.50 | 330.00 | 1,155.00 |

FEES                                                     $43,131.00

### DESCRIPTION OF DISBURSEMENTS



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/11/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON 6/4/12 - 6/8/12 Bank ID: GENR Check Number: 94770 | 594.93 |
| 06/26/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 6/10/12 - 6/113/12 Bank ID: GENR Check Number: 95501 | 647.10 |
| 06/11/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON 6/4/12 - 6/8/12 RENTAL CAR Bank ID: GENR Check Number: 94770 | 378.03 |
| 06/11/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON 6/4/12 - 6/8/12 HOTEL Bank ID: GENR Check Number: 94770 | 429.84 |
| 06/11/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON 6/4/12 - 6/8/12 PARKING, ROAD TOLLS Bank ID: GENR Check Number: 94770 | 60.00 |
| 06/26/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 6/10/12 - 6/113/12 HOTEL Bank ID: GENR Check Number: 95501 | 871.56 |
| 06/26/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 6/10/12 - 6/113/12 PARKING Bank ID: GENR Check Number: 95501 | 40.00 |
| 06/11/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON 6/4/12 - 6/8/12 Bank ID: GENR Check Number: 94770 | 92.80 |
| 06/26/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 6/10/12 - 6/113/12 Bank ID: GENR Check Number: 95501 | 40.31 |
| 06/26/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 6/10/12 - 6/113/12 Bank ID: GENR Check Number: 95501 | 35.26 |
| 06/26/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 6/10/12 - 6/113/12 Bank ID: GENR Check Number: 95501 | 37.17 |

COSTS                                                    $3,227.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     16
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $46,358.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
SEPTEMBER 14, 2012

0R0802-301134

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 130.70 | 43,131.00 |
| Total | | | 130.70 | 43,131.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0802-301134
BILL AMOUNT        $46,358.00                             INVOICE #  804402

To:    ResCap                        TC Number:          728178
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804402
                                     Period ending:      06/30/2012

Case Management Number    LD  0R0802-301134

                                          Current Invoice
Code Task                            Hours         Fees

L110 Fact Investigation/Development  105.80    $ 34,914.00
L190 Other Case Assessment, Develop't/Admin  24.90  $  8,217.00

                          ==================================
                 TOTAL FEES  130.70    $ 43,131.00

                 TOTAL FEES DUE          $ 43,131.00
         TOTAL DISBURSEMENTS DUE         $  3,227.00
         TOTAL DUE THIS INVOICE          $ 46,358.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301136

INVOICE #  804403

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301136   TC Number: 724484

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Correspondence with J.Alderman regarding upcoming deposition and forward same to client. | L120 | DBO | .50 | 345.00 | 172.50 |
| 06/11/12 | Correspondence with client regarding upcoming deposition and forwarded notices of deposition. | L120 | DBO | .20 | 345.00 | 69.00 |
| 06/19/12 | Prepared for and attended deposition preparation for upcoming deposition. | L120 | DBO | 2.10 | 345.00 | 724.50 |
| 06/19/12 | Prepared correspondence to client attaching documents and materials to prepare for deposition. | L120 | DBO | .70 | 345.00 | 241.50 |
| 06/22/12 | Prepared for and attended deposition preparation of  client representative regarding issues surrounding insurance. | L120 | DBO | 1.40 | 345.00 | 483.00 |
| 06/27/12 | Correspondence regarding upcoming deposition, prepare for upcoming deposition by preparing status order and production of documents | L120 | DBO | .70 | 345.00 | 241.50 |
| 06/27/12 | Prepare  documents for production and organizing for deposition | L120 | ERP | .40 | 150.00 | 60.00 |
| 06/28/12 | Plan and prepare for deposition preparation of client representative by reviewing all documents produced and meet and prepare client representative for upcoming deposition | L120 | DBO | 7.40 | 345.00 | 2,553.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Prepared client representative for upcoming deposition and defended deposition of client representative | L120 | DBO | 7.70 | 345.00 | 2,656.50 |
| | FEES | | | | | $7,201.50 |
| 06/19/12 | Copy Charges | | | | 0.00 | |
| 06/19/12 | Copy Charges | | | | 0.00 | |
| 06/19/12 | Copy Charges | | | | 0.00 | |
| 06/19/12 | Copy Charges | | | | 0.00 | |
| 06/19/12 | Copy Charges | | | | 0.00 | |
| 06/19/12 | Express Mail/Fedex | | | | 0.00 | |
| 06/19/12 | Express Mail/Fedex | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $7,201.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0802-301136

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Brian O'Dell | Partner | 345.00 | 20.70 | 7,141.50 |
| Emily R. Powell | Paralegal | 150.00 | .40 | 60.00 |
| Total | | | 21.10 | 7,201.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0802-301136
BILL AMOUNT        $7,201.50                     INVOICE #  804403

To:    ResCap                    TC Number:        724484
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804403
                                 Period ending:    06/30/2012

Case Management Number      LD  0R0802-301136


                                        Current Invoice
Code Task                              Hours            Fees

L120 Analysis/Strategy                 21.10    $  7,201.50

                        ==================================
                 TOTAL FEES            21.10    $  7,201.50

                    TOTAL FEES DUE              $  7,201.50
              TOTAL DISBURSEMENTS DUE           $      0.00
              TOTAL DUE THIS INVOICE            $  7,201.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
1100 Virginia Drive                                          0R0802-301137
Fort Washington, PA 19034

                                                             INVOICE #  804404

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301137  TC Number: 728322

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | June 2012 status update for client | L120 | phn | .20 | 200.00 | 40.00 |
| 06/18/12 | Review state court pleadings for service information and for possible removal to federal court | L210 | GWG | .30 | 263.00 | 78.90 |
| 06/18/12 | Draft general denial | L210 | phn | .50 | 200.00 | 100.00 |
| 06/18/12 | Email exchange with client ordering files related to possible removal | L120 | phn | .40 | 200.00 | 80.00 |
| 06/18/12 | Analyzing possible removal and reviewing amount in controversy | L120 | phn | .60 | 200.00 | 120.00 |
| 06/19/12 | Analysis of bankruptcy order and effect of relief from stay | L120 | phn | .20 | 200.00 | 40.00 |

                              FEES                                   $458.90


                    DESCRIPTION OF DISBURSEMENTS

      06/18/12  Copy Charges                                    0.00
      06/05/12  Court Costs - Pleadings - WEST GROUP MT COURT   183.63
                FEES
                Bank ID: GENR Check Number: 94305

                              COSTS                              $183.63



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        2
SEPTEMBER 14, 2012

0R0802-301137

FED ID NO. 63-0243316

                AMOUNT DUE THIS BILL                    $642.53

        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        3
SEPTEMBER 14, 2012

0R0802-301137

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | .30 | 78.90 |
| Preston H. Neel | Associate | 200.00 | 1.90 | 380.00 |
| Total | | | 2.20 | 458.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0802-301137
BILL AMOUNT        $642.53                       INVOICE #  804404

To:    ResCap                    TC Number:        728322
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034  Invoice No.       804404
                                  Period ending:    06/30/2012

Case Management Number        LD  0R0802-301137

|  |  | Current Invoice | | |
| Code | Task | Hours | | Fees |
| L120 | Analysis/Strategy | 1.40 | $ | 280.00 |
| L210 | Pleadings | 0.80 | $ | 178.90 |
| | TOTAL FEES | 2.20 | $ | 458.90 |

| | | | |
| TOTAL FEES DUE | $ | 458.90 |
| TOTAL DISBURSEMENTS DUE | $ | 183.63 |
| TOTAL DUE THIS INVOICE | $ | 642.53 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0802-301138
Fort Washington, PA 19034

                                                               INVOICE #  804405

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301138  TC Number: 728471

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review of TRO apparently not filed and advised to disburse funds | L120 | DBO | .40 | 345.00 | 138.00 |
| 06/06/12 | Retrieve and initial review of docket to check status of TRO | L120 | ERP | .20 | 150.00 | 30.00 |
| 06/06/12 | Receipt and review of application for TRO and status conference call | B250 | CJA | 1.70 | 210.00 | 357.00 |
| 06/12/12 | Review of pleading and conferred with client representative regarding same | B250 | CJA | .60 | 210.00 | 126.00 |
| 06/14/12 | Review of application for TRO and conferred with borrower's counsel regarding same | B250 | CJA | 1.20 | 210.00 | 252.00 |
| 06/18/12 | Telephone call to R.Pitts regarding TRO | B250 | CJA | .10 | 210.00 | 21.00 |
| 06/19/12 | Review and update tracking chart regarding TRO matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 06/20/12 | Telephone call to R.Pitts regarding TRO | B250 | CJA | .10 | 210.00 | 21.00 |
| 06/21/12 | Receipt and review of TRO and conferred with client regarding need for local counsel to attend hearing | B250 | CJA | .40 | 210.00 | 84.00 |
| 06/21/12 | Initial review of TRO received from client and update tracking chart regarding current status | L120 | ERP | .30 | 150.00 | 45.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Email client to obtain contact information for borrower | L110 | JCCO | .10 | 195.00 | 19.50 |
| 06/27/12 | Review and update status on tracking report regarding status GMAC Matter | L120 | ERP | .30 | 150.00 | (45.00) |
| 06/27/12 | Telephone call to R.Pitts regarding TRO | B250 | CJA | .10 | 210.00 | 21.00 |
| 06/27/12 | Conferred with client regarding postponement of sale | B250 | CJA | .30 | 210.00 | 63.00 |
| 06/27/12 | Review and update status on tracking report regarding GMAC TRO Matter | L120 | ERP | .30 | 150.00 | 45.00 |
| 06/27/12 | Retrieve and review docket for Powderly v. GMAC matter regarding attorney information for Plaintiff | L120 | ERP | .20 | 150.00 | 30.00 |
| 06/27/12 | Communication with court requesting all pleadings for review regarding the Powderly v. GMAC matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 06/28/12 | Review and update tracking chart regarding TRO matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 06/28/12 | Call lawyer for TRO party and inform him of need for more documentation and also of new sale date | C400 | JCCO | .80 | 195.00 | 156.00 |
| 06/29/12 | Receipt and review of TRO application | B250 | CJA | .20 | 210.00 | 42.00 |
| 06/29/12 | Telephone calls with borrower's counsel regarding postponement of hearing and loan modification specifics | B250 | CJA | 2.20 | 210.00 | 462.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0802-301138

FED ID NO. 63-0243316

FEES                                     $1,957.50


AMOUNT DUE THIS BILL                     $1,957.50


***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0R0802-301138

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Brian O'Dell | Partner | 345.00 | .40 | 138.00 |
| Emily R. Powell | Paralegal | 150.00 | 1.30 | 195.00 |
| C. Jason Avery | Associate | 210.00 | 6.90 | 1,449.00 |
| Jonathan Cobb | Associate | 195.00 | .90 | 175.50 |
| Total | | | 9.50 | 1,957.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                   0R0802-301138
BILL AMOUNT        $1,957.50                        INVOICE #  804405

To:    ResCap                      TC Number:        728471
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804405
                                   Period ending:    06/30/2012

Case Management Number     LD  0R0802-301138

|      |                              | Current Invoice |   |          |
| Code | Task                         | Hours |   | Fees     |
|------|------------------------------|-------|---|----------|
| B250 | Real Estate                  | 6.90  | $ | 1,449.00 |
| C400 | Third Party Communication    | 0.80  | $ | 156.00   |
| L110 | Fact Investigation/Development | 0.10 | $ | 19.50    |
| L120 | Analysis/Strategy            | 1.70  | $ | 333.00   |

========================================

|                   | TOTAL FEES | 9.50 | $ | 1,957.50 |
|-------------------|------------|------|---|----------|
| TOTAL FEES DUE    |            |      | $ | 1,957.50 |
| TOTAL DISBURSEMENTS DUE |      |      | $ | 0.00     |
| TOTAL DUE THIS INVOICE  |      |      | $ | 1,957.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301142

INVOICE #  804406

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301142   TC Number: 728360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report to client | L120 | CSM | .10 | 300.00 | 30.00 |
| 06/24/12 | Exchange e-mails with client regarding status of getting certificate of title issued | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/26/12 | E-mail correspondence with C.Demers and counsel for short-sale purchaser regarding scheduling of closing | L190 | CSM | .10 | 300.00 | 30.00 |

FEES                                              $126.00

AMOUNT DUE THIS BILL                              $126.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0802-301142

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Cory S. Menees | Associate | 300.00 | .20 | 60.00 |
| Total | | | .40 | 126.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0802-301142
BILL AMOUNT          $126.00                                INVOICE #  804406

To:    ResCap                       TC Number:        728360
       1100 Virginia Drive          Invoice Date:     09/14/2012
       Fort Washington, PA 19034    Invoice No.       804406
                                    Period ending:    06/30/2012

Case Management Number    LD  0R0802-301142

                                        Current Invoice
Code Task                               Hours        Fees

L110 Fact Investigation/Development      0.20    $    66.00
L120 Analysis/Strategy                   0.10    $    30.00
L190 Other Case Assessment, Develop't/Admin  0.10  $  30.00

                            ===================================
                  TOTAL FEES   0.40    $   126.00

                  TOTAL FEES DUE          $   126.00
            TOTAL DISBURSEMENTS DUE       $     0.00
            TOTAL DUE THIS INVOICE        $   126.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301143

INVOICE #  804407

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301143   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Correspondence regarding retention letter | L190 | JPC | .40 | 390.00 | 156.00 |
| 06/04/12 | Review and revise draft employment application | B410 | JRB | .50 | 372.00 | 186.00 |
| 06/13/12 | Review Morrison Foerster comments to draft employment application and circulate comments | B410 | JRB | .60 | 372.00 | 223.20 |
| 06/13/12 | Revise Retention Application | B160 | JPC | .60 | 390.00 | 234.00 |
| 06/15/12 | Review reports regarding bid structure | B160 | JPC | .40 | 390.00 | 156.00 |
| 06/15/12 | Work on employment application and issues regarding same | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 06/22/12 | Confer with Morrison Foerster and co-counsel regarding employment application issues and scheduling | B410 | JRB | .80 | 372.00 | 297.60 |
| 06/23/12 | Revise draft employment application to incorporate comments from client, Morrison Foerster, and co-counsel, as well as updated conflicts information, and circulate same to Morrison Foerster counsel | B410 | JRB | 3.70 | 372.00 | 1,376.40 |
| 06/25/12 | Confer with Morrison Foerster counsel regarding employment application and follow up with revisions to same | B410 | JRB | .50 | 372.00 | 186.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Analyze issues concerning invoices for Real Estate Owned matters and client requests regarding same | B410 | JRB | .30 | 372.00 | 111.60 |
| 06/26/12 | Review and revise notice of debtor's application for leave to employ special counsel and supporting materials from BABC | L210 | CWH | .90 | 330.00 | 297.00 |
| 06/26/12 | Research regarding application to employ Bradley Arant | B420 | JHA | 1.20 | 249.00 | 298.80 |
| 06/26/12 | Draft e-mail memorandum to J.Bender regarding application to employ Bradley Arant and issues related thereto | B420 | JHA | .70 | 249.00 | 174.30 |
| 06/27/12 | Confer with J.Bender regarding BABC employment application and e-mail J.Bender regarding same | B420 | JHA | .30 | 249.00 | 74.70 |
| 06/27/12 | Finish edits to debtor's application for leave to employ special counsel and supporting materials from BABC | L210 | CWH | .40 | 330.00 | 132.00 |
| 06/27/12 | Revise draft employment application to incorporate updated conflicts information and section 328 request | B410 | JRB | 1.10 | 372.00 | 409.20 |
| 06/27/12 | Review research regarding 328 of Bankruptcy Code and updated conflicts reports | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 06/29/12 | Review and revise employment application and circulate same to Morrison Foerster counsel for final comment | B410 | JRB | .80 | 372.00 | 297.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0802-301143

FED ID NO. 63-0243316

FEES                              $5,354.40

AMOUNT DUE THIS BILL              $5,354.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0802-301143

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Paul Compton, Jr. | Partner | 390.00 | 1.40 | 546.00 |
| Jay R. Bender | Partner | 372.00 | 10.30 | 3,831.60 |
| Christian W. Hancock | Partner | 330.00 | 1.30 | 429.00 |
| Jennifer H. Henderson | Associate | 249.00 | 2.20 | 547.80 |
| Total | | | 15.20 | 5,354.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0802-301143
BILL AMOUNT          $5,354.40                           INVOICE #  804407

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804407
                                       Period ending:      06/30/2012

Case Management Number      LD   0R0802-301143

                                          Current Invoice
Code Task                                 Hours        Fees

B160 Fee/Employment Applications          1.00    $      390.00
B410 General Bankruptcy Advice/Opinions   10.30   $    3,831.60
B420 Restructurings                       2.20    $      547.80
L190 Other Case Assessment, Develop't/Admin  0.40 $      156.00
L210 Pleadings                            1.30    $      429.00

                    ===================================
              TOTAL FEES    15.20   $    5,354.40

              TOTAL FEES DUE          $    5,354.40
       TOTAL DISBURSEMENTS DUE        $        0.00
       TOTAL DUE THIS INVOICE         $    5,354.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0802-301144
Fort Washington, PA 19034

                                                          INVOICE #  804408

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301144   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Discussion with client regarding which GMAC files are stayed | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/05/12 | Review request for draft of insert to disclosure statement and work on same | B410 | JRB | .90 | 372.00 | 334.80 |
| 06/05/12 | Confer with co-counsel and Morrison Foerster bankruptcy counsel regarding automatic stay impact on ability to settle title claims and follow up on same | B410 | JRB | .60 | 372.00 | 223.20 |
| 06/06/12 | Review  GMAC cases to determine if any employees are listed as a party to the suit. | L110 | MPE | 2.50 | 149.00 | 372.50 |
| 06/06/12 | Review materials regarding examiner appointment for trustee | L190 | JPC | .30 | 390.00 | 117.00 |
| 06/06/12 | Review draft disclosure statement and draft insert to same regarding negotiations relating to regulatory settlements | B410 | JRB | 7.80 | 372.00 | 2,901.60 |
| 06/07/12 | Draft and finalize memorandum regarding Bankruptcy Notices | L190 | JPC | .30 | 390.00 | 117.00 |
| 06/07/12 | Review court notices regarding litigation stay issues | L190 | JPC | .40 | 390.00 | 156.00 |
| 06/07/12 | Review GMAC litigation matters to confirm all have been analyzed regarding automatic stay and effect thereon | L110 | MPE | 4.30 | 149.00 | 640.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

OR0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/07/12 | Review J.Eason GMAC litigation matters to confirm all have been assigned to a bankruptcy bucket and add/edit based on request from GMAC. | L110 | MPE | 1.30 | 149.00 | 193.70 |
| 06/07/12 | Review M.Wierman GMAC litigation matters to confirm all have been assigned to a bankruptcy bucket and add/edit based on request from GMAC. | L110 | MPE | .50 | 149.00 | 74.50 |
| 06/07/12 | Review C.menees GMAC litigation matters to confirm all have been assigned to a bankruptcy bucket and add/edit based on request from GMAC. | L110 | MPE | .50 | 149.00 | 74.50 |
| 06/07/12 | Review C.Hancock GMAC litigation matters to confirm all have been assigned to a bankruptcy bucket and add/edit based on request from GMAC. | L110 | MPE | 1.00 | 149.00 | 149.00 |
| 06/08/12 | Confer with co-counsel regarding notice from trial court and effect of stay on same | B420 | JRB | .20 | 372.00 | 74.40 |
| 06/11/12 | Confer with co-counsel about effect of bankruptcy on removal options | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 06/12/12 | Confer with co-counsel regarding authority to settle title claims and review of court orders potentially pertaining to same | B410 | JRB | .60 | 372.00 | 223.20 |
| 06/13/12 | Teleconference with client regarding status of its bankruptcy case and impact on bankruptcy litigation matters | L190 | RLB | .80 | 266.00 | 212.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Attend ResCap supplemental litigation order conference call with client | L120 | NJV | .40 | 258.00 | 103.20 |
| 06/13/12 | Telephone conference with client regarding supplemental interim order defining which matters will not be subject to the automatic stay | L120 | TPG | .50 | 200.00 | 100.00 |
| 06/13/12 | Review and analysis of whether to dismiss GMAC from Vacarro matter in light of interim stay order | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/14/12 | Draft various communications to the GMAC team regarding the status of the bankruptcy, impact on cases, and the recent notice that went to all possible creditors | L110 | CWH | .30 | 330.00 | 99.00 |
| 06/15/12 | Review and analyze supplemental order regarding automatic stay issues | L190 | RLB | .20 | 266.00 | 53.20 |
| 06/15/12 | E-mail to client regarding impact of automatic stay on various cases | L190 | RLB | .10 | 266.00 | 26.60 |
| 06/18/12 | Review and analyze Order 391 and draft advisory email to GMAC litigation team to breakdown the most recent interim order regarding the stayed and non-stayed matters, and how to analyze same | L110 | CWH | .90 | 330.00 | 297.00 |
| 06/18/12 | Review and analyze status of BABC's filing of notices of bankruptcy for litigation cases | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/18/12 | Review new stay modification order | B310 | JPC | .30 | 390.00 | 117.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Review and analyze BABC's settlement case list and determine which files should proceed with settlement in light or SDNY Order 391 | L160 | CWH | .50 | 330.00 | 165.00 |
| 06/19/12 | Review and analyze multiple questions for GMAC Team about whether individual cases are stayed, either in whole or part, as a result of Order 391 | L160 | CWH | 1.10 | 330.00 | 363.00 |
| 06/19/12 | Review issues regarding client requests regarding REO claims payment issues | B410 | JRB | .30 | 372.00 | 111.60 |
| 06/20/12 | Analyze issues concerning automatic stay and trial court request for periodic status reports | B410 | JRB | .20 | 372.00 | 74.40 |
| 06/20/12 | Analyze issues concerning REO claims and client requests regarding same | B410 | JRB | .50 | 372.00 | 186.00 |
| 06/20/12 | Review and revise GMAC's bankruptcy buckets and note which cases are stayed completely, stayed as to only some claims, or are proceeding with non-debtor entities | L110 | CWH | 1.30 | 330.00 | 429.00 |
| 06/21/12 | Confer with litigation co-counsel regarding impact of GMAC bankruptcy on quite title litigation in which GMAC is a named defendant | L120 | CLHA | .70 | 345.00 | 241.50 |
| 06/21/12 | Confer with litigation co-counsel regarding impact of GMAC bankruptcy on quiet title litigation in which GMAC is a named defendant | L120 | CLHA | .70 | 345.00 | 241.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        5
SEPTEMBER 14, 2012

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | E-mail to client regarding resolution of various cases | L190 | RLB | .20 | 266.00 | 53.20 |
| 06/21/12 | Analyze issues concerning orders authorizing ordinary course servicing work and issues raised by REO department regarding same | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 06/21/12 | Review closed files for correct listing of parties to action per client's request | L110 | AHC | 1.50 | 145.00 | 217.50 |
| 06/21/12 | Review closed cases and determine identity of parties thereto per client request | L120 | JMH | 1.50 | 241.00 | 361.50 |
| 06/22/12 | Per request from GMAC, review Clay County, Florida case  to confirm parties involved. | L110 | MPE | .30 | 149.00 | 44.70 |
| 06/22/12 | Update bankruptcy information chart regarding litigation | L190 | RLB | .30 | 266.00 | 79.80 |
| 06/22/12 | Receive and review closed matters from Troutman Sanders per request from GMAC. | L110 | MPE | .50 | 149.00 | 74.50 |
| 06/22/12 | Review , edit, and confirm list of recently closed files to determine parties at the time of closing per request from GMAC. | L110 | MPE | 2.00 | 149.00 | 298.00 |
| 06/24/12 | Review and analyze multiple cases on the GMAC/BABC database to denote which are fully stayed, partially stayed, and which have notices of bankruptcy filed as needed | L110 | CWH | .30 | 330.00 | 99.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
SEPTEMBER 14, 2012

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/26/12 | Research issues regarding section 328 of the Bankruptcy Code and applicability to alternative billing arrangement with debtors | B410 | JRB | .50 | 372.00 | 186.00 |
| 06/27/12 | Receive and review Charlotte cases closed in the past year to find and confirm opposing counsel's information per client request | L110 | MPE | 2.00 | 149.00 | 298.00 |
| 06/27/12 | Email correspondence regarding opposing counsel contract information for bankruptcy notice issues | L120 | TPG | .40 | 200.00 | 80.00 |
| 06/27/12 | Research and review counsel of record for 20 prior cases to determine and record current contact information for client database per client request | L110 | KK | 1.10 | 91.00 | 100.10 |
| 06/27/12 | Review closed files to obtain opposing counsel information per client's request | L110 | AHC | .90 | 145.00 | 130.50 |
| 06/28/12 | Worked on providing and confirming various information for client on files closed within last 12 months for issues relating to bankruptcy | L190 | JHP | 2.00 | 245.00 | 490.00 |

FEES                     $11,901.70

AMOUNT DUE THIS BILL          $11,901.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
SEPTEMBER 14, 2012

0R0802-301144

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| J. Paul Compton, Jr. | Partner | 390.00 | 1.30 | 507.00 |
| Jay R. Bender | Partner | 372.00 | 13.60 | 5,059.20 |
| Christopher L. Hawkins | Partner | 345.00 | 1.40 | 483.00 |
| Christian W. Hancock | Partner | 330.00 | 4.80 | 1,584.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.40 | 348.00 |
| Nicholas J. Voelker | Associate | 258.00 | .40 | 103.20 |
| Rashad L. Blossom | Associate | 266.00 | 1.60 | 425.60 |
| T. Parker Griffin, Jr. | Associate | 200.00 | 1.10 | 220.00 |
| Jon H. Patterson | Associate | 245.00 | 2.00 | 490.00 |
| Jonathan Hooks | Associate | 241.00 | 1.50 | 361.50 |
| Melisa P. Palmer | Paralegal | 149.00 | 14.90 | 2,220.10 |
| Kerry Keane | Paralegal | 91.00 | 1.10 | 100.10 |
| Total | | | 46.10 | 11,901.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           SEPTEMBER 14, 2012
                                                 0R0802-301144
BILL AMOUNT       $11,901.70                     INVOICE #  804408

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804408
                                   Period ending:    06/30/2012

Case Management Number      LD  0R0802-301144

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| B310 | Claims Administration and Objections | 0.30 | $   117.00 |
| B410 | General Bankruptcy Advice/Opinions | 13.40 | $ 4,984.80 |
| B420 | Restructurings | 0.20 | $    74.40 |
| L110 | Fact Investigation/Development | 21.60 | $ 3,724.20 |
| L120 | Analysis/Strategy | 4.40 | $ 1,167.70 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $   528.00 |
| L190 | Other Case Assessment, Develop't/Admin | 4.60 | $ 1,305.60 |

======================================
                 TOTAL FEES    46.10  $ 11,901.70

              TOTAL FEES DUE          $ 11,901.70
       TOTAL DISBURSEMENTS DUE        $     0.00
       TOTAL DUE THIS INVOICE         $ 11,901.70



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301149

INVOICE #  804409

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301149   TC Number: 729287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Review documents responsive to government investigation documents | L120 | EKS | 1.60 | 240.00 | 384.00 |
| 06/27/12 | Phone conference with T.McCullough regarding response to government investigation | L120 | JWS | .20 | 415.00 | 83.00 |
| 06/27/12 | Phone conference with E.Sullivan regarding response to government investigation | L120 | JWS | .50 | 415.00 | 207.50 |
| 06/28/12 | Review documents responsive to government investigation documents | L120 | EKS | 2.30 | 240.00 | 552.00 |

FEES                                                    $1,226.50

AMOUNT DUE THIS BILL                         $1,226.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301149

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jack W. Selden | Partner | 415.00 | .70 | 290.50 |
| Erin Sullivan | Associate | 240.00 | 3.90 | 936.00 |
| Total | | | 4.60 | 1,226.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0802-301149
BILL AMOUNT          $1,226.50                                 INVOICE #  804409

To:    ResCap                          TC Number:        729287
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804409
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0802-301149

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 4.60 | $  1,226.50 |
| | | ================================= | |
| | TOTAL FEES | 4.60 | $  1,226.50 |
| | TOTAL FEES DUE | | $  1,226.50 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $  1,226.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                         0R0802-301151
Fort Washington, PA 19034

                                                           INVOICE #  804410

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301151   TC Number: 729275

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Correspondence with A.Standridge of DOJ regarding submission of policies and procedures for handling SCRA accounts and training program for SCRA compliance | C400 | MCG | .20 | 323.00 | 64.60 |
| 06/05/12 | Review policies and procedures for handling accounts covered by the SCRA prior to production to the DOJ pursuant to the Consent Order | C300 | MCG | 1.70 | 323.00 | 549.10 |
| 06/06/12 | Prepare memorandum for document review team to conduct review of completed foreclosures to assess compliance pursuant to Consent Order | L120 | MCG | 2.10 | 323.00 | 678.30 |
| 06/06/12 | Telephone conference with client regarding review of completed foreclosures pursuant to Consent Order | C300 | MCG | .60 | 323.00 | 193.80 |
| 06/07/12 | Conference with document review team to explain scope and conduct of review of completed foreclosures pursuant to Consent Order | L120 | MCG | .70 | 323.00 | 226.10 |
| 06/07/12 | Prepare for SCRA look back review | L120 | KSA | .80 | 223.00 | 178.40 |
| 06/07/12 | Review and analyze SCRA and memorandum summarizing implications of same for mortgage servicers in preparation for SCRA audit | P270 | CSM | .80 | 300.00 | 240.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Conference regarding SCRA audit and review | L120 | NSR | .60 | 280.00 | 168.00 |
| 06/10/12 | Analyzing Servicemembers' Civil Relief Act and related federal case law and research memoranda in preparation for audit of foreclosure files | L120 | NSR | 3.10 | 280.00 | 868.00 |
| 06/10/12 | Review and analyze SCRA and memoranda summarizing implications of same for mortgage servicers in preparation for SCRA audit | P280 | CSM | 3.10 | 300.00 | 930.00 |
| 06/10/12 | Prepare for SCRA file review by reviewing client materials and SCRA | L110 | CTS | 1.20 | 185.00 | 222.00 |
| 06/10/12 | Review SCRA materials in preparation for SCRA review project | L120 | KSA | 1.40 | 223.00 | 312.20 |
| 06/10/12 | Prepare for SCRA review project | L240B | KSA | 1.50 | 223.00 | 334.50 |
| 06/10/12 | Review and analyze SCRA regulations in preparation for file reviews | L120 | MSW | 3.10 | 254.00 | 787.40 |
| 06/11/12 | Review and analyze foreclosure files for SCRA compliance | L120 | MSW | 11.10 | 254.00 | 2,819.40 |
| 06/11/12 | Review and chart SCRA files for SCRA look back project to assess compliance | L120 | KSA | 11.30 | 223.00 | 2,519.90 |
| 06/11/12 | Review loan foreclosure files for SCRA compliance | L140 | CTS | 11.30 | 185.00 | 2,090.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OR0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Review memorandum on protections for servicemember/borrowers under the SCRA, and memorandum regarding scope of review in preparation for review of foreclosed loans pursuant to Consent Order | L120 | MCG | 2.00 | 323.00 | 646.00 |
| 06/11/12 | Conduct review of foreclosed loans for compliance with the SCRA pursuant to Consent Order | C100 | MCG | 8.10 | 323.00 | 2,616.30 |
| 06/11/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 11.10 | 280.00 | 3,108.00 |
| 06/11/12 | Review and analyze foreclosure files to assess compliance with SCRA | P280 | CSM | 11.10 | 300.00 | 3,330.00 |
| 06/12/12 | Review and analyze foreclosure files to assess compliance with SCRA | P280 | CSM | 9.50 | 300.00 | 2,850.00 |
| 06/12/12 | Review files for SCRA compliances | L120 | KSA | 8.40 | 223.00 | 1,873.20 |
| 06/12/12 | Conduct review of foreclosed loans for compliance with the SCRA pursuant to Consent Order | C100 | MCG | 9.30 | 323.00 | 3,003.90 |
| 06/12/12 | Conference call with client regarding compliance with Consent Order | C300 | MCG | .70 | 323.00 | 226.10 |
| 06/12/12 | Review loan foreclosure files for SCRA compliance | L140 | CTS | 9.80 | 185.00 | 1,813.00 |
| 06/12/12 | Review and analyze foreclosure files for SCRA compliance | L120 | MSW | 9.50 | 254.00 | 2,413.00 |
| 06/12/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 9.50 | 280.00 | 2,660.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 11.20 | 280.00 | 3,136.00 |
| 06/13/12 | Review and analyze foreclosure files for SCRA compliance | L120 | MSW | 11.20 | 254.00 | 2,844.80 |
| 06/13/12 | Review loan foreclosure files for SCRA compliance | L140 | CTS | 6.40 | 185.00 | 1,184.00 |
| 06/13/12 | Review SCRA to assess compliance as part of look back process | L120 | KSA | 7.20 | 223.00 | 1,605.60 |
| 06/13/12 | Conduct review of foreclosed loans for compliance with the SCRA pursuant to Consent Order | C100 | MCG | 11.10 | 323.00 | 3,585.30 |
| 06/13/12 | Prepare correspondence to A.Standridge with policies and procedures for handling SCRA covered accounts | C400 | MCG | .10 | 323.00 | 32.30 |
| 06/13/12 | Review and analyze foreclosure files to assess compliance with SCRA | P280 | CSM | 11.20 | 300.00 | 3,360.00 |
| 06/14/12 | Review and analyze foreclosure files to assess compliance with SCRA | P280 | CSM | 9.90 | 300.00 | 2,970.00 |
| 06/14/12 | Conduct review of foreclosed loans for compliance with the SCRA pursuant to Consent Order | C100 | MCG | 9.90 | 323.00 | 3,197.70 |
| 06/14/12 | Review and analyze foreclosure files for SCRA compliance | L120 | MSW | 9.90 | 254.00 | 2,514.60 |
| 06/14/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 9.90 | 280.00 | 2,772.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 11.10 | 280.00 | 3,108.00 |
| 06/18/12 | Conduct review of foreclosure files for SCRA review project | L120 | MSW | 11.10 | 254.00 | 2,819.40 |
| 06/18/12 | Review and analyze completed foreclosure for compliance with SCRA | L110 | MCG | 11.10 | 323.00 | 3,585.30 |
| 06/18/12 | Review and analyze foreclosure files to assess compliance with SCRA | P280 | CSM | 11.10 | 300.00 | 3,330.00 |
| 06/19/12 | Review and analyze foreclosure files to assess compliance with SCRA | P280 | CSM | 10.60 | 300.00 | 3,180.00 |
| 06/19/12 | Review and analyze completed foreclosure for compliance with SCRA | L110 | MCG | 10.60 | 323.00 | 3,423.80 |
| 06/19/12 | Conduct review of foreclosure files for SCRA review project | L120 | MSW | 10.60 | 254.00 | 2,692.40 |
| 06/19/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 10.60 | 280.00 | 2,968.00 |
| 06/20/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 10.70 | 280.00 | 2,996.00 |
| 06/20/12 | Conduct review of foreclosure files for SCRA review project | L120 | MSW | 10.70 | 254.00 | 2,717.80 |
| 06/20/12 | Review and analyze completed foreclosure for compliance with SCRA | L110 | MCG | 11.10 | 323.00 | 3,585.30 |
| 06/20/12 | Review and analyze foreclosure files to assess compliance with SCRA | P280 | CSM | 10.70 | 300.00 | 3,210.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    6
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Review and analyze foreclosure files to determine compliance with SCRA | P280 | CSM | 6.10 | 300.00 | 1,830.00 |
| 06/21/12 | Review and analyze completed foreclosure for compliance with SCRA | L110 | MCG | 4.70 | 323.00 | 1,518.10 |
| 06/21/12 | Conduct review of foreclosure files for SCRA review project | L120 | MSW | 7.80 | 254.00 | 1,981.20 |
| 06/21/12 | On-site audit of foreclosure files for compliance with SCRA | P270 | NSR | 6.10 | 280.00 | 1,708.00 |
| 06/22/12 | Plan for preparation of training materials for compliance with DOJ Consent Order | L120 | MCG | .20 | 323.00 | 64.60 |
| 06/25/12 | Review supplemental submission of policies and procedures for submission to DOJ | L250 | MCG | 2.70 | 323.00 | 872.10 |
| 06/25/12 | Correspondence with client regarding submission of policies and procedures and identification of independent consultant for SCRA review | C300 | MCG | .10 | 323.00 | 32.30 |
| 06/26/12 | Compile SCRA compliance review data for completed foreclosures per Consent Order | C100 | MCG | 4.30 | 323.00 | 1,388.90 |
| 06/27/12 | Compile SCRA compliance review data for completed foreclosures per Consent Order | C100 | MCG | 1.10 | 323.00 | 355.30 |
| 06/29/12 | Review correspondence from DOJ regarding deadlines for compliance with Consent Order, proposed methodology and request for data set for SCRA review | C400 | MCG | .70 | 323.00 | 226.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Review correspondence to client regarding the correspondence from DOJ regarding deadlines for compliance with Consent Order, proposed methodology and respond to same | C400 | MCG | .30 | 323.00 | 96.90 |

FEES                                           $112,613.50

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/18/12 | Airline Tickets - KEITH ANDERSON ATTEND SCRA FILE REVIEW 6/10/12 - 6/13/12 Bank ID: GENR Check Number: 95042 | 637.60 |
| 06/19/12 | Airline Tickets - CLINT SPEEGLE ATTEND SCRA FILE REVIEW 6/10/12 - 6/12/12 Bank ID: GENR Check Number: 95005 | 605.60 |
| 06/25/12 | Airline Tickets - NADER RAJA SCRA POST-BANKRUPTCY MEETING 6/10/12 - 6/15/12 Bank ID: GENR Check Number: 95544 | 568.10 |
| 06/26/12 | Airline Tickets - CORY MENEES ATTEND AFFIDAVIT 6/1/12 Bank ID: GENR Check Number: 95533 | 546.10 |
| 06/26/12 | Airline Tickets - MICHAEL C.GRIFFIN TRAEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/11/12 - 6/15/12 Bank ID: GENR Check Number: 95535 | 568.10 |
| 06/26/12 | Airline Tickets - MICHAEL C.GRIFFIN TRAVEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/17/12 - 6/21/12 Bank ID: GENR Check Number: 95535 | 549.10 |
| 06/29/12 | Airline Tickets - MARK WIERMAN TRAVEL TO AND WORK IN DALLAS, TX 6/10/12 - 6/15/12 Bank ID: GENR Check Number: 95597 | 568.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 06/18/12 | Travel Expense - KEITH ANDERSON ATTEND SCRA FILE REVIEW 6/10/12 - 6/13/12 HOTEL Bank ID: GENR Check Number: 95042 | 544.95 |
| 06/18/12 | Travel Expense - KEITH ANDERSON ATTEND SCRA FILE REVIEW 6/10/12 - 6/13/12 RENTAL CAR Bank ID: GENR Check Number: 95042 | 240.16 |
| 06/18/12 | Travel Expense - KEITH ANDERSON ATTEND SCRA FILE REVIEW 6/10/12 - 6/13/12 PARKING, INTERNET Bank ID: GENR Check Number: 95042 | 118.77 |
| 06/19/12 | Travel Expense - CLINT SPEEGLE ATTEND SCRA FILE REVIEW 6/10/12 - 6/12/12 HOTEL Bank ID: GENR Check Number: 95005 | 708.51 |
| 06/19/12 | Travel Expense - CLINT SPEEGLE ATTEND SCRA FILE REVIEW 6/10/12 - 6/12/12 INTERNET, PARKING Bank ID: GENR Check Number: 95005 | 15.77 |
| 06/25/12 | Travel Expense - NADER RAJA SCRA POST-BANKRUPTCY MEETING 6/10/12 - 6/15/12 BAGGAGE FEES, PARKING, TIPS Bank ID: GENR Check Number: 95544 | 97.00 |
| 06/25/12 | Travel Expense - NADER RAJA SCRA POST-BANKRUPTCY MEETING 6/10/12 - 6/15/12 HOTEL Bank ID: GENR Check Number: 95544 | 708.52 |
| 06/25/12 | Travel Expense - NADER RAJA SCRA POST-BANKRUPTCY MEETING 6/10/12 - 6/15/12 HOTEL Bank ID: GENR Check Number: 95544 | 211.68 |
| 06/26/12 | Travel Expense - MICHAEL C.GRIFFIN TRAEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/11/12 - 6/15/12 PARKING, CAB FARE Bank ID: GENR Check Number: 95535 | 60.00 |
| 06/26/12 | Travel Expense - MICHAEL C.GRIFFIN TRAEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/11/12 - 6/15/12 HOTEL Bank ID: GENR Check Number: 95535 | 505.11 |
| 06/26/12 | Travel Expense - MICHAEL C.GRIFFIN TRAEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/11/12 - 6/15/12 HOTEL Bank ID: GENR Check Number: 95535 | 211.68 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     9
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 06/26/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/17/12 - 6/21/12 RENTAL CAR<br>Bank ID: GENR Check Number: 95535 | 226.34 |
| 06/26/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/17/12 - 6/21/12 HOTEL<br>Bank ID: GENR Check Number: 95535 | 673.48 |
| 06/26/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO GMAC DALLAS OFFICE FOR DOC REVIEW 6/17/12 - 6/21/12 PARKING, FUEL<br>Bank ID: GENR Check Number: 95535 | 51.62 |
| 06/29/12 | Travel Expense - MARK WIERMAN TRAVEL TO AND WORK IN DALLAS, TX 6/10/12 - 6/15/12  PARKING, TIPS FUEL<br>Bank ID: GENR Check Number: 95597 | 38.15 |
| 06/29/12 | Travel Expense - MARK WIERMAN TRAVEL TO AND WORK IN DALLAS, TX 6/10/12 - 6/15/12 HOTEL<br>Bank ID: GENR Check Number: 95597 | 708.52 |
| 06/29/12 | Travel Expense - MARK WIERMAN TRAVEL TO AND WORK IN DALLAS, TX 6/10/12 - 6/15/12 HOTEL<br>Bank ID: GENR Check Number: 95597 | 211.68 |
| 06/29/12 | Travel Expense - MARK WIERMAN TRAVEL TO AND WORK IN DALLAS, TX 6/10/12 - 6/15/12 RENTAL CAR<br>Bank ID: GENR Check Number: 95597 | 378.91 |
| 06/18/12 | Meal Expense - KEITH ANDERSON ATTEND SCRA FILE REVIEW 6/10/12 - 6/13/12<br>Bank ID: GENR Check Number: 95042 | 30.70 |
| 06/19/12 | Meal Expense - CLINT SPEEGLE ATTEND SCRA FILE REVIEW 6/10/12 - 6/12/12<br>Bank ID: GENR Check Number: 95005 | 21.63 |
| 06/25/12 | Meal Expense - NADER RAJA SCRA POST-BANKRUPTCY MEETING 6/10/12 - 6/15/12<br>Bank ID: GENR Check Number: 95544 | 37.72 |
| 06/25/12 | Meal Expense - NADER RAJA SCRA POST-BANKRUPTCY MEETING 6/10/12 - 6/15/12<br>Bank ID: GENR Check Number: 95544 | 82.44 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | |
|---|---:|
| 06/26/12 Meal Expense - MICHAEL C.GRIFFIN TRAEL TO GMAC<br>DALLAS OFFICE FOR DOC REVIEW 6/11/12 - 6/15/12<br>Bank ID: GENR Check Number: 95535 | 136.50 |
| 06/26/12 Meal Expense - MICHAEL C.GRIFFIN TRAEL TO GMAC<br>DALLAS OFFICE FOR DOC REVIEW 6/11/12 - 6/15/12<br>Bank ID: GENR Check Number: 95535 | 45.07 |
| 06/26/12 Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO GMAC<br>DALLAS OFFICE FOR DOC REVIEW 6/17/12 - 6/21/12<br>Bank ID: GENR Check Number: 95535 | 96.34 |
| 06/26/12 Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO GMAC<br>DALLAS OFFICE FOR DOC REVIEW 6/17/12 - 6/21/12<br>Bank ID: GENR Check Number: 95535 | 53.39 |
| 06/29/12 Meal Expense - MARK WIERMAN TRAVEL TO AND WORK<br>IN DALLAS, TX 6/10/12 - 6/15/12<br>Bank ID: GENR Check Number: 95597 | 72.13 |

COSTS                   $10,329.47

AMOUNT DUE THIS BILL            $122,942.97

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
SEPTEMBER 14, 2012

0R0802-301151

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 30.60 | 6,823.80 |
| Michael C. Griffin | Partner | 323.00 | 93.40 | 30,168.20 |
| Mark S. Wierman | Associate | 254.00 | 85.00 | 21,590.00 |
| Nader Raja | Associate | 280.00 | 83.90 | 23,492.00 |
| Cory S. Menees | Associate | 300.00 | 84.10 | 25,230.00 |
| Clinton T. Speegle | Law Clerk | 185.00 | 28.70 | 5,309.50 |
| Total | | | 405.70 | 112,613.50 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
                                                     SEPTEMBER 14, 2012
                                                     0R0802-301151
BILL AMOUNT        $122,942.97                       INVOICE #  804410

To:    ResCap                    TC Number:          729275
       1100 Virginia Drive       Invoice Date:       09/14/2012
       Fort Washington, PA 19034 Invoice No.         804410
                                 Period ending:      06/30/2012

Case Management Number    LD  0R0802-301151

|      |                                   | Current Invoice | |
|------|-----------------------------------|-------|---------|
| Code | Task                              | Hours | Fees |
| C100 | Fact Gathering                    | 43.80 | $ 14,147.40 |
| C300 | Analysis and Advice               | 3.10  | $ 1,001.30 |
| C400 | Third Party Communication         | 1.30  | $ 419.90 |
| L110 | Fact Investigation/Development    | 38.70 | $ 12,334.50 |
| L120 | Analysis/Strategy                 | 122.80 | $ 30,730.30 |
| L140 | Document/File Management           | 27.50 | $ 5,087.50 |
| L240B | All Other                        | 1.50  | $ 334.50 |
| L250 | Other Written Motions/Submissions | 2.70  | $ 872.10 |
| P270 | Regulatory Reviews                | 81.00 | $ 22,696.00 |
| P280 | Other                             | 83.30 | $ 24,990.00 |

```
                  ========================================
       TOTAL FEES     405.70        $112,613.50


              TOTAL FEES DUE           $112,613.50
       TOTAL DISBURSEMENTS DUE         $ 10,329.47
          TOTAL DUE THIS INVOICE       $122,942.97
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-301152

INVOICE #  804411

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301152   TC Number: 729745

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Worked on modification for loan document modification forms | B120 | JDD | .30 | 389.00 | 116.70 |
| 06/22/12 | Reviewing loan document to start on modifications | B120 | JDD | .40 | 389.00 | 155.60 |
| 06/25/12 | Reviewed modification document and e-mail | B120 | JDD | .20 | 389.00 | 77.80 |
| 06/25/12 | Reviewed various loan documents to start project | B120 | JDD | .20 | 389.00 | 77.80 |
| 06/26/12 | Working on Texas loan document modification | B120 | JDD | .20 | 389.00 | 77.80 |
| 06/27/12 | Discussions regarding modifications | B120 | JDD | .20 | 389.00 | 77.80 |
| 06/29/12 | Review of client documents to start on new modification forms | L120 | JDD | .30 | 389.00 | 116.70 |
| 06/30/12 | Reviewed documents from client for loan document modification issue | B120 | JDD | .40 | 389.00 | 155.60 |

FEES                                          $855.80

AMOUNT DUE THIS BILL                          $855.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-301152

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. David Dresher | Partner | 389.00 | 2.20 | 855.80 |
| Total | | | 2.20 | 855.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0802-301152

BILL AMOUNT          $855.80

INVOICE #  804411

To:    ResCap                          TC Number:        729745
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804411
                                       Period ending:    06/30/2012

Case Management Number     LD  0R0802-301152

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| B120 | Asset Analysis and Recovery | 1.90 | $   739.10 |
| L120 | Analysis/Strategy | 0.30 | $   116.70 |
| | | ================================== | |
| | TOTAL FEES | 2.20 | $   855.80 |
| | TOTAL FEES DUE | | $   855.80 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   855.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0802-301202
Fort Washington, PA 19034

                                                          INVOICE #   804412

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-301202   TC Number: 703916

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

                              FEES                              $69.00


                    AMOUNT DUE THIS BILL                        $69.00


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-301202

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0802-301202
BILL AMOUNT              $69.00                              INVOICE #  804412

To:    ResCap                          TC Number:         703916
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804412
                                       Period ending:     06/30/2012

Case Management Number      LD   0R0802-301202

|  | Current Invoice | |
| Code Task | Hours | Fees |
| L120 Analysis/Strategy | 0.20 | $  69.00 |
| ======================================== | | |
| TOTAL FEES | 0.20 | $  69.00 |
| TOTAL FEES DUE | | $  69.00 |
| TOTAL DISBURSEMENTS DUE | | $   0.00 |
| TOTAL DUE THIS INVOICE | | $  69.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0R0802-305006
Fort Washington, PA 19034

                                                    INVOICE #   804413

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-305006   TC Number: 708556

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review June 2012 docket regarding status of litigation | L190 | JDV | .10 | 219.00 | 21.90 |
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/06/12 | Draft status report for client | L190 | JDV | .20 | 219.00 | 43.80 |

                        FEES                             $94.70

                        AMOUNT DUE THIS BILL             $94.70

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0802-305006

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | .50 | 94.70 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
                                                                   0R0802-305006
BILL AMOUNT          $94.70                                         INVOICE #  804413

To:    ResCap                           TC Number:          708556
       1100 Virginia Drive              Invoice Date:       09/14/2012
       Fort Washington, PA 19034        Invoice No.         804413
                                        Period ending:      06/30/2012

Case Management Number        LD  0R0802-305006

|                                          | Current Invoice | |
| Code Task                                | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | 0.50 | $    94.70 |
| ======================================= | | |
| TOTAL FEES                               | 0.50 | $    94.70 |

                          TOTAL FEES DUE              $    94.70
                    TOTAL DISBURSEMENTS DUE           $     0.00
                    TOTAL DUE THIS INVOICE            $    94.70



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0802-305015

INVOICE #  804414

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0802-305015  TC Number: 713817

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client regarding preparation of motion for summary judgment to complete stipulated foreclosure | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/14/12 | Analysis of status of motion for summary judgment and judgment figures | L190 | JDV | .80 | 219.00 | 175.20 |
| 06/15/12 | Review Plaintiff's Motion to Vacate Joint Stipulation of Dismissal and Reinstate Proceedings, Agreed Order Granting Plaintiff's Motion to Vacate Joint Stipulation of Dismissal and Reinstate Proceedings, Amended Motion for Summary Final Judgment in Foreclosure with Assessment of Attorneys' Fees and Costs, and Agreed Final Judgment of Foreclosure | L210 | JDV | .50 | 219.00 | 109.50 |
| 06/15/12 | Analysis of issues regarding case status and strategy | L120 | JDV | .50 | 219.00 | 109.50 |
| 06/26/12 | Correspondence with M.Lynn, foreclosure counsel, regarding foreclosure questions | L210 | JDV | .20 | 219.00 | 43.80 |
| 06/26/12 | Review documents to reinstate case and entry of final summary judgment | L120 | HTC | .10 | 315.00 | 31.50 |

FEES                                                        $513.30



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0802-305015

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $513.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0802-305015

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Jose D. Vega | Associate | 219.00 | 2.20 | 481.80 |
| Total | | | 2.30 | 513.30 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
                                                                   0R0802-305015
BILL AMOUNT           $513.30                                      INVOICE #  804414
_____

To:    ResCap                          TC Number:        713817
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804414
                                       Period ending:    06/30/2012


Case Management Number    LD  0R0802-305015


                                          Current Invoice
Code Task                                 Hours         Fees

L120  Analysis/Strategy                    0.60    $    141.00
L190  Other Case Assessment, Develop't/Admin  1.00 $    219.00
L210  Pleadings                            0.70    $    153.30

                              ==================================
                   TOTAL FEES            2.30      $    513.30

                   TOTAL FEES DUE                  $    513.30
            TOTAL DISBURSEMENTS DUE                $      0.00
            TOTAL DUE THIS INVOICE                 $    513.30



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0807-301001

INVOICE #  804422

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0807-301001   TC Number: 717481

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review and consider necessary items to finalize settlement | L160 | HEA | .50 | 266.00 | 133.00 |
| 06/04/12 | Email correspondence with GMAC regarding claim and lost note | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/04/12 | Draft and send email to client contact regarding general bankruptcy related issues and specifically any impact on settlement | L160 | HEA | .50 | 266.00 | 133.00 |
| 06/04/12 | Review and consider possible claim against Fidelity for title claim and reconsider possible legal fees and impact on possible litigation and recovery | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 06/04/12 | Draft and send email to cliant contact regarding decision to pursue title claim against Fidelity | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/04/12 | Review and consider emails from client regarding possible pursuit of litigation for title claim | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/05/12 | Analyze issues with various title claims in preparation for scheduled call with GMAC | L120 | LG | .50 | 185.00 | 92.50 |
| 06/05/12 | Emails with client regarding finalize settlement | L160 | HEA | .20 | 266.00 | 53.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Additional emails with client contact regarding impact of bankruptcy on settlement of Brouillette matter | L160 | HEA | .50 | 266.00 | 133.00 |
| 06/05/12 | Review email from counsel regarding title dispute matter | L190 | HEA | .30 | 266.00 | 79.80 |
| 06/05/12 | Draft and send email to counsel regarding cure of title defect | L190 | HEA | .20 | 266.00 | 53.20 |
| 06/05/12 | Draft and send email to client regarding cure and need for updated title abstract | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/06/12 | Review project results to date and draft email memo to M.Wright regarding same at her request | L190 | HEA | 1.50 | 266.00 | 399.00 |
| 06/06/12 | Additional consideration of pursuit of claims against Fidelity for title claim | L160 | HEA | .50 | 266.00 | 133.00 |
| 06/06/12 | E-mail communication with D.Mitchell at AFX Title requesting title abstract | L120 | ERP | .20 | 150.00 | 30.00 |
| 06/07/12 | Review response received from Stewart Title regarding status of  matter | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/07/12 | Conference call with S.Bocresion regaridng status of project and best plan moving forward | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/08/12 | Correspondence with M.Wright regarding discussion of improvements for project and progress | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/08/12 | Review GMAC representatives' latest thoughts on title insurance claims | L190 | MFW | .10 | 236.00 | 23.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Review timeline provided by client contact regarding loan for counsel on possible demand for insured losses | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/11/12 | Review and consider issues forming a possible basis for demand of policy limits to Fidelity for title claim | L190 | HEA | .40 | 266.00 | 106.40 |
| 06/11/12 | Review documents in support of pending title claim for payment and transmit same to underwriter's coverage counsel for finalizing settlement agreement | L160 | HEA | 1.50 | 266.00 | 399.00 |
| 06/11/12 | Review curative documents title claim | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/11/12 | Review draft settlement agreements proposed by Fidelity to resolve the title claim and retained counsel to resolve the title defect issues and provide comment regarding claim | L160 | HEA | 1.50 | 266.00 | 399.00 |
| 06/11/12 | Draft and send email to client contact regarding status of claim | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/12/12 | Telephone call with retained counsel for claim regarding current status of curative work to GMAC | L190 | HEA | .30 | 266.00 | 79.80 |
| 06/12/12 | Draft thoughts for betterment of project moving forward at the request of S.Bocresion | L190 | HEA | 1.50 | 266.00 | 399.00 |
| 06/12/12 | Emails with client regarding weekly project call and claim | L190 | HEA | .40 | 266.00 | 106.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
SEPTEMBER 14, 2012

OR0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Draft and send email to coverage counsel on claim regarding Rescap bankruptcy | L190 | HEA | .30 | 266.00 | 79.80 |
| 06/12/12 | Begin drafting GMAC's demand for arbitration | L120 | LG | .30 | 185.00 | 55.50 |
| 06/13/12 | Call with GMAC discussing global issues with title claims project | L120 | LG | .50 | 185.00 | 92.50 |
| 06/13/12 | Analysis of various priority one and two claims in preparation for weekly conference call with GMAC | L120 | LG | 1.00 | 185.00 | 185.00 |
| 06/13/12 | Analyze issues raised in call with GMAC and discuss potential solutions on a go forward basis | L120 | LG | 1.00 | 185.00 | 185.00 |
| 06/13/12 | Draft email to client outlining thoughts regarding potential solutions to the issues raised on the title claims conference call | L120 | LG | .40 | 185.00 | 74.00 |
| 06/13/12 | Review GMAC's restaffing of title claim review process | L190 | MFW | .20 | 236.00 | 47.20 |
| 06/13/12 | Prepare for and participate in conference call with M.Wright regarding post-mortem loan review and project moving forward | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 06/13/12 | Conference with S.Bocresion and W.Allen regarding new plan for project and consider information needed to train GMAC employees regarding title coverage | L160 | HEA | 1.00 | 266.00 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/14/12 | Review and revise memo to include additional information from the abstract and sales contract provided by GMAC | L120 | LG | 1.20 | 185.00 | 222.00 |
| 06/15/12 | Consult arbitration rules in preparation for drafting GMAC's demand for arbitration | L120 | LG | .80 | 185.00 | 148.00 |
| 06/15/12 | Analyze information needed to draft GMAC's demand for arbitration | L120 | LG | 1.10 | 185.00 | 203.50 |
| 06/15/12 | Draft GMAC's demand for arbitration | L120 | LG | 1.30 | 185.00 | 240.50 |
| 06/15/12 | Review and consider best plan and strategy for dealing with numerous title holds | L190 | HEA | 2.50 | 266.00 | 665.00 |
| 06/15/12 | Draft initial memo to client identifying the steps for the review | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 06/15/12 | Review and provide comment on demand made in matter | L160 | HEA | .50 | 266.00 | 133.00 |
| 06/18/12 | Draft and send email to client contact regarding new plan project and settlement money for title claim | L160 | HEA | .30 | 266.00 | 79.80 |
| 06/18/12 | Review title policy and correspondence with AAA regarding demand made and application of arbitration provision for claim | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 06/18/12 | Review GMAC bankruptcy order to determine impact on settlement negotiations with title insurance underwriters | L210 | HEA | 1.00 | 266.00 | 266.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OR0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Review and revise initial memo to be sent to GMAC regarding new plan of attack for numerous title holds | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 06/18/12 | Review and revise draft demand letter to be sent to Fidelity regarding title claim | L190 | HEA | 1.50 | 266.00 | 399.00 |
| 06/18/12 | Analyze and revise draft memorandum setting forth new goals and action plan for the GMAC Title Claims Project | L120 | LG | 1.10 | 185.00 | 203.50 |
| 06/18/12 | Analyze all documents associated with title claim including voluminous correspondence, pleadings, and title documents in preparation to draft GMAC's final demand letter | L120 | LG | 4.20 | 185.00 | 777.00 |
| 06/18/12 | Draft GMAC's final demand letter requesting policy limits and attorneys' fees | L120 | LG | 1.80 | 185.00 | 333.00 |
| 06/19/12 | Emails with client contact and foreclosure/retained counsel regarding demand letter | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/19/12 | Finalize and send demand letter to Fidelity demanding policy limits | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/19/12 | Further review of title search received and email to client contact regarding same | L190 | HEA | .80 | 266.00 | 212.80 |
| 06/19/12 | Initial review of title abstract for title claim | L120 | ERP | .20 | 150.00 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     7
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Analysis of new plan for handling GMAC title claims including discussion of upcoming trip to Ft. Washington to review various title claim files | L120 | LG | .50 | 185.00 | 92.50 |
| 06/20/12 | Communications with client concerning the status of the arbitration | L120 | LG | .20 | 185.00 | 37.00 |
| 06/21/12 | Analyze memoranda regarding previous title claim review and plan for future review | L120 | MFW | .30 | 236.00 | 70.80 |
| 06/21/12 | Finalize and send revised plan to GMAC for handling title claims | L120 | HEA | .50 | 266.00 | 133.00 |
| 06/21/12 | Telephone call with client contact regarding current changes to project | L120 | HEA | .50 | 266.00 | 133.00 |
| 06/25/12 | Review and consider project plan and training for GMAC Team Members regarding numerous title holds | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 06/25/12 | Review revised offer received from Fidelity in title matter | L160 | HEA | .30 | 266.00 | 79.80 |
| 06/25/12 | Draft and send email to Fidelity's claims counsel in title matter | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 06/25/12 | Additional emails with Fidelity's coverage counsel in title matter regarding demand for policy limits | L190 | HEA | .70 | 266.00 | 186.20 |
| 06/26/12 | Additional emails with K.Morrison, foreclosure counsel, regarding collection of fees from Fidelity | L190 | HEA | .40 | 266.00 | 106.40 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Review coverage correspondence from Stewart Title and consider options | L190 | HEA | .80 | 266.00 | 212.80 |
| 06/26/12 | Draft and send emails to client contact and A.Harpole at Stewart Title regarding possible claim resolution | L160 | HEA | .60 | 266.00 | 159.60 |
| 06/27/12 | Emails with A.Gregory regarding recent request from investor regarding remaining losses | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/27/12 | Draft and send email memo update to A.Gregory | L190 | HEA | .30 | 266.00 | 79.80 |
| 06/27/12 | Correspondence with Stewart's claims counsel regarding status of litigation and possible global settlement | L160 | HEA | .40 | 266.00 | 106.40 |
| 06/27/12 | Brief research on costs of defense coverage law in MS | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 06/27/12 | Prepare for weekly call with client contact and Default Services Team regarding title claims and additional requests for support | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/27/12 | Weekly call with client regarding current status of title review project | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/27/12 | Follow up emails and telephone calls regarding title claim and  request for payoff information | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/27/12 | Draft and send email to L.Hogle regarding current status of claim | L190 | HEA | .50 | 266.00 | 133.00 |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Analyze coverage question and authorities regarding duty to defend counterclaim | L120 | DKP | .60 | 323.00 | 193.80 |
| 06/27/12 | Draft e-mail describing Mississippi authorities governing duty to defend counterclaim | L120 | DKP | .20 | 323.00 | 64.60 |
| 06/28/12 | Prepare for conference call with retained counsel and Stewart regarding status of curative efforts and possible settlement options | L160 | HEA | .50 | 266.00 | 133.00 |
| 06/28/12 | Draft and send follow up emails to Stewart Title and GMAC regarding current plan of action and conference call regarding same | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 06/28/12 | Review information regarding failure to execute prior record deed | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/28/12 | Correspondence with retained counsel regarding status of possible resolution and settlement | L160 | HEA | .30 | 266.00 | 79.80 |
| 06/29/12 | Review issues regarding record ownership in 2006 and impact on possible title claim | L190 | HEA | 1.50 | 266.00 | 399.00 |
| 06/29/12 | Review and revise evaluation memo and send to client contact | L190 | HEA | .50 | 266.00 | 133.00 |
| 06/29/12 | Analyze Cook County records in order to locate the deed of trust conveying the property to GMAC's borrower | L120 | LG | 1.30 | 185.00 | 240.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     10
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Cnsider merits of a title claim based on fact | L120 | LG | .70 | 185.00 | 129.50 |
| 06/29/12 | Analyze merits of in rem action against the property and American Charter Bank's status as a bona fide purchaser | L120 | LG | 1.60 | 185.00 | 296.00 |
| 06/29/12 | Revise and finalize analysis regarding recovery options | L120 | LG | .80 | 185.00 | 148.00 |

FEES                               $16,185.50

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 2,988.95 |
| 20 | Airline Tickets | 672.13 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS                    $3,661.08

AMOUNT DUE THIS BILL            $19,846.58

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
SEPTEMBER 14, 2012

0R0807-301001

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David K. Pharr | Partner | 323.00 | .80 | 258.40 |
| Emily R. Powell | Paralegal | 150.00 | .40 | 60.00 |
| Hall Eady | Partner | 266.00 | 45.00 | 11,970.00 |
| Michael Walker | Associate | 236.00 | .60 | 141.60 |
| Lee Gilley | Associate | 185.00 | 20.30 | 3,755.50 |
| Total | | | 67.10 | 16,185.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0807-301001
INVOICE #  804422

BILL AMOUNT       $19,846.58

To:    ResCap                                  TC Number:       717481
       1100 Virginia Drive                     Invoice Date:    09/14/2012
       Fort Washington, PA 19034               Invoice No.      804422
                                               Period ending:   06/30/2012

Case Management Number      LD  0R0807-301001

|      |                                      | Current Invoice |           |
|------|--------------------------------------|-----------------|-----------|
| Code | Task                                 | Hours           | Fees      |
| L120 | Analysis/Strategy                    | 22.80           | $ 4,410.70 |
| L160 | Settlement/Non-Binding ADR           | 10.10           | $ 2,686.60 |
| L190 | Other Case Assessment, Develop't/Admin | 33.20         | $ 8,822.20 |
| L210 | Pleadings                            | 1.00            | $ 266.00  |

```
                    ======================================
        TOTAL FEES     67.10     $ 16,185.50

              TOTAL FEES DUE              $ 16,185.50
        TOTAL DISBURSEMENTS DUE           $  3,661.08
        TOTAL DUE THIS INVOICE            $ 19,846.58
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                        0R0806-105015
Fort Washington, PA 19034

                                                           INVOICE #  804415

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-105015  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/16/12 | Review incoming default judgment order and analyze action items to close case in light of same | B110 | TRL | .30 | 290.00 | 87.00 |
| 06/16/12 | Draft detailed email to J.Aguirre regarding action items to close case | B110 | TRL | .30 | 290.00 | 87.00 |
| 06/16/12 | Draft notice of bankruptcy stay and prepare same for filing | B110 | TRL | .20 | 290.00 | 58.00 |
| 06/16/12 | Draft status report regarding default judgment order | B110 | TRL | .10 | 290.00 | 29.00 |
| 06/16/12 | Draft initial litigation memo | B110 | TRL | .30 | 290.00 | 87.00 |

                                FEES                        $348.00


                        AMOUNT DUE THIS BILL               $348.00


                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 290.00 | 1.20 | 348.00 |
| Total | | | 1.20 | 348.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0806-105015
BILL AMOUNT          $348.00                                INVOICE #  804415

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804415
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0806-105015

                                          Current Invoice
Code Task                                 Hours           Fees

B110 Case Administration                   1.20      $     348.00

                          ==================================
                   TOTAL FEES              1.20      $     348.00

                   TOTAL FEES DUE                    $     348.00
            TOTAL DISBURSEMENTS DUE                  $       0.00
             TOTAL DUE THIS INVOICE                  $     348.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0806-106888
Fort Washington, PA 19034

                                                         INVOICE #  804416

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-106888   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/10/12 | Draft updated status report for client review | B120 | TMB | .20 | 390.00 | 78.00 |
| 06/10/12 | Begin draft of motions to opposition | L210 | TMB | .40 | 390.00 | 156.00 |
| 06/14/12 | Draft status report for attorney review | L190 | AHC | .10 | 155.00 | 15.50 |
| 06/19/12 | Conference with C.Lockovich re status of motion to opposition | L210 | TMB | .20 | 390.00 | 78.00 |

                              FEES                              $327.50


                      AMOUNT DUE THIS BILL                      $327.50


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-106888

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 390.00 | .80 | 312.00 |
| Alecia H. Cockrell | Paralegal | 155.00 | .10 | 15.50 |
| Total | | | .90 | 327.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0806-106888
BILL AMOUNT          $327.50                              INVOICE #  804416

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804416
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0806-106888

                                        Current Invoice
Code Task                            Hours          Fees

B120 Asset Analysis and Recovery       0.20    $     78.00
L190 Other Case Assessment, Develop't/Admin  0.10    $     15.50
L210 Pleadings                         0.60    $    234.00

                        =======================================
                TOTAL FEES             0.90    $    327.50

                TOTAL FEES DUE                 $    327.50
           TOTAL DISBURSEMENTS DUE             $      0.00
           TOTAL DUE THIS INVOICE              $    327.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0806-301005
Fort Washington, PA 19034

                                                               INVOICE #  804417

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301005  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Draft monthly status update for client review | L320 | MW | .10 | 300.00 | 30.00 |
| 06/05/12 | Analysis of Arizona Revised Statutes in preparation for drafting declaratory judgment complaint striking borrower's filings with county recorder regarding mortgaged property | L120 | MW | 1.00 | 300.00 | 300.00 |
| 06/08/12 | Review and analyze multiple recorded documents for two properties and compare same | L110 | CWH | 1.90 | 315.00 | 598.50 |
| 06/08/12 | Research and review official records to determine status of case and supplement draft of chronology of events | L110 | KK | .50 | 100.00 | 50.00 |
| 06/15/12 | Receive and review updated title search | L110 | KK | .30 | 100.00 | 30.00 |
| 06/15/12 | Review and analysis of borrower's filings in preparation for drafting declaratory judgment complaint to quiet title | L120 | MW | .30 | 300.00 | 90.00 |
| 06/28/12 | Review and analyze procedural posture of action, in preparation for drafting declaratory judgment complaint | L120 | MW | .60 | 300.00 | 180.00 |
| 06/29/12 | Review updated title search and supplement chronology of events to determine status of case | L110 | KK | .30 | 100.00 | 30.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0806-301005

FED ID NO. 63-0243316

FEES                              $1,308.50

AMOUNT DUE THIS BILL              $1,308.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0806-301005

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 315.00 | 1.90 | 598.50 |
| Monica Wilson | Associate | 300.00 | 2.00 | 600.00 |
| Kerry Keane | Paralegal | 100.00 | 1.10 | 110.00 |
| Total | | | 5.00 | 1,308.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         SEPTEMBER 14, 2012
                                                              0R0806-301005
BILL AMOUNT          $1,308.50                                INVOICE #  804417

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804417
                                       Period ending:      06/30/2012

Case Management Number      LD  0R0806-301005

|      |                              | Current Invoice | |
| Code | Task                         | Hours | Fees |
|------|------------------------------|-------|------|
| L110 | Fact Investigation/Development | 3.00  | $   708.50 |
| L120 | Analysis/Strategy            | 1.90  | $   570.00 |
| L320 | Document Production          | 0.10  | $    30.00 |

====================================
TOTAL FEES          5.00    $  1,308.50

                TOTAL FEES DUE        $  1,308.50
       TOTAL DISBURSEMENTS DUE        $      0.00
          TOTAL DUE THIS INVOICE      $  1,308.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301006

INVOICE #  804418

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301006   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status update regarding settlement solicitation | L120 | BG | .10 | 210.00 | 21.00 |
| 06/19/12 | Receipt and review of trial continuance | L120 | BG | .10 | 210.00 | 21.00 |
| 06/19/12 | Retrieval of docket to obtain status regarding bankruptcy stay and update master litigation chart with obtained information and attachments regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/19/12 | Obtain court file copies regarding continuance per information obtain through docket report | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/21/12 | Assimilation and compilation of Motion for Continuance and accompanying Order regarding trial | L110 | ABB | .20 | 150.00 | 30.00 |

                    FEES                              $147.00

                    AMOUNT DUE THIS BILL              $147.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301006

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .70 | 105.00 |
| Blake Goodsell | Associate | 210.00 | .20 | 42.00 |
| Total | | | .90 | 147.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0806-301006
BILL AMOUNT          $147.00                                 INVOICE #  804418

To:   ResCap                          TC Number:        NA
      1100 Virginia Drive             Invoice Date:     09/14/2012
      Fort Washington, PA 19034       Invoice No.       804418
                                      Period ending:    06/30/2012

Case Management Number      LD  0R0806-301006

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.70 | $ 105.00 |
| L120 | Analysis/Strategy | 0.20 | $ 42.00 |
| | TOTAL FEES | 0.90 | $ 147.00 |

                      TOTAL FEES DUE            $    147.00
              TOTAL DISBURSEMENTS DUE           $      0.00
              TOTAL DUE THIS INVOICE            $    147.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301007

INVOICE #  804419

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301007   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/16/12 | Draft email to counsel regarding effect of bankruptcy on settlement discussions | B110 | TRL | .30 | 290.00 | 87.00 |
| 06/16/12 | Draft status report regarding bankruptcy stay and temporary dismissal of case | B110 | TRL | .20 | 290.00 | 58.00 |
| 06/17/12 | Review and respond to incoming email from opposing counsel regarding settlement discussions | B110 | TRL | .20 | 290.00 | 58.00 |
| 06/17/12 | Draft closing memo | B110 | TRL | .40 | 290.00 | 116.00 |

FEES                              $319.00

AMOUNT DUE THIS BILL              $319.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0806-301007

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 290.00 | 1.10 | 319.00 |
| Total | | | 1.10 | 319.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0806-301007
BILL AMOUNT        $319.00                          INVOICE #  804419

To:    ResCap                    TC Number:        NA
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804419
                                 Period ending:    06/30/2012

Case Management Number    LD  0R0806-301007

                                            Current Invoice
Code Task                              Hours            Fees

B110 Case Administration               1.10     $      319.00

                           ======================================
                    TOTAL FEES         1.10     $      319.00

                       TOTAL FEES DUE           $      319.00
              TOTAL DISBURSEMENTS DUE           $        0.00
               TOTAL DUE THIS INVOICE           $      319.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0R0806-301009
Fort Washington, PA 19034

                                                    INVOICE #  804420

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301009   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review and revise closing memorandum | C300 | MCG | .30 | 300.00 | 90.00 |

                              FEES                                $90.00

                        AMOUNT DUE THIS BILL                      $90.00

                  ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301009

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 300.00 | .30 | 90.00 |
| Total | | | .30 | 90.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $90.00

SEPTEMBER 14, 2012
0R0806-301009
INVOICE #  804420

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        NA
Invoice Date:     09/14/2012
Invoice No.       804420
Period ending:    06/30/2012

Case Management Number    LD  0R0806-301009

| Code Task | Current Invoice Hours | Fees |
|-----------|-----------------------|------|
| C300 Analysis and Advice | 0.30 | $   90.00 |
| ================================== | | |
| TOTAL FEES | 0.30 | $   90.00 |

TOTAL FEES DUE            $   90.00
TOTAL DISBURSEMENTS DUE   $    0.00
TOTAL DUE THIS INVOICE    $   90.00



# BRADLEY ARANT
# BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                         0R0806-301010
Fort Washington, PA 19034

                                                           INVOICE #  804421

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301010  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status update regarding discussion with borrower | L120 | BG | .20 | 210.00 | 42.00 |
| 06/01/12 | Evaluate need to file notice of bankruptcy | L120 | BG | .30 | 210.00 | 63.00 |
| 06/01/12 | Draft Notice of Bankruptcy | L210 | BG | .10 | 210.00 | 21.00 |
| 06/04/12 | Request client approval to file a Notice of Bankruptcy | L190 | BG | .10 | 210.00 | 21.00 |
| 06/04/12 | Revise Notice of Bankruptcy | L210 | BG | .20 | 210.00 | 42.00 |
| 06/05/12 | Finalize Suggestion of Bankruptcy and prepare for service among all parties via regular mail and certified mail | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/05/12 | Correspondence to Garvin County Court with enclosure regarding bankruptcy proceeding | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/11/12 | Phone call from counsel for third-party contractor to discuss bankruptcy stay issue | L190 | JHP | .10 | 255.00 | 25.50 |
| 06/11/12 | Email to client contact to discuss third-party contractor's call to discuss bankruptcy stay on case | L120 | JHP | .10 | 255.00 | 25.50 |
| 06/18/12 | Correspondence with opposing counsel regarding agreed order lifting bankruptcy stay | L190 | BG | .10 | 210.00 | 21.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0806-301010

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Send request to client contact about property inspection | L120 | BG | .20 | 210.00 | 42.00 |
| 06/19/12 | Retrieval of docket to obtain status regarding bankruptcy stay and of any pending Order and update master chart with obtained information and attachments regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/27/12 | Reviewed email from client contact regarding inspection of property | L120 | JHP | .10 | 255.00 | 25.50 |
| 06/28/12 | Emails to and from client contact to discuss bankruptcy stay and recent interim order regarding stay | L120 | JHP | .10 | 255.00 | 25.50 |

|  | FEES |  |  |  |  | $519.00 |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $519.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0806-301010

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.10 | 165.00 |
| Jon H. Patterson | Associate | 255.00 | .40 | 102.00 |
| Blake Goodsell | Associate | 210.00 | 1.20 | 252.00 |
| Total | | | 2.70 | 519.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0806-301010
BILL AMOUNT          $519.00                              INVOICE #  804421

To:    ResCap                           TC Number:        NA
       1100 Virginia Drive              Invoice Date:     09/14/2012
       Fort Washington, PA 19034        Invoice No.       804421
                                        Period ending:    06/30/2012

Case Management Number      LD  0R0806-301010

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.10 | $ 165.00 |
| L120 | Analysis/Strategy | 1.00 | $ 223.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ 67.50 |
| L210 | Pleadings | 0.30 | $ 63.00 |

```
                        =================================
            TOTAL FEES      2.70    $    519.00

              TOTAL FEES DUE         $    519.00
       TOTAL DISBURSEMENTS DUE       $      0.00
       TOTAL DUE THIS INVOICE        $    519.00
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301011

INVOICE #   804423

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301011   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report for client review | L190 | NSR | .10 | 280.00 | 28.00 |

FEES                                     $28.00

AMOUNT DUE THIS BILL                     $28.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301011

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                                0R0806-301011
BILL AMOUNT          $28.00                                     INVOICE #  804423

```
To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804423
                                     Period ending:    06/30/2012


Case Management Number      LD  0R0806-301011


                                           Current Invoice
Code Task                                  Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $    28.00

                              ==================================
                    TOTAL FEES            0.10    $    28.00

                      TOTAL FEES DUE              $    28.00
               TOTAL DISBURSEMENTS DUE            $     0.00
                TOTAL DUE THIS INVOICE            $    28.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0806-301012
Fort Washington, PA 19034

                                                               INVOICE #  804424

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301012   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly case status report for client review | L190 | NSR | .10 | 280.00 | 28.00 |

|  |  |  |  |  | FEES | $28.00 |
|  |  |  |  |  | AMOUNT DUE THIS BILL | $28.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301012

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0806-301012

BILL AMOUNT          $28.00

INVOICE #  804424

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804424
                                       Period ending:    06/30/2012

Case Management Number     LD  0R0806-301012

|      |                                          | Current Invoice | |
|------|------------------------------------------|-------|---------|
| Code | Task                                     | Hours | Fees    |
| L190 | Other Case Assessment, Develop't/Admin   | 0.10  | $  28.00 |
|      | TOTAL FEES                               | 0.10  | $  28.00 |

TOTAL FEES DUE              $   28.00
TOTAL DISBURSEMENTS DUE     $    0.00
TOTAL DUE THIS INVOICE      $   28.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301013

INVOICE #  804425

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301013   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly case status report for client review | L190 | NSR | .10 | 280.00 | 28.00 |

|  |  |  |
|--|--|--|
| FEES |  | $28.00 |
| AMOUNT DUE THIS BILL |  | $28.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301013

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                SEPTEMBER 14, 2012
                                                                      0R0806-301013
BILL AMOUNT           $28.00                                          INVOICE #  804425

---

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804425
                                       Period ending:      06/30/2012


Case Management Number      LD  0R0806-301013


|                                              | Current Invoice | |
| Code Task                                    | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin  | 0.10  | $    28.00 |
|                                              | ===== | ========== |
| TOTAL FEES                                   | 0.10  | $    28.00 |
| TOTAL FEES DUE                               |       | $    28.00 |
| TOTAL DISBURSEMENTS DUE                      |       | $     0.00 |
| TOTAL DUE THIS INVOICE                       |       | $    28.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0806-301015
Fort Washington, PA 19034

                                                          INVOICE #  804426

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301015   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Draft monthly case status report to client | L120 | JHP | .10 | 255.00 | 25.50 |
| 06/04/12 | Determine bankruptcy status of all parties including borrower | L120 | BG | .10 | 210.00 | 21.00 |
| 06/04/12 | Request to file Notice of Bankruptcy from client | L190 | BG | .10 | 210.00 | 21.00 |
| 06/04/12 | Draft Notice of Bankruptcy | L210 | BG | .20 | 210.00 | 42.00 |
| 06/28/12 | Retrieval of docket in Eastern Arkansas regarding scheduled hearing set in bankruptcy case and update file regarding continuance and other information obtained | L110 | ABB | .30 | 150.00 | 45.00 |

                                    FEES                              $154.50

                        DESCRIPTION OF DISBURSEMENTS

            61        Local Counsel Fees                               147.00

                                    COSTS                             $147.00

                        AMOUNT DUE THIS BILL                          $301.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301015

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0806-301015

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .30 | 45.00 |
| Jon H. Patterson | Associate | 255.00 | .10 | 25.50 |
| Blake Goodsell | Associate | 210.00 | .40 | 84.00 |
| Total | | | .80 | 154.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0806-301015
INVOICE #  804426

BILL AMOUNT          $301.50

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804426
                                       Period ending:      06/30/2012

Case Management Number      LD   0R0806-301015

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.30 | $    45.00 |
| L120 | Analysis/Strategy | 0.20 | $    46.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $    21.00 |
| L210 | Pleadings | 0.20 | $    42.00 |
| | TOTAL FEES | 0.80 | $   154.50 |

TOTAL FEES DUE                  $   154.50
TOTAL DISBURSEMENTS DUE         $   147.00
TOTAL DUE THIS INVOICE          $   301.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
1100 Virginia Drive                                          0R0806-301016
Fort Washington, PA 19034

                                                             INVOICE #  804427

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301016   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report for client review | L190 | NSR | .10 | 280.00 | 28.00 |

                              FEES                                  $28.00

                       AMOUNT DUE THIS BILL                         $28.00

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301016

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0806-301016
BILL AMOUNT          $28.00                                     INVOICE #  804427

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804427
                                       Period ending:      06/30/2012

Case Management Number       LD  0R0806-301016

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $    28.00 |
| | | ================================== | |
| TOTAL FEES | | 0.10 | $    28.00 |
| TOTAL FEES DUE | | | $    28.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    28.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0806-301017
Fort Washington, PA 19034

                                                                   INVOICE #  804428

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301017  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status update regarding filing Statement of Interest | L120 | BG | .20 | 210.00 | 42.00 |
| 06/01/12 | Draft initial litigation summary for client review | L120 | BG | .50 | 210.00 | 105.00 |
| 06/04/12 | Revise / finalize litigation case summary | L120 | BG | .10 | 210.00 | 21.00 |
| 06/04/12 | Send initial litigation summary to client | L190 | BG | .10 | 210.00 | 21.00 |
| 06/19/12 | Receipt / review of Court's Order validating Special Commissioner's award | L120 | BG | .20 | 210.00 | 42.00 |
| 06/19/12 | Evaluate plan of action following courtÆs order depositing sums into the registry | L120 | BG | .40 | 210.00 | 84.00 |
| 06/19/12 | Correspondence with client contact regarding plan of action following deposit of funds into the registry | L120 | BG | .20 | 210.00 | 42.00 |
| 06/19/12 | Draft Motion to Withdraw Funds | L210 | BG | .60 | 210.00 | 126.00 |
| 06/19/12 | Review of file to determine strategy on file given new interim bankruptcy order | L120 | JHP | .20 | 255.00 | 51.00 |
| 06/20/12 | Revise Motion to Withdraw Funds | L210 | BG | .30 | 210.00 | 63.00 |
| 06/20/12 | Review docket for relevant motions to withdraw funds or other request for relief from borrower | L190 | BG | .10 | 210.00 | 21.00 |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301017

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Retrieval of docket from Denton County Probate Court to determine status of recent case activity | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/20/12 | Contact Westlaw Court Express and obtain specific pleadings needed from Court file regarding recent Order | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/21/12 | Draft letter soliciting a waiver of funds from Borrower prior to filing Motion to Withdraw Funds | L120 | BG | .70 | 210.00 | 147.00 |
| 06/21/12 | Receive, review and compilation of recent court records obtained from the court docket | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/22/12 | Revise letter requesting waiver | L120 | BG | .20 | 210.00 | 42.00 |
| 06/22/12 | Draft actual waiver of eminent domain funds for execution by Borrower | L120 | BG | .20 | 210.00 | 42.00 |
| 06/25/12 | Finalize GMAC's Motion to Withdraw Special Commissioner's Award from the Court Registry with multiple exhibits and prepare same for filing in Denton County, Texas and for service upon all parties via certified mail and via facsimile | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/25/12 | Revised and edited Motion to Withdraw Award of condemnation and prepared exhibits and motion for filing | L240 | JHP | .60 | 255.00 | 153.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0806-301017

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Track and verify service upon J.Haney regarding recently filed Motion to Withdraw the award of special commissioners. | L110 | ABB | .20 | 150.00 | 30.00 |

FEES $1,212.00

| | | | |
|---|---|---|---|
| 06/19/12 | Copy Charges | | 0.00 |
| 06/22/12 | Copy Charges | | 0.00 |
| 06/19/12 | Computerized Legal Research-Westlaw Westlaw User: GOODSELL,BLAKE | | 0.00 |

AMOUNT DUE THIS BILL $1,212.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0806-301017

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.40 | 210.00 |
| Jon H. Patterson | Associate | 255.00 | .80 | 204.00 |
| Blake Goodsell | Associate | 210.00 | 3.80 | 798.00 |
| Total | | | 6.00 | 1,212.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       SEPTEMBER 14, 2012
                                                             0R0806-301017
BILL AMOUNT        $1,212.00                                 INVOICE #  804428

To:    ResCap                            TC Number:           NA
       1100 Virginia Drive               Invoice Date:        09/14/2012
       Fort Washington, PA 19034         Invoice No.          804428
                                         Period ending:       06/30/2012

Case Management Number    LD  0R0806-301017

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.40 | $ 210.00 |
| L120 | Analysis/Strategy | 2.90 | $ 618.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 42.00 |
| L210 | Pleadings | 0.90 | $ 189.00 |
| L240 | Dispositive Motions | 0.60 | $ 153.00 |

```
                      ==================================
             TOTAL FEES        6.00    $  1,212.00

                 TOTAL FEES DUE         $  1,212.00
         TOTAL DISBURSEMENTS DUE        $      0.00
         TOTAL DUE THIS INVOICE         $  1,212.00
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0806-301018
Fort Washington, PA 19034

                                                                   INVOICE #  804429

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301018   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft monthly status report to client | L120 | CSM | .10 | 295.00 | 29.50 |
| 06/04/12 | Telephone conference with opposing counsel regarding settlement | C400 | CSM | .20 | 295.00 | 59.00 |
| 06/04/12 | Review and analyze pleadings and fact package to evaluate opposing counsel's contention that case is not subject to bankruptcy stay | C300 | CSM | .60 | 295.00 | 177.00 |
| 06/04/12 | Telephone conference with J.Greenhouse, attorney for Five Star Claims Adjusting, regarding Notice of Bankruptcy. | L110 | MPE | .30 | 160.00 | 48.00 |
| 06/04/12 | E-mail correspondence with opposing counsel regarding settlement | L110 | CSM | .10 | 295.00 | 29.50 |
| 06/05/12 | Research current docket and public records to determine status of property. | L110 | MPE | .30 | 160.00 | 48.00 |
| 06/05/12 | Review pleadings and other documents to prepare timeline of case events and initial draft of litigation analysis. | L110 | MPE | 1.20 | 160.00 | 192.00 |

                                        FEES                              $583.00


                                        AMOUNT DUE THIS BILL              $583.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
SEPTEMBER 14, 2012

0R0806-301018

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0806-301018

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 295.00 | 1.00 | 295.00 |
| Melisa P. Palmer | Paralegal | 160.00 | 1.80 | 288.00 |
| Total | | | 2.80 | 583.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             SEPTEMBER 14, 2012
                                                   0R0806-301018
BILL AMOUNT        $583.00                         INVOICE #  804429

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804429
                                   Period ending:    06/30/2012

Case Management Number      LD  0R0806-301018

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.60 | $ 177.00 |
| C400 | Third Party Communication | 0.20 | $ 59.00 |
| L110 | Fact Investigation/Development | 1.90 | $ 317.50 |
| L120 | Analysis/Strategy | 0.10 | $ 29.50 |

```
=====================================
```
| | TOTAL FEES | 2.80 | $ 583.00 |
|---|---|---|---|
| | TOTAL FEES DUE | | $ 583.00 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 583.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                        0R0806-301019
Fort Washington, PA 19034

                                                           INVOICE #  804430

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301019  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status update regarding Notice of Bankruptcy and filing Answer | L120 | BG | .10 | 210.00 | 21.00 |
| 06/18/12 | Analysis and review of file materials and draft Litigation Assessment Summary | L110 | ABB | .60 | 150.00 | 90.00 |
| 06/19/12 | Retrieval of docket to obtain status regarding bankruptcy stay and of any pending Order and update master chart with obtained information and attachments regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/19/12 | Review of file to determine strategy on file given new interim bankruptcy order | L120 | JHP | .20 | 255.00 | 51.00 |
| 06/19/12 | Draft Initial litigation case assessment | L190 | BG | .60 | 210.00 | 126.00 |
| 06/19/12 | Contact opposing counsel regarding lien superiority of the mortgagee | L120 | BG | .10 | 210.00 | 21.00 |
| 06/19/12 | Evaluate effect of new bankruptcy order partially lifting the stay on the instant case and develop strategy for further handling | L120 | BG | .20 | 210.00 | 42.00 |
| 06/19/12 | Send Initial Litigation Summary to client contact | L190 | BG | .10 | 210.00 | 21.00 |

                              FEES                                    $417.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301019

FED ID NO. 63-0243316

06/19/12  Computerized Legal Research-Westlaw Westlaw          0.00
          User: GOODSELL,BLAKE

                    AMOUNT DUE THIS BILL                    $417.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0806-301019

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .90 | 135.00 |
| Jon H. Patterson | Associate | 255.00 | .20 | 51.00 |
| Blake Goodsell | Associate | 210.00 | 1.10 | 231.00 |
| Total | | | 2.20 | 417.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $417.00

SEPTEMBER 14, 2012
0R0806-301019
INVOICE #  804430

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804430
                                       Period ending:    06/30/2012


Case Management Number      LD  0R0806-301019


|      |                                    | Current Invoice | |
|------|------------------------------------|-------|---------|
| Code | Task                               | Hours | Fees    |
| L110 | Fact Investigation/Development     | 0.90  | $  135.00 |
| L120 | Analysis/Strategy                  | 0.60  | $  135.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $  147.00 |
|      | TOTAL FEES                         | 2.20  | $  417.00 |

TOTAL FEES DUE              $   417.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   417.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0806-301020
Fort Washington, PA 19034

                                                          INVOICE #  804431

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301020  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Study fire, wind and flood cancellation letters from Homecoming | L190 | BAW | .80 | 305.00 | 244.00 |
| 06/11/12 | Correspond with client contact regarding claim filed by borrower | L190 | BAW | .30 | 305.00 | 91.50 |
| 06/11/12 | Draft timeline relating to insurance history | L190 | BAW | .60 | 305.00 | 183.00 |
| 06/11/12 | Draft memo to client contact regarding case evaluation | L160 | BAW | .30 | 305.00 | 91.50 |
| 06/11/12 | Review and analyze updated court docket information to provide to attorney for case strategy | L120 | KE | .30 | 150.00 | 45.00 |
| 06/12/12 | Study loan inquiry and loan history | L190 | BAW | .30 | 305.00 | 91.50 |
| 06/12/12 | Draft email memo to client contact explaining borrower's civil claim | L190 | BAW | .30 | 305.00 | 91.50 |
| 06/13/12 | Draft memorandum to client contact regarding loan history and insurance | L190 | BAW | 1.30 | 305.00 | 396.50 |
| 06/13/12 | Draft email memo to client contact regarding update on talks with borrower and litigation | L190 | BAW | .20 | 305.00 | 61.00 |
| 06/18/12 | Access online docket to review mid-month activities | L190 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301020

FED ID NO. 63-0243316

FEES                                    $1,324.50

AMOUNT DUE THIS BILL                    $1,324.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0806-301020

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .30 | 45.00 |
| Brian Wahl | Partner | 305.00 | 4.10 | 1,250.50 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | 4.60 | 1,324.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 14, 2012
0R0806-301020
INVOICE #  804431

BILL AMOUNT        $1,324.50

| To: | ResCap | TC Number: | NA |
|-----|--------|------------|-----|
| | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 804431 |
| | | Period ending: | 06/30/2012 |

Case Management Number        LD  0R0806-301020

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L120 | Analysis/Strategy | 0.30 | $ | 45.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $ | 91.50 |
| L190 | Other Case Assessment, Develop't/Admin | 4.00 | $ | 1,188.00 |
| | | ================================== | | |
| | TOTAL FEES | 4.60 | $ | 1,324.50 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 1,324.50 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 1,324.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301021

INVOICE #  804432

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301021  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Telephone conference with T.Hughes of the FDIC regarding loan documentation | L190 | MMB | .40 | 240.00 | 96.00 |
| 06/01/12 | Attend to e-mail with T.Hughes of the FDIC regarding loan documentation | L190 | MMB | .20 | 240.00 | 48.00 |

FEES                                           $144.00

AMOUNT DUE THIS BILL                           $144.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301021

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melissa Burton | Associate | 240.00 | .60 | 144.00 |
| Total | | | .60 | 144.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0806-301021

BILL AMOUNT          $144.00

INVOICE #  804432

To:     ResCap                          TC Number:        NA
        1100 Virginia Drive             Invoice Date:     09/14/2012
        Fort Washington, PA 19034       Invoice No.       804432
                                        Period ending:    06/30/2012

Case Management Number      LD  0R0806-301021

|                                              | Current Invoice | |
| Code Task                                    | Hours | Fees |
|----------------------------------------------|-------|------|
| L190 Other Case Assessment, Develop't/Admin  | 0.60  | $   144.00 |
| ============================================ | ===== | ========= |
| TOTAL FEES                                    | 0.60  | $   144.00 |

TOTAL FEES DUE                $    144.00
TOTAL DISBURSEMENTS DUE       $      0.00
TOTAL DUE THIS INVOICE        $    144.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 14, 2012
1100 Virginia Drive                                              0R0806-301022
Fort Washington, PA 19034

                                                                INVOICE #   804433

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301022   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Draft monthly litigation status report for client review | L190 | JDV | .20 | 250.00 | 50.00 |
| 06/06/12 | Final review of Motion to Withdraw Funds prior to submission to court | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/06/12 | Draft correspondence to Charlotte County Clerk enclosing Motion to Withdraw Funds | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/19/12 | Analysis of Amended Declaration of Taking, Notice of Unavailability, and court docket | L250 | JDV | .80 | 250.00 | 200.00 |
| 06/20/12 | Correspondence with client contact regarding notice of unavailability and amended declaration of taking | L250 | JDV | .20 | 250.00 | 50.00 |
| 06/20/12 | Review and analyze Amended Declaration of Taking received from client and discuss case strategy with attorney | L120 | KE | .20 | 150.00 | 30.00 |
| 06/22/12 | Analysis of Plaintiff's Notice of Deposit | L250 | JDV | .20 | 250.00 | 50.00 |
| 06/26/12 | Correspondence with client contact regarding status of litigation | L190 | JDV | .40 | 250.00 | 100.00 |
| 06/27/12 | Review and analysis of Order or Taking | L210 | JDV | .20 | 250.00 | 50.00 |
| 06/28/12 | Email communication with foreclosure counsel regarding funds on deposit with court | L120 | KE | .10 | 150.00 | 15.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301022

FED ID NO. 63-0243316

FEES                                                    $603.00

06/20/12 Copy Charges                          0.00

AMOUNT DUE THIS BILL                   $603.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
SEPTEMBER 14, 2012

0R0806-301022

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .30 | 45.00 |
| Jamie Mathews | Paralegal | 145.00 | .40 | 58.00 |
| Jose D. Vega | Associate | 250.00 | 2.00 | 500.00 |
| Total | | | 2.70 | 603.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0806-301022
BILL AMOUNT          $603.00                        INVOICE #  804433

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804433
                                   Period ending:    06/30/2012


Case Management Number     LD  0R0806-301022


                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                     0.30     $     45.00
L190 Other Case Assessment, Develop't/Admin 0.60    $    150.00
L210 Pleadings                             0.60     $    108.00
L250 Other Written Motions/Submissions     1.20     $    300.00


                        ==================================
                TOTAL FEES    2.70     $    603.00

                TOTAL FEES DUE          $    603.00
          TOTAL DISBURSEMENTS DUE       $      0.00
          TOTAL DUE THIS INVOICE        $    603.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301023

INVOICE #  804434

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301023   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Receive e-mail from court clerk regarding docket sheet and update file regarding same. | L110 | MST | .20 | 150.00 | 30.00 |
| 06/05/12 | Correspondence with state court regarding effect of suggestion of bankruptcy | L120 | GWG | .20 | 275.00 | 55.00 |
| 06/06/12 | Call court presiding over Vanderburg matter and explain effect of suggestion of bankruptcy to clerk | L120 | CM | .20 | 205.00 | 41.00 |
| 06/06/12 | Draft monthly status report for this matter | L120 | CM | .20 | 205.00 | 41.00 |
| 06/11/12 | Receive notice from the court regarding filing of Notice of Bankruptcy and update file regarding same. | L110 | MST | .20 | 150.00 | 30.00 |

FEES                                    $197.00

AMOUNT DUE THIS BILL              $197.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301023

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Graham W. Gerhardt | Partner | 275.00 | .20 | 55.00 |
| Cam Miller | Associate | 205.00 | .40 | 82.00 |
| Total | | | 1.00 | 197.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $197.00

SEPTEMBER 14, 2012
0R0806-301023
INVOICE #  804434

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        NA
Invoice Date:     09/14/2012
Invoice No.       804434
Period ending:    06/30/2012

Case Management Number     LD  0R0806-301023

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 0.40 | $ | 60.00 |
| L120 | Analysis/Strategy | 0.60 | $ | 137.00 |
| | TOTAL FEES | 1.00 | $ | 197.00 |

TOTAL FEES DUE                  $   197.00
TOTAL DISBURSEMENTS DUE          $     0.00
TOTAL DUE THIS INVOICE           $   197.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301024

INVOICE #  804435

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301024   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Review complaint and confer with plaintiff's counsel regarding same | L120 | LPR | .30 | 305.00 | 91.50 |

FEES                                    $91.50

AMOUNT DUE THIS BILL                    $91.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301024

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lewis Rhodes | Associate | 305.00 | .30 | 91.50 |
| Total | | | .30 | 91.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0806-301024
BILL AMOUNT          $91.50                         INVOICE #  804435
_____

To:    ResCap                      TC Number:         NA
       1100 Virginia Drive         Invoice Date:      09/14/2012
       Fort Washington, PA 19034   Invoice No.        804435
                                   Period ending:     06/30/2012


Case Management Number      LD   0R0806-301024


                                        Current Invoice
Code Task                             Hours            Fees

L120 Analysis/Strategy                 0.30     $     91.50

                            ==================================
                  TOTAL FEES            0.30     $     91.50

                     TOTAL FEES DUE              $     91.50
               TOTAL DISBURSEMENTS DUE           $      0.00
                TOTAL DUE THIS INVOICE           $     91.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0806-301027

INVOICE #  804436

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301027  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Review new Texas matter  received from client | L110 | GWG | .70 | 275.00 | 192.50 |
| 06/28/12 | Review documents provided by GMAC for new matter | L120 | RK | .70 | 205.00 | 143.50 |

FEES                                          $336.00

AMOUNT DUE THIS BILL                          $336.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301027

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 275.00 | .70 | 192.50 |
| Riley Key | Associate | 205.00 | .70 | 143.50 |
| Total | | | 1.40 | 336.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0806-301027
BILL AMOUNT            $336.00                            INVOICE #  804436

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804436
                                       Period ending:    06/30/2012

Case Management Number       LD  0R0806-301027

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.70 | $ 192.50 |
| L120 | Analysis/Strategy | 0.70 | $ 143.50 |
| | | ================================ | |
| | TOTAL FEES | 1.40 | $ 336.00 |
| | TOTAL FEES DUE | | $ 336.00 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 336.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                      0R0806-301029
Fort Washington, PA 19034

                                                         INVOICE #  804437

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301029   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Review new Texas matter received from clien | L110 | GWG | .60 | 275.00 | 165.00 |
| 06/28/12 | Review documents provided by GMAC for new matter | L120 | RK | .60 | 205.00 | 123.00 |
| 06/29/12 | Review Texas law on deadlines for condemnation proceedings | L120 | RK | .90 | 205.00 | 184.50 |
| 06/29/12 | Review new Texas matter for appropriate response and response deadline | L110 | GWG | .70 | 275.00 | 192.50 |

                    FEES                              $665.00


                    AMOUNT DUE THIS BILL              $665.00


            ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0806-301029

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 275.00 | 1.30 | 357.50 |
| Riley Key | Associate | 205.00 | 1.50 | 307.50 |
| Total | | | 2.80 | 665.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0806-301029
BILL AMOUNT          $665.00                                INVOICE #  804437

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804437
                                       Period ending:    06/30/2012

Case Management Number       LD   0R0806-301029

|           |                                   | Current Invoice | | |
|-----------|-----------------------------------|-------|-----|--------|
| Code Task |                                   | Hours |     | Fees   |
| L110      | Fact Investigation/Development    | 1.30  | $   | 357.50 |
| L120      | Analysis/Strategy                 | 1.50  | $   | 307.50 |
|           | TOTAL FEES                        | 2.80  | $   | 665.00 |
|           | TOTAL FEES DUE                    |       | $   | 665.00 |
|           | TOTAL DISBURSEMENTS DUE           |       | $   | 0.00   |
|           | TOTAL DUE THIS INVOICE            |       | $   | 665.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     SEPTEMBER 14, 2012
1100 Virginia Drive                                        0R0806-301030
Fort Washington, PA 19034

                                                           INVOICE #  804438

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0806-301030   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/27/12 | Review complaint regarding Georgia eminent domain claim | L120 | KSA | .60 | 225.00 | 135.00 |

|  |  |
|---|---|
| FEES | $135.00 |
| AMOUNT DUE THIS BILL | $135.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0806-301030

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 225.00 | .60 | 135.00 |
| Total | | | .60 | 135.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0806-301030
BILL AMOUNT            $135.00                  INVOICE #  804438

To:     ResCap                      TC Number:        NA
        1100 Virginia Drive         Invoice Date:     09/14/2012
        Fort Washington, PA 19034   Invoice No.       804438
                                    Period ending:    06/30/2012

Case Management Number      LD  0R0806-301030

                                       Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                 0.60      $    135.00

                       ==================================
                 TOTAL FEES            0.60      $    135.00

                 TOTAL FEES DUE                  $    135.00
          TOTAL DISBURSEMENTS DUE                $      0.00
          TOTAL DUE THIS INVOICE                 $    135.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-104171
Fort Washington, PA 19034

                                                               INVOICE #  804439

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-104171  TC Number: 691867

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Research 9th Circuit opinion affirming judgment in Jack Scott appeal | L510 | MJA | .40 | 297.00 | 118.80 |
| 06/02/12 | Review docket and draft status report as follows for attorney review: On May 29, the Ninth Circuit affirmed our victory in the Jack Scott appeal.  By rule, Mr. Scott has 14 days (until June 12) to file for rehearing. | L190 | AHC | .30 | 145.00 | 43.50 |
| 06/13/12 | Research on rehearing petition filing | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/13/12 | Review docket regarding status of motion for rehearing | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/27/12 | Review and analysis of appellate court ruling on borrower's last pleading | L240B | LADA | .30 | 65.00 | 19.50 |

                          FEES                              $270.20

                 **DESCRIPTION OF DISBURSEMENTS**

          58      FED DOCKET SERV-PACER                      12.00

                          COSTS                             $12.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-104171

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $282.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-104171

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .60 | 178.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Lucinda Kish | Paralegal | 65.00 | .30 | 19.50 |
| Total | | | 1.40 | 270.20 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-104171

BILL AMOUNT          $282.20

INVOICE #  804439

To:    ResCap                          TC Number:        691867
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804439
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-104171

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.20 | $   29.00 |
| L190 Other Case Assessment, Develop't/Admin | | 0.30 | $   43.50 |
| L240BAll Other | | 0.30 | $   19.50 |
| L510 Appellate Motions and Submissions | | 0.60 | $  178.20 |
| | | ================================= | |
| TOTAL FEES | | 1.40 | $  270.20 |
| TOTAL FEES DUE | | | $  270.20 |
| TOTAL DISBURSEMENTS DUE | | | $   12.00 |
| TOTAL DUE THIS INVOICE | | | $  282.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                         0R0808-104980
Fort Washington, PA 19034

                                                            INVOICE #  804440

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-104980  TC Number: 698077

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Update status reports as follows: BABC filed a notice of bankruptcy in this case, and the case is currently stayed. | L110 | ASI | .10 | 249.00 | 24.90 |
| 06/27/12 | Analyze order allowing case to continue as to individual defendants and advise client regarding same | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/27/12 | Discussion with client about case | L210 | CWH | .10 | 330.00 | 33.00 |
| 06/27/12 | Review complaint and determine which claims remain against the individual defendants | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/27/12 | Strategy regarding procedural posture of case | L190 | SMC | .50 | 358.00 | 179.00 |
| 06/27/12 | Review of Court's order regarding stay of matter due to bankruptcy filing | L240B | LADA | .30 | 65.00 | 19.50 |
| 06/27/12 | Analyze rules 19, 21 and 42 for purposes of dismissing case against individual defendants | C200 | ASI | 3.90 | 249.00 | 971.10 |
| 06/29/12 | Draft memorandum to client regarding possible strategies | C300 | ASI | 1.90 | 249.00 | 473.10 |

                              FEES                                  $1,832.60



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-104980

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                $1,832.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-104980

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Stewart M. Cox | Partner | 358.00 | .50 | 179.00 |
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Avery Simmons | Associate | 249.00 | 5.90 | 1,469.10 |
| Lucinda Kish | Paralegal | 65.00 | .30 | 19.50 |
| Total | | | 7.20 | 1,832.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-104980
BILL AMOUNT          $1,832.60                            INVOICE #  804440

To:    ResCap                        TC Number:           698077
       1100 Virginia Drive           Invoice Date:        09/14/2012
       Fort Washington, PA 19034     Invoice No.          804440
                                     Period ending:       06/30/2012

Case Management Number      LD   0R0808-104980

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| C200 Researching Law | | 3.90 | $    971.10 |
| C300 Analysis and Advice | | 1.90 | $    473.10 |
| L110 Fact Investigation/Development | | 0.10 | $     24.90 |
| L190 Other Case Assessment, Develop't/Admin | | 0.50 | $    179.00 |
| L210 Pleadings | | 0.50 | $    165.00 |
| L240BAll Other | | 0.30 | $     19.50 |

```
                      =====================================
            TOTAL FEES    7.20    $  1,832.60

            TOTAL FEES DUE              $  1,832.60
    TOTAL DISBURSEMENTS DUE             $      0.00
    TOTAL DUE THIS INVOICE              $  1,832.60
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-105192

INVOICE #  804441

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-105192  TC Number: 694816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Correspondence with client regarding bankruptcy stay and parties represented | L190 | BG | .10 | 190.00 | 19.00 |
| 06/01/12 | Draft status update regarding entrance of appearance and filing Notice of Bankruptcy | L120 | BG | .10 | 190.00 | 19.00 |
| 06/19/12 | Determine status of discovery responses | L120 | BG | .30 | 190.00 | 57.00 |
| 06/19/12 | Contact local counsel about settlement | L160 | BG | .20 | 190.00 | 38.00 |

FEES                                                                    $133.00

### DESCRIPTION OF DISBURSEMENTS

| 61 | Local Counsel Fees | 811.19 |
|----|--------------------|--------|

COSTS                                                                   $811.19

AMOUNT DUE THIS BILL                                                    $944.19

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-105192

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .70 | 133.00 |
| Total | | | .70 | 133.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-105192
BILL AMOUNT          $944.19                        INVOICE #  804441

To:    ResCap                        TC Number:          694816
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804441
                                     Period ending:      06/30/2012

Case Management Number      LD   0R0808-105192

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.40 | $ | 76.00 |
| L160 Settlement/Non-Binding ADR | 0.20 | $ | 38.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ | 19.00 |
| ================================== | | | |
| TOTAL FEES | 0.70 | $ | 133.00 |
| TOTAL FEES DUE | | $ | 133.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 811.19 |
| TOTAL DUE THIS INVOICE | | $ | 944.19 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-108317
Fort Washington, PA 19034

                                                         INVOICE #  804442

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-108317  TC Number: 696873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review docket and report as follows for attorney The Court of Special Appeals of Maryland affirmed the trial court's dismissal of this case on May 7, 2012. The appellate court's affirmance of the dismissal will be evidenced by a mandate, which will be certified by the Clerk under the seal of the Court. The mandate will be transmitted by the Clerk to the lower court and will then be entered on the docket. The appellants have the right to file a motion for reconsideration before the issuance of the mandate or within 30 days after the filing of the opinion, whichever is earlier | L190 | AHC | .30 | 145.00 | 43.50 |
| 06/07/12 | Review Mandate and email to S.McGinnis regarding same and costs assessed to appellants | L120 | EAF | .20 | 358.00 | 71.60 |
| 06/15/12 | Review petition for writ of certiorari filed by appellants | L520 | EAF | .50 | 358.00 | 179.00 |
| 06/15/12 | Email to S.McGinnis regarding petition for writ of certiorari filed by appellants, including date to respond, bankruptcy issue, strategy | L120 | EAF | .30 | 358.00 | 107.40 |
| 06/15/12 | Analyze Walls' Petition for Writ Of Certiorari in conjunction with research re cases cited therein | L510 | SAP | .90 | 323.00 | 290.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-108317

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Analyze claims and parties to determine impact of GMAC's bankruptcy on the matter pending appeal | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/20/12 | Begin preparation of answer to petition for certiorari | L520 | EAF | 6.20 | 358.00 | 2,219.60 |
| 06/20/12 | Email with counsel for Walls regarding certiorari petition | C400 | EAF | .20 | 358.00 | 71.60 |
| 06/20/12 | Review issues associated with bankruptcy and impact on appeal | L120 | EAF | .80 | 358.00 | 286.40 |
| 06/20/12 | Legal research re responding to Petition for Writ of Certiorari | L510 | SAP | .50 | 323.00 | 161.50 |
| 06/21/12 | Continue and preparation of response to certiorari petition | L520 | EAF | 6.40 | 358.00 | 2,291.20 |
| 06/21/12 | Research issues relating to standard on receipt of petition for certiorari | L520 | EAF | .50 | 358.00 | 179.00 |
| 06/21/12 | Analyze issues regarding parties, claims, and applicability of the bankruptcy stay | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/22/12 | Continue and preparation of response to certiorari petition | L520 | EAF | 6.60 | 358.00 | 2,362.80 |
| 06/23/12 | Continue preparing response to petition for certiorari including review and application of relevant cases | L520 | EAF | 4.20 | 358.00 | 1,503.60 |
| 06/24/12 | Continue preparing response to petition for certiorari | L520 | EAF | 5.30 | 358.00 | 1,897.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-108317

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/24/12 | Research on standards concerning certiorari review | L510 | MJA | .80 | 297.00 | 237.60 |
| 06/25/12 | Continued research on general certiorari rules for response to cert petition | L510 | MJA | 1.70 | 297.00 | 504.90 |
| 06/25/12 | Continue preparing response to petition for certiorari | L520 | EAF | 6.60 | 358.00 | 2,362.80 |
| 06/25/12 | Review issues associated with bankruptcy and effect on appeal and telephone conference with S.McGinnis regarding same | L120 | EAF | .60 | 358.00 | 214.80 |
| 06/25/12 | Legal research regarding scope of review on appeal | L510 | SAP | .80 | 323.00 | 258.40 |
| 06/26/12 | Telephone conference with counsel regarding case | C400 | EAF | .30 | 358.00 | 107.40 |
| 06/29/12 | Email to S.McGinnis regarding telephone conversation with counsel for borrowers | L120 | EAF | .20 | 358.00 | 71.60 |

FEES                                    $15,554.80

01      Copy Charges                              0.00

AMOUNT DUE THIS BILL              $15,554.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0R0808-108317

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 38.90 | 13,926.20 |
| Marc J. Ayers | Partner | 297.00 | 2.50 | 742.50 |
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Steven A. Pozefsky | Associate | 323.00 | 2.20 | 710.60 |
| Total | | | 44.30 | 15,554.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-108317
BILL AMOUNT        $15,554.80                                  INVOICE #  804442

To:    ResCap                            TC Number:          696873
       1100 Virginia Drive               Invoice Date:       09/14/2012
       Fort Washington, PA 19034         Invoice No.         804442
                                         Period ending:      06/30/2012


Case Management Number      LD  0R0808-108317


                                          Current Invoice
Code Task                                 Hours         Fees

C400 Third Party Communication            0.50     $      179.00
L110 Fact Investigation/Development       0.40     $      132.00
L120 Analysis/Strategy                    2.10     $      751.80
L190 Other Case Assessment, Develop't/Admin 0.30   $       43.50
L510 Appellate Motions and Submissions    4.70     $    1,453.10
L520 Appellate Briefs                    36.30     $   12,995.40

                          ==================================
               TOTAL FEES            44.30     $   15,554.80

                  TOTAL FEES DUE              $   15,554.80
         TOTAL DISBURSEMENTS DUE              $        0.00
            TOTAL DUE THIS INVOICE            $   15,554.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                                       0R0808-109909
Fort Washington, PA 19034

                                                                          INVOICE #  804443

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-109909  TC Number: 693531

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |
| 06/01/12 | Prepare and circulate closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

                    FEES                                        $241.50

                    AMOUNT DUE THIS BILL                        $241.50

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-109909

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| Total | | | .70 | 241.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-109909
BILL AMOUNT            $241.50                            INVOICE #  804443

To:    ResCap                      TC Number:      693531
       1100 Virginia Drive         Invoice Date:   09/14/2012
       Fort Washington, PA 19034   Invoice No.     804443
                                   Period ending:  06/30/2012

Case Management Number      LD  0R0808-109909

                                        Current Invoice
Code Task                            Hours          Fees

L120 Analysis/Strategy               0.70    $   241.50

                        ========================================
                 TOTAL FEES          0.70    $   241.50

                    TOTAL FEES DUE           $   241.50
              TOTAL DISBURSEMENTS DUE        $     0.00
                TOTAL DUE THIS INVOICE       $   241.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0808-109948
Fort Washington, PA 19034

                                                                   INVOICE #  804444

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-109948  TC Number: 682615

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

                                          FEES                              $69.00

                              AMOUNT DUE THIS BILL                          $69.00

                      ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-109948

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-109948
BILL AMOUNT          $69.00                              INVOICE #  804444

To:    ResCap                          TC Number:          682615
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804444
                                       Period ending:      06/30/2012

Case Management Number      LD  0R0808-109948

                                           Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  0.20     $    69.00

                       ==========================================
                       TOTAL FEES       0.20     $    69.00

                       TOTAL FEES DUE            $    69.00
                  TOTAL DISBURSEMENTS DUE        $     0.00
                  TOTAL DUE THIS INVOICE         $    69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-109965

INVOICE #  804445

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-109965  TC Number: 682614

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |
| 06/24/12 | Review and analyze whether notice of bankruptcy was filed | L110 | CWH | .10 | 330.00 | 33.00 |

FEES                                              $102.00

AMOUNT DUE THIS BILL                              $102.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-109965

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Total | | | .30 | 102.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-109965
BILL AMOUNT          $102.00                              INVOICE #  804445

To:    ResCap                          TC Number:        682614
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804445
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-109965

                                          Current Invoice
Code Task                                 Hours           Fees

L110 Fact Investigation/Development        0.10      $      33.00
L120 Analysis/Strategy                     0.20      $      69.00

                              ====================================
                    TOTAL FEES             0.30      $     102.00

                    TOTAL FEES DUE                   $     102.00
              TOTAL DISBURSEMENTS DUE                $       0.00
              TOTAL DUE THIS INVOICE                 $     102.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0808-301001
Fort Washington, PA 19034

                                                                   INVOICE #  804446

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301001   TC Number: 710503

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review response memorandum filed by Ochoa | L210 | ASI | 1.10 | 249.00 | 273.90 |
| 06/11/12 | Update status reports | L110 | ASI | .10 | 249.00 | 24.90 |
| 06/18/12 | Analyze pleadings for hearing binder | L210 | ASI | .30 | 249.00 | 74.70 |
| 06/18/12 | Preparation for hearing on Exception of Improper Cumulation of Actions | L440 | BG | .40 | 190.00 | 76.00 |
| 06/18/12 | Prepare documents for hearing on show cause and dilatory exception hearing | L140 | LADA | 2.50 | 65.00 | 162.50 |
| 06/20/12 | Review all relevant pleadings in preparation for hearing on dilatory exception of improper cumulation of actions | L440 | BG | 2.00 | 190.00 | 380.00 |
| 06/20/12 | Evaluate arguments for hearing on dilatory exception of improper cumulation of actions | L440 | BG | 2.80 | 190.00 | 532.00 |
| 06/20/12 | Begin drafting oral presentation for hearing on dilatory exception of improper cumulation of actions | L440 | BG | 1.80 | 190.00 | 342.00 |
| 06/20/12 | Research caselaw supporting oral arguments at hearing on dilatory exception of improper cumulation of actions and petition for denial of injunctive relief | L440 | BG | 2.10 | 190.00 | 399.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Prepare for hearing on dilatory exception of improper cumulation of actions and petition for denial of injunctive relief | L440 | BG | 2.50 | 190.00 | 475.00 |
| 06/21/12 | Attend hearing on dilatory exception of improper cumulation of actions and request for order denying seizure and sale | L450 | BG | 1.50 | 190.00 | 285.00 |
| 06/21/12 | Send client update on results of hearing and provide assessment of arguments and prospects | L460 | BG | .40 | 190.00 | 76.00 |
| 06/21/12 | Finish drafting oral presentation for hearing on dilatory exception of improper cumulation of actions and Opposition to Petition for Order suspending the sale and seizure | L440 | BG | 2.10 | 190.00 | 399.00 |
| 06/21/12 | Settlement discussions with opposing counsel | L160 | BG | .30 | 190.00 | 57.00 |
| 06/21/12 | Analyze statutory provisions relating to authentic evidence and the use of same in executory process proceedings in preparation for hearing | L120 | ASI | .40 | 249.00 | 99.60 |
| 06/26/12 | Correspondence with J.Ho regarding discussions with opposing counsel about modification package | L120 | BG | .20 | 190.00 | 38.00 |

FEES                                                    $3,694.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301001

**FED ID NO. 63-0243316**

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 184.95 |
| 20 | Airline Tickets | 1,156.00 |
| 21 | Travel Expense | 835.72 |
| 23 | Meal Expense | 122.74 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 61 | Local Counsel Fees | 654.00 |

|  |  |
|---|---:|
| COSTS | $2,953.41 |
| AMOUNT DUE THIS BILL | $6,648.01 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0808-301001

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | 1.90 | 473.10 |
| Blake Goodsell | Associate | 190.00 | 16.10 | 3,059.00 |
| Lucinda Kish | Paralegal | 65.00 | 2.50 | 162.50 |
| Total | | | 20.50 | 3,694.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301001
BILL AMOUNT        $6,648.01                     INVOICE #   804446

To:    ResCap                    TC Number:        710503
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804446
                                 Period ending:    06/30/2012

Case Management Number      LD  0R0808-301001

                                     Current Invoice
Code Task                            Hours          Fees

L110  Fact Investigation/Development    0.10    $      24.90
L120  Analysis/Strategy                 0.60    $     137.60
L140  Document/File Management          2.50    $     162.50
L160  Settlement/Non-Binding ADR        0.30    $      57.00
L210  Pleadings                         1.40    $     348.60
L440  Other Trial Preparation and Support 13.70 $   2,603.00
L450  Trial and Hearing Attendance      1.50    $     285.00
L460  Post-Trial Motions and Submissions 0.40   $      76.00

                        ==================================
              TOTAL FEES    20.50    $   3,694.60

                  TOTAL FEES DUE              $   3,694.60
          TOTAL DISBURSEMENTS DUE             $   2,953.41
             TOTAL DUE THIS INVOICE           $   6,648.01



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301003

INVOICE #  804447

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301003   TC Number: 713139

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client as follows: We filed a notice of bankruptcy on behalf of GMAC Mortgage, LLC.  This case is currently stayed. | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/04/12 | Respond to communications from Freddie Mac's attorneys regarding status of document production and loan file invoice review | L390 | JST | .30 | 345.00 | 103.50 |
| 06/04/12 | Review of production related to FHLMC documents and correspondence from C.Wishert | L120 | DBO | .60 | 345.00 | 207.00 |
| 06/05/12 | Correspondence with C.Wishert of FHLMC regarding GMACM deliverables related to FHLMC and FNMA serviced loans by Stern | L120 | DBO | .50 | 345.00 | 172.50 |
| 06/05/12 | Review requests from Freddie's attorneys regarding status of document review and communicate with same | L390 | JST | .20 | 345.00 | 69.00 |
| 06/06/12 | Correspondence to C.Wishert regarding loan documents | L320 | AHC | .20 | 145.00 | 29.00 |
| 06/07/12 | Correspondence to C.Wishert regarding Freddie files | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/07/12 | Respond to communications from Freddie's attorney | L120 | JST | .30 | 345.00 | 103.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

OR0808-301003

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Telephone conference with C.Wishert regarding for Freddie files | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/08/12 | Calls with C.Wishert regarding Freddie loan files and review | L110 | JST | .80 | 345.00 | 276.00 |
| 06/19/12 | Analyze issues concerning escrow | B410 | JRB | .10 | 372.00 | 37.20 |
| 06/22/12 | Communications with attorney for Freddie Mac and client regarding data | L110 | JST | .30 | 345.00 | 103.50 |
| 06/26/12 | Revise Freddie Mac memo twenty files | L110 | ABB | .90 | 150.00 | 135.00 |
| 06/27/12 | Work on updates to Freddie Mac's attorneys | L320 | JST | .20 | 345.00 | 69.00 |
| 06/27/12 | Telephone conference with C.Wishert regarding information needed for Fannie Mae files | L190 | AHC | .30 | 145.00 | 43.50 |
| 06/28/12 | Revised Freddie Mac memo regarding Freddie Mac files | L110 | ABB | 1.80 | 150.00 | 270.00 |
| 06/29/12 | Draft bankruptcy status report | L190 | JW | 2.20 | 190.00 | 418.00 |

FEES                                    $2,138.50

01    Copy Charges                         0.00

AMOUNT DUE THIS BILL            $2,138.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301003

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | 2.10 | 724.50 |
| Jay R. Bender | Partner | 372.00 | .10 | 37.20 |
| D. Brian O'Dell | Partner | 345.00 | 1.10 | 379.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | .90 | 130.50 |
| Allison Burke | Paralegal | 150.00 | 2.70 | 405.00 |
| Jay Wright | Associate | 190.00 | 2.20 | 418.00 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| | | | | |
| Total | | | 9.30 | 2,138.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $2,138.50

SEPTEMBER 14, 2012
0R0808-301003
INVOICE #  804447

To:    ResCap                        TC Number:        713139
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804447
                                     Period ending:    06/30/2012

Case Management Number       LD   0R0808-301003

|      |                                        | Current Invoice |          |
|------|----------------------------------------|-----------------|----------|
| Code | Task                                   | Hours           | Fees     |
| B410 | General Bankruptcy Advice/Opinions     | 0.10            | $   37.20 |
| L110 | Fact Investigation/Development         | 3.80            | $  784.50 |
| L120 | Analysis/Strategy                      | 1.40            | $  483.00 |
| L190 | Other Case Assessment, Develop't/Admin | 3.10            | $  563.30 |
| L320 | Document Production                    | 0.40            | $   98.00 |
| L390 | Other Discovery                        | 0.50            | $  172.50 |

```
                             ===================================
              TOTAL FEES        9.30      $   2,138.50

                 TOTAL FEES DUE           $   2,138.50
       TOTAL DISBURSEMENTS DUE            $       0.00
       TOTAL DUE THIS INVOICE             $   2,138.50
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301004
Fort Washington, PA 19034

                                                         INVOICE #  804448

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301004  TC Number: 713214

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Work on amended Notice of Bankruptcy with addition of explanatory footnote in light of request from court clerk to re-file under a different docket category. | L510 | JDR | .70 | 293.00 | 205.10 |
| 06/01/12 | Analyz appellant's brief | L510 | MRP | .50 | 424.00 | 212.00 |
| 06/01/12 | Exchange memos with N.Campbell regarding case after BK stay | L120 | MRP | .10 | 424.00 | 42.40 |
| 06/03/12 | Review docket and draft status report as follows for attorney review: The appellant's initial brief was filed on June 1.  BABC is working on preparing the responsive brief. | L190 | AHC | .10 | 145.00 | 14.50 |
| 06/07/12 | Exchange memos regarding motion to extend and need to remove GMAC as signer from motion to extend | L250 | MRP | .20 | 424.00 | 84.80 |

                                    FEES                            $558.80

                      DESCRIPTION OF DISBURSEMENTS

        58        FED DOCKET SERV-PACER                              9.30

                                    COSTS                            $9.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301004

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $568.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301004

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | .80 | 339.20 |
| Jonathan Rose | Partner | 293.00 | .70 | 205.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| | | | | |
| Total | | | 1.60 | 558.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301004
BILL AMOUNT          $568.10                        INVOICE #  804448

To:    ResCap                     TC Number:        713214
       1100 Virginia Drive        Invoice Date:     09/14/2012
       Fort Washington, PA 19034  Invoice No.       804448
                                  Period ending:    06/30/2012

Case Management Number      LD  0R0808-301004

| Code | Task | Current Invoice | |
|------|------|------|------|
| | | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $   42.40 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $   14.50 |
| L250 | Other Written Motions/Submissions | 0.20 | $   84.80 |
| L510 | Appellate Motions and Submissions | 1.20 | $  417.10 |
| | | ==================================== | |
| | TOTAL FEES | 1.60 | $  558.80 |
| | TOTAL FEES DUE | | $  558.80 |
| | TOTAL DISBURSEMENTS DUE | | $    9.30 |
| | TOTAL DUE THIS INVOICE | | $  568.10 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301005

INVOICE #   804449

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301005   TC Number: 713701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status update regarding Joint Motion to Continue hearing on Motion to Compel | L120 | BG | .20 | 190.00 | 38.00 |
| 06/13/12 | Email to client contacts to discuss bankruptcy stay | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/20/12 | Emails to/from client to discuss resolution | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/29/12 | Email to counsel for borrowers to request call to discuss settlement | L160 | JHP | .10 | 245.00 | 24.50 |

FEES $111.50

**DESCRIPTION OF DISBURSEMENTS**

61   Local Counsel Fees   1.10

COSTS   $1.10

AMOUNT DUE THIS BILL   $112.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301005

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Blake Goodsell | Associate | 190.00 | .20 | 38.00 |
| Total | | | .50 | 111.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                         SEPTEMBER 14, 2012
                                                              0R0808-301005
BILL AMOUNT            $112.60                                 INVOICE #  804449

To:     ResCap                        TC Number:          713701
        1100 Virginia Drive           Invoice Date:       09/14/2012
        Fort Washington, PA 19034      Invoice No.         804449
                                      Period ending:      06/30/2012

Case Management Number      LD  0R0808-301005

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.40 | $   87.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $   24.50 |
| | =================================== | | |
| | TOTAL FEES | 0.50 | $   111.50 |

                          TOTAL FEES DUE          $   111.50
                  TOTAL DISBURSEMENTS DUE         $     1.10
                  TOTAL DUE THIS INVOICE          $   112.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301006
Fort Washington, PA 19034

                                                          INVOICE #  804450

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301006   TC Number: 713693

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

                              FEES                            $69.00


                       AMOUNT DUE THIS BILL                   $69.00


                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301006

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301006

BILL AMOUNT          $69.00

INVOICE #  804450

```
To:    ResCap                        TC Number:        713693
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804450
                                     Period ending:    06/30/2012


Case Management Number      LD  0R0808-301006


                                         Current Invoice
Code Task                           Hours           Fees

L120 Analysis/Strategy              0.20      $    69.00


                              ======================================
                 TOTAL FEES         0.20      $    69.00

                  TOTAL FEES DUE              $    69.00
            TOTAL DISBURSEMENTS DUE           $     0.00
             TOTAL DUE THIS INVOICE           $    69.00
```



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301008

INVOICE #  804451

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301008   TC Number: 696559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Prepare monthly status report | L120 | EAF | .10 | 358.00 | 35.80 |

FEES                                   $35.80

### DESCRIPTION OF DISBURSEMENTS

61        Local Counsel Fees                        375.00

COSTS                    $375.00

AMOUNT DUE THIS BILL             $410.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301008

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .10 | 35.80 |
| Total | | | .10 | 35.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0808-301008
BILL AMOUNT          $410.80                                 INVOICE #  804451

To:    ResCap                          TC Number:        696559
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804451
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-301008

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.10 | $  35.80 |
| | | ===================== | |
| TOTAL FEES | | 0.10 | $  35.80 |

                    TOTAL FEES DUE           $    35.80
              TOTAL DISBURSEMENTS DUE        $   375.00
              TOTAL DUE THIS INVOICE         $   410.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301009

INVOICE #  804452

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301009   TC Number: 717726

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: We filed a motion to dismiss on September 19, 2011. Opposition has been filed.   No decision from court yet. | L190 | AHC | .10 | 145.00 | 14.50 |
| 06/05/12 | Analyze filings to determine applicability of whether to file Notice of Bankruptcy stay | B110 | SAP | .20 | 323.00 | 64.60 |
| 06/08/12 | Draft and file Notice of Bankruptcy | L240 | SAP | .30 | 323.00 | 96.90 |
| 06/30/12 | Review file and submit status report | B110 | SAP | .10 | 323.00 | 32.30 |

FEES                                   $208.30

AMOUNT DUE THIS BILL                   $208.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301009

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Steven A. Pozefsky | Associate | 323.00 | .60 | 193.80 |
| Total | | | .70 | 208.30 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301009
BILL AMOUNT        $208.30                                INVOICE #  804452

---

To:    ResCap                          TC Number:        717726
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804452
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-301009

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| B110 | Case Administration | 0.30 | $ | 96.90 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 14.50 |
| L240 | Dispositive Motions | 0.30 | $ | 96.90 |
| | | =================================== | | |
| | TOTAL FEES | 0.70 | $ | 208.30 |

| | | | |
|---|---|---|---|
| TOTAL FEES DUE | | $ | 208.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 208.30 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301011

INVOICE #  804453

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301011  TC Number: 718443

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: BABC filed the Suggestion of Bankruptcy and Effect of Automatic Stay on behalf of GMAC on May 18, 2012. | L190 | AHC | .10 | 145.00 | 14.50 |

|  |  |  |  | FEES |  | $14.50 |

### DESCRIPTION OF DISBURSEMENTS

| 61 | Local Counsel Fees | 98.00 |
|----|--------------------|-------|
|    | COSTS              | $98.00 |
|    | AMOUNT DUE THIS BILL | $112.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301011

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301011
BILL AMOUNT        $112.50                       INVOICE #  804453

To:    ResCap                        TC Number:        718443
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804453
                                     Period ending:    06/30/2012

Case Management Number      LD  0R0808-301011

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ | 14.50 |
| ==================================== | | | |
| TOTAL FEES | 0.10 | $ | 14.50 |
| TOTAL FEES DUE | | $ | 14.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 98.00 |
| TOTAL DUE THIS INVOICE | | $ | 112.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                     SEPTEMBER 14, 2012
1100 Virginia Drive                                                        0R0808-301013
Fort Washington, PA 19034

INVOICE #  804454

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301013  TC Number: 715655

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Prepare monthly status report | L120 | EAF | .10 | 358.00 | 35.80 |
| 06/26/12 | Prepare closing memorandum | L120 | EAF | .20 | 358.00 | 71.60 |

FEES                                                                       $107.40

AMOUNT DUE THIS BILL                                                        $107.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301013

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .30 | 107.40 |
| Total | | | .30 | 107.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0808-301013
BILL AMOUNT          $107.40                                 INVOICE #  804454

_____

To:    ResCap                          TC Number:            715655
       1100 Virginia Drive             Invoice Date:         09/14/2012
       Fort Washington, PA 19034       Invoice No.           804454
                                       Period ending:        06/30/2012


Case Management Number    LD  0R0808-301013


                                           Current Invoice
Code Task                                  Hours           Fees

L120 Analysis/Strategy                     0.30      $     107.40

                          ====================================
                   TOTAL FEES              0.30      $     107.40

                   TOTAL FEES DUE                    $     107.40
          TOTAL DISBURSEMENTS DUE                    $       0.00
          TOTAL DUE THIS INVOICE                     $     107.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301014
Fort Washington, PA 19034

                                                          INVOICE #   804455

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301014  TC Number: 720468

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Formulate strategy regarding stay | L240 | JJO | .20 | 200.00 | 40.00 |
| 06/22/12 | Call court of special appeals regarding appeal | L120 | JJO | .20 | 200.00 | 40.00 |

                         FEES                                    $80.00

                         AMOUNT DUE THIS BILL                    $80.00

                  ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301014

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Josh Johnson | Associate | 200.00 | .40 | 80.00 |
| Total | | | .40 | 80.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301014
BILL AMOUNT            $80.00                                   INVOICE #  804455

To:    ResCap                          TC Number:         720468
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804455
                                       Period ending:     06/30/2012

Case Management Number      LD  0R0808-301014

                                        Current Invoice
Code Task                               Hours            Fees

L120  Analysis/Strategy                 0.20      $      40.00
L240  Dispositive Motions               0.20      $      40.00

                           ========================================
                   TOTAL FEES           0.40      $      80.00

                   TOTAL FEES DUE                 $      80.00
              TOTAL DISBURSEMENTS DUE             $       0.00
                  TOTAL DUE THIS INVOICE          $      80.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301015
Fort Washington, PA 19034

                                                               INVOICE #  804456

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301015  TC Number: 720202

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | June 2012 status update - The Court is still reviewing Motions.  Plaintiffs filed a Response on December 1, 2011 as detailed on the new docket sent to J.Hoy.   BABC will continue to monitor the docket and update any activity | L120 | phn | .20 | 200.00 | 40.00 |
| 06/01/12 | Voicemail to J.Hoy regarding application of unapplied funds and possible arguments from plaintiffs | L120 | phn | .20 | 200.00 | 40.00 |
| 06/04/12 | Prepare bankruptcy suggestion | L210 | DCL | .50 | 376.00 | 188.00 |
| 06/06/12 | Discussion with J.Hoy about strategy in light of GMAC's bankruptcy | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/07/12 | Review of Notice of Bankruptcy and Effect of Automatic Stay with Court (Case No. 11-CV-11885-GAO) for case status update and in order to file with the Court | L140 | RBB | .30 | 149.00 | 44.70 |
| 06/07/12 | File (via ECF) Notice of Bankruptcy and Effect of Automatic Stay with Court (Case No. 11-CV-11885-GAO) | L140 | RBB | .60 | 149.00 | 89.40 |
| 06/07/12 | Prepare correspondence to P.Emiabata with Notice of Bankruptcy and Effect of Automatic Stay with Court (Case No. 11-CV-11885-GAO) enclosed | L140 | RBB | .30 | 149.00 | 44.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301015

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Analysis of bankruptcy order and effect of relief from stay | L120 | phn | .20 | 200.00 | 40.00 |
| | FEES | | | | | $552.80 |
| | AMOUNT DUE THIS BILL | | | | | $552.80 |

***** TOTAL DUE UPON RECEIPT *****