

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301015

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Dana C. Lumsden | Partner | 376.00 | .50 | 188.00 |
| Robert B. Benson | Paralegal | 149.00 | 1.20 | 178.80 |
| Preston H. Neel | Associate | 200.00 | .60 | 120.00 |
| Total | | | 2.50 | 552.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $552.80

SEPTEMBER 14, 2012
0R0808-301015
INVOICE #  804456

To:    ResCap                          TC Number:        720202
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804456
                                       Period ending:    06/30/2012

Case Management Number    LD  0R0808-301015

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 0.20 | $ | 66.00 |
| L120 | Analysis/Strategy | 0.60 | $ | 120.00 |
| L140 | Document/File Management | 1.20 | $ | 178.80 |
| L210 | Pleadings | 0.50 | $ | 188.00 |
| | TOTAL FEES | 2.50 | $ | 552.80 |

TOTAL FEES DUE              $   552.80
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   552.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301020

INVOICE #  804457

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301020  TC Number: 723030

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Call bench clerk, clerk of court, and judge's clerk to determine if order of dismissal had been entered | L190 | KW | .20 | 185.00 | 37.00 |
| 06/17/12 | Drafted monthly status report as follows: We filed a joint agreed proposed agreed order of dismissing the GMAC defendants. We are checking with the court periodically to determine whether or not the judge has entered the order yet. | L190 | KW | .30 | 185.00 | 55.50 |
| 06/18/12 | Analyzed impact of bankruptcy order on case | B410 | KW | .20 | 185.00 | 37.00 |

FEES                                        $129.50

AMOUNT DUE THIS BILL                        $129.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301020

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kristi Wilcox | Associate | 185.00 | .70 | 129.50 |
| Total | | | .70 | 129.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0808-301020
BILL AMOUNT          $129.50                                 INVOICE #  804457

To:    ResCap                          TC Number:          723030
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804457
                                       Period ending:      06/30/2012

Case Management Number      LD  0R0808-301020

| Code | Task | Current Invoice Hours | Fees |
|------|------|-------|------|
| B410 | General Bankruptcy Advice/Opinions | 0.20 | $  37.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $  92.50 |

```
                            ==================================
                TOTAL FEES          0.70      $   129.50

                TOTAL FEES DUE                 $   129.50
       TOTAL DISBURSEMENTS DUE                 $     0.00
         TOTAL DUE THIS INVOICE                $   129.50
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301021

INVOICE #  804458

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301021  TC Number: 723447

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client as follows: We filed an answer to the complaint and intend to proceed with this case | L190 | RLB | .20 | 266.00 | 53.20 |
| 06/03/12 | Review docket and draft status report as follows for attorney review: BABC filed the Answer Brief on May 15, 2012.  Oral argument has not yet been scheduled but it remains a possibility. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/05/12 | Teleconference with co-counsel regarding ability to require payment pending appeal | L510 | RLB | .20 | 266.00 | 53.20 |
| 06/06/12 | Research possible motion to force payments | L510 | MJA | .70 | 297.00 | 207.90 |
| 06/06/12 | Review lower court pleadings to determine whether monthly payments have been requested pending appeal | L210 | AKA | .20 | 184.00 | 36.80 |
| 06/06/12 | Strategy regarding motion to compel monthly payments pending appeal | L250 | AKA | .50 | 184.00 | 92.00 |
| 06/06/12 | E-mail to K.Dutill regarding calculation of monthly payments to request | L190 | AKA | .20 | 184.00 | 36.80 |
| 06/11/12 | Review e-mails regarding applicability of bankruptcy | L190 | AKA | .40 | 184.00 | 73.60 |
| 06/11/12 | Analyze effect of client's bankruptcy on appeal from a foreclosure judgment | L120 | AKA | .30 | 184.00 | 55.20 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301021

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | E-mail memoranda regarding case status | L190 | RLB | .60 | 266.00 | 159.60 |
| 06/11/12 | Research on suggestion of bankruptcy issue in Eskanos appellate matter | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/12/12 | Analyze the parties at issue in Eskanos's multiple suits in bankruptcy court and on appeal and exchange e-mails with N.Campbell regarding same | L210 | CWH | .40 | 330.00 | 132.00 |
| 06/13/12 | Strategy regarding filing motion to compel monthly payments pending foreclosure appeal | L250 | AKA | .30 | 184.00 | 55.20 |
| 06/18/12 | Respond to e-mail from client regarding litigation strategy in adversary proceeding and borrowers' main bankruptcy case | L190 | RLB | 1.30 | 266.00 | 345.80 |
| 06/20/12 | Review and transmission of opinion affirming judgment in the Eskanos appeal | L510 | MJA | .40 | 297.00 | 118.80 |
| 06/21/12 | Teleconference with client regarding case status | L190 | RLB | .30 | 266.00 | 79.80 |

FEES                                        $1,588.30

## DESCRIPTION OF DISBURSEMENTS

| 61 | Local Counsel Fees | 834.50 |
|----|--------------------|--------|

COSTS                                       $834.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301021

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $2,422.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0808-301021

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.30 | 386.10 |
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Rashad L. Blossom | Associate | 266.00 | 2.60 | 691.60 |
| Anne Averitt | Associate | 184.00 | 1.90 | 349.60 |
| Total | | | 6.40 | 1,588.30 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301021

BILL AMOUNT        $2,422.80

INVOICE #  804458

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 723447 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804458 |
| Period ending: | 06/30/2012 |

Case Management Number       LD   0R0808-301021

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.30 | $    55.20 |
| L190 | Other Case Assessment, Develop't/Admin | 3.20 | $   777.80 |
| L210 | Pleadings | 0.60 | $   168.80 |
| L250 | Other Written Motions/Submissions | 0.80 | $   147.20 |
| L510 | Appellate Motions and Submissions | 1.50 | $   439.30 |

```
                    ======================================
        TOTAL FEES    6.40    $  1,588.30

            TOTAL FEES DUE         $  1,588.30
      TOTAL DISBURSEMENTS DUE      $    834.50
      TOTAL DUE THIS INVOICE       $  2,422.80
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                         0R0808-301022
Fort Washington, PA 19034

                                                           INVOICE #  804459

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301022   TC Number: 725069

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/02/12 | Review docket and draft status report as follows for attorney review: The Court denied Mr. Walls Motion to Vacate Order of Dismissal on May 18, 2012.  BABC will close its file. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/02/12 | Draft memorandum regarding final disposition of file for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |

                              FEES                              $58.00

                    AMOUNT DUE THIS BILL                        $58.00

              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301022

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Total | | | .40 | 58.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0808-301022
BILL AMOUNT          $58.00                                 INVOICE #  804459

To:     ResCap                          TC Number:          725069
        1100 Virginia Drive             Invoice Date:       09/14/2012
        Fort Washington, PA 19034       Invoice No.         804459
                                        Period ending:      06/30/2012

Case Management Number     LD   0R0808-301022

                                        Current Invoice
Code Task                               Hours          Fees

L190 Other Case Assessment, Develop't/Admin   0.40    $    58.00

                                ============================
                    TOTAL FEES         0.40    $    58.00

                    TOTAL FEES DUE              $    58.00
            TOTAL DISBURSEMENTS DUE             $     0.00
            TOTAL DUE THIS INVOICE              $    58.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301023

INVOICE #  804460

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301023  TC Number: 725233

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: BABC filed the Suggestion of Bankruptcy on behalf of GMAC on May 18.  On May 24, the Court entered order staying the matter and administratively closing it pending the outcome of the bankruptcy proceedings. | L190 | AHC | .10 | 145.00 | 14.50 |

FEES                                                         $14.50

### DESCRIPTION OF DISBURSEMENTS

58      FED DOCKET SERV-PACER                                 41.50

COSTS                                                        $41.50

AMOUNT DUE THIS BILL                                         $56.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301023

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                   0R0808-301023
BILL AMOUNT          $56.00                         INVOICE #  804460

To:    ResCap                    TC Number:         725233
       1100 Virginia Drive       Invoice Date:      09/14/2012
       Fort Washington, PA 19034 Invoice No.        804460
                                 Period ending:     06/30/2012

Case Management Number      LD  0R0808-301023

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $   14.50 |
| | | =============================== | |
| TOTAL FEES | | 0.10 | $   14.50 |
| TOTAL FEES DUE | | $ | 14.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 41.50 |
| TOTAL DUE THIS INVOICE | | $ | 56.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0R0808-301024
Fort Washington, PA 19034

                                                    INVOICE #  804461

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301024   TC Number: 725199

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client | L190 | RLB | .30 | 266.00 | 79.80 |
| 06/04/12 | Review and respond to e-mail from client regarding status of qualified written request | L250 | RLB | .70 | 266.00 | 186.20 |
| 06/18/12 | Review and respond to e-mail from client regarding response to debtor's offer | L160 | RLB | .40 | 266.00 | 106.40 |
| 06/21/12 | Review court order regarding qualified written request | L250 | RLB | .10 | 266.00 | 26.60 |
| 06/25/12 | Teleconference with debtors' counsel regarding settlement | L160 | RLB | .10 | 266.00 | 26.60 |
| 06/26/12 | E-mail to opposing counsel regarding agreed motion to continue | L250 | RLB | .10 | 266.00 | 26.60 |
| 06/28/12 | Draft motion to extend deadline and agreed order regarding same | L250 | RLB | 1.80 | 266.00 | 478.80 |
| 06/28/12 | E-mails to opposing counsel regarding motion to extend deadline | L250 | RLB | .30 | 266.00 | 79.80 |
| 06/28/12 | E-mail to client regarding settlement issues | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/28/12 | Finalize and file motion for extension of time to file agreed order resolving motion to compel and accompanying agreed order. | L250 | JDR | .40 | 293.00 | 117.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301024

FED ID NO. 63-0243316

FEES                                                    $1,181.20

AMOUNT DUE THIS BILL                      $1,181.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301024

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | .40 | 117.20 |
| Rashad L. Blossom | Associate | 266.00 | 4.00 | 1,064.00 |
| Total | | | 4.40 | 1,181.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            SEPTEMBER 14, 2012
                                                                 0R0808-301024
BILL AMOUNT        $1,181.20                                     INVOICE #  804461

To:    ResCap                          TC Number:        725199
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804461
                                       Period ending:    06/30/2012

Case Management Number        LD   0R0808-301024

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.70 | $ 186.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ 79.80 |
| L250 | Other Written Motions/Submissions | 3.40 | $ 915.20 |

```
                    ====================================
           TOTAL FEES        4.40     $ 1,181.20

              TOTAL FEES DUE           $ 1,181.20
      TOTAL DISBURSEMENTS DUE          $     0.00
         TOTAL DUE THIS INVOICE        $ 1,181.20
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301025
Fort Washington, PA 19034

                                                               INVOICE #  804462

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301025  TC Number: 724966

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Draft and finalize closing file memorandum. | L110 | MPE | .30 | 149.00 | 44.70 |

                                        FEES                        $44.70


                              AMOUNT DUE THIS BILL                  $44.70


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301025

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .30 | 44.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301025
BILL AMOUNT           $44.70                                   INVOICE #  804462

To:    ResCap                          TC Number:          724966
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804462
                                       Period ending:      06/30/2012

Case Management Number      LD  0R0808-301025

|      |                                | Current Invoice | |
| Code | Task                           | Hours | Fees |
|------|--------------------------------|-------|------|
| L110 | Fact Investigation/Development | 0.30  | $ 44.70 |

```
                                 =================================
                 TOTAL FEES        0.30    $    44.70

                 TOTAL FEES DUE              $    44.70
          TOTAL DISBURSEMENTS DUE            $     0.00
           TOTAL DUE THIS INVOICE            $    44.70
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301026

INVOICE #  804463

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301026  TC Number: 724987

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Telephone conference with counsel for borrower regarding status of loan modification package | C400 | EAF | .20 | 358.00 | 71.60 |
| 06/12/12 | Email to client regarding conversation with borrower counsel regarding loan modification package | C300 | EAF | .20 | 358.00 | 71.60 |
| 06/13/12 | Communications with co-counsel regarding status of motion to substitute counsel | L120 | LG | .30 | 185.00 | 55.50 |
| 06/27/12 | Communications concerning the status of the case including motion to substitute counsel and discovery conducted to date | L120 | LG | .20 | 185.00 | 37.00 |

FEES                                            $235.70

AMOUNT DUE THIS BILL                  $235.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301026

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .40 | 143.20 |
| Lee Gilley | Associate | 185.00 | .50 | 92.50 |
| Total | | | .90 | 235.70 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301026
BILL AMOUNT          $235.70                              INVOICE #  804463

_____

To:    ResCap                          TC Number:        724987
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804463
                                       Period ending:    06/30/2012


Case Management Number      LD  0R0808-301026


                                           Current Invoice
Code Task                                  Hours          Fees

C300 Analysis and Advice                    0.20    $      71.60
C400 Third Party Communication              0.20    $      71.60
L120 Analysis/Strategy                      0.50    $      92.50


                        =================================
                TOTAL FEES   0.90    $     235.70

                    TOTAL FEES DUE         $     235.70
            TOTAL DISBURSEMENTS DUE        $       0.00
            TOTAL DUE THIS INVOICE         $     235.70



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301027
Fort Washington, PA 19034

                                                                INVOICE #  804464

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301027  TC Number: 713554

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Draft email regarding instructions to obtain summons for service | B110 | TRL | .20 | 293.00 | 58.60 |
| 06/16/12 | Draft initial litigation memo | B110 | TRL | .30 | 293.00 | 87.90 |
| 06/17/12 | Review incoming email from Clerk's office regarding issuance of summons | B110 | TRL | .20 | 293.00 | 58.60 |
| 06/18/12 | Draft letter to court requesting summons | B110 | ATH | .80 | 131.00 | 104.80 |
| 06/25/12 | Teleconference with court clerk regarding issuance of summons | B110 | TRL | .20 | 293.00 | 58.60 |
| 06/27/12 | Arrange service of process on for Mr. Mattox | B110 | ATH | 2.00 | 131.00 | 262.00 |

|  |  |  |
|--|--|--|
|  | FEES | $630.50 |
| 35 | Express Mail/Fedex | 0.00 |
|  | AMOUNT DUE THIS BILL | $630.50 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301027

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 293.00 | .90 | 263.70 |
| Andrew Thompson | Paralegal | 131.00 | 2.80 | 366.80 |
| Total | | | 3.70 | 630.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0808-301027
BILL AMOUNT         $630.50                                 INVOICE #  804464

---

To:    ResCap                          TC Number:          713554
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804464
                                       Period ending:      06/30/2012


Case Management Number       LD   0R0808-301027


                                          Current Invoice
Code Task                                 Hours         Fees

B110 Case Administration                  3.70    $    630.50

                         ==================================
                 TOTAL FEES              3.70    $    630.50

                 TOTAL FEES DUE                  $    630.50
         TOTAL DISBURSEMENTS DUE                 $      0.00
           TOTAL DUE THIS INVOICE                $    630.50



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301028

INVOICE #  804465

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301028   TC Number: 705298

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Telephone conference with judicial assistant regarding continued availability of proposed dates for hearing | L240B | LADA | .20 | 65.00 | 13.00 |
| 06/18/12 | Draft Notice of Effect of Bankruptcy Stay | L210 | LADA | .30 | 65.00 | 19.50 |
| 06/25/12 | Telephone conference with assistant to opposing counsel regarding potential hearing dates | L240B | LADA | .20 | 65.00 | 13.00 |
| 06/25/12 | Prepare case status update for J.Ho | C300 | MCG | .10 | 323.00 | 32.30 |
| 06/26/12 | Draft notice of hearing on motion for summary judgment | L210 | LADA | .30 | 65.00 | 19.50 |
| 06/26/12 | Finalize motion for summary judgment | L210 | LADA | .20 | 65.00 | 13.00 |
| 06/28/12 | Draft status report for client as follows: Motion for summary judgment tentatively set for August 27 in Richmond, VA | L120 | MSW | .10 | 254.00 | 25.40 |

FEES                                          $135.70

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        2
SEPTEMBER 14, 2012

0R0808-301028

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $135.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301028

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .10 | 32.30 |
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Lucinda Kish | Paralegal | 65.00 | 1.20 | 78.00 |
| Total | | | 1.40 | 135.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  SEPTEMBER 14, 2012
                                                        0R0808-301028
BILL AMOUNT          $135.70                            INVOICE #  804465

To:    ResCap                      TC Number:          705298
       1100 Virginia Drive         Invoice Date:       09/14/2012
       Fort Washington, PA 19034   Invoice No.         804465
                                   Period ending:      06/30/2012

Case Management Number      LD  0R0808-301028

                                          Current Invoice
Code Task                              Hours           Fees

C300 Analysis and Advice                0.10    $     32.30
L120 Analysis/Strategy                  0.10    $     25.40
L210 Pleadings                          0.80    $     52.00
L240BAll Other                          0.40    $     26.00

                        ===================================
                  TOTAL FEES            1.40    $    135.70

                    TOTAL FEES DUE              $    135.70
               TOTAL DISBURSEMENTS DUE          $      0.00
               TOTAL DUE THIS INVOICE           $    135.70



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0R0808-301029
Fort Washington, PA 19034

                                                    INVOICE #  804466

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301029  TC Number: 705963

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | E-mail to L.Lopez regarding status of loan modification | L160 | JMH | .10 | 241.00 | 24.10 |
| 06/11/12 | Telephone conference with P.Stokes regarding updated trial modification documents | L160 | JMH | .10 | 241.00 | 24.10 |
| 06/12/12 | E-mails to and from S.Lombardi and V.Baldoni regarding expected arrival of trial modification documents | L160 | JMH | .20 | 241.00 | 48.20 |
| 06/13/12 | Review trial modification documents | L160 | JMH | .10 | 241.00 | 24.10 |
| 06/13/12 | E-mails to and from borrower's counsel regarding trial modification documents | L160 | JMH | .20 | 241.00 | 48.20 |
| 06/13/12 | Draft status report for client as follows: The borrower has agreed in principle to the terms of a HAMP modification, and we have provided them the formal paperwork governing such a modification | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/19/12 | Review e-mail from borrower's counsel regarding first modification payment now paid | L160 | JMH | .10 | 241.00 | 24.10 |
| 06/19/12 | E-mails to and from P.Stokes regarding borrower's payment of first modification payment | L160 | JMH | .30 | 241.00 | 72.30 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301029

FED ID NO. 63-0243316

FEES                          $289.20


AMOUNT DUE THIS BILL          $289.20


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301029

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Hooks | Associate | 241.00 | 1.20 | 289.20 |
| Total | | | 1.20 | 289.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301029

BILL AMOUNT          $289.20

INVOICE #  804466

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 705963 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804466 |
| Period ending: | 06/30/2012 |

Case Management Number      LD  0R0808-301029

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $ | 24.10 |
| L160 | Settlement/Non-Binding ADR | 1.10 | $ | 265.10 |
| | TOTAL FEES | 1.20 | $ | 289.20 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 289.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 289.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301031

INVOICE #  804467

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301031  TC Number: 722078

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows: Ms. Stuckey filed a Motion for Extension of Time and Recusal on April 24, 2012.  The Court  denied her motion for recusal and granted one "final" extension until June 6 to file her brief. | L190 | AHC | .10 | 145.00 | 14.50 |
| 06/07/12 | Review docket to determine status of appellant's brief | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/12/12 | Review docket regarding status of initial brief | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/18/12 | Review docket regarding status of initial brief | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/19/12 | Email to client contact C.Buen to discuss status of Court of Appeals dismissal of borrower's appeal | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/21/12 | Email from local counsel attaching order dismissing appeal and sent email to client contact C.Buen attaching same and informing we will close our file | L240 | JHP | .20 | 245.00 | 49.00 |

                                        FEES                          $175.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301031

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL

$175.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301031

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .70 | 101.50 |
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Total | | | 1.00 | 175.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         SEPTEMBER 14, 2012
                                                              0R0808-301031
BILL AMOUNT          $175.00                                  INVOICE #  804467

To:    ResCap                          TC Number:        722078
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804467
                                       Period ending:    06/30/2012

Case Management Number       LD  0R0808-301031

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 0.60 | $ | 87.00 |
| L120 | Analysis/Strategy | 0.10 | $ | 24.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 14.50 |
| L240 | Dispositive Motions | 0.20 | $ | 49.00 |

======================================

|  | TOTAL FEES | 1.00 | $ | 175.00 |
|------|------|------|------|------|
|  | TOTAL FEES DUE |  | $ | 175.00 |
|  | TOTAL DISBURSEMENTS DUE |  | $ | 0.00 |
|  | TOTAL DUE THIS INVOICE |  | $ | 175.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301032

INVOICE #  804468

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301032   TC Number: 708760

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: We are still waiting on either a decision from the court or a date for oral argument. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/27/12 | Review and analyze court docket and respond to inquiry from client re appeal status | L510 | SAP | .30 | 323.00 | 96.90 |
| 06/30/12 | Review file and submit status report | L190 | SAP | .10 | 323.00 | 32.30 |

FEES                                    $158.20

AMOUNT DUE THIS BILL                    $158.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301032

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Steven A. Pozefsky | Associate | 323.00 | .40 | 129.20 |
| Total | | | .60 | 158.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301032
BILL AMOUNT          $158.20                                   INVOICE #  804468
_____

To:     ResCap                        TC Number:          708760
        1100 Virginia Drive           Invoice Date:       09/14/2012
        Fort Washington, PA 19034     Invoice No.         804468
                                      Period ending:      06/30/2012


Case Management Number      LD  0R0808-301032


                                       Current Invoice
Code Task                              Hours         Fees

L190 Other Case Assessment, Develop't/Admin    0.30    $    61.30
L510 Appellate Motions and Submissions         0.30    $    96.90


                    ======================================
                    TOTAL FEES         0.60    $   158.20

                    TOTAL FEES DUE              $   158.20
              TOTAL DISBURSEMENTS DUE           $     0.00
                 TOTAL DUE THIS INVOICE         $   158.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301033

INVOICE #  804469

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301033   TC Number: 708828

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status update regarding resolution of legal fees issue | L120 | BG | .10 | 190.00 | 19.00 |

                                            FEES                          $19.00

                                   AMOUNT DUE THIS BILL                   $19.00

                        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .10 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                SEPTEMBER 14, 2012
                                                      0R0808-301033
BILL AMOUNT          $19.00                           INVOICE #  804469

To:     ResCap                    TC Number:          708828
        1100 Virginia Drive       Invoice Date:       09/14/2012
        Fort Washington, PA 19034 Invoice No.         804469
                                  Period ending:      06/30/2012

Case Management Number      LD  0R0808-301033

                                        Current Invoice
Code Task                             Hours              Fees

L120 Analysis/Strategy                 0.10     $       19.00

                        ==================================
                TOTAL FEES             0.10     $       19.00

                TOTAL FEES DUE                  $       19.00
        TOTAL DISBURSEMENTS DUE                 $        0.00
        TOTAL DUE THIS INVOICE                  $       19.00



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301034

INVOICE #  804470

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301034  TC Number: 723079

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Draft monthly status update as follows: BABC is negotiating with foreclosure counsel regarding the complaint | L320 | MW | .10 | 263.00 | 26.30 |
| 06/11/12 | Correspondence with foreclosure counsel S.Butler regarding review and analysis of title issues | L120 | MW | .20 | 263.00 | 52.60 |
| 06/18/12 | Correspondence with foreclosure counsel S.Butler regarding analysis of title issues in action and consensus on agreed strategy moving forward | L120 | MW | .30 | 263.00 | 78.90 |
| 06/22/12 | Correspondence with foreclosure counsel S.Butler regarding review of title issues | L120 | MW | .20 | 263.00 | 52.60 |
| 06/26/12 | Conference with foreclosure counsel S.Butler regarding status of pending review of title issues | L120 | MW | .30 | 263.00 | 78.90 |

FEES                                           $289.30

AMOUNT DUE THIS BILL                           $289.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301034

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | 1.10 | 289.30 |
| Total | | | 1.10 | 289.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0808-301034
BILL AMOUNT          $289.30                                INVOICE #  804470

To:    ResCap                          TC Number:          723079
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804470
                                       Period ending:      06/30/2012

Case Management Number        LD  0R0808-301034

                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                   1.00    $    263.00
L320 Document Production                 0.10    $     26.30

                              ====================================
                 TOTAL FEES              1.10    $    289.30

                 TOTAL FEES DUE                  $    289.30
        TOTAL DISBURSEMENTS DUE                   $      0.00
           TOTAL DUE THIS INVOICE                $    289.30



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301035
Fort Washington, PA 19034

                                                               INVOICE #  804471

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301035   TC Number: 712454

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

                                   FEES                                $69.00

                           AMOUNT DUE THIS BILL                        $69.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301035

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                           0R0808-301035
BILL AMOUNT            $69.00                              INVOICE #  804471

To:    ResCap                       TC Number:        712454
       1100 Virginia Drive          Invoice Date:     09/14/2012
       Fort Washington, PA 19034    Invoice No.       804471
                                    Period ending:    06/30/2012

Case Management Number      LD  0R0808-301035

                                             Current Invoice
Code Task                               Hours              Fees

L120 Analysis/Strategy                   0.20      $      69.00

                          ==================================
                  TOTAL FEES             0.20      $      69.00

                  TOTAL FEES DUE                   $      69.00
           TOTAL DISBURSEMENTS DUE                 $       0.00
              TOTAL DUE THIS INVOICE               $      69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                         OR0808-301036
Fort Washington, PA 19034

                                                            INVOICE #   804472

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

OR0808-301036   TC Number: 712651

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

                              FEES                                    $69.00


                              AMOUNT DUE THIS BILL                     $69.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301036

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301036
BILL AMOUNT            $69.00                             INVOICE #  804472

To:    ResCap                        TC Number:       712651
       1100 Virginia Drive           Invoice Date:    09/14/2012
       Fort Washington, PA 19034     Invoice No.      804472
                                     Period ending:   06/30/2012


Case Management Number      LD  0R0808-301036


                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                    0.20    $     69.00

                          ==================================
                     TOTAL FEES           0.20    $     69.00

                      TOTAL FEES DUE              $     69.00
                TOTAL DISBURSEMENTS DUE           $      0.00
                 TOTAL DUE THIS INVOICE           $     69.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                      0R0808-301037
Fort Washington, PA 19034

                                                         INVOICE #  804473

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301037  TC Number: 699305

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review order regarding response to suggestion of bankruptcy | L510 | JMH | .10 | 241.00 | 24.10 |
| 06/04/12 | Review notice of borrower's answer to court's bankruptcy inquiry | L510 | JMH | .10 | 241.00 | 24.10 |
| 06/04/12 | Retrieve and review multiple documents from PACER and draft status report as follows for attorney review: Appellees Deutsche Bank Trust Co. Americas, GMAC Mortgage LLC and Residential Funding filed a Petition for Rehearing on May 17, 2012.  The Suggestion of Bankruptcy was also filed on May 17 as to appellees GMAC Mortgage LLC and Residential Funding LLC. | L110 | AHC | .40 | 145.00 | 58.00 |
| 06/05/12 | Review reply to notice, letter, and borrower's response | L510 | JMH | .10 | 241.00 | 24.10 |
| 06/12/12 | Research on status of appeal decision relevant to Gilbert TILA issue | L510 | MJA | .30 | 297.00 | 89.10 |

                              FEES                           $219.40


                    DESCRIPTION OF DISBURSEMENTS


        58      FED DOCKET SERV-PACER                          7.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301037

**FED ID NO. 63-0243316**

COSTS                                                    $7.30

AMOUNT DUE THIS BILL                      $226.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301037

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jonathan Hooks | Associate | 241.00 | .30 | 72.30 |
| Total | | | 1.00 | 219.40 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301037

BILL AMOUNT          $226.70                    INVOICE #  804473

To:    ResCap                        TC Number:        699305
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804473
                                     Period ending:    06/30/2012

Case Management Number        LD    0R0808-301037

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.40 | $    58.00 |
| L510 | Appellate Motions and Submissions | 0.60 | $   161.40 |
| | TOTAL FEES | 1.00 | $   219.40 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 219.40 |
| TOTAL DISBURSEMENTS DUE | $ | 7.30 |
| TOTAL DUE THIS INVOICE | $ | 226.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301038

INVOICE #  804474

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301038   TC Number: 699506

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status update regarding bankruptcy stay | L120 | BG | .10 | 190.00 | 19.00 |
| | FEES | | | | | $19.00 |
| 01 | Copy Charges | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $19.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301038

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .10 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
                                                            SEPTEMBER 14, 2012
                                                            0R0808-301038
BILL AMOUNT          $19.00                                 INVOICE #  804474

To:    ResCap                        TC Number:        699506
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804474
                                     Period ending:    06/30/2012

Case Management Number      LD   0R0808-301038

                                        Current Invoice
                                        Hours          Fees
Code Task

L120 Analysis/Strategy                  0.10     $     19.00

                           ==============================
                 TOTAL FEES    0.10     $     19.00

                 TOTAL FEES DUE          $     19.00
           TOTAL DISBURSEMENTS DUE       $      0.00
           TOTAL DUE THIS INVOICE        $     19.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301039
Fort Washington, PA 19034

                                                          INVOICE #   804475

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301039   TC Number: 686089

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Begin researching remedies | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/01/12 | Draft status report to client as follows: Default judgment in the amount of $626,645.86 entered against Flick Mortgage Investors on 5/18/2012. Written discovery to be drafted and served | L120 | CSM | .10 | 300.00 | 30.00 |
| 06/05/12 | Analyze pleadings in preparation for drafting of written discovery | C300 | CSM | 1.00 | 300.00 | 300.00 |
| 06/05/12 | Research in support of supplemental pleading on diversity jurisdiction requested by Court | L250 | CSM | .60 | 300.00 | 180.00 |
| 06/06/12 | Draft pleading requested by Court to establish diversity jurisdiction in action | L430 | CSM | .30 | 300.00 | 90.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | FEES |  |  | $666.00 |
| 01 | Copy Charges |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  | $666.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301039

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Cory S. Menees | Associate | 300.00 | 2.00 | 600.00 |
| Total | | | 2.20 | 666.00 |

MATTER SUMMARY

| | |
|---|---|
| FEES BILLED TO DATE | $94,557.83 |
| COST BILLED TO DATE | $416.40 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $666.00

SEPTEMBER 14, 2012
0R0808-301039
INVOICE #  804475

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        686089
Invoice Date:     09/14/2012
Invoice No.       804475
Period ending:    06/30/2012

Case Management Number      LD    0R0808-301039

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| C300 | Analysis and Advice | 1.00 | $ | 300.00 |
| L110 | Fact Investigation/Development | 0.20 | $ | 66.00 |
| L120 | Analysis/Strategy | 0.10 | $ | 30.00 |
| L250 | Other Written Motions/Submissions | 0.60 | $ | 180.00 |
| L430 | Written Motions/Submissions | 0.30 | $ | 90.00 |
| | =================================== | | | |
| | TOTAL FEES | 2.20 | $ | 666.00 |
| | TOTAL FEES DUE | | $ | 666.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 666.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301040

INVOICE #  804476

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301040   TC Number: 690409

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Update status reports to read as follows: BABC filed a notice of bankruptcy in this case, and the case is currently stayed. | L110 | ASI | .10 | 249.00 | 24.90 |

FEES                                                              $24.90

AMOUNT DUE THIS BILL                                             $24.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301040

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | .10 | 24.90 |
| Total | | | .10 | 24.90 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301040
BILL AMOUNT          $24.90                               INVOICE #  804476

To:    ResCap                        TC Number:          690409
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804476
                                     Period ending:      06/30/2012

Case Management Number      LD  0R0808-301040

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.10 | $    24.90 |
| | | ==================================== | |
| | TOTAL FEES | 0.10 | $    24.90 |
| | TOTAL FEES DUE | | $    24.90 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    24.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 14, 2012
1100 Virginia Drive                                             0R0808-301042
Fort Washington, PA 19034

                                                                INVOICE #  804477

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301042   TC Number: 716722

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client as follows: We filed a notice of bankruptcy on behalf of GMAC Mortgage, LLC.  The parties, however, are still working on a settlement. | L190 | JDV | .20 | 219.00 | 43.80 |

                              FEES                                 $43.80


                          AMOUNT DUE THIS BILL                     $43.80

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301042

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | .20 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301042
BILL AMOUNT          $43.80                                    INVOICE #  804477

To:    ResCap                          TC Number:          716722
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804477
                                       Period ending:      06/30/2012

Case Management Number        LD   0R0808-301042

                                            Current Invoice
Code Task                              Hours            Fees

L190 Other Case Assessment, Develop't/Admin    0.20    $    43.80

                            =================================
                   TOTAL FEES          0.20    $    43.80

                  TOTAL FEES DUE               $    43.80
           TOTAL DISBURSEMENTS DUE             $     0.00
           TOTAL DUE THIS INVOICE              $    43.80



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301047

INVOICE #  804478

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301047  TC Number: 696927

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft settlement agreement | L160 | RLB | 2.00 | 266.00 | 532.00 |
| 06/01/12 | E-mail settlement agreement to client | L160 | RLB | .10 | 266.00 | 26.60 |
| 06/01/12 | Draft status report for client as follows: This matter has settled.  We have submitted a draft settlement agreement to GMAC for review and comment. | L190 | RLB | .20 | 266.00 | 53.20 |
| 06/08/12 | Teleconference with client regarding settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/08/12 | E-mail to W.Hereford regarding motion to dismiss action | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/08/12 | E-mail to client regarding issues relating to settlement | L160 | RLB | .30 | 266.00 | 79.80 |
| 06/08/12 | Teleconference with W.Hereford regarding dismissal | L160 | RLB | .40 | 266.00 | 106.40 |
| 06/13/12 | E-mail to client regarding motion to dismiss | L160 | RLB | .10 | 266.00 | 26.60 |
| 06/13/12 | Review motion to dismiss | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/18/12 | Review and respond to e-mail from client regarding settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/21/12 | Draft assignment of Equivest's interest in property | L160 | RLB | .30 | 266.00 | 79.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301047

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Draft assignment of judgment | L160 | RLB | .50 | 266.00 | 133.00 |
| 06/28/12 | Telephone call to W.Hereford regarding settlement | L160 | RLB | .30 | 266.00 | 79.80 |
| 06/28/12 | E-mail to client regarding settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/28/12 | E-mail to client regarding urgent nature of settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/29/12 | Revise settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/29/12 | Revise assignment of judgment | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/29/12 | E-mail to counsel regarding settlement agreement and assignment | L160 | RLB | .10 | 266.00 | 26.60 |
| 06/29/12 | E-mails to and from client regarding recording deed | L160 | RLB | .20 | 266.00 | 53.20 |

FEES                        $1,622.60

AMOUNT DUE THIS BILL              $1,622.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301047

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | 6.10 | 1,622.60 |
| Total | | | 6.10 | 1,622.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301047

BILL AMOUNT        $1,622.60              INVOICE #  804478

To:    ResCap                    TC Number:        696927
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804478
                                 Period ending:    06/30/2012

Case Management Number    LD  0R0808-301047

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L160 | Settlement/Non-Binding ADR | 5.90 | $ 1,569.40 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 53.20 |
| | TOTAL FEES | 6.10 | $ 1,622.60 |

|  |  |
|---|---|
| TOTAL FEES DUE | $ 1,622.60 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 1,622.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301049
Fort Washington, PA 19034

                                                          INVOICE #  804479

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301049   TC Number: 702383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: The appeal matter is still under submission with no ruling from the Court.  BABC did file a Suggestion of Bankruptcy on behalf of GMAC on May 24, 2012. | L190 | AHC | .10 | 145.00 | 14.50 |

                              FEES                               $14.50

                     AMOUNT DUE THIS BILL                        $14.50

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301049

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301049
BILL AMOUNT          $14.50                               INVOICE #  804479

_____

To:    ResCap                         TC Number:        702383
       1100 Virginia Drive            Invoice Date:     09/14/2012
       Fort Washington, PA 19034      Invoice No.       804479
                                      Period ending:    06/30/2012


Case Management Number      LD   0R0808-301049


                                         Current Invoice
Code Task                                Hours           Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $    14.50

                           ==================================
                    TOTAL FEES     0.10    $    14.50

                    TOTAL FEES DUE            $    14.50
               TOTAL DISBURSEMENTS DUE        $     0.00
                TOTAL DUE THIS INVOICE        $    14.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301050
Fort Washington, PA 19034

                                                               INVOICE #  804480

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301050   TC Number: 709499

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

                            FEES                              $69.00


                            AMOUNT DUE THIS BILL              $69.00


                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301050

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301050
BILL AMOUNT          $69.00                                    INVOICE #  804480

To:    ResCap                         TC Number:         709499
       1100 Virginia Drive            Invoice Date:      09/14/2012
       Fort Washington, PA 19034      Invoice No.        804480
                                      Period ending:     06/30/2012

Case Management Number    LD  0R0808-301050

                                            Current Invoice
Code Task                              Hours              Fees

L120 Analysis/Strategy                  0.20    $       69.00

                                     ================================
                     TOTAL FEES         0.20    $       69.00

                   TOTAL FEES DUE               $       69.00
            TOTAL DISBURSEMENTS DUE             $        0.00
            TOTAL DUE THIS INVOICE              $       69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 14, 2012
1100 Virginia Drive                                   0R0808-301051
Fort Washington, PA 19034

                                                      INVOICE #  804481

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301051  TC Number: 709635

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | E-mails regarding Trustee's response to letters submitted with settlement | L120 | JB | .20 | 190.00 | 38.00 |
| 06/12/12 | Work through payment change issues with chapter 13 trustee | L120 | CLHA | .30 | 345.00 | 103.50 |
| 06/12/12 | Phone calls and e-mails with S.Fleischer regarding trustee inquiries | L120 | JB | .40 | 190.00 | 76.00 |
| 06/13/12 | E-mails regarding trustee responses | L120 | JB | .10 | 190.00 | 19.00 |
| 06/14/12 | Call with client regarding account reflection of trustee numbers | L120 | CLHA | .40 | 345.00 | 138.00 |
| 06/14/12 | Phone calls and e-mails with S.Fleischer and trustee regarding status of loans being administered by trustee | L120 | JB | .80 | 190.00 | 152.00 |
| 06/28/12 | Draft status report for client as follows: File is ready to close pending responses from Trustee regarding status of other GMAC cases per terms of settlement agreement. | L120 | JB | .20 | 190.00 | 38.00 |

                              FEES                              $564.50

   01      Copy Charges                              0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

OR0808-301051

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $564.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301051

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| James Bailey | Associate | 190.00 | 1.70 | 323.00 |
| Total | | | 2.40 | 564.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                         SEPTEMBER 14, 2012
                                                              0R0808-301051
BILL AMOUNT          $564.50                                  INVOICE #  804481

```
To:    ResCap                        TC Number:        709635
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804481
                                     Period ending:    06/30/2012
```

Case Management Number        LD  0R0808-301051

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 2.40 | $    564.50 |
| | | ================================ | |
| | TOTAL FEES | 2.40 | $    564.50 |
| | TOTAL FEES DUE | | $    564.50 |
| | TOTAL DISBURSEMENTS DUE | | $      0.00 |
| | TOTAL DUE THIS INVOICE | | $    564.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301055

INVOICE #   804482

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301055   TC Number: 711791

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Communicate with client regarding notice of bankruptcy | L120 | HFH | .10 | 380.00 | 38.00 |
| 06/20/12 | Review docket and draft status report as follows for attorney review: Trial court granted the motion to dismiss. Plaintiff filed a notice of appeal.  A notice of bankruptcy filed with the Tennessee Court of Appeals and the court granted a stay of the appeal.  I assume the plaintiff will look at dismissing GMAC rather than seeking relief from the stay to pursue the appeal | L190 | AHC | .20 | 145.00 | 29.00 |

FEES                                                    $67.00

AMOUNT DUE THIS BILL                     $67.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301055

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rick Humbracht | Partner | 380.00 | .10 | 38.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .30 | 67.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301055
INVOICE #  804482

BILL AMOUNT          $67.00

| To: | ResCap | TC Number: | 711791 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 804482 |
| | | Period ending: | 06/30/2012 |

Case Management Number      LD   0R0808-301055

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $ 38.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 29.00 |

===========================================

|  | | | |
|---|---|---|---|
| | TOTAL FEES | 0.30 | $   67.00 |
| | TOTAL FEES DUE | | $   67.00 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $   67.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301057

INVOICE #  804483

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301057   TC Number: 713877

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |
| 06/04/12 | Revise and circulate settlement agreement to opposing counsel | L120 | CLHA | .50 | 345.00 | 172.50 |
| 06/05/12 | Work through remaining settlement issues with opposing counsel | L120 | CLHA | .40 | 345.00 | 138.00 |
| 06/13/12 | Call with client regarding effect of supplemental order in GMAC bankruptcy case on pending litigation | L120 | CLHA | .10 | 345.00 | 34.50 |
| 06/18/12 | Analyze opposing counsel's comments to settlement agreement | L120 | CLHA | .50 | 345.00 | 172.50 |
| 06/18/12 | Analyze interim supplemental order regarding relief from stay to resolve litigation and proceed with certain other litigation | L120 | CLHA | .40 | 345.00 | 138.00 |
| 06/28/12 | Follow up with client regarding settlement agreement revisions | L120 | CLHA | .20 | 345.00 | 69.00 |
| 06/29/12 | Emails with client and opposing counsel regarding status of GMAC bankruptcy and authority to consummate settlement | L120 | CLHA | .50 | 345.00 | 172.50 |

|  |  | FEES |  |  |  | $966.00 |
|---|---|---|---|---|---|---|
| 01 | Copy Charges |  |  |  |  | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301057

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $966.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301057

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 2.80 | 966.00 |
| Total | | | 2.80 | 966.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301057

BILL AMOUNT          $966.00              INVOICE #   804483

To:    ResCap                    TC Number:        713877
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804483
                                 Period ending:    06/30/2012

Case Management Number    LD   0R0808-301057

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 2.80 | $ 966.00 |
| ========================================= | | | |
| TOTAL FEES | | 2.80 | $ 966.00 |
| TOTAL FEES DUE | | | $ 966.00 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 966.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301058

INVOICE #  804484

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301058   TC Number: 719345

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                                          $69.00

AMOUNT DUE THIS BILL                                          $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301058

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                           0R0808-301058
BILL AMOUNT            $69.00                              INVOICE #  804484

To:     ResCap                     TC Number:         719345
        1100 Virginia Drive        Invoice Date:      09/14/2012
        Fort Washington, PA 19034  Invoice No.        804484
                                   Period ending:     06/30/2012

Case Management Number    LD  0R0808-301058

                                        Current Invoice
Code Task                               Hours        Fees

L120 Analysis/Strategy                   0.20    $    69.00

                     =======================================
                     TOTAL FEES          0.20    $    69.00

                     TOTAL FEES DUE              $    69.00
              TOTAL DISBURSEMENTS DUE            $     0.00
               TOTAL DUE THIS INVOICE           $    69.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301059

INVOICE #  804485

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301059  TC Number: 714656

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client | L190 | RLB | .30 | 266.00 | 79.80 |
| 06/04/12 | Review and respond to e-mail from opposing counsel regarding settlement | L160 | RLB | .10 | 266.00 | 26.60 |
| 06/05/12 | Work regarding settlement | L160 | RLB | .50 | 266.00 | 133.00 |
| 06/14/12 | Teleconference with C.Hubble regarding status of settlement | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/18/12 | Review and respond to e-mail from client regarding loan modification | L160 | RLB | .10 | 266.00 | 26.60 |
| 06/21/12 | Teleconferences with C.Hubble's offices regarding settlement counteroffer | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/21/12 | Teleconference with client regarding settlement | L160 | RLB | .20 | 266.00 | 53.20 |
| 06/21/12 | E-mail to client regarding counsel's timesheets | L160 | RLB | .10 | 266.00 | 26.60 |
| 06/28/12 | Review status of matter | L190 | RLB | .30 | 266.00 | 79.80 |
| 06/28/12 | E-mail to client regarding status of loan modification | L160 | RLB | .10 | 266.00 | 26.60 |

FEES                                                              $558.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
SEPTEMBER 14, 2012

0R0808-301059

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                        $558.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        3
SEPTEMBER 14, 2012

0R0808-301059

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | 2.10 | 558.60 |
| Total | | | 2.10 | 558.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301059
BILL AMOUNT          $558.60                        INVOICE #  804485

To:    ResCap                    TC Number:         714656
       1100 Virginia Drive       Invoice Date:      09/14/2012
       Fort Washington, PA 19034 Invoice No.        804485
                                 Period ending:     06/30/2012

Case Management Number     LD  0R0808-301059

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L160 | Settlement/Non-Binding ADR | 1.50 | $  399.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $  159.60 |
| | | ========================================= | |
| | TOTAL FEES | 2.10 | $  558.60 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 558.60 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 558.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301060
Fort Washington, PA 19034

                                                          INVOICE #  804486

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301060  TC Number: 721871

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Prepare status update on matter. | L190 | EWS | .20 | 266.00 | 53.20 |
| 06/08/12 | Email correspondence with client contact concerning status of case | L190 | EWS | .20 | 266.00 | 53.20 |
| 06/18/12 | Research Tennessee Public Chapter 922 and its legislative history | C200 | JI | .20 | 175.00 | 35.00 |
| 06/18/12 | Review notice of bankruptcy and edit same for filing in this case | L190 | EWS | .40 | 266.00 | 106.40 |
| 06/18/12 | Email correspondence with Christian Hancock concerning notice of bankruptcy | L250 | EWS | .20 | 266.00 | 53.20 |
| 06/19/12 | Telephone conversation with opposing counsel | L250 | EWS | .20 | 266.00 | 53.20 |
| 06/20/12 | Analyze bankruptcy issues relating to automatic stay and effect on case against U.S. Bank, as trustee | L190 | EWS | .80 | 266.00 | 212.80 |
| 06/20/12 | Analysis of issues with automatic stay and litigation strategy | C300 | ALM | .50 | 301.00 | 150.50 |

                              FEES                                  $717.50

01      Copy Charges                                    0.00
02      Postage Charges                                 0.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301060

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $717.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301060

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Austin L. McMullen | Partner | 301.00 | .50 | 150.50 |
| Eric Smith | Partner | 266.00 | 2.00 | 532.00 |
| Julie Ivie | Research | 175.00 | .20 | 35.00 |
| Total | | | 2.70 | 717.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $717.50

SEPTEMBER 14, 2012
0R0808-301060
INVOICE #  804486

To:    ResCap                         TC Number:        721871
       1100 Virginia Drive            Invoice Date:     09/14/2012
       Fort Washington, PA 19034      Invoice No.       804486
                                      Period ending:    06/30/2012

Case Management Number      LD  0R0808-301060

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C200 | Researching Law | 0.20 | $    35.00 |
| C300 | Analysis and Advice | 0.50 | $   150.50 |
| L190 | Other Case Assessment, Develop't/Admin | 1.60 | $   425.60 |
| L250 | Other Written Motions/Submissions | 0.40 | $   106.40 |
| | | ============================== | |
| | TOTAL FEES | 2.70 | $   717.50 |

                          TOTAL FEES DUE         $   717.50
                 TOTAL DISBURSEMENTS DUE         $     0.00
                 TOTAL DUE THIS INVOICE          $   717.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301061

INVOICE #  804487

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301061   TC Number: 725468

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/02/12 | Draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |
| 06/12/12 | Telephone conversation with Olson and Garrison regarding motions | L120 | HFH | .80 | 380.00 | 304.00 |

|  | FEES |  |  |  |  | $318.50 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $318.50 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301061

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rick Humbracht | Partner | 380.00 | .80 | 304.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .90 | 318.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301061
INVOICE #  804487

BILL AMOUNT          $318.50

| To: | ResCap | TC Number: | 725468 |
| | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 804487 |
| | | Period ending: | 06/30/2012 |

Case Management Number      LD  0R0808-301061

| Code | Task | Current Invoice | | |
| | | Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $ | 304.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 14.50 |
| | | ================================= | | |
| | TOTAL FEES | 0.90 | $ | 318.50 |
| | TOTAL FEES DUE | | $ | 318.50 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 318.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301062

INVOICE #  804489

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301062   TC Number: 724475

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/02/12 | Review docket and draft status report as follows for attorney review: An Order granting the Notice of Voluntary Dismissal was entered on on May 21, 2012.  BABC will close its file. | L190 | AHC | .30 | 145.00 | 43.50 |
| 06/02/12 | Draft memorandum regarding final disposition of file for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |

FEES                               $72.50


AMOUNT DUE THIS BILL                $72.50


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301062

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Total | | | .50 | 72.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301062
BILL AMOUNT          $72.50                         INVOICE #  804489

To:    ResCap                       TC Number:        724475
       1100 Virginia Drive          Invoice Date:     09/14/2012
       Fort Washington, PA 19034    Invoice No.       804489
                                    Period ending:    06/30/2012


Case Management Number      LD  0R0808-301062


                                        Current Invoice
Code Task                              Hours        Fees

L190 Other Case Assessment, Develop't/Admin    0.50    $    72.50

                          =================================
                   TOTAL FEES       0.50    $    72.50

                   TOTAL FEES DUE           $    72.50
            TOTAL DISBURSEMENTS DUE         $     0.00
               TOTAL DUE THIS INVOICE       $    72.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301063

INVOICE #  804490

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301063   TC Number: 714383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Status report regarding bankruptcy notice filed | L120 | KSA | .10 | 223.00 | 22.30 |

FEES                                        $22.30

AMOUNT DUE THIS BILL                  $22.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301063

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $22.30

SEPTEMBER 14, 2012
0R0808-301063
INVOICE #  804490

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:       714383
Invoice Date:    09/14/2012
Invoice No.      804490
Period ending:   06/30/2012

Case Management Number      LD  0R0808-301063

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 22.30 |
| ========================================= | | | |
| TOTAL FEES | 0.10 | $ | 22.30 |
| TOTAL FEES DUE | | $ | 22.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 22.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301064

INVOICE #  804491

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301064   TC Number: 725295

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: The record on appeal was due on May 3; it has not yet been received by the appellate clerk.  The borrowers have 30 days from receipt of the record on appeal to file their initial brief. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/05/12 | Review docket and conference with clerk of court regarding status of record on appeal and initial brief of appellant | L110 | AHC | .30 | 145.00 | 43.50 |
| 06/05/12 | Correspondence to M.Verma regarding status of record on appeal and initial brief | L190 | AHC | .10 | 145.00 | 14.50 |
| 06/13/12 | Review docket and order entered 6/8 requiring appellant to show cause for allowing case to proceed | L210 | AKA | .30 | 184.00 | 55.20 |
| 06/19/12 | E-mail to A.Cockrell regarding response filed by appellant to show cause for continuing case | L520 | AKA | .10 | 184.00 | 18.40 |
| 06/27/12 | Research on service issue | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/28/12 | Telephone conference with J.Tepps regarding copies of recently filed court documents | L110 | AHC | .20 | 145.00 | 29.00 |

FEES                                                          $249.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301064

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $249.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301064

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Alecia H. Cockrell | Paralegal | 145.00 | .80 | 116.00 |
| Anne Averitt | Associate | 184.00 | .40 | 73.60 |
| Total | | | 1.40 | 249.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301064

BILL AMOUNT         $249.00

INVOICE #  804491

To:    ResCap                          TC Number:        725295
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804491
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-301064

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.50 | $  72.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $  43.50 |
| L210 | Pleadings | 0.30 | $  55.20 |
| L510 | Appellate Motions and Submissions | 0.20 | $  59.40 |
| L520 | Appellate Briefs | 0.10 | $  18.40 |
| | | =================================== | |
| | TOTAL FEES | 1.40 | $  249.00 |

TOTAL FEES DUE              $   249.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   249.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0808-301065
Fort Washington, PA 19034

                                                                   INVOICE #  804492

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301065  TC Number: 723477

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Email to client regarding closing file | C300 | EAF | .20 | 358.00 | 71.60 |

|  | FEES |  |  |  |  | $71.60 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $71.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301065

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Total | | | .20 | 71.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301065
BILL AMOUNT          $71.60                               INVOICE #  804492

To:     ResCap                          TC Number:        723477
        1100 Virginia Drive             Invoice Date:     09/14/2012
        Fort Washington, PA 19034       Invoice No.       804492
                                        Period ending:    06/30/2012

Case Management Number      LD  0R0808-301065

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| C300 Analysis and Advice | | 0.20 | $    71.60 |
| | | ===================================== | |
| TOTAL FEES | | 0.20 | $    71.60 |
| TOTAL FEES DUE | | | $    71.60 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    71.60 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301066

INVOICE #  804493

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301066  TC Number: 725432

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Correspondence to T.Jordan regarding final disposition of file | L190 | AHC | .10 | 145.00 | 14.50 |

FEES                                        $14.50

AMOUNT DUE THIS BILL                         $14.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301066

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $14.50

SEPTEMBER 14, 2012
0R0808-301066
INVOICE #  804493

To:    ResCap                                    TC Number:         725432
       1100 Virginia Drive                       Invoice Date:      09/14/2012
       Fort Washington, PA 19034                 Invoice No.        804493
                                                 Period ending:     06/30/2012

Case Management Number        LD  0R0808-301066

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 14.50 |
| | | ================================= | | |
| | TOTAL FEES | 0.10 | $ | 14.50 |
| | TOTAL FEES DUE | | $ | 14.50 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 14.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301067

INVOICE #  804494

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301067   TC Number: 725622

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review court mail (notice of cancellation of hearing) | L120 | GEG | .10 | 335.00 | 33.50 |
| 06/13/12 | Draft status report | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/13/12 | Work on analysis of amended order on bankruptcy stay | L120 | GEG | .20 | 335.00 | 67.00 |
| 06/20/12 | Review status of stay | L120 | GEG | .20 | 335.00 | 67.00 |
| 06/21/12 | E-mail memorandum to borrower's counsel regarding motion stayed | L120 | GEG | .20 | 335.00 | 67.00 |
| 06/21/12 | Review information on pending motion and e-mail memorandum to and from borrower's counsel regarding dismissal | L120 | GEG | .40 | 335.00 | 134.00 |
| 06/21/12 | Phone conferences with S.Fleischer regarding accounting on loan | L120 | GEG | .30 | 335.00 | 100.50 |
| 06/21/12 | E-mail memorandum to J.Scoliard regarding explanation of issues and possible resolution | L120 | GEG | .30 | 335.00 | 100.50 |
| 06/22/12 | E-mail memorandum to borrower's attorney regarding borrower's claims and offer of settlement | L160 | GEG | .60 | 335.00 | 201.00 |
| 06/22/12 | E-mail from borrower's attorney regarding offer of settlement and forward same to J.Scoliard | L160 | GEG | .20 | 335.00 | 67.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301067

FED ID NO. 63-0243316

FEES                                       $978.00

### DESCRIPTION OF DISBURSEMENTS

07        Filing Fees                                    30.00

COSTS                      $30.00

AMOUNT DUE THIS BILL              $1,008.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301067

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 2.50 | 837.50 |
| T. Parker Griffin, Jr. | Associate | 200.00 | .20 | 40.00 |
| Total | | | 2.70 | 877.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301067
INVOICE #  804494

BILL AMOUNT        $1,008.00

To:    ResCap                          TC Number:        725622
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804494
                                       Period ending:    06/30/2012

Case Management Number       LD   0R0808-301067

|           |                              | Current Invoice | |
|-----------|------------------------------|-------|---------|
| Code      | Task                         | Hours | Fees    |
| L120      | Analysis/Strategy            | 1.90  | $  609.50 |
| L160      | Settlement/Non-Binding ADR   | 0.80  | $  268.00 |
|           |                              | ====================================== | |
|           | TOTAL FEES                   | 2.70  | $  978.00 |

|                              |          |
|------------------------------|----------|
| TOTAL FEES DUE               | $  978.00 |
| TOTAL DISBURSEMENTS DUE      | $   30.00 |
| TOTAL DUE THIS INVOICE       | $ 1,008.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301069

INVOICE #  804495

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301069   TC Number: 725016

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Complete monthly status report regarding dismissal of chapter 11, which moots the trustee's objection to GMAC's motion for relief from stay | L120 | GEG | .30 | 335.00 | 100.50 |
| 06/06/12 | Complete file closing memorandum regarding dismissal of chapter 11, which moots the trustee's objection to GMAC's motion for relief from, and e-mails to and from J.Scoliard regarding same | L120 | GEG | .20 | 335.00 | 67.00 |

FEES                                      $167.50

AMOUNT DUE THIS BILL                      $167.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301069

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | .50 | 167.50 |
| Total | | | .50 | 167.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301069
INVOICE #   804495

BILL AMOUNT          $167.50

To:    ResCap                          TC Number:      725016
       1100 Virginia Drive             Invoice Date:   09/14/2012
       Fort Washington, PA 19034       Invoice No.     804495
                                       Period ending:  06/30/2012

Case Management Number      LD  0R0808-301069

|       |                   | Current Invoice | |
|-------|-------------------|-------|---------|
| Code  | Task              | Hours | Fees    |
| L120  | Analysis/Strategy | 0.50  | $  167.50 |
|       | TOTAL FEES        | 0.50  | $  167.50 |

| | |
|---|---|
| TOTAL FEES DUE | $  167.50 |
| TOTAL DISBURSEMENTS DUE | $    0.00 |
| TOTAL DUE THIS INVOICE | $  167.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
1100 Virginia Drive                                          0R0808-301070
Fort Washington, PA 19034

                                                             INVOICE #  804496

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301070   TC Number: 725710

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft Status Update regarding briefing schedule | L190 | HHW | .10 | 263.00 | 26.30 |
| 06/19/12 | Research on possible extension motion | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/19/12 | Email correspondence with client regarding Borrower's request for extension of time | L190 | HHW | .20 | 263.00 | 52.60 |
| 06/19/12 | Review and analyze Borrower's Motion for Extension of Time | L190 | HHW | .10 | 263.00 | 26.30 |
| 06/19/12 | Email correspondence with opposing counsel regarding request for consent to motion for extension of time | L190 | HHW | .20 | 263.00 | 52.60 |
| 06/25/12 | Review docket regarding status of initial brief | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/25/12 | Research on possible opposition or motion to dismiss appeal | L510 | MJA | .60 | 297.00 | 178.20 |
| 06/25/12 | Review and analyze Florida Rules of Appellate Procedure regarding extension of time to aid in determination of whether to consent Borrower's requested extension | L250 | HHW | .20 | 263.00 | 52.60 |
| 06/27/12 | Analyze Borrower's Motion for Extension of Time to determine whether to file an opposition memorandum | L250 | HHW | .10 | 263.00 | 26.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301070

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Research on possible opposition to motion for extension | L510 | MJA | .30 | 297.00 | 89.10 |
| 06/28/12 | Conference with J.Hooks regarding new appeal case and access online docket to review information and email to J.Wadler requesting copy of court file | L190 | JAM | .20 | 145.00 | 29.00 |

FEES                                    $621.40

AMOUNT DUE THIS BILL              $621.40

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301070

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.10 | 326.70 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Heather Wright | Associate | 263.00 | .90 | 236.70 |
| Total | | | 2.40 | 621.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301070
INVOICE #  804496

BILL AMOUNT          $621.40

To:    ResCap                          TC Number:        725710
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804496
                                       Period ending:    06/30/2012

Case Management Number      LD   0R0808-301070

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $    29.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $   186.80 |
| L250 | Other Written Motions/Submissions | 0.30 | $    78.90 |
| L510 | Appellate Motions and Submissions | 1.10 | $   326.70 |

```
                   ===================================
          TOTAL FEES      2.40    $    621.40

                 TOTAL FEES DUE           $    621.40
          TOTAL DISBURSEMENTS DUE         $      0.00
          TOTAL DUE THIS INVOICE         $    621.40
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301071
Fort Washington, PA 19034

                                                          INVOICE #  804497

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301071  TC Number: 721067

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client | L120 | NJV | .10 | 258.00 | 25.80 |
| 06/29/12 | Research docket to determine status of proposed order amending complaint. | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/29/12 | Email correspondence with W.Rideout regarding judge's decision on hearing and and proposed order amending complaint. | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/29/12 | Draft status report for client as follows: BABC recently spoke with Pendergast and they are pushing for an expedited hearing date ion the motion to amend the complaint. | L120 | NJV | .10 | 258.00 | 25.80 |

                              FEES                                    $111.20


                       AMOUNT DUE THIS BILL                           $111.20


               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301071

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | .20 | 51.60 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | .60 | 111.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301071
INVOICE #  804497

BILL AMOUNT          $111.20

To:   ResCap                          TC Number:        721067
      1100 Virginia Drive             Invoice Date:     09/14/2012
      Fort Washington, PA 19034       Invoice No.       804497
                                      Period ending:    06/30/2012

Case Management Number      LD  0R0808-301071

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 0.40 | $ | 59.60 |
| L120 | Analysis/Strategy | 0.20 | $ | 51.60 |
| | ====================================== | | | |
| | TOTAL FEES | 0.60 | $ | 111.20 |
| | TOTAL FEES DUE | | $ | 111.20 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 111.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301072
Fort Washington, PA 19034

                                                          INVOICE #  804498

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301072   TC Number: 720703

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Draft status report | L120 | RK | .10 | 185.00 | 18.50 |

                              FEES                          $18.50


                  AMOUNT DUE THIS BILL                      $18.50


              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301072

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301072
BILL AMOUNT            $18.50                        INVOICE #  804498

To:    ResCap                        TC Number:      720703
       1100 Virginia Drive           Invoice Date:   09/14/2012
       Fort Washington, PA 19034     Invoice No.     804498
                                     Period ending:  06/30/2012

Case Management Number      LD   0R0808-301072

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.10 | $ 18.50 |
| | | ================================ | |
| TOTAL FEES | | 0.10 | $ 18.50 |
| TOTAL FEES DUE | | | $ 18.50 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 18.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301073

INVOICE #  804499

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301073   TC Number: 726070

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: The appellee's brief is due June 13, 2012. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/04/12 | Review of documents provided by client to prepare for draft of appellee brief | L320 | RH | 2.40 | 220.00 | 528.00 |
| 06/05/12 | Correspondence regarding copies of documents missing from pleadings transfer file | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/05/12 | Review of documents related to motion to vacate and set aside final judgment | L110 | AHC | 1.10 | 145.00 | 159.50 |
| 06/06/12 | Review of trial court pleadings, appellate court orders, and foreclosure file to prepare to draft appellee brief | L520 | RH | 1.00 | 220.00 | 220.00 |
| 06/06/12 | Research and prepare outline of legal argument section of appellee brief | L520 | RH | 2.40 | 220.00 | 528.00 |
| 06/06/12 | Begin draft of appellee brief | L520 | RH | .40 | 220.00 | 88.00 |
| 06/06/12 | Research on status of Cranwill motion for extension of time to file briefs | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/07/12 | Research Florida law related to standing to bring foreclosure action and authentication of mortgage documents | L520 | RH | 2.00 | 220.00 | 440.00 |
| 06/07/12 | Draft facts section of appellee brief | L520 | RH | 2.80 | 220.00 | 616.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301073

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Draft procedural history section of appellee brief | L520 | RH | 2.00 | 220.00 | 440.00 |
| 06/08/12 | Develop strategy for addressing standing and previous assignments of note and mortgage in appellee brief | L120 | RH | 1.00 | 220.00 | 220.00 |
| 06/08/12 | Research Florida law related to grounds for relief under Rule 1.540 of the Florida Rules of Civil Procedure | L190 | RH | 1.50 | 220.00 | 330.00 |
| 06/08/12 | Research on appeal background and briefing strategy | L520 | MJA | .50 | 297.00 | 148.50 |
| 06/08/12 | Correspondence to A.Hancock regarding key pleadings missing from foreclosure file | L110 | AHC | .30 | 145.00 | 43.50 |
| 06/10/12 | Revise appellee brief | L520 | RH | 1.50 | 220.00 | 330.00 |
| 06/10/12 | Draft statement of the case section of appellee brief | L520 | RH | .60 | 220.00 | 132.00 |
| 06/11/12 | Draft argument in appellee brief related to appellants' failure to raise grounds for relief | L520 | RH | 2.00 | 220.00 | 440.00 |
| 06/11/12 | Draft arguments in appellee brief related to the lack of merit of arguments raised by appellants | L520 | RH | 2.70 | 220.00 | 594.00 |
| 06/11/12 | Draft summary of the argument and conclusion sections of appellee brief | L520 | RH | .90 | 220.00 | 198.00 |
| 06/11/12 | Correspondenceregarding status of appeal for Fannie Mae reporting | L190 | AHC | .20 | 145.00 | 29.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
ResCap                                                    SEPTEMBER 14, 2012

0R0808-301073

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/11/12 | Correspondence regarding status of appeal for Fannie Mae reporting | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/12/12 | Edit draft appellee brief | L520 | RH | 1.00 | 220.00 | 220.00 |
| 06/12/12 | Review of and revisions to draft appellee brief and exhibits | L520 | MJA | 1.50 | 297.00 | 445.50 |
| 06/13/12 | Revised, completed and filed appellee brief with exhibits | L520 | MJA | 1.20 | 297.00 | 356.40 |
| 06/13/12 | Final review and revision of Brief of Appellee and exhibits | L520 | AHC | .50 | 145.00 | 72.50 |

FEES                                            $6,725.30

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 07 | Filing Fees | 10.35 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS                                    $10.35

AMOUNT DUE THIS BILL                        $6,735.65

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0808-301073

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 3.40 | 1,009.80 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.70 | 391.50 |
| Rudy Hill | Associate | 220.00 | 24.20 | 5,324.00 |
| Total | | | 30.30 | 6,725.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301073
BILL AMOUNT        $6,735.65                         INVOICE #  804499

To:    ResCap                        TC Number:        726070
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804499
                                     Period ending:    06/30/2012

Case Management Number      LD   0R0808-301073

|      |                                        | Current Invoice | |
| Code | Task                                   | Hours | Fees |
|------|----------------------------------------|-------|------|
| L110 | Fact Investigation/Development         | 1.60  | $   232.00 |
| L120 | Analysis/Strategy                      | 1.00  | $   220.00 |
| L190 | Other Case Assessment, Develop't/Admin | 2.10  | $   417.00 |
| L320 | Document Production                    | 2.40  | $   528.00 |
| L510 | Appellate Motions and Submissions      | 0.20  | $    59.40 |
| L520 | Appellate Briefs                       | 23.00 | $ 5,268.90 |

===========================================

                    TOTAL FEES     30.30   $  6,725.30

                    TOTAL FEES DUE          $  6,725.30
            TOTAL DISBURSEMENTS DUE         $     10.35
            TOTAL DUE THIS INVOICE          $  6,735.65



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                        0R0808-301074
Fort Washington, PA 19034

                                                           INVOICE #  804500

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301074   TC Number: 726135

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | E-mail memorandum to J.Scoliard regarding mediation order | L120 | GEG | .30 | 335.00 | 100.50 |
| 06/04/12 | Review bankruptcy website for information on mediation program for mortgage loans | B420 | GEG | .40 | 335.00 | 134.00 |
| 06/04/12 | Phone conference with J.Scoliard regarding mediation order | B420 | GEG | .20 | 335.00 | 67.00 |
| 06/04/12 | E-mail to J.Scoliard regarding information previously sent in by borrower and status borrower's loss mitigation application | L120 | GEG | .10 | 335.00 | 33.50 |
| 06/04/12 | Voice mails to and from Judge's chambers regarding mediation program | L120 | GEG | .20 | 335.00 | 67.00 |
| 06/14/12 | Prepare monthly update regarding lien strip motion and mediation | L120 | GEG | .20 | 335.00 | 67.00 |
| 06/18/12 | Review mediation procedures and order and e-mail memorandum to J.Scoliard regarding same | L120 | GEG | .50 | 335.00 | 167.50 |
| 06/18/12 | Analysis of debtor's amended motion to strip second lien and debtor's motion for mortgage modification mediation | L120 | TPG | .80 | 200.00 | 160.00 |
| 06/18/12 | Email correspondence with J.Scoliard regarding upcoming mediation deadlines | L120 | TPG | .40 | 200.00 | 80.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301074

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Email correspondence with E.Peterson regarding potential mediators | L120 | TPG | .10 | 200.00 | 20.00 |
| 06/18/12 | Telephone conference with J.Roberts regarding mediation deadlines and potential mediators | L120 | TPG | .30 | 200.00 | 60.00 |
| 06/19/12 | Multiple telephone conferences and email correspondence with J.Scoliard regarding court ordered mediation and status of loss mitigation package | L120 | TPG | .70 | 200.00 | 140.00 |
| 06/19/12 | Telephone conference and email correspondence with J.Roberts regarding pay stubs, mediation and loss mitigation package | L120 | TPG | .40 | 200.00 | 80.00 |
| 06/19/12 | Work on various issues relating to mediation | L120 | GEG | .70 | 335.00 | 234.50 |
| 06/21/12 | Email correspondence with J.Scoliard regarding pay stubs | L120 | TPG | .10 | 200.00 | 20.00 |
| 06/22/12 | Email correspondence with J.Scoliard regarding pay stubsand mediation dates | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/22/12 | Telephone conference with J.Roberts regarding pay stubsand mediation dates | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/22/12 | Telephone conference with M.Markham's office regarding  availability for mediation on July 23rd | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/22/12 | Mediation preparation | L120 | GEG | .20 | 335.00 | 67.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301074

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Telephone conference with J.Scoliard regarding pay stubs, loss mitigation package and mediation dates | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/26/12 | Telephone conference with R.Cotton regarding availability and willingness to act as mediator | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/26/12 | Telephone conference and email correspondence with J.Roberts regarding consent to R.Cotton as mediator | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/27/12 | File notice of mutually selected mediator | L120 | TPG | .50 | 200.00 | 100.00 |
| 06/27/12 | Email correspondence with J.Roberts and R.Cotton regarding notice of mutually selected mediator | L120 | TPG | .20 | 200.00 | 40.00 |
| 06/27/12 | Work on mediation planning and strategy | L120 | GEG | .30 | 335.00 | 100.50 |

FEES                    $2,012.00

DESCRIPTION OF DISBURSEMENTS

58        FED DOCKET SERV-PACER                              11.50

COSTS                    $11.50

AMOUNT DUE THIS BILL          $2,023.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0808-301074

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 3.10 | 1,038.50 |
| T. Parker Griffin, Jr. | Associate | 200.00 | 4.70 | 940.00 |
| Total | | | 7.80 | 1,978.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301074
BILL AMOUNT          $2,023.50                      INVOICE #  804500

---

| To: | ResCap | TC Number: | 726135 |
|-----|--------|------------|--------|
|     | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
|     | Fort Washington, PA 19034 | Invoice No. | 804500 |
|     |        | Period ending: | 06/30/2012 |

Case Management Number       LD  0R0808-301074

|  |  | Current Invoice | |
|--|--|--|--|
| Code | Task | Hours | Fees |
| B420 | Restructurings | 0.60 | $   201.00 |
| L120 | Analysis/Strategy | 7.20 | $ 1,777.50 |
| | TOTAL FEES | 7.80 | $ 2,012.00 |
| | TOTAL FEES DUE | | $ 2,012.00 |
| | TOTAL DISBURSEMENTS DUE | | $    11.50 |
| | TOTAL DUE THIS INVOICE | | $ 2,023.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        SEPTEMBER 14, 2012
1100 Virginia Drive                                          0R0808-301076
Fort Washington, PA 19034

                                                            INVOICE #  804501

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301076  TC Number: 726275

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client | B110 | MMB | .30 | 240.00 | 72.00 |
| 06/14/12 | E-mails with J.Ho regarding case status | L190 | MMB | .30 | 240.00 | 72.00 |
| 06/20/12 | Analyze plaintiff's claims and whether this file merits a notice of bankruptcy | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/20/12 | Strategize regarding bankruptcy | C300 | MMB | .20 | 240.00 | 48.00 |
| 06/20/12 | E-mails with J.Ho regarding bankruptcy | C300 | MMB | .20 | 240.00 | 48.00 |
| 06/20/12 | Revise suggestion of bankruptcy | L210 | MMB | .30 | 240.00 | 72.00 |
| 06/29/12 | Review motion to compel and analyze how to handle responding to same in light of automatic bankruptcy stay | L350 | JDR | .60 | 293.00 | 175.80 |
| 06/30/12 | Prepare and file suggestion of bankruptcy and letter to B.Edwards regarding same | L210 | MMB | 1.20 | 240.00 | 288.00 |

                              FEES                              $937.80


                        AMOUNT DUE THIS BILL                    $937.80


                  ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301076

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Jonathan Rose | Partner | 293.00 | .60 | 175.80 |
| Melissa Burton | Associate | 240.00 | 2.50 | 600.00 |
| Total | | | 3.30 | 841.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301076
BILL AMOUNT          $937.80                              INVOICE #  804501

To:    ResCap                       TC Number:        726275
       1100 Virginia Drive          Invoice Date:     09/14/2012
       Fort Washington, PA 19034    Invoice No.       804501
                                    Period ending:    06/30/2012

Case Management Number      LD  0R0808-301076

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.30 | $ 72.00 |
| C300 | Analysis and Advice | 0.40 | $ 96.00 |
| L110 | Fact Investigation/Development | 0.20 | $ 66.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ 72.00 |
| L210 | Pleadings | 1.50 | $ 360.00 |
| L350 | Discovery Motions | 0.60 | $ 175.80 |

```
                        ==================================
              TOTAL FEES        3.30    $    937.80

              TOTAL FEES DUE             $    937.80
       TOTAL DISBURSEMENTS DUE           $      0.00
       TOTAL DUE THIS INVOICE            $    937.80
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301086

INVOICE #  804502

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301086   TC Number: 725986

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/15/12 | Analysis of borrower's payment history and servicing notes in light of assertions | L120 | MW | .70 | 263.00 | 184.10 |
| 06/18/12 | Review title documents and account history information to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 06/18/12 | Review call history and payment information | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 06/21/12 | Revise updated analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                                      $535.10

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/18/12 | Copy Charges | 0.00 |
| 06/18/12 | Copy Charges | 0.00 |
| 06/20/12 | Copy Charges | 0.00 |
| 06/11/12 | Court Costs - Pleadings - WEST GROUP KK COURT FEES Bank ID: GENR Check Number: 94592 | 136.82 |

COSTS                                                      $136.82

AMOUNT DUE THIS BILL                                       $671.92



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
SEPTEMBER 14, 2012

0R0808-301086

**FED ID NO. 63-0243316**

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301086

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | .70 | 184.10 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.20 | 178.80 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 2.40 | 456.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
                                                                   0R0808-301086
BILL AMOUNT            $671.92                                      INVOICE #  804502

To:    ResCap                              TC Number:          725986
       1100 Virginia Drive                 Invoice Date:       09/14/2012
       Fort Washington, PA 19034           Invoice No.         804502
                                           Period ending:      06/30/2012

Case Management Number       LD   0R0808-301086

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 1.70 | $ | 272.10 |
| L120 | Analysis/Strategy | 0.70 | $ | 184.10 |
| | | ================================= | | |
| | TOTAL FEES | 2.40 | $ | 535.10 |

                       TOTAL FEES DUE           $       535.10
               TOTAL DISBURSEMENTS DUE          $       136.82
                  TOTAL DUE THIS INVOICE        $       671.92



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                                       0R0808-301088
Fort Washington, PA 19034

                                                                          INVOICE #  804503

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301088   TC Number: 725981

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Analyze procedural posture of action, in preparation for filing motion to withdraw proceeds and disburse funds | L120 | MW | .50 | 263.00 | 131.50 |
| 06/19/12 | Correspondence with S.Emrich regarding status of action and procedure moving forward | L120 | MW | .20 | 263.00 | 52.60 |
| 06/20/12 | Analyze current status of docket and filings in preparation for drafting and filing motion to withdraw or release funds awarded pursuant to property valuation filed by special commissioners | L120 | MW | .20 | 263.00 | 52.60 |
| 06/20/12 | Telephone call with probate officer in Denton County, Texas regarding results of special commissioner's hearing, disbursement of funds, and to determine next step going forward with regard to filing a motion to release funds | L110 | KK | .30 | 91.00 | 27.30 |
| 06/26/12 | Review docket and draft Motion to Withdraw Funds on behalf of client as result of special commissioners hearing and interest in property | L110 | KK | 1.30 | 91.00 | 118.30 |
| 06/26/12 | Analyze procedural posture of award documents filed by special commissioners in preparation for drafting motion to release and withdraw funds | L120 | MW | .60 | 263.00 | 157.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301088

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Review outstanding pleadings to determine status of case and to supplement motion to disburse funds | L110 | KK | .40 | 91.00 | 36.40 |
| 06/29/12 | Analyze recent filings by special commissioners and plaintiff City of Fort Worth, in preparation for drafting and filing motion to withdraw or release funds from special valuation | L120 | MW | .30 | 263.00 | 78.90 |
| 06/29/12 | Receive and review 70 pages of pleadings from Denton County, Texas probate court to determine status of case and supplement motion to withdraw funds | L110 | KK | 1.10 | 91.00 | 100.10 |

FEES                                    $755.50


AMOUNT DUE THIS BILL                    $755.50


***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301088

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | 1.80 | 473.40 |
| Kerry Keane | Paralegal | 91.00 | 3.10 | 282.10 |
| Total | | | 4.90 | 755.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301088
BILL AMOUNT          $755.50                    INVOICE #  804503


To:     ResCap                    TC Number:        725981
        1100 Virginia Drive       Invoice Date:     09/14/2012
        Fort Washington, PA 19034 Invoice No.       804503
                                  Period ending:    06/30/2012


Case Management Number      LD  0R0808-301088


                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      3.10    $     282.10
L120 Analysis/Strategy                   1.80    $     473.40

                        ===================================
              TOTAL FEES        4.90    $     755.50

              TOTAL FEES DUE            $     755.50
      TOTAL DISBURSEMENTS DUE           $       0.00
      TOTAL DUE THIS INVOICE            $     755.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301089

INVOICE #  804504

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301089  TC Number: 726054

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Prepare advisory memorandum | L120 | NSR | .20 | 280.00 | 56.00 |

|  |  |
|--|--|
| FEES | $56.00 |
| AMOUNT DUE THIS BILL | $56.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301089

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Total | | | .20 | 56.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301089
BILL AMOUNT            $56.00                             INVOICE #  804504

```
To:    ResCap                          TC Number:        726054
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804504
                                       Period ending:    06/30/2012


Case Management Number      LD  0R0808-301089
```

|            |                                   | Current Invoice | |
|------------|-----------------------------------|-------|---------|
| Code Task  |                                   | Hours | Fees    |
| L120 Analysis/Strategy |                       | 0.20  | $   56.00 |
|            | =============================== | | |
|            | TOTAL FEES                        | 0.20  | $   56.00 |
|            | TOTAL FEES DUE                    |       | $   56.00 |
|            | TOTAL DISBURSEMENTS DUE           |       | $    0.00 |
|            | TOTAL DUE THIS INVOICE            |       | $   56.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301093
Fort Washington, PA 19034

                                                          INVOICE #  804505

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301093  TC Number: 725404

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Exchange e-mails with GMAC regarding Mulcahy's continued harassment of the company via phone and complaints to regulators | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/22/12 | Exchange e-mails with E.DeSilva and J.Evans regarding Mulcahy's continued contact with GMAC and threats of litigation | L110 | CWH | .20 | 330.00 | 66.00 |

                              FEES                            $132.00

                              AMOUNT DUE THIS BILL            $132.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301093

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Total | | | .40 | 132.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301093
BILL AMOUNT          $132.00                        INVOICE #  804505

To:    ResCap                      TC Number:          725404
       1100 Virginia Drive         Invoice Date:       09/14/2012
       Fort Washington, PA 19034   Invoice No.         804505
                                   Period ending:      06/30/2012

Case Management Number     LD  0R0808-301093

                                          Current Invoice
Code Task                                 Hours        Fees

L110 Fact Investigation/Development        0.40    $    132.00

                              =================================
                    TOTAL FEES             0.40    $    132.00

                    TOTAL FEES DUE                 $    132.00
              TOTAL DISBURSEMENTS DUE              $      0.00
              TOTAL DUE THIS INVOICE               $    132.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301096
Fort Washington, PA 19034

                                                          INVOICE #  804506

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301096   TC Number: 726147

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Supplement review with status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 06/18/12 | Analyze borrower's allegations of lack of compliance with TARP | L120 | MW | .90 | 263.00 | 236.70 |
| 06/18/12 | Correspondence with T.Jordan regarding request for TILA disclosures | L120 | MW | .20 | 263.00 | 52.60 |
| 06/20/12 | Revise analysis of affirmative defenses pleaded by borrowers in light of located TILA disclosures | L120 | MW | .80 | 263.00 | 210.40 |
| 06/25/12 | Revise summary memo regarding foreclosure standing and merits of borrower's affirmative defenses | L110 | CWH | .20 | 330.00 | 66.00 |

                    FEES                                  $583.90


                    AMOUNT DUE THIS BILL                  $583.90


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301096

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | 1.90 | 499.70 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 2.30 | 583.90 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301096
BILL AMOUNT          $583.90                        INVOICE #  804506

To:    ResCap                    TC Number:         726147
       1100 Virginia Drive       Invoice Date:      09/14/2012
       Fort Washington, PA 19034 Invoice No.        804506
                                 Period ending:     06/30/2012

Case Management Number      LD  0R0808-301096

|  | | Current Invoice | |
|--|--|--|--|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.40 | $     84.20 |
| L120 | Analysis/Strategy | 1.90 | $    499.70 |
| | TOTAL FEES | 2.30 | $    583.90 |

TOTAL FEES DUE                         $    583.90
TOTAL DISBURSEMENTS DUE                $      0.00
TOTAL DUE THIS INVOICE                 $    583.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
1100 Virginia Drive                                          0R0808-301097
Fort Washington, PA 19034

                                                             INVOICE #  804507

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301097  TC Number: 725351

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Revise analysis of borrower's asserted affirmative defenses in light of confirmation that loan is not an FHA loan | L120 | MW | .60 | 263.00 | 157.80 |
| 06/22/12 | Review of analysis of borrower's affirmative defenses with conclusion and recommendation to client | L120 | MW | .30 | 263.00 | 78.90 |
| 06/25/12 | Revise summary memo regarding foreclosure standing and merits of borrower's affirmative defenses | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/26/12 | Final revision of analysis of borrower's affirmative defenses | L120 | MW | .50 | 263.00 | 131.50 |

                          FEES                               $434.20


                          AMOUNT DUE THIS BILL               $434.20


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301097

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | 1.40 | 368.20 |
| Total | | | 1.60 | 434.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
                                                            0R0808-301097
BILL AMOUNT          $434.20                                INVOICE #  804507

To:    ResCap                         TC Number:       725351
       1100 Virginia Drive            Invoice Date:    09/14/2012
       Fort Washington, PA 19034      Invoice No.      804507
                                      Period ending:   06/30/2012

Case Management Number       LD   0R0808-301097

                                              Current Invoice
Code Task                                 Hours          Fees

L110 Fact Investigation/Development        0.20    $      66.00
L120 Analysis/Strategy                     1.40    $     368.20

                              ====================================
                    TOTAL FEES             1.60    $     434.20

                  TOTAL FEES DUE                   $     434.20
         TOTAL DISBURSEMENTS DUE                   $       0.00
            TOTAL DUE THIS INVOICE                 $     434.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301098

INVOICE #  804508

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301098  TC Number: 726277

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Review docket and draft closing memorandum to send to P.Stokes regarding resolution of matter | L110 | KK | .50 | 91.00 | 45.50 |

FEES                                                    $45.50

AMOUNT DUE THIS BILL                                    $45.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301098

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | .50 | 45.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
                                                    0R0808-301098
BILL AMOUNT          $45.50                         INVOICE #   804508

To:    ResCap                      TC Number:        726277
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804508
                                   Period ending:    06/30/2012

Case Management Number      LD   0R0808-301098

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      0.50    $    45.50

                          ==================================
                  TOTAL FEES             0.50    $    45.50

                  TOTAL FEES DUE                 $    45.50
          TOTAL DISBURSEMENTS DUE                $     0.00
            TOTAL DUE THIS INVOICE               $    45.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301102

INVOICE #  804509

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301102   TC Number: 726605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/04/12 | Emails with counsel for borrower regarding status of mediation | C400 | EAF | .40 | 358.00 | 143.20 |
| 06/04/12 | Correspond with foreclosure counsel re mediation | L240 | SAP | .20 | 323.00 | 64.60 |
| 06/06/12 | Review email from P.Robinson confirming cancellation of foreclosure mediation | C400 | EAF | .10 | 358.00 | 35.80 |
| 06/06/12 | Email to J.Ho regarding cancellation of foreclosure mediation | C300 | EAF | .10 | 358.00 | 35.80 |
| 06/08/12 | Revisions to Internal Litigation Analysis and Budget | L120 | SAP | .20 | 323.00 | 64.60 |
| 06/11/12 | Emails with J.Ho regarding financial package for borrower | C400 | EAF | .20 | 358.00 | 71.60 |
| 06/11/12 | Prepare letter to counsel regarding financial package | C400 | EAF | .40 | 358.00 | 143.20 |
| 06/14/12 | Review email from counsel for Matthews regarding bankruptcy issue and impact on case and respond to same | C400 | EAF | .30 | 358.00 | 107.40 |
| 06/14/12 | Analyze motion to dismiss filed by Ward | L240 | SAP | .40 | 323.00 | 129.20 |
| 06/15/12 | Email to J.Ho regarding filings in case, including status | L120 | EAF | .30 | 358.00 | 107.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

OR0808-301102

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Review email regarding new mediation date | L160 | EAF | .10 | 358.00 | 35.80 |
| 06/26/12 | Analyze motion for direction concerning automatic stay filed by Matthews' counsel and correspond with Matthews' counsel re foreclosure mediation | B110 | SAP | .40 | 323.00 | 129.20 |
| 06/26/12 | Review emails regarding status of financial package | C400 | EAF | .20 | 358.00 | 71.60 |
| 06/29/12 | Analyze financial package submitted by Matthews for mediation | C100 | SAP | .40 | 323.00 | 129.20 |
| 06/29/12 | Correspond with foreclosure counsel re mediation | L240 | SAP | .20 | 323.00 | 64.60 |
| 06/29/12 | Analyze Matthews' motion for extension of time to file opposition to GMAC's motion to dismiss in light of bankruptcy | L240 | SAP | .20 | 323.00 | 64.60 |

FEES                                                      $1,426.80

AMOUNT DUE THIS BILL                                      $1,426.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301102

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 2.10 | 751.80 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Steven A. Pozefsky | Associate | 323.00 | 2.00 | 646.00 |
| Total | | | 4.30 | 1,426.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $1,426.80

SEPTEMBER 14, 2012
0R0808-301102
INVOICE #   804509

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 726605 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804509 |
| Period ending: | 06/30/2012 |

Case Management Number      LD   0R0808-301102

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.40 | $   129.20 |
| C100 | Fact Gathering | 0.40 | $   129.20 |
| C300 | Analysis and Advice | 0.10 | $    35.80 |
| C400 | Third Party Communication | 1.60 | $   572.80 |
| L120 | Analysis/Strategy | 0.50 | $   172.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $    35.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $    29.00 |
| L240 | Dispositive Motions | 1.00 | $   323.00 |

==================================
TOTAL FEES      4.30    $  1,426.80

TOTAL FEES DUE              $  1,426.80
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $  1,426.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301105

INVOICE #  804510

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301105   TC Number: 723020

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Communications with G.Albright regarding status of litigation | L190 | JDV | .40 | 219.00 | 87.60 |
| 06/21/12 | Review docket to determine status of case and e-mail G.Albright regarding resolution of matter | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                            $149.60

AMOUNT DUE THIS BILL                            $149.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301105

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .40 | 87.60 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .60 | 105.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 14, 2012
                                                                    0R0808-301105
BILL AMOUNT          $149.60                                        INVOICE #  804510

To:    ResCap                              TC Number:         723020
       1100 Virginia Drive                 Invoice Date:      09/14/2012
       Fort Washington, PA 19034           Invoice No.        804510
                                           Period ending:     06/30/2012

Case Management Number      LD  0R0808-301105

|       |                                              | Current Invoice | | |
|-------|----------------------------------------------|-------|---|--------|
| Code  | Task                                         | Hours |   | Fees   |
| L110  | Fact Investigation/Development               | 0.20  | $ | 18.20  |
| L190  | Other Case Assessment, Develop't/Admin       | 0.40  | $ | 87.60  |
|       |                                              | ======================================= | | |
|       | TOTAL FEES                                   | 0.60  | $ | 149.60 |
|       | TOTAL FEES DUE                               |       | $ | 149.60 |
|       | TOTAL DISBURSEMENTS DUE                      |       | $ | 0.00   |
|       | TOTAL DUE THIS INVOICE                       |       | $ | 149.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301120

INVOICE #  804511

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301120  TC Number: 726699

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Review status of foreclosure and recent filings | L120 | NSR | .20 | 280.00 | 56.00 |
| 06/29/12 | Research docket and request and receive pleadings to determine status of case and recommendation going forward | L110 | KK | .60 | 91.00 | 54.60 |

FEES $110.60

AMOUNT DUE THIS BILL $110.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301120

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | .80 | 110.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $110.60

SEPTEMBER 14, 2012
0R0808-301120
INVOICE #  804511

| To: | ResCap | TC Number: | 726699 |
| | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 804511 |
| | | Period ending: | 06/30/2012 |

Case Management Number          LD  0R0808-301120

| Code | Task | Current Invoice Hours | | Fees |
|------|------|-------|---|------|
| L110 | Fact Investigation/Development | 0.60 | $ | 54.60 |
| L120 | Analysis/Strategy | 0.20 | $ | 56.00 |
| | | ================================= | | |
| | TOTAL FEES | 0.80 | $ | 110.60 |
| | | | | |
| | TOTAL FEES DUE | | $ | 110.60 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 110.60 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301121

INVOICE #  804512

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301121  TC Number: 726762

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/02/12 | Review docket and draft status report as follows for attorney review: The Fourth District Court of Appeals entered its mandate on April 20 and Mr. Mammas did not file a petition to the Supreme Court within 30 days of the entry of that mandate.  As such, we will be closing this appellate matter. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/02/12 | Draft memorandum regarding final disposition of file for attorney review | L190 | AHC | .30 | 145.00 | 43.50 |
| 06/04/12 | Correspondence to J.Hoy regarding final disposition of file | L190 | AHC | .10 | 145.00 | 14.50 |
| 06/06/12 | Email correspondence regarding Certificate of Title | P600 | HHW | .20 | 263.00 | 52.60 |
| 06/12/12 | Email correspondence with client and foreclosure counsel regarding whether litigation is completed and we have obtained a certificate of clear title | P600 | HHW | .30 | 263.00 | 78.90 |

FEES                                      $218.50

AMOUNT DUE THIS BILL              $218.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301121

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Heather Wright | Associate | 263.00 | .50 | 131.50 |
| Total | | | 1.10 | 218.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301121
INVOICE #  804512

BILL AMOUNT          $218.50

To:    ResCap                          TC Number:          726762
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804512
                                       Period ending:      06/30/2012

Case Management Number        LD  0R0808-301121

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $ | 87.00 |
| P600 | Completion/Closing | 0.50 | $ | 131.50 |
| | TOTAL FEES | 1.10 | $ | 218.50 |

TOTAL FEES DUE                  $    218.50
TOTAL DISBURSEMENTS DUE         $      0.00
TOTAL DUE THIS INVOICE          $    218.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                         0R0808-301124
Fort Washington, PA 19034

                                                           INVOICE #  804513

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301124  TC Number: 720641

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Telephone conference with M.Nacol regarding insurance and escrow issues with loan modification. | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/12/12 | Relay borrower's counsel's questions about the loan modification to P.Stokes for review | L110 | CWH | .10 | 330.00 | 33.00 |
| 06/13/12 | Exchange e-mails with P.Stokes regarding new figuresneeded for loan modification | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/15/12 | Phone call with borrower's counsel about the loan modification terms | L160 | CWH | .20 | 330.00 | 66.00 |
| 06/15/12 | Draft email to P.Stokes recapping borrower's counsel's questions about the loan modification terms | L160 | CWH | .10 | 330.00 | 33.00 |
| 06/27/12 | Follow-up with client on status of new loan modification terms | L110 | CWH | .10 | 330.00 | 33.00 |
| 06/27/12 | Review case and e-mail client to determine status of borrower's loan modification plan | L110 | KK | .30 | 91.00 | 27.30 |
| 06/29/12 | Exchange e-mails with L.Lopez regarding modification terms | L110 | CWH | .20 | 330.00 | 66.00 |

                    FEES                                    $354.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301124

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $354.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301124

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .90 | 297.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 1.40 | 354.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301124
INVOICE #  804513

BILL AMOUNT          $354.10

To:    ResCap                          TC Number:        720641
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804513
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-301124

| Code | Task | Current Invoice | | |
|------|------|------|------|------|
| | | Hours | | Fees |
| L110 | Fact Investigation/Development | 1.10 | $ | 255.10 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $ | 99.00 |
| | | ================================= | | |
| | TOTAL FEES | 1.40 | $ | 354.10 |
| | TOTAL FEES DUE | | $ | 354.10 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 354.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301125
Fort Washington, PA 19034

INVOICE #  804514

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301125   TC Number: 693399

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Communication with various parties concerning affect of GMAC bankruptcy on ability to continue pursuit of the litigation | L120 | LG | .50 | 185.00 | 92.50 |

FEES                                                $92.50

AMOUNT DUE THIS BILL                          $92.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 185.00 | .50 | 92.50 |
| Total | | | .50 | 92.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301125
BILL AMOUNT            $92.50                    INVOICE #  804514

To:    ResCap                      TC Number:        693399
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804514
                                   Period ending:    06/30/2012

Case Management Number      LD  0R0808-301125

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.50 | $    92.50 |
| | | ================================== | |
| | TOTAL FEES | 0.50 | $    92.50 |
| | TOTAL FEES DUE | | $    92.50 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    92.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301126

INVOICE #  804515

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301126   TC Number: 727040

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report to client | L120 | CSM | .10 | 300.00 | 30.00 |
| 06/04/12 | Research docket to determine status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/04/12 | Finalize litigation analysis and forward to M.Verma. | L110 | MPE | .20 | 149.00 | 29.80 |

FEES                                          $89.60

AMOUNT DUE THIS BILL                          $89.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301126

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | .50 | 89.60 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301126
BILL AMOUNT          $89.60                               INVOICE #  804515

To:    ResCap                        TC Number:        727040
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804515
                                     Period ending:    06/30/2012


Case Management Number     LD  0R0808-301126


|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.40 | $ 59.60 |
| L120 | Analysis/Strategy | 0.10 | $ 30.00 |
| | TOTAL FEES | 0.50 | $ 89.60 |

                    TOTAL FEES DUE         $    89.60
              TOTAL DISBURSEMENTS DUE      $     0.00
              TOTAL DUE THIS INVOICE       $    89.60



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301127

INVOICE #  804516

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301127  TC Number: 727073

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Analyze issues with the note endorsement and motion for summary judgment | L120 | CWH | .20 | 330.00 | 66.00 |

FEES                                      $66.00

AMOUNT DUE THIS BILL              $66.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301127

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Total | | | .20 | 66.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301127
BILL AMOUNT          $66.00                      INVOICE #  804516

To:    ResCap                    TC Number:        727073
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804516
                                 Period ending:    06/30/2012

Case Management Number     LD  0R0808-301127

                                   Current Invoice
Code Task                        Hours          Fees

L120 Analysis/Strategy            0.20    $     66.00

                          ====================================
                 TOTAL FEES       0.20    $     66.00

                   TOTAL FEES DUE         $     66.00
            TOTAL DISBURSEMENTS DUE       $      0.00
             TOTAL DUE THIS INVOICE       $     66.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0R0808-301128
Fort Washington, PA 19034

                                                    INVOICE #  804517

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301128   TC Number: 727102

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Prepare monthly status report | L120 | EAF | .20 | 358.00 | 71.60 |

                                  FEES                          $71.60

                          AMOUNT DUE THIS BILL                  $71.60

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
SEPTEMBER 14, 2012

0R0808-301128

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Total | | | .20 | 71.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301128
BILL AMOUNT            $71.60                              INVOICE #  804517

To:    ResCap                          TC Number:         727102
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804517
                                       Period ending:     06/30/2012

Case Management Number      LD  0R0808-301128

                                         Current Invoice
Code Task                               Hours        Fees

L120 Analysis/Strategy                   0.20    $    71.60

                    ===========================================
                    TOTAL FEES           0.20    $    71.60

                    TOTAL FEES DUE              $    71.60
              TOTAL DISBURSEMENTS DUE           $     0.00
                 TOTAL DUE THIS INVOICE         $    71.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301129

INVOICE #  804518

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301129  TC Number: 727121

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Conference call with L.Matos regarding update to demo permit process | B250 | CJA | .40 | 210.00 | 84.00 |
| 06/20/12 | Telephone call with L.Matos regarding demo permits, additional documents required by the city and provided updates thereto | B250 | CJA | .40 | 210.00 | 84.00 |

FEES                                          $168.00

AMOUNT DUE THIS BILL                  $168.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | .80 | 168.00 |
| Total | | | .80 | 168.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $168.00

SEPTEMBER 14, 2012
0R0808-301129
INVOICE #   804518

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        727121
Invoice Date:     09/14/2012
Invoice No.       804518
Period ending:    06/30/2012

Case Management Number      LD  0R0808-301129

| Code Task | Current Invoice | |
| | Hours | Fees |
| --- | --- | --- |
| B250 Real Estate | 0.80 | $   168.00 |
| ========================================== | | |
| TOTAL FEES | 0.80 | $   168.00 |

TOTAL FEES DUE              $   168.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   168.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0808-301130
Fort Washington, PA 19034

                                                                   INVOICE #  804519

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301130   TC Number: 727191

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Revise GMAC and ETS' Reply brief in support of motion to dismiss Plaintiff's Complaint in preparation for filing | L250 | MWK | 1.20 | 360.00 | 432.00 |
| 06/01/12 | Status report regarding remand, motion to dismiss and loan modification submission | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/01/12 | Analyze plaintiff's opposition to partial Motion To Dismiss, Answer to Counterclaim and Motion to Remand to State Court. | L110 | MST | .30 | 150.00 | 45.00 |
| 06/04/12 | Edit reply brief in support of partial motion to dismiss | L210 | KSA | .60 | 223.00 | 133.80 |
| 06/05/12 | Edit and add to Opposition to Plaintiff's Motion to Remand | L210 | KSA | 1.60 | 223.00 | 356.80 |
| 06/06/12 | Revise Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Remand | L430 | MWK | 1.20 | 360.00 | 432.00 |
| 06/06/12 | Revision to Reply Memorandum of Points and Authorities in support of Motion to Dismiss Plaintiff's Complaint | L430 | MWK | .50 | 360.00 | 180.00 |
| 06/06/12 | Edit opposition to remand and prepare for filing | L250 | KSA | .70 | 223.00 | 156.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Edit opposition to remand and reply brief in support of motion to dismiss and prepare for filing | L210 | KSA | 1.20 | 223.00 | 267.60 |
| 06/11/12 | Finalize GMAC and ETS' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Remand in preparation for filing with federal court | L250 | MWK | .80 | 360.00 | 288.00 |
| 06/15/12 | Review Plaintiff's Reply Memorandum of Points and Authorities in Support of Motion to Remand | L430 | MWK | .60 | 360.00 | 216.00 |
| 06/18/12 | Finalize Reply Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's Complaint in preparation for filing | L230 | MWK | .60 | 360.00 | 216.00 |
| 06/18/12 | Telephone conference with T.Stitt, counsel for Defendant National Union, regarding status of removal and motions pending with Plaintiff | C400 | MWK | .30 | 360.00 | 108.00 |
| 06/18/12 | Review motions to dismiss and motion to remand and prepare for July 2, 2012 hearing | L210 | KSA | 1.40 | 223.00 | 312.20 |
| 06/20/12 | Analysis of May 15 Bankruptcy Order to determine effect on Plaintiff's claims in preparation for upcoming motion for remand and motion to dismiss hearings | L120 | MWK | .60 | 360.00 | 216.00 |
| 06/20/12 | Analysis of case law and statutes cited by Plaintiff in support of motion for remand in preparation for hearing | L250 | MWK | 4.70 | 360.00 | 1,692.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Review of Defendant National Union Fire Insurance Company's Notice of Filing Notice of Removal, Notice of Removal, Certificate of Removal and Notice of Interested Parties | L250 | MWK | .30 | 360.00 | 108.00 |
| 06/20/12 | Review co-defendant National Union's removal and contact Nevada counsel regarding same | L210 | KSA | .90 | 223.00 | 200.70 |
| 06/20/12 | Evaluate claims under bankruptcy stay and respond to inquiry from J.Hoy | L120 | KSA | .60 | 223.00 | 133.80 |
| 06/21/12 | Review case law and statutes cited by Plaintiff in opposition to GMAC's motion to dismiss in preparation for hearing | L250 | MWK | 3.70 | 360.00 | 1,332.00 |
| 06/21/12 | Exchange of email correspondence with R.Fisher, clerk of court, regarding judge's request for chambers' copies of all pending motion papers | C400 | MWK | .20 | 360.00 | 72.00 |
| 06/25/12 | Review Notice of Related Cases filed by M.Hana, counsel for Defendant National Union Fire Insurance Company | L210 | MWK | .10 | 360.00 | 36.00 |
| 06/29/12 | Review of motion papers and prepare outline of issues/law in preparation for appearance at oral argument on Plaintiff's Motion for Remand | L250 | MWK | 2.60 | 360.00 | 936.00 |
| 06/29/12 | Prepare outline of issues/law in preparation for appearance at oral argument on GMAC's Motion to Dismiss | L240 | MWK | 3.10 | 360.00 | 1,116.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
ResCap                                                SEPTEMBER 14, 2012

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Review Order from Court granting Plaintiff's Motion for Remand and denying GMAC's Motion to Dismiss | L210 | MWK | .20 | 360.00 | 72.00 |
| 06/29/12 | Review Transmittal Order from Court remanding case back to Los Angeles Superior Court | L210 | MWK | .10 | 360.00 | 36.00 |
| 06/29/12 | Review court's order to remand case to state court and provide to J.Hoy | L120 | KSA | .60 | 223.00 | 133.80 |
| 06/29/12 | Outline pleadings to be filed in state court in light of remand action | L120 | KSA | .30 | 223.00 | 66.90 |

FEES                                            $9,383.90

AMOUNT DUE THIS BILL                $9,383.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
SEPTEMBER 14, 2012

0R0808-301130

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .30 | 45.00 |
| Michael W. Knapp | Partner | 360.00 | 20.80 | 7,488.00 |
| Keith S. Anderson | Associate | 223.00 | 8.00 | 1,784.00 |
| Total | | | 29.10 | 9,317.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301130

BILL AMOUNT        $9,383.90

INVOICE #  804519

To:    ResCap                          TC Number:        727191
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804519
                                       Period ending:    06/30/2012

Case Management Number       LD   0R0808-301130

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C400 | Third Party Communication | 0.50 | $ 180.00 |
| L110 | Fact Investigation/Development | 0.30 | $ 45.00 |
| L120 | Analysis/Strategy | 2.20 | $ 572.80 |
| L210 | Pleadings | 6.10 | $ 1,415.10 |
| L230 | Court Mandated Conferences | 0.60 | $ 216.00 |
| L240 | Dispositive Motions | 3.10 | $ 1,116.00 |
| L250 | Other Written Motions/Submissions | 14.00 | $ 4,944.10 |
| L430 | Written Motions/Submissions | 2.30 | $ 828.00 |

```
                        =================================
            TOTAL FEES     29.10    $  9,383.90

            TOTAL FEES DUE            $  9,383.90
      TOTAL DISBURSEMENTS DUE         $      0.00
        TOTAL DUE THIS INVOICE        $  9,383.90
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301132

INVOICE #  804520

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301132   TC Number: 727287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review PSA to determine current investor on loan and determine status of case and recommendation going forward | L110 | KK | 1.30 | 91.00 | 118.30 |
| 06/06/12 | Revise memo incorporating research to determine success of various other affirmative defenses asserted by the borrower | C300 | JJE | 3.20 | 197.00 | 630.40 |
| 06/21/12 | Revise updated  analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/22/12 | Research Pacer to compare and analyze similar case regarding TILA disclosures to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |

FEES                                $842.00

| | | |
|---|---|---|
| 06/06/12 | Copy Charges | 0.00 |
| 06/11/12 | Copy Charges | 0.00 |
| 06/15/12 | Copy Charges | 0.00 |
| 06/15/12 | Copy Charges | 0.00 |
| 06/20/12 | Copy Charges | 0.00 |
| 06/20/12 | Copy Charges | 0.00 |
| 06/20/12 | Copy Charges | 0.00 |
| 06/20/12 | Copy Charges | 0.00 |
| 06/06/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301132

**FED ID NO. 63-0243316**

AMOUNT DUE THIS BILL                    $842.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301132

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Joycelyn J. Eason | Associate | 197.00 | 3.20 | 630.40 |
| Kerry Keane | Paralegal | 91.00 | 1.60 | 145.60 |
| Total | | | 5.00 | 842.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301132
BILL AMOUNT          $842.00                              INVOICE #  804520

---

To:     ResCap                          TC Number:       727287
        1100 Virginia Drive              Invoice Date:    09/14/2012
        Fort Washington, PA 19034        Invoice No.      804520
                                         Period ending:   06/30/2012


Case Management Number      LD  0R0808-301132


                                        Current Invoice
Code Task                               Hours          Fees

C300 Analysis and Advice                3.20    $    630.40
L110 Fact Investigation/Development     1.80    $    211.60


                          ========================================
                     TOTAL FEES         5.00    $    842.00

                  TOTAL FEES DUE                 $    842.00
          TOTAL DISBURSEMENTS DUE                $      0.00
          TOTAL DUE THIS INVOICE                 $    842.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       OR0808-301133
Fort Washington, PA 19034

                                                         INVOICE #  804521

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

OR0808-301133  TC Number: 727215

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Review docket and recently filed pleadings to determine status of case and posture going forward | L110 | KK | .30 | 91.00 | 27.30 |
| 06/12/12 | Draft initial litigation assessment to send to client regarding status and posture of case and chronology of pleadings and events | L110 | KK | 2.30 | 91.00 | 209.30 |
| 06/12/12 | Began drafting memo to client regarding status of claims and disposition of case with regard to default judgment | C300 | JJE | 1.40 | 197.00 | 275.80 |
| 06/14/12 | Review loan investor and beneficiary information to further assess the case and determine course of action | L110 | KK | .20 | 91.00 | 18.20 |

                            FEES                          $530.60

### DESCRIPTION OF DISBURSEMENTS

06/19/12 Title Search Fee - OLD REPUBLIC NATIONAL TITLE          75.00
         TITLE SEARCH FEES
         Bank ID: GENR Check Number: 94915
06/19/12 Title Search Fee - OLD REPUBLIC NATIONAL TITLE          75.00
         O & E TITLE SEARCH FEES
         Bank ID: GENR Check Number: 94915

                            COSTS                        $150.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301133

**FED ID NO. 63-0243316**

AMOUNT DUE THIS BILL                    $680.60

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301133

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 1.40 | 275.80 |
| Kerry Keane | Paralegal | 91.00 | 2.80 | 254.80 |
| Total | | | 4.20 | 530.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301133
BILL AMOUNT          $680.60                              INVOICE #  804521

To:   ResCap                        TC Number:        727215
      1100 Virginia Drive           Invoice Date:     09/14/2012
      Fort Washington, PA 19034     Invoice No.       804521
                                    Period ending:    06/30/2012

Case Management Number      LD   0R0808-301133

                                         Current Invoice
Code Task                                Hours          Fees

C300 Analysis and Advice                  1.40     $    275.80
L110 Fact Investigation/Development       2.80     $    254.80

                          ==================================
                    TOTAL FEES            4.20     $    530.60

                    TOTAL FEES DUE                 $    530.60
              TOTAL DISBURSEMENTS DUE              $    150.00
                 TOTAL DUE THIS INVOICE            $    680.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301134

INVOICE #  804522

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301134   TC Number: 727333

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Review first 11 of 22 affirmative defenses | L120 | NSR | 2.10 | 280.00 | 588.00 |
| 06/28/12 | Analyze Florida law regarding authority of agents and servicers to verify pleadings | L120 | NSR | .80 | 280.00 | 224.00 |
| 06/29/12 | Analyze remaining eleven affirmative defenses | L120 | NSR | 2.80 | 280.00 | 784.00 |

|  | FEES |  |  |  |  | $1,596.00 |
|--|------|--|--|--|--|-----------|
| 06/28/12 | Copy Charges |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $1,596.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301134

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | 5.70 | 1,596.00 |
| Total | | | 5.70 | 1,596.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301134
BILL AMOUNT          $1,596.00                                 INVOICE #  804522

To:    ResCap                           TC Number:        727333
       1100 Virginia Drive              Invoice Date:     09/14/2012
       Fort Washington, PA 19034        Invoice No.       804522
                                        Period ending:    06/30/2012

Case Management Number      LD  0R0808-301134

                                              Current Invoice
Code Task                               Hours              Fees

L120 Analysis/Strategy                   5.70     $  1,596.00

                          ====================================
                TOTAL FEES               5.70     $  1,596.00

               TOTAL FEES DUE                     $  1,596.00
       TOTAL DISBURSEMENTS DUE                     $      0.00
        TOTAL DUE THIS INVOICE                    $  1,596.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301135
Fort Washington, PA 19034

                                                               INVOICE #   804523

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301135   TC Number: 727310

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Research time extension and loan modification issues | L510 | MJA | .30 | 297.00 | 89.10 |
| 06/01/12 | Emails from and to client regarding possible extension for filing of briefs abd status of any financial packages | L240 | JJE | .20 | 197.00 | 39.40 |
| 06/01/12 | Calls from and to opposing counsel regarding proposed joint motion for extension of time | L240 | JJE | .20 | 197.00 | 39.40 |
| 06/01/12 | Telephone conference with A.Shield regarding Notice of Agreed Extension to file brief and revisions to same | L510 | AHC | .30 | 145.00 | 43.50 |
| 06/12/12 | Email to opposing counsel regarding status of loan modification application | L240 | JJE | .30 | 197.00 | 59.10 |
| 06/12/12 | Email from opposing counsel and to client regarding submission of workout package and possible need for further extensions of appellate brief submissions during consideration of workout package application | L240 | JJE | .30 | 197.00 | 59.10 |
| 06/13/12 | Correspondence to G.Albright regarding status of case and initial case analysis | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/20/12 | Review docket and email from opposing counsel regarding possible loan modification | L510 | JJE | .30 | 197.00 | 59.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301135

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Calls from and to opposing counsel regarding request for further extension of time to allow for submission of loan modification package | L510 | JJE | .40 | 197.00 | 78.80 |
| 06/28/12 | Emails from and to client regarding request for further extension of time to allow for submission of loan modification package | L510 | JJE | .40 | 197.00 | 78.80 |

FEES                        $575.30

AMOUNT DUE THIS BILL        $575.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       3
SEPTEMBER 14, 2012

0R0808-301135

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Joycelyn J. Eason | Associate | 197.00 | 2.10 | 413.70 |
| Total | | | 2.90 | 575.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301135
BILL AMOUNT        $575.30                       INVOICE #  804523

To:    ResCap                    TC Number:       727310
       1100 Virginia Drive       Invoice Date:    09/14/2012
       Fort Washington, PA 19034 Invoice No.      804523
                                 Period ending:   06/30/2012

Case Management Number      LD  0R0808-301135

|      |                                      | Current Invoice |      |        |
| Code | Task                                 | Hours |    | Fees    |
|------|--------------------------------------|-------|----|---------|
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $  | 29.00   |
| L240 | Dispositive Motions                  | 1.00  | $  | 197.00  |
| L510 | Appellate Motions and Submissions    | 1.70  | $  | 349.30  |

```
                    ========================================
              TOTAL FEES     2.90   $     575.30

              TOTAL FEES DUE          $     575.30
       TOTAL DISBURSEMENTS DUE        $       0.00
       TOTAL DUE THIS INVOICE         $     575.30
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                        SEPTEMBER 14, 2012
1100 Virginia Drive                           0R0808-301136
Fort Washington, PA 19034

                                              INVOICE #  804524

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301136   TC Number: 726219

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft response to borrowers' notice of removal and review of same to determine all possible defenses to same | L510 | JJE | 3.40 | 197.00 | 669.80 |
| 06/01/12 | Research on removal of federal action in Kansas and motion for temporary restraining order | L210 | MJA | .70 | 297.00 | 207.90 |
| 06/01/12 | Telephone conferences with case manager regarding time in which to file response to motion due to eviction scheduled for the following business day and court's subsequent denial of motion | L110 | AHC | .90 | 145.00 | 130.50 |
| 06/01/12 | Review of Notice of Removal to federal court and Motion to Stay Eviction filed by borrowers and review of federal court docket | L110 | AHC | .30 | 145.00 | 43.50 |
| 06/02/12 | Emails to and from borrower and client regarding possible extension of eviction and negotiations regarding same | L510 | JJE | 2.30 | 197.00 | 453.10 |
| 06/03/12 | Emails to and from borrower and client and call to client regarding possible extension of eviction and negotiation of terms regarding same | L510 | JJE | 4.60 | 197.00 | 906.20 |
| 06/03/12 | Research on involvement of activist and protest groups in foreclosure | L240B | MJA | .70 | 297.00 | 207.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

OR0808-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Various discussions by phone and email with P.Stokes and E.DeSilva regarding borrower's protests of the eviction, involvement of Moveon.org | L110 | CWH | .50 | 330.00 | 165.00 |
| 06/04/12 | Telephone conference with and correspondence to A.Washington regarding copies of motions filed in appeal court | L250 | AHC | .20 | 145.00 | 29.00 |
| 06/04/12 | Analyze recently filed memoranda requesting further stay of eviction and extension of time to file briefs | L510 | JJE | 1.30 | 197.00 | 256.10 |
| 06/04/12 | Emails to and from client and local counsel regarding status of eviction, decision to proceed with same | L510 | JJE | 1.20 | 197.00 | 236.40 |
| 06/05/12 | Draft response to motion for further stay of eviction | L510 | JJE | 4.40 | 197.00 | 866.80 |
| 06/05/12 | Develop strategy for filing motion to dismiss apeal | L510 | JJE | 1.30 | 197.00 | 256.10 |
| 06/05/12 | Review docket and draft timeline of foreclosure and appellate motions filed by borrowers | L110 | AHC | 1.50 | 145.00 | 217.50 |
| 06/05/12 | Correspondence to M.Shaffer regarding trial court documents | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/06/12 | Draft motion to dismiss appeal | L510 | JJE | 3.10 | 197.00 | 610.70 |
| 06/08/12 | Review photos from eviction, advise client regarding status and disposition of property and develop strategy regarding same | L510 | JJE | 1.20 | 197.00 | 236.40 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Email from and to local counsel regarding needed motion to deem personal property abandoned | L510 | JJE | .20 | 197.00 | 39.40 |
| 06/11/12 | Emails from and to local counsel regarding filing motion to dispose of personal property and setting a hearing regarding same | L510 | JJE | .40 | 197.00 | 78.80 |
| 06/13/12 | Analyze Motion to Dispose of Property and Notice of Hearing regarding same as prepared and filed by local foreclosure counsel | L510 | JJE | .20 | 197.00 | 39.40 |
| 06/13/12 | Analyze pleadings regarding appeal following eviction | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/13/12 | Correspondence to G.Albright regarding status of case and initial case analysis | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/14/12 | Review and analyze motion filed by borrowers in response to motion to deem property abandoned | L510 | JJE | .20 | 197.00 | 39.40 |
| 06/14/12 | Emails to and from local counsel regarding pending motion to dispose of property and borrowers' response to same | L510 | JJE | .20 | 197.00 | 39.40 |
| 06/14/12 | Review motion concerning non-attendance at hearing | L250 | MJA | .20 | 297.00 | 59.40 |
| 06/18/12 | Emails from and to local counsel and client regarding pending hearing on disposition of personal property and developing strategy regarding same | L510 | JJE | .30 | 197.00 | 59.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0R0808-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Emails from and to local counsel and client regarding pending hearing on disposition of personal property and developing strategy regarding same | L510 | JJE | .20 | 197.00 | 39.40 |
| 06/21/12 | Analyze motion filed by borrower and order from the court regarding hearing on disposition of borrowers' personal property | L250 | JJE | .30 | 197.00 | 59.10 |
| 06/21/12 | Research motion to dismiss appeal | L510 | MJA | .50 | 297.00 | 148.50 |
| 06/27/12 | Revise motion to dismiss incorporating various Kansas rules and case law in support of same | L250 | JJE | 2.60 | 197.00 | 512.20 |
| 06/28/12 | Emails from and to local counsel regarding expiration of 7 day period for borrower to claim abandoned personal property and strategy going forward regarding same | L510 | JJE | .20 | 197.00 | 39.40 |
| 06/28/12 | Email to client updating on expiration of the period for borrowers to claim abandoned personal property, attaching copies of the requisite notices and the proposed order which is pending entry by the court | L510 | JJE | .40 | 197.00 | 78.80 |
| 06/29/12 | Email from and to local counsel regarding status of the underlying eviction/foreclosure and strategy with regard to filing motion to dismiss in the appellate action | L510 | JJE | .20 | 197.00 | 39.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
SEPTEMBER 14, 2012

0R0808-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Revise motion to dismiss appeal incorporating Kansas case law and statutory provisions regarding same | L510 | JJE | 3.70 | 197.00 | 728.90 |
| 06/29/12 | Review motion to dismiss | L510 | MJA | .50 | 297.00 | 148.50 |

|  | FEES |  |  |  |  | $7,766.00 |
|---|---|---|---|---|---|---|
| 06/01/12 | Copy Charges |  |  |  | 0.00 |  |
| 06/05/12 | Copy Charges |  |  |  | 0.00 |  |
| 06/27/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO |  |  |  | 0.00 |  |
| 06/29/12 | Computerized Legal Research-Westlaw Westlaw User: EASON,JO |  |  |  | 0.00 |  |

AMOUNT DUE THIS BILL                    $7,766.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
SEPTEMBER 14, 2012

0R0808-301136

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 2.60 | 772.20 |
| Christian W. Hancock | Partner | 330.00 | .70 | 231.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 3.30 | 478.50 |
| Joycelyn J. Eason | Associate | 197.00 | 31.90 | 6,284.30 |
| Total | | | 38.50 | 7,766.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                         SEPTEMBER 14, 2012
                                               0R0808-301136
BILL AMOUNT        $7,766.00                    INVOICE #  804524

To:    ResCap                      TC Number:         726219
       1100 Virginia Drive         Invoice Date:      09/14/2012
       Fort Washington, PA 19034   Invoice No.        804524
                                   Period ending:     06/30/2012

Case Management Number      LD  0R0808-301136

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 3.40 | $ 585.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 29.00 |
| L210 | Pleadings | 0.90 | $ 273.90 |
| L240B | All Other | 0.70 | $ 207.90 |
| L250 | Other Written Motions/Submissions | 3.30 | $ 659.70 |
| L510 | Appellate Motions and Submissions | 30.00 | $ 6,010.00 |

====================================

TOTAL FEES        38.50    $  7,766.00

TOTAL FEES DUE             $  7,766.00
TOTAL DISBURSEMENTS DUE    $      0.00
TOTAL DUE THIS INVOICE     $  7,766.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301137

INVOICE #  804525

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301137   TC Number: 727293

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review advisory memorandum | L120 | NSR | .10 | 280.00 | 28.00 |

| | | | |
|---|---|---|---|
| | FEES | | $28.00 |
| | AMOUNT DUE THIS BILL | | $28.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301137

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301137
INVOICE #   804525

BILL AMOUNT          $28.00

To:    ResCap                          TC Number:        727293
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804525
                                       Period ending:    06/30/2012

Case Management Number       LD   0R0808-301137

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $    28.00 |
| | =========================================== | | |
| | TOTAL FEES | 0.10 | $    28.00 |
| | TOTAL FEES DUE | | $    28.00 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    28.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                         0R0808-301138
Fort Washington, PA 19034

                                                           INVOICE #  804526

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301138  TC Number: 727342

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review fact package | L120 | NSR | .20 | 280.00 | 56.00 |
| 06/06/12 | Analyze Florida law regarding fraud as a counterclaim or affirmative defense in foreclosure actions | L120 | NSR | .50 | 280.00 | 140.00 |

                               FEES                              $196.00

                       AMOUNT DUE THIS BILL                      $196.00

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301138

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .70 | 196.00 |
| Total | | | .70 | 196.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301138
BILL AMOUNT         $196.00                                    INVOICE #  804526

To:    ResCap                        TC Number:        727342
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804526
                                     Period ending:    06/30/2012

Case Management Number     LD  0R0808-301138

                                         Current Invoice
Code Task                            Hours          Fees

L120 Analysis/Strategy                0.70    $     196.00

                        ==================================
              TOTAL FEES               0.70    $     196.00

                   TOTAL FEES DUE             $     196.00
           TOTAL DISBURSEMENTS DUE            $       0.00
              TOTAL DUE THIS INVOICE          $     196.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301139
Fort Washington, PA 19034

                                                          INVOICE #  804527

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301139  TC Number: 727461

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Began reviewing and analyzing foreclosure file in support of  review to evaluate affirmative defenses asserted by the borrower | C300 | JJE | 2.40 | 197.00 | 472.80 |
| 06/18/12 | Review pleadings and docket to determine status of case and trial date set and supplement review and chronology of events to determine course of action | L110 | KK | 1.10 | 91.00 | 100.10 |
| 06/18/12 | Draft memorandum analyzing affirmative defenses and providing legal and factual analysis of each | C300 | JJE | 3.70 | 197.00 | 728.90 |
| 06/19/12 | Drafting and revising review analyzing forty affirmative defenses and providing legal and factual basis for defeating each | C300 | JJE | 3.30 | 197.00 | 650.10 |
| 06/20/12 | Research Florida case law and statutes regarding various affirmative defenses and claims raised by the borrower | C300 | JJE | 1.90 | 197.00 | 374.30 |
| 06/22/12 | Revise review analyzing forty affirmative defenses and providing legal and factual basis | C300 | JJE | 2.10 | 197.00 | 413.70 |
| 06/22/12 | Review filed Complaint and allonge to supplement  review and determine status of case and posture going forward | L110 | KK | .30 | 91.00 | 27.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301139

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Revise review analyzing forty affirmative defenses and providing legal and factual basis for defeating each | C300 | JJE | 2.90 | 197.00 | 571.30 |
| 06/26/12 | Revise review analyzing forty affirmative defenses and providing legal and factual basis for defeating each | C300 | JJE | 3.10 | 197.00 | 610.70 |

FEES                                    $3,949.20

AMOUNT DUE THIS BILL              $3,949.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301139

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 19.40 | 3,821.80 |
| Kerry Keane | Paralegal | 91.00 | 1.40 | 127.40 |
| Total | | | 20.80 | 3,949.20 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301139
BILL AMOUNT        $3,949.20                              INVOICE #  804527

---

To:    ResCap                        TC Number:        727461
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804527
                                     Period ending:    06/30/2012


Case Management Number      LD  0R0808-301139


                                          Current Invoice
Code Task                                 Hours          Fees

C300 Analysis and Advice                  19.40    $  3,821.80
L110 Fact Investigation/Development        1.40    $    127.40

                         ===================================
                  TOTAL FEES     20.80    $  3,949.20

                     TOTAL FEES DUE        $  3,949.20
             TOTAL DISBURSEMENTS DUE       $      0.00
                TOTAL DUE THIS INVOICE     $  3,949.20



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301140
Fort Washington, PA 19034

INVOICE #  804528

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301140   TC Number: 727447

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Continued research and analysis of affirmative defenses as part of   review | C300 | JJE | 3.10 | 197.00 | 610.70 |
| 06/12/12 | Continued research and analysis of various affirmative defenses as part of review | C300 | JJE | 1.80 | 197.00 | 354.60 |
| 06/13/12 | Continued research and analysis of various affirmative defenses as part of review | C300 | JJE | 1.70 | 197.00 | 334.90 |
| 06/13/12 | Review PSA and LPS notes to determine chronology of correspondence to borrower and supplement review to determine status of case going forward | L110 | KK | 1.10 | 91.00 | 100.10 |
| 06/13/12 | Review PSA and LPS notes to determine chronology of borrower's correspondence and supplement  review to determine status of case and recommendation | L110 | KK | 1.10 | 91.00 | 100.10 |
| 06/14/12 | Analyze borrower's claims that broker associated with originating lender (Homecomings) made misrepresentations about the loan terms | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/14/12 | Revise summary of research and analysis of various affirmative defenses | C300 | JJE | 3.60 | 197.00 | 709.20 |
| 06/15/12 | Completed analysis outlining possible arguments regarding each of the asserted affirmative defenses | C300 | JJE | 2.80 | 197.00 | 551.60 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301140

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Revise updated memo | L110 | CWH | .20 | 330.00 | 66.00 |

| | | |
|---|---|---|
| FEES | | $2,893.20 |
| AMOUNT DUE THIS BILL | | $2,893.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
SEPTEMBER 14, 2012

0R0808-301140

FED ID NO. 63-0243316

ResCap

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Joycelyn J. Eason | Associate | 197.00 | 13.00 | 2,561.00 |
| Kerry Keane | Paralegal | 91.00 | 2.20 | 200.20 |
| Total | | | 15.60 | 2,893.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301140
BILL AMOUNT        $2,893.20                     INVOICE #  804528

To:   ResCap                      TC Number:        727447
      1100 Virginia Drive         Invoice Date:     09/14/2012
      Fort Washington, PA 19034   Invoice No.       804528
                                  Period ending:    06/30/2012

Case Management Number      LD  0R0808-301140

                                          Current Invoice
Code Task                                 Hours          Fees

C300 Analysis and Advice                  13.00    $  2,561.00
L110 Fact Investigation/Development        2.60    $    332.20

                        =================================
                TOTAL FEES     15.60    $  2,893.20

                TOTAL FEES DUE              $  2,893.20
          TOTAL DISBURSEMENTS DUE           $      0.00
             TOTAL DUE THIS INVOICE         $  2,893.20



## BRADLEY ARANT
## BOULT CUMMINGS
*LLP*

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301141

INVOICE #  804529

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301141   TC Number: 727409

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/13/12 | Draft status report | L190 | JAM | .10 | 145.00 | 14.50 |
| 06/14/12 | Review file and prepare closing file memo | L190 | JAM | .50 | 145.00 | 72.50 |
| 06/14/12 | Email to J.Edlund enclosing closing file memo | L190 | JAM | .10 | 145.00 | 14.50 |

FEES                                   $130.50

AMOUNT DUE THIS BILL          $130.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301141

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .90 | 130.50 |
| Total | | | .90 | 130.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $130.50

SEPTEMBER 14, 2012
0R0808-301141
INVOICE #  804529

To:     ResCap                          TC Number:        727409
        1100 Virginia Drive             Invoice Date:     09/14/2012
        Fort Washington, PA 19034       Invoice No.       804529
                                        Period ending:    06/30/2012


Case Management Number      LD  0R0808-301141


|                                          | Current Invoice | |
|------------------------------------------|-------|---------|
| Code Task                                | Hours | Fees    |
| L190 Other Case Assessment, Develop't/Admin | 0.90  | $   130.50 |
| TOTAL FEES                               | 0.90  | $   130.50 |
| TOTAL FEES DUE                           |       | $   130.50 |
| TOTAL DISBURSEMENTS DUE                  |       | $     0.00 |
| TOTAL DUE THIS INVOICE                   |       | $   130.50 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0808-301142
Fort Washington, PA 19034

                                                                   INVOICE #  804530

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301142  TC Number: 728105

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Review pleadings to determine status of case and begin review and analysis of file | L110 | KK | .40 | 91.00 | 36.40 |
| 06/11/12 | Research Broward County, Florida docket, pleadings, and official records to determine status of case and analyze merits of defendant's affirmative defenses | L110 | KK | 2.30 | 91.00 | 209.30 |
| 06/25/12 | Analyze pleadings, mortgage, note, and other documents | L120 | NSR | 1.60 | 280.00 | 448.00 |
| 06/26/12 | Analyze affirmative defenses regarding recommendation | L120 | NSR | 3.10 | 280.00 | 868.00 |
| 06/28/12 | Revise memo analyzing borrower's affirmative defenses and plaintiff's standing to challenge foreclosure | L210 | CWH | .30 | 330.00 | 99.00 |

                              FEES                                    $1,660.70


                       AMOUNT DUE THIS BILL                           $1,660.70


                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301142

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 4.70 | 1,316.00 |
| Kerry Keane | Paralegal | 91.00 | 2.70 | 245.70 |
| Total | | | 7.70 | 1,660.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         SEPTEMBER 14, 2012
                                                               0R0808-301142
BILL AMOUNT        $1,660.70                                   INVOICE #  804530

To:    ResCap                          TC Number:          728105
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804530
                                       Period ending:      06/30/2012

Case Management Number      LD   0R0808-301142

                                           Current Invoice
Code Task                                Hours          Fees

L110  Fact Investigation/Development      2.70    $     245.70
L120  Analysis/Strategy                   4.70    $   1,316.00
L210  Pleadings                           0.30    $      99.00

                    ===================================
                 TOTAL FEES          7.70    $   1,660.70

              TOTAL FEES DUE                 $   1,660.70
        TOTAL DISBURSEMENTS DUE              $       0.00
        TOTAL DUE THIS INVOICE               $   1,660.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301144
Fort Washington, PA 19034

                                                          INVOICE #  804531

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301144   TC Number: 728084

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report to client as follows: Title claim evaluated and memorandum drafted summarizing insurer's progress in resolving claim | L120 | CSM | .10 | 300.00 | 30.00 |
| 06/25/12 | Draft initial litigation assessment | L120 | CSM | 1.00 | 300.00 | 300.00 |
| 06/26/12 | Review and revise memorandum regarding potential title claim | C300 | MCG | .40 | 323.00 | 129.20 |

                        FEES                              $459.20

                  AMOUNT DUE THIS BILL                    $459.20

            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301144

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .40 | 129.20 |
| Cory S. Menees | Associate | 300.00 | 1.10 | 330.00 |
| Total | | | 1.50 | 459.20 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $459.20

SEPTEMBER 14, 2012
0R0808-301144
INVOICE #  804531

To:    ResCap                          TC Number:        728084
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804531
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-301144

| Code | Task | Hours | | Fees |
|------|------|-------|---|------|
| | | Current Invoice | | |
| C300 | Analysis and Advice | 0.40 | $ | 129.20 |
| L120 | Analysis/Strategy | 1.10 | $ | 330.00 |
| | TOTAL FEES | 1.50 | $ | 459.20 |

```
                    TOTAL FEES DUE         $   459.20
            TOTAL DISBURSEMENTS DUE         $     0.00
            TOTAL DUE THIS INVOICE          $   459.20
```



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
OR0808-301145

INVOICE #  804532

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

OR0808-301145   TC Number: 727340

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review advisory memorandum | L120 | NSR | .20 | 280.00 | 56.00 |
| 06/04/12 | Review and respond to client e-mails regarding closing of short sale | L120 | NSR | .20 | 280.00 | 56.00 |
| 06/04/12 | Review LPS call notes and client documents to determine status of original loan documents | L110 | KK | .30 | 91.00 | 27.30 |
| 06/04/12 | Telephone call and e-mail with attorney with foreclosure counsel regarding original loan documents | L110 | KK | .10 | 91.00 | 9.10 |
| 06/06/12 | Provide recommendation regarding file after consummation of short sale | L120 | NSR | .10 | 280.00 | 28.00 |
| 06/06/12 | Exchange e-mails with M.Verma regarding foreclosure dismissal | L110 | CWH | .10 | 330.00 | 33.00 |

FEES                                     $209.40

AMOUNT DUE THIS BILL              $209.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301145

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Nader Raja | Associate | 280.00 | .50 | 140.00 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | 1.00 | 209.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301145
BILL AMOUNT            $209.40                            INVOICE #  804532

_____

To:    ResCap                          TC Number:         727340
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804532
                                       Period ending:     06/30/2012


Case Management Number      LD   0R0808-301145


                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development     0.50      $     69.40
L120 Analysis/Strategy                  0.50      $    140.00


                         ===================================
              TOTAL FEES     1.00      $    209.40

                 TOTAL FEES DUE         $    209.40
       TOTAL DISBURSEMENTS DUE          $      0.00
          TOTAL DUE THIS INVOICE        $    209.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
1100 Virginia Drive                                          0R0808-301146
Fort Washington, PA 19034

                                                             INVOICE #  804533

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301146  TC Number: 727561

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review pleadings and court file | L210 | JAM | 1.30 | 145.00 | 188.50 |
| 06/01/12 | Attempt to negotiate global resolution of third party claim and foreclosure action with S.Quinonez | L160 | BAW | .50 | 320.00 | 160.00 |
| 06/04/12 | Review financial statements from Cascade WVG HOA | L190 | BAW | 1.30 | 320.00 | 416.00 |
| 06/04/12 | Draft settlement analysis for client | L160 | BAW | .70 | 320.00 | 224.00 |
| 06/04/12 | Coordinate potential settlement with all counsel of record in foreclosure action and third party action | L160 | BAW | .50 | 320.00 | 160.00 |
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 06/05/12 | Confirm total HOA claim with Attorney Perrine | L190 | BAW | .30 | 320.00 | 96.00 |
| 06/06/12 | Bargain with borrower's counsel regarding deficiency judgment | L160 | BAW | .70 | 320.00 | 224.00 |
| 06/07/12 | Correspond with H.Franchi and Fannie Mae representative regarding terms for wavier of deficiency balance | L190 | BAW | .30 | 320.00 | 96.00 |
| 06/08/12 | Research priority of HOA liens | L190 | BAW | .60 | 320.00 | 192.00 |
| 06/11/12 | Review loan records received from GMAC regarding both borrowers | L190 | BAW | .70 | 320.00 | 224.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

OR0808-301146

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Email correspondence with counsel of record and client regarding HOA amounts due, third party claim of borrowers and separate foreclosure action | L190 | BAW | .20 | 320.00 | 64.00 |
| 06/12/12 | Correspond with opposing counsel reegarding conditions of dismissal of third party complaint | L210 | BAW | .60 | 320.00 | 192.00 |
| 06/13/12 | Email to S.Quinonez regarding FNMA settlement issues | L160 | BAW | .40 | 320.00 | 128.00 |
| 06/13/12 | Correspond with Cascade counsel regarding lien on subject property | L190 | BAW | .20 | 320.00 | 64.00 |
| 06/13/12 | Correspond with H.Franchi regarding FNMA demand | L160 | BAW | .20 | 320.00 | 64.00 |
| 06/14/12 | Review correspondence from R.Perrine regarding service issues | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/18/12 | Draft status report to N.Franchi regarding third-party claim and position of borrower's counsel on deficiency judgment | L190 | BAW | .50 | 320.00 | 160.00 |
| 06/18/12 | Access online docket to review mid-month activities | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/21/12 | Correspond with client regarding notice of bankruptcy and HOA dues | L250 | BAW | .20 | 320.00 | 64.00 |
| 06/29/12 | Correspond with V.Kruger regarding payment of outstanding assessments | L190 | BAW | .50 | 320.00 | 160.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301146

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Correspond with R.Perrine regarding dismissal of third-party claim | L160 | BAW | .60 | 320.00 | 192.00 |
| 06/29/12 | Correspond and telephone conference with S.Quinnonez regarding dismissal of third party claim, resolution of foreclosure action and Fannie Mae's requirements | L160 | BAW | .40 | 320.00 | 128.00 |

|  |  |
|--|--|
| FEES | $3,298.00 |
| AMOUNT DUE THIS BILL | $3,298.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      4
ResCap                                                                SEPTEMBER 14, 2012

0R0808-301146

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 9.40 | 3,008.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.00 | 290.00 |
| Total |  |  | 11.40 | 3,298.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            SEPTEMBER 14, 2012
                                                  0R0808-301146
BILL AMOUNT        $3,298.00                      INVOICE #  804533
_____

To:    ResCap                      TC Number:        727561
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804533
                                   Period ending:    06/30/2012


Case Management Number      LD  0R0808-301146


                                        Current Invoice
Code Task                               Hours         Fees

L160 Settlement/Non-Binding ADR          4.00   $  1,280.00
L190 Other Case Assessment, Develop't/Admin  5.10   $  1,544.50
L210 Pleadings                           2.10   $    409.50
L250 Other Written Motions/Submissions   0.20   $     64.00


                    =====================================
              TOTAL FEES    11.40   $  3,298.00

              TOTAL FEES DUE          $  3,298.00
        TOTAL DISBURSEMENTS DUE       $      0.00
          TOTAL DUE THIS INVOICE      $  3,298.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301148
Fort Washington, PA 19034

                                                          INVOICE #  804534

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301148   TC Number: 728106

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Review official records and pleadings to determine status of case and begin analysis to determine merits of affirmative defenses | L110 | KK | 2.60 | 91.00 | 236.60 |
| 06/29/12 | Review and and analyze pleadings, affirmative defenses, and counterclaims | L120 | NSR | 1.60 | 280.00 | 448.00 |

                              FEES                                 $684.60


                              AMOUNT DUE THIS BILL                  $684.60


                     ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301148

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | 1.60 | 448.00 |
| Kerry Keane | Paralegal | 91.00 | 2.60 | 236.60 |
| Total | | | 4.20 | 684.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                          0R0808-301148
BILL AMOUNT        $684.60                                INVOICE #  804534

To:    ResCap                        TC Number:          728106
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804534
                                     Period ending:      06/30/2012

Case Management Number        LD  0R0808-301148

                                              Current Invoice
Code Task                              Hours            Fees

L110 Fact Investigation/Development     2.60    $    236.60
L120 Analysis/Strategy                  1.60    $    448.00

                         ==================================
                 TOTAL FEES     4.20    $    684.60

                 TOTAL FEES DUE          $    684.60
         TOTAL DISBURSEMENTS DUE         $      0.00
             TOTAL DUE THIS INVOICE      $    684.60