

### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301149

INVOICE #  804535

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301149  TC Number: 728488

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Status report regarding short sale package submitted, TRO continued | L120 | KSA | .10 | 223.00 | 22.30 |

|  |  |  |
|--|--|--|
| FEES |  | $22.30 |
| AMOUNT DUE THIS BILL |  | $22.30 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301149

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301149
BILL AMOUNT        $22.30                                       INVOICE #  804535

To:    ResCap                         TC Number:          728488
       1100 Virginia Drive            Invoice Date:       09/14/2012
       Fort Washington, PA 19034      Invoice No.         804535
                                      Period ending:      06/30/2012

Case Management Number      LD  0R0808-301149

|            |                     | Current Invoice |         |
|------------|---------------------|-----------------|---------|
| Code Task  |                     | Hours           | Fees    |
| L120 Analysis/Strategy |         | 0.10            | $  22.30 |
| ================================== |
| TOTAL FEES |                     | 0.10            | $  22.30 |

TOTAL FEES DUE               $    22.30
TOTAL DISBURSEMENTS DUE      $     0.00
TOTAL DUE THIS INVOICE       $    22.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        SEPTEMBER 14, 2012
1100 Virginia Drive                                          0R0808-301150
Fort Washington, PA 19034

                                                             INVOICE #  804536

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301150  TC Number: 728451

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Analyze pleadings to update review to determine status of case and merits of affirmative defenses | L110 | KK | .40 | 91.00 | 36.40 |
| 06/29/12 | E-mail correspondence with G.Albright regarding status of short sale | L120 | NSR | .10 | 280.00 | 28.00 |

                              FEES                                    $64.40

                      AMOUNT DUE THIS BILL                            $64.40

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301150

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | .50 | 64.40 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $64.40

SEPTEMBER 14, 2012
0R0808-301150
INVOICE #  804536

| To: | ResCap<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | TC Number:<br>Invoice Date:<br>Invoice No.<br>Period ending: | 728451<br>09/14/2012<br>804536<br>06/30/2012 |
| --- | --- | --- | --- |

Case Management Number      LD  0R0808-301150

| Code | Task | Current Invoice Hours | Fees |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.40 | $   36.40 |
| L120 | Analysis/Strategy | 0.10 | $   28.00 |
| | TOTAL FEES | 0.50 | $   64.40 |

| | | |
| --- | --- | --- |
| TOTAL FEES DUE | $ | 64.40 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 64.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301151

INVOICE #  804537

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301151  TC Number: 728484

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Review fifty pleadings and client documents to determine status of case, chronology of events, and draft a review of the file to analyze merits of affirmative defenses | L110 | KK | 3.10 | 91.00 | 282.10 |
| 06/26/12 | Analyze pleadings, loan documents, and other documents in fact package | L120 | NSR | 1.90 | 280.00 | 532.00 |
| 06/27/12 | Analyze affirmative defenses | L120 | NSR | 2.10 | 280.00 | 588.00 |
| 06/28/12 | Analyze borrower's counterclaims and revise memo analyzing same | L210 | CWH | .30 | 330.00 | 99.00 |

FEES                                        $1,501.10

06/27/12 Computerized Legal Research-Westlaw Westlaw          0.00
         User: RAJA,NADER

AMOUNT DUE THIS BILL          $1,501.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
SEPTEMBER 14, 2012

ResCap

0R0808-301151

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 4.00 | 1,120.00 |
| Kerry Keane | Paralegal | 91.00 | 3.10 | 282.10 |
| Total | | | 7.40 | 1,501.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301151
BILL AMOUNT        $1,501.10                                    INVOICE #  804537

To:    ResCap                          TC Number:         728484
       1100 Virginia Drive             Invoice Date:      09/14/2012
       Fort Washington, PA 19034       Invoice No.        804537
                                       Period ending:     06/30/2012

Case Management Number      LD  0R0808-301151

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| L110 | Fact Investigation/Development | 3.10 | $ 282.10 |
| L120 | Analysis/Strategy | 4.00 | $ 1,120.00 |
| L210 | Pleadings | 0.30 | $ 99.00 |
| | TOTAL FEES | 7.40 | $ 1,501.10 |

TOTAL FEES DUE                    $ 1,501.10
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE            $ 1,501.10



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301152

INVOICE #  804538

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301152   TC Number: 728498

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Status report regarding TRO hearing continued and possible assumption | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/05/12 | Analyze facts, documents and Texas caselaw regarding obtaining property subject to prior lien | L120 | KSA | .50 | 223.00 | 111.50 |
| 06/05/12 | Draft letter to Plaintiff counsel regarding TI hearing | L120 | KSA | .60 | 223.00 | 133.80 |
| 06/21/12 | Review prior communications and draft and send letter regarding temporary restraining order hearing | L120 | KSA | .40 | 223.00 | 89.20 |
| 06/25/12 | Email communications with plaintiff's counsel regarding temporary restraining order hearing scheduling and potential resolution | L120 | KSA | .20 | 223.00 | 44.60 |
| 06/26/12 | Draft opposition to temporary injunction and motion to dissolve temporary restraining order | L250 | KSA | .60 | 223.00 | 133.80 |

|  |  |  |
|--|--|--|
| | FEES | $535.20 |

| 06/15/12 | Copy Charges | 0.00 |
| 06/05/12 | Computerized Legal Research-Westlaw Westlaw User: ANDERSON,KEITH | 0.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301152

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $535.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301152

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 2.40 | 535.20 |
| Total | | | 2.40 | 535.20 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $535.20

SEPTEMBER 14, 2012
0R0808-301152
INVOICE #  804538

| To: | ResCap | | TC Number: | 728498 |
| | 1100 Virginia Drive | | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 804538 |
| | | | Period ending: | 06/30/2012 |

Case Management Number        LD  0R0808-301152

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 1.80 | $ 401.40 |
| L250 Other Written Motions/Submissions | | 0.60 | $ 133.80 |
| ============================================ | | | |
| TOTAL FEES | | 2.40 | $ 535.20 |
| | | | |
| TOTAL FEES DUE | | | $ 535.20 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 535.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301153
Fort Washington, PA 19034

                                                               INVOICE #  804539

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301153  TC Number: 728555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Review pleadings, official documents, and client-borrower correspondence to determine status of case and begin review of case to determine merits of alleged affirmative defenses | L110 | KK | 1.50 | 91.00 | 136.50 |

                              FEES                              $136.50


                      AMOUNT DUE THIS BILL                      $136.50

               ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301153

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | 1.50 | 136.50 |
| Total | | | 1.50 | 136.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT            $136.50

SEPTEMBER 14, 2012
0R0808-301153
INVOICE #  804539

| To: | ResCap | | TC Number: | 728555 |
|---|---|---|---|---|
| | 1100 Virginia Drive | | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 804539 |
| | | | Period ending: | 06/30/2012 |

Case Management Number        LD  0R0808-301153

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 1.50 | $  136.50 |
| | | ============================== | |
| TOTAL FEES | | 1.50 | $  136.50 |
| TOTAL FEES DUE | | | $  136.50 |
| TOTAL DISBURSEMENTS DUE | | | $   0.00 |
| TOTAL DUE THIS INVOICE | | | $  136.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                      0R0808-301155
Fort Washington, PA 19034

                                                         INVOICE #  804540

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301155  TC Number: 728707

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Conference call with opposing counsel regarding hearing on motion for sanctions | L120 | CLHA | .50 | 345.00 | 172.50 |
| 06/12/12 | Analyze legal issues related to GMAC bankruptcy and debtor's potential continued pursuit of sanctions | L120 | CLHA | 1.40 | 345.00 | 483.00 |
| 06/13/12 | Call with client regarding effect of supplemental order in GMAC bankruptcy case on pending litigation | L120 | CLHA | .10 | 345.00 | 34.50 |
| 06/18/12 | Analyze interim supplemental order regarding relief from stay to resolve litigation and proceed with certain other litigation | L120 | CLHA | .40 | 345.00 | 138.00 |
| 06/22/12 | Analyze notice of withdrawal of motion for sanctions and advise client regarding same | L120 | CLHA | .50 | 345.00 | 172.50 |
| 06/27/12 | Analyze discharge order and docket entries related to withdrawn motion for sanctions | L120 | CLHA | .30 | 345.00 | 103.50 |

                            FEES                            $1,104.00


                    AMOUNT DUE THIS BILL                    $1,104.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301155

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
SEPTEMBER 14, 2012

0R0808-301155

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 3.20 | 1,104.00 |
| Total | | | 3.20 | 1,104.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                SEPTEMBER 14, 2012
                                                                      0R0808-301155
BILL AMOUNT          $1,104.00                                        INVOICE #  804540

| To: | ResCap | TC Number: | 728707 |
|-----|--------|-----------|--------|
| | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 804540 |
| | | Period ending: | 06/30/2012 |

Case Management Number      LD  0R0808-301155

| | | Current Invoice | |
|-----|------|-------|------|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 3.20 | $ 1,104.00 |
| | =================================== | | |
| | TOTAL FEES | 3.20 | $ 1,104.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 1,104.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 1,104.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301156

INVOICE #  804541

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301156  TC Number: 728741

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Review case file including fifty pleadings and research Miami Dade official records to determine status of case and begin memo regarding merits of affirmative defenses and direction of case going forward | L110 | KK | 2.40 | 91.00 | 218.40 |
| 06/25/12 | Analyze affirmative defenses | L120 | NSR | 2.60 | 280.00 | 728.00 |
| 06/28/12 | Revise memo analyzing borrower's affirmative defenses and plaintiff's standing | L110 | CWH | .30 | 330.00 | 99.00 |

FEES                                              $1,045.40

AMOUNT DUE THIS BILL                              $1,045.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301156

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 2.60 | 728.00 |
| Kerry Keane | Paralegal | 91.00 | 2.40 | 218.40 |
| Total | | | 5.30 | 1,045.40 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                SEPTEMBER 14, 2012
                                                      0R0808-301156
BILL AMOUNT          $1,045.40                        INVOICE #  804541

To:      ResCap                      TC Number:        728741
         1100 Virginia Drive         Invoice Date:     09/14/2012
         Fort Washington, PA 19034   Invoice No.       804541
                                     Period ending:    06/30/2012

Case Management Number      LD  0R0808-301156

|      |                                | Current Invoice |      |          |
|------|--------------------------------|-----------------|------|----------|
| Code | Task                           | Hours           |      | Fees     |
| L110 | Fact Investigation/Development | 2.70            | $    | 317.40   |
| L120 | Analysis/Strategy              | 2.60            | $    | 728.00   |

```
                         ===================================
              TOTAL FEES      5.30     $  1,045.40

                      TOTAL FEES DUE         $  1,045.40
              TOTAL DISBURSEMENTS DUE        $      0.00
               TOTAL DUE THIS INVOICE        $  1,045.40
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 14, 2012
1100 Virginia Drive                                   0R0808-301157
Fort Washington, PA 19034

                                                      INVOICE #  804542

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301157  TC Number: 728879

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Emails with client regarding responses to discovery requests and responding to motions and various pleadings | C300 | JJE | .20 | 197.00 | 39.40 |
| 06/25/12 | Analyze case file, research docket and official records, and begin review of file to establish chronology of events and analyze merits of alleged affirmative defenses | L110 | KK | 2.60 | 91.00 | 236.60 |
| 06/27/12 | Revise memo incorporating analysis of each affirmative defense with correlating support from foreclosure file | C300 | JJE | 1.20 | 197.00 | 236.40 |

                     FEES                                  $512.40


                     AMOUNT DUE THIS BILL                  $512.40


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301157

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 1.40 | 275.80 |
| Kerry Keane | Paralegal | 91.00 | 2.60 | 236.60 |
| Total | | | 4.00 | 512.40 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 14, 2012
                                                      0R0808-301157
BILL AMOUNT          $512.40                          INVOICE #  804542

To:      ResCap                    TC Number:        728879
         1100 Virginia Drive       Invoice Date:     09/14/2012
         Fort Washington, PA 19034  Invoice No.      804542
                                    Period ending:   06/30/2012

Case Management Number      LD  0R0808-301157

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| C300 | Analysis and Advice | 1.40 | $ 275.80 |
| L110 | Fact Investigation/Development | 2.60 | $ 236.60 |
| | TOTAL FEES | 4.00 | $ 512.40 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 512.40 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 512.40 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301158

INVOICE #  804543

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301158  TC Number: 728768

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Review docket and draft status report as follows for attorney review: BABC received this case on May 23; we are still waiting on court documents in order to complete the initial assessment. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/08/12 | Review trial court documents; calendar deadlines for appellate briefing | L520 | AC | .20 | 193.00 | 38.60 |
| 06/19/12 | Check status of Borrower's response to court's order to show cause and discuss need for reply with M.Ayers | L520 | AC | .20 | 193.00 | 38.60 |
| 06/19/12 | Research on pleadings and status of appeal | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/19/12 | Final review and revision of Notice of Appearance | L510 | AHC | .40 | 145.00 | 58.00 |
| 06/25/12 | Review of response to show cause order from opposing counsel and of timing rules | L510 | MJA | .90 | 297.00 | 267.30 |
| 06/25/12 | Review Appellant's supplemental response to show-cause order | L510 | AC | .20 | 193.00 | 38.60 |

                              FEES                                    $529.50

06/19/12 Express Mail/Fedex                                  0.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301158

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $529.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301158

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.10 | 326.70 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Aaron Chastain | Associate | 193.00 | .60 | 115.80 |
| Total | | | 2.30 | 529.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301158
BILL AMOUNT          $529.50                             INVOICE #  804543

To:    ResCap                        TC Number:        728768
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034      Invoice No.       804543
                                     Period ending:    06/30/2012

Case Management Number      LD  0R0808-301158

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $    29.00 |
| L510 Appellate Motions and Submissions | | 1.70 | $   423.30 |
| L520 Appellate Briefs | | 0.40 | $    77.20 |
| TOTAL FEES | | 2.30 | $   529.50 |

                    TOTAL FEES DUE           $   529.50
              TOTAL DISBURSEMENTS DUE        $     0.00
              TOTAL DUE THIS INVOICE         $   529.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301159

INVOICE #  804544

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301159  TC Number: 728933

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Emails from and to client regarding status of memo and determining strategy with regard to discovery responses | C300 | JJE | .50 | 197.00 | 98.50 |
| 06/21/12 | Review pleadings and official documents to determine status of case and draft memo analyzing merits of affirmative defenses | L110 | KK | 1.30 | 91.00 | 118.30 |
| 06/22/12 | Analyze foreclosure file and affirmative defenses to determine course of action | C300 | JJE | 1.70 | 197.00 | 334.90 |
| 06/25/12 | Emails with client regarding update from foreclosure counsel on extension of time to respond to discovery requests | C300 | JJE | .10 | 197.00 | 19.70 |
| 06/28/12 | Revise memo incorporating analysis of each affirmative defense with correlating support from foreclosure file | C300 | JJE | 4.30 | 197.00 | 847.10 |

FEES                                                $1,832.20


AMOUNT DUE THIS BILL                    $1,832.20


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301159

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 6.60 | 1,300.20 |
| Kerry Keane | Paralegal | 91.00 | 1.30 | 118.30 |
| Total | | | 7.90 | 1,418.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301159
BILL AMOUNT        $1,832.20                              INVOICE #  804544

To:    ResCap                          TC Number:          728933
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804544
                                       Period ending:      06/30/2012

Case Management Number      LD  0R0808-301159

                                           Current Invoice
Code Task                                  Hours          Fees

C300 Analysis and Advice                    6.60     $  1,300.20
L110 Fact Investigation/Development         1.30     $    118.30

                        =====================================
                 TOTAL FEES         7.90     $  1,832.20

                    TOTAL FEES DUE           $  1,832.20
            TOTAL DISBURSEMENTS DUE          $      0.00
             TOTAL DUE THIS INVOICE          $  1,832.20



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301160

INVOICE #  804545

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301160   TC Number: 728868

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review pleadings and case file to begin analysis | L110 | KK | .40 | 91.00 | 36.40 |
| 06/12/12 | Analyze pleadings file and begin to analyze case and determine merits of affirmative defenses | L110 | KK | 2.50 | 91.00 | 227.50 |
| 06/18/12 | Analyze pleadings, loan history, and other documents in fact package | L120 | NSR | .90 | 280.00 | 252.00 |
| 06/18/12 | Respond to client e-mails regarding affirmative defenses and status | L120 | NSR | .20 | 280.00 | 56.00 |
| 06/22/12 | Analyze affirmative defenses pursuant to Florida law | L120 | NSR | 2.20 | 280.00 | 616.00 |
| 06/25/12 | Revise summary memo regarding foreclosure standing and merits of borrower's affirmative defenses | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/25/12 | Review title issues | L120 | NSR | .40 | 280.00 | 112.00 |
| 06/26/12 | Analyze issues related to description of the property | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                          $1,487.90

06/12/12 Copy Charges                                  0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301160

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,487.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301160

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Nader Raja | Associate | 280.00 | 3.70 | 1,036.00 |
| Kerry Keane | Paralegal | 91.00 | 2.90 | 263.90 |
| Total | | | 7.00 | 1,431.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301160
BILL AMOUNT        $1,487.90                              INVOICE #  804545

To:    ResCap                        TC Number:          728868
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804545
                                     Period ending:      06/30/2012

Case Management Number      LD   0R0808-301160

                                          Current Invoice
Code Task                                 Hours          Fees

L110 Fact Investigation/Development        3.30    $    395.90
L120 Analysis/Strategy                     3.70    $  1,036.00

                          ===================================
                   TOTAL FEES              7.00    $  1,487.90

                   TOTAL FEES DUE                  $  1,487.90
            TOTAL DISBURSEMENTS DUE                $      0.00
            TOTAL DUE THIS INVOICE                 $  1,487.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301161

INVOICE #  804546

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301161  TC Number: 729005

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Email to client regarding initiation of file review and update regarding same | C300 | JJE | .10 | 197.00 | 19.70 |
| 06/14/12 | Review new file, research docket, and request pleadings to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 06/15/12 | Review case file | L110 | KK | .40 | 91.00 | 36.40 |
| 06/19/12 | Rerivew claims and affirmative defenses | C300 | JJE | 1.70 | 197.00 | 334.90 |
| 06/27/12 | Revise memo incorporating analysis of each affirmative defense with correlating support from foreclosure file | C300 | JJE | 4.20 | 197.00 | 827.40 |

                              FEES                          $1,245.70


                    AMOUNT DUE THIS BILL                    $1,245.70


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301161

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 6.00 | 1,182.00 |
| Kerry Keane | Paralegal | 91.00 | .70 | 63.70 |
| Total | | | 6.70 | 1,245.70 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $1,245.70

SEPTEMBER 14, 2012
0R0808-301161
INVOICE #  804546

To:    ResCap                          TC Number:        729005
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804546
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-301161

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 6.00 | $ 1,182.00 |
| L110 | Fact Investigation/Development | 0.70 | $ 63.70 |
| | TOTAL FEES | 6.70 | $ 1,245.70 |

TOTAL FEES DUE                $ 1,245.70
TOTAL DISBURSEMENTS DUE       $     0.00
TOTAL DUE THIS INVOICE        $ 1,245.70



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                      0R0808-301163
Fort Washington, PA 19034

                                                         INVOICE #  804547

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301163  TC Number: 729087

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Review pleadings from case file to determine status of case | L110 | KK | 1.10 | 91.00 | 100.10 |
| 06/26/12 | Draft and revise  review incorporating analysis of each affirmative defense with correlating support from foreclosure filememo | C300 | JJE | .80 | 197.00 | 157.60 |

                        FEES                              $257.70


                        AMOUNT DUE THIS BILL              $257.70


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301163

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .80 | 157.60 |
| Kerry Keane | Paralegal | 91.00 | 1.10 | 100.10 |
| Total | | | 1.90 | 257.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                           SEPTEMBER 14, 2012
                                                                0R0808-301163
BILL AMOUNT          $257.70                                    INVOICE #  804547

---

To:    ResCap                          TC Number:          729087
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804547
                                       Period ending:      06/30/2012


Case Management Number      LD  0R0808-301163


|                                              | Current Invoice | | |
| Code Task                                    | Hours | | Fees |
|----------------------------------------------|-------|---|---------|
| C300 Analysis and Advice                     | 0.80  | $ | 157.60  |
| L110 Fact Investigation/Development          | 1.10  | $ | 100.10  |
| ============================================ | ===== | = | ======= |
| TOTAL FEES                                   | 1.90  | $ | 257.70  |

|                               |   |        |
|-------------------------------|---|--------|
| TOTAL FEES DUE                | $ | 257.70 |
| TOTAL DISBURSEMENTS DUE       | $ | 0.00   |
| TOTAL DUE THIS INVOICE        | $ | 257.70 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            SEPTEMBER 14, 2012
1100 Virginia Drive                                              0R0808-301164
Fort Washington, PA 19034

                                                                INVOICE #  804548

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301164   TC Number: 728982

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review docket and draft status report as follows for attorney review: BABC received this file on May 31, 2012.  We are still in the initial stages of review. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/08/12 | Review trial court dockets and calendar deadlines for appeal | L120 | AC | .30 | 193.00 | 57.90 |
| 06/18/12 | Review question from client with question about strategy in light of borrower's bankruptcy and respond via email | L120 | AC | .90 | 193.00 | 173.70 |

                              FEES                                $260.60


                              AMOUNT DUE THIS BILL                $260.60


                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301164

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Aaron Chastain | Associate | 193.00 | 1.20 | 231.60 |
| Total | | | 1.40 | 260.60 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $260.60

SEPTEMBER 14, 2012
0R0808-301164
INVOICE #  804548

To:    ResCap                          TC Number:        728982
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804548
                                       Period ending:    06/30/2012

Case Management Number      LD  0R0808-301164

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 1.20 | $  231.60 |
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $   29.00 |
| | TOTAL FEES | 1.40 | $  260.60 |
| | TOTAL FEES DUE | | $  260.60 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $  260.60 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                      0R0808-301165
Fort Washington, PA 19034

                                                         INVOICE #  804549

                                                         **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301165  TC Number: 728482

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Research regarding Fidelity Trust Company's acquisition of borrowers' property | L190 | BAW | 1.00 | 320.00 | 320.00 |
| 06/04/12 | Research regarding Delta Law Firm | L190 | BAW | 1.20 | 320.00 | 384.00 |
| 06/04/12 | Review client fact pack documents and outline case summary of key facts | L120 | BAW | 1.60 | 320.00 | 512.00 |
| 06/04/12 | Research assignment of borrowers' deed to Fidelity Trust | L120 | BAW | 1.20 | 320.00 | 384.00 |
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/04/12 | Analyze plaintiff's suit and effort to set aside the mortgage | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/05/12 | Research quiet title action | L190 | BAW | .90 | 320.00 | 288.00 |
| 06/05/12 | Draft motion to intervene in quiet title/declaratory judgment action | L250 | BAW | 1.80 | 320.00 | 576.00 |
| 06/05/12 | Research other quiet title actions filed by FLT | L190 | BAW | .40 | 320.00 | 128.00 |
| 06/05/12 | Miscellaneous correspondence with client regarding foreclosure | L190 | BAW | .20 | 320.00 | 64.00 |
| 06/05/12 | Conference with H.Feinmel's office regarding intervention of GMAC/US Bank in quiet title action | L190 | BAW | .20 | 320.00 | 64.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301165

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Telephone conference with L.Frame regarding assignment of mortgage to current trustee | L190 | BAW | .10 | 320.00 | 32.00 |
| 06/05/12 | Prepare initial draft of Motion to Intervene | L210 | JAM | .50 | 145.00 | 72.50 |
| 06/06/12 | Analyze plaintiff's claim to the property and their quiet title suit | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/06/12 | Review Motion to Intervene | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/08/12 | Review foreclosure counsel's file | L210 | JAM | .60 | 145.00 | 87.00 |
| 06/12/12 | Review Leon County docket for action on motion to intervene in quiet title action | L250 | BAW | .30 | 320.00 | 96.00 |
| 06/14/12 | Correspondence to P.Stokes enclosing original note | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/18/12 | Access online docket to review mid-month activities | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/29/12 | Research regarding borrowrs' sale of property to FLT | L190 | BAW | .80 | 320.00 | 256.00 |
| 06/29/12 | Review mortgage terms regarding sale of mortgaged property | L190 | BAW | .50 | 320.00 | 160.00 |
| 06/29/12 | Conduct research regarding other matters filed by RLT | L190 | BAW | .50 | 320.00 | 160.00 |

FEES                                          $3,831.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

OR0808-301165

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $3,831.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0808-301165

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 10.70 | 3,424.00 |
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Jamie Mathews | Paralegal | 145.00 | 1.90 | 275.50 |
| Total | | | 13.00 | 3,831.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301165
BILL AMOUNT        $3,831.50                     INVOICE #  804549

To:    ResCap                    TC Number:        728482
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034  Invoice No.       804549
                                 Period ending:    06/30/2012

Case Management Number    LD  0R0808-301165

                                          Current Invoice
Code Task                                 Hours         Fees

L110 Fact Investigation/Development        0.20    $      66.00
L120 Analysis/Strategy                     2.80    $     896.00
L190 Other Case Assessment, Develop't/Admin 6.40   $   1,943.00
L210 Pleadings                             1.50    $     254.50
L250 Other Written Motions/Submissions     2.10    $     672.00

                           ===================================
                 TOTAL FEES    13.00    $   3,831.50

              TOTAL FEES DUE            $   3,831.50
       TOTAL DISBURSEMENTS DUE          $       0.00
       TOTAL DUE THIS INVOICE           $   3,831.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301166
Fort Washington, PA 19034

                                                          INVOICE #   804550

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301166   TC Number: 729198

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Analyze complaint | L120 | CSM | .20 | 300.00 | 60.00 |
| 06/06/12 | Research regarding Arizona standard for securing dismissal of complaint | C200 | CSM | 1.00 | 300.00 | 300.00 |
| 06/07/12 | Analyze borrower's complaint seeking quiet title to the property | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/14/12 | Review and analysis of 352 page fact package, research public records, research docket and begin initial litigation analysis. | L110 | MPE | 1.50 | 149.00 | 223.50 |
| 06/18/12 | Research docket to determine status of borrower's motion. | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/18/12 | Detailed review of Quiet title complaint to finalize litigation analysis. | L110 | MPE | .50 | 149.00 | 74.50 |
| 06/19/12 | Communicate with plaintiff regarding extension of time to answer and possible dismissal of suit | L160 | CSM | .10 | 300.00 | 30.00 |
| 06/19/12 | Research regarding local rules applicable to filing of stipulations | L190 | CSM | .20 | 300.00 | 60.00 |
| 06/19/12 | Draft stipulation extending time to answer | L190 | CSM | .20 | 300.00 | 60.00 |
| 06/26/12 | E-mail correspondence with plaintiff regarding motion to drop MERS as party defendant | L190 | CSM | .10 | 300.00 | 30.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301166

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Draft joint motion to drop MERS as party defendant | L210 | CSM | .70 | 300.00 | 210.00 |
| 06/29/12 | Telephone conference with plaintiff negotiating voluntary dismissal of MERS as defendant | L190 | CSM | .30 | 300.00 | 90.00 |

FEES                                            $1,233.80

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/27/12 | Filing Fees - CORY MENEES APPLICATION FEE FOR INITIAL APPEARANCE 6/25/12 Bank ID: GENR Check Number: 95533 | 6.00 |
| 06/28/12 | Filing Fees - CLERK OF COURT INITIAL APPEARANCE- C MENEES- 06/20/2012 Bank ID: CHAR Check Number: 1579 | 223.00 |
| 06/12/12 | Express Mail/Fedex | 0.00 |
| 06/20/12 | Express Mail/Fedex | 0.00 |

COSTS                                            $229.00

AMOUNT DUE THIS BILL                             $1,462.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301166

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Cory S. Menees | Associate | 300.00 | 2.80 | 840.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.20 | 327.80 |
| Total | | | 5.20 | 1,233.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0808-301166
BILL AMOUNT        $1,462.80                                  INVOICE #  804550

To:    ResCap                          TC Number:              729198
       1100 Virginia Drive             Invoice Date:           09/14/2012
       Fort Washington, PA 19034       Invoice No.             804550
                                       Period ending:          06/30/2012

Case Management Number      LD  0R0808-301166

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| C200 | Researching Law | 1.00 | $ 300.00 |
| L110 | Fact Investigation/Development | 2.20 | $ 327.80 |
| L120 | Analysis/Strategy | 0.20 | $ 60.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ 30.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ 240.00 |
| L210 | Pleadings | 0.90 | $ 276.00 |

```
                          ===================================
              TOTAL FEES     5.20    $  1,233.80

                    TOTAL FEES DUE           $  1,233.80
            TOTAL DISBURSEMENTS DUE          $    229.00
            TOTAL DUE THIS INVOICE           $  1,462.80
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301167
Fort Washington, PA 19034

                                                              INVOICE #   804551

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301167   TC Number: 729251

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | Analyze complaint | L120 | CSM | .20 | 300.00 | 60.00 |
| 06/06/12 | Research regarding Arizona standard for securing dismissal of complaint | C200 | CSM | 1.00 | 300.00 | 300.00 |
| 06/14/12 | Review of 239 page fact package, research public records, research docket and begin initial litigation analysis. | L110 | MPE | 1.50 | 149.00 | 223.50 |
| 06/18/12 | Research docket to determine status of borrowers motion. | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/18/12 | Detailed review of Quiet title complaint to finalize litigation analysis. | L110 | MPE | 1.00 | 149.00 | 149.00 |
| 06/19/12 | Communicate with plaintiff regarding extension of time to answer and possible dismissal of suit | L190 | CSM | .20 | 300.00 | 60.00 |
| 06/19/12 | Research regarding local rules applicable to filing of stipulations | L190 | CSM | .20 | 300.00 | 60.00 |
| 06/19/12 | Draft stipulation extending time to answer | L190 | CSM | .20 | 300.00 | 60.00 |
| 06/26/12 | E-mail correspondence with plaintiff regarding motion to drop MERS as party defendant | L190 | CSM | .10 | 300.00 | 30.00 |
| 06/26/12 | Draft joint motion to drop MERS as party defendant | L210 | CSM | .70 | 300.00 | 210.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301167

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Telephone conference with plaintiff negotiating voluntary dismissal of MERS as defendant | L190 | CSM | .30 | 300.00 | 90.00 |

FEES                                        $1,272.30

### DESCRIPTION OF DISBURSEMENTS

| | | |
|--|--|--|
| 06/20/12 | Copy Charges | 0.00 |
| 06/21/12 | Copy Charges | 0.00 |
| 06/21/12 | Copy Charges | 0.00 |
| 06/29/12 | Copy Charges | 0.00 |
| 06/27/12 | Filing Fees - CORY MENEES APPLICATION FEE FOR INITIAL APPEARANCE 6/25/12 Bank ID: GENR Check Number: 95533 | 6.00 |
| 06/28/12 | Filing Fees - CLERK OF COURT INITIAL APPEARANCE- C MENEES- 06/20/2012 Bank ID: CHAR Check Number: 1577 | 223.00 |
| 06/20/12 | Express Mail/Fedex | 0.00 |

COSTS                                   $229.00

AMOUNT DUE THIS BILL                    $1,501.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301167

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 2.90 | 870.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.70 | 402.30 |
| Total | | | 5.60 | 1,272.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301167
BILL AMOUNT          $1,501.30                           INVOICE #  804551

To:     ResCap                        TC Number:             729251
        1100 Virginia Drive           Invoice Date:          09/14/2012
        Fort Washington, PA 19034      Invoice No.            804551
                                      Period ending:         06/30/2012

Case Management Number        LD  0R0808-301167

                                          Current Invoice
Code Task                                 Hours          Fees

C200 Researching Law                       1.00    $     300.00
L110 Fact Investigation/Development        2.70    $     402.30
L120 Analysis/Strategy                     0.20    $      60.00
L190 Other Case Assessment, Develop't/Admin 1.00   $     300.00
L210 Pleadings                             0.70    $     210.00

                          ===================================
              TOTAL FEES      5.60    $   1,272.30

                  TOTAL FEES DUE          $   1,272.30
         TOTAL DISBURSEMENTS DUE          $     229.00
         TOTAL DUE THIS INVOICE           $   1,501.30



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                                0R0808-301168
Fort Washington, PA 19034

                                                                   INVOICE #  804552

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301168  TC Number: 729277

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Prepare and revise answer to reconventional demand | L210 | ASI | 2.30 | 249.00 | 572.70 |
| 06/12/12 | Telephone conference with A.Raymond regarding service of Answer and hearings scheduled. | L110 | MPE | .30 | 149.00 | 44.70 |
| 06/12/12 | Initial review of file to determine relevant deadlines. | L110 | MPE | .50 | 149.00 | 74.50 |
| 06/13/12 | Finalize answer | L210 | ASI | 1.00 | 249.00 | 249.00 |
| 06/18/12 | Analyze Reconventional Demand | L210 | MCG | .40 | 323.00 | 129.20 |
| 06/18/12 | Revise Answer to Reconventional Demand | L210 | MCG | .60 | 323.00 | 193.80 |
| 06/18/12 | Initial review of borrower's son's request to purchase the note from GMAC | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/19/12 | Telephone conference with Clerk regarding account balance and cost for filing notice of enrollment of counsel and answer | L240B | LADA | .30 | 65.00 | 19.50 |
| 06/19/12 | Analyze procedural posture of case and finalize answer and notice of appearance | L210 | ASI | .70 | 249.00 | 174.30 |
| 06/28/12 | Begin analysis of client documents received in preparation of initial litigation analysis | L120 | LADA | 1.60 | 65.00 | 104.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
SEPTEMBER 14, 2012

ResCap

0R0808-301168

**FED ID NO. 63-0243316**

|                | FEES | $1,734.90 |
|----------------|------|-----------|

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/19/12 | Copy Charges | 0.00 |
| 06/19/12 | Copy Charges | 0.00 |
| 06/28/12 | Filing Fees - CLERK OF COURT NOTICE OF ENROLLMENT AS COUNSEL- 06/19/2012 - Y NICHOLSON Bank ID: CHAR Check Number: 1575 | 40.00 |
| 06/19/12 | Express Mail/Fedex | 0.00 |

|                | COSTS | $40.00 |
|----------------|-------|--------|

|                | AMOUNT DUE THIS BILL | $1,774.90 |
|----------------|----------------------|-----------|

##### ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301168

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Michael C. Griffin | Partner | 323.00 | 1.00 | 323.00 |
| Avery Simmons | Associate | 249.00 | 4.00 | 996.00 |
| Lucinda Kish | Paralegal | 65.00 | 1.90 | 123.50 |
| Melisa P. Palmer | Paralegal | 149.00 | .80 | 119.20 |
| Total | | | 7.90 | 1,627.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         SEPTEMBER 14, 2012
                                                              0R0808-301168
BILL AMOUNT        $1,774.90                                   INVOICE #  804552

To:    ResCap                          TC Number:          729277
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804552
                                       Period ending:      06/30/2012

Case Management Number      LD  0R0808-301168

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development |  | 1.00 | $   185.20 |
| L120 Analysis/Strategy |  | 1.60 | $   104.00 |
| L210 Pleadings |  | 5.00 | $ 1,319.00 |
| L240BAll Other |  | 0.30 | $    19.50 |

===================================
TOTAL FEES            7.90    $  1,734.90

                TOTAL FEES DUE         $  1,734.90
          TOTAL DISBURSEMENTS DUE      $     40.00
          TOTAL DUE THIS INVOICE       $  1,774.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 14, 2012
1100 Virginia Drive                                             0R0808-301169
Fort Washington, PA 19034

                                                                INVOICE #  804553

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301169   TC Number: 729422

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Analyze J.Stephan deposition and offer advice on potential motion to quash. | L350 | JDR | .30 | 293.00 | 87.90 |

                                FEES                                     $87.90


                                AMOUNT DUE THIS BILL                     $87.90


                        ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301169

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | .30 | 87.90 |
| Total | | | .30 | 87.90 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                         SEPTEMBER 14, 2012
                                               0R0808-301169
BILL AMOUNT          $87.90                    INVOICE #  804553

To:    ResCap                    TC Number:        729422
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804553
                                 Period ending:    06/30/2012

Case Management Number    LD  0R0808-301169

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L350 Discovery Motions |  | 0.30 | $   87.90 |
| TOTAL FEES |  | 0.30 | $   87.90 |

TOTAL FEES DUE              $   87.90
TOTAL DISBURSEMENTS DUE     $    0.00
TOTAL DUE THIS INVOICE      $   87.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                      0R0808-301170
Fort Washington, PA 19034

                                                         INVOICE #  804554

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301170   TC Number: 714154

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review email from Fannie Mae regarding new case filed by Morse pro se and review complaint and analyze issues relating to removal and dismissal | L120 | HTC | .50 | 315.00 | 157.50 |
| 06/05/12 | Analysis of pleadings regarding-filed in state court including issues surrounding federal claims, venue, removal, and texas practice and procedure issues with motions to dismiss | L120 | phn | 4.50 | 200.00 | 900.00 |
| 06/07/12 | Analyze pleadings and state court file | L210 | GWG | 1.00 | 263.00 | 263.00 |
| 06/07/12 | Research removal and diversity of defendant | L120 | phn | 1.60 | 200.00 | 320.00 |
| 06/07/12 | Phone call from R.Meeker confirming service on GMAC Mortgage, LLC | L190 | phn | .20 | 200.00 | 40.00 |
| 06/08/12 | Legal analysis of removal related to diversity and federal question | L120 | phn | .50 | 200.00 | 100.00 |
| 06/11/12 | Calendar notice of removal deadline based on state court summons and service dates | L120 | phn | .10 | 200.00 | 20.00 |
| 06/11/12 | Analyze MERS Corp. summons | L210 | phn | .20 | 200.00 | 40.00 |
| 06/11/12 | E-mails to and from Westlaw Court Express regarding docket sheet and state court file. | L110 | MST | .30 | 150.00 | 45.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                SEPTEMBER 14, 2012

0R0808-301170

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | E-mails to and from Westlaw Court Express regarding state court file, conference with attorney regarding same. | L110 | MST | .30 | 150.00 | 45.00 |
| 06/12/12 | Draft removal standards | L120 | phn | .30 | 200.00 | 60.00 |
| 06/12/12 | Research diversity definitions for notice of removal | L210 | phn | 2.30 | 200.00 | 460.00 |
| 06/12/12 | Draft amount in controversy argument | L210 | phn | .60 | 200.00 | 120.00 |
| 06/12/12 | Draft Corporate Disclosures | L210 | phn | .50 | 200.00 | 100.00 |
| 06/12/12 | Draft Notice of Filing Notice of Removal | L210 | phn | .50 | 200.00 | 100.00 |
| 06/13/12 | Work on notice of removal to federal court | L210 | GWG | 1.40 | 263.00 | 368.20 |
| 06/13/12 | Email exchange to determine status of court records requested for removal | L120 | phn | .20 | 200.00 | 40.00 |
| 06/13/12 | Follow up with Westlaw Court Express regarding state court file and conference with P. Neel regarding status. | L110 | MST | .40 | 150.00 | 60.00 |
| 06/14/12 | Analysis of state court pleadings in preparation of removal from state to federal court and update file regarding same. | L120 | MST | .40 | 150.00 | 60.00 |
| 06/14/12 | Draft June status update | L190 | phn | .20 | 200.00 | 40.00 |
| 06/14/12 | Check status of certified state court file for removal | L190 | phn | .20 | 200.00 | 40.00 |
| 06/18/12 | Revise and edit notice of removal | L210 | GWG | .60 | 263.00 | 157.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301170

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Email exchange with Thompson Rueters for certified copy of docket for removal | L120 | phn | .30 | 200.00 | 60.00 |
| 06/18/12 | Phone call with Commonwealth's counsel regarding pleading, removal, and consent to removal | L120 | phn | .30 | 200.00 | 60.00 |
| 06/18/12 | Draft June status report | L190 | phn | .20 | 200.00 | 40.00 |
| 06/19/12 | Request consent from Commonwealth for removal | L120 | phn | .30 | 200.00 | 60.00 |
| 06/20/12 | Prepare for filing and service of notice of removal | L210 | phn | 2.20 | 200.00 | 440.00 |
| 06/20/12 | Review Commonwealth;s consent | L120 | phn | .30 | 200.00 | 60.00 |
| 06/20/12 | Open and create civil case in federal court, prepare Civil and Supplemental Cover Sheets, finalize Notice of Removal, exhibits, Certificate of Interested Parties, Notice of Filing Notice of Removal and prepare all for filing and service. | L210 | MST | 3.60 | 150.00 | 540.00 |
| 06/21/12 | Draft motion for judgment on the pleadings | L210 | phn | 2.80 | 200.00 | 560.00 |
| 06/21/12 | Analyze issues for motion to dismiss | L250 | HTC | .10 | 315.00 | 31.50 |
| 06/22/12 | Analyze court's order | L120 | phn | .20 | 200.00 | 40.00 |
| 06/25/12 | Draft legal analysis of pleading deadlines based on Court's June 22, 2012 Order requiring Plaintiff to amend complaint | L120 | phn | .20 | 200.00 | 40.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0808-301170

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | FEES | | | | | $5,808.00 |
| 06/20/12 | Copy Charges | | | 0.00 | | |
| 06/20/12 | Copy Charges | | | 0.00 | | |
| 06/21/12 | Copy Charges | | | 0.00 | | |
| 06/21/12 | Copy Charges | | | 0.00 | | |
| 06/21/12 | Express Mail/Fedex | | | 0.00 | | |
| | AMOUNT DUE THIS BILL | | | | | $5,808.00 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
SEPTEMBER 14, 2012

0R0808-301170

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 5.00 | 750.00 |
| Hope Cannon | Partner | 315.00 | .60 | 189.00 |
| Graham W. Gerhardt | Partner | 263.00 | 3.00 | 789.00 |
| Preston H. Neel | Associate | 200.00 | 18.70 | 3,740.00 |
| Total | | | 27.30 | 5,468.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301170
BILL AMOUNT          $5,808.00                           INVOICE #  804554

To:    ResCap                        TC Number:          714154
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804554
                                     Period ending:      06/30/2012

Case Management Number      LD  0R0808-301170

|      |                                         | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| L110 | Fact Investigation/Development | 1.00 | $    150.00 |
| L120 | Analysis/Strategy | 9.70 | $  1,977.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $    160.00 |
| L210 | Pleadings | 15.70 | $  3,149.00 |
| L250 | Other Written Motions/Submissions | 0.10 | $     31.50 |

```
                    =====================================
        TOTAL FEES      27.30    $  5,808.00

              TOTAL FEES DUE              $  5,808.00
      TOTAL DISBURSEMENTS DUE             $      0.00
      TOTAL DUE THIS INVOICE             $  5,808.00
```



**B R A D L E Y  A R A N T**
**B O U L T  C U M M I N G S**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301171

INVOICE #  804555

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301171  TC Number: 729308

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Analyze new file | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/08/12 | Analyze complaint | L120 | CSM | .40 | 300.00 | 120.00 |
| 06/19/12 | Research public records for docket, mortgage, assignments, liens and all other public records pertaining to property. | L110 | MPE | .50 | 149.00 | 74.50 |
| 06/19/12 | Review complaint and 326 pages of client documents to draft litigation analysis and timeline of case events. | L110 | MPE | 2.50 | 149.00 | 372.50 |
| 06/22/12 | Revise motion to dismiss | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/22/12 | Draft motion to dismiss and supporting brief and notice of removal | L210 | CSM | 4.80 | 300.00 | 1,440.00 |
| 06/22/12 | Research regarding (1) dismissal for failure to state a claim; and (2) local rules applicable to removal, dispositive motion procedure, and electronic filing | L210 | CSM | 4.20 | 300.00 | 1,260.00 |
| 06/25/12 | Draft affidavit in support of notice of removal and revise motion to dismiss and supporting brief and notice of removal | L210 | CSM | 2.40 | 300.00 | 720.00 |
| 06/25/12 | Communicate with J.Ho regarding affidavit in support of notice of removal | C400 | CSM | .30 | 300.00 | 90.00 |
| 06/26/12 | Telephone correspondence with V.Flury regarding the Motion to Dismiss. | L110 | MPE | .40 | 149.00 | 59.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
SEPTEMBER 14, 2012

ResCap

0R0808-301171

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Analyze loan history notes | L110 | CWH | .30 | 330.00 | 99.00 |
| 06/26/12 | Send email to J.Ho advising of borrower's contact with our office | L110 | CWH | .10 | 330.00 | 33.00 |
| 06/26/12 | Discussion with J.Ho regarding the borrower's prior litigation and loan modification issue | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/26/12 | Communicate with plaintiff regarding settlement | L160 | CSM | .60 | 300.00 | 180.00 |
| 06/26/12 | Research current public records to determine status of foreclosure sale | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/26/12 | Research and review 972 pages of client documents to determine loss mitigation history and add to timeline of relevant case events. | L110 | MPE | 3.20 | 149.00 | 476.80 |
| 06/26/12 | Communicate with J.Ho regarding affidavit needed in support of notice of removal | L250 | CSM | .20 | 300.00 | 60.00 |
| 06/27/12 | Communicate with J.Ho regarding affidavit needed in support of notice of removal | L250 | CSM | .10 | 300.00 | 30.00 |
| 06/27/12 | Retrieve tax assessor's assessment of subject property | C100 | CSM | .70 | 300.00 | 210.00 |
| 06/27/12 | Revise notice of removal | L210 | CSM | .20 | 300.00 | 60.00 |
| 06/29/12 | E-mail correspondence with J.Ho regarding notice of removal | C400 | CSM | .10 | 300.00 | 30.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

OR0808-301171

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Continue to analyze issues with the removal and amount in controversy | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/29/12 | Revise affidavit to be filed in support of notice of removal | L250 | CSM | .50 | 300.00 | 150.00 |

FEES                                             $5,759.20

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 06/19/12 | Copy Charges | 0.00 |
| 06/27/12 | Filing Fees - CORY MENEES FILING FEE FOR INITIAL APPEARANCE 6/25/12 Bank ID: GENR Check Number: 95533 | 229.00 |

COSTS                              $229.00

AMOUNT DUE THIS BILL               $5,988.20

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 14, 2012

0R0808-301171

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.20 | 396.00 |
| Cory S. Menees | Associate | 300.00 | 14.50 | 4,350.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 6.80 | 1,013.20 |
| Total | | | 22.50 | 5,759.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $5,988.20

SEPTEMBER 14, 2012
0R0808-301171
INVOICE #  804555

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 729308 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804555 |
| Period ending: | 06/30/2012 |

Case Management Number     LD   0R0808-301171

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| C100 | Fact Gathering | 0.70 | $    210.00 |
| C400 | Third Party Communication | 0.40 | $    120.00 |
| L110 | Fact Investigation/Development | 7.60 | $  1,277.20 |
| L120 | Analysis/Strategy | 0.40 | $    120.00 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $    180.00 |
| L210 | Pleadings | 12.00 | $  3,612.00 |
| L250 | Other Written Motions/Submissions | 0.80 | $    240.00 |

==================================
                   TOTAL FEES    22.50    $  5,759.20

                   TOTAL FEES DUE           $  5,759.20
              TOTAL DISBURSEMENTS DUE       $    229.00
              TOTAL DUE THIS INVOICE        $  5,988.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301172

INVOICE #  804556

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301172  TC Number: 729476

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Initial review of new Texas matter against ETS, which does not involve a GMAC-serviced loan | L110 | CWH | .30 | 330.00 | 99.00 |
| 06/20/12 | Review of initial file materials | L110 | BG | .10 | 190.00 | 19.00 |
| 06/20/12 | Reviewed new file from client, including Petition and attachments to petition | L120 | JHP | .80 | 245.00 | 196.00 |
| 06/20/12 | Email to client contact advising of receipt of new file and requesting call to discuss initial strategy | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/27/12 | Draft Answer and Affirmative Defenses | L210 | BG | .60 | 190.00 | 114.00 |
| 06/27/12 | Review pleadings in preparation for drafting responsive pleadings | L120 | BG | .40 | 190.00 | 76.00 |
| 06/28/12 | Research in Harris County, Texas to obtain information pertaining to Complaint and further obtain service information | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/29/12 | Email to counsel for borrower to discuss case and answer deadline of ETS | L210 | JHP | .10 | 245.00 | 24.50 |
| 06/29/12 | Emails to/from borrower to discuss extension of deadline for ETS to answer petition | L210 | JHP | .20 | 245.00 | 49.00 |

FEES                                          $715.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301172

**FED ID NO. 63-0243316**

---

06/27/12 Copy Charges                                          0.00

AMOUNT DUE THIS BILL                          $715.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 14, 2012

0R0808-301172

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Allison Burke | Paralegal | 150.00 | .50 | 75.00 |
| Jon H. Patterson | Associate | 245.00 | 1.20 | 294.00 |
| Blake Goodsell | Associate | 190.00 | 1.10 | 209.00 |
| Total | | | 3.10 | 677.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $715.00

SEPTEMBER 14, 2012
0R0808-301172
INVOICE #  804556

| To: | ResCap | | TC Number: | 729476 |
| | 1100 Virginia Drive | | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 804556 |
| | | | Period ending: | 06/30/2012 |

Case Management Number        LD  0R0808-301172

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.90 | $  193.00 |
| L120 | Analysis/Strategy | 1.30 | $  296.50 |
| L210 | Pleadings | 0.90 | $  187.50 |
| | ================================ | | |
| | TOTAL FEES | 3.10 | $  715.00 |

| | | |
| TOTAL FEES DUE | $ | 715.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 715.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301173

INVOICE #  804557

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301173  TC Number: 727058

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Phone call with T.Jordan regarding Perch matter | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/19/12 | Review additional documents from T.Jordan, update timeline of events/pleadings to analyze case, and exchange several emails with T.Jordan discussing strategy in case | L110 | CWH | 1.40 | 330.00 | 462.00 |
| 06/19/12 | Research New Mexico law on standard for setting aside judgments | L110 | CWH | .40 | 330.00 | 132.00 |
| 06/19/12 | Emails with New Mexico counsel regarding status of litigation | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/19/12 | Review MERS's appointment of registered agent for service of process over period of years related to this loan | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/19/12 | Research docket and telephone call with clerk of court in Santa Fe County, New Mexico regarding obtaining pleadings and research secretary of states websites in Florida and New Mexico to determine who and where they list for service of process on MERS | L110 | KK | .90 | 91.00 | 81.90 |
| 06/20/12 | Exchange emails and voicemails with local counsel about prior service upon MERS | L110 | CWH | .20 | 330.00 | 66.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301173

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Research local rules regarding costs of previously dismissed actions | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/21/12 | Review and revise Rule 56(f) affidavit drafted by local counsel and discuss same with T.Jordan | L110 | CWH | .30 | 330.00 | 99.00 |
| 06/21/12 | Drafted and revised affidavit in support of 56(f) motion to be filed by local counsel | L250 | JJE | 3.70 | 197.00 | 728.90 |
| 06/25/12 | Analyze email from client | C300 | JJE | .10 | 197.00 | 19.70 |
| 06/25/12 | Discussion with T.Jordan regarding strategy | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/29/12 | Analyze pleadings and fact package | L120 | CSM | .50 | 300.00 | 150.00 |

FEES                    $2,069.50

AMOUNT DUE THIS BILL            $2,069.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0R0808-301173

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 3.30 | 1,089.00 |
| Joycelyn J. Eason | Associate | 197.00 | 3.80 | 748.60 |
| Cory S. Menees | Associate | 300.00 | .50 | 150.00 |
| Kerry Keane | Paralegal | 91.00 | .90 | 81.90 |
| Total | | | 8.50 | 2,069.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301173
BILL AMOUNT        $2,069.50                              INVOICE #  804557

To:    ResCap                           TC Number:         727058
       1100 Virginia Drive              Invoice Date:      09/14/2012
       Fort Washington, PA 19034        Invoice No.        804557
                                        Period ending:     06/30/2012

Case Management Number      LD  0R0808-301173

                                       Current Invoice
Code Task                              Hours         Fees

C300 Analysis and Advice                0.10    $      19.70
L110 Fact Investigation/Development     4.20    $   1,170.90
L120 Analysis/Strategy                  0.50    $     150.00
L250 Other Written Motions/Submissions  3.70    $     728.90

                              ==================================
                TOTAL FEES     8.50    $   2,069.50

                TOTAL FEES DUE          $   2,069.50
        TOTAL DISBURSEMENTS DUE         $       0.00
        TOTAL DUE THIS INVOICE          $   2,069.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0R0808-301174
Fort Washington, PA 19034

                                                          INVOICE #  804558

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301174  TC Number: 729591

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Email to client regarding status of analysis | C300 | JJE | .10 | 197.00 | 19.70 |
| 06/26/12 | Review entire case file of fifty pleadings and research Collier County official records to determine chronology of events and begin review of file to determine merits of affirmative defenses | L110 | KK | 2.60 | 91.00 | 236.60 |

                          FEES                              $283.60


                          AMOUNT DUE THIS BILL              $283.60


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301174

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | 2.60 | 236.60 |
| Total | | | 2.70 | 256.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301174
INVOICE #  804558

BILL AMOUNT        $283.60

| To: | ResCap | TC Number: | 729591 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 804558 |
| | | Period ending: | 06/30/2012 |

Case Management Number       LD  0R0808-301174

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.10 | $    19.70 |
| L110 | Fact Investigation/Development | 2.60 | $   236.60 |
| | | ===================================== | |
| | TOTAL FEES | 2.70 | $   283.60 |
| | TOTAL FEES DUE | | $   283.60 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   283.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301175
Fort Washington, PA 19034

                                                               INVOICE #  804559

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301175   TC Number: 729411

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Initial review of appeal and record documents | L510 | MJA | .70 | 297.00 | 207.90 |
| 06/12/12 | Review appellate docket to check status of case and due date for appellant's initial brief | L190 | RH | .30 | 220.00 | 66.00 |
| 06/13/12 | Coordinate receipt of certified record on appeal | L190 | RH | .10 | 220.00 | 22.00 |
| 06/13/12 | Telephone conference with clerks of appellate court and trial court regarding copies of record on appeal | L110 | AHC | .50 | 145.00 | 72.50 |
| 06/14/12 | Correspondence to G.Albright to confirm representation of multiple parties | L110 | AHC | .50 | 145.00 | 72.50 |
| 06/14/12 | Complete pro hac application for admission to Eleventh District Court of Appeals in Eastland, Texas | L210 | RH | .50 | 220.00 | 110.00 |
| 06/26/12 | Analysis of file and preparation of detailed pleadings regarding admissions in Texas Appeal Court | L110 | ABB | 1.20 | 150.00 | 180.00 |
| 06/26/12 | Analysis of file and preparation of detailed pleadings regarding Pro Hac Vice admissions for J.Hill in Texas Appeal Court | L110 | ABB | 1.00 | 150.00 | 150.00 |

                                    FEES                                    $1,043.20



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301175

**FED ID NO. 63-0243316**

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 06/30/12 | Filing Fees - TEXAS BOARD OF LAW EXAMINERS PRO HAC VICE - RUDY HILL<br>Bank ID: GENR Check Number: 71029 | 250.00 |
| 06/30/12 | Filing Fees - TEXAS BOARD OF LAW EXAMINERS PRO HAC VICE - M AYERS<br>Bank ID: GENR Check Number: 71026 | 250.00 |
| 06/19/12 | Express Mail/Fedex | 0.00 |
| 06/21/12 | Express Mail/Fedex | 0.00 |

COSTS                                   $500.00

AMOUNT DUE THIS BILL                    $1,543.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
SEPTEMBER 14, 2012

ResCap

0R0808-301175

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .70 | 207.90 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.00 | 145.00 |
| Allison Burke | Paralegal | 150.00 | 2.20 | 330.00 |
| Rudy Hill | Associate | 220.00 | .90 | 198.00 |
| Total | | | 4.80 | 880.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301175
BILL AMOUNT          $1,543.20                            INVOICE #  804559

To:    ResCap                          TC Number:        729411
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804559
                                       Period ending:    06/30/2012

Case Management Number    LD  0R0808-301175

|      |      | Current Invoice | |
|------|------|------|------|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 3.20 | $    475.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.40 | $     88.00 |
| L210 | Pleadings | 0.50 | $    110.00 |
| L510 | Appellate Motions and Submissions | 0.70 | $    207.90 |

==================================
                TOTAL FEES    4.80    $  1,043.20

                TOTAL FEES DUE        $  1,043.20
       TOTAL DISBURSEMENTS DUE        $    500.00
          TOTAL DUE THIS INVOICE      $  1,543.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            SEPTEMBER 14, 2012
1100 Virginia Drive                               0R0808-301176
Fort Washington, PA 19034

                                                  INVOICE #  804560

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301176   TC Number: 729870

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Conference with J.Hooks regarding new appeal matter | L190 | JAM | .30 | 145.00 | 43.50 |
| 06/28/12 | Review appeal docket and email correspondence to the Wolfe Law Firm to request copy of their file | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/28/12 | Review of new appeal record documents and timing issues in Lloyd Story matter | L510 | MJA | .30 | 297.00 | 89.10 |
| 06/29/12 | Email correspondence from Wolf Law Firm requesting additional information on appeal | L190 | JAM | .30 | 145.00 | 43.50 |

                              FEES                              $205.10


                              AMOUNT DUE THIS BILL              $205.10

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301176

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Jamie Mathews | Paralegal | 145.00 | .80 | 116.00 |
| Total | | | 1.10 | 205.10 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 14, 2012
0R0808-301176

BILL AMOUNT          $205.10

INVOICE #  804560

To:    ResCap                          TC Number:        729870
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804560
                                       Period ending:    06/30/2012

Case Management Number     LD  0R0808-301176

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ 116.00 |
| L510 | Appellate Motions and Submissions | 0.30 | $ 89.10 |
| | TOTAL FEES | 1.10 | $ 205.10 |

| | |
|---|---|
| TOTAL FEES DUE | $ 205.10 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 205.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                        0R0808-301178
Fort Washington, PA 19034

                                                           INVOICE #  804561

                                                           **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301178   TC Number: 729968

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Receive and review case file to begin analysis of file and research docket and official records in Miami-Dade County to determine status of case | L110 | KK | .40 | 91.00 | 36.40 |

                              FEES                                    $36.40

                              AMOUNT DUE THIS BILL                    $36.40

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301178

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | .40 | 36.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
                                                               0R0808-301178
BILL AMOUNT          $36.40                                    INVOICE #   804561

To:    ResCap                       TC Number:          729968
       1100 Virginia Drive          Invoice Date:       09/14/2012
       Fort Washington, PA 19034    Invoice No.         804561
                                    Period ending:      06/30/2012

Case Management Number      LD   0R0808-301178

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.40 | $   36.40 |
| | | =============================== | |
| TOTAL FEES | | 0.40 | $   36.40 |
| TOTAL FEES DUE | | | $   36.40 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $   36.40 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301179

INVOICE #  804562

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301179  TC Number: 730025

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Evaluate information about credit reporting | L120 | BG | .10 | 190.00 | 19.00 |
| 06/29/12 | Receipt / review of new complaint | L110 | BG | .30 | 190.00 | 57.00 |
| 06/29/12 | Evaluate effect of bankruptcy stay on new claims | L120 | BG | .10 | 190.00 | 19.00 |
| 06/29/12 | Review new file on complaint filed against client in Arkansas | L210 | JHP | .50 | 245.00 | 122.50 |
| 06/29/12 | Emails and phone calls with client contact to discuss new matter received and initial strategy | L120 | JHP | .50 | 245.00 | 122.50 |

|  |  |
|--|--|
| FEES | $340.00 |
| AMOUNT DUE THIS BILL | $340.00 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301179

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | 1.00 | 245.00 |
| Blake Goodsell | Associate | 190.00 | .50 | 95.00 |
| Total | | | 1.50 | 340.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301179
BILL AMOUNT          $340.00                             INVOICE #  804562

---

To:    ResCap                        TC Number:          730025
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804562
                                     Period ending:      06/30/2012


Case Management Number      LD  0R0808-301179


|      |                              | Current Invoice | |
| Code | Task                         | Hours | $ | Fees |
|------|------------------------------|-------|---|------|
| L110 | Fact Investigation/Development | 0.30 | $ | 57.00 |
| L120 | Analysis/Strategy            | 0.70 | $ | 160.50 |
| L210 | Pleadings                    | 0.50 | $ | 122.50 |

|  | | |
|----|---|---|
| ================================= | | |
| TOTAL FEES | 1.50 | $ | 340.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 340.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 340.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0R0808-301180
Fort Washington, PA 19034

                                                               INVOICE #  804563

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301180  TC Number: 729899

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/26/12 | Contact P.Stokes about receipt of file and request for deponent contact information | L110 | BG | .10 | 190.00 | 19.00 |
| 06/26/12 | Review new materials | L110 | BG | .20 | 190.00 | 38.00 |
| 06/26/12 | Request file from foreclosure counsel | L120 | BG | .10 | 190.00 | 19.00 |

                              FEES                                    $76.00

                    AMOUNT DUE THIS BILL                              $76.00

                 ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301180

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .40 | 76.00 |
| Total | | | .40 | 76.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301180
BILL AMOUNT          $76.00                              INVOICE #  804563

To:    ResCap                        TC Number:         729899
       1100 Virginia Drive           Invoice Date:      09/14/2012
       Fort Washington, PA 19034      Invoice No.        804563
                                      Period ending:     06/30/2012

Case Management Number      LD  0R0808-301180

|          |                                | Current Invoice |       |          |
|----------|--------------------------------|-------|----|----------|
| Code     | Task                           | Hours |    | Fees     |
| L110     | Fact Investigation/Development | 0.30  | $  | 57.00    |
| L120     | Analysis/Strategy              | 0.10  | $  | 19.00    |
|          |                                | ==================================== |
|          | TOTAL FEES                     | 0.40  | $  | 76.00    |

|                         |   |        |
|-------------------------|---|--------|
| TOTAL FEES DUE          | $ | 76.00  |
| TOTAL DISBURSEMENTS DUE | $ | 0.00   |
| TOTAL DUE THIS INVOICE  | $ | 76.00  |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                      0R0808-301206
Fort Washington, PA 19034

                                                         INVOICE #  804564

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301206  TC Number: 705012

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Email exchange with counsel for J.Morley regarding loan modification package | C400 | EAF | .20 | 358.00 | 71.60 |
| 06/26/12 | Telephone conference with client regarding litigation case and status of finalcial package request | C300 | EAF | .20 | 358.00 | 71.60 |
| 06/26/12 | Email exchange with counsel for borrower regarding status of financial package request | C400 | EAF | .20 | 358.00 | 71.60 |
| 06/28/12 | Review status of Morley case and email to client regarding strategy to file motion to dismiss appeal | L120 | EAF | .50 | 358.00 | 179.00 |

                          FEES                                $393.80

                  AMOUNT DUE THIS BILL                        $393.80

              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301206

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 1.10 | 393.80 |
| Total | | | 1.10 | 393.80 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 14, 2012
                                                             0R0808-301206
BILL AMOUNT          $393.80                                 INVOICE #  804564

To:   ResCap                          TC Number:         705012
      1100 Virginia Drive             Invoice Date:      09/14/2012
      Fort Washington, PA 19034       Invoice No.        804564
                                      Period ending:     06/30/2012

Case Management Number      LD   0R0808-301206

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| C300 Analysis and Advice | | 0.20 | $   71.60 |
| C400 Third Party Communication | | 0.40 | $  143.20 |
| L120 Analysis/Strategy | | 0.50 | $  179.00 |
| TOTAL FEES | | 1.10 | $  393.80 |

TOTAL FEES DUE                 $   393.80
TOTAL DISBURSEMENTS DUE        $     0.00
TOTAL DUE THIS INVOICE         $   393.80



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301210

INVOICE #  804566

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301210  TC Number: 731308

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Prepare for depositions | L330 | DCL | .40 | 376.00 | 150.40 |
| 06/13/12 | Advise state foreclosure counsel regarding case strategy | L120 | DCL | .60 | 376.00 | 225.60 |
| 06/13/12 | Conference with state counsel regarding state Bench/Bar reforms | L120 | DCL | .30 | 376.00 | 112.80 |
| 06/29/12 | Telephone conference with Connecticut local counsel and A. Simmons re: GMACM's response to Defendants' motion for protective order | L120 | DCL | .30 | 376.00 | 112.80 |

FEES                                          $601.60

AMOUNT DUE THIS BILL                          $601.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0R0808-301210

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 1.60 | 601.60 |
| Total | | | 1.60 | 601.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
                                                         0R0808-301210
BILL AMOUNT          $601.60                             INVOICE #  804566

To:     ResCap                        TC Number:         731308
        1100 Virginia Drive           Invoice Date:      09/14/2012
        Fort Washington, PA 19034      Invoice No.        804566
                                       Period ending:     06/30/2012

Case Management Number      LD  0R0808-301210

|            |                        | Current Invoice | | |
|------------|------------------------|------|---|------|
| Code | Task                        | Hours | | Fees |
| L120 | Analysis/Strategy          | 1.20 | $ | 451.20 |
| L330 | Depositions                | 0.40 | $ | 150.40 |
|      | TOTAL FEES                 | 1.60 | $ | 601.60 |

                    TOTAL FEES DUE            $    601.60
              TOTAL DISBURSEMENTS DUE         $      0.00
              TOTAL DUE THIS INVOICE          $    601.60



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301234

INVOICE #  804567

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301234   TC Number: 731895

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review additional insurance documents received in matter in Texas | L110 | GWG | .30 | 263.00 | 78.90 |
| 06/05/12 | Review insurance documents regarding mortgage assignment | L120 | RK | 1.80 | 185.00 | 333.00 |
| 06/11/12 | Conference with lawyers for Allstate and borrower | L120 | RK | .80 | 185.00 | 148.00 |
| 06/11/12 | Review insurance policy | L120 | RK | .70 | 185.00 | 129.50 |
| 06/11/12 | Review additional documents and insurance-related information received from client in the Goldston matter in Texas | L110 | GWG | .30 | 263.00 | 78.90 |
| 06/12/12 | Conference with P.Cannon regarding insurance dispute | L120 | RK | .30 | 185.00 | 55.50 |

FEES                                    $823.80

AMOUNT DUE THIS BILL              $823.80

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301234

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | .60 | 157.80 |
| Riley Key | Associate | 185.00 | 3.60 | 666.00 |
| Total | | | 4.20 | 823.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $823.80

SEPTEMBER 14, 2012
0R0808-301234
INVOICE #  804567

| To: | ResCap | | | TC Number: | 731895 |
| | 1100 Virginia Drive | | | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | | | Invoice No. | 804567 |
| | | | | Period ending: | 06/30/2012 |

Case Management Number      LD   0R0808-301234

| Code | Task | Current Invoice Hours | Fees |
|------|------|-------|------|
| L110 | Fact Investigation/Development | 0.60 | $ 157.80 |
| L120 | Analysis/Strategy | 3.60 | $ 666.00 |
| | TOTAL FEES | 4.20 | $ 823.80 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 823.80 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 823.80 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0R0808-301753

INVOICE #  804568

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301753  TC Number: 726541

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client as follows: We prepared a foreclsure checklist, which was submitted to GMAC on May 14, 2012 | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/03/12 | Correspondence with P.Stokes regarding review of memorandum and litigation strategy | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/08/12 | Communications with P.Stokes regarding referral of file | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/20/12 | Analysis of status of pending litigation | L120 | JDV | .20 | 219.00 | 43.80 |
| 06/25/12 | Email correspondence with Albertelli regarding analysis | L190 | JAM | .20 | 145.00 | 29.00 |

FEES                                                                $204.20

AMOUNT DUE THIS BILL                                                 $204.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 14, 2012

0R0808-301753

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jose D. Vega | Associate | 219.00 | .80 | 175.20 |
| Total | | | 1.00 | 204.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
                                                0R0808-301753
BILL AMOUNT        $204.20                       INVOICE #  804568

To:    ResCap                    TC Number:          726541
       1100 Virginia Drive       Invoice Date:       09/14/2012
       Fort Washington, PA 19034  Invoice No.         804568
                                 Period ending:      06/30/2012

Case Management Number    LD  0R0808-301753

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $    43.80 |
| L190 Other Case Assessment, Develop't/Admin | | 0.80 | $   160.40 |

```
                        ======================================
              TOTAL FEES      1.00    $    204.20

              TOTAL FEES DUE          $    204.20
        TOTAL DISBURSEMENTS DUE       $      0.00
        TOTAL DUE THIS INVOICE        $    204.20
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0r0808-301763
Fort Washington, PA 19034

                                                          INVOICE #  804569

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0r0808-301763   TC Number: 726923

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review court order setting evidentiary hearing on issues concerning excusable neglect and due diligence | L210 | JDV | .20 | 219.00 | 43.80 |
| 06/03/12 | Draft status report for client as follows: The judge issued an order finding that plaintiff made a colorable argument for relief and will allow for an evidentiary hearing on plaintiff's assertion of excusable neglect and due diligence.  We will continue to monitor and advise on this litigation. | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/05/12 | Exchange emails with C.Morgan regarding third party purchasers' settlement proposal and dates for evidentiary hearing | L120 | HTC | .10 | 315.00 | 31.50 |
| 06/11/12 | Review materials relating to entry of judgment and motion to set aside issues | L210 | JST | .70 | 345.00 | 241.50 |
| 06/11/12 | Consider whether former counsel can provide assistance with evidentiary hearing and need to get Stern's file | L120 | HTC | .30 | 315.00 | 94.50 |
| 06/11/12 | Draft email to C.Morgan regarding setting evidentiary hearing and need to get hard copy file via subpoena | L120 | HTC | .10 | 315.00 | 31.50 |
| 06/13/12 | Review Intervenor's Motion for Reconsideration and Clarification | L250 | JDV | .30 | 219.00 | 65.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 14, 2012

0r0808-301763

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Review LPS notes and documents | L390 | JST | 1.50 | 345.00 | 517.50 |
| 06/15/12 | Review GMAC's/BONY's Motion for Relief and affidavit | L210 | JST | .20 | 345.00 | 69.00 |
| 06/15/12 | Review Intervenor's Motion for Reconsideration | L210 | JST | .30 | 345.00 | 103.50 |
| 06/15/12 | Pull information/research to provide to Clive Morgan | L390 | JST | .20 | 345.00 | 69.00 |
| 06/18/12 | Review subpoena forms and prepare initial draft of subpoena to Iron Mountain | L320 | JAM | .30 | 145.00 | 43.50 |
| 06/18/12 | Exchange emails with C.Morgan regarding intervenor's motion for reconsideration and consider issues relating to excusable neglect raised in motion | L120 | HTC | .50 | 315.00 | 157.50 |
| 06/18/12 | Review records relating to handling of the foreclosure | L390 | JST | 1.00 | 345.00 | 345.00 |
| 06/18/12 | Review arguments submitted in connection with motion to vacate the judgment | L210 | JST | .50 | 345.00 | 172.50 |
| 06/18/12 | Pull information to send to attorneys handling matter | L120 | JST | .50 | 345.00 | 172.50 |
| 06/19/12 | Revise subpoena to Iron Mountain | L320 | JAM | .40 | 145.00 | 58.00 |
| 06/19/12 | Access website and telephone calls to Iron Mountain's facility and Legal Department regarding service of subpoena | L320 | JAM | .50 | 145.00 | 72.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 14, 2012

0r0808-301763

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Review and revise draft subpoena to Iron Mountain for files and draft email to C.Morgan regarding same | L120 | HTC | .10 | 315.00 | 31.50 |
| 06/22/12 | Communications with F.McSurdy and C.Morgan regarding hearing date | L440 | JST | .10 | 345.00 | 34.50 |
| 06/25/12 | Communications with Stern's office relating to availability of witness to testify | L410 | JST | .10 | 345.00 | 34.50 |

FEES                                    $2,502.30

AMOUNT DUE THIS BILL              $2,502.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 14, 2012

0r0808-301763

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | 5.10 | 1,759.50 |
| Hope Cannon | Partner | 315.00 | 1.10 | 346.50 |
| Jamie Mathews | Paralegal | 145.00 | 1.20 | 174.00 |
| Jose D. Vega | Associate | 219.00 | .70 | 153.30 |
| Total | | | 8.10 | 2,433.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $2,502.30

SEPTEMBER 14, 2012
0r0808-301763
INVOICE #  804569

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 726923 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804569 |
| Period ending: | 06/30/2012 |

Case Management Number    LD  0r0808-301763

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.60 | $ 519.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 43.80 |
| L210 | Pleadings | 1.90 | $ 630.30 |
| L250 | Other Written Motions/Submissions | 0.30 | $ 65.70 |
| L320 | Document Production | 1.20 | $ 174.00 |
| L390 | Other Discovery | 2.70 | $ 931.50 |
| L410 | Fact Witnesses | 0.10 | $ 34.50 |
| L440 | Other Trial Preparation and Support | 0.10 | $ 34.50 |

================================

TOTAL FEES        8.10    $ 2,502.30

TOTAL FEES DUE           $ 2,502.30
TOTAL DISBURSEMENTS DUE  $     0.00
TOTAL DUE THIS INVOICE   $ 2,502.30



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                SEPTEMBER 14, 2012
1100 Virginia Drive                                                   0R0808-301786
Fort Washington, PA 19034

INVOICE #  804570

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0R0808-301786  TC Number: 727555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Call B.Perkins at Mississippi Department of Insurance regarding liquidation of Southern National Title Insurance Company | L110 | KRS | .10 | 210.00 | 21.00 |
| 06/11/12 | Draft status report regarding whether to dismiss suit | L120 | KRS | .10 | 210.00 | 21.00 |
| 06/12/12 | Conference with J.Ho regarding whether to dismiss lawsuit | L160 | KRS | .30 | 210.00 | 63.00 |
| 06/12/12 | Call department of insurance regarding liquidation of Southern National Title Insurance Company | L110 | KRS | .10 | 210.00 | 21.00 |
| 06/13/12 | Draft ILAB and email correspondence with J.Ho regarding same | L120 | KRS | .60 | 210.00 | 126.00 |
| 06/15/12 | Email correspondence with V.Smith regarding settlement discussions | L160 | KRS | .10 | 210.00 | 21.00 |
| 06/15/12 | Call J.Ho and V.Smith regarding dismissal of suit | L160 | KRS | .10 | 210.00 | 21.00 |
| 06/15/12 | Further email correspondence with J.Ho regarding dismissal of suit | L160 | KRS | .10 | 210.00 | 21.00 |
| 06/18/12 | Email correspondence with J.Ho regarding dismissal | L160 | KRS | .10 | 210.00 | 21.00 |
| 06/19/12 | Conference with B.Perkins at insurance department regarding claim and email correspondence with J.Ho regarding same | L110 | KRS | .20 | 210.00 | 42.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 14, 2012

0R0808-301786

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Call D. Browning at insurance department regarding filing claim against Southern National Title Insurance Co. | L110 | KRS | .10 | 210.00 | 21.00 |
| 06/19/12 | Research statutes regarding filing claim against liquidated insurance company | L110 | KRS | .10 | 210.00 | 21.00 |
| 06/19/12 | Draft settlement agreement | L160 | KRS | .80 | 210.00 | 168.00 |
| 06/19/12 | Draft stipulation and dismissal order and email correspondence with J.Ho regarding same | L160 | KRS | .50 | 210.00 | 105.00 |
| 06/20/12 | Return phone call of D.Browning from department of insurance | L110 | KRS | .10 | 210.00 | 21.00 |
| 06/21/12 | Conference with D.Browning regarding filing proof of claim with department of insurance | L110 | KRS | .20 | 210.00 | 42.00 |
| 06/27/12 | Prepare proof of claim against Southern National to be submitted to department of insurance | L120 | KRS | 1.20 | 210.00 | 252.00 |
| 06/27/12 | Email correspondence with V.Smith regarding settlement documents | L160 | KRS | .40 | 210.00 | 84.00 |
| 06/28/12 | Email correspondence with V.Smith and J.Ho regarding stipulation of dismissal and revisions to settlement agreement | L160 | KRS | .30 | 210.00 | 63.00 |

FEES                                               $1,155.00

06/05/12 Copy Charges                          0.00
06/05/12 Copy Charges                          0.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 14, 2012

0R0808-301786

FED ID NO. 63-0243316

06/27/12 Copy Charges                                                          0.00

              AMOUNT DUE THIS BILL                              $1,155.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
SEPTEMBER 14, 2012

0R0808-301786

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kathleen R. Shields O'Beir | Associate | 210.00 | 5.50 | 1,155.00 |
| Total | | | 5.50 | 1,155.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

                                                    SEPTEMBER 14, 2012
                                                    0R0808-301786
BILL AMOUNT        $1,155.00                        INVOICE #  804570

To:    ResCap                      TC Number:         727555
       1100 Virginia Drive         Invoice Date:      09/14/2012
       Fort Washington, PA 19034   Invoice No.        804570
                                   Period ending:     06/30/2012

Case Management Number      LD  0R0808-301786

                                         Current Invoice
Code Task                            Hours          Fees

L110 Fact Investigation/Development   0.90    $      189.00
L120 Analysis/Strategy                1.90    $      399.00
L160 Settlement/Non-Binding ADR       2.70    $      567.00

                      =================================
           TOTAL FEES      5.50    $    1,155.00

           TOTAL FEES DUE          $    1,155.00
     TOTAL DISBURSEMENTS DUE        $        0.00
     TOTAL DUE THIS INVOICE        $    1,155.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301001

INVOICE #  804571

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301001  TC Number: 702113

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Continued research on record documents for appellate brief | L520 | MJA | .80 | 297.00 | 237.60 |
| 06/01/12 | Status report regarding appeal status and deadline | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/01/12 | Review and analysis of additional pleadings for use in preparation of brief | L520 | AHC | .70 | 145.00 | 101.50 |
| 06/06/12 | Continued research on transcript and case law for appeal brief | L520 | MJA | .70 | 297.00 | 207.90 |
| 06/07/12 | Continued case law research, and research on record on appeal, for appellee brief | L520 | MJA | .70 | 297.00 | 207.90 |
| 06/08/12 | Continued work on appeal brief | L520 | MJA | 1.20 | 297.00 | 356.40 |
| 06/11/12 | Continued research on record documents and transcript for appellee brief | L520 | MJA | 2.60 | 297.00 | 772.20 |
| 06/12/12 | Continued drafting of argument section of appellee brief | L520 | MJA | 2.20 | 297.00 | 653.40 |
| 06/12/12 | Continued case law research on jury instruction issue | L520 | MJA | 1.40 | 297.00 | 415.80 |
| 06/13/12 | Continued research on case law and trial arguments for appellate brief | L520 | MJA | 1.70 | 297.00 | 504.90 |
| 06/14/12 | Continued case law and record on appeal research for appellate brief | L520 | MJA | 1.60 | 297.00 | 475.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Continued drafting of appellate brief | L510 | MJA | 1.20 | 297.00 | 356.40 |
| 06/15/12 | Continued drafting and revision of argument section of appellate brief | L520 | MJA | 3.50 | 297.00 | 1,039.50 |
| 06/15/12 | Continued research for brief sections concerning borrower's claims | L520 | MJA | 1.20 | 297.00 | 356.40 |
| 06/16/12 | Continued review of portions of transcript and clerk's record for appeal brief | L520 | MJA | 2.40 | 297.00 | 712.80 |
| 06/16/12 | Continued drafting argument section of brief | L120 | MJA | 1.50 | 297.00 | 445.50 |
| 06/17/12 | Continued drafting of and revisions to appellee brief | L520 | MJA | 4.60 | 297.00 | 1,366.20 |
| 06/17/12 | Continued case law research for argument section of draft brief | L520 | MJA | 2.50 | 297.00 | 742.50 |
| 06/18/12 | Continued drafting of and revisions to all sections of argument and fact statement for appeal brief, circulated draft | L520 | MJA | 8.70 | 297.00 | 2,583.90 |
| 06/18/12 | Research state law for support for argument and email results to M.Ayers | L520 | AC | .40 | 193.00 | 77.20 |
| 06/18/12 | Review and edit appellee brief | L210 | KSA | .80 | 223.00 | 178.40 |
| 06/19/12 | Review email from BBryant and call Lori regarding inspection | L120 | CM | .40 | 185.00 | 74.00 |
| 06/19/12 | Review and revise brief in connection with appeal | L520 | JST | 1.00 | 345.00 | 345.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
SEPTEMBER 14, 2012

0G2012-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Continued drafting of and revisions to argument and fact section of appeal brief | L520 | MJA | 5.70 | 297.00 | 1,692.90 |
| 06/20/12 | Revised, completed and filed appellee brief with the Texas Second District Court of Appeals | L520 | MJA | 6.50 | 297.00 | 1,930.50 |
| 06/20/12 | Final review and revision of Brief of Appellee | L520 | AHC | .40 | 145.00 | 58.00 |
| 06/26/12 | Research on suggestion of bankruptcy issue | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/26/12 | Review information on bankruptcy suggestion | L120 | JST | .20 | 345.00 | 69.00 |
| 06/26/12 | Review plaintiff's notice of bankruptcy and outline responsive pleading | L210 | KSA | .20 | 223.00 | 44.60 |
| 06/27/12 | Review plaintiffs' suggestion of bankruptcy and draft clarification motion for appellate court regarding GMAC's bankruptcy | L210 | KSA | .80 | 223.00 | 178.40 |

FEES                              $16,265.70

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 49C | BINDING | 10.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301001

FED ID NO. 63-0243316

COSTS                               $10.50

AMOUNT DUE THIS BILL         $16,276.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
SEPTEMBER 14, 2012

0G2012-301001

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | 1.20 | 414.00 |
| Marc J. Ayers | Partner | 297.00 | 50.90 | 15,117.30 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.10 | 159.50 |
| Keith S. Anderson | Associate | 223.00 | 1.90 | 423.70 |
| Aaron Chastain | Associate | 193.00 | .40 | 77.20 |
| Cam Miller | Associate | 185.00 | .40 | 74.00 |
| Total | | | 55.90 | 16,265.70 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              SEPTEMBER 14, 2012
                                                                   0G2012-301001
BILL AMOUNT        $16,276.20                                      INVOICE #  804571

To:    ResCap                              TC Number:        702113
       1100 Virginia Drive                 Invoice Date:     09/14/2012
       Fort Washington, PA 19034           Invoice No.       804571
                                           Period ending:    06/30/2012

Case Management Number       LD  0G2012-301001

|                                                    | Current Invoice | |
| Code Task                                          | Hours | Fees |
|----------------------------------------------------|-------|------|
| L120 Analysis/Strategy                             | 2.20  | $   610.80 |
| L210 Pleadings                                     | 1.80  | $   401.40 |
| L510 Appellate Motions and Submissions             | 1.40  | $   415.80 |
| L520 Appellate Briefs                              | 50.50 | $ 14,837.70 |
| ================================================== |       | |
| TOTAL FEES                                         | 55.90 | $ 16,265.70 |

                        TOTAL FEES DUE              $ 16,265.70
                 TOTAL DISBURSEMENTS DUE            $     10.50
                 TOTAL DUE THIS INVOICE             $ 16,276.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            SEPTEMBER 14, 2012
1100 Virginia Drive                                              0G2012-301002
Fort Washington, PA 19034

                                                                 INVOICE #  804572

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301002  TC Number: 715129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review correspondence from Defendants regarding summation deadline and hearing on deposition excerpts | L210 | JST | .20 | 345.00 | 69.00 |
| 06/01/12 | Draft status report for client regarding preparation for evidentiary hearing | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/04/12 | Review and respond to communications regarding hearing on deposition excerpts | L450 | JST | .20 | 345.00 | 69.00 |
| 06/04/12 | Work on summation argument and brief | L210 | JST | .20 | 345.00 | 69.00 |
| 06/04/12 | Analysis of new argument regarding default judgment | L120 | JDV | .70 | 219.00 | 153.30 |
| 06/04/12 | Identify and read additional cases on default judgments | L430 | MPM | .80 | 185.00 | 148.00 |
| 06/05/12 | Review notices from court regarding hearing on deposition excerpts and communicate with counsel regarding same | L210 | JST | .20 | 345.00 | 69.00 |
| 06/05/12 | Analysis of written summation deadlines and upcoming hearings | L120 | JDV | 1.00 | 219.00 | 219.00 |
| 06/06/12 | Review information from D.Garber relating deposition excerpts and depositions | L250 | JST | .30 | 345.00 | 103.50 |
| 06/06/12 | Review email correspondence regarding June 8, 2012 hearing | L230 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301002

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | Review deposition and highlight excerpts relative to evidentiary submission | L250 | JAM | .70 | 145.00 | 101.50 |
| 06/07/12 | Continue review of deposition of J.Aguirre and highlight excerpts relative to evidentiary submission | L250 | JAM | 2.30 | 145.00 | 333.50 |
| 06/07/12 | Draft new argument section regarding Plaintiff's Summation of the Evidence and Arguments in Support of its Motion to Set Aside Final Judgment and Set New Trial | L210 | JDV | 2.90 | 219.00 | 635.10 |
| 06/07/12 | Review Defendant's Amended Motion to Call Bond and Amended Notice of Hearing | L250 | JDV | .30 | 219.00 | 65.70 |
| 06/07/12 | Discuss summary of facts and motion to dismiss default judgment with co-counsel | L440 | MPM | 1.00 | 185.00 | 185.00 |
| 06/07/12 | Review amended motion to call bond and amended notice of hearing | L210 | JST | .10 | 345.00 | 34.50 |
| 06/07/12 | Review deposition excerpts offered by defendants | L210 | JST | .50 | 345.00 | 172.50 |
| 06/08/12 | Prepare for hearing on defendants' offer of deposition excerpts and documents | L450 | JST | 1.30 | 345.00 | 448.50 |
| 06/08/12 | Review deposition excerpts to provide to Defendants | L450 | JST | .50 | 345.00 | 172.50 |
| 06/08/12 | Review analysis of motion to call bond | L210 | JST | .30 | 345.00 | 103.50 |
| 06/08/12 | Hearing on Defendants' exhibits | L450 | JST | 1.50 | 345.00 | 517.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 14, 2012

0G2012-301002

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/08/12 | Memo to client summarizing hearing and next steps | L120 | JST | .20 | 345.00 | 69.00 |
| 06/08/12 | Analysis of Amended Notice of Hearing Defendants' Motion to Admit Evidence and Judgment Creditors/Defendants' Amended Motion to Call Bond | L250 | JDV | .30 | 219.00 | 65.70 |
| 06/11/12 | Work on unified exhibit list and notebook for Judge to use to rule on motion to set aside | L210 | JST | .80 | 345.00 | 276.00 |
| 06/11/12 | Begin assembling exhibits for submission to court | L250 | JAM | 2.30 | 145.00 | 333.50 |
| 06/12/12 | Review Notice of Appearance of Counsel for NGM Insurance | L210 | JAM | .10 | 145.00 | 14.50 |
| 06/12/12 | Assemble binder of evidentiary submissions | L430 | JAM | 1.60 | 145.00 | 232.00 |
| 06/12/12 | Work on unified exhibit notebook to submit to court | L250 | JST | .50 | 345.00 | 172.50 |
| 06/12/12 | Work on argument section of brief, review case law relating and pleading requirements for borrower's claims | L190 | JST | 3.00 | 345.00 | 1,035.00 |
| 06/12/12 | Analysis of state law regarding borrower's claims | L120 | JDV | 1.00 | 219.00 | 219.00 |
| 06/12/12 | Review and redact 5 deposition transcripts for submission to judge | L330 | AHC | 2.90 | 145.00 | 420.50 |
| 06/13/12 | Work on arguments in Summation brief | L210 | JST | 1.50 | 345.00 | 517.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301002

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Review cases regarding pleading requirements of borrower's claims | L210 | JST | 2.00 | 345.00 | 690.00 |
| 06/13/12 | Work on unified exhibit notebook | L250 | JST | .30 | 345.00 | 103.50 |
| 06/13/12 | Continue assembly of binders of evidentiary submissions | L430 | JAM | 1.30 | 145.00 | 188.50 |
| 06/14/12 | Emails with C.Kellerhouse regarding exhibit binder | L190 | JAM | .10 | 145.00 | 14.50 |
| 06/14/12 | Final changes to Summation | L210 | JST | 2.00 | 345.00 | 690.00 |
| 06/14/12 | Final changes to exhibit notebooks | L250 | JST | 1.00 | 345.00 | 345.00 |
| 06/15/12 | Review final changes and arguments included in brief and other issues relating to exhibits | L210 | JST | .80 | 345.00 | 276.00 |
| 06/18/12 | Review defendants' summation arguments | L210 | JST | .50 | 345.00 | 172.50 |
| 06/18/12 | Analysis of defendants' Final Argument | L250 | JDV | .30 | 219.00 | 65.70 |

FEES                                                    $9,643.30

DESCRIPTION OF DISBURSEMENTS

| | | |
|--|--|--:|
| 01 | Copy Charges | 0.00 |
| 20 | Airline Tickets | 799.70 |
| 21 | Travel Expense | 348.09 |
| 23 | Meal Expense | 106.22 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      5
SEPTEMBER 14, 2012

0G2012-301002

FED ID NO. 63-0243316

COSTS                        $1,254.01

AMOUNT DUE THIS BILL         $10,897.31

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
Rescap                                                    SEPTEMBER 14, 2012

0G2012-301002

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | 17.90 | 6,175.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.90 | 420.50 |
| Jamie Mathews | Paralegal | 145.00 | 8.60 | 1,247.00 |
| Jose D. Vega | Associate | 219.00 | 6.70 | 1,467.30 |
| Michele P. Marron | Law Clerk | 185.00 | 1.80 | 333.00 |
| | | | | |
| Total | | | 37.90 | 9,643.30 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                            SEPTEMBER 14, 2012
                                                                 0G2012-301002
BILL AMOUNT          $10,897.31                                  INVOICE #  804572

To:    ResCap                          TC Number:        715129
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804572
                                       Period ending:    06/30/2012

Case Management Number       LD  0G2012-301002

                                       Current Invoice

| Code | Task | Hours | Fees |
|------|------|-------|------|
| L120 | Analysis/Strategy | 2.90 | $ 660.30 |
| L190 | Other Case Assessment, Develop't/Admin | 3.30 | $ 1,093.30 |
| L210 | Pleadings | 12.10 | $ 3,789.10 |
| L230 | Court Mandated Conferences | 0.20 | $ 29.00 |
| L250 | Other Written Motions/Submissions | 8.30 | $ 1,690.10 |
| L330 | Depositions | 2.90 | $ 420.50 |
| L430 | Written Motions/Submissions | 3.70 | $ 568.50 |
| L440 | Other Trial Preparation and Support | 1.00 | $ 185.00 |
| L450 | Trial and Hearing Attendance | 3.50 | $ 1,207.50 |

==========================================

|  | TOTAL FEES | 37.90 | $ 9,643.30 |

                     TOTAL FEES DUE           $ 9,643.30
              TOTAL DISBURSEMENTS DUE         $ 1,254.01
              TOTAL DUE THIS INVOICE          $ 10,897.31



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 14, 2012
1100 Virginia Drive                             0G2012-301003
Fort Washington, PA 19034

INVOICE #  804573

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301003   TC Number: 706627

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review Stern dismissal filings | L240 | MRP | .20 | 424.00 | 84.80 |
| 06/01/12 | Exchange memos with N.Campbell regarding dismissal | L240 | MRP | .10 | 424.00 | 42.40 |
| 06/01/12 | Review stipulation of dismissal of Stern defendants, and teleconference with their counsel regarding impetus of same | L190 | RJC | .50 | 293.00 | 146.50 |
| 06/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |
| 06/05/12 | Multiple memo exchanges with borrower's counsel in response to her proposal of dismissal, and our inquiries as to scope of same; memo exchanges with N. Campbell and M. Pennington regarding counsel's offer of dismissal  and my draft stipulation of dismissal and proposed order | L250 | RJC | 1.10 | 293.00 | 322.30 |
| 06/05/12 | Draft proposed order of dismissal, and stipulation of dismissal; incorporate comments and proposed revisions to same | L250 | RJC | 1.20 | 293.00 | 351.60 |
| 06/05/12 | Review settlement proposal from E.Boyle (plaintiff's counsel) | L160 | MRP | .10 | 424.00 | 42.40 |
| 06/05/12 | Exchange multiple memos with N.Campbell regarding settlement | L160 | MRP | .10 | 424.00 | 42.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 14, 2012

0G2012-301003

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Review and revise stipulation and proposed order | L240 | MRP | .20 | 424.00 | 84.80 |
| 06/07/12 | Review memo from E.Boyle regarding settlement | L160 | MRP | .10 | 424.00 | 42.40 |
| 06/07/12 | Review and revise settlement stipulations | L160 | MRP | .20 | 424.00 | 84.80 |
| 06/07/12 | Further memo exchanges with borrower's counsel (E. Boyle) in response to their offer of dismissal, and scope of such dismissal | L250 | RJC | .30 | 293.00 | 87.90 |
| 06/08/12 | Revise draft stipulation of partial dismissal and proposed order | L250 | RJC | .30 | 293.00 | 87.90 |
| 06/08/12 | Memo exchanges with M. Pennington and N. Campbell  regarding response and scope of agreement on stipulation of partial dismissal | L250 | RJC | .30 | 293.00 | 87.90 |
| 06/08/12 | Memo exchanges with borrower's counsel regarding proposed stipulation of partial dismissal | L250 | RJC | .30 | 293.00 | 87.90 |
| 06/08/12 | Review memo from E.Boyle regarding settlement | L160 | MRP | .10 | 424.00 | 42.40 |
| 06/11/12 | Review memo from E.Boyle regarding settlement | L160 | MRP | .10 | 424.00 | 42.40 |
| 06/11/12 | Revise, finalize and file stipulation of partial dismissal and accompanying proposed order, and draft correspondence to Judge Titus concerning same | L250 | RJC | .70 | 293.00 | 205.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 14, 2012

0G2012-301003

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Memo exchanges N. Campbell  and M. Pennington regarding submission of stipulation of partial dismissal, and post-stipulation case handling | L250 | RJC | .30 | 293.00 | 87.90 |
| 06/11/12 | Memo exchanges with borrower's counsel to finalize terms of stipulation of partial dismissal | L190 | RJC | .40 | 293.00 | 117.20 |
| 06/11/12 | Final review and revision of Stipulation of Dismissal and Proposed Order | L240 | AHC | .40 | 145.00 | 58.00 |
| 06/22/12 | Review order dismissing class action counterclaim, and exchange memos with N. Campbell and M. Pennington regarding same | L190 | RJC | .40 | 293.00 | 117.20 |
| 06/22/12 | Review order of dismissal | L240 | MRP | .10 | 424.00 | 42.40 |
| 06/25/12 | Review dismissal order | L240 | MRP | .10 | 424.00 | 42.40 |
| 06/28/12 | Review and revise draft notice of withdrawal | L250 | RJC | .30 | 293.00 | 87.90 |
| 06/28/12 | Research circumstances as counsel for party regarding withdrawl | L120 | JMH | .30 | 241.00 | 72.30 |
| 06/28/12 | Draft motion to withdraw as counsel for GMAC | L210 | JMH | .30 | 241.00 | 72.30 |
| 06/28/12 | Draft proposed order granting motion to withdraw | L210 | JMH | .20 | 241.00 | 48.20 |

FEES                                           $2,646.20

01        Copy Charges                                    0.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
SEPTEMBER 14, 2012

0G2012-301003

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $2,646.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
SEPTEMBER 14, 2012

0G2012-301003

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | 1.40 | 593.60 |
| Robert Campbell | Partner | 293.00 | 6.10 | 1,787.30 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Jonathan Hooks | Associate | 241.00 | .80 | 192.80 |
| Total | | | 8.80 | 2,646.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301003

BILL AMOUNT          $2,646.20

INVOICE #  804573

| | | |
|---|---|---|
| To: | ResCap | TC Number: | 706627 |
| | 1100 Virginia Drive | Invoice Date: | 09/14/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 804573 |
| | | Period ending: | 06/30/2012 |

Case Management Number     LD  0G2012-301003

| | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
| L120 Analysis/Strategy | 0.30 | $    72.30 |
| L160 Settlement/Non-Binding ADR | 0.70 | $   296.80 |
| L190 Other Case Assessment, Develop't/Admin | 1.40 | $   395.40 |
| L210 Pleadings | 0.50 | $   120.50 |
| L240 Dispositive Motions | 1.10 | $   354.80 |
| L250 Other Written Motions/Submissions | 4.80 | $ 1,406.40 |

=====================================

|  | | |
|---|---|---|
| TOTAL FEES | 8.80 | $ 2,646.20 |
| | | |
| TOTAL FEES DUE | | $ 2,646.20 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $ 2,646.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301008

INVOICE #  804574

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301008   TC Number: 689042

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Reading and analyzing Memorandum Opinion and Order denying borrower's Motion to Set Aside. | L240 | CET | .30 | 293.00 | 87.90 |
| 06/01/12 | Review Memorandum Opinion and Order entered today denying the defendants' motion to alter or amend summary judgment ruling. | L240 | JDR | .20 | 293.00 | 58.60 |
| 06/01/12 | Draft and e-mail status report to J.Ho regarding today's Memorandum Order and Opinion and the status of the consolidated cases. | L240 | JDR | .20 | 293.00 | 58.60 |
| 06/01/12 | Review Judgment entered today by the district court. | L240 | JDR | .10 | 293.00 | 29.30 |
| 06/01/12 | Review status report filed by H.borrower with the Sixth Circuit Court of Appeals. | L510 | JDR | .10 | 293.00 | 29.30 |
| 06/04/12 | Review e-mail inquiry from J.Ho regarding order in consolidated cases; respond by e-mail to Jo. | L240 | JDR | .20 | 293.00 | 58.60 |
| 06/04/12 | Reading and analyzing Status Report filed by borrower with the Sixth Circuit. | L510 | CET | .30 | 293.00 | 87.90 |
| 06/05/12 | Work on determining case characterization for purposes of the bankruptcy filing. | L240 | JDR | .40 | 293.00 | 117.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Drafting and revising proposed Judgment, Order of Sale, Appointment of Master, and Attorneys Fees. | L240 | CET | 2.40 | 293.00 | 703.20 |
| 06/12/12 | Analyzing the effect naming of party in quiet title action | L240 | CET | .40 | 293.00 | 117.20 |
| 06/12/12 | Analyzing each of the case captions in the 6 consolidated actions to provide to the client, as well as status of dismissals of claims against each of the parties in each of the 6 suits. | L240 | CET | 1.00 | 293.00 | 293.00 |
| 06/13/12 | Email correspondence with J. Ho regarding fees incurred to date | L240 | CET | .20 | 293.00 | 58.60 |
| 06/13/12 | Drafting and revising the Motion for Entry of Judgment, Order of Sale, Appointment of Master and Attorneys Fees. | L240 | CET | 2.80 | 293.00 | 820.40 |
| 06/13/12 | Drafting and revising Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys Fees. | L240 | CET | .90 | 293.00 | 263.70 |
| 06/13/12 | Researching the requirements of appointments of masters. | L240 | CET | .50 | 293.00 | 146.50 |
| 06/13/12 | Researching requirements for  motions for fees. | L240 | CET | .60 | 293.00 | 175.80 |
| 06/13/12 | Researching federal court opinions for preferred methods of sale in foreclosure proceedings and sample opinions regarding same. | L240 | CET | .70 | 293.00 | 205.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/13/12 | Reading and analyzing the Court's various Orders granting summary judgment and distinguishing between the declaratory judgment action and the foreclosure action in the consolidated cases. | L240 | CET | 1.50 | 293.00 | 439.50 |
| 06/13/12 | Reading and analyzing notice received from the court clerk regarding borrower's mail being returned as undeliverable. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/14/12 | Analyzing foreclosure statutes regarding orders of sale and  appraising and selling property. | L240 | CET | 1.00 | 293.00 | 293.00 |
| 06/14/12 | Researching law regarding redemption. | L240 | CET | .60 | 293.00 | 175.80 |
| 06/15/12 | Drafting and revising Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | 2.40 | 293.00 | 703.20 |
| 06/15/12 | Drafting and revising Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | .70 | 293.00 | 205.10 |
| 06/15/12 | Drafting and revising proposed Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | 1.30 | 293.00 | 380.90 |
| 06/18/12 | Telephone conversation with Jim Frazier regarding sale of the property if so ordered by the court. | L240 | CET | .40 | 293.00 | 117.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Analyzing the need for legal research regarding similar orders of sale | L240 | CET | .50 | 293.00 | 146.50 |
| 06/18/12 | Drafting and revising Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | 1.40 | 293.00 | 410.20 |
| 06/18/12 | Drafting and revising proposed Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | 1.50 | 293.00 | 439.50 |
| 06/18/12 | Drafting and revising Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | 3.30 | 293.00 | 966.90 |
| 06/19/12 | Drafting and revising the Declaration to attach to the Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys Fees. | L240 | CET | .70 | 293.00 | 205.10 |
| 06/19/12 | Revising the Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys Fees | L240 | CET | .40 | 293.00 | 117.20 |
| 06/19/12 | Revising the proposed Judgment, Order of Sale, Appointment of Master, and Attorneys Fees | L240 | CET | .30 | 293.00 | 87.90 |
| 06/19/12 | Email correspondence with Jim Frazier regarding the draft declaration and Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys Fees. | L240 | CET | .30 | 293.00 | 87.90 |
| 06/19/12 | Analyzing cases and orders of sale | L240 | CET | .80 | 293.00 | 234.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     5
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Email correspondence with Jim Frazier, Master Commissioner, regarding declaration and the Motion for Judgment, Order of Sale, Appointment of Master and Attorneys' Fees | L240 | CET | .20 | 293.00 | 58.60 |
| 06/20/12 | Reading and analyzing suggested revisions to declaration and the Motion for Judgment, Order of Sale, Appointment of Master and Attorneys' Fees | L240 | CET | .60 | 293.00 | 175.80 |
| 06/20/12 | Revising the Motion for Judgment, Order of Sale, Appointment of Master and Attorneys' Fees | L240 | CET | .40 | 293.00 | 117.20 |
| 06/20/12 | Revising the Declaration in Support of Motion for Judgment, Order of Sale, Appointment of Master and Attorneys' Fees | L240 | CET | .40 | 293.00 | 117.20 |
| 06/20/12 | Email correspondence with J. Frazier regarding the Declaration. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/20/12 | Email correspondence with J. Ho regarding fees incurred | L240 | CET | .20 | 293.00 | 58.60 |
| 06/20/12 | Email correspondence with J. Frazier regarding Declaration. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/20/12 | Reading and analyzing Court's Order granting leave to file Response to Motion for Reconsideration. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/20/12 | Reading and analyzing clerk's note filing Response to Motion for Reconsideration. | L240 | CET | .20 | 293.00 | 58.60 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      6
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Reading and analyzing clerk's note regarding delivery failure to borrower of recent orders. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/21/12 | Reading and analyzing statement of legal expenses | L240 | CET | .40 | 293.00 | 117.20 |
| 06/21/12 | Lengthy email correspondence with D. Fornshell invoices regarding amounts | L240 | CET | .50 | 293.00 | 146.50 |
| 06/21/12 | Revising the Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys Fees | L240 | CET | .40 | 293.00 | 117.20 |
| 06/21/12 | Revising proposed Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees | L240 | CET | .40 | 293.00 | 117.20 |
| 06/21/12 | Email correspondence with D. Fornshell regarding borrower's residency status | L240 | CET | .20 | 293.00 | 58.60 |
| 06/21/12 | Telephone conversation with J. Ho regarding the information necessary to file the Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | .30 | 293.00 | 87.90 |
| 06/27/12 | Reading, analyzing and redacting Dinsmore invoices | L240 | CET | .50 | 293.00 | 146.50 |
| 06/27/12 | Email correspondence with D. Fornshell regarding requesting he sign a declaration with respect to the fees paid to his firm in support of the motion for attorneys fees. | L240 | CET | .20 | 293.00 | 58.60 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    7
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Drafting and revising Declaration regarding the fees and expenses charged to and paid by GMAC | L240 | CET | .70 | 293.00 | 205.10 |
| 06/27/12 | Drafting and revising the Declaration of Christopher E. Thorsen in support of the Motion for Attorneys Fees. | L240 | CET | .70 | 293.00 | 205.10 |
| 06/27/12 | Analyzing the legal expenses incurred in defending and prosecuting the actions in connection with moving the court to award attorneys fees as part of the final judgment. | L240 | CET | 1.00 | 293.00 | 293.00 |
| 06/27/12 | Email correspondence with J. Ho  Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | .30 | 293.00 | 87.90 |
| 06/27/12 | Drafting and revising Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | 1.80 | 293.00 | 527.40 |
| 06/27/12 | Reviewing and analyzing the various pleadings and counterclaims asserted by the parties in the six consolidated actions in connection with drafting the Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys Fees. | L240 | CET | 1.40 | 293.00 | 410.20 |
| 06/27/12 | Revising the Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | .40 | 293.00 | 117.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     8
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Revising the proposed Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | .40 | 293.00 | 117.20 |
| 06/28/12 | Reviewing and redacting legal invoices in support of the motion for attorneys fees. | L240 | CET | 1.40 | 293.00 | 410.20 |
| 06/28/12 | Reviewing and redacting invoices from the Dinsmore firm in support of the motion for attorneys fees. | L240 | CET | .50 | 293.00 | 146.50 |
| 06/28/12 | Email correspondence with D. Fornshell regarding declaration. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/28/12 | Reading and analyzing the finalized declaration in support of the motion for attorneys fees. | L240 | CET | .30 | 293.00 | 87.90 |
| 06/28/12 | Revising Declaration of Christopher E. Thorsen in support of the motion for attorneys fees. | L240 | CET | .40 | 293.00 | 117.20 |
| 06/28/12 | Revising and finalizing the Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees for filing. | L240 | CET | .50 | 293.00 | 146.50 |
| 06/28/12 | Revising and finalizing the Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees. | L240 | CET | .50 | 293.00 | 146.50 |
| 06/28/12 | Revising and finalizing the proposed Judgment, Order of Sale, Appointment of Master and Attorneys' Fees in the foreclosure action. | L240 | CET | .60 | 293.00 | 175.80 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    9
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

FEES                                                                                    $13,302.20

### DESCRIPTION OF DISBURSEMENTS

| | | | |
|--|--|--|--|
| 01 | Copy Charges | | 0.00 |
| 35 | Express Mail/Fedex | | 0.00 |
| 41 | Computerized Legal Research-Westlaw | | 0.00 |
| 58 | FED DOCKET SERV-PACER | | 23.70 |

COSTS                                                                                 $23.70

AMOUNT DUE THIS BILL                                                  $13,325.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    10
SEPTEMBER 14, 2012

0G2012-301008

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | 1.20 | 351.60 |
| Christopher E. Thorsen | Partner | 293.00 | 44.20 | 12,950.60 |
| Total | | | 45.40 | 13,302.20 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301008
INVOICE #  804574

BILL AMOUNT        $13,325.90

To:    ResCap                        TC Number:        689042
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034      Invoice No.       804574
                                      Period ending:    06/30/2012

Case Management Number      LD   0G2012-301008

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L240 | Dispositive Motions | 45.00 | $ 13,185.00 |
| L510 | Appellate Motions and Submissions | 0.40 | $   117.20 |

```
                    ===================================
            TOTAL FEES     45.40    $ 13,302.20

              TOTAL FEES DUE              $ 13,302.20
      TOTAL DISBURSEMENTS DUE             $     23.70
       TOTAL DUE THIS INVOICE            $ 13,325.90
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301009

INVOICE #  804575

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301009  TC Number: 696479

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client regarding applicability of automatic stay to case | L190 | RLB | .20 | 266.00 | 53.20 |
| 06/05/12 | Review and respond to e-mail from S.Tew regarding status of depositions | L330 | RLB | .20 | 266.00 | 53.20 |
| 06/05/12 | Conference with R.Blossom regarding case issues and bankruptcy stay | L120 | ETT | .20 | 280.00 | 56.00 |
| 06/06/12 | Conferences with R.Blossom and C.Hawkins regarding case issues and stay | L120 | ETT | .50 | 280.00 | 140.00 |
| 06/06/12 | Telephone conference with S.Tew regarding case issues and stay | L120 | ETT | .30 | 280.00 | 84.00 |
| 06/06/12 | Review correspondence regarding conference call with opposing counsel | L120 | ETT | .20 | 280.00 | 56.00 |
| 06/06/12 | Teleconference with S.Tew regarding depositions | L330 | RLB | .40 | 266.00 | 106.40 |
| 06/06/12 | Draft notice of cancellation of deposition | L330 | RLB | .60 | 266.00 | 159.60 |
| 06/06/12 | Call to plaintiff's counsel regarding depositions | L330 | RLB | .20 | 266.00 | 53.20 |
| 06/06/12 | Teleconference with co-counsel regarding bankruptcy automatic stay issues | L190 | RLB | .80 | 266.00 | 212.80 |
| 06/06/12 | Telephone call to client regarding bankruptcy stay issues | L190 | RLB | .20 | 266.00 | 53.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
SEPTEMBER 14, 2012

Rescap

0G2012-301009

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Work through litigation strategy related to claim objection and automatic stay | L120 | CLHA | .70 | 345.00 | 241.50 |
| 06/07/12 | Prepare for conference call with opposing counsel | L120 | ETT | .10 | 280.00 | 28.00 |
| 06/07/12 | Conference call with opposing counsel regarding case status and bankruptcy issues | L120 | ETT | .30 | 280.00 | 84.00 |
| 06/07/12 | Conference with R.Blossom regarding case status and bankruptcy issues | L120 | ETT | .20 | 280.00 | 56.00 |
| 06/14/12 | Review correspondence from S.Tew regarding case issues | L120 | ETT | .10 | 280.00 | 28.00 |
| 06/28/12 | Review amended scheduling order | L190 | RLB | .10 | 266.00 | 26.60 |
| 06/28/12 | Telephone conference with local counsel regarding amended scheduling order | L190 | RLB | .10 | 266.00 | 26.60 |

FEES                                $1,518.30

## DESCRIPTION OF DISBURSEMENTS

61        Local Counsel Fees                           422.90

COSTS                  $422.90

AMOUNT DUE THIS BILL          $1,941.20



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE        3
SEPTEMBER 14, 2012

0G2012-301009

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301009

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| Ethan Tidmore | Partner | 280.00 | 1.90 | 532.00 |
| Rashad L. Blossom | Associate | 266.00 | 2.80 | 744.80 |
| Total | | | 5.40 | 1,518.30 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

BILL AMOUNT        $1,941.20

SEPTEMBER 14, 2012
0G2012-301009
INVOICE #  804575

To:    ResCap                    TC Number:        696479
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034  Invoice No.       804575
                                  Period ending:    06/30/2012

Case Management Number    LD  0G2012-301009

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.60 | $   773.50 |
| L190 | Other Case Assessment, Develop't/Admin | 1.40 | $   372.40 |
| L330 | Depositions | 1.40 | $   372.40 |
| | TOTAL FEES | 5.40 | $  1,518.30 |

|  |  |
|---|---|
| TOTAL FEES DUE | $  1,518.30 |
| TOTAL DISBURSEMENTS DUE | $    422.90 |
| TOTAL DUE THIS INVOICE | $  1,941.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 14, 2012
1100 Virginia Drive                                        0G2012-301010
Fort Washington, PA 19034

                                                           INVOICE #  804576

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301010   TC Number: 714753

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft June 2012 status update regarding escrow monies and original note | L120 | phn | .20 | 200.00 | 40.00 |
| 06/08/12 | Draft letter to Plaintiff regarding conference on escrow monies and nonsuit order | L190 | phn | .30 | 200.00 | 60.00 |

FEES                                              $100.00

AMOUNT DUE THIS BILL                              $100.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301010

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | .50 | 100.00 |
| Total | | | .50 | 100.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                      SEPTEMBER 14, 2012
                                                           0G2012-301010
BILL AMOUNT          $100.00                               INVOICE #  804576

```
To:    ResCap                          TC Number:        714753
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804576
                                       Period ending:    06/30/2012
```

Case Management Number      LD  0G2012-301010

| Code | Task | Hours | | Current Invoice Fees |
|------|------|-------|---|------|
| L120 | Analysis/Strategy | 0.20 | $ | 40.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 60.00 |
| | =============================================== | | | |
| | TOTAL FEES | 0.50 | $ | 100.00 |
| | | | | |
| | TOTAL FEES DUE | | $ | 100.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 100.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301012

INVOICE #  804577

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301012  TC Number: 704174

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Review and analyze file to draft case status report for client | L120 | KE | .20 | 150.00 | 30.00 |
| 06/05/12 | Exchange emails with Plaintiff's counsel regarding deposition notice | L330 | HTC | .20 | 315.00 | 63.00 |
| 06/07/12 | Review case file to prepare to draft discovery responses | L120 | RK | 2.10 | 185.00 | 388.50 |
| 06/07/12 | Draft responses to requests for production | L601 | RK | 1.40 | 185.00 | 259.00 |
| 06/07/12 | Begin preparation of responses to interrogatories and requests for production | L310 | GWG | .50 | 263.00 | 131.50 |
| 06/08/12 | Assimilation and compilation of Plaintiff's First Requests for Production Notice of Service and Notice of Deposition | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/08/12 | Draft responses to interrogatories | L601 | RK | 2.40 | 185.00 | 444.00 |
| 06/11/12 | Revise discovery responses | L601 | RK | 1.80 | 185.00 | 333.00 |
| 06/11/12 | Work on responses to plaintiff's written discovery and 30(b)(6) notice | L310 | GWG | .60 | 263.00 | 157.80 |
| 06/11/12 | Email communication regarding previous depositions with representative and provide information to attorney regarding the same | L120 | KE | .20 | 150.00 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Research rules of civil procedure regarding 30b 6 Notice | L120 | KE | .40 | 150.00 | 60.00 |
| 06/12/12 | Work on responses to plaintiff's interrogatories and requests for production | L310 | GWG | .80 | 263.00 | 210.40 |
| 06/12/12 | Revise discovery responses | L601 | RK | .40 | 185.00 | 74.00 |
| 06/12/12 | Draft correspondence to H.Franchi requesting additional information | L120 | RK | .40 | 185.00 | 74.00 |
| 06/14/12 | Draft objections to 30(b)(6) notice | L210 | RK | .60 | 185.00 | 111.00 |
| 06/14/12 | Telephone conference with C.Shares regarding deposition notice | L120 | HTC | .40 | 315.00 | 126.00 |
| 06/15/12 | Draft remaining portions of objections to 30(b)(6) notice | L210 | RK | 2.20 | 185.00 | 407.00 |
| 06/21/12 | Prepare for and attend conference with H.Franchi and P.Stokes regarding 30(b)(6) notice | L120 | RK | 1.30 | 185.00 | 240.50 |
| 06/21/12 | Telephone conference with P.Stokes and H.Franchi regarding discovery requests and 30b6 notice and telephone conference with M.Wilson at Carlton regarding same and review draft objections | L330 | HTC | 1.20 | 315.00 | 378.00 |
| 06/22/12 | Review amended and restated agreement and PSA | L120 | HTC | .30 | 315.00 | 94.50 |
| 06/24/12 | Review 30(b)(6) objections | L210 | RK | .80 | 185.00 | 148.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
SEPTEMBER 14, 2012

0G2012-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Revise discovery responses to account for information recently received from GMAC | L120 | RK | 1.30 | 185.00 | 240.50 |
| 06/27/12 | Revise responses to plaintiff's interrogatories and requests for production | L310 | GWG | .30 | 263.00 | 78.90 |
| 06/27/12 | Exchange emails with client regarding delegated authority | L120 | HTC | .10 | 315.00 | 31.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | FEES | | | | | $4,186.10 |
| 01 | Copy Charges | | | | | 0.00 |
| | AMOUNT DUE THIS BILL | | | | | $4,186.10 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301012

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .80 | 120.00 |
| Hope Cannon | Partner | 315.00 | 2.20 | 693.00 |
| Allison Burke | Paralegal | 150.00 | .50 | 75.00 |
| Graham W. Gerhardt | Partner | 263.00 | 2.20 | 578.60 |
| Riley Key | Associate | 185.00 | 14.70 | 2,719.50 |
| Total | | | 20.40 | 4,186.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT         $4,186.10

SEPTEMBER 14, 2012
0G2012-301012
INVOICE #  804577

```
To:    ResCap                          TC Number:        704174
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804577
                                       Period ending:    06/30/2012
```

Case Management Number      LD  0G2012-301012

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.50 | $    75.00 |
| L120 | Analysis/Strategy | 6.70 | $  1,315.50 |
| L210 | Pleadings | 3.60 | $   666.00 |
| L310 | Written Discovery | 2.20 | $   578.60 |
| L330 | Depositions | 1.40 | $   441.00 |
| L601 | Discovery planning | 6.00 | $  1,110.00 |

```
             ===================================
       TOTAL FEES       20.40     $  4,186.10

              TOTAL FEES DUE              $  4,186.10
       TOTAL DISBURSEMENTS DUE            $      0.00
          TOTAL DUE THIS INVOICE          $  4,186.10
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301017

INVOICE #  804578

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301017  TC Number: 693257

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Status report regarding notice of bankruptcy filed | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/15/12 | Review appellate court decision and forward to J.Hoy with commentary | L120 | KSA | .30 | 223.00 | 66.90 |

|  |  | FEES |  |  |  | $89.20 |
| 01 | Copy Charges |  |  |  | 0.00 |  |
|  |  | AMOUNT DUE THIS BILL |  |  |  | $89.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301017

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .40 | 89.20 |
| Total | | | .40 | 89.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    SEPTEMBER 14, 2012
                                                         0G2012-301017
BILL AMOUNT          $89.20                               INVOICE #  804578

---

To:    ResCap                        TC Number:        693257
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034      Invoice No.       804578
                                     Period ending:    06/30/2012


Case Management Number      LD   0G2012-301017


                                          Current Invoice
Code Task                             Hours            Fees

L120 Analysis/Strategy                0.40      $    89.20

                            ==================================
                     TOTAL FEES      0.40      $    89.20

                     TOTAL FEES DUE            $    89.20
              TOTAL DISBURSEMENTS DUE          $     0.00
                 TOTAL DUE THIS INVOICE        $    89.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0G2012-301020
Fort Washington, PA 19034

                                                          INVOICE #  804579

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301020   TC Number: 709049

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Review and analyze borrower's reply brief | L120 | MSW | .40 | 254.00 | 101.60 |
| 06/22/12 | Research South Carolina Rules of Appellate Procedure regarding nature of reply brief filed by borrower | L520 | BC | .30 | 225.00 | 67.50 |
| 06/22/12 | Review initial reply brief | L520 | BC | .30 | 225.00 | 67.50 |
| 06/25/12 | Research on scope of appeal a | L510 | MJA | .30 | 297.00 | 89.10 |
| 06/26/12 | Continue research of South Carolina Rules of Appellate Procedure regarding initial reply brief | L520 | BC | .50 | 225.00 | 112.50 |
| 06/26/12 | Continue review of initial reply brief | L520 | BC | .50 | 225.00 | 112.50 |
| 06/27/12 | Meeting with M.Palmer regarding motion to strike | L210 | BC | .30 | 225.00 | 67.50 |
| 06/27/12 | Draft motion to strike for borrowers initial reply brief | L510 | BC | 3.00 | 225.00 | 675.00 |
| 06/28/12 | Draft status report for client regarding motion to strike | L120 | MSW | .10 | 254.00 | 25.40 |

                              FEES                                    $1,318.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301020

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,318.60

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
SEPTEMBER 14, 2012

0G2012-301020

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Mark S. Wierman | Associate | 254.00 | .50 | 127.00 |
| Bethany Corbin | Law Clerk | 225.00 | 4.90 | 1,102.50 |
| Total | | | 5.70 | 1,318.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              SEPTEMBER 14, 2012
                                                    0G2012-301020
BILL AMOUNT        $1,318.60                         INVOICE #  804579

To:    ResCap                       TC Number:          709049
       1100 Virginia Drive          Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804579
                                    Period ending:      06/30/2012

Case Management Number        LD   0G2012-301020

| | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.50 | $ 127.00 |
| L210 Pleadings | | 0.30 | $ 67.50 |
| L510 Appellate Motions and Submissions | | 3.30 | $ 764.10 |
| L520 Appellate Briefs | | 1.60 | $ 360.00 |

                          ===================================
              TOTAL FEES      5.70    $  1,318.60

                    TOTAL FEES DUE          $  1,318.60
          TOTAL DISBURSEMENTS DUE           $      0.00
           TOTAL DUE THIS INVOICE           $  1,318.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301021

INVOICE #  804580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301021  TC Number: 712398

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review docket and order in cases filed by plaintiff regarding status of appeal | L120 | JB | .70 | 190.00 | 133.00 |
| 06/01/12 | Review district judge's order on  motion to dismiss | L120 | GEG | .30 | 335.00 | 100.50 |
| 06/11/12 | Receive and review court mail and strategize regarding same | L120 | GEG | .60 | 335.00 | 201.00 |
| 06/12/12 | Further review of court's consolidation of appeals orders | L120 | GEG | .30 | 335.00 | 100.50 |
| 06/12/12 | Review docket and pleadings regarding consolidation of appeals | L120 | JB | .30 | 190.00 | 57.00 |

                                           FEES                    $592.00

### DESCRIPTION OF DISBURSEMENTS

        58        FED DOCKET SERV-PACER                           5.80

                                    COSTS                         $5.80

                        AMOUNT DUE THIS BILL                    $597.80

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301021

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 1.20 | 402.00 |
| James Bailey | Associate | 190.00 | 1.00 | 190.00 |
| Total | | | 2.20 | 592.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 14, 2012
                                                          0G2012-301021
BILL AMOUNT        $597.80                                INVOICE #  804580

To:    ResCap                    TC Number:        712398
       1100 Virginia Drive       Invoice Date:     09/14/2012
       Fort Washington, PA 19034 Invoice No.       804580
                                 Period ending:    06/30/2012

Case Management Number     LD  0G2012-301021

                                         Current Invoice
Code Task                            Hours              Fees

L120 Analysis/Strategy               2.20      $    592.00

                        ==================================
                 TOTAL FEES          2.20      $    592.00

                 TOTAL FEES DUE                $    592.00
          TOTAL DISBURSEMENTS DUE              $      5.80
          TOTAL DUE THIS INVOICE               $    597.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301023

INVOICE #   804581

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301023   TC Number: 709039

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Correspondence with title insurance counsel regarding deed in lieu of foreclosure | L160 | MCG | .20 | 323.00 | 64.60 |
| 06/25/12 | Correspondence with J.Ho regarding procurement of title insurance | C300 | MCG | .10 | 323.00 | 32.30 |

FEES                                             $96.90

AMOUNT DUE THIS BILL                             $96.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301023

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Total | | | .30 | 96.90 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                SEPTEMBER 14, 2012
                                                      0G2012-301023
BILL AMOUNT          $96.90                           INVOICE #  804581

To:    ResCap                    TC Number:           709039
       1100 Virginia Drive       Invoice Date:        09/14/2012
       Fort Washington, PA 19034  Invoice No.         804581
                                 Period ending:       06/30/2012

Case Management Number      LD  0G2012-301023

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.10 | $ 32.30 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ 64.60 |
| | | ================================ | |
| | TOTAL FEES | 0.30 | $ 96.90 |

                       TOTAL FEES DUE           $   96.90
              TOTAL DISBURSEMENTS DUE           $    0.00
                  TOTAL DUE THIS INVOICE        $   96.90



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301024

INVOICE #  804582

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301024   TC Number: 696712

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Draft status report regarding notice of bankruptcy and loan modification | L120 | RK | .10 | 185.00 | 18.50 |
| 06/08/12 | Review of Order to Clerk to Close State Court File and update file regarding same. | L110 | MST | .20 | 150.00 | 30.00 |
| 06/11/12 | Calls with J. Arriaga and L. Moreno regarding effect of bankruptcy on any attempts to resolve the case | L120 | GWG | .40 | 263.00 | 105.20 |

FEES                                        $153.70

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 257.41 |

COSTS                                       $257.41

AMOUNT DUE THIS BILL                        $411.11

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301024

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Riley Key | Associate | 185.00 | .10 | 18.50 |
| Total | | | .70 | 153.70 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 14, 2012
                                                               0G2012-301024
BILL AMOUNT          $411.11                                   INVOICE #  804582

To:    ResCap                        TC Number:          696712
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804582
                                     Period ending:      06/30/2012

Case Management Number      LD   0G2012-301024

|                                               | Current Invoice | |
| Code Task                                     | Hours | Fees |
|-----------------------------------------------|-------|------|
| L110 Fact Investigation/Development           | 0.20  | $    30.00 |
| L120 Analysis/Strategy                        | 0.50  | $   123.70 |
| =================================== | | |
| TOTAL FEES                         | 0.70 | $   153.70 |

                    TOTAL FEES DUE              $     153.70
            TOTAL DISBURSEMENTS DUE             $     257.41
                TOTAL DUE THIS INVOICE          $     411.11



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301026

INVOICE #  804583

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301026  TC Number: 713334

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Evaluate case re: notice of bankruptcy | L120 | JMH | .30 | 241.00 | 72.30 |
| 06/06/12 | Revise and supplement response to sanctions motion | L350 | JMH | 1.50 | 241.00 | 361.50 |
| 06/06/12 | Work on opposition to plaintiff's motion for sanctions | L210 | GWG | 3.30 | 263.00 | 867.90 |
| 06/07/12 | Prepare legal and factual arguments in response to plaintiff's motion for sanctions | L210 | GWG | 2.00 | 263.00 | 526.00 |
| 06/07/12 | E-mail to K.Dutill regarding documents and information needed to provide to opposing counsel | L320 | JMH | .40 | 241.00 | 96.40 |
| 06/07/12 | Review and analyze issues related to discovery dispute and borrower's motion for sanctions | L320 | CWH | .40 | 330.00 | 132.00 |
| 06/08/12 | Strategy meetings and calls to opposing counsel regarding plaintiff's pending motion for sanctions | L210 | GWG | 1.40 | 263.00 | 368.20 |
| 06/11/12 | Revise and edit response to plaintiff's motion for sanctions | L210 | GWG | 2.00 | 263.00 | 526.00 |
| 06/11/12 | E-mails to and from J.Hoy regarding information originally sought from K.Dutill | L320 | JMH | .40 | 241.00 | 96.40 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 14, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Draft status report for client regarding sanctions motion and summary judgment motion | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/11/12 | Review and consider issues relating to motion for sanctions hearing, outstanding discovery and whether case can be resolved | L120 | HTC | .40 | 315.00 | 126.00 |
| 06/11/12 | Analyze issues and background facts in preparation for hearing on motion for sanctions | L230 | HTC | .80 | 315.00 | 252.00 |
| 06/11/12 | Review and revise response in opposition to motion for sanctions | L250 | HTC | .70 | 315.00 | 220.50 |
| 06/11/12 | Draft email to J.Hoy regarding settlement options and last offer and response | L120 | HTC | .50 | 315.00 | 157.50 |
| 06/11/12 | Work on selecting relevant e-mails and other communications with opposing counsel regarding discovery | L350 | JMH | 1.70 | 241.00 | 409.70 |
| 06/11/12 | Telephone conference with J.Hoy regarding hearing on plaintiff's sanctions motion and information needed for producing documents | L350 | JMH | .30 | 241.00 | 72.30 |
| 06/12/12 | Draft production log for attorney review | L320 | AHC | .80 | 145.00 | 116.00 |
| 06/12/12 | Analyze issues relating to documents needed to be produced prior to hearing on motion for sanctions and review prior productions as well as M.Bennitts' deposition testimony regarding same and motion to compel | L250 | HTC | 8.00 | 315.00 | 2,520.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 14, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | E-mails to and from J.Hoy regarding information to produce | L320 | JMH | .80 | 241.00 | 192.80 |
| 06/12/12 | Evaluate settlement options | L160 | JMH | .40 | 241.00 | 96.40 |
| 06/12/12 | Revise current draft of response to sanctions motion | L350 | JMH | 1.10 | 241.00 | 265.10 |
| 06/12/12 | Review all prior pleadings and discovery-related correspondence for use in opposition to plaintiff's motion for sanctions | L210 | GWG | .90 | 263.00 | 236.70 |
| 06/12/12 | Conference call with J. Hoy regarding Alabama litigation file | L120 | GWG | .30 | 263.00 | 78.90 |
| 06/13/12 | E-mails to and from J.Hoy regarding milestones and information related to discovery at issue | L120 | JMH | .70 | 241.00 | 168.70 |
| 06/13/12 | Additional revisions to response to sanctions motion | L350 | JMH | .20 | 241.00 | 48.20 |
| 06/13/12 | Review correspondence file and prior discovery requests in anticipation of hearing on motion for sanctions and revise second draft of same | L250 | HTC | 3.10 | 315.00 | 976.50 |
| 06/13/12 | Draft status report for client regarding reassignment of case | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/14/12 | Review and continue editing revised versions of response to motion for sanctions | L250 | HTC | .80 | 315.00 | 252.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/15/12 | Prepare exhibit for electronic filing | L210 | JAM | .50 | 145.00 | 72.50 |
| 06/15/12 | Final review of GMAC's Response to Plaintiff's Motion for Sanctions prior to submission to Court | L210 | JAM | .30 | 145.00 | 43.50 |
| 06/15/12 | Draft cover letter to accompany discovery responses | L320 | JMH | .30 | 241.00 | 72.30 |
| 06/15/12 | Review and analyze screen shots and milestone report | L320 | JMH | .40 | 241.00 | 96.40 |
| 06/15/12 | Work on selecting documents and pleadings to be included in hearing notebook | L350 | JMH | .90 | 241.00 | 216.90 |
| 06/15/12 | Final revisions to response to sanctions motion | L350 | JMH | .30 | 241.00 | 72.30 |
| 06/15/12 | Receive and review filed copy of response to sanctions motion | L350 | JMH | .10 | 241.00 | 24.10 |
| 06/18/12 | Review and analysis of additional pleadings and organization of hearing notebook in preparation for hearing on borrower's Motion for Sanctions | L440 | AHC | 3.50 | 145.00 | 507.50 |
| 06/18/12 | Evaluate likelihood of settlement | L120 | JMH | .20 | 241.00 | 48.20 |
| 06/18/12 | Receive and review multiple emails from J.Hoy re settlement | L160 | JMH | .20 | 241.00 | 48.20 |
| 06/18/12 | Telephone conference with D.Grimsley, plaintiffs' counsel regarding sanctions hearing and settlement | L120 | HTC | .20 | 315.00 | 63.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 14, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Prepare for hearing on motion for sanctions | L120 | HTC | 4.50 | 315.00 | 1,417.50 |
| 06/18/12 | Telephone conference with Judge Partin's chambers regarding location of hearing on sanctions motion | L350 | JMH | .10 | 241.00 | 24.10 |
| 06/19/12 | Prepare for hearing and attendance at hearing and conference with counsel regarding settlement posture | L230 | HTC | 6.80 | 315.00 | 2,142.00 |
| 06/20/12 | Analyze issues relating to case, settlement opportunity and summary judgment | L120 | HTC | 1.00 | 315.00 | 315.00 |
| 06/20/12 | Participate in Alabama case status telephone conference with J.Hoy and others regarding sanctions hearing and anticipated next steps in case | L120 | JMH | .40 | 241.00 | 96.40 |
| 06/26/12 | Receive and review order from trial court denying plaintiff's motion for sanctions | L350 | JMH | .10 | 241.00 | 24.10 |
| 06/26/12 | Receive and review order from trial court setting GMAC's summary-judgment motion for a hearing | L450 | JMH | .10 | 241.00 | 24.10 |
| 06/26/12 | Analyze issues relating to summary judgment motion and foreclosure | L240 | HTC | .10 | 315.00 | 31.50 |
| 06/26/12 | Receive and review orders from trial court continue denying plaintiffs' sanctions motion and setting our motion for a summary judgment for a hearing | L350 | JMH | .20 | 241.00 | 48.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    6
SEPTEMBER 14, 2012

0G2012-301026

FED ID NO. 63-0243316

FEES                                         $14,672.00

## DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 52.00 |
| 21 | Travel Expense | 423.66 |
| 23 | Meal Expense | 53.65 |

COSTS                          $529.31

AMOUNT DUE THIS BILL           $15,201.31

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     7
SEPTEMBER 14, 2012

0G2012-301026

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 26.90 | 8,473.50 |
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 4.30 | 623.50 |
| Jamie Mathews | Paralegal | 145.00 | .80 | 116.00 |
| Graham W. Gerhardt | Partner | 263.00 | 9.90 | 2,603.70 |
| Jonathan Hooks | Associate | 241.00 | 11.30 | 2,723.30 |
| Total | | | 53.60 | 14,672.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301026

BILL AMOUNT        $15,201.31                                INVOICE #  804583

To:    ResCap                          TC Number:           713334
       1100 Virginia Drive            Invoice Date:        09/14/2012
       Fort Washington, PA 19034      Invoice No.          804583
                                       Period ending:       06/30/2012

Case Management Number      LD   0G2012-301026

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 8.70 | $  2,591.70 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $    144.60 |
| L210 | Pleadings | 10.40 | $  2,640.80 |
| L230 | Court Mandated Conferences | 7.60 | $  2,394.00 |
| L240 | Dispositive Motions | 0.10 | $     31.50 |
| L250 | Other Written Motions/Submissions | 12.60 | $  3,969.00 |
| L320 | Document Production | 3.50 | $    802.30 |
| L350 | Discovery Motions | 6.50 | $  1,566.50 |
| L440 | Other Trial Preparation and Support | 3.50 | $    507.50 |
| L450 | Trial and Hearing Attendance | 0.10 | $     24.10 |

===========================================
                    TOTAL FEES    53.60   $ 14,672.00

                    TOTAL FEES DUE              $ 14,672.00
            TOTAL DISBURSEMENTS DUE             $    529.31
            TOTAL DUE THIS INVOICE             $ 15,201.31



### BRADLEY ARANT
### BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0G2012-301027
Fort Washington, PA 19034

INVOICE #  804584

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301027  TC Number: 712180

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding scheduling of hearing on motion for leave to amend complaint | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/01/12 | Email communication regarding hearing notice to pro se defendant | L110A | KE | .10 | 150.00 | 15.00 |
| 06/04/12 | Review June 2012 docket regarding reassignment of case to new judge | L120 | JDV | .10 | 219.00 | 21.90 |
| 06/04/12 | Telephone call with Judicial Assistant in Collier County, Florida regarding reassignment of judge and status of scheduled hearings | L110 | KK | .20 | 91.00 | 18.20 |
| 06/04/12 | Correspondence with J.Hoy regarding defendant's latest settlement proposal | L190 | JDV | .30 | 219.00 | 65.70 |
| 06/04/12 | Correspondence with defendant regarding review of defendant's latest settlement proposal | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/11/12 | Analysis of Defendant's Objection to Plaintiff's Request for Court's Referral to Magistrate Friedman for Plaintiff's Leave to Amend Complaint | L250 | JDV | .70 | 219.00 | 153.30 |
| 06/12/12 | Telephone calls with Judicial Assistant in Collier County regarding reassignment of judge and policies and procedures to re-set hearing and draft letter to the Judge regarding re-setting of hearing | L110 | KK | .30 | 91.00 | 27.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 14, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Analysis of Limited Objection to Interim Order filed by defendant in the United States Bankruptcy Court for the Southern District of New York | L250 | JDV | .20 | 219.00 | 43.80 |
| 06/12/12 | Review and analyze email from attorney regarding reassignment of judge and the necessity to reschedule hearing for new time allotted | L120 | KE | .10 | 150.00 | 15.00 |
| 06/14/12 | Communications with J.Hoy regarding defendant's filing of Limited Objection to Interim Order | L190 | JDV | .30 | 219.00 | 65.70 |
| 06/15/12 | Review and analyze file to locate all necessary pleadings and client documents to assemble hearing notebook for attorney appearance | L120 | KE | 3.20 | 150.00 | 480.00 |
| 06/18/12 | Review and analyze pleadings, motions, and client documents regarding motion for leave to amend complaint contested by defendant in preparation of upcoming hearing | L120 | JDV | 2.90 | 219.00 | 635.10 |
| 06/18/12 | Analysis of state law regarding standard for leave to amend | L120 | JDV | .50 | 219.00 | 109.50 |
| 06/18/12 | Correspondence with M.Thomas, tenant of property, regarding hearing on motion for leave to amend complaint | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/19/12 | Analysis of court file regarding outstanding orders and recent pleadings by defendant | L120 | JDV | .50 | 219.00 | 109.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 14, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | Conference with A.Arreaga, judicial assistant, regarding notice of hearing for motion for leave to amend complaint contested by defendant | L190 | JDV | .50 | 219.00 | 109.50 |
| 06/19/12 | Email J.Hoy regarding borrower's claims | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/20/12 | Correspondence with J.Hoy regarding hearing on motion for leave to amend complaint | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/21/12 | Correspondence with S.Molison, bankruptcy counsel, regarding limited objection filed with bankruptcy court | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/21/12 | Analysis of response to defendant's limited objection filed with bankruptcy court | L120 | JDV | .40 | 219.00 | 87.60 |
| 06/27/12 | Correspondence with J.Hoy regarding defendant's counterclaims | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/29/12 | Draft Notice of Appearance for Monica Wilson to attend July 6, 2012 hearing on motion for leave to amend | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                      $2,304.10

### DESCRIPTION OF DISBURSEMENTS

| 20 | Airline Tickets | 753.20 |
|----|-----------------|--------|
| 21 | Travel Expense | 191.52 |
| 23 | Meal Expense | 77.29 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
SEPTEMBER 14, 2012

0G2012-301027

FED ID NO. 63-0243316

COSTS                              $1,022.01

AMOUNT DUE THIS BILL               $3,326.11

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 14, 2012

0G2012-301027

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | 3.40 | 510.00 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Jose D. Vega | Associate | 219.00 | 7.60 | 1,664.40 |
| Kerry Keane | Paralegal | 91.00 | .70 | 63.70 |
| Total | | | 11.90 | 2,304.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                           SEPTEMBER 14, 2012
                                                 0G2012-301027
BILL AMOUNT        $3,326.11                      INVOICE #   804584

_____

To:    ResCap                    TC Number:          712180
       1100 Virginia Drive       Invoice Date:       09/14/2012
       Fort Washington, PA 19034  Invoice No.         804584
                                  Period ending:      06/30/2012


Case Management Number     LD   0G2012-301027


                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development        0.90    $     129.70
L110A Tire/Vehicle Examination and Review  0.10    $      15.00
L120 Analysis/Strategy                     7.70    $   1,458.60
L190 Other Case Assessment, Develop't/Admin 2.30   $     503.70
L250 Other Written Motions/Submissions     0.90    $     197.10


                   ==========================================
              TOTAL FEES      11.90    $   2,304.10

                    TOTAL FEES DUE         $   2,304.10
         TOTAL DISBURSEMENTS DUE           $   1,022.01
              TOTAL DUE THIS INVOICE       $   3,326.11



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301028

INVOICE #  804585

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301028  TC Number: 711093

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft June 2012 status update regarding judgment in favor of GMAC | L120 | phn | .20 | 200.00 | 40.00 |
| 06/05/12 | Receipt and analysis of original deposition transcripts | L240 | phn | .20 | 200.00 | 40.00 |
| 06/08/12 | Review and analyze plaintiff's motion for leave to proceed in forma pauperis on appeal | L120 | phn | .30 | 200.00 | 60.00 |
| 06/08/12 | Review and analyze plaintiff's notice of appeal | L120 | phn | .50 | 200.00 | 100.00 |
| 06/08/12 | Review and analyze Notice of Appeal received from court to determine case strategy | L210 | KE | .20 | 150.00 | 30.00 |
| 06/11/12 | Review notice of appeal and motion to proceed in forma pauperis | L520 | HTC | .10 | 315.00 | 31.50 |
| 06/11/12 | Legal analysis and research of plaintiff's appeal of final judgment | L120 | phn | .50 | 200.00 | 100.00 |
| 06/15/12 | Email exchange with G. Albright regarding reopening matter on appeal | L190 | phn | .20 | 200.00 | 40.00 |
| 06/15/12 | Review and analyze Court's warning case closed notice to parties | L120 | phn | .20 | 200.00 | 40.00 |
| 06/19/12 | Research on appeal status | L510 | MJA | .30 | 297.00 | 89.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 14, 2012

0G2012-301028

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Review and analyze Order Denying Motion for Leave to Proceed in forma pauperis on Appeal for case strategy | L120 | KE | .20 | 150.00 | 30.00 |
| 06/25/12 | Review and analyze Notice of Appeal received from court for case strategy | L210 | KE | .10 | 150.00 | 15.00 |
| 06/25/12 | Review and analyze Plaintiff's pleading requesting transcripts of 3/14/2012 status hearing | L120 | phn | .20 | 200.00 | 40.00 |

|  | FEES |  | $655.60 |
|--|------|--|---------|
|  | AMOUNT DUE THIS BILL |  | $655.60 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
SEPTEMBER 14, 2012

0G2012-301028

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .50 | 75.00 |
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Preston H. Neel | Associate | 200.00 | 2.30 | 460.00 |
| Total | | | 3.20 | 655.60 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301028
BILL AMOUNT          $655.60          INVOICE #  804585

To:    ResCap                        TC Number:        711093
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804585
                                     Period ending:    06/30/2012

Case Management Number     LD  0G2012-301028

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 2.10 | $ 410.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 40.00 |
| L210 | Pleadings | 0.30 | $ 45.00 |
| L240 | Dispositive Motions | 0.20 | $ 40.00 |
| L510 | Appellate Motions and Submissions | 0.30 | $ 89.10 |
| L520 | Appellate Briefs | 0.10 | $ 31.50 |

============================================

| | TOTAL FEES | 3.20 | $ 655.60 |
|---|---|---|---|
| | TOTAL FEES DUE | | $ 655.60 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 655.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0G2012-301031
Fort Washington, PA 19034

INVOICE #  804586

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301031   TC Number: 702685

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/03/12 | Draft status report regarding motion for judgment on the pleadings | L120 | RK | .10 | 185.00 | 18.50 |
| 06/04/12 | Draft initial portion of response to Plaintiff's objections to the magistrate's report | L210 | RK | 2.60 | 185.00 | 481.00 |
| 06/04/12 | Review Texas law for arguments to raise | L120 | RK | 1.80 | 185.00 | 333.00 |
| 06/05/12 | Review federal law on leave to amend | L120 | RK | 1.70 | 185.00 | 314.50 |
| 06/05/12 | Draft remaining portion of response to objections to magistrate judge's report | L210 | RK | 2.80 | 185.00 | 518.00 |
| 06/06/12 | Revise response to objections to magistrate findings | L210 | RK | 1.40 | 185.00 | 259.00 |
| 06/06/12 | Work on response to plaintiff's objections to the magistrate's report and recommendation | L210 | GWG | 1.50 | 263.00 | 394.50 |
| 06/18/12 | Review district court order granting summary judgment | L210 | GWG | .20 | 263.00 | 52.60 |

FEES                                                           $2,371.10


AMOUNT DUE THIS BILL                                           $2,371.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301031

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 14, 2012

0G2012-301031

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | 1.70 | 447.10 |
| Riley Key | Associate | 185.00 | 10.40 | 1,924.00 |
| Total | | | 12.10 | 2,371.10 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301031
BILL AMOUNT          $2,371.10                                   INVOICE #  804586

To:     ResCap                          TC Number:        702685
        1100 Virginia Drive             Invoice Date:     09/14/2012
        Fort Washington, PA 19034       Invoice No.       804586
                                        Period ending:    06/30/2012

Case Management Number       LD   0G2012-301031

|                   |              | Current Invoice | |
|-------------------|--------------|-------|---------|
| Code Task         |              | Hours | Fees    |
| L120 Analysis/Strategy |         | 3.60  | $   666.00 |
| L210 Pleadings    |              | 8.50  | $ 1,705.10 |
| TOTAL FEES        |              | 12.10 | $ 2,371.10 |
| TOTAL FEES DUE    |              |       | $ 2,371.10 |
| TOTAL DISBURSEMENTS DUE |        |       | $     0.00 |
| TOTAL DUE THIS INVOICE |         |       | $ 2,371.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301033

INVOICE #  804587

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301033   TC Number: 686851

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review file to determine status regarding Judge's ruling on Agreed Order | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/04/12 | Provide monthly status report to client regarding borrower's filing of a separate action in a separate court | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/04/12 | Provided monthly status report to client regarding: "Borrower filed a separate action in a separate court in this matter in September 2011, and we were made aware of it in early May through counsel for Ark-La-Tex Financial. Borrower had a new court declare the assignments of mortgage and substitute trustee transfer document void and invalid. We have filed motions attacking this new case, and once the court's judgment is vacated we plan to file motions consolidating this "new" case with our existing case borrower filed against Homecomings.  The trial in our existing matter remains set for August 6 but we anticipate a trial continuance being given." | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/04/12 | Email to counsel for borrower advising of new hearing date for motion for continuance of trial date | L450 | JHP | .10 | 245.00 | 24.50 |
| 06/04/12 | Move hearing on Motion for New Trial | L440 | BG | .10 | 190.00 | 19.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Correspondence from opposing counsel about cancellation of hearing | L230 | BG | .10 | 190.00 | 19.00 |
| 06/04/12 | Draft Notice of Bankruptcy | L210 | BG | .20 | 190.00 | 38.00 |
| 06/04/12 | Email communications to and from Judge Sebesta's assistant regarding Agreed Order and a ruling regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/04/12 | Efforts to coordinate hearing pertaining to Defendant's Motion for New Trial | L110 | ABB | .40 | 150.00 | 60.00 |
| 06/04/12 | Further efforts in coordinating hearing | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/04/12 | Emails to/from counsel for borrower to discuss moving hearing on motion to continue August trial | L250 | JHP | .30 | 245.00 | 73.50 |
| 06/05/12 | Analysis and review of file materials and coordinate hearing pertaining to Motion to Continue Trial and objections regarding same as well as preparation of Notice of Hearing | L110 | ABB | .80 | 150.00 | 120.00 |
| 06/05/12 | Detailed assessment of judgment file and coordinate hearing pertaining to Motion for New Trial and accompanying brief and preparation of Notice of Hearing and further telephone communications with court coordinator regarding same | L110 | ABB | .70 | 150.00 | 105.00 |
| 06/05/12 | Finalize Suggestion of Bankruptcy and prepare for service among all parties via certified mail and U.S mail | L110 | ABB | .50 | 150.00 | 75.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/07/12 | Correspondence with Settle Pou to discuss hearing dates on motions for new trial | L240 | JHP | .20 | 245.00 | 49.00 |
| 06/08/12 | Finalize and prepare Notice of Hearing for filing and service upon all parties and telephone conferences with Judge's judicial assistant and e-mail communications with all counsel regarding same | L110 | ABB | .90 | 150.00 | 135.00 |
| 06/12/12 | Receive and review documents from W.Kricken regarding Motion for New Trial and compilation of same | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/12/12 | Review notice of hearing for Settle Pou's Motion for New Trial | L250 | JHP | .10 | 245.00 | 24.50 |
| 06/13/12 | Further efforts in analysis and written summarization of borrower's deposition summary | L110 | ABB | 1.10 | 150.00 | 165.00 |
| 06/14/12 | Review pleadings in preparation of hearing in order to assist with document preparation | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/14/12 | Correspondence to all counsel with enclosures regarding issue pertaining to Motion for New Trial | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/14/12 | Emails to/from counsel to discuss motion for new trial and correspondence with counsel for borrower regarding same | L120 | JHP | .20 | 245.00 | 49.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Preparation and compilation of notebook to be forwarded to Judge Sebesta regarding judgment matter | L110 | ABB | .80 | 150.00 | 120.00 |
| 06/14/12 | Continue analysis and written summarization of borrower's deposition - Volume I | L110 | ABB | 1.00 | 150.00 | 150.00 |
| 06/15/12 | Preparation of pleadings in Cause No. 65018 to forward to J.Overby | L110 | ABB | .70 | 150.00 | 105.00 |
| 06/15/12 | Retrieval of docket report for verification regarding upcoming hearing and Motion to Stay | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/15/12 | Further telephone communications with the court coordinator of Brazoria County regarding upcoming hearing in Cause No. 46528 | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/18/12 | Continue summarization of the deposition of borrower | L110 | ABB | 2.60 | 150.00 | 390.00 |
| 06/18/12 | Assimilation and compilation of hearing documents received from SettlePou | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/18/12 | Correspondence with co-defendant about sanctions | L120 | BG | .10 | 190.00 | 19.00 |
| 06/18/12 | Correspondence with opposing counsel about motion to lift stay | L120 | BG | .10 | 190.00 | 19.00 |
| 06/18/12 | Emails to/from counsel for borrower to confirm continuance of hearing on motion to continue trial date in 412th matter | L430 | JHP | .30 | 245.00 | 73.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/18/12 | Review interim bankruptcy order issued by bankruptcy court and analyze order | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/19/12 | Emails to/from counsel to discuss upcoming hearing on motion for new trial and to discuss conversations with counsel for borrower to discuss possible agreed resolution to motion for new trial | L240 | JHP | .20 | 245.00 | 49.00 |
| 06/19/12 | Emails to/from client to discuss upcoming hearing on motion for new trial and to discuss possible agreed resolution to motion for new trial | L120 | JHP | .30 | 245.00 | 73.50 |
| 06/19/12 | Final review and written summarization of borrower's deposition-Volume 1 | L110 | ABB | 1.70 | 150.00 | 255.00 |
| 06/19/12 | Retrieval of docket to obtain status regarding bankruptcy stay and of any pending Order and update master chart with obtained information and attachments regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/19/12 | Telephone conference to and from court coordinator of Brazoria County 239th District regarding ruling of court's Order | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/19/12 | Evaluate effect of new bankruptcy order partially lifting the stay on the instant case and develop strategy for further handling | L120 | BG | .20 | 190.00 | 38.00 |
| 06/19/12 | Correspondence with counsel regarding Motion for New Trial | L210 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      6
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/20/12 | Emails to/from MERS to discuss upcoming hearing on motion for new trial/motion to vacate order | L240 | JHP | .30 | 245.00 | 73.50 |
| 06/20/12 | Correspondence with MERS regarding upcoming hearing on motion to vacate order | L440 | BG | .10 | 190.00 | 19.00 |
| 06/20/12 | Send requested authority to counsel for MERS | L120 | BG | .30 | 190.00 | 57.00 |
| 06/20/12 | Telephone conference to and from Brazoria County Court regarding proposed agreed order submitted by parties and ruling regarding same as well as e-mail communications | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/21/12 | Draft Joinder in Motion for New  Trial on behalf of RFC and GMAC | L210 | BG | .90 | 190.00 | 171.00 |
| 06/21/12 | Emails to/from counsel for Settle Pou to discuss communications with borrower's counsel | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/22/12 | Review, assimilation and compilation of file materials in order to create hearing notebook | L110 | ABB | .40 | 150.00 | 60.00 |
| 06/22/12 | Preparation of notebook regarding hearing on Motion for New Trial with Judge Sebesta on borrower's judgment case | L110 | ABB | 2.30 | 150.00 | 345.00 |
| 06/22/12 | Edit Motion for Joinder on behalf of RFC and GMAC | L210 | BG | .20 | 190.00 | 38.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/22/12 | Monitor negotiations between counsel for Settle Pou and borrower regarding vacating the order in the 422nd DC | L160 | BG | .10 | 190.00 | 19.00 |
| 06/22/12 | Correspondence soliciting an agreed order vacating judgment | L120 | BG | .10 | 190.00 | 19.00 |
| 06/22/12 | Emails to/from counsel for Settle Pou and counsel for borrower to discuss hearing on motion for new trial current bankruptcy status of RFC and GMAC and Homecomings | L240 | JHP | .40 | 245.00 | 98.00 |
| 06/22/12 | Emails to/from client to discuss status of hearing on motion for new trial | L120 | JHP | .30 | 245.00 | 73.50 |
| 06/25/12 | Review response of borrower to objection to motion for summary judgment | L240 | JHP | .40 | 245.00 | 98.00 |
| 06/25/12 | Prepare for hearing on motion for new trial and on borrower's motion for summary judgment in same court on separate matter | L240 | JHP | 2.80 | 245.00 | 686.00 |
| 06/25/12 | Amend Petition to Intervene | L210 | BG | .70 | 190.00 | 133.00 |
| 06/25/12 | Send client request for information about current Note for the first lien | L110 | BG | .20 | 190.00 | 38.00 |
| 06/25/12 | Determine corporate status of RFC | L120 | BG | .20 | 190.00 | 38.00 |
| 06/25/12 | Determine corporate status of Deutsche | L120 | BG | .30 | 190.00 | 57.00 |
| 06/25/12 | Evaluate issues for filing Petition in Intervention for bankruptcy | L120 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     8
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Multiple communications with opposing counsel regarding confirmation of our filings and opposed continuance of hearing on Motion for New Trial | L120 | BG | .30 | 190.00 | 57.00 |
| 06/25/12 | Correspondence with MERS representatives and counsel regarding Motion for New Trial hearing and intervention in ArklaTex case | L120 | BG | .20 | 190.00 | 38.00 |
| 06/25/12 | Receipt / review of order in the 239th Judicial District dismissing complaints against Settle Pou | L120 | BG | .20 | 190.00 | 38.00 |
| 06/25/12 | Correspondence to client regarding Petition in Intervention and upcoming hearing | L120 | BG | .10 | 190.00 | 19.00 |
| 06/25/12 | Correspondence with counsel for Settle Pou about request for trial continuance | L120 | BG | .20 | 190.00 | 38.00 |
| 06/25/12 | Review and analysis of file materials regarding Motion for New Trial | L110 | ABB | .90 | 150.00 | 135.00 |
| 06/25/12 | Assimilation and compilation of Opposition to Motion for Summary Judgment filing | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/25/12 | Finalize and prepare Original Petition in Intervention with four exhibits for electronic filing in Brazoria County and for service via certified mail, via facsimile and U.S mail upon all parties | L110 | ABB | .80 | 150.00 | 120.00 |
| 06/25/12 | Review status of borrower's various suits | L110 | CWH | .20 | 330.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    9
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Numerous emails and phone calls to/from counsel for borrower to discuss hearing on motion for new trial and to discuss postponement of hearing and potential new dates | L240 | JHP | 1.20 | 245.00 | 294.00 |
| 06/25/12 | Emails to/from counsel for Settle Pou to discuss motion for new trial hearing | L240 | JHP | .40 | 245.00 | 98.00 |
| 06/25/12 | Revise, edit and prepare for filing Petition in Intervention | L210 | JHP | 2.50 | 245.00 | 612.50 |
| 06/25/12 | Research state law on petition in intervention | L210 | JHP | .80 | 245.00 | 196.00 |
| 06/25/12 | Emails to/from counsel for MERS to discuss hearing on motion for new trial and petition in intervention | L120 | JHP | .40 | 245.00 | 98.00 |
| 06/26/12 | Prepare for and attend hearing before Judge Sebasta in 239th Court of Brazoria County on motion for new trial and on borrower's motion for summary judgment against Ark-La-Tex | L240 | JHP | 2.50 | 245.00 | 612.50 |
| 06/26/12 | Emails and phone calls to client contact P.Stokes to discuss status of hearing, judge's request to take matters under advisement, and to discuss outcome of hearing and post-hearing strategy | L120 | JHP | .40 | 245.00 | 98.00 |
| 06/26/12 | Preparation of documents to be served regarding hearing | L110 | ABB | .30 | 150.00 | 45.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    10
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/27/12 | Review motion for attorney to show authority for representation of certain clients | L250 | JHP | .30 | 245.00 | 73.50 |
| 06/27/12 | Emails to/from MERS to discuss motion to show authority to represent MERS filed by borrower | L250 | JHP | .40 | 245.00 | 98.00 |
| 06/27/12 | Emails to/from counsel for plaintiff to discuss interim order on bankruptcy stay issued by bankruptcy court | L210 | JHP | .10 | 245.00 | 24.50 |
| 06/27/12 | Receive and review documents from opposing counsel regarding authority of counsel and compilation of same | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/27/12 | Receipt / review of ôMotion for Attorney to Show Authorityö | L120 | BG | .10 | 190.00 | 19.00 |
| 06/28/12 | Emails and phone calls to/from counsel for Settle Pou to discuss status of case following hearing on motion for new trial | L120 | JHP | .30 | 245.00 | 73.50 |
| 06/29/12 | Draft affidavit for execution by Deutsche representatives | L120 | BG | .20 | 190.00 | 38.00 |
| 06/29/12 | Draft affidavit for execution by MERS representatives | L120 | BG | .20 | 190.00 | 38.00 |
| 06/29/12 | Draft affidavit for execution by Katie Brewer | L120 | BG | .20 | 190.00 | 38.00 |
| 06/29/12 | Draft affidavit for execution by Juan Aguirre | L120 | BG | .20 | 190.00 | 38.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    11
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Draft response to Motion for Attorney to Show Authority for cause number 65018 | L210 | BG | .80 | 190.00 | 152.00 |
| 06/29/12 | Send Affidavit to Deutsche representatives for execution | L210 | BG | .10 | 190.00 | 19.00 |
| 06/29/12 | Send Affidavit to MERS representatives for execution | L210 | BG | .10 | 190.00 | 19.00 |
| 06/29/12 | Send Affidavit to Katie Brewer and Juan Aguirre for execution | L210 | BG | .10 | 190.00 | 19.00 |
| 06/29/12 | Draft response to Motion for Attorney to Show Authority for cause number 67142 | L210 | BG | .80 | 190.00 | 152.00 |

FEES                                      $8,374.00

**DESCRIPTION OF DISBURSEMENTS**

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 07 | Filing Fees | 138.22 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS                    $138.22

AMOUNT DUE THIS BILL          $8,512.22

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    12
SEPTEMBER 14, 2012

0G2012-301033

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Allison Burke | Paralegal | 150.00 | 19.90 | 2,985.00 |
| Jon H. Patterson | Associate | 245.00 | 15.60 | 3,822.00 |
| Blake Goodsell | Associate | 190.00 | 7.90 | 1,501.00 |
| Total | | | 43.60 | 8,374.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301033

BILL AMOUNT        $8,512.22

INVOICE #   804587

To:    ResCap                           TC Number:        686851
       1100 Virginia Drive              Invoice Date:     09/14/2012
       Fort Washington, PA 19034        Invoice No.       804587
                                        Period ending:    06/30/2012

Case Management Number       LD   0G2012-301033

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 20.30 | $ 3,089.00 |
| L120 | Analysis/Strategy | 5.60 | $ 1,190.50 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ 19.00 |
| L210 | Pleadings | 7.40 | $ 1,593.00 |
| L230 | Court Mandated Conferences | 0.10 | $ 19.00 |
| L240 | Dispositive Motions | 8.40 | $ 2,058.00 |
| L250 | Other Written Motions/Submissions | 1.10 | $ 269.50 |
| L430 | Written Motions/Submissions | 0.30 | $ 73.50 |
| L440 | Other Trial Preparation and Support | 0.20 | $ 38.00 |
| L450 | Trial and Hearing Attendance | 0.10 | $ 24.50 |

```
                        ====================================
            TOTAL FEES      43.60   $  8,374.00

               TOTAL FEES DUE              $  8,374.00
       TOTAL DISBURSEMENTS DUE             $    138.22
           TOTAL DUE THIS INVOICE          $  8,512.22
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301035

INVOICE #  804588

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301035   TC Number: 716367

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft June 2012 status update regarding answer to complaint and 12(c) motion | L120 | phn | .20 | 200.00 | 40.00 |
| 06/08/12 | Email from Plaintiff requesting deposition dates | L330 | phn | .20 | 200.00 | 40.00 |
| 06/08/12 | Phone call from Plaintiff to discuss possible deposition dates as well as motion deadlines | L330 | phn | .30 | 200.00 | 60.00 |
| 06/08/12 | Analysis of corporate witness rules and employee deposition rules | L120 | phn | .30 | 200.00 | 60.00 |
| 06/11/12 | Analysis of plaintiffs request to depose GMAC employees | L120 | phn | .30 | 200.00 | 60.00 |
| 06/11/12 | Email exchange with R.Meeker regarding employment status of deponents | L190 | phn | .20 | 200.00 | 40.00 |
| 06/12/12 | Email to R.Meeker regarding witness availability | L190 | phn | .20 | 200.00 | 40.00 |
| 06/13/12 | Phone call and email exchange with Plaintiff regarding availability witness for deposition | L240 | phn | .50 | 200.00 | 100.00 |
| 06/13/12 | Analyze deposition strategy for Plaintiff | L120 | phn | .50 | 200.00 | 100.00 |
| 06/14/12 | Draft notice of deposition | L210 | phn | .50 | 200.00 | 100.00 |
| 06/14/12 | Email notice of deposition and phone call to offer 30(b)(6) rep | L210 | phn | .40 | 200.00 | 80.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/14/12 | Revise and edit motion on pleadings | L210 | phn | 2.60 | 200.00 | 520.00 |
| 06/14/12 | Email exchange with R.Meeker regarding available deposition dates | L330 | phn | .20 | 200.00 | 40.00 |
| 06/14/12 | Phone call with Plaintiff regarding depositions | L330 | phn | .30 | 200.00 | 60.00 |
| 06/14/12 | Schedule deposition with SetDepo | L330 | phn | .20 | 200.00 | 40.00 |
| 06/14/12 | Preparation for deposition of plaintiff and P. Knapp | L330 | GWG | 1.40 | 263.00 | 368.20 |
| 06/15/12 | Revise and edit arguments and authorities in advance of depositions | L210 | phn | 7.30 | 200.00 | 1,460.00 |
| 06/15/12 | Phone call with Plaintiff regarding scope of deposition and testimony desired | L330 | phn | .40 | 200.00 | 80.00 |
| 06/15/12 | Email exchange with R.Meeker regarding scope of deposition and deposition date for P.Knapp | L330 | phn | .30 | 200.00 | 60.00 |
| 06/18/12 | Revise and edit 12(c) motion | L210 | phn | 5.70 | 200.00 | 1,140.00 |
| 06/19/12 | Email exchange with R.Meeker, P.Stokes, and J.Aguirre regarding witness availability and scope of testimony | L330 | phn | .60 | 200.00 | 120.00 |
| 06/19/12 | Analysis of bankruptcy order and effect of relief from stay | L120 | phn | .20 | 200.00 | 40.00 |
| 06/19/12 | Draft notice of bankruptcy and partial relief from automatic stay | L210 | phn | 1.40 | 200.00 | 280.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
Rescap                                                    SEPTEMBER 14, 2012

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/19/12 | 12(c) review and analyze UCC laws surrounding promissory notes | L120 | phn | 3.20 | 200.00 | 640.00 |
| 06/19/12 | Preparing exhibit checklist for plaintiffÆs deposition | L330 | phn | .40 | 200.00 | 80.00 |
| 06/19/12 | Review and revise notice to court regarding which claims are stayed and which are not | L210 | CWH | .20 | 330.00 | 66.00 |
| 06/20/12 | Researching plaintiffs claims | L120 | phn | 3.50 | 200.00 | 700.00 |
| 06/20/12 | Preparing for plaintiffÆs deposition and reviewing document production | L330 | phn | 1.20 | 200.00 | 240.00 |
| 06/21/12 | Draft memorandum in support of deposition regarding signing authorities | L330 | phn | 2.50 | 200.00 | 500.00 |
| 06/21/12 | Conference call with P.Stokes, R.Meeker and P.Knapp to prepare deposition | L330 | phn | .50 | 200.00 | 100.00 |
| 06/21/12 | Email exchange with R.Meeker regarding deposition conference call and requesting additional information regarding authorities | L330 | phn | 1.00 | 200.00 | 200.00 |
| 06/21/12 | Revise and edit 12(c) motion | L210 | phn | 2.10 | 200.00 | 420.00 |
| 06/22/12 | Review and analyze documentation related to loan | L120 | phn | .40 | 200.00 | 80.00 |
| 06/22/12 | Research and analysis on notice of deposition | L120 | phn | .40 | 200.00 | 80.00 |
| 06/25/12 | Review and analyze plaintiffÆs first amended notice of deposition | L330 | phn | .30 | 200.00 | 60.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Draft letter to plaintiff regarding deposition notice | L120 | phn | .30 | 200.00 | 60.00 |
| 06/25/12 | Email exchange with P.Knapp, R.Meeker, and P.Stokes regarding deposition | L330 | phn | .30 | 200.00 | 60.00 |
| 06/25/12 | Prepare and analyze mortgage files for Plaintiff's deposition | L330 | phn | 6.90 | 200.00 | 1,380.00 |
| 06/26/12 | Prepare and analyze exhibits related to Loan for deposition | L330 | phn | 3.20 | 200.00 | 640.00 |
| 06/26/12 | Prepare and analyze exhibits related to related Loan for deposition | L330 | phn | 3.40 | 200.00 | 680.00 |
| 06/26/12 | Prepare and analyze exhibits for deposition defense | L330 | phn | 1.90 | 200.00 | 380.00 |
| 06/26/12 | Draft deposition outline for Plaintiff's testimony and exhibits for Loans | L330 | phn | 2.10 | 200.00 | 420.00 |
| 06/26/12 | Draft notes and defense strategy for deposition | L330 | phn | 2.00 | 200.00 | 400.00 |
| 06/27/12 | Prepare P.Knapp for deposition | L330 | phn | 3.70 | 200.00 | 740.00 |
| 06/27/12 | Plan, prepare, and take deposition of Plaintiff | L330 | phn | 6.10 | 200.00 | 1,220.00 |
| 06/28/12 | Plan, prepare, and defend deposition of P.Knapp | L330 | phn | 6.10 | 200.00 | 1,220.00 |
| 06/28/12 | Review and analyze deposition notes | L330 | phn | 2.30 | 200.00 | 460.00 |
| 06/29/12 | Research legislative intent and history for motion practice | L120 | phn | 3.90 | 200.00 | 780.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
SEPTEMBER 14, 2012

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Revise and edit motion for judgment on the pleadings | L210 | phn | 3.40 | 200.00 | 680.00 |

|  | FEES |  | | | | $17,214.20 |
|---|---|---|---|---|---|---|
| 01 | Copy Charges | | | | | 0.00 |
| 35 | Express Mail/Fedex | | | | | 0.00 |
| 41 | Computerized Legal Research-Westlaw | | | | | 0.00 |

AMOUNT DUE THIS BILL              $17,214.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     6
SEPTEMBER 14, 2012

0G2012-301035

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Graham W. Gerhardt | Partner | 263.00 | 1.40 | 368.20 |
| Preston H. Neel | Associate | 200.00 | 83.90 | 16,780.00 |
| Total | | | 85.50 | 17,214.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              SEPTEMBER 14, 2012
                                                    0G2012-301035
BILL AMOUNT        $17,214.20                       INVOICE #  804588

_____

To:    ResCap                      TC Number:        716367
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804588
                                   Period ending:    06/30/2012


Case Management Number      LD  0G2012-301035


                                        Current Invoice
Code Task                               Hours           Fees

L120  Analysis/Strategy                 13.20    $   2,640.00
L190  Other Case Assessment, Develop't/Admin  0.40  $    80.00
L210  Pleadings                         23.60    $   4,746.00
L240  Dispositive Motions                0.50    $     100.00
L330  Depositions                       47.80    $   9,648.20


                      ===================================
              TOTAL FEES        85.50    $ 17,214.20

                TOTAL FEES DUE            $ 17,214.20
       TOTAL DISBURSEMENTS DUE            $      0.00
           TOTAL DUE THIS INVOICE         $ 17,214.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 14, 2012
1100 Virginia Drive                                            0G2012-301036
Fort Washington, PA 19034

                                                              INVOICE #  804589

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301036  TC Number: 687152

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status report for client regarding correspondence with judicial assistant to set status conference hearing | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/04/12 | Review June 2012 docket regarding status of litigation | L190 | JDV | .10 | 219.00 | 21.90 |
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |

                          FEES                                      $94.70


                          AMOUNT DUE THIS BILL                      $94.70

                  ***** TOTAL DUE UPON RECEIPT *****