

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301036

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | .50 | 94.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301036
INVOICE # 804589

BILL AMOUNT $94.70

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 687152
Invoice Date: 09/14/2012
Invoice No. 804589
Period ending: 06/30/2012

Case Management Number LD 0G2012-301036

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 0.50 | $ | 94.70 |
| TOTAL FEES | 0.50 | $ | 94.70 |
| TOTAL FEES DUE | | $ | 94.70 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 94.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301037

INVOICE # 804590

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301037 TC Number: 713376

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding objections to interrogatories | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/01/12 | Final review and revision of Responses to Interrogatories with request for documents and Notice of Service of same | L310 | AHC | .80 | 145.00 | 116.00 |
| 06/04/12 | Review June 2012 docket regarding status of litigation | L190 | JDV | .10 | 219.00 | 21.90 |
| 06/04/12 | Telephone conference with and correspondence to J.McSweeney regarding copies of documents responsive to interrogatories | L320 | AHC | .20 | 145.00 | 29.00 |
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/06/12 | Telephone calls to D.Riggs regarding scheduling hearing on motions to dismiss | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/06/12 | Prepare manual invoice for cost of document production and correspondence to J.McSweeney regarding same | L320 | AHC | .30 | 145.00 | 43.50 |
| 06/07/12 | Telephone conference with opposing counsel's assistant regarding cd of documents to be produced in response to interrogatories | L320 | AHC | .20 | 145.00 | 29.00 |
| 06/11/12 | Telephone call with J.Steiner regarding hearings | L450 | JAM | .20 | 145.00 | 29.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301037

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/12/12 | Telephone call and emails to defendant's attorney, Judicial Assistant and Clerk regarding scheduling hearing | L230 | JAM | .70 | 145.00 | 101.50 |
| 06/15/12 | Access online calendaring system and telephone calls with opposing counsel regarding scheduling hearing | L230 | JAM | .90 | 145.00 | 130.50 |
| 06/19/12 | Access online scheduling system for available hearing dates and submit email request to court for dates | L230 | JAM | .30 | 145.00 | 43.50 |
| 06/25/12 | Review emails regarding status of hearing date | L230 | JAM | .20 | 145.00 | 29.00 |
| 06/25/12 | Review status of scheduling hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 06/28/12 | Work on setting hearing including telephone calls to Judge Butchko's JA, reviewing procedures for special set hearings and review Judge Butchko's online procedures | L230 | JAM | .40 | 145.00 | 58.00 |

| | | | |
|---|---|---|---|
| | FEES | | $761.70 |
| 01 | Copy Charges | 0.00 | |
| 35 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $761.70 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301037

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Alecia H. Cockrell | Paralegal | 145.00 | 1.50 | 217.50 |
| Jamie Mathews | Paralegal | 145.00 | 3.30 | 478.50 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | 5.10 | 761.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301037

BILL AMOUNT $761.70

INVOICE # 804590

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 713376
Invoice Date: 09/14/2012
Invoice No. 804590
Period ending: 06/30/2012

Case Management Number LD 0G2012-301037

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $ | 94.70 |
| L210 | Pleadings | 0.20 | $ | 29.00 |
| L230 | Court Mandated Conferences | 2.70 | $ | 391.50 |
| L310 | Written Discovery | 0.80 | $ | 116.00 |
| L320 | Document Production | 0.70 | $ | 101.50 |
| L450 | Trial and Hearing Attendance | 0.20 | $ | 29.00 |
| | TOTAL FEES | 5.10 | $ | 761.70 |
| | TOTAL FEES DUE | | $ | 761.70 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 761.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301039

INVOICE # 804591

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301039 TC Number: 702516

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding motion to compel rent payments and discovery responses | L120 | NJV | .10 | 258.00 | 25.80 |
| 06/01/12 | Draft meet and confer letter pertaining to borrower's discovery responses | L310 | NJV | 2.90 | 258.00 | 748.20 |
| 06/05/12 | Receive, review and analyze borrower's motion for stay of court's order pertaining to rent payments pending appeal outcome | L120 | NJV | .30 | 258.00 | 77.40 |
| 06/11/12 | Receive, review and analyze borrower's initial appellate brief and supporting appendix pertaining to the Court's Order compelling the current tenants to make their rent payments into the Court's registry pending the outcome of the litigation | L120 | NJV | 1.20 | 258.00 | 309.60 |
| 06/11/12 | Start to draft interrogatory responses | L310 | NJV | 1.40 | 258.00 | 361.20 |
| 06/11/12 | Email draft interrogatory responses to T.Jordan at GMAC | L120 | NJV | .20 | 258.00 | 51.60 |
| 06/11/12 | Review and analyze client documents, pleadings and other related documents in preparation for drafting interrogatory responses | L310 | NJV | .70 | 258.00 | 180.60 |
| 06/13/12 | Finalize draft interrogatory responses and send to T.Jordan | L310 | NJV | .40 | 258.00 | 103.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/13/12 | Research on appeal background and briefing strategy | L520 | MJA | .80 | 297.00 | 237.60 |
| 06/14/12 | Review filed motion in trial court and notice of appeal and supporting brief | L120 | AC | 2.30 | 193.00 | 443.90 |
| 06/14/12 | Begin outlining issues in appellate briefing | L520 | AC | 1.90 | 193.00 | 366.70 |
| 06/14/12 | Telephone conference pertaining to appeal response brief strategy and other appellate issues going forward | L120 | NJV | .40 | 258.00 | 103.20 |
| 06/15/12 | Discuss court order issued regarding compliance with previous order. | L120 | AC | .20 | 193.00 | 38.60 |
| 06/15/12 | Review of new order from appellate court | L510 | MJA | .20 | 297.00 | 59.40 |
| 06/18/12 | Check status of attempt to find notice of default and plan strategy for appellate arguments | L520 | AC | .20 | 193.00 | 38.60 |
| 06/18/12 | Receive, review and analyze borrower's second request for production of documents and calendar response deadline | L310 | NJV | .40 | 258.00 | 103.20 |
| 06/18/12 | Receive, review and analyze borrower's proposed order on the motion to stay pending appeal of motion for rent payments | L120 | NJV | .30 | 258.00 | 77.40 |
| 06/18/12 | Research client documents for notices of default and acceleration | L110 | MPE | .30 | 149.00 | 44.70 |
| 06/18/12 | Review and analyze borrower's claims | L110 | CWH | .10 | 330.00 | 33.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/12 | Draft opposition to borrower's motion to stay pending appeal | L250 | NJV | 3.40 | 258.00 | 877.20 |
| 06/18/12 | Receive, review and analyze borrower's supplemental discovery responses | L310 | NJV | .40 | 258.00 | 103.20 |
| 06/19/12 | Discuss strategy for argument in appellate briefs with M.Ayers | L520 | AC | .20 | 193.00 | 38.60 |
| 06/19/12 | Plan alternative research strategy for argument | L520 | AC | .20 | 193.00 | 38.60 |
| 06/20/12 | Research on argument strategy | L520 | MJA | .50 | 297.00 | 148.50 |
| 06/20/12 | Research regarding rent payments | L120 | HR | 2.80 | 175.00 | 490.00 |
| 06/20/12 | Continue research of Florida law for support of argument | L520 | AC | .40 | 193.00 | 77.20 |
| 06/20/12 | Evaluate issues on appeal | L120 | JMH | .20 | 241.00 | 48.20 |
| 06/21/12 | Discuss strategy for briefing on issue and prepare to begin drafting brief | L520 | AC | .70 | 193.00 | 135.10 |
| 06/21/12 | Research on briefing strategy concerning borrower appeals | L510 | MJA | .30 | 297.00 | 89.10 |
| 06/21/12 | Review client correspondence | L110 | MPE | .30 | 149.00 | 44.70 |
| 06/21/12 | Evaluate notice of default | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/21/12 | Continue research regarding compelling rent payments | L120 | HR | 3.80 | 175.00 | 665.00 |
| 06/22/12 | Continue research regarding compelling rent payments | L120 | HR | 2.50 | 175.00 | 437.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/22/12 | Begin outlining for Answer Brief | L240 | AC | .20 | 193.00 | 38.60 |
| 06/25/12 | Continue research regarding compelling rent payments; write memo summarizing the research and distinguishing cases cited in opposing counsel's brief; proofread memo | L120 | HR | 6.80 | 175.00 | 1,190.00 |
| 06/25/12 | Discuss status of research and outline for brief | L520 | AC | .30 | 193.00 | 57.90 |
| 06/27/12 | Attend appeal strategy conference call | L120 | NJV | .40 | 258.00 | 103.20 |
| 06/27/12 | Evaluate issues relating to standing | L120 | JMH | .30 | 241.00 | 72.30 |
| 06/27/12 | Outline issues for appellate brief | L520 | AC | 1.40 | 193.00 | 270.20 |
| 06/27/12 | Discuss issues concerning notice of appearance and paragraph 22 demand letter with trial counsel | L240 | AC | .30 | 193.00 | 57.90 |
| 06/27/12 | Research concerning jurisdiction for appeals | L520 | AC | 1.60 | 193.00 | 308.80 |
| 06/27/12 | Begin drafting Answer brief in rents appeal | L520 | AC | 2.30 | 193.00 | 443.90 |
| 06/27/12 | Write memo summarizing the research and distinguishing cases cited in opposing counsel's brief; proofread memo | L120 | HR | 1.50 | 175.00 | 262.50 |
| 06/28/12 | Read A.Chastain's brief; discuss the brief with A.Chastain | L120 | HR | .50 | 175.00 | 87.50 |
| 06/28/12 | Complete draft of Answer Brief and circulate to M.Ayers & N.Voelker | L520 | AC | 3.90 | 193.00 | 752.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 5
SEPTEMBER 14, 2012

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/28/12 | Review of and revisions to appellate brief | L520 | MJA | 1.50 | 297.00 | 445.50 |
| 06/29/12 | Receive and review two pleadings for appeals cases pending and research Florida Second District Court of Appeals dockets | L110 | KK | .30 | 91.00 | 27.30 |
| 06/29/12 | Draft status report for client regarding discovery responses and motion to compel | L120 | NJV | .10 | 258.00 | 25.80 |

FEES $10,765.00

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 13 | Court Reporter Charges | 67.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS $67.00

AMOUNT DUE THIS BILL $10,832.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301039

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Marc J. Ayers | Partner | 297.00 | 3.30 | 980.10 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Nicholas J. Voelker | Associate | 258.00 | 12.60 | 3,250.80 |
| Jonathan Hooks | Associate | 241.00 | .60 | 144.60 |
| Aaron Chastain | Associate | 193.00 | 16.10 | 3,107.30 |
| Melisa P. Palmer | Paralegal | 149.00 | .60 | 89.40 |
| Hunter Robinson | Law Clerk | 175.00 | 17.90 | 3,132.50 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 51.50 | 10,765.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301039

BILL AMOUNT $10,832.00

INVOICE # 804591

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 702516
Invoice Date: 09/14/2012
Invoice No. 804591
Period ending: 06/30/2012

Case Management Number LD 0G2012-301039

| Code | Task | Current Invoice Hours | | Current Invoice Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $ | 149.70 |
| L120 | Analysis/Strategy | 24.00 | $ | 4,533.60 |
| L240 | Dispositive Motions | 0.50 | $ | 96.50 |
| L250 | Other Written Motions/Submissions | 3.40 | $ | 877.20 |
| L310 | Written Discovery | 6.20 | $ | 1,599.60 |
| L510 | Appellate Motions and Submissions | 0.50 | $ | 148.50 |
| L520 | Appellate Briefs | 15.90 | $ | 3,359.90 |
| | TOTAL FEES | 51.50 | $ | 10,765.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 10,765.00 |
| TOTAL DISBURSEMENTS DUE | $ | 67.00 |
| TOTAL DUE THIS INVOICE | $ | 10,832.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301040

INVOICE # 804593

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301040 TC Number: 688460

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/26/12 | Reading and analyzing Notice of Voluntary Dismissal and Order of Dismissal received from plaintiffs' counsel. | P300 | CET | .20 | 293.00 | 58.60 |
| 06/26/12 | Drafting and revising Closing Memo for the client. | P300 | CET | .20 | 293.00 | 58.60 |
| 06/26/12 | Email correspondence with J. Ho regarding the Order of Dismissal and Closing Memo. | P300 | CET | .20 | 293.00 | 58.60 |
| 06/26/12 | Email correspondence with plaintiff's counsel regarding the Order of Dismissal. | P300 | CET | .20 | 293.00 | 58.60 |

FEES $234.40

AMOUNT DUE THIS BILL $234.40

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301040

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christopher E. Thorsen | Partner | 293.00 | .80 | 234.40 |
| Total | | | .80 | 234.40 |

MATTER SUMMARY

FEES BILLED TO DATE $44,880.47
COST BILLED TO DATE $1,927.46



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301040
INVOICE # 804593

BILL AMOUNT $234.40

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 688460
Invoice Date: 09/14/2012
Invoice No. 804593
Period ending: 06/30/2012

Case Management Number LD 0G2012-301040

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| P300 | Structure/Strategy/Analysis | 0.80 | $ | 234.40 |
| | TOTAL FEES | 0.80 | $ | 234.40 |
| | TOTAL FEES DUE | | $ | 234.40 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 234.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301041

INVOICE # 804594

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301041 TC Number: 706770

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Prepare status report to client regarding summary judgment motion | L120 | JJPH | .20 | 250.00 | 50.00 |
| 06/13/12 | Review court docket report regarding which parties have been dismissed | L120 | JJPH | .20 | 250.00 | 50.00 |
| 06/22/12 | Review and analyze issues with regard to bankruptcy stay | L120 | JJPH | .20 | 250.00 | 50.00 |

FEES $150.00

AMOUNT DUE THIS BILL $150.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301041

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .60 | 150.00 |
| Total | | | .60 | 150.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301041

BILL AMOUNT $150.00

INVOICE # 804594

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 706770
Invoice Date: 09/14/2012
Invoice No. 804594
Period ending: 06/30/2012

Case Management Number LD 0G2012-301041

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.60 | $ | 150.00 |
| TOTAL FEES | 0.60 | $ | 150.00 |
| TOTAL FEES DUE | | $ | 150.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 150.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301042

INVOICE # 804595

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301042 TC Number: 699974

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft June 2012 status update regarding hearing on summary judgment motion | L120 | phn | .20 | 200.00 | 40.00 |
| 06/05/12 | Analysis of stipulation of dismissal in lieu of motion for motion for summary judgment from Plaintiff | L120 | phn | .30 | 200.00 | 60.00 |
| 06/19/12 | Analysis of bankruptcy order and effect of relief from stay | L120 | phn | .20 | 200.00 | 40.00 |

| | |
|---|---|
| FEES | $140.00 |
| AMOUNT DUE THIS BILL | $140.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301042

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Preston H. Neel | Associate | 200.00 | .70 | 140.00 |
| Total | | | .70 | 140.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301042

BILL AMOUNT $140.00

INVOICE # 804595

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 699974 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804595 |
| Period ending: | 06/30/2012 |

Case Management Number LD 0G2012-301042

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.70 | $ | 140.00 |
| TOTAL FEES | 0.70 | $ | 140.00 |
| TOTAL FEES DUE | | $ | 140.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 140.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301043

INVOICE # 804596

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301043 TC Number: 718267

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | E-mails to and from J.Murray regarding hearing on sanctions and rehearing motions | L450 | JMH | .50 | 241.00 | 120.50 |
| 06/01/12 | E-mails to and from J.Huss regarding hearing on sanctions and rehearing motions | L450 | JMH | .30 | 241.00 | 72.30 |
| 06/01/12 | Review and analyze borrower's motion for reconsideration and fifth motion for sanctions | L350 | JMH | .90 | 241.00 | 216.90 |
| 06/01/12 | Draft response to borrower's motions for reconsideration and for sanctions | L350 | JMH | .70 | 241.00 | 168.70 |
| 06/02/12 | E-mail to J.Huss regarding hearing on borrower's motions | L450 | JMH | .10 | 241.00 | 24.10 |
| 06/04/12 | Access online docket to review recent activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/06/12 | Revise Response to borrower's Motion to Reconsider or Clarify and for Sanctions | L250 | JDV | .20 | 219.00 | 43.80 |
| 06/06/12 | Advise J. Hooks and GMACM local counsel regarding case strategy | L120 | DCL | .30 | 376.00 | 112.80 |
| 06/06/12 | Final review and revision of PlaintiffÆs Response to borrower's Motion to Reconsider or Clarify and for Sanctions and correspondence to R.Hussey and G.O'Donnell regarding same | L250 | AHC | .40 | 145.00 | 58.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | E-mails to and from J.Huss regarding response to borrower's sanctions and rehearing motions | L350 | JMH | .70 | 241.00 | 168.70 |
| 06/07/12 | Receive and review e-mail from J.Murray about cancellation of hearing | L350 | JMH | .30 | 241.00 | 72.30 |
| 06/07/12 | Receive and review notice of hearing regarding borrower's motion to reconsider sanctions decision | L230 | JMH | .10 | 241.00 | 24.10 |
| 06/12/12 | Review correspondence from local counsel regarding setting of oral argument of renewed motion for sanctions | L120 | DCL | .20 | 376.00 | 75.20 |
| 06/13/12 | Draft status report for client regarding denial of borrower's motion to strike complaint and motion to reconsider | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/14/12 | Telephone call from R.Hussey's office regarding service issues | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/14/12 | Receive and review correspondence from R.Hussey regarding GMAC bankruptcy, status of case | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/18/12 | Evaluate borrower's motions for sanctions and to reconsider prior trial court order denying sanctions | L120 | JMH | .30 | 241.00 | 72.30 |
| 06/18/12 | Draft letter to R.Hussey re representation of GMAC | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/18/12 | Received notice of special set hearing re borrower's motions for reconsideration and for sanctions | L450 | JMH | .10 | 241.00 | 24.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/12 | Prepare for oral argument of Defendants' motion for sanctions | L120 | DCL | 1.10 | 376.00 | 413.60 |
| 06/18/12 | E-mails to and from J.Huss and J.Murray regarding hearing on borrowers' claims | L450 | JMH | .50 | 241.00 | 120.50 |
| 06/18/12 | Receive and review notice of set hearing re discovery motions | L450 | JMH | .10 | 241.00 | 24.10 |
| 06/19/12 | Review core briefing and pleadings on Defendants' 5th motion to compel and motion for reconsideration of Court's May 7 order | L210 | BAW | 2.60 | 320.00 | 832.00 |
| 06/19/12 | Outline key arguments against further litigation sanction | L190 | BAW | .60 | 320.00 | 192.00 |
| 06/19/12 | Draft timeline for use in responding to theories at oral argument | L210 | BAW | 1.00 | 320.00 | 320.00 |
| 06/19/12 | Prepare B. Wahl for oral argument of motion for sanctions | L250 | DCL | .50 | 376.00 | 188.00 |
| 06/20/12 | Conduct background research | L120 | BAW | .30 | 320.00 | 96.00 |
| 06/20/12 | Review updated reply brief responding to borrower's motion to reconsider and renewed motion for sanctions | L250 | BAW | .20 | 320.00 | 64.00 |
| 06/21/12 | Draft, review and final revisions to Notice of Appearance for B.Wahl in preparation for hearing attendance | L250 | AHC | .30 | 145.00 | 43.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/21/12 | Review and analysis of additional pleadings and organization of hearing binder in preparation for hearing on borrower's motion for sanctions | L440 | AHC | 2.70 | 145.00 | 391.50 |
| 06/21/12 | Review case file and prepare for hearing | L320 | DCL | .50 | 376.00 | 188.00 |
| 06/24/12 | Review and mark up pleadings binder assembled by A.Cockrell in preparation for joint hearing on Motion for Reconsideration and 5th Motion to Compel and for Sanctions | L230 | BAW | 4.50 | 320.00 | 1,440.00 |
| 06/25/12 | Read testimony of borrower's in preparation for hearing | L230 | BAW | 4.70 | 320.00 | 1,504.00 |
| 06/25/12 | Read affidavits and deposition testimony | L330 | BAW | 1.50 | 320.00 | 480.00 |
| 06/25/12 | Prepare for oral argument of Motion for Reconsideration, Rehearing or Clarification of Court's May 7 order | L230 | BAW | 1.30 | 320.00 | 416.00 |
| 06/26/12 | Prepare for hearing on 5th Motion for Sanctions and to Strike Pleadings | L230 | BAW | 4.00 | 320.00 | 1,280.00 |
| 06/26/12 | Read testimony regarding certification of GMAC production | L230 | BAW | 1.20 | 320.00 | 384.00 |
| 06/26/12 | Review case law | L230 | BAW | .80 | 320.00 | 256.00 |
| 06/26/12 | Argue 5th Motion for Sanctions and Motion for Reconsideration to Judge Garcia Wood | L230 | BAW | 1.90 | 320.00 | 608.00 |
| 06/26/12 | Meet with counsel to discuss summary judgment motion and tenant | L240 | BAW | .30 | 320.00 | 96.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 5
SEPTEMBER 14, 2012

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/26/12 | Prepare order denying Defendants' motions for execution by Judge Garcia Wood | L230 | BAW | .30 | 320.00 | 96.00 |
| 06/26/12 | Analyze case strategy as a result of the courts denial of defendants motion for sanctions | L120 | DCL | .60 | 376.00 | 225.60 |
| 06/26/12 | Telephone conference with P.Stokes regarding victory against borrower's sanctions and reconsideration motions and upcoming motion for summary judgment | L350 | JMH | .20 | 241.00 | 48.20 |
| 06/26/12 | E-mail from J.Murray regarding information regarding borrower's transactions | L110 | JMH | .20 | 241.00 | 48.20 |
| 06/26/12 | Receive and review tenant's answer to HOA's eviction suit | L110 | JMH | .10 | 241.00 | 24.10 |

FEES $11,163.40

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 20 | Airline Tickets | 281.20 |
| 21 | Travel Expense | 563.70 |
| 23 | Meal Expense | 98.90 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS $943.80



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 6
SEPTEMBER 14, 2012

0G2012-301043

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $12,107.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 7
SEPTEMBER 14, 2012

0G2012-301043

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Brian Wahl | Partner | 320.00 | 25.20 | 8,064.00 |
| Dana C. Lumsden | Partner | 376.00 | 3.20 | 1,203.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | 3.40 | 493.00 |
| Jamie Mathews | Paralegal | 145.00 | .40 | 58.00 |
| Jonathan Hooks | Associate | 241.00 | 5.40 | 1,301.40 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | 37.80 | 11,163.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301043

BILL AMOUNT $12,107.20

INVOICE # 804596

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718267
Invoice Date: 09/14/2012
Invoice No. 804596
Period ending: 06/30/2012

Case Management Number LD 0G2012-301043

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $ | 72.30 |
| L120 | Analysis/Strategy | 3.10 | $ | 1,067.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ | 221.00 |
| L210 | Pleadings | 3.80 | $ | 1,181.00 |
| L230 | Court Mandated Conferences | 18.80 | $ | 6,008.10 |
| L240 | Dispositive Motions | 0.30 | $ | 96.00 |
| L250 | Other Written Motions/Submissions | 1.60 | $ | 397.30 |
| L320 | Document Production | 0.50 | $ | 188.00 |
| L330 | Depositions | 1.50 | $ | 480.00 |
| L350 | Discovery Motions | 2.80 | $ | 674.80 |
| L440 | Other Trial Preparation and Support | 2.70 | $ | 391.50 |
| L450 | Trial and Hearing Attendance | 1.60 | $ | 385.60 |
| | TOTAL FEES | 37.80 | $ | 11,163.40 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 11,163.40 |
| TOTAL DISBURSEMENTS DUE | $ | 943.80 |
| TOTAL DUE THIS INVOICE | $ | 12,107.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301044

INVOICE # 804597

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301044 TC Number: 690220

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft June 2012 status update regarding motion for summary judgment | L120 | phn | .20 | 200.00 | 40.00 |
| 06/01/12 | Review Plaintiff's motion for judgment as a matter of law and draft response to same | L210 | HTC | 1.90 | 315.00 | 598.50 |
| 06/01/12 | Final review of Homecomings Response to borrower's Motion for Summary Judgment prior to submission to Court | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/05/12 | Review and analyze motion for partial summary judgment for case strategy | L210 | KE | .20 | 150.00 | 30.00 |
| 06/08/12 | Draft and file Reply to Response to Motion for Summary Judgment | L210 | HTC | 1.00 | 315.00 | 315.00 |

FEES $1,012.50

AMOUNT DUE THIS BILL $1,012.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301044

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Karalia Ezell | Paralegal | 150.00 | .20 | 30.00 |
| Hope Cannon | Partner | 315.00 | 2.90 | 913.50 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Preston H. Neel | Associate | 200.00 | .20 | 40.00 |
| Total | | | 3.50 | 1,012.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301044

BILL AMOUNT $1,012.50

INVOICE # 804597

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 690220
Invoice Date: 09/14/2012
Invoice No. 804597
Period ending: 06/30/2012

Case Management Number LD 0G2012-301044

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 40.00 |
| L210 Pleadings | 3.30 | $ | 972.50 |
| TOTAL FEES | 3.50 | $ | 1,012.50 |
| TOTAL FEES DUE | | $ | 1,012.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 1,012.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301045

INVOICE # 804598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301045 TC Number: 715979

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Prepare status report to client regarding disposing of property | L120 | JJPH | .20 | 250.00 | 50.00 |
| 06/01/12 | Telephone call to borrower regarding personal belongings | L160 | JJPH | .10 | 250.00 | 25.00 |

| | |
|---|---|
| FEES | $75.00 |
| AMOUNT DUE THIS BILL | $75.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301045

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | .30 | 75.00 |
| Total | | | .30 | 75.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301045
INVOICE # 804598

BILL AMOUNT $75.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 715979
Invoice Date: 09/14/2012
Invoice No. 804598
Period ending: 06/30/2012

Case Management Number LD 0G2012-301045

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $ | 50.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ | 25.00 |
| | TOTAL FEES | 0.30 | $ | 75.00 |
| | TOTAL FEES DUE | | $ | 75.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 75.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301047

INVOICE # 804599

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301047 TC Number: 713410

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Review, analyze, and forward settlement demand from counsel for plaintiff to H.Franchi | L160 | DKP | .40 | 323.00 | 129.20 |
| 06/01/12 | E-mail from H.Franchi regarding notice of bankruptcy filing | L240B | ES | .10 | 185.00 | 18.50 |
| 06/01/12 | Status update to client | L240B | ES | .10 | 185.00 | 18.50 |
| 06/11/12 | Analyze rules regarding trial schedule and procedure for matters subject to bankruptcy stay | L120 | DKP | .20 | 323.00 | 64.60 |
| 06/11/12 | Review and respond to e-mail from plaintiff's counsel regarding bankruptcy stay, pretrial conference, trial setting | L120 | DKP | .20 | 323.00 | 64.60 |
| 06/11/12 | Analyze court's order regarding pretrial conference and trial setting | L210 | DKP | .20 | 323.00 | 64.60 |
| 06/28/12 | Read order from court staying case and dismissing motion for summary judgment without prejudice for refiling at a later date | L240B | ES | .10 | 185.00 | 18.50 |

FEES $378.50

**DESCRIPTION OF DISBURSEMENTS**



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301047

FED ID NO. 63-0243316

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 58 | FED DOCKET SERV-PACER | 14.00 |
| | COSTS | $14.00 |
| | AMOUNT DUE THIS BILL | $392.50 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301047

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| David K. Pharr | Partner | 323.00 | 1.00 | 323.00 |
| Erin Saltaformaggio | Associate | 185.00 | .30 | 55.50 |
| Total | | | 1.30 | 378.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301047
INVOICE # 804599

BILL AMOUNT $392.50

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 713410
Invoice Date: 09/14/2012
Invoice No. 804599
Period ending: 06/30/2012

Case Management Number LD 0G2012-301047

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.40 | $ | 129.20 |
| L160 Settlement/Non-Binding ADR | 0.40 | $ | 129.20 |
| L210 Pleadings | 0.20 | $ | 64.60 |
| L240BAll Other | 0.30 | $ | 55.50 |
| TOTAL FEES | 1.30 | $ | 378.50 |
| TOTAL FEES DUE | | $ | 378.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 14.00 |
| TOTAL DUE THIS INVOICE | | $ | 392.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301049

INVOICE # 804600

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301049 TC Number: 714803

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Status report regarding notice of bankruptcy and deposition scheduling | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/04/12 | Research regarding liability of underwriter | L120 | MPM | 2.70 | 185.00 | 499.50 |
| 06/05/12 | Continue research regarding liability of underwriter | L120 | MPM | 2.00 | 185.00 | 370.00 |
| 06/05/12 | Contact J.Sydenham regarding deposition dates | L330 | GP | .30 | 185.00 | 55.50 |
| 06/06/12 | Respond to subpoena issued to Homecomings Financial, LLC regarding requests for production of documents and interrogatories | L310 | GP | 2.70 | 185.00 | 499.50 |
| 06/06/12 | Westlaw research regarding title issues | L120 | MPM | .80 | 185.00 | 148.00 |
| 06/08/12 | Draft e-mail to J.Cheatham and T.McDaniel regarding depositions | L330 | GP | .60 | 185.00 | 111.00 |
| 06/11/12 | Contact J.Cheatham regarding status of case and third party claims | L120 | GP | .80 | 185.00 | 148.00 |
| 06/13/12 | Speak with R.Malamed regarding deposition of J.Sydenham | L330 | GP | .70 | 185.00 | 129.50 |
| 06/13/12 | Continue research regarding underwriter liability | L120 | MPM | 4.50 | 185.00 | 832.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301049

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/14/12 | Continue research regarding underwriter liability | L120 | MPM | 5.50 | 185.00 | 1,017.50 |
| 06/15/12 | Continue research regarding liability | L120 | MPM | 4.20 | 185.00 | 777.00 |
| 06/15/12 | Analysis of motion to continue hearing based on recent bankruptcy | L120 | phn | .30 | 200.00 | 60.00 |
| 06/15/12 | Draft motion to continue hearing on plaintiff's motion for summary judgment | L210 | GP | 1.20 | 185.00 | 222.00 |
| 06/15/12 | Consider bankruptcy's effect on discovery deadlines and strategy for hearing on plaintiff's motion for summary judgment | L120 | GP | 1.30 | 185.00 | 240.50 |
| 06/17/12 | Review and edit motion for continuance and prepare for filing | L210 | KSA | .30 | 223.00 | 66.90 |
| 06/18/12 | Consider latest bankruptcy order's effect on discovery strategy | L120 | GP | .70 | 185.00 | 129.50 |
| 06/18/12 | Research regarding assignment of deed | L240 | BP | 1.50 | 175.00 | 262.50 |
| 06/18/12 | Begin drafting memo regarding underwriter liability | L120 | MPM | 6.70 | 185.00 | 1,239.50 |
| 06/19/12 | Continue drafting memo regarding underwriter liability | L120 | MPM | 7.50 | 185.00 | 1,387.50 |
| 06/19/12 | Review and revise motion to continue | L210 | GP | 1.50 | 185.00 | 277.50 |
| 06/20/12 | Research re: BFPs | L240 | BP | 3.00 | 175.00 | 525.00 |
| 06/20/12 | Complete draft memo regarding underwriter liability | L120 | MPM | 5.30 | 185.00 | 980.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301049

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/21/12 | Summarize cases citing or relevant to lead case | L240 | BP | 3.00 | 175.00 | 525.00 |
| 06/21/12 | Consider strategy regarding depositions scheduling given bankruptcy | L120 | GP | 1.40 | 185.00 | 259.00 |
| 06/21/12 | Revise motion to continue | L210 | GP | .30 | 185.00 | 55.50 |
| 06/21/12 | Contact A.Clark regarding borrower's records and affidavit | L190 | GP | .80 | 185.00 | 148.00 |
| 06/21/12 | Finalize Motion to Continue and Order regarding same and prepare for filing and service upon all parties | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/21/12 | Review plaintiff's counsel email correspondence and strategies on course ahead in light of bankruptcy filing | L120 | KSA | 1.30 | 223.00 | 289.90 |
| 06/21/12 | Conference regarding applicability of stay to proceeding and response to opposing counsel | L120 | JB | .50 | 190.00 | 95.00 |
| 06/22/12 | Finalize memo summarizing three cases applying lead case | L240 | BP | 1.00 | 175.00 | 175.00 |
| 06/22/12 | Phone discussion with plaintiff's counsel regarding settlement offer and continuance of hearing | L160 | KSA | .30 | 223.00 | 66.90 |
| 06/22/12 | Email correspondence with P.Stokes regarding settlement offer | L160 | KSA | .20 | 223.00 | 44.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301049

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/22/12 | Finalize Suggestion of Bankruptcy with attachment and prepare for filing and service with the Court and upon all parties via electronic mail | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/25/12 | Draft supplemental brief for hearing on Plaintiff's motion for summary judgment | L250 | GP | 2.50 | 185.00 | 462.50 |
| 06/25/12 | Email and phone communications regarding settlement and resolution of matter | L160 | KSA | .50 | 223.00 | 111.50 |
| 06/27/12 | Phone conference with T.McDaniel regarding settlement | L120 | GP | .50 | 185.00 | 92.50 |

FEES $12,477.10

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 14.06 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS $14.06

AMOUNT DUE THIS BILL $12,491.16

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 5
SEPTEMBER 14, 2012

0G2012-301049

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | 1.00 | 150.00 |
| Keith S. Anderson | Associate | 223.00 | 2.70 | 602.10 |
| James Bailey | Associate | 190.00 | .50 | 95.00 |
| Preston H. Neel | Associate | 200.00 | .30 | 60.00 |
| Grant Premo | Associate | 185.00 | 15.30 | 2,830.50 |
| Michele P. Marron | Law Clerk | 185.00 | 39.20 | 7,252.00 |
| Bardford Patterson | Law Clerk | 175.00 | 8.50 | 1,487.50 |
| Total | | | 67.50 | 12,477.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301049

BILL AMOUNT $12,491.16

INVOICE # 804600

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 714803
Invoice Date: 09/14/2012
Invoice No. 804600
Period ending: 06/30/2012

Case Management Number LD 0G2012-301049

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $ 150.00 |
| L120 | Analysis/Strategy | 46.10 | $ 8,588.70 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $ 223.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ 148.00 |
| L210 | Pleadings | 3.30 | $ 621.90 |
| L240 | Dispositive Motions | 8.50 | $ 1,487.50 |
| L250 | Other Written Motions/Submissions | 2.50 | $ 462.50 |
| L310 | Written Discovery | 2.70 | $ 499.50 |
| L330 | Depositions | 1.60 | $ 296.00 |
| | TOTAL FEES | 67.50 | $ 12,477.10 |

| | |
|---|---|
| TOTAL FEES DUE | $ 12,477.10 |
| TOTAL DISBURSEMENTS DUE | $ 14.06 |
| TOTAL DUE THIS INVOICE | $ 12,491.16 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301050

INVOICE # 804601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301050 TC Number: 707812

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status update regarding hearing on motion to continue trial | L120 | BG | .20 | 190.00 | 38.00 |
| 06/22/12 | Update client on status of bankruptcy stay in relation to the parties and posture of the case | L190 | BG | .10 | 190.00 | 19.00 |
| 06/22/12 | Review all correspondence regarding Supplemental motion for summary judgment | L120 | BG | 1.20 | 190.00 | 228.00 |

FEES $285.00

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 70S | Ready Conference | 0.59 |

COSTS $.59

AMOUNT DUE THIS BILL $285.59

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301050

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Blake Goodsell | Associate | 190.00 | 1.50 | 285.00 |
| Total | | | 1.50 | 285.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301050

BILL AMOUNT $285.59

INVOICE # 804601

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 707812
Invoice Date: 09/14/2012
Invoice No. 804601
Period ending: 06/30/2012

Case Management Number LD 0G2012-301050

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 1.40 | $ | 266.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ | 19.00 |
| TOTAL FEES | 1.50 | $ | 285.00 |
| TOTAL FEES DUE | | $ | 285.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.59 |
| TOTAL DUE THIS INVOICE | | $ | 285.59 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301051

INVOICE # 804602

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301051 TC Number: 716587

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding interest on loan and loan modification | L120 | NJV | .10 | 258.00 | 25.80 |
| 06/05/12 | Emails to and from Judge Langer's judicial assistant pertaining to setting borrower's motion for reconsideration for hearing and other litigation issues | L120 | NJV | .30 | 258.00 | 77.40 |
| 06/20/12 | Review and analyze issues relating to motion to vacate judgment and potential settlement | L250 | HTC | .10 | 315.00 | 31.50 |
| 06/21/12 | Emails to and from H.Franchi pertaining to case status | L120 | NJV | .20 | 258.00 | 51.60 |
| 06/29/12 | Draft status report for client regarding borrower's motion for reconsideration | L120 | NJV | .20 | 258.00 | 51.60 |

| | | | |
|---|---|---|---|
| | FEES | | $237.90 |
| 35 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $237.90 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301051

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Nicholas J. Voelker | Associate | 258.00 | .80 | 206.40 |
| Total | | | .90 | 237.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301051
INVOICE # 804602

BILL AMOUNT $237.90

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 716587
Invoice Date: 09/14/2012
Invoice No. 804602
Period ending: 06/30/2012

Case Management Number LD 0G2012-301051

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.80 | $ | 206.40 |
| L250 Other Written Motions/Submissions | 0.10 | $ | 31.50 |
| TOTAL FEES | 0.90 | $ | 237.90 |
| TOTAL FEES DUE | | $ | 237.90 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 237.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301054

INVOICE # 804603

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301054 TC Number: 712653

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Prepare status report to client regarding settlement | L120 | JJPH | .20 | 250.00 | 50.00 |
| 06/06/12 | Telephone call from Peter Ensign's office regarding settlement check | L160 | JJPH | .10 | 250.00 | 25.00 |
| 06/13/12 | Analyzing effect of bankruptcy on ability to complete the previously agreed-to settlement. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/13/12 | Email correspondence with Peter Ensign regarding settlement check | L160 | JJPH | .10 | 250.00 | 25.00 |
| 06/19/12 | Review and analyze issues in connection with settlement | L120 | JJPH | .30 | 250.00 | 75.00 |
| 06/19/12 | Email correspondence to Lauren Delehey regarding settlement | L160 | JJPH | .10 | 250.00 | 25.00 |
| 06/21/12 | Email correspondence regarding settlement | L160 | JJPH | .10 | 250.00 | 25.00 |
| 06/21/12 | Analyzing settlement authority received from the client. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/25/12 | Analyzing the settlement correspondence with plaintiff's counsel. | L240 | CET | .20 | 293.00 | 58.60 |
| 06/25/12 | Email correspondence to Lauren Delehey regarding settlement check | L160 | JJPH | .10 | 250.00 | 25.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301054

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/26/12 | Email correspondence with Lauren Delehey and Jacqueline Ho regarding settlement check | L160 | JJPH | .20 | 250.00 | 50.00 |
| 06/29/12 | Email correspondence and telephone conference with Jim Wiley regarding settlement check | L160 | JJPH | .20 | 250.00 | 50.00 |

| | |
|---|---|
| FEES | $525.80 |
| AMOUNT DUE THIS BILL | $525.80 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301054

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | 1.40 | 350.00 |
| Christopher E. Thorsen | Partner | 293.00 | .60 | 175.80 |
| Total | | | 2.00 | 525.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301054
INVOICE # 804603

BILL AMOUNT $525.80

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 712653
Invoice Date: 09/14/2012
Invoice No. 804603
Period ending: 06/30/2012

Case Management Number LD 0G2012-301054

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.50 | $ | 125.00 |
| L160 Settlement/Non-Binding ADR | 0.90 | $ | 225.00 |
| L240 Dispositive Motions | 0.60 | $ | 175.80 |
| TOTAL FEES | 2.00 | $ | 525.80 |
| TOTAL FEES DUE | | $ | 525.80 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 525.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301055

INVOICE # 804604

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301055 TC Number: 712411

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft June 2012 status update regarding temporary restraining order | L120 | phn | .20 | 200.00 | 40.00 |

FEES $40.00

AMOUNT DUE THIS BILL $40.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301055

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Preston H. Neel | Associate | 200.00 | .20 | 40.00 |
| Total | | | .20 | 40.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301055
INVOICE # 804604

BILL AMOUNT $40.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 712411
Invoice Date: 09/14/2012
Invoice No. 804604
Period ending: 06/30/2012

Case Management Number LD 0G2012-301055

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 40.00 |
| TOTAL FEES | 0.20 | $ | 40.00 |
| TOTAL FEES DUE | | $ | 40.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 40.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301058

INVOICE # 804605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301058 TC Number: 714133

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding execution of settlement agreement and loan modification | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/04/12 | Draft correspondence to K.Dutill regarding status of loan modification | L120 | RK | .10 | 185.00 | 18.50 |
| 06/04/12 | Analysis and review of file to determine status of recordation pertaining to Order and telephone communications with Probate Court of Morgan County regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 06/06/12 | Review executed non-HAMP Loan Modification Agreement | L160 | JDV | .20 | 219.00 | 43.80 |
| 06/06/12 | Conference with K.Dutill regarding receipt of loan modification agreement | L120 | RK | .10 | 185.00 | 18.50 |
| 06/06/12 | Draft correspondence to opposing counsel regarding stipulation of dismissal | L120 | RK | .20 | 185.00 | 37.00 |
| 06/06/12 | Prepare joint stipulation of dismissal for filing | L210 | RK | .60 | 185.00 | 111.00 |
| 06/12/12 | Review publicly recorded Order Rescinding Foreclosure Deed | L210 | JDV | .20 | 219.00 | 43.80 |
| 06/12/12 | Receive and review recorded documents from Morgan County Probate regarding foreclosure and update file regarding same | L110 | ABB | .30 | 150.00 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301058

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/14/12 | Review order dismissing action | L210 | JDV | .20 | 219.00 | 43.80 |
| 06/20/12 | Draft correspondence to G.Albright regarding loan modification | L190 | RK | .20 | 185.00 | 37.00 |
| 06/26/12 | Correspondence with E.Cvetetic, defendants' attorney, regarding mailing of mortgage payments | L160 | JDV | .40 | 219.00 | 87.60 |
| 06/27/12 | Review and analysis of correspondence from defendants regarding July 2012 mortgage payment | L190 | JDV | .20 | 219.00 | 43.80 |

FEES $633.60

AMOUNT DUE THIS BILL $633.60

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301058

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | .70 | 105.00 |
| Jose D. Vega | Associate | 219.00 | 1.40 | 306.60 |
| Riley Key | Associate | 185.00 | 1.20 | 222.00 |
| Total | | | 3.30 | 633.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301058

BILL AMOUNT $633.60

INVOICE # 804605

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 714133
Invoice Date: 09/14/2012
Invoice No. 804605
Period ending: 06/30/2012

Case Management Number LD 0G2012-301058

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $ | 105.00 |
| L120 | Analysis/Strategy | 0.40 | $ | 74.00 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $ | 131.40 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $ | 124.60 |
| L210 | Pleadings | 1.00 | $ | 198.60 |
| | TOTAL FEES | 3.30 | $ | 633.60 |
| | TOTAL FEES DUE | | $ | 633.60 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 633.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301059

INVOICE # 804606

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301059 TC Number: 707801

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding borrower's supplemental financials and loan modification | L120 | NJV | .10 | 258.00 | 25.80 |
| 06/29/12 | Draft status report for client regarding loan modification | L120 | NJV | .10 | 258.00 | 25.80 |

| | |
|---|---|
| FEES | $51.60 |
| AMOUNT DUE THIS BILL | $51.60 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301059

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Nicholas J. Voelker | Associate | 258.00 | .20 | 51.60 |
| Total | | | .20 | 51.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301059
INVOICE # 804606

BILL AMOUNT $51.60

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 707801
Invoice Date: 09/14/2012
Invoice No. 804606
Period ending: 06/30/2012

Case Management Number LD 0G2012-301059

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 51.60 |
| TOTAL FEES | 0.20 | $ | 51.60 |
| TOTAL FEES DUE | | $ | 51.60 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 51.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301061

INVOICE # 804607

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301061 TC Number: 709618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Status report regarding motion for summary judgment pending, trial date | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/15/12 | Review court opinion granting summary judgment and send to P.Stokes with comments | L120 | KSA | 1.00 | 223.00 | 223.00 |
| 06/22/12 | Review plaintiff attorney letter regarding potential settlement and forward to P.Stokes with analysis and recommendation | L120 | KSA | .40 | 223.00 | 89.20 |
| 06/22/12 | Review letter from plaintiff's counsel regarding settlement proposal. | L110 | MST | .20 | 150.00 | 30.00 |

FEES $364.50

01 Copy Charges 0.00

AMOUNT DUE THIS BILL $364.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301061

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Keith S. Anderson | Associate | 223.00 | 1.50 | 334.50 |
| Total | | | 1.70 | 364.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301061

BILL AMOUNT $364.50

INVOICE # 804607

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709618
Invoice Date: 09/14/2012
Invoice No. 804607
Period ending: 06/30/2012

Case Management Number LD 0G2012-301061

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.20 | $ | 30.00 |
| L120 Analysis/Strategy | 1.50 | $ | 334.50 |
| TOTAL FEES | 1.70 | $ | 364.50 |
| TOTAL FEES DUE | | $ | 364.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 364.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301062

INVOICE # 804608

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301062 TC Number: 709816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/05/12 | Review settlement options | P300 | KW | .10 | 185.00 | 18.50 |
| 06/18/12 | Responded to request for pleadings from J.Hoy; followed up regarding settlement options | L210 | KW | .30 | 185.00 | 55.50 |

| | |
|---|---|
| FEES | $74.00 |
| AMOUNT DUE THIS BILL | $74.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301062

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Kristi Wilcox | Associate | 185.00 | .40 | 74.00 |
| Total | | | .40 | 74.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301062
INVOICE # 804608

BILL AMOUNT $74.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709816
Invoice Date: 09/14/2012
Invoice No. 804608
Period ending: 06/30/2012

Case Management Number LD 0G2012-301062

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L210 | Pleadings | 0.30 | $ | 55.50 |
| P300 | Structure/Strategy/Analysis | 0.10 | $ | 18.50 |
| | TOTAL FEES | 0.40 | $ | 74.00 |
| | TOTAL FEES DUE | | $ | 74.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 74.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301063

INVOICE # 804609

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301063 TC Number: 711738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status update regarding motion for relief from stay | L120 | BG | .20 | 190.00 | 38.00 |
| 06/01/12 | Assimilation and compilation of banking records and e-mail communications with opposing counsel regarding same | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/01/12 | Email from client contact K.Priore regarding motion for relief from bankruptcy stay | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/06/12 | Review Order from Court staying case as to GMAC and issuing show cause order for other parties to show cause why entire case should not be stayed | L250 | JHP | .10 | 245.00 | 24.50 |
| 06/06/12 | Emails to/from all counsel to discuss inspection of plaintiff's home | L190 | JHP | .20 | 245.00 | 49.00 |
| 06/06/12 | Receipt of Order regarding bankruptcy proceedings and update file regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/08/12 | Emails to/from K.Priore to discuss insurance proceeds check | L120 | JHP | .20 | 245.00 | 49.00 |
| 06/08/12 | Correspondence regarding roof inspection and damage assessment | L190 | BG | .10 | 190.00 | 19.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301063

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/19/12 | Retrieval of docket to obtain status regarding bankruptcy stay and of any pending Order and update master chart with obtained information and attachments regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/19/12 | Review of file to determine strategy on file given new interim bankruptcy order | L120 | JHP | .20 | 245.00 | 49.00 |
| 06/26/12 | Phone call from bankruptcy counsel for client to discuss motion to lift stay | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/28/12 | Phone call and emails to/from bankruptcy counsel regarding motion to lift stay filed by borrower in bankruptcy action | L120 | JHP | .50 | 245.00 | 122.50 |
| 06/28/12 | Correspondence with bankruptcy counsel regarding past settlement attempts | L160 | BG | .20 | 190.00 | 38.00 |

| | |
|---|---|
| FEES | $573.00 |
| AMOUNT DUE THIS BILL | $573.00 |

***** TOTAL DUE UPON RECEIPT *****

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301063

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | .90 | 135.00 |
| Jon H. Patterson | Associate | 245.00 | 1.40 | 343.00 |
| Blake Goodsell | Associate | 190.00 | .50 | 95.00 |
| Total | | | 2.80 | 573.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301063

BILL AMOUNT $573.00

INVOICE # 804609

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 711738
Invoice Date: 09/14/2012
Invoice No. 804609
Period ending: 06/30/2012

Case Management Number LD 0G2012-301063

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.90 | $ | 135.00 |
| L120 Analysis/Strategy | 1.30 | $ | 307.50 |
| L160 Settlement/Non-Binding ADR | 0.20 | $ | 38.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.30 | $ | 68.00 |
| L250 Other Written Motions/Submissions | 0.10 | $ | 24.50 |
| TOTAL FEES | 2.80 | $ | 573.00 |
| TOTAL FEES DUE | | $ | 573.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 573.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301065

INVOICE # 804610

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301065 TC Number: 715285

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/14/12 | Conference with judicial assistant regarding dates of availability for hearing and correspondence to R.Reder regarding same | L250 | AHC | .40 | 145.00 | 58.00 |
| 06/15/12 | Evaluate status of matter, whether hearing has been set on motion to dismiss, and whether any meet and confer requirement is a prerequisite before any hearing | L450 | JMH | .20 | 241.00 | 48.20 |
| 06/15/12 | Review Judicial Automated Workflow System Foreclosure Related Notice regarding hearing on plaintiff's motion to dismiss amended counterclaim and third party claims | L190 | JDV | .20 | 219.00 | 43.80 |

FEES $150.00

AMOUNT DUE THIS BILL $150.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301065

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jonathan Hooks | Associate | 241.00 | .20 | 48.20 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | .80 | 150.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301065

BILL AMOUNT $150.00

INVOICE # 804610

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 715285
Invoice Date: 09/14/2012
Invoice No. 804610
Period ending: 06/30/2012

Case Management Number LD 0G2012-301065

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 43.80 |
| L250 Other Written Motions/Submissions | 0.40 | $ | 58.00 |
| L450 Trial and Hearing Attendance | 0.20 | $ | 48.20 |
| TOTAL FEES | 0.80 | $ | 150.00 |
| TOTAL FEES DUE | | $ | 150.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 150.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301066

INVOICE # 804611

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301066 TC Number: 715873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/11/12 | Draft status update and upload to extranet | L140 | JCCO | .10 | 195.00 | 19.50 |
| 06/11/12 | Receive call from opposing counsel regarding case schedule and upcoming court deadlines | L120 | JCCO | .30 | 195.00 | 58.50 |
| 06/19/12 | Emails to and from H.Franchi regarding the scheduling of GMAC corporate representative deposition | L330 | JCCO | .30 | 195.00 | 58.50 |
| 06/20/12 | Review file and reassess designation - emails with H.Franchi regarding the same | L140 | JCCO | .30 | 195.00 | 58.50 |
| 06/21/12 | Draft notice of bankruptcy, call opposing counsel regarding bankruptcy, and update spreadsheet accordingly | L250 | JCCO | .90 | 195.00 | 175.50 |
| 06/22/12 | Prepare and file Notice of Bankruptcy | L140 | JCCO | .70 | 195.00 | 136.50 |
| 06/26/12 | Receive call from judge's secretary regarding filing of Notice of Bankruptcy | L140 | JCCO | .30 | 195.00 | 58.50 |

FEES $565.50

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 02 | Postage Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 14, 2012

0G2012-301066

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $565.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301066

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jonathan Cobb | Associate | 195.00 | 2.90 | 565.50 |
| Total | | | 2.90 | 565.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301066

BILL AMOUNT $565.50

INVOICE # 804611

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 715873
Invoice Date: 09/14/2012
Invoice No. 804611
Period ending: 06/30/2012

Case Management Number LD 0G2012-301066

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 58.50 |
| L140 Document/File Management | 1.40 | $ | 273.00 |
| L250 Other Written Motions/Submissions | 0.90 | $ | 175.50 |
| L330 Depositions | 0.30 | $ | 58.50 |
| TOTAL FEES | 2.90 | $ | 565.50 |
| TOTAL FEES DUE | | $ | 565.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 565.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301069

INVOICE # 804612

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301069 TC Number: 718287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/12/12 | Work through remaining issues related to closing of adversary proceedings | L120 | CLHA | .40 | 345.00 | 138.00 |

FEES $138.00

AMOUNT DUE THIS BILL $138.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301069

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christopher L. Hawkins | Partner | 345.00 | .40 | 138.00 |
| Total | | | .40 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301069
INVOICE # 804612

BILL AMOUNT $138.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718287
Invoice Date: 09/14/2012
Invoice No. 804612
Period ending: 06/30/2012

Case Management Number LD 0G2012-301069

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.40 | $ | 138.00 |
| TOTAL FEES | 0.40 | $ | 138.00 |
| TOTAL FEES DUE | | $ | 138.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 138.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301070

INVOICE # 804613

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301070 TC Number: 718085

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft June 2012 status update regarding settin of pre-trial conferences and trial | L120 | phn | .20 | 200.00 | 40.00 |
| 06/11/12 | Email exchange with opposing counsel regarding notice of bankruptcy | L210 | phn | .30 | 200.00 | 60.00 |
| 06/12/12 | Phone call to Court to confirm bankruptcy stay in place to stay trial date set for June 13th | L190 | phn | .20 | 200.00 | 40.00 |
| 06/19/12 | Analysis of bankruptcy order and effect of relief from stay | L120 | phn | .20 | 200.00 | 40.00 |
| 06/19/12 | Conference call with K.Thompson regarding bankruptcy and loan modification review | L120 | phn | .30 | 200.00 | 60.00 |
| 06/25/12 | Email exchange from R.Meeker regarding loan modification | L120 | phn | .20 | 200.00 | 40.00 |
| 06/25/12 | Email exchange with P.Lehtola, regarding trial settings | L120 | phn | .30 | 200.00 | 60.00 |
| 06/25/12 | Conference call with P.Stokes regarding issues in case and loan modification | L120 | phn | .30 | 200.00 | 60.00 |

FEES $400.00

**DESCRIPTION OF DISBURSEMENTS**



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301070

FED ID NO. 63-0243316

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 07 | Filing Fees | 9.46 |
| | COSTS | $9.46 |
| | AMOUNT DUE THIS BILL | $409.46 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301070

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Preston H. Neel | Associate | 200.00 | 2.00 | 400.00 |
| Total | | | 2.00 | 400.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301070
INVOICE # 804613

BILL AMOUNT $409.46

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718085
Invoice Date: 09/14/2012
Invoice No. 804613
Period ending: 06/30/2012

Case Management Number LD 0G2012-301070

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 1.50 | $ | 300.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 40.00 |
| L210 Pleadings | 0.30 | $ | 60.00 |
| TOTAL FEES | 2.00 | $ | 400.00 |
| TOTAL FEES DUE | | $ | 400.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 9.46 |
| TOTAL DUE THIS INVOICE | | $ | 409.46 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301073

INVOICE # 804614

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301073 TC Number: 719617

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Prepare status report to client regarding discovery and medical records | L120 | JJPH | .20 | 250.00 | 50.00 |
| 06/01/12 | Initial review of medical records | L310 | JJPH | .60 | 250.00 | 150.00 |
| 06/01/12 | Review medical records from Dr. Strickmeyer | L310 | JJPH | .30 | 250.00 | 75.00 |
| 06/01/12 | Telephone call to Pete Whaley regarding release from Dr. Moser | L310 | JJPH | .10 | 250.00 | 25.00 |
| 06/04/12 | Review billing records from Dr. Strickmeyer | L310 | JJPH | .40 | 250.00 | 100.00 |
| 06/04/12 | Email correspondence to Pete Whaley regarding depositions | L310 | JJPH | .10 | 250.00 | 25.00 |
| 06/04/12 | Email correspondence with Jacqueline Ho regarding medical records and depositions | L310 | JJPH | .20 | 250.00 | 50.00 |
| 06/04/12 | Prepare authorization for release of medical records of Neal J. Moser, M.D. | P100 | CAV | .60 | 145.00 | 87.00 |
| 06/05/12 | Prepare letter to Dr. Strickmeyer's office regarding actual medical records of borrower | P100 | CAV | .40 | 145.00 | 58.00 |
| 06/05/12 | Confer with Records Dept. at Dr. Brownsten's office regarding status of medical records | P100 | CAV | .10 | 145.00 | 14.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301073

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/05/12 | Email correspondence regarding medical records for borrower | L310 | JJPH | .20 | 250.00 | 50.00 |
| 06/05/12 | Begin work on motion for partial summary judgment | L240 | JJPH | .60 | 250.00 | 150.00 |
| 06/05/12 | Analyze possible strategies to move this case to finality | L120 | JDR | .20 | 293.00 | 58.60 |
| 06/06/12 | Continue work on motion for summary judgment and supporting memorandum | L240 | JJPH | 3.10 | 250.00 | 775.00 |
| 06/06/12 | Review medical records from Dr. Strickmeyer | L310 | JJPH | .30 | 250.00 | 75.00 |
| 06/08/12 | Review medical records from Dr. Sterneberg | L310 | JJPH | .30 | 250.00 | 75.00 |
| 06/08/12 | Email correspondence with Pete Whaley regarding depositions and borrowers' counterclaims | L310 | JJPH | .20 | 250.00 | 50.00 |
| 06/15/12 | Draft and send e-mail to P.Whaley regarding scheduling his clients' depositions; two subsequent e-mails with P.Whaley regarding same. | L330 | JDR | .20 | 293.00 | 58.60 |
| 06/15/12 | Email correspondence with Pete Whaley regarding depositions | L310 | JJPH | .10 | 250.00 | 25.00 |
| 06/19/12 | Email correspondence regarding borrowers' depositions | L310 | JJPH | .10 | 250.00 | 25.00 |
| 06/21/12 | Review and respond to correspondence from P.Whaley regarding deposition scheduling. | L330 | JDR | .20 | 293.00 | 58.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301073

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/22/12 | Telephone conference with Jacqueline Ho regarding Plaintiff's settlement offer | L160 | JJPH | .20 | 250.00 | 50.00 |
| 06/26/12 | Email correspondence regarding automatic stay | L120 | JJPH | .20 | 250.00 | 50.00 |
| 06/26/12 | Review and analyze borrower's counterclaims | L210 | CWH | .30 | 330.00 | 99.00 |

FEES $2,234.30

AMOUNT DUE THIS BILL $2,234.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301073

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | 7.20 | 1,800.00 |
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Jonathan Rose | Partner | 293.00 | .60 | 175.80 |
| Catherine A. Vest | Paralegal | 145.00 | 1.10 | 159.50 |
| Total | | | 9.20 | 2,234.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301073
INVOICE # 804614

BILL AMOUNT $2,234.30

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719617
Invoice Date: 09/14/2012
Invoice No. 804614
Period ending: 06/30/2012

Case Management Number LD 0G2012-301073

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.60 | $ | 158.60 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ | 50.00 |
| L210 | Pleadings | 0.30 | $ | 99.00 |
| L240 | Dispositive Motions | 3.70 | $ | 925.00 |
| L310 | Written Discovery | 2.90 | $ | 725.00 |
| L330 | Depositions | 0.40 | $ | 117.20 |
| P100 | Project Administration | 1.10 | $ | 159.50 |
| | TOTAL FEES | 9.20 | $ | 2,234.30 |
| | TOTAL FEES DUE | | $ | 2,234.30 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 2,234.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301074

INVOICE # 804615

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301074 TC Number: 719598

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | Draft monthly status report for this matter | L120 | CM | .20 | 185.00 | 37.00 |
| 06/19/12 | Call to PStokes regarding modification | L120 | CM | .10 | 185.00 | 18.50 |

FEES $55.50

AMOUNT DUE THIS BILL $55.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301074

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Cam Miller | Associate | 185.00 | .30 | 55.50 |
| Total | | | .30 | 55.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301074

BILL AMOUNT $55.50

INVOICE # 804615

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 719598 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804615 |
| Period ending: | 06/30/2012 |

Case Management Number LD 0G2012-301074

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 55.50 |
| TOTAL FEES | 0.30 | $ | 55.50 |
| TOTAL FEES DUE | | $ | 55.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 55.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301076

INVOICE # 804616

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301076 TC Number: 720586

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Review case law for recently entered favorable holdings in preparation for oral argument | L530 | AKA | 1.80 | 184.00 | 331.20 |
| 06/01/12 | Meet with M.Ayers and J.Hooks regarding preparation for upcoming oral argument | L190 | AKA | .60 | 184.00 | 110.40 |
| 06/01/12 | Research Westlaw for A.Cockrell to locate cases from appellant briefs and answer. | L530 | LDM | .50 | 210.00 | 105.00 |
| 06/01/12 | Continued preparations and updated case law research for upcoming oral argument | L530 | MJA | 3.20 | 297.00 | 950.40 |
| 06/01/12 | Evaluate issues that could be raised by court and appropriate responses and prepare and develop appropriate talking points for oral argument | L530 | JMH | .90 | 241.00 | 216.90 |
| 06/01/12 | Prepare binder for oral argument | L530 | AHC | 2.00 | 145.00 | 290.00 |
| 06/03/12 | Continue analysis of issues that could potentially be raised by HOA's counsel at oral argument | L530 | JMH | .50 | 241.00 | 120.50 |
| 06/03/12 | Review docket and draft status report regarding setting of oral argument | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/03/12 | Search case law for propositions relating to summary judgment in light of upcoming oral argument | L530 | AKA | 1.70 | 184.00 | 312.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301076

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/03/12 | Continue preparation for possible questions at oral argument | L530 | MJA | 1.30 | 297.00 | 386.10 |
| 06/04/12 | Continue oral argument preparation, including answers to possible questions and case law and record document research on all issues | L530 | MJA | 12.70 | 297.00 | 3,771.90 |
| 06/04/12 | Continue searching case law for propositions relating to summary judgment in preparation for upcoming oral argument | L530 | AKA | 2.80 | 184.00 | 515.20 |
| 06/04/12 | E-mails to M.Ayers, J.Hooks regarding oral argument preparation | L190 | AKA | .30 | 184.00 | 55.20 |
| 06/05/12 | Continue preparations for oral argument before the Florida Second District Court of Appeals | L530 | MJA | 4.50 | 297.00 | 1,336.50 |
| 06/05/12 | Present oral argument before the Florida Second District Court of Appeals | L530 | MJA | 1.00 | 297.00 | 297.00 |
| 06/05/12 | Research for post-argument issues | L530 | MJA | 2.70 | 297.00 | 801.90 |
| 06/05/12 | Draft and revised post-argument summary for client | L530 | MJA | .50 | 297.00 | 148.50 |
| 06/06/12 | Continue research on possible post-argument submission | L510 | MJA | .40 | 297.00 | 118.80 |
| 06/14/12 | Research on effect of affirmance by appellate court | L520 | MJA | .20 | 297.00 | 59.40 |
| 06/18/12 | Continue research for post-argument issues | L510 | MJA | .40 | 297.00 | 118.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301076

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/22/12 | Review pleadings for information entered in lower court | L210 | AKA | .30 | 184.00 | 55.20 |
| 06/22/12 | E-mails with M.Ayers, J.Hooks regarding issues relating to oral argument issues | L190 | AKA | .20 | 184.00 | 36.80 |
| 06/22/12 | Research on opposing counsel communication | L510 | MJA | 1.00 | 297.00 | 297.00 |
| 06/25/12 | Confer with M.Ayers, J.Hooks regarding pending litigation issues | L120 | AKA | .30 | 184.00 | 55.20 |
| 06/25/12 | Conference call with H.Franchi regarding pending litigation issues | L190 | AKA | .30 | 184.00 | 55.20 |
| 06/25/12 | Review pleadings for information on lower court entry | L210 | AKA | .60 | 184.00 | 110.40 |
| 06/25/12 | Review trial court docket and public records regarding Order correspondence to foreclosure counsel regarding same | L110 | AHC | .30 | 145.00 | 43.50 |
| 06/25/12 | Conference with H.Franchi and P.Stokes on fee matter | L250 | MJA | .50 | 297.00 | 148.50 |
| 06/25/12 | Communications with opposing counsel on fee matter | L250 | MJA | .30 | 297.00 | 89.10 |
| 06/25/12 | Continue research on fee matter | L250 | MJA | 1.30 | 297.00 | 386.10 |
| 06/26/12 | Calls to E.Quinn on fee matter strategy | L250 | MJA | .40 | 297.00 | 118.80 |
| 06/26/12 | Continue research on posting bond | L250 | MJA | 1.10 | 297.00 | 326.70 |
| 06/27/12 | Communications with L.Conklin concerning W-9 and fee payment | L250 | MJA | .20 | 297.00 | 59.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301076

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/29/12 | Research on attorney fees and interest | L250 | MJA | .50 | 297.00 | 148.50 |

FEES $12,005.90

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 20 | Airline Tickets | 456.40 |
| 21 | Travel Expense | 328.15 |
| 23 | Meal Expense | 61.37 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS $845.92

AMOUNT DUE THIS BILL $12,851.82

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301076

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Marc J. Ayers | Partner | 297.00 | 32.20 | 9,563.40 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.50 | 362.50 |
| Jonathan Hooks | Associate | 241.00 | 1.40 | 337.40 |
| Anne Averitt | Associate | 184.00 | 8.90 | 1,637.60 |
| Lori D. Martin | Research | 210.00 | .50 | 105.00 |
| Total | | | 45.50 | 12,005.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301076
INVOICE # 804616

BILL AMOUNT $12,851.82

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 720586
Invoice Date: 09/14/2012
Invoice No. 804616
Period ending: 06/30/2012

Case Management Number LD 0G2012-301076

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $ | 43.50 |
| L120 | Analysis/Strategy | 0.30 | $ | 55.20 |
| L190 | Other Case Assessment, Develop't/Admin | 1.60 | $ | 286.60 |
| L210 | Pleadings | 0.90 | $ | 165.60 |
| L250 | Other Written Motions/Submissions | 4.30 | $ | 1,277.10 |
| L510 | Appellate Motions and Submissions | 1.80 | $ | 534.60 |
| L520 | Appellate Briefs | 0.20 | $ | 59.40 |
| L530 | Oral Argument | 36.10 | $ | 9,583.90 |
| | TOTAL FEES | 45.50 | $ | 12,005.90 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 12,005.90 |
| TOTAL DISBURSEMENTS DUE | $ | 845.92 |
| TOTAL DUE THIS INVOICE | $ | 12,851.82 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301077

INVOICE # 804617

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301077 TC Number: 722608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding settlement agreement review | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/18/12 | Exchange emails with J.Pierce regarding status of settlement | L160 | HTC | .10 | 315.00 | 31.50 |

FEES $75.30

AMOUNT DUE THIS BILL $75.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301077

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | .30 | 75.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301077

BILL AMOUNT $75.30

INVOICE # 804617

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 722608
Invoice Date: 09/14/2012
Invoice No. 804617
Period ending: 06/30/2012

Case Management Number LD 0G2012-301077

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L160 Settlement/Non-Binding ADR | 0.10 | $ | 31.50 |
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 43.80 |
| TOTAL FEES | 0.30 | $ | 75.30 |
| TOTAL FEES DUE | | $ | 75.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 75.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301078

INVOICE # 804618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301078 TC Number: 692660

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Draft monthly status update regarding motion for summary judgment | L320 | MW | .10 | 263.00 | 26.30 |
| 06/11/12 | Review and analyze order of referral to mediation request for hearing pursuant to judicial instruction, received from judicial assistant | L120 | MW | .20 | 263.00 | 52.60 |
| 06/18/12 | Draft and revise initial motion for summary judgment | L320 | MW | 1.10 | 263.00 | 289.30 |
| 06/18/12 | Review file to determine most recent default counsel assigned to case and email H.Franchi to determine current counsel assigned | L110 | MPE | .40 | 149.00 | 59.60 |
| 06/27/12 | Review and analyze motion for summary judgment filed by pro se borrower | L120 | MW | 1.10 | 263.00 | 289.30 |
| 06/27/12 | Review and analyze borrower's filed affidavit in support of motion for summary judgment | L120 | MW | .40 | 263.00 | 105.20 |
| 06/29/12 | Review and analyze recent opinions issued by Florida courts regarding private cause of action for borrower's claims | L120 | MW | .60 | 263.00 | 157.80 |

FEES $980.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301078

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $980.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301078

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Monica Wilson | Associate | 263.00 | 3.50 | 920.50 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | 3.90 | 980.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301078
INVOICE # 804618

BILL AMOUNT $980.10

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 692660
Invoice Date: 09/14/2012
Invoice No. 804618
Period ending: 06/30/2012

Case Management Number LD 0G2012-301078

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.40 | $ | 59.60 |
| L120 Analysis/Strategy | 2.30 | $ | 604.90 |
| L320 Document Production | 1.20 | $ | 315.60 |
| TOTAL FEES | 3.90 | $ | 980.10 |
| TOTAL FEES DUE | | $ | 980.10 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 980.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301080

INVOICE # 804619

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301080 TC Number: 700284

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

| | |
|---|---|
| FEES | $69.00 |
| AMOUNT DUE THIS BILL | $69.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301080

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301080
INVOICE # 804619

BILL AMOUNT $69.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 700284
Invoice Date: 09/14/2012
Invoice No. 804619
Period ending: 06/30/2012

Case Management Number LD 0G2012-301080

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 69.00 |
| TOTAL FEES | 0.20 | $ | 69.00 |
| TOTAL FEES DUE | | $ | 69.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301081

INVOICE # 804620

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301081 TC Number: 717815

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding settlement of case | L190 | RLB | .20 | 266.00 | 53.20 |

FEES $53.20

AMOUNT DUE THIS BILL $53.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301081

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Rashad L. Blossom | Associate | 266.00 | .20 | 53.20 |
| Total | | | .20 | 53.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301081
INVOICE # 804620

BILL AMOUNT $53.20

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 717815
Invoice Date: 09/14/2012
Invoice No. 804620
Period ending: 06/30/2012

Case Management Number LD 0G2012-301081

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 53.20 |
| TOTAL FEES | 0.20 | $ | 53.20 |
| TOTAL FEES DUE | | $ | 53.20 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 53.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301082

INVOICE # 804621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301082 TC Number: 718350

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/03/12 | Draft status report regarding recently filed a Notice of Bankruptcy in this matter. | L120 | RK | .10 | 185.00 | 18.50 |

FEES $18.50

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 07 | Filing Fees | 14.06 |
| | COSTS | $14.06 |
| | AMOUNT DUE THIS BILL | $32.56 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301082

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Riley Key | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301082
INVOICE # 804621

BILL AMOUNT $32.56

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718350
Invoice Date: 09/14/2012
Invoice No. 804621
Period ending: 06/30/2012

Case Management Number LD 0G2012-301082

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 18.50 |
| TOTAL FEES | 0.10 | $ | 18.50 |
| TOTAL FEES DUE | | $ | 18.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 14.06 |
| TOTAL DUE THIS INVOICE | | $ | 32.56 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301083

INVOICE # 804622

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301083 TC Number: 709242

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | Draft monthly status report for this matter | L120 | CM | .20 | 185.00 | 37.00 |
| 06/19/12 | Review new order and determine effect on case | L120 | CM | .20 | 185.00 | 37.00 |

FEES $74.00

35 Express Mail/Fedex 0.00

AMOUNT DUE THIS BILL $74.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301083

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Cam Miller | Associate | 185.00 | .40 | 74.00 |
| Total | | | .40 | 74.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301083
INVOICE # 804622

BILL AMOUNT $74.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709242
Invoice Date: 09/14/2012
Invoice No. 804622
Period ending: 06/30/2012

Case Management Number LD 0G2012-301083

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.40 | $ | 74.00 |
| TOTAL FEES | 0.40 | $ | 74.00 |
| TOTAL FEES DUE | | $ | 74.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 74.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301084

INVOICE # 804623

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301084 TC Number: 717294

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding motion to dismiss borrower's claims | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/04/12 | Draft Motion to Dismiss caption, procedural history and arguments | L210 | JDV | 2.10 | 219.00 | 459.90 |
| 06/04/12 | Analysis of state law regarding declaratory judgment standards | L120 | JDV | 1.00 | 219.00 | 219.00 |
| 06/04/12 | Review June 2012 docket regarding status of litigation | L190 | JDV | .10 | 219.00 | 21.90 |
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/06/12 | Review for Copies of Produced Documents | L250 | JDV | .20 | 219.00 | 43.80 |
| 06/06/12 | Email correspondence regarding Amended Counterclaim | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/06/12 | Review defendant's pleading | L350 | JAM | .40 | 145.00 | 58.00 |
| 06/06/12 | Initial review of defendant's interrogatories to Deutsche | L320 | JAM | .40 | 145.00 | 58.00 |
| 06/06/12 | Initial draft of responses to defendant's interrogatories | L310 | JAM | .40 | 145.00 | 58.00 |
| 06/06/12 | Analysis of federal law regarding borrower's claims | L120 | JDV | 1.10 | 219.00 | 240.90 |
| 06/06/12 | Draft Motion to Dismiss argument sections | L210 | JDV | 1.80 | 219.00 | 394.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/07/12 | Telephone call from C.Roesch's office regarding scheduling hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 06/08/12 | Email correspondence regarding scheduling of parties' depositions | L330 | JAM | .20 | 145.00 | 29.00 |
| 06/08/12 | Draft Response to Request for Copies of Produced Documents | L350 | JDV | .50 | 219.00 | 109.50 |
| 06/08/12 | Correspondence with R.Combs, Vice President Cooper, Simms, Nelson & Mosley, Inc., regarding further information on status of March 2006 payment | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/15/12 | Exchange e-mails with T.Jordan about acceptance of borrower's payments | L110 | CWH | .10 | 330.00 | 33.00 |
| 06/15/12 | Correspondence with N.Martin and T.Jordan regarding application of payments to suspense account | L190 | JDV | .30 | 219.00 | 65.70 |
| 06/15/12 | Final assembly of Encompass documents to provide to opposing counsel pursuant to their Request for Copies of Produced Documents | L320 | JAM | .40 | 145.00 | 58.00 |
| 06/15/12 | Final review of Plaintiff's Motion to Dismiss Amended Complaint prior to submission to Court | L210 | JAM | .40 | 145.00 | 58.00 |
| 06/15/12 | Final review of Plaintiff's Response to Request for Copies of Produced Documents prior to submission to court | L320 | JAM | .20 | 145.00 | 29.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/15/12 | Draft correspondence to opposing counsel forwarding copies of documents produced by Encompass | L320 | JAM | .20 | 145.00 | 29.00 |
| 06/15/12 | Draft correspondence to Seminole County clerk enclosing pleadings to be filed | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/15/12 | Review motion to dismiss amended complaint | L250 | HTC | .40 | 315.00 | 126.00 |
| 06/18/12 | Review of notice of confirmation of hearing from Florida 18th Judicial Circuit | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/18/12 | Review emails regarding cancellation of hearing | L230 | JAM | .10 | 145.00 | 14.50 |
| 06/19/12 | Review online docket to determine docketing of Motion to Dismiss Amended Counterclaim and Notice of Bankruptcy | L210 | JAM | .20 | 145.00 | 29.00 |
| 06/19/12 | Emails and telephone calls regarding scheduling hearing on our Motion to Dismiss Amended counterclaim and defendant's Motion for Summary Judgment on Foreclosure | L210 | JAM | .40 | 145.00 | 58.00 |
| 06/19/12 | Access online scheduling system for available dates | L210 | JAM | .30 | 145.00 | 43.50 |
| 06/19/12 | Analysis of available hearing dates for motion to dismiss amended counterclaim | L190 | JDV | .30 | 219.00 | 65.70 |
| 06/20/12 | Review complaint for foreclosure | L210 | HTC | .10 | 315.00 | 31.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/20/12 | Analysis of Notice of Hearing on Defendants' Motion for Summary Judgment | L250 | JDV | .20 | 219.00 | 43.80 |
| 06/21/12 | Review emails relating to response from insurance company and follow up with same | L120 | HTC | .10 | 315.00 | 31.50 |
| 06/21/12 | Review and analysis of Notice of Cancellation of Hearing | L250 | JDV | .20 | 219.00 | 43.80 |
| 06/21/12 | Draft responses to defendant's interrogatories | L310 | JDV | 1.00 | 219.00 | 219.00 |
| 06/21/12 | Correspondence with R.Combs, Vice-President of Cooper, Simms, Nelson & Mosley, Inc., regarding status of documentation from Encompass Insurance in response to subpoena | L390 | JDV | .20 | 219.00 | 43.80 |
| 06/21/12 | Correspondence with T.Jordan regarding transactional loan history of defendants' account | L190 | JDV | .40 | 219.00 | 87.60 |
| 06/21/12 | Analysis of transactional loan history of defendants' account in response to defendants' interrogatories | L120 | JDV | 1.80 | 219.00 | 394.20 |
| 06/25/12 | Email correspondence with S .Shaffer regarding hearing | L230 | JAM | .30 | 145.00 | 43.50 |
| 06/26/12 | Communications with R.Combs, Vice President, Cooper, Simms, Nelson & Mosley, Inc., regarding 2006 advance | L390 | JDV | .30 | 219.00 | 65.70 |
| 06/26/12 | Analyze issues relating to deposition of Encompass 30B6 representative | L330 | HTC | .10 | 315.00 | 31.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 5
SEPTEMBER 14, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/27/12 | Emails with opposing counsel regarding discovery issues | L310 | JAM | .30 | 145.00 | 43.50 |
| 06/28/12 | Review pending letter | L210 | JAM | .20 | 145.00 | 29.00 |

FEES $3,657.40

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

AMOUNT DUE THIS BILL $3,657.40

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 6
SEPTEMBER 14, 2012

0G2012-301084

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hope Cannon | Partner | 315.00 | .70 | 220.50 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Jamie Mathews | Paralegal | 145.00 | 5.20 | 754.00 |
| Jose D. Vega | Associate | 219.00 | 12.10 | 2,649.90 |
| Total | | | 18.10 | 3,657.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301084

BILL AMOUNT $3,657.40

INVOICE # 804623

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 717294
Invoice Date: 09/14/2012
Invoice No. 804623
Period ending: 06/30/2012

Case Management Number LD 0G2012-301084

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $ | 33.00 |
| L120 | Analysis/Strategy | 4.00 | $ | 885.60 |
| L190 | Other Case Assessment, Develop't/Admin | 1.90 | $ | 401.30 |
| L210 | Pleadings | 5.90 | $ | 1,161.10 |
| L230 | Court Mandated Conferences | 0.60 | $ | 87.00 |
| L250 | Other Written Motions/Submissions | 1.00 | $ | 257.40 |
| L310 | Written Discovery | 1.70 | $ | 320.50 |
| L320 | Document Production | 1.20 | $ | 174.00 |
| L330 | Depositions | 0.30 | $ | 60.50 |
| L350 | Discovery Motions | 0.90 | $ | 167.50 |
| L390 | Other Discovery | 0.50 | $ | 109.50 |
| | TOTAL FEES | 18.10 | $ | 3,657.40 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 3,657.40 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 3,657.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301085

INVOICE # 804624

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301085 TC Number: 709246

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Review summary judgment order and correspondence with client regarding same | L240 | GWG | .40 | 263.00 | 105.20 |
| 06/03/12 | Draft status report regarding granting of motion for summary judgment | L120 | RK | .10 | 185.00 | 18.50 |
| 06/07/12 | Draft closing memorandum | L120 | RK | .50 | 185.00 | 92.50 |
| 06/18/12 | Correspondence with G. Albright and D. Croman regarding plaintiffs' intent to appeal | L120 | GWG | .30 | 263.00 | 78.90 |

FEES $295.10

AMOUNT DUE THIS BILL $295.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301085

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Graham W. Gerhardt | Partner | 263.00 | .70 | 184.10 |
| Riley Key | Associate | 185.00 | .60 | 111.00 |
| Total | | | 1.30 | 295.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301085

BILL AMOUNT $295.10

INVOICE # 804624

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 709246
Invoice Date: 09/14/2012
Invoice No. 804624
Period ending: 06/30/2012

Case Management Number LD 0G2012-301085

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.90 | $ | 189.90 |
| L240 Dispositive Motions | 0.40 | $ | 105.20 |
| TOTAL FEES | 1.30 | $ | 295.10 |
| TOTAL FEES DUE | | $ | 295.10 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 295.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301086

INVOICE # 804625

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301086 TC Number: 700546

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Review court record regarding filing of response to summary judgment motion | L240 | JJPH | .10 | 250.00 | 25.00 |
| 06/06/12 | Prepare proposed order granting motion for summary judgment | L240 | JJPH | 1.30 | 250.00 | 325.00 |
| 06/14/12 | Review signed order granting FNMA's motion for summary judgment | L240 | JJPH | .10 | 250.00 | 25.00 |
| 06/20/12 | Email correspondence to Lauren Delehey and Chris Scanlan regarding order granting motion for summary judgment | L250 | JJPH | .20 | 250.00 | 50.00 |
| 06/20/12 | Email correspondence with S. Harding regarding eviction activity | L240 | CET | .30 | 293.00 | 87.90 |

FEES $512.90

| | | | |
|---|---|---|---|
| 01 | Copy Charges | 0.00 | |
| 35 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $512.90 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301086

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Joshua J. Phillips | Associate | 250.00 | 1.70 | 425.00 |
| Christopher E. Thorsen | Partner | 293.00 | .30 | 87.90 |
| Total | | | 2.00 | 512.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301086

BILL AMOUNT $512.90

INVOICE # 804625

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 700546 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804625 |
| Period ending: | 06/30/2012 |

Case Management Number LD 0G2012-301086

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L240 Dispositive Motions | 1.80 | $ | 462.90 |
| L250 Other Written Motions/Submissions | 0.20 | $ | 50.00 |
| TOTAL FEES | 2.00 | $ | 512.90 |
| TOTAL FEES DUE | | $ | 512.90 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 512.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301087

INVOICE # 804626

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301087 TC Number: 719360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Analyze recent pleadings and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |
| 06/13/12 | Call with client regarding effect of supplemental order in GMAC bankruptcy case on pending litigation | L120 | CLHA | .10 | 345.00 | 34.50 |

FEES $103.50

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 61 | Local Counsel Fees | 99.00 |
| | COSTS | $99.00 |
| | AMOUNT DUE THIS BILL | $202.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301087

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christopher L. Hawkins | Partner | 345.00 | .30 | 103.50 |
| Total | | | .30 | 103.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301087

BILL AMOUNT $202.50

INVOICE # 804626

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719360
Invoice Date: 09/14/2012
Invoice No. 804626
Period ending: 06/30/2012

Case Management Number LD 0G2012-301087

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 103.50 |
| TOTAL FEES | 0.30 | $ | 103.50 |
| TOTAL FEES DUE | | $ | 103.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 99.00 |
| TOTAL DUE THIS INVOICE | | $ | 202.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301088

INVOICE # 804627

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301088 TC Number: 719942

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/11/12 | Assessing current status of case to determine whether further action is needed. | L120 | JJS | .20 | 254.00 | 50.80 |
| 06/12/12 | Review and analysis of correspondence, pleadings, and client documents in order to prepare closing memorandum | L140 | RBB | .40 | 149.00 | 59.60 |
| 06/12/12 | Prepare draft of closing memorandum for attorney review | L140 | RBB | .40 | 149.00 | 59.60 |
| 06/12/12 | Revise draft closing memorandum, based on attorney feed back | L140 | RBB | .10 | 149.00 | 14.90 |

FEES $184.90

AMOUNT DUE THIS BILL $184.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301088

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Robert B. Benson | Paralegal | 149.00 | .90 | 134.10 |
| Jessica J. Sibley | Associate | 254.00 | .20 | 50.80 |
| Total | | | 1.10 | 184.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301088
INVOICE # 804627

BILL AMOUNT $184.90

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719942
Invoice Date: 09/14/2012
Invoice No. 804627
Period ending: 06/30/2012

Case Management Number LD 0G2012-301088

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 50.80 |
| L140 Document/File Management | 0.90 | $ | 134.10 |
| TOTAL FEES | 1.10 | $ | 184.90 |
| TOTAL FEES DUE | | $ | 184.90 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 184.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301089

INVOICE # 804628

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301089 TC Number: 706870

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Emails to/from client contact K.Dutill regarding summary judgment motion | L160 | JHP | .20 | 245.00 | 49.00 |
| 06/04/12 | Provided monthly status report to client regarding financial information from borrowers summary judgment hearing | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/05/12 | Analysis and review of file materials and telephone conference to and from Judge Stewart's office regarding hearing on Motion for Summary Judgment | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/05/12 | Further efforts in coordinating hearing on Motion for Summary Judgment and telephone calls with Judge Stewart's office regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 06/06/12 | Analysis and review of file regarding recently filed pleadings and assessment of pending Motion for Summary Judgment | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/06/12 | Telephone communications with the Court and preparation of Motion to Set Hearing in order to coordinate hearing | L110 | ABB | .70 | 150.00 | 105.00 |
| 06/06/12 | Emails to/from counsel for borrowers to check on status of loan modification paperwork | L160 | JHP | .10 | 245.00 | 24.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301089

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/11/12 | Emails to/from counsel for borrowers to determine whether counsel for borrowers received missing information from borrowers needed to complete loan modification application | L160 | JHP | .10 | 245.00 | 24.50 |
| 06/12/12 | Email from counsel for borrowers advising clients are coming to their office Friday to drop off remaining documents needed to complete loan modification application | L160 | JHP | .10 | 245.00 | 24.50 |
| 06/12/12 | Phone conference with client contact J.Hoy to discuss general facts and update on case and to discuss strategy | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/20/12 | Retrieval of docket to obtain status regarding hearing for Motion for Summary Judgment and telephone conferences regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/20/12 | Email to counsel for borrowers requesting pay information for borrowers to complete loan modification review | L160 | JHP | .10 | 245.00 | 24.50 |
| 06/20/12 | Participate in monthly conference call with client to discuss status update on case | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/21/12 | Review email from counsel for borrowers attaching hardship affidavit for loan modification review package completion | L160 | JHP | .10 | 245.00 | 24.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301089

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/22/12 | Review email and attached pay stubs from counsel for borrowers to complete information needed for loan modification package and send email to client contact J.Hoy attaching information | L160 | JHP | .20 | 245.00 | 49.00 |
| 06/22/12 | Update client on status of bankruptcy stay in relation to the parties and posture of the case | L190 | BG | .10 | 190.00 | 19.00 |
| 06/22/12 | Review recent stay of case and update master bankruptcy chart | C100 | ABB | .10 | 150.00 | 15.00 |

FEES $613.00

AMOUNT DUE THIS BILL $613.00

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301089

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | 2.00 | 300.00 |
| Jon H. Patterson | Associate | 245.00 | 1.20 | 294.00 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | 3.30 | 613.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301089
INVOICE # 804628

BILL AMOUNT $613.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 706870
Invoice Date: 09/14/2012
Invoice No. 804628
Period ending: 06/30/2012

Case Management Number LD 0G2012-301089

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| C100 Fact Gathering | 0.10 | $ | 15.00 |
| L110 Fact Investigation/Development | 1.90 | $ | 285.00 |
| L120 Analysis/Strategy | 0.30 | $ | 73.50 |
| L160 Settlement/Non-Binding ADR | 0.90 | $ | 220.50 |
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ | 19.00 |
| TOTAL FEES | 3.30 | $ | 613.00 |
| TOTAL FEES DUE | | $ | 613.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 613.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301090

INVOICE # 804629

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301090 TC Number: 688129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Draft monthly status update regarding withdrawal of offer of judgment | L320 | MW | .10 | 263.00 | 26.30 |
| 06/19/12 | Review and analyze procedural posture of action | L120 | MW | .30 | 263.00 | 78.90 |
| 06/20/12 | Prepare proposed settlement agreement | L320 | DCL | .70 | 376.00 | 263.20 |
| 06/29/12 | Correspondence with A.Koury of CoreLogic regarding settlement | L120 | MW | .20 | 263.00 | 52.60 |
| 06/29/12 | Correspondence with M.Verma regarding settlement | L120 | MW | .10 | 263.00 | 26.30 |
| 06/29/12 | Exchange e-mails with K.Priore regarding the withdrawal of the offer of judgment and status of suit | L110 | CWH | .20 | 330.00 | 66.00 |

| | |
|---|---|
| FEES | $513.30 |
| AMOUNT DUE THIS BILL | $513.30 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301090

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Dana C. Lumsden | Partner | 376.00 | .70 | 263.20 |
| Monica Wilson | Associate | 263.00 | .70 | 184.10 |
| Total | | | 1.60 | 513.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301090

BILL AMOUNT $513.30

INVOICE # 804629

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 688129
Invoice Date: 09/14/2012
Invoice No. 804629
Period ending: 06/30/2012

Case Management Number LD 0G2012-301090

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.20 | $ | 66.00 |
| L120 Analysis/Strategy | 0.60 | $ | 157.80 |
| L320 Document Production | 0.80 | $ | 289.50 |
| TOTAL FEES | 1.60 | $ | 513.30 |
| TOTAL FEES DUE | | $ | 513.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 513.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301091

INVOICE # 804630

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301091 TC Number: 702513

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/03/12 | Review docket and draft status report regarding settlement negotiations with the borrower. | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/14/12 | Email to/from counsel for borrower to confirm client is in agreement with joint extension on settlement deadline | L210 | JHP | .20 | 245.00 | 49.00 |
| 06/14/12 | Emails to/from client contact P.Stokes to confirm settlement deadlines | L210 | JHP | .10 | 245.00 | 24.50 |
| 06/15/12 | Review email and proposed joint extension for court to retain jurisdiction for 60 days sent by counsel for borrowers | L250 | JHP | .20 | 245.00 | 49.00 |
| 06/20/12 | Review Order from Court granting motion to alter judgment to allow for 60 day extension to complete settlement | L250 | JHP | .10 | 245.00 | 24.50 |

FEES $176.00

AMOUNT DUE THIS BILL $176.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301091

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Jon H. Patterson | Associate | 245.00 | .60 | 147.00 |
| Total | | | .80 | 176.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301091
INVOICE # 804630

BILL AMOUNT $176.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 702513
Invoice Date: 09/14/2012
Invoice No. 804630
Period ending: 06/30/2012

Case Management Number LD 0G2012-301091

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 29.00 |
| L210 Pleadings | 0.30 | $ | 73.50 |
| L250 Other Written Motions/Submissions | 0.30 | $ | 73.50 |
| TOTAL FEES | 0.80 | $ | 176.00 |
| TOTAL FEES DUE | | $ | 176.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 176.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301092

INVOICE # 804631

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301092 TC Number: 720116

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/03/12 | Review docket and draft status report regarding borrower's motion for extension of time to file his initial brief | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/07/12 | Review issues in trial court pleadings and prepare for drafting Appellee Brief | L520 | AC | .30 | 193.00 | 57.90 |
| 06/08/12 | Review Appellants' Brief and plan outline for Response brief | L520 | AC | .90 | 193.00 | 173.70 |
| 06/11/12 | Review Appellant's Brief and continue outlining response | L520 | AC | 1.00 | 193.00 | 193.00 |
| 06/12/12 | Telephone conference with A.Chastain regarding details relating to the appellate brief | L110 | BC | .20 | 225.00 | 45.00 |
| 06/12/12 | Read the initial complaint, order granting summary judgment/dismissal and appellantÆs opening brief | L110 | BC | 1.00 | 225.00 | 225.00 |
| 06/14/12 | Review status of draft brief | L120 | AC | .50 | 193.00 | 96.50 |
| 06/15/12 | Research law in Florida regarding Motion to Dismiss | L510 | BC | 1.10 | 225.00 | 247.50 |
| 06/16/12 | Continue research case law regarding Motion to Dismiss | L520 | BC | 5.00 | 225.00 | 1,125.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301092

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/12 | Draft and revise Memo to A.Chastain analyzing Florida law and applying the law to the facts in the AppellantÆs opening brief | L520 | BC | 5.90 | 225.00 | 1,327.50 |
| 06/18/12 | Call with A.Chastain to discuss project updates and next steps for the brief | L520 | BC | .30 | 225.00 | 67.50 |
| 06/18/12 | Review status of research for appellate briefing and plan to draft brief | L520 | AC | .30 | 193.00 | 57.90 |
| 06/19/12 | Review draft memo from B.Corbin discussing Florida law | L520 | AC | .80 | 193.00 | 154.40 |
| 06/19/12 | Research re. leave to amend | L190 | MB | 2.20 | 175.00 | 385.00 |
| 06/19/12 | Review and edit memo on Florida law incorporating feedback from A.Chastain | L120 | BC | 1.00 | 225.00 | 225.00 |
| 06/20/12 | Research additional cases on Florida law to add to the memo | L110 | BC | .50 | 225.00 | 112.50 |
| 06/20/12 | Review and edit memo on Florida law to incorporate feedback from Aaron | L110 | BC | 1.30 | 225.00 | 292.50 |
| 06/20/12 | Review and edit memo on Florida res judicata law to incorporate feedback from A.Chastain | L110 | BC | 1.30 | 225.00 | 292.50 |
| 06/20/12 | Create the overall outline/shell of the Appellate Brief and begin drafting the summary of the argument | L210 | BC | 3.00 | 225.00 | 675.00 |
| 06/20/12 | Continue research regarding leave to amend | L190 | MB | 3.60 | 175.00 | 630.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301092

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/20/12 | Review briefing strategy for appellate brief on issue under Florida law | L520 | AC | 3.30 | 193.00 | 636.90 |
| 06/21/12 | Continue refining argument and compiling appellate brief with B.Corbin and M.Bowness | L520 | AC | 1.40 | 193.00 | 270.20 |
| 06/21/12 | Continue research regarding leave to amend | L190 | MB | 4.40 | 175.00 | 770.00 |
| 06/21/12 | Draft appellate shell and summary of the argument section for the appellate brief | L520 | BC | 2.00 | 225.00 | 450.00 |
| 06/21/12 | Telephone conference with A.Chastain to discuss the appellate shell and the next steps of the project | L520 | BC | .30 | 225.00 | 67.50 |
| 06/22/12 | Continue research regarding leave to amend | L190 | MB | 1.50 | 175.00 | 262.50 |
| 06/22/12 | Draft motion for time extension to file Answer Brief | L520 | AC | .40 | 193.00 | 77.20 |
| 06/25/12 | Continue research regarding leave to amend; attempt to find case law supporting our argument | L190 | MB | 1.30 | 175.00 | 227.50 |
| 06/25/12 | Review status of research and plan for drafting brief | L520 | AC | .20 | 193.00 | 38.60 |
| 06/25/12 | Final review and revision of Motion for Extension of Time | L510 | AHC | .40 | 145.00 | 58.00 |
| 06/26/12 | Draft the course of proceedings for the appellate brief | L520 | BC | 2.50 | 225.00 | 562.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301092

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/26/12 | Review and edit the course of proceedings for the appellate brief | L520 | BC | .50 | 225.00 | 112.50 |
| 06/27/12 | Draft the argument section of the appellate brief | L520 | BC | 2.30 | 225.00 | 517.50 |
| 06/27/12 | Begin revising draft of appellate brief prepared by B.Corbin | L520 | AC | .40 | 193.00 | 77.20 |
| 06/28/12 | Telephone conference with clerk of court regarding status of decision on motion for extension of time | L110 | AHC | .30 | 145.00 | 43.50 |
| 06/28/12 | Begin finalizing draft of Answer Brief | L520 | AC | .40 | 193.00 | 77.20 |
| 06/28/12 | Draft and revise argument section of appellate brief | L520 | BC | 4.30 | 225.00 | 967.50 |
| 06/29/12 | Revise draft arguments prepared by B.Corbin | L520 | AC | 1.10 | 193.00 | 212.30 |

FEES $11,841.00

| | | | |
|---|---|---|---|
| 01 | Copy Charges | 0.00 | |
| 35 | Express Mail/Fedex | 0.00 | |
| 41 | Computerized Legal Research-Westlaw | 0.00 | |
| | AMOUNT DUE THIS BILL | | $11,841.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301092

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Alecia H. Cockrell | Paralegal | 145.00 | .90 | 130.50 |
| Aaron Chastain | Associate | 193.00 | 11.00 | 2,123.00 |
| Matthew Bowness | Law Clerk | 175.00 | 13.00 | 2,275.00 |
| Bethany Corbin | Law Clerk | 225.00 | 32.50 | 7,312.50 |
| Total | | | 57.40 | 11,841.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301092
INVOICE # 804631

BILL AMOUNT $11,841.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 720116
Invoice Date: 09/14/2012
Invoice No. 804631
Period ending: 06/30/2012

Case Management Number LD 0G2012-301092

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.60 | $ 1,011.00 |
| L120 | Analysis/Strategy | 1.50 | $ 321.50 |
| L190 | Other Case Assessment, Develop't/Admin | 13.20 | $ 2,304.00 |
| L210 | Pleadings | 3.00 | $ 675.00 |
| L510 | Appellate Motions and Submissions | 1.50 | $ 305.50 |
| L520 | Appellate Briefs | 33.60 | $ 7,224.00 |
| | TOTAL FEES | 57.40 | $ 11,841.00 |

| | |
|---|---|
| TOTAL FEES DUE | $ 11,841.00 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 11,841.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301093

INVOICE # 804632

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301093 TC Number: 700772

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding second lien lender | L190 | NSR | .10 | 280.00 | 28.00 |
| 06/04/12 | Review and respond to client e-mails regarding settlement and filing of notice of bankruptcy | L120 | NSR | .20 | 280.00 | 56.00 |
| 06/04/12 | Draft notice of bankruptcy | L210 | NSR | .20 | 280.00 | 56.00 |
| 06/04/12 | Review order for mediated settlement conference | L210 | NSR | .10 | 280.00 | 28.00 |

| | |
|---|---|
| FEES | $168.00 |
| AMOUNT DUE THIS BILL | $168.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301093

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Nader Raja | Associate | 280.00 | .60 | 168.00 |
| Total | | | .60 | 168.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301093
INVOICE # 804632

BILL AMOUNT $168.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 700772
Invoice Date: 09/14/2012
Invoice No. 804632
Period ending: 06/30/2012

Case Management Number LD 0G2012-301093

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 56.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ | 28.00 |
| L210 Pleadings | 0.30 | $ | 84.00 |
| TOTAL FEES | 0.60 | $ | 168.00 |
| TOTAL FEES DUE | | $ | 168.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 168.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301094

INVOICE # 804633

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301094 TC Number: 707254

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Provided monthly status report to client regarding suggestion of bankruptcy | L120 | JHP | .10 | 245.00 | 24.50 |

FEES $24.50

AMOUNT DUE THIS BILL $24.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301094

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jon H. Patterson | Associate | 245.00 | .10 | 24.50 |
| Total | | | .10 | 24.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301094
INVOICE # 804633

BILL AMOUNT $24.50

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 707254
Invoice Date: 09/14/2012
Invoice No. 804633
Period ending: 06/30/2012

Case Management Number LD 0G2012-301094

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 24.50 |
| TOTAL FEES | 0.10 | $ | 24.50 |
| TOTAL FEES DUE | | $ | 24.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 24.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301095

INVOICE # 804634

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301095 TC Number: 704177

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Further preparation of settlement and dismissal documents and preparation of closing memo | L110 | ABB | .50 | 150.00 | 75.00 |
| 06/05/12 | E-mail communications with client regarding Order and Closing Memo | L110 | ABB | .20 | 150.00 | 30.00 |

FEES $105.00

AMOUNT DUE THIS BILL $105.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301095

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | .70 | 105.00 |
| Total | | | .70 | 105.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301095
INVOICE # 804634

BILL AMOUNT $105.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 704177
Invoice Date: 09/14/2012
Invoice No. 804634
Period ending: 06/30/2012

Case Management Number LD 0G2012-301095

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | 0.70 | $ | 105.00 |
| TOTAL FEES | 0.70 | $ | 105.00 |
| TOTAL FEES DUE | | $ | 105.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 105.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301096

INVOICE # 804635

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301096 TC Number: 697887

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Provide monthly status report to client regarding foreclosure sale | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/29/12 | Email to foreclosure counsel regarding foreclosure sale | L190 | JHP | .10 | 245.00 | 24.50 |

FEES $49.00

AMOUNT DUE THIS BILL $49.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301096

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| Jon H. Patterson | Associate | 245.00 | .20 | 49.00 |
| Total | | | .20 | 49.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301096
INVOICE # 804635

BILL AMOUNT $49.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 697887
Invoice Date: 09/14/2012
Invoice No. 804635
Period ending: 06/30/2012

Case Management Number LD 0G2012-301096

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 24.50 |
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ | 24.50 |
| TOTAL FEES | 0.20 | $ | 49.00 |
| TOTAL FEES DUE | | $ | 49.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 49.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301097

INVOICE # 804636

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301097 TC Number: 718371

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Correspondence with A.Cooper of Fannie Mae regarding motion for rehearing and sanctions filed by borrower | L120 | MW | .00 | 263.00 | 0.00 |
| 06/01/12 | Correspondence with P.Stokes regarding borrower's set emergency hearing for motion for rehearing and motion for sanctions | L120 | MW | .20 | 263.00 | 52.60 |
| 06/04/12 | Draft monthly status update regarding motion for rehearing and motion for sanctions | L320 | MW | .10 | 263.00 | 26.30 |
| 06/06/12 | Review and analyze notice of appeal, trial docket, and appellate docket | L120 | MW | .80 | 263.00 | 210.40 |
| 06/06/12 | Research docket to determine status of appeal | L110 | MPE | .30 | 149.00 | 44.70 |
| 06/06/12 | Begin review of new appeal documents | L510 | MJA | .40 | 297.00 | 118.80 |
| 06/07/12 | Research on appeal background and strategy | L510 | MJA | .60 | 297.00 | 178.20 |
| 06/07/12 | Review and analysis of appellate process and record filed by opposing counsel as appellant | L120 | MW | .40 | 263.00 | 105.20 |
| 06/08/12 | Correspondence with P.Stokes regarding notice of appeal, pending motion for sanctions in trial court, and strategy moving forward | L120 | MW | .30 | 263.00 | 78.90 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301097

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/11/12 | Correspondence with T.Holcomb, foreclosure counsel, regarding status of pending appeal | L120 | MW | .10 | 263.00 | 26.30 |
| 06/11/12 | Review Notice of Appeal | L510 | JAM | .20 | 145.00 | 29.00 |
| 06/18/12 | Review docket regarding status of appellant's filing fee | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/21/12 | Review and analyze borrower's notice of filing supplemental affidavit in support of motion to vacate | L120 | MW | .30 | 263.00 | 78.90 |
| 06/21/12 | Review and analyze Florida Rules regarding documents in record created for appeal | L120 | MW | .50 | 263.00 | 131.50 |
| 06/21/12 | Research regarding new filing, and on appeal status and notice of appearance | L510 | MJA | .50 | 297.00 | 148.50 |
| 06/21/12 | Review supplemental evidentiary submission | L120 | HTC | .10 | 315.00 | 31.50 |
| 06/25/12 | Final review and revision of Notice of Appearance | L510 | AHC | .20 | 145.00 | 29.00 |
| 06/25/12 | Review docket regarding status of hearing transcript | L110 | AHC | .20 | 145.00 | 29.00 |
| 06/28/12 | Review and analyze procedural posture of action, including court ruling on consent motion to amend | L120 | MW | .40 | 263.00 | 105.20 |
| 06/28/12 | Research case dockets to determine status of appeal. | L110 | MPE | .20 | 149.00 | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301097

FED ID NO. 63-0243316

| | FEES | $1,482.80 |
|---|---|---|

**DESCRIPTION OF DISBURSEMENTS**

| Code | Description | Amount |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 20 | Airline Tickets | 665.40 |
| 21 | Travel Expense | 87.87 |
| 23 | Meal Expense | 12.02 |
| 35 | Express Mail/Fedex | 0.00 |
| | COSTS | $765.29 |
| | AMOUNT DUE THIS BILL | $2,248.09 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301097

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Marc J. Ayers | Partner | 297.00 | 1.50 | 445.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Monica Wilson | Associate | 263.00 | 3.10 | 815.30 |
| Melisa P. Palmer | Paralegal | 149.00 | .50 | 74.50 |
| Total | | | 6.00 | 1,482.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301097
INVOICE # 804636

BILL AMOUNT $2,248.09

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 718371
Invoice Date: 09/14/2012
Invoice No. 804636
Period ending: 06/30/2012

Case Management Number LD 0G2012-301097

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.90 | $ | 132.50 |
| L120 | Analysis/Strategy | 3.10 | $ | 820.50 |
| L320 | Document Production | 0.10 | $ | 26.30 |
| L510 | Appellate Motions and Submissions | 1.90 | $ | 503.50 |
| | TOTAL FEES | 6.00 | $ | 1,482.80 |
| | TOTAL FEES DUE | | $ | 1,482.80 |
| | TOTAL DISBURSEMENTS DUE | | $ | 765.29 |
| | TOTAL DUE THIS INVOICE | | $ | 2,248.09 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301099

INVOICE # 804637

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301099 TC Number: 700507

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Draft monthly status update regarding withdrawal of the offer of judgment | L320 | MW | .10 | 263.00 | 26.30 |
| 06/11/12 | Review and analyze procedural posture of action and consent motion pending on docket, in preparation for conference with opposing counsel L.Drysdale regarding potential for modification | L120 | MW | .20 | 263.00 | 52.60 |
| 06/19/12 | Correspondence with L.Drysdale regarding potential options for settlement in light of bankruptcy filing and potential for loan modification inquiry | L120 | MW | .20 | 263.00 | 52.60 |
| 06/20/12 | Review and analyze potential weaknesses and settlement options in light of bankruptcy in preparation for upcoming conference with opposing counsel L.Drysdale | L120 | MW | .50 | 263.00 | 131.50 |
| 06/21/12 | Correspondence with opposing counsel L.Drysdale regarding potential settlement options involving loan modification | L120 | MW | .20 | 263.00 | 52.60 |
| 06/25/12 | Correspondence with L.Drysdale regarding procedural posture of action and endorsements on note | L120 | MW | .10 | 263.00 | 26.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301099

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/26/12 | Conference with L.Drysdale regarding bankruptcy settlement authority status and borrower interest in loan modification | L120 | MW | .60 | 263.00 | 157.80 |
| 06/26/12 | Review and analysis of prior loan modification efforts | L120 | MW | .70 | 263.00 | 184.10 |
| 06/26/12 | Review and analyze remaining counterclaims made by borrower | L120 | MW | .40 | 263.00 | 105.20 |
| 06/26/12 | Phone call with P.Stokes regarding settlement discussions in Gasque and borrower's counsel's demand for principal balance reduction | L110 | CWH | .20 | 330.00 | 66.00 |
| 06/28/12 | Research docket and call Judicial assistant to confirm status of consent motion to amend complaint. | L110 | MPE | .40 | 149.00 | 59.60 |
| 06/28/12 | Correspondence with opposing counsel L.Drysdale regarding potential settlement with borrower | L120 | MW | .30 | 263.00 | 78.90 |
| 06/29/12 | Phone call and emails with P.Stokes regarding settlement | L110 | CWH | .20 | 330.00 | 66.00 |

FEES $1,059.50

AMOUNT DUE THIS BILL $1,059.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301099

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Monica Wilson | Associate | 263.00 | 3.30 | 867.90 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | 4.10 | 1,059.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301099
INVOICE # 804637

BILL AMOUNT $1,059.50

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 700507
Invoice Date: 09/14/2012
Invoice No. 804637
Period ending: 06/30/2012

Case Management Number LD 0G2012-301099

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.80 | $ | 191.60 |
| L120 | Analysis/Strategy | 3.20 | $ | 841.60 |
| L320 | Document Production | 0.10 | $ | 26.30 |
| | TOTAL FEES | 4.10 | $ | 1,059.50 |
| | TOTAL FEES DUE | | $ | 1,059.50 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,059.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301100

INVOICE # 804638

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301100 TC Number: 714375

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/03/12 | Drat status report regarding motion for summary judgment | L120 | RK | .10 | 185.00 | 18.50 |
| 06/05/12 | Draft notice of hearing on motion for summary judgment | L210 | RK | .40 | 185.00 | 74.00 |
| 06/05/12 | Review and revise amended brief in support of summary judgment | L240 | GWG | .30 | 263.00 | 78.90 |
| 06/27/12 | Conference regarding bankruptcy stay | L120 | RK | .30 | 185.00 | 55.50 |

FEES $226.90

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 14.82 |

COSTS $14.82

AMOUNT DUE THIS BILL $241.72

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301100

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Graham W. Gerhardt | Partner | 263.00 | .30 | 78.90 |
| Riley Key | Associate | 185.00 | .80 | 148.00 |
| Total | | | 1.10 | 226.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301100
INVOICE # 804638

BILL AMOUNT $241.72

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 714375
Invoice Date: 09/14/2012
Invoice No. 804638
Period ending: 06/30/2012

Case Management Number LD 0G2012-301100

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.40 | $ | 74.00 |
| L210 Pleadings | 0.40 | $ | 74.00 |
| L240 Dispositive Motions | 0.30 | $ | 78.90 |
| TOTAL FEES | 1.10 | $ | 226.90 |
| TOTAL FEES DUE | | $ | 226.90 |
| TOTAL DISBURSEMENTS DUE | | $ | 14.82 |
| TOTAL DUE THIS INVOICE | | $ | 241.72 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301101

INVOICE # 804639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301101 TC Number: 719346

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/29/12 | Review and analyze court order on motion to dismiss | L120 | GP | .50 | 185.00 | 92.50 |

| | |
|---|---|
| FEES | $92.50 |
| AMOUNT DUE THIS BILL | $92.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301101

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Grant Premo | Associate | 185.00 | .50 | 92.50 |
| Total | | | .50 | 92.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301101
INVOICE # 804639

BILL AMOUNT $92.50

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 719346
Invoice Date: 09/14/2012
Invoice No. 804639
Period ending: 06/30/2012

Case Management Number LD 0G2012-301101

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.50 | $ | 92.50 |
| TOTAL FEES | 0.50 | $ | 92.50 |
| TOTAL FEES DUE | | $ | 92.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 92.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301102

INVOICE # 804640

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301102 TC Number: 716371

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | Draft monthly status report for this matter | L120 | CM | .20 | 185.00 | 37.00 |
| 06/06/12 | Call to Page Stokes regarding updates to matter | L120 | CM | .20 | 185.00 | 37.00 |
| 06/19/12 | Review new order and determine effect on case | L120 | CM | .20 | 185.00 | 37.00 |

FEES $111.00

AMOUNT DUE THIS BILL $111.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301102

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Cam Miller | Associate | 185.00 | .60 | 111.00 |
| Total | | | .60 | 111.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301102
INVOICE # 804640

BILL AMOUNT $111.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 716371 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804640 |
| Period ending: | 06/30/2012 |

Case Management Number LD 0G2012-301102

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.60 | $ | 111.00 |
| TOTAL FEES | 0.60 | $ | 111.00 |
| TOTAL FEES DUE | | $ | 111.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 111.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301103

INVOICE # 804641

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301103 TC Number: 706906

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Access online docket to review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 06/05/12 | Evaluate procedural posture of matter | L120 | JMH | .30 | 241.00 | 72.30 |
| 06/08/12 | Revise timeline | L120 | JMH | .20 | 241.00 | 48.20 |
| 06/08/12 | Review and revise Plaintiff's Motion to Strike. | L210 | MPE | .30 | 149.00 | 44.70 |
| 06/08/12 | Review and analyze borrower's pleadings and review and revise motion to strike | L110 | CWH | .50 | 330.00 | 165.00 |
| 06/08/12 | Update timeline to reflect borrower's most recent filings, the motion to strike Assignment, and note whether borrower filed an answer | L110 | MPE | .70 | 149.00 | 104.30 |
| 06/13/12 | Draft status report for client regarding motion to strike borrower's counsel | L120 | JMH | .10 | 241.00 | 24.10 |
| 06/13/12 | Final review and revision of Motion to Strike and exhibits | L250 | AHC | .50 | 145.00 | 72.50 |
| 06/18/12 | Telephone conference with borrower's counsel regarding service address for pleadings | L110 | AHC | .20 | 145.00 | 29.00 |

FEES $589.10

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301103

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $589.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301103

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .70 | 101.50 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jonathan Hooks | Associate | 241.00 | .60 | 144.60 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.00 | 149.00 |
| Total | | | 3.00 | 589.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301103
INVOICE # 804641

BILL AMOUNT $589.10

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 706906
Invoice Date: 09/14/2012
Invoice No. 804641
Period ending: 06/30/2012

Case Management Number LD 0G2012-301103

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $ | 298.30 |
| L120 | Analysis/Strategy | 0.60 | $ | 144.60 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 29.00 |
| L210 | Pleadings | 0.30 | $ | 44.70 |
| L250 | Other Written Motions/Submissions | 0.50 | $ | 72.50 |
| | TOTAL FEES | 3.00 | $ | 589.10 |
| | TOTAL FEES DUE | | $ | 589.10 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 589.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301105

INVOICE # 804642

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301105 TC Number: 701016

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report to client regarding written discovery | L120 | CSM | .10 | 300.00 | 30.00 |

FEES $30.00

01 Copy Charges 0.00

AMOUNT DUE THIS BILL $30.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301105

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .10 | 30.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301105
INVOICE # 804642

BILL AMOUNT $30.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 701016
Invoice Date: 09/14/2012
Invoice No. 804642
Period ending: 06/30/2012

Case Management Number LD 0G2012-301105

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 30.00 |
| TOTAL FEES | 0.10 | $ | 30.00 |
| TOTAL FEES DUE | | $ | 30.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 30.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301106

INVOICE # 804643

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301106 TC Number: 704160

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 58 | FED DOCKET SERV-PACER | 12.30 |
| | COSTS | $12.30 |
| | AMOUNT DUE THIS BILL | $12.30 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301106

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301106
INVOICE # 804643

BILL AMOUNT $12.30

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 704160
Invoice Date: 09/14/2012
Invoice No. 804643
Period ending: 06/30/2012

Case Management Number LD 0G2012-301106

| Code Task | | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| TOTAL FEES | | 0.00 | $ | 0.00 |
| TOTAL FEES DUE | | | $ | 0.00 |
| TOTAL DISBURSEMENTS DUE | | | $ | 12.30 |
| TOTAL DUE THIS INVOICE | | | $ | 12.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301107

INVOICE # 804644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301107 TC Number: 717397

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft June 2012 status update regarding non purchase of property | L120 | phn | .20 | 200.00 | 40.00 |
| 06/13/12 | Email exchange with P.Stokes regarding motion to enforce the agreement | L120 | phn | .40 | 200.00 | 80.00 |
| 06/13/12 | Revise and edit motion to enforce settlement agreement | L210 | phn | .50 | 200.00 | 100.00 |
| 06/13/12 | Draft proposed order on motion to enforce settlement agreement | L210 | phn | .30 | 200.00 | 60.00 |
| 06/13/12 | Research and analysis of rules related to settlement agreements | L120 | phn | 2.00 | 200.00 | 400.00 |
| 06/19/12 | Analysis of bankruptcy order and effect of relief from stay | L120 | phn | .20 | 200.00 | 40.00 |
| 06/27/12 | Final review and revisions to Motion to Enforce Agreement and proposed order granting same | L250 | EBE | .50 | 145.00 | 72.50 |
| 06/28/12 | Revise motion to enforce Agreement | L210 | GWG | .40 | 263.00 | 105.20 |

FEES $897.70

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301107

FED ID NO. 63-0243316

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 58 | FED DOCKET SERV-PACER | 6.40 |
| | COSTS | $6.40 |
| | AMOUNT DUE THIS BILL | $904.10 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301107

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Elizabeth B. Eaton | Paralegal | 145.00 | .50 | 72.50 |
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Preston H. Neel | Associate | 200.00 | 3.60 | 720.00 |
| Total | | | 4.50 | 897.70 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301107
INVOICE # 804644

BILL AMOUNT $904.10

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 717397
Invoice Date: 09/14/2012
Invoice No. 804644
Period ending: 06/30/2012

Case Management Number LD 0G2012-301107

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.80 | $ | 560.00 |
| L210 | Pleadings | 1.20 | $ | 265.20 |
| L250 | Other Written Motions/Submissions | 0.50 | $ | 72.50 |
| | TOTAL FEES | 4.50 | $ | 897.70 |
| | TOTAL FEES DUE | | $ | 897.70 |
| | TOTAL DISBURSEMENTS DUE | | $ | 6.40 |
| | TOTAL DUE THIS INVOICE | | $ | 904.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301108

INVOICE # 804646

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301108 TC Number: 686391

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Draft status report for client regarding discovery | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/06/12 | Participate in GMAC conference call to provide update on matter | L120 | CM | .30 | 185.00 | 55.50 |
| 06/11/12 | Review defendant's new written discovery requests | L310 | CM | .30 | 185.00 | 55.50 |
| 06/11/12 | Analysis of defendant's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission | L310 | JDV | .30 | 219.00 | 65.70 |
| 06/12/12 | Review deposition notice of defendant | L330 | JDV | .20 | 219.00 | 43.80 |
| 06/12/12 | Draft and revise notice of deposition and service of discovery | L330 | CM | .30 | 185.00 | 55.50 |
| 06/12/12 | Analysis and review of discovery from opposing party and calendar deadlines regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 06/12/12 | Preparation of Notice of Deposition to borrower | L110 | ABB | .70 | 150.00 | 105.00 |
| 06/12/12 | Finalize deposition notice and prepare for filing as well as draft Notice of Service regarding same to be filed and served upon all parties | L110 | ABB | .60 | 150.00 | 90.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301108

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/14/12 | Correspondence with B.Northrop-Day regarding settlement negotiations and formal discovery | L190 | JDV | .60 | 219.00 | 131.40 |
| 06/15/12 | Communications with N.Nelson, defendant's attorney, regarding resolution of litigation | L190 | JDV | .40 | 219.00 | 87.60 |
| 06/15/12 | Draft responses and objections to defendant's interrogatories, requests for production of documents, and requests for admission | L310 | JDV | 1.20 | 219.00 | 262.80 |
| 06/15/12 | Prepare for and call opposing counsel regarding new settlement offer | L160 | CM | .30 | 185.00 | 55.50 |
| 06/19/12 | Discovery responses | L210 | CM | .30 | 185.00 | 55.50 |
| 06/19/12 | Analysis of title abstract report | L390 | JDV | .40 | 219.00 | 87.60 |
| 06/19/12 | Review new order and determine effect on case | L120 | CM | .20 | 185.00 | 37.00 |
| 06/20/12 | Analysis regarding defendants' loan accounts | L120 | JDV | .30 | 219.00 | 65.70 |
| 06/20/12 | Revise responses and objections to defendant's requests for production of documents, interrogatories, and requests for admission | L310 | JDV | 2.00 | 219.00 | 438.00 |
| 06/20/12 | Correspondence with B.Northrop-Day regarding preparation of responses to defendant's discovery requests | L310 | JDV | .20 | 219.00 | 43.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301108

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/21/12 | Update bankruptcy chart and work on discovery responses | L120 | CM | 1.40 | 185.00 | 259.00 |
| 06/21/12 | Analysis of Pooling and Servicing Agreement, dated June 1, 2002 and correspondence from B.Northrop-Day regarding possession of note | L120 | JDV | .40 | 219.00 | 87.60 |
| 06/26/12 | Correspondence with B.Northrop-Day regarding status of documents requested pursuant to defendant's discovery requests | L310 | JDV | .20 | 219.00 | 43.80 |
| 06/27/12 | Correspondence with B.Northrop-Day regarding discovery issues | L390 | JDV | .30 | 219.00 | 65.70 |
| 06/27/12 | Review and analysis of welcome letters | L310 | JDV | .20 | 219.00 | 43.80 |

| | | | |
|---|---|---|---|
| | FEES | | $2,309.60 |
| 01 | Copy Charges | 0.00 | |
| | AMOUNT DUE THIS BILL | | $2,309.60 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301108

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | 1.50 | 225.00 |
| Jose D. Vega | Associate | 219.00 | 6.90 | 1,511.10 |
| Cam Miller | Associate | 185.00 | 3.10 | 573.50 |
| Total | | | 11.50 | 2,309.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301108
INVOICE # 804646

BILL AMOUNT $2,309.60

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 686391
Invoice Date: 09/14/2012
Invoice No. 804646
Period ending: 06/30/2012

Case Management Number LD 0G2012-301108

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.50 | $ | 225.00 |
| L120 | Analysis/Strategy | 2.60 | $ | 504.80 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $ | 55.50 |
| L190 | Other Case Assessment, Develop't/Admin | 1.20 | $ | 262.80 |
| L210 | Pleadings | 0.30 | $ | 55.50 |
| L310 | Written Discovery | 4.40 | $ | 953.40 |
| L330 | Depositions | 0.50 | $ | 99.30 |
| L390 | Other Discovery | 0.70 | $ | 153.30 |
| | TOTAL FEES | 11.50 | $ | 2,309.60 |
| | TOTAL FEES DUE | | $ | 2,309.60 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 2,309.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301109

INVOICE # 804647

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301109 TC Number: 711608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | Draft notice of effect of bankruptcy | L210 | LADA | .30 | 65.00 | 19.50 |
| 06/15/12 | Exchange messages with opposing counsel regarding extension of discovery deadlines | L120 | MSW | .10 | 254.00 | 25.40 |
| 06/16/12 | Begin drafting responses to interrogatories | L310 | MSW | 1.30 | 254.00 | 330.20 |
| 06/22/12 | Review notice of hearing regarding co-defendant's motion to bifurcate | L120 | MCG | .10 | 323.00 | 32.30 |
| 06/28/12 | Draft status report for client regarding discovery responses | L120 | MSW | .10 | 254.00 | 25.40 |

| | | | |
|---|---|---|---|
| | FEES | | $432.80 |
| 35 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $432.80 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301109

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Michael C. Griffin | Partner | 323.00 | .10 | 32.30 |
| Mark S. Wierman | Associate | 254.00 | 1.50 | 381.00 |
| Lucinda Kish | Paralegal | 65.00 | .30 | 19.50 |
| Total | | | 1.90 | 432.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301109
INVOICE # 804647

BILL AMOUNT $432.80

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 711608
Invoice Date: 09/14/2012
Invoice No. 804647
Period ending: 06/30/2012

Case Management Number LD 0G2012-301109

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.30 | $ | 83.10 |
| L210 Pleadings | 0.30 | $ | 19.50 |
| L310 Written Discovery | 1.30 | $ | 330.20 |
| TOTAL FEES | 1.90 | $ | 432.80 |
| TOTAL FEES DUE | | $ | 432.80 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 432.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301110

INVOICE # 804648

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301110 TC Number: 702559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Provided monthly status update to client regarding contact with plaintiff's counsel | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/04/12 | Email to new counsel for borrower requesting phone call to discuss matter and potential resolution | L160 | JHP | .10 | 245.00 | 24.50 |
| 06/04/12 | Monitor settlement discussions with investor | L120 | BG | .10 | 190.00 | 19.00 |
| 06/29/12 | Draft factual background section to Motion for summary Judgment | L210 | BG | 2.10 | 190.00 | 399.00 |
| 06/29/12 | Draft executive summary section to Motion for summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 06/29/12 | Draft standard of review section to Motion for summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 06/29/12 | Draft conclusion to Motion for summary Judgment | L210 | BG | .30 | 190.00 | 57.00 |
| 06/29/12 | Begin drafting argument section for Motion for Summary Judgment | L210 | BG | 1.10 | 190.00 | 209.00 |

FEES $809.00

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301110

FED ID NO. 63-0243316

| AMOUNT DUE THIS BILL | $809.00 |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301110

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jon H. Patterson | Associate | 245.00 | .20 | 49.00 |
| Blake Goodsell | Associate | 190.00 | 4.00 | 760.00 |
| Total | | | 4.20 | 809.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301110
INVOICE # 804648

BILL AMOUNT $809.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 702559
Invoice Date: 09/14/2012
Invoice No. 804648
Period ending: 06/30/2012

Case Management Number LD 0G2012-301110

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ | 43.50 |
| L160 Settlement/Non-Binding ADR | 0.10 | $ | 24.50 |
| L210 Pleadings | 3.90 | $ | 741.00 |
| TOTAL FEES | 4.20 | $ | 809.00 |
| TOTAL FEES DUE | | $ | 809.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 809.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301111

INVOICE # 804649

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301111 TC Number: 688839

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Correspondence with J.Johnson, defendant's attorney, regarding plaintiff's acceptance of defendant's counteroffer and preparation of settlement documents | L160 | JDV | .40 | 219.00 | 87.60 |
| 06/01/12 | Draft status report for client regarding status of settlement negotiations with defendant | L190 | JDV | .20 | 219.00 | 43.80 |
| 06/15/12 | Correspondence with J.Johnson, defendant's attorney, regarding status of settlement documents | L160 | JDV | .20 | 219.00 | 43.80 |
| 06/22/12 | Communications with P.Stokes regarding name of party subject to release | L160 | JDV | .20 | 219.00 | 43.80 |
| 06/26/12 | Correspondence with J.Johnson, defendant's attorney, regarding entities to be released in settlement agreement | L160 | JDV | .60 | 219.00 | 131.40 |
| 06/26/12 | Communications with P.Stokes regarding parties to be released and execution of W-9 tax form | L160 | JDV | .50 | 219.00 | 109.50 |
| 06/26/12 | Draft letter to J.Johnson, defendant's attorney, regarding settlement check | L160 | JDV | .20 | 219.00 | 43.80 |

FEES $503.70



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301111

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL $503.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301111

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Jose D. Vega | Associate | 219.00 | 2.30 | 503.70 |
| Total | | | 2.30 | 503.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301111
INVOICE # 804649

BILL AMOUNT $503.70

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 688839
Invoice Date: 09/14/2012
Invoice No. 804649
Period ending: 06/30/2012

Case Management Number LD 0G2012-301111

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L160 Settlement/Non-Binding ADR | 2.10 | $ | 459.90 |
| L190 Other Case Assessment, Develop't/Admin | 0.20 | $ | 43.80 |
| TOTAL FEES | 2.30 | $ | 503.70 |
| TOTAL FEES DUE | | $ | 503.70 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 503.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301112

INVOICE # 804650

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301112 TC Number: 693729

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Telephone conference with H.Miller regarding effect of bankruptcy stay and settlement offer | P500 | MMB | .30 | 240.00 | 72.00 |

FEES $72.00

AMOUNT DUE THIS BILL $72.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301112

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Melissa Burton | Associate | 240.00 | .30 | 72.00 |
| Total | | | .30 | 72.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301112
INVOICE # 804650

BILL AMOUNT $72.00

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 693729
Invoice Date: 09/14/2012
Invoice No. 804650
Period ending: 06/30/2012

Case Management Number LD 0G2012-301112

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| P500 Negotiation/Revision/Responses | 0.30 | $ | 72.00 |
| TOTAL FEES | 0.30 | $ | 72.00 |
| TOTAL FEES DUE | | $ | 72.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 72.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301113

INVOICE # 804651

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301113 TC Number: 693708

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/03/12 | Review docket and draft status report regarding filing of petitioner's brief | L190 | AHC | .20 | 145.00 | 29.00 |
| 06/08/12 | Research for reply brief | L520 | MJA | .50 | 297.00 | 148.50 |
| 06/12/12 | Phone conference with client contact J.Hoy to discuss general facts and update on case and to discuss strategy | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/14/12 | Begin outlining Reply Brief on appeal | L520 | AC | .30 | 193.00 | 57.90 |
| 06/14/12 | Research for reply brief | L520 | MJA | .50 | 297.00 | 148.50 |
| 06/20/12 | Plan strategy for drafting reply brief | L520 | AC | .30 | 193.00 | 57.90 |
| 06/20/12 | Review Appellee's Brief and email comments to M.Ayers | L520 | AC | .70 | 193.00 | 135.10 |
| 06/21/12 | Continue reviewing Appellee's Brief in preparation for drafting Reply and discuss with M.Ayers | L520 | AC | 1.00 | 193.00 | 193.00 |
| 06/21/12 | Research on briefing strategy concerning reply brief | L520 | MJA | 1.30 | 297.00 | 386.10 |
| 06/22/12 | Update client on status of bankruptcy stay in relation to the parties and posture of the case | L190 | BG | .10 | 190.00 | 19.00 |
| 06/22/12 | Begin outlining Answer Brief | L240 | AC | .60 | 193.00 | 115.80 |
| 06/26/12 | Plan for Reply brief | L520 | AC | .40 | 193.00 | 77.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/26/12 | Continued research for reply brief | L520 | MJA | 1.00 | 297.00 | 297.00 |

FEES $1,689.50

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 49C | BINDING | 19.50 |

COSTS $19.50

AMOUNT DUE THIS BILL $1,709.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301113

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Marc J. Ayers | Partner | 297.00 | 3.30 | 980.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Jon H. Patterson | Associate | 245.00 | .10 | 24.50 |
| Aaron Chastain | Associate | 193.00 | 3.30 | 636.90 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | 7.00 | 1,689.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301113
INVOICE # 804651

BILL AMOUNT $1,709.00

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 693708
Invoice Date: 09/14/2012
Invoice No. 804651
Period ending: 06/30/2012

Case Management Number LD 0G2012-301113

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $ | 24.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 48.00 |
| L240 | Dispositive Motions | 0.60 | $ | 115.80 |
| L520 | Appellate Briefs | 6.00 | $ | 1,501.20 |
| | TOTAL FEES | 7.00 | $ | 1,689.50 |
| | TOTAL FEES DUE | | $ | 1,689.50 |
| | TOTAL DISBURSEMENTS DUE | | $ | 19.50 |
| | TOTAL DUE THIS INVOICE | | $ | 1,709.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301114

INVOICE # 804652

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301114 TC Number: 697235

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Provide monthly status report to client regarding completion of settlement | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/04/12 | Email from client contact K.Dutill enclosing lien release | L210 | JHP | .10 | 245.00 | 24.50 |
| 06/04/12 | Email to counsel for borrower forwarding copy of lien release | L160 | JHP | .10 | 245.00 | 24.50 |
| 06/05/12 | Final file review and preparation of settlement documents in order to close file | L110 | ABB | .40 | 150.00 | 60.00 |
| 06/05/12 | Draft Closing Memo regarding case disposal | L110 | ABB | .30 | 150.00 | 45.00 |
| 06/22/12 | Update client on status of bankruptcy stay in relation to the parties and posture of the case | L160 | BG | .10 | 190.00 | 19.00 |

| | |
|---|---|
| FEES | $197.50 |
| AMOUNT DUE THIS BILL | $197.50 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301114

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Allison Burke | Paralegal | 150.00 | .70 | 105.00 |
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | 1.10 | 197.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301114

BILL AMOUNT $197.50

INVOICE # 804652

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 697235
Invoice Date: 09/14/2012
Invoice No. 804652
Period ending: 06/30/2012

Case Management Number LD 0G2012-301114

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $ | 105.00 |
| L120 | Analysis/Strategy | 0.10 | $ | 24.50 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ | 43.50 |
| L210 | Pleadings | 0.10 | $ | 24.50 |
| | TOTAL FEES | 1.10 | $ | 197.50 |
| | TOTAL FEES DUE | | $ | 197.50 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 197.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301115

INVOICE # 804653

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301115 TC Number: 686549

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Review and redact documents in preparation for document production. | L320 | MPE | 1.20 | 149.00 | 178.80 |
| 06/01/12 | Review and redact additional documents in preparation for document production. | L320 | MPE | .90 | 149.00 | 134.10 |
| 06/01/12 | Review and analyze documents to be produced to borrower and analyze merits of claim | L310 | CWH | .40 | 330.00 | 132.00 |
| 06/01/12 | Brand document production | L320 | MPE | 1.10 | 149.00 | 163.90 |
| 06/01/12 | Review additional documents for redaction. | L320 | MPE | 1.20 | 149.00 | 178.80 |
| 06/01/12 | Review and analyze file documents in preparation for response to borrower's supplemental discovery requests | L120 | MW | .40 | 263.00 | 105.20 |
| 06/01/12 | Correspondence with P.Stokes regarding payoff statement and initial draft of plaintiff's discovery regarding requests for admissions | L120 | MW | .20 | 263.00 | 52.60 |
| 06/01/12 | Review and analyze potential merits of borrower's claim | L120 | MW | .90 | 263.00 | 236.70 |
| 06/04/12 | Finalize document production | L320 | MPE | .70 | 149.00 | 104.30 |
| 06/04/12 | Review and analyze borrower's claim | L120 | MW | .60 | 263.00 | 157.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012

0G2012-301115

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/04/12 | Review and revise responses to borrowers request for production | L320 | MW | .40 | 263.00 | 105.20 |
| 06/04/12 | Draft monthly status update regarding responses to borrower's requests for production | L320 | MW | .10 | 263.00 | 26.30 |
| 06/08/12 | Review and analyze notes | L120 | MW | .30 | 263.00 | 78.90 |
| 06/11/12 | Research claims and damages | L110 | CC | .50 | 225.00 | 112.50 |
| 06/12/12 | Analyze and review issue regarding lease arrearages | L120 | CC | .80 | 225.00 | 180.00 |
| 06/12/12 | Research, review, and analyze damages applicable | L110 | CC | 2.00 | 225.00 | 450.00 |
| 06/12/12 | Review and analysis of damages | L120 | MW | .30 | 263.00 | 78.90 |
| 06/13/12 | Review and analyze federal law allegations | L120 | MW | .90 | 263.00 | 236.70 |
| 06/13/12 | Draft and revise plaintiff's first set of interrogatories to borrower | L320 | MW | 1.20 | 263.00 | 315.60 |
| 06/13/12 | Review client documents in preparation for further discovery | L120 | MW | 1.10 | 263.00 | 289.30 |
| 06/14/12 | Draft and revise requests for admission | L320 | MW | 2.10 | 263.00 | 552.30 |
| 06/14/12 | Research docket to determine status of discovery responses | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/14/12 | Review correspondence to and from borrower for information regarding insurance and discovery requests. | L110 | MPE | .20 | 149.00 | 29.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301115

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/12 | Review additional 78 pages of correspondence | L320 | MPE | .50 | 149.00 | 74.50 |
| 06/18/12 | Review and redact documents | L320 | MPE | .70 | 149.00 | 104.30 |
| 06/18/12 | Correspondence with P.Stokes regarding payoff statement and discovery | L120 | MW | .10 | 263.00 | 26.30 |
| 06/18/12 | Review and analyze correspondence recently produced | L120 | MW | .60 | 263.00 | 157.80 |
| 06/20/12 | Correspondence with P.Stokes regarding supplemental production | L120 | MW | .10 | 263.00 | 26.30 |
| 06/21/12 | Review documents in preparation for service of supplemental production | L120 | MW | 1.10 | 263.00 | 289.30 |
| 06/21/12 | Review, redact and bates label parts of file for third production response. | L320 | MPE | .50 | 149.00 | 74.50 |
| 06/21/12 | Review and revise interrogatories and requests for admission to plaintiff | L310 | CWH | .30 | 330.00 | 99.00 |
| 06/22/12 | Review and redact additional documents for production | L320 | MPE | 1.90 | 149.00 | 283.10 |
| 06/26/12 | Correspondence with P.Stokes regarding payoff statement and status of discovery pending supplemental production | L120 | MW | .10 | 263.00 | 26.30 |
| 06/28/12 | Research docket to determine status. | L110 | MPE | .10 | 149.00 | 14.90 |

FEES $5,105.80

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 4
SEPTEMBER 14, 2012

0G2012-301115

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| | AMOUNT DUE THIS BILL | $5,105.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 5
SEPTEMBER 14, 2012

0G2012-301115

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christian W. Hancock | Partner | 330.00 | .70 | 231.00 |
| Monica Wilson | Associate | 263.00 | 10.50 | 2,761.50 |
| Melisa P. Palmer | Paralegal | 149.00 | 9.20 | 1,370.80 |
| Catherine Clodfelter | Law Clerk | 225.00 | 3.30 | 742.50 |
| Total | | | 23.70 | 5,105.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301115

BILL AMOUNT $5,105.80

INVOICE # 804653

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 686549
Invoice Date: 09/14/2012
Invoice No. 804653
Period ending: 06/30/2012

Case Management Number LD 0G2012-301115

| Code | Task | Current Invoice Hours | Current Invoice Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.00 | $ 637.00 |
| L120 | Analysis/Strategy | 7.50 | $ 1,942.10 |
| L310 | Written Discovery | 0.70 | $ 231.00 |
| L320 | Document Production | 12.50 | $ 2,295.70 |
| | TOTAL FEES | 23.70 | $ 5,105.80 |
| | TOTAL FEES DUE | | $ 5,105.80 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 5,105.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301116

INVOICE # 804654

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301116 TC Number: 693701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/05/12 | Read and review court of appeals opinion enforcing settlement agreement and send to H.Franchi | L240B | ES | .30 | 185.00 | 55.50 |
| 06/05/12 | Study opinion from Mississippi Court of Appeals affirming lower court decision | L520 | MCM | .80 | 284.00 | 227.20 |
| 06/07/12 | Review rule regarding borrower's options for motion for rehearing and respond to H.Franchi's e-mail | L460 | ES | .20 | 185.00 | 37.00 |
| 06/21/12 | E-mail H.Franchi regarding motion for rehearing | L240B | ES | .10 | 185.00 | 18.50 |
| 06/25/12 | Review order granting borrower's motion for enlargement of time | L240B | ES | .10 | 185.00 | 18.50 |

FEES $356.70

AMOUNT DUE THIS BILL $356.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301116

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Mary C. Morgan | Partner | 284.00 | .80 | 227.20 |
| Erin Saltaformaggio | Associate | 185.00 | .70 | 129.50 |
| Total | | | 1.50 | 356.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301116

BILL AMOUNT $356.70

INVOICE # 804654

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 693701
Invoice Date: 09/14/2012
Invoice No. 804654
Period ending: 06/30/2012

Case Management Number LD 0G2012-301116

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L240BAll Other | 0.50 | $ | 92.50 |
| L460 Post-Trial Motions and Submissions | 0.20 | $ | 37.00 |
| L520 Appellate Briefs | 0.80 | $ | 227.20 |
| TOTAL FEES | 1.50 | $ | 356.70 |
| TOTAL FEES DUE | | $ | 356.70 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 356.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301117

INVOICE # 804655

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301117 TC Number: 713657

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Status report regarding appeal status | L120 | KSA | .10 | 223.00 | 22.30 |

FEES $22.30

AMOUNT DUE THIS BILL $22.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301117

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301117

BILL AMOUNT $22.30

INVOICE # 804655

---

To: ResCap
1100 Virginia Drive
Fort Washington, PA 19034

TC Number: 713657
Invoice Date: 09/14/2012
Invoice No. 804655
Period ending: 06/30/2012

Case Management Number LD 0G2012-301117

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 22.30 |
| TOTAL FEES | 0.10 | $ | 22.30 |
| TOTAL FEES DUE | | $ | 22.30 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 22.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301118

INVOICE # 804656

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301118 TC Number: 720423

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/01/12 | Review file to determine status of Answer from opposing counsel per attorney request | L120 | KE | .10 | 150.00 | 15.00 |
| 06/04/12 | Review and analyze file to draft case status report for client | L120 | KE | .30 | 150.00 | 45.00 |
| 06/04/12 | Exchange emails with C.Lerman regarding hearing on distribution of proceeds | L120 | HTC | .10 | 315.00 | 31.50 |
| 06/04/12 | Revise and edit amended motion for summary judgment | L210 | HTC | .90 | 315.00 | 283.50 |
| 06/04/12 | Review and edit response and objection to motion to distribute funds | L210 | HTC | 1.20 | 315.00 | 378.00 |
| 06/04/12 | Correspondence with R.Meeker regarding review and execution of affidavit in support of motion for summary judgment | L250 | JDV | .40 | 219.00 | 87.60 |
| 06/04/12 | Revise argument section III.C of motion for summary judgment | L250 | JDV | .30 | 219.00 | 65.70 |
| 06/05/12 | Correspondence with K.Lucas regarding affidavits executed by P.Knapp | L190 | JDV | .30 | 219.00 | 65.70 |
| 06/05/12 | Draft Notice of Filing | L250 | JDV | .20 | 219.00 | 43.80 |
| 06/05/12 | Review and analysis of Defendant's Motions to Continue Mediation | L250 | JDV | .20 | 219.00 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 2
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/05/12 | Prepare for hearing on motion to compel; attendance at hearing | L210 | HTC | 2.30 | 315.00 | 724.50 |
| 06/05/12 | Review prior response filed by title counsel prior to our involvement in case | L210 | HTC | .10 | 315.00 | 31.50 |
| 06/05/12 | Telephone call with R.Meeker and K.Lucas regarding hearing on motion to distribute funds | L120 | HTC | .90 | 315.00 | 283.50 |
| 06/05/12 | Review customer documents and exchange emails with R.Meeker regarding same; telephone conference with M.Louis regarding amended motion for summary judgment and notice of filing affidavit and hearing on the motion to distribute funds. | L120 | HTC | .90 | 315.00 | 283.50 |
| 06/05/12 | Review motion to continue mediation filed by J.Lukacs | L210 | HTC | .30 | 315.00 | 94.50 |
| 06/05/12 | Review and analyze affidavit received from Peter Knapp | L120 | KE | .60 | 150.00 | 90.00 |
| 06/05/12 | Review and analyze file to locate and provide to foreclosure counsel | L120 | KE | .30 | 150.00 | 45.00 |
| 06/05/12 | Draft and file Notice of Filing the Original Affidavit of Peter Knapp with attached exhibits | L210 | KE | .40 | 150.00 | 60.00 |
| 06/06/12 | Review and analyze file and emails and prepare hearing notebook with all pleadings and additional evidentiary materials for attorney appearance | L120 | KE | 3.60 | 150.00 | 540.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE 3
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/12 | Revise Litigation Case Summary | L190 | JDV | .40 | 219.00 | 87.60 |
| 06/06/12 | Prepare K.Lucas for hearing | L120 | HTC | 1.50 | 315.00 | 472.50 |
| 06/06/12 | Preview materials in preparation for hearing and prepare outline for hearing on motion to distribute funds | L250 | HTC | .60 | 315.00 | 189.00 |
| 06/07/12 | Review Defendant's Motion to Stay Action | L250 | JDV | .20 | 219.00 | 43.80 |
| 06/07/12 | Review initial case analysis and complete revisions to provide to client | L120 | KE | .40 | 150.00 | 60.00 |
| 06/07/12 | Research all court rules and judge's rules to determine ability for attorney to attend hearing on Defendant's Motion to Stay Action via telephone as well as email to attorney regarding results | L120 | KE | .60 | 150.00 | 90.00 |
| 06/08/12 | Prepare for and attend hearing on Motion to Distribute Funds, Motion to Continue and Motion to Stay and meeting with C.Lerman regarding same | L230 | HTC | 10.30 | 315.00 | 3,244.50 |
| 06/08/12 | Revise privilege log | L310 | JDV | .90 | 219.00 | 197.10 |
| 06/08/12 | Analysis of client documents for purposes of privilege | L120 | JDV | .80 | 219.00 | 175.20 |
| 06/08/12 | Assimilation and compilation of Emergency Motion for Continuance regarding mediation and Notice of Hearing | L110 | ABB | .30 | 150.00 | 45.00 |