

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/11/12 | Review orders from hearing on motion to stay and to continue mediation and exchange emails with P.Stokes regarding same | L250 | HTC | .10 | 315.00 | 31.50 |
| 06/12/12 | Research case law and review case file and documents regarding insurance funds | L190 | DF | 5.30 | 175.00 | 927.50 |
| 06/12/12 | Draft mediation report and assemble necessary pleadings with all attachments to provide to mediator | L210 | KE | 1.20 | 150.00 | 180.00 |
| 06/13/12 | Draft memo regarding repair and restoration | L120 | DF | 5.50 | 175.00 | 962.50 |
| 06/14/12 | Draft memo regarding Defendant's petition for insurance proceeds | L120 | DF | 4.10 | 175.00 | 717.50 |
| 06/14/12 | Conference with J.Vega regarding research of insurance proceeds | L120 | DF | .20 | 175.00 | 35.00 |
| 06/14/12 | Research regarding Defendant's petition for insurance proceeds | L120 | DF | 2.10 | 175.00 | 367.50 |
| 06/14/12 | Prepare for mediation | L160 | HTC | 1.50 | 315.00 | 472.50 |
| 06/14/12 | Review borrower's emergency motion for hearing on request for distribution of 1000 to HOA and review B.Billbrough's email responding to same | L120 | HTC | .50 | 315.00 | 157.50 |
| 06/15/12 | Attendance at meeting with P.Stokes regarding mediation and attendance at mediation | L120 | HTC | 3.80 | 315.00 | 1,197.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      5
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 06/15/12 | Edit and revise memo regarding insurance proceeds | L120 | DF | .50 | 175.00 | 87.50 |
| 06/15/12 | Conference with J.Vega to review case strategy and memo recommendations | L120 | DF | .40 | 175.00 | 70.00 |
| 06/15/12 | Research alternative theory | L120 | DF | 1.50 | 175.00 | 262.50 |
| 06/15/12 | Analysis of state law regarding property and insurance proceeds | L120 | JDV | .50 | 219.00 | 109.50 |
| 06/15/12 | Revise memo regarding real property and insurance proceeds | L190 | JDV | 1.00 | 219.00 | 219.00 |
| 06/18/12 | Review emails from J.Luckas regarding depositions and monies from insurance proceeds and exchange emails with C.Lerman, M.Louis and Florida default regarding same | L330 | HTC | .50 | 315.00 | 157.50 |
| 06/18/12 | Review emails provided by M.Louis | L320 | JAM | 1.70 | 145.00 | 246.50 |
| 06/19/12 | Telephone conference with M.Louis regarding summary judgment and depositions | L240 | HTC | .20 | 315.00 | 63.00 |
| 06/20/12 | Review research memo on issue of insurance proceeds | L120 | HTC | .10 | 315.00 | 31.50 |
| 06/21/12 | Review submissions from borrower in response to motion for summary judgment | L240 | HTC | .20 | 315.00 | 63.00 |
| 06/21/12 | Research case law regarding plaintiff's alternative theory; conference regarding same | L120 | DF | 1.40 | 175.00 | 245.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      6
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/21/12 | Review and analyze all pleadings and other necessary documentation to assemble hearing notebook for attorney's attendance at hearing on Motion for Summary Judgment | L120 | KE | 2.30 | 150.00 | 345.00 |
| 06/22/12 | Analysis of state law regarding deposition testimony | L120 | JDV | 2.30 | 219.00 | 503.70 |
| 06/22/12 | Draft memo regarding use of deposition testimony | L190 | JDV | 1.50 | 219.00 | 328.50 |
| 06/22/12 | Correspondence with B.Billbrough, regarding privilege log | L390 | JDV | .20 | 219.00 | 43.80 |
| 06/22/12 | Finalize and prepare privilege log for service and production | L390 | JDV | 1.00 | 219.00 | 219.00 |
| 06/22/12 | Telephone conference with C.Lerman regarding summary judgment hearing | L120 | HTC | .20 | 315.00 | 63.00 |
| 06/24/12 | Supplemental research regarding previous memo as to insurance proceeds and foreclosure proceedings and email memo regarding same | L120 | DF | 2.50 | 175.00 | 437.50 |
| 06/25/12 | Emails with J.Vega regarding attorney privilege log | L320 | JAM | .20 | 145.00 | 29.00 |
| 06/25/12 | Review and analyze Defendant's Motion to Stay Action with Notice of Hearing for case strategy | L210 | KE | .20 | 150.00 | 30.00 |
| 06/25/12 | Review and analyze Emergency Petition and Notice of Hearing filed by borrower in probate case for case strategy | L210 | KE | .20 | 150.00 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/25/12 | Prepare for hearing on motion for summary judgment and telephone conference with probate court regarding insurance proceeds | L240 | HTC | 14.60 | 315.00 | 4,599.00 |
| 06/25/12 | Analysis of state law regarding former testimony | L120 | JDV | 2.50 | 219.00 | 547.50 |
| 06/25/12 | Revise memorandum regarding former testimony | L190 | JDV | 1.50 | 219.00 | 328.50 |
| 06/25/12 | Analysis of state law regarding deposition process | L120 | JDV | 1.50 | 219.00 | 328.50 |
| 06/25/12 | Draft memorandum regarding deposition process | L190 | JDV | .30 | 219.00 | 65.70 |
| 06/26/12 | Analysis of proposed Final Judgment of Foreclosure | L210 | JDV | .30 | 219.00 | 65.70 |
| 06/26/12 | Prepare for and attendance at hearing on motion for summary judgment and telephone conference with client regarding same and review and revise final order for summary judgment | L250 | HTC | 4.10 | 315.00 | 1,291.50 |
| 06/26/12 | Review exchange of emails from borrower regarding withdrawal of J.Luckas and insurance proceeds and analyze issues | L240 | HTC | 4.30 | 315.00 | 1,354.50 |
| 06/28/12 | Exchange emails with B.Billbrough regarding insurance proceeds and review orders from court on motion to withdraw and review emails from borrower regarding insurance proceeds | L250 | HTC | .20 | 315.00 | 63.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      8
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Review and analyze Final Judgment received from court for case strategy | L210 | KE | .10 | 150.00 | 15.00 |

|  | FEES |  |  |  |  | $25,108.70 |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $25,108.70 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      9
SEPTEMBER 14, 2012

0G2012-301118

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | 10.30 | 1,545.00 |
| Hope Cannon | Partner | 315.00 | 49.40 | 15,561.00 |
| Jamie Mathews | Paralegal | 145.00 | 1.90 | 275.50 |
| Allison Burke | Paralegal | 150.00 | .30 | 45.00 |
| Jose D. Vega | Associate | 219.00 | 16.30 | 3,569.70 |
| Daniel Feltham | Law Clerk | 175.00 | 23.50 | 4,112.50 |
| | | | | |
| Total | | | 101.70 | 25,108.70 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 14, 2012
                                                         0G2012-301118
BILL AMOUNT        $25,108.70                            INVOICE #  804656

To:    ResCap                        TC Number:          720423
       1100 Virginia Drive           Invoice Date:       09/14/2012
       Fort Washington, PA 19034     Invoice No.         804656
                                     Period ending:      06/30/2012

Case Management Number      LD  0G2012-301118

                                            Current Invoice
Code Task                                   Hours           Fees

L110 Fact Investigation/Development          0.30    $       45.00
L120 Analysis/Strategy                      42.00    $    8,599.40
L160 Settlement/Non-Binding ADR              1.50    $      472.50
L190 Other Case Assessment, Develop't/Admin 10.30    $    2,022.50
L210 Pleadings                               7.20    $    1,892.70
L230 Court Mandated Conferences             10.30    $    3,244.50
L240 Dispositive Motions                    19.30    $    6,079.50
L250 Other Written Motions/Submissions       6.30    $    1,859.70
L310 Written Discovery                       0.90    $      197.10
L320 Document Production                      1.90    $      275.50
L330 Depositions                             0.50    $      157.50
L390 Other Discovery                         1.20    $      262.80

                             ====================================
              TOTAL FEES     101.70          $ 25,108.70

                    TOTAL FEES DUE           $ 25,108.70
            TOTAL DISBURSEMENTS DUE          $      0.00
              TOTAL DUE THIS INVOICE         $ 25,108.70



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301120

INVOICE #  804657

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301120   TC Number: 693575

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review and update bankruptcy spreadsheet | B110 | JWA | .20 | 241.00 | 48.20 |
| 06/04/12 | Draft status report for client regarding hearing on motion for summary judgment | B110 | JWA | .10 | 241.00 | 24.10 |
| 06/26/12 | Receipt, review and analysis of Lewis motion opposing summary judgment and discovery requests | L240 | JWA | 2.20 | 241.00 | 530.20 |
| 06/27/12 | Additional analysis of Lewis motion and discovery requests | L240 | JWA | .60 | 241.00 | 144.60 |
| 06/27/12 | Research and analysis of Florida law | L240 | JWA | .70 | 241.00 | 168.70 |
| 06/27/12 | Research docket to determine status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 06/27/12 | Receive and review Motion for relief from summary judgment, request for admission, request for production, and notice of hearing on July 10, 2012.  Add to timeline of case events and calendar relevant deadlines. | L110 | MPE | .60 | 149.00 | 89.40 |
| 06/29/12 | Telephone conference with Judge's Assistant regarding objection to borrower's  hearing on her Motion for Relief. | L110 | MPE | .30 | 149.00 | 44.70 |
| 06/30/12 | Draft status report for client regarding summary judgment | B110 | JWA | .10 | 241.00 | 24.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301120

FED ID NO. 63-0243316

FEES                                          $1,103.80

### DESCRIPTION OF DISBURSEMENTS

| 20 | Airline Tickets | 442.05 |
| 21 | Travel Expense | 258.53 |
| 23 | Meal Expense | 38.19 |

COSTS                              $738.77

AMOUNT DUE THIS BILL                 $1,842.57

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 14, 2012

0G2012-301120

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| James Warmoth | Associate | 241.00 | 3.90 | 939.90 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.10 | 163.90 |
| Total | | | 5.00 | 1,103.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301120

BILL AMOUNT        $1,842.57

INVOICE #  804657

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 693575 |
| Invoice Date: | 09/14/2012 |
| Invoice No. | 804657 |
| Period ending: | 06/30/2012 |

Case Management Number     LD  0G2012-301120

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.40 | $    96.40 |
| L110 | Fact Investigation/Development | 1.10 | $   163.90 |
| L240 | Dispositive Motions | 3.50 | $   843.50 |
| | ======================================= | | |
| | TOTAL FEES | 5.00 | $ 1,103.80 |

|  |  |
|---|---|
| TOTAL FEES DUE | $ 1,103.80 |
| TOTAL DISBURSEMENTS DUE | $   738.77 |
| TOTAL DUE THIS INVOICE | $ 1,842.57 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301121

INVOICE #  804658

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301121   TC Number: 718605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Draft status update regarding depositions scheduled/objections, filing Notice of Bankruptcy | L120 | BG | .20 | 190.00 | 38.00 |
| 06/19/12 | Retrieval of docket to obtain status regarding bankruptcy stay and of any pending Order and update master chart with obtained information and attachments regarding same | L110 | ABB | .30 | 150.00 | 45.00 |

FEES                                              $83.00

AMOUNT DUE THIS BILL                    $83.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301121

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .30 | 45.00 |
| Blake Goodsell | Associate | 190.00 | .20 | 38.00 |
| Total | | | .50 | 83.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      SEPTEMBER 14, 2012
                                                           0G2012-301121
BILL AMOUNT          $83.00                                INVOICE #   804658

To:    ResCap                          TC Number:          718605
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804658
                                       Period ending:      06/30/2012

Case Management Number       LD   0G2012-301121

|       |                                  | Current Invoice | |         |
|-------|----------------------------------|-------|---|----------|
| Code  | Task                             | Hours |   | Fees     |
| L110  | Fact Investigation/Development   | 0.30  | $ | 45.00    |
| L120  | Analysis/Strategy                | 0.20  | $ | 38.00    |
|       |                                  | ===== | = | ======== |
|       | TOTAL FEES                       | 0.50  | $ | 83.00    |
|       | TOTAL FEES DUE                   |       | $ | 83.00    |
|       | TOTAL DISBURSEMENTS DUE          |       | $ | 0.00     |
|       | TOTAL DUE THIS INVOICE           |       | $ | 83.00    |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0G2012-301122
Fort Washington, PA 19034

                                                          INVOICE #  804659

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301122  TC Number: 705274

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Prepared status report for client. | L190 | EWS | .20 | 266.00 | 53.20 |
| 06/08/12 | Email correspondence with Lauren Delehey concerning stay entered by trial court. | L190 | EWS | .20 | 266.00 | 53.20 |
| 06/08/12 | Review court's bankruptcy stay | B410 | KW | .10 | 185.00 | 18.50 |
| 06/11/12 | Review Aurora's motion to reopen case and lift stay as to non-bankruptcy defendants | L250 | KW | .20 | 185.00 | 37.00 |
| 06/20/12 | Review plaintiff's bankruptcy notice | B410 | KW | .10 | 185.00 | 18.50 |
| 06/20/12 | Review bankruptcy filing by L.Porter. | L190 | EWS | .20 | 266.00 | 53.20 |
| 06/21/12 | Telephone conversation with each opposing counsel concerning notice of bankruptcy filed by plaintiff. | L190 | EWS | .40 | 266.00 | 106.40 |
| 06/21/12 | Telephone conversation with Austin McMullen concerning bankruptcy issues. | L190 | EWS | .20 | 266.00 | 53.20 |
| 06/21/12 | Email correspondence with L.Delehey concerning notice of bankruptcy filed by plaintiff. | P300 | EWS | .30 | 266.00 | 79.80 |
| 06/21/12 | Review strategy in light of plaintiff's bankruptcy filing; email A.Altman to discuss discovery | B410 | KW | .20 | 185.00 | 37.00 |
| 06/21/12 | Analyze bankruptcy issues with debtor's pro se Chapter 13 case. | C300 | ALM | .40 | 301.00 | 120.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301122

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | FEES | | | | | $630.40 |
| | AMOUNT DUE THIS BILL | | | | | $630.40 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
SEPTEMBER 14, 2012

0G2012-301122

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Austin L. McMullen | Partner | 301.00 | .40 | 120.40 |
| Eric Smith | Partner | 266.00 | 1.50 | 399.00 |
| Kristi Wilcox | Associate | 185.00 | .60 | 111.00 |
| Total | | | 2.50 | 630.40 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                    SEPTEMBER 14, 2012
                                                                         0G2012-301122
BILL AMOUNT          $630.40                                             INVOICE #  804659

To:    ResCap                              TC Number:         705274
       1100 Virginia Drive                 Invoice Date:      09/14/2012
       Fort Washington, PA 19034           Invoice No.        804659
                                           Period ending:     06/30/2012

Case Management Number        LD  0G2012-301122

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B410 | General Bankruptcy Advice/Opinions | 0.40 | $   74.00 |
| C300 | Analysis and Advice | 0.40 | $  120.40 |
| L190 | Other Case Assessment, Develop't/Admin | 1.20 | $  319.20 |
| L250 | Other Written Motions/Submissions | 0.20 | $   37.00 |
| P300 | Structure/Strategy/Analysis | 0.30 | $   79.80 |

```
                            =================================
              TOTAL FEES       2.50      $    630.40

                  TOTAL FEES DUE          $    630.40
           TOTAL DISBURSEMENTS DUE        $      0.00
            TOTAL DUE THIS INVOICE        $    630.40
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 14, 2012
1100 Virginia Drive                                       0G2012-301123
Fort Washington, PA 19034

                                                         INVOICE #  804660

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301123   TC Number: 717577

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Review and update bankruptcy spreadsheet | B110 | JWA | .20 | 241.00 | 48.20 |
| 06/04/12 | Draft status report for client regarding hearing on judgment on the pleading | B110 | JWA | .10 | 241.00 | 24.10 |
| 06/11/12 | Review motion for judgment on the pleadings in preparation for the June 12, 2012 hearing, and prepare hearing binder of relevant pleadings and client documents. | L110 | MPE | 1.30 | 149.00 | 193.70 |
| 06/11/12 | Draft proposed order in preparation for motion for judgment on the pleadings | L240 | NJV | .40 | 258.00 | 103.20 |
| 06/11/12 | Prepare for hearing on motion for judgment on pleadings | L240 | JWA | .30 | 241.00 | 72.30 |
| 06/12/12 | Research all public records in preparation for hearing | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 06/12/12 | Exchange several emails with borrower's counsel regarding impact of notice of bankruptcy | L210 | CWH | .50 | 330.00 | 165.00 |
| 06/12/12 | Review and analyze client documents, pleadings, client communications and other related documents in preparation for motion for judgment on the pleadings hearing and drafting oral argument outline | L240 | NJV | 2.10 | 258.00 | 541.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301123

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/12/12 | Attend GMAC's motion for judgment on the pleadings hearing in Lake County, Florida | L240 | NJV | 4.20 | 258.00 | 1,083.60 |
| 06/12/12 | Prepare for hearing on motion for judgment on the pleadings as to counterclaims | L240 | JWA | .70 | 241.00 | 168.70 |
| 06/12/12 | Review and analysis of opposing counsel's assertion of applicability of bankruptcy stay | B110 | JWA | .30 | 241.00 | 72.30 |
| 06/14/12 | Draft notice of the bankruptcy court lifting GMAC's bankruptcy stay and include various filings from GMAC's bankruptcy as exhibits thereto | L250 | NJV | 4.10 | 258.00 | 1,057.80 |
| 06/18/12 | Preview pleadings in preparation for teleconference with opposing counsel; leave voicemail for opposing counsel | L240 | JWA | .50 | 241.00 | 120.50 |
| 06/30/12 | Draft status report for client regarding report of what occurred at hearing on motion for judgment on the pleadings | B110 | JWA | .10 | 241.00 | 24.10 |

FEES                                        $3,854.10

DESCRIPTION OF DISBURSEMENTS

| 20 | Airline Tickets | 208.10 |
|----|-----------------|--------|
| 21 | Travel Expense | 81.15 |

COSTS                                        $289.25



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 14, 2012

0G2012-301123

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL              $4,143.35

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
SEPTEMBER 14, 2012

0G2012-301123

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Nicholas J. Voelker | Associate | 258.00 | 10.80 | 2,786.40 |
| James Warmoth | Associate | 241.00 | 2.20 | 530.20 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.50 | 372.50 |
| Total | | | 16.00 | 3,854.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 14, 2012
                                                               0G2012-301123
BILL AMOUNT          $4,143.35                                 INVOICE #  804660

To:    ResCap                          TC Number:           717577
       1100 Virginia Drive             Invoice Date:        09/14/2012
       Fort Washington, PA 19034       Invoice No.          804660
                                       Period ending:       06/30/2012

Case Management Number      LD  0G2012-301123

|      |                                    | Current Invoice |           |
| Code | Task                               | Hours | Fees      |
|------|------------------------------------|-------|-----------|
| B110 | Case Administration                | 0.70  | $   168.70 |
| L110 | Fact Investigation/Development     | 2.50  | $   372.50 |
| L210 | Pleadings                          | 0.50  | $   165.00 |
| L240 | Dispositive Motions                | 8.20  | $ 2,090.10 |
| L250 | Other Written Motions/Submissions  | 4.10  | $ 1,057.80 |

```
                        ===================================
           TOTAL FEES       16.00    $  3,854.10

              TOTAL FEES DUE          $  3,854.10
      TOTAL DISBURSEMENTS DUE         $    289.25
      TOTAL DUE THIS INVOICE          $  4,143.35
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301125

INVOICE #  804661

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301125   TC Number: 699859

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/04/12 | Provided status update to client regarding ruling on summary judgment motion | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/12/12 | Phone conference with client contact J.Hoy to discuss general facts and update on case and to discuss strategy | L120 | JHP | .10 | 245.00 | 24.50 |
| 06/22/12 | Update client on status of bankruptcy stay in relation to the parties and posture of the case | L190 | BG | .10 | 190.00 | 19.00 |

FEES                                     $68.00

AMOUNT DUE THIS BILL                      $68.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301125

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .20 | 49.00 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .30 | 68.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      SEPTEMBER 14, 2012
                                                           0G2012-301125
BILL AMOUNT          $68.00                                INVOICE #  804661

To:    ResCap                          TC Number:          699859
       1100 Virginia Drive             Invoice Date:       09/14/2012
       Fort Washington, PA 19034       Invoice No.         804661
                                       Period ending:      06/30/2012

Case Management Number      LD  0G2012-301125

|            |                                        | Current Invoice |          |
|------------|----------------------------------------|-----------------|----------|
| Code       | Task                                   | Hours           | Fees     |
| L120       | Analysis/Strategy                      | 0.20            | $   49.00 |
| L190       | Other Case Assessment, Develop't/Admin | 0.10            | $   19.00 |

| ========================================== | | |
|---|---|---|
| TOTAL FEES | 0.30 | $   68.00 |

|                          |          |
|--------------------------|----------|
| TOTAL FEES DUE           | $   68.00 |
| TOTAL DISBURSEMENTS DUE  | $    0.00 |
| TOTAL DUE THIS INVOICE   | $   68.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              SEPTEMBER 14, 2012
1100 Virginia Drive                                 0G2012-301126
Fort Washington, PA 19034

                                                    INVOICE #  804662

                                                    **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301126   TC Number: 695221

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Telephone call to Shelby County bookkeeper's office regarding release of funds | L240 | JJPH | .20 | 250.00 | 50.00 |
| 06/07/12 | Telephone conference with Shelby County bookkeeper's officer regarding release of funds | L240 | JJPH | .10 | 250.00 | 25.00 |
| 06/07/12 | Prepare application for release of funds | L240 | JJPH | .20 | 250.00 | 50.00 |
| 06/12/12 | Complete and finalize request for reimbursement in connection with order granting motion for release of funds | L240 | JJPH | .60 | 250.00 | 150.00 |
| 06/12/12 | Analyzing application for release of funds per the court's order. | L250 | CET | .20 | 293.00 | 58.60 |
| 06/19/12 | Analyzing receipt of funds from the court. | L250 | CET | .20 | 293.00 | 58.60 |
| 06/20/12 | Prepare letter to Gia Albright regarding funds released from court | L240 | JJPH | .20 | 250.00 | 50.00 |
| 06/20/12 | Email correspondence to Gia Albright regarding funds from chancery court | L240 | JJPH | .10 | 250.00 | 25.00 |

|  |  | FEES |  |  |  | $467.20 |
|--|--|------|--|--|--|---------|

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301126

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $467.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
SEPTEMBER 14, 2012

0G2012-301126

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | 1.40 | 350.00 |
| Christopher E. Thorsen | Partner | 293.00 | .40 | 117.20 |
| Total | | | 1.80 | 467.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                     SEPTEMBER 14, 2012
                                                          0G2012-301126
BILL AMOUNT            $467.20                             INVOICE #  804662

To:    ResCap                          TC Number:        695221
       1100 Virginia Drive             Invoice Date:     09/14/2012
       Fort Washington, PA 19034       Invoice No.       804662
                                       Period ending:    06/30/2012


Case Management Number      LD  0G2012-301126


                                       Current Invoice
Code Task                              Hours           Fees

L240 Dispositive Motions               1.40     $     350.00
L250 Other Written Motions/Submissions 0.40     $     117.20


                        ==================================
                TOTAL FEES             1.80     $     467.20

                TOTAL FEES DUE                  $     467.20
          TOTAL DISBURSEMENTS DUE               $       0.00
          TOTAL DUE THIS INVOICE                $     467.20



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301127

INVOICE #  804663

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301127  TC Number: 697162

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/06/12 | Draft monthly status report for this matter | L120 | CM | .20 | 185.00 | 37.00 |
| 06/19/12 | Review new order and determine effect on case | L120 | CM | .20 | 185.00 | 37.00 |

FEES                                          $74.00

AMOUNT DUE THIS BILL                          $74.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301127

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cam Miller | Associate | 185.00 | .40 | 74.00 |
| Total | | | .40 | 74.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      SEPTEMBER 14, 2012
                                                           0G2012-301127
BILL AMOUNT          $74.00                                INVOICE #  804663

To:     ResCap                          TC Number:        697162
        1100 Virginia Drive             Invoice Date:     09/14/2012
        Fort Washington, PA 19034       Invoice No.       804663
                                        Period ending:    06/30/2012

Case Management Number     LD   0G2012-301127

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.40 | $    74.00 |
| | | ================================ | |
| TOTAL FEES | | 0.40 | $    74.00 |

                              TOTAL FEES DUE          $    74.00
                      TOTAL DISBURSEMENTS DUE         $     0.00
                       TOTAL DUE THIS INVOICE         $    74.00



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301128

INVOICE #  804664

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301128   TC Number: 722716

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Research on status of appeal and mediation issue | L510 | MJA | .30 | 297.00 | 89.10 |
| 06/05/12 | Receive and review e-mail from G.Albright regarding mediation and sale | L160 | JMH | .10 | 241.00 | 24.10 |
| 06/05/12 | Telephone conference with D.Carr's office regarding mediation and/or sale of property | L110 | JMH | .30 | 241.00 | 72.30 |

|  |  |
|---|---|
| FEES | $185.50 |
| AMOUNT DUE THIS BILL | $185.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 14, 2012

0G2012-301128

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Jonathan Hooks | Associate | 241.00 | .40 | 96.40 |
| Total | | | .70 | 185.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 14, 2012
0G2012-301128

BILL AMOUNT          $185.50

INVOICE #  804664

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        722716
Invoice Date:     09/14/2012
Invoice No.       804664
Period ending:    06/30/2012

Case Management Number       LD   0G2012-301128

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 0.30 | $ | 72.30 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ | 24.10 |
| L510 | Appellate Motions and Submissions | 0.30 | $ | 89.10 |
| | TOTAL FEES | 0.70 | $ | 185.50 |

TOTAL FEES DUE                    $    185.50
TOTAL DISBURSEMENTS DUE           $      0.00
TOTAL DUE THIS INVOICE            $    185.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301129

INVOICE #  804665

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301129  TC Number: 713325

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/05/12 | Conversation with title counsel regarding motion for partial summary judgment and impact on case | L120 | MSW | .70 | 254.00 | 177.80 |
| 06/05/12 | Review and analyze facts about closing ceremony | L120 | MSW | 1.40 | 254.00 | 355.60 |
| 06/06/12 | Conversation with new title counsel regarding order on summary judgment | L120 | MSW | .30 | 254.00 | 76.20 |
| 06/07/12 | Research state law regarding mortgage | L120 | MSW | .40 | 254.00 | 101.60 |
| 06/08/12 | Conversation with J.Ho regarding witness and trial requirements | L450 | MSW | .20 | 254.00 | 50.80 |
| 06/14/12 | Conversation with opposing counsel regarding trial requirements and witnesses | L120 | MSW | .20 | 254.00 | 50.80 |
| 06/15/12 | Exchange messages and review correspondence from title counsel and foreclosure counsel regarding default judgment and proposed order for partial summary judgment | L120 | MSW | .30 | 254.00 | 76.20 |
| 06/23/12 | Review and analyze factual background for counterclaims | L120 | MSW | 3.60 | 254.00 | 914.40 |
| 06/26/12 | Strategy regarding trial preparation | L120 | MCG | 1.10 | 323.00 | 355.30 |
| 06/28/12 | Draft status report for client regarding trial preparation | L120 | MSW | .10 | 254.00 | 25.40 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/29/12 | Review and analyze issues leading up to trial | L120 | CWH | .70 | 330.00 | 231.00 |
| 06/29/12 | Conference call with N.Campbell and others regarding trial issues and strategy | L440 | MSW | 1.10 | 254.00 | 279.40 |
| 06/29/12 | Review and analyze loan documents and trial exhibits | L440 | MSW | 4.70 | 254.00 | 1,193.80 |
| 06/29/12 | Draft notice of bankruptcy stay and supplemental order | L250 | MSW | .40 | 254.00 | 101.60 |
| 06/29/12 | Prepare for and attend conference call with client on trial preparation and strategy | L120 | CWH | 1.00 | 330.00 | 330.00 |

|  |  |  |
|---|---|---|
| FEES | | $4,319.90 |
| 01    Copy Charges | | 0.00 |
| AMOUNT DUE THIS BILL | | $4,319.90 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 14, 2012

0G2012-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.70 | 561.00 |
| Michael C. Griffin | Partner | 323.00 | 1.10 | 355.30 |
| Mark S. Wierman | Associate | 254.00 | 13.40 | 3,403.60 |
| Total | | | 16.20 | 4,319.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          SEPTEMBER 14, 2012
                                                0G2012-301129
BILL AMOUNT        $4,319.90                    INVOICE #  804665

To:    ResCap                      TC Number:        713325
       1100 Virginia Drive         Invoice Date:     09/14/2012
       Fort Washington, PA 19034   Invoice No.       804665
                                   Period ending:    06/30/2012

Case Management Number      LD  0G2012-301129

                                        Current Invoice
Code Task                               Hours        Fees

L120 Analysis/Strategy                  9.80    $  2,694.30
L250 Other Written Motions/Submissions  0.40    $    101.60
L440 Other Trial Preparation and Support 5.80   $  1,473.20
L450 Trial and Hearing Attendance       0.20    $     50.80

                           ==================================
               TOTAL FEES    16.20    $  4,319.90

               TOTAL FEES DUE         $  4,319.90
       TOTAL DISBURSEMENTS DUE        $      0.00
       TOTAL DUE THIS INVOICE         $  4,319.90



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 14, 2012
1100 Virginia Drive                                             0G2012-301130
Fort Washington, PA 19034

                                                                INVOICE #  804666

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301130   TC Number: 719469

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/01/12 | Status report regarding settlement finalized and bankruptcy notice | L120 | KSA | .10 | 223.00 | 22.30 |
| 06/29/12 | Review order and opinion granting dismissal and forward to P.Stokes with commentary | L120 | KSA | .30 | 223.00 | 66.90 |
| 06/29/12 | Review settlement agreement and email communications to plaintiff's counsel regarding settlement check and addendum to agreement | L160 | KSA | .30 | 223.00 | 66.90 |

                          FEES                              $156.10


                          AMOUNT DUE THIS BILL              $156.10


                    ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 14, 2012

0G2012-301130

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .70 | 156.10 |
| Total | | | .70 | 156.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 14, 2012
                                                               0G2012-301130
BILL AMOUNT          $156.10                                    INVOICE #  804666

To:    ResCap                        TC Number:        719469
       1100 Virginia Drive           Invoice Date:     09/14/2012
       Fort Washington, PA 19034     Invoice No.       804666
                                     Period ending:    06/30/2012

Case Management Number      LD  0G2012-301130

                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                    0.40      $     89.20
L160 Settlement/Non-Binding ADR           0.30      $     66.90

                                    ==============================
                    TOTAL FEES            0.70      $    156.10

                    TOTAL FEES DUE                  $    156.10
              TOTAL DISBURSEMENTS DUE               $      0.00
              TOTAL DUE THIS INVOICE               $    156.10



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 14, 2012
0G2012-301131

INVOICE #  804667

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/12

0G2012-301131  TC Number: 720738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 06/28/12 | Draft status report for client regarding trial preparation and motion for summary judgment | L120 | MSW | .10 | 254.00 | 25.40 |
| 06/29/12 | Review and analyze impact of bankruptcy on suit | L110 | CWH | .20 | 330.00 | 66.00 |

| | | |
|---|---|---|
| FEES | | $91.40 |
| AMOUNT DUE THIS BILL | | $91.40 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 14, 2012

0G2012-301131

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Total | | | .30 | 91.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 14, 2012
                                                               0G2012-301131
BILL AMOUNT          $91.40                                    INVOICE #  804667

To:     ResCap                          TC Number:           720738
        1100 Virginia Drive             Invoice Date:        09/14/2012
        Fort Washington, PA 19034       Invoice No.          804667
                                        Period ending:       06/30/2012

Case Management Number     LD  0G2012-301131

                                         Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      0.20    $     66.00
L120 Analysis/Strategy                   0.10    $     25.40

                      =================================
               TOTAL FEES    0.30       $     91.40

                  TOTAL FEES DUE         $     91.40
          TOTAL DISBURSEMENTS DUE        $      0.00
          TOTAL DUE THIS INVOICE         $     91.40