

BRADLEY ARANT
BOULT CUMMINGS
LLP

**Jay Bender**
Direct: (205) 521-8645
Fax: (205) 488-6645
jbender@babc.com

September 26, 2012

**VIA PRIORITY UPS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
  Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
  and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
  Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
  Jonathan H. Hofer

Re:  *In re Residential Capital, LLC, et al. (the "Debtors")*
  Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement (the "Statement") of Bradley Arant Boult Cummings LLP, special litigation and compliance counsel for the Debtors ("BABC"), for the period July 1, 2012 through July 30, 2012 (the "Statement Period").

The Statement includes BABC's billings on over 300 different matters in which BABC is representing the Debtors. The Statement includes both those matters for which BABC is representing the Debtors on an hourly-rate basis, as well as litigation matters that fall within the alternative billing arrangement between BABC and the Debtors. The terms of this alternative billing arrangement are set forth in the Debtors' application to employ BABC on file with the Bankruptcy Court.

Under the alternative billing arrangement, BABC and the Debtors agreed that, if the fees (exclusive of expenses) incurred by BABC with respect to any alternative billing case were to exceed $18,000 (the "Safety Valve Level"), that case would then convert to an hourly-rate

1/2376871.2

September 26, 2012
Page 2

---

payment arrangement, including payment of BABC's out of pocket expenses. As part of this Statement, we have attached a list of the new alternative billing matters that BABC undertook during the Statement Period, as well as a calculation of the amount of the fees for which BABC is seeking interim compensation pursuant to the Statement. Also, BABC is enclosing its hourly billing records for those alternative billing matters that have reached the Safety Valve Level and have converted to hourly-rate billing. With respect to alternative billing matters that have not reached the Safety Valve Level, BABC continues to maintain time records for those matters and will provide those time records as part of subsequent compensation requests if and when those matters reach the Safety Valve Level and convert to hourly-rate billing.

In the absence of a timely objection, the Debtors shall pay $795,024.13, consisting of the sum of (a) $759,980.72, an amount equal to 80% of the fees ($759,980.72 = $949,975.90[1] x 0.80) and (b) 100% of the expenses ($35,043.41) being requested in the Statement.

Objections to the Statement are due by October 16, 2012, which is the date that is twenty (20) days after the date of this letter.

If you have questions about the Statement, please do not hesitate to contact me.

Sincerely,

Jay Bender

JRB
Enclosure

cc:    Tammy Hamzehpour, Esq. (w/o encl)
       Natasha Campbell, Esq. (w/o encl)
       Robert Maddox, Esq. (w/o encl)

---

[1] BABC is due $138,700.00 for the 19 alternative billing cases it received during the Statement Period (19 x $7,300 up-front fee = $138,700.00) plus $811,275.90 for fees incurred on hourly rate matters during the Statement Period, for a total of $949,975.90.

1/2376871.2

Residential Capital, LLC, et al. debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices July 1, 2012 to July 31, 2012
September 17, 2012          #2378708

Code Key:
0R0802 - Mortgage operation          0R0806 - Witness Group
0R0803 - Real estate owned           0R0807 - Title claims
0G2012 - "Safety valve" (material) litigation    0R0808 - hourly litigation
0G2011 - fixed fee litigation (separate list)    0R0809 - Early Case Review
0R0805 - SCG Group

| Count | Clients Number | Client/Matter | Received | Fixed Fee Amount |
|-------|--------|---------------|----------|------------|
| 1  | 730096 | 0G2011/301846 | 7/3/2012  | $7,300.00 |
| 2  | 730092 | 0G2011/301847 | 7/3/2012  | $7,300.00 |
| 3  | 730136 | 0G2011/301849 | 7/5/2012  | $7,300.00 |
| 4  | 730242 | 0G2011/301850 | 7/11/2012 | $7,300.00 |
| 5  | 730297 | 0G2011/301851 | 7/12/2012 | $7,300.00 |
| 6  | 730464 | 0G2011/301853 | 7/12/2012 | $7,300.00 |
| 7  | 730433 | 0G2011/301852 | 7/13/2012 | $7,300.00 |
| 8  | 730414 | 0G2011/301854 | 7/16/2012 | $7,300.00 |
| 9  | 730558 | 0G2011/301855 | 7/18/2012 | $7,300.00 |
| 10 | 730634 | 0G2011/301857 | 7/19/2012 | $7,300.00 |
| 11 | 730482 | 0G2011/301856 | 7/20/2012 | $7,300.00 |
| 12 | 730665 | 0G2011/301858 | 7/20/2012 | $7,300.00 |
| 13 | 730691 | 0G2011/301861 | 7/25/2012 | $7,300.00 |
| 14 | 730823 | 0G2011/301862 | 7/26/2012 | $7,300.00 |
| 15 | 730827 | 0G2011/301863 | 7/26/2012 | $7,300.00 |
| 16 | 730851 | 0G2011/301864 | 7/27/2012 | $7,300.00 |
| 17 | 730897 | 0G2011/301865 | 7/27/2012 | $7,300.00 |
| 18 | 730950 | 0G2011/301866 | 7/30/2012 | $7,300.00 |
| 19 | 730954 | 0G2011/301867 | 7/31/2012 | $7,300.00 |
| | **Total** | | | **$  138,700.00** |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
| | |
|---|---|
| 0R0802 - Mortgage operations | 0R0806 - Witness Group |
| 0R0803 - Real estate owned | 0R0807 - Title claims |
| 0G2012 "Safety valve" (material litigation) | 0R0808 - Hourly Litigation |
| 0G2011 - fixed fee litigation (Separate list) | 0R0809 - Early Case Review |
| 0R0805- SCG Group | |

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 1 | 0G2012-301001 | 805120 | 9/17/12 | 2,076.20 | 0.00 | 2,076.20 |
| 2 | 0G2012-301002 | 805121 | 9/17/12 | 65.70 | 3,292.64 | 3,358.34 |
| 3 | 0G2012-301003 | 805122 | 9/17/12 | 413.00 | 0.00 | 413.00 |
| 4 | 0G2012-301008 | 805123 | 9/17/12 | 5,039.60 | 90.90 | 5,130.50 |
| 5 | 0G2012-301009 | 805124 | 9/17/12 | 106.40 | 0.00 | 106.40 |
| 6 | 0G2012-301010 | 805125 | 9/17/12 | 716.50 | 0.00 | 716.50 |
| 7 | 0G2012-301012 | 805126 | 9/17/12 | 7,307.10 | 2.89 | 7,309.99 |
| 8 | 0G2012-301016 | 805127 | 9/17/12 | 0.00 | 375.67 | 375.67 |
| 9 | 0G2012-301017 | 805128 | 9/17/12 | 89.20 | 0.00 | 89.20 |
| 10 | 0G2012-301020 | 805129 | 9/17/12 | 1,427.10 | 27.81 | 1,454.91 |
| 11 | 0G2012-301021 | 805130 | 9/17/12 | 1,304.00 | 0.00 | 1,304.00 |
| 12 | 0G2012-301023 | 805131 | 9/17/12 | 904.40 | 0.00 | 904.40 |
| 13 | 0G2012-301024 | 805132 | 9/17/12 | 18.50 | 0.00 | 18.50 |
| 14 | 0G2012-301026 | 805133 | 9/17/12 | 3,262.20 | 1.60 | 3,263.80 |
| 15 | 0G2012-301027 | 805134 | 9/17/12 | 4,901.90 | 828.92 | 5,730.82 |
| 16 | 0G2012-301028 | 805135 | 9/17/12 | 1,128.10 | 0.00 | 1,128.10 |
| 17 | 0G2012-301031 | 805136 | 9/17/12 | 3,604.40 | 0.00 | 3,604.40 |
| 18 | 0G2012-301033 | 805137 | 9/17/12 | 11,769.00 | 1,217.91 | 12,986.91 |
| 19 | 0G2012-301035 | 805140 | 9/17/12 | 7,662.80 | 2,595.61 | 10,258.41 |
| 20 | 0G2012-301036 | 805145 | 9/17/12 | 538.90 | 0.00 | 538.90 |
| 21 | 0G2012-301037 | 805148 | 9/17/12 | 522.30 | 0.00 | 522.30 |
| 22 | 0G2012-301038 | 805150 | 9/17/12 | 64.60 | 0.00 | 64.60 |
| 23 | 0G2012-301039 | 805152 | 9/17/12 | 9,405.00 | 12.00 | 9,417.00 |
| 24 | 0G2012-301041 | 805157 | 9/17/12 | 425.00 | 0.00 | 425.00 |
| 25 | 0G2012-301042 | 805159 | 9/17/12 | 433.00 | 0.00 | 433.00 |
| 26 | 0G2012-301043 | 805161 | 9/17/12 | 1,572.70 | 15.00 | 1,587.70 |
| 27 | 0G2012-301044 | 805163 | 9/17/12 | 89.00 | 0.00 | 89.00 |
| 28 | 0G2012-301045 | 805165 | 9/17/12 | 75.00 | 0.00 | 75.00 |
| 29 | 0G2012-301047 | 805167 | 9/17/12 | 18.50 | 0.00 | 18.50 |
| 30 | 0G2012-301049 | 805169 | 9/17/12 | 1,141.20 | 0.00 | 1,141.20 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations        0R0806 - Witness Group
0R0803 - Real estate owned          0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 31 | 0G2012-301050 | 805170 | 9/17/12 | 3,826.00 | 0.00 | 3,826.00 |
| 32 | 0G2012-301054 | 805172 | 9/17/12 | 275.00 | 0.00 | 275.00 |
| 33 | 0G2012-301055 | 805173 | 9/17/12 | 332.80 | 0.00 | 332.80 |
| 34 | 0G2012-301058 | 805174 | 9/17/12 | 731.30 | 0.00 | 731.30 |
| 35 | 0G2012-301059 | 805176 | 9/17/12 | 744.50 | 0.00 | 744.50 |
| 36 | 0G2012-301061 | 805179 | 9/17/12 | 240.70 | 0.00 | 240.70 |
| 37 | 0G2012-301062 | 805181 | 9/17/12 | 1,199.50 | 0.00 | 1,199.50 |
| 38 | 0G2012-301063 | 805184 | 9/17/12 | 1,234.50 | 0.00 | 1,234.50 |
| 39 | 0G2012-301065 | 805188 | 9/17/12 | 663.10 | 0.00 | 663.10 |
| 40 | 0G2012-301066 | 805189 | 9/17/12 | 603.20 | 0.00 | 603.20 |
| 41 | 0G2012-301069 | 805190 | 9/17/12 | 276.00 | 0.00 | 276.00 |
| 42 | 0G2012-301070 | 805192 | 9/17/12 | 260.00 | 0.00 | 260.00 |
| 43 | 0G2012-301072 | 805194 | 9/17/12 | 78.00 | 0.00 | 78.00 |
| 44 | 0G2012-301073 | 805196 | 9/17/12 | 1,060.40 | 0.00 | 1,060.40 |
| 45 | 0G2012-301074 | 805197 | 9/17/12 | 217.80 | 0.00 | 217.80 |
| 46 | 0G2012-301076 | 805198 | 9/17/12 | 714.00 | 0.00 | 714.00 |
| 47 | 0G2012-301077 | 805200 | 9/17/12 | 775.50 | 0.00 | 775.50 |
| 48 | 0G2012-301078 | 805202 | 9/17/12 | 1,682.90 | 0.00 | 1,682.90 |
| 49 | 0G2012-301080 | 805204 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 50 | 0G2012-301081 | 805206 | 9/17/12 | 26.60 | 0.00 | 26.60 |
| 51 | 0G2012-301083 | 805207 | 9/17/12 | 52.60 | 0.00 | 52.60 |
| 52 | 0G2012-301084 | 805208 | 9/17/12 | 1,628.30 | 0.00 | 1,628.30 |
| 53 | 0G2012-301085 | 805210 | 9/17/12 | 4,590.80 | 250.00 | 4,840.80 |
| 54 | 0G2012-301086 | 805211 | 9/17/12 | 1,516.90 | 0.00 | 1,516.90 |
| 55 | 0G2012-301087 | 805215 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 56 | 0G2012-301089 | 805217 | 9/17/12 | 92.50 | 0.00 | 92.50 |
| 57 | 0G2012-301090 | 805219 | 9/17/12 | 2,860.50 | 0.00 | 2,860.50 |
| 58 | 0G2012-301091 | 805220 | 9/17/12 | 118.50 | 0.00 | 118.50 |
| 59 | 0G2012-301092 | 805222 | 9/17/12 | 3,692.70 | 0.00 | 3,692.70 |
| 60 | 0G2012-301093 | 805224 | 9/17/12 | 252.00 | 0.00 | 252.00 |
| 61 | 0G2012-301094 | 805226 | 9/17/12 | 525.00 | 0.00 | 525.00 |
| 62 | 0G2012-301096 | 805229 | 9/17/12 | 4,466.00 | 0.00 | 4,466.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)   0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 63 | 0G2012-301097 | 805230 | 9/17/12 | 143.50 | 0.00 | 143.50 |
| 64 | 0G2012-301099 | 805232 | 9/17/12 | 853.20 | 0.00 | 853.20 |
| 65 | 0G2012-301100 | 805234 | 9/17/12 | 898.40 | 7.41 | 905.81 |
| 66 | 0G2012-301101 | 805235 | 9/17/12 | 22.30 | 0.00 | 22.30 |
| 67 | 0G2012-301103 | 805236 | 9/17/12 | 972.90 | 0.00 | 972.90 |
| 68 | 0G2012-301105 | 805237 | 9/17/12 | 1,769.60 | 0.00 | 1,769.60 |
| 69 | 0G2012-301106 | 805238 | 9/17/12 | 171.20 | 0.00 | 171.20 |
| 70 | 0G2012-301107 | 805239 | 9/17/12 | 3,097.80 | 951.32 | 4,049.12 |
| 71 | 0G2012-301108 | 805240 | 9/17/12 | 2,320.80 | 0.00 | 2,320.80 |
| 72 | 0G2012-301109 | 805241 | 9/17/12 | 5,493.50 | 0.00 | 5,493.50 |
| 73 | 0G2012-301110 | 805242 | 9/17/12 | 2,629.00 | 32.00 | 2,661.00 |
| 74 | 0G2012-301111 | 805243 | 9/17/12 | 738.70 | 0.00 | 738.70 |
| 75 | 0G2012-301112 | 805244 | 9/17/12 | 645.20 | 0.00 | 645.20 |
| 76 | 0G2012-301113 | 805245 | 9/17/12 | 4,530.70 | 18.00 | 4,548.70 |
| 77 | 0G2012-301115 | 805246 | 9/17/12 | 659.20 | 0.00 | 659.20 |
| 78 | 0G2012-301116 | 805247 | 9/17/12 | 1,640.80 | 0.00 | 1,640.80 |
| 79 | 0G2012-301117 | 805248 | 9/17/12 | 311.30 | 0.00 | 311.30 |
| 80 | 0G2012-301118 | 805249 | 9/17/12 | 4,573.40 | 2,844.39 | 7,417.79 |
| 81 | 0G2012-301120 | 805251 | 9/17/12 | 3,145.60 | 0.00 | 3,145.60 |
| 82 | 0G2012-301121 | 805256 | 9/17/12 | 19.00 | 24.12 | 43.12 |
| 83 | 0G2012-301122 | 805258 | 9/17/12 | 830.00 | 0.00 | 830.00 |
| 84 | 0G2012-301123 | 805260 | 9/17/12 | 275.20 | 0.00 | 275.20 |
| 85 | 0G2012-301125 | 805262 | 9/17/12 | 68.00 | 0.00 | 68.00 |
| 86 | 0G2012-301127 | 805264 | 9/17/12 | 578.60 | 0.00 | 578.60 |
| 87 | 0G2012-301129 | 805267 | 9/17/12 | 4,390.70 | 0.00 | 4,390.70 |
| 88 | 0G2012-301130 | 805270 | 9/17/12 | 156.10 | 0.00 | 156.10 |
| 89 | 0G2012-301131 | 805272 | 9/17/12 | 353.70 | 0.00 | 353.70 |
| 90 | 0R0802-103633 | 805138 | 9/17/12 | 163.90 | 230.10 | 394.00 |
| 91 | 0R0802-107194 | 805139 | 9/17/12 | 21.00 | 0.00 | 21.00 |
| 92 | 0R0802-107578 | 805141 | 9/17/12 | 127.80 | 0.00 | 127.80 |
| 93 | 0R0802-107722 | 805142 | 9/17/12 | 24.50 | 0.00 | 24.50 |
| 94 | 0R0802-108374 | 805143 | 9/17/12 | 26.60 | 0.00 | 26.60 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)   0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 95 | 0R0802-301019 | 805146 | 9/17/12 | 972.00 | 0.00 | 972.00 |
| 96 | 0R0802-301036 | 805147 | 9/17/12 | 112.80 | 0.00 | 112.80 |
| 97 | 0R0802-301039 | 805149 | 9/17/12 | 66.00 | 0.00 | 66.00 |
| 98 | 0R0802-301051 | 805151 | 9/17/12 | 0.00 | 5.42 | 5.42 |
| 99 | 0R0802-301055 | 805153 | 9/17/12 | 2,982.00 | 0.00 | 2,982.00 |
| 100 | 0R0802-301067 | 805154 | 9/17/12 | 288.60 | 0.00 | 288.60 |
| 101 | 0R0802-301068 | 805155 | 9/17/12 | 158.20 | 0.00 | 158.20 |
| 102 | 0R0802-301073 | 805156 | 9/17/12 | 87.60 | 0.00 | 87.60 |
| 103 | 0R0802-301074 | 805158 | 9/17/12 | 282.40 | 0.00 | 282.40 |
| 104 | 0R0802-301081 | 805160 | 9/17/12 | 7,814.00 | 0.00 | 7,814.00 |
| 105 | 0R0802-301082 | 805162 | 9/17/12 | 26.60 | 0.00 | 26.60 |
| 106 | 0R0802-301096 | 805164 | 9/17/12 | 26.60 | 0.00 | 26.60 |
| 107 | 0R0802-301099 | 805166 | 9/17/12 | 779.40 | 26.00 | 805.40 |
| 108 | 0R0802-301110 | 805168 | 9/17/12 | 12,803.40 | 0.00 | 12,803.40 |
| 109 | 0R0802-301113 | 805171 | 9/17/12 | 27,810.50 | 0.00 | 27,810.50 |
| 110 | 0R0802-301115 | 805175 | 9/17/12 | 2,226.00 | 0.00 | 2,226.00 |
| 111 | 0R0802-301116 | 805177 | 9/17/12 | 684.10 | 0.00 | 684.10 |
| 112 | 0R0802-301117 | 805178 | 9/17/12 | 177.20 | 0.00 | 177.20 |
| 113 | 0R0802-301118 | 805180 | 9/17/12 | 468.30 | 0.00 | 468.30 |
| 114 | 0R0802-301120 | 805182 | 9/17/12 | 55.20 | 0.00 | 55.20 |
| 115 | 0R0802-301123 | 805183 | 9/17/12 | 186.20 | 0.00 | 186.20 |
| 116 | 0R0802-301127 | 805185 | 9/17/12 | 30.00 | 0.00 | 30.00 |
| 117 | 0R0802-301128 | 805186 | 9/17/12 | 30.00 | 0.00 | 30.00 |
| 118 | 0R0802-301129 | 805187 | 9/17/12 | 15,357.90 | 0.00 | 15,357.90 |
| 119 | 0R0802-301131 | 805191 | 9/17/12 | 60.00 | 0.00 | 60.00 |
| 120 | 0R0802-301133 | 805193 | 9/17/12 | 5,453.10 | 0.00 | 5,453.10 |
| 121 | 0R0802-301134 | 805195 | 9/17/12 | 35,706.00 | 4,104.94 | 39,810.94 |
| 122 | 0R0802-301136 | 805199 | 9/17/12 | 310.50 | 1,543.97 | 1,854.47 |
| 123 | 0R0802-301138 | 805201 | 9/17/12 | 3,978.00 | 162.95 | 4,140.95 |
| 124 | 0R0802-301142 | 805203 | 9/17/12 | 336.00 | 0.00 | 336.00 |
| 125 | 0R0802-301143 | 805205 | 9/17/12 | 20,467.90 | 0.00 | 20,467.90 |
| 126 | 0R0802-301144 | 805209 | 9/17/12 | 5,016.10 | 0.00 | 5,016.10 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 127 | 0R0802-301145 | 805212 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 128 | 0R0802-301146 | 805213 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 129 | 0R0802-301147 | 805214 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 130 | 0R0802-301148 | 805216 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 131 | 0R0802-301151 | 805218 | 9/17/12 | 10,901.50 | 6,937.96 | 17,839.46 |
| 132 | 0R0802-301152 | 805221 | 9/17/12 | 3,368.70 | 0.00 | 3,368.70 |
| 133 | 0R0802-301153 | 805223 | 9/17/12 | 648.90 | 0.00 | 648.90 |
| 134 | 0R0802-301154 | 805225 | 9/17/12 | 1,260.00 | 0.00 | 1,260.00 |
| 135 | 0R0802-301155 | 805227 | 9/17/12 | 616.50 | 0.00 | 616.50 |
| 136 | 0R0802-301156 | 805228 | 9/17/12 | 19,725.20 | 0.00 | 19,725.20 |
| 137 | 0R0802-301157 | 805231 | 9/17/12 | 363.00 | 0.00 | 363.00 |
| 138 | 0R0802-301160 | 805233 | 9/17/12 | 190,054.10 | 0.00 | 190,054.10 |
| 139 | 0R0802-301202 | 805252 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 140 | 0R0802-301220 | 805254 | 9/17/12 | 96,761.90 | 0.00 | 96,761.90 |
| 141 | 0R0802-305006 | 805281 | 9/17/12 | 87.30 | 125.00 | 212.30 |
| 142 | 0R0802-305015 | 805282 | 9/17/12 | 525.60 | 0.00 | 525.60 |
| 143 | 0r0803-102574 | 797341 | 8/7/12 | 102.00 | 0.00 | 102.00 |
| 144 | 0R0803-105781 | 797342 | 8/7/12 | 88.00 | 0.00 | 88.00 |
| 145 | 0r0803-106891 | 797343 | 8/7/12 | 589.00 | 0.00 | 589.00 |
| 146 | 0R0803-107382 | 797344 | 8/7/12 | 732.00 | 24.02 | 756.02 |
| 147 | 0R0803-108891 | 797345 | 8/7/12 | 885.00 | 0.00 | 885.00 |
| 148 | 0R0803-109264 | 797346 | 8/7/12 | 76.00 | 0.00 | 76.00 |
| 149 | 0R0803-109310 | 797347 | 8/7/12 | 352.00 | 0.00 | 352.00 |
| 150 | 0R0803-109849 | 797348 | 8/7/12 | 2,240.50 | 0.00 | 2,240.50 |
| 151 | 0R0803-301064 | 797349 | 8/7/12 | 737.50 | 0.00 | 737.50 |
| 152 | 0R0803-301092 | 797350 | 8/7/12 | 22.00 | 0.00 | 22.00 |
| 153 | 0R0803-301097 | 797351 | 8/7/12 | 105.00 | 0.00 | 105.00 |
| 154 | 0R0803-301098 | 797352 | 8/7/12 | 308.00 | 0.00 | 308.00 |
| 155 | 0R0803-301140 | 797353 | 8/7/12 | 800.50 | 0.00 | 800.50 |
| 156 | 0R0803-301142 | 797354 | 8/7/12 | 236.00 | 0.00 | 236.00 |
| 157 | 0R0803-301146 | 797355 | 8/7/12 | 616.00 | 0.00 | 616.00 |
| 158 | 0R0803-301147 | 797356 | 8/7/12 | 779.00 | 0.00 | 779.00 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 159 | 0R0803-301164 | 797357 | 8/7/12 | 459.00 | 0.00 | 459.00 |
| 160 | 0R0803-301166 | 797358 | 8/7/12 | 132.50 | 0.00 | 132.50 |
| 161 | 0R0803-301168 | 797359 | 8/7/12 | 269.00 | 0.00 | 269.00 |
| 162 | 0R0803-301170 | 797360 | 8/7/12 | 682.00 | 0.00 | 682.00 |
| 163 | 0R0803-301171 | 797361 | 8/7/12 | 265.00 | 4.95 | 269.95 |
| 164 | 0R0803-301172 | 797362 | 8/7/12 | 117.00 | 0.00 | 117.00 |
| 165 | 0R0803-301173 | 797363 | 8/7/12 | 669.50 | 0.00 | 669.50 |
| 166 | 0R0803-301176 | 797364 | 8/7/12 | 777.50 | 0.00 | 777.50 |
| 167 | 0R0803-301177 | 797365 | 8/7/12 | 968.00 | 0.00 | 968.00 |
| 168 | 0R0806-105015 | 805250 | 9/17/12 | 29.00 | 0.00 | 29.00 |
| 169 | 0R0806-106888 | 805253 | 9/17/12 | 429.00 | 0.00 | 429.00 |
| 170 | 0R0806-301001 | 805255 | 9/17/12 | 89.00 | 0.00 | 89.00 |
| 171 | 0R0806-301005 | 805257 | 9/17/12 | 90.00 | 0.00 | 90.00 |
| 172 | 0R0806-301006 | 805259 | 9/17/12 | 46.50 | 0.00 | 46.50 |
| 173 | 0R0806-301010 | 805261 | 9/17/12 | 186.00 | 0.00 | 186.00 |
| 174 | 0R0806-301011 | 805263 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 175 | 0R0806-301012 | 805265 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 176 | 0R0806-301013 | 805266 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 177 | 0R0806-301014 | 805268 | 9/17/12 | 67.50 | 0.00 | 67.50 |
| 178 | 0R0806-301015 | 805269 | 9/17/12 | 46.50 | 0.00 | 46.50 |
| 179 | 0R0806-301016 | 805271 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 180 | 0R0806-301017 | 805273 | 9/17/12 | 282.00 | 240.50 | 522.50 |
| 181 | 0R0806-301019 | 805274 | 9/17/12 | 336.00 | 0.00 | 336.00 |
| 182 | 0R0806-301020 | 805275 | 9/17/12 | 1,019.50 | 0.00 | 1,019.50 |
| 183 | 0R0806-301021 | 805276 | 9/17/12 | 835.50 | 0.00 | 835.50 |
| 184 | 0R0806-301022 | 805277 | 9/17/12 | 380.00 | 0.00 | 380.00 |
| 185 | 0R0806-301023 | 805278 | 9/17/12 | 27.50 | 0.00 | 27.50 |
| 186 | 0R0806-301024 | 805279 | 9/17/12 | 579.50 | 0.00 | 579.50 |
| 187 | 0R0806-301025 | 805280 | 9/17/12 | 4,303.50 | 342.50 | 4,646.00 |
| 188 | 0R0806-301026 | 805283 | 9/17/12 | 1,431.00 | 16.00 | 1,447.00 |
| 189 | 0R0806-301027 | 805284 | 9/17/12 | 2,887.00 | 329.95 | 3,216.95 |
| 190 | 0R0806-301028 | 805285 | 9/17/12 | 1,367.50 | 29.50 | 1,397.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations        0R0806 - Witness Group
0R0803 - Real estate owned          0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 191 | 0R0806-301029 | 805286 | 9/17/12 | 410.50 | 0.00 | 410.50 |
| 192 | 0R0806-301030 | 805287 | 9/17/12 | 2,148.00 | 124.95 | 2,272.95 |
| 193 | 0R0806-301031 | 805288 | 9/17/12 | 59.00 | 0.00 | 59.00 |
| 194 | 0R0806-301032 | 805289 | 9/17/12 | 255.00 | 0.00 | 255.00 |
| 195 | 0R0806-301033 | 805290 | 9/17/12 | 583.50 | 0.00 | 583.50 |
| 196 | 0R0806-301034 | 805291 | 9/17/12 | 426.00 | 0.00 | 426.00 |
| 197 | 0R0807-301001 | 805292 | 9/17/12 | 8,687.30 | 0.00 | 8,687.30 |
| 198 | 0R0808-104171 | 805315 | 9/17/12 | 29.70 | 0.00 | 29.70 |
| 199 | 0R0808-104980 | 805317 | 9/17/12 | 1,622.60 | 0.00 | 1,622.60 |
| 200 | 0R0808-105192 | 805319 | 9/17/12 | 171.00 | 0.00 | 171.00 |
| 201 | 0R0808-108317 | 805321 | 9/17/12 | 351.00 | 281.00 | 632.00 |
| 202 | 0R0808-109205 | 805322 | 9/17/12 | 252.20 | 0.00 | 252.20 |
| 203 | 0R0808-109948 | 805323 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 204 | 0R0808-109965 | 805324 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 205 | 0R0808-301001 | 805325 | 9/17/12 | 374.20 | 0.00 | 374.20 |
| 206 | 0R0808-301003 | 805327 | 9/17/12 | 2,221.50 | 0.00 | 2,221.50 |
| 207 | 0R0808-301005 | 805328 | 9/17/12 | 973.00 | 0.00 | 973.00 |
| 208 | 0R0808-301006 | 805331 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 209 | 0R0808-301008 | 805333 | 9/17/12 | 245.00 | 0.00 | 245.00 |
| 210 | 0R0808-301009 | 805335 | 9/17/12 | 29.00 | 0.00 | 29.00 |
| 211 | 0R0808-301014 | 805337 | 9/17/12 | 896.80 | 0.00 | 896.80 |
| 212 | 0R0808-301015 | 805339 | 9/17/12 | 140.00 | 0.00 | 140.00 |
| 213 | 0R0808-301016 | 805341 | 9/17/12 | 1,449.00 | 0.00 | 1,449.00 |
| 214 | 0R0808-301020 | 805343 | 9/17/12 | 37.00 | 0.00 | 37.00 |
| 215 | 0R0808-301021 | 805344 | 9/17/12 | 212.80 | 0.00 | 212.80 |
| 216 | 0R0808-301024 | 805345 | 9/17/12 | 2,301.10 | 0.00 | 2,301.10 |
| 217 | 0R0808-301026 | 805346 | 9/17/12 | 180.30 | 0.00 | 180.30 |
| 218 | 0R0808-301027 | 805347 | 9/17/12 | 380.90 | 125.00 | 505.90 |
| 219 | 0R0808-301028 | 805348 | 9/17/12 | 122.30 | 0.00 | 122.30 |
| 220 | 0R0808-301029 | 805349 | 9/17/12 | 746.20 | 0.00 | 746.20 |
| 221 | 0R0808-301031 | 805350 | 9/17/12 | 24.50 | 0.00 | 24.50 |
| 222 | 0R0808-301032 | 805351 | 9/17/12 | 59.00 | 0.00 | 59.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012  #2378689

Code Key:
0R0802 - Mortgage operations        0R0806 - Witness Group
0R0803 - Real estate owned          0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 223 | 0R0808-301033 | 797386 | 8/7/12 | 0.00 | 0.00 | 0.00 |
| 224 | 0R0808-301034 | 805352 | 9/17/12 | 601.80 | 0.00 | 601.80 |
| 225 | 0R0808-301035 | 805353 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 226 | 0R0808-301036 | 805354 | 9/17/12 | 69.00 | 137.95 | 206.95 |
| 227 | 0R0808-301037 | 805355 | 9/17/12 | 91.70 | 7.40 | 99.10 |
| 228 | 0R0808-301038 | 805356 | 9/17/12 | 119.50 | 0.00 | 119.50 |
| 229 | 0R0808-301039 | 805357 | 9/17/12 | 3,938.30 | 100.50 | 4,038.80 |
| 230 | 0R0808-301042 | 805358 | 9/17/12 | 146.40 | 0.00 | 146.40 |
| 231 | 0R0808-301047 | 805359 | 9/17/12 | 1,010.80 | 0.00 | 1,010.80 |
| 232 | 0R0808-301049 | 805360 | 9/17/12 | 59.40 | 0.00 | 59.40 |
| 233 | 0R0808-301051 | 805361 | 9/17/12 | 304.00 | 0.00 | 304.00 |
| 234 | 0R0808-301052 | 805362 | 9/17/12 | 245.30 | 0.00 | 245.30 |
| 235 | 0R0808-301054 | 805363 | 9/17/12 | 19.00 | 0.00 | 19.00 |
| 236 | 0R0808-301057 | 805364 | 9/17/12 | 690.00 | 0.00 | 690.00 |
| 237 | 0R0808-301059 | 805365 | 9/17/12 | 707.40 | 0.00 | 707.40 |
| 238 | 0R0808-301060 | 805366 | 9/17/12 | 1,143.80 | 0.00 | 1,143.80 |
| 239 | 0R0808-301061 | 805367 | 9/17/12 | 76.00 | 0.00 | 76.00 |
| 240 | 0R0808-301063 | 805368 | 9/17/12 | 22.30 | 2,506.56 | 2,528.86 |
| 241 | 0R0808-301064 | 805369 | 9/17/12 | 88.00 | 0.00 | 88.00 |
| 242 | 0R0808-301067 | 805370 | 9/17/12 | 134.00 | 5.50 | 139.50 |
| 243 | 0R0808-301070 | 805371 | 9/17/12 | 991.90 | 5.00 | 996.90 |
| 244 | 0R0808-301071 | 805372 | 9/17/12 | 25.80 | 0.00 | 25.80 |
| 245 | 0R0808-301072 | 805373 | 9/17/12 | 18.50 | 0.00 | 18.50 |
| 246 | 0R0808-301073 | 805374 | 9/17/12 | 174.80 | 0.00 | 174.80 |
| 247 | 0R0808-301074 | 805375 | 9/17/12 | 1,194.00 | 0.00 | 1,194.00 |
| 248 | 0R0808-301076 | 805376 | 9/17/12 | 327.20 | 1.75 | 328.95 |
| 249 | 0R0808-301080 | 805377 | 9/17/12 | 4,560.30 | 0.00 | 4,560.30 |
| 250 | 0R0808-301086 | 805378 | 9/17/12 | 2,155.70 | 0.00 | 2,155.70 |
| 251 | 0R0808-301088 | 805379 | 9/17/12 | 558.00 | 292.85 | 850.85 |
| 252 | 0R0808-301096 | 805380 | 9/17/12 | 45.50 | 0.00 | 45.50 |
| 253 | 0R0808-301097 | 805381 | 9/17/12 | 229.60 | 0.00 | 229.60 |
| 254 | 0R0808-301102 | 805382 | 9/17/12 | 8,879.80 | 56.61 | 8,936.41 |

Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 255 | 0R0808-301120 | 805383 | 9/17/12 | 18.20 | 217.70 | 235.90 |
| 256 | 0R0808-301123 | 805384 | 9/17/12 | 36.40 | 0.00 | 36.40 |
| 257 | 0R0808-301124 | 805385 | 9/17/12 | 723.70 | 0.00 | 723.70 |
| 258 | 0R0808-301126 | 805386 | 9/17/12 | 74.70 | 0.00 | 74.70 |
| 259 | 0R0808-301129 | 805387 | 9/17/12 | 1,110.20 | 0.00 | 1,110.20 |
| 260 | 0R0808-301130 | 805388 | 9/17/12 | 5,002.30 | 708.20 | 5,710.50 |
| 261 | 0R0808-301132 | 805389 | 9/17/12 | 295.20 | 0.00 | 295.20 |
| 262 | 0R0808-301133 | 805390 | 9/17/12 | 54.60 | 0.00 | 54.60 |
| 263 | 0R0808-301134 | 805391 | 9/17/12 | 405.60 | 0.00 | 405.60 |
| 264 | 0R0808-301135 | 805392 | 9/17/12 | 748.50 | 0.00 | 748.50 |
| 265 | 0R0808-301136 | 805393 | 9/17/12 | 758.90 | 0.00 | 758.90 |
| 266 | 0R0808-301139 | 805394 | 9/17/12 | 2,182.70 | 0.00 | 2,182.70 |
| 267 | 0R0808-301140 | 805395 | 9/17/12 | 213.00 | 0.00 | 213.00 |
| 268 | 0R0808-301142 | 805396 | 9/17/12 | 600.90 | 0.00 | 600.90 |
| 269 | 0R0808-301143 | 805397 | 9/17/12 | 58.60 | 0.00 | 58.60 |
| 270 | 0R0808-301144 | 805398 | 9/17/12 | 372.70 | 0.00 | 372.70 |
| 271 | 0R0808-301146 | 805399 | 9/17/12 | 1,428.00 | 557.38 | 1,985.38 |
| 272 | 0R0808-301148 | 805400 | 9/17/12 | 285.20 | 0.00 | 285.20 |
| 273 | 0R0808-301149 | 805401 | 9/17/12 | 424.90 | 137.95 | 562.85 |
| 274 | 0R0808-301150 | 805402 | 9/17/12 | 1,305.20 | 0.00 | 1,305.20 |
| 275 | 0R0808-301151 | 805403 | 9/17/12 | 2,743.30 | 0.00 | 2,743.30 |
| 276 | 0R0808-301152 | 805404 | 9/17/12 | 1,802.20 | 0.00 | 1,802.20 |
| 277 | 0R0808-301153 | 805405 | 9/17/12 | 100.10 | 0.00 | 100.10 |
| 278 | 0R0808-301154 | 805406 | 9/17/12 | 1,802.30 | 0.00 | 1,802.30 |
| 279 | 0R0808-301155 | 805407 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 280 | 0R0808-301156 | 805408 | 9/17/12 | 597.50 | 0.00 | 597.50 |
| 281 | 0R0808-301157 | 805409 | 9/17/12 | 2,007.90 | 0.00 | 2,007.90 |
| 282 | 0R0808-301158 | 805410 | 9/17/12 | 836.40 | 0.00 | 836.40 |
| 283 | 0R0808-301159 | 805411 | 9/17/12 | 3,095.80 | 0.00 | 3,095.80 |
| 284 | 0R0808-301161 | 805412 | 9/17/12 | 1,888.70 | 311.62 | 2,200.32 |
| 285 | 0R0808-301162 | 805413 | 9/17/12 | 2,131.90 | 199.43 | 2,331.33 |
| 286 | 0R0808-301163 | 805414 | 9/17/12 | 925.90 | 0.00 | 925.90 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012  #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 287 | 0R0808-301165 | 805415 | 9/17/12 | 3,451.80 | 0.00 | 3,451.80 |
| 288 | 0R0808-301166 | 805416 | 9/17/12 | 120.00 | 6.00 | 126.00 |
| 289 | 0R0808-301167 | 805417 | 9/17/12 | 120.00 | 6.00 | 126.00 |
| 290 | 0R0808-301168 | 805418 | 9/17/12 | 533.90 | 12.06 | 545.96 |
| 291 | 0R0808-301169 | 805419 | 9/17/12 | 131.50 | 0.00 | 131.50 |
| 292 | 0R0808-301170 | 805420 | 9/17/12 | 580.00 | 350.00 | 930.00 |
| 293 | 0R0808-301171 | 805421 | 9/17/12 | 5,179.80 | 356.00 | 5,535.80 |
| 294 | 0R0808-301172 | 805422 | 9/17/12 | 588.00 | 0.00 | 588.00 |
| 295 | 0R0808-301173 | 805423 | 9/17/12 | 170.40 | 0.00 | 170.40 |
| 296 | 0R0808-301174 | 805424 | 9/17/12 | 959.30 | 0.00 | 959.30 |
| 297 | 0R0808-301175 | 805425 | 9/17/12 | 3,618.70 | 22.24 | 3,640.94 |
| 298 | 0R0808-301176 | 805426 | 9/17/12 | 4,364.50 | 0.00 | 4,364.50 |
| 299 | 0R0808-301177 | 805427 | 9/17/12 | 7,250.80 | 0.00 | 7,250.80 |
| 300 | 0R0808-301178 | 805428 | 9/17/12 | 338.20 | 0.00 | 338.20 |
| 301 | 0R0808-301179 | 805429 | 9/17/12 | 2,635.50 | 0.00 | 2,635.50 |
| 302 | 0R0808-301180 | 805430 | 9/17/12 | 6,449.00 | 1,011.13 | 7,460.13 |
| 303 | 0R0808-301181 | 805431 | 9/17/12 | 383.70 | 0.00 | 383.70 |
| 304 | 0R0808-301182 | 805432 | 9/17/12 | 447.40 | 0.00 | 447.40 |
| 305 | 0R0808-301183 | 805433 | 9/17/12 | 684.50 | 0.00 | 684.50 |
| 306 | 0R0808-301184 | 805434 | 9/17/12 | 1,316.30 | 0.00 | 1,316.30 |
| 307 | 0R0808-301185 | 805435 | 9/17/12 | 979.20 | 0.00 | 979.20 |
| 308 | 0R0808-301186 | 805436 | 9/17/12 | 14,499.00 | 790.68 | 15,289.68 |
| 309 | 0R0808-301187 | 805437 | 9/17/12 | 882.90 | 0.00 | 882.90 |
| 310 | 0R0808-301188 | 805438 | 9/17/12 | 392.70 | 0.00 | 392.70 |
| 311 | 0R0808-301189 | 805439 | 9/17/12 | 401.90 | 0.00 | 401.90 |
| 312 | 0R0808-301190 | 805440 | 9/17/12 | 944.30 | 0.00 | 944.30 |
| 313 | 0R0808-301191 | 805441 | 9/17/12 | 355.80 | 0.00 | 355.80 |
| 314 | 0R0808-301192 | 805442 | 9/17/12 | 6,643.80 | 0.00 | 6,643.80 |
| 315 | 0R0808-301193 | 805443 | 9/17/12 | 119.00 | 0.00 | 119.00 |
| 316 | 0R0808-301194 | 805444 | 9/17/12 | 74.30 | 0.00 | 74.30 |
| 317 | 0R0808-301195 | 805445 | 9/17/12 | 113.20 | 0.00 | 113.20 |
| 318 | 0R0808-301196 | 805446 | 9/17/12 | 552.00 | 0.00 | 552.00 |

Bradley Arant Boult Cummings LLP
Summary of Invoices July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations            0R0806 - Witness Group
0R0803 - Real estate owned              0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 319 | 0R0808-301197 | 805447 | 9/17/12 | 1,051.40 | 0.00 | 1,051.40 |
| 320 | 0R0808-301198 | 805448 | 9/17/12 | 109.90 | 0.00 | 109.90 |
| 321 | 0R0808-301199 | 805449 | 9/17/12 | 1,771.80 | 0.00 | 1,771.80 |
| 322 | 0R0808-301200 | 805450 | 9/17/12 | 944.70 | 0.00 | 944.70 |
| 323 | 0R0808-301204 | 805451 | 9/17/12 | 537.50 | 0.00 | 537.50 |
| 324 | 0R0808-301206 | 805452 | 9/17/12 | 8,181.50 | 0.00 | 8,181.50 |
| 325 | 0R0808-301753 | 805453 | 9/17/12 | 65.70 | 0.00 | 65.70 |
| 326 | 0r0808-301763 | 805454 | 9/17/12 | 87.60 | 0.00 | 87.60 |
| 327 | 0R0808-301786 | 805455 | 9/17/12 | 1,152.00 | 0.00 | 1,152.00 |
| 328 | 0R0809-301001 | 805329 | 9/17/12 | 43.50 | 0.00 | 43.50 |
| 329 | 0R0809-301002 | 805330 | 9/17/12 | 30.00 | 0.00 | 30.00 |
| 330 | 0R0809-301003 | 805332 | 9/17/12 | 265.20 | 0.00 | 265.20 |
| 331 | 0R0809-301004 | 805334 | 9/17/12 | 750.20 | 0.00 | 750.20 |
| 332 | 0R0809-301006 | 805336 | 9/17/12 | 1,884.00 | 0.00 | 1,884.00 |
| 333 | 0R0809-301007 | 805338 | 9/17/12 | 428.00 | 0.00 | 428.00 |
| 334 | 0R0809-301008 | 805340 | 9/17/12 | 129.00 | 0.00 | 129.00 |
| 335 | 0R0809-301009 | 805342 | 9/17/12 | 409.90 | 0.00 | 409.90 |
| | **Grand Total:** | | | **811,275.90** | **35,043.41** | **846,319.31** |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012  #2378689

Code Key:
0R0802 - Mortgage operations              0R0806 - Witness Group
0R0803 - Real estate owned                0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 1 | 0G2012-301001 | 805120 | 9/17/12 | 2,076.20 | 0.00 | 2,076.20 |
| 2 | 0G2012-301002 | 805121 | 9/17/12 | 65.70 | 3,292.64 | 3,358.34 |
| 3 | 0G2012-301003 | 805122 | 9/17/12 | 413.00 | 0.00 | 413.00 |
| 4 | 0G2012-301008 | 805123 | 9/17/12 | 5,039.60 | 90.90 | 5,130.50 |
| 5 | 0G2012-301009 | 805124 | 9/17/12 | 106.40 | 0.00 | 106.40 |
| 6 | 0G2012-301010 | 805125 | 9/17/12 | 716.50 | 0.00 | 716.50 |
| 7 | 0G2012-301012 | 805126 | 9/17/12 | 7,307.10 | 2.89 | 7,309.99 |
| 8 | 0G2012-301016 | 805127 | 9/17/12 | 0.00 | 375.67 | 375.67 |
| 9 | 0G2012-301017 | 805128 | 9/17/12 | 89.20 | 0.00 | 89.20 |
| 10 | 0G2012-301020 | 805129 | 9/17/12 | 1,427.10 | 27.81 | 1,454.91 |
| 11 | 0G2012-301021 | 805130 | 9/17/12 | 1,304.00 | 0.00 | 1,304.00 |
| 12 | 0G2012-301023 | 805131 | 9/17/12 | 904.40 | 0.00 | 904.40 |
| 13 | 0G2012-301024 | 805132 | 9/17/12 | 18.50 | 0.00 | 18.50 |
| 14 | 0G2012-301026 | 805133 | 9/17/12 | 3,262.20 | 1.60 | 3,263.80 |
| 15 | 0G2012-301027 | 805134 | 9/17/12 | 4,901.90 | 828.92 | 5,730.82 |
| 16 | 0G2012-301028 | 805135 | 9/17/12 | 1,128.10 | 0.00 | 1,128.10 |
| 17 | 0G2012-301031 | 805136 | 9/17/12 | 3,604.40 | 0.00 | 3,604.40 |
| 18 | 0G2012-301033 | 805137 | 9/17/12 | 11,769.00 | 1,217.91 | 12,986.91 |
| 19 | 0G2012-301035 | 805140 | 9/17/12 | 7,662.80 | 2,595.61 | 10,258.41 |
| 20 | 0G2012-301036 | 805145 | 9/17/12 | 538.90 | 0.00 | 538.90 |
| 21 | 0G2012-301037 | 805148 | 9/17/12 | 522.30 | 0.00 | 522.30 |
| 22 | 0G2012-301038 | 805150 | 9/17/12 | 64.60 | 0.00 | 64.60 |
| 23 | 0G2012-301039 | 805152 | 9/17/12 | 9,405.00 | 12.00 | 9,417.00 |
| 24 | 0G2012-301041 | 805157 | 9/17/12 | 425.00 | 0.00 | 425.00 |
| 25 | 0G2012-301042 | 805159 | 9/17/12 | 433.00 | 0.00 | 433.00 |
| 26 | 0G2012-301043 | 805161 | 9/17/12 | 1,572.70 | 15.00 | 1,587.70 |
| 27 | 0G2012-301044 | 805163 | 9/17/12 | 89.00 | 0.00 | 89.00 |
| 28 | 0G2012-301045 | 805165 | 9/17/12 | 75.00 | 0.00 | 75.00 |
| 29 | 0G2012-301047 | 805167 | 9/17/12 | 18.50 | 0.00 | 18.50 |
| 30 | 0G2012-301049 | 805169 | 9/17/12 | 1,141.20 | 0.00 | 1,141.20 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)   0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 31 | 0G2012-301050 | 805170 | 9/17/12 | 3,826.00 | 0.00 | 3,826.00 |
| 32 | 0G2012-301054 | 805172 | 9/17/12 | 275.00 | 0.00 | 275.00 |
| 33 | 0G2012-301055 | 805173 | 9/17/12 | 332.80 | 0.00 | 332.80 |
| 34 | 0G2012-301058 | 805174 | 9/17/12 | 731.30 | 0.00 | 731.30 |
| 35 | 0G2012-301059 | 805176 | 9/17/12 | 744.50 | 0.00 | 744.50 |
| 36 | 0G2012-301061 | 805179 | 9/17/12 | 240.70 | 0.00 | 240.70 |
| 37 | 0G2012-301062 | 805181 | 9/17/12 | 1,199.50 | 0.00 | 1,199.50 |
| 38 | 0G2012-301063 | 805184 | 9/17/12 | 1,234.50 | 0.00 | 1,234.50 |
| 39 | 0G2012-301065 | 805188 | 9/17/12 | 663.10 | 0.00 | 663.10 |
| 40 | 0G2012-301066 | 805189 | 9/17/12 | 603.20 | 0.00 | 603.20 |
| 41 | 0G2012-301069 | 805190 | 9/17/12 | 276.00 | 0.00 | 276.00 |
| 42 | 0G2012-301070 | 805192 | 9/17/12 | 260.00 | 0.00 | 260.00 |
| 43 | 0G2012-301072 | 805194 | 9/17/12 | 78.00 | 0.00 | 78.00 |
| 44 | 0G2012-301073 | 805196 | 9/17/12 | 1,060.40 | 0.00 | 1,060.40 |
| 45 | 0G2012-301074 | 805197 | 9/17/12 | 217.80 | 0.00 | 217.80 |
| 46 | 0G2012-301076 | 805198 | 9/17/12 | 714.00 | 0.00 | 714.00 |
| 47 | 0G2012-301077 | 805200 | 9/17/12 | 775.50 | 0.00 | 775.50 |
| 48 | 0G2012-301078 | 805202 | 9/17/12 | 1,682.90 | 0.00 | 1,682.90 |
| 49 | 0G2012-301080 | 805204 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 50 | 0G2012-301081 | 805206 | 9/17/12 | 26.60 | 0.00 | 26.60 |
| 51 | 0G2012-301083 | 805207 | 9/17/12 | 52.60 | 0.00 | 52.60 |
| 52 | 0G2012-301084 | 805208 | 9/17/12 | 1,628.30 | 0.00 | 1,628.30 |
| 53 | 0G2012-301085 | 805210 | 9/17/12 | 4,590.80 | 250.00 | 4,840.80 |
| 54 | 0G2012-301086 | 805211 | 9/17/12 | 1,516.90 | 0.00 | 1,516.90 |
| 55 | 0G2012-301087 | 805215 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 56 | 0G2012-301089 | 805217 | 9/17/12 | 92.50 | 0.00 | 92.50 |
| 57 | 0G2012-301090 | 805219 | 9/17/12 | 2,860.50 | 0.00 | 2,860.50 |
| 58 | 0G2012-301091 | 805220 | 9/17/12 | 118.50 | 0.00 | 118.50 |
| 59 | 0G2012-301092 | 805222 | 9/17/12 | 3,692.70 | 0.00 | 3,692.70 |
| 60 | 0G2012-301093 | 805224 | 9/17/12 | 252.00 | 0.00 | 252.00 |
| 61 | 0G2012-301094 | 805226 | 9/17/12 | 525.00 | 0.00 | 525.00 |
| 62 | 0G2012-301096 | 805229 | 9/17/12 | 4,466.00 | 0.00 | 4,466.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices July 1, 2012 to July 31, 2012
September 17, 2012 #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|----------------|-------|----------|------|-------|-------|
| 63 | 0G2012-301097 | 805230 | 9/17/12 | 143.50 | 0.00 | 143.50 |
| 64 | 0G2012-301099 | 805232 | 9/17/12 | 853.20 | 0.00 | 853.20 |
| 65 | 0G2012-301100 | 805234 | 9/17/12 | 898.40 | 7.41 | 905.81 |
| 66 | 0G2012-301101 | 805235 | 9/17/12 | 22.30 | 0.00 | 22.30 |
| 67 | 0G2012-301103 | 805236 | 9/17/12 | 972.90 | 0.00 | 972.90 |
| 68 | 0G2012-301105 | 805237 | 9/17/12 | 1,769.60 | 0.00 | 1,769.60 |
| 69 | 0G2012-301106 | 805238 | 9/17/12 | 171.20 | 0.00 | 171.20 |
| 70 | 0G2012-301107 | 805239 | 9/17/12 | 3,097.80 | 951.32 | 4,049.12 |
| 71 | 0G2012-301108 | 805240 | 9/17/12 | 2,320.80 | 0.00 | 2,320.80 |
| 72 | 0G2012-301109 | 805241 | 9/17/12 | 5,493.50 | 0.00 | 5,493.50 |
| 73 | 0G2012-301110 | 805242 | 9/17/12 | 2,629.00 | 32.00 | 2,661.00 |
| 74 | 0G2012-301111 | 805243 | 9/17/12 | 738.70 | 0.00 | 738.70 |
| 75 | 0G2012-301112 | 805244 | 9/17/12 | 645.20 | 0.00 | 645.20 |
| 76 | 0G2012-301113 | 805245 | 9/17/12 | 4,530.70 | 18.00 | 4,548.70 |
| 77 | 0G2012-301115 | 805246 | 9/17/12 | 659.20 | 0.00 | 659.20 |
| 78 | 0G2012-301116 | 805247 | 9/17/12 | 1,640.80 | 0.00 | 1,640.80 |
| 79 | 0G2012-301117 | 805248 | 9/17/12 | 311.30 | 0.00 | 311.30 |
| 80 | 0G2012-301118 | 805249 | 9/17/12 | 4,573.40 | 2,844.39 | 7,417.79 |
| 81 | 0G2012-301120 | 805251 | 9/17/12 | 3,145.60 | 0.00 | 3,145.60 |
| 82 | 0G2012-301121 | 805256 | 9/17/12 | 19.00 | 24.12 | 43.12 |
| 83 | 0G2012-301122 | 805258 | 9/17/12 | 830.00 | 0.00 | 830.00 |
| 84 | 0G2012-301123 | 805260 | 9/17/12 | 275.20 | 0.00 | 275.20 |
| 85 | 0G2012-301125 | 805262 | 9/17/12 | 68.00 | 0.00 | 68.00 |
| 86 | 0G2012-301127 | 805264 | 9/17/12 | 578.60 | 0.00 | 578.60 |
| 87 | 0G2012-301129 | 805267 | 9/17/12 | 4,390.70 | 0.00 | 4,390.70 |
| 88 | 0G2012-301130 | 805270 | 9/17/12 | 156.10 | 0.00 | 156.10 |
| 89 | 0G2012-301131 | 805272 | 9/17/12 | 353.70 | 0.00 | 353.70 |
| 90 | 0R0802-103633 | 805138 | 9/17/12 | 163.90 | 230.10 | 394.00 |
| 91 | 0R0802-107194 | 805139 | 9/17/12 | 21.00 | 0.00 | 21.00 |
| 92 | 0R0802-107578 | 805141 | 9/17/12 | 127.80 | 0.00 | 127.80 |
| 93 | 0R0802-107722 | 805142 | 9/17/12 | 24.50 | 0.00 | 24.50 |
| 94 | 0R0802-108374 | 805143 | 9/17/12 | 26.60 | 0.00 | 26.60 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805 - SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 95 | 0R0802-301019 | 805146 | 9/17/12 | 972.00 | 0.00 | 972.00 |
| 96 | 0R0802-301036 | 805147 | 9/17/12 | 112.80 | 0.00 | 112.80 |
| 97 | 0R0802-301039 | 805149 | 9/17/12 | 66.00 | 0.00 | 66.00 |
| 98 | 0R0802-301051 | 805151 | 9/17/12 | 0.00 | 5.42 | 5.42 |
| 99 | 0R0802-301055 | 805153 | 9/17/12 | 2,982.00 | 0.00 | 2,982.00 |
| 100 | 0R0802-301067 | 805154 | 9/17/12 | 288.60 | 0.00 | 288.60 |
| 101 | 0R0802-301068 | 805155 | 9/17/12 | 158.20 | 0.00 | 158.20 |
| 102 | 0R0802-301073 | 805156 | 9/17/12 | 87.60 | 0.00 | 87.60 |
| 103 | 0R0802-301074 | 805158 | 9/17/12 | 282.40 | 0.00 | 282.40 |
| 104 | 0R0802-301081 | 805160 | 9/17/12 | 7,814.00 | 0.00 | 7,814.00 |
| 105 | 0R0802-301082 | 805162 | 9/17/12 | 26.60 | 0.00 | 26.60 |
| 106 | 0R0802-301096 | 805164 | 9/17/12 | 26.60 | 0.00 | 26.60 |
| 107 | 0R0802-301099 | 805166 | 9/17/12 | 779.40 | 26.00 | 805.40 |
| 108 | 0R0802-301110 | 805168 | 9/17/12 | 12,803.40 | 0.00 | 12,803.40 |
| 109 | 0R0802-301113 | 805171 | 9/17/12 | 27,810.50 | 0.00 | 27,810.50 |
| 110 | 0R0802-301115 | 805175 | 9/17/12 | 2,226.00 | 0.00 | 2,226.00 |
| 111 | 0R0802-301116 | 805177 | 9/17/12 | 684.10 | 0.00 | 684.10 |
| 112 | 0R0802-301117 | 805178 | 9/17/12 | 177.20 | 0.00 | 177.20 |
| 113 | 0R0802-301118 | 805180 | 9/17/12 | 468.30 | 0.00 | 468.30 |
| 114 | 0R0802-301120 | 805182 | 9/17/12 | 55.20 | 0.00 | 55.20 |
| 115 | 0R0802-301123 | 805183 | 9/17/12 | 186.20 | 0.00 | 186.20 |
| 116 | 0R0802-301127 | 805185 | 9/17/12 | 30.00 | 0.00 | 30.00 |
| 117 | 0R0802-301128 | 805186 | 9/17/12 | 30.00 | 0.00 | 30.00 |
| 118 | 0R0802-301129 | 805187 | 9/17/12 | 15,357.90 | 0.00 | 15,357.90 |
| 119 | 0R0802-301131 | 805191 | 9/17/12 | 60.00 | 0.00 | 60.00 |
| 120 | 0R0802-301133 | 805193 | 9/17/12 | 5,453.10 | 0.00 | 5,453.10 |
| 121 | 0R0802-301134 | 805195 | 9/17/12 | 35,706.00 | 4,104.94 | 39,810.94 |
| 122 | 0R0802-301136 | 805199 | 9/17/12 | 310.50 | 1,543.97 | 1,854.47 |
| 123 | 0R0802-301138 | 805201 | 9/17/12 | 3,978.00 | 162.95 | 4,140.95 |
| 124 | 0R0802-301142 | 805203 | 9/17/12 | 336.00 | 0.00 | 336.00 |
| 125 | 0R0802-301143 | 805205 | 9/17/12 | 20,467.90 | 0.00 | 20,467.90 |
| 126 | 0R0802-301144 | 805209 | 9/17/12 | 5,016.10 | 0.00 | 5,016.10 |

Residential Capital, LLC, et al. debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations             0R0806 - Witness Group
0R0803 - Real estate owned               0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 127 | 0R0802-301145 | 805212 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 128 | 0R0802-301146 | 805213 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 129 | 0R0802-301147 | 805214 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 130 | 0R0802-301148 | 805216 | 9/17/12 | 116.00 | 0.00 | 116.00 |
| 131 | 0R0802-301151 | 805218 | 9/17/12 | 10,901.50 | 6,937.96 | 17,839.46 |
| 132 | 0R0802-301152 | 805221 | 9/17/12 | 3,368.70 | 0.00 | 3,368.70 |
| 133 | 0R0802-301153 | 805223 | 9/17/12 | 648.90 | 0.00 | 648.90 |
| 134 | 0R0802-301154 | 805225 | 9/17/12 | 1,260.00 | 0.00 | 1,260.00 |
| 135 | 0R0802-301155 | 805227 | 9/17/12 | 616.50 | 0.00 | 616.50 |
| 136 | 0R0802-301156 | 805228 | 9/17/12 | 19,725.20 | 0.00 | 19,725.20 |
| 137 | 0R0802-301157 | 805231 | 9/17/12 | 363.00 | 0.00 | 363.00 |
| 138 | 0R0802-301160 | 805233 | 9/17/12 | 190,054.10 | 0.00 | 190,054.10 |
| 139 | 0R0802-301202 | 805252 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 140 | 0R0802-301220 | 805254 | 9/17/12 | 96,761.90 | 0.00 | 96,761.90 |
| 141 | 0R0802-305006 | 805281 | 9/17/12 | 87.30 | 125.00 | 212.30 |
| 142 | 0R0802-305015 | 805282 | 9/17/12 | 525.60 | 0.00 | 525.60 |
| 143 | 0r0803-102574 | 797341 | 8/7/12 | 102.00 | 0.00 | 102.00 |
| 144 | 0R0803-105781 | 797342 | 8/7/12 | 88.00 | 0.00 | 88.00 |
| 145 | 0r0803-106891 | 797343 | 8/7/12 | 589.00 | 0.00 | 589.00 |
| 146 | 0R0803-107382 | 797344 | 8/7/12 | 732.00 | 24.02 | 756.02 |
| 147 | 0R0803-108891 | 797345 | 8/7/12 | 885.00 | 0.00 | 885.00 |
| 148 | 0R0803-109264 | 797346 | 8/7/12 | 76.00 | 0.00 | 76.00 |
| 149 | 0R0803-109310 | 797347 | 8/7/12 | 352.00 | 0.00 | 352.00 |
| 150 | 0R0803-109849 | 797348 | 8/7/12 | 2,240.50 | 0.00 | 2,240.50 |
| 151 | 0R0803-301064 | 797349 | 8/7/12 | 737.50 | 0.00 | 737.50 |
| 152 | 0R0803-301092 | 797350 | 8/7/12 | 22.00 | 0.00 | 22.00 |
| 153 | 0R0803-301097 | 797351 | 8/7/12 | 105.00 | 0.00 | 105.00 |
| 154 | 0R0803-301098 | 797352 | 8/7/12 | 308.00 | 0.00 | 308.00 |
| 155 | 0R0803-301140 | 797353 | 8/7/12 | 800.50 | 0.00 | 800.50 |
| 156 | 0R0803-301142 | 797354 | 8/7/12 | 236.00 | 0.00 | 236.00 |
| 157 | 0R0803-301146 | 797355 | 8/7/12 | 616.00 | 0.00 | 616.00 |
| 158 | 0R0803-301147 | 797356 | 8/7/12 | 779.00 | 0.00 | 779.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012  #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 159 | 0R0803-301164 | 797357 | 8/7/12 | 459.00 | 0.00 | 459.00 |
| 160 | 0R0803-301166 | 797358 | 8/7/12 | 132.50 | 0.00 | 132.50 |
| 161 | 0R0803-301168 | 797359 | 8/7/12 | 269.00 | 0.00 | 269.00 |
| 162 | 0R0803-301170 | 797360 | 8/7/12 | 682.00 | 0.00 | 682.00 |
| 163 | 0R0803-301171 | 797361 | 8/7/12 | 265.00 | 4.95 | 269.95 |
| 164 | 0R0803-301172 | 797362 | 8/7/12 | 117.00 | 0.00 | 117.00 |
| 165 | 0R0803-301173 | 797363 | 8/7/12 | 669.50 | 0.00 | 669.50 |
| 166 | 0R0803-301176 | 797364 | 8/7/12 | 777.50 | 0.00 | 777.50 |
| 167 | 0R0803-301177 | 797365 | 8/7/12 | 968.00 | 0.00 | 968.00 |
| 168 | 0R0806-105015 | 805250 | 9/17/12 | 29.00 | 0.00 | 29.00 |
| 169 | 0R0806-106888 | 805253 | 9/17/12 | 429.00 | 0.00 | 429.00 |
| 170 | 0R0806-301001 | 805255 | 9/17/12 | 89.00 | 0.00 | 89.00 |
| 171 | 0R0806-301005 | 805257 | 9/17/12 | 90.00 | 0.00 | 90.00 |
| 172 | 0R0806-301006 | 805259 | 9/17/12 | 46.50 | 0.00 | 46.50 |
| 173 | 0R0806-301010 | 805261 | 9/17/12 | 186.00 | 0.00 | 186.00 |
| 174 | 0R0806-301011 | 805263 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 175 | 0R0806-301012 | 805265 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 176 | 0R0806-301013 | 805266 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 177 | 0R0806-301014 | 805268 | 9/17/12 | 67.50 | 0.00 | 67.50 |
| 178 | 0R0806-301015 | 805269 | 9/17/12 | 46.50 | 0.00 | 46.50 |
| 179 | 0R0806-301016 | 805271 | 9/17/12 | 28.00 | 0.00 | 28.00 |
| 180 | 0R0806-301017 | 805273 | 9/17/12 | 282.00 | 240.50 | 522.50 |
| 181 | 0R0806-301019 | 805274 | 9/17/12 | 336.00 | 0.00 | 336.00 |
| 182 | 0R0806-301020 | 805275 | 9/17/12 | 1,019.50 | 0.00 | 1,019.50 |
| 183 | 0R0806-301021 | 805276 | 9/17/12 | 835.50 | 0.00 | 835.50 |
| 184 | 0R0806-301022 | 805277 | 9/17/12 | 380.00 | 0.00 | 380.00 |
| 185 | 0R0806-301023 | 805278 | 9/17/12 | 27.50 | 0.00 | 27.50 |
| 186 | 0R0806-301024 | 805279 | 9/17/12 | 579.50 | 0.00 | 579.50 |
| 187 | 0R0806-301025 | 805280 | 9/17/12 | 4,303.50 | 342.50 | 4,646.00 |
| 188 | 0R0806-301026 | 805283 | 9/17/12 | 1,431.00 | 16.00 | 1,447.00 |
| 189 | 0R0806-301027 | 805284 | 9/17/12 | 2,887.00 | 329.95 | 3,216.95 |
| 190 | 0R0806-301028 | 805285 | 9/17/12 | 1,367.50 | 29.50 | 1,397.00 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)   0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 191 | 0R0806-301029 | 805286 | 9/17/12 | 410.50 | 0.00 | 410.50 |
| 192 | 0R0806-301030 | 805287 | 9/17/12 | 2,148.00 | 124.95 | 2,272.95 |
| 193 | 0R0806-301031 | 805288 | 9/17/12 | 59.00 | 0.00 | 59.00 |
| 194 | 0R0806-301032 | 805289 | 9/17/12 | 255.00 | 0.00 | 255.00 |
| 195 | 0R0806-301033 | 805290 | 9/17/12 | 583.50 | 0.00 | 583.50 |
| 196 | 0R0806-301034 | 805291 | 9/17/12 | 426.00 | 0.00 | 426.00 |
| 197 | 0R0807-301001 | 805292 | 9/17/12 | 8,687.30 | 0.00 | 8,687.30 |
| 198 | 0R0808-104171 | 805315 | 9/17/12 | 29.70 | 0.00 | 29.70 |
| 199 | 0R0808-104980 | 805317 | 9/17/12 | 1,622.60 | 0.00 | 1,622.60 |
| 200 | 0R0808-105192 | 805319 | 9/17/12 | 171.00 | 0.00 | 171.00 |
| 201 | 0R0808-108317 | 805321 | 9/17/12 | 351.00 | 281.00 | 632.00 |
| 202 | 0R0808-109205 | 805322 | 9/17/12 | 252.20 | 0.00 | 252.20 |
| 203 | 0R0808-109948 | 805323 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 204 | 0R0808-109965 | 805324 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 205 | 0R0808-301001 | 805325 | 9/17/12 | 374.20 | 0.00 | 374.20 |
| 206 | 0R0808-301003 | 805327 | 9/17/12 | 2,221.50 | 0.00 | 2,221.50 |
| 207 | 0R0808-301005 | 805328 | 9/17/12 | 973.00 | 0.00 | 973.00 |
| 208 | 0R0808-301006 | 805331 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 209 | 0R0808-301008 | 805333 | 9/17/12 | 245.00 | 0.00 | 245.00 |
| 210 | 0R0808-301009 | 805335 | 9/17/12 | 29.00 | 0.00 | 29.00 |
| 211 | 0R0808-301014 | 805337 | 9/17/12 | 896.80 | 0.00 | 896.80 |
| 212 | 0R0808-301015 | 805339 | 9/17/12 | 140.00 | 0.00 | 140.00 |
| 213 | 0R0808-301016 | 805341 | 9/17/12 | 1,449.00 | 0.00 | 1,449.00 |
| 214 | 0R0808-301020 | 805343 | 9/17/12 | 37.00 | 0.00 | 37.00 |
| 215 | 0R0808-301021 | 805344 | 9/17/12 | 212.80 | 0.00 | 212.80 |
| 216 | 0R0808-301024 | 805345 | 9/17/12 | 2,301.10 | 0.00 | 2,301.10 |
| 217 | 0R0808-301026 | 805346 | 9/17/12 | 180.30 | 0.00 | 180.30 |
| 218 | 0R0808-301027 | 805347 | 9/17/12 | 380.90 | 125.00 | 505.90 |
| 219 | 0R0808-301028 | 805348 | 9/17/12 | 122.30 | 0.00 | 122.30 |
| 220 | 0R0808-301029 | 805349 | 9/17/12 | 746.20 | 0.00 | 746.20 |
| 221 | 0R0808-301031 | 805350 | 9/17/12 | 24.50 | 0.00 | 24.50 |
| 222 | 0R0808-301032 | 805351 | 9/17/12 | 59.00 | 0.00 | 59.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012    #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 223 | 0R0808-301033 | 797386 | 8/7/12 | 0.00 | 0.00 | 0.00 |
| 224 | 0R0808-301034 | 805352 | 9/17/12 | 601.80 | 0.00 | 601.80 |
| 225 | 0R0808-301035 | 805353 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 226 | 0R0808-301036 | 805354 | 9/17/12 | 69.00 | 137.95 | 206.95 |
| 227 | 0R0808-301037 | 805355 | 9/17/12 | 91.70 | 7.40 | 99.10 |
| 228 | 0R0808-301038 | 805356 | 9/17/12 | 119.50 | 0.00 | 119.50 |
| 229 | 0R0808-301039 | 805357 | 9/17/12 | 3,938.30 | 100.50 | 4,038.80 |
| 230 | 0R0808-301042 | 805358 | 9/17/12 | 146.40 | 0.00 | 146.40 |
| 231 | 0R0808-301047 | 805359 | 9/17/12 | 1,010.80 | 0.00 | 1,010.80 |
| 232 | 0R0808-301049 | 805360 | 9/17/12 | 59.40 | 0.00 | 59.40 |
| 233 | 0R0808-301051 | 805361 | 9/17/12 | 304.00 | 0.00 | 304.00 |
| 234 | 0R0808-301052 | 805362 | 9/17/12 | 245.30 | 0.00 | 245.30 |
| 235 | 0R0808-301054 | 805363 | 9/17/12 | 19.00 | 0.00 | 19.00 |
| 236 | 0R0808-301057 | 805364 | 9/17/12 | 690.00 | 0.00 | 690.00 |
| 237 | 0R0808-301059 | 805365 | 9/17/12 | 707.40 | 0.00 | 707.40 |
| 238 | 0R0808-301060 | 805366 | 9/17/12 | 1,143.80 | 0.00 | 1,143.80 |
| 239 | 0R0808-301061 | 805367 | 9/17/12 | 76.00 | 0.00 | 76.00 |
| 240 | 0R0808-301063 | 805368 | 9/17/12 | 22.30 | 2,506.56 | 2,528.86 |
| 241 | 0R0808-301064 | 805369 | 9/17/12 | 88.00 | 0.00 | 88.00 |
| 242 | 0R0808-301067 | 805370 | 9/17/12 | 134.00 | 5.50 | 139.50 |
| 243 | 0R0808-301070 | 805371 | 9/17/12 | 991.90 | 5.00 | 996.90 |
| 244 | 0R0808-301071 | 805372 | 9/17/12 | 25.80 | 0.00 | 25.80 |
| 245 | 0R0808-301072 | 805373 | 9/17/12 | 18.50 | 0.00 | 18.50 |
| 246 | 0R0808-301073 | 805374 | 9/17/12 | 174.80 | 0.00 | 174.80 |
| 247 | 0R0808-301074 | 805375 | 9/17/12 | 1,194.00 | 0.00 | 1,194.00 |
| 248 | 0R0808-301076 | 805376 | 9/17/12 | 327.20 | 1.75 | 328.95 |
| 249 | 0R0808-301080 | 805377 | 9/17/12 | 4,560.30 | 0.00 | 4,560.30 |
| 250 | 0R0808-301086 | 805378 | 9/17/12 | 2,155.70 | 0.00 | 2,155.70 |
| 251 | 0R0808-301088 | 805379 | 9/17/12 | 558.00 | 292.85 | 850.85 |
| 252 | 0R0808-301096 | 805380 | 9/17/12 | 45.50 | 0.00 | 45.50 |
| 253 | 0R0808-301097 | 805381 | 9/17/12 | 229.60 | 0.00 | 229.60 |
| 254 | 0R0808-301102 | 805382 | 9/17/12 | 8,879.80 | 56.61 | 8,936.41 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 255 | 0R0808-301120 | 805383 | 9/17/12 | 18.20 | 217.70 | 235.90 |
| 256 | 0R0808-301123 | 805384 | 9/17/12 | 36.40 | 0.00 | 36.40 |
| 257 | 0R0808-301124 | 805385 | 9/17/12 | 723.70 | 0.00 | 723.70 |
| 258 | 0R0808-301126 | 805386 | 9/17/12 | 74.70 | 0.00 | 74.70 |
| 259 | 0R0808-301129 | 805387 | 9/17/12 | 1,110.20 | 0.00 | 1,110.20 |
| 260 | 0R0808-301130 | 805388 | 9/17/12 | 5,002.30 | 708.20 | 5,710.50 |
| 261 | 0R0808-301132 | 805389 | 9/17/12 | 295.20 | 0.00 | 295.20 |
| 262 | 0R0808-301133 | 805390 | 9/17/12 | 54.60 | 0.00 | 54.60 |
| 263 | 0R0808-301134 | 805391 | 9/17/12 | 405.60 | 0.00 | 405.60 |
| 264 | 0R0808-301135 | 805392 | 9/17/12 | 748.50 | 0.00 | 748.50 |
| 265 | 0R0808-301136 | 805393 | 9/17/12 | 758.90 | 0.00 | 758.90 |
| 266 | 0R0808-301139 | 805394 | 9/17/12 | 2,182.70 | 0.00 | 2,182.70 |
| 267 | 0R0808-301140 | 805395 | 9/17/12 | 213.00 | 0.00 | 213.00 |
| 268 | 0R0808-301142 | 805396 | 9/17/12 | 600.90 | 0.00 | 600.90 |
| 269 | 0R0808-301143 | 805397 | 9/17/12 | 58.60 | 0.00 | 58.60 |
| 270 | 0R0808-301144 | 805398 | 9/17/12 | 372.70 | 0.00 | 372.70 |
| 271 | 0R0808-301146 | 805399 | 9/17/12 | 1,428.00 | 557.38 | 1,985.38 |
| 272 | 0R0808-301148 | 805400 | 9/17/12 | 285.20 | 0.00 | 285.20 |
| 273 | 0R0808-301149 | 805401 | 9/17/12 | 424.90 | 137.95 | 562.85 |
| 274 | 0R0808-301150 | 805402 | 9/17/12 | 1,305.20 | 0.00 | 1,305.20 |
| 275 | 0R0808-301151 | 805403 | 9/17/12 | 2,743.30 | 0.00 | 2,743.30 |
| 276 | 0R0808-301152 | 805404 | 9/17/12 | 1,802.20 | 0.00 | 1,802.20 |
| 277 | 0R0808-301153 | 805405 | 9/17/12 | 100.10 | 0.00 | 100.10 |
| 278 | 0R0808-301154 | 805406 | 9/17/12 | 1,802.30 | 0.00 | 1,802.30 |
| 279 | 0R0808-301155 | 805407 | 9/17/12 | 69.00 | 0.00 | 69.00 |
| 280 | 0R0808-301156 | 805408 | 9/17/12 | 597.50 | 0.00 | 597.50 |
| 281 | 0R0808-301157 | 805409 | 9/17/12 | 2,007.90 | 0.00 | 2,007.90 |
| 282 | 0R0808-301158 | 805410 | 9/17/12 | 836.40 | 0.00 | 836.40 |
| 283 | 0R0808-301159 | 805411 | 9/17/12 | 3,095.80 | 0.00 | 3,095.80 |
| 284 | 0R0808-301161 | 805412 | 9/17/12 | 1,888.70 | 311.62 | 2,200.32 |
| 285 | 0R0808-301162 | 805413 | 9/17/12 | 2,131.90 | 199.43 | 2,331.33 |
| 286 | 0R0808-301163 | 805414 | 9/17/12 | 925.90 | 0.00 | 925.90 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)   0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 287 | 0R0808-301165 | 805415 | 9/17/12 | 3,451.80 | 0.00 | 3,451.80 |
| 288 | 0R0808-301166 | 805416 | 9/17/12 | 120.00 | 6.00 | 126.00 |
| 289 | 0R0808-301167 | 805417 | 9/17/12 | 120.00 | 6.00 | 126.00 |
| 290 | 0R0808-301168 | 805418 | 9/17/12 | 533.90 | 12.06 | 545.96 |
| 291 | 0R0808-301169 | 805419 | 9/17/12 | 131.50 | 0.00 | 131.50 |
| 292 | 0R0808-301170 | 805420 | 9/17/12 | 580.00 | 350.00 | 930.00 |
| 293 | 0R0808-301171 | 805421 | 9/17/12 | 5,179.80 | 356.00 | 5,535.80 |
| 294 | 0R0808-301172 | 805422 | 9/17/12 | 588.00 | 0.00 | 588.00 |
| 295 | 0R0808-301173 | 805423 | 9/17/12 | 170.40 | 0.00 | 170.40 |
| 296 | 0R0808-301174 | 805424 | 9/17/12 | 959.30 | 0.00 | 959.30 |
| 297 | 0R0808-301175 | 805425 | 9/17/12 | 3,618.70 | 22.24 | 3,640.94 |
| 298 | 0R0808-301176 | 805426 | 9/17/12 | 4,364.50 | 0.00 | 4,364.50 |
| 299 | 0R0808-301177 | 805427 | 9/17/12 | 7,250.80 | 0.00 | 7,250.80 |
| 300 | 0R0808-301178 | 805428 | 9/17/12 | 338.20 | 0.00 | 338.20 |
| 301 | 0R0808-301179 | 805429 | 9/17/12 | 2,635.50 | 0.00 | 2,635.50 |
| 302 | 0R0808-301180 | 805430 | 9/17/12 | 6,449.00 | 1,011.13 | 7,460.13 |
| 303 | 0R0808-301181 | 805431 | 9/17/12 | 383.70 | 0.00 | 383.70 |
| 304 | 0R0808-301182 | 805432 | 9/17/12 | 447.40 | 0.00 | 447.40 |
| 305 | 0R0808-301183 | 805433 | 9/17/12 | 684.50 | 0.00 | 684.50 |
| 306 | 0R0808-301184 | 805434 | 9/17/12 | 1,316.30 | 0.00 | 1,316.30 |
| 307 | 0R0808-301185 | 805435 | 9/17/12 | 979.20 | 0.00 | 979.20 |
| 308 | 0R0808-301186 | 805436 | 9/17/12 | 14,499.00 | 790.68 | 15,289.68 |
| 309 | 0R0808-301187 | 805437 | 9/17/12 | 882.90 | 0.00 | 882.90 |
| 310 | 0R0808-301188 | 805438 | 9/17/12 | 392.70 | 0.00 | 392.70 |
| 311 | 0R0808-301189 | 805439 | 9/17/12 | 401.90 | 0.00 | 401.90 |
| 312 | 0R0808-301190 | 805440 | 9/17/12 | 944.30 | 0.00 | 944.30 |
| 313 | 0R0808-301191 | 805441 | 9/17/12 | 355.80 | 0.00 | 355.80 |
| 314 | 0R0808-301192 | 805442 | 9/17/12 | 6,643.80 | 0.00 | 6,643.80 |
| 315 | 0R0808-301193 | 805443 | 9/17/12 | 119.00 | 0.00 | 119.00 |
| 316 | 0R0808-301194 | 805444 | 9/17/12 | 74.30 | 0.00 | 74.30 |
| 317 | 0R0808-301195 | 805445 | 9/17/12 | 113.20 | 0.00 | 113.20 |
| 318 | 0R0808-301196 | 805446 | 9/17/12 | 552.00 | 0.00 | 552.00 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  July 1, 2012 to July 31, 2012
September 17, 2012   #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 319 | 0R0808-301197 | 805447 | 9/17/12 | 1,051.40 | 0.00 | 1,051.40 |
| 320 | 0R0808-301198 | 805448 | 9/17/12 | 109.90 | 0.00 | 109.90 |
| 321 | 0R0808-301199 | 805449 | 9/17/12 | 1,771.80 | 0.00 | 1,771.80 |
| 322 | 0R0808-301200 | 805450 | 9/17/12 | 944.70 | 0.00 | 944.70 |
| 323 | 0R0808-301204 | 805451 | 9/17/12 | 537.50 | 0.00 | 537.50 |
| 324 | 0R0808-301206 | 805452 | 9/17/12 | 8,181.50 | 0.00 | 8,181.50 |
| 325 | 0R0808-301753 | 805453 | 9/17/12 | 65.70 | 0.00 | 65.70 |
| 326 | 0r0808-301763 | 805454 | 9/17/12 | 87.60 | 0.00 | 87.60 |
| 327 | 0R0808-301786 | 805455 | 9/17/12 | 1,152.00 | 0.00 | 1,152.00 |
| 328 | 0R0809-301001 | 805329 | 9/17/12 | 43.50 | 0.00 | 43.50 |
| 329 | 0R0809-301002 | 805330 | 9/17/12 | 30.00 | 0.00 | 30.00 |
| 330 | 0R0809-301003 | 805332 | 9/17/12 | 265.20 | 0.00 | 265.20 |
| 331 | 0R0809-301004 | 805334 | 9/17/12 | 750.20 | 0.00 | 750.20 |
| 332 | 0R0809-301006 | 805336 | 9/17/12 | 1,884.00 | 0.00 | 1,884.00 |
| 333 | 0R0809-301007 | 805338 | 9/17/12 | 428.00 | 0.00 | 428.00 |
| 334 | 0R0809-301008 | 805340 | 9/17/12 | 129.00 | 0.00 | 129.00 |
| 335 | 0R0809-301009 | 805342 | 9/17/12 | 409.90 | 0.00 | 409.90 |
| | **Grand Total:** | | | **811,275.90** | **35,043.41** | **846,319.31** |

Residential Capital, LLC, et al. debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices July 1, 2012 to July 31, 2012
September 17, 2012        #2378708

Code Key:
0R0802 - Mortgage operation                    0R0806 - Witness Group
0R0803 - Real estate owned                     0R0807 - Title claims
0G2012 - "Safety valve" (material) litigation   0R0808 - hourly litigation
0G2011 - fixed fee litigation (separate list)   0R0809 - Early Case Review
0R0805 - SCG Group

| Count | Clients Number | Client/Matter | Received | Fixed Fee Amount |
|-------|--------|---------------|----------|------------|
| 1 | 730096 | 0G2011/301846 | 7/3/2012 | $7,300.00 |
| 2 | 730092 | 0G2011/301847 | 7/3/2012 | $7,300.00 |
| 3 | 730136 | 0G2011/301849 | 7/5/2012 | $7,300.00 |
| 4 | 730242 | 0G2011/301850 | 7/11/2012 | $7,300.00 |
| 5 | 730297 | 0G2011/301851 | 7/12/2012 | $7,300.00 |
| 6 | 730464 | 0G2011/301853 | 7/12/2012 | $7,300.00 |
| 7 | 730433 | 0G2011/301852 | 7/13/2012 | $7,300.00 |
| 8 | 730414 | 0G2011/301854 | 7/16/2012 | $7,300.00 |
| 9 | 730558 | 0G2011/301855 | 7/18/2012 | $7,300.00 |
| 10 | 730634 | 0G2011/301857 | 7/19/2012 | $7,300.00 |
| 11 | 730482 | 0G2011/301856 | 7/20/2012 | $7,300.00 |
| 12 | 730665 | 0G2011/301858 | 7/20/2012 | $7,300.00 |
| 13 | 730691 | 0G2011/301861 | 7/25/2012 | $7,300.00 |
| 14 | 730823 | 0G2011/301862 | 7/26/2012 | $7,300.00 |
| 15 | 730827 | 0G2011/301863 | 7/26/2012 | $7,300.00 |
| 16 | 730851 | 0G2011/301864 | 7/27/2012 | $7,300.00 |
| 17 | 730897 | 0G2011/301865 | 7/27/2012 | $7,300.00 |
| 18 | 730950 | 0G2011/301866 | 7/30/2012 | $7,300.00 |
| 19 | 730954 | 0G2011/301867 | 7/31/2012 | $7,300.00 |
| | **Total** | | | **$   138,700.00** |



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730096

Employer I.D.    63-0243316

0G2011-301846          TC# 730096

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $          7300.00

**TERMS:  TOTAL DUE UPON RECEIPT**



Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730092

Employer I.D.    63-0243316

0G2011-301847          TC# 730092

### BILLING SUMMARY THROUGH 07/31/2012

### DESCRIPTION OF SERVICES

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $        7300.00

**TERMS:  TOTAL DUE UPON RECEIPT**



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730136

Employer I.D.     63-0243316

0G2011-301849          TC# 730136

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $          7300.00

### TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730242

Employer I.D.    63-0243316

0G2011-301850          TC# 730242

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                          $          7300.00

### TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730297

Employer I.D.    63-0243316

0G2011-301851          TC# 730297

## BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set
forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential
Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as
approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case
No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                          $          7300.00

## TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730464

Employer I.D.    63-0243316

0G2011-301853          TC# 730464

## BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                          $          7300.00

### TERMS:  TOTAL DUE UPON RECEIPT



### BRADLEY ARANT
### BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730433

Employer I.D.     63-0243316

0G2011-301852          TC# 730433

## BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                        $          7300.00

## TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



## BRADLEY ARANT
## BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730414

Employer I.D.    63-0243316

0G2011-301854          TC# 730414

## BILLING SUMMARY THROUGH 07/31/2012

### DESCRIPTION OF SERVICES

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $          7300.00

## TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



BRADLEY ARANT
BOULT CUMMINGS
LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730558

Employer I.D.      63-0243316

0G2011-301855          TC# 730558

## BILLING SUMMARY THROUGH 07/31/2012

### DESCRIPTION OF SERVICES

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                          $          7300.00

## TERMS:  TOTAL DUE UPON RECEIPT



Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730634

Employer I.D.    63-0243316

0G2011-301857            TC# 730634

## BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                          $            7300.00

## TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

Post Office Box 830709
Birmingham, Alabama 35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730482

Employer I.D.    63-0243316

0G2011-301856          TC# 730482

## BILLING SUMMARY THROUGH 07/31/2012

### DESCRIPTION OF SERVICES

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $         7300.00

## TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



BRADLEY ARANT
BOULT CUMMINGS
LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730665

Employer I.D.    63-0243316

0G2011-301858         TC# 730665

## BILLING SUMMARY THROUGH 07/31/2012

### DESCRIPTION OF SERVICES

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                     $        7300.00

## TERMS:  TOTAL DUE UPON RECEIPT



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730691

Employer I.D.    63-0243316

0G2011-301861          TC# 730691

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                                  $         7300.00

### TERMS:  TOTAL DUE UPON RECEIPT



BRADLEY ARANT
BOULT CUMMINGS
LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730823

Employer I.D.    63-0243316

0G2011-301862            TC# 730823

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $            7300.00

### TERMS:  TOTAL DUE UPON RECEIPT



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730827

Employer I.D.    63-0243316

0G2011-301863          TC# 730827

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $          7300.00

### TERMS:  TOTAL DUE UPON RECEIPT



BRADLEY ARANT
BOULT CUMMINGS
LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730851

Employer I.D.    63-0243316

0G2011-301864          TC# 730851

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                         $         7300.00

### TERMS:  TOTAL DUE UPON RECEIPT

1/1987370.1



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730897

Employer I.D.    63-0243316

0G2011-301865        TC# 730897

## BILLING SUMMARY THROUGH 07/31/2012

### DESCRIPTION OF SERVICES

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $            7300.00

## TERMS:  TOTAL DUE UPON RECEIPT



BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

## PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730950

Employer I.D.    63-0243316

0G2011-301866            TC# 730950

## BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $            7300.00

## TERMS:  TOTAL DUE UPON RECEIPT

BRADLEY ARANT
BOULT CUMMINGS LLP

Post Office Box 830709
Birmingham, Alabama  35283-0709

## REMITTANCE COPY

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

Date: 9/20/12
Invoice No.: 730954

Employer I.D.    63-0243316

0G2011-301867          TC# 730954

### BILLING SUMMARY THROUGH 07/31/2012

**DESCRIPTION OF SERVICES**

This invoice is for services and associated expenses on an initial fixed fee basis, pursuant to and as further set forth in, that engagement letter, dated November 30, 2011, with respect to representation of Residential Capital, LLC et al (GMAC/RESCAP) in mortgage borrower related litigation in eleven specified states, as approved by the Order of the United States Bankruptcy Court for the Southern District of New York, Case No. 12-12020(MG), *In re Residential Capital, LLC, et al.*, entered August 10, 2012.

**TOTAL BALANCE DUE**                    $          7300.00

### TERMS:  TOTAL DUE UPON RECEIPT



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0r0803-102574

INVOICE #  797341

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0r0803-102574  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Leave voice mail message for G.Oliver regarding status of outstanding violations | L120 | DBT | .10 | 255.00 | 25.50 |
| 07/18/12 | Consider email from Y.McCoy regarding case status (0.10); summarize status and send to Y.McCoy for her evaluation (0.20) | L120 | DBT | .30 | 255.00 | 76.50 |

|  |  |
|--|--|
| FEES | $102.00 |
| AMOUNT DUE THIS BILL | $102.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0r0803-102574

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .40 | 102.00 |
| Total | | | .40 | 102.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $102.00

AUGUST 7, 2012
0r0803-102574
INVOICE #  797341

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     08/07/2012
       Fort Washington, PA 19034      Invoice No.       797341
                                      Period ending:    07/31/2012

Case Management Number      LD  0r0803-102574

|              |        | Current Invoice | |
|--------------|--------|-------|------|
| Code Task    |        | Hours | Fees |
| L120 Analysis/Strategy | | 0.40 | $   102.00 |
| ================================= | | | |
| TOTAL FEES   |        | 0.40  | $   102.00 |
|              | TOTAL FEES DUE | | $   102.00 |
|              | TOTAL DISBURSEMENTS DUE | | $     0.00 |
|              | TOTAL DUE THIS INVOICE | | $   102.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 7, 2012
1100 Virginia Drive                                      0R0803-105781
Fort Washington, PA 19034

                                                         INVOICE #  797342

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-105781   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Communications concerning the neighbor's offer to sell a portion of their lot to GMAC for $19,500 | | LG | .40 | 220.00 | 88.00 |

|  | FEES |  |  |  |  | $88.00 |

|  | AMOUNT DUE THIS BILL |  |  |  |  | $88.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0R0803-105781

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .40 | 88.00 |
| Total | | | .40 | 88.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-105781
BILL AMOUNT          $88.00                                    INVOICE #  797342

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      08/07/2012
       Fort Washington, PA 19034       Invoice No.        797342
                                       Period ending:     07/31/2012

Case Management Number      LD  0R0803-105781

                                          Current Invoice
Code Task                              Hours            Fees

                                       0.40      $     88.00

                            ==================================
                   TOTAL FEES          0.40      $     88.00

                   TOTAL FEES DUE                $     88.00
          TOTAL DISBURSEMENTS DUE                $      0.00
             TOTAL DUE THIS INVOICE              $     88.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              AUGUST 7, 2012
1100 Virginia Drive                                                0r0803-106891
Fort Washington, PA 19034

                                                                   INVOICE #  797343

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0r0803-106891  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Attended group servicer call with Wells Fargo, Bank of America, American Home and Ocwen | B250 | CJA | 1.00 | 265.00 | 265.00 |
| 07/12/12 | Confer with joint defense group re: outstanding issues | L190 | FWA | .40 | 405.00 | 162.00 |
| 07/18/12 | Confer with DB counsel re: requested information | L190 | FWA | .40 | 405.00 | 162.00 |

                              FEES                                  $589.00

                              AMOUNT DUE THIS BILL                  $589.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0r0803-106891

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Wendell Allen | Partner | 405.00 | .80 | 324.00 |
| C. Jason Avery | Associate | 265.00 | 1.00 | 265.00 |
| Total | | | 1.80 | 589.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              AUGUST 7, 2012
                                                    0r0803-106891
BILL AMOUNT          $589.00                        INVOICE #  797343

To:    ResCap                    TC Number:      NA
       1100 Virginia Drive       Invoice Date:   08/07/2012
       Fort Washington, PA 19034 Invoice No.     797343
                                 Period ending:  07/31/2012

Case Management Number      LD  0r0803-106891

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| B250 Real Estate | | 1.00 | $   265.00 |
| L190 Other Case Assessment, Develop't/Admin | | 0.80 | $   324.00 |
| =================================== | | | |
| TOTAL FEES | | 1.80 | $   589.00 |
| TOTAL FEES DUE | | | $   589.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   589.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-107382

INVOICE #    797344

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-107382    TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Communications concerning GMACÆs ability to enter disputed premises and repair broken windows | | LG | .20 | 220.00 | 44.00 |
| 07/09/12 | Final review and revision of Notice of Appearance | | AHC | .30 | 170.00 | 51.00 |
| 07/09/12 | Prepare correspondence to defendants regarding opposition to hearing date | | AHC | .40 | 170.00 | 68.00 |
| 07/17/12 | Review notice from clerk of court regarding scheduling of hearing on motion to perfect service through publication | | JDV | .10 | 275.00 | 27.50 |
| 07/17/12 | Final review and revision of notice of hearing for request to perfect service through publication | | ERP | .40 | 175.00 | 70.00 |
| 07/17/12 | Draft of letter to clerk enclosing notice of hearing for filing | | ERP | .20 | 175.00 | 35.00 |
| 07/23/12 | Communications concerning the upcoming hearing scheduled for August 1 | | LG | .10 | 220.00 | 22.00 |
| 07/30/12 | Communication with Judicial Assistant requesting court file to be ordered for telephonic hearing scheduled on August 1st | | ERP | .20 | 175.00 | 35.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 7, 2012

0R0803-107382

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Prepare for hearing on Plaintiff's motion to perfect service through publication. | | JDV | .50 | 275.00 | 137.50 |
| 07/31/12 | Analyze pleadings in case and Florida law related to service of process in preparation for upcoming hearing | | LG | 1.10 | 220.00 | 242.00 |

FEES $732.00

## DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 02 | Postage Charges | 1.80 |
| 35 | Express Mail/Fedex | 22.22 |

COSTS $24.02

AMOUNT DUE THIS BILL $756.02

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
AUGUST 7, 2012

0R0803-107382

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 170.00 | .70 | 119.00 |
| Emily R. Powell | Paralegal | 175.00 | .80 | 140.00 |
| Jose D. Vega | Associate | 275.00 | .60 | 165.00 |
| Lee Gilley | Associate | 220.00 | 1.40 | 308.00 |
| Total | | | 3.50 | 732.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-107382
BILL AMOUNT              $756.02                                INVOICE #   797344

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      08/07/2012
       Fort Washington, PA 19034       Invoice No.        797344
                                       Period ending:     07/31/2012

Case Management Number       LD  0R0803-107382

|                |  | Current Invoice | |
| Code Task      |  | Hours | Fees |
|----------------|--|-------|------|
|                |  | 3.50  | $   732.00 |
| TOTAL FEES     |  | 3.50  | $   732.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 732.00 |
| TOTAL DISBURSEMENTS DUE | $ | 24.02 |
| TOTAL DUE THIS INVOICE | $ | 756.02 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 7, 2012
1100 Virginia Drive                                       0R0803-108891
Fort Washington, PA 19034

                                                          INVOICE #   797345

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-108891  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Review email update from retained counsel following deposition of Estacado Resources and provide counsel to retained counsel regarding additional discovery needed | | HEA | 1.00 | 295.00 | 295.00 |
| 07/23/12 | Detailed review of Estacado Resources deposition including issues of BFP | | HEA | 2.00 | 295.00 | 590.00 |

                         FEES                                $885.00


                         AMOUNT DUE THIS BILL                $885.00

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 7, 2012

0R0803-108891

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | 3.00 | 885.00 |
| Total | | | 3.00 | 885.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
                                                                0R0803-108891
BILL AMOUNT            $885.00                                  INVOICE #   797345

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     08/07/2012
       Fort Washington, PA 19034       Invoice No.       797345
                                       Period ending:    07/31/2012

Case Management Number       LD   0R0803-108891

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
|  |  | 3.00 | $   885.00 |
| TOTAL FEES |  | 3.00 | $   885.00 |

                    TOTAL FEES DUE              $   885.00
          TOTAL DISBURSEMENTS DUE              $     0.00
          TOTAL DUE THIS INVOICE              $   885.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-109264

INVOICE #  797346

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-109264   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Review and update current status of:  We have a proposal from the environmental consultant to conduct additional environmental investigation at the site.  The proposal is under review by GMAC and I received a question about it from in-house GMAC counsel this morning about it.  I will respond by end of day to her. | | ERP | .20 | 175.00 | 35.00 |
| 07/30/12 | Correspondence regarding status of site remediation activities | | DERO | .10 | 410.00 | 41.00 |

FEES                                            $76.00

AMOUNT DUE THIS BILL                            $76.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0R0803-109264

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 410.00 | .10 | 41.00 |
| Emily R. Powell | Paralegal | 175.00 | .20 | 35.00 |
| Total | | | .30 | 76.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 7, 2012
                                                         0R0803-109264
BILL AMOUNT          $76.00                              INVOICE #  797346

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     08/07/2012
       Fort Washington, PA 19034       Invoice No.       797346
                                       Period ending:    07/31/2012

Case Management Number    LD  0R0803-109264

|                     | Current Invoice |          |
|---------------------|-----------------|----------|
| Code Task           | Hours           | Fees     |
|                     | 0.30            | $  76.00 |
| TOTAL FEES          | 0.30            | $  76.00 |
| TOTAL FEES DUE      |                 | $  76.00 |
| TOTAL DISBURSEMENTS DUE |             | $   0.00 |
| TOTAL DUE THIS INVOICE  |             | $  76.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-109310

INVOICE #  797347

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-109310   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Conferred with B.McMillan regarding closing of transaction and review of closing documents | | CJA | .80 | 265.00 | 212.00 |
| 07/11/12 | Initial draft of closing memorandum for attorney review | | ERP | .40 | 175.00 | 70.00 |
| 07/11/12 | Final review and revision of closing memorandum | | ERP | .20 | 175.00 | 35.00 |
| 07/11/12 | E-mail communication with A.Cooper attaching closing memorandum | | ERP | .20 | 175.00 | 35.00 |

FEES                                  $352.00

AMOUNT DUE THIS BILL            $352.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 7, 2012

0R0803-109310

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .80 | 140.00 |
| C. Jason Avery | Associate | 265.00 | .80 | 212.00 |
| Total | | | 1.60 | 352.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $352.00

AUGUST 7, 2012
0R0803-109310
INVOICE #  797347

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:
Invoice Date:      08/07/2012
Invoice No.        797347
Period ending:     07/31/2012

Case Management Number      LD  0R0803-109310

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|  |  | 1.60 | $   352.00 |
|  |  | ================================ | |
|  | TOTAL FEES | 1.60 | $   352.00 |
|  | TOTAL FEES DUE | | $   352.00 |
|  | TOTAL DISBURSEMENTS DUE | | $     0.00 |
|  | TOTAL DUE THIS INVOICE | | $   352.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
1100 Virginia Drive                                            0R0803-109849
Fort Washington, PA 19034

INVOICE #  797348

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-109849   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Consider email from Y.McCoy; consider file on LLC1; review information for 7822 Union and replacement deed; confirm status of recording of replacement deed; conference with W.Allen for most recent contact information for LLC1 | | DBT | .50 | 255.00 | 127.50 |
| 07/03/12 | Conference call with W.Allen and J.Webb to locate court contact information for LLC1 (0.10); respond to Y.McCoy (0.10) | | DBT | .20 | 255.00 | 51.00 |
| 07/03/12 | Review of documents and conferred with F.Robinson regarding 5121 S. Union | | CJA | 2.10 | 265.00 | 556.50 |
| 07/05/12 | Conferred with F.Robinson regarding 5121 S. Union | | CJA | .20 | 265.00 | 53.00 |
| 07/13/12 | Review of documents and file; conferred with Y.McCoy and other involved parties regarding demo notices (change to 6101 Luther Cleveland when opened) | | CJA | 5.00 | 265.00 | 1,325.00 |
| 07/23/12 | Review correspondence regarding history and title to property (0.20); conference call with J.Hoy and J.Webb regarding same, donation options, and history with ACI (0.30) | | DBT | .50 | 255.00 | 127.50 |

                              FEES                                    $2,240.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0R0803-109849

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $2,240.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
AUGUST 7, 2012

0R0803-109849

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 7.30 | 1,934.50 |
| D. Bryan Thomas | Associate | 255.00 | 1.20 | 306.00 |
| Total | | | 8.50 | 2,240.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-109849
BILL AMOUNT        $2,240.50                                    INVOICE #  797348

_____

To:    ResCap                        TC Number:
       1100 Virginia Drive           Invoice Date:      08/07/2012
       Fort Washington, PA 19034     Invoice No.        797348
                                     Period ending:     07/31/2012


Case Management Number      LD   0R0803-109849


                                          Current Invoice
Code Task                            Hours              Fees

                                     8.50       $  2,240.50

                          ===================================
              TOTAL FEES             8.50       $  2,240.50

                   TOTAL FEES DUE               $  2,240.50
          TOTAL DISBURSEMENTS DUE               $      0.00
            TOTAL DUE THIS INVOICE              $  2,240.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 7, 2012
1100 Virginia Drive                                        0R0803-301064
Fort Washington, PA 19034

                                                           INVOICE #  797349

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301064   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Review final judgment related to Majestic tax sale and consider completeness of title defect cure (1.0); draft and send correspondence to C.Mishler and coverage counsel at Fidelity regarding status of title curative efforts (1.5) | | HEA | 2.50 | 295.00 | 737.50 |

                              FEES                              $737.50


                    AMOUNT DUE THIS BILL                        $737.50


                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 7, 2012

0R0803-301064

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | 2.50 | 737.50 |
| Total | | | 2.50 | 737.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    AUGUST 7, 2012
                                                                         0R0803-301064
BILL AMOUNT        $737.50                                                INVOICE #  797349

To:    ResCap                              TC Number:
       1100 Virginia Drive                 Invoice Date:        08/07/2012
       Fort Washington, PA 19034           Invoice No.          797349
                                           Period ending:       07/31/2012

Case Management Number      LD  0R0803-301064

                                              Current Invoice
Code Task                                Hours              Fees

                                          2.50      $     737.50

                            ========================================
                     TOTAL FEES           2.50      $     737.50

                     TOTAL FEES DUE                 $     737.50
             TOTAL DISBURSEMENTS DUE                $       0.00
              TOTAL DUE THIS INVOICE                $     737.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-301092

INVOICE #  797350

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301092   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Communications regarding case status | | LG | .10 | 220.00 | 22.00 |

| | | |
|---|---|---|
| FEES | | $22.00 |
| AMOUNT DUE THIS BILL | | $22.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0R0803-301092

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .10 | 22.00 |
| Total | | | .10 | 22.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        AUGUST 7, 2012
                                                             0R0803-301092
BILL AMOUNT          $22.00                                  INVOICE #  797350

To:    ResCap                           TC Number:
       1100 Virginia Drive              Invoice Date:        08/07/2012
       Fort Washington, PA 19034        Invoice No.          797350
                                        Period ending:       07/31/2012

Case Management Number      LD  0R0803-301092

                                          Current Invoice
Code Task                               Hours            Fees

                                        0.10     $      22.00

                                   =================================
                          TOTAL FEES    0.10     $      22.00

                     TOTAL FEES DUE              $      22.00
              TOTAL DISBURSEMENTS DUE            $       0.00
               TOTAL DUE THIS INVOICE            $      22.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-301097

INVOICE #  797351

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301097  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Final review and revision of closing memorandum | | ERP | .40 | 175.00 | 70.00 |
| 07/05/12 | Communication with S.Lawson attaching closing memorandum | | ERP | .20 | 175.00 | 35.00 |

|  | FEES | | | | | $105.00 |
|  | AMOUNT DUE THIS BILL | | | | | $105.00 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 7, 2012

0R0803-301097

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .60 | 105.00 |
| Total | | | .60 | 105.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

AUGUST 7, 2012
0R0803-301097

BILL AMOUNT          $105.00

INVOICE #  797351

| To: | ResCap | | TC Number: | NA |
| | 1100 Virginia Drive | | Invoice Date: | 08/07/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 797351 |
| | | | Period ending: | 07/31/2012 |

Case Management Number       LD   0R0803-301097

|  | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
| | 0.60 | $   105.00 |
| | ======================== | |
| TOTAL FEES | 0.60 | $   105.00 |
| | | |
| TOTAL FEES DUE | | $   105.00 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $   105.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-301098

INVOICE #  797352

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301098   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Prepare for hearing concerning a potential trial date and discovery deadlines in this case | | LG | .40 | 220.00 | 88.00 |
| 07/12/12 | Attend hearing concerning potential trial dates and discovery deadlines for the Pinkerton matter | | LG | .90 | 220.00 | 198.00 |
| 07/23/12 | Communications regarding case status | | LG | .10 | 220.00 | 22.00 |

FEES                                                        $308.00

AMOUNT DUE THIS BILL                              $308.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0R0803-301098

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | 1.40 | 308.00 |
| Total | | | 1.40 | 308.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-301098
BILL AMOUNT          $308.00                                   INVOICE #  797352

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:     08/07/2012
       Fort Washington, PA 19034       Invoice No.       797352
                                       Period ending:    07/31/2012


Case Management Number     LD  0R0803-301098


                                      Current Invoice
Code Task                        Hours            Fees

                                 1.40      $    308.00

                           ===============================
                  TOTAL FEES     1.40      $    308.00

                  TOTAL FEES DUE            $    308.00
           TOTAL DISBURSEMENTS DUE          $      0.00
              TOTAL DUE THIS INVOICE        $    308.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    AUGUST 7, 2012
1100 Virginia Drive                                                       0R0803-301140
Fort Washington, PA 19034

                                                                          INVOICE #  797353

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301140   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/03/12 | Exchange of email correspondence with M.Jensen, counsel for Cowgill, regarding status of claim presentation and finalizing of settlement in light of bankruptcy order | | MWK | .20 | 410.00 | 82.00 |
| 07/09/12 | Draft status report for client as follows: "We have agreed to a settlement with Cowgill for $100,000. We have asked Yvishia McCoy for approval of the settlement and she has sent the request to upper management for approval. We are waiting to hear from upper management." | | VP | .20 | 230.00 | 46.00 |
| 07/20/12 | Review and analyze settlement position and email E.DeSilva to assist with resolution of the issues in light of the bankruptcy | | CWH | .20 | 375.00 | 75.00 |
| 07/24/12 | Follow-up with E.DeSilva on need to resolve outstanding settlement issues in light of bankruptcy | | CWH | .10 | 375.00 | 37.50 |
| 07/26/12 | Exchange of email correspondence with C.Hancock, L.DeSilva and N.Bier regarding authority to finalize settlement with Cowgill and effect of bankruptcy | | MWK | .30 | 410.00 | 123.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 7, 2012

0R0803-301140

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Telephone conference with M.Jensen, counsel for Cowgill, regarding limited authority to finalize settlement and effect of bankruptcy | | MWK | .30 | 410.00 | 123.00 |
| 07/26/12 | Discussion with E.DeSilva regarding settlement issues in light of bankruptcy | | CWH | .20 | 375.00 | 75.00 |
| 07/26/12 | Review Cowgill's reimbursement demands and email E.DeSilva with summary of same | | CWH | .20 | 375.00 | 75.00 |
| 07/30/12 | Exchange email correspondence regarding settlement negotiations and strategies with Cowgill's counsel | | MWK | .20 | 410.00 | 82.00 |
| 07/30/12 | Exchange email correspondence opposing counsel regarding settlement negotiations | | MWK | .20 | 410.00 | 82.00 |

FEES                          $800.50

AMOUNT DUE THIS BILL          $800.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael W. Knapp | Partner | 410.00 | 1.20 | 492.00 |
| Christian W. Hancock | Partner | 375.00 | .70 | 262.50 |
| Vesco Petrov | Associate | 230.00 | .20 | 46.00 |
| Total | | | 2.10 | 800.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          AUGUST 7, 2012
                                                0R0803-301140
BILL AMOUNT        $800.50                       INVOICE #  797353

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      08/07/2012
       Fort Washington, PA 19034       Invoice No.        797353
                                       Period ending:     07/31/2012

Case Management Number      LD   0R0803-301140

|                | Current Invoice | |
|----------------|-------|-------|
| Code Task      | Hours | Fees  |
|                | 2.10  | $   800.50 |
|                | ============================== | |
| TOTAL FEES     | 2.10  | $   800.50 |
| TOTAL FEES DUE |       | $   800.50 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE  | | $   800.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-301142

INVOICE #  797354

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301142   TC Number:

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Correspondence with Fidelity's coverage counsel regarding a final coverage decision (.5); draft and send email update to C.Mishler regarding status of coverage (.3) | | HEA | .80 | 295.00 | 236.00 |

FEES                                    $236.00

AMOUNT DUE THIS BILL                    $236.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 7, 2012

0R0803-301142

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | .80 | 236.00 |
| Total | | | .80 | 236.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-301142
BILL AMOUNT          $236.00                                   INVOICE #  797354

To:    ResCap                          TC Number:
       1100 Virginia Drive             Invoice Date:      08/07/2012
       Fort Washington, PA 19034       Invoice No.        797354
                                       Period ending:     07/31/2012

Case Management Number      LD  0R0803-301142

                                            Current Invoice
Code Task                              Hours              Fees

                                       0.80        $      236.00

                                  ===============================
                       TOTAL FEES      0.80        $      236.00

                       TOTAL FEES DUE              $      236.00
              TOTAL DISBURSEMENTS DUE              $        0.00
              TOTAL DUE THIS INVOICE              $      236.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-301146

INVOICE #  797355

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301146  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/04/12 | Status reports for REO cases | | KSA | .40 | 280.00 | 112.00 |
| 07/05/12 | Telephone discussion with M.Holdbrook regarding Cleveland City sanction payment | | KSA | .20 | 280.00 | 56.00 |
| 07/05/12 | Draft letter to accompany check and breakdown each amount | | KSA | .30 | 280.00 | 84.00 |
| 07/06/12 | Review and send sanction check to Cleveland Municipal court and contact court regarding check being mailed | | KSA | .40 | 280.00 | 112.00 |
| 07/13/12 | Analyze issues with property at 6101 Luther Avenue regarding demolition and potential code violations | | KSA | .30 | 280.00 | 84.00 |
| 07/16/12 | Conference call regarding 6101 Luther Avenue with Y.McCoy | | KSA | .60 | 280.00 | 168.00 |

FEES                                    $616.00

AMOUNT DUE THIS BILL              $616.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 7, 2012

0R0803-301146

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 280.00 | 2.20 | 616.00 |
| Total | | | 2.20 | 616.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-301146
BILL AMOUNT          $616.00                                   INVOICE #  797355

To:    ResCap                           TC Number:      NA
       1100 Virginia Drive              Invoice Date:   08/07/2012
       Fort Washington, PA 19034        Invoice No.     797355
                                        Period ending:  07/31/2012

Case Management Number      LD  0R0803-301146

|                                 | Current Invoice | |
| Code Task                       | Hours | Fees |
|---------------------------------|-------|------|
|                                 | 2.20  | $   616.00 |
|                                 | ===================================== | |
| TOTAL FEES                      | 2.20  | $   616.00 |
|                                 |       |      |
| TOTAL FEES DUE                  |       | $   616.00 |
| TOTAL DISBURSEMENTS DUE         |       | $     0.00 |
| TOTAL DUE THIS INVOICE          |       | $   616.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 7, 2012
1100 Virginia Drive                                            0R0803-301147
Fort Washington, PA 19034

                                                               INVOICE #  797356

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301147  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft updated status report to client | | TMB | .20 | 410.00 | 82.00 |
| 07/18/12 | Draft update memo to C.Mishler and P.Evans, review materials from R.Helms regarding chain of title break and standing issues | | TMB | .60 | 410.00 | 246.00 |
| 07/19/12 | Draft memo to C.Mishler and P.Evans re title insurance claim | | TMB | .30 | 410.00 | 123.00 |
| 07/26/12 | Review correspondence from Fidelity re title insurance issues | | TMB | .20 | 410.00 | 82.00 |
| 07/31/12 | Review correspondence | | TMB | .60 | 410.00 | 246.00 |

                              FEES                              $779.00


                       AMOUNT DUE THIS BILL                     $779.00


                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0R0803-301147

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 410.00 | 1.90 | 779.00 |
| Total | | | 1.90 | 779.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-301147
BILL AMOUNT          $779.00                                   INVOICE #  797356

To:     ResCap                            TC Number:          NA
        1100 Virginia Drive               Invoice Date:       08/07/2012
        Fort Washington, PA 19034         Invoice No.         797356
                                          Period ending:      07/31/2012

Case Management Number       LD  0R0803-301147

                                        Current Invoice
Code Task                             Hours            Fees

                                       1.90      $     779.00

                              =================================
                    TOTAL FEES         1.90      $     779.00

                    TOTAL FEES DUE               $     779.00
              TOTAL DISBURSEMENTS DUE            $       0.00
               TOTAL DUE THIS INVOICE           $     779.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 7, 2012
1100 Virginia Drive                                         0R0803-301164
Fort Washington, PA 19034

                                                           INVOICE #   797357

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301164   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Leave voice mail message for E.Cochran (0.10); draft and send follow-up email (0.10); update status report (0.10) | | DBT | .30 | 255.00 | 76.50 |
| 07/10/12 | Consider emails from J.Schlick and E.Cunningham regarding proposed resolution (0.10); email J.Schlick regarding resolution of times which are not currently part of deal (0.10) | | DBT | .20 | 255.00 | 51.00 |
| 07/18/12 | Review email and order of the tax foreclosure sale recommended from J.Schlick (0.40); leave voice mail message for City attorney (0.10); review orders and fines (0.10); review timing of the filing of the replacement deed (0.10); conference with J.Schlick regarding resolution (0.30); draft and send follow-up email to J.Schlick confirming discussion (0.20) | | DBT | 1.20 | 255.00 | 306.00 |
| 07/23/12 | Telephone conference with J.Schlick regarding negotiations with the City | | DBT | .10 | 255.00 | 25.50 |

                                   FEES                            $459.00


                          AMOUNT DUE THIS BILL                     $459.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 7, 2012

0R0803-301164

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
AUGUST 7, 2012

0R0803-301164

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | 1.80 | 459.00 |
| Total | | | 1.80 | 459.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 7, 2012
                                                         0R0803-301164
BILL AMOUNT          $459.00                             INVOICE #  797357

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     08/07/2012
       Fort Washington, PA 19034     Invoice No.       797357
                                     Period ending:    07/31/2012

Case Management Number        LD   0R0803-301164

| Code Task | Current Invoice | |
| --- | --- | --- |
| | Hours | Fees |
| | 1.80 | $    459.00 |
| | ================================= | |
| TOTAL FEES | 1.80 | $    459.00 |
| TOTAL FEES DUE | | $    459.00 |
| TOTAL DISBURSEMENTS DUE | | $      0.00 |
| TOTAL DUE THIS INVOICE | | $    459.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        AUGUST 7, 2012
1100 Virginia Drive                                           0R0803-301166
Fort Washington, PA 19034

                                                             INVOICE #  797358

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301166   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/06/12 | Conferred with C.Mishler regarding outstanding lien | | CJA | .50 | 265.00 | 132.50 |

                          FEES                                $132.50

                  AMOUNT DUE THIS BILL                        $132.50

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 7, 2012

0R0803-301166

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | .50 | 132.50 |
| Total |  |  | .50 | 132.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 7, 2012
                                                         0R0803-301166
BILL AMOUNT            $132.50                           INVOICE #  797358

To:   ResCap                          TC Number:          NA
      1100 Virginia Drive             Invoice Date:       08/07/2012
      Fort Washington, PA 19034        Invoice No.         797358
                                      Period ending:      07/31/2012

Case Management Number      LD  0R0803-301166

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
|  |  | 0.50 | $  132.50 |
| TOTAL FEES |  | 0.50 | $  132.50 |
| TOTAL FEES DUE |  |  | $  132.50 |
| TOTAL DISBURSEMENTS DUE |  |  | $    0.00 |
| TOTAL DUE THIS INVOICE |  |  | $  132.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 7, 2012
1100 Virginia Drive                                        0R0803-301168
Fort Washington, PA 19034

                                                           INVOICE #  797359

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301168   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Initial draft of closing memorandum for attorney review | | ERP | .60 | 175.00 | 105.00 |
| 07/18/12 | Prepare file for closing | | DBT | .20 | 255.00 | 51.00 |
| 07/26/12 | Review and revise closing file memorandum | | DBT | .10 | 255.00 | 25.50 |
| 07/27/12 | Review and revise closing memorandum | | ERP | .30 | 175.00 | 52.50 |
| 07/27/12 | E-mail communication with F.Robinson attaching closing memorandum | | ERP | .20 | 175.00 | 35.00 |

                        FEES                               $269.00


                  AMOUNT DUE THIS BILL                     $269.00


              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 7, 2012

0R0803-301168

ResCap

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | 1.10 | 192.50 |
| D. Bryan Thomas | Associate | 255.00 | .30 | 76.50 |
| Total | | | 1.40 | 269.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 7, 2012
                                                          0R0803-301168
BILL AMOUNT          $269.00                              INVOICE #  797359

To:    ResCap                        TC Number:          NA
       1100 Virginia Drive           Invoice Date:       08/07/2012
       Fort Washington, PA 19034      Invoice No.         797359
                                     Period ending:      07/31/2012

Case Management Number        LD   0R0803-301168

                                          Current Invoice
Code Task                            Hours              Fees

                                     1.40      $    269.00

                              ========================================
                   TOTAL FEES        1.40      $    269.00

                   TOTAL FEES DUE              $    269.00
           TOTAL DISBURSEMENTS DUE             $      0.00
           TOTAL DUE THIS INVOICE              $    269.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-301170

INVOICE #  797360

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301170  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Analyze relevant provisions of the 600-page GMAC servicer guides in order to determine whether GMAC should make a repurchase demand for the subject loan | | LG | 1.30 | 220.00 | 286.00 |
| 07/16/12 | Analyze client guide and chain of assignments to determine whether assignments mooted GMACÆs ability to ask the originator to repurchase the subject loan | | LG | 1.10 | 220.00 | 242.00 |
| 07/16/12 | Draft email discussing issues related to GMACÆs ability to make a repurchase demand and the effect of various assignments on that ability | | LG | .40 | 220.00 | 88.00 |
| 07/16/12 | Consider additional information related to the contract and strategy concerning whether or not GMAC should make a repurchase demand | | LG | .30 | 220.00 | 66.00 |

FEES                                               $682.00

07/06/12 Copy Charges                      0.00
07/16/12 Copy Charges                      0.00

AMOUNT DUE THIS BILL              $682.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 7, 2012

0R0803-301170

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | 3.10 | 682.00 |
| Total | | | 3.10 | 682.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-301170
BILL AMOUNT          $682.00                                   INVOICE #  797360

To:   ResCap                          TC Number:          NA
      1100 Virginia Drive             Invoice Date:       08/07/2012
      Fort Washington, PA 19034       Invoice No.         797360
                                      Period ending:      07/31/2012

Case Management Number    LD  0R0803-301170

|            | Current Invoice | |
| Code Task | Hours | Fees |
| | 3.10 | $   682.00 |
| TOTAL FEES | 3.10 | $   682.00 |

TOTAL FEES DUE              $   682.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   682.00



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            AUGUST 7, 2012
1100 Virginia Drive                                              0R0803-301171
Fort Washington, PA 19034

                                                                INVOICE #  797361

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301171  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Telephone call with C.Mishler regarding deed swap and potential limitations because of outstanding lien; conferred with A.Peters regarding same | | CJA | 1.00 | 265.00 | 265.00 |

                              FEES                                $265.00

### DESCRIPTION OF DISBURSEMENTS

   07/23/12 Ready Conference JAVERY 07/16/2012                      4.95

                              COSTS                                 $4.95

                       AMOUNT DUE THIS BILL                       $269.95

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2

ResCap                                                    AUGUST 7, 2012

0R0803-301171

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 1.00 | 265.00 |
| Total |  |  | 1.00 | 265.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           AUGUST 7, 2012
                                                                0R0803-301171
BILL AMOUNT          $269.95                                    INVOICE #  797361

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       08/07/2012
       Fort Washington, PA 19034       Invoice No.         797361
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0803-301171

|              | Current Invoice | |
| Code Task    | Hours | Fees |
|              | 1.00  | $   265.00 |
| ============================= | | |
| TOTAL FEES   | 1.00  | $   265.00 |

            TOTAL FEES DUE          $   265.00
     TOTAL DISBURSEMENTS DUE        $     4.95
     TOTAL DUE THIS INVOICE         $   269.95



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
1100 Virginia Drive                                            0R0803-301172
Fort Washington, PA 19034

                                                               INVOICE #  797362

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301172  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Review and update current status of:  On June 12, 2012, I was copied on an e-mail from the client that they were submitting the remediation proposal for approval.  I have heard nothing further since. | | ERP | .20 | 175.00 | 35.00 |
| 07/30/12 | Correspondence regarding status of site remediation activities; review environmental report | | DERO | .20 | 410.00 | 82.00 |

                                   FEES                                    $117.00

07/30/12 Copy Charges GMAC - Specks Run                        0.00

                      AMOUNT DUE THIS BILL                        $117.00

                 ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 7, 2012

0R0803-301172

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 410.00 | .20 | 82.00 |
| Emily R. Powell | Paralegal | 175.00 | .20 | 35.00 |
| Total | | | .40 | 117.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 7, 2012
                                                               0R0803-301172
BILL AMOUNT          $117.00                                   INVOICE #  797362

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      08/07/2012
       Fort Washington, PA 19034       Invoice No.        797362
                                       Period ending:     07/31/2012

Case Management Number      LD   0R0803-301172

|                | Current Invoice | |
| Code Task | Hours | Fees |
|---|---|---|
|  | 0.40 | $    117.00 |
| =================================== | | |
| TOTAL FEES | 0.40 | $    117.00 |
| TOTAL FEES DUE |  | $    117.00 |
| TOTAL DISBURSEMENTS DUE |  | $      0.00 |
| TOTAL DUE THIS INVOICE |  | $    117.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    AUGUST 7, 2012
1100 Virginia Drive                                       0R0803-301173
Fort Washington, PA 19034

                                                          INVOICE #  797363

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301173  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Retrieve and review docket in preparation of requesting documents to be retrieved from court | | ERP | .40 | 175.00 | 70.00 |
| 07/11/12 | Communication with C.Walter at Westlaw regarding information on document retrieval from court | | ERP | .20 | 175.00 | 35.00 |
| 07/17/12 | Communication with C.Walter at Westlaw regarding retrieval of document request from the court | | ERP | .20 | 175.00 | 35.00 |
| 07/20/12 | Communication with C.Walters at Westlaw regarding current status of request for documents retrieved from the court | | ERP | .20 | 175.00 | 35.00 |
| 07/23/12 | E-mail communication with M.Whitaker at Westlaw regarding status of document request | | ERP | .20 | 175.00 | 35.00 |
| 07/23/12 | Communications concerning attempts to locate documents relevant to GMACÆs case | | LG | .10 | 220.00 | 22.00 |
| 07/24/12 | Communication with C.Walter regarding status of document request | | ERP | .20 | 175.00 | 35.00 |
| 07/25/12 | E-mail communication with C.Walters at Westlaw regarding update on document requests | | ERP | .20 | 175.00 | 35.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       2
AUGUST 7, 2012

0R0803-301173

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Communication with C.Walters regarding current status on documents requested for retrieval from the court. | | ERP | .20 | 175.00 | 35.00 |
| 07/27/12 | E-mail communication providing status of documents requested for retrieval from the court | | ERP | .20 | 175.00 | 35.00 |
| 07/30/12 | Initial review and analyze 35 documents received from the court | | ERP | 1.30 | 175.00 | 227.50 |
| 07/31/12 | Initial review of 12 documents provided by client | | ERP | .40 | 175.00 | 70.00 |

FEES                                          $669.50

AMOUNT DUE THIS BILL                          $669.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
AUGUST 7, 2012

0R0803-301173

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | 3.70 | 647.50 |
| Lee Gilley | Associate | 220.00 | .10 | 22.00 |
| Total | | | 3.80 | 669.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             AUGUST 7, 2012
                                                   0R0803-301173
BILL AMOUNT            $669.50                      INVOICE #  797363

To:     ResCap                    TC Number:          NA
        1100 Virginia Drive       Invoice Date:       08/07/2012
        Fort Washington, PA 19034 Invoice No.         797363
                                  Period ending:      07/31/2012

Case Management Number      LD  0R0803-301173

                                        Current Invoice
Code Task                            Hours            Fees

                                      3.80      $    669.50

                          ============================
                    TOTAL FEES         3.80      $    669.50

                   TOTAL FEES DUE                $    669.50
             TOTAL DISBURSEMENTS DUE             $      0.00
              TOTAL DUE THIS INVOICE             $    669.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 7, 2012
0R0803-301176

INVOICE #  797364

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301176   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Receipt and review of file pertaining to demo order of Cleveland property (1.7); conferred with Y.McCoy regarding same (.4) | | CJA | 2.10 | 265.00 | 556.50 |
| 07/17/12 | Telephone call to Cleveland code enforcement office in order to discuss pending demo order | | CJA | .20 | 265.00 | 53.00 |
| 07/25/12 | Telephone discussion with Cleveland Housing Division regarding demolition of property and update email to Y.McCoy regarding demo and course | | KSA | .60 | 280.00 | 168.00 |

FEES                                               $777.50

AMOUNT DUE THIS BILL                               $777.50

***** TOTAL DUE UPON RECEIPT *****



**B R A D L E Y   A R A N T**
**B O U L T   C U M M I N G S**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 7, 2012

0R0803-301176

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 280.00 | .60 | 168.00 |
| C. Jason Avery | Associate | 265.00 | 2.30 | 609.50 |
| Total | | | 2.90 | 777.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 7, 2012
                                                         0R0803-301176
BILL AMOUNT            $777.50                            INVOICE #   797364

To:    ResCap                        TC Number:          NA
       1100 Virginia Drive           Invoice Date:       08/07/2012
       Fort Washington, PA 19034     Invoice No.         797364
                                     Period ending:      07/31/2012

Case Management Number      LD   0R0803-301176

                                       Current Invoice
Code Task                          Hours              Fees

                                   2.90      $     777.50

                        ==================================
                  TOTAL FEES       2.90      $     777.50

                    TOTAL FEES DUE           $     777.50
            TOTAL DISBURSEMENTS DUE          $       0.00
             TOTAL DUE THIS INVOICE          $     777.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 7, 2012
1100 Virginia Drive                                       0R0803-301177
Fort Washington, PA 19034

                                                          INVOICE #  797365

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0803-301177  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | E-mail communication with P.Evans requesting additional information and documents for further review | | ERP | .20 | 175.00 | 35.00 |
| 07/20/12 | Initial review of documents provided by client | | ERP | .40 | 175.00 | 70.00 |
| 07/31/12 | E-mail communication with P.Evans regarding origination documents she attached per our request | | ERP | .20 | 175.00 | 35.00 |
| 07/31/12 | Initial review of 10 documents provided by client | | ERP | 1.20 | 175.00 | 210.00 |
| 07/31/12 | E-mail communication with P.Evans requesting additional documents for review | | ERP | .20 | 175.00 | 35.00 |
| 07/31/12 | Review of origination file provided by P.Evans | | CJA | 2.20 | 265.00 | 583.00 |

                              FEES                        $968.00


                    AMOUNT DUE THIS BILL                  $968.00


                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 7, 2012

0R0803-301177

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | 2.20 | 385.00 |
| C. Jason Avery | Associate | 265.00 | 2.20 | 583.00 |
| Total | | | 4.40 | 968.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

AUGUST 7, 2012
0R0803-301177
INVOICE #  797365

BILL AMOUNT          $968.00

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     08/07/2012
       Fort Washington, PA 19034       Invoice No.       797365
                                       Period ending:    07/31/2012

Case Management Number      LD   0R0803-301177

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| | | 4.40 | $   968.00 |
| | | ================================= | |
| TOTAL FEES | | 4.40 | $   968.00 |
| TOTAL FEES DUE | | | $   968.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   968.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-103633

INVOICE #  805138

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-103633   TC Number: 691284

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Telephone conference with Riverside Recorders Office to determine transfer tax due on affidavit in order to record deed. | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/03/12 | Telephone conference with the riverside recorder's office regarding recording of tax affidavit. | L110 | MPE | .60 | 149.00 | 89.40 |
| 07/13/12 | Receive and review warranty deed and forward to B.Sievers to conclude case. | L110 | MPE | .20 | 149.00 | 29.80 |

FEES                                      $163.90

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 17A | Messenger/Delivery Charges | 230.10 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS                          $230.10

AMOUNT DUE THIS BILL           $394.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-103633

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | 1.10 | 163.90 |
| Total | | | 1.10 | 163.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0802-103633
BILL AMOUNT          $394.00                        INVOICE #  805138

To:   ResCap                         TC Number:      691284
      1100 Virginia Drive            Invoice Date:   09/17/2012
      Fort Washington, PA 19034      Invoice No.     805138
                                     Period ending:  07/31/2012

Case Management Number      LD  0R0802-103633

                                          Current Invoice
Code Task                               Hours        Fees

L110 Fact Investigation/Development      1.10   $    163.90

                          =====================================
                 TOTAL FEES              1.10   $    163.90

                 TOTAL FEES DUE                 $    163.90
         TOTAL DISBURSEMENTS DUE                $    230.10
          TOTAL DUE THIS INVOICE                $    394.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-107194

INVOICE #  805139

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-107194   TC Number: 698444

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Email correspondence regarding bankruptcy bucket | L120 | KRS | .10 | 210.00 | 21.00 |

FEES                                                          $21.00

AMOUNT DUE THIS BILL                                          $21.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-107194

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kathleen R. Shields O'Beir | Associate | 210.00 | .10 | 21.00 |
| Total | | | .10 | 21.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $21.00

SEPTEMBER 17, 2012
0R0802-107194
INVOICE #  805139

```
To:     ResCap                          TC Number:        698444
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805139
                                        Period ending:    07/31/2012


Case Management Number      LD  0R0802-107194


                                        Current Invoice
Code Task                            Hours          Fees

L120 Analysis/Strategy                0.10    $      21.00


                   ===================================
                   TOTAL FEES         0.10    $      21.00


              TOTAL FEES DUE                  $      21.00
         TOTAL DISBURSEMENTS DUE              $       0.00
         TOTAL DUE THIS INVOICE              $      21.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-107578

INVOICE #  805141

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-107578  TC Number: 698385

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review files for preparation of closing memorandum for submission to client | L240B | LADA | 1.20 | 65.00 | 78.00 |
| 07/06/12 | Revise and finalize closing memo | L120 | ASI | .20 | 249.00 | 49.80 |

FEES                          $127.80

AMOUNT DUE THIS BILL          $127.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-107578

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | .20 | 49.80 |
| Lucinda Kish | Paralegal | 65.00 | 1.20 | 78.00 |
| Total | | | 1.40 | 127.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT            $127.80

SEPTEMBER 17, 2012
0R0802-107578
INVOICE #  805141

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        698385
Invoice Date:     09/17/2012
Invoice No.       805141
Period ending:    07/31/2012

Case Management Number      LD  0R0802-107578

|                          | Current Invoice | |
|--------------------------|-------|---------|
| Code Task                | Hours | Fees    |
| L120 Analysis/Strategy   | 0.20  | $   49.80 |
| L240BAll Other           | 1.20  | $   78.00 |
| ======================== | ===== | ======= |
| TOTAL FEES               | 1.40  | $  127.80 |
| TOTAL FEES DUE           |       | $  127.80 |
| TOTAL DISBURSEMENTS DUE   |       | $    0.00 |
| TOTAL DUE THIS INVOICE   |       | $  127.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-107722

INVOICE #  805142

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-107722  TC Number: 696810

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft monthly status report for client | L120 | JHP | .10 | 245.00 | 24.50 |

FEES                                                    $24.50

AMOUNT DUE THIS BILL                          $24.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-107722

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .10 | 24.50 |
| Total | | | .10 | 24.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                            0R0802-107722
BILL AMOUNT              $24.50                             INVOICE #  805142

To:    ResCap                        TC Number:        696810
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805142
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0802-107722

                                            Current Invoice
Code Task                              Hours            Fees

L120 Analysis/Strategy                  0.10     $     24.50

                        ====================================
                 TOTAL FEES             0.10     $     24.50

                 TOTAL FEES DUE                  $     24.50
          TOTAL DISBURSEMENTS DUE                $      0.00
            TOTAL DUE THIS INVOICE               $     24.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-108374

INVOICE #  805143

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-108374  TC Number: 704824

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |

|  | FEES |  | $26.60 |
|--|------|--|--------|
|  | AMOUNT DUE THIS BILL |  | $26.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-108374

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0802-108374
BILL AMOUNT          $26.60                     INVOICE #  805143

To:    ResCap                    TC Number:        704824
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805143
                                 Period ending:    07/31/2012

Case Management Number      LD  0R0802-108374

                                        Current Invoice
Code Task                               Hours           Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $    26.60

                             ==================================
                    TOTAL FEES    0.10    $    26.60

                    TOTAL FEES DUE              $    26.60
             TOTAL DISBURSEMENTS DUE            $     0.00
              TOTAL DUE THIS INVOICE           $    26.60



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301007
Fort Washington, PA 19034

                                                               INVOICE #  805144

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301007  TC Number: 711036
   01        Copy Charges                                  0.00

                        AMOUNT DUE THIS BILL                      $.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        2
SEPTEMBER 17, 2012

0R0802-301007

FED ID NO. 63-0243316



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0802-301007
BILL AMOUNT            $.00                                     INVOICE #   805144

To:    ResCap                        TC Number:         711036
       1100 Virginia Drive           Invoice Date:      09/17/2012
       Fort Washington, PA 19034      Invoice No.        805144
                                     Period ending:     07/31/2012


Case Management Number      LD   0R0802-301007


|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| ============================================ | | | |
| TOTAL FEES | 0.00 | $ | 0.00 |
| TOTAL FEES DUE |  | $ | 0.00 |
| TOTAL DISBURSEMENTS DUE |  | $ | 0.00 |
| TOTAL DUE THIS INVOICE |  | $ | 0.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301019

INVOICE #  805146

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301019  TC Number: 712999

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review and correspondence regarding new legal supplier reviews | L120 | DERO | .20 | 360.00 | 72.00 |
| 07/10/12 | Correspondence regarding vendor management issues concerning legal suppliers | L120 | DERO | .50 | 360.00 | 180.00 |
| 07/11/12 | Attend vendor management phone conference | L120 | DERO | .50 | 360.00 | 180.00 |
| 07/12/12 | Review new legal supplier reviews and related state and federal opinions | L120 | DERO | .50 | 360.00 | 180.00 |
| 07/18/12 | Attend vendor management conference call | L120 | DERO | .50 | 360.00 | 180.00 |
| 07/25/12 | Attend legal supplier vendor management conference call | L120 | DERO | .50 | 360.00 | 180.00 |

FEES                                            $972.00

AMOUNT DUE THIS BILL                            $972.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301019

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 360.00 | 2.70 | 972.00 |
| Total | | | 2.70 | 972.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301019
BILL AMOUNT          $972.00                             INVOICE #  805146

To:    ResCap                        TC Number:          712999
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805146
                                     Period ending:      07/31/2012

Case Management Number      LD   0R0802-301019

|          |                    | Current Invoice | | |
| Code Task |                   | Hours | | Fees |
|----------|--------------------|-------|---|------|
| L120 Analysis/Strategy |       | 2.70 | $ | 972.00 |
| TOTAL FEES |                   | 2.70 | $ | 972.00 |
| TOTAL FEES DUE |               |       | $ | 972.00 |
| TOTAL DISBURSEMENTS DUE |      |       | $ | 0.00 |
| TOTAL DUE THIS INVOICE |       |       | $ | 972.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301036

INVOICE #  805147

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301036   TC Number: 714875

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Review Maryland loss mitigation affidavits | L120 | DCL | .30 | 376.00 | 112.80 |

|  | FEES |  | $112.80 |
|--|------|--|---------|
|  | AMOUNT DUE THIS BILL |  | $112.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301036

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | .30 | 112.80 |
| Total | | | .30 | 112.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0802-301036
BILL AMOUNT          $112.80                                   INVOICE #  805147

To:    ResCap                          TC Number:        714875
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805147
                                       Period ending:    07/31/2012

Case Management Number       LD  0R0802-301036

|      |                     | Current Invoice |            |
| Code | Task                | Hours | Fees |
|------|---------------------|-------|------------|
| L120 | Analysis/Strategy   | 0.30  | $  112.80  |
|      | TOTAL FEES          | 0.30  | $  112.80  |

TOTAL FEES DUE                        $   112.80
TOTAL DISBURSEMENTS DUE               $     0.00
TOTAL DUE THIS INVOICE                $   112.80



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301039

INVOICE #  805149

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301039  TC Number: 715424

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Review C.Adams' responses about second lien issue and email to Department of Banking regarding same | L110 | CWH | .20 | 330.00 | 66.00 |

|  | FEES |  | $66.00 |
|--|------|--|--------|
|  | AMOUNT DUE THIS BILL |  | $66.00 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        2
SEPTEMBER 17, 2012

0R0802-301039

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Total | | | .20 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                         SEPTEMBER 17, 2012
                                               0R0802-301039
BILL AMOUNT        $66.00                       INVOICE #  805149

To:   ResCap                    TC Number:        715424
      1100 Virginia Drive       Invoice Date:     09/17/2012
      Fort Washington, PA 19034 Invoice No.       805149
                                Period ending:    07/31/2012

Case Management Number     LD  0R0802-301039

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      0.20     $    66.00

                                    ===============================
                    TOTAL FEES        0.20     $    66.00

                    TOTAL FEES DUE           $    66.00
              TOTAL DISBURSEMENTS DUE        $     0.00
               TOTAL DUE THIS INVOICE        $    66.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301051

INVOICE #  805151

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301051  TC Number: 716768

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 70S | Ready Conference | 5.42 |
| | COSTS | $5.42 |
| | AMOUNT DUE THIS BILL | $5.42 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301051

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301051
BILL AMOUNT          $5.42                               INVOICE #  805151

To:    ResCap                         TC Number:          716768
       1100 Virginia Drive            Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805151
                                      Period ending:      07/31/2012

Case Management Number      LD   0R0802-301051

                                              Current Invoice
Code Task                                 Hours              Fees

                    ========================================
            TOTAL FEES          0.00      $        0.00

            TOTAL FEES DUE              $        0.00
    TOTAL DISBURSEMENTS DUE             $        5.42
        TOTAL DUE THIS INVOICE         $        5.42



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301055

INVOICE #  805153

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301055   TC Number: 698487

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Telephone call with J.Lombardo regarding servicer call and new LACA agreement | B250 | CJA | .50 | 210.00 | 105.00 |
| 07/12/12 | Receipt and review of amended LACA complaint | B250 | CJA | 1.30 | 210.00 | 273.00 |
| 07/18/12 | Conference call with common interest agreement partners regarding negotiations with LACA and revised settlement documents | B250 | CJA | 1.50 | 210.00 | 315.00 |
| 07/19/12 | Review of servicing records for additional properties named in LACA amended complaint | B250 | CJA | 4.60 | 210.00 | 966.00 |
| 07/20/12 | Continue review of servicing records for additional properties named in LACA amended complaint | B250 | CJA | 5.10 | 210.00 | 1,071.00 |
| 07/26/12 | Continue review of servicing records for additional properties named in LACA amended complaint | B250 | CJA | 1.20 | 210.00 | 252.00 |

FEES                                                $2,982.00

AMOUNT DUE THIS BILL                      $2,982.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301055

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 14.20 | 2,982.00 |
| Total | | | 14.20 | 2,982.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0802-301055
BILL AMOUNT        $2,982.00                         INVOICE #  805153

To:   ResCap                      TC Number:         698487
      1100 Virginia Drive         Invoice Date:      09/17/2012
      Fort Washington, PA 19034   Invoice No.        805153
                                  Period ending:     07/31/2012

Case Management Number      LD  0R0802-301055

                                        Current Invoice
Code Task                               Hours           Fees

B250 Real Estate                        14.20      $  2,982.00

                       ====================================
                       TOTAL FEES     14.20      $  2,982.00

                    TOTAL FEES DUE              $  2,982.00
            TOTAL DISBURSEMENTS DUE             $      0.00
            TOTAL DUE THIS INVOICE             $  2,982.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301067

INVOICE #  805154

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301067  TC Number: 719122

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Conference with M.Doldee | L120 | DBT | .20 | 206.00 | 41.20 |
| 07/03/12 | Update status report and prepare file for closing | L120 | DBT | .10 | 206.00 | 20.60 |
| 07/03/12 | Review and confirm recording of deed reviewed | L120 | DBT | .20 | 206.00 | 41.20 |
| 07/18/12 | Draft closing memorandum for attorney review | L120 | ERP | .60 | 150.00 | 90.00 |
| 07/26/12 | Review and revise closing file memorandum | L120 | DBT | .10 | 206.00 | 20.60 |
| 07/27/12 | Review and revise closing memorandum | L120 | ERP | .30 | 150.00 | 45.00 |
| 07/27/12 | E-mail communication with client attaching closing memorandum | L120 | ERP | .20 | 150.00 | 30.00 |

FEES                                        $288.60

AMOUNT DUE THIS BILL            $288.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301067

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | 1.10 | 165.00 |
| D. Bryan Thomas | Associate | 206.00 | .60 | 123.60 |
| Total | | | 1.70 | 288.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301067
BILL AMOUNT          $288.60                             INVOICE #   805154

To:    ResCap                          TC Number:       719122
       1100 Virginia Drive             Invoice Date:    09/17/2012
       Fort Washington, PA 19034       Invoice No.      805154
                                       Period ending:   07/31/2012

Case Management Number      LD   0R0802-301067

                                       Current Invoice
Code Task                              Hours           Fees

L120 Analysis/Strategy                  1.70     $    288.60

                        ===================================
                 TOTAL FEES             1.70     $    288.60

                 TOTAL FEES DUE                  $    288.60
           TOTAL DISBURSEMENTS DUE               $      0.00
           TOTAL DUE THIS INVOICE                $    288.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301068

INVOICE #  805155

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301068   TC Number: 719362

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Draft monthly status report for client review | L190 | AHC | .20 | 145.00 | 29.00 |
| 07/10/12 | Correspond with client re effect of bankruptcy on matter | B190 | SAP | .20 | 323.00 | 64.60 |
| 07/11/12 | Correspond with client re bankruptcy effect on dispute | B190 | SAP | .20 | 323.00 | 64.60 |

FEES                              $158.20

AMOUNT DUE THIS BILL              $158.20

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301068

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Steven A. Pozefsky | Associate | 323.00 | .40 | 129.20 |
| Total | | | .60 | 158.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0802-301068
BILL AMOUNT          $158.20                     INVOICE #  805155

To:   ResCap                      TC Number:        719362
      1100 Virginia Drive         Invoice Date:     09/17/2012
      Fort Washington, PA 19034   Invoice No.       805155
                                  Period ending:    07/31/2012

Case Management Number      LD  0R0802-301068

                                        Current Invoice
Code Task                               Hours          Fees

B190 Other Contested Matters            0.40    $    129.20
L190 Other Case Assessment, Develop't/Admin  0.20  $     29.00

                        ==================================
                TOTAL FEES      0.60    $    158.20

                TOTAL FEES DUE           $    158.20
         TOTAL DISBURSEMENTS DUE         $      0.00
            TOTAL DUE THIS INVOICE       $    158.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0802-301073
Fort Washington, PA 19034

                                                         INVOICE #  805156

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301073  TC Number: 720443

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Draft monthly status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/12/12 | Analysis of status of agreed order on Defendant's Motion for Fees and Costs | L120 | JDV | .20 | 219.00 | 43.80 |

                              FEES                              $87.60


                       AMOUNT DUE THIS BILL                     $87.60


                  ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301073

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .40 | 87.60 |
| Total | | | .40 | 87.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301073
BILL AMOUNT            $87.60                             INVOICE #  805156

To:    ResCap                          TC Number:          720443
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805156
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0802-301073

|           |                                          | Current Invoice |     |       |
|-----------|------------------------------------------|-----------------|-----|-------|
| Code      | Task                                     | Hours           |     | Fees  |
| L120      | Analysis/Strategy                        | 0.20            | $   | 43.80 |
| L190      | Other Case Assessment, Develop't/Admin   | 0.20            | $   | 43.80 |
|           | TOTAL FEES                               | 0.40            | $   | 87.60 |

                    TOTAL FEES DUE              $    87.60
              TOTAL DISBURSEMENTS DUE           $     0.00
              TOTAL DUE THIS INVOICE            $    87.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301074

INVOICE #  805158

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301074  TC Number: 719952

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft corrected releases | L240B | ES | .70 | 185.00 | 129.50 |
| 07/02/12 | Edit and revise motion to extend | L120 | JDM | .40 | 336.00 | 134.40 |
| 07/16/12 | Monthly status update for client review | L240B | ES | .10 | 185.00 | 18.50 |

|   |   |   |
|---|---|---|
| FEES |   | $282.40 |
| 01   Copy Charges | 0.00 |   |
| AMOUNT DUE THIS BILL |   | $282.40 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301074

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Douglas Minor | Partner | 336.00 | .40 | 134.40 |
| Erin Saltaformaggio | Associate | 185.00 | .80 | 148.00 |
| Total | | | 1.20 | 282.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $282.40

SEPTEMBER 17, 2012
0R0802-301074
INVOICE #  805158

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        719952
Invoice Date:     09/17/2012
Invoice No.       805158
Period ending:    07/31/2012

Case Management Number      LD  0R0802-301074

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.40 | $  134.40 |
| L240BAll Other | | 0.80 | $  148.00 |
| | TOTAL FEES | 1.20 | $  282.40 |
| | TOTAL FEES DUE | | $  282.40 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $  282.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301081

INVOICE #  805160

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301081   TC Number: 719626

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Revise Arkansas template | P270 | RKB | 1.00 | 195.00 | 195.00 |
| 07/03/12 | Review and analyze servicing requirements proposed by Oregon Attorney General | P280 | CSM | .70 | 300.00 | 210.00 |
| 07/05/12 | Review of Nevada laws and consideration of changes to Foreclosure Compliance Review Report template regarding same | L120 | EL | 2.00 | 337.00 | 674.00 |
| 07/05/12 | Revise Nevada Foreclosure Compliance Review Report | L120 | EL | 2.50 | 337.00 | 842.50 |
| 07/05/12 | Review of changes to survey chart regarding Idaho and Mississippi foreclosure procedures and forward copy of revised chart by e-mail to client | L120 | EL | .30 | 337.00 | 101.10 |
| 07/05/12 | Review legislative changes in California foreclosure law and update foreclosure chart | L120 | BG | .60 | 190.00 | 114.00 |
| 07/05/12 | Review and analyze proposed Oregon rules regarding servicing standards | P280 | CSM | 6.30 | 300.00 | 1,890.00 |
| 07/05/12 | Draft memorandum comparing national servicing standards to proposed Oregon rulesregarding servicing standards | P280 | CSM | 1.90 | 300.00 | 570.00 |
| 07/06/12 | Revise memorandum comparing national servicing standards to proposed Oregon rules | P280 | CSM | 1.40 | 300.00 | 420.00 |



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

'0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Draft and forward e-mail to client contacts regarding new California Homeowner's Bill of Rights signed into law on July 11, 2012 and impact of same on California foreclosure compliance review template | L120 | EL | .20 | 337.00 | 67.40 |
| 07/12/12 | Research regarding requirements relative to foreclosure requirements under Delaware and Georgia law | P280 | CSM | 1.60 | 300.00 | 480.00 |
| 07/12/12 | Telephone conference with client  and others regarding national servicing standards implementation benchmarks | P280 | CSM | 1.00 | 300.00 | 300.00 |
| 07/17/12 | Communicate with default firms regarding foreclosure documentation | P280 | CSM | 1.50 | 300.00 | 450.00 |
| 07/18/12 | E-mail correspondence with default firms and client regarding foreclosure documentation | P280 | CSM | .90 | 300.00 | 270.00 |
| 07/19/12 | Telephone conference regarding national servicing standards workstream and issues requiring BABC review | P280 | CSM | .50 | 300.00 | 150.00 |
| 07/19/12 | Research regarding foreclosure notice requirements under Georgia law | P280 | CSM | .40 | 300.00 | 120.00 |
| 07/20/12 | Review and analyze Hawaiian legislation regarding foreclosures | P280 | CSM | 1.60 | 300.00 | 480.00 |
| 07/25/12 | Communicate with default firms regarding foreclosure documentation | P280 | CSM | .40 | 300.00 | 120.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Review Hawaii law re foreclosure processes | P280 | CSM | .70 | 300.00 | 210.00 |
| 07/27/12 | Telephone conference with default counsel regarding compliance with foreclosure requirements created by recently enacted legislation | P280 | CSM | .50 | 300.00 | 150.00 |

FEES                                    $7,814.00

AMOUNT DUE THIS BILL            $7,814.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301081

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| R. Kane Burnette | Associate | 195.00 | 1.00 | 195.00 |
| Blake Goodsell | Associate | 190.00 | .60 | 114.00 |
| Elena Lovoy | Senior Attorney | 337.00 | 5.00 | 1,685.00 |
| Cory S. Menees | Associate | 300.00 | 19.40 | 5,820.00 |
| Total | | | 26.00 | 7,814.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0802-301081
BILL AMOUNT        $7,814.00                         INVOICE #  805160

To:    ResCap                    TC Number:          719626
       1100 Virginia Drive       Invoice Date:       09/17/2012
       Fort Washington, PA 19034 Invoice No.         805160
                                 Period ending:      07/31/2012

Case Management Number      LD  0R0802-301081

                                          Current Invoice
Code Task                                 Hours            Fees

L120 Analysis/Strategy                    5.60     $  1,799.00
P270 Regulatory Reviews                   1.00     $    195.00
P280 Other                               19.40     $  5,820.00

                         ===================================
                 TOTAL FEES    26.00     $  7,814.00

                 TOTAL FEES DUE           $  7,814.00
         TOTAL DISBURSEMENTS DUE          $      0.00
         TOTAL DUE THIS INVOICE           $  7,814.00



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0802-301082
Fort Washington, PA 19034

                                                         INVOICE #   805162

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301082   TC Number: 721351

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |

                              FEES                              $26.60


                    AMOUNT DUE THIS BILL                        $26.60


                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301082

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0802-301082
BILL AMOUNT          $26.60                         INVOICE #  805162

To:    ResCap                       TC Number:        721351
       1100 Virginia Drive          Invoice Date:     09/17/2012
       Fort Washington, PA 19034    Invoice No.       805162
                                    Period ending:    07/31/2012

Case Management Number      LD  0R0802-301082

                                      Current Invoice
Code Task                             Hours          Fees

L190 Other Case Assessment, Develop't/Admin   0.10   $    26.60

                   ==================================
              TOTAL FEES        0.10        $    26.60

                   TOTAL FEES DUE           $    26.60
              TOTAL DISBURSEMENTS DUE        $     0.00
                   TOTAL DUE THIS INVOICE   $    26.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301096

INVOICE #  805164

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301096  TC Number: 704821

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |

|  |  |
|--|--|
| FEES | $26.60 |
| AMOUNT DUE THIS BILL | $26.60 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301096

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301096
BILL AMOUNT        $26.60                                 INVOICE #  805164

---

To:     ResCap                          TC Number:        704821
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805164
                                        Period ending:    07/31/2012


Case Management Number      LD  0R0802-301096


|                                              | Current Invoice | |
| Code Task                                    | Hours | Fees |
|----------------------------------------------|-------|------|
| L190 Other Case Assessment, Develop't/Admin  | 0.10  | $  26.60 |
|                                              | ====================================== | |
| TOTAL FEES                                   | 0.10  | $  26.60 |
|                                              |       |      |
| TOTAL FEES DUE                               |       | $  26.60 |
| TOTAL DISBURSEMENTS DUE                       |       | $   0.00 |
| TOTAL DUE THIS INVOICE                        |       | $  26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0802-301099
Fort Washington, PA 19034

                                                           INVOICE #  805166

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301099  TC Number: 724864

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Drafting a monthly litigation status report | L120 | JJS | .10 | 254.00 | 25.40 |
| 07/02/12 | Reviewing file-stamped motion to vacate and consent order from the court. | L120 | JJS | .20 | 254.00 | 50.80 |
| 07/09/12 | Drafting correspondence to opposing counsel regarding the signed consent order from the Court restoring title to borrower | L120 | JJS | .20 | 254.00 | 50.80 |
| 07/09/12 | Drafting correspondence to client regarding the signed consent order from the Court restoring title to borrower | L120 | JJS | .10 | 254.00 | 25.40 |
| 07/09/12 | Assessing requirement of recording order vacating foreclosure judgment with the County Register of Deeds | L120 | JJS | .20 | 254.00 | 50.80 |
| 07/10/12 | Evaluate recording of judgment with the County Register | L120 | JJS | .20 | 254.00 | 50.80 |
| 07/10/12 | Review and analysis of correspondence to/from S.Ceccato regarding file-stamped copies of joint motion to vacate and consent order vacating judgment for case status update | L140 | RBB | .40 | 149.00 | 59.60 |
| 07/11/12 | Review and analysis of all correspondence, documents, and pleadings related to this case in order to prepare closing statement for final disposition memo | L140 | RBB | .70 | 149.00 | 104.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301099

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Prepare closing statement for final disposition memorandum | L140 | RBB | .30 | 149.00 | 44.70 |
| 07/11/12 | Revise closing statement for final disposition memorandum for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 07/11/12 | Work on having te the foreclosure judgment recorded and indexed by the legal description with County Register of Deeds' office. | L120 | JJS | .40 | 254.00 | 101.60 |
| 07/12/12 | Review issues with properly indexing the order to clear up the title issues | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/12/12 | Drafting correspondence to the County register of deeds regarding recording the consent order. | L120 | JJS | .50 | 254.00 | 127.00 |
| 07/31/12 | Drafting monthly status update | L120 | JJS | .10 | 254.00 | 25.40 |

FEES                                                    $779.40

### DESCRIPTION OF DISBURSEMENTS

| | | |
|--|--|--|
| 01 | Copy Charges | 0.00 |
| 08 | Recording Fees | 26.00 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS                                                   $26.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301099

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                          $805.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301099

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Robert B. Benson | Paralegal | 149.00 | 1.60 | 238.40 |
| Jessica J. Sibley | Associate | 254.00 | 2.00 | 508.00 |
| Total | | | 3.70 | 779.40 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301099
INVOICE #   805166

BILL AMOUNT        $805.40

To:   ResCap                          TC Number:          724864
      1100 Virginia Drive             Invoice Date:       09/17/2012
      Fort Washington, PA 19034       Invoice No.         805166
                                      Period ending:      07/31/2012

Case Management Number        LD   0R0802-301099

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 0.10 | $ | 33.00 |
| L120 | Analysis/Strategy | 2.00 | $ | 508.00 |
| L140 | Document/File Management | 1.60 | $ | 238.40 |
| | TOTAL FEES | 3.70 | $ | 779.40 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 779.40 |
| TOTAL DISBURSEMENTS DUE | $ | 26.00 |
| TOTAL DUE THIS INVOICE | $ | 805.40 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301110

INVOICE #  805168

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301110   TC Number: 725704

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Drafted, edited and revised formal version of REO review memo | B250 | CJA | 7.10 | 210.00 | 1,491.00 |
| 07/02/12 | Revise REO memo | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/03/12 | Drafted, edited and revised REO memo | B250 | CJA | 6.20 | 210.00 | 1,302.00 |
| 07/05/12 | Drafted, edited and revised memo re REO procedures review | B250 | CJA | 2.40 | 210.00 | 504.00 |
| 07/05/12 | Conferred with client regarding REO policies and procedures | B250 | CJA | 3.10 | 210.00 | 651.00 |
| 07/05/12 | Draft memo re update on REO procedures review | L120 | TMB | .40 | 371.00 | 148.40 |
| 07/08/12 | Review and revise memo on REO policies | L120 | TMB | 1.20 | 371.00 | 445.20 |
| 07/09/12 | Meeting to review REO practices review | L120 | TMB | 1.20 | 371.00 | 445.20 |
| 07/09/12 | Conferred with involved parties regarding REO memorandum | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 07/09/12 | Drafted, edited and revised memo regarding REO review | B250 | CJA | 4.60 | 210.00 | 966.00 |
| 07/09/12 | Review and revise REO report | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 07/10/12 | Drafted, edited and revised memo regardin REO review | B250 | CJA | 4.90 | 210.00 | 1,029.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301110

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Conferred with client regarding internal REO procedure and edited procedure of same | B250 | CJA | 3.30 | 210.00 | 693.00 |
| 07/11/12 | Drafted, edited and revised memo regarding REO review | B250 | CJA | 4.20 | 210.00 | 882.00 |
| 07/12/12 | Telephone call with client regarding draft REO memo | B250 | CJA | .40 | 210.00 | 84.00 |
| 07/12/12 | Review and revise REO memo | L190 | FWA | 1.40 | 345.00 | 483.00 |
| 07/16/12 | Telephone call with client regarding compliance advice | B250 | CJA | .50 | 210.00 | 105.00 |
| 07/17/12 | Review comments from client regarding REO memo | L120 | TMB | 1.20 | 371.00 | 445.20 |
| 07/17/12 | Review of client comments to REO memo | B250 | CJA | .40 | 210.00 | 84.00 |
| 07/18/12 | Review of memorandum regarding compliance questions regarding revised memo | B250 | CJA | .60 | 210.00 | 126.00 |
| 07/18/12 | Meeting to review new questions from client and update REO memo | L120 | TMB | .40 | 371.00 | 148.40 |
| 07/19/12 | Telephone call with client regarding REO review and revised memo based on her comments | B250 | CJA | 1.30 | 210.00 | 273.00 |
| 07/20/12 | Conferred with client regarding REO policies and procedures | B250 | CJA | 1.10 | 210.00 | 231.00 |
| 07/20/12 | Review REO policies and provide advice regarding same | L120 | HEA | 1.00 | 266.00 | 266.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301110

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Telephone call with client regarding comments to REO memo | B250 | CJA | .30 | 210.00 | 63.00 |
| 07/20/12 | Review and analysis of REO document forms | B250 | CJA | .60 | 210.00 | 126.00 |
| 07/22/12 | Review and revise REO memo and provide the same to client | L190 | FWA | 2.30 | 345.00 | 793.50 |
| 07/25/12 | Review of REO memorandum regarding compliance requirements | B250 | CJA | .40 | 210.00 | 84.00 |

FEES                                    $12,803.40

AMOUNT DUE THIS BILL                    $12,803.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
SEPTEMBER 17, 2012

0R0802-301110

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 371.00 | 4.40 | 1,632.40 |
| Wendell Allen | Partner | 345.00 | 5.80 | 2,001.00 |
| Hall Eady | Partner | 266.00 | 1.00 | 266.00 |
| C. Jason Avery | Associate | 210.00 | 42.40 | 8,904.00 |
| Total | | | 53.60 | 12,803.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301110
BILL AMOUNT        $12,803.40                            INVOICE #  805168

To:    ResCap                          TC Number:        725704
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805168
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0802-301110

                                              Current Invoice
Code Task                                 Hours         Fees

B250 Real Estate                          42.40    $  8,904.00
L120 Analysis/Strategy                     5.40    $  1,898.40
L190 Other Case Assessment, Develop't/Admin 5.80   $  2,001.00

                               ===================================
                   TOTAL FEES    53.60    $ 12,803.40

                   TOTAL FEES DUE          $ 12,803.40
           TOTAL DISBURSEMENTS DUE         $      0.00
             TOTAL DUE THIS INVOICE        $ 12,803.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301113

INVOICE #  805171

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301113  TC Number: 725849

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Review results regarding file review project | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/04/12 | Coordinate continuing review of client files | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/06/12 | Prepare for and attend meeting regarding file review project and provide status to client | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/06/12 | Review updated results of file review project and consider approach to same | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/06/12 | Initial review of numerous files provided by GMAC in preparation of further review | L120 | ERP | 4.10 | 150.00 | 615.00 |
| 07/06/12 | Call with team regarding next steps for file review project | L120 | CLHA | .30 | 345.00 | 103.50 |
| 07/06/12 | Analyze possible adjustments to procedures from file review project results | L629 | AH | 1.20 | 185.00 | 222.00 |
| 07/06/12 | Conference call with client regarding updates on the loan file review project | L629 | AH | .30 | 185.00 | 55.50 |
| 07/06/12 | Receive CD with updated copies of client files and review documents for file review project | L650 | AH | .40 | 185.00 | 74.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Review multiple client files and incorporate findings into spreadsheet | L629 | AH | 8.60 | 185.00 | 1,591.00 |
| 07/09/12 | Review and analyze numerous foreclosure files to confirm compliance | L120 | ERP | 5.70 | 150.00 | 855.00 |
| 07/10/12 | Review results of file review project and confer with client re same | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/10/12 | Complete review of multiple loan files and incorporate findings into spreadsheet | L629 | AH | 7.30 | 185.00 | 1,350.50 |
| 07/10/12 | Incorporate additional review of multiple client loan files | L629 | AH | .70 | 185.00 | 129.50 |
| 07/10/12 | Review and analyze numerous third party vendor files | L120 | ERP | .50 | 150.00 | 75.00 |
| 07/11/12 | Review spreadsheet of numerous loan files to assess status of project and tasks for completion | L629 | AH | 3.90 | 185.00 | 721.50 |
| 07/11/12 | Create report regarding review of loan file and action plan | L629 | AH | 1.00 | 185.00 | 185.00 |
| 07/12/12 | Receive client loan files obtained from GMAC | L629 | AH | .20 | 185.00 | 37.00 |
| 07/12/12 | Update spreadsheet  regarding ongoing client file review project | L629 | AH | 1.70 | 185.00 | 314.50 |
| 07/12/12 | Perform an initial review of multiple third party vendor files to confirm compliance | L629 | AH | 1.50 | 185.00 | 277.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Draft and send e-mail to client requesting additional documents for file review project | L629 | AH | .20 | 185.00 | 37.00 |
| 07/12/12 | Initial review of multiple client loan files | L120 | ERP | .90 | 150.00 | 135.00 |
| 07/13/12 | Conference call with client regarding updates on the loan file review project | L629 | AH | .60 | 185.00 | 111.00 |
| 07/13/12 | Update spreadsheet regarding review of various third party vendor documents | L120 | ERP | 3.10 | 150.00 | 465.00 |
| 07/13/12 | Prepare for  weekly status call re: GMAC loan file review project | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/13/12 | Call with team regarding GMAC loan file review project | L120 | CLHA | .50 | 345.00 | 172.50 |
| 07/16/12 | Update spreadsheet regarding third party vendor file reviews | L120 | ERP | 5.40 | 150.00 | 810.00 |
| 07/17/12 | Draft and send e-mail to client regarding receipt of loan documents for review | L629 | AH | .30 | 185.00 | 55.50 |
| 07/17/12 | Coordinate action plan re file review project | L190 | FWA | 1.30 | 345.00 | 448.50 |
| 07/17/12 | Prepare draft form document for client use re file review project compliance initiative | L120 | CLHA | 1.00 | 345.00 | 345.00 |
| 07/17/12 | E-mail communication attaching notes for further review by attorney | L120 | ERP | .30 | 150.00 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Update spreadsheet regarding GMACM loan file review project | L120 | ERP | 2.50 | 150.00 | 375.00 |
| 07/18/12 | Update spreadsheet regarding ongoing bankruptcy and foreclosure file review project | L120 | ERP | 1.40 | 150.00 | 210.00 |
| 07/18/12 | Call with client and co-counsel regarding loan file review project action plan | L120 | CLHA | .70 | 345.00 | 241.50 |
| 07/18/12 | Prepare outline of remaining due diligence items and action plan | L120 | CLHA | 1.40 | 345.00 | 483.00 |
| 07/19/12 | Update spreadsheet regardig review of numerous foreclosure files | L120 | ERP | 2.60 | 150.00 | 390.00 |
| 07/19/12 | Confer with client re: client loan file review project | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/19/12 | Confer with co-counsel regarding actio plan regarding file review project | L120 | CLHA | .40 | 345.00 | 138.00 |
| 07/20/12 | Confer with client re: loan file review project action plan | L190 | FWA | .60 | 345.00 | 207.00 |
| 07/20/12 | Prepare for and attend status call regarding file review project | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/20/12 | Call with team regarding next steps in loan file review project | L120 | CLHA | .50 | 345.00 | 172.50 |
| 07/20/12 | Communicate with client  through e-mail and telephone regarding requests for documents to be reviewed | L629 | AH | 1.40 | 185.00 | 259.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/21/12 | Review and revise memo re review of numerous bankruptcy files | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/23/12 | Prepare for and attend call regarding compliance initiatives and loan file review project | L190 | FWA | .60 | 345.00 | 207.00 |
| 07/23/12 | Attend conference call regarding client loan file review project | L190 | FWA | 1.00 | 345.00 | 345.00 |
| 07/23/12 | Call with client regarding next steps regarding bankruptcy file review project | L120 | CLHA | .50 | 345.00 | 172.50 |
| 07/23/12 | Updated analysis of bankruptcy file review | L120 | CLHA | 1.40 | 345.00 | 483.00 |
| 07/24/12 | Review additional loan file documents received from client | L120 | ERP | .40 | 150.00 | 60.00 |
| 07/25/12 | Begin analysis of loan file review project and input information on spreadshet | C300 | LHA | 1.00 | 232.00 | 232.00 |
| 07/25/12 | Follow up analysis regarding bankruptcy file review and action plan | L120 | CLHA | 1.90 | 345.00 | 655.50 |
| 07/25/12 | Comprehensive review of multiple loan files to confirm compliance | L120 | ERP | 1.50 | 150.00 | 225.00 |
| 07/25/12 | Revise report regardig foreclosure file reviews | L120 | ERP | .90 | 150.00 | 135.00 |
| 07/26/12 | Continued analysis of various bankruptcy files and summarize findings | L120 | CLHA | 7.10 | 345.00 | 2,449.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       6
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Comprehensive review of numerous client loan files and report findings | L120 | ERP | 1.30 | 150.00 | 195.00 |
| 07/26/12 | E-mail communication attaching spreadsheet with findings of loan file reviews | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/26/12 | Draft spreadsheet summarizing results of loan file reviews | L120 | ERP | 1.30 | 150.00 | 195.00 |
| 07/26/12 | Revise report regarding client loan file reviews | L120 | ERP | .70 | 150.00 | 105.00 |
| 07/27/12 | Prepare for and attend meeting with client re loan file review project findings | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/27/12 | Prepare draft document for client use in compliance initiative | L120 | CLHA | .60 | 345.00 | 207.00 |
| 07/27/12 | Call with team regarding status of project and next steps | L120 | CLHA | .40 | 345.00 | 138.00 |
| 07/27/12 | Continued analysis of numerous bankruptcy files and summarize findings | L120 | CLHA | 4.90 | 345.00 | 1,690.50 |
| 07/28/12 | Analyze multiple bankruptcy files and summarize findings | L120 | CLHA | 5.50 | 345.00 | 1,897.50 |
| 07/30/12 | Revise draft of spreadsheet regarding loan file review project | L120 | ERP | 1.80 | 150.00 | 270.00 |
| 07/30/12 | Analyze information provided by client on outstanding questions related to loan file review project | L120 | CLHA | 1.30 | 345.00 | 448.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/30/12 | Analyze third party vendors file review | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/30/12 | Retrieve and review numerous third party vendors files | L629 | AH | .70 | 185.00 | 129.50 |
| 07/31/12 | Review escalated item and corresponding file | L629 | AH | .10 | 185.00 | 18.50 |
| 07/31/12 | Retrieve, review, compile and send requested loan documents to GMACM outside counsel | L629 | AH | 4.70 | 185.00 | 869.50 |
| 07/31/12 | Review and revise materials regarding file review project in preparation for conference call with outside counsel | L190 | FWA | 1.10 | 345.00 | 379.50 |
| 07/31/12 | Confer with co-counsel and client regarding discussions with outside counsel regarding loan file review project findings | L120 | CLHA | .60 | 345.00 | 207.00 |
| 07/31/12 | Draft spreadsheet regardig loan file review | L120 | ERP | .70 | 150.00 | 105.00 |
| 07/31/12 | Retrieve, orgaize and provide loan file reports for GMACM outside counsel | L120 | ERP | 5.50 | 150.00 | 825.00 |

|  |  |  |
|---|---|---|
| FEES |  | $27,810.50 |
| 01    Copy Charges |  | 0.00 |
| AMOUNT DUE THIS BILL |  | $27,810.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
SEPTEMBER 17, 2012

0R0802-301113

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Wendell Allen | Partner | 345.00 | 13.00 | 4,485.00 |
| Christopher L. Hawkins | Partner | 345.00 | 29.00 | 10,005.00 |
| Emily R. Powell | Paralegal | 150.00 | 40.80 | 6,120.00 |
| Leigh Anne Fleming | Associate | 232.00 | 1.00 | 232.00 |
| Ashlee Hightower | Associate | 185.00 | 34.80 | 6,438.00 |
| Total | | | 118.60 | 27,280.00 |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301113
INVOICE #  805171

BILL AMOUNT        $27,810.50

To:    ResCap                          TC Number:        725849
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805171
                                       Period ending:    07/31/2012

Case Management Number        LD   0R0802-301113

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 1.00 | $   232.00 |
| L120 | Analysis/Strategy | 69.80 | $ 16,125.00 |
| L190 | Other Case Assessment, Develop't/Admin | 13.00 | $  4,485.00 |
| L629 | Quality assurance and control | 34.40 | $  6,364.00 |
| L650 | Review | 0.40 | $     74.00 |

```
                            ===================================
              TOTAL FEES     118.60     $ 27,810.50
```

              TOTAL FEES DUE                  $ 27,810.50
          TOTAL DISBURSEMENTS DUE             $      0.00
          TOTAL DUE THIS INVOICE              $ 27,810.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                             SEPTEMBER 17, 2012
1100 Virginia Drive                                               0R0802-301115
Fort Washington, PA 19034

                                                                 INVOICE #  805175

                                                                 **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301115  TC Number: 726128

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Review of additional demo permit package and provided comments to same | B250 | CJA | 3.60 | 210.00 | 756.00 |
| 07/10/12 | Telephone call with building official in order to finalize demo approval process and correct any deficiencies related to permit application | B250 | CJA | 1.30 | 210.00 | 273.00 |
| 07/19/12 | Conferred with A.Brune regarding demo status | B250 | CJA | .20 | 210.00 | 42.00 |
| 07/26/12 | Review of recorded documents and demo status documents in preparation for conference call with city officials regarding mitigation of fines | B250 | CJA | 4.90 | 210.00 | 1,029.00 |
| 07/26/12 | Telephone call with city officials regarding mitigation of code enforcement fine | B250 | CJA | .60 | 210.00 | 126.00 |

                         FEES                                    $2,226.00


                         AMOUNT DUE THIS BILL                    $2,226.00

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301115

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 10.60 | 2,226.00 |
| Total | | | 10.60 | 2,226.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0802-301115
BILL AMOUNT        $2,226.00                     INVOICE #  805175

To:    ResCap                      TC Number:        726128
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805175
                                   Period ending:    07/31/2012

Case Management Number      LD  0R0802-301115

                                        Current Invoice
Code Task                             Hours           Fees

B250 Real Estate                      10.60      $  2,226.00

                        ====================================
                   TOTAL FEES         10.60      $  2,226.00

                   TOTAL FEES DUE                $  2,226.00
           TOTAL DISBURSEMENTS DUE               $     0.00
           TOTAL DUE THIS INVOICE                $  2,226.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0802-301116
Fort Washington, PA 19034

                                                         INVOICE #  805177

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301116   TC Number: 726194

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review file to update and draft monthly status report | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/10/12 | Phone call with counsel for third party purchaser, regarding GMAC's stance on the settlement | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/10/12 | Phone call with counsel for short sale buyers regarding GMAC's stance on the settlement | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/16/12 | Exchange e-mails with client regarding third party purchaser's continued demands to complete settlement | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/16/12 | Review history of settlement negotiations and draft timeline of same regarding third party purchaser's demands that GMAC complete the settlement | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/16/12 | Draft proposed response regarding settlement demand for client review | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/17/12 | Exchange e-mails with client regarding settlement agreement and status of same | L160 | CWH | .20 | 330.00 | 66.00 |
| 07/17/12 | Draft email to counsel confirming that GMAC will not complete the settlement | L160 | CWH | .20 | 330.00 | 66.00 |
| 07/25/12 | Discussion with third party purchaser's counsel about settlement and email him with all recorded documents | L110 | CWH | .20 | 330.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301116

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Research county public records and update chronology to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |

FEES                                               $684.10

AMOUNT DUE THIS BILL                    $684.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301116

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.90 | 627.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 2.40 | 684.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0802-301116
BILL AMOUNT          $684.10                           INVOICE #  805177

To:    ResCap                         TC Number:        726194
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805177
                                      Period ending:    07/31/2012

Case Management Number       LD  0R0802-301116

                                       Current Invoice
Code Task                              Hours          Fees

L110  Fact Investigation/Development    2.00    $    552.10
L160  Settlement/Non-Binding ADR        0.40    $    132.00

                        ==================================
             TOTAL FEES    2.40    $    684.10

                TOTAL FEES DUE           $    684.10
        TOTAL DISBURSEMENTS DUE          $      0.00
        TOTAL DUE THIS INVOICE           $    684.10



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301117

INVOICE #  805178

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301117  TC Number: 726190

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review file to determine and update status report for client review | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/05/12 | Correspondence with client regarding settlement proceeds | L160 | MCG | .10 | 323.00 | 32.30 |
| 07/12/12 | Research and review docket and review correspondence regarding settlement in case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/17/12 | Prepare correspondence to borrower regarding settlement | L160 | MCG | .20 | 323.00 | 64.60 |
| 07/24/12 | Correspondence with client regarding executed W-9 from borrower | L160 | MCG | .10 | 323.00 | 32.30 |

FEES                                                   $177.20

07/18/12 Express Mail/Fedex                          0.00
07/23/12 Express Mail/Fedex                          0.00
07/24/12 Express Mail/Fedex                          0.00

AMOUNT DUE THIS BILL                     $177.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301117

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .40 | 129.20 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .80 | 177.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301117
BILL AMOUNT          $177.20                    INVOICE #   805178

To:    ResCap                        TC Number:        726190
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805178
                                     Period ending:    07/31/2012

Case Management Number       LD   0R0802-301117

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.40 | $ 48.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $ 129.20 |
| | TOTAL FEES | 0.80 | $ 177.20 |
| | TOTAL FEES DUE | | $ 177.20 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 177.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0R0802-301118
Fort Washington, PA 19034

                                                    INVOICE #  805180

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301118  TC Number: 726618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding rescission and borrower non response | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/08/12 | Email to client regarding status of contact with borrower and third-party with regarding to rescission | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/09/12 | Telephone discussion with client regarding steps with rescission | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/09/12 | Draft letters to borrower and third-party purchaser regarding rescission and closing file and send to client for review | L120 | KSA | .80 | 223.00 | 178.40 |
| 07/12/12 | Finalize and send letters to borrower and third-party purchaser | L120 | KSA | .40 | 223.00 | 89.20 |
| 07/17/12 | Telephone discussion with third-party purchaser regarding correspondence and closing of matter | L120 | KSA | .20 | 223.00 | 44.60 |

|  | FEES |  |  |  |  | $468.30 |
|--|------|--|--|--|--|---------|

07/12/12 Copy Charges                                      0.00

                    AMOUNT DUE THIS BILL                  $468.30

                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301118

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 2.10 | 468.30 |
| Total | | | 2.10 | 468.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0802-301118
BILL AMOUNT          $468.30                    INVOICE #  805180

To:    ResCap                     TC Number:        726618
       1100 Virginia Drive        Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805180
                                  Period ending:    07/31/2012

Case Management Number     LD  0R0802-301118

                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                   2.10    $     468.30

                      =====================================
               TOTAL FEES                2.10    $     468.30

               TOTAL FEES DUE                    $     468.30
        TOTAL DISBURSEMENTS DUE                   $       0.00
         TOTAL DUE THIS INVOICE                  $     468.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0802-301120
Fort Washington, PA 19034

                                                          INVOICE #  805182

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301120   TC Number: 726816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review matter to determine and update status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/25/12 | Draft monthly status report for client | L120 | MSW | .10 | 254.00 | 25.40 |

FEES                                           $55.20

AMOUNT DUE THIS BILL                           $55.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301120

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | .30 | 55.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $55.20

SEPTEMBER 17, 2012
0R0802-301120
INVOICE #  805182

| To: | ResCap | TC Number: | 726816 |
|-----|--------|------------|--------|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805182 |
| | | Period ending: | 07/31/2012 |

Case Management Number      LD  0R0802-301120

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $ 29.80 |
| L120 | Analysis/Strategy | 0.10 | $ 25.40 |
| | ================================== | | |
| | TOTAL FEES | 0.30 | $ 55.20 |
| | TOTAL FEES DUE | | $ 55.20 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 55.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0802-301123
Fort Washington, PA 19034

                                                          INVOICE #  805183

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301123  TC Number: 727006

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Draft and send email to client regarding status of proper party information | L190 | HEA | .20 | 266.00 | 53.20 |
| 07/18/12 | Review information and email to client regarding REO Title Work and foreclosure deed | L190 | HEA | .50 | 266.00 | 133.00 |

|  | FEES |  |  |  |  | $186.20 |
|--|------|--|--|--|--|---------|
|  | AMOUNT DUE THIS BILL |  |  |  |  | $186.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301123

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | .70 | 186.20 |
| Total | | | .70 | 186.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301123
INVOICE #  805183

BILL AMOUNT          $186.20

| To: | ResCap | TC Number: | 727006 |
|-----|--------|------------|--------|
|     | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
|     | Fort Washington, PA 19034 | Invoice No. | 805183 |
|     |  | Period ending: | 07/31/2012 |

Case Management Number      LD  0R0802-301123

|  |  | Current Invoice | |
|--|--|--------|------|
| Code | Task | Hours | Fees |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $   186.20 |
|  |  | ============================== | |
|  | TOTAL FEES | 0.70 | $   186.20 |

|  |  |
|--|--|
| TOTAL FEES DUE | $   186.20 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $   186.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0802-301127
Fort Washington, PA 19034

INVOICE #  805185

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301127  TC Number: 727199

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report to client | B110 | CSM | .10 | 300.00 | 30.00 |

| | FEES | | | | | $30.00 |
|--|------|--|--|--|--|--------|

AMOUNT DUE THIS BILL                        $30.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301127

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .10 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301127
BILL AMOUNT          $30.00                              INVOICE #  805185

To:    ResCap                          TC Number:        727199
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805185
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0802-301127

                                       Current Invoice
Code Task                              Hours         Fees

B110 Case Administration               0.10    $      30.00

                              ====================================
                  TOTAL FEES           0.10    $      30.00

                      TOTAL FEES DUE           $      30.00
              TOTAL DISBURSEMENTS DUE          $       0.00
                 TOTAL DUE THIS INVOICE        $      30.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301128

INVOICE #  805186

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301128   TC Number: 727195

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Retrieve and review online land records regarding filing of special warranty deed | L120 | ERP | .20 | 150.00 | 30.00 |

FEES                                          $30.00

AMOUNT DUE THIS BILL                          $30.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301128

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Total | | | .20 | 30.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                           0R0802-301128
BILL AMOUNT           $30.00                               INVOICE #  805186

To:    ResCap                          TC Number:          727195
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805186
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0802-301128

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy |  | 0.20 | $    30.00 |
| TOTAL FEES |  | 0.20 | $    30.00 |

| TOTAL FEES DUE | $   30.00 |
|---|---|
| TOTAL DISBURSEMENTS DUE | $    0.00 |
| TOTAL DUE THIS INVOICE | $   30.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301129

INVOICE #  805187

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301129   TC Number: 727459

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Examine state laws regarding customer communication | C200 | KMS | .20 | 236.00 | 47.20 |
| 07/02/12 | Confirm state law requirements regarding customer communication laws | C200 | KMS | 1.50 | 236.00 | 354.00 |
| 07/02/12 | Research customer communication laws in various states | C200 | RHN | 1.70 | 83.00 | 141.10 |
| 07/02/12 | Locate and transmit copies of the customer communications laws of: AL, AK, GA, IA, KS, NJ, NM, OK, PA and VA | C200 | RHN | 1.60 | 83.00 | 132.80 |
| 07/02/12 | Analysis regarding NJ customer communications laws | L120 | PMD | .50 | 345.00 | 172.50 |
| 07/02/12 | Analysis regarding PA customer communications laws | L120 | PMD | .70 | 345.00 | 241.50 |
| 07/02/12 | Analysis regarding state customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 07/02/12 | Analysis regarding AL customer communications laws | L120 | PMD | .30 | 345.00 | 103.50 |
| 07/02/12 | Analysis regarding GA customer communications laws | L120 | PMD | .40 | 345.00 | 138.00 |
| 07/02/12 | Analysis regarding VA customer communications laws | L120 | PMD | .10 | 345.00 | 34.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analysis regarding Fla customer communication laws | L120 | PMD | .30 | 345.00 | 103.50 |
| 07/02/12 | Analysis regarding NY customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/02/12 | Analysis regarding Wis customer communication laws | L120 | PMD | .10 | 345.00 | 34.50 |
| 07/02/12 | Analysis regarding Illinois customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/02/12 | Analysis regarding NM customer communications laws | L120 | PMD | .50 | 345.00 | 172.50 |
| 07/02/12 | Analysis regarding OK customer communications laws | L120 | PMD | .50 | 345.00 | 172.50 |
| 07/02/12 | Analysis regarding Cal customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/02/12 | Analysis regarding AK customer communications laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/02/12 | Analysis regarding IA customer communications laws | L120 | PMD | .40 | 345.00 | 138.00 |
| 07/02/12 | Analysis regarding KS customer communications laws | L120 | PMD | .30 | 345.00 | 103.50 |
| 07/02/12 | Drafted memorandum regarding state customer communication laws | L120 | PMD | 1.80 | 345.00 | 621.00 |
| 07/03/12 | Further analysis regarding state customer communication laws | L120 | PMD | 2.10 | 345.00 | 724.50 |