

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Analysis regarding customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 07/03/12 | Examine applicable requirements in California and New York regarding customer communication laws | C200 | KMS | 1.60 | 236.00 | 377.60 |
| 07/03/12 | Analysis regarding state customer communication laws | L120 | PMD | 2.20 | 345.00 | 759.00 |
| 07/04/12 | Further revision of memo re: customer communication laws | L120 | PMD | 6.40 | 345.00 | 2,208.00 |
| 07/05/12 | Revised memorandum regarding customer communication laws | L120 | PMD | 1.90 | 345.00 | 655.50 |
| 07/05/12 | Analysis regarding state customer communication laws | L120 | PMD | .90 | 345.00 | 310.50 |
| 07/05/12 | Research regarding California customer communication laws | L120 | BG | .30 | 190.00 | 57.00 |
| 07/05/12 | Complete research on state customer communication laws | C200 | KMS | 3.20 | 236.00 | 755.20 |
| 07/05/12 | Check state code citations for correct format | C200 | RHN | .90 | 83.00 | 74.70 |
| 07/07/12 | Review of state customer communication laws | L120 | LSDR | .70 | 350.00 | 245.00 |
| 07/08/12 | Review and comment on customer communication laws memorandum | L120 | LSDR | .30 | 350.00 | 105.00 |
| 07/09/12 | Review and follow up on memorandum and summary of customer communication laws | L120 | LSDR | .40 | 350.00 | 140.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
SEPTEMBER 17, 2012

ResCap

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Examine state statutory and regulatory limitations on customer communications | C200 | KMS | 1.10 | 236.00 | 259.60 |
| 07/09/12 | Finalize response regarding New Hampshire laws | C300 | KMS | .40 | 236.00 | 94.40 |
| 07/09/12 | Further analysis regarding Indiana customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/09/12 | Further revision of customer communication laws memorandum | L120 | PMD | 3.00 | 345.00 | 1,035.00 |
| 07/09/12 | Further analysis for state law memo | L120 | PMD | 1.90 | 345.00 | 655.50 |
| 07/09/12 | Further analysis regarding SC customer communication laws | L120 | PMD | .30 | 345.00 | 103.50 |
| 07/09/12 | Further analysis regarding NH customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/16/12 | Further analysis regarding customer communication laws | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/16/12 | Complete chart setting out state customer communication laws | L190 | KMS | 3.10 | 236.00 | 731.60 |
| 07/17/12 | Reviewed memorandum to client regarding customer communication laws | P500 | PMD | .50 | 345.00 | 172.50 |
| 07/19/12 | Read client email regarding Indiana AG complaint | P500 | PMD | .80 | 345.00 | 276.00 |
| 07/20/12 | Examine notice from Indiana Attorney General | L190 | KMS | .10 | 236.00 | 23.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
SEPTEMBER 17, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Develop response to Indiana Attorney General | L190 | KMS | 3.10 | 236.00 | 731.60 |
| 07/20/12 | Reviewed Indiana customer communication laws | P500 | PMD | .40 | 345.00 | 138.00 |
| 07/20/12 | Review and analyze Indiana AG complaint regarding customer communications | L120 | LSDR | 1.10 | 350.00 | 385.00 |
| 07/24/12 | Draft response to client regarding customer communication laws | L120 | LSDR | .80 | 350.00 | 280.00 |
| 07/24/12 | Review and analyze follow up issues related to Indiana AG complaint regarding customer communications | L120 | LSDR | .70 | 350.00 | 245.00 |

FEES                                        $15,357.90

AMOUNT DUE THIS BILL                        $15,357.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
SEPTEMBER 17, 2012

0R0802-301129

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Paige M. Boshell | Partner | 345.00 | 29.50 | 10,177.50 |
| Lesley Smith DeRamus | Counsel | 350.00 | 4.00 | 1,400.00 |
| Katherine M. Suttle Weiner | Associate | 236.00 | 14.30 | 3,374.80 |
| Blake Goodsell | Associate | 190.00 | .30 | 57.00 |
| Robert Hudson | Research | 83.00 | 4.20 | 348.60 |
| Total | | | 52.30 | 15,357.90 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301129
INVOICE #  805187

BILL AMOUNT        $15,357.90

| To: | ResCap | | TC Number: | 727459 |
|-----|--------|--|------------|--------|
| | 1100 Virginia Drive | | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 805187 |
| | | | Period ending: | 07/31/2012 |

Case Management Number        LD   0R0802-301129

| Code | Task | Current Invoice Hours | Fees |
|------|------|------------------------|------|
| C200 | Researching Law | 11.80 | $  2,142.20 |
| C300 | Analysis and Advice | 0.40 | $     94.40 |
| L120 | Analysis/Strategy | 32.10 | $ 11,048.00 |
| L190 | Other Case Assessment, Develop't/Admin | 6.30 | $  1,486.80 |
| P500 | Negotiation/Revision/Responses | 1.70 | $    586.50 |

====================================
|       | TOTAL FEES | 52.30 | $ 15,357.90 |

|  | TOTAL FEES DUE | $ 15,357.90 |
|--|----------------|-------------|
|  | TOTAL DISBURSEMENTS DUE | $     0.00 |
|  | TOTAL DUE THIS INVOICE | $ 15,357.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301131

INVOICE #  805191

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301131  TC Number: 727450

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report to client. | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/02/12 | E-mail correspondence with F.Robinson and counsel for REO purchaser regarding closing logistics | L160 | CSM | .10 | 300.00 | 30.00 |

|  | FEES |  | $60.00 |
|--|------|--|--------|
|  | AMOUNT DUE THIS BILL |  | $60.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301131

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .20 | 60.00 |
| Total | | | .20 | 60.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301131
BILL AMOUNT          $60.00                              INVOICE #  805191

To:     ResCap                      TC Number:         727450
        1100 Virginia Drive         Invoice Date:      09/17/2012
        Fort Washington, PA 19034   Invoice No.        805191
                                    Period ending:     07/31/2012

Case Management Number      LD  0R0802-301131

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.10 | $    30.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $    30.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES | 0.20 | $    60.00 |

|  |  |
|---|---|
| TOTAL FEES DUE | $    60.00 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $    60.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301133

INVOICE #  805193

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301133   TC Number: 703916

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Research and verify loan documentation and recording requirements in all fifty states | L110 | ASI | 7.90 | 249.00 | 1,967.10 |
| 07/11/12 | Continue to research and verify loan documentation and recording requirements in all fifty states | L110 | ASI | 9.40 | 249.00 | 2,340.60 |
| 07/12/12 | Continue to research and verify loan documentation  and recording requirements in all fifty states | L110 | ASI | 3.80 | 249.00 | 946.20 |
| 07/24/12 | Research, review and analyze loan documentation and recording requirements to sale | L120 | ASI | .80 | 249.00 | 199.20 |

FEES                                             $5,453.10

AMOUNT DUE THIS BILL                   $5,453.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301133

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | 21.90 | 5,453.10 |
| Total | | | 21.90 | 5,453.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0802-301133
BILL AMOUNT        $5,453.10                                    INVOICE #  805193

To:    ResCap                          TC Number:        703916
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805193
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0802-301133

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 21.10 | $  5,253.90 |
| L120 Analysis/Strategy | | 0.80 | $   199.20 |

```
                    =================================
             TOTAL FEES      21.90    $  5,453.10

             TOTAL FEES DUE           $  5,453.10
        TOTAL DISBURSEMENTS DUE       $      0.00
        TOTAL DUE THIS INVOICE        $  5,453.10
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                           0R0802-301134
Fort Washington, PA 19034

                                                             INVOICE #  805195

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301134  TC Number: 728178

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Review and revise motion to dismiss in Rozen matter for Severson | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/02/12 | Attend Core Mortgage Lit Attorney Meeting to discuss upcoming trials and settlements; exchange several e-mails with counsel regarding Ivory matter; review incoming matters assigned to five case managers; exchange e-mails with counsel in Polk matter; calls with case manager to discuss status and strategy of several of case manager's files, including trial issues and settlement; exchange e-mails with in-house counsel regarding Lano matter; follow-up with Severson for final order of dismissal in Jorge matter; exchange e-mails with counsel regarding Smith case to confirm parties to suit and if dismissal order was received; exchange e-mails with Severson regarding Estate of Evans matter; exchange e-mails with counsel about Matter 725760; review terms of the trial loan modification for Garavito and send same to counsel with instructions; review and analyze Severson's update on Chavers matter; research the loan to determine status; review and analyze counsel's update on Reilly matter; review and analyze pro se borrower Flores' notices/demands to MERS and send same to counsel with request for review and response; exchange e-mails with | L110 | CWH | 7.10 | 330.00 | 2,343.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Severson regarding Rozen matter; email ETS re Rozen foreclosure; draft settlement proposal form for Avila and send same to in-house counsel with explanation of settlement terms; review and analyze letter from First American regarding Zomer file; exchange e-mails with counsel in the Walker case regarding his update and steps/strategy; follow-up with counsel in Mier; review settlement issues for Robinson / REO matter; continue to generally review absent case manager's files | | | | | |
| 07/03/12 | Close Nutter file; exchange e-mails with counsel about the Avila settlement; exchange e-mails with outside counsel regarding his questions on the Flores matter; review and revise GMAC's response to various relief from stay objections regarding Jackson and Lewis matters; exchange e-mails with in-house counsel regarding Caldera sale; review most recent complaint and analysis from counsel on the Walker/Flinchum matter and send counsel directives on same; request docs internals for Walker matter; exchange e-mails regarding availability of witness for Rodriguez matter. | L190 | CWH | 2.50 | 330.00 | 825.00 |
| 07/05/12 | Exchange e-mails with outside regarding strategy in Evans matter; exchange e-mails with counsel regarding Poole matter; review Defendants' Supplemental Memorandum to their Motion for Sanctions in Morgan matter; Review pleadings from | L190 | CWH | 5.10 | 330.00 | 1,683.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Dominy matter from counsel; exchange e-mails with counsel regarding Old Republic/Bene matter; exchange e-mails with outside counsel regarding Rainey matter; exchange e-mails with Litigation Request Inbox about investor of the Flinchum loan; exchange e-mails with case manager and counsel about Nguyn matter, which is set for trial at end of July, the merits of the claim; review Wheeler notice of bankruptcy; exchange e-mails with counsel in Neeb; attend ResCap Legal Staff Monthly Meeting; exchange e-mails with various counsel for GMAC and the Investor in Alam matter; exchange e-mails with Severson regarding Yee matter, the appeal and a notice of  bankruptcy, exchange e-mails with REO regarding updates to the investor and email eviction dept. re Yee matter; exchange e-mails with Severson about short sale review; exchange e-mails with REO Dept. about Chavers' property; exchange e-mails with counsel regarding status of Alicajic/Bruch matter; exchange e-mails with outside counsel regarding borrower Raymond's discovery to MERS and the TRO hearing set for July 20th; review settlement agreement in Wagner matter | | | | | |
| 07/06/12 | Review issues in Poole case related to TRO/petition and foreclosure; review and revise Smith response to plaintiff's motion to stay enforcement of judgment; exchange several e-mails with P.Hallinan regarding their files; discuss Wheeler | L190 | CWH | 2.30 | 330.00 | 759.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | loans with in house counsel exchange e-mails with counsel regarding Alton matter and inquire which parties are still involved in case and for update on title claim issues; exchange e-mails with Carpenter Lips counsel regarding Nguyen matter, which is set for trial; exchange e-mails with REO Dept. about referral of Yee matter to evictions; exchange e-mails with counsel in Alam matter about resolution of title claim; exchange several emails with counsel regarding Jeffreys matter and loan modification review; review FiServe notes; exchange e-mails with outside counsel about Raymond matter; exchange internal e-mails regarding Neeb loan modification issues | | | | | |
| 07/09/12 | Review pre-trial memo from counsel on Nguyen matter; exchage e-mails with case manager about fines in the City of Cleveland; continue to work on completing internal reporting requirements portion of files; review and approve counsel's bankruptcy notice in Nix matter; discussion with in house counsel regarding various matters where borrowers are seeking relief from the bankruptcy court to help prepare for upcoming SDNY bankruptcy hearing; review and analyze issues raised on appeal in Kraft matter and speak with counsel about same; review and analyze Capps matter; review and revise appellant's brief in Owens matter; review and analyze issues in Neeb matter | L110 | CWH | 5.40 | 330.00 | 1,782.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Email counsel in Martin matter about the 2010 foreclosure; email counsel in Chuang/Chu matter; email ETS to request recorded version of rescission of notice of default in Eastbay/James matter, and follow-up on release of lien for same matter; follow-up with Severson on Frick matter regarding settlement status and filing of notice of bankruptcy; Email counsel in Gutierrez regarding bankruptcy notice; Emailed Severson in Sweeting case to report background information; Email ETS to confirm status of the foreclosure on the Burton matter and email Severson again to confirm the appeal time; Email about lockout in Arnold matter; exchange several emails with Severson firm regarding bankruptcy status of absent case manager's files including Negrete; Conference call with counsel and case manager regarding Nguyen matter in Ohio which is set for trial in late July, discussing settlement possibilities and strategy; exchange e-mails with counsel regarding Kraft matter; exchange internal e-mails about the reinstatement quote for Evans matter; follow-up with outside counsel on Ivory and Regner matters; exchange several emails with in-house counsel and counsel at Severson about Escalera matter and One West; obtain verifications in Alton matter; Discuss Rozen matter with K.Priore and confirm there is no lis pendens at issue; exchange e-mails with ILR about whether | L110 | CWH | 4.90 | 330.00 | 1,617.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|  | VOC can respond to Williams' request for information about account; exchange e-mails with counsel to confirm which parties are represented in Kingston case and upload the notice of bankruptcy filed for GMAC and ETS; Attend trial prep call with counsel and witness for HEFCU v. GMACM & Stewart Title; exchange e-mails with counsel regarding Smith matter; conference call with case manager and counsel from Carpenter Lipps to discuss interpretation of the interim order and their cases; review demurrer filed by Severson in newest suit from borrower David; exchange e-mails with counsel about Garavito's acceptance of trial loan mod plan; email counsel in Luciano Perez for status on suit; discussion with case manager about handling of rescissions matters; discussions with case manager about bankruptcy strategy; email counsel in Kirklewski re current issues |  |  |  |  |  |
| 07/10/12 | Exchange e-mails with counsel in A.Anderson case about status of the TRO hearing and the pending loan modification request and follow up on loan modification review; exchange e-mails with counsel in Anderson-Bruch matter, about bankruptcy issues; exchange e-mails with counsel about the Flinchum case; exchange e-mails with counsel in Adkins case to confirm istatus; exchange e-mails with counsel in Wohl matter regarding general status and follow-up on status of loan | L190 | CWH | 4.80 | 330.00 | 1,584.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    7
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | modification review | | | | | |
| 07/11/12 | Email discussions with outside counsel regarding interpretation of interim bankruptcy order; email discussion with in-house counsel regarding bankruptcy and REO matters; phone call with case manager to discuss Osgood matter; exchange e-mails with case manager about bankruptcy stay impact on new Hernandez file; e-mails with in-house counsel and case manager about witness  in Young matter and court's order; exchange e-mails with loss mitigation department and counsel about Jeffreys matter; follow-up with each case manager on their case updates; review emails from Lehman Bros regarding Tornberg matter and identify materials and information they need for their trial of same; exchange e-mails with counsel re Alton answers; exchange e-mails with counsel in Mier matter; discuss the Homer case with case manager; review and revise response to MHA in Olson matter and exchange emails with outside counsel regarding same; detailed discussion with counsel on Martin case to run through loan and litigation history;  exchange e-mails with counsel in Frick regaring settlement; assist in-house counsel with completion of supplemental information for their files | L110 | CWH | 4.50 | 330.00 | 1,485.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
SEPTEMBER 17, 2012

OR0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Exchange e-mails with  about possible conflict of interest with firm; review Troutman's appellate brief in Y.Smith matter and note when response is due; exchange e-mails with Litigation Request Inbox about loan ownership in Flinchum; exchange e-mails with counsel about ownership of loan in Flinchum and title claim; review updates from counsel in Healthcare Employees v. GMAC v. Stewart Title et al. matter; exchange e-mails with counsel in Jeffrey's matter about documents needed; review plaintiff's amended trial brief in Rainey matter; follow-up with Troutman on the notice of bankruptcy for the Evans matter; review email from counsel regarding C.Williams matter and denial of borrower's motion for reconsideration regarding strike of notice of removal; review counsel's update on the Eleventh Circuit's affirmation of dismissal of Steed's claims; exchange e-mails with case manager regarding the Madriz matter and recommending that GMAC take the AUSA up on their offer to settle for a stipulation of priority; review and analyze V. Rojas vs. R.Fernandez complaint; review counsel's demurrer to same and email counsel re strategy in case; discuss CPN Pipeline matter and title issues with case manager; review counsel's update on the TRO hearing for Munguia; review counsel's summary of Villicana matter and provide direction in case; review complaint in the Ashley David file to determine bankruptcy and | L190 | CWH | 6.60 | 330.00 | 2,178.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | impact; review counsel's motion to dismiss and exchange e-mails with counsel about case; exchange e-mails with counsel in Eastbay Rentals re settlement agreement and other necessary documents; review issues from Old Republic National Title Insurance Co., v. Steve Bene (Lourente) matter and contested ownership of property; email counsel to request motion and any analysis memos and exchange e-mails with case manager about all documents in REO sale and execution of the discovery responses as well; exchange e-mails re loan modification documents and send emails to counsel on same | | | | | |
| 07/13/12 | Exchange e-mails with counsel and case manager about revised discovery responses in Alton; exchange e-mails with counsel about the David matter; exchange e-mails with GMAC's counsel in White matter; follow-up with counsel on pleadings and memo in Sweeting matter; Continue to discuss Lourente REO sale with case manager; exchange e-mails with case manager regarding Susilo motion; exchange several emails with Litigation Request Inbox about issues from borrower in Kirklewski matter; exchange several emails with counsel in Kirklewski to discuss loan and bankruptcy; discuss Neeb matter with case manager; exchange e-mails with counsel on Gutierrez matter and discuss status and their trial readiness memo; discussion with counsel in Gobis about bankruptcy; exchange | L190 | CWH | 4.50 | 330.00 | 1,485.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | several emails with case manager on the status of case manager's files | | | | | |
| 07/15/12 | Review and analyze weekly reports to determine status of five case managers' cases and their upcoming hearing, trials, and settlements | L110 | CWH | 1.60 | 330.00 | 528.00 |
| 07/16/12 | Work in GMAC Legal Suite; exchange e-mails with outside counsel about the upcoming service transfer of Olson loan; draft flowchart on bankruptcy issues; review and analyze Susilo's motion and proposed declaration; phone calls and emails with bankruptcy counsel regarding edits to the opposition brief and declaration; attend attorneys' meeting hosted by J.Scoliard to discuss scope of bankruptcy impact on various matters; discussions with case manager about several of case manager's files, including the  options/strategy in Nguyen matter and City of Cleveland matter; discussions about bankruptcy issues with case managers; exchange several emails with outside counsel and others on the denial of intermediate appeal in Summerhill Village Homeowners Association; exchange e-mails with case manager regarding postponement of foreclosure sale for loan; exchange e-mails with case manager about borrower Smith; confer with case manager about the status of Georgia files;  exchange e-mails with case manager about permanent loan modification terms for Polk; advise loss mitigation to speak | L190 | CWH | 5.70 | 330.00 | 1,881.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    11
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | with borrower about possible loan modification and advise counsel of loan status; review and analyze counsel's email regarding history of King matter; exchange e-mails with counsel regarding King matter; exchange e-mails with counsel and case manager for Jeffreys matter about items necessary for loan modification review; exchange e-mails with L.East about continued review of Olson matter | | | | | |
| 07/17/12 | Work in GMAC Legal Suite; Review emails and telephone conference with counsel for Rikelman matter to discuss bankruptcy stay; review all of case manager's cases and update tracking chart for case manager's use; exchange e-mails with counsel in Poole re status of case; exchange e-mails with case manager about various litigation files; work on settlement details in Avila; exchange e-amils with counsel and loss mitigation about settlement details in Ivory matter; exchange e-mails with Fleshier's office re contact information for title counsel in Donovan; review pleading in Wohl matter and counsel's response; exchange e-mails with counsel regarding the Flores matter; exchange e-mails with outside counsel regaridng the lockout in St. John matter and also follow-up with counsel on whether borrowers filed their motion to dismiss brief; review counsel's draft title demand in Flinchum; exchange e-mails with counsel and case manager about | L190 | CWH | 6.50 | 330.00 | 2,145.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      12
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | verified answers in Alton; review motion filed by counsel in Lourente matter; exchange e-mails with case manager about REO's documents from the Lourente REO sale; follow-up with Severson in Mills matter re appeal deadline; draft status reports for case manager files and upload same to TC; review and revise pleading in Patrick case; exchange e-mails with counsel and case manager about Jeffrey's loan modification request; conference call with Gobin counsel re appellate brief; exchange e-mails with case manager regarding Garavito matter; discuss FDIC's subpoena powers with case manager; discussion with case manager about Lano case and settlement issues; discussion with case manager about Tornheim and repurchase issues; discussion with case manager about Sheridan matter and status/strategy of case | | | | | |
| 07/18/12 | Work in GMAC Legal Suite; lengthy meeting with case manager regarding status of case manager's files; attend bi-monthly litigation meeting with entire legal staff; review letter from counsel in Tozier matter and discuss same with case manager; review counsel's email on Thaqi and begin reviewing pleadings; discussion with case manager regarding issues in Nguyen and Freddie's guidelines; review Bahadori matter in advance of call with counsel; conference call with case managers and counsel regarding Bahadori matter and status of | L110 | CWH | 7.30 | 330.00 | 2,409.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
SEPTEMBER 17, 2012

OR0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | loan; exchange e-mails with counsel in Gobis; discussion with case manager regarding Lano case; exchange e-mails with counsel in Rojas/Fernandez matter regarding filing of motion to consolidate our file with several related others; exchange e-mails with case manager re loan; attend trial preparation call on Alesi/Lloyd's of London matter; discussion with case manager about Lueng matter and status; exchange e-mails with counsel in Flores matter about the payoff statement he requested; review pleadings and emails from counsel in Gutierrez/Rikelman Trust matter to determine status of case; review status of case manager's various files; continue to review and revise counsel's draft answer in Morgan case and exchange e-mails with them regarding same | | | | | |
| 07/19/12 | Exchange e-mails with counsel in Gobis regarding direction of case; exchange e-mails with case manager regarding Yee re loan modification review post foreclosure; exchange e-mails with Arevalo-Amaya to confirm; confirm dismissal; exchange e-mails with counsel in Perez matter on status of drafting motion; continue to review and analyze issues in Alam matter; exchange e-mails with ETS re dismissal in Burton matter and follow-up with Severson on same; exchange emails with counsel and case manager on Thaqi matter to set up conference call; exchange e-mails with | L110 | CWH | 7.50 | 330.00 | 2,475.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | in-house counsel regarding sanctions issue with the City of Cleveland on REO matter; discussion with in-house counsel regarding overview of files and evaluation of case manager's files and evaluation of counsel handling same; exchange e-mails with counsel regarding Yee matter and appeal; exchange e-mails with case manager regarding Yee foreclosure matters; discussions with case manager about Nguyen case; exchange several emails with Litigation Request Inbox regarding the Olson litigation and analyze payment hisstory; discussion with counsel in Olsen regarding same and the upcoming motion and litigation strategy; exchange e-mails with Severson regarding Mills matter; discussions with case manager regarding the West mediation; discussions with case manager regarding loan modification discussions in the Fishers matter | | | | | |
| 07/20/12 | Review new files assigned to case managers; exchange e-mails  with case manager re case strategy and appellate brief; exchange emails with counsel and about the Thaqi matter; exchange e-mails with counsel on St. John matter and confirm that borrower did not file response; exchange e-mails with counsel in Polk about the case strategy and follow up with case manager on booking the moan modification; confer with case manager on the Tornheinm matter; review and approve letters regarding dispute with GMAC; email attorneys to confirm | L110 | CWH | 3.50 | 330.00 | 1,155.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
SEPTEMBER 17, 2012

OR0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | use of local counsel and to obtain contact information for same; update spreadsheet for case manager regarding local counsel; review and approve pleading in Gobis appellate matter; email title counsel to request updates in Sweetwyne | | | | | |
| 07/22/12 | Review and analyze pleadings in Thaqi matter; review status of loan on MortgageServ and prepare for conference call; exchange e-mails with counsel in King matter; exchange e-mails with counsel in Villicana; e-mail mediation team to confirm status of borrower's financial package review; update various cases with new status for case manager; review pleadings and mediation statement in Susilo matter; review memo from counsel in Martin matter | L110 | CWH | 1.50 | 330.00 | 495.00 |
| 07/23/12 | Phone call with case manager regarding Susilo matter and borrower's motion; draft and enter status updates in TC for dozens of cases; work with case manager on files coming up for hearing and trial in the next 30 days; follow-up with counsel on Masterson file with request for status; review counsel's email about Kirklewski lien; exchange e-mails with counsel in Dominy regarding property; exchange e-mails with counsel on Anderson-Bruch matter about entry of final bankruptcy order; conference call with counsel re stategy; folow-up with Severson on the outcome of the demurrer hearing in McLaine and email ETS re | L190 | CWH | 7.70 | 330.00 | 2,541.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | foreclosure sale; attend trial prep call in Gildea matter; email in-house counsel on Kim matter to determine status of suit and foreclousre; exchange e-mails with case manager on Morgan's request for documents; exchange e-mails with case manager about Polk matter and the loan modification; email counsel re settlement agreement in Polk; exchange e-mails with case manager regarding Olson matter; follow-up with counsel on the Alton case and direct them re title issues; exchange e-mails with counsel about Ninth Circuit's dismissal of David matter and REO efforts; follow-up with counsel on Evans suit to confirm that preliminary injunctino hearing is 8-2-12; follow-up with counsel on the L.Williams matter, asking for updates; exchange e-mails with counsel and case manager on AVila; exchange e-mails with counsel in Paterakis on the status of settlement with the borrower and email Litigation Request Inbox about borrower's statement; follow up with case managers re availability of witness for Rodriguez matter; follow-up with counsel on the order in Villanueva; follow-up with counsel in Yee case re appeal; follow-up with counsel in Munguia on the 7-17-12 hearing; follow-up with counsel on Labostrie file, asking when motion was reset and requesting information on this file | | | | | |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     17
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Exchange e-mails with REO regarding Burton property; discussions with case manager regarding process of reviewing and approving bankruptcy notices; review and analyze email from California counsel on Torres file; review counsel's update in Susilo and the bankruptcy court's ruling on motion; discussions with in-house counsel about various cases and strategy; exchange e-mails regarding strategy in Nickerson case | L190 | CWH | 1.10 | 330.00 | 363.00 |
| 07/25/12 | Exchange e-mails with case manager about Olson loan; review history of the Nickerson file and exchange e-mails with case manager regarding Nickerson mediation; exchange e-mails on Jeffrey's loan mod request; review Severson's email updates on the two Sweeting cases and respond; exchange e-mails with ETS regarding subpoena received in the case; call with outside counsel regarding Frick/Pina matter to discus file and strategy; follow-up with Severson re appeal in Smith matter; e-mails with counsel re Rodriguez matter; exchange e-mails with case manager about Simms matter and loan modification review | L190 | CWH | 2.20 | 330.00 | 726.00 |
| 07/26/12 | Update several status reports per new information; review emails from repurchase area regarding case manager's Tornhiem matter; begin review of materials for Alam matter; receive dismissal from counsel in Avila; review court's dismissal of David file and confer with counsel on appeal and | L190 | CWH | 2.20 | 330.00 | 726.00 |



B R A D L E Y   A R A N T
B O U L T   C U M M I N G S
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | exchange e-mails with cae manager about appeal; exchange e-mails with outside counsel regarding ETS in California; review complaitn against ETS for Kim file; e-mail ETS regarding status of ETS's foreclousre on Kim property; exchange e-mails with customer service regarding Smith loan; exchange e-mails with case manager regarding Bonner matter; begin reviewiing counsel's memo on Williams file and two draft motions; email Severson re Neyer matter and check status of the appeal; follow-up on status of Arnold property; email ETS re foreclosure; exchange e-mails with counsel in Kingston case re demurrer; review counsel's update on Sweetwyne/White matter and review complaint; follow-up on status of final order in Jones | | | | | |
| 07/29/12 | Follow-up with counsel in L.Perez on status of drafting motion; exchange e-mails with case managers regarding Berry/Canyon View Estates in California and claim of lien priority and review prior history with Canyon View Estates regarding other properties and check status; follow-up with REO about tile in Walsh; review and analyze case manager's comments on Homer case as well as mediation statements; review Flinchum amended complaint; exchange e-mails with outside counsel regarding response in the Walton appeal; review email and bankruptcy notice about Mangan; calculate and calendar time to appeal in | L110 | CWH | 4.10 | 330.00 | 1,353.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    19
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | David matter; exchange e-mails with counsel in Garavito re strategy; follow-up on whether certain person worked for GMAC (for Lourente matter); exchange e-mails with counsel in Chavers matter re strategy | | | | | |
| 07/30/12 | Exchange e-mails with case manager regarding title in Tornberg matter; review and analyze pleadings and memos in Fridstrom to prepare for call with counsel and attend call with Fridstrom counsel; discussions with case manager on use of bankruptcy notices in North Carolina and South Carolina; discuss Frye matter with case manager re bankruptcy status and subrogation argument; follow-up with case manager on status of Badhouri matter; e-mails and discussions with case manager regarding various files; review and analyze propsed consent order in Lano; exchange e-mails with counsel and case manager to set up witness for testimony for Rodriguez; exchange e-mails with counsel in Avila regarding borrowr's questions about payments and send email to Litigation Request Inbox requesting research on same; exchange e-mails with varoius people regarding Canyon View Estates and HOA | L190 | CWH | 4.20 | 330.00 | 1,386.00 |
| 07/31/12 | Review update from REO regarding ongoing communications/settlement with Canyon View Estates; Discussions with case manager regarding Nguyen status; prepare for and attend conference call on Beatty | L190 | CWH | 5.20 | 330.00 | 1,716.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    20
ResCap                                                      SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

matter with case manager, outside
counsel and the Attorney General
implementation group to discuss
resolution; confer with case manager and
Morrison Foerster on issue with City of
Clevveland; draft emails to case
managers about bankruptcy notices;
exchange e-mails with Seveerson on
Rickelman/Gutierrez matter; advise case
manager on response to SLS's repurchase
demand; exchange e-mails with case
manager and draft summary of Olson
matter for SLS; work through complaint
regarding F.Holden with case manager;
email case manager regarding status of
Jones matter; reivew and analyze
settlement documents in Garay matter for
case manager; review application of
payments on the Avila matter and relay
same to counsel; review and analyze memo
in Lano and send questions to case
manager on same; review and analyze
counsel's draft bankruptcy notice for
Chavers case; e-mails with counsel in
Perez on status of case; exchange
e-mails with counsel in Masterson matter
and email about process for getting
referral; review counsel's email
regarding the trial/case settings in
Garavito; review and approve bankruptcy
notice for Garavito; review and approve
counsel's responses to the borrower's
letters; review emails from S.Ensberg on
new matter, Torres, and email in-house
counsel regarding same; email outside
counsel for status of the case; review
and analyze files with certain outside



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    21
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

counsel and sehd chart/notes to in-house
counsel for review; follow-up with
outside counsel in Ivory matter;
exchange e-mails with counsel in
Rodriguez re damages and advise case
manager of the witness topics for
hearing; continue to exchange e-mails
with counsel and mediation team re
Jeffreys and upcoming case management
conference

                    FEES                          $35,706.00

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/27/12 | Copy Charges | 0.00 |
| 07/27/12 | Copy Charges | 0.00 |
| 07/10/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 6/24/12 - 6/28/12 Bank ID: GENR Check Number: 96143 | 817.10 |
| 07/24/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON, PA 7/15/12 - 7/19/12 Bank ID: GENR Check Number: 96786 | 712.10 |
| 07/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 6/24/12 - 6/28/12 HOTEL Bank ID: GENR Check Number: 96143 | 686.88 |
| 07/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 6/24/12 - 6/28/12 RENTAL CAR Bank ID: GENR Check Number: 96143 | 451.67 |
| 07/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 6/24/12 - 6/28/12 ROAD TOLLS, PARKING Bank ID: GENR Check Number: 96143 | 54.38 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    22
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|--:|
| 07/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 5/31/12 - 6/13/12 ROAD TOLLS<br>Bank ID: GENR Check Number: 96143 | 26.59 |
| 07/24/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON, PA 7/15/12 - 7/19/12 RENTAL CAR<br>Bank ID: GENR Check Number: 96786 | 385.26 |
| 07/24/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON, PA 7/15/12 - 7/19/12 HOTEL<br>Bank ID: GENR Check Number: 96786 | 686.88 |
| 07/24/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON, PA 7/15/12 - 7/19/12 FUEL, ROAD TOLLS<br>Bank ID: GENR Check Number: 96786 | 33.08 |
| 07/10/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 6/24/12 - 6/28/12<br>Bank ID: GENR Check Number: 96143 | 93.07 |
| 07/10/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 6/24/12 - 6/28/12<br>Bank ID: GENR Check Number: 96143 | 59.34 |
| 07/10/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 5/31/12 - 6/13/12<br>Bank ID: GENR Check Number: 96143 | 5.89 |
| 07/24/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON, PA 7/15/12 - 7/19/12<br>Bank ID: GENR Check Number: 96786 | 91.25 |
| 07/10/12 | Cell phone charges, texting, insurance - CHRISTIAN HANCOCK TRAVEL TO FT WASHINGTON OFFICE 6/24/12 - 6/28/12<br>Bank ID: GENR Check Number: 96143 | 1.45 |

COSTS $4,104.94

AMOUNT DUE THIS BILL $39,810.94



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    23
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    24
SEPTEMBER 17, 2012

0R0802-301134

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 108.20 | 35,706.00 |
| Total | | | 108.20 | 35,706.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301134
INVOICE #  805195

BILL AMOUNT        $39,810.94

To:    ResCap                          TC Number:        728178
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805195
                                       Period ending:    07/31/2012

Case Management Number    LD  0R0802-301134

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 47.60 | $ 15,708.00 |
| L190 | Other Case Assessment, Develop't/Admin | 60.60 | $ 19,998.00 |
|  | TOTAL FEES | 108.20 | $ 35,706.00 |

TOTAL FEES DUE              $ 35,706.00
TOTAL DISBURSEMENTS DUE     $  4,104.94
TOTAL DUE THIS INVOICE      $ 39,810.94



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0802-301136
Fort Washington, PA 19034

                                                          INVOICE #  805199

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301136   TC Number: 724484

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Prepared for and attended teleconference related to upcoming depositions | L120 | DBO | .90 | 345.00 | 310.50 |

                              FEES                              $310.50

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/27/12 | Court Reporter Charges - ESQUIRE DEPOSITION SOLUTIONS, LLC BOD DEPOSITION OF CLIENT REPRESENTATIVE  6/29/12 Bank ID: GENR Check Number: 96897 | 665.77 |
| 07/27/12 | Court Reporter Charges - ESQUIRE DEPOSITION SOLUTIONS, LLC BOD DEPOSITION OF CLIENT REPRESENTATIVE 6/29/12 Bank ID: GENR Check Number: 96897 | 202.30 |
| 07/11/12 | Airline Tickets - D. BRIAN O'DELL ATTEND DEPO OF CLIENT REPRESENTATIVE  6/28/12 - 6/29/12 Bank ID: GENR Check Number: 96126 | 630.90 |
| 07/11/12 | Travel Expense - D. BRIAN O'DELL ATTEND DEPO OF CLIENT REPRESENTATIVE 6/28/12 - 6/29/12 CAB FARE Bank ID: GENR Check Number: 96126 | 45.00 |

                      COSTS                      $1,543.97

                  AMOUNT DUE THIS BILL                  $1,854.47

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301136

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Brian O'Dell | Partner | 345.00 | .90 | 310.50 |
| Total | | | .90 | 310.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301136
BILL AMOUNT          $1,854.47                           INVOICE #  805199
_____

To:    ResCap                       TC Number:        724484
       1100 Virginia Drive          Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805199
                                    Period ending:    07/31/2012


Case Management Number       LD   0R0802-301136


                                         Current Invoice
Code Task                            Hours            Fees

L120 Analysis/Strategy                0.90    $     310.50

                         ===================================
                 TOTAL FEES           0.90    $     310.50

                 TOTAL FEES DUE               $     310.50
          TOTAL DISBURSEMENTS DUE             $   1,543.97
          TOTAL DUE THIS INVOICE              $   1,854.47



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301138

INVOICE #  805201

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301138  TC Number: 728471

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review current status of several TRO matters and update comprehensive tracking chart | L120 | ERP | .30 | 150.00 | 45.00 |
| 07/02/12 | Receipt and review of TRO and telephone call with borrower's counsel regarding loan modification | B250 | CJA | .60 | 210.00 | 126.00 |
| 07/03/12 | Receipt of TRO and conferred with client regarding postponement of foreclosure sale | B250 | CJA | .40 | 210.00 | 84.00 |
| 07/03/12 | Conference call with client regarding TRO process and potential training related thereto | B250 | CJA | .60 | 210.00 | 126.00 |
| 07/03/12 | Receipt of TRO and review of docket related to TRO and conferred with client regarding effect on foreclosure sale | B250 | CJA | .70 | 210.00 | 147.00 |
| 07/03/12 | Communication with court requesting contact information for borrowers on Powderly matter and update tracking chart with same | L120 | ERP | .30 | 150.00 | 45.00 |
| 07/03/12 | Initial review of TRO and update tracking report with current status on matter | L120 | ERP | .30 | 150.00 | 45.00 |
| 07/03/12 | Call with client to discuss ETS TRO assignments | C300 | JCCO | .70 | 195.00 | 136.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Teleconference with client regarding TRO issues | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/05/12 | Initial review of TRO  received from client regarding  matter and update tracking chart with current status of same | L120 | ERP | .40 | 150.00 | 60.00 |
| 07/11/12 | Receipt ande review of TRO and conferred with client regarding same | B250 | CJA | .60 | 210.00 | 126.00 |
| 07/12/12 | Analyze profit and loss statement received from TRO party's lawyer and notify him of deficiencies | L140 | JCCO | .70 | 195.00 | 136.50 |
| 07/12/12 | Retrieve and review docket regarding result of hearing scheduled on 7/11 for Karen Rozier v. GMAC Mortgage LLC matter | L120 | ERP | .30 | 150.00 | 45.00 |
| 07/12/12 | Review and update comprehensive tracking report with current status and information on Karen Rozier v. GMAC Mortgage LLC matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/12/12 | Review of pleadings and conferred with client regarding local counsel | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 07/16/12 | Review and update comprehensive tracking report with new update for TRO party's matter status | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/16/12 | Receipt and review of TRO and conferred with client regarding same | B250 | CJA | .40 | 210.00 | 84.00 |
| 07/17/12 | Update comprehensive tracking report with current status of TRO matter | L120 | ERP | .20 | 150.00 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Telephone call and email with client regarding loan modification | B250 | CJA | .60 | 210.00 | 126.00 |
| 07/24/12 | Conference call with borrowers's counsel regarding loan modification and financial requirements related thereto | B250 | CJA | .50 | 210.00 | 105.00 |
| 07/25/12 | Review of TRO, applications and pleadings to ensure proper referral to litigation counsel, where applicable, and litigation holds for ongoing loan modification discussions and conferred with client regarding same | B250 | CJA | 6.90 | 210.00 | 1,449.00 |
| 07/25/12 | Analyze complaint and temporary restraining order from Consumer Financial Protection Bureau and provide client with assessment | C300 | JCCO | 1.30 | 195.00 | 253.50 |
| 07/25/12 | Review TRO and update comprehensive tracking chart with current status and information for Consumer Financial Protection Bureau matter | L120 | ERP | .30 | 150.00 | 45.00 |
| 07/25/12 | Review and update comprehensive tracking chart for those submitted to litigation counsel | L120 | ERP | .30 | 150.00 | 45.00 |
| 07/25/12 | Retrieve and initial review of docket, complaint, and order regarding the Consumer Financial Protection Bureau matter | L120 | ERP | .40 | 150.00 | 60.00 |
| 07/25/12 | Retrieve and review docket for Powderly matter | L120 | ERP | .20 | 150.00 | 30.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Telephone call with borrower's counsel regarding postponement of foreclosure sale while loan modification is ongoing | B250 | CJA | .30 | 210.00 | 63.00 |
| 07/30/12 | View and respond to email from client regarding TRO matters and speak with TRO party's lawyer | L120 | JCCO | .40 | 195.00 | 78.00 |
| 07/30/12 | Review and update comprehensive tracking report with current status of TRO matter | L120 | ERP | .30 | 150.00 | 45.00 |

FEES                                      $3,978.00

**DESCRIPTION OF DISBURSEMENTS**

07/31/12 Title Search Fee - BUSINESS CARD PROTITLEUSA            162.95
6-27-12
Bank ID: GENR Check Number: 97116

COSTS                                     $162.95

AMOUNT DUE THIS BILL                      $4,140.95

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
SEPTEMBER 17, 2012

0R0802-301138

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Brian O'Dell | Partner | 345.00 | .50 | 172.50 |
| Emily R. Powell | Paralegal | 150.00 | 3.70 | 555.00 |
| C. Jason Avery | Associate | 210.00 | 12.60 | 2,646.00 |
| Jonathan Cobb | Associate | 195.00 | 3.10 | 604.50 |
| Total | | | 19.90 | 3,978.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301138
INVOICE #  805201

BILL AMOUNT        $4,140.95

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        728471
Invoice Date:     09/17/2012
Invoice No.       805201
Period ending:    07/31/2012

Case Management Number      LD  0R0802-301138

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| B250 | Real Estate | 12.60 | $ 2,646.00 |
| C300 | Analysis and Advice | 2.00 | $ 390.00 |
| L120 | Analysis/Strategy | 4.60 | $ 805.50 |
| L140 | Document/File Management | 0.70 | $ 136.50 |
| | TOTAL FEES | 19.90 | $ 3,978.00 |

TOTAL FEES DUE              $ 3,978.00
TOTAL DISBURSEMENTS DUE     $  162.95
TOTAL DUE THIS INVOICE      $ 4,140.95



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301142

INVOICE #  805203

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301142  TC Number: 728360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/02/12 | E-mail correspondence with C.Demers and realtor for REO purchaser regarding closing logistics | L190 | CSM | .20 | 300.00 | 60.00 |
| 07/10/12 | Telephone conference with realtor for prospective REO purchaser regarding status of closing | P280 | CSM | .10 | 300.00 | 30.00 |
| 07/12/12 | Exchange e-mails with client. REO sale | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/18/12 | Research regarding status of lis pendens filed against property by mortgagor | L110 | CSM | .30 | 300.00 | 90.00 |
| 07/18/12 | E-mail correspondence with client regarding status of lis pendens filed against property by mortgagor | C400 | CSM | .10 | 300.00 | 30.00 |
| 07/19/12 | E-mail correspondence with client regarding transfer of property to REO and facilitation of sale | P280 | CSM | .10 | 300.00 | 30.00 |

FEES                                    $336.00

AMOUNT DUE THIS BILL                    $336.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301142

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Cory S. Menees | Associate | 300.00 | .90 | 270.00 |
| Total | | | 1.10 | 336.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301142
BILL AMOUNT          $336.00                             INVOICE #  805203

To:   ResCap                          TC Number:        728360
      1100 Virginia Drive             Invoice Date:     09/17/2012
      Fort Washington, PA 19034       Invoice No.       805203
                                      Period ending:    07/31/2012

Case Management Number      LD   0R0802-301142

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $ 30.00 |
| C400 | Third Party Communication | 0.10 | $ 30.00 |
| L110 | Fact Investigation/Development | 0.50 | $ 156.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 60.00 |
| P280 | Other | 0.20 | $ 60.00 |
| | | ============================== | |
| | TOTAL FEES | 1.10 | $ 336.00 |

                    TOTAL FEES DUE            $    336.00
            TOTAL DISBURSEMENTS DUE           $      0.00
            TOTAL DUE THIS INVOICE            $    336.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301143
Fort Washington, PA 19034

                                                               INVOICE #  805205

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301143  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Confer with Morrison Foerster regarding employment application and work on finalizing same | B420 | JRB | .20 | 372.00 | 74.40 |
| 07/02/12 | Review correspondence regarding retention application | B160 | JPC | .80 | 390.00 | 312.00 |
| 07/03/12 | Review Morrison Foerster comments to employment application and confer with Morrison Foerster regarding same | B410 | JRB | .70 | 372.00 | 260.40 |
| 07/03/12 | Work on finalizing draft employment application to reflect Servicing Orders' authorization of payment of REO work and other issues | B410 | JRB | 1.80 | 372.00 | 669.60 |
| 07/03/12 | Work on revisions to employment application and supporting declaration | L120 | CLHA | 2.20 | 345.00 | 759.00 |
| 07/04/12 | Work on revision to employment application | L120 | CLHA | 1.40 | 345.00 | 483.00 |
| 07/05/12 | Work through remaining issues on application to employ and fee arrangement issues | L120 | CLHA | 1.70 | 345.00 | 586.50 |
| 07/06/12 | Work on employment application | B420 | JRB | .40 | 372.00 | 148.80 |
| 07/06/12 | Work on employment application and supporting declaration | L120 | CLHA | 4.90 | 345.00 | 1,690.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Continued work on revised application to employ and declaration | L120 | CLHA | .60 | 345.00 | 207.00 |
| 07/10/12 | Continued work on interim fee issues and preparation for hearing on employment application | L120 | CLHA | .70 | 345.00 | 241.50 |
| 07/13/12 | Review e-mail from debtors' counsel relaying comments from US Trustee to employment application; reply to same; e-mails to colleagues requesting information to respond to US Trustee comments | B410 | JRB | .80 | 372.00 | 297.60 |
| 07/13/12 | Emails with chapter 11 counsel regarding list of follow-up questions | L120 | CLHA | .30 | 345.00 | 103.50 |
| 07/14/12 | Correspondence regarding retention application | B410 | JPC | .70 | 390.00 | 273.00 |
| 07/15/12 | Reconcile retention payments | B410 | JPC | 1.20 | 390.00 | 468.00 |
| 07/15/12 | Review affidavit to court regarding employment application | B410 | JPC | .60 | 390.00 | 234.00 |
| 07/16/12 | Conference regarding Trustee objection to employment application | B410 | JPC | 1.10 | 390.00 | 429.00 |
| 07/16/12 | Draft relationships request memo | B410 | JPC | .40 | 390.00 | 156.00 |
| 07/16/12 | Further revise employment retention application | B410 | JPC | .40 | 390.00 | 156.00 |
| 07/16/12 | Review and analyze comments from US Trustee's office to application | B410 | JRB | .50 | 372.00 | 186.00 |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Follow up on obtaining information responsive to US Trustee's requests | B410 | JRB | 1.80 | 372.00 | 669.60 |
| 07/16/12 | Work on draft supplemental declaration | B410 | JRB | 3.20 | 372.00 | 1,190.40 |
| 07/16/12 | Review and analyze objections from the US Trustee to BABC's application and prepare supplemental briefing/affidavits to respond to same | L110 | CWH | 1.80 | 330.00 | 594.00 |
| 07/16/12 | Confer with debtors' counsel regarding responding to US Trustee's requests | B410 | JRB | .50 | 372.00 | 186.00 |
| 07/16/12 | Continued work on retention issues related to UST inquiries | L120 | CLHA | .90 | 345.00 | 310.50 |
| 07/16/12 | Review United States Trustee request for disclosures related to fee application | L120 | JB | .10 | 190.00 | 19.00 |
| 07/17/12 | Continue to review and revise supplemental affidavits to respond to US Trustee's objections to BABC's application | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/17/12 | Review and revise supplemental declaration in support of employment application and review objection to same | B410 | JRB | 3.10 | 372.00 | 1,153.20 |
| 07/17/12 | Supplemental declaration preparation | B410 | JPC | .50 | 390.00 | 195.00 |
| 07/18/12 | Review of affidavit | B410 | JPC | .40 | 390.00 | 156.00 |
| 07/18/12 | Draft supplemental declaration in support of employment application | B410 | JRB | 2.20 | 372.00 | 818.40 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Review and analyze objections to and questions about firm employment application and prepare for next week's hearing on same | B410 | JRB | 2.50 | 372.00 | 930.00 |
| 07/18/12 | Confer with client about issues relating to employment application | B410 | JRB | .50 | 372.00 | 186.00 |
| 07/19/12 | Confer with debtors' counsel regarding employment application and related issues | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 07/19/12 | Respond to and follow up on US Trustee questions about employment application and draft supplemental declaration with respect to same | B410 | JRB | 2.50 | 372.00 | 930.00 |
| 07/19/12 | Review joint motion to deny | B410 | JPC | .60 | 390.00 | 234.00 |
| 07/19/12 | Conference regarding responses to Trustee questions | B410 | JPC | .30 | 390.00 | 117.00 |
| 07/19/12 | Responses to Trustee questions | B410 | JPC | 1.40 | 390.00 | 546.00 |
| 07/19/12 | Work with Morrison Foerster on response to objections to BABC's retention as counsel for GMAC and revise motions regarding same | L110 | CWH | 1.50 | 330.00 | 495.00 |
| 07/20/12 | Correspondence with client regarding hearing on employmnet application | B410 | JPC | .20 | 390.00 | 78.00 |
| 07/20/12 | Review and revise supplemental declaration and confer with bankruptcy counsel regarding same | B410 | JRB | .50 | 372.00 | 186.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
SEPTEMBER 17, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Confer with debtors' counsel regarding employment application and work on supplemental declaration | B410 | JRB | 3.00 | 372.00 | 1,116.00 |
| 07/22/12 | Correspondence regarding hearing schedule | B410 | JPC | .20 | 390.00 | 78.00 |
| 07/30/12 | Coordinate payment return pursuant to U S Trustee request. | B110 | JPC | .20 | 390.00 | 78.00 |
| 07/30/12 | E-mails and phone calls with committee counsel and debtors' bankruptcy counsel regarding questions about BABC employment application | B410 | JRB | 2.00 | 372.00 | 744.00 |
| 07/31/12 | Compile documents requested by Committee counsel relating to employment application and forward to Committee counsel and debtors' bankruptcy counsel | B420 | JRB | 1.00 | 372.00 | 372.00 |
| 07/31/12 | Follow up on committee questions regarding employment application | B420 | JRB | 1.00 | 372.00 | 372.00 |
| 07/31/12 | | B410 | JPC | .50 | 390.00 | 195.00 |
| 07/31/12 | Produce hourly engagement letter | B410 | JPC | .80 | 390.00 | 312.00 |

FEES                                    $20,467.90

AMOUNT DUE THIS BILL                     $20,467.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
SEPTEMBER 17, 2012

0R0802-301143

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Paul Compton, Jr. | Partner | 390.00 | 10.30 | 4,017.00 |
| Jay R. Bender | Partner | 372.00 | 29.20 | 10,862.40 |
| Christopher L. Hawkins | Partner | 345.00 | 12.70 | 4,381.50 |
| Christian W. Hancock | Partner | 330.00 | 3.60 | 1,188.00 |
| James Bailey | Associate | 190.00 | .10 | 19.00 |
| Total | | | 55.90 | 20,467.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0802-301143
BILL AMOUNT      $20,467.90                               INVOICE #  805205

To:   ResCap                          TC Number:        NA
      1100 Virginia Drive             Invoice Date:     09/17/2012
      Fort Washington, PA 19034       Invoice No.       805205
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0802-301143

                                              Current Invoice
Code Task                             Hours            Fees

B110 Case Administration               0.20    $       78.00
B160 Fee/Employment Applications       0.80    $      312.00
B410 General Bankruptcy Advice/Opinions 35.90  $   13,522.20
B420 Restructurings                    2.60    $      967.20
L110 Fact Investigation/Development    3.60    $    1,188.00
L120 Analysis/Strategy                12.80    $    4,400.50

                          ==================================
                TOTAL FEES   55.90    $ 20,467.90

             TOTAL FEES DUE           $ 20,467.90
      TOTAL DISBURSEMENTS DUE         $      0.00
      TOTAL DUE THIS INVOICE          $ 20,467.90



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                           SEPTEMBER 17, 2012
1100 Virginia Drive                                             0R0802-301144
Fort Washington, PA 19034

                                                               INVOICE #  805209

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301144  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review and analyze numerous questions in GMAC's suits to determine which claims are stayed or not stayed | L110 | CWH | .60 | 330.00 | 198.00 |
| 07/02/12 | E-mails with Morrison Foerster and client regarding issues concerning payment of REO invoices | B410 | JRB | .50 | 372.00 | 186.00 |
| 07/03/12 | Correspondence regarding applicability of stay | B410 | JPC | .20 | 390.00 | 78.00 |
| 07/05/12 | Address receipt of payments | B160 | JPC | .30 | 390.00 | 117.00 |
| 07/06/12 | Correspondence regarding servicing payments | B160 | JPC | .90 | 390.00 | 351.00 |
| 07/06/12 | Exchange e-mails with client regarding how to interpret Order 391 | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/10/12 | Draft and finalize letter to L.Bueno regarding GMAc's bankruptcy stay. | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/10/12 | Correspondence regarding court hearing on employment application | B110 | JPC | .20 | 390.00 | 78.00 |
| 07/10/12 | Prepare REO accompanying statement | B110 | JPC | .70 | 390.00 | 273.00 |
| 07/10/12 | Review guidance regarding stays | B110 | JPC | .20 | 390.00 | 78.00 |
| 07/10/12 | Advise regarding effect of stay with respect to sanctions matter | B410 | RLB | .30 | 266.00 | 79.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Correspondence from MoFo regarding BABC employment application | B110 | JPC | .20 | 390.00 | 78.00 |
| 07/11/12 | Respond to clients request for bankruptcy stay status and/or confirmation that no stay applies | L110 | MPE | .80 | 149.00 | 119.20 |
| 07/11/12 | | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/13/12 | Revise response to trustee regarding information request | B410 | JPC | .80 | 390.00 | 312.00 |
| 07/16/12 | Review the final interim order and draft update to entire team regarding same and direct counsel regarding settlement authority | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/16/12 | Draft correspondence regarding submission of REO invoices | B410 | JPC | .60 | 390.00 | 234.00 |
| 07/16/12 | Reviewed final interim order issued by Bankruptcy Court on July 13 | L210 | JHP | .80 | 245.00 | 196.00 |
| 07/17/12 | Correspondence with client regarding REO representation questions | B410 | JPC | .20 | 390.00 | 78.00 |
| 07/17/12 | Conference regarding REO representation questions | B410 | JPC | .30 | 390.00 | 117.00 |
| 07/18/12 | Telephone conference with client regarding REO and servicing expenses | B410 | JPC | .40 | 390.00 | 156.00 |
| 07/20/12 | Review memo regarding effect of stay on litigation | B410 | JPC | .50 | 390.00 | 195.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Draft form notices for various litigation files and other materials to distribute to BABC attorneys and host conference call to discuss application of Order 774 to such litigation cases | L110 | CWH | 1.50 | 330.00 | 495.00 |
| 07/20/12 | Conference call regarding supplemental order of relief from stay | B420 | RLB | .50 | 266.00 | 133.00 |
| 07/24/12 | Review memo regarding bankruptcy notices and effect of automatic stay | B410 | JPC | .20 | 390.00 | 78.00 |
| 07/27/12 | Research regarding effect of automatic stay on foreclosure fines imposed by Florida county | L190 | RLB | 3.60 | 266.00 | 957.60 |
| 07/30/12 | Correspondence regarding litigation settlement authority | B410 | JPC | .30 | 390.00 | 117.00 |
| 07/30/12 | Review form of settlement | B410 | JPC | .10 | 390.00 | 39.00 |

FEES                                    $5,016.10

AMOUNT DUE THIS BILL                    $5,016.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0802-301144

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Paul Compton, Jr. | Partner | 390.00 | 6.10 | 2,379.00 |
| Jay R. Bender | Partner | 372.00 | .50 | 186.00 |
| Christian W. Hancock | Partner | 330.00 | 2.70 | 891.00 |
| Rashad L. Blossom | Associate | 266.00 | 4.40 | 1,170.40 |
| Jon H. Patterson | Associate | 245.00 | .80 | 196.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.30 | 193.70 |
| Total | | | 15.80 | 5,016.10 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0802-301144
BILL AMOUNT        $5,016.10                              INVOICE #  805209

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805209
                                       Period ending:    07/31/2012


Case Management Number      LD  0R0802-301144


                                            Current Invoice
Code  Task                              Hours          Fees

B110  Case Administration               1.30    $     507.00
B160  Fee/Employment Applications       1.20    $     468.00
B410  General Bankruptcy Advice/Opinions 4.40   $   1,669.80
B420  Restructurings                    0.50    $     133.00
L110  Fact Investigation/Development    4.00    $   1,084.70
L190  Other Case Assessment, Develop't/Admin 3.60 $   957.60
L210  Pleadings                         0.80    $     196.00


                         ===================================
              TOTAL FEES       15.80    $   5,016.10

                  TOTAL FEES DUE        $   5,016.10
          TOTAL DISBURSEMENTS DUE       $       0.00
          TOTAL DUE THIS INVOICE        $   5,016.10



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301145
Fort Washington, PA 19034

                                                               INVOICE #  805212

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301145  TC Number: 726413

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |
| 07/17/12 | Review and analysis of client documents in order to begin preparation of report for attorney review | L140 | RBB | .60 | 149.00 | 89.40 |

                        FEES                              $116.00


                        AMOUNT DUE THIS BILL              $116.00

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301145

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .60 | 89.40 |
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .70 | 116.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0802-301145
BILL AMOUNT          $116.00                    INVOICE #  805212

To:    ResCap                    TC Number:        726413
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805212
                                  Period ending:    07/31/2012

Case Management Number      LD  0R0802-301145

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L140 Document/File Management | | 0.60 | $   89.40 |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $   26.60 |
| ================================= | | | |
| TOTAL FEES | | 0.70 | $  116.00 |
| TOTAL FEES DUE | | | $  116.00 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $  116.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
1100 Virginia Drive                                   0R0802-301146
Fort Washington, PA 19034

                                                      INVOICE #  805213

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301146  TC Number: 726395

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |
| 07/17/12 | Review and analysis of client documents in order to begin preparation of report for attorney review | L140 | RBB | .60 | 149.00 | 89.40 |

                        FEES                                $116.00


                        AMOUNT DUE THIS BILL               $116.00


                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301146

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .60 | 89.40 |
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .70 | 116.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                         SEPTEMBER 17, 2012
                                               0R0802-301146
BILL AMOUNT          $116.00                   INVOICE #  805213

To:    ResCap                    TC Number:         726395
       1100 Virginia Drive       Invoice Date:      09/17/2012
       Fort Washington, PA 19034 Invoice No.        805213
                                 Period ending:     07/31/2012

Case Management Number      LD  0R0802-301146

| Code | Task | Current Invoice | |
| | | Hours | Fees |
|---|---|---|---|
| L140 | Document/File Management | 0.60 | $ 89.40 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ 26.60 |
| | ========================================= | | |
| | TOTAL FEES | 0.70 | $ 116.00 |
| | TOTAL FEES DUE | | $ 116.00 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 116.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                         0R0802-301147
Fort Washington, PA 19034

                                                            INVOICE #  805214

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301147  TC Number: 729157

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |
| 07/17/12 | Review and analysis of client documents in order to begin preparation of report for attorney review | L140 | RBB | .60 | 149.00 | 89.40 |

                              FEES                          $116.00


                        AMOUNT DUE THIS BILL                $116.00

                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301147

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .60 | 89.40 |
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .70 | 116.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301147
BILL AMOUNT          $116.00                              INVOICE #  805214

To:     ResCap                        TC Number:          729157
        1100 Virginia Drive           Invoice Date:       09/17/2012
        Fort Washington, PA 19034     Invoice No.         805214
                                      Period ending:      07/31/2012

Case Management Number     LD  0R0802-301147

                                           Current Invoice
Code Task                              Hours          Fees

L140 Document/File Management          0.60    $      89.40
L190 Other Case Assessment, Develop't/Admin  0.10    $      26.60

                              ====================================
                TOTAL FEES      0.70    $     116.00

                TOTAL FEES DUE           $     116.00
        TOTAL DISBURSEMENTS DUE          $       0.00
        TOTAL DUE THIS INVOICE           $     116.00



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301148

INVOICE #  805216

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301148   TC Number: 729191

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .10 | 266.00 | 26.60 |
| 07/17/12 | Review and analysis of client documents in order to begin preparation of report for attorney review | L140 | RBB | .60 | 149.00 | 89.40 |

FEES                                        $116.00

AMOUNT DUE THIS BILL                        $116.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301148

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .60 | 89.40 |
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .70 | 116.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301148
INVOICE #  805216

BILL AMOUNT        $116.00

To:    ResCap                          TC Number:        729191
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805216
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0802-301148

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L140 | Document/File Management | 0.60 | $ | 89.40 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 26.60 |
| | | ================================= | | |
| | TOTAL FEES | 0.70 | $ | 116.00 |
| | TOTAL FEES DUE | | $ | 116.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 116.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        OR0802-301151
Fort Washington, PA 19034

                                                           INVOICE #  805218

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

OR0802-301151  TC Number: 729275

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Review correspondence from DOJ regarding designation of independent consultant and review methodology and respond to same | C400 | MCG | .70 | 323.00 | 226.10 |
| 07/03/12 | Review and analyze servicing standards related to foreclosure protections under SCRA | C300 | MCG | 1.10 | 323.00 | 355.30 |
| 07/05/12 | Review and revise draft engagement letter for independent consultant | C300 | MCG | 1.50 | 323.00 | 484.50 |
| 07/05/12 | Telephone conference with client regarding compliance with Consent Order | C300 | MCG | .30 | 323.00 | 96.90 |
| 07/06/12 | Review and analyze proposed engagement letter from independent consultant and proposed methodology | C300 | MCG | 1.90 | 323.00 | 613.70 |
| 07/06/12 | Telephone conference with client and bankruptcy counsel regarding proposed engagement letter from independent consultant | C300 | MCG | .70 | 323.00 | 226.10 |
| 07/10/12 | Telephone conference with client regarding identification of independent consultant and engagement letter | L120 | MCG | .80 | 323.00 | 258.40 |
| 07/11/12 | Prepare summary of Consent Order for inclusion in omnibus motion filed in bankruptcy action seeking approval of independent consultant engagement letter | L210 | MCG | 1.10 | 323.00 | 355.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Review memorandum from Office of Comptroller of Currency regarding SCRA interpretation | C200 | MCG | .80 | 323.00 | 258.40 |
| 07/11/12 | Review and compile review of foreclosure files for compliance with SCRA | L110 | MCG | 4.60 | 323.00 | 1,485.80 |
| 07/12/12 | Correspondence with client regarding data requirements for SCRA review | C300 | MCG | .10 | 323.00 | 32.30 |
| 07/13/12 | Research regarding judicial foreclosure issues relating to SCRA review | P280 | CSM | 1.80 | 300.00 | 540.00 |
| 07/15/12 | Research regarding judicial foreclosure issues relating to SCRA review | P280 | CSM | 1.70 | 300.00 | 510.00 |
| 07/17/12 | Review and analyze proposed revisions to engagement letter for independent consultant | C300 | MCG | .70 | 323.00 | 226.10 |
| 07/17/12 | Prepare status of open items regarding compliance with Exhibit H to Consent Order | C300 | MCG | .60 | 323.00 | 193.80 |
| 07/20/12 | Conference call with A.Standridge regarding engagement letter with independent consultant, collection of data set, and review of methodologies | C400 | MCG | .40 | 323.00 | 129.20 |
| 07/20/12 | Review guidance from DOJ provided to other servicers for independent consultant engagement letter | L120 | MCG | .30 | 323.00 | 96.90 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Prepare e-mail to client with review guidance from DOJ provided to other servicers for independent consultant engagement letter, collection of data set, and review of methodologies | L120 | MCG | .20 | 323.00 | 64.60 |
| 07/23/12 | Telephone conference with client regarding engagement letter with independent consultant and filing motion in bankruptcy proceeding | C300 | MCG | .50 | 323.00 | 161.50 |
| 07/23/12 | Review draft engagement letter for independent consultant | C300 | MCG | .50 | 323.00 | 161.50 |
| 07/23/12 | Correspondence with client regarding completion of training required on Consent Order | C300 | MCG | .30 | 323.00 | 96.90 |
| 07/23/12 | Prepare correspondence to A.Standridge regarding clarification of data set requirement for SCRA review | C400 | MCG | .10 | 323.00 | 32.30 |
| 07/23/12 | Review and analyze results of review of completed foreclosures for compliance with the SCRA | L110 | MCG | 2.70 | 323.00 | 872.10 |
| 07/24/12 | Review and analyze results of review of completed foreclosures for compliance with the SCRA and forward to client | L110 | MCG | 1.10 | 323.00 | 355.30 |
| 07/24/12 | Telephone conference with client regarding scope of review and engagement letter | C300 | MCG | 1.10 | 323.00 | 355.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Correspondence with client regarding conference call with DOJ and independent consultant related to methodology for review and engagement letter | C300 | MCG | .20 | 323.00 | 64.60 |
| 07/24/12 | Correspondence with A.Standridge regarding conference call with independent consultant related to methodology for review and engagement letter | C400 | MCG | .10 | 323.00 | 32.30 |
| 07/25/12 | Telephone conference with A.Standridge, P.Hobbib and G.Allgood regarding engagement letter, data validity and methodology for SCRA compliance review | C300 | MCG | .70 | 323.00 | 226.10 |
| 07/27/12 | Review and analyze foreclosure documents for SCRA compliance | C300 | MCG | .90 | 323.00 | 290.70 |
| 07/27/12 | Review and revise analysis and results from review of completed foreclosures related to SCRA compliance needed, and number of files to be reviewed. | C300 | MCG | 1.90 | 323.00 | 613.70 |
| 07/30/12 | Telephone conference with client regarding compliance with consent order | C300 | MCG | .60 | 323.00 | 193.80 |
| 07/30/12 | Review and analyze foreclosure files for compliance with SCRA | C300 | MCG | 1.10 | 323.00 | 355.30 |
| 07/31/12 | Review and analyze foreclosure files for compliance with SCRA | C300 | MCG | 2.90 | 323.00 | 936.70 |

FEES

$10,901.50

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
SEPTEMBER 17, 2012

0R0802-301151

**FED ID NO. 63-0243316**

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 07/02/12 | Airline Tickets - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12<br>Bank ID: GENR Check Number: 95829 | 490.10 |
| 07/05/12 | Airline Tickets - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12<br>Bank ID: GENR Check Number: 95802 | 804.20 |
| 07/09/12 | Airline Tickets - NADER RAJA ATTEND SCRA POST BANKRUPTCY BUSINESS MEETINGS 6/17/12 - 6/21/12<br>Bank ID: GENR Check Number: 96185 | 1450.10 |
| 07/02/12 | Travel Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12 RENTAL CAR<br>Bank ID: GENR Check Number: 95829 | 302.56 |
| 07/02/12 | Travel Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12 HOTEL<br>Bank ID: GENR Check Number: 95829 | 298.10 |
| 07/02/12 | Travel Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12 HOTEL<br>Bank ID: GENR Check Number: 95829 | 211.68 |
| 07/02/12 | Travel Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12 PARKING<br>Bank ID: GENR Check Number: 95829 | 84.00 |
| 07/02/12 | Travel Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12 PARKING<br>Bank ID: GENR Check Number: 95829 | 20.00 |
| 07/02/12 | Travel Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12 PARKING<br>Bank ID: GENR Check Number: 95829 | 20.00 |
| 07/02/12 | Travel Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12 FUEL<br>Bank ID: GENR Check Number: 95829 | 19.32 |
| 07/05/12 | Travel Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 HOTEL<br>Bank ID: GENR Check Number: 95802 | 755.76 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
SEPTEMBER 17, 2012

0R0802-301151

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/05/12 | Travel Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 HOTEL<br>Bank ID: GENR Check Number: 95802 | 190.50 |
| 07/05/12 | Travel Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 HOTEL<br>Bank ID: GENR Check Number: 95802 | 602.25 |
| 07/05/12 | Travel Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 HOTEL<br>Bank ID: GENR Check Number: 95802 | 190.97 |
| 07/05/12 | Travel Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12  CAB FARE, PARKING<br>Bank ID: GENR Check Number: 95802 | 85.00 |
| 07/09/12 | Travel Expense - NADER RAJA ATTEND SCRA POST BANKRUPTCY BUSINESS MEETINGS 6/17/12 - 6/21/12 HOTEL<br>Bank ID: GENR Check Number: 96185 | 708.52 |
| 07/09/12 | Travel Expense - NADER RAJA ATTEND SCRA POST BANKRUPTCY BUSINESS MEETINGS 6/17/12 - 6/21/12 BAGGAGE FEES, PARKING<br>Bank ID: GENR Check Number: 96185 | 78.00 |
| 07/02/12 | Meal Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12<br>Bank ID: GENR Check Number: 95829 | 41.48 |
| 07/02/12 | Meal Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12<br>Bank ID: GENR Check Number: 95829 | 93.40 |
| 07/02/12 | Meal Expense - MARK WIERMAN TRAVEL AND WORK IN DALLAS, TX OFFICE 6/17/12 - 6/22/12<br>Bank ID: GENR Check Number: 95829 | 58.09 |
| 07/05/12 | Meal Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12<br>Bank ID: GENR Check Number: 95802 | 30.18 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
SEPTEMBER 17, 2012

0R0802-301151

FED ID NO. 63-0243316

ResCap

---

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 07/05/12 | Meal Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 Bank ID: GENR Check Number: 95802 | 122.36 |
| 07/05/12 | Meal Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 Bank ID: GENR Check Number: 95802 | 30.91 |
| 07/05/12 | Meal Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 Bank ID: GENR Check Number: 95802 | 141.12 |
| 07/05/12 | Meal Expense - CORY MENEES DALLAS AFFIDAVIT ROOM TRIP EXPENSES FOR 2 WEEKS 6/10/12 - 6/22/12 Bank ID: GENR Check Number: 95802 | 41.65 |
| 07/09/12 | Meal Expense - NADER RAJA ATTEND SCRA POST BANKRUPTCY BUSINESS MEETINGS 6/17/12 - 6/21/12 Bank ID: GENR Check Number: 96185 | 61.91 |
| 07/30/12 | FED DOCKET SERV-PACER 06/01/2012-06/30/2012 | 5.80 |

COSTS                                    $6,937.96

AMOUNT DUE THIS BILL              $17,839.46

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301151

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 30.50 | 9,851.50 |
| Cory S. Menees | Associate | 300.00 | 3.50 | 1,050.00 |
| Total | | | 34.00 | 10,901.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0802-301151
BILL AMOUNT        $17,839.46                                  INVOICE #  805218

To:    ResCap                        TC Number:        729275
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805218
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0802-301151

                                         Current Invoice

Code Task                               Hours          Fees

C200 Researching Law                     0.80    $      258.40
C300 Analysis and Advice                17.60    $    5,684.80
C400 Third Party Communication           1.30    $      419.90
L110 Fact Investigation/Development      8.40    $    2,713.20
L120 Analysis/Strategy                   1.30    $      419.90
L210 Pleadings                           1.10    $      355.30
P280 Other                               3.50    $    1,050.00

                    ===================================
           TOTAL FEES     34.00    $  10,901.50

              TOTAL FEES DUE            $  10,901.50
        TOTAL DISBURSEMENTS DUE          $   6,937.96
        TOTAL DUE THIS INVOICE           $  17,839.46



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0802-301152
Fort Washington, PA 19034

                                                         INVOICE #  805221

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301152   TC Number: 729745

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Reviewed materials on Texas for possible Modifications | L120 | JDD | .90 | 389.00 | 350.10 |
| 07/02/12 | Discussions on modifications to plan for documentation needed for modifications | L120 | JDD | .20 | 389.00 | 77.80 |
| 07/02/12 | Reviewing materials and prior modifications to prepare for conference call with client | L120 | JDD | .60 | 389.00 | 233.40 |
| 07/02/12 | Conference call with client to discuss scope of loan modification program and business terms | L120 | JDD | .60 | 389.00 | 233.40 |
| 07/02/12 | Reviewed materials to start drafting modifications to loan program | L120 | JDD | .40 | 389.00 | 155.60 |
| 07/02/12 | Review and outline modification document forTexas loans | L120 | KSA | .80 | 223.00 | 178.40 |
| 07/02/12 | Conference call with client regarding modifications | L120 | KSA | .70 | 223.00 | 156.10 |
| 07/03/12 | Reviewed e-mail from client with loan packages for modifications | L120 | JDD | .30 | 389.00 | 116.70 |
| 07/03/12 | Drafting Modification letter/document | L120 | JDD | .30 | 389.00 | 116.70 |
| 07/06/12 | Reviewing client materials with regard to modification document | L120 | JDD | .40 | 389.00 | 155.60 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301152

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Reviewed materials from client regarding loan modification project | L120 | JDD | .30 | 389.00 | 116.70 |
| 07/18/12 | Working on loan modification documents | L120 | JDD | .50 | 389.00 | 194.50 |
| 07/19/12 | Reviewing loan documents to consider for modification | L120 | JDD | .40 | 389.00 | 155.60 |
| 07/19/12 | Working on possible updates to loan modification policies | L120 | JDD | .30 | 389.00 | 116.70 |
| 07/20/12 | Reviewed possible disclosure issues for modifications of certain loans | L120 | JDD | .50 | 389.00 | 194.50 |
| 07/23/12 | Working on loan modification project | B120 | JDD | .40 | 389.00 | 155.60 |
| 07/23/12 | Review of disclosure issues regarding loan modification project | B120 | JDD | .20 | 389.00 | 77.80 |
| 07/24/12 | Reviewing possible disclosure requirements for loan modifications | B120 | JDD | .50 | 389.00 | 194.50 |
| 07/24/12 | Drafting new version of Modification Agreement for certain loans | B120 | JDD | 1.00 | 389.00 | 389.00 |

FEES                                    $3,368.70

AMOUNT DUE THIS BILL                    $3,368.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0802-301152

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. David Dresher | Partner | 389.00 | 7.80 | 3,034.20 |
| Keith S. Anderson | Associate | 223.00 | 1.50 | 334.50 |
| Total | | | 9.30 | 3,368.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0802-301152
BILL AMOUNT        $3,368.70                         INVOICE #  805221

To:    ResCap                        TC Number:          729745
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805221
                                     Period ending:      07/31/2012

Case Management Number      LD  0R0802-301152

                                    Current Invoice
Code Task                           Hours          Fees

B120 Asset Analysis and Recovery    2.10     $   816.90
L120 Analysis/Strategy              7.20     $ 2,551.80

                                ====================================
                    TOTAL FEES     9.30      $ 3,368.70

                   TOTAL FEES DUE            $ 3,368.70
           TOTAL DISBURSEMENTS DUE           $     0.00
           TOTAL DUE THIS INVOICE            $ 3,368.70



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301153

INVOICE #  805223

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301153   TC Number: 730465

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review client documents for litigation analysis and time line | L110 | MPE | 1.10 | 149.00 | 163.90 |
| 07/17/12 | Research public records for real estate history and add relevant events to the litigation analysis and time line | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 07/18/12 | Research public records to review title | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/18/12 | Review and analyze new matter to research foreclosure notice requirements | L210 | CWH | .20 | 330.00 | 66.00 |
| 07/20/12 | Review and analyze client correspondence, pleadings and other relevant documents in preparation for drafting initial case assessment memorandum | L120 | NJV | .60 | 258.00 | 154.80 |
| 07/27/12 | Research public records to assess litigation strategy | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/31/12 | Draft litigation status report for client . | L120 | NJV | .10 | 258.00 | 25.80 |

FEES                                          $648.90

AMOUNT DUE THIS BILL                          $648.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301153

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0802-301153

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nicholas J. Voelker | Associate | 258.00 | .70 | 180.60 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.70 | 402.30 |
| Total | | | 3.60 | 648.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301153
BILL AMOUNT          $648.90                             INVOICE #  805223

To:    ResCap                       TC Number:           730465
       1100 Virginia Drive          Invoice Date:        09/17/2012
       Fort Washington, PA 19034    Invoice No.          805223
                                    Period ending:       07/31/2012

Case Management Number     LD  0R0802-301153

                                       Current Invoice
Code Task                           Hours          Fees

L110 Fact Investigation/Development    2.70    $    402.30
L120 Analysis/Strategy                 0.70    $    180.60
L210 Pleadings                         0.20    $     66.00

                    =================================
              TOTAL FEES    3.60    $    648.90

              TOTAL FEES DUE          $    648.90
       TOTAL DISBURSEMENTS DUE        $      0.00
          TOTAL DUE THIS INVOICE      $    648.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0802-301154
Fort Washington, PA 19034

                                                          INVOICE #  805225

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301154  TC Number: 730698

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Review and analyze complaint, response, and reply thereto for purposes of drafting surreply | L120 | CSM | 1.00 | 300.00 | 300.00 |
| 07/31/12 | Research regarding  administrative claims process | C200 | CSM | 1.80 | 300.00 | 540.00 |
| 07/31/12 | Draft reply to mortgagor's letter replying to GMACM's response to complaint | L210 | CSM | 1.40 | 300.00 | 420.00 |

|  | FEES |  |  |  |  | $1,260.00 |

| 07/30/12 Copy Charges Caselaw |  |  |  |  | 0.00 |  |

                        AMOUNT DUE THIS BILL                $1,260.00

                   ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301154

*FED ID NO. 63-0243316*

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 4.20 | 1,260.00 |
| Total | | | 4.20 | 1,260.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301154
BILL AMOUNT          $1,260.00                           INVOICE #  805225

To:    ResCap                          TC Number:        730698
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805225
                                       Period ending:    07/31/2012

Case Management Number      LD   0R0802-301154

                                            Current Invoice
Code Task                               Hours          Fees

C200 Researching Law                     1.80     $    540.00
L120 Analysis/Strategy                   1.00     $    300.00
L210 Pleadings                           1.40     $    420.00

                           =====================================
                    TOTAL FEES           4.20     $  1,260.00

                    TOTAL FEES DUE                $  1,260.00
            TOTAL DISBURSEMENTS DUE               $      0.00
            TOTAL DUE THIS INVOICE               $  1,260.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301155

INVOICE #  805227

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301155  TC Number: 730611

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Review client file to determine appropriate course of action | L120 | RK | .70 | 185.00 | 129.50 |
| 07/25/12 | Review new file received from client and analyze for action plan | L110 | GWG | 1.20 | 263.00 | 315.60 |
| 07/26/12 | Call with client regarding strategy | L120 | GWG | .30 | 263.00 | 78.90 |
| 07/26/12 | Conference with client regarding case status | L120 | RK | .50 | 185.00 | 92.50 |

FEES                                                    $616.50

AMOUNT DUE THIS BILL                         $616.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301155

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | 1.50 | 394.50 |
| Riley Key | Associate | 185.00 | 1.20 | 222.00 |
| Total | | | 2.70 | 616.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301155
BILL AMOUNT          $616.50                             INVOICE #  805227

To:    ResCap                        TC Number:       730611
       1100 Virginia Drive           Invoice Date:    09/17/2012
       Fort Washington, PA 19034     Invoice No.      805227
                                     Period ending:   07/31/2012

Case Management Number      LD  0R0802-301155

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.20 | $  315.60 |
| L120 | Analysis/Strategy | 1.50 | $  300.90 |
| | ================================ | | |
| | TOTAL FEES | 2.70 | $  616.50 |
| | TOTAL FEES DUE | | $  616.50 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $  616.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301156

INVOICE #  805228

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301156   TC Number: 730775

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Review  County City Ordinance Citation and related files and research the underlying ordinance, its requirements, and fines | L120 | CWH | .80 | 330.00 | 264.00 |
| 07/24/12 | Receipt and review of County. citation regarding foreclosure properties and conferred with involved parties regarding same (1); researched County ordinance and applicable state statutes (1.7); review of previous letter sent to GMAC regarding foreclosure process and email correspondence related thereto (.7); telephone calls with client regarding county citation (.4) | B250 | CJA | 3.80 | 210.00 | 798.00 |
| 07/25/12 | Telephone calls with client and other involved parties regarding mitigation of fine (.8); receipt and review detailing foreclosure procedures (.9) | B250 | CJA | 1.70 | 210.00 | 357.00 |
| 07/25/12 | Compare list of foreclosure properties sent from County to GMAC's REO data to determine discrepancies | L110 | MPE | 3.20 | 149.00 | 476.80 |
| 07/25/12 | Review and analyze County's list of foreclosure properties from August 2011 and evaluate for compliance | L120 | CWH | 2.20 | 330.00 | 726.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301156

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Multiple phone calls with client about GMAC's foreclosure procedures in County and our initial findings after reviewing foreclosure files | L120 | CWH | .50 | 330.00 | 165.00 |
| 07/25/12 | Review GMAC's documentation and emails regarding the County properties that are now subject to possible sanctions/penalties | L120 | CWH | .40 | 330.00 | 132.00 |
| 07/26/12 | Review and revise spreadsheet of the foreclosed properties from the August 2011 notice and draft email regarding same to client | L120 | CWH | .40 | 330.00 | 132.00 |
| 07/26/12 | Attend various conference calls with client regarding identification of properties in foreclosure in County and registration of same in order to address fine | L120 | CWH | 1.10 | 330.00 | 363.00 |
| 07/26/12 | Draft emails to client regarding the existence of an open foreclosure action, and County lien | L120 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Exchange e-mails with client about lien the County imposed on foreclosure property | L120 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Continue to review and analyze issues with the proposed fine and compare various property registration lists from GMAC, and the County, | L120 | CWH | 1.70 | 330.00 | 561.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0802-301156

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Search for and analyze foreclosure registration documents for the files County's fine list | L120 | CWH | .40 | 330.00 | 132.00 |
| 07/26/12 | Phone calls with client regarding GMAC's foreclosure procedures in County | L120 | CWH | .30 | 330.00 | 99.00 |
| 07/26/12 | Review and analyze Third Party Vendor / GMAC policy and procedure regarding registering GMAC's foreclosure properties | L120 | CWH | .30 | 330.00 | 99.00 |
| 07/26/12 | Attend conference call with client, and several people from Third Party Vendor regarding their process of registering GMAC's foreclosure properties in  County and elsewhere | L120 | CWH | .40 | 330.00 | 132.00 |
| 07/26/12 | Register for access to the county foreclosure registry site to assist with GMAC foreclosure files | L110 | MPE | .60 | 149.00 | 89.40 |
| 07/26/12 | Receive and review information on lien asserted by County and research address to determine if foreclosure is currently open and status of foreclosure | L110 | MPE | 1.60 | 149.00 | 238.40 |
| 07/26/12 | Cross reference third party vendor's records of GMAC's requests to pay registration fees | L110 | MPE | 7.60 | 149.00 | 1,132.40 |
| 07/26/12 | Conferred with involved parties regarding ordinance and documentation provided by GMAC related to previous foreclosures and review of same (1.6); conferred with involved parties regarding bankruptcy implications of citation (.4); researched applicability | B250 | CJA | 4.60 | 210.00 | 966.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0802-301156

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | of automatic stay to County time  (1.1); conference call with GMAC regarding preliminary findings (.5); additional conference call regarding property registrations and next steps regarding fine (1.0) | | | | | |
| 07/27/12 | Telephone call with client regarding internal records of registrations (.4); conference call with client regarding strategy with County officials (1.0); telephone call with S.Elwald regarding fine (.2); telephone calls with client regarding update to assets forming foreclosure citation | B250 | CJA | 2.20 | 210.00 | 462.00 |
| 07/27/12 | Research dockets for the county foreclosure cases cited in the August 2011 letter to determine current case status, correct property address and current counsel and create index of properties with all relevant information | L110 | MPE | 9.80 | 149.00 | 1,460.20 |
| 07/27/12 | Continue to review and analyze GMAC's properties against information provided by third party vendor, the August 2011 notice list, and the County registry website to determine GMAC's compliance with county ordinance | L120 | CWH | 2.50 | 330.00 | 825.00 |
| 07/27/12 | Attend conference call with client to discuss continued projects related to County properties | L120 | CWH | .30 | 330.00 | 99.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
SEPTEMBER 17, 2012

OR0802-301156

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Attend conference call with Morrison Foerster,and client to discuss possible bankruptcy impact/defenses to County's attempted fines | L120 | CWH | .50 | 330.00 | 165.00 |
| 07/27/12 | Review County master chart and begin researching dockets to determine status of case and most recent counsel | L110 | KK | .30 | 91.00 | 27.30 |
| 07/27/12 | Revise, edit and finalize County Ordinance requirements checklist | L120 | NJV | 1.70 | 258.00 | 438.60 |
| 07/28/12 | Research foreclosure matters from the list of County properties to determine title holder. | L110 | MPE | .90 | 149.00 | 134.10 |
| 07/28/12 | Research all addresses from list of County foreclosure properties to determine registration status. | L110 | MPE | 4.30 | 149.00 | 640.70 |
| 07/28/12 | Research lis pendens and original mortgages for 12 properties from list of county foreclosure properties status to GMAC's case index for further research. | L110 | MPE | 1.10 | 149.00 | 163.90 |
| 07/28/12 | Research dockets for 50 cases listed as delinquent sent from Pasco COunty in July 2012 to determine case status. | L110 | MPE | 3.20 | 149.00 | 476.80 |
| 07/28/12 | Research and review docket for fifty properties from County's July 2012 list to determine filing date, current status of litigation, and current counsel | L110 | KK | 3.10 | 91.00 | 282.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
SEPTEMBER 17, 2012

0R0802-301156

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/29/12 | Cross reference 26 delinquent county cases with records of files removed from outside council's office and evaluate files | L110 | MPE | 2.10 | 149.00 | 312.90 |
| 07/29/12 | Review and analyze emails/spreadsheets from GMAC regarding the county foreclosure properties and compare to BABC's findings after checking county website | L120 | CWH | .40 | 330.00 | 132.00 |
| 07/30/12 | Review and analyze history of communications between GMAC and County, leading up to sanctions letter and create timeline of same | L120 | CWH | .90 | 330.00 | 297.00 |
| 07/30/12 | Conference call with client to discuss status of review of the county foreclosure  properties | L120 | CWH | .40 | 330.00 | 132.00 |
| 07/30/12 | Exchange several emails and phone calls with client regarding best way to get information on the county foreclosure properties | L120 | CWH | .70 | 330.00 | 231.00 |
| 07/30/12 | Continue to analyze numerous emails/spreadsheets from GMAC regarding the county foreclosure properties, compare to BABC's findings after checking county website, and research individual properties for further information | L120 | CWH | 2.50 | 330.00 | 825.00 |
| 07/30/12 | Review list of county foreclosure cases with respect to county fines and allegations | L110 | MPE | 3.50 | 149.00 | 521.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Conferred with client regarding update to asset list forming citation (.3); conference calls with GMAC regarding property registration status (.5); conference call with GMAC officials regarding master report of registration issues  (.8); review of proof of registration documents and conferred with involved parties regarding same (1.1) | B250 | CJA | 2.70 | 210.00 | 567.00 |
| 07/30/12 | Review results of file review and consider approach to county claims | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/30/12 | Prepare for and attend two conference calls with client regarding strategy for addressing fine and next steps | L190 | FWA | 1.60 | 345.00 | 552.00 |
| 07/31/12 | Conferred with client regarding internal data related to foreclosure  (.5); review of documentation and timelines concerning foreclosure status and dates and conferred with involved parties regarding same (.8) | B250 | CJA | 1.30 | 210.00 | 273.00 |
| 07/31/12 | Additional internal and external research regarding county identified foreclosure files and addresses from the county list of foreclosure properties | L110 | MPE | 8.50 | 149.00 | 1,266.50 |
| 07/31/12 | Continue to update and analyze spreadsheets from GMAC/and third party vendor regarding the county foreclosure properties, compare to county registry and other  records, and develop strategy for responding to the county's fines and send various emails to client advising | L120 | CWH | 3.80 | 330.00 | 1,254.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
SEPTEMBER 17, 2012

0R0802-301156

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | of status | | | | | |
| 07/31/12 | Review data and materials related to outstanding fine and confer with county attorney regarding same | L190 | FWA | 2.20 | 345.00 | 759.00 |
| 07/31/12 | Review LPS notes to determine status of case, resolution, and foreclosure counsel for various County cases | L110 | KK | 2.10 | 91.00 | 191.10 |
| | FEES | | | | | $19,725.20 |
| | AMOUNT DUE THIS BILL | | | | | $19,725.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      9
SEPTEMBER 17, 2012

0R0802-301156

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Wendell Allen | Partner | 345.00 | 4.50 | 1,552.50 |
| Christian W. Hancock | Partner | 330.00 | 20.90 | 6,897.00 |
| Nicholas J. Voelker | Associate | 258.00 | 1.70 | 438.60 |
| C. Jason Avery | Associate | 210.00 | 16.30 | 3,423.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 46.40 | 6,913.60 |
| Kerry Keane | Paralegal | 91.00 | 5.50 | 500.50 |
| Total | | | 95.30 | 19,725.20 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0802-301156
BILL AMOUNT        $19,725.20                         INVOICE #  805228

To:     ResCap                    TC Number:        730775
        1100 Virginia Drive       Invoice Date:     09/17/2012
        Fort Washington, PA 19034 Invoice No.       805228
                                  Period ending:    07/31/2012

Case Management Number      LD   0R0802-301156

|      |                                           | Current Invoice | |
| Code | Task                                      | Hours | Fees |
|------|-------------------------------------------|-------|------|
| B250 | Real Estate                               | 16.30 | $ 3,423.00 |
| L110 | Fact Investigation/Development            | 51.90 | $ 7,414.10 |
| L120 | Analysis/Strategy                         | 22.60 | $ 7,335.60 |
| L190 | Other Case Assessment, Develop't/Admin    | 4.50  | $ 1,552.50 |

```
                        ====================================
            TOTAL FEES   95.30    $ 19,725.20

            TOTAL FEES DUE          $ 19,725.20
    TOTAL DISBURSEMENTS DUE         $      0.00
    TOTAL DUE THIS INVOICE          $ 19,725.20
```



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301157

INVOICE #  805231

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301157   TC Number: 703979

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Review and analyze borrower's loan, modification, and foreclosure history and exchange e-mails with client regarding same to flesh out details and questions | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/30/12 | Initial discussions with client regarding government questions about matter | L110 | CWH | .50 | 330.00 | 165.00 |
| 07/31/12 | Continue to review and analyze borrower's loan, modification, and foreclosure history and develop response to state Attorney General | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                  $363.00

AMOUNT DUE THIS BILL                  $363.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
SEPTEMBER 17, 2012

0R0802-301157

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.10 | 363.00 |
| Total | | | 1.10 | 363.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301157
BILL AMOUNT          $363.00                             INVOICE #  805231

To:    ResCap                        TC Number:          703979
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805231
                                     Period ending:      07/31/2012

Case Management Number        LD  0R0802-301157

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L110 Fact Investigation/Development | | 1.10 | $  363.00 |
| | ==================================== | | |
| TOTAL FEES | | 1.10 | $  363.00 |
| TOTAL FEES DUE | | | $  363.00 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $  363.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301160

INVOICE #  805233

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301160  TC Number: 702040

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Review and revise legal research memorandum regarding loan modification procedures | L320 | MW | 1.30 | 263.00 | 341.90 |
| 07/02/12 | Review and analyze loan modifications practices and procedures | L120 | MW | .40 | 263.00 | 105.20 |
| 07/02/12 | Review and analyze status of Mississippi litigation matter | L120 | JMH | .50 | 241.00 | 120.50 |
| 07/02/12 | Telephone conference with client regarding title release to borrowers | L160 | JMH | .10 | 241.00 | 24.10 |
| 07/02/12 | Reviewed and analyzed local GMAC foreclosure firms' action plan reports and additional sales and trial information | B110 | MMP | 2.80 | 149.00 | 417.20 |
| 07/02/12 | Instructions re: spreadsheet for reporting action plan results and bulk trial activity to client | L120 | JDM | .60 | 336.00 | 201.60 |
| 07/02/12 | Analysis of correspondence with GMAC foreclosure firm re: bulk trial/action plan reporting information | L120 | JDM | .40 | 336.00 | 134.40 |
| 07/02/12 | Edit and revise spreadsheet template for reporting action plan and bulk trial results to client | L120 | JDM | 1.10 | 336.00 | 369.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Multiple e-mail correspondence with several GMAC foreclosure firms re: action plan and bulk trial reporting | L120 | JDM | 2.30 | 336.00 | 772.80 |
| 07/02/12 | Analysis of remediation templates and correspondence re: remediation motions forGMAC local counsel firm | L120 | JDM | .60 | 336.00 | 201.60 |
| 07/02/12 | Correspondence with GMAC local counsel firm re: action plan/bulk trial reporting | L120 | JDM | .70 | 336.00 | 235.20 |
| 07/02/12 | Respond to requests for documents from client | L320 | JW | .30 | 190.00 | 57.00 |
| 07/02/12 | Attended teleconference set by client regarding trials | L120 | DBO | .40 | 345.00 | 138.00 |
| 07/02/12 | Correspondence with client regarding state-specific checklist training | L120 | DBO | .20 | 345.00 | 69.00 |
| 07/02/12 | Correspondence with client regarding May sales and follow-up correspondence regarding spreadsheets and orders to show cause | L120 | DBO | .40 | 345.00 | 138.00 |
| 07/02/12 | Review and analyze issues with REO insurance proceeds | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/02/12 | Prepare for and attend meetings with client re: beneficiary matrix status and affidavit issues and consider next steps with regard to same | L190 | FWA | 1.30 | 345.00 | 448.50 |
| 07/02/12 | Prepare for and attend conference call with client re: use of the beneficiary matrix | L190 | FWA | 1.40 | 345.00 | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Prepare for and attend conference call with client re: local Mass Trials project | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/02/12 | Telephone conference with client re: document inrosements and indorsement authority | C300 | KTW | .50 | 380.00 | 190.00 |
| 07/02/12 | Research and work on memo re: insurance proceeds checks | C300 | KTW | 1.40 | 380.00 | 532.00 |
| 07/02/12 | Review issues re: insurance proceeds checks | C300 | KTW | .30 | 380.00 | 114.00 |
| 07/02/12 | Draft and send memo re: final settlement documents | C300 | KTW | .70 | 380.00 | 266.00 |
| 07/02/12 | Review additional information re: insurance checks payable jointly | C300 | KTW | .60 | 380.00 | 228.00 |
| 07/02/12 | Work on matrix question regarding investor codes | L120 | LDV | .30 | 406.00 | 121.80 |
| 07/02/12 | Review May Sales spreadsheet regarding firms updated sale information and totals | L110 | NWN | .30 | 135.00 | 40.50 |
| 07/02/12 | Receive, review, and input GMAC's Action Plan Reports information received from numerous GMAC foreclosure counsel into internal database | L110 | NWN | 1.90 | 135.00 | 256.50 |
| 07/02/12 | Draft and finalize proposed resolution of issues relating to certain CAlifornia issues | L120 | ASI | .50 | 249.00 | 124.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Research, analyze and respond to issues raised by Record Services department in execution of documents | L110 | ASI | .80 | 249.00 | 199.20 |
| 07/02/12 | Review applicable state law and current client practice relating to loss mitigation documents and affidavits to formulate updated templates for same | L110 | ASI | 1.20 | 249.00 | 298.80 |
| 07/02/12 | Review, analyze and respond to document execution and remediation issues | L120 | ASI | .80 | 249.00 | 199.20 |
| 07/02/12 | Prepare for and attend call with client relating to document execution practices and procedures | L140 | ASI | 1.00 | 249.00 | 249.00 |
| 07/02/12 | Review memorandum of law and applicable facts relating to  loan modifications | L110 | ASI | 1.00 | 249.00 | 249.00 |
| 07/02/12 | Review updated state loss mitigation affidavit and update GMAC's index | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/02/12 | Review state specific loss mitigation affidavit and update GMAC's index. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/02/12 | Correspond regarding changes to applicable state's statutesand impact on revisions to compliance template | B110 | ASK | .10 | 195.00 | 19.50 |
| 07/02/12 | Participate in weekly beneficiary matrix conference | L120 | CC | .50 | 190.00 | 95.00 |
| 07/02/12 | Review and analyze issues regarding beneficiary matrix and state agencies | L120 | CC | .50 | 190.00 | 95.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review and analyze issues regarding insurance check made payable jointly to GMAC and borrower | L120 | CC | .80 | 190.00 | 152.00 |
| 07/03/12 | Review and analyze beneficiary matrix regarding FNMA powers of attorney and foreclosures of insured loans | L120 | CC | 1.00 | 190.00 | 190.00 |
| 07/03/12 | Review and analyze issues regarding procedures and prosection | L120 | CC | .50 | 190.00 | 95.00 |
| 07/03/12 | Revise memorandum regarding  loan modification procedures and practices | L190 | ASI | .70 | 249.00 | 174.30 |
| 07/03/12 | Research, analyze and respond to issues regarding execution of documents | L110 | ASI | .40 | 249.00 | 99.60 |
| 07/03/12 | Prepare for and attend call with client relating to notarization research | L120 | ASI | .60 | 249.00 | 149.40 |
| 07/03/12 | Draft loss mitigation documents and affidavits of compliance for purposes of updating templates for same | L140 | ASI | .50 | 249.00 | 124.50 |
| 07/03/12 | Research and respond to issues regarding local remedial loan files | L110 | ASI | .30 | 249.00 | 74.70 |
| 07/03/12 | Worked on foreclosure policies and procedures | C300 | ACA | 1.50 | 380.00 | 570.00 |
| 07/03/12 | Responded with comments to SPOC procedures | B410 | WLN | .50 | 420.00 | 210.00 |
| 07/03/12 | Analysis regarding miscellaneous default fees under applicable state law | L120 | PMD | .60 | 345.00 | 207.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Contact Wilmington re: power of attorney | L190 | FWA | .40 | 345.00 | 138.00 |
| 07/03/12 | Confer with client re:  loan modification procedures and practices in Florida | L190 | FWA | .60 | 345.00 | 207.00 |
| 07/03/12 | Review and revise loan modification procedures memo | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/03/12 | Prepare for and attend meeting with client re: use of the beneficiarymatrix | L190 | FWA | 1.00 | 345.00 | 345.00 |
| 07/03/12 | Confer with client re: DIP issue | L190 | FWA | .40 | 345.00 | 138.00 |
| 07/03/12 | Draft memo detailing options in handling insurance checks made payable to GMAC and borrowers. | L120 | CC | 2.00 | 190.00 | 380.00 |
| 07/03/12 | Review and analyze issues regarding DIP facility and investor codes | L120 | CC | .50 | 190.00 | 95.00 |
| 07/03/12 | Receipt and review of GMAC foreclosure firms' action plan reporting materials | L120 | JDM | 2.10 | 336.00 | 705.60 |
| 07/03/12 | Reviewed and analyzed local foreclosure firms' action plan reports and additional sales and trial information | B110 | MMP | 2.10 | 149.00 | 312.90 |
| 07/03/12 | Telephone conferences and e-mail correspondence with GNAC foreclosure firms re: action plan reporting requirements | L120 | JDM | 2.00 | 336.00 | 672.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    7
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Multiple e-mail correspondence and telephone communications with local firms re: form and sufficiency of action plan reports, and bulk trial scheduling and communication | L120 | JDM | 4.50 | 336.00 | 1,512.00 |
| 07/05/12 | Instructions re: monthly report spreadsheet to client | L120 | JDM | .60 | 336.00 | 201.60 |
| 07/05/12 | Teleconference and correspondence with clientregarding subpoena issues and how impacted by bankruptcy | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/05/12 | Research and teleconference with firms and other servicers regarding procedures and practices | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/05/12 | Review action plan responses related to June and prepare spreadsheet to client regarding metrics of FL firms | L120 | DBO | 1.40 | 345.00 | 483.00 |
| 07/05/12 | Reviewed and analyzed foreclosure firms' action plan reports and additional sales and trial information | B110 | MMP | 2.80 | 149.00 | 417.20 |
| 07/05/12 | Review and analysis of  loan modification processes and practices | L120 | MW | .40 | 263.00 | 105.20 |
| 07/05/12 | Request, receive and review copy of order granting disbursement of funds and award of attorneys fees and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/05/12 | Prepare for and confer with client re: Barclays DIP | L190 | FWA | .60 | 345.00 | 207.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      8
SEPTEMBER 17, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Prepare for and attend meeting with foreclosure team re: beneficiary matrix | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/05/12 | Review beneficiary matrix use memos and provide comments to client | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/05/12 | Prepare for and attend conference call with client re: MERS issues and provide written summary to client re: same | L190 | FWA | 1.80 | 345.00 | 621.00 |
| 07/05/12 | Review issues related to FNMA POA and confer with client re: same | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/05/12 | Reviewed Barclays credit agreement | L120 | LDV | 1.20 | 406.00 | 487.20 |
| 07/05/12 | Drafted email to client regarding beneficiary matrix | L120 | LDV | .30 | 406.00 | 121.80 |
| 07/05/12 | Conference call with client regarding BMMZ codes | L120 | LDV | .70 | 406.00 | 284.20 |
| 07/05/12 | Receive, review, and input several foreclosure firms' June Action Reporting into internal database | L110 | NWN | 2.90 | 135.00 | 391.50 |
| 07/05/12 | Research, review and analyze issues relating to execution of foreclosure documents and communicate with client and default counsel about same | L120 | ASI | .80 | 249.00 | 199.20 |
| 07/05/12 | Review and revise memorandum in response to motion for protective order in contested foreclosure case | L210 | ASI | 1.00 | 249.00 | 249.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     9
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Receive and review docket to determine status and Order setting pretrial conference | L110 | MPE | .40 | 149.00 | 59.60 |
| 07/05/12 | Review and analyze issues regarding investor codes for beneficiary matrix | L120 | CC | 1.00 | 190.00 | 190.00 |
| 07/05/12 | Conference regarding investor codes for beneficiary matrix | L120 | CC | .50 | 190.00 | 95.00 |
| 07/06/12 | Correspond regarding state foreclosure statutory changes and impact on compliance template. | C300 | ASK | .50 | 195.00 | 97.50 |
| 07/06/12 | Review and finalize the response to the Second Judicial Notice | L210 | MPE | .30 | 149.00 | 44.70 |
| 07/06/12 | Revise and finalize state-specific affidavit template | L210 | ASI | .70 | 249.00 | 174.30 |
| 07/06/12 | Research, review and analyze issues raised by client realting to foreclosure documents and communicate with client and default counsel about same | L120 | ASI | 2.30 | 249.00 | 572.70 |
| 07/06/12 | Review and analyze opposing counsel's opposition to the motion for admission for pro hac vice | L210 | ASI | .30 | 249.00 | 74.70 |
| 07/06/12 | Research, analyze and respond to issues raised by client regarding execution of documents | L120 | ASI | .60 | 249.00 | 149.40 |
| 07/06/12 | Receive and review emails pertaining to GMAC's June Action Plan Reports received from firms to date | L120 | NWN | .30 | 135.00 | 40.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Continue entering in local counsels' June Action Reporting into internal database | L110 | NWN | 3.30 | 135.00 | 445.50 |
| 07/06/12 | Review and prepare June Monthly spreadsheet and forward for review in preparation of client review | L110 | NWN | .90 | 135.00 | 121.50 |
| 07/06/12 | Reviewed SPOC procedures and emailed comments to client | B410 | WLN | .50 | 420.00 | 210.00 |
| 07/06/12 | Research and work on memo re: procedures for document indorsement | C300 | KTW | 2.40 | 380.00 | 912.00 |
| 07/06/12 | Work on memo re: insurance proceeds checks payable jointly to GMAC and customer | C300 | KTW | .60 | 380.00 | 228.00 |
| 07/06/12 | Prepare for and attend meeting with client regarding loan modification practices and processes | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/06/12 | Confer with foreclosure counsel re: possible loan modification  in pending matter | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/06/12 | Confer with investor regarding power of attorney | L190 | FWA | .40 | 345.00 | 138.00 |
| 07/06/12 | Review and analyze standing issue raised by foreclosure firm | L120 | MSW | 1.20 | 254.00 | 304.80 |
| 07/06/12 | Assist remediation effort in researching UCC issues and drafting and executing foreclosure documents | C300 | JWA | .80 | 241.00 | 192.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review and analyze issues regarding beneficiary matrix | L120 | CC | .80 | 190.00 | 152.00 |
| 07/06/12 | Review and analyze borrower's second motion for judicial notice and related documents | C300 | MW | 1.10 | 263.00 | 289.30 |
| 07/06/12 | Draft and revise motion to strike borrower's second motion for judicial notice regarding affidavit documents | L210 | MW | 1.80 | 263.00 | 473.40 |
| 07/06/12 | Review and analyze action plan results from FL law firms and develop metrics document regarding same | L120 | DBO | 1.70 | 345.00 | 586.50 |
| 07/06/12 | Review of potentially privileged information/documentation filed by foreclosure counsel and discuss same internally | L120 | DBO | 2.30 | 345.00 | 793.50 |
| 07/06/12 | Correspondence with numerous servicers regarding status of Wells filing | L120 | DBO | .70 | 345.00 | 241.50 |
| 07/06/12 | E-mail instructions to GMAC foreclosure firms re: reporting instructions and telephone communications re: same | L120 | JDM | 1.90 | 336.00 | 638.40 |
| 07/06/12 | Prepared for upcoming NJ meeting regarding status of order to show cause procedure | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/07/12 | Review and analyze question regarding content and format of state Notice of intent to foreclose | L190 | LSDR | .30 | 350.00 | 105.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    12
SEPTEMBER 17, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/07/12 | Review and comment on revised foreclosure department procedures for online policies and procedures manual | L190 | LSDR | 1.10 | 350.00 | 385.00 |
| 07/07/12 | Review and comment on revised REO procedures | L190 | LSDR | .60 | 350.00 | 210.00 |
| 07/07/12 | Review and analyze questions regarding state Notice of Intent to foreclose | L190 | LSDR | .40 | 350.00 | 140.00 |
| 07/08/12 | Review and comment on revised foreclosure department procedures for online manual | L190 | LSDR | 1.30 | 350.00 | 455.00 |
| 07/08/12 | Review and analyze notice of intent to foreclose requirements under state regulations | L190 | LSDR | .90 | 350.00 | 315.00 |
| 07/08/12 | Revise memo to client re: fees and costs allowable under state law | L190 | FWA | .40 | 345.00 | 138.00 |
| 07/08/12 | Reviewed foreclosure policies and procedures. | C300 | ACA | 1.00 | 380.00 | 380.00 |
| 07/09/12 | Worked on foreclosure policies and procedures and sent out comments. | C300 | ACA | 1.00 | 380.00 | 380.00 |
| 07/09/12 | Research, review and analyze issues relating to execution of foreclosure documents and communicate with client and default counsel about same | L120 | ASI | 4.00 | 249.00 | 996.00 |
| 07/09/12 | Communicate with client and default counsel about files selected for AG letter | L120 | ASI | .20 | 249.00 | 49.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      13
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Receive and review uniform foreclosure trial order from Miami Dade county setting 135 cases for trial and review all cases to confirm all cases have counsel | L110 | MPE | 1.10 | 149.00 | 163.90 |
| 07/09/12 | Research standing to foreclose issues | L120 | CC | 1.30 | 190.00 | 247.00 |
| 07/09/12 | Participate in weekly beneficiary matrix conference | L120 | CC | .60 | 190.00 | 114.00 |
| 07/09/12 | Participate in conference regarding use of beneficiary matrix by client | L120 | CC | .60 | 190.00 | 114.00 |
| 07/09/12 | Prepare for and attend meeting with client re: beneficiary matrix | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/09/12 | Prepare for and attend conference call with client regarding RESCAP sale | L190 | FWA | 1.00 | 345.00 | 345.00 |
| 07/09/12 | Review and approve revised bankruptcy practice and procedures policy | B420 | JRB | .50 | 372.00 | 186.00 |
| 07/09/12 | Researched REO questions about practices and procedures | L120 | LDV | 2.50 | 406.00 | 1,015.00 |
| 07/09/12 | Continue to review and analyze questions regarding requirements for content of state Notice of Intent to foreclose | L190 | LSDR | 3.20 | 350.00 | 1,120.00 |
| 07/09/12 | Receive and review June report from GMAC outside law firm | L110 | NWN | .30 | 135.00 | 40.50 |
| 07/09/12 | Update Monthly Spreadsheet regarding June received from GMAC outside law firm | L190 | NWN | .60 | 135.00 | 81.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Receive, review and input GMAC's Action Plan Reports information received from GMAC outside law firm into internal database for bulk trial preparation | L110 | NWN | 1.80 | 135.00 | 243.00 |
| 07/09/12 | Teleconference with client regarding subpoena/deposition issues in FL | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/09/12 | Teleconference with S.Moore regarding memorandum about signing authority in various jurisdictions and research and revise same | L120 | DBO | 1.10 | 345.00 | 379.50 |
| 07/09/12 | Correspondence with outside GMAC counsel regarding fee issues with the firm, bulk trials, and orders to show cause | L120 | DBO | .60 | 345.00 | 207.00 |
| 07/09/12 | Multiple e-mail correspondence with outside counsel re: action plan reporting | L120 | JDM | .70 | 336.00 | 235.20 |
| 07/09/12 | Study and review previous outside counsel reports and attorney notes re: correspondence from client | L120 | JDM | 1.10 | 336.00 | 369.60 |
| 07/09/12 | E-mail correspondence with client re: outside counsel action plan and bulk trial activity | L120 | JDM | .40 | 336.00 | 134.40 |
| 07/09/12 | Study and review action plan reporting spreadsheet to be sent to client | L120 | JDM | 1.30 | 336.00 | 436.80 |
| 07/09/12 | Receipt and review GMAC foreclosure firms' action plan reporting materials | L120 | JDM | 1.50 | 336.00 | 504.00 |
| 07/09/12 | Reviewed and analyzed local foreclosure firms information for summary purposes | B110 | MMP | 3.20 | 149.00 | 476.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Review local counsel's proposed declaration to reflect recent statelaw changes | L210 | JW | .20 | 190.00 | 38.00 |
| 07/09/12 | Assist state remediation effort in drafting and executing foreclosure documents | C300 | JWA | .90 | 241.00 | 216.90 |
| 07/10/12 | Assist state remediation effort in drafting and executing foreclosure documents | C300 | JWA | 2.10 | 241.00 | 506.10 |
| 07/10/12 | Reviewed and analyzed local foreclosure firms' information for summary purposes | B110 | MMP | 5.20 | 149.00 | 774.80 |
| 07/10/12 | Review and revise motion to strike defendant's second motion for judicial notice based on affidavit issues | L320 | MW | .20 | 263.00 | 52.60 |
| 07/10/12 | Correspondence with foreclosure counsel regarding revised motion to strike and filing of motion | L120 | MW | .30 | 263.00 | 78.90 |
| 07/10/12 | Draft GMAC foreclosure firm review memorandum and e-mail same to client | L120 | JDM | 2.00 | 336.00 | 672.00 |
| 07/10/12 | Teleconference with client regarding bulk trial process | L120 | DBO | .30 | 345.00 | 103.50 |
| 07/10/12 | Numerous correspondence with client regarding relationship of GMAC outside counsel | L120 | DBO | .60 | 345.00 | 207.00 |
| 07/10/12 | Review and revise motion to strike borrower's request for judicial notice | L110 | CWH | .20 | 330.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Telephone conference with GMAC local counsel regarding local foreclosure actions | P280 | CSM | .50 | 300.00 | 150.00 |
| 07/10/12 | Review and revise bulk trial policies and procedures and forward to client regarding same | L120 | DBO | .90 | 345.00 | 310.50 |
| 07/10/12 | Correspondence and teleconference regarding file pulls from several foreclosure firms | L120 | DBO | .70 | 345.00 | 241.50 |
| 07/10/12 | Correspondence with client regarding motion for summary judgment fees, bulk trials, and motions to ratify | L120 | DBO | .60 | 345.00 | 207.00 |
| 07/10/12 | Receive, review, and input GMAC's Action Plan Reports information received from GMAC outside counsel into internal database for bulk trial prep | L110 | NWN | 5.40 | 135.00 | 729.00 |
| 07/10/12 | Receive and review memorandum regarding information received to date from GMAC outside counsel for June | L190 | NWN | .20 | 135.00 | 27.00 |
| 07/10/12 | Receive and review list of scheduled mass trials | L190 | NWN | .20 | 135.00 | 27.00 |
| 07/10/12 | Analysis regarding REO financing issue | L120 | PMD | .20 | 345.00 | 69.00 |
| 07/10/12 | REO research regarding financing issue | L120 | PMD | .70 | 345.00 | 241.50 |
| 07/10/12 | Review and comment on REO marketing issue | L190 | LSDR | 1.90 | 350.00 | 665.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Draft and revise communication to state agency regarding content and mailing of NOI form | L190 | LSDR | 1.90 | 350.00 | 665.00 |
| 07/10/12 | Continue to review and comment on REO policies and procedures | L190 | LSDR | .40 | 350.00 | 140.00 |
| 07/10/12 | Researched REO questions about practices and procedures | L120 | LDV | 2.60 | 406.00 | 1,055.60 |
| 07/10/12 | Review issues regarding endorsements and consider implications of same | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/10/12 | Prepare for and attend conference call with client re: investor designations on beneficiary matrix | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/10/12 | Review materials related to beneficiary matrix issue and consider the same | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/10/12 | Review and analyze questions regarding endorsements | L120 | CC | .70 | 190.00 | 133.00 |
| 07/10/12 | Review and analyze issues regarding foreclosures for RAAC and RAMP securitizations | L120 | CC | 1.00 | 190.00 | 190.00 |
| 07/10/12 | Research, analyze and respond to issues raised by client in execution of documents | L120 | ASI | 1.20 | 249.00 | 298.80 |
| 07/10/12 | Prepare for and attend call with client regarding recent changes in applicable foreclosure law an documents needed for same | L120 | ASI | .50 | 249.00 | 124.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Communicate with default counsel regarding state affidavit template | L120 | ASI | .20 | 249.00 | 49.80 |
| 07/10/12 | Worked on foreclosure policies and procedures issues. | C300 | ACA | 1.50 | 380.00 | 570.00 |
| 07/10/12 | Worked on Record Services policies and procedures issues. | C300 | ACA | 1.80 | 380.00 | 684.00 |
| 07/11/12 | Worked on Record Services policies and procedures. | C300 | ACA | .50 | 380.00 | 190.00 |
| 07/11/12 | Research, analyze and review non-judicial forms provided by default counsel and coordinate creation of standard template for same | L120 | ASI | 1.50 | 249.00 | 373.50 |
| 07/11/12 | Review and analyze issues regarding BMMZ repurchase facility and Barclay's DIP facility | L120 | CC | .50 | 190.00 | 95.00 |
| 07/11/12 | Prepare for and attend meeting with client re: vesting issues | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/11/12 | Confer with client re: naming issues in beneficiary matrix | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/11/12 | Review and analyze vesting issues | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/11/12 | Confer with client re: GNMA/USAA issues | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/11/12 | Review email requesting advice regarding REO financing and prepare email responding to same | P260 | LAF | .50 | 393.00 | 196.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Review and analyze changes to REO policies and procedures | L190 | LSDR | .70 | 350.00 | 245.00 |
| 07/11/12 | Review and analyze response regarding content and mailing of NOI | L190 | LSDR | 1.10 | 350.00 | 385.00 |
| 07/11/12 | Review and analyze issues related to marketing and financing of REO properties | L190 | LSDR | 1.80 | 350.00 | 630.00 |
| 07/11/12 | Review and analyze escrow analysis policies and procedures for online manual | L190 | LSDR | .40 | 350.00 | 140.00 |
| 07/11/12 | Review June Sales Chart | L110 | NWN | .20 | 135.00 | 27.00 |
| 07/11/12 | Receive, review, and input GMAC's Action Plan Reports information received from outside GMAC counsel into internal database for bulk trial preparation | L110 | NWN | 2.70 | 135.00 | 364.50 |
| 07/11/12 | Revise and finalize bulk trial policies and procedures and forward to all FL firms | L120 | DBO | .80 | 345.00 | 276.00 |
| 07/11/12 | Review NJ issues regarding NOIs | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/11/12 | Reviewed and analyzed FL action plan results from firms and prepared summary metrics documents regarding same and sent same to client for review | L120 | DBO | 1.70 | 345.00 | 586.50 |
| 07/11/12 | Correspondence regarding file transfer details of outside GMAC counsel | L120 | DBO | .40 | 345.00 | 138.00 |
| 07/11/12 | Respond to client's request for bankruptcy stay status | L120 | MSW | .30 | 254.00 | 76.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    20
SEPTEMBER 17, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Research and analyze recent state published opinions regarding judicial and nonjudicial foreclosure procedures | L120 | MW | .90 | 263.00 | 236.70 |
| 07/11/12 | Research and analyze assignment of mortgage statutory requirements and published opinion precedent in numerous states | L120 | MW | 4.10 | 263.00 | 1,078.30 |
| 07/11/12 | Reviewed and analyzed local foreclosure firms' information for summary purposes | B110 | MMP | 6.80 | 149.00 | 1,013.20 |
| 07/11/12 | Assist remediation effort in researching UCC issues and  drafting and executing foreclosure documents | C300 | JWA | 1.20 | 241.00 | 289.20 |
| 07/11/12 | Assist state remediation effort in drafting and executing foreclosure documents, including communicating with foreclosure counsel for changes and protocol regarding same | C300 | JWA | 1.90 | 241.00 | 457.90 |
| 07/11/12 | Email client regarding Certificate of Deposit Index checklists and respond to questions regarding the same | L110 | JW | .30 | 190.00 | 57.00 |
| 07/12/12 | Assist remediation effort in researching UCC issues and drafting and executing foreclosure documents | C300 | JWA | 2.20 | 241.00 | 530.20 |
| 07/12/12 | Assist state remediation effort in drafting and executing foreclosure documents | C300 | JWA | 1.70 | 241.00 | 409.70 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    21
SEPTEMBER 17, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Review and update progress chart to determine outstanding deadlines and documents, status of cases, and confirm dockets are current on system | L110 | KK | .40 | 91.00 | 36.40 |
| 07/12/12 | Reviewed and analyzed GMAC foreclosure firms' information for summary purposes | B110 | MMP | 3.90 | 149.00 | 581.10 |
| 07/12/12 | Correspondence to client regarding status of litigation | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/12/12 | Review of recent REO policies and procedures | B250 | CJA | 4.80 | 210.00 | 1,008.00 |
| 07/12/12 | Research and analysis of foreclosure stay regarding foreclosure proceeding | L120 | MW | 2.10 | 263.00 | 552.30 |
| 07/12/12 | Receive and review e-mails from D.Bettino and M.Melodia regarding status of Order to Show Cause process | L120 | JMH | .30 | 241.00 | 72.30 |
| 07/12/12 | Review of transcript from N.J. hearing and prepare correpsondence to client regarding next steps in N.J. | L120 | DBO | .80 | 345.00 | 276.00 |
| 07/12/12 | Research regarding signing authority in multiple jurisdictions for AOIs and prepare memorandum regarding same | L120 | DBO | 2.10 | 345.00 | 724.50 |
| 07/12/12 | Teleconferences and correspondence related to orders to show cause, research statute on same, and litigation strategy | L120 | DBO | 1.40 | 345.00 | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    22
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Correspondence with outside GMAC counsel regarding June deliverables on action plans | L120 | DBO | .40 | 345.00 | 138.00 |
| 07/12/12 | Exchange several emails with client about investor identificatnois in Affidavits | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/12/12 | Review and continue to research state rules for content and mailing of NOI | L190 | LSDR | 1.10 | 350.00 | 385.00 |
| 07/12/12 | Research regarding document endorsement requirements | L120 | LDV | 1.20 | 406.00 | 487.20 |
| 07/12/12 | Work on memo re: checks payable jointly to GMAC and customer | C300 | KTW | .30 | 380.00 | 114.00 |
| 07/12/12 | Prepare for and attend conference call with client re: MERS assignment issues | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 07/12/12 | Prepare for and attend foreclosure status meeting | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/12/12 | Prepare for and attend meeting with client re: vesting issues | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/12/12 | Prepare for and attend conference call with client re: document endorsements | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/12/12 | Continue researching state law for regarding standing to | L120 | CC | 4.50 | 190.00 | 855.00 |
| 07/12/12 | Conference call regarding state affidavit issues | L120 | DCL | .30 | 376.00 | 112.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    23
SEPTEMBER 17, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/12/12 | Research state affidavit issues and changes in foreclosure requirements | L120 | DCL | .50 | 376.00 | 188.00 |
| 07/12/12 | Conference call with client regarding Lost Note Affidavits | L120 | DCL | .40 | 376.00 | 150.40 |
| 07/12/12 | Prepare for and attend call with client relating to New Jersey complaint certification checklists and execution of same | L120 | ASI | .40 | 249.00 | 99.60 |
| 07/12/12 | Reviewed SPOC procedures and responded with approval | B410 | WLN | .50 | 420.00 | 210.00 |
| 07/12/12 | Reviewed revised escrow policies and procedures in preparation for meeting at client's office. | C300 | ACA | 6.50 | 380.00 | 2,470.00 |
| 07/13/12 | Prepare for and attend call with client relating to outstanding remedial files and resolution of same | L120 | ASI | .80 | 249.00 | 199.20 |
| 07/13/12 | Research, review and analyze issues raised by client relating to execution of foreclosure documents and communicate with client and default counsel about same | L120 | ASI | 1.30 | 249.00 | 323.70 |
| 07/13/12 | Respond to inquiries by the GMACM Records Department | L120 | DCL | .50 | 376.00 | 188.00 |
| 07/13/12 | Prepare lost note affidavit form for client | L120 | DCL | .30 | 376.00 | 112.80 |
| 07/13/12 | Advise document execution team regarding statutory compliance | L120 | DCL | .20 | 376.00 | 75.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Participate in conference regarding use of beneficiary matrix by client | L120 | CC | .60 | 190.00 | 114.00 |
| 07/13/12 | Revise memo on beneficiary matrix to incorporate research on state law regarding standing | L120 | CC | 2.80 | 190.00 | 532.00 |
| 07/13/12 | Prepare for and attend conference call on affidavit issues | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/13/12 | Confer with foreclosure counsel re: issues | L190 | FWA | .50 | 345.00 | 172.50 |
| 07/13/12 | Prepare for and attend conference call with client re: noteholder inquiries | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/13/12 | Research and work on memo re: insurance proceeds checks payable jointly to GMAC and customer | C300 | KTW | 1.80 | 380.00 | 684.00 |
| 07/13/12 | Researched regarding document endorsement question | L120 | LDV | .60 | 406.00 | 243.60 |
| 07/13/12 | Receive and review judgments entered spreadsheets | L110 | NWN | .30 | 135.00 | 40.50 |
| 07/13/12 | Prepared for and attended call related to status of order to show cause motion and review and revise verified complaint and order to show cause | L120 | DBO | 1.60 | 345.00 | 552.00 |
| 07/13/12 | Teleconference and correspondence with GMAC outside counsel regarding motion to ratify/vacate/amend | L120 | DBO | .80 | 345.00 | 276.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Correspondence related to bulk trial progress and current bulk trial settings | L120 | DBO | .70 | 345.00 | 241.50 |
| 07/13/12 | Research, review, and analyze applicable state law regarding authority to execute documents | L660 | AH | 1.60 | 185.00 | 296.00 |
| 07/13/12 | Research docket and review available pleadings and e-mail foreclosure counsel regarding sending supplemental pleadings and related documents necessary to begin draft of initial litigation analysis | L110 | KK | .50 | 91.00 | 45.50 |
| 07/13/12 | Assist state remediation effort in drafting and executing foreclosure documents, including communicating with foreclosure counsel for protocol to execute same | C300 | JWA | 1.30 | 241.00 | 313.30 |
| 07/13/12 | Assist remediation effort in researching UCC issues and drafting and executing foreclosure documents | C300 | JWA | 1.50 | 241.00 | 361.50 |
| 07/13/12 | Revise explanatory letter and directive to local counsel regarding preparation of exhibit to verified complaint | L210 | JW | .30 | 190.00 | 57.00 |
| 07/13/12 | Review explanatory letter, Notice of Intent to Foreclose and directive to local counsel regarding preparation of exhibit to verified complaint | L210 | JW | .40 | 190.00 | 76.00 |
| 07/15/12 | Review and analyze applicable state statutory law and case law regarding corporate authority and draft memorandum summarizing findings | L660 | AH | 5.50 | 185.00 | 1,017.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Correspondence to G.Wilkerson regarding pending motions on litigation file | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/16/12 | Draft and revise judgment spreadsheet information | B110 | MMP | 2.90 | 149.00 | 432.10 |
| 07/16/12 | Receipt and review e-mail correspondence from J.Kohl re: litigation matter | L120 | JDM | .50 | 336.00 | 168.00 |
| 07/16/12 | Preparation for and telephone conference with client re litigation | L120 | JDM | .80 | 336.00 | 268.80 |
| 07/16/12 | Preparation for and attend telephone conference with client re litigation matter | L120 | JDM | .60 | 336.00 | 201.60 |
| 07/16/12 | Study and review motion to vacate and correspondence with GMAC outside counsel re: matter and prior version of response to motion to vacate | L120 | JDM | 1.30 | 336.00 | 436.80 |
| 07/16/12 | E-mail correspondence to client re: proposed response to motion to vacate | L120 | JDM | .60 | 336.00 | 201.60 |
| 07/16/12 | Analyze correspondence regarding protocol for default law group file review | L120 | DCL | .20 | 376.00 | 75.20 |
| 07/16/12 | Telephone conference with client regarding state foreclosure checklist completion | L110 | JW | 1.10 | 190.00 | 209.00 |
| 07/16/12 | Draft firm-specific updated Notice of Intent to Foreclose lists | L110 | JW | .30 | 190.00 | 57.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    27
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Email updated  Notice of Intent to Foreclose lists and instructions to counsel | L110 | JW | .10 | 190.00 | 19.00 |
| 07/16/12 | Continue revising standing memorandum regarding updates to research | L120 | CC | 3.50 | 190.00 | 665.00 |
| 07/16/12 | Review pleadings and draft initial litigation analysis to determine status of case and course of action | L110 | KK | .40 | 91.00 | 36.40 |
| 07/16/12 | Draft memo regarding document execution under applicable states' laws | L120 | GP | 5.80 | 185.00 | 1,073.00 |
| 07/16/12 | Assist remediation effort in researching UCC issues and drafting and execuging foreclosure documents | C300 | JWA | .80 | 241.00 | 192.80 |
| 07/16/12 | Assist state remediation effort in drafting and executing foreclosure documents, including communicating with foreclosure counsel for protocol to execute same | C300 | JWA | .60 | 241.00 | 144.60 |
| 07/16/12 | Teleconference set by client regarding litigation hold issues and then follow-up with client regarding same | L120 | DBO | .80 | 345.00 | 276.00 |
| 07/16/12 | Attended numerous teleconferences with client and GMAC outside counsel regarding transfer of files and also provided correspondence related to same | L120 | DBO | 1.30 | 345.00 | 448.50 |
| 07/16/12 | Finalized memorandum relating to document laws in multiple jurisdictions | L120 | DBO | .90 | 345.00 | 310.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Teleconference and correspondence with client and outside GMAC counsel regarding fee issues | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/16/12 | Correspondence with FL foreclosure firms regarding policies and procedures related to bulk trials and action plan responses | L120 | DBO | .60 | 345.00 | 207.00 |
| 07/16/12 | Review outside counsels' Action Plan Reports and prepare summary of information received and still needed revie | L110 | NWN | 1.10 | 135.00 | 148.50 |
| 07/16/12 | Prepare and forward email regarding summary of information received and still needed for Action Plan Reports from certain GMAC law firms | L190 | NWN | .20 | 135.00 | 27.00 |
| 07/16/12 | Receive and review Judgments Entered Spreadsheet | L110 | NWN | .20 | 135.00 | 27.00 |
| 07/16/12 | Review and discuss issues related to state notice of default with internal Legal and business representatives | L120 | LSDR | .50 | 350.00 | 175.00 |
| 07/16/12 | Review and analyze issues related to mailing of state notice of default/intent to foreclose | L120 | LSDR | .70 | 350.00 | 245.00 |
| 07/16/12 | Review and analyze final version of escrow analysis procedures | L120 | LSDR | 5.40 | 350.00 | 1,890.00 |
| 07/16/12 | Prepare for and meet with REO re: vesting issues | L190 | FWA | .80 | 345.00 | 276.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    29
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Confer with client re: document endorsement issues | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/16/12 | Prepare for and attend meeting re: use of beneficiary matrix | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/16/12 | Prepare for and attend weekly beneficiary matrix status meeting | L190 | FWA | 1.00 | 345.00 | 345.00 |
| 07/16/12 | Further review and revise memo on insurance claims checks | L120 | CC | .50 | 190.00 | 95.00 |
| 07/16/12 | Participate in weekly conference regarding beneficiary matrix updates | L120 | CC | .50 | 190.00 | 95.00 |
| 07/16/12 | Continue researching state law regarding standing | L120 | CC | 2.00 | 190.00 | 380.00 |
| 07/16/12 | Further review of Escrow policies and procedures and commenced revisions. | C300 | ACA | 4.00 | 380.00 | 1,520.00 |
| 07/16/12 | Research, review and analyze issues raised by document execution regarding local foreclosure counsel, and communicate with local foreclosure counsel regarding same | C300 | ASI | .80 | 249.00 | 199.20 |
| 07/16/12 | Review and analyze issues raised by client relating to execution of documents and choice of judicial or non-judicial foreclosures | C300 | ASI | 1.10 | 249.00 | 273.90 |
| 07/17/12 | Prepare for and attend call with default counsel relating to owner and holder language in complaints and other foreclosure documents | C300 | ASI | 1.40 | 249.00 | 348.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    30
SEPTEMBER 17, 2012

0R0802-301160

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Research, review and analyze issues raised by client relating to execution of foreclosure documents | C300 | ASI | 1.90 | 249.00 | 473.10 |
| 07/17/12 | Continue researching state case law regarding standing | L120 | CC | 2.00 | 190.00 | 380.00 |
| 07/17/12 | Further revise memorandum on foreclosure standing | L120 | CC | 1.70 | 190.00 | 323.00 |
| 07/17/12 | Review and analyze implications of note assignment issues under UCC | L120 | CC | 1.50 | 190.00 | 285.00 |
| 07/17/12 | Conference regarding investor relations legal analysis project | L120 | DCL | .30 | 376.00 | 112.80 |
| 07/17/12 | Review litigation transcript and evaluate potential for settlement | L120 | DCL | 2.10 | 376.00 | 789.60 |
| 07/17/12 | Advise client regarding last note affidavits | L120 | DCL | .70 | 376.00 | 263.20 |
| 07/17/12 | Review and revise responses to beneficiary matrix questions from client | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/17/12 | Address loan modification issues with foreclosure firms | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/17/12 | Review and revise signing authority memo | L190 | FWA | 1.70 | 345.00 | 586.50 |
| 07/17/12 | Continue to review and analyze escrow analysis procedures for final approval | L120 | LSDR | 4.80 | 350.00 | 1,680.00 |
| 07/17/12 | Revise and comment on escrow analysis procedures for final approval and publication | L120 | LSDR | 6.40 | 350.00 | 2,240.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    31
SEPTEMBER 17, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Teleconference and correspondence regarding owner/holder language in complaints | L120 | DBO | .80 | 345.00 | 276.00 |
| 07/17/12 | Teleconference and correspondence regarding matters and response to GMAC local counsel regarding same | L120 | DBO | .90 | 345.00 | 310.50 |
| 07/17/12 | Review of litigation holds and discuss same with GMAC outside counsel | L120 | DBO | .60 | 345.00 | 207.00 |
| 07/17/12 | Assist state remediation effort in drafting and executing foreclosure documents | C300 | JWA | 2.10 | 241.00 | 506.10 |
| 07/17/12 | Review and revise initial litigation analysis and draft chronology of events to determine status of case | L110 | KK | 1.20 | 91.00 | 109.20 |
| 07/17/12 | Draft corrected Notice of Intent to Foreclose list for GMAC outside counsel | L110 | JW | .20 | 190.00 | 38.00 |
| 07/17/12 | Review GMAC outside counsel Corrected Notice of Intent to Foreclose list response | L110 | JW | .20 | 190.00 | 38.00 |
| 07/17/12 | Telephone conference with GMAC outside counsel regarding corrected Notice of Intent to Foreclose List spreadsheet | L110 | JW | .30 | 190.00 | 57.00 |
| 07/17/12 | Strategize regarding verified complaint in light of Wells Fargo filing and review GMAC outside counsel Corrected Notice of Intent to Foreclose List | L210 | JW | .50 | 190.00 | 95.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    32
SEPTEMBER 17, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Email GMAC outside counsel Corrected Notice of Intent to Foreclose List and accompanying instructions | L210 | JW | .20 | 190.00 | 38.00 |
| 07/17/12 | Preparation for and attend conference call with client and GMAC local counsel re: litigation matter | L120 | JDM | .90 | 336.00 | 302.40 |
| 07/17/12 | Study and review motion to vacate and draft response re: preparation for call with GMAC local counsel | L120 | JDM | 1.80 | 336.00 | 604.80 |
| 07/17/12 | Reviewed and analyzed judgment and sale information | B110 | MMP | 2.40 | 149.00 | 357.60 |
| 07/17/12 | Review of lost instrument affidavit and conferred with involved parties regarding same | B250 | CJA | .40 | 210.00 | 84.00 |
| 07/18/12 | Correspondence regarding new litigation file | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/18/12 | Correspondence regarding status of court Order | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/18/12 | Receipt and review of initial case documentation/pleadings for 1 new matter including locating and reviewing online case dockets to determine all deadlines, preparing initial status memorandums, sending to attorneys outlining allegations and demands and cataloging information on comprehensive litigation chart | L110 | AHC | .60 | 145.00 | 87.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    33
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Assist remediation effort in drafting and executing foreclosure documents, including communicating with foreclosure counsel for protocol to execute same | C300 | JWA | 1.10 | 241.00 | 265.10 |
| 07/18/12 | Research and review call notes and account history to establish timeframe of loan modifications and determine status of case | L110 | KK | .40 | 91.00 | 36.40 |
| 07/18/12 | Review Wells Fargo verified complaint and strategize regarding corresponding GMAC verified complaint | L210 | JW | .50 | 190.00 | 95.00 |
| 07/18/12 | Submit follow-up questions to client regarding Notice of Intention to Foreclose Lists provided by firms | L210 | JW | .20 | 190.00 | 38.00 |
| 07/18/12 | Review corrected Notice of Intention to Foreclose Lists provided by firms | L210 | JW | .50 | 190.00 | 95.00 |
| 07/18/12 | Prepare for on-site Certificate of Deposit Index checklist training | L390 | JW | .60 | 190.00 | 114.00 |
| 07/18/12 | Teleconference with client regarding investor names to include in verified complaint | L210 | JW | .30 | 190.00 | 57.00 |
| 07/18/12 | Draft Order to Show Cause Verified Complaint for filing in N.J. | L210 | JW | 1.70 | 190.00 | 323.00 |
| 07/18/12 | Reviewed Wells Fargo's filing of summary action process and forwarded same to client with explanation of filing | L120 | DBO | .80 | 345.00 | 276.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    34
SEPTEMBER 17, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Correspondence with all FL firms regarding orders to show cause and setting up teleconferences regarding same | L120 | DBO | .70 | 345.00 | 241.50 |
| 07/18/12 | Correspondence regarding training on new state checklists and certifications of amount due | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/18/12 | Teleconference with client regarding fee issues and order to show cause process | L120 | DBO | .30 | 345.00 | 103.50 |
| 07/18/12 | Review and analyze updated foreclosure department procedures for online manual | L120 | LSDR | 1.50 | 350.00 | 525.00 |
| 07/18/12 | Review and comment on REO department procedures for publication to online manual | L120 | LSDR | .40 | 350.00 | 140.00 |
| 07/18/12 | Further revise and comment on escrow analysis procedures for final approval for online manual | L120 | LSDR | 3.40 | 350.00 | 1,190.00 |
| 07/18/12 | Prepare for and attend meeting with beneficiary matrix team re: matrix | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 07/18/12 | Review REP vesting issues | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/18/12 | Confer with client re: note endorsement issues | L190 | FWA | .60 | 345.00 | 207.00 |
| 07/18/12 | Prepare for and attend meeting re: beneficiary matrix | L190 | FWA | 1.10 | 345.00 | 379.50 |
| 07/18/12 | Analyze documents in preparation for local default file review | L120 | DCL | .30 | 376.00 | 112.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    35
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Research status of applicable state foreclosure law | L120 | DCL | 1.00 | 376.00 | 376.00 |
| 07/18/12 | Telephone call with counsel for home owner's association regarding the motion and order to refund the banks bid and record certificate of title and research docket to determine case status | L110 | MPE | .60 | 149.00 | 89.40 |
| 07/18/12 | Review all uniform affidavit templates to review representations made | L110 | MPE | 2.10 | 149.00 | 312.90 |
| 07/18/12 | Further revise beneficiary matrix memo to incorporate new research regarding foreclosure standing | L120 | CC | 2.00 | 190.00 | 380.00 |
| 07/18/12 | Participate in conference regarding use of beneficiary matrix | L120 | CC | .40 | 190.00 | 76.00 |
| 07/18/12 | Telephone conferences with client regarding compliance issues | L120 | DCL | .30 | 376.00 | 112.80 |
| 07/18/12 | Telephone conferences with GMAC outside counsel regarding state foreclosure issues | L120 | DCL | .50 | 376.00 | 188.00 |
| 07/18/12 | Review and analyze issues raised by client regarding beneficiary matrix and document execution issues | C300 | ASI | .50 | 249.00 | 124.50 |
| 07/18/12 | Research, review, and analyze issues raised by client i relating to execution of foreclosure documents | C300 | ASI | .80 | 249.00 | 199.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    36
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Review, analyze, and respond to issues raised by client relating to foreclosure counsel and document execution issues pertaining to same | C300 | ASI | .70 | 249.00 | 174.30 |
| 07/18/12 | Prepare for and attend call with document execution team and foreclosure counsel relating to affidavit execution questions | C300 | ASI | 1.00 | 249.00 | 249.00 |
| 07/18/12 | Worked on revisions to Escrow policies and procedures. | C300 | ACA | 2.00 | 380.00 | 760.00 |
| 07/18/12 | Reviewed and revised foreclosure policies and procedures. | C300 | ACA | 3.00 | 380.00 | 1,140.00 |
| 07/19/12 | Revised Escrow policies and procedures and sent to client. | C300 | ACA | .50 | 380.00 | 190.00 |
| 07/19/12 | Reviewed and approved revised foreclosure policies and procedures | C300 | ACA | .50 | 380.00 | 190.00 |
| 07/19/12 | Review, analyze and respond to issues raised by client regarding state affidavits, including communicating with foreclosure counsel regarding same | C300 | ASI | .40 | 249.00 | 99.60 |
| 07/19/12 | Review and analyze recent state legislation relating to judicial and non-judicial foreclosure | C300 | ASI | .50 | 249.00 | 124.50 |
| 07/19/12 | Continue state research regarding standing to foreclose | L120 | CC | 2.00 | 190.00 | 380.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    37
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Review and analyze recent state Court of Appeals case regarding validity of foreclosures and impact on beneficiary matrix | L120 | CC | 1.30 | 190.00 | 247.00 |
| 07/19/12 | Edit state form affidavit | L320 | DCL | .50 | 376.00 | 188.00 |
| 07/19/12 | Research and analyze state foreclosure law regarding affidavits | L120 | DCL | .70 | 376.00 | 263.20 |
| 07/19/12 | Telephone conferences with GMAC outside law firm regarding affidavits | L120 | DCL | .50 | 376.00 | 188.00 |
| 07/19/12 | Memo re: allocation of proceeds of insurance check | C300 | KTW | .20 | 380.00 | 76.00 |
| 07/19/12 | Revise MERS memo | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/19/12 | Meet with foreclosure team re: status | L190 | FWA | 1.10 | 345.00 | 379.50 |
| 07/19/12 | Review REO vesting issues | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/19/12 | Revise REO memo on issues related to internal practices | L190 | FWA | 1.40 | 345.00 | 483.00 |
| 07/19/12 | Review and follow up with state Department of Business regulation on outstanding issues related to notice of default form | L190 | LSDR | .30 | 350.00 | 105.00 |
| 07/19/12 | Review correspondence and copy of declaration page re: Texas property | C300 | KTW | .20 | 380.00 | 76.00 |
| 07/19/12 | Teleconferences with several GMAC outside firms regarding orders to show cause and prepare for same | L120 | DBO | 1.80 | 345.00 | 621.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    38
SEPTEMBER 17, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Numerous teleconferences with third party vendor regarding transferring borrowers to BABC related to transfer of files to BABC and discuss same with client | L120 | DBO | .90 | 345.00 | 310.50 |
| 07/19/12 | Review and forwarded signed order on Wells Fargo verified complaint to client with detailed explanation of order and next steps | L120 | DBO | .90 | 345.00 | 310.50 |
| 07/19/12 | Follow-up with local counsel regarding potential compliance issues | L120 | JW | .50 | 190.00 | 95.00 |
| 07/19/12 | Review Wells Fargo verified complaint package | L210 | JW | .80 | 190.00 | 152.00 |
| 07/19/12 | Strategize and assess potential compliance issues | L120 | JW | .50 | 190.00 | 95.00 |
| 07/19/12 | Revise letter brief to assess potential compliance issues | L210 | JW | 1.20 | 190.00 | 228.00 |
| 07/20/12 | Assist remediation effort in drafting and executing foreclosure documents, including communicating with foreclosure counsel for protocol to execute same | C300 | JWA | .50 | 241.00 | 120.50 |
| 07/20/12 | Research and analyze recent stsate case law developments for purposes of memorandum regarding beneficiary matrix | L120 | CC | 2.00 | 190.00 | 380.00 |
| 07/20/12 | Review and summary of GMAC outside law firm's case activity | B110 | MMP | 3.50 | 149.00 | 521.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    39
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Attended file pull planning meeting teleconference with client and further teleconference with GMAC outside counsel regarding same | L120 | DBO | .80 | 345.00 | 276.00 |
| 07/20/12 | Prepared for and attended 30 minute teleconference calls with GMAC outside counsel regarding order to show cause process | L120 | DBO | 1.10 | 345.00 | 379.50 |
| 07/20/12 | Further review of order to show cause and began drafting and revising GMACM order to show cause process and verified complaint | L120 | DBO | 1.30 | 345.00 | 448.50 |
| 07/20/12 | Prepared for and attended call set by client with update on recent orders and filing | L120 | DBO | 1.10 | 345.00 | 379.50 |
| 07/20/12 | Draft and revise form modification for home equity lines of credit | L120 | LDV | 5.20 | 406.00 | 2,111.20 |
| 07/20/12 | Review and analyze applicable laws related to loan modifications | L190 | LSDR | 2.60 | 350.00 | 910.00 |
| 07/20/12 | Draft and revise comments to client regarding financing of REO properties | L190 | LSDR | .50 | 350.00 | 175.00 |
| 07/20/12 | Prepare for and attend weekly affidavit remediation meeting | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/20/12 | Revise memo to client re: MERS | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/20/12 | Prepare for and attend planning session re: note endorsement issues | L190 | FWA | .90 | 345.00 | 310.50 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    40
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Review revisions to draft of memo re: options for dealing with insurance proceeds check payable to GMAC and customer | C300 | KTW | .30 | 380.00 | 114.00 |
| 07/20/12 | Review and revise memo to client re: vesting issues | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/20/12 | Conference calls with state foreclosure counsel regarding edits to form documents | L120 | DCL | .80 | 376.00 | 300.80 |
| 07/20/12 | Research applicable state aw regarding standing to pursue foreclosure | L120 | DCL | .50 | 376.00 | 188.00 |
| 07/20/12 | Attend conference call with client regarding default file pull | L120 | DCL | .60 | 376.00 | 225.60 |
| 07/20/12 | Continue review and analysis of memorandum regarding joint insurance claim checks | L120 | CC | .60 | 190.00 | 114.00 |
| 07/20/12 | Review and analyze issues regarding document endorsements | L120 | CC | 1.00 | 190.00 | 190.00 |
| 07/20/12 | Further revise memorandum on state law regarding standing to foreclose | L120 | CC | 1.50 | 190.00 | 285.00 |
| 07/20/12 | Prepare for and attend call with client relating to outstanding remedial loan files | C300 | ASI | .40 | 249.00 | 99.60 |
| 07/20/12 | Worked on SPOC project | B410 | WLN | 1.50 | 420.00 | 630.00 |
| 07/21/12 | Review results of state Banking Dept review | L190 | FWA | .70 | 345.00 | 241.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    41
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/22/12 | Travel to client offices for meeting on Escrow policies and procedures | C300 | ACA | 8.00 | 380.00 | 3,040.00 |
| 07/22/12 | Plan and prepare for transfer of files from GMAC outside counsel by reviewing document/original list and file pull list and reviewing strategy of same | L120 | DBO | 1.30 | 345.00 | 448.50 |
| 07/22/12 | Review and revise responses to borrower's discovery (three sets) | L310 | CWH | .70 | 330.00 | 231.00 |
| 07/22/12 | Research and review docket to determine status of litigation case | L110 | KK | .10 | 91.00 | 9.10 |
| 07/23/12 | Submit Corrected Notice of Intention to Foreclose List to firm for completion | L210 | JW | .10 | 190.00 | 19.00 |
| 07/23/12 | Revise letter to N.J. Court explaining previous Notice of Intention to Foreclose | L110 | JW | 1.40 | 190.00 | 266.00 |
| 07/23/12 | Draft Corrected Notice of Intention to Foreclose List | L210 | JW | .40 | 190.00 | 76.00 |
| 07/23/12 | Prepared for and attended file transfer meeting | L120 | DBO | 8.10 | 345.00 | 2,794.50 |
| 07/23/12 | Teleconference with GMAC outside counsel regarding transfer of BofA loans and issues regarding same | L120 | DBO | .40 | 345.00 | 138.00 |
| 07/23/12 | Meeting at client office to review escrow policies and procedures. | C300 | ACA | 9.00 | 380.00 | 3,420.00 |
| 07/23/12 | Research, review, and analyze issues raised by client relating to document execution | L120 | ASI | .20 | 249.00 | 49.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    42
SEPTEMBER 17, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Plan and prepare for contested pre-trial conference | L230 | ASI | .60 | 249.00 | 149.40 |
| 07/23/12 | Participate in beneficiary matrix call | L120 | CC | .50 | 190.00 | 95.00 |
| 07/23/12 | Advise client regarding affidavit and standing issues | L120 | DCL | .30 | 376.00 | 112.80 |
| 07/23/12 | Review data in preparation for default law group file transfer | L210 | DCL | .50 | 376.00 | 188.00 |
| 07/23/12 | Receive and review notice of hearing for August 6, 2012 on the Motion to Dismiss for lack of prosecution and research dockete, GMAC's records and public records to determine counsel status | L110 | MPE | .50 | 149.00 | 74.50 |
| 07/23/12 | Receive and review notice of trial set for July 31, 2012 and research docket, GMAC's records and public records to determine status of new case, property address, and counsel | L110 | MPE | .50 | 149.00 | 74.50 |
| 07/23/12 | Receive and review entry of judgment and review GMAC's records and docket to determine default counsel | L110 | MPE | .40 | 149.00 | 59.60 |
| 07/23/12 | Receive and review Order to Compel discovery and research GMAC's records and the docket to determine current default counsel | L110 | MPE | .50 | 149.00 | 74.50 |
| 07/23/12 | Prepare for and attend beneficiary matrix weekly status call | L190 | FWA | 2.30 | 345.00 | 793.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    43
SEPTEMBER 17, 2012

ResCap

0R0802-301160

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Revise and draft escrow department/escrow analysis procedures with client representatives | L190 | LSDR | 7.30 | 350.00 | 2,555.00 |
| 07/23/12 | Drafted and revised form HELOC modification agreement | L120 | LDV | 5.40 | 406.00 | 2,192.40 |
| 07/23/12 | Draft and revise memorandum regarding HELOC loan modification rules | L190 | LSDR | 1.50 | 350.00 | 525.00 |
| 07/23/12 | Review memo re: indorsement of joint payee checks | C300 | KTW | .30 | 380.00 | 114.00 |
| 07/23/12 | Draft and send memo re: possible additional factors impacting disposition of proceeds | C300 | KTW | .50 | 380.00 | 190.00 |
| 07/23/12 | Review documents re: existing procedures for endorsement of documents | C300 | KTW | .90 | 380.00 | 342.00 |
| 07/24/12 | Revise form HELOC modification agreement | L120 | LDV | 1.00 | 406.00 | 406.00 |
| 07/24/12 | Meet with client representatives to draft and revise escrow analysis procedures for online policies and procedures manual | L190 | LSDR | 7.10 | 350.00 | 2,485.00 |
| 07/24/12 | Confer with client re: MERS issue | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/24/12 | Review VOC issues related to beneficiary matrix | L190 | FWA | .60 | 345.00 | 207.00 |
| 07/24/12 | Review and revise memo to client re: MERS issues | L190 | FWA | 2.10 | 345.00 | 724.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    44
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Review and revise compliance letters for review and consider approach for the same | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/24/12 | Draft and send memo re: Custodial Agreements | C300 | KTW | .30 | 380.00 | 114.00 |
| 07/24/12 | Review documents re: document endorsement procedures | C300 | KTW | 1.20 | 380.00 | 456.00 |
| 07/24/12 | Review existing procedures for certification of pools and document execution | C300 | KTW | .90 | 380.00 | 342.00 |
| 07/24/12 | Work on memo re: procedures for indorsement of documents | C300 | KTW | .40 | 380.00 | 152.00 |
| 07/24/12 | Review and analyze national servicing standards and other provisions of consent order to determine potential compliance issues | L120 | ASI | 1.30 | 249.00 | 323.70 |
| 07/24/12 | Research, review, and analyze issues raised by client relating to execution of foreclosure documents | L120 | ASI | 1.30 | 249.00 | 323.70 |
| 07/24/12 | Review and analyze correspondence regarding key issues for GMAC default counsel file pull | L120 | DCL | .40 | 376.00 | 150.40 |
| 07/24/12 | Prepare for and attend bi-weekly conference call with GMAC foreclosure firm | L120 | ASI | .30 | 249.00 | 74.70 |
| 07/24/12 | Meeting with client on Escrow policies and procedures | C300 | ACA | 8.00 | 380.00 | 3,040.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    45
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Prepared and revised verified complaint, order to show cause, and accompanying documents | L120 | DBO | .90 | 345.00 | 310.50 |
| 07/24/12 | Prepared for and attended file transfer relating to GMAC default counsel | L120 | DBO | 7.40 | 345.00 | 2,553.00 |
| 07/24/12 | Follow-up emails to firms requesting Notice of Intention to Foreclose List responses | L210 | JW | .20 | 190.00 | 38.00 |
| 07/24/12 | Correspondence regarding Corrected Notice of Intention to Foreclose list | L210 | JW | .20 | 190.00 | 38.00 |
| 07/24/12 | Review final revisions to state form non-judicial templates | L110 | JW | .10 | 190.00 | 19.00 |
| 07/24/12 | Review and analyze questions regarding Fannie Mae and Freddie Mac foreclosure directives | L120 | CC | 1.30 | 190.00 | 247.00 |
| 07/24/12 | Review and analyze beneficiary matrix issues regarding foreclosure standing | L120 | CC | .70 | 190.00 | 133.00 |
| 07/24/12 | Research consent order provisions related to document execution | L210 | JW | .20 | 190.00 | 38.00 |
| 07/24/12 | Review decision to analyze previous Notices of Intention to Foreclose | L210 | JW | 1.20 | 190.00 | 228.00 |
| 07/24/12 | Revise letter to N.J. court explaining prior Notices of Intention to Foreclose | L120 | JW | .60 | 190.00 | 114.00 |
| 07/24/12 | Research on waiver issue concerning conditional injunction | L520 | MJA | .50 | 297.00 | 148.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    46
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Review and revise documents to be filed including verified complaint, order to show cause, and accompanying documents | L120 | DBO | 2.10 | 345.00 | 724.50 |
| 07/25/12 | Research state law regarding document endorsements | L120 | CC | 1.00 | 190.00 | 190.00 |
| 07/25/12 | Review Notice of Intention to Foreclose lists supplied by firms | L210 | JW | .30 | 190.00 | 57.00 |
| 07/25/12 | Confer with client regarding Notice of Intention to Foreclose lists supplied by firms | L210 | JW | .20 | 190.00 | 38.00 |
| 07/25/12 | Assisted foreclosure firms and client regarding bulk trial settings and processes | L120 | DBO | .80 | 345.00 | 276.00 |
| 07/25/12 | Research issue of authority to execute documents | L120 | KSA | 2.80 | 223.00 | 624.40 |
| 07/25/12 | Conference call with client on Escrow policies and procedures revisions and work on revisions to and approval of same | C300 | ACA | 4.00 | 380.00 | 1,520.00 |
| 07/25/12 | Work on state law memo regarding assignments, ratification and related issues | L110 | HFH | 4.50 | 380.00 | 1,710.00 |
| 07/25/12 | Research, review, and analyze issues raised by client relating to execution of foreclosure documents | L120 | ASI | .70 | 249.00 | 174.30 |
| 07/25/12 | Draft analysis of document endorsements research for client review | L120 | CC | 1.30 | 190.00 | 247.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    47
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Receive and review Notice of Lack of Prosecution and research records and docket to determine status of case and current default counsel. | L110 | MPE | .40 | 149.00 | 59.60 |
| 07/25/12 | Receive and review uniform trial order from Miami Dade setting cases for trial and research cases to insure coverage | L110 | MPE | 1.40 | 149.00 | 208.60 |
| 07/25/12 | Advise GMACM and participate in the file-pull at former outside counsel of GMAC | L120 | DCL | 8.20 | 376.00 | 3,083.20 |
| 07/25/12 | Work on memo re: procedures for document indorsements | C300 | KTW | .60 | 380.00 | 228.00 |
| 07/25/12 | Review and revise MERS memo to client re: document execution and research the same | L190 | FWA | 2.40 | 345.00 | 828.00 |
| 07/25/12 | Confer with client re: remediation issues and consider approach to same | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 07/25/12 | Meet with client to draft and revise escrow analysis procedures for online policies and procedures manual | L190 | LSDR | 1.60 | 350.00 | 560.00 |
| 07/26/12 | Review and analyze updated foreclosure department policies and procedures regarding SCRA | L190 | LSDR | .60 | 350.00 | 210.00 |
| 07/26/12 | Consider issues related to REO complaints | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/26/12 | Review and revise memo re: MERS issues | L190 | FWA | 1.50 | 345.00 | 517.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    48
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Review uniform trial order from Miami Dade setting cases for trial and confirm each case has been assigned to new foreclosure counsel | L110 | MPE | .50 | 149.00 | 74.50 |
| 07/26/12 | Research and review mortgage assignment and foreclosure issues | L110 | ASI | .50 | 249.00 | 124.50 |
| 07/26/12 | Worked on questions re: escrow policies and procedures. | C300 | ACA | 1.00 | 380.00 | 380.00 |
| 07/26/12 | Worked on foreclosure policies and procedures. | C300 | ACA | .80 | 380.00 | 304.00 |
| 07/26/12 | Reviewed SPOC and emailed approval | B410 | WLN | .20 | 420.00 | 84.00 |
| 07/26/12 | Discuss litigation case and need to amend the verification of complaint with client | L310 | CWH | .10 | 330.00 | 33.00 |
| 07/26/12 | Correspondence and teleconference with outside GMAC law firm regarding fee issues and request to GMACM regarding same | L120 | DBO | .60 | 345.00 | 207.00 |
| 07/26/12 | Reviewed issues related to FHLMC and reviewed materials regarding same | L120 | DBO | .40 | 345.00 | 138.00 |
| 07/26/12 | Review explanatory letter and verified complaint to evaluate compliance issues | L210 | JW | 1.30 | 190.00 | 247.00 |
| 07/26/12 | Revise verified complaint package to incorporate GMAC edits | L210 | JW | 2.60 | 190.00 | 494.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    49
SEPTEMBER 17, 2012

ResCap

0R0802-301160

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Review and revise verified complaint and order to show cause as well as accompanying documents, including letter brief in support of the process, and prepared detailed correspondence to client and others regarding same and requesting certain portions be reviewed for approval | L120 | DBO | 4.70 | 345.00 | 1,621.50 |
| 07/26/12 | Review and research applicable state law issues related to order to show cause | L120 | DBO | 1.30 | 345.00 | 448.50 |
| 07/26/12 | Telephone conference with client re: litigation matter | L120 | JDM | .70 | 336.00 | 235.20 |
| 07/27/12 | Prepared for and attended teleconference related to follow-up with firms regarding deliverables for verified complaint exhibits | L120 | DBO | 1.40 | 345.00 | 483.00 |
| 07/27/12 | Teleconference and correspondence related to FHLM referral matrix issues and strategy regarding same | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/27/12 | Participate in conference regarding customer care requests and  beneficiary matrix | L120 | CC | .60 | 190.00 | 114.00 |
| 07/27/12 | Teleconference with client regarding Federal Home Loan Mortgage Corporation Referral Metrics | L120 | JW | 1.30 | 190.00 | 247.00 |
| 07/27/12 | Teleconference with client regarding verified complaint next steps | L210 | JW | .50 | 190.00 | 95.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      50
SEPTEMBER 17, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Numerous teleconferences and correspondence related to transfer of files from former default counsel | L120 | DBO | 1.30 | 345.00 | 448.50 |
| 07/27/12 | Reviewed revised escrow policies and procedures and made revisions. | C300 | ACA | 8.00 | 380.00 | 3,040.00 |
| 07/27/12 | Review and Analyze foreclosure pleadings submitted by outside GMAC default counsel | L120 | DCL | .70 | 376.00 | 263.20 |
| 07/27/12 | Confer with client re: VOC inquiry related to beneficiary matrix | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/27/12 | Confer with client re: property registration issues and contact City re: issues with the same | L190 | FWA | 2.40 | 345.00 | 828.00 |
| 07/27/12 | Prepare for and attend conference with client re: MERS issues | L190 | FWA | 1.20 | 345.00 | 414.00 |
| 07/28/12 | Review state breach letter procedures for Federal Home Loan Mortgage Corporation metric tracking | L110 | JW | .50 | 190.00 | 95.00 |
| 07/29/12 | Review FNMA issues | L190 | FWA | .50 | 345.00 | 172.50 |
| 07/29/12 | Correspond with client re: loan modificatino practices and policies | L190 | FWA | .60 | 345.00 | 207.00 |
| 07/30/12 | Review Wilmington proposal for POA and confer with client re: same | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/30/12 | Prepare for and attend weekly status conference with beneficiary matrix team | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/30/12 | Confer with FNMA re: POA matters | L190 | FWA | .70 | 345.00 | 241.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    51
SEPTEMBER 17, 2012

OR0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Review and analyze final revisions of escrow department/escrow analysis policies and procedures | L190 | LSDR | 4.60 | 350.00 | 1,610.00 |
| 07/30/12 | Review and analyze eviction procedures | L190 | LSDR | 1.10 | 350.00 | 385.00 |
| 07/30/12 | Review and follow up regarding state-specific NOI issues | L190 | LSDR | .60 | 350.00 | 210.00 |
| 07/30/12 | Work on draft of memo re: document indorsement | C300 | KTW | 2.80 | 380.00 | 1,064.00 |
| 07/30/12 | Review Wells Fargo officers certificate for client | L120 | DCL | .40 | 376.00 | 150.40 |
| 07/30/12 | Review and analyze issues in preparation for beneficiary matrix call including state agencies and state exceptions | L120 | CC | 1.00 | 190.00 | 190.00 |
| 07/30/12 | Continue state law research regarding document execution and standing to foreclose | L120 | CC | 2.40 | 190.00 | 456.00 |
| 07/30/12 | Completed revisions to Escrow policies and procedures and sent to client. | C300 | ACA | 1.00 | 380.00 | 380.00 |
| 07/30/12 | Worked on foreclosure policies and procedures revisions. | C300 | ACA | 2.50 | 380.00 | 950.00 |
| 07/30/12 | Confer with client and co-counsel regarding proofs of claim and work on form addendum regarding same | L120 | CLHA | .90 | 345.00 | 310.50 |
| 07/30/12 | Prepare for and attend conference call with client relating to document endorsements | C300 | ASI | .40 | 249.00 | 99.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    52
SEPTEMBER 17, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Prepare for pre-trial conference in contested case, including revising pre-trial memorandum supplied by foreclosure counsel | C300 | ASI | .80 | 249.00 | 199.20 |
| 07/30/12 | Coordinate edits to state foreclosure affidavit template with default counsel | C300 | ASI | .20 | 249.00 | 49.80 |
| 07/30/12 | Participate in weekly beneficiary matrix progress call | L120 | CC | .50 | 190.00 | 95.00 |
| 07/30/12 | Receive and review e-mail from client regarding Mississippi litigation | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/30/12 | Numerous teleconferences and correspondence with GMAC outside counsel and client related to transfer of files and FNMA response to same | L120 | DBO | 1.50 | 345.00 | 517.50 |
| 07/30/12 | Prepared order to show cause process, teleconference and correspondence regarding same, and correspondence to firms regarding updates | L120 | DBO | 1.10 | 345.00 | 379.50 |
| 07/30/12 | Correspondence with firms regarding bulk trial process | L120 | DBO | .30 | 345.00 | 103.50 |
| 07/30/12 | Teleconference and correspondence regarding outside GMAC counsel fee issues and discussion with firm regarding same | L120 | DBO | .70 | 345.00 | 241.50 |
| 07/30/12 | Review of eviction policies and procedures and provided comments to same | B250 | CJA | 5.20 | 210.00 | 1,092.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    53
SEPTEMBER 17, 2012

ResCap

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Review revised briefing schedule from appellate court and email to client regarding same | L210 | EAF | .20 | 358.00 | 71.60 |
| 07/31/12 | Telephone call with client regarding outstanding litigation and affidavit review | B250 | CJA | .60 | 210.00 | 126.00 |
| 07/31/12 | Receipt and review of documents pertaining to outstanding litigation | B250 | CJA | .70 | 210.00 | 147.00 |
| 07/31/12 | Conversations with attorneys at outside GMAC firm regarding endorsements issues | L120 | MSW | .70 | 254.00 | 177.80 |
| 07/31/12 | Assist remediation effort in researching UCC issues, drafting and executing foreclosure documents, including communicating with GMACM and foreclosure counsel for protocol to execute same | C300 | JWA | .80 | 241.00 | 192.80 |
| 07/31/12 | Teleconference with client regarding Federal Home Loan Mortgage Corporation Metric testing | L120 | JW | .60 | 190.00 | 114.00 |
| 07/31/12 | Provided GMACM updates on orders to show cause to foreclosure firms and discuss same via correspondence with client | L120 | DBO | .90 | 345.00 | 310.50 |
| 07/31/12 | Teleconference and correspondence with GMAC outside counsel regarding fee issues | L120 | DBO | .80 | 345.00 | 276.00 |
| 07/31/12 | Correspondence with client regarding AOM issues | L120 | DBO | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    54
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Correspondence and teleconference regarding transfer of files from outside counsel | L120 | DBO | .50 | 345.00 | 172.50 |
| 07/31/12 | Review of various state compliance templates for evidence of required documents | L240B | LADA | 2.10 | 65.00 | 136.50 |
| 07/31/12 | Research, review and analyze issues raised by client relating to execution of foreclosure documents | C300 | ASI | .70 | 249.00 | 174.30 |
| 07/31/12 | Research, review, and reach out to foreclosure counsel relating to lost note affidavits | C300 | ASI | .50 | 249.00 | 124.50 |
| 07/31/12 | Call with client re: questions on revisions to Escrow policies and procedures | C300 | ACA | .50 | 380.00 | 190.00 |
| 07/31/12 | Reviewed SPOC procedures and responded to procedures | B410 | WLN | 1.00 | 420.00 | 420.00 |
| 07/31/12 | Review and analyze DOJ enforcement metric regarding "UCC qualified" definition and state law requirements | L120 | CC | 1.00 | 190.00 | 190.00 |
| 07/31/12 | Continue researching state law regarding foreclosure standing | L120 | CC | 2.60 | 190.00 | 494.00 |
| 07/31/12 | Advise client regarding affidavit issues | L120 | DCL | 1.30 | 376.00 | 488.80 |
| 07/31/12 | Researched regarding response to borrowers regarding ownership of  loan | L120 | LDV | .60 | 406.00 | 243.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    55
ResCap                                                            SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Review and follow up on state NOI mailing questions | L190 | LSDR | .40 | 350.00 | 140.00 |
| 07/31/12 | Analyze loan documents and revise proof of claim template | L120 | CLHA | 1.80 | 345.00 | 621.00 |
| 07/31/12 | Prepare for and attend conference call with client re: VOC use of the beneficiary matrix and review proposed rules related to same | L190 | FWA | 1.30 | 345.00 | 448.50 |

|  |  |
|--|--|
| FEES | $190,054.10 |
| AMOUNT DUE THIS BILL | $190,054.10 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    56
SEPTEMBER 17, 2012

0R0802-301160

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Laurence D. Vinson, Jr. | Partner | 406.00 | 21.60 | 8,769.60 |
| Linda A. Friedman | Partner | 393.00 | .50 | 196.50 |
| Kenneth T. Wyatt | Partner | 380.00 | 17.20 | 6,536.00 |
| Paige M. Boshell | Partner | 345.00 | 1.50 | 517.50 |
| Jay R. Bender | Partner | 372.00 | .50 | 186.00 |
| Lesley Smith DeRamus | Counsel | 350.00 | 68.40 | 23,940.00 |
| Wendell Allen | Partner | 345.00 | 66.10 | 22,804.50 |
| J. Douglas Minor | Partner | 336.00 | 31.00 | 10,416.00 |
| Eric A. Frechtel | Partner | 358.00 | .20 | 71.60 |
| Christopher L. Hawkins | Partner | 345.00 | 2.70 | 931.50 |
| Marc J. Ayers | Partner | 297.00 | .50 | 148.50 |
| Christian W. Hancock | Partner | 330.00 | 1.40 | 462.00 |
| D. Brian O'Dell | Partner | 345.00 | 79.10 | 27,289.50 |
| Ann Cargile | Partner | 380.00 | 66.60 | 25,308.00 |
| Rick Humbracht | Partner | 380.00 | 4.50 | 1,710.00 |
| William L. Norton | Partner | 420.00 | 4.20 | 1,764.00 |
| Dana C. Lumsden | Partner | 376.00 | 23.00 | 8,648.00 |
| Niki Nix | Paralegal | 135.00 | 22.80 | 3,078.00 |
| Molly M. Palmer | Paralegal | 149.00 | 35.60 | 5,304.40 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.10 | 159.50 |
| Keith S. Anderson | Associate | 223.00 | 2.80 | 624.40 |
| C. Jason Avery | Associate | 210.00 | 11.70 | 2,457.00 |
| Avery Simmons | Associate | 249.00 | 40.60 | 10,109.40 |
| Aman S. Kahlon | Associate | 195.00 | .60 | 117.00 |
| Chandler Combest | Associate | 190.00 | 56.10 | 10,659.00 |
| Jay Wright | Associate | 190.00 | 22.90 | 4,351.00 |
| James Warmoth | Associate | 241.00 | 19.50 | 4,699.50 |
| Jonathan Hooks | Associate | 241.00 | 1.00 | 241.00 |
| Mark S. Wierman | Associate | 254.00 | 2.20 | 558.80 |
| Grant Premo | Associate | 185.00 | 5.80 | 1,073.00 |
| Monica Wilson | Associate | 263.00 | 12.60 | 3,313.80 |
| Ashlee Hightower | Associate | 185.00 | 7.10 | 1,313.50 |
| Cory S. Menees | Associate | 300.00 | .50 | 150.00 |
| Lucinda Kish | Paralegal | 65.00 | 2.10 | 136.50 |
| Melisa P. Palmer | Paralegal | 149.00 | 9.10 | 1,355.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    57
SEPTEMBER 17, 2012
0R0802-301160

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY (CONT.

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | 3.20 | 291.20 |
| Total | | | 646.30 | 189,692.10 |