

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-301160
INVOICE #   805233

BILL AMOUNT        $190,054.10

| To: | ResCap | TC Number: | 702040 |
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805233 |
| | | Period ending: | 07/31/2012 |

Case Management Number      LD   0R0802-301160

| | | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 35.70 | $  5,323.90 |
| B250 | Real Estate | 11.70 | $  2,457.00 |
| B410 | General Bankruptcy Advice/Opinions | 4.20 | $  1,764.00 |
| B420 | Restructurings | 0.50 | $    186.00 |
| C300 | Analysis and Advice | 117.00 | $ 39,943.20 |
| L110 | Fact Investigation/Development | 48.20 | $  8,446.20 |
| L120 | Analysis/Strategy | 280.30 | $ 85,130.80 |
| L140 | Document/File Management | 1.50 | $    373.50 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $     24.10 |
| L190 | Other Case Assessment, Develop't/Admin | 113.30 | $ 38,995.80 |
| L210 | Pleadings | 18.80 | $  3,935.70 |
| L230 | Court Mandated Conferences | 0.60 | $    149.40 |
| L240B | All Other | 2.10 | $    136.50 |
| L310 | Written Discovery | 0.80 | $    264.00 |
| L320 | Document Production | 2.30 | $    639.50 |
| L390 | Other Discovery | 0.60 | $    114.00 |
| L520 | Appellate Briefs | 0.50 | $    148.50 |
| L660 | Analysis | 7.10 | $  1,313.50 |
| P260 | Intellectual Property | 0.50 | $    196.50 |
| P280 | Other | 0.50 | $    150.00 |

===================================

TOTAL FEES     646.30    $190,054.10

TOTAL FEES DUE                 $190,054.10
TOTAL DISBURSEMENTS DUE        $      0.00
TOTAL DUE THIS INVOICE         $190,054.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-301202

INVOICE #  805252

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301202  TC Number: 703916

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analyze recent pleadings and correspondence in case and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                                    $69.00

AMOUNT DUE THIS BILL                                    $69.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-301202

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0802-301202
BILL AMOUNT            $69.00                                   INVOICE #  805252

To:    ResCap                          TC Number:          703916
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805252
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0802-301202

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.20 | $    69.00 |
| ============================== | | |
| TOTAL FEES | 0.20 | $    69.00 |

                    TOTAL FEES DUE            $    69.00
              TOTAL DISBURSEMENTS DUE         $     0.00
                 TOTAL DUE THIS INVOICE       $    69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0802-301220
Fort Washington, PA 19034

                                                               INVOICE #  805254

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-301220  TC Number: 705025

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Attend planning session with client re: DOJ/AG settlement compliance process | L190 | FWA | 1.40 | 345.00 | 483.00 |
| 07/02/12 | Prepare for and attend servicer call regarding DOJ/AG settlement compliance process | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/02/12 | Attend settlement metrics planning call with servicers | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/02/12 | Prepare for and attend call with other servicers relating to substance and implementation of DOJ/AG settlement provisions | L120 | ASI | .20 | 249.00 | 49.80 |
| 07/02/12 | Draft Tennessee template documents and submit to local counsel for approval | L210 | JW | .90 | 190.00 | 171.00 |
| 07/02/12 | Draft Virginia non-judicial templates and submit to local counsel for approval | L210 | JW | 1.00 | 190.00 | 190.00 |
| 07/02/12 | Draft state template documents and submit to local counsel for approval | L210 | JW | .90 | 190.00 | 171.00 |
| 07/02/12 | Draft Rhode Island template documents and submit to local counsel for approval | L210 | JW | .80 | 190.00 | 152.00 |
| 07/02/12 | Draft Texas non-judicial templates and submit to local counsel for approval | L210 | JW | .70 | 190.00 | 133.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | E-mail correspondence with Patrick Madigan in Iowa Attorney General's office regarding direction to schedule meeting with Monitoring Committee and respond to same | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/02/12 | Telephone conference with client on Department of Justice/Attorney General settlement | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/02/12 | Review correspondence and participate in National Mortgage Settlement Data discussion | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/02/12 | Extensive telephone conference with client regarding follow up after Attorney General call with regard to logistics for responding to matter from consultant | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/02/12 | Continue work on documentation issues with defendant and counsel and outline template letter with same | L190 | RRM | 2.30 | 345.00 | 793.50 |
| 07/02/12 | Review of revised work plan and comments to GMAC regarding same | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 07/02/12 | Multiple e-mail correspondence with Citi with regard to confidential agreement | L190 | RRM | .90 | 345.00 | 310.50 |
| 07/02/12 | Participate on the Attorney General file review with Citi, Chase and GMAC | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/02/12 | Telephone conference with client with regard to outstanding issues on servicing standards and follow up on same | L190 | RRM | .70 | 345.00 | 241.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Participate in cross-servicer metrics call | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/03/12 | Research, analyze and review forms provided by default counsel and coordinate creation of standard template for same | L110 | ASI | 2.00 | 249.00 | 498.00 |
| 07/03/12 | Prepare for and attend Servicing standards metrics call with client and servicers | L190 | FWA | 1.30 | 345.00 | 448.50 |
| 07/03/12 | Prepare for and attend servicer planning conference call | L190 | FWA | 1.00 | 345.00 | 345.00 |
| 07/03/12 | Review post-mortem coverage | L120 | JPC | .30 | 390.00 | 117.00 |
| 07/03/12 | Continue review of work plan and multiple e-mails and phone calls with regard to same | L190 | RRM | 3.10 | 345.00 | 1,069.50 |
| 07/03/12 | Participate in cross-servicer metrics discussion | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/03/12 | Review e-mail from client with regard to settlement matters and litigated accounts and initial review of same | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/03/12 | Review e-mail from client with regard to conflict analysis before servicing standards and guidelines and initial analysis of same | L190 | RRM | 2.10 | 345.00 | 724.50 |
| 07/03/12 | Review e-mail from Courtney Dankworth inquiring as to GNMA questions and draft e-mail to GMAC for additional guidance | L190 | RRM | .50 | 345.00 | 172.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
SEPTEMBER 17, 2012

OR0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Review e-mail from Stephanie Pizzino with regard to state exam response and draft responsive e-mail | L190 | RRM | .20 | 345.00 | 69.00 |
| 07/05/12 | Research, correspondence, and phone conferences regarding vendor management issues | L120 | DERO | 1.30 | 360.00 | 468.00 |
| 07/05/12 | Prepare for and attend call with client relating to implementation of AG metrics in foreclosure department | L120 | ASI | .40 | 249.00 | 99.60 |
| 07/05/12 | Review and analyze potential loss mitigation options and AG impacts on same | L120 | ASI | .30 | 249.00 | 74.70 |
| 07/05/12 | Research, analyze and review forms provided by default counsel and coordinate creation of standard template for same | L140 | ASI | 4.30 | 249.00 | 1,070.70 |
| 07/05/12 | Review and analyze proposed AG letter | L120 | ASI | .30 | 249.00 | 74.70 |
| 07/05/12 | Review final non-judicial forms for state to confirm compliance with AG settlement on behalf of client | L110 | KK | .20 | 91.00 | 18.20 |
| 07/05/12 | Participate on Cross-Servicer Consumer Relief work stream and follow-up on same | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 07/05/12 | Review e-mail from client with regard to third party questions and comments for same and review of same | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/05/12 | Updated status on direction involving SCRA investigation and compliance | L190 | RRM | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Multiple internal e-mails with GMAC on internal work plan submission to Monitor and draft e-mail to Monitor attaching GMAC work plan and follow-up e-mails and telephone call with client related to same | L190 | RRM | 1.70 | 345.00 | 586.50 |
| 07/05/12 | Prepare for and telephone conference with GMAC on compliance questions and update as to past events and next steps | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/05/12 | Prepare for and subsequently participate in Fee Schedule call and draft follow up e-mail on same | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/06/12 | Telephone conference with client with regard to follow-up on request from state Banking Department and continue work on same project | L190 | RRM | .90 | 345.00 | 310.50 |
| 07/06/12 | Review e-mail from  Monitor, acknowledging receipt of GMAC work plan and outlining timing triggers and draft e-mail to GMAC forwarding same | L190 | RRM | .30 | 345.00 | 103.50 |
| 07/06/12 | Review e-mail from client with regard to cover letter on ledger accounts and substantial telephone conference with client with regard to same | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/06/12 | Review e-mail from client with regard to fees and servicing standards and analysis of same | L190 | RRM | .00 | 345.00 | 0.00 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Continue work on client request on loan information and contact with multiple personnel at GMAC with regard to requested information and initial review of loan compliance questions | L190 | RRM | 2.10 | 345.00 | 724.50 |
| 07/06/12 | Phone conferences and correspondence regarding AG issues | L120 | DERO | 1.50 | 360.00 | 540.00 |
| 07/06/12 | Review and revise memo comparison of state legislation and new servicing standards | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/08/12 | Analyze communications concerning the scope and nature of the form document project | L120 | LG | .50 | 185.00 | 92.50 |
| 07/08/12 | Prepare documents for use in Montana including review of Montana law | L120 | LG | 1.00 | 185.00 | 185.00 |
| 07/08/12 | Prepare form documents for use in specific states including review of applicable law | L120 | LG | 1.00 | 185.00 | 185.00 |
| 07/09/12 | Review e-mail from client with litigated accounts and possible solicitation procedure on same and review attachment and respond to same | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/09/12 | Draft e-mail to client with regard to execution of prior settlement documents | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/09/12 | Participate on metric update telephone call with client and then extensive follow-up on same | L190 | RRM | 1.30 | 345.00 | 448.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Review multiple e-mails on specific motions and substantial telephone conference with counsel for same | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/09/12 | Multiple e-mail correspondence with client on logistics for upcoming internal and external meetings | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/09/12 | Review e-mail from Megan Jarboe with multiple requests from Monitor's office to add to agenda with upcoming deliverables | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/09/12 | Multiple e-mails to GMAC and counsel with regard to requests from MMC with regard to loan compliance questions and follow-up on same and draft e-mail with additional information | L190 | RRM | 2.70 | 345.00 | 931.50 |
| 07/09/12 | Review of multiple state correspondence and substantial telephone conference with client and draft subsequent e-mail to State Banking Department | L190 | RRM | .90 | 345.00 | 310.50 |
| 07/09/12 | Research, analyze and review forms provided by default counsel and coordinate creation of standard template for same | L120 | ASI | 2.20 | 249.00 | 547.80 |
| 07/09/12 | Review and revise state approved Affidavit in Support of Summary Judgment form and update GMAC's index. | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/09/12 | Review correspondence from local counsel regarding proposed changes to template forms | L120 | JW | .80 | 190.00 | 152.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Revise non-judicial template documents to incorporate changes proposed by local counsel | L210 | JW | 1.70 | 190.00 | 323.00 |
| 07/09/12 | Revise Virginia non-judicial templates to incorporate changes proposed by local counsel | L110 | JW | .60 | 190.00 | 114.00 |
| 07/09/12 | Review and analyze issues regarding implementation of the Attorney General settlement | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/10/12 | E-mail correspondence with state default firms regarding form of acknowledgment to be used in substitutions of trustee filed of record in conjunction with state foreclosures | P280 | CSM | .30 | 300.00 | 90.00 |
| 07/10/12 | Review final form templates for state to ensure compliance with AG servicing standards | L110 | KK | .20 | 91.00 | 18.20 |
| 07/10/12 | Research, analyze and review  forms provided by default counsel and coordinate creation of standard template for same | L120 | ASI | 1.90 | 249.00 | 473.10 |
| 07/10/12 | Review metrics documents and confer with servicer group re: same | L190 | FWA | .90 | 345.00 | 310.50 |
| 07/10/12 | Work on conflict questions with client | L190 | RRM | 2.10 | 345.00 | 724.50 |
| 07/10/12 | Continue review of additional servicing standards | L190 | RRM | 1.80 | 345.00 | 621.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Continue work on revisions to attorney general powerpoint document direction for table of contents and continue to refine | L190 | RRM | 4.60 | 345.00 | 1,587.00 |
| 07/10/12 | Participate in Attorney General Consumer Relief Change Management teleconference and go through agenda items | L190 | RRM | 1.00 | 345.00 | 345.00 |
| 07/10/12 | Participate in servicing standards inquiries telephone conference with client | L190 | RRM | 1.70 | 345.00 | 586.50 |
| 07/10/12 | Continue work on consumer relief issues surrounding the submission of same | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/11/12 | Telephone conference with client post call with Baker Tilly and direction to contact Monitor with request on Work Plan release | L190 | RRM | .30 | 345.00 | 103.50 |
| 07/11/12 | Continue telephone conference with client regarding servicing standards | L190 | RRM | 1.00 | 345.00 | 345.00 |
| 07/11/12 | Meeting with client on company's consumer relief plan and tactical discussion regarding same | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 07/11/12 | Review of biographies in preparation of call with potential SPF and outline preliminary questions with regard to same | L190 | RRM | .70 | 345.00 | 241.50 |
| 07/11/12 | Telephone conference with Joe Smith with regard to follow-up after Baker Tilly call and implementation of Work Plan and then draft e-mail to client with status | L190 | RRM | .80 | 345.00 | 276.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    10
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Review multiple e-mail correspondence from different client contacts regarding MMC request and response to the same | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 07/11/12 | Telephone conference with client and Baker Tilly for preliminary discussion | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 07/11/12 | Review of Cross Servicer Phase II Metrics and review e-mail from client with regard to same and respond to same | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/11/12 | Review metric documents and confer with client re: same | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/11/12 | Review of multiple states foreclosure review and analysis memo to confirm law regarding documentation requirements | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/11/12 | Follow-up communications with default counsel regarding non-judicial document templates | L110 | JW | .80 | 190.00 | 152.00 |
| 07/11/12 | Teleconferences with Executive Trustee Services regarding non-judicial template documents | L110 | JW | .40 | 190.00 | 76.00 |
| 07/11/12 | Revise state non-judicial templates to incorporate commentary from all local counsel | L110 | JW | 2.00 | 190.00 | 380.00 |
| 07/12/12 | Review and finalize state form Affidavit and update GMAC's index with the same. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/12/12 | Prepare for and attend Servicer preparation call re: metrics and compliance | L190 | FWA | 1.40 | 345.00 | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Research, analyze and review non-judicial forms provided by default counsel and coordinate creation of standard template for same | L110 | ASI | 1.50 | 249.00 | 373.50 |
| 07/12/12 | Prepare for and attend call with the other servicers relating to implementation of outstanding AG metrics and schedule of same | L120 | ASI | .50 | 249.00 | 124.50 |
| 07/12/12 | Revise state templates to include proposed revisions from counsel | L210 | JW | 1.20 | 190.00 | 228.00 |
| 07/12/12 | Review multiple e-mails from Jill Bohlken with regard to updated loan program information and review and respond to same | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/12/12 | Telephone conference with Morrison and Foerster with regard to APA | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/12/12 | Participate in Cross Servicer Consumer Relief call | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 07/12/12 | Continue work on servicing standard implementation, Metrics Report | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 07/12/12 | Draft e-mail to client attaching revisions to APA from Nationstar's counsel and initial analysis of same | L190 | RRM | .70 | 345.00 | 241.50 |
| 07/12/12 | Telephone conference with Jim Huizinga with regard to basis for suggested revisions to APA | L190 | RRM | .60 | 345.00 | 207.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Extensive work and review of underlying state survey analysis regarding documentation requirements and multiple telephone conference with regard to same | L190 | RRM | 4.10 | 345.00 | 1,414.50 |
| 07/12/12 | E-mail correspondence to and from Chase with servicer issues and difference of foreclosure statutes in multiple states | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/12/12 | Participate in Servicer Only preparation call | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/13/12 | Participate in Monitor and Servicer call on Metric number on standing requirements | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/13/12 | Continue work on AOM status for state survey | L190 | RRM | 2.80 | 345.00 | 966.00 |
| 07/13/12 | Participate in servicer legal sub-group and go through metric definitions | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 07/13/12 | Update as to client business practices in context of information submitted to Monitor by cross-servicer group and continue work on AOM project | L190 | RRM | 2.30 | 345.00 | 793.50 |
| 07/13/12 | Review e-mail from client with regard to request from committee as to documents submitted to Monitor and draft e-mail with update | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/13/12 | Review log comparing servicing standards and investigator/servicing guidelines and additional analysis of same and draft e-mail to counsel for other servicers with regard to same and requests position on the same | L190 | RRM | 1.70 | 345.00 | 586.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    13
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/13/12 | Review final non-judicial forms for Michigan and California to confirm compliance with AG standards and requirements | L110 | KK | .30 | 91.00 | 27.30 |
| 07/13/12 | Research, analyze and review non-judicial forms provided by default counsel and coordinate creation of standard template for same | L120 | ASI | 3.50 | 249.00 | 871.50 |
| 07/13/12 | Prepare for and attend call with OMSO and BDO relating to standing issues and chart detailing assignment and recording requirements in the 50 states submitted by all servicers | L120 | ASI | 2.60 | 249.00 | 647.40 |
| 07/13/12 | Review materials from state courts and consider implications for restarting foreclosures in state | L190 | FWA | .50 | 345.00 | 172.50 |
| 07/13/12 | Attend metrics recap call and confer with client re: same | L190 | FWA | .70 | 345.00 | 241.50 |
| 07/16/12 | Review compliance testing metrics revisions and consider impact of same | L190 | FWA | .80 | 345.00 | 276.00 |
| 07/16/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | C300 | ASI | 5.30 | 249.00 | 1,319.70 |
| 07/16/12 | Review and analyze issues raised by client regarding AG metrics and implementation of same | C300 | ASI | .70 | 249.00 | 174.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Revise Tennessee documents to incorporate local counsel's suggested edits | L210 | JW | .80 | 190.00 | 152.00 |
| 07/16/12 | Revise Virginia documents to incorporate local counsel edits | L210 | JW | .70 | 190.00 | 133.00 |
| 07/16/12 | Teleconference to verify that Executive Trustee Services is complying with non-judicial template requests | L110 | JW | .40 | 190.00 | 76.00 |
| 07/16/12 | Review responses from local counsel regarding requests for document uniformity | L210 | JW | .30 | 190.00 | 57.00 |
| 07/16/12 | Review correspondence with Utah and Wyoming counsel to confirm no additional changes required in deed | L210 | JW | .40 | 190.00 | 76.00 |
| 07/16/12 | Review final non-judicial forms for the state of Georgia to confirm compliance with AG national standards | L110 | KK | .20 | 91.00 | 18.20 |
| 07/16/12 | Review final notice of sale form template for non-judicial state California to confirm compliance with national AG standards | L110 | KK | .20 | 91.00 | 18.20 |
| 07/16/12 | Review of newly updated legal standing requirement for Metric 1A.1 | L190 | RRM | 1.00 | 345.00 | 345.00 |
| 07/16/12 | Telephone conference with Bill Cherry with regard to submission on the work plan and follow -up on same with client | L190 | RRM | .80 | 345.00 | 276.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Continue work on servicing standards/metrics implementation including information around bankruptcy population and loan modification solicitation, state specific notices on pre-referrals and work on drafting attorney general/state banking letter for appropriate contact at company | L190 | RRM | 3.80 | 345.00 | 1,311.00 |
| 07/16/12 | Work on draft letters to default counsel with regard to living file workstream | L190 | RRM | 2.30 | 345.00 | 793.50 |
| 07/16/12 | Continue work on two topics from cross-servicer group involving disclosures of GNMA in investor format and amendment of third-party contracts | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 07/16/12 | Research regarding styling of applications for default judgment in judicial foreclosure jurisdictions (to assist in identifying such applications in SCRA compliance review) | P280 | CSM | .60 | 300.00 | 180.00 |
| 07/16/12 | E-mail to H.Freeburg regarding styling of applications for default judgment in judicial foreclosure jurisdictions (to assist in identifying such applications in SCRA compliance review) | C400 | CSM | .20 | 300.00 | 60.00 |
| 07/17/12 | Meeting in Dallas, Texas on servicing standard implementation and metrics letters compliance IV.C.8 | L190 | RRM | 6.90 | 345.00 | 2,380.50 |
| 07/17/12 | Prepare for day long meeting in Dallas, Texas with servicing standards, implementation and metrics team | L190 | RRM | 2.20 | 345.00 | 759.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    16
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Revise letter to all of GMAC's firms regarding importance of uploading filed documents in conformance with Servicing Standards | L110 | CWH | .50 | 330.00 | 165.00 |
| 07/17/12 | E-mail correspondence from Pat Hobbib and substantial telephone conference with Pat Hobbib with regard to SCRA issues and outline next steps | L190 | RRM | .70 | 345.00 | 241.50 |
| 07/17/12 | Draft and revise GMAC form foreclosure documents for Minnesota | L120 | LG | 1.00 | 185.00 | 185.00 |
| 07/17/12 | Review and analyze non-judicial forms document chart and add comments for ten states to reflect status of forms sent to client and general update of Attorney General project status | L110 | KK | .50 | 91.00 | 45.50 |
| 07/17/12 | Draft redline documents showing changes to non-judicial templates for review with Virginia counsel | L120 | JW | .30 | 190.00 | 57.00 |
| 07/17/12 | Revise Rhode Island documents to address recent state law changes in military protections | L110 | JW | .90 | 190.00 | 171.00 |
| 07/17/12 | Prepare for and attend metrics conference call with servicer group | L190 | FWA | 2.20 | 345.00 | 759.00 |
| 07/17/12 | Review revised Maryland Lost Note Affidavit and update GMAC's index. | L110 | MPE | .20 | 149.00 | 29.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    17
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | C300 | ASI | 2.50 | 249.00 | 622.50 |
| 07/17/12 | Review and analyze Metric 4.B.12 letter and attend call with E.DeSilva, J.Madsen and G.Shannon in order to finalize same | C300 | ASI | .80 | 249.00 | 199.20 |
| 07/18/12 | Revise Texas documents to incorporate changes proposed by local counsel | L320 | JW | .40 | 190.00 | 76.00 |
| 07/18/12 | Review additional revisions to Virginia non-judicial templates and compare to relevant statutes | L120 | JW | .30 | 190.00 | 57.00 |
| 07/18/12 | Revise and update GMAC form foreclosure documents for Missouri to comply with the terms of the AG settlement | L120 | LG | 1.90 | 185.00 | 351.50 |
| 07/18/12 | Revise and update GMAC's form foreclosure documents for New Hampshire to comply with the AG settlement | L120 | LG | 2.00 | 185.00 | 370.00 |
| 07/18/12 | Telephone conference with Pat Hobbib with regard to SCRA review HUD O/G request for files, conflicts/evictions and REO counsel | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/18/12 | Review e-mail from Russ Fowlie with initial round of conflicts in servicing standards and investor guidelines and follow-up on same | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/19/12 | Multiple e-mail correspondence with Nationstar's counsel on matter of contact | L190 | RRM | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    18
SEPTEMBER 17, 2012

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Multiple e-mail correspondence with Donna Smith at Housing and Urban Development O/G on meeting with Monitoring committee  of priced LTV matters. | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/19/12 | Revise and review form foreclosure documents for Minnesota to comply with the terms of the AG settlement | L120 | LG | 2.20 | 185.00 | 407.00 |
| 07/19/12 | Communications with Minnesota local counsel concerning GMAC's foreclosure practices | L120 | LG | .80 | 185.00 | 148.00 |
| 07/19/12 | Communications with Mississippi foreclosure counsel concerning form foreclosure documents | L120 | LG | .80 | 185.00 | 148.00 |
| 07/19/12 | Communications with Oregon foreclosure attorneys concerning GMAC's compliance with the new servicing standards | L120 | LG | .90 | 185.00 | 166.50 |
| 07/19/12 | Continue revising and reviewing form foreclosure documents for Montana | L120 | LG | 1.90 | 185.00 | 351.50 |
| 07/19/12 | Communications with foreclosure counsel in New Hampshire concerning GMAC's servicing obligations | L120 | LG | .90 | 185.00 | 166.50 |
| 07/19/12 | Review updated non-judicial forms in Alaska, California, and Utah to confirm compliance with AG national standards on behalf of client | L110 | KK | .20 | 91.00 | 18.20 |
| 07/19/12 | Review firm responses to non-judicial template approval requests | L110 | JW | .50 | 190.00 | 95.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Reply in response to firm non-judicial template approval process questions | L110 | JW | .50 | 190.00 | 95.00 |
| 07/19/12 | Email revised Rhode Island documents requesting approval by local counsel | L110 | JW | .20 | 190.00 | 38.00 |
| 07/19/12 | Revise Rhode Island documents to incorporate revisions proposed by local counsel | L110 | JW | .80 | 190.00 | 152.00 |
| 07/19/12 | Teleconference with Executive Trustee Services regarding Texas trustee's deed revisions | L210 | JW | .50 | 190.00 | 95.00 |
| 07/19/12 | Review all uniform Loss Mitigation and Record Services templates (16 total) to determine if any representation to being the 'owner', 'beneficial owner', or 'investor' is made.  Update and finalize GMAC index to reflect correct language in affidavits. | L110 | MPE | 1.80 | 149.00 | 268.20 |
| 07/19/12 | [NYDFS] Review GMACM document production in response to inquiry as to completeness | L320 | DCL | 1.30 | 376.00 | 488.80 |
| 07/19/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | C300 | ASI | 2.30 | 249.00 | 572.70 |
| 07/19/12 | Prepare for and attend call with J.Madsen, G.Shannon, S.ShahJani, and S.Bocresion relating to foreclosure work stream report and compliance with AG work stream metrics | C300 | ASI | .80 | 249.00 | 199.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    20
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Telephone conference with M.Smoot regarding form of substitution of trustee to be used in North Carolina foreclosure proceedings | P280 | CSM | .40 | 300.00 | 120.00 |
| 07/20/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | C300 | ASI | 3.10 | 249.00 | 771.90 |
| 07/20/12 | Analyze Massachusetts case law regarding foreclosure proceedings | L120 | DCL | .80 | 376.00 | 300.80 |
| 07/20/12 | Review and escalate fee requests and responses from West Virginia and Washington firms | L110 | JW | .40 | 190.00 | 76.00 |
| 07/20/12 | Revise Alaska non-judicial documents to incorporate edits proposed by local counsel | L110 | JW | .70 | 190.00 | 133.00 |
| 07/20/12 | Review proposed SB 2533 language in Rhode Island affidavit of sale | L210 | JW | .30 | 190.00 | 57.00 |
| 07/20/12 | Respond to process and documentation questions raised by Virginia default counsel regarding non-judicial templates | L110 | JW | .70 | 190.00 | 133.00 |
| 07/20/12 | Email firms regarding fee approval for attorney general standard document project | L110 | JW | .40 | 190.00 | 76.00 |
| 07/20/12 | Draft and revise form documents for Nebraska in order to comply with GMAC's AG servicing standard obligations | L120 | LG | 1.80 | 185.00 | 333.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    21
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Participate in OMSO telephone conference | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 07/20/12 | Review e-mail from Pat Hobbib with regard to SCRA review and engagement for consultant and follow-up on direction for same | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/20/12 | Review e-mail from Tim Devine with regard to authorization for execution of settlement and inquiry of payment process status | L190 | RRM | .30 | 345.00 | 103.50 |
| 07/20/12 | Telephone conference on fraud files in context of solicitation and strategy for presentation to government and review subsequent e-mail with outline of illustration examples | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/20/12 | Continue work Metric issues and AOIs and whether it has broader context for additional documents | L190 | RRM | 2.90 | 345.00 | 1,000.50 |
| 07/20/12 | Multiple e-mail correspondence among and between Patrick Madigan, with Iowa Attorney General's office and representatives of servicers on off-set question and crediting | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/20/12 | Participate in interim servicer only call on metrics only implementation and follow-up internally with client on same | L190 | RRM | 1.80 | 345.00 | 621.00 |
| 07/21/12 | Review e-mail from Megan Jarboe with regard to conflict analysis between standards and investor guidelines and review of same | L190 | RRM | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    22
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/22/12 | Draft form foreclosure documents for North Carolina in order to meet GMAC's servicing standard obligations | L120 | LG | 2.00 | 185.00 | 370.00 |
| 07/22/12 | Communications with Nebraska local counsel concerning the form documents required to comply with GMAC's obligations under the new servicing standards | L120 | LG | .50 | 185.00 | 92.50 |
| 07/22/12 | Communications with Montana local counsel concerning the form documents required to comply with GMAC's obligations under the AG servicing standards | L120 | LG | .50 | 185.00 | 92.50 |
| 07/23/12 | Continue editing North Carolina form foreclosure documents so that GMAC can comply with the new AG settlement servicing standards | L120 | LG | .40 | 185.00 | 74.00 |
| 07/23/12 | Review of three e-mails related to North Carolina/South Carolina matter and new W-9 related to same | L190 | RRM | .30 | 345.00 | 103.50 |
| 07/23/12 | Review e-mail from Bill Cherry with OMSO as to inquiry as to previous submission of clients implementation timeline and initial response to same | L190 | RRM | .30 | 345.00 | 103.50 |
| 07/23/12 | Review of updated cross-servicer sheet on investor conflicts and servicing standards and initial review of new report | L190 | RRM | .60 | 345.00 | 207.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/23/12 | Revise Virginia Trustee's Deed to conform to local counsel recommendations | L210 | JW | .50 | 190.00 | 95.00 |
| 07/23/12 | Review final forms for state of Tennessee to confirm compliance with national Attorney General standards | L110 | KK | .20 | 91.00 | 18.20 |
| 07/23/12 | Emails and telephone calls to local counsel to solicit responses to template approval request | L110 | JW | .20 | 190.00 | 38.00 |
| 07/23/12 | Review templates proposed by Washington counsel for consistency with state law and GMAC procedures | L110 | JW | .40 | 190.00 | 76.00 |
| 07/23/12 | Revise Washington templates to comply with GMAC procedures and state law | L110 | JW | 1.50 | 190.00 | 285.00 |
| 07/23/12 | Analyze Rule 9A briefing package | L120 | DCL | 1.20 | 376.00 | 451.20 |
| 07/23/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | L120 | ASI | 1.20 | 249.00 | 298.80 |
| 07/24/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | L120 | ASI | 1.20 | 249.00 | 298.80 |
| 07/24/12 | Communicate with foreclosure counsel regarding edits to judicial affidavit template for Delaware | L210 | ASI | .20 | 249.00 | 49.80 |
| 07/24/12 | Review West Virginia counsels' proposed revisions to non-judicial templates | L110 | JW | .70 | 190.00 | 133.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Incorporate West Virginia counsel proposed revisions into non-judicial templates | L110 | JW | .80 | 190.00 | 152.00 |
| 07/24/12 | Draft memorandum responding to Rhode Island counsel's concerns with template changes | L110 | JW | .30 | 190.00 | 57.00 |
| 07/24/12 | Emails to local counsel regarding revisions to Virginia non-judicial templates | L110 | JW | .10 | 190.00 | 19.00 |
| 07/24/12 | Review e-mail from Russ Fowlie with regard to correspondence with Baker Tiller and upcoming meeting in Dallas and attachments related to same | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/24/12 | Review e-mail from Zaineb Zekeria with attachment on proposed IRG updated sampling error | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/24/12 | Review e-mail from Russ Fowlie with regard to revised work plan and suggested revisions for same | L190 | RRM | .70 | 345.00 | 241.50 |
| 07/24/12 | Review e-mail from Peter Muringi with regard to analysis of capitalized UPB in consideration of loan modifications and subsequent analysis of same | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/24/12 | Revise Minnesota's form foreclosure documents to incorporate suggestions from local foreclosure counsel | L120 | LG | .80 | 185.00 | 148.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Communications with North Carolina foreclosure counsel concerning GMAC's form documents | L120 | LG | .20 | 185.00 | 37.00 |
| 07/25/12 | Participate on GNMA Loans in settlement telephone call | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/25/12 | Participate in the OMSO call and follow-up call | L190 | RRM | 1.60 | 345.00 | 552.00 |
| 07/25/12 | Revise form foreclosure documents for Minnesota to reflect additional comments from local foreclosure counsel | L120 | LG | .40 | 185.00 | 74.00 |
| 07/25/12 | Communications with local foreclosure counsel discussing proposed revisions to AG National Servicing Standards form foreclosure documents | L120 | LG | .20 | 185.00 | 37.00 |
| 07/25/12 | Communications with Mississippi foreclosure counsel discussing proposed revisions to AG National Servicing Standard form foreclosure documents | L120 | LG | .30 | 185.00 | 55.50 |
| 07/25/12 | Revise Mississippi form foreclosure documents to incorporate comments from Mississippi foreclosure counsel | L120 | LG | 1.80 | 185.00 | 333.00 |
| 07/25/12 | Review of documents for Metrics in batch numbers 1,2,3 and subsequently participate in extended call related to same | L190 | RRM | 2.40 | 345.00 | 828.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Multiple e-mail correspondence with Russ Fowlie and to agenda and logistics for meeting next week in Dallas on Standards/Metrics | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/25/12 | Research regarding ineffective assignment and effect on mortgage and foreclosure and ratification and standing to attack assignment and draft memorandum regarding the same | C200 | JLJ | 3.40 | 193.00 | 656.20 |
| 07/25/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | L120 | ASI | 1.20 | 249.00 | 298.80 |
| 07/25/12 | Review final non-judicial forms for states of Colorado (seven) and Nevada (four) to confirm compliance with national Attorney General standards | L110 | KK | .40 | 91.00 | 36.40 |
| 07/25/12 | Revise West Virginia Notice of Sale to reflect recently-enacted state law | L210 | JW | .60 | 190.00 | 114.00 |
| 07/25/12 | Review and analyze issues with MERS signing authority and the sampling of files for Attorney General review | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/26/12 | Exchange e-mails with B.Northrup-Day on whether she is satisfied with LSI's cooperation in her case settlement offer that we can produce the Washington Attorney General documents to them | L110 | CWH | .20 | 330.00 | 66.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    27
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Exchange e-mails with D.Lenci, attorney for LSI, regarding EST's agreement to produce additional documents to them related to the Washington Attorney General's subpoena | L320 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Conferences regarding Living File project implementation | L120 | JW | .90 | 190.00 | 171.00 |
| 07/26/12 | Review ETS LSI Washington Attorney General CID material and draft letter to counsel regarding the documents | L110 | KK | .40 | 91.00 | 36.40 |
| 07/26/12 | Review final non-judicial forms for state of West Virginia to confirm compliance with Attorney General National Standards | L110 | KK | .40 | 91.00 | 36.40 |
| 07/26/12 | Draft memorandum to E.DeSilva regarding Living File project implementation | L120 | JW | .60 | 190.00 | 114.00 |
| 07/26/12 | Review letters to attorney generals and foreclosure counsel as part of servicing standard implementation | L120 | JW | 2.20 | 190.00 | 418.00 |
| 07/26/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | L120 | ASI | .50 | 249.00 | 124.50 |
| 07/26/12 | Review and revise state banking authorities spreadsheet to be used in conjunction with point of contact letter | L190 | EBE | 1.00 | 145.00 | 145.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    28
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Compile and organize point of contact information and addresses for judicial states foreclosure counsel to be used in conjunction with letter regarding Consent Judgment and servicing standards | L190 | EBE | 2.50 | 145.00 | 362.50 |
| 07/26/12 | Research California law regarding effect of lack of actual authority to assign mortgage | C200 | JDR | 2.90 | 293.00 | 849.70 |
| 07/26/12 | Prepare report summarizing research regarding effect of lack of actual authority to assign mortgage. | C200 | JDR | .80 | 293.00 | 234.40 |
| 07/26/12 | [NYDFS] Analyze GMACM's document production for response to DFS inquiry | L320 | DCL | 1.80 | 376.00 | 676.80 |
| 07/26/12 | [Saviddis] Review Saviddis pleadings in preparation for strategy call with local counsel | L120 | DCL | .70 | 376.00 | 263.20 |
| 07/26/12 | Participate in cross-servicer call with Monitor on servicer revision to Metrics | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/26/12 | Continue work on multiple letters to state attorney generals, state banking departments and United States Trustee | L190 | RRM | 1.70 | 345.00 | 586.50 |
| 07/26/12 | Continue revising letter to default counsel in judicial foreclosure states with regard to living file and AOI uploading and work on direction for default database | L190 | RRM | 2.20 | 345.00 | 759.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    29
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Participate on Department of Justice Servicer Only call and revisions to Work Plan and review of revised Work Plan | L190 | RRM | .90 | 345.00 | 310.50 |
| 07/26/12 | Participate in cross-servicer Department of Justice metrics work | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 07/26/12 | Telephone conference with Josh Stein with Monitor with regard to initial review of Schedule Y and follow-up on same | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/26/12 | Continue work on reviewing documents on Work Plan, Schedule Y and other related documents and related multiple telephone conferences with client related to same | L190 | RRM | 3.90 | 345.00 | 1,345.50 |
| 07/26/12 | Analyze and obtain contact information for the state AGs, U.S. Trustees, state banking authorities and local foreclosure counsel | L120 | LG | .80 | 185.00 | 148.00 |
| 07/26/12 | Revise Montana form foreclosure documents to incorporate revisions suggested by local counsel | L120 | LG | .90 | 185.00 | 166.50 |
| 07/26/12 | Revise New Hampshire form foreclosure documents to incorporate revisions suggested by local counsel | L120 | LG | 1.60 | 185.00 | 296.00 |
| 07/26/12 | Meeting to discuss draft letters concerning the living file project and letters appointing a direct GMAC contact for the U.S. Trustee's offices, AGs, and state banking authorities | L120 | LG | .50 | 185.00 | 92.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    30
SEPTEMBER 17, 2012

OR0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Obtain information for and draft letter to State banking authorities appoint a single point of contact | L120 | LG | .60 | 185.00 | 111.00 |
| 07/26/12 | Obtain information for and draft letter to U.S. Trustee's office appointing a direct GMAC contact | L120 | LG | .60 | 185.00 | 111.00 |
| 07/26/12 | Obtain information for and draft letter to AGs appointing a direct GMAC contact | L120 | LG | .60 | 185.00 | 111.00 |
| 07/26/12 | Revise letters to the U.S. Trustee's office, state banking authorities, and AGs appointing a single GMAC contact | L120 | LG | .80 | 185.00 | 148.00 |
| 07/26/12 | Revise letter to GMAC default counsel explaining the living file project | L120 | LG | 1.70 | 185.00 | 314.50 |
| 07/27/12 | Analyze KEL Title insurance's publicly available asset information | L120 | LG | .50 | 185.00 | 92.50 |
| 07/27/12 | Revise and finalize Montana form foreclosure documents to incorporate feedback from local counsel | L120 | LG | 1.00 | 185.00 | 185.00 |
| 07/27/12 | Make significant revisions to North Carolina's form notice of hearing and waiver of notice of hearing to incorporate feedback from local counsel | L120 | LG | 2.30 | 185.00 | 425.50 |
| 07/27/12 | Make significant revisions to Nebraska's form foreclosure document pursuant to feedback from local counsel | L120 | LG | 2.30 | 185.00 | 425.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    31
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Communication with local counsel concerning AG National servicing standard foreclosure documents | L120 | LG | .30 | 185.00 | 55.50 |
| 07/27/12 | Draft form order for North Carolina hearings | L120 | LG | 2.10 | 185.00 | 388.50 |
| 07/27/12 | Multiple e-mail correspondence with cross servicer legal group regarding complaints and providing same to Monitor and follow and walk through company's complaint process. | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/27/12 | Multiple e-mail correspondence around upcoming call with Department of Justice on consumer relief and issues to be discussed and addressed during call | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/27/12 | Continue work on reports under Attorney General/Department of Justice settlement on context of Enforcement requirements under Exhibits D and E of settlement and analysis of same | L190 | RRM | 3.10 | 345.00 | 1,069.50 |
| 07/27/12 | Review of documents/revisions in Monitor in preparation for upcoming call with OMSO | L190 | RRM | .90 | 345.00 | 310.50 |
| 07/27/12 | Participate and represent company on weekly OMSO call | L190 | RRM | 1.00 | 345.00 | 345.00 |
| 07/27/12 | Participate in attorney general settlement - exception list and work on same | L190 | RRM | 1.10 | 345.00 | 379.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    32
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Participate on AOI weekly telephone conference | L190 | RRM | .50 | 345.00 | 172.50 |
| 07/27/12 | Participate in weekly servicing standards call with client | L190 | RRM | .90 | 345.00 | 310.50 |
| 07/27/12 | Revise Rhode Island Notice of Sale to incorporate new legal requirements | L210 | JW | .30 | 190.00 | 57.00 |
| 07/27/12 | Conferences with local counsel regarding case strategy and status | L120 | DCL | .30 | 376.00 | 112.80 |
| 07/27/12 | Analyze Attorney General's brief | L120 | DCL | 1.10 | 376.00 | 413.60 |
| 07/27/12 | Emails to counsel regarding approaching deadline to implement forms | L120 | JW | .20 | 190.00 | 38.00 |
| 07/27/12 | Review Virginia counsel's proposed changes to trustee's deed | L210 | JW | .30 | 190.00 | 57.00 |
| 07/27/12 | Incorporate Virginia counsel's proposed changes regarding trustee's deed into documents | L210 | JW | .20 | 190.00 | 38.00 |
| 07/27/12 | Review Mail Merge spreadsheets for point of contact letters to state government agencies | L120 | JW | .40 | 190.00 | 76.00 |
| 07/28/12 | Review state agency point of contact letters and distribution lists | L110 | JW | .50 | 190.00 | 95.00 |
| 07/28/12 | Revise state agency point of contact letters and distribution lists | L110 | JW | .50 | 190.00 | 95.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    33
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Revise Rhode Island non-judicial templates to incorporate local counsel's suggested revisions | L110 | JW | .50 | 190.00 | 95.00 |
| 07/30/12 | Review Living File form contact mail merge list | L110 | JW | .70 | 190.00 | 133.00 |
| 07/30/12 | Review local counsel's concerns regarding Washington non-judicial templates | L110 | JW | .30 | 190.00 | 57.00 |
| 07/30/12 | Teleconference with E.DeSilva regarding mailing Living File letters to default counsel | L120 | JW | .50 | 190.00 | 95.00 |
| 07/30/12 | Update state compliance checklists to reflect non-judicial templates developed in conjunction with local counsel | L110 | JW | .20 | 190.00 | 38.00 |
| 07/30/12 | Respond to local counsel questions regarding Texas breach process and attendant Fair Debt Collection Practices Act language | L110 | JW | 1.10 | 190.00 | 209.00 |
| 07/30/12 | Revise Washington non-judicial templates to address local counsel's concerns | L110 | JW | .40 | 190.00 | 76.00 |
| 07/30/12 | Review Living File firm contact letter templates | L110 | JW | 1.40 | 190.00 | 266.00 |
| 07/30/12 | Teleconference with E.DeSilva regarding Living File firm contact letter templates | L110 | JW | .40 | 190.00 | 76.00 |
| 07/30/12 | Review Virginia Trustee's deed | L210 | JW | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Review final non-judicial forms for West Virginia, updated forms for Idaho, and non-judicial forms in Texas, and Virginia to confirm compliance with Attorney General standards | L110 | KK | .60 | 91.00 | 54.60 |
| 07/30/12 | Confirm legal sufficiency of Virginia Trustee's deed with local counsel | L210 | JW | .10 | 190.00 | 19.00 |
| 07/30/12 | Review Rhode Island non-judicial templates and local counsel's suggested revisions | L110 | JW | .70 | 190.00 | 133.00 |
| 07/30/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | C300 | ASI | 3.80 | 249.00 | 946.20 |
| 07/30/12 | Reviewed and analyzed all file materials to determine appropriate response to Tennessee AG | C300 | JBU | 3.30 | 228.00 | 752.40 |
| 07/30/12 | Continue work on Schedule Y reporting for DOJ/AG settlement agreement | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/30/12 | Review e-mail from Megan Jarboe forwarding detailed e-mail correspondence from Damon Smith at HUD OIG with regard to missing or modified portions of the submitted work plan and review of documentation in context of work plan and specifically portions of Exhibit I | L190 | RRM | .80 | 345.00 | 276.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    35
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Review e-mail from Pat Hobbib with regard to SCRA engagement letter and follow-up on same and direction for context with DOJ-Civil Rights | L190 | RRM | .40 | 345.00 | 138.00 |
| 07/30/12 | Review of OMSO responses to Batch 1 and Batch 2 metrics | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/30/12 | Telephone conference with debtor's counsel, DOJ, and client with regard to solicitation under settlement | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/30/12 | Review e-mail from Russ Fowlie with regard to information requested by Monitor and PPF-BDO with regard to IRG and review three attachments | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/30/12 | Review e-mail from Zaireb Zekeria with attachments on first, second lien and refinancing credit - three attachments | L190 | RRM | .70 | 345.00 | 241.50 |
| 07/30/12 | Meeting with Russ Fowlie, Peter Muriungi and others with regard to Consumer Relief focusing specifically on Exhibit I | L190 | RRM | 1.40 | 345.00 | 483.00 |
| 07/30/12 | Extended telephone conference with counsel for the unsecured creditors committee on background information on AG/DOJ settlement and follow-up on same | L190 | RRM | 1.30 | 345.00 | 448.50 |
| 07/30/12 | Review of Bill Cherry's comments on Metrics 6, 7, 8, 9, 12, 20 and 27 and initial review of same | L190 | RRM | .40 | 345.00 | 138.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    36
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/30/12 | Communications with Minnesota foreclosure counsel concerning form foreclosure documents necessary to comply with the AG Servicing Standards | L120 | LG | .30 | 185.00 | 55.50 |
| 07/30/12 | Revisions to the AG Servicing Standards to include counsel's suggestions concerning the notice of pendency | L120 | LG | .30 | 185.00 | 55.50 |
| 07/30/12 | Communications with Nebraska foreclosure counsel concerning alterations to form foreclosure documents needed to comply with the AG Servicing Standards | L120 | LG | .30 | 185.00 | 55.50 |
| 07/30/12 | Draft email to North Carolina foreclosure counsel concerning GMAC's form foreclosure documents | L120 | LG | .20 | 185.00 | 37.00 |
| 07/30/12 | Revise form foreclosure documents to incorporate suggestions from Nebraska local counsel | L120 | LG | .40 | 185.00 | 74.00 |
| 07/31/12 | Participate on Department of Justice servicer only metrics | L190 | RRM | 1.70 | 345.00 | 586.50 |
| 07/31/12 | Telephone conference with Josh Stein with Monitor's office with regard to Schedule Y reporting | L190 | RRM | .60 | 345.00 | 207.00 |
| 07/31/12 | Continue work on advice with regard to Consumer Relief requirements and reporting structure | L190 | RRM | 1.20 | 345.00 | 414.00 |
| 07/31/12 | Review e-mail from Amy Fleitas with regard to revisions on pre-foreclosure notice, review and respond to same | L190 | RRM | .30 | 345.00 | 103.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    37
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Participate in cross-servicer call on Schedule Y and prepare for same and follow-up with Russ Fowlie | L190 | RRM | 1.10 | 345.00 | 379.50 |
| 07/31/12 | Draft e-mail to Ben Diehl with CA Attorney General requesting telephone conference on Schedule Y | L190 | RRM | .20 | 345.00 | 69.00 |
| 07/31/12 | Participate in Cross-Servicer call on Schedule Y with OMSO and Monitor | L190 | RRM | 1.00 | 345.00 | 345.00 |
| 07/31/12 | Multiple e-mail correspondence with client regarding servicing standards and third party servicing agreements and analysis of same | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/31/12 | Telephone conference with Ben Diehl conversation with CA Attorney General on Schedule Y and follow-up on same | L190 | RRM | .80 | 345.00 | 276.00 |
| 07/31/12 | Meeting in Dallas with Russ Fowlie, Peter Muriungi, Tim Witten and others with regard to Consumer Relief reporting and Schedule Y | L190 | RRM | 1.80 | 345.00 | 621.00 |
| 07/31/12 | Review e-mail from Atul Malhotra with cross-servicer group and attachment outlining policy on filtering complaints and draft detailed e-mail response as to company position on matter | L190 | RRM | .90 | 345.00 | 310.50 |
| 07/31/12 | Continued to review and analyze all file materials to determine appropriate response to Tennessee AG | C300 | JBU | 6.70 | 228.00 | 1,527.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    38
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Prepare for and attend metrics conference call and review materials related to same | L190 | FWA | 1.60 | 345.00 | 552.00 |
| 07/31/12 | Prepare for and attend joint servicer call relating to AG metric implementation, including review and analysis of OMSO comments on same | C300 | ASI | 2.60 | 249.00 | 647.40 |
| 07/31/12 | Review and analyze edits from default counsel relating to non-judicial templates and coordinate production of same for purpose of meeting AG metric | C300 | ASI | 6.10 | 249.00 | 1,518.90 |
| 07/31/12 | Review final non-judicial forms for Mississippi, Nevada, Montana, New Hampshire, Nebraska, Minnesota, and Missouri to confirm compliance with national Attorney General Standards | L110 | KK | 1.40 | 91.00 | 127.40 |
| 07/31/12 | Communications with Nebraska counsel concerning revisions to the GMAC form foreclosure documents | L120 | LG | .50 | 185.00 | 92.50 |
| 07/31/12 | Incorporate revisions suggested by Nebraska counsel into the GMAC form foreclosure documents | L120 | LG | .40 | 185.00 | 74.00 |
| 07/31/12 | Communications with North Carolina counsel concerning the GMAC form notice of default letter, notice of hearing, and order | L120 | LG | .70 | 185.00 | 129.50 |
| 07/31/12 | Revise GMAC form notice of default letter and notice of hearing to incorporate comments from local counsel | L120 | LG | .50 | 185.00 | 92.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    39
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Finalize the GMAC form documents for Mississippi, Montana, Missouri, Minnesota, Nebraska, North Carolina, and New Hampshire | L120 | LG | .60 | 185.00 | 111.00 |
| 07/31/12 | Gather proper parties within each states' banking or financial institution department and draft spreadsheet with contact information | C100 | RV | 2.80 | 220.00 | 616.00 |
| 07/31/12 | Review changes to Rhode Island templates | L110 | JW | .40 | 190.00 | 76.00 |
| 07/31/12 | Review outgoing certified mailing of Living File letter | L110 | JW | 1.00 | 190.00 | 190.00 |
| 07/31/12 | Review Fair Debt Collection Practices Act cases interpreting "initial communication" to prepare for teleconference with Rhode Island counsel | L110 | JW | .50 | 190.00 | 95.00 |
| 07/31/12 | Respond to Washington counsel's question regarding Notice of Intention to Foreclose implementation | L210 | JW | .10 | 190.00 | 19.00 |
| 07/31/12 | Teleconference with Rhode Island counsel regarding Fair Debt Collection Practices Act's overshadowing potential in Notice of Sale | L210 | JW | .50 | 190.00 | 95.00 |
| 07/31/12 | Execute Living File letters to default firms | L110 | JW | .50 | 190.00 | 95.00 |
| 07/31/12 | Review Living File letters to default firms | L110 | JW | .30 | 190.00 | 57.00 |
| 07/31/12 | Teleconference with Washington counsel | L110 | JW | .20 | 190.00 | 38.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    40
SEPTEMBER 17, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Review address blocks of merged letters for consistency and accuracy | L110 | JW | 1.70 | 190.00 | 323.00 |
| 07/31/12 | Strategize resources responsible for preparing certified mail receipts and mailings of Living File letter | L120 | JW | .30 | 190.00 | 57.00 |
| 07/31/12 | Email to Washington and Rhode Island counsel regarding template implementation issues | L110 | JW | .70 | 190.00 | 133.00 |
| 07/31/12 | Review attachments to Living File letter to default counsel | L110 | JW | .10 | 190.00 | 19.00 |
| 07/31/12 | Review Living File letter distribution lists, certified mail return receipts, and draft enclosure email to firms | L110 | JW | 1.30 | 190.00 | 247.00 |
| 07/31/12 | Revise address blocks of merged Living File letters | L110 | JW | .70 | 190.00 | 133.00 |

FEES                                        $96,761.90

AMOUNT DUE THIS BILL                        $96,761.90

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| J. Paul Compton, Jr. | Partner | 390.00 | .30 | 117.00 |
| David E. Roth | Partner | 360.00 | 2.80 | 1,008.00 |
| Wendell Allen | Partner | 345.00 | 15.00 | 5,175.00 |
| Christian W. Hancock | Partner | 330.00 | 1.70 | 561.00 |
| Robert R. Maddox | Partner | 345.00 | 146.50 | 50,542.50 |
| Jonathan Rose | Partner | 293.00 | 3.70 | 1,084.10 |
| Dana C. Lumsden | Partner | 376.00 | 7.20 | 2,707.20 |
| Elizabeth B. Eaton | Paralegal | 145.00 | 3.50 | 507.50 |
| Jason R. Bushby | Associate | 228.00 | 10.00 | 2,280.00 |
| Jessica L. Jones | Associate | 193.00 | 3.40 | 656.20 |
| Avery Simmons | Associate | 249.00 | 52.00 | 12,948.00 |
| Jay Wright | Associate | 190.00 | 47.20 | 8,968.00 |
| Richard Vann | Associate | 220.00 | 2.80 | 616.00 |
| Lee Gilley | Associate | 185.00 | 44.60 | 8,251.00 |
| Cory S. Menees | Associate | 300.00 | 1.50 | 450.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.80 | 417.20 |
| Kerry Keane | Paralegal | 91.00 | 5.20 | 473.20 |
| Total | | | 350.20 | 96,761.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0802-301220
BILL AMOUNT        $96,761.90                            INVOICE #  805254

To:    ResCap                          TC Number:          705025
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805254
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0802-301220

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C100 | Fact Gathering | 2.80 | $    616.00 |
| C200 | Researching Law | 7.10 | $  1,740.30 |
| C300 | Analysis and Advice | 38.00 | $  9,252.00 |
| C400 | Third Party Communication | 0.20 | $     60.00 |
| L110 | Fact Investigation/Development | 40.40 | $  7,462.90 |
| L120 | Analysis/Strategy | 74.30 | $ 16,136.60 |
| L140 | Document/File Management | 4.30 | $  1,070.70 |
| L190 | Other Case Assessment, Develop't/Admin | 165.00 | $ 56,225.00 |
| L210 | Pleadings | 13.10 | $  2,500.80 |
| L320 | Document Production | 3.70 | $  1,307.60 |
| P280 | Other | 1.30 | $    390.00 |

```
                    ===================================
       TOTAL FEES     350.20    $ 96,761.90

            TOTAL FEES DUE       $ 96,761.90
     TOTAL DISBURSEMENTS DUE     $      0.00
      TOTAL DUE THIS INVOICE     $ 96,761.90
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-305006

INVOICE #  805281

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-305006   TC Number: 708556

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Draft status report for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |

FEES                                                $87.30

### DESCRIPTION OF DISBURSEMENTS

| 65 | Title Search Fee | | 125.00 |
|----|------------------|--|--------|

COSTS                                              $125.00

AMOUNT DUE THIS BILL                               $212.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0802-305006

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | .50 | 87.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                           0R0802-305006
BILL AMOUNT          $212.30                               INVOICE #  805281

To:     ResCap                        TC Number:        708556
        1100 Virginia Drive           Invoice Date:     09/17/2012
        Fort Washington, PA 19034      Invoice No.       805281
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0802-305006

                                           Current Invoice
Code Task                                Hours            Fees

L190 Other Case Assessment, Develop't/Admin    0.50    $     87.30

                              ====================================
                    TOTAL FEES       0.50    $     87.30

                    TOTAL FEES DUE            $     87.30
              TOTAL DISBURSEMENTS DUE         $    125.00
                TOTAL DUE THIS INVOICE        $    212.30



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0802-305015

INVOICE #  805282

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0802-305015  TC Number: 713817

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Correspondence with G.Einstein, defendant's attorney, regarding review of Motion to Reinstate the Case, the Amended Motion for Summary Judgment, and the Agreed Final Judgment of Foreclosure for service and filing | L210 | JDV | .20 | 219.00 | 43.80 |
| 07/05/12 | Correspondence with client regarding case status and strategy | L190 | JDV | .30 | 219.00 | 65.70 |
| 07/06/12 | Draft status report for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/18/12 | Analysis of defendant's proposed revisions to Final Judgment | L120 | JDV | .30 | 219.00 | 65.70 |
| 07/18/12 | Correspondence with G.Einstein, defendant's attorney, regarding revisions to proposed Final Judgment | L160 | JDV | .30 | 219.00 | 65.70 |
| 07/23/12 | Correspondence with G.Einstein, defendant's attorney, regarding revisions to Agreed Final Judgment of Foreclosure | L160 | JDV | .20 | 219.00 | 43.80 |
| 07/23/12 | Correspondence with client regarding defendant's revisions to Agreed Final Judgment of Foreclosure | L160 | JDV | .20 | 219.00 | 43.80 |
| 07/26/12 | Correspondence with G.Einstein, defendant's attorney, regarding revisions to Final Judgment | L210 | JDV | .30 | 219.00 | 65.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0802-305015

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Correspondence with client regarding revisions to Final Judgment | L210 | JDV | .30 | 219.00 | 65.70 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on defendant's counterclaims | L120 | JDV | .10 | 219.00 | 21.90 |

FEES                                              $525.60

AMOUNT DUE THIS BILL                              $525.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0802-305015

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | 2.40 | 525.60 |
| Total | | | 2.40 | 525.60 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0802-305015
INVOICE # 805282

BILL AMOUNT          $525.60

| To: | ResCap | | TC Number: | 713817 |
|---|---|---|---|---|
| | 1100 Virginia Drive | | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 805282 |
| | | | Period ending: | 07/31/2012 |

Case Management Number     LD   0R0802-305015

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.40 | $   87.60 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $  153.30 |
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $  109.50 |
| L210 | Pleadings | 0.80 | $  175.20 |
| | | ================================= | |
| | TOTAL FEES | 2.40 | $  525.60 |
| | | | |
| | TOTAL FEES DUE | | $  525.60 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $  525.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-105015

INVOICE #  805250

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-105015   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Draft status report regarding options to close file in light of borrower being current on payments | L190 | TRL | .10 | 290.00 | 29.00 |
| | FEES | | | | | $29.00 |
| | AMOUNT DUE THIS BILL | | | | | $29.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-105015

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 290.00 | .10 | 29.00 |
| Total | | | .10 | 29.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0806-105015

BILL AMOUNT          $29.00

INVOICE #  805250

| To: | ResCap | TC Number: | NA |
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805250 |
| | | Period ending: | 07/31/2012 |

Case Management Number      LD  0R0806-105015

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $   29.00 |
| ================================== | | | |
| TOTAL FEES | | 0.10 | $   29.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 29.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 29.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0806-106888
Fort Washington, PA 19034

                                                INVOICE #  805253

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-106888   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft updated status report to client | L120 | TMB | .20 | 390.00 | 78.00 |
| 07/06/12 | Draft memo to K.Rosenthal re timing and appraisal person for entity to file | L210 | TMB | .30 | 390.00 | 117.00 |
| 07/06/12 | Revise motion to disburse proceeds and opposition | L210 | TMB | .30 | 390.00 | 117.00 |
| 07/31/12 | Review correspondence from C.Lockovich | L120 | TMB | .30 | 390.00 | 117.00 |

                    FEES                            $429.00


                    AMOUNT DUE THIS BILL            $429.00


            ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-106888

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 390.00 | 1.10 | 429.00 |
| Total | | | 1.10 | 429.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0806-106888
BILL AMOUNT          $429.00                              INVOICE #  805253

_____

To:    ResCap                        TC Number:          NA
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805253
                                     Period ending:      07/31/2012


Case Management Number      LD  0R0806-106888


|                                      | Current Invoice | |
| Code Task                            | Hours | Fees |
| --- | --- | --- |
| L120 Analysis/Strategy               | 0.50  | $   195.00 |
| L210 Pleadings                       | 0.60  | $   234.00 |
| ======================================= |
| TOTAL FEES                           | 1.10  | $   429.00 |

                    TOTAL FEES DUE          $   429.00
            TOTAL DISBURSEMENTS DUE         $     0.00
            TOTAL DUE THIS INVOICE          $   429.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0806-301001
Fort Washington, PA 19034

                                                           INVOICE #  805255

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301001   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Draft status update for client review | L140 | JCCO | .20 | 200.00 | 40.00 |
| 07/18/12 | Draft status report regarding matter for client review | L120 | ERP | .20 | 145.00 | 29.00 |

                              FEES                              $89.00

                    AMOUNT DUE THIS BILL                        $89.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301001

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 145.00 | .20 | 29.00 |
| Jonathan Cobb | Associate | 200.00 | .20 | 40.00 |
| Total | | | .40 | 69.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0806-301001
BILL AMOUNT          $89.00                               INVOICE #  805255

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805255
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0806-301001

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L120 | Analysis/Strategy | 0.20 | $ | 29.00 |
| L140 | Document/File Management | 0.20 | $ | 40.00 |
| | TOTAL FEES | 0.40 | $ | 89.00 |
| | TOTAL FEES DUE | | $ | 89.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 89.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                SEPTEMBER 17, 2012
1100 Virginia Drive                                                   0R0806-301005
Fort Washington, PA 19034

                                                                      INVOICE #  805257

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301005  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft monthly case status update for client review | L120 | MW | .10 | 300.00 | 30.00 |
| 07/13/12 | Review timeline of events and evaluate title documents | L110 | KK | .60 | 100.00 | 60.00 |

                              FEES                                     $90.00

                   AMOUNT DUE THIS BILL                                $90.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301005

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 300.00 | .10 | 30.00 |
| Kerry Keane | Paralegal | 100.00 | .60 | 60.00 |
| Total | | | .70 | 90.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0806-301005
BILL AMOUNT        $90.00                                      INVOICE #  805257

---

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805257
                                       Period ending:    07/31/2012


Case Management Number    LD  0R0806-301005


|      |                                | Current Invoice | | |
|------|--------------------------------|-------|---|-------|
| Code | Task                           | Hours |   | Fees  |
| L110 | Fact Investigation/Development | 0.60  | $ | 60.00 |
| L120 | Analysis/Strategy              | 0.10  | $ | 30.00 |
|      | TOTAL FEES                     | 0.70  | $ | 90.00 |
|      | TOTAL FEES DUE                 |       | $ | 90.00 |
|      | TOTAL DISBURSEMENTS DUE        |       | $ |  0.00 |
|      | TOTAL DUE THIS INVOICE         |       | $ | 90.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301006

INVOICE #   805259

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301006   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft litigation status report to client | L120 | JHP | .10 | 255.00 | 25.50 |
| 07/26/12 | Review final order granting relief from stay and determine subsequent action needed to advance the litigation | L120 | BG | .10 | 210.00 | 21.00 |

FEES                                                    $46.50

AMOUNT DUE THIS BILL                         $46.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0806-301006

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 255.00 | .10 | 25.50 |
| Blake Goodsell | Associate | 210.00 | .10 | 21.00 |
| Total | | | .20 | 46.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0806-301006
BILL AMOUNT          $46.50                                    INVOICE #  805259

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805259
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0806-301006

                                              Current Invoice
Code Task                                     Hours           Fees

L120 Analysis/Strategy                        0.20      $     46.50

                              ==================================
                   TOTAL FEES                 0.20      $     46.50

                   TOTAL FEES DUE                       $     46.50
             TOTAL DISBURSEMENTS DUE                    $      0.00
              TOTAL DUE THIS INVOICE                    $     46.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                                0R0806-301010
Fort Washington, PA 19034

                                                                   INVOICE #  805261

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301010   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update regarding property inspection | L190 | BG | .20 | 210.00 | 42.00 |
| 07/26/12 | Evaluate need to file Notice of Bankruptcy explaining final order granting relief from stay and determine subsequent action needed to advance the litigation | L120 | BG | .10 | 210.00 | 21.00 |
| 07/26/12 | Correspondence with client contact regarding Amended Notice of Bankruptcy and discussions about full property inspection | L120 | BG | .10 | 210.00 | 21.00 |
| 07/26/12 | Phone call to counsel for Truly Noble Services to discuss status of case and status of bankruptcy of client | L190 | JHP | .20 | 255.00 | 51.00 |
| 07/26/12 | Email to client contact to discuss status of case and whether bankruptcy order lifts stay for this case and to discuss inspection of property | L120 | JHP | .20 | 255.00 | 51.00 |

                          FEES                                  $186.00


                          AMOUNT DUE THIS BILL                  $186.00


                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301010

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 255.00 | .40 | 102.00 |
| Blake Goodsell | Associate | 210.00 | .40 | 84.00 |
| Total | | | .80 | 186.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0806-301010
INVOICE #  805261

BILL AMOUNT          $186.00

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805261
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0806-301010

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.40 | $ | 93.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.40 | $ | 93.00 |
| ============================================ | | | |
| TOTAL FEES | 0.80 | $ | 186.00 |
| TOTAL FEES DUE | | $ | 186.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 186.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301011

INVOICE #  805263

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301011   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client review | L120 | NSR | .10 | 280.00 | 28.00 |

FEES                                                        $28.00

AMOUNT DUE THIS BILL                            $28.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301011

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         SEPTEMBER 17, 2012
                                                              0R0806-301011
BILL AMOUNT        $28.00                                     INVOICE #  805263

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034        Invoice No.         805263
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0806-301011

                                         Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  0.10     $     28.00

                     ======================================
                     TOTAL FEES         0.10     $     28.00

                     TOTAL FEES DUE              $     28.00
              TOTAL DISBURSEMENTS DUE            $      0.00
                 TOTAL DUE THIS INVOICE          $     28.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301012

INVOICE #  805265

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301012   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly case status report for client review | L120 | NSR | .10 | 280.00 | 28.00 |

|  |  | FEES |  |  |  | $28.00 |
|  |  | AMOUNT DUE THIS BILL |  |  |  | $28.00 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301012

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0806-301012
BILL AMOUNT            $28.00                                   INVOICE #  805265

_____

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034        Invoice No.         805265
                                        Period ending:      07/31/2012


Case Management Number        LD   0R0806-301012


                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                    0.10     $     28.00

                          ======================================
                  TOTAL FEES             0.10     $     28.00

                  TOTAL FEES DUE                   $     28.00
           TOTAL DISBURSEMENTS DUE                 $      0.00
              TOTAL DUE THIS INVOICE              $     28.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 17, 2012
1100 Virginia Drive                                             0R0806-301013
Fort Washington, PA 19034

                                                                INVOICE #  805266

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301013  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly case status report for client review | L120 | NSR | .10 | 280.00 | 28.00 |

                                    FEES                                      $28.00

                            AMOUNT DUE THIS BILL                              $28.00

                        ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301013

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0806-301013
BILL AMOUNT          $28.00                               INVOICE #  805266

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      09/17/2012
       Fort Washington, PA 19034       Invoice No.        805266
                                       Period ending:     07/31/2012

Case Management Number      LD  0R0806-301013

                                            Current Invoice
Code Task                              Hours              Fees

L120 Analysis/Strategy                  0.10      $      28.00

                         ==========================================
                         TOTAL FEES      0.10      $      28.00

                         TOTAL FEES DUE           $      28.00
                  TOTAL DISBURSEMENTS DUE         $       0.00
                   TOTAL DUE THIS INVOICE         $      28.00



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0806-301014
Fort Washington, PA 19034

                                                             INVOICE #  805268

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301014   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Draft letter and send borrowers' counsel settlement checks to finalize case | L120 | KSA | .30 | 225.00 | 67.50 |

|  |  |  |  | FEES |  | $67.50 |
|--|--|--|--|------|--|--------|
| 01 | Copy Charges |  |  |  | 0.00 |  |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |

AMOUNT DUE THIS BILL          $67.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0806-301014

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 225.00 | .30 | 67.50 |
| Total | | | .30 | 67.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0806-301014
BILL AMOUNT          $67.50                                    INVOICE #  805268

To:   ResCap                          TC Number:        NA
      1100 Virginia Drive             Invoice Date:     09/17/2012
      Fort Washington, PA 19034       Invoice No.       805268
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0806-301014

                                           Current Invoice
Code Task                            Hours              Fees

L120 Analysis/Strategy               0.30    $       67.50

                          ===================================
                 TOTAL FEES          0.30    $       67.50

                 TOTAL FEES DUE              $       67.50
          TOTAL DISBURSEMENTS DUE            $        0.00
          TOTAL DUE THIS INVOICE             $       67.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0806-301015
Fort Washington, PA 19034

                                                           INVOICE #  805269

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301015   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft monthly case status report to client | L120 | JHP | .10 | 255.00 | 25.50 |
| 07/20/12 | Respond to client request regarding local counsel information | L120 | BG | .10 | 210.00 | 21.00 |

|  |  |  |
|--|--|--|
| FEES |  | $46.50 |
| AMOUNT DUE THIS BILL |  | $46.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 255.00 | .10 | 25.50 |
| Blake Goodsell | Associate | 210.00 | .10 | 21.00 |
| Total | | | .20 | 46.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0806-301015
INVOICE #  805269

BILL AMOUNT          $46.50

| To: | ResCap | TC Number: | NA |
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805269 |
| | | Period ending: | 07/31/2012 |

Case Management Number       LD   0R0806-301015

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ 46.50 |
| TOTAL FEES | 0.20 | $ 46.50 |

|  |  |
|---|---|
| TOTAL FEES DUE | $ 46.50 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 46.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301016

INVOICE #  805271

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301016   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client review | L120 | NSR | .10 | 280.00 | 28.00 |

| | FEES | | | | | $28.00 |
| | AMOUNT DUE THIS BILL | | | | | $28.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301016

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .10 | 28.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $28.00

SEPTEMBER 17, 2012
0R0806-301016
INVOICE #   805271

| To: | ResCap | TC Number: | NA |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805271 |
| | | Period ending: | 07/31/2012 |

Case Management Number        LD   0R0806-301016

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $    28.00 |
| | ============================ | | |
| | TOTAL FEES | 0.10 | $    28.00 |
| | TOTAL FEES DUE | | $    28.00 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    28.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301017

INVOICE #  805273

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301017   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update regarding Motion to Withdraw Funds and letter to Borrower requesting waiver of eminent domain proceeds | L190 | BG | .10 | 210.00 | 21.00 |
| 07/16/12 | Draft supplement to Motion to Withdraw Funds to reflect executed waiver | L210 | BG | .20 | 210.00 | 42.00 |
| 07/16/12 | Draft supplement to Motion to Withdraw Funds to reflect executed waiver | L210 | BG | .20 | 210.00 | 42.00 |
| 07/17/12 | File pleading supplementing record with waiver of borrower | L210 | BG | .10 | 210.00 | 21.00 |
| 07/17/12 | Finalize GMAC's additional evidence regarding Motion to Withdraw Award of the Court with exhibits and prepare same for filing with the Court and for service via certified mail upon all parties | L110 | ABB | .70 | 150.00 | 105.00 |
| 07/17/12 | Telephone conference with S.G Johndroe and T.Gorski regarding filing | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/26/12 | Determine need to file Notice of Bankruptcy in light of final order granting relief from stay and determine subsequent action needed to advance the litigation | L120 | BG | .10 | 210.00 | 21.00 |

FEES                                                             $282.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301017

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 07/03/12 | Postage Charges 07/02/2012 | 0.00 |
| 07/31/12 | Filing Fees - BUSINESS CARD DENTON CNTY PROBATE 6-26-12 | 2.00 |
| | Bank ID: GENR Check Number: 97116 | |
| 07/31/12 | Filing Fees - BUSINESS CARD BROWARD CLERKS 6-26-12 | 5.00 |
| | Bank ID: GENR Check Number: 97116 | |
| 07/11/12 | Court Costs - Pleadings - WEST GROUP A BURKE COURT FEES | 233.50 |
| | Bank ID: GENR Check Number: 96056 | |

COSTS                          $240.50

AMOUNT DUE THIS BILL           $522.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0806-301017

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .90 | 135.00 |
| Blake Goodsell | Associate | 210.00 | .70 | 147.00 |
| Total | | | 1.60 | 282.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                           0R0806-301017
BILL AMOUNT          $522.50                               INVOICE #  805273

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805273
                                      Period ending:    07/31/2012

Case Management Number      LD   0R0806-301017

                                        Current Invoice
Code Task                               Hours        Fees

L110  Fact Investigation/Development     0.90    $     135.00
L120  Analysis/Strategy                  0.10    $      21.00
L190  Other Case Assessment, Develop't/Admin  0.10  $   21.00
L210  Pleadings                          0.50    $     105.00

                         ===================================
              TOTAL FEES    1.60    $     282.00

                       TOTAL FEES DUE         $     282.00
              TOTAL DISBURSEMENTS DUE         $     240.50
              TOTAL DUE THIS INVOICE          $     522.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301019

INVOICE #  805274

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301019   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft status update regarding lifting stay | L190 | BG | .20 | 210.00 | 42.00 |
| 07/17/12 | Call opposing counsel regarding our lien superiority and inform of effect of bankruptcy order | L120 | BG | .30 | 210.00 | 63.00 |
| 07/17/12 | Note to file regarding call to opposing counsel and plan of action | L120 | BG | .20 | 210.00 | 42.00 |
| 07/17/12 | Update to client contact regarding effect of bankruptcy order on the ability to proceed with case | L190 | BG | .10 | 210.00 | 21.00 |
| 07/18/12 | Receipt / review of discovery exchanged prior to firm engagement in the case | L110 | BG | .40 | 210.00 | 84.00 |
| 07/18/12 | Confer with borrower's counsel regarding possible resolution | L160 | BG | .10 | 210.00 | 21.00 |
| 07/26/12 | Determine need to file Notice of Bankruptcy explaining final order granting relief from stay and determine subsequent action needed to advance the litigation | L120 | BG | .10 | 210.00 | 21.00 |
| 07/30/12 | Call Plaintiff's counsel regarding bankruptcy stay, lien superiority and possible resolution | L120 | BG | .20 | 210.00 | 42.00 |

                                    FEES                        $336.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301019

FED ID NO. 63-0243316

07/18/12  Copy Charges                                    0.00
07/18/12  Copy Charges                                    0.00

AMOUNT DUE THIS BILL                    $336.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0806-301019

FED ID NO. 63-0243316

---

#### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 210.00 | 1.60 | 336.00 |
| Total | | | 1.60 | 336.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                            0R0806-301019
BILL AMOUNT          $336.00                                INVOICE #  805274

To:    ResCap                         TC Number:        NA
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805274
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0806-301019

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $ 84.00 |
| L120 | Analysis/Strategy | 0.80 | $ 168.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ 21.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ 63.00 |

                              =================================
                   TOTAL FEES    1.60      $    336.00

                   TOTAL FEES DUE            $    336.00
           TOTAL DISBURSEMENTS DUE           $      0.00
           TOTAL DUE THIS INVOICE            $    336.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0806-301020
Fort Washington, PA 19034

                                                           INVOICE #   805275

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301020   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 07/09/12 | Read article from plaintiff's counsel regarding forced place insurance | L190 | BAW | .60 | 305.00 | 183.00 |
| 07/09/12 | Continue working to resolve loan dispute | L160 | BAW | .40 | 305.00 | 122.00 |
| 07/10/12 | Continue working with GMAC and borrower to resolve loan dispute | L160 | BAW | .80 | 305.00 | 244.00 |
| 07/11/12 | Work out loan dispute resolution with client contact | L160 | BAW | .30 | 305.00 | 91.50 |
| 07/11/12 | Correspond with borrower regarding dismissal of remaining claims | L160 | BAW | .50 | 305.00 | 152.50 |
| 07/14/12 | Draft and submit position statement email to borrower regarding demand for settlement of loan dispute | L160 | BAW | .60 | 305.00 | 183.00 |

                         FEES                              $1,019.50

                         AMOUNT DUE THIS BILL              $1,019.50

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301020

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 305.00 | 3.20 | 976.00 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Total | | | 3.50 | 1,019.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0806-301020
BILL AMOUNT        $1,019.50                     INVOICE #  805275

To:    ResCap                        TC Number:         NA
       1100 Virginia Drive           Invoice Date:      09/17/2012
       Fort Washington, PA 19034     Invoice No.        805275
                                     Period ending:     07/31/2012

Case Management Number      LD  0R0806-301020

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L160 | Settlement/Non-Binding ADR | 2.60 | $   793.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.90 | $   226.50 |

|  | | ======================== | |
|---|---|---|---|
| | TOTAL FEES | 3.50 | $  1,019.50 |

|  | | |
|---|---|---|
| TOTAL FEES DUE | $  1,019.50 |
| TOTAL DISBURSEMENTS DUE | $      0.00 |
| TOTAL DUE THIS INVOICE | $  1,019.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301021

INVOICE #  805276

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301021  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Analyze security deed languageregarding borrowers' assertions | L120 | KSA | .30 | 225.00 | 67.50 |
| 07/18/12 | Review and analyze security deeds | C300 | MMB | .50 | 240.00 | 120.00 |
| 07/18/12 | Strategize regarding possible means of resolution of borrower claims | L190 | MMB | .30 | 240.00 | 72.00 |
| 07/30/12 | Telephone conference with M.Bridges regarding condemnation proceeding and possible consent order | L190 | MMB | .40 | 240.00 | 96.00 |
| 07/30/12 | Strategize regarding request for payment of condemnation proceeds | L210 | MMB | .20 | 240.00 | 48.00 |
| 07/31/12 | Draft and revise motion requesting condemnation proceeds | L210 | MMB | 1.20 | 240.00 | 288.00 |
| 07/31/12 | Finalize motion for condemnation proceeds for filing | L210 | MMB | .60 | 240.00 | 144.00 |

FEES                                                              $835.50

AMOUNT DUE THIS BILL                                              $835.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0806-301021

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 225.00 | .30 | 67.50 |
| Melissa Burton | Associate | 240.00 | 3.20 | 768.00 |
| Total | | | 3.50 | 835.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0806-301021
BILL AMOUNT          $835.50                                 INVOICE #  805276

_____

To:    ResCap                        TC Number:       NA
       1100 Virginia Drive           Invoice Date:    09/17/2012
       Fort Washington, PA 19034      Invoice No.      805276
                                      Period ending:   07/31/2012


Case Management Number      LD  0R0806-301021


                                        Current Invoice
Code Task                              Hours           Fees

C300 Analysis and Advice               0.50     $    120.00
L120 Analysis/Strategy                 0.30     $     67.50
L190 Other Case Assessment, Develop't/Admin   0.70     $    168.00
L210 Pleadings                         2.00     $    480.00


                       =================================
           TOTAL FEES        3.50     $    835.50

              TOTAL FEES DUE          $    835.50
       TOTAL DISBURSEMENTS DUE        $      0.00
        TOTAL DUE THIS INVOICE        $    835.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                             0R0806-301022
Fort Washington, PA 19034

                                                               INVOICE #  805277

                                                               **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301022   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Email communication with foreclosure counsel regarding funds on deposit with the court | L120 | KE | .20 | 150.00 | 30.00 |
| 07/03/12 | Review and analyze response from opposing counsel | L120 | KE | .50 | 150.00 | 75.00 |
| 07/03/12 | Review and analyze file to verify filing of motion to withdraw funds | L120 | KE | .50 | 150.00 | 75.00 |
| 07/05/12 | Draft monthly status report for client | L190 | JDV | .20 | 250.00 | 50.00 |
| 07/12/12 | Correspondence with T.Skonie, assistant to plaintiff's attorney, regarding status of funds deposited with clerk | L190 | JDV | .20 | 250.00 | 50.00 |
| 07/12/12 | Analysis of Notice of Deposit and Order Regulating Service of Pleadings and Papers | L210 | JDV | .30 | 250.00 | 75.00 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on plaintiff's lawsuit | L120 | JDV | .10 | 250.00 | 25.00 |

                         FEES                                   $380.00


                         AMOUNT DUE THIS BILL                   $380.00


                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301022

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | 1.20 | 180.00 |
| Jose D. Vega | Associate | 250.00 | .80 | 200.00 |
| Total | | | 2.00 | 380.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0806-301022
BILL AMOUNT          $380.00                             INVOICE #  805277

---

To:    ResCap                        TC Number:          NA
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805277
                                     Period ending:      07/31/2012


Case Management Number      LD  0R0806-301022


|                                        | Current Invoice | | |
| Code Task                              | Hours  |    | Fees   |
|----------------------------------------|--------|----|--------|
| L120 Analysis/Strategy                 | 1.30   | $  | 205.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.40 | $ | 100.00 |
| L210 Pleadings                         | 0.30   | $  | 75.00  |
|                                        | ====== | == | ====== |
| TOTAL FEES                             | 2.00   | $  | 380.00 |
|                                        |        |    |        |
| TOTAL FEES DUE                         |        | $  | 380.00 |
| TOTAL DISBURSEMENTS DUE                |        | $  | 0.00   |
| TOTAL DUE THIS INVOICE                 |        | $  | 380.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301023

INVOICE #  805278

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301023   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Draft update regarding status of the litigation | L120 | GWG | .10 | 275.00 | 27.50 |

FEES                                          $27.50

AMOUNT DUE THIS BILL                          $27.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301023

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 275.00 | .10 | 27.50 |
| Total | | | .10 | 27.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
SEPTEMBER 17, 2012
0R0806-301023

BILL AMOUNT          $27.50
INVOICE #  805278

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805278
                                       Period ending:    07/31/2012

Case Management Number        LD   0R0806-301023

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.10 | $   27.50 |
| | | ============================= | |
| TOTAL FEES | | 0.10 | $   27.50 |

TOTAL FEES DUE                        $    27.50
TOTAL DISBURSEMENTS DUE               $     0.00
TOTAL DUE THIS INVOICE                $    27.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0806-301024
Fort Washington, PA 19034

                                                               INVOICE #  805279

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301024   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Call plaintiff's counsel to discuss the status of the partition | L120 | LPR | .60 | 305.00 | 183.00 |
| 07/13/12 | Draft Answer to Complaint | L210 | LPR | .80 | 305.00 | 244.00 |
| 07/16/12 | Finalize and file Answer to Complaint | L210 | LPR | .20 | 305.00 | 61.00 |
| 07/18/12 | Email status update to client | L120 | LPR | .10 | 305.00 | 30.50 |
| 07/18/12 | Follow up with plaintiff's counsel on Answer | L120 | LPR | .10 | 305.00 | 30.50 |

                        FEES                           $579.50


                AMOUNT DUE THIS BILL                    $579.50


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301024

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lewis Rhodes | Associate | 305.00 | 1.80 | 549.00 |
| Total | | | 1.80 | 549.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           SEPTEMBER 17, 2012
                                                 0R0806-301024
BILL AMOUNT          $579.50                     INVOICE #  805279

To:    ResCap                    TC Number:       NA
       1100 Virginia Drive       Invoice Date:    09/17/2012
       Fort Washington, PA 19034 Invoice No.      805279
                                 Period ending:   07/31/2012

Case Management Number      LD  0R0806-301024

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.80 | $ 244.00 |
| L210 Pleadings | | 1.00 | $ 305.00 |
| | ===================================== | | |
| TOTAL FEES | | 1.80 | $ 579.50 |
| TOTAL FEES DUE | | | $ 579.50 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 579.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0806-301025
Fort Washington, PA 19034

                                                             INVOICE #  805280

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301025  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review Eminent Domain petition and related pleadings from Orange County DA's office | L210 | BAW | 1.80 | 305.00 | 549.00 |
| 07/02/12 | Draft out initial summary of allegations in condemnation case | L120 | BAW | .50 | 305.00 | 152.50 |
| 07/02/12 | Email correspondence with client contact regarding identity of investor | L110 | BAW | .20 | 305.00 | 61.00 |
| 07/02/12 | Telephone conference with borrower's counsel regarding lender's interest in condemnation award | L110 | BAW | .40 | 305.00 | 122.00 |
| 07/02/12 | Analyze issues regarding service of pleadings | L210 | JAM | .20 | 145.00 | 29.00 |
| 07/02/12 | Draft Notice of Appearance of B.Wahl | L210 | JAM | .20 | 145.00 | 29.00 |
| 07/03/12 | Telephone call to County Attorney regarding petition | L210 | JAM | .20 | 145.00 | 29.00 |
| 07/03/12 | Request Orange County, FL file from paralegal | L110 | BAW | .20 | 305.00 | 61.00 |
| 07/03/12 | Continue researching condemnation demand from Orange County | L110 | BAW | .30 | 305.00 | 91.50 |
| 07/06/12 | Review and analyze court file/all pleadings | L210 | JAM | 2.70 | 145.00 | 391.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301025

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Draft monthly status report to GMAC regarding progress in defending counterclaim and resolving matter | L190 | BAW | .30 | 305.00 | 91.50 |
| 07/13/12 | Draft Answer to Petition in Eminent Domain | L210 | JDV | 1.00 | 250.00 | 250.00 |
| 07/13/12 | Correspondence with client contact regarding preparation of Answer to Petition | L210 | JDV | .30 | 250.00 | 75.00 |
| 07/13/12 | Analysis of state law regarding affirmative defenses to eminent domain proceedings | L120 | JDV | .30 | 250.00 | 75.00 |
| 07/13/12 | Analysis of docket and pleadings in preparation of drafting Answer to Petition | L120 | JDV | .40 | 250.00 | 100.00 |
| 07/13/12 | Telephone call from H.Brown, Orange County Attorney, regarding petition and extension of time to respond to petition | L210 | JAM | .20 | 145.00 | 29.00 |
| 07/13/12 | Final review of Answer to Petition prior to submission to court | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/14/12 | Review and revise draft answer | L210 | BAW | .80 | 305.00 | 244.00 |
| 07/17/12 | Analysis of notice from clerk of court regarding filing of Answer and Affirmative Defenses | L190 | JDV | .10 | 250.00 | 25.00 |
| 07/18/12 | Analysis of notice from clerk of court regarding filing of Motion for Default as to SunTrust Bank | L190 | JDV | .10 | 250.00 | 25.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0806-301025

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Review Orange County DA's office eminent domain records in advance of August 6 hearing | L230 | BAW | .50 | 305.00 | 152.50 |
| 07/31/12 | Study entire eminent domain file in preparation for August 6 order of taking hearing | L240 | BAW | 4.50 | 305.00 | 1,372.50 |
| 07/31/12 | Draft motion for order directing payment of remaining sums secured by mortgage to GMAC | L250 | BAW | 1.00 | 305.00 | 305.00 |

FEES                                                     $4,303.50

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/13/12 | Copy Charges | 0.00 |
| 07/27/12 | Court Costs - Pleadings - WEST GROUP JM COURT FEES | 342.50 |
| | Bank ID: GENR Check Number: 96885 | |
| 07/13/12 | Express Mail/Fedex | 0.00 |

COSTS                        $342.50

AMOUNT DUE THIS BILL          $4,646.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
SEPTEMBER 17, 2012

0R0806-301025

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 305.00 | 10.50 | 3,202.50 |
| Jamie Mathews | Paralegal | 145.00 | 3.80 | 551.00 |
| Jose D. Vega | Associate | 250.00 | 2.20 | 550.00 |
| Total | | | 16.50 | 4,303.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0806-301025
BILL AMOUNT        $4,646.00                                    INVOICE #  805280

To:    ResCap                              TC Number:        NA
       1100 Virginia Drive                 Invoice Date:     09/17/2012
       Fort Washington, PA 19034           Invoice No.       805280
                                           Period ending:    07/31/2012


Case Management Number       LD   0R0806-301025


                                              Current Invoice
Code Task                              Hours            Fees

L110  Fact Investigation/Development    1.10   $     335.50
L120  Analysis/Strategy                 1.20   $     327.50
L190  Other Case Assessment, Develop't/Admin  0.50   $   141.50
L210  Pleadings                         7.70   $   1,669.00
L230  Court Mandated Conferences        0.50   $     152.50
L240  Dispositive Motions               4.50   $   1,372.50
L250  Other Written Motions/Submissions 1.00   $     305.00


                          ==================================
                TOTAL FEES    16.50   $   4,303.50

                TOTAL FEES DUE          $   4,303.50
        TOTAL DISBURSEMENTS DUE         $     342.50
        TOTAL DUE THIS INVOICE          $   4,646.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301026

INVOICE #  805283

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301026  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review complaint and calendar resulting deadlines | L190 | MMB | .50 | 240.00 | 120.00 |
| 07/17/12 | Telephone conference with client contact regarding order, petition, and answer | L210 | MMB | .40 | 240.00 | 96.00 |
| 07/17/12 | Review file in preparation for drafting response to petition and order | L210 | MMB | 1.50 | 240.00 | 360.00 |
| 07/17/12 | Strategize regarding responses to petition and order and judgment | L210 | MMB | 1.30 | 240.00 | 312.00 |
| 07/17/12 | Draft and revise response to petition | L210 | MMB | .60 | 240.00 | 144.00 |
| 07/17/12 | Draft and revise response to order and judgment | L210 | MMB | .40 | 240.00 | 96.00 |
| 07/18/12 | Review and analyze condemnation provisions of borrower's security deed | C300 | MMB | .30 | 240.00 | 72.00 |
| 07/18/12 | Attend to e-mail with client cotact regarding notice of filing of affidavits in support of petition for condemnation | L210 | MMB | .20 | 240.00 | 48.00 |
| 07/18/12 | Telephone conference with M.Terry regarding answer | L210 | MMB | .20 | 240.00 | 48.00 |
| 07/18/12 | Telephone discussions with Clayton City attorney regarding procedure and status of funds and analyze petition | L120 | KSA | .60 | 225.00 | 135.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301026

**FED ID NO. 63-0243316**

FEES                                          $1,431.00

### DESCRIPTION OF DISBURSEMENTS

07/18/12 Copy Charges                                0.00
07/19/12 Court Costs - Pleadings - CLAYTON COUNTY   16.00
         SUPERIOR COURT CLERK MMB- Copy of Petition and
         Declaration Case No. 2012cv02534-9
         Bank ID: R CK Check Number: 155107

COSTS                                          $16.00

AMOUNT DUE THIS BILL                          $1,447.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
ResCap                                                      SEPTEMBER 17, 2012

0R0806-301026

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 225.00 | .60 | 135.00 |
| Melissa Burton | Associate | 240.00 | 5.40 | 1,296.00 |
| Total | | | 6.00 | 1,431.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0806-301026
INVOICE #  805283

BILL AMOUNT        $1,447.00

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805283
                                       Period ending:    07/31/2012

Case Management Number      LD   0R0806-301026

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| C300 | Analysis and Advice | 0.30 | $    72.00 |
| L120 | Analysis/Strategy | 0.60 | $   135.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $   120.00 |
| L210 | Pleadings | 4.60 | $ 1,104.00 |

```
                    ===================================
        TOTAL FEES      6.00    $  1,431.00

          TOTAL FEES DUE           $  1,431.00
   TOTAL DISBURSEMENTS DUE         $     16.00
   TOTAL DUE THIS INVOICE          $  1,447.00
```



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301027

INVOICE #  805284

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301027   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Create pleadings index and organize state court file | L190 | EBE | .30 | 155.00 | 46.50 |
| 07/03/12 | Analysis of state court pleadings in preparation of removing case to federal court. | L120 | MST | .40 | 150.00 | 60.00 |
| 07/03/12 | Review state court file | L120 | RK | .20 | 205.00 | 41.00 |
| 07/05/12 | Obtain and analyze title report and appraised value of property and update file regarding same. | L110 | MST | .80 | 150.00 | 120.00 |
| 07/08/12 | Correspondence with client contact regarding possible filing of a statement of interest | L120 | GWG | .10 | 275.00 | 27.50 |
| 07/10/12 | E-mails to and from title company regarding title report, update file and process for payment. | L110 | MST | .50 | 150.00 | 75.00 |
| 07/11/12 | Analysis of title report, forward to attorneys, update file and process for payment | L110 | MST | .80 | 150.00 | 120.00 |
| 07/16/12 | Call with client regarding strategy for claiming an interest in the condemnation proceeds | L120 | GWG | .40 | 275.00 | 110.00 |
| 07/16/12 | Conference with client contact regarding case status | L120 | RK | .50 | 205.00 | 102.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Draft statement of interest | L120 | RK | 3.30 | 205.00 | 676.50 |
| 07/17/12 | Review Texas law on recovery of a condemnation award by a mortgagee | L120 | RK | .60 | 205.00 | 123.00 |
| 07/18/12 | Revise Statement of Interest | L120 | RK | .30 | 205.00 | 61.50 |
| 07/18/12 | Work on statement of interest in condemnation proceeds | L210 | GWG | 1.00 | 275.00 | 275.00 |
| 07/25/12 | Correspond with client contact regarding payoff statement for this loan | L120 | RK | .20 | 205.00 | 41.00 |
| 07/25/12 | Revise statement of interest to incorporate payoff statement recently received from client contact | L120 | RK | .40 | 205.00 | 82.00 |
| 07/26/12 | Work on GMAC's statement of interest | L210 | GWG | 1.40 | 275.00 | 385.00 |
| 07/26/12 | Revise statement of interest in preparation for filing | L120 | RK | .60 | 205.00 | 123.00 |
| 07/26/12 | Conference with city attorney regarding condemnation proceeding | L120 | RK | .50 | 205.00 | 102.50 |
| 07/31/12 | Conference with attorney for the city of Grand Prairie regarding case status | L120 | RK | .50 | 205.00 | 102.50 |
| 07/31/12 | Revise statement of interest in preparation for filing | L120 | RK | .50 | 205.00 | 102.50 |
| 07/31/12 | Calls with City Attorney regarding facts of case and intent to file a statement of interest on behalf of GMAC | L120 | GWG | .40 | 275.00 | 110.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0806-301027

FED ID NO. 63-0243316

|  | FEES | $2,887.00 |
|---|---|---|

## DESCRIPTION OF DISBURSEMENTS

| 07/31/12 | Copy Charges JRK Thorne Stmt of Int Exhs | 0.00 |
|---|---|---|
| 07/18/12 | Messenger/Delivery Charges - BEST MESSENGER INC. A THOMPSON 6-26-12 PR WILLIAM COURT Bank ID: GENR Check Number: 96408 | 180.00 |
| 07/17/12 | Computerized Legal Research-Westlaw Westlaw User: KEY,RILEY | 0.00 |
| 07/31/12 | Title Search Fee - BUSINESS CARD PROTITLEUSA 7-6-12 Bank ID: GENR Check Number: 97116 | 149.95 |

|  | COSTS | $329.95 |
|---|---|---|
|  | AMOUNT DUE THIS BILL | $3,216.95 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0806-301027

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 2.50 | 375.00 |
| Elizabeth B. Eaton | Paralegal | 155.00 | .30 | 46.50 |
| Graham W. Gerhardt | Partner | 275.00 | 3.30 | 907.50 |
| Riley Key | Associate | 205.00 | 7.60 | 1,558.00 |
| Total | | | 13.70 | 2,887.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0806-301027
INVOICE #  805284

BILL AMOUNT        $3,216.95

| To: | ResCap<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | TC Number:<br>Invoice Date:<br>Invoice No.<br>Period ending: | NA<br>09/17/2012<br>805284<br>07/31/2012 |

Case Management Number      LD   0R0806-301027

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 2.10 | $   315.00 |
| L120 | Analysis/Strategy | 8.90 | $ 1,865.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $    46.50 |
| L210 | Pleadings | 2.40 | $   660.00 |

| | TOTAL FEES | 13.70 | $ 2,887.00 |
|---|---|---|---|
| | TOTAL FEES DUE | | $ 2,887.00 |
| | TOTAL DISBURSEMENTS DUE | | $   329.95 |
| | TOTAL DUE THIS INVOICE | | $ 3,216.95 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301028

INVOICE #  805285

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301028   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Search Records Index in for property records pertaining to mortgaged property | L190 | EBE | .80 | 155.00 | 124.00 |
| 07/02/12 | Review complaint and calendar resulting deadlines | L190 | MMB | .50 | 240.00 | 120.00 |
| 07/02/12 | Draft and revise answer | L210 | MMB | 1.80 | 240.00 | 432.00 |
| 07/02/12 | Review deed history and answer and prepare for filing | L120 | KSA | .60 | 225.00 | 135.00 |
| 07/03/12 | Review and finalize answer for filing | L210 | MMB | .40 | 240.00 | 96.00 |
| 07/19/12 | Research service dates and prepare answer to condemnation petition | L120 | KSA | .30 | 225.00 | 67.50 |
| 07/19/12 | Draft and revise answer to petition for condemnation | L210 | MMB | .80 | 240.00 | 192.00 |
| 07/19/12 | Prepare answer for filing | L210 | MMB | .40 | 240.00 | 96.00 |
| 07/20/12 | Obtaining documents from the Georgia Superior Court Clerk's website | B110 | DS | .50 | 150.00 | 75.00 |
| 07/23/12 | Receipt and review of letter and notice of acknowledgment of service in support of petition for condemnation and update file regarding same | L110 | MST | .20 | 150.00 | 30.00 |

FEES                                                        $1,367.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301028

FED ID NO. 63-0243316

---

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 07/19/12 | Copy Charges | 0.00 |
| 07/31/12 | Filing Fees - BUSINESS CARD GSCCCA 7-3-12 | 24.50 |
| | Bank ID: GENR Check Number: 97116 | |
| 07/31/12 | Filing Fees - BUSINESS CARD GSCCCA 7-3-12 | 5.00 |
| | Bank ID: GENR Check Number: 97116 | |

COSTS                                   $29.50

AMOUNT DUE THIS BILL              $1,397.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0806-301028

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Elizabeth B. Eaton | Paralegal | 155.00 | .80 | 124.00 |
| Dottie Scurlock | Other | 150.00 | .50 | 75.00 |
| Keith S. Anderson | Associate | 225.00 | .90 | 202.50 |
| Melissa Burton | Associate | 240.00 | 3.90 | 936.00 |
| | | | | |
| Total | | | 6.30 | 1,367.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0806-301028
BILL AMOUNT        $1,397.00                                  INVOICE #  805285

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805285
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0806-301028

                                              Current Invoice
Code Task                           Hours             Fees

B110 Case Administration            0.50    $      75.00
L110 Fact Investigation/Development 0.20    $      30.00
L120 Analysis/Strategy              0.90    $     202.50
L190 Other Case Assessment, Develop't/Admin  1.30  $  244.00
L210 Pleadings                      3.40    $     816.00

                            ======================================
                    TOTAL FEES      6.30    $   1,367.50

                    TOTAL FEES DUE          $   1,367.50
          TOTAL DISBURSEMENTS DUE           $      29.50
          TOTAL DUE THIS INVOICE            $   1,397.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0806-301029
Fort Washington, PA 19034

                                                         INVOICE #  805286

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301029   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft correspondence to client contact regarding disclaimer of interest | L120 | RK | .30 | 205.00 | 61.50 |
| 07/02/12 | Create pleadings index and organize state court file | L190 | EBE | .30 | 155.00 | 46.50 |
| 07/02/12 | Correspondence with client cotact regarding GMAC's release of its interest in the condemnation award | L120 | GWG | .30 | 275.00 | 82.50 |
| 07/03/12 | Analysis of state court pleadings in preparation of removal to federal court | L120 | MST | .40 | 150.00 | 60.00 |
| 07/05/12 | Obtain and analyze title report and appraised value of property and update file regarding same | L110 | MST | .70 | 150.00 | 105.00 |
| 07/16/12 | Call with client regarding GMAC's interest in the condemnation proceeds | L120 | GWG | .20 | 275.00 | 55.00 |

                    FEES                                      $410.50


                    AMOUNT DUE THIS BILL                      $410.50

                ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301029

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.10 | 165.00 |
| Elizabeth B. Eaton | Paralegal | 155.00 | .30 | 46.50 |
| Graham W. Gerhardt | Partner | 275.00 | .50 | 137.50 |
| Riley Key | Associate | 205.00 | .30 | 61.50 |
| Total | | | 2.20 | 410.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0806-301029
BILL AMOUNT          $410.50                    INVOICE #  805286

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805286
                                      Period ending:    07/31/2012

Case Management Number       LD   0R0806-301029

|      |                                         | Current Invoice | |
|------|-----------------------------------------|-------|---------|
| Code | Task                                    | Hours | Fees    |
| L110 | Fact Investigation/Development          | 0.70  | $ 105.00 |
| L120 | Analysis/Strategy                       | 1.20  | $ 259.00 |
| L190 | Other Case Assessment, Develop't/Admin  | 0.30  | $  46.50 |
| | ================================= | | |
| | TOTAL FEES | 2.20 | $ 410.50 |

|   TOTAL FEES DUE          | $ 410.50 |
|---------------------------|----------|
| TOTAL DISBURSEMENTS DUE   | $   0.00 |
| TOTAL DUE THIS INVOICE    | $ 410.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                                       0R0806-301030
Fort Washington, PA 19034

                                                                          INVOICE #  805287

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301030   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review complaint and calendar resulting deadlines | L190 | MMB | .50 | 240.00 | 120.00 |
| 07/02/12 | Analyze timeline of events and instruments to assess claims | L120 | KSA | .60 | 225.00 | 135.00 |
| 07/03/12 | Analyze deeds and allegations | L120 | KSA | .30 | 225.00 | 67.50 |
| 07/03/12 | Obtain and analyze title report and appraised value of property. | L120 | MST | .60 | 150.00 | 90.00 |
| 07/03/12 | Strategize regarding litigation | C300 | MMB | .20 | 240.00 | 48.00 |
| 07/05/12 | Attend to e-mail with client contact regarding title history and strategy | L190 | MMB | .30 | 240.00 | 72.00 |
| 07/05/12 | Strategize regarding response to complaint | C300 | MMB | .30 | 240.00 | 72.00 |
| 07/05/12 | Analyze conveyance and title history | L120 | KSA | .70 | 225.00 | 157.50 |
| 07/06/12 | Review and analyze land records in preparation for answering the complaint | L190 | MMB | .50 | 240.00 | 120.00 |
| 07/09/12 | Telephone conference with client contact regarding answer and representation | L210 | MMB | .20 | 240.00 | 48.00 |
| 07/10/12 | Research Georgia law regarding recording status with facts present in the case | L120 | KSA | .40 | 225.00 | 90.00 |
| 07/11/12 | Strategize regarding answer | L210 | MMB | .20 | 240.00 | 48.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301030

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Draft and revise answer on behalf of Mortgage Electronic Registration Systems, Inc. | L210 | MMB | 2.20 | 240.00 | 528.00 |
| 07/12/12 | Attend to e-mail with client contact regarding answering on behalf of Federal National Mortgage Association | L210 | MMB | .20 | 240.00 | 48.00 |
| 07/12/12 | Attend to e-mail with client regarding answers on behalf of Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association | L210 | MMB | .20 | 240.00 | 48.00 |
| 07/12/12 | Draft monthly litigation status report | L190 | MMB | .20 | 240.00 | 48.00 |
| 07/12/12 | Review and edit answer | L210 | KSA | .80 | 225.00 | 180.00 |
| 07/12/12 | Email correspondence with client contact regarding representing Fannie Mae and email/phone discussions with Fannie Mae regarding representing them | L120 | KSA | .20 | 225.00 | 45.00 |
| 07/24/12 | Telephone discussion with plaintiff's attorney regarding allegations in Quiet Title action and our posture | L120 | KSA | .40 | 225.00 | 90.00 |
| 07/24/12 | Email status update to client contact on property and our position | L120 | KSA | .20 | 225.00 | 45.00 |
| 07/25/12 | Attend to e-mail with client contact regarding strategy | C300 | MMB | .20 | 240.00 | 48.00 |

FEES                                              $2,148.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0806-301030

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/12/12 | Copy Charges | 0.00 |
| 07/18/12 | Postage Charges | 0.00 |
| | 7/12 MMB 9@5.95 Certified | |
| 07/31/12 | Title Search Fee - BUSINESS CARD PROTITLEUSA | 124.95 |
| | 7-4-12 | |
| | Bank ID: GENR Check Number: 97116 | |

|  |  |
|---|---|
| COSTS | $124.95 |
| AMOUNT DUE THIS BILL | $2,272.95 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0806-301030

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Keith S. Anderson | Associate | 225.00 | 3.60 | 810.00 |
| Melissa Burton | Associate | 240.00 | 5.20 | 1,248.00 |
| Total | | | 9.40 | 2,148.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0806-301030
BILL AMOUNT        $2,272.95                             INVOICE #  805287

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805287
                                     Period ending:    07/31/2012

Case Management Number       LD  0R0806-301030

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.70 | $   168.00 |
| L120 | Analysis/Strategy | 3.40 | $   720.00 |
| L190 | Other Case Assessment, Develop't/Admin | 1.50 | $   360.00 |
| L210 | Pleadings | 3.80 | $   900.00 |
| | TOTAL FEES | 9.40 | $ 2,148.00 |

|  |  |
|---|---|
| TOTAL FEES DUE | $ 2,148.00 |
| TOTAL DISBURSEMENTS DUE | $   124.95 |
| TOTAL DUE THIS INVOICE | $ 2,272.95 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301031

INVOICE #  805288

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301031  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report to client | B110 | CSM | .10 | 295.00 | 29.50 |
| 07/02/12 | Draft monthly status report to client | B110 | CSM | .10 | 295.00 | 29.50 |

|  |  |  |
|--|--|--|
| FEES | | $59.00 |
| AMOUNT DUE THIS BILL | | $59.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0806-301031

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 295.00 | .20 | 59.00 |
| Total | | | .20 | 59.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0806-301031
BILL AMOUNT          $59.00                              INVOICE #  805288

---

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805288
                                   Period ending:    07/31/2012


Case Management Number      LD  0R0806-301031


|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| B110 Case Administration |  | 0.20 | $    59.00 |
| ==================================== | | | |
| TOTAL FEES | | 0.20 | $    59.00 |
| | TOTAL FEES DUE | | $    59.00 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $    59.00 |



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0806-301032

INVOICE #  805289

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301032  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review allegations and outline strategy for new eminent domain cases | L120 | KSA | .60 | 225.00 | 135.00 |
| 07/06/12 | Analysis of new documents received from client and update file regarding same. | L120 | MST | .20 | 150.00 | 30.00 |
| 07/09/12 | Conference call with client contact regarding new GA eminent domain and quiet title cases regarding who to represent and strategy | L120 | KSA | .40 | 225.00 | 90.00 |

FEES                                    $255.00

AMOUNT DUE THIS BILL                    $255.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0806-301032

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Keith S. Anderson | Associate | 225.00 | 1.00 | 225.00 |
| Total | | | 1.20 | 255.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0806-301032

BILL AMOUNT        $255.00

INVOICE #  805289

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        NA
Invoice Date:     09/17/2012
Invoice No.       805289
Period ending:    07/31/2012

Case Management Number     LD   0R0806-301032

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 1.20 | $   255.00 |
| ========================================== | | |
| TOTAL FEES | 1.20 | $   255.00 |

TOTAL FEES DUE              $   255.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   255.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012·
1100 Virginia Drive                                   0R0806-301033
Fort Washington, PA 19034

                                                      INVOICE #   805290

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301033  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Calculate and compute deadlines and analysis of initial file materials received from client | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/23/12 | Receipt / review of initial pleadings and file materials | L110 | BG | .20 | 210.00 | 42.00 |
| 07/24/12 | Reviewed new file from client including complaint for new mechanic's lien case | L210 | JHP | .90 | 255.00 | 229.50 |
| 07/25/12 | Review initial file materials and draft case assessment and plan of action | L110 | BG | 1.00 | 210.00 | 210.00 |
| 07/25/12 | Send initial assessment and plan of action to K.Krull for review | L190 | BG | .20 | 210.00 | 42.00 |

                          FEES                              $583.50

                          AMOUNT DUE THIS BILL              $583.50

                 ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0806-301033

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .40 | 60.00 |
| Jon H. Patterson | Associate | 255.00 | .90 | 229.50 |
| Blake Goodsell | Associate | 210.00 | 1.40 | 294.00 |
| Total | | | 2.70 | 583.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0806-301033
BILL AMOUNT          $583.50                             INVOICE #  805290

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805290
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0806-301033

|      |                                      | Current Invoice |    |        |
|------|--------------------------------------|-----------------|----|--------|
| Code | Task                                 | Hours           |    | Fees   |
| L110 | Fact Investigation/Development       | 1.60            | $  | 312.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20          | $  | 42.00  |
| L210 | Pleadings                            | 0.90            | $  | 229.50 |
|      | TOTAL FEES                           | 2.70            | $  | 583.50 |

                    TOTAL FEES DUE             $    583.50
              TOTAL DISBURSEMENTS DUE          $      0.00
              TOTAL DUE THIS INVOICE           $    583.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 17, 2012
1100 Virginia Drive                                             0R0806-301034
Fort Washington, PA 19034

                                                                INVOICE #  805291

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0806-301034   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Attend to e-mail with client regarding easement and foreclosure sale | L190 | MMB | .20 | 240.00 | 48.00 |
| 07/23/12 | Review and analyze deed, note, title policy, and correspondence regarding easement | L190 | MMB | .50 | 240.00 | 120.00 |
| 07/23/12 | Receipt and review of new case information including Note, Deed, Title Policy and petition of easement to determine case strategy | L110 | MST | .50 | 150.00 | 75.00 |
| 07/24/12 | Telephone discussion with county attorney and draft follow-up letter regarding utility work to be done under easement | L120 | KSA | .40 | 225.00 | 90.00 |
| 07/27/12 | Email update to client contact regarding County's plan on property | L120 | KSA | .20 | 225.00 | 45.00 |
| 07/27/12 | Attend to e-mail with client contact regarding work on property | L190 | MMB | .20 | 240.00 | 48.00 |

                              FEES                              $426.00


                              AMOUNT DUE THIS BILL              $426.00


                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0806-301034

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Melanie Thompson | Paralegal | 150.00 | .50 | 75.00 |
| Keith S. Anderson | Associate | 225.00 | .60 | 135.00 |
| Melissa Burton | Associate | 240.00 | .90 | 216.00 |
| Total | | | 2.00 | 426.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0806-301034
BILL AMOUNT          $426.00                                   INVOICE #  805291

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805291
                                       Period ending:    07/31/2012

Case Management Number      LD   0R0806-301034

|      |                                          | Current Invoice |        |
|------|------------------------------------------|-------|---------|
| Code | Task                                     | Hours |     Fees |
| L110 | Fact Investigation/Development           |  0.50 | $   75.00 |
| L120 | Analysis/Strategy                        |  0.60 | $  135.00 |
| L190 | Other Case Assessment, Develop't/Admin   |  0.90 | $  216.00 |
|      | TOTAL FEES                               |  2.00 | $  426.00 |

                        TOTAL FEES DUE              $   426.00
                  TOTAL DISBURSEMENTS DUE           $     0.00
                  TOTAL DUE THIS INVOICE            $   426.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0807-301001
Fort Washington, PA 19034

                                                INVOICE #  805292

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0807-301001  TC Number: 717481

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Telephone call regarding request for payoff and negotiations with Fidelity | L160 | HEA | .50 | 266.00 | 133.00 |
| 07/03/12 | Draft and send email to GMAC regarding request for a payoff | L160 | HEA | .50 | 266.00 | 133.00 |
| 07/05/12 | Emails with client regarding request for payoff information, scope of representation and related issues | L160 | HEA | .70 | 266.00 | 186.20 |
| 07/05/12 | Prepare for conference call with client to discuss Embrace issues related to payoff information | L160 | HEA | .60 | 266.00 | 159.60 |
| 07/05/12 | Initial review of correspondence from Fidelity regarding title insurance obligations and settlement | L160 | HEA | .50 | 266.00 | 133.00 |
| 07/05/12 | Analyze file including correspondence from Stewart Title in preparation to draft an email answering specific questions posed by GMAC | L120 | LG | .50 | 185.00 | 92.50 |
| 07/05/12 | Draft email answering specific questions posed by GMAC | L190 | LG | .30 | 185.00 | 55.50 |
| 07/05/12 | Communications with retained counsel regarding title claim | L120 | LG | .10 | 185.00 | 18.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

OR0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review and respond to letter from Florida Department of Financial Services concerning service of process on Fidelity for pending arbitration | L190 | LG | .70 | 185.00 | 129.50 |
| 07/06/12 | Complete American Arbitration Association conflicts checklist for pending arbitration | L120 | LG | .50 | 185.00 | 92.50 |
| 07/06/12 | Emails with client contact and review internal BABC files to determine status of foreclosure | L120 | HEA | .50 | 266.00 | 133.00 |
| 07/06/12 | Review file and respond to email from client regarding status of settlement | L160 | HEA | .50 | 266.00 | 133.00 |
| 07/14/12 | Review notice received from AAA regarding problems with service of Fidelity | L190 | HEA | .30 | 266.00 | 79.80 |
| 07/16/12 | Review and consider issues surrounding service of Fidelity with lawsuit | L210 | HEA | .80 | 266.00 | 212.80 |
| 07/16/12 | Prepare for call with client regarding payoff request and status of Fidelity negotiations | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 07/16/12 | Conference call with client regarding payoff request and Fidelity negotiations | L190 | HEA | .50 | 266.00 | 133.00 |
| 07/17/12 | Draft email to curative counsel requesting update concerning the status of the curative work | L120 | LG | .20 | 185.00 | 37.00 |
| 07/17/12 | Revise letter requesting additional information from Chicago Title | L120 | LG | .20 | 185.00 | 37.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

OR0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Draft email to curative counsel requesting an update of curative efforts | L120 | LG | .20 | 185.00 | 37.00 |
| 07/17/12 | Analyze file to assess whether GMAC has standing to proceed under the title documents | L120 | LG | 1.30 | 185.00 | 240.50 |
| 07/17/12 | Analyze cases cited in insurer's letter denying coverage in order to determine the validity of its arguments | L120 | LG | 1.20 | 185.00 | 222.00 |
| 07/17/12 | Analyze cases cited in insurer's letter denying coverage in order to determine the validity of its arguments | L120 | LG | 2.10 | 185.00 | 388.50 |
| 07/17/12 | Draft analysis of GMACÆs recovery options for the loan | L120 | LG | 1.30 | 185.00 | 240.50 |
| 07/18/12 | Prepare for weekly conference call to discuss title claims | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 07/18/12 | Telephone call and email to HB Stivers regarding payment of settlement | L160 | HEA | .30 | 266.00 | 79.80 |
| 07/18/12 | Prepare update on multiple title claims matters | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 07/18/12 | Review payoff information and draft email memo to client regarding credits | L190 | HEA | .70 | 266.00 | 186.20 |
| 07/18/12 | Review analysis and consider additional recommendations to client regarding coverage and lack of a curative option | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 07/18/12 | Review Wells Fargo case dealing with same exact issues and analogy to our case | L190 | HEA | .50 | 266.00 | 133.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
SEPTEMBER 17, 2012

ResCap

0R0807-301001

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Review and edit release and settlement agreement sent by coverage counsel for WFG | L160 | HEA | 1.50 | 266.00 | 399.00 |
| 07/19/12 | Emails with coverage counsel regarding draft release | L160 | HEA | .20 | 266.00 | 53.20 |
| 07/19/12 | Draft and send email to client contact regarding execution of draft release | L160 | HEA | .20 | 266.00 | 53.20 |
| 07/23/12 | Discussion of various title claims in preparation for upcoming call with GMAC | L120 | LG | .90 | 185.00 | 166.50 |
| 07/23/12 | Review claims for status and next steps regarding both curative and title insurance coverage | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 07/23/12 | Review and consider issues related to arbitration proceeding including response from Fidelity, locale of hearing and list of selected arbitrators | L190 | HEA | .50 | 266.00 | 133.00 |
| 07/23/12 | Telephone call with AAA regarding status of arbitration | L190 | HEA | .30 | 266.00 | 79.80 |
| 07/24/12 | Review email from WFG coverage client contact regarding status of execution of settlement agreement | L160 | HEA | .40 | 266.00 | 106.40 |
| 07/24/12 | Draft and send email regarding current payoff and issues related to Fidelity | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 07/24/12 | Additional negotiations with Embrace regarding payoff and Fidelity negotiations and emails with GMAC regarding same | L190 | HEA | 1.00 | 266.00 | 266.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
SEPTEMBER 17, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Review update of additional claims and email to client contact regarding same | L190 | HEA | .40 | 266.00 | 106.40 |
| 07/25/12 | Prepare for and participate in weekly conference call to discuss changes in handling title claims | L190 | HEA | 1.50 | 266.00 | 399.00 |
| 07/25/12 | Emails with client contact and Embrace regarding next steps and payoff issues | L190 | HEA | .50 | 266.00 | 133.00 |
| 07/25/12 | Draft report updating status of title claims in preparation for call with client | L120 | LG | .80 | 185.00 | 148.00 |
| 07/25/12 | Call with client discussing status of the title claims project | L120 | LG | .30 | 185.00 | 55.50 |
| 07/27/12 | Analyze communications related to the location of the arbitration | L120 | LG | .20 | 185.00 | 37.00 |
| 07/27/12 | Telephone call with counsel for Fidelity regarding GMAC as servicer and location of hearing | L230 | HEA | .40 | 266.00 | 106.40 |
| 07/27/12 | Draft and send email to L.Holder regarding funds interpleaded by prior lienholder | L190 | HEA | .30 | 266.00 | 79.80 |
| 07/30/12 | Review information needed to dispute locale of hearing | L190 | HEA | .30 | 266.00 | 79.80 |
| 07/30/12 | Draft and send email to opposing counsel regarding interpleader action | L190 | HEA | .20 | 266.00 | 53.20 |
| 07/30/12 | Draft and send email to GMAC regarding immediate efforts on interpleaded funds | L190 | HEA | .20 | 266.00 | 53.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
SEPTEMBER 17, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Draft and send email to opposing counsel and AAA regarding preferred locale of hearing and supporting information | L190 | HEA | .70 | 266.00 | 186.20 |
| 07/30/12 | Draft request to locate the arbitration in Jacksonville, Birmingham, or Ft. Washington | L120 | LG | .50 | 185.00 | 92.50 |
| 07/31/12 | Prepare for conference call with GMAC and Embrace regarding negotiations with Fidelity and payoff issues | L190 | HEA | .50 | 266.00 | 133.00 |
| 07/31/12 | Conference call with Embrace and GMAC regarding payoff of loan and Fidelity settlement | L160 | HEA | .50 | 266.00 | 133.00 |
| 07/31/12 | Call with Fidelity regarding new check for legal fees | L160 | HEA | .30 | 266.00 | 79.80 |

FEES                                    $8,687.30

AMOUNT DUE THIS BILL              $8,687.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0807-301001

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 24.80 | 6,596.80 |
| Lee Gilley | Associate | 185.00 | 11.30 | 2,090.50 |
| Total | | | 36.10 | 8,687.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0807-301001
BILL AMOUNT        $8,687.30                             INVOICE #  805292

To:     ResCap                          TC Number:      717481
        1100 Virginia Drive             Invoice Date:   09/17/2012
        Fort Washington, PA 19034       Invoice No.     805292
                                        Period ending:  07/31/2012

Case Management Number      LD  0R0807-301001

                                           Current Invoice
Code Task                                  Hours          Fees

L120 Analysis/Strategy                     10.80   $  2,038.50
L160 Settlement/Non-Binding ADR             6.70   $  1,782.20
L190 Other Case Assessment, Develop't/Admin 17.40  $  4,547.40
L210 Pleadings                              0.80   $    212.80
L230 Court Mandated Conferences             0.40   $    106.40

                      ========================================
              TOTAL FEES    36.10   $  8,687.30

              TOTAL FEES DUE          $  8,687.30
        TOTAL DISBURSEMENTS DUE       $      0.00
        TOTAL DUE THIS INVOICE        $  8,687.30



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-104171

INVOICE #  805315

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-104171   TC Number: 691867

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Review of mandate from 9th Circuit Court of Appeals and communication to client | L510 | MJA | .10 | 297.00 | 29.70 |

| | | |
|---|---|---|
| FEES | | $29.70 |

AMOUNT DUE THIS BILL                    · $29.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-104171

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .10 | 29.70 |
| Total | | | .10 | 29.70 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $29.70

SEPTEMBER 17, 2012
0R0808-104171
INVOICE #  805315

To:    ResCap                         TC Number:           691867
       1100 Virginia Drive            Invoice Date:        09/17/2012
       Fort Washington, PA 19034      Invoice No.          805315
                                      Period ending:       07/31/2012

Case Management Number      LD  0R0808-104171

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L510 | Appellate Motions and Submissions | 0.10 | $    29.70 |
| | TOTAL FEES | 0.10 | $    29.70 |

|  |  |
|---|---|
| TOTAL FEES DUE | $    29.70 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $    29.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-104980
Fort Washington, PA 19034

                                                           INVOICE #   805317

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-104980  TC Number: 698077

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/05/12 | Continue to draft and revise memoranda | L120 | ASI | .50 | 249.00 | 124.50 |
| 07/06/12 | Continue to draft, revise and finalize memoranda relating to resolution of case | L120 | ASI | 3.90 | 249.00 | 971.10 |
| 07/17/12 | Revise advisory memo to client regarding status of litigation and remaining claims | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/20/12 | Conference call with C.Hancock on bankruptcy status and automatic stay issues | L190 | SMC | .50 | 358.00 | 179.00 |
| 07/20/12 | Revise memorandum on effect of bankruptcy stay | C300 | ASI | .20 | 249.00 | 49.80 |
| 07/24/12 | Revise memo regarding procedural and substantive posture of litigation | L120 | ASI | .80 | 249.00 | 199.20 |

|  |  |  |
|---|---|---|
| | FEES | $1,622.60 |
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| | AMOUNT DUE THIS BILL | $1,622.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-104980

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Stewart M. Cox | Partner | 358.00 | .50 | 179.00 |
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Avery Simmons | Associate | 249.00 | 5.40 | 1,344.60 |
| Total | | | 6.20 | 1,622.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0808-104980
BILL AMOUNT          $1,622.60                            INVOICE #  805317

To:    ResCap                          TC Number:         698077
       1100 Virginia Drive             Invoice Date:      09/17/2012
       Fort Washington, PA 19034       Invoice No.        805317
                                       Period ending:     07/31/2012

Case Management Number      LD  0R0808-104980

                                            Current Invoice
Code Task                                Hours          Fees

C300 Analysis and Advice                  0.20    $      49.80
L110 Fact Investigation/Development       0.30    $      99.00
L120 Analysis/Strategy                    5.20    $   1,294.80
L190 Other Case Assessment, Develop't/Admin 0.50  $     179.00

                                      ====================================
                         TOTAL FEES       6.20    $   1,622.60

                    TOTAL FEES DUE                 $   1,622.60
              TOTAL DISBURSEMENTS DUE             $       0.00
              TOTAL DUE THIS INVOICE             $   1,622.60



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-105192

INVOICE #  805319

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-105192   TC Number: 694816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft case status update regarding settlement | L190 | BG | .20 | 190.00 | 38.00 |
| 07/02/12 | Correspondence with opposing counsel about settlement | L160 | BG | .10 | 190.00 | 19.00 |
| 07/03/12 | Correspondence with local counsel regarding settlement | L120 | BG | .20 | 190.00 | 38.00 |
| 07/11/12 | Call local counsel regarding settlement | L160 | BG | .10 | 190.00 | 19.00 |
| 07/20/12 | Evaluate settlement prospects | L160 | BG | .30 | 190.00 | 57.00 |

FEES                                     $171.00


AMOUNT DUE THIS BILL                     $171.00


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-105192

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .90 | 171.00 |
| Total | | | .90 | 171.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0808-105192
BILL AMOUNT          $171.00                                 INVOICE #  805319

To:    ResCap                        TC Number:        694816
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805319
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0808-105192

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.20 | $  38.00 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $  95.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $  38.00 |
| | =================================== | | |
| | TOTAL FEES | 0.90 | $  171.00 |
| | TOTAL FEES DUE | | $  171.00 |
| | TOTAL DISBURSEMENTS DUE | | $  0.00 |
| | TOTAL DUE THIS INVOICE | | $  171.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                                           0R0808-108317
Fort Washington, PA 19034

                                                                              INVOICE #  805321

                                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-108317  TC Number: 696873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Prepare monthly status report | L120 | EAF | .20 | 358.00 | 71.60 |
| 07/16/12 | Prepare email to opposing counsel | C400 | EAF | .10 | 358.00 | 35.80 |
| 07/16/12 | Email exchange with counsel for Walls regarding proposed settlement terms | C400 | EAF | .30 | 358.00 | 107.40 |
| 07/16/12 | Email to, client regarding borrowers proposal | C300 | EAF | .20 | 358.00 | 71.60 |
| 07/16/12 | Review and analyze correspondence with Walls' attorneys re settlement | L510 | SAP | .20 | 323.00 | 64.60 |

                          FEES                                                 $351.00


### DESCRIPTION OF DISBURSEMENTS

        17A        Messenger/Delivery Charges                                   281.00

                          COSTS                                                $281.00

                   AMOUNT DUE THIS BILL                                        $632.00

                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-108317

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .80 | 286.40 |
| Steven A. Pozefsky | Associate | 323.00 | .20 | 64.60 |
| Total | | | 1.00 | 351.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-108317
BILL AMOUNT          $632.00                                   INVOICE #  805321

To:     ResCap                    TC Number:              696873
        1100 Virginia Drive       Invoice Date:           09/17/2012
        Fort Washington, PA 19034 Invoice No.             805321
                                  Period ending:          07/31/2012

Case Management Number        LD  0R0808-108317

|       |                                 | Current Invoice | |
|-------|---------------------------------|-------|---------|
| Code  | Task                            | Hours | Fees    |
| C300  | Analysis and Advice             | 0.20  | $ 71.60 |
| C400  | Third Party Communication       | 0.40  | $ 143.20|
| L120  | Analysis/Strategy               | 0.20  | $ 71.60 |
| L510  | Appellate Motions and Submissions | 0.20 | $ 64.60 |

```
                              ===================================
                  TOTAL FEES      1.00    $    351.00

                  TOTAL FEES DUE            $    351.00
          TOTAL DISBURSEMENTS DUE           $    281.00
             TOTAL DUE THIS INVOICE         $    632.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                                       0R0808-109205
Fort Washington, PA 19034

                                                                          INVOICE #  805322

                                                                          **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-109205  TC Number: 705942

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft email to GMAC regarding opposing counsel | B110 | TRL | .10 | 293.00 | 29.30 |
| 07/09/12 | Draft status report regarding appellate review | L190 | TRL | .10 | 293.00 | 29.30 |
| 07/31/12 | Telephone call with counsel regarding Cadle Company | B110 | EHI | .30 | 450.00 | 135.00 |
| 07/31/12 | Draft email to GMAC regarding status of appeal | B110 | TRL | .20 | 293.00 | 58.60 |

                              FEES                          $252.20

                      AMOUNT DUE THIS BILL                  $252.20

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-109205

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emil Hirsch | Partner | 450.00 | .30 | 135.00 |
| Thomas Ryan Lynch | Associate | 293.00 | .40 | 117.20 |
| Total | | | .70 | 252.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            SEPTEMBER 17, 2012
                                                                 0R0808-109205
BILL AMOUNT          $252.20                                     INVOICE #  805322

To:    ResCap                           TC Number:        705942
       1100 Virginia Drive              Invoice Date:     09/17/2012
       Fort Washington, PA 19034        Invoice No.       805322
                                        Period ending:    07/31/2012

Case Management Number      LD  0R0808-109205

                                        Current Invoice
Code Task                               Hours           Fees

B110 Case Administration                0.60     $    222.90
L190 Other Case Assessment, Develop't/Admin  0.10  $    29.30

                          ====================================
                TOTAL FEES     0.70     $    252.20

                TOTAL FEES DUE          $    252.20
        TOTAL DISBURSEMENTS DUE         $      0.00
        TOTAL DUE THIS INVOICE         $    252.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-109948

INVOICE #   805323

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-109948   TC Number: 682615

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analyze recent pleadings and correspondence in case and advise client regarding settlement issues | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                          $69.00

AMOUNT DUE THIS BILL                          $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-109948

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $69.00

SEPTEMBER 17, 2012
0R0808-109948
INVOICE #  805323

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 682615 |
| Invoice Date: | 09/17/2012 |
| Invoice No. | 805323 |
| Period ending: | 07/31/2012 |

Case Management Number      LD   0R0808-109948

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.20 | $    69.00 |
| ========================================= | | |
| TOTAL FEES | 0.20 | $    69.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 69.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-109965

INVOICE #  805324

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-109965   TC Number: 682614

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Advise client regarding status of settlement | L120 | CLHA | .20 | 345.00 | 69.00 |

|  | FEES |  | $69.00 |
|--|------|--|--------|
|  | AMOUNT DUE THIS BILL |  | $69.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-109965

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-109965
BILL AMOUNT          $69.00                     INVOICE #  805324

```
To:   ResCap                     TC Number:        682614
      1100 Virginia Drive        Invoice Date:     09/17/2012
      Fort Washington, PA 19034  Invoice No.       805324
                                 Period ending:    07/31/2012
```

Case Management Number      LD   0R0808-109965


|                          | Current Invoice |   |        |
|--------------------------|-----------------|---|--------|
| Code Task                | Hours           |   | Fees   |
| L120 Analysis/Strategy   | 0.20            | $ | 69.00  |
| ======================== | =============== | = | ====== |
| TOTAL FEES               | 0.20            | $ | 69.00  |

```
                TOTAL FEES DUE              $     69.00
          TOTAL DISBURSEMENTS DUE           $      0.00
          TOTAL DUE THIS INVOICE            $     69.00
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301001
Fort Washington, PA 19034

                                                           INVOICE #  805325

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301001  TC Number: 710503

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/11/12 | Update regarding loan modification | L120 | BG | .10 | 190.00 | 19.00 |
| 07/16/12 | Review of signed judgment granting our exception of improper cumulation and denying request for injunction | L120 | BG | .10 | 190.00 | 19.00 |
| 07/16/12 | Send client update regarding judgment granting exception of improper cumulation and denying request for injunction of borrower | L120 | BG | .20 | 190.00 | 38.00 |
| 07/16/12 | Determine time for appeal of Court's judgment | L120 | BG | .30 | 190.00 | 57.00 |
| 07/23/12 | Determine filing Notice of Appeal | L120 | BG | .10 | 190.00 | 19.00 |
| 07/23/12 | Review of Motion for Suspensive appeal | L210 | BG | .20 | 190.00 | 38.00 |
| 07/23/12 | Analyze appeal documents | L510 | ASI | .20 | 249.00 | 49.80 |
| 07/23/12 | Analysis of file and retrieval of court records in Louisiana to obtain information on appeal file | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/23/12 | Initial research on Ochoa appeal status | L510 | MJA | .20 | 297.00 | 59.40 |

                            FEES                              $374.20

    41       Computerized Legal Research-Westlaw                    0.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301001

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $374.20

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        3
SEPTEMBER 17, 2012

0R0808-301001

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Allison Burke | Paralegal | 150.00 | .50 | 75.00 |
| Avery Simmons | Associate | 249.00 | .20 | 49.80 |
| Blake Goodsell | Associate | 190.00 | 1.00 | 190.00 |
| Total | | | 1.90 | 374.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301001
BILL AMOUNT          $374.20                             INVOICE #   805325

_____

To:    ResCap                          TC Number:        710503
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805325
                                       Period ending:    07/31/2012


Case Management Number      LD   0R0808-301001


                                         Current Invoice
Code Task                                Hours         Fees

L110 Fact Investigation/Development      0.50    $     75.00
L120 Analysis/Strategy                   0.80    $    152.00
L210 Pleadings                           0.20    $     38.00
L510 Appellate Motions and Submissions   0.40    $    109.20


                    =======================================
              TOTAL FEES        1.90     $    374.20

              TOTAL FEES DUE             $    374.20
       TOTAL DISBURSEMENTS DUE           $      0.00
       TOTAL DUE THIS INVOICE            $    374.20



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301002
Fort Washington, PA 19034

                                                               INVOICE #  805326

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301002   TC Number: 711629
   35        Express Mail/Fedex                           0.00

                      AMOUNT DUE THIS BILL                    $.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301002

FED ID NO. 63-0243316



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301002
BILL AMOUNT           $.00                                INVOICE #  805326

_____

To:    ResCap                          TC Number:          711629
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805326
                                       Period ending:      07/31/2012


Case Management Number       LD   0R0808-301002


                                        Current Invoice
Code Task                          Hours              Fees


                      ====================================
                 TOTAL FEES        0.00      $      0.00

                 TOTAL FEES DUE              $      0.00
         TOTAL DISBURSEMENTS DUE             $      0.00
           TOTAL DUE THIS INVOICE            $      0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                                       0R0808-301003
Fort Washington, PA 19034

                                                                          INVOICE #  805327

                                                                          **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301003   TC Number: 713139

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Draft status update for client as follows: We filed a notice of bankruptcy on behalf of GMAC Mortgage, LLC.  This case is currently stayed. | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Revised Freddie Mac spreadsheet regarding | L320 | AHC | 2.00 | 145.00 | 290.00 |
| 07/11/12 | Revised Freddie Mac spreadsheet regarding | L320 | AHC | 3.60 | 145.00 | 522.00 |
| 07/12/12 | Revised Freddie Mac spreadsheet regarding Freddie Mac | L320 | AHC | 2.10 | 145.00 | 304.50 |
| 07/13/12 | Revised Freddie Mac spreadsheet regarding Freddie Mac files per Freddie Mac's request | L320 | AHC | 4.40 | 145.00 | 638.00 |
| 07/17/12 | Review of trial court and appellate court documents from Lipinski matter and draft correspondence to S.Tew regarding to same | L190 | AHC | .80 | 145.00 | 116.00 |
| 07/18/12 | Letter to Stern's counsel relating to indemnity demand in Lipinski/US Bank | L190 | JST | .70 | 345.00 | 241.50 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on plaintiff's lawsuit | L120 | JDV | .30 | 219.00 | 65.70 |

                                  FEES                                      $2,221.50

  01        Copy Charges                                          0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301003

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $2,221.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301003

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | .70 | 241.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | 12.90 | 1,870.50 |
| Jose D. Vega | Associate | 219.00 | .50 | 109.50 |
| Total | | | 14.10 | 2,221.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301003
BILL AMOUNT        $2,221.50                              INVOICE #  805327

To:    ResCap                         TC Number:        713139
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805327
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0808-301003

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.30 | $   65.70 |
| L190 | Other Case Assessment, Develop't/Admin | 1.70 | $  401.30 |
| L320 | Document Production | 12.10 | $ 1,754.50 |
| | TOTAL FEES | 14.10 | $ 2,221.50 |

                    TOTAL FEES DUE            $ 2,221.50
              TOTAL DISBURSEMENTS DUE         $     0.00
               TOTAL DUE THIS INVOICE         $ 2,221.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301005

INVOICE #  805328

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301005   TC Number: 713701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update regarding resetting of hearing date | L190 | BG | .30 | 190.00 | 57.00 |
| 07/02/12 | Email from counsel for Plaintiffs setting forth settlement demand | L160 | JHP | .10 | 245.00 | 24.50 |
| 07/02/12 | Email to client contacts to discuss settlement demand from borrowers | L160 | JHP | .10 | 245.00 | 24.50 |
| 07/05/12 | Phone call to client  to discuss settlement demand from plaintiffs and to discuss response and strategy | L160 | JHP | .20 | 245.00 | 49.00 |
| 07/16/12 | Email from client contact H.Franchi requesting update on status of case | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/19/12 | Review order from court setting hearing on motion to compel | L350 | JHP | .10 | 245.00 | 24.50 |
| 07/19/12 | Review correspondence and Notice of Hearing from the Court and calendar and calculate dates regarding Motion to Compel | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/19/12 | Analysis of file materials regarding statement of objections on motion to compel | L110 | ABB | .30 | 150.00 | 45.00 |
| 07/20/12 | Analyze borrower's claims regarding force placed insurance and exchange e-mails with client regarding same | L210 | CWH | .30 | 330.00 | 99.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301005

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Consider settlement proposal from opposing counsel in light of threatened class action and lack of request for injunctive relief | L190 | BG | .20 | 190.00 | 38.00 |
| 07/24/12 | Edit notice of suggestion of bankruptcy | L210 | JHP | .80 | 245.00 | 196.00 |
| 07/25/12 | Analyze borrower's claims regarding errors in forced placed insurance and the general status of account | L210 | CWH | .40 | 330.00 | 132.00 |
| 07/25/12 | Emails with client attaching draft suggestion of bankruptcy | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/25/12 | Analysis of e-mails to and from client regarding bankruptcy stay and upcoming hearing | L110 | ABB | .10 | 150.00 | 15.00 |
| 07/25/12 | Finalize Notice of Bankruptcy with an exhibit and prepare same for filing in Arkansas and for service via certified mail as well as correspondence to the Court regarding same with enclosures | L110 | ABB | .70 | 150.00 | 105.00 |
| 07/30/12 | Review and of court filed Notice of Hearing and update file | L110 | ABB | .20 | 150.00 | 30.00 |

| | | |
|---|---|---|
| | FEES | $973.00 |
| 35    Express Mail/Fedex | | 0.00 |
| | AMOUNT DUE THIS BILL | $973.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301005

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0808-301005

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .70 | 231.00 |
| Allison Burke | Paralegal | 150.00 | 1.70 | 255.00 |
| Jon H. Patterson | Associate | 245.00 | 1.60 | 392.00 |
| Blake Goodsell | Associate | 190.00 | .50 | 95.00 |
| Total | | | 4.50 | 973.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301005
INVOICE #  805328

BILL AMOUNT          $973.00

| | |
|---|---|
| To:    ResCap | TC Number:        713701 |
| 1100 Virginia Drive | Invoice Date:     09/17/2012 |
| Fort Washington, PA 19034 | Invoice No.       805328 |
| | Period ending:    07/31/2012 |

Case Management Number        LD   0R0808-301005

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 1.70 | $ | 255.00 |
| L120 | Analysis/Strategy | 0.10 | $ | 24.50 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $ | 98.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $ | 95.00 |
| L210 | Pleadings | 1.70 | $ | 476.00 |
| L350 | Discovery Motions | 0.10 | $ | 24.50 |

==========================================

|  | TOTAL FEES | 4.50 | $ | 973.00 |
|---|---|---|---|---|

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 973.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 973.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301006

INVOICE #   805331

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301006   TC Number: 713693

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/02/12 | Confer with client regarding next steps | L120 | CLHA | .20 | 345.00 | 69.00 |
| | FEES | | | | | $69.00 |
| | AMOUNT DUE THIS BILL | | | | | $69.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301006

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301006
BILL AMOUNT          $69.00                              INVOICE #  805331

To:    ResCap                          TC Number:          713693
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805331
                                       Period ending:      07/31/2012

Case Management Number    LD  0R0808-301006

|           |                    | Current Invoice | |
| Code Task |                    | Hours | Fees |
|-----------|--------------------|-------|------|
| L120      | Analysis/Strategy  | 0.20  | $  69.00 |

| | | | |
|---|---|---|---|
| | TOTAL FEES | 0.20 | $  69.00 |

|                         |     |       |
|-------------------------|-----|-------|
| TOTAL FEES DUE          | $   | 69.00 |
| TOTAL DISBURSEMENTS DUE | $   | 0.00  |
| TOTAL DUE THIS INVOICE  | $   | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301008

INVOICE #  805333

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301008   TC Number: 696559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Review and analyze HOA's complaint to determine applicability of stay | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/02/12 | Prepare email to client regarding notice and suggestion of stay | L120 | EAF | .30 | 358.00 | 107.40 |
| 07/16/12 | Prepare monthly status report | C300 | EAF | .20 | 358.00 | 71.60 |

FEES                                    $245.00

AMOUNT DUE THIS BILL                    $245.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301008

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .50 | 179.00 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Total | | | .70 | 245.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301008
BILL AMOUNT          $245.00                             INVOICE #  805333

To:    ResCap                          TC Number:          696559
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034        Invoice No.         805333
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0808-301008

                                      Current Invoice
Code Task                              Hours          Fees

C300 Analysis and Advice                0.20     $     71.60
L110 Fact Investigation/Development     0.20     $     66.00
L120 Analysis/Strategy                  0.30     $    107.40

                      ===================================
              TOTAL FEES         0.70     $    245.00

              TOTAL FEES DUE              $    245.00
       TOTAL DISBURSEMENTS DUE            $      0.00
          TOTAL DUE THIS INVOICE         $    245.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301009
Fort Washington, PA 19034

                                                               INVOICE #  805335

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301009  TC Number: 717726

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review docket and draft status report as follows for attorney review: We filed a motion to dismiss on September 19, 2011. Opposition has been filed.   Notice of Bankruptcy has been filed. | L190 | AHC | .20 | 145.00 | 29.00 |

                                FEES                                    $29.00

                                AMOUNT DUE THIS BILL                    $29.00

                        ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301009

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .20 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0808-301009
BILL AMOUNT          $29.00                         INVOICE #  805335

To:     ResCap                        TC Number:        717726
        1100 Virginia Drive           Invoice Date:     09/17/2012
        Fort Washington, PA 19034      Invoice No.       805335
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0808-301009

                                        Current Invoice
Code Task                               Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.20    $    29.00

                                   ===============================
                    TOTAL FEES          0.20    $    29.00

                    TOTAL FEES DUE              $    29.00
              TOTAL DISBURSEMENTS DUE           $     0.00
                 TOTAL DUE THIS INVOICE         $    29.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         SEPTEMBER 17, 2012
1100 Virginia Drive                                           0R0808-301014
Fort Washington, PA 19034

                                                              INVOICE #   805337

                                                              **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301014   TC Number: 720468

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Review and respond to inquiries re appeal status | L510 | SAP | .20 | 323.00 | 64.60 |
| 07/24/12 | Review status of matter and emails with client regarding status and strategy going forward | C300 | EAF | .70 | 358.00 | 250.60 |
| 07/24/12 | Email to FNMA regarding status of appeal | C400 | EAF | .20 | 358.00 | 71.60 |
| 07/24/12 | Calls and emails regarding status of appeal | L120 | JJO | .50 | 200.00 | 100.00 |
| 07/24/12 | Strategy regarding briefing appeal | L120 | JJO | .30 | 200.00 | 60.00 |
| 07/24/12 | Review status of appeal | L510 | SAP | .20 | 323.00 | 64.60 |
| 07/24/12 | Confer with co-counsel regarding status of state court appeal | L120 | CLHA | .40 | 345.00 | 138.00 |
| 07/30/12 | Email with S.McGinnis regarding status of appeal | C300 | EAF | .20 | 358.00 | 71.60 |
| 07/31/12 | Email with S.McGinnis regarding status of case | C300 | EAF | .10 | 358.00 | 35.80 |
| 07/31/12 | Emails regarding status of appeal | L120 | JJO | .20 | 200.00 | 40.00 |

                              FEES                                    $896.80



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
SEPTEMBER 17, 2012

0R0808-301014

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $896.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301014

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 1.20 | 429.60 |
| Christopher L. Hawkins | Partner | 345.00 | .40 | 138.00 |
| Steven A. Pozefsky | Associate | 323.00 | .40 | 129.20 |
| Josh Johnson | Associate | 200.00 | 1.00 | 200.00 |
| Total | | | 3.00 | 896.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301014
BILL AMOUNT          $896.80                             INVOICE #  805337

To:    ResCap                          TC Number:           720468
       1100 Virginia Drive             Invoice Date:        09/17/2012
       Fort Washington, PA 19034       Invoice No.          805337
                                       Period ending:       07/31/2012

Case Management Number      LD  0R0808-301014

                                              Current Invoice
Code Task                               Hours           Fees

C300 Analysis and Advice                1.00    $     358.00
C400 Third Party Communication          0.20    $      71.60
L120 Analysis/Strategy                  1.40    $     338.00
L510 Appellate Motions and Submissions  0.40    $     129.20

                          ======================================
              TOTAL FEES    3.00        $     896.80

                     TOTAL FEES DUE      $     896.80
            TOTAL DISBURSEMENTS DUE      $       0.00
            TOTAL DUE THIS INVOICE       $     896.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301015
Fort Washington, PA 19034

                                                               INVOICE #  805339

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301015  TC Number: 720202

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/20/12 | Review and analyze case for impact of final supplemental order | L120 | phn | .50 | 200.00 | 100.00 |

                           FEES                                $140.00


                    AMOUNT DUE THIS BILL                       $140.00


                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301015

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | .70 | 140.00 |
| Total | | | .70 | 140.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301015
BILL AMOUNT          $140.00                             INVOICE #  805339

To:    ResCap                          TC Number:        720202
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805339
                                       Period ending:    07/31/2012


Case Management Number        LD   0R0808-301015


                                         Current Invoice
Code Task                                Hours          Fees

L120 Analysis/Strategy                   0.50     $    100.00
L190 Other Case Assessment, Develop't/Admin  0.20  $     40.00

                              ==================================
                    TOTAL FEES           0.70     $    140.00

                    TOTAL FEES DUE                $    140.00
            TOTAL DISBURSEMENTS DUE               $      0.00
                TOTAL DUE THIS INVOICE            $    140.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301016

INVOICE #  805341

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301016   TC Number: 722004

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analyze recent pleadings and correspondence in case and advise client regarding status | L120 | CLHA | .30 | 345.00 | 103.50 |
| 07/11/12 | Calls and emails with client, co-counsel and opposing counsel regarding standing trust and servicer in bankruptcy case, as well, resolution to pending objections set for July 13 hearing | L120 | CLHA | 1.60 | 345.00 | 552.00 |
| 07/12/12 | Emails with opposing counsel and client regarding resolution of objection to confirmation and objection to post-petition fees | L120 | CLHA | .60 | 345.00 | 207.00 |
| 07/25/12 | Emails with opposing counsel regarding TILA request | L120 | CLHA | .40 | 345.00 | 138.00 |
| 07/25/12 | Emails with client regarding response to TILA request and need for additional information | L120 | CLHA | .40 | 345.00 | 138.00 |
| 07/25/12 | Research legal issues related to TILA request | L120 | CLHA | .50 | 345.00 | 172.50 |
| 07/26/12 | Work on letter to opposing counsel regarding TILA request | L120 | CLHA | .40 | 345.00 | 138.00 |

FEES                                                    $1,449.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301016

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                 $1,449.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301016

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 4.20 | 1,449.00 |
| Total | | | 4.20 | 1,449.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
SEPTEMBER 17, 2012
0R0808-301016
BILL AMOUNT        $1,449.00
INVOICE #    805341

To:    ResCap                          TC Number:        722004
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805341
                                       Period ending:    07/31/2012

Case Management Number      LD    0R0808-301016

                                        Current Invoice
Code Task                           Hours          Fees

L120 Analysis/Strategy               4.20     $  1,449.00

                          =====================================
                TOTAL FEES           4.20     $  1,449.00

                TOTAL FEES DUE                $  1,449.00
        TOTAL DISBURSEMENTS DUE               $      0.00
          TOTAL DUE THIS INVOICE              $  1,449.00



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301020

INVOICE #  805343

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301020   TC Number: 723030

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Prepared case status report as follows: We are still waiting for the court to enter the proposed agreed order of dismissal, which would dismiss GMAC | L120 | KW | .10 | 185.00 | 18.50 |
| 07/05/12 | Provided latest case status report | L190 | KW | .10 | 185.00 | 18.50 |

FEES                                        $37.00

AMOUNT DUE THIS BILL                         $37.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301020

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kristi Wilcox | Associate | 185.00 | .20 | 37.00 |
| Total | | | .20 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301020
BILL AMOUNT          $37.00                              INVOICE #  805343

To:      ResCap                          TC Number:          723030
         1100 Virginia Drive             Invoice Date:       09/17/2012
         Fort Washington, PA 19034       Invoice No.         805343
                                         Period ending:      07/31/2012

Case Management Number      LD  0R0808-301020

                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                   0.10    $    18.50
L190 Other Case Assessment, Develop't/Admin   0.10    $    18.50

                         ======================================
                         TOTAL FEES       0.20    $    37.00

                         TOTAL FEES DUE           $    37.00
                   TOTAL DISBURSEMENTS DUE        $     0.00
                    TOTAL DUE THIS INVOICE        $    37.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301021
Fort Washington, PA 19034

                                                         INVOICE #   805344

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301021   TC Number: 723447

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client as follows:  GMAC intervened in the adversary proceeding in order to protect its interest in the property.  We are monitoring the adversary proceeding and actively participating in the borrowers' main bankruptcy case. | L190 | RLB | .20 | 266.00 | 53.20 |
| 07/18/12 | Review appellate filings by debtors | L190 | RLB | .10 | 266.00 | 26.60 |
| 07/20/12 | Review and analyze appellate pleadings to determine impact on bankruptcy case | L190 | RLB | .50 | 266.00 | 133.00 |

                         FEES                                    $212.80

   01      Copy Charges                              0.00

                    AMOUNT DUE THIS BILL                         $212.80

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301021

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .80 | 212.80 |
| Total | | | .80 | 212.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     SEPTEMBER 17, 2012
                                                          0R0808-301021
BILL AMOUNT          $212.80                              INVOICE #  805344

To:     ResCap                          TC Number:       723447
        1100 Virginia Drive             Invoice Date:    09/17/2012
        Fort Washington, PA 19034        Invoice No.      805344
                                         Period ending:   07/31/2012

Case Management Number      LD  0R0808-301021

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ 212.80 |
| | | ========================= | |
| | TOTAL FEES | 0.80 | $ 212.80 |
| | TOTAL FEES DUE | | $ 212.80 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 212.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301024
Fort Washington, PA 19034

                                                          INVOICE #  805345

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301024   TC Number: 725199

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Teleconferences with client regarding reconciliation of borrowers' accounts | L250 | RLB | .50 | 266.00 | 133.00 |
| 07/02/12 | E-mails to client regarding borrowers' bank statements | L250 | RLB | .30 | 266.00 | 79.80 |
| 07/02/12 | E-mail to M.Levy regarding insurance proceeds and mortgage payments | L250 | RLB | .10 | 266.00 | 26.60 |
| 07/02/12 | Draft monthly status report for client as follows: motion to compel, we filed a motion to extend the deadline by which the debtors had to either file an Agreed Order with GMAC or an amended motion to compel. The Court granted the Motion on June 29, 2012.  The debtors have until July 30, 2012 to submit their filing. | L190 | RLB | .30 | 266.00 | 79.80 |
| 07/03/12 | Teleconference with client to discuss payment history and insurance issues | L250 | RLB | 1.50 | 266.00 | 399.00 |
| 07/03/12 | E-mail to client regarding recommendation of write-off | L250 | RLB | .30 | 266.00 | 79.80 |
| 07/05/12 | Teleconference with client regarding counteroffer to borrowers' settlement offer | L160 | RLB | .40 | 266.00 | 106.40 |
| 07/05/12 | E-mail to M.Levy regarding settlement posture | L160 | RLB | .20 | 266.00 | 53.20 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301024

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Teleconference with client regarding loan history | L250 | RLB | .90 | 266.00 | 239.40 |
| 07/20/12 | Teleconference with client regarding settlement and status of account | L160 | RLB | .50 | 266.00 | 133.00 |
| 07/20/12 | E-mail to client regarding proof of claim | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/20/12 | Teleconference with client regarding payment history | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/25/12 | Teleconference with client regarding settlement and account issues | L160 | RLB | 1.50 | 266.00 | 399.00 |
| 07/25/12 | Telephone call to M.Levy regarding settlement | L160 | RLB | .20 | 266.00 | 53.20 |
| 07/26/12 | Teleconference with M.Levy regarding settlement | L160 | RLB | .40 | 266.00 | 106.40 |
| 07/26/12 | Teleconference with client regarding settlement | L160 | RLB | .30 | 266.00 | 79.80 |
| 07/27/12 | Draft motion to continue and agreed order | L250 | RLB | .50 | 266.00 | 133.00 |
| 07/27/12 | Revise and file motion to extension of time to respond to motion to compel and corresponding proposed order. | L250 | JDR | .50 | 293.00 | 146.50 |

FEES                                           $2,301.10

01        Copy Charges                                0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301024

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $2,301.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301024

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | .50 | 146.50 |
| Rashad L. Blossom | Associate | 266.00 | 8.10 | 2,154.60 |
| Total | | | 8.60 | 2,301.10 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301024

BILL AMOUNT          $2,301.10                                INVOICE #  805345

```
To:    ResCap                        TC Number:        725199
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805345
                                      Period ending:    07/31/2012


Case Management Number      LD  0R0808-301024
```

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L160 | Settlement/Non-Binding ADR | 3.70 | $ 984.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ 79.80 |
| L250 | Other Written Motions/Submissions | 4.60 | $ 1,237.10 |
| | TOTAL FEES | 8.60 | $ 2,301.10 |

```
                        TOTAL FEES DUE           $  2,301.10
                 TOTAL DISBURSEMENTS DUE         $      0.00
                 TOTAL DUE THIS INVOICE          $  2,301.10
```