

# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301026

INVOICE #  805346

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301026  TC Number: 724987

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Analyze Fidelity's request for additional documents associated with GMAC's title claim | L120 | LG | .20 | 185.00 | 37.00 |
| 07/06/12 | Draft response to insurer's request for additional information | L120 | LG | .50 | 185.00 | 92.50 |
| 07/31/12 | Analyze discovery requests | L310 | MSW | .20 | 254.00 | 50.80 |

|  | FEES |  | $180.30 |
|--|------|--|---------|
|  | AMOUNT DUE THIS BILL |  | $180.30 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301026

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | .20 | 50.80 |
| Lee Gilley | Associate | 185.00 | .70 | 129.50 |
| Total | | | .90 | 180.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 17, 2012
                                                                   0R0808-301026
BILL AMOUNT            $180.30                                      INVOICE #  805346

To:     ResCap                          TC Number:          724987
        1100 Virginia Drive             Invoice Date:       09/17/2012
        Fort Washington, PA 19034       Invoice No.         805346
                                        Period ending:      07/31/2012

Case Management Number       LD  0R0808-301026

                                             Current Invoice
Code Task                                    Hours          Fees

L120 Analysis/Strategy                       0.70    $    129.50
L310 Written Discovery                        0.20    $     50.80

                            ===================================
                    TOTAL FEES     0.90    $    180.30

                    TOTAL FEES DUE            $    180.30
            TOTAL DISBURSEMENTS DUE           $      0.00
               TOTAL DUE THIS INVOICE         $    180.30



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301027
Fort Washington, PA 19034

                                                          INVOICE #  805347

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301027  TC Number: 713554

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Draft status report regarding service of complaint | L190 | TRL | .20 | 293.00 | 58.60 |
| 07/12/12 | Review past settlement communications with counsel to determine initial settlement strategy | B120 | TRL | .00 | 293.00 | 0.00 |
| 07/16/12 | Review incoming executed summons and determine deadline for borrower responsive pleading | L120 | TRL | .20 | 293.00 | 58.60 |
| 07/17/12 | Teleconference with borrower counsel regarding litigation history and possible terms of settlement | B110 | TRL | .30 | 293.00 | 87.90 |
| 07/23/12 | Draft email to A.Hartshorn regarding negotiations with Mattox counsel and settlement strategy with regards to same | C400 | TRL | .20 | 293.00 | 58.60 |
| 07/25/12 | Analyze reinstatement figures from GMAC | B110 | TRL | .00 | 293.00 | 0.00 |
| 07/25/12 | Exchange emails with GMAC regarding specifics of settlement offer to borrower | B120 | TRL | .00 | 293.00 | 0.00 |
| 07/27/12 | Exchange emails and teleconference with A.Hartshorn regarding loan modification form and opening settlement offer | B110 | TRL | .20 | 293.00 | 58.60 |
| 07/27/12 | Draft email to plaintiff counsel regarding settlement | B110 | TRL | .20 | 293.00 | 58.60 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301027

FED ID NO. 63-0243316

FEES                                $380.90

### DESCRIPTION OF DISBURSEMENTS

28      Professional Consultant Services                 125.00

COSTS                          $125.00

AMOUNT DUE THIS BILL              $505.90

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301027

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 293.00 | 1.30 | 380.90 |
| Total | | | 1.30 | 380.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0808-301027
BILL AMOUNT          $505.90                              INVOICE #  805347

To:    ResCap                        TC Number:        713554
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805347
                                     Period ending:    07/31/2012

Case Management Number      LD   0R0808-301027

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| B110 | Case Administration | 0.70 | $ 205.10 |
| B120 | Asset Analysis and Recovery | 0.00 | $ 0.00 |
| C400 | Third Party Communication | 0.20 | $ 58.60 |
| L120 | Analysis/Strategy | 0.20 | $ 58.60 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 58.60 |

```
                        =================================
            TOTAL FEES       1.30      $    380.90

                 TOTAL FEES DUE        $    380.90
        TOTAL DISBURSEMENTS DUE        $    125.00
        TOTAL DUE THIS INVOICE        $    505.90
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301028

INVOICE #  805348

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301028    TC Number: 705298

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Prepare case status update regarding filing motion for summary judgment | C300 | MCG | .10 | 323.00 | 32.30 |
| 07/25/12 | Draft status report for client as follows: Set hearing on motion for summary judgment for August 27, 2012 | L120 | MSW | .10 | 254.00 | 25.40 |
| 07/27/12 | Prepare correspondence to counsel for borrower with loan modification package | L160 | MCG | .20 | 323.00 | 64.60 |

|  | FEES |  |  |  |  | $122.30 |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $122.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301028

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Total | | | .40 | 122.30 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301028
INVOICE #  805348

BILL AMOUNT        $122.30

To:    ResCap                          TC Number:        705298
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805348
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301028

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.10 | $  32.30 |
| L120 | Analysis/Strategy | 0.10 | $  25.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $  64.60 |
| | TOTAL FEES | 0.40 | $  122.30 |

TOTAL FEES DUE                $   122.30
TOTAL DISBURSEMENTS DUE       $     0.00
TOTAL DUE THIS INVOICE        $   122.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0808-301029
Fort Washington, PA 19034

                                                INVOICE #  805349

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301029   TC Number: 705963

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Draft status report for client as follows: The borrower is completing a three-month trial modification plan | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/15/12 | Follow-up with client on borrower's progress on trial loan modification | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/24/12 | Review counterclaims and email P.Stokes to advise | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/25/12 | Review borrower's counterclaims and evaluate validity | L210 | JMH | .30 | 241.00 | 72.30 |
| 07/25/12 | Draft notice of bankruptcy | L210 | JMH | .20 | 241.00 | 48.20 |
| 07/26/12 | Analyze borrower's counterclaims in the light of clients | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/26/12 | Analyze borrower's various counterclaims that seek rescission under TILA, RESPA, and FDCPA | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Evaluate whether claim seeking rescission as pleaded in counterclaim is permissible | L120 | JMH | .30 | 241.00 | 72.30 |
| 07/26/12 | Revise notice of bankruptcy | L210 | JMH | .40 | 241.00 | 96.40 |
| 07/26/12 | Telephone conference with P.Stokes regarding status and timeliness of borrowers' progress in trial loan modification | L160 | JMH | .10 | 241.00 | 24.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301029

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/26/12 | E-mail to P.Stokes regarding notice of bankruptcy | L210 | JMH | .10 | 241.00 | 24.10 |
| 07/27/12 | Review e-mail from P.Stokes approving notice of bankruptcy | L210 | JMH | .20 | 241.00 | 48.20 |
| 07/30/12 | Telephone conference with clerk of court regarding Suggestion of Bankruptcy | L250 | AHC | .50 | 145.00 | 72.50 |

FEES                                          $746.20

AMOUNT DUE THIS BILL                 $746.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301029

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .80 | 264.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Jonathan Hooks | Associate | 241.00 | 1.70 | 409.70 |
| Total | | | 3.00 | 746.20 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301029
BILL AMOUNT        $746.20                                INVOICE #  805349

To:    ResCap                        TC Number:         705963
       1100 Virginia Drive           Invoice Date:      09/17/2012
       Fort Washington, PA 19034     Invoice No.        805349
                                     Period ending:     07/31/2012

Case Management Number      LD  0R0808-301029

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 0.80 | $ | 264.00 |
| L120 | Analysis/Strategy | 0.40 | $ | 96.40 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ | 24.10 |
| L210 | Pleadings | 1.20 | $ | 289.20 |
| L250 | Other Written Motions/Submissions | 0.50 | $ | 72.50 |

```
                 ==================================
       TOTAL FEES     3.00    $     746.20

           TOTAL FEES DUE         $     746.20
      TOTAL DISBURSEMENTS DUE     $       0.00
       TOTAL DUE THIS INVOICE     $     746.20
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0R0808-301031
Fort Washington, PA 19034

                                                    INVOICE #  805350

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301031  TC Number: 722078

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft status report for client as follows: We received the Order from the Court of Appeals dismissing borrower's appeal for failing to file a brief.  Per the client's request, we have closed this file. | L120 | JHP | .10 | 245.00 | 24.50 |

                        FEES                              $24.50


                   AMOUNT DUE THIS BILL                   $24.50


           ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301031

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .10 | 24.50 |
| Total | | | .10 | 24.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301031
BILL AMOUNT          $24.50                               INVOICE #  805350

To:    ResCap                          TC Number:        722078
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805350
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301031

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.10 | $    24.50 |
| ======================================== | | |
| TOTAL FEES | 0.10 | $    24.50 |
| TOTAL FEES DUE | | $    24.50 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $    24.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301032

INVOICE #  805351

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301032   TC Number: 708760

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update for attorney review and catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/06/12 | Review docket regarding status of decision or oral argument date | L110 | AHC | .20 | 145.00 | 29.00 |

FEES                                              $59.00

AMOUNT DUE THIS BILL                              $59.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301032

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Total | | | .40 | 59.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301032
BILL AMOUNT          $59.00                              INVOICE #  805351

To:    ResCap                          TC Number:        708760
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805351
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301032

|      |                              | Current Invoice |   |       |
|------|------------------------------|-------|----|-------|
| Code | Task                         | Hours |    | Fees  |
| L110 | Fact Investigation/Development | 0.20  | $  | 29.00 |
| L120 | Analysis/Strategy            | 0.20  | $  | 30.00 |
|      | TOTAL FEES                   | 0.40  | $  | 59.00 |

                    TOTAL FEES DUE              $     59.00
              TOTAL DISBURSEMENTS DUE           $      0.00
                 TOTAL DUE THIS INVOICE         $     59.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
OR0808-301034

INVOICE #  805352

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

OR0808-301034   TC Number: 723079

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft monthly case status update: BABC continues to await foreclosure counsel's response The action has been moved to uncontested foreclosure department | L120 | MW | .10 | 263.00 | 26.30 |
| 07/09/12 | Draft review to send to client regarding status of case and recommendation going forward | L110 | KK | .70 | 91.00 | 63.70 |
| 07/09/12 | Correspondence with G.Albright regarding timeline of action, procedural posture of action, and status of review of action by foreclosure counsel as requested, in preparation for development of strategy moving forward | L120 | MW | .20 | 263.00 | 52.60 |
| 07/11/12 | Review  notes to determine status of original note | L110 | KK | .20 | 91.00 | 18.20 |
| 07/12/12 | Review and revise analysis of pending action in preparation for recommendation to client pending confirmation of location of original note | L120 | MW | .40 | 263.00 | 105.20 |
| 07/13/12 | Review  and update timeline and chronology of events to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 07/16/12 | Correspondence with foreclosure counsel S.Butler regarding deeds transferring title | L120 | MW | .30 | 263.00 | 78.90 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301034

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Revise analysis of procedural posture of action and recommendations of needed action moving forward | L320 | MW | .70 | 263.00 | 184.10 |
| 07/19/12 | E-mail with foreclosure counsel regarding | L110 | KK | .30 | 91.00 | 27.30 |
| 07/30/12 | Review status of case and e-mail foreclosure counsel regarding status of title issue analysis to further direction of case | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                $601.80

AMOUNT DUE THIS BILL                $601.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301034

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | 1.70 | 447.10 |
| Kerry Keane | Paralegal | 91.00 | 1.70 | 154.70 |
| Total | | | 3.40 | 601.80 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301034
INVOICE #   805352

BILL AMOUNT          $601.80

To:     ResCap                          TC Number:        723079
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805352
                                        Period ending:    07/31/2012

Case Management Number     LD   0R0808-301034

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 1.70 | $ | 154.70 |
| L120 | Analysis/Strategy | 1.00 | $ | 263.00 |
| L320 | Document Production | 0.70 | $ | 184.10 |
| | TOTAL FEES | 3.40 | $ | 601.80 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 601.80 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 601.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301035

INVOICE #  805353

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301035  TC Number: 712454

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Advise client regarding next stops | L120 | CLHA | .20 | 345.00 | 69.00 |

|  |  |  |
|--|--|--|
| | FEES | $69.00 |
| | AMOUNT DUE THIS BILL | $69.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301035

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301035
BILL AMOUNT          $69.00                                    INVOICE #  805353

---

To:    ResCap                           TC Number:         712454
       1100 Virginia Drive              Invoice Date:      09/17/2012
       Fort Washington, PA 19034        Invoice No.        805353
                                        Period ending:     07/31/2012


Case Management Number      LD  0R0808-301035


|                              | Current Invoice | |
| Code Task                    | Hours | Fees |
| L120 Analysis/Strategy       | 0.20  | $   69.00 |
| ================================================ | | |
| TOTAL FEES                   | 0.20  | $   69.00 |

|                            |   |         |
| TOTAL FEES DUE             | $ | 69.00 |
| TOTAL DISBURSEMENTS DUE    | $ |  0.00 |
| TOTAL DUE THIS INVOICE     | $ | 69.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301036

INVOICE #  805354

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301036  TC Number: 712651

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Advise client regarding next steps | L120 | CLHA | .20 | 345.00 | 69.00 |
| | FEES | | | | | $69.00 |

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 65 | Title Search Fee | 137.95 |
| | COSTS | $137.95 |
| | AMOUNT DUE THIS BILL | $206.95 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301036

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0808-301036
BILL AMOUNT          $206.95                          INVOICE #  805354

```
To:    ResCap                      TC Number:         712651
       1100 Virginia Drive         Invoice Date:      09/17/2012
       Fort Washington, PA 19034   Invoice No.        805354
                                   Period ending:     07/31/2012


Case Management Number      LD  0R0808-301036
```

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $   69.00 |
| | TOTAL FEES | 0.20 | $   69.00 |
| | TOTAL FEES DUE | | $   69.00 |
| | TOTAL DISBURSEMENTS DUE | | $  137.95 |
| | TOTAL DUE THIS INVOICE | | $  206.95 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            SEPTEMBER 17, 2012
1100 Virginia Drive                               0R0808-301037
Fort Washington, PA 19034

                                                  INVOICE #  805355

                                                  **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301037   TC Number: 699305

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Review docket and retrieve recently filed documents from PACER and draft status update as follows:  The 4th Circuit denied an application for rehearing and issued its mandate as to all non-GMAC entities.  Because GMAC and RFC have sought bankruptcy protection, all litigation is stayed as to them. | L110 | AHC | .30 | 145.00 | 43.50 |
| 07/05/12 | Evaluate whether any party sought stay of mandate to seek further appellate review | L120 | JMH | .20 | 241.00 | 48.20 |

                                   FEES                          $91.70

                    **DESCRIPTION OF DISBURSEMENTS**

        58        FED DOCKET SERV-PACER                          7.40

                                 COSTS                          $7.40

                        AMOUNT DUE THIS BILL                    $99.10

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301037

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Jonathan Hooks | Associate | 241.00 | .20 | 48.20 |
| Total | | | .50 | 91.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301037
BILL AMOUNT          $99.10                              INVOICE #  805355

To:    ResCap                      TC Number:          699305
       1100 Virginia Drive         Invoice Date:       09/17/2012
       Fort Washington, PA 19034   Invoice No.         805355
                                   Period ending:      07/31/2012

Case Management Number      LD  0R0808-301037

                                        Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development    0.30    $     43.50
L120 Analysis/Strategy                 0.20    $     48.20

                            ==================================
                TOTAL FEES             0.50    $     91.70

                TOTAL FEES DUE                 $     91.70
       TOTAL DISBURSEMENTS DUE                 $      7.40
          TOTAL DUE THIS INVOICE               $     99.10



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301038

INVOICE #  805356

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301038   TC Number: 699506

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft case status update | L190 | BG | .10 | 190.00 | 19.00 |
| 07/18/12 | Analyze ARE's request for information despite bankruptcy stay | L120 | HTC | .10 | 315.00 | 31.50 |
| 07/18/12 | Teleconference related to ARE's new counsel and requesting settlement on same | L120 | DBO | .20 | 345.00 | 69.00 |

| | FEES | | | | | $119.50 |
|---|------|---|---|---|---|---------|
| 01 | Copy Charges | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $119.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| D. Brian O'Dell | Partner | 345.00 | .20 | 69.00 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .40 | 119.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301038

BILL AMOUNT          $119.50

INVOICE #   805356

To:    ResCap                        TC Number:        699506
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805356
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0808-301038

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| --- | --- | --- | --- |
| L120 Analysis/Strategy | | 0.30 | $   100.50 |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $    19.00 |
| | TOTAL FEES | 0.40 | $   119.50 |
| | TOTAL FEES DUE | | $   119.50 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   119.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301039
Fort Washington, PA 19034

INVOICE #  805357

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301039  TC Number: 686089

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/03/12 | Initial review of Chicago Title's Request for Admissions, Production, and Interrogatories to determine relevant deadlines. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/10/12 | Review discovery requests and case-related documents | L310 | CSM | 1.50 | 300.00 | 450.00 |
| 07/10/12 | E-mail correspondence with opposing counsel regarding mediation scheduling | C400 | CSM | .20 | 300.00 | 60.00 |
| 07/18/12 | Review case history in preparation for drafting responses to discovery requests | L310 | CSM | 3.10 | 300.00 | 930.00 |
| 07/20/12 | Draft responses to written discovery requests | L310 | CSM | 3.50 | 300.00 | 1,050.00 |
| 07/20/12 | Develop strategy regarding responses to discovery requests | L320 | JJE | .50 | 197.00 | 98.50 |
| 07/23/12 | Review documents and correspondence relating to mortgage sale and repurchase for production | C300 | CSM | 1.40 | 300.00 | 420.00 |
| 07/23/12 | Continue to draft responses to written discovery | L310 | CSM | 1.80 | 300.00 | 540.00 |
| 07/26/12 | Review correspondence history relating to loan repurchase and settlement negotiations with mortgage originator | C300 | CSM | .90 | 300.00 | 270.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Telephone conference with opposing counsel regarding mediation and potential settlement negotiation | L160 | CSM | .20 | 300.00 | 60.00 |

|  | FEES |  |  |  |  | $3,938.30 |

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 37 | Research Fee | 100.50 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

| | COSTS | $100.50 |
| | AMOUNT  DUE  THIS  BILL | $4,038.80 |

***** TOTAL  DUE  UPON  RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301039

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .50 | 98.50 |
| Cory S. Menees | Associate | 300.00 | 12.70 | 3,810.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | 13.40 | 3,938.30 |

MATTER SUMMARY

| FEES BILLED TO DATE | $98,496.13 |
|---------------------|-----------|
| COST BILLED TO DATE | $516.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301039
BILL AMOUNT       $4,038.80                         INVOICE #  805357

To:     ResCap                          TC Number:        686089
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805357
                                        Period ending:    07/31/2012

Case Management Number      LD  0R0808-301039

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| B110 | Case Administration | 0.10 | $ 30.00 |
| C300 | Analysis and Advice | 2.30 | $ 690.00 |
| C400 | Third Party Communication | 0.20 | $ 60.00 |
| L110 | Fact Investigation/Development | 0.20 | $ 29.80 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ 60.00 |
| L310 | Written Discovery | 9.90 | $ 2,970.00 |
| L320 | Document Production | 0.50 | $ 98.50 |

===========================================

|  | TOTAL FEES | 13.40 | $ 3,938.30 |
|--|------------|-------|------------|

                    TOTAL FEES DUE           $ 3,938.30
              TOTAL DISBURSEMENTS DUE        $   100.50
              TOTAL DUE THIS INVOICE         $ 4,038.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301042

INVOICE #  805358

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301042   TC Number: 716722

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Draft status update for client as follows: The parties, however, are still working on a settlement. | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Analysis of Order staying case against GMAC | L210 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Analyze Order Staying Case Against Defendant GMAC Mortgage only to determine case strategy | L210 | KE | .10 | 150.00 | 15.00 |
| 07/11/12 | Respond to client request for bankruptcy stay status and confirmation that stay applies | L190 | JDV | .10 | 219.00 | 21.90 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on plaintiff's lawsuit | L120 | JDV | .10 | 219.00 | 21.90 |

FEES                    $146.40

AMOUNT DUE THIS BILL          $146.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301042

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .10 | 15.00 |
| Jose D. Vega | Associate | 219.00 | .60 | 131.40 |
| Total | | | .70 | 146.40 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $146.40

SEPTEMBER 17, 2012
0R0808-301042
INVOICE #  805358

| To: | ResCap | | TC Number: | 716722 |
|-----|--------|---|-----------|--------|
| | 1100 Virginia Drive | | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 805358 |
| | | | Period ending: | 07/31/2012 |

Case Management Number     LD   0R0808-301042

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L120 | Analysis/Strategy | 0.10 | $ | 21.90 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 65.70 |
| L210 | Pleadings | 0.30 | $ | 58.80 |
| | ==================================== | | | |
| | TOTAL FEES | 0.70 | $ | 146.40 |
| | | | | |
| | TOTAL FEES DUE | | $ | 146.40 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 146.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301047

INVOICE #  805359

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301047   TC Number: 696927

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Teleconference with client regarding objecting to motion to dismiss | L160 | RLB | .20 | 266.00 | 53.20 |
| 07/02/12 | Draft monthly status report for client as follows:  This matter has settled. We have submitted a draft settlement agreement to the plaintiff for review and signature. | L190 | RLB | .10 | 266.00 | 26.60 |
| 07/03/12 | Teleconference with W.Hereford regarding settlement agreement | L160 | RLB | .60 | 266.00 | 159.60 |
| 07/03/12 | Draft objection to motion to dismiss | L160 | RLB | 1.20 | 266.00 | 319.20 |
| 07/03/12 | Review changes to settlement agreement proposed by Equivest | L160 | RLB | .30 | 266.00 | 79.80 |
| 07/06/12 | Revise settlement agreement and assignment of judgment | L160 | RLB | .50 | 266.00 | 133.00 |
| 07/06/12 | E-mail settlement agreement and assignment of judgment to W.Hereford | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/13/12 | E-mail to W.Hereford regarding revised settlement agreement | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/26/12 | Teleconference with W.Hereford regarding settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 07/27/12 | E-mail to B.Justice regarding settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301047

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Review and respond to e-mail from B.Justice regarding settlement agreement | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/31/12 | Review and respond to e-mail from client regarding settlement proposal | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/31/12 | E-mail to W.Hereford regarding settlement agreement | L160 | RLB | .10 | 266.00 | 26.60 |

FEES                                       $1,010.80

AMOUNT DUE THIS BILL                        $1,010.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | 3.80 | 1,010.80 |
| Total | | | 3.80 | 1,010.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0808-301047
BILL AMOUNT        $1,010.80                         INVOICE #  805359

To:    ResCap                          TC Number:         696927
       1100 Virginia Drive             Invoice Date:      09/17/2012
       Fort Washington, PA 19034       Invoice No.        805359
                                       Period ending:     07/31/2012

Case Management Number      LD  0R0808-301047

                                        Current Invoice
Code Task                              Hours        Fees

L160 Settlement/Non-Binding ADR         3.70    $    984.20
L190 Other Case Assessment, Develop't/Admin  0.10  $     26.60

                        ========================================
                        TOTAL FEES      3.80    $  1,010.80

                        TOTAL FEES DUE          $  1,010.80
                  TOTAL DISBURSEMENTS DUE       $      0.00
                  TOTAL DUE THIS INVOICE        $  1,010.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301049

INVOICE #  805360

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301049   TC Number: 702383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Review of motion to stay mandate pending certiorari petition | L510 | MJA | .20 | 297.00 | 59.40 |

FEES                                                           $59.40

AMOUNT DUE THIS BILL                                           $59.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301049

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Total | | | .20 | 59.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301049
BILL AMOUNT          $59.40                               INVOICE #  805360

To:    ResCap                        TC Number:        702383
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805360
                                     Period ending:    07/31/2012

Case Management Number        LD   0R0808-301049

                                         Current Invoice
Code Task                                Hours          Fees

L510 Appellate Motions and Submissions    0.20    $     59.40

                       ================================
               TOTAL FEES                 0.20    $     59.40

               TOTAL FEES DUE                     $     59.40
       TOTAL DISBURSEMENTS DUE                    $      0.00
           TOTAL DUE THIS INVOICE                 $     59.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301051
Fort Washington, PA 19034

                                                              INVOICE #  805361

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301051  TC Number: 709635

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Review order of final cure payment and e-mails with S.Fleischer and J.Scoliard regarding same | L120 | JB | .30 | 190.00 | 57.00 |
| 07/20/12 | Review filings in bankruptcy proceeding and e-mails with S.Fleischer regarding status of same | L120 | JB | .20 | 190.00 | 38.00 |

                              FEES                                $304.00

                              AMOUNT DUE THIS BILL                $304.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301051

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| James Bailey | Associate | 190.00 | .50 | 95.00 |
| Total | | | .50 | 95.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301051
BILL AMOUNT          $304.00                    INVOICE #  805361

To:    ResCap                    TC Number:       709635
       1100 Virginia Drive       Invoice Date:    09/17/2012
       Fort Washington, PA 19034 Invoice No.      805361
                                 Period ending:   07/31/2012

Case Management Number      LD  0R0808-301051

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy |  | 0.50 | $  95.00 |
|  |  | ================================= | |
|  | TOTAL FEES | 0.50 | $  304.00 |
|  | TOTAL FEES DUE |  | $  304.00 |
|  | TOTAL DISBURSEMENTS DUE |  | $   0.00 |
|  | TOTAL DUE THIS INVOICE |  | $  304.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0808-301052
Fort Washington, PA 19034

                                                             INVOICE #   805362

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301052   TC Number: 708174

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Research judgment status, contact U.S. Marshall service regarding forfeiture sale schedule and update G.Albright | L120 | KSA | .40 | 223.00 | 89.20 |
| 07/20/12 | Telephone discussions with US Marshall's office regarding government forfeiture sale of property and follow-up emails to obtain lien payoff | L120 | KSA | .70 | 223.00 | 156.10 |

FEES                                        $245.30

AMOUNT DUE THIS BILL                         $245.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301052

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 1.10 | 245.30 |
| Total | | | 1.10 | 245.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301052
BILL AMOUNT          $245.30                                    INVOICE #  805362

To:      ResCap                           TC Number:        708174
         1100 Virginia Drive              Invoice Date:     09/17/2012
         Fort Washington, PA 19034        Invoice No.       805362
                                          Period ending:    07/31/2012

Case Management Number       LD  0R0808-301052

|                            | Current Invoice | |
| Code Task                  | Hours | Fees |
| L120 Analysis/Strategy     | 1.10  | $  245.30 |
| TOTAL FEES                 | 1.10  | $  245.30 |

                              TOTAL FEES DUE            $    245.30
                              TOTAL DISBURSEMENTS DUE   $      0.00
                              TOTAL DUE THIS INVOICE    $    245.30



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0R0808-301054
Fort Washington, PA 19034

                                                    INVOICE #  805363

                                                    **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301054   TC Number: 711432

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Update status of file as follows: Settlement agreement required return of original note and mortgage stamped paid in full.  File can be closed once this is completed. | L120 | JB | .10 | 190.00 | 19.00 |

                           FEES                                $19.00

                           AMOUNT DUE THIS BILL                $19.00

               ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301054

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| James Bailey | Associate | 190.00 | .10 | 19.00 |
| Total | | | .10 | 19.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                           0R0808-301054
BILL AMOUNT          $19.00                                 INVOICE #  805363

To:     ResCap                        TC Number:        711432
        1100 Virginia Drive           Invoice Date:     09/17/2012
        Fort Washington, PA 19034      Invoice No.       805363
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301054

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.10 | $   19.00 |
| | ==================================== | | |
| TOTAL FEES | | 0.10 | $   19.00 |

TOTAL FEES DUE               $    19.00
TOTAL DISBURSEMENTS DUE       $     0.00
TOTAL DUE THIS INVOICE       $    19.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301057

INVOICE #  805364

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301057   TC Number: 713877

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analyze recent pleadings and correspondence in case and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |
| 07/05/12 | Continued work on settlement issues | L120 | CLHA | .40 | 345.00 | 138.00 |
| 07/24/12 | Confer with opposing counsel regarding status of settlement and re-circulate settlement agreement to parties in interest | L120 | CLHA | .50 | 345.00 | 172.50 |
| 07/26/12 | Emails with client and opposing counsel regarding settlement paperwork | L120 | CLHA | .30 | 345.00 | 103.50 |
| 07/30/12 | Confer with client regarding status of settlement check | L120 | CLHA | .30 | 345.00 | 103.50 |

FEES                                                     $690.00

AMOUNT DUE THIS BILL                                      $690.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301057

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.70 | 586.50 |
| Total | | | 1.70 | 586.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0808-301057
BILL AMOUNT            $690.00                                INVOICE #  805364

To:    ResCap                        TC Number:        713877
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805364
                                     Period ending:    07/31/2012

Case Management Number     LD   0R0808-301057

|                           | Current Invoice |         |
| Code Task                 | Hours           | Fees    |
|---------------------------|-----------------|---------|
| L120 Analysis/Strategy    | 1.70            | $   586.50 |
|                           | ========================================= | |
| TOTAL FEES                | 1.70            | $   690.00 |

| TOTAL FEES DUE           | $   690.00 |
| TOTAL DISBURSEMENTS DUE  | $     0.00 |
| TOTAL DUE THIS INVOICE   | $   690.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301059

INVOICE #  805365

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301059  TC Number: 714656

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client | L190 | RLB | .30 | 266.00 | 79.80 |
| 07/13/12 | Teleconference with C.Hubble regarding status of settlement | L160 | RLB | .20 | 266.00 | 53.20 |
| 07/18/12 | E-mails to and from client regarding settlement | L160 | RLB | .30 | 266.00 | 79.80 |
| 07/20/12 | Teleconference with client regarding status of loan modification | L160 | RLB | .30 | 266.00 | 79.80 |
| 07/20/12 | Teleconference with C.Hubble regarding settlement | L160 | RLB | .30 | 266.00 | 79.80 |
| 07/20/12 | E-mail to client regarding settlement | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/20/12 | E-mails to and from bankruptcy counsel regarding recorded foreclosure documents | L190 | RLB | .20 | 266.00 | 53.20 |
| 07/25/12 | Teleconference with client regarding loan modification | L160 | RLB | .30 | 266.00 | 79.80 |
| 07/25/12 | E-mail to C.Hubble regarding settlement terms | L160 | RLB | .10 | 266.00 | 26.60 |
| 07/30/12 | Confer with trustee and co-counsel regarding status of chapter 13 case | L120 | CLHA | .20 | 345.00 | 69.00 |
| 07/31/12 | Review and respond to e-mail from trustee regarding status of case | L190 | RLB | .30 | 266.00 | 79.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301059

FED ID NO. 63-0243316

FEES                                        $707.40

AMOUNT DUE THIS BILL                        $707.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301059

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Rashad L. Blossom | Associate | 266.00 | 2.40 | 638.40 |
| Total | | | 2.60 | 707.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301059
INVOICE #   805365

BILL AMOUNT          $707.40

To:    ResCap                         TC Number:        714656
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805365
                                      Period ending:    07/31/2012

Case Management Number      LD   0R0808-301059

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L120 | Analysis/Strategy | 0.20 | $ | 69.00 |
| L160 | Settlement/Non-Binding ADR | 1.60 | $ | 425.60 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ | 212.80 |
| | TOTAL FEES | 2.60 | $ | 707.40 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 707.40 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 707.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301060

INVOICE #  805366

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301060   TC Number: 721871

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Telephone conversation with J.Ho concerning bankruptcy issue. | P300 | EWS | .30 | 266.00 | 79.80 |
| 07/12/12 | Work on litigation summary relating to REO issues | P300 | EWS | 1.30 | 266.00 | 345.80 |
| 07/13/12 | Worked on litigation memorandum relating to REO issues. | P300 | EWS | 2.20 | 266.00 | 585.20 |

|  |  |  |
|--|--|--|
| FEES |  | $1,143.80 |
| AMOUNT DUE THIS BILL |  | $1,143.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301060

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric Smith | Partner | 266.00 | 3.80 | 1,010.80 |
| Total | | | 3.80 | 1,010.80 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301060

BILL AMOUNT        $1,143.80

INVOICE #  805366

To:    ResCap                      TC Number:         721871
       1100 Virginia Drive         Invoice Date:      09/17/2012
       Fort Washington, PA 19034   Invoice No.        805366
                                   Period ending:     07/31/2012

Case Management Number      LD  0R0808-301060

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| P300 | Structure/Strategy/Analysis | 3.80 | $ 1,010.80 |
| | | =============================== | |
| | TOTAL FEES | 3.80 | $ 1,143.80 |

TOTAL FEES DUE            $ 1,143.80
TOTAL DISBURSEMENTS DUE   $    0.00
TOTAL DUE THIS INVOICE    $ 1,143.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301061
Fort Washington, PA 19034

                                                           INVOICE #  805367

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301061  TC Number: 725468

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client | L120 | HFH | .10 | 380.00 | 38.00 |
| 07/17/12 | Communicate with client cotact regarding strategy | L120 | HFH | .10 | 380.00 | 38.00 |

                          FEES                                      $76.00

                          AMOUNT DUE THIS BILL                      $76.00

                   ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301061

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rick Humbracht | Partner | 380.00 | .20 | 76.00 |
| Total | | | .20 | 76.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                            0R0808-301061
BILL AMOUNT          $76.00                                 INVOICE #  805367

To:    ResCap                        TC Number:            725468
       1100 Virginia Drive           Invoice Date:         09/17/2012
       Fort Washington, PA 19034     Invoice No.           805367
                                     Period ending:        07/31/2012


Case Management Number        LD  0R0808-301061


                                            Current Invoice
Code Task                                   Hours              Fees

L120 Analysis/Strategy                       0.20      $      76.00


                              ========================================
                     TOTAL FEES              0.20      $      76.00

                     TOTAL FEES DUE                    $      76.00
              TOTAL DISBURSEMENTS DUE                  $       0.00
              TOTAL DUE THIS INVOICE                  $      76.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301063
Fort Washington, PA 19034

                                                               INVOICE #   805368

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301063   TC Number: 714383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding bankruptcy and case stayed | L120 | KSA | .10 | 223.00 | 22.30 |

                                      FEES                                    $22.30

### DESCRIPTION OF DISBURSEMENTS

| 13 | Court Reporter Charges | 2,506.56 |
|----|------------------------|----------|
|    | COSTS                  | $2,506.56 |
|    | AMOUNT DUE THIS BILL   | $2,528.86 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301063

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301063

BILL AMOUNT        $2,528.86

INVOICE #  805368

To:   ResCap                          TC Number:        714383
      1100 Virginia Drive             Invoice Date:     09/17/2012
      Fort Washington, PA 19034       Invoice No.       805368
                                      Period ending:    07/31/2012

Case Management Number     LD   0R0808-301063

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $    22.30 |
| | | ================================ | |
| | TOTAL FEES | 0.10 | $    22.30 |

                        TOTAL FEES DUE         $      22.30
                  TOTAL DISBURSEMENTS DUE      $   2,506.56
                  TOTAL DUE THIS INVOICE       $   2,528.86



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301064
Fort Washington, PA 19034

                                                               INVOICE #  805369

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301064   TC Number: 725295

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update for attorney review | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/19/12 | Review docket regarding status of record on appeal and catalog information on tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/23/12 | Follow-up correspondence regarding copy of court file | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/30/12 | Correspondence to Court Express regarding status of court records ordered | L110 | AHC | .10 | 145.00 | 14.50 |

                              FEES                                      $88.00

                       AMOUNT DUE THIS BILL                             $88.00

                   ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301064

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Total | | | .60 | 88.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301064

BILL AMOUNT          $88.00                          INVOICE #  805369

To:    ResCap                        TC Number:        725295
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805369
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0808-301064

|      |                                | Current Invoice |        |
|------|--------------------------------|-------|----------|
| Code | Task                           | Hours |     Fees |
| L110 | Fact Investigation/Development | 0.40  | $  58.00 |
| L120 | Analysis/Strategy              | 0.20  | $  30.00 |
|      | TOTAL FEES                     | 0.60  | $  88.00 |

|                            |    |       |
|----------------------------|----|-------|
| TOTAL FEES DUE             | $  | 88.00 |
| TOTAL DISBURSEMENTS DUE    | $  |  0.00 |
| TOTAL DUE THIS INVOICE     | $  | 88.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301067

INVOICE #  805370

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301067  TC Number: 725622

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Review status of settlement discussions and borrower's qualified written request letter | L160 | GEG | .40 | 335.00 | 134.00 |

FEES                                                                    $134.00

### DESCRIPTION OF DISBURSEMENTS

| 58 | FED DOCKET SERV-PACER | | | | | 5.50 |
|----|-----------------------|--|--|--|--|------|

COSTS                                                                    $5.50

AMOUNT DUE THIS BILL                                                     $139.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301067

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | .40 | 134.00 |
| Total | | | .40 | 134.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 17, 2012
                                                                    0R0808-301067
BILL AMOUNT            $139.50                                      INVOICE #  805370

To:    ResCap                          TC Number:          725622
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805370
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0808-301067

                                              Current Invoice
Code Task                                Hours           Fees

L160 Settlement/Non-Binding ADR           0.40    $    134.00

                             ===================================
                   TOTAL FEES             0.40    $    134.00

                   TOTAL FEES DUE                 $    134.00
             TOTAL DISBURSEMENTS DUE              $      5.50
             TOTAL DUE THIS INVOICE              $    139.50



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301070

INVOICE #  805371

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301070  TC Number: 725710

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Draft status update for client regarding borrower's Motion for Extension of time to file appellant brief. | L190 | HHW | .10 | 263.00 | 26.30 |
| 07/02/12 | Email correspondence with client regarding borrower request for consent to motion for extension of time | L250 | HHW | .10 | 263.00 | 26.30 |
| 07/03/12 | Follow up email to J.Wadler regarding file and email to Court Express | L190 | JAM | .20 | 145.00 | 29.00 |
| 07/05/12 | Review docket regarding status of appellant's motion for extension of time and revise status update | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/05/12 | Review index to record on appeal including cross-referencing documents received from foreclosure counsel to confirm complete record | L110 | AHC | 1.80 | 145.00 | 261.00 |
| 07/05/12 | Correspondence to client regarding status of file | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/16/12 | Review docket regarding status of initial brief and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/18/12 | Review client documents and foreclosure file and prepare timeline of relevant events for attorney review | L110 | AHC | 1.00 | 145.00 | 145.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                                  SEPTEMBER 17, 2012

0R0808-301070

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Correspondence to E.Berger regarding status of foreclosure sale | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/18/12 | Research on Tutler motion for extension for possible responsive arguments | L510 | MJA | .50 | 297.00 | 148.50 |
| 07/18/12 | Evaluate mootness issues | L120 | JMH | .20 | 241.00 | 48.20 |
| 07/18/12 | Conduct legal research regarding mootness issues | L190 | HHW | .50 | 263.00 | 131.50 |
| 07/31/12 | Research on request for time extension | L510 | MJA | .30 | 297.00 | 89.10 |

FEES                                      $991.90

### DESCRIPTION OF DISBURSEMENTS

07      Filing Fees                                           5.00

COSTS                                       $5.00

AMOUNT DUE THIS BILL                        $996.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
ResCap                                                           SEPTEMBER 17, 2012

0R0808-301070

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .80 | 237.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | 3.40 | 493.00 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jonathan Hooks | Associate | 241.00 | .20 | 48.20 |
| Heather Wright | Associate | 263.00 | .70 | 184.10 |
| Total | | | 5.30 | 991.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301070
BILL AMOUNT        $996.90                                      INVOICE #  805371

To:    ResCap                          TC Number:          725710
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805371
                                       Period ending:      07/31/2012

Case Management Number        LD  0R0808-301070

|      |                                      | Current Invoice | |
|------|--------------------------------------|------|----------|
| Code | Task                                 | Hours | Fees |
| L110 | Fact Investigation/Development       | 3.30 | $   478.50 |
| L120 | Analysis/Strategy                    | 0.20 | $    48.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.90 | $   201.30 |
| L250 | Other Written Motions/Submissions    | 0.10 | $    26.30 |
| L510 | Appellate Motions and Submissions    | 0.80 | $   237.60 |

                        ===================================
                 TOTAL FEES      5.30    $   991.90

                 TOTAL FEES DUE           $   991.90
          TOTAL DISBURSEMENTS DUE         $     5.00
          TOTAL DUE THIS INVOICE          $   996.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301071
Fort Washington, PA 19034

                                                               INVOICE #  805372

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301071  TC Number: 721067

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Draft status report for client as follows: The hearing on the Motion to Deem Amended Complaint filed will be heard on August 10, 2012. | L120 | NJV | .10 | 258.00 | 25.80 |

                        FEES                                        $25.80

                        AMOUNT DUE THIS BILL                        $25.80

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301071

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | .10 | 25.80 |
| Total | | | .10 | 25.80 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301071
BILL AMOUNT        $25.80                        INVOICE #  805372

To:    ResCap                    TC Number:        721067
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805372
                                 Period ending:    07/31/2012

Case Management Number      LD   0R0808-301071

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.10 | $   25.80 |
| TOTAL FEES |  | 0.10 | $   25.80 |
| TOTAL FEES DUE |  |  | $   25.80 |
| TOTAL DISBURSEMENTS DUE |  |  | $    0.00 |
| TOTAL DUE THIS INVOICE |  |  | $   25.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301072

INVOICE #  805373

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301072  TC Number: 720703

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Update status report | L120 | RK | .10 | 185.00 | 18.50 |

|  | FEES |  |  |  |  | $18.50 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $18.50 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301072

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301072
BILL AMOUNT          $18.50                              INVOICE #  805373

To:    ResCap                        TC Number:        720703
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805373
                                     Period ending:    07/31/2012

Case Management Number      LD   0R0808-301072

                                          Current Invoice
Code Task                                 Hours            Fees

L120 Analysis/Strategy                     0.10    $     18.50

                          ===================================
                   TOTAL FEES              0.10    $     18.50

                   TOTAL FEES DUE                  $     18.50
             TOTAL DISBURSEMENTS DUE               $      0.00
                TOTAL DUE THIS INVOICE             $     18.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301073

INVOICE #  805374

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301073   TC Number: 726070

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update for attorney review and catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/05/12 | Review docket regarding status of appellant's response brief | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/05/12 | Correspondence to client regarding status of file | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/10/12 | E-mails to and from H.Franchi regarding pleadings from Wolfe | L210 | JMH | .20 | 241.00 | 48.20 |
| 07/17/12 | Review order denying motion for temporary injunction | L220 | JMH | .10 | 241.00 | 24.10 |
| 07/19/12 | Review docket regarding status of Appellant's Reply brief and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |

FEES                                        $174.80

AMOUNT DUE THIS BILL              $174.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301073

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Jonathan Hooks | Associate | 241.00 | .30 | 72.30 |
| Total | | | 1.00 | 174.80 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301073
BILL AMOUNT          $174.80                             INVOICE #  805374

To:    ResCap                        TC Number:          726070
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805374
                                     Period ending:      07/31/2012


Case Management Number      LD  0R0808-301073


|      |                                          | Current Invoice | |
|------|------------------------------------------|-------|---------|
| Code | Task                                     | Hours | Fees    |
| L110 | Fact Investigation/Development           | 0.40  | $  58.00 |
| L120 | Analysis/Strategy                        | 0.20  | $  30.00 |
| L190 | Other Case Assessment, Develop't/Admin   | 0.10  | $  14.50 |
| L210 | Pleadings                                | 0.20  | $  48.20 |
| L220 | Preliminary Injunctions/Provisional Remedie | 0.10 | $  24.10 |

```
                      =====================================
          TOTAL FEES         1.00        $     174.80

              TOTAL FEES DUE              $     174.80
        TOTAL DISBURSEMENTS DUE           $       0.00
        TOTAL DUE THIS INVOICE           $     174.80
```



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301074
Fort Washington, PA 19034

INVOICE #  805375

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301074  TC Number: 726135

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Email correspondence with J.Scoliard regarding loan modification review and rescheduling mediation dates | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/10/12 | Email correspondence with R.Colton regarding rescheduling mediation dates | L120 | TPG | .10 | 200.00 | 20.00 |
| 07/10/12 | Email correspondence and telephone conference with J.Roberts regarding rescheduling mediation dates and regarding the debtor's updated financials | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/10/12 | Work on issues relating to mediation preparation | L120 | GEG | .20 | 335.00 | 67.00 |
| 07/11/12 | Email correspondence with J.Scoliard regarding status of loan modification and mediation dates | L120 | TPG | .10 | 200.00 | 20.00 |
| 07/12/12 | Work on mediation preparation | L120 | GEG | .30 | 335.00 | 100.50 |
| 07/12/12 | Email correspondence with J.Scoliard regarding loan modification review | L120 | TPG | .10 | 200.00 | 20.00 |
| 07/12/12 | Telephone conference with J.Roberts regarding loan modification rejection | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/12/12 | Review and analysis of court's mediation order and HAMP regulations and requirements | L120 | TPG | .60 | 200.00 | 120.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
SEPTEMBER 17, 2012

OR0808-301074

ResCap

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Advise co counsel regarding compliance with mediation order | L120 | CLHA | .50 | 345.00 | 172.50 |
| 07/16/12 | Telephone conference with debtor's counsel regarding loan modification rejection and new mediation dates | L120 | TPG | .30 | 200.00 | 60.00 |
| 07/16/12 | Review court's mortgage modification mediation order and strategize regarding same | L120 | TPG | .40 | 200.00 | 80.00 |
| 07/16/12 | Email correspondence with J.Scoliard regarding Court's mortgage modification mediation order | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/16/12 | Email correspondence with mediator and debtor's counsel regarding mediation dates | L120 | TPG | .10 | 200.00 | 20.00 |
| 07/17/12 | Email correspondence with R.Colton, J.Roberts and J.Scoliard regarding mediation dates | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/17/12 | Work on upcoming mediation issues | L120 | GEG | .20 | 335.00 | 67.00 |
| 07/18/12 | Receive and review court mail (various) | L120 | GEG | .20 | 335.00 | 67.00 |
| 07/18/12 | Email J.Roberts and R.Colton regarding mediation | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/18/12 | Attend confirmation hearing via telephone | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/19/12 | Email correspondence with R.Colton, J.Roberts and J.Scoliard regarding August 17 mediation | L120 | TPG | .20 | 200.00 | 40.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301074

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Email correspondence with J.Scoliard and J.Roberts regarding loan modification rejection letters | L120 | TPG | .20 | 200.00 | 40.00 |
| 07/30/12 | Telephone conference with J.Roberts regarding canceling mediation | L120 | TPG | .10 | 200.00 | 20.00 |

FEES                                        $1,194.00

AMOUNT DUE THIS BILL                 $1,194.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0808-301074

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .50 | 172.50 |
| Glenn E. Glover | Partner | 335.00 | .90 | 301.50 |
| T. Parker Griffin, Jr. | Associate | 200.00 | 3.60 | 720.00 |
| Total | | | 5.00 | 1,194.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301074
BILL AMOUNT        $1,194.00                                    INVOICE #  805375

To:    ResCap                          TC Number:        726135
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805375
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301074

|                          | Current Invoice | |
| Code Task                | Hours | Fees |
| L120 Analysis/Strategy   | 5.00  | $ 1,194.00 |
| ================================================= | | |
| TOTAL FEES               | 5.00  | $ 1,194.00 |

| | |
|---|---|
| TOTAL FEES DUE          | $ 1,194.00 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE  | $ 1,194.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301076

INVOICE #  805376

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301076   TC Number: 726275

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Telephone conference with B.Edwards regarding motion set for tomorrow and effect of automatic stay upon same. | L250 | JDR | .20 | 293.00 | 58.60 |
| 07/02/12 | Draft status report for client as follows: We have filed a Suggestion of Bankruptcy in this matter | L190 | MMB | .30 | 240.00 | 72.00 |
| 07/02/12 | Telephone conference with courtroom deputy regarding GMAC bankruptcy and automatic stay, the effect of that on the motion set for hearing this morning, and our communications with Bert Edwards regarding the motion. | L250 | JDR | .20 | 293.00 | 58.60 |
| 07/23/12 | Analyze plaintiff's claims and use of GMAC's bankruptcy in case | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/30/12 | Analyze effect of recent bankruptcy court order on case | L190 | MMB | .20 | 240.00 | 48.00 |

FEES                                                    $327.20

### DESCRIPTION OF DISBURSEMENTS

| | |
|---|---|
| 07/01/12 Copy Charges gmac/delisle | 0.00 |
| 07/24/12 Court Costs - Pleadings - JEFFERSON COUNTY CIRCUIT CLERK MMB- Copy of Notice of Bankruptcy and Effect of Automatic Stay Bank ID: R CK Check Number: 155178 | 1.75 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301076

FED ID NO. 63-0243316

COSTS                                    $1.75

AMOUNT DUE THIS BILL                 $328.95

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301076

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Jonathan Rose | Partner | 293.00 | .40 | 117.20 |
| Melissa Burton | Associate | 240.00 | .50 | 120.00 |
| Total | | | 1.10 | 303.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301076
BILL AMOUNT          $328.95                              INVOICE #  805376

To:    ResCap                      TC Number:          726275
       1100 Virginia Drive         Invoice Date:       09/17/2012
       Fort Washington, PA 19034   Invoice No.         805376
                                   Period ending:      07/31/2012

Case Management Number      LD  0R0808-301076

                                        Current Invoice
Code Task                               Hours        Fees

L110 Fact Investigation/Development       0.20    $    66.00
L190 Other Case Assessment, Develop't/Admin 0.50  $   120.00
L250 Other Written Motions/Submissions    0.40    $   117.20

                              ===================================
                  TOTAL FEES   1.10    $   327.20

                  TOTAL FEES DUE         $   327.20
       TOTAL DISBURSEMENTS DUE           $     1.75
          TOTAL DUE THIS INVOICE         $   328.95



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301080
Fort Washington, PA 19034

                                                         INVOICE #  805377

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301080  TC Number: 723300

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Conversation with T.Jordan and R.Montoya re preparation for deposition | L120 | MSW | .20 | 254.00 | 50.80 |
| 07/17/12 | Analyze complaint, docket and deposition notice with attached list of documents to be produced | L120 | MSW | .30 | 254.00 | 76.20 |
| 07/17/12 | Prepare for witness deposition. | L320 | MPE | 2.60 | 149.00 | 387.40 |
| 07/17/12 | Research docket and public records to assist with witness preparation. | L110 | MPE | .50 | 149.00 | 74.50 |
| 07/17/12 | Review over 428 pages of client documents from GMAC, including call notes, correspondence, and account history to assist with determining relevant documents for witness preparation. | L110 | MPE | .60 | 149.00 | 89.40 |
| 07/18/12 | Review 466 pages of client documents, including correspondence, and additional loan modification information, in response to subpoena. | L320 | MPE | 1.20 | 149.00 | 178.80 |
| 07/18/12 | Review 370 pages of client documents, including 20 loan modification packets, for document production in response to subpoena. | L320 | MPE | 2.10 | 149.00 | 312.90 |
| 07/18/12 | Conversation with T.Jordan and R.Montoya regarding preparation for deposition | L120 | MSW | .50 | 254.00 | 127.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                                          SEPTEMBER 17, 2012

0R0808-301080

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Review payment history, call notes, and correspondence for evidence of loss mitigation attempts | L120 | MSW | 1.70 | 254.00 | 431.80 |
| 07/24/12 | Finalize 1173 pages of document production for deposition and detailed review of all correspondence and call notes to  assist with GMAC witness preparation. | L320 | MPE | 4.30 | 149.00 | 640.70 |
| 07/25/12 | Detailed review of 1172 pages of documents to produce and timeline all correspondence to borrower | L320 | MPE | 2.10 | 149.00 | 312.90 |
| 07/25/12 | Forward documents to T.Jordan and R.Montoya for deposition preparation. | L320 | MPE | .50 | 149.00 | 74.50 |
| 07/25/12 | Analyze chronology of loss mitigation transactions and supporting documents and missing documents | L120 | MSW | 2.20 | 254.00 | 558.80 |
| 07/25/12 | Conversation with R.Montoya regarding preparation for deposition | L120 | MSW | .70 | 254.00 | 177.80 |
| 07/26/12 | Analyze final documents provided for deposition and finalize outline of events | L120 | MSW | 2.20 | 254.00 | 558.80 |
| 07/27/12 | Defend deposition of R.Montoya in Miami, FL | L330 | MSW | 2.00 | 254.00 | 508.00 |

FEES                                   $4,560.30

| 07/18/12 | Copy Charges gmac / maruri | | | | | 0.00 |
|----------|----------------------------|--|--|--|--|------|
| 07/17/12 | Express Mail/Fedex | | | | | 0.00 |
| 07/25/12 | Express Mail/Fedex | | | | | 0.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301080

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $4,560.30

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0808-301080

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | 9.80 | 2,489.20 |
| Melisa P. Palmer | Paralegal | 149.00 | 13.90 | 2,071.10 |
| Total | | | 23.70 | 4,560.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301080

BILL AMOUNT        $4,560.30

INVOICE #  805377

To:    ResCap                          TC Number:          723300
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805377
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0808-301080

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.10 | $    163.90 |
| L120 | Analysis/Strategy | 7.80 | $  1,981.20 |
| L320 | Document Production | 12.80 | $  1,907.20 |
| L330 | Depositions | 2.00 | $    508.00 |
| | TOTAL FEES | 23.70 | $  4,560.30 |

TOTAL FEES DUE                    $  4,560.30
TOTAL DISBURSEMENTS DUE           $      0.00
TOTAL DUE THIS INVOICE            $  4,560.30



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301086
Fort Washington, PA 19034

                                                               INVOICE #  805378

                                                               **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301086   TC Number: 725986

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Review docket and e-mail client regarding status of file | L110 | KK | .20 | 91.00 | 18.20 |
| 07/10/12 | Review docket and e-mail foreclosure counsel regarding status of title issue on property, e-mail title searcher at Old Republic regarding title search on property from 2005-present, and research Palm Beach County official records to determine status of liens on property and satisfactions recorded related to the Water Utilities Department | L110 | KK | 1.10 | 91.00 | 100.10 |
| 07/10/12 | Conference with Palm Beach County Attorney P.Mugavero regarding prior liens filed on property and potential satisfaction of water utility services liens and confirmation of code enforcement lien, in preparation for potential settlement negotiation to allow plaintiff to proceed with foreclosure | L120 | MW | .70 | 263.00 | 184.10 |
| 07/10/12 | Analyze timeline of original code enforcement lien and recorded enforcement order | L120 | MW | .50 | 263.00 | 131.50 |
| 07/10/12 | Correspondence with P.Stokes and G.Albright regarding outstanding liens and correspondence with Palm Beach County Attorney | L120 | MW | .10 | 263.00 | 26.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
SEPTEMBER 17, 2012

ResCap

0R0808-301086

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Analyze water utility liens recorded against property in conjunction with three filed satisfactions by Palm Beach County, in preparation for further negotiation with the Palm Beach County Attorney | L120 | MW | .80 | 263.00 | 210.40 |
| 07/11/12 | Conference with Palm Beach County Attorney, regarding requirements for settlement | L120 | MW | .60 | 263.00 | 157.80 |
| 07/12/12 | Correspondence with Palm Beach County Assistant Attorney regarding partial release and satisfaction of county lien on property in exchange for payment and execution of settlement agreement | L120 | MW | .60 | 263.00 | 157.80 |
| 07/12/12 | Research Palm Beach County recordings to determine status of liens on property and discuss strategy going forward | L110 | KK | .30 | 91.00 | 27.30 |
| 07/13/12 | Update chronology of events and supplement timeline with satisfactions and liens recorded on property in matter | L110 | KK | .40 | 91.00 | 36.40 |
| 07/17/12 | Conference with Palm Beach County Assistant Attorney  regarding code enforcement liens and water utility liens filed by county against property and assertion of priority | L120 | MW | .50 | 263.00 | 131.50 |
| 07/17/12 | Analyze water utility lien erroneously filed by county recorder existing on property | L120 | MW | .40 | 263.00 | 105.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
ResCap                                                            SEPTEMBER 17, 2012

OR0808-301086

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/17/12 | Correspondence with Palm Beach County Assistant Attorney regarding existing water utility lien and requirement of partial release and satisfaction with settlement | L120 | MW | .20 | 263.00 | 52.60 |
| 07/18/12 | Draft partial release in order to reach potential settlement of code enforcement lien on property | L110 | KK | .40 | 91.00 | 36.40 |
| 07/19/12 | Revise partial release agreement and satisfaction of lien document as requested by Palm Beach County Attorney | L320 | MW | .40 | 263.00 | 105.20 |
| 07/23/12 | Rvise proposed settlement agreement with Palm Beach County, providing that county cancel all liens on subject property in exchange for payment from plaintiff, reserving county's right to proceed directly against borrower | L320 | MW | .40 | 263.00 | 105.20 |
| 07/23/12 | Analyze settlement efforts with the county | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/24/12 | Draft updated form Settlement and Release Agreement for Palm Beach County's execution to release all liens related to the property and move toward resolution of matter | L110 | KK | .30 | 91.00 | 27.30 |
| 07/24/12 | Edit settlement and release agreement to send to Palm Beach County to dismiss lien on property | L110 | KK | .30 | 91.00 | 27.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301086

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | E-mails with foreclosure counsel regarding status of case and motion to dismiss | L110 | KK | .20 | 91.00 | 18.20 |
| 07/30/12 | Review and revise proposed settlement and release agreement with the addition of recital facts and terms | L320 | MW | .70 | 263.00 | 184.10 |
| 07/30/12 | Analyze motion for extension of time set for hearing pursuant to inquiry from foreclosure counsel | L320 | MW | .50 | 263.00 | 131.50 |
| 07/30/12 | Review and revise settlement agreement | L160 | CWH | .10 | 330.00 | 33.00 |
| 07/30/12 | Review settlement and release agreement to send to Palm Beach County attorney for execution | L110 | KK | .40 | 91.00 | 36.40 |

FEES                                    $2,155.70

| | | |
|---|---|---|
| 07/01/12 | Copy Charges | 0.00 |
| 07/17/12 | Copy Charges | 0.00 |
| 07/17/12 | Copy Charges | 0.00 |
| 07/20/12 | Copy Charges | 0.00 |
| 07/24/12 | Copy Charges | 0.00 |

AMOUNT DUE THIS BILL          $2,155.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
SEPTEMBER 17, 2012

0R0808-301086

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | 6.40 | 1,683.20 |
| Kerry Keane | Paralegal | 91.00 | 3.60 | 327.60 |
| Total | | | 10.20 | 2,076.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301086
BILL AMOUNT        $2,155.70                     INVOICE #  805378

To:    ResCap                      TC Number:          725986
       1100 Virginia Drive         Invoice Date:       09/17/2012
       Fort Washington, PA 19034   Invoice No.         805378
                                   Period ending:      07/31/2012

Case Management Number      LD  0R0808-301086

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 3.70 | $   360.60 |
| L120 | Analysis/Strategy | 4.40 | $ 1,157.20 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $    33.00 |
| L320 | Document Production | 2.00 | $   526.00 |
| | TOTAL FEES | 10.20 | $ 2,155.70 |

TOTAL FEES DUE            $ 2,155.70
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $ 2,155.70



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301088
Fort Washington, PA 19034

                                                         INVOICE #  805379

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301088  TC Number: 725981

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Analyze notice of deposit sent by Denton County Probate Court, for use in preparation of drafting motion for withdrawal and release of funds | L120 | MW | .10 | 263.00 | 26.30 |
| 07/23/12 | Research docket to determine status of case and contact Denton County, Texas probate court regarding copy of final judgment | L110 | KK | .20 | 91.00 | 18.20 |
| 07/24/12 | Review final judgment of court in absence of objection pertaining to disbursement of funds in matter | L110 | KK | .20 | 91.00 | 18.20 |
| 07/24/12 | Revise motion to withdraw funds | L210 | MCG | .50 | 323.00 | 161.50 |
| 07/24/12 | Draft and revise motion to withdraw funds deposited with court as a result of affirmed special commissioners' valuation hearing | L320 | MW | 1.00 | 263.00 | 263.00 |
| 07/25/12 | Correspondence with R.Meeker regarding status of action and motion to withdraw funds in response to court affirmation of special commissioners' valuation | L120 | MW | .20 | 263.00 | 52.60 |
| 07/30/12 | E-mails with courier regarding status of requested orders in the Probate Court of Denton, County Texas necessary to finalize motion for disbursement of funds and proceed with case | L110 | KK | .20 | 91.00 | 18.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301088

FED ID NO. 63-0243316

FEES                                           $558.00

### DESCRIPTION OF DISBURSEMENTS

07/18/12 Court Costs - Pleadings - WEST GROUP KK COURT        292.85
         FEES
         Bank ID: GENR Check Number: 96448

                    COSTS                      $292.85

              AMOUNT DUE THIS BILL             $850.85

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301088

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .50 | 161.50 |
| Monica Wilson | Associate | 263.00 | 1.30 | 341.90 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 2.40 | 558.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301088
BILL AMOUNT          $850.85                              INVOICE #  805379

To:    ResCap                          TC Number:         725981
       1100 Virginia Drive             Invoice Date:      09/17/2012
       Fort Washington, PA 19034       Invoice No.        805379
                                       Period ending:     07/31/2012

Case Management Number      LD   0R0808-301088

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.60 | $    54.60 |
| L120 | Analysis/Strategy | 0.30 | $    78.90 |
| L210 | Pleadings | 0.50 | $   161.50 |
| L320 | Document Production | 1.00 | $   263.00 |
| | | ================================= | |
| | TOTAL FEES | 2.40 | $   558.00 |

                    TOTAL FEES DUE           $   558.00
             TOTAL DISBURSEMENTS DUE         $   292.85
             TOTAL DUE THIS INVOICE          $   850.85



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                                0R0808-301096
Fort Washington, PA 19034

                                                                   INVOICE #  805380

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301096  TC Number: 726147

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review case and review, and e-mail client regarding status and recommendation going forward | L110 | KK | .30 | 91.00 | 27.30 |
| 07/18/12 | E-mail T.Jordan regarding status of case and recommendation | L110 | KK | .20 | 91.00 | 18.20 |

                                FEES                                    $45.50


                                AMOUNT DUE THIS BILL                    $45.50


                    ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301096

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | .50 | 45.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301096
BILL AMOUNT          $45.50                              INVOICE #  805380

To:    ResCap                        TC Number:          726147
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805380
                                     Period ending:      07/31/2012

Case Management Number      LD  0R0808-301096

                                        Current Invoice
Code Task                               Hours         Fees

L110 Fact Investigation/Development      0.50    $    45.50

                                ==================================
                 TOTAL FEES              0.50    $    45.50

                 TOTAL FEES DUE                  $    45.50
         TOTAL DISBURSEMENTS DUE                 $     0.00
           TOTAL DUE THIS INVOICE               $    45.50



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301097
Fort Washington, PA 19034

                                                         INVOICE #  805381

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301097  TC Number: 725351

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Review and analyze affidavit, investor name, and location of original note, in finalizing analysis of action | L120 | MW | .70 | 263.00 | 184.10 |
| 07/12/12 | Finalize review and e-mail client regarding recommendation going forward | L110 | KK | .20 | 91.00 | 18.20 |
| 07/13/12 | E-mail foreclosure counsel regarding September 13, 2010 Notice, review and finalize review and e-mail client regarding recommendation going forward | L110 | KK | .30 | 91.00 | 27.30 |

                              FEES                              $229.60

                        AMOUNT DUE THIS BILL                    $229.60

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301097

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | .70 | 184.10 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | 1.20 | 229.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301097
BILL AMOUNT          $229.60                                   INVOICE #  805381

To:     ResCap                          TC Number:            725351
        1100 Virginia Drive             Invoice Date:         09/17/2012
        Fort Washington, PA 19034       Invoice No.           805381
                                        Period ending:        07/31/2012

Case Management Number      LD  0R0808-301097

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development     0.50     $      45.50
L120 Analysis/Strategy                  0.70     $     184.10

                            ==================================
                TOTAL FEES    1.20     $     229.60

                    TOTAL FEES DUE       $     229.60
            TOTAL DISBURSEMENTS DUE      $       0.00
            TOTAL DUE THIS INVOICE       $     229.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0808-301102
Fort Washington, PA 19034

                                                INVOICE #  805382

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301102  TC Number: 726605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Analyze bankruptcy issues and borrower's motions to the court asking for clarification as to J.Stephan and trustee | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/02/12 | Analyze borrower's counterclaims | L210 | CWH | .40 | 330.00 | 132.00 |
| 07/02/12 | Analyze 1) Motion for Direction Concerning The Automatic Stay As To Counter Defendants Carrie Ward And Jeffrey Stephan And Potential Other Parties By Amendment 2) Motion For Extension For Counter Plaintiff To Respond To Defendants GMAC's & Carrie Ward's Motion To Dismiss Due To The Automatic Stay Of Counter Defendant GMAC and 3) recent bankruptcy filings in preparation for filing response | C100 | SAP | 1.00 | 323.00 | 323.00 |
| 07/05/12 | Correspond with Matthews' counsel providing explanation for Matthews' hardship | B190 | SAP | .20 | 323.00 | 64.60 |
| 07/05/12 | Review issues associated with bankruptcy effect on case | L120 | EAF | .30 | 358.00 | 107.40 |
| 07/06/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 07/09/12 | Correspond with foreclosure counsel and client and review file in preparation for court-ordered mediation | B190 | SAP | .80 | 323.00 | 258.40 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301102

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Correspond with Matthews' counsel and client re mediation and hardship affidavit | L160 | SAP | .20 | 323.00 | 64.60 |
| 07/11/12 | Correspond with Matthews' counsel and client re additional documents needed for mediation including hardship affidavit | B190 | SAP | .40 | 323.00 | 129.20 |
| 07/11/12 | Analyze Matthews' five counterclaim causes of action against GMAC - Count I (Fraud and Fraudulent Concealment), Count II (Violations of the Maryland Consumer Protection Act), Count III (Maryland Mortgage Fraud Protection Act), Count IV (Violation of the Maryland Consumer Debt Collection Act), and Count V (Violation of the Fair Debt Collection Practices Act | B190 | SAP | .50 | 323.00 | 161.50 |
| 07/16/12 | Review financial hardship affidavit offered by K.Matthews | L120 | EAF | .20 | 358.00 | 71.60 |
| 07/16/12 | Correspond with Matthews' counsel re mediation and hardship affidavit | B190 | SAP | .20 | 323.00 | 64.60 |
| 07/16/12 | Telephone conference with foreclosure counsel regarding case and mediation preparation | C400 | EAF | .40 | 358.00 | 143.20 |
| 07/16/12 | Review documentation submitted by borrower and by lender in preparation for mediation | L120 | EAF | .70 | 358.00 | 250.60 |
| 07/17/12 | Email to J.Ho regarding mediation | C300 | EAF | .20 | 358.00 | 71.60 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
SEPTEMBER 17, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review foreclosure documents in preparation for mediation | L160 | EAF | .70 | 358.00 | 250.60 |
| 07/18/12 | Telephone conferences with J.Ho in preparation for mediation | C400 | EAF | .70 | 358.00 | 250.60 |
| 07/18/12 | Review documents in preparation for mediation | L160 | EAF | 1.20 | 358.00 | 429.60 |
| 07/18/12 | Correspond by e-mail and telephone with Matthews' counsel re providing proof of Matthews' rental income including a copy of the lease agreement with proof that he collects this rent (in the form of a bank statement deposit, check copy or written receipt | C100 | SAP | .40 | 323.00 | 129.20 |
| 07/19/12 | Attend foreclosure mediation and report to client regarding same | L230 | EAF | 5.70 | 358.00 | 2,040.60 |
| 07/19/12 | Emails with foreclosure counsel regarding mediation and status | C400 | EAF | .30 | 358.00 | 107.40 |
| 07/20/12 | Email with foreclosure counsel regarding allegations by borrower regarding current foreclosure | C400 | EAF | .30 | 358.00 | 107.40 |
| 07/22/12 | Review bankruptcy order | L210 | EAF | .80 | 358.00 | 286.40 |
| 07/23/12 | Prepare Amended Notice of Bankruptcy and Suggestion of Automatic Stay | L210 | EAF | .70 | 358.00 | 250.60 |
| 07/24/12 | Revise Amended Notice of Bankruptcy and Suggestion of Automatic Stay | L210 | EAF | .50 | 358.00 | 179.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0808-301102

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Telephone conference with J.Ho and follow-up email regarding motions hearing and notice of bankruptcy | C300 | EAF | .30 | 358.00 | 107.40 |
| 07/25/12 | Telephone conference with Judge's law clerk re July 30 motions hearing | L230 | SAP | .30 | 323.00 | 96.90 |
| 07/26/12 | Email to P.Robinson following up on request for additional information relative to loan modification request | C400 | EAF | .40 | 358.00 | 143.20 |
| 07/27/12 | Multiple phone calls with Judge's clerk re motions to be argued and decided at July 30 hearing | L230 | SAP | .40 | 323.00 | 129.20 |
| 07/30/12 | Prepare for motions hearing | L450 | EAF | 1.70 | 358.00 | 608.60 |
| 07/30/12 | Attend motions hearing | L450 | EAF | 4.50 | 358.00 | 1,611.00 |
| 07/30/12 | Prepare email to client regarding outcome of motions hearing | C400 | EAF | .20 | 358.00 | 71.60 |
| 07/31/12 | Review Order from court regarding motion for direction and extension of time for borrower to response to motions to dismiss and forward same to client | L210 | EAF | .20 | 358.00 | 71.60 |

FEES                                          $8,879.80

DESCRIPTION OF DISBURSEMENTS



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
SEPTEMBER 17, 2012

0R0808-301102

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 07/26/12 | Travel Expense - PETTY CASH - CAROL LITTLE ROUNDTRIP MILEAGE TO ATTEND MEDIATION - E FRECHTEL - 07/19/2012 Bank ID: WDC Check Number: 3800 | 56.61 |
| 07/24/12 | Express Mail/Fedex | 0.00 |

COSTS                $56.61

AMOUNT DUE THIS BILL          $8,936.41

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
SEPTEMBER 17, 2012

0R0808-301102

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 20.00 | 7,160.00 |
| Christian W. Hancock | Partner | 330.00 | .60 | 198.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Steven A. Pozefsky | Associate | 323.00 | 4.40 | 1,421.20 |
| Total | | | 25.20 | 8,808.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                SEPTEMBER 17, 2012
                                                                      0R0808-301102
BILL AMOUNT          $8,936.41                                        INVOICE #  805382

To:    ResCap                        TC Number:          726605
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805382
                                     Period ending:      07/31/2012

Case Management Number      LD  0R0808-301102

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B190 | Other Contested Matters | 2.10 | $    678.30 |
| C100 | Fact Gathering | 1.40 | $    452.20 |
| C300 | Analysis and Advice | 0.50 | $    179.00 |
| C400 | Third Party Communication | 2.30 | $    823.40 |
| L110 | Fact Investigation/Development | 0.20 | $     66.00 |
| L120 | Analysis/Strategy | 1.20 | $    429.60 |
| L160 | Settlement/Non-Binding ADR | 2.10 | $    744.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $     29.00 |
| L210 | Pleadings | 2.60 | $    919.60 |
| L230 | Court Mandated Conferences | 6.40 | $  2,266.70 |
| L450 | Trial and Hearing Attendance | 6.20 | $  2,219.60 |

```
                          ===================================
              TOTAL FEES   25.20     $  8,879.80

                 TOTAL FEES DUE               $  8,879.80
          TOTAL DISBURSEMENTS DUE             $     56.61
          TOTAL DUE THIS INVOICE              $  8,936.41
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301120

INVOICE #  805383

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301120   TC Number: 726699

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Research and review docket to determine status of monitor-only case | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                                             $18.20

### DESCRIPTION OF DISBURSEMENTS

07/13/12 Court Costs - Pleadings - WEST GROUP K KEANE            217.70
Bank ID: GENR Check Number: 96295

COSTS                                                           $217.70

AMOUNT DUE THIS BILL                                            $235.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301120

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .20 | 18.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301120
BILL AMOUNT          $235.90                             INVOICE #  805383

To:     ResCap                    TC Number:           726699
        1100 Virginia Drive       Invoice Date:        09/17/2012
        Fort Washington, PA 19034  Invoice No.         805383
                                   Period ending:      07/31/2012

Case Management Number      LD  0R0808-301120

                                          Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development    0.20    $     18.20

                           ========================================
                    TOTAL FEES         0.20    $     18.20

                    TOTAL FEES DUE              $     18.20
              TOTAL DISBURSEMENTS DUE           $    217.70
               TOTAL DUE THIS INVOICE           $    235.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301123

INVOICE #  805384

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301123  TC Number: 726882

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Review docket and e-mail client regarding status of recommendation going forward with file | L110 | KK | .20 | 91.00 | 18.20 |
| 07/25/12 | E-mail client regarding status of File and close file | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                                    $36.40

AMOUNT DUE THIS BILL                        $36.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
SEPTEMBER 17, 2012

ResCap

0R0808-301123

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total |  |  | .40 | 36.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301123
BILL AMOUNT          $36.40                               INVOICE #  805384

To:    ResCap                        TC Number:        726882
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805384
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0808-301123

|               |              | Current Invoice |        |
|---------------|--------------|-----------------|--------|
| Code Task     |              | Hours           | Fees   |
| L110 Fact Investigation/Development | | 0.40 | $  36.40 |
|               |              | ===================================== | |
|               | TOTAL FEES   | 0.40            | $  36.40 |

                     TOTAL FEES DUE         $    36.40
              TOTAL DISBURSEMENTS DUE       $     0.00
              TOTAL DUE THIS INVOICE        $    36.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            OR0808-301124
Fort Washington, PA 19034

                                                               INVOICE #  805385

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

OR0808-301124  TC Number: 720641

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review docket and correspond with client regarding escrow analysis and loan modification documents | L110 | KK | .30 | 91.00 | 27.30 |
| 07/03/12 | Exchange e-mails with L.Lopez about escrow | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/03/12 | Phone call from borrower's counsel, who is asking about status of the loan modification | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/05/12 | Receive and review loan modification documents and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/06/12 | Analyze second set of loan modification documents and compare to the first | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/06/12 | Email L.Lopez about loan modification documents | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/09/12 | Exchange e-mails with L.Lopez about loan modification figures | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/09/12 | Review matter and correspondence related to borrower's escrow analysis | L110 | KK | .20 | 91.00 | 18.20 |
| 07/10/12 | Analyze borrower's second loan modification package and discuss same with P.Stokes | L110 | CWH | .40 | 330.00 | 132.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Phone call with borrower's counsel regarding the second loan modification package and questions about PMI and escrow | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/10/12 | Draft email to borrower's counsel regarding the second loan modification package | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/17/12 | Discussion with P.Stokes about fire loss at the property and borrower's desire to pay off the loan with the insurance proceeds | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Exchange e-mails with P.Stokes to request payoff statement | L110 | CWH | .10 | 330.00 | 33.00 |

FEES                               $723.70

AMOUNT DUE THIS BILL               $723.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301124

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 2.00 | 660.00 |
| Kerry Keane | Paralegal | 91.00 | .70 | 63.70 |
| Total | | | 2.70 | 723.70 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301124
BILL AMOUNT          $723.70                             INVOICE #  805385

---

To:   ResCap                        TC Number:          720641
      1100 Virginia Drive           Invoice Date:       09/17/2012
      Fort Washington, PA 19034     Invoice No.         805385
                                    Period ending:      07/31/2012


Case Management Number      LD  0R0808-301124


                                          Current Invoice
Code Task                                Hours          Fees

L110 Fact Investigation/Development       2.70    $   723.70


                                    ==============================
                    TOTAL FEES         2.70    $   723.70

                    TOTAL FEES DUE             $   723.70
              TOTAL DISBURSEMENTS DUE          $     0.00
              TOTAL DUE THIS INVOICE           $   723.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                         SEPTEMBER 17, 2012
1100 Virginia Drive                                           0R0808-301126
Fort Washington, PA 19034

                                                              INVOICE #  805386

                                                              **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301126  TC Number: 727040

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/24/12 | Research case dockets to determine status and review notice of trial filed for the foreclosure case. | L110 | MPE | .30 | 149.00 | 44.70 |

                              FEES                               $74.70

                     AMOUNT DUE THIS BILL                        $74.70

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301126

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .40 | 74.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0808-301126
BILL AMOUNT          $74.70                           INVOICE #  805386

To:    ResCap                        TC Number:          727040
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805386
                                     Period ending:      07/31/2012

Case Management Number      LD   0R0808-301126

                                          Current Invoice
Code Task                                 Hours            Fees

B110 Case Administration                  0.10     $     30.00
L110 Fact Investigation/Development       0.30     $     44.70

                             ======================================
                   TOTAL FEES            0.40      $     74.70

                   TOTAL FEES DUE                  $     74.70
          TOTAL DISBURSEMENTS DUE                  $      0.00
             TOTAL DUE THIS INVOICE                $     74.70



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0808-301129
Fort Washington, PA 19034

                                                            INVOICE #   805387

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301129  TC Number: 727121

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/02/12 | Review status of case and borrower interest in purchase of property in question | L110 | KK | .20 | 91.00 | 18.20 |
| 07/10/12 | Review additional demo submittal package and provide additional documentation for demo package to city | B250 | CJA | 2.80 | 210.00 | 588.00 |
| 07/13/12 | Telephone call with L.Matos regarding demo package | B250 | CJA | .30 | 210.00 | 63.00 |
| 07/26/12 | Conference call with L.Matos regarding demo status | B250 | CJA | .30 | 210.00 | 63.00 |
| 07/26/12 | Receipt and review of demo permits and conferred with vendors regarding outstanding documentation in order to provide city with remaining obligations necessary for issuance of remaining demo permits | B250 | CJA | 1.80 | 210.00 | 378.00 |

                              FEES                                  $1,110.20

                    AMOUNT DUE THIS BILL                        $1,110.20

                  ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 5.20 | 1,092.00 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 5.40 | 1,110.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0808-301129
BILL AMOUNT        $1,110.20                              INVOICE #  805387

---

To:   ResCap                          TC Number:        727121
      1100 Virginia Drive             Invoice Date:     09/17/2012
      Fort Washington, PA 19034       Invoice No.       805387
                                      Period ending:    07/31/2012


Case Management Number     LD  0R0808-301129


                                          Current Invoice
Code Task                                 Hours          Fees

B250 Real Estate                           5.20      $  1,092.00
L110 Fact Investigation/Development        0.20      $     18.20

                        ==================================
               TOTAL FEES    5.40                    $  1,110.20

                        TOTAL FEES DUE            $  1,110.20
                 TOTAL DISBURSEMENTS DUE         $      0.00
                 TOTAL DUE THIS INVOICE          $  1,110.20



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                                       0R0808-301130
Fort Washington, PA 19034

INVOICE #   805388

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301130   TC Number: 727191

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analyze claims for potential bankruptcy stay | L120 | KSA | .60 | 223.00 | 133.80 |
| 07/02/12 | Draft answer to complaint | L210 | KSA | .60 | 223.00 | 133.80 |
| 07/02/12 | Draft notice of bankruptcy to state court | L210 | KSA | .60 | 223.00 | 133.80 |
| 07/02/12 | Status report regarding case remanded and demurrer to be filed | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/03/12 | Draft cross complaint | L210 | KSA | .40 | 223.00 | 89.20 |
| 07/03/12 | Edit answer for state court | L210 | KSA | .30 | 223.00 | 66.90 |
| 07/03/12 | Telephone discussion with J.Hoy regarding bankruptcy notice with claims | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/06/12 | Analyze plaintiff's foreclosure-related claims | L120 | KSA | .80 | 223.00 | 178.40 |
| 07/06/12 | Revise draft state court Answer and Affirmative Defenses (32 pages) in preparation for filing with court post-remand | L210 | MWK | 2.60 | 360.00 | 936.00 |
| 07/06/12 | Revise draft state court Cross Complaint in preparation for filing with court post-remand | L210 | MWK | 1.30 | 360.00 | 468.00 |
| 07/06/12 | Revise draft Notice of Bankruptcy and Suggestion of Automatic Stay to be filed in state court | L210 | MWK | .50 | 360.00 | 180.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review receipt of returned transmittal letter from the Los Angeles County Superior Court regarding remand from U.S. District Court to state court | L210 | MWK | .10 | 360.00 | 36.00 |
| 07/09/12 | Analyze pleadings status in light of bankruptcy | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/11/12 | Draft state court demurrer and analyze bankruptcy notice | L120 | KSA | 1.60 | 223.00 | 356.80 |
| 07/13/12 | Edit cross complaint and draft motion to escrow funds | L210 | KSA | 1.50 | 223.00 | 334.50 |
| 07/19/12 | Edit demurrer | L120 | KSA | .70 | 223.00 | 156.10 |
| 07/19/12 | Analyze and respond to question from J.Hoy | L120 | KSA | .40 | 223.00 | 89.20 |
| 07/20/12 | Revise bankruptcy notice | L210 | KSA | .30 | 223.00 | 66.90 |
| 07/20/12 | Telephone discussion with J.Hoy regarding strategy and procedure | L120 | KSA | .20 | 223.00 | 44.60 |
| 07/20/12 | Edit answer | L210 | KSA | .20 | 223.00 | 44.60 |
| 07/20/12 | Bankruptcy conference call regarding notices and stay guidance | L120 | KSA | .50 | 223.00 | 111.50 |
| 07/23/12 | Edit cross complaint and motion to escrow funds | L210 | KSA | 1.30 | 223.00 | 289.90 |
| 07/25/12 | Finalize GMAC and ETS' State Court Answer to Plaintiff's Complaint, Summons, Cross Complaint and Exhibits and Notice of Bankruptcy in preparation for filing with Los Angeles Superior | L210 | MWK | 1.60 | 360.00 | 576.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

OR0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Court | | | | | |
| 07/30/12 | Revise draft affidavit | L250 | MWK | .30 | 360.00 | 108.00 |
| 07/30/12 | Draft affidavit in support of motion to escrow | L120 | KSA | .70 | 223.00 | 156.10 |
| 07/31/12 | Review affidavit in support of motion to escrow funds and edit motion to escrow | L250 | KSA | .70 | 223.00 | 156.10 |

FEES                                    $5,002.30

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/05/12 | Copy Charges | 0.00 |
| 07/10/12 | Copy Charges | 0.00 |
| 07/13/12 | Copy Charges | 0.00 |
| 07/18/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/13/12 | Airline Tickets - MICHAEL KNAPP ATTEND HEARING 7/1/12 Bank ID: GENR Check Number: 96523 | 692.20 |
| 07/25/12 | Express Mail/Fedex | 0.00 |
| 07/30/12 | Express Mail/Fedex | 0.00 |
| 07/30/12 | Computerized Legal Research-Westlaw Westlaw User: ANDERSON,KEITH | 0.00 |
| 07/30/12 | FED DOCKET SERV-PACER 06/01/2012-06/30/2012 | 9.20 |
| 07/31/12 | FED DOCKET SERV-PACER 06/01/2012-06/30/2012 | 6.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
SEPTEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

COSTS                                   $708.20

AMOUNT DUE THIS BILL                  $5,710.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
SEPTEMBER 17, 2012

0R0808-301130

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael W. Knapp | Partner | 360.00 | 6.40 | 2,304.00 |
| Keith S. Anderson | Associate | 223.00 | 12.10 | 2,698.30 |
| Total | | | 18.50 | 5,002.30 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                           0R0808-301130
BILL AMOUNT          $5,710.50                             INVOICE #  805388

To:    ResCap                        TC Number:        727191
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805388
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0808-301130

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 6.20 | $ 1,382.60 |
| L210 | Pleadings | 11.30 | $ 3,355.60 |
| L250 | Other Written Motions/Submissions | 1.00 | $  264.10 |
| | ================================= | | |
| | TOTAL FEES | 18.50 | $ 5,002.30 |

                    TOTAL FEES DUE            $ 5,002.30
             TOTAL DISBURSEMENTS DUE          $  708.20
             TOTAL DUE THIS INVOICE           $ 5,710.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301132
Fort Washington, PA 19034

                                                               INVOICE #  805389

                                                               **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301132   TC Number: 727287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Revise affirmative defense analysis regarding notice of rescission | C300 | JJE | 1.10 | 197.00 | 216.70 |
| 07/10/12 | Revise memo | L110 | KK | .30 | 91.00 | 27.30 |
| 07/13/12 | Final review and revision of analysis memo | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/13/12 | E-mail client regarding resolution of file | L110 | KK | .20 | 91.00 | 18.20 |

                          FEES                                  $295.20

07/17/12  Copy Charges                              0.00
07/05/12  Computerized Legal Research-Westlaw Westlaw    0.00
          User: EASON,JO

                  AMOUNT DUE THIS BILL                  $295.20

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301132

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Joycelyn J. Eason | Associate | 197.00 | 1.10 | 216.70 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | 1.70 | 295.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301132
BILL AMOUNT          $295.20                             INVOICE #   805389

To:     ResCap                        TC Number:         727287
        1100 Virginia Drive           Invoice Date:      09/17/2012
        Fort Washington, PA 19034     Invoice No.        805389
                                      Period ending:     07/31/2012

Case Management Number      LD   0R0808-301132

                                      Current Invoice
Code Task                             Hours          $        Fees

C300  Analysis and Advice             1.10      $      216.70
L110  Fact Investigation/Development  0.60      $       78.50

                              =================================
                      TOTAL FEES      1.70      $      295.20

                      TOTAL FEES DUE            $      295.20
              TOTAL DISBURSEMENTS DUE           $        0.00
                 TOTAL DUE THIS INVOICE         $      295.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0808-301133
Fort Washington, PA 19034

                                                INVOICE #  805390

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301133  TC Number: 727215

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Research docket and timeline of events to determine status of case and strategy | L110 | KK | .30 | 91.00 | 27.30 |
| 07/09/12 | Review client documents and timeline, research docket, and analyze case strategy going forward | L110 | KK | .30 | 91.00 | 27.30 |

                          FEES                              $54.60


                          AMOUNT DUE THIS BILL              $54.60


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301133

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | .60 | 54.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0808-301133
BILL AMOUNT          $54.60                           INVOICE #  805390

To:    ResCap                      TC Number:        727215
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805390
                                   Period ending:    07/31/2012

Case Management Number        LD  0R0808-301133

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.60 | $    54.60 |
| | | ========================== | |
| TOTAL FEES | | 0.60 | $    54.60 |
| | | | |
| TOTAL FEES DUE | | $ | 54.60 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 54.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301134
Fort Washington, PA 19034

                                                         INVOICE #  805391

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301134  TC Number: 727333

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Revise advisory memo discussion plaintiff's standing and borrower's affirmative defenses | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/02/12 | Review memo and e-mail client regarding current investor and notice of acceleration letter | L110 | KK | .20 | 91.00 | 18.20 |
| 07/11/12 | Analyze pooling and servicing agreement | L120 | NSR | .60 | 280.00 | 168.00 |
| 07/11/12 | Review pooling and servicing agreement and research securitization of mortgages | L110 | KK | .20 | 91.00 | 18.20 |
| 07/17/12 | Review demand letter and edit memo to send to client with recommendation going forward | L110 | KK | .20 | 91.00 | 18.20 |
| 07/17/12 | Revise litigation assessment memorandum | L120 | NSR | .30 | 280.00 | 84.00 |

                          FEES                                    $405.60

07/01/12 Copy Charges                                    0.00

                  AMOUNT DUE THIS BILL                            $405.60

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301134

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | .90 | 252.00 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 1.80 | 405.60 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301134
BILL AMOUNT          $405.60                                   INVOICE #  805391

To:    ResCap                          TC Number:            727333
       1100 Virginia Drive             Invoice Date:         09/17/2012
       Fort Washington, PA 19034       Invoice No.           805391
                                       Period ending:        07/31/2012

Case Management Number      LD  0R0808-301134

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.90 | $ 153.60 |
| L120 | Analysis/Strategy | 0.90 | $ 252.00 |
| | TOTAL FEES | 1.80 | $ 405.60 |

TOTAL FEES DUE              $   405.60
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   405.60



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301135
Fort Washington, PA 19034

                                                               INVOICE #   805392

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301135   TC Number: 727310

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update and catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/05/12 | Review docket regarding status of appellant's request for extension of time | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/10/12 | Email to local counsel and to and from client regarding submission of loan modification package | L510 | JJE | .20 | 197.00 | 39.40 |
| 07/12/12 | Emails to and from local counsel and client regarding completed submission of the financial analysis package | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/13/12 | Emails from and to opposing counsel and client regarding completed financial package | L510 | JJE | .20 | 197.00 | 39.40 |
| 07/17/12 | Email from client and to borrowers' counsel regarding additional information to complete loan modification review and assessment | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/23/12 | Email from and to opposing counsel providing supplemental information as requested by client in support of loan modification application | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/23/12 | Email to client submitting supplemental information for consideration in support of loan modification application | L510 | JJE | .10 | 197.00 | 19.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301135

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Emails from and to client and to opposing counsel regarding borrower's YTD information and possible alternatives to correct same | L510 | JJE | .50 | 197.00 | 98.50 |
| 07/25/12 | Emails from and to opposing counsel and client regarding accrued commissions to be provided to client in support of loan modification analysis package | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/27/12 | Emails from and to client and to opposing counsel regarding format of earnings, the need for both gross and net, identifying commission inconsistencies and the need for a more traditional profit and loss statement | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/27/12 | Call from opposing counsel to discuss commission payments for borrower and format of requested data | L510 | JJE | .10 | 197.00 | 19.70 |
| 07/30/12 | Call from and to Amy Shield regarding an additional extension of time or a 30 day stay of appeal while the loan modification review process is ongoing | L510 | JJE | .40 | 197.00 | 78.80 |
| 07/30/12 | Emails to client to and from inquire regarding sufficiency of proposed YTD statement in support of loan modification analysis package and to discuss proposed 30 day extension options as presented by borrowers' counsel | L510 | JJE | .30 | 197.00 | 59.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301135

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Email to opposing counsel regarding approval of year to date statement of income in support of loan modification package | L510 | JJE | .10 | 197.00 | 19.70 |
| 07/31/12 | Emails from and to client regarding need for further financial income and format of same in support of loan modification analysis package | L510 | JJE | .10 | 197.00 | 19.70 |

FEES                          $748.50

AMOUNT DUE THIS BILL          $748.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0808-301135

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Joycelyn J. Eason | Associate | 197.00 | 3.50 | 689.50 |
| Total | | | 3.90 | 748.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0808-301135
BILL AMOUNT            $748.50                                INVOICE #  805392

To:    ResCap                        TC Number:          727310
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805392
                                     Period ending:      07/31/2012

Case Management Number      LD  0R0808-301135

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $ 29.00 |
| L120 | Analysis/Strategy | 0.20 | $ 30.00 |
| L510 | Appellate Motions and Submissions | 3.50 | $ 689.50 |

|  |  | | |
|---|---|---|---|
| | TOTAL FEES | 3.90 | $ 748.50 |

|  |  | |
|---|---|---|
| TOTAL FEES DUE | $ | 748.50 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 748.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301136

INVOICE #  805393

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301136   TC Number: 726219

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Revise motion to dismiss in anticipation of filing | L510 | JJE | .10 | 197.00 | 19.70 |
| 07/02/12 | Email from and to local counsel regarding motion to dismiss the appeal | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/02/12 | Draft status updateand catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/03/12 | Emails from and to local counsel regarding revisions to the motion to dismiss the appeal | L510 | JJE | .20 | 197.00 | 39.40 |
| 07/03/12 | Finalize motion to dismiss incorporating local counsel's edits | L510 | JJE | .60 | 197.00 | 118.20 |
| 07/03/12 | Email to borrowers attaching service copy of motion to dismiss | L510 | JJE | .20 | 197.00 | 39.40 |
| 07/03/12 | Emails to and from client updating on status of the appeal and attaching a copy of the motion to dismiss appeal | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/06/12 | Emails to and from local counsel regarding recent entries to the appellate docket indicating that the borrowers have filed an appellate brief and response to BONY's motion to dismiss appeal | L510 | JJE | .40 | 197.00 | 78.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

OR0808-301136

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review and analyze Washingtons response to BONY's motion to dismiss and assess arguments enclosed therein | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/10/12 | Analyze appellant brief and identify possible arguments needed for reply brief | L510 | JJE | .70 | 197.00 | 137.90 |
| 07/10/12 | Emails from and to local counsel regarding Washingtons' appeal brief and discussion of court ruling on pending motion to dismiss appeal and timing of same | L510 | JJE | .20 | 197.00 | 39.40 |
| 07/12/12 | Emails to and from local counsel and client notifying each of Court of Appeals ruling granting our motion to dismiss appeal and any follow up concerns regarding same | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/16/12 | Email from and to local counsel attaching a copy of the order of the appellate court granting our motion to dismiss the appeal | L510 | JJE | .10 | 197.00 | 19.70 |

FEES                                   $758.90

| | | |
|---|---|---|
| 07/03/12 Copy Charges | | 0.00 |
| 07/03/12 Copy Charges | | 0.00 |
| 07/10/12 Copy Charges | | 0.00 |
| 07/11/12 Copy Charges | | 0.00 |
| 07/03/12 Express Mail/Fedex | | 0.00 |
| 07/17/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |
| 07/18/12 Computerized Legal Research-Westlaw Westlaw User: EASON,JO | | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
SEPTEMBER 17, 2012

0R0808-301136

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $758.90

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
SEPTEMBER 17, 2012

ResCap

0R0808-301136

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Joycelyn J. Eason | Associate | 197.00 | 3.70 | 728.90 |
| Total | | | 3.90 | 758.90 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0808-301136
BILL AMOUNT          $758.90                        INVOICE #  805393

To:    ResCap                      TC Number:        726219
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805393
                                   Period ending:    07/31/2012

Case Management Number      LD  0R0808-301136

|                                        | Current Invoice | |
| Code Task                              | Hours | Fees |
| L120 Analysis/Strategy                 | 0.20  | $    30.00 |
| L510 Appellate Motions and Submissions | 3.70  | $   728.90 |
| ============================================= | | |
| TOTAL FEES                             | 3.90  | $   758.90 |

| | | |
| TOTAL FEES DUE          | $ | 758.90 |
| TOTAL DISBURSEMENTS DUE | $ |   0.00 |
| TOTAL DUE THIS INVOICE  | $ | 758.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301139
Fort Washington, PA 19034

                                                               INVOICE #  805394

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301139   TC Number: 727461

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review analysis, discuss affirmative defense analysis with J.Eason, and e-mail client regarding pooling and servicing agreement to confirm current investor | L110 | KK | .40 | 91.00 | 36.40 |
| 07/05/12 | Continue revising review of affirmative defenses identifying additional information needed from client to complete review and determine recommended course of action | C300 | JJE | 1.40 | 197.00 | 275.80 |
| 07/09/12 | Continued revising analysis and review of over 40 affirmative defenses | C300 | JJE | 3.40 | 197.00 | 669.80 |
| 07/17/12 | Continued drafting and revising analysis and review identifying the need for further documentation of default and acceleration notices as they relate to the current foreclosure action and research of case law regarding affirmative defenses | C300 | JJE | 3.30 | 197.00 | 650.10 |
| 07/18/12 | Completed revising initial analysis draft of 40 affirmative defenses and the overall status of the foreclosure file | C300 | JJE | 2.20 | 197.00 | 433.40 |
| 07/22/12 | Review and analyze sufficiency of foreclosure standing and borrower's 40 affirmative defenses to foreclosure and revise summary memo of same for client | L210 | CWH | .30 | 330.00 | 99.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301139

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Revise review to reflect chain of endorsements on note | L110 | KK | .20 | 91.00 | 18.20 |
| | FEES | | | | | $2,182.70 |
| | AMOUNT DUE THIS BILL | | | | | $2,182.70 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301139

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Joycelyn J. Eason | Associate | 197.00 | 10.30 | 2,029.10 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 11.20 | 2,182.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301139
BILL AMOUNT        $2,182.70                     INVOICE #  805394

To:     ResCap                    TC Number:        727461
        1100 Virginia Drive       Invoice Date:     09/17/2012
        Fort Washington, PA 19034 Invoice No.       805394
                                  Period ending:    07/31/2012

Case Management Number      LD  0R0808-301139

|      |                                | Current Invoice | |
|------|--------------------------------|-------|---------|
| Code | Task                           | Hours | Fees |
| C300 | Analysis and Advice            | 10.30 | $ 2,029.10 |
| L110 | Fact Investigation/Development | 0.60  | $    54.60 |
| L210 | Pleadings                      | 0.30  | $    99.00 |

================================================

|                | TOTAL FEES | 11.20 | $ 2,182.70 |
|----------------|------------|-------|------------|

|                          |   |            |
|--------------------------|---|------------|
| TOTAL FEES DUE           | $ | 2,182.70   |
| TOTAL DISBURSEMENTS DUE  | $ | 0.00       |
| TOTAL DUE THIS INVOICE   | $ | 2,182.70   |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0808-301140
Fort Washington, PA 19034

                                                INVOICE #  805395

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301140  TC Number: 727447

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft analysis of PSA arguments incorporating recent Third DCA opinion regarding standing to raise claims regarding compliance with the PSA | C300 | JJE | .60 | 197.00 | 118.20 |
| 07/03/12 | Email to client attaching final analysis and recommendation | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/03/12 | Final review and revisions to affirmative defenses memo | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/09/12 | Review client's response to recommendation of file and officially close out matter in Financial Services database | L110 | KK | .10 | 91.00 | 9.10 |

                          FEES                              $213.00

                          AMOUNT DUE THIS BILL              $213.00

                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                                          SEPTEMBER 17, 2012

0R0808-301140

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Joycelyn J. Eason | Associate | 197.00 | .70 | 137.90 |
| Kerry Keane | Paralegal | 91.00 | .10 | 9.10 |
| Total | | | 1.00 | 213.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0808-301140
BILL AMOUNT          $213.00                              INVOICE #  805395

To:    ResCap                          TC Number:          727447
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805395
                                       Period ending:      07/31/2012

Case Management Number      LD  0R0808-301140

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| C300 Analysis and Advice | | 0.70 | $  137.90 |
| L110 Fact Investigation/Development | | 0.30 | $   75.10 |
| | ==================================== | | |
| TOTAL FEES | | 1.00 | $  213.00 |
| TOTAL FEES DUE | | | $  213.00 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $  213.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0808-301142
Fort Washington, PA 19034

                                                INVOICE #   805396

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301142   TC Number: 728105

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review endorsement issues and request TILA disclosures to finalize analysis and send to client with recommendation on how to proceed | L110 | KK | .30 | 91.00 | 27.30 |
| 07/02/12 | Review revisions to recommendation | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/17/12 | Revise litigation assessment memorandum regarding TILA and standing defenses | L120 | NSR | 1.40 | 280.00 | 392.00 |
| 07/17/12 | Review Truth in Lending disclosure statements, MERS milestones, and case summary from client to determine merits of affirmative defenses and status of case going forward | L110 | KK | .20 | 91.00 | 18.20 |
| 07/22/12 | Analyze sufficiency of foreclosure standind and affirmative defenses to foreclosure | L210 | CWH | .30 | 330.00 | 99.00 |
| 07/23/12 | Revise review to client regarding recommendation of procedure going forward | L110 | KK | .20 | 91.00 | 18.20 |
| 07/24/12 | E-mail with foreclosure counsel regarding status of file | L110 | KK | .20 | 91.00 | 18.20 |

                        FEES                                $600.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301142

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $600.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301142

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 1.50 | 420.00 |
| Kerry Keane | Paralegal | 91.00 | .90 | 81.90 |
| Total | | | 2.70 | 600.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301142
BILL AMOUNT          $600.90                             INVOICE #  805396

To:     ResCap                          TC Number:            728105
        1100 Virginia Drive             Invoice Date:         09/17/2012
        Fort Washington, PA 19034       Invoice No.           805396
                                        Period ending:        07/31/2012

Case Management Number      LD  0R0808-301142

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | | 0.90 | $    81.90 |
| L120 Analysis/Strategy | | 1.50 | $   420.00 |
| L210 Pleadings | | 0.30 | $    99.00 |

```
                   ====================================
            TOTAL FEES        2.70      $   600.90

                TOTAL FEES DUE          $   600.90
        TOTAL DISBURSEMENTS DUE         $     0.00
          TOTAL DUE THIS INVOICE        $   600.90
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301143

INVOICE #  805397

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301143   TC Number: 727477

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | E-mails regarding proposed response to motion for reconsideratino of order staying case | L250 | JDR | .20 | 293.00 | 58.60 |

FEES                                            $58.60

AMOUNT DUE THIS BILL                            $58.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301143

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | .20 | 58.60 |
| Total | | | .20 | 58.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301143

BILL AMOUNT          $58.60

INVOICE #  805397

To:      ResCap
         1100 Virginia Drive
         Fort Washington, PA 19034

TC Number:        727477
Invoice Date:     09/17/2012
Invoice No.       805397
Period ending:    07/31/2012

Case Management Number       LD  0R0808-301143

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L250 | Other Written Motions/Submissions | 0.20 | $ | 58.60 |
| | TOTAL FEES | 0.20 | $ | 58.60 |

TOTAL FEES DUE              $    58.60
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $    58.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301144
Fort Washington, PA 19034

                                                               INVOICE #  805398

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301144  TC Number: 728084

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client as follows: Trial scheduled for 8/8/12 | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/05/12 | Research docket to determine current status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/05/12 | Review client documents, all public records, and pleadings to update timeline of relevant case events. | L110 | MPE | 2.10 | 149.00 | 312.90 |

                              FEES                                    $372.70

07/23/12 Computerized Legal Research-Westlaw Westlaw              0.00
         User: BLOSSOM,RASHAD L

                        AMOUNT DUE THIS BILL                    $372.70

                 ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301144

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.30 | 342.70 |
| Total | | | 2.40 | 372.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301144
BILL AMOUNT          $372.70                             INVOICE #  805398

To:    ResCap                        TC Number:           728084
       1100 Virginia Drive           Invoice Date:        09/17/2012
       Fort Washington, PA 19034      Invoice No.          805398
                                     Period ending:       07/31/2012

Case Management Number      LD  0R0808-301144

                                      Current Invoice
Code Task                             Hours          Fees

B110 Case Administration              0.10    $      30.00
L110 Fact Investigation/Development   2.30    $     342.70

                              ======================================
                    TOTAL FEES        2.40    $     372.70

                    TOTAL FEES DUE            $     372.70
              TOTAL DISBURSEMENTS DUE         $       0.00
              TOTAL DUE THIS INVOICE          $     372.70



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301146

INVOICE #  805399

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301146  TC Number: 727561

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Correspond with V.Kruger regarding deficiency judgment and 10k cash payment requirement | L190 | BAW | .50 | 320.00 | 160.00 |
| 07/02/12 | Correspond with client regarding likely dismissal of third party complaint | L210 | BAW | .10 | 320.00 | 32.00 |
| 07/02/12 | Review supplemental order granting additional interim relief from the bankruptcy stay | L250 | BAW | .60 | 320.00 | 192.00 |
| 07/03/12 | Access online dockets for both cases and review recent case activity | L190 | JAM | .40 | 145.00 | 58.00 |
| 07/10/12 | Miscellaneous calls and emails to push for dismissal of third party claims by borrowers | L160 | BAW | .50 | 320.00 | 160.00 |
| 07/11/12 | Email correspondence with HOA counsel regarding dismissal of claim against borrowers | L160 | BAW | .20 | 320.00 | 64.00 |
| 07/11/12 | Access online docket to check on status of dismissal | L190 | JAM | .20 | 145.00 | 29.00 |
| 07/12/12 | Coordinate dismissal of third party claims with S.Perrine and S.Quinnonez | L160 | BAW | .60 | 320.00 | 192.00 |
| 07/12/12 | Draft memo to H.Franchi regarding bankruptcy stalling foreclosure proceeding in St. John County | L190 | BAW | .40 | 320.00 | 128.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301146

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Obtain final stipulation of dismissal from HOA | L160 | BAW | .30 | 320.00 | 96.00 |
| 07/17/12 | Work to reach agreement with borrower's counsel regarding deficiency judgment | L160 | BAW | .40 | 320.00 | 128.00 |
| 07/17/12 | Check docket regarding entry of dismissal | L110 | JAM | .20 | 145.00 | 29.00 |
| 07/18/12 | Correspond with S.Quinonez regarding deficiency judgment | L120 | BAW | .30 | 320.00 | 96.00 |
| 07/18/12 | Final correspondence with H.Franchi regarding close out of litigation file | L190 | BAW | .20 | 320.00 | 64.00 |

FEES                                       $1,428.00

**DESCRIPTION OF DISBURSEMENTS**

| | | |
|---|---|---|
| 07/06/12 | Court Costs - Pleadings - WEST GROUP JM COURT FEES<br>Bank ID: GENR Check Number: 95910 | 216.00 |
| 07/06/12 | Court Costs - Pleadings - WEST GROUP JM COURT FEES<br>Bank ID: GENR Check Number: 95910 | 341.38 |

COSTS                                       $557.38

AMOUNT DUE THIS BILL                        $1,985.38

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301146

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 4.10 | 1,312.00 |
| Jamie Mathews | Paralegal | 145.00 | .80 | 116.00 |
| Total |  |  | 4.90 | 1,428.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                           0R0808-301146
BILL AMOUNT        $1,985.38                                INVOICE #  805399

To:    ResCap                        TC Number:        727561
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805399
                                      Period ending:    07/31/2012

Case Management Number       LD  0R0808-301146

                                         Current Invoice
Code Task                                Hours          Fees

L110 Fact Investigation/Development       0.20      $     29.00
L120 Analysis/Strategy                    0.30      $     96.00
L160 Settlement/Non-Binding ADR           2.00      $    640.00
L190 Other Case Assessment, Develop't/Admin 1.70    $    439.00
L210 Pleadings                            0.10      $     32.00
L250 Other Written Motions/Submissions    0.60      $    192.00

                        =======================================
                TOTAL FEES        4.90      $  1,428.00

                TOTAL FEES DUE              $  1,428.00
        TOTAL DISBURSEMENTS DUE             $    557.38
        TOTAL DUE THIS INVOICE             $  1,985.38



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301148
Fort Washington, PA 19034

                                                         INVOICE #  805400

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301148   TC Number: 728106

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Revise advisory memo discussion plaintiff's standing and borrower's affirmative defenses | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/13/12 | Revise litigation assessment and recommendation regarding file | L120 | NSR | .60 | 280.00 | 168.00 |
| 07/16/12 | Finalize review to send to client regarding status of case and recommendation going forward | L110 | KK | .20 | 91.00 | 18.20 |

|  |  |
|--|--|
| FEES | $285.20 |
| AMOUNT DUE THIS BILL | $285.20 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301148

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | .60 | 168.00 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 1.10 | 285.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301148
BILL AMOUNT          $285.20                             INVOICE #  805400
_____

To:    ResCap                          TC Number:        728106
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805400
                                       Period ending:    07/31/2012


Case Management Number      LD  0R0808-301148


                                          Current Invoice
Code Task                              Hours          Fees

L110 Fact Investigation/Development     0.50    $    117.20
L120 Analysis/Strategy                  0.60    $    168.00

                        =====================================
                  TOTAL FEES            1.10    $    285.20

                  TOTAL FEES DUE                $    285.20
           TOTAL DISBURSEMENTS DUE              $      0.00
           TOTAL DUE THIS INVOICE              $    285.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0R0808-301149
Fort Washington, PA 19034

                                                    INVOICE #  805401

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301149  TC Number: 728488

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding short sale scheduled | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/11/12 | Review claims in petition | L210 | KSA | .20 | 223.00 | 44.60 |
| 07/11/12 | Email communications with plaintiff's counsel and G.Albright regarding short sale | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/11/12 | Review letter from plaintiff's attorney regarding offer on property | L110 | MST | .30 | 150.00 | 45.00 |
| 07/12/12 | Analyze title report, process for payment, forward to attorneys and update file regarding same. | L110 | MST | .60 | 150.00 | 90.00 |
| 07/25/12 | Draft notice of bankruptcy | L120 | KSA | .20 | 223.00 | 44.60 |
| 07/30/12 | Review correspondence and pleadings and send status update to MERS' counsel | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/31/12 | Email communications with plaintiff's counsel and G.Albright regarding short sale | L120 | KSA | .20 | 223.00 | 44.60 |

                        FEES                                $424.90


                 DESCRIPTION OF DISBURSEMENTS

    07/12/12 Copy Charges pleadings                          0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301149

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

07/31/12 Title Search Fee - BUSINESS CARD PROTITLEUSA
        7-12-12
        Bank ID: GENR Check Number: 97116

137.95

COSTS                    $137.95

AMOUNT DUE THIS BILL        $562.85

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301149

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .90 | 135.00 |
| Keith S. Anderson | Associate | 223.00 | 1.30 | 289.90 |
| Total | | | 2.20 | 424.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301149

BILL AMOUNT          $562.85

INVOICE #  805401

| To: | ResCap | | TC Number: | 728488 |
|-----|--------|-|------------|--------|
| | 1100 Virginia Drive | | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 805401 |
| | | | Period ending: | 07/31/2012 |

Case Management Number       LD   0R0808-301149

|  |  | Current Invoice | |
|--|--|--------|------|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.90 | $  135.00 |
| L120 | Analysis/Strategy | 1.10 | $  245.30 |
| L210 | Pleadings | 0.20 | $   44.60 |
| | ============================================ | | |
| | TOTAL FEES | 2.20 | $  424.90 |
| | TOTAL FEES DUE | | $  424.90 |
| | TOTAL DISBURSEMENTS DUE | | $  137.95 |
| | TOTAL DUE THIS INVOICE | | $  562.85 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301150

INVOICE #  805402

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301150   TC Number: 728451

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Review client documents and review revise memo regarding merits of alleged affirmative defenses and status of case | L110 | KK | .70 | 91.00 | 63.70 |
| 07/07/12 | Analyze fact package, pleadings, and procedural history | L120 | NSR | 1.20 | 280.00 | 336.00 |
| 07/07/12 | Analyze affirmative defenses asserted by borrower | L120 | NSR | 1.80 | 280.00 | 504.00 |
| 07/09/12 | Review docket and e-mail M.Verma regarding documents necessary for further review of file | L110 | KK | .20 | 91.00 | 18.20 |
| 07/12/12 | Revise litigation assessment and recommendation for file | L120 | NSR | .60 | 280.00 | 168.00 |
| 07/13/12 | Revise analysis memo on foreclosure standing and merits of borrower's affirmative defenses | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/15/12 | Revise advisory memo on sufficiency of foreclosure standing and merits of borrower's affirmative defenses | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/16/12 | Revise memo to reflect assignment of mortgage and update chronology of events to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 07/16/12 | Revise litigation assessment memorandum regarding review and  recommendation | L120 | NSR | .20 | 280.00 | 56.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301150

**FED ID NO. 63-0243316**

FEES                                                $1,305.20

AMOUNT DUE THIS BILL                      $1,305.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301150

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Nader Raja | Associate | 280.00 | 3.80 | 1,064.00 |
| Kerry Keane | Paralegal | 91.00 | 1.20 | 109.20 |
| Total | | | 5.40 | 1,305.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301150
BILL AMOUNT        $1,305.20                                   INVOICE #  805402

To:    ResCap                          TC Number:        728451
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805402
                                       Period ending:    07/31/2012

Case Management Number        LD   0R0808-301150

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.60 | $    241.20 |
| L120 | Analysis/Strategy | 3.80 | $  1,064.00 |
| | TOTAL FEES | 5.40 | $  1,305.20 |

                    TOTAL FEES DUE           $  1,305.20
            TOTAL DISBURSEMENTS DUE          $      0.00
            TOTAL DUE THIS INVOICE           $  1,305.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301151

INVOICE #  805403

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301151  TC Number: 728484

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | E-mail correspondence with client, M.Verma, regarding assertion of counterclaims | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/05/12 | Telephone conference with foreclosure counsel regarding upcoming deposition and status of case | L330 | NSR | .30 | 280.00 | 84.00 |
| 07/05/12 | Review docket and pleadings for upcoming response deadlines | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/05/12 | Review notice of deposition duces tecum of GMAC Mortgage, LLC | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/06/12 | E-mail correspondence with foreclosure counsel regarding deposition scheduling | L330 | NSR | .10 | 280.00 | 28.00 |
| 07/12/12 | Analyze case, research docket, and draft initial litigation analysis to determine status of case and position going forward | L110 | KK | 1.40 | 91.00 | 127.40 |
| 07/13/12 | E-mail foreclosure counsel regarding answer and affirmative defenses and copy of original note | L110 | KK | .30 | 91.00 | 27.30 |
| 07/13/12 | Analyze fact package and pleadings regarding potential impact of automatic stay on counterclaims | L120 | NSR | .80 | 280.00 | 224.00 |
| 07/13/12 | Continue draft of initial litigation assessment memorandum | L120 | NSR | 2.10 | 280.00 | 588.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
SEPTEMBER 17, 2012

ResCap

0R0808-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Analyze impact of bankruptcy stay on discovery and counterclaims | L120 | NSR | .30 | 280.00 | 84.00 |
| 07/17/12 | Respond to e-mail from default counsel regarding outstanding discovery | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/20/12 | Telephone conference with opposing counsel regarding case status | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/20/12 | Revise initial litigation assessment memorandum based on receipt of original note | L120 | NSR | .70 | 280.00 | 196.00 |
| 07/23/12 | Review and revise initial litigation assessment memorandum per new bankruptcy orders | L120 | NSR | .40 | 280.00 | 112.00 |
| 07/23/12 | Review and analyze defendant's motion to strike the note | L120 | NSR | .80 | 280.00 | 224.00 |
| 07/24/12 | Revise notice of filing bankruptcy | L210 | MCG | .30 | 323.00 | 96.90 |
| 07/24/12 | Draft notice of bankruptcy and effect of automatic stay | L250 | NSR | .80 | 280.00 | 224.00 |
| 07/24/12 | Revise initial litigation analysis memorandum | C300 | MCG | .70 | 323.00 | 226.10 |
| 07/24/12 | Research docket and e-mail foreclosure counsel regarding updated, complete copy of motion to strike the note and procedure going forward | L110 | KK | .20 | 91.00 | 18.20 |
| 07/25/12 | E-mails with foreclosure counsel regarding motion to strike note | L110 | KK | .20 | 91.00 | 18.20 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Review e-mail regarding initial litigation assessment, notice of bankruptcy, and strategy for responding to motion to strike | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/25/12 | Conference regarding filing of original note | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/25/12 | Draft client e-mail to M.Verma regarding initial litigation assessment and potential deposition | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/25/12 | Revise initial litigation analysis | C300 | MCG | .30 | 323.00 | 96.90 |
| 07/25/12 | Revise notice of bankruptcy | L210 | MCG | .10 | 323.00 | 32.30 |

FEES                                                 $2,743.30

07/06/12  Express Mail/Fedex                              0.00

AMOUNT DUE THIS BILL                     $2,743.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
SEPTEMBER 17, 2012

ResCap

0R0808-301151

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 1.40 | 452.20 |
| Nader Raja | Associate | 280.00 | 7.50 | 2,100.00 |
| Kerry Keane | Paralegal | 91.00 | 2.10 | 191.10 |
| Total | | | 11.00 | 2,743.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301151
BILL AMOUNT        $2,743.30                              INVOICE #  805403

_____

To:    ResCap                          TC Number:          728484
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805403
                                       Period ending:      07/31/2012


Case Management Number      LD  0R0808-301151


                                           Current Invoice
Code Task                                  Hours         Fees

C300 Analysis and Advice                    1.00    $     323.00
L110 Fact Investigation/Development         2.10    $     191.10
L120 Analysis/Strategy                      6.30    $   1,764.00
L210 Pleadings                              0.40    $     129.20
L250 Other Written Motions/Submissions      0.80    $     224.00
L330 Depositions                            0.40    $     112.00


                    =======================================
              TOTAL FEES     11.00    $   2,743.30

                    TOTAL FEES DUE          $   2,743.30
              TOTAL DISBURSEMENTS DUE       $       0.00
              TOTAL DUE THIS INVOICE        $   2,743.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301152
Fort Washington, PA 19034

                                                         INVOICE #  805404

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301152   TC Number: 728498

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Edit opposition to temporary injunction and send to G.Albright for review | L120 | KSA | 1.10 | 223.00 | 245.30 |
| 07/02/12 | Status report regarding temporary injunction re-set for August | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/18/12 | Edit opposition to temporary injunction | L250 | KSA | 1.10 | 223.00 | 245.30 |
| 07/18/12 | Draft affidavit in support of opposition to temporary injunction  and forward to client for review | L250 | KSA | 1.10 | 223.00 | 245.30 |
| 07/18/12 | Research Texas case law regarding liens and foreclosure notice requirements and edit temporary injunction opposition | L120 | KSA | .60 | 223.00 | 133.80 |
| 07/20/12 | Email communications with plaintiff's counsel regarding temporary restraining hearing and potential resolutions | L120 | KSA | .40 | 223.00 | 89.20 |
| 07/20/12 | Analysis of pleadings regarding Temporary Injunction hearing scheduled for August 2, conference with K. Anderson and update file regarding same. | L110 | MST | .40 | 150.00 | 60.00 |
| 07/24/12 | Email communications with plaintiff's counsel and G.Albright regarding vacating property and upcoming temporary injunction hearing | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/27/12 | Prepare for temporary injunction hearing | L230 | KSA | .50 | 223.00 | 111.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

OR0808-301152

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/27/12 | Analyze notice from court regarding Defendant's Opposition to Plaintiff's Application for Temporary Injunction and Motion to Dissolve Temporary Restraining Order. | L110 | MST | .30 | 150.00 | 45.00 |
| 07/27/12 | Revise Suggestion of Bankruptcy, prepare exhibit and prepare for filing and service. | L210 | MST | .60 | 150.00 | 90.00 |
| 07/31/12 | Telephone discussion with plaintiff's counsel and G.Albright regarding settlement and dismissal | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/31/12 | Draft settlement agreement and motion to non suit  and proposed order dismissing case | L120 | KSA | .90 | 223.00 | 200.70 |
| 07/31/12 | Analyze title report, process for payment, forward to attorney and update file regarding same. | L110 | MST | .40 | 150.00 | 60.00 |
| 07/31/12 | Prepare hearing notebook for K. Anderson. | L140 | MST | .80 | 150.00 | 120.00 |

FEES                                              $1,802.20

| 07/12/12 | Copy Charges | 0.00 |
|---|---|---|
| 07/18/12 | Copy Charges | 0.00 |
| 07/31/12 | Copy Charges notebook | 0.00 |
| 07/31/12 | Copy Charges notebook for K. Anderson | 0.00 |
| 07/31/12 | Copy Charges title report | 0.00 |
| 07/18/12 | Computerized Legal Research-Westlaw Westlaw User: ANDERSON,KEITH | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301152

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,802.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
SEPTEMBER 17, 2012

0R0808-301152

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 2.50 | 375.00 |
| Keith S. Anderson | Associate | 223.00 | 6.40 | 1,427.20 |
| Total | | | 8.90 | 1,802.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301152

BILL AMOUNT        $1,802.20

INVOICE #  805404

| To: | ResCap | | TC Number: | 728498 |
| | 1100 Virginia Drive | | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 805404 |
| | | | Period ending: | 07/31/2012 |

Case Management Number        LD  0R0808-301152

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 1.10 | $ | 165.00 |
| L120 | Analysis/Strategy | 3.70 | $ | 825.10 |
| L140 | Document/File Management | 0.80 | $ | 120.00 |
| L210 | Pleadings | 0.60 | $ | 90.00 |
| L230 | Court Mandated Conferences | 0.50 | $ | 111.50 |
| L250 | Other Written Motions/Submissions | 2.20 | $ | 490.60 |

| | TOTAL FEES | 8.90 | $ | 1,802.20 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 1,802.20 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 1,802.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301153

INVOICE #   805405

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301153   TC Number: 728555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Revise affirmative defenses analysis and e-mail M.Verma regarding PSA and client-borrower correspondence | L110 | KK | .40 | 91.00 | 36.40 |
| 07/09/12 | Review Pooling and Servicing Agreement to determine merit of alleged affirmative defenses | L110 | KK | .30 | 91.00 | 27.30 |
| 07/09/12 | Review pooling and servicing agreement and update memo to reflect investor information | L110 | KK | .20 | 91.00 | 18.20 |
| 07/17/12 | Review Truth in Lending disclosures and edit memo to determine status of case and further analyze merits of alleged affirmative defenses | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                    $100.10

AMOUNT DUE THIS BILL                    $100.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301153

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | 1.10 | 100.10 |
| Total | | | 1.10 | 100.10 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $100.10

SEPTEMBER 17, 2012
0R0808-301153
INVOICE #  805405

To:    ResCap                                 TC Number:         728555
       1100 Virginia Drive                    Invoice Date:      09/17/2012
       Fort Washington, PA 19034              Invoice No.        805405
                                              Period ending:     07/31/2012

Case Management Number          LD  0R0808-301153

|                                    | Current Invoice |   |        |
| Code Task                          | Hours |   | Fees     |
|------------------------------------|-------|---|----------|
| L110 Fact Investigation/Development | 1.10  | $ | 100.10   |
| TOTAL FEES                         | 1.10  | $ | 100.10   |

|                            |   |          |
|----------------------------|---|----------|
| TOTAL FEES DUE             | $ | 100.10   |
| TOTAL DISBURSEMENTS DUE    | $ | 0.00     |
| TOTAL DUE THIS INVOICE     | $ | 100.10   |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301154
Fort Washington, PA 19034

                                                              INVOICE #  805406

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301154   TC Number: 728645

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review case file to begin draft of memo and analyze merits of alleged affirmative defenses to determine posture going forward | L110 | KK | 2.10 | 91.00 | 191.10 |
| 07/03/12 | Analyze case file, pleadings, and client documents to determine status of case and begin memo on merits of alleged affirmative defenses | L110 | KK | 1.20 | 91.00 | 109.20 |
| 07/03/12 | Review docket and pleadings for potential response deadlines | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/05/12 | Draft initial litigation analysis and chronology of events to determine status of case and establish position going forward | L110 | KK | 1.20 | 91.00 | 109.20 |
| 07/09/12 | Review file and follow-up e-mail to M.Verma regarding client documents necessary for litigation analysis of file | L110 | KK | .20 | 91.00 | 18.20 |
| 07/13/12 | Analyze borrower's counterclaim | L210 | CWH | .20 | 330.00 | 66.00 |
| 07/13/12 | Analyze updated set of pleadings received from foreclosure counsel and draft memo on merits of alleged affirmative defenses | L110 | KK | 1.40 | 91.00 | 127.40 |
| 07/19/12 | E-mail client regarding Truth in Lending disclosures, receive and review disclosures, and update memo | L110 | KK | .20 | 91.00 | 18.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301154

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/19/12 | Analyze eight affirmative defenses regarding recommendation moving forward | L120 | NSR | 2.70 | 280.00 | 756.00 |
| 07/19/12 | Draft litigation assessment memorandum | L120 | NSR | .90 | 280.00 | 252.00 |
| 07/22/12 | Analyze sufficiency of foreclosure standing and borrower's affirmative defenses to foreclosure | L210 | CWH | .30 | 330.00 | 99.00 |

|  |  |  |
|---|---|---|
| FEES |  | $1,802.30 |
| 07/06/12  Express Mail/Fedex | 0.00 |  |
| AMOUNT DUE THIS BILL |  | $1,802.30 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Nader Raja | Associate | 280.00 | 3.80 | 1,064.00 |
| Kerry Keane | Paralegal | 91.00 | 6.30 | 573.30 |
| Total | | | 10.60 | 1,802.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     SEPTEMBER 17, 2012
                                                           0R0808-301154
BILL AMOUNT        $1,802.30                               INVOICE #  805406

To:    ResCap                          TC Number:          728645
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805406
                                       Period ending:      07/31/2012

Case Management Number     LD  0R0808-301154


                                          Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      6.30    $    573.30
L120 Analysis/Strategy                   3.80    $  1,064.00
L210 Pleadings                           0.50    $    165.00

                        =====================================
                TOTAL FEES    10.60    $  1,802.30

                TOTAL FEES DUE           $  1,802.30
        TOTAL DISBURSEMENTS DUE          $      0.00
        TOTAL DUE THIS INVOICE           $  1,802.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301155
Fort Washington, PA 19034

                                                           INVOICE #  805407

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301155  TC Number: 728707

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analyze recent pleadings and correspondence in case and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

                               FEES                                    $69.00

                               AMOUNT DUE THIS BILL                    $69.00

                      ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301155

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301155
BILL AMOUNT          $69.00                     INVOICE #  805407

To:    ResCap                    TC Number:         728707
       1100 Virginia Drive       Invoice Date:      09/17/2012
       Fort Washington, PA 19034  Invoice No.        805407
                                 Period ending:     07/31/2012

Case Management Number      LD  0R0808-301155

                                      Current Invoice
Code Task                           Hours          Fees

L120 Analysis/Strategy              0.20    $    69.00

                          =================================
                TOTAL FEES          0.20    $    69.00

              TOTAL FEES DUE                 $    69.00
       TOTAL DISBURSEMENTS DUE               $     0.00
       TOTAL DUE THIS INVOICE                $    69.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            OR0808-301156
Fort Washington, PA 19034

                                                               INVOICE #   805408

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

OR0808-301156   TC Number: 728741

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Analyze borrower's claims regarding trust documents | L210 | CWH | .10 | 330.00 | 33.00 |
| 07/09/12 | Edit memorandum and e-mail client regarding Truth in Lending Disclosures necessary to complete analysis | L110 | KK | .20 | 91.00 | 18.20 |
| 07/09/12 | Draft e-mail to client regarding origination file and truth-in-lending disclosures | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/10/12 | Analyze federal law regarding liability under Truth in Lending Act | L120 | NSR | .40 | 280.00 | 112.00 |
| 07/10/12 | Analyze Florida law regarding assignment of commercial paper to trustees and investors | L120 | NSR | .40 | 280.00 | 112.00 |
| 07/10/12 | Revise litigation recommendation regarding foreclosure file involving affirmative defenses | L120 | NSR | .60 | 280.00 | 168.00 |
| 07/15/12 | Revise advisory memo on merits of borrower's affirmative defenses | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/16/12 | Revise memo and e-mail foreclosure counsel regarding certificates of compliance to determine status of case, and e-mail final review to client with recommendation | L110 | KK | .30 | 91.00 | 27.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301156

**FED ID NO. 63-0243316**

FEES                                    $597.50

AMOUNT DUE THIS BILL          $597.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301156

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Nader Raja | Associate | 280.00 | 1.50 | 420.00 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | 2.40 | 597.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301156
BILL AMOUNT          $597.50                             INVOICE #  805408

_____

To:    ResCap                          TC Number:        728741
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805408
                                       Period ending:    07/31/2012


Case Management Number     LD   0R0808-301156


                                          Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development     0.80    $    144.50
L120 Analysis/Strategy                  1.50    $    420.00
L210 Pleadings                          0.10    $     33.00

                         ===================================
             TOTAL FEES       2.40    $    597.50

                TOTAL FEES DUE           $    597.50
         TOTAL DISBURSEMENTS DUE         $      0.00
         TOTAL DUE THIS INVOICE          $    597.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301157

INVOICE #  805409

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301157  TC Number: 728879

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Revise memo analyzing various affirmative defenses | C300 | JJE | 1.40 | 197.00 | 275.80 |
| 07/11/12 | Analyze affirmative defenses to determine recommended course of action with regard to the foreclosure | C300 | JJE | 1.20 | 197.00 | 236.40 |
| 07/20/12 | Research docket and review chronology of events to reflect recent activity in case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/27/12 | Revise memo regarding various affirmative defenses and research regarding same | C300 | JJE | 4.80 | 197.00 | 945.60 |

FEES                                      $2,007.90


AMOUNT DUE THIS BILL                      $2,007.90


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301157

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 7.40 | 1,457.80 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 7.60 | 1,476.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301157
BILL AMOUNT        $2,007.90                              INVOICE #  805409

To:    ResCap                        TC Number:          728879
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805409
                                     Period ending:      07/31/2012

Case Management Number       LD  0R0808-301157

|      |                              | Current Invoice |         |
|------|------------------------------|--------|--------|
| Code | Task                         | Hours  | Fees   |
| C300 | Analysis and Advice          | 7.40   | $ 1,457.80 |
| L110 | Fact Investigation/Development | 0.20 | $   18.20 |

```
                      ====================================
              TOTAL FEES          7.60    $  2,007.90

                  TOTAL FEES DUE           $  2,007.90
           TOTAL DISBURSEMENTS DUE         $      0.00
           TOTAL DUE THIS INVOICE          $  2,007.90
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301158

INVOICE #  805410

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301158   TC Number: 728768

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Research on status of appeal and attorney appearances in response to question from court clerk | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/02/12 | Draft status update for attorney review and catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/05/12 | Review docket regarding status of record on appeal and follow-up with foreclosure firm regarding copies of trial court documents | L110 | AHC | .30 | 145.00 | 43.50 |
| 07/05/12 | Correspondence to client regarding status of file | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/19/12 | Review docket regarding status of record on appeal and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/19/12 | Correspondence to Court Express regarding status of requested court file | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/19/12 | Draft litigation case summary for attorney review | L190 | AHC | .40 | 145.00 | 58.00 |
| 07/23/12 | Complete initial litigation evaluation form | L120 | AC | .20 | 193.00 | 38.60 |
| 07/24/12 | Review case file documents in order to advise response to request for time extension | L120 | AC | .20 | 193.00 | 38.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301158

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Research on appellants' motion to extend time to file brief | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/25/12 | Correspondence to client regarding Litigation Case Summary and recent motion for extension filed by appellant | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/25/12 | Review Motion for Extension of Time in which appellant requests an additional 60 days to serve initial brief and catalog information on comprehensive tracking report | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/27/12 | Initial review and organization of court file consisting of 487 pages | L520 | AHC | 2.50 | 145.00 | 362.50 |

FEES                     $836.40


AMOUNT DUE THIS BILL              $836.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301158

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .60 | 178.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | 3.80 | 551.00 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Aaron Chastain | Associate | 193.00 | .40 | 77.20 |
| Total | | | 5.00 | 836.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 17, 2012
                                                                   0R0808-301158
BILL AMOUNT          $836.40                                       INVOICE #  805410

To:    ResCap                              TC Number:         728768
       1100 Virginia Drive                 Invoice Date:      09/17/2012
       Fort Washington, PA 19034           Invoice No.        805410
                                           Period ending:     07/31/2012

Case Management Number        LD   0R0808-301158

                                               Current Invoice
Code Task                                    Hours          Fees

L110 Fact Investigation/Development           0.70    $      101.50
L120 Analysis/Strategy                        0.60    $      107.20
L190 Other Case Assessment, Develop't/Admin   0.60    $       87.00
L510 Appellate Motions and Submissions        0.60    $      178.20
L520 Appellate Briefs                         2.50    $      362.50

                         =====================================
              TOTAL FEES      5.00    $      836.40

                 TOTAL FEES DUE           $      836.40
         TOTAL DISBURSEMENTS DUE          $        0.00
          TOTAL DUE THIS INVOICE          $      836.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301159

INVOICE #  805411

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301159  TC Number: 728933

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review client documents and e-mail H.Franchi regarding status of pending loan modification | L110 | KK | .20 | 91.00 | 18.20 |
| 07/02/12 | Revise memo analyzing each of the counterclaims and searching for case law in support of same | C300 | JJE | 3.80 | 197.00 | 748.60 |
| 07/03/12 | Revise memo incorporating analysis of Florida law | C300 | JJE | 3.60 | 197.00 | 709.20 |
| 07/05/12 | Completed initial draft of analysis and review | C300 | JJE | 2.10 | 197.00 | 413.70 |
| 07/09/12 | Revise memo addressing merits of foreclosure and borrower's affirmative defenses | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/10/12 | Revise memo to reflect amended complaint and further analyze to determine status and direction of file going forward | L110 | KK | .20 | 91.00 | 18.20 |
| 07/10/12 | Research case law and statutory comments regarding FDCPA violations for telephone calls placed by a mortgage debt collector | C300 | JJE | 2.20 | 197.00 | 433.40 |
| 07/11/12 | Draft and revise analysis of FDCPA affirmative defense and continued research of case law in support of same | C300 | JJE | 2.10 | 197.00 | 413.70 |
| 07/13/12 | Final review and revision of analysis memo before sending to client | L110 | CWH | .20 | 330.00 | 66.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301159

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | E-mail client memo and recommendation going forward and draft closing memorandum | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                           $3,095.80

AMOUNT DUE THIS BILL                           $3,095.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
SEPTEMBER 17, 2012

0R0808-301159

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Joycelyn J. Eason | Associate | 197.00 | 13.80 | 2,718.60 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 14.90 | 2,938.20 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $3,095.80

SEPTEMBER 17, 2012
0R0808-301159
INVOICE #  805411

To:    ResCap                              TC Number:           728933
       1100 Virginia Drive                 Invoice Date:        09/17/2012
       Fort Washington, PA 19034           Invoice No.          805411
                                           Period ending:       07/31/2012

Case Management Number      LD  0R0808-301159

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| C300 Analysis and Advice | | 13.80 | $  2,718.60 |
| L110 Fact Investigation/Development | | 1.10 | $   219.60 |
| ============================================ | | | |
| TOTAL FEES | | 14.90 | $  3,095.80 |
| TOTAL FEES DUE | | | $  3,095.80 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $  3,095.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301161
Fort Washington, PA 19034

INVOICE #  805412

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301161  TC Number: 729005

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Revise memo analyzing various affirmative defenses | C300 | JJE | 3.50 | 197.00 | 689.50 |
| 07/18/12 | Research docket and e-mail client regarding notice of intent to accelerate letter to further review of affirmative defenses and determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/20/12 | Complete review and analysis of affirmative defenses and overall status of the foreclosure file identifying supplemental information needed | C300 | JJE | .80 | 197.00 | 157.60 |
| 07/22/12 | Analyze borrower's affirmative defenses to foreclosure, also revise summary memo of same for client | L210 | CWH | .30 | 330.00 | 99.00 |
| 07/23/12 | Review and analyze HUD-1 Settlement statement to determine merits of alleged affirmative defense raised | L110 | KK | .20 | 91.00 | 18.20 |
| 07/25/12 | Revise memo adding additional information regarding alleged HOEPA violations following review of the HUD-1 statement | C300 | JJE | .60 | 197.00 | 118.20 |

FEES                                                       $1,888.70

DESCRIPTION OF DISBURSEMENTS



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301161

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

07/06/12 Court Costs - Pleadings - WEST GROUP KK COURT
         FEES
         Bank ID: GENR Check Number: 95910                      311.62

                      COSTS                              $311.62

                      AMOUNT DUE THIS BILL              $2,200.32

                 ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301161

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Joycelyn J. Eason | Associate | 197.00 | 4.90 | 965.30 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | 5.60 | 1,100.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 17, 2012
                                                                0R0808-301161
BILL AMOUNT        $2,200.32                                    INVOICE #  805412

To:    ResCap                         TC Number:        729005
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805412
                                      Period ending:    07/31/2012

Case Management Number        LD   0R0808-301161

                                              Current Invoice
Code Task                               Hours            Fees

C300 Analysis and Advice                 4.90    $    965.30
L110 Fact Investigation/Development      0.40    $     36.40
L210 Pleadings                           0.30    $     99.00

                          ==================================
                 TOTAL FEES      5.60    $  1,888.70

                 TOTAL FEES DUE          $  1,888.70
         TOTAL DISBURSEMENTS DUE         $    311.62
          TOTAL DUE THIS INVOICE         $  2,200.32



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301162
Fort Washington, PA 19034

                                                          INVOICE #  805413

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301162   TC Number: 729017

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/02/12 | Respond to client e-mail from H.Franchi regarding status of memo | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/02/12 | Analyze Florida law regarding ability of trustee to bring suit as real party in interest | L120 | NSR | 1.70 | 280.00 | 476.00 |
| 07/02/12 | Review affirmative defenses asserted by borrower | L120 | NSR | .40 | 280.00 | 112.00 |
| 07/02/12 | Analyze entire case file, official records, and client-borrower correspondence to determine status of case and begin draft of memo analyzing merits of alleged affirmative defenses and position going forward | L110 | KK | 2.40 | 91.00 | 218.40 |
| 07/03/12 | Analyze affirmative defenses | L120 | NSR | 2.90 | 280.00 | 812.00 |
| 07/03/12 | Revise case chronology and timeline | L120 | NSR | .90 | 280.00 | 252.00 |
| 07/09/12 | Review docket and e-mail H.Franchi regarding MERS milestones necessary for further review of file | L110 | KK | .20 | 91.00 | 18.20 |
| 07/15/12 | Revise memo on sufficiency of foreclosure standing and merits of borrower's affirmative defenses | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/16/12 | Revise memo and update chronology of eents to determine status of case and recommendation going forward | L110 | KK | .30 | 91.00 | 27.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301162

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Revise litigation assessment memorandum | L120 | NSR | .20 | 280.00 | 56.00 |

FEES                                                  $2,131.90

## DESCRIPTION OF DISBURSEMENTS

| | | |
|--|--|--|
| 07/03/12 | Copy Charges | 0.00 |
| 07/03/12 | Copy Charges | 0.00 |
| 07/03/12 | Copy Charges | 0.00 |
| 07/24/12 | Copy Charges | 0.00 |
| 07/27/12 | Court Costs - Pleadings - WEST GROUP KK COURT FEES Bank ID: GENR Check Number: 96885 | 199.43 |
| 07/03/12 | Computerized Legal Research-Westlaw Westlaw User: RAJA,NADER | 0.00 |

COSTS                                                  $199.43

AMOUNT DUE THIS BILL                          $2,331.33

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301162

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Nader Raja | Associate | 280.00 | 6.20 | 1,736.00 |
| Kerry Keane | Paralegal | 91.00 | 2.90 | 263.90 |
| Total | | | 9.50 | 2,131.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $2,331.33

SEPTEMBER 17, 2012
0R0808-301162
INVOICE #  805413

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        729017
Invoice Date:     09/17/2012
Invoice No.       805413
Period ending:    07/31/2012

Case Management Number        LD   0R0808-301162

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 3.30 | $ | 395.90 |
| L120 | Analysis/Strategy | 6.20 | $ | 1,736.00 |
| | ================================================ | | | |
| | TOTAL FEES | 9.50 | $ | 2,131.90 |

| | | | |
|---|---|---|---|
| TOTAL FEES DUE | | $ | 2,131.90 |
| TOTAL DISBURSEMENTS DUE | | $ | 199.43 |
| TOTAL DUE THIS INVOICE | | $ | 2,331.33 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301163

INVOICE #  805414

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301163  TC Number: 729087

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/11/12 | Analyze affirmative defenses to determine recommended course of action | C300 | JJE | 1.60 | 197.00 | 315.20 |
| 07/27/12 | Revise memo of various affirmative defenses and research regarding same | C300 | JJE | 2.40 | 197.00 | 472.80 |

FEES                          $925.90

AMOUNT DUE THIS BILL          $925.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301163

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 4.00 | 788.00 |
| Total | | | 4.00 | 788.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0808-301163
BILL AMOUNT          $925.90                        INVOICE #  805414

To:    ResCap                    TC Number:        729087
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805414
                                 Period ending:     07/31/2012

Case Management Number      LD  0R0808-301163

                                        Current Invoice
Code Task                              Hours          Fees

C300 Analysis and Advice                4.00    $    788.00

                            ===================================
                 TOTAL FEES             4.00    $    925.90

                 TOTAL FEES DUE                 $    925.90
         TOTAL DISBURSEMENTS DUE                $      0.00
            TOTAL DUE THIS INVOICE              $    925.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301165

INVOICE #  805415

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301165  TC Number: 728482

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Access online dockets and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 07/05/12 | Emails with B.Wahl regarding recent docket activity relative to Amended Complaint | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/05/12 | Telephone calls and emails to H.Feinmel relative to Amended Complaint | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/10/12 | Draft monthly status report to GMAC regarding progress in defending counterclaim and resolving matter | L190 | BAW | .30 | 320.00 | 96.00 |
| 07/10/12 | Review Plaintiff's First Amended Complaint and compare with original Complaint | L210 | JAM | .70 | 145.00 | 101.50 |
| 07/12/12 | Analyze amended complaint | L210 | BAW | .70 | 320.00 | 224.00 |
| 07/25/12 | Follow up with Judge Carroll's JA regarding Motion to Intervene and request for hearing dates | L250 | BAW | .30 | 320.00 | 96.00 |
| 07/25/12 | Study court docket for evidence of additional activity by FLT | L190 | BAW | .20 | 320.00 | 64.00 |
| 07/25/12 | Telephone conference with borrower regarding litigation and relationship with FLT | L190 | BAW | .30 | 320.00 | 96.00 |