

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

OR0808-301165

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/26/12 | Email correspondence with M.Rybnicky regarding motion to intervene | L250 | BAW | .30 | 320.00 | 96.00 |
| 07/26/12 | Research arguments supporting dismissal of FLT claim against MERS | L120 | BAW | 1.70 | 320.00 | 544.00 |
| 07/27/12 | Draft motion to dismiss MERS and FNC Capital | L240 | BAW | 3.80 | 320.00 | 1,216.00 |
| 07/27/12 | Correspond with plaintiffs' counsel regarding setting hearing on motion to intervene and motion to dismiss | L230 | BAW | .20 | 320.00 | 64.00 |
| 07/27/12 | Correspond with Judge Carroll's JA regarding oral argument | L230 | BAW | .30 | 320.00 | 96.00 |
| 07/27/12 | Continue to research the Fidelity Land Trust group | L190 | BAW | 1.20 | 320.00 | 384.00 |
| 07/27/12 | Research regarding dismissal of improper party and party in interest | L210 | JLJ | .60 | 193.00 | 115.80 |
| 07/31/12 | Correspond with H.Franchi regarding FNMA servicing | L190 | BAW | .20 | 320.00 | 64.00 |
| 07/31/12 | Notice hearing on Motion to Dismiss and Motion to Intervene | L210 | BAW | .20 | 320.00 | 64.00 |

FEES                                    $3,451.80

AMOUNT DUE THIS BILL                    $3,451.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301165

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301165

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 9.70 | 3,104.00 |
| Jamie Mathews | Paralegal | 145.00 | 1.60 | 232.00 |
| Jessica L. Jones | Associate | 193.00 | .60 | 115.80 |
| Total | | | 11.90 | 3,451.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301165

BILL AMOUNT        $3,451.80

INVOICE #   805415

To:    ResCap                           TC Number:          728482
       1100 Virginia Drive              Invoice Date:       09/17/2012
       Fort Washington, PA 19034        Invoice No.         805415
                                        Period ending:      07/31/2012

Case Management Number     LD   0R0808-301165

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 1.70 | $ 544.00 |
| L190 | Other Case Assessment, Develop't/Admin | 2.50 | $ 747.50 |
| L210 | Pleadings | 2.80 | $ 592.30 |
| L230 | Court Mandated Conferences | 0.50 | $ 160.00 |
| L240 | Dispositive Motions | 3.80 | $ 1,216.00 |
| L250 | Other Written Motions/Submissions | 0.60 | $ 192.00 |

========================================

|  |  |  |
|---|---|---|
| TOTAL FEES | 11.90 | $ 3,451.80 |
| TOTAL FEES DUE |  | $ 3,451.80 |
| TOTAL DISBURSEMENTS DUE |  | $ 0.00 |
| TOTAL DUE THIS INVOICE |  | $ 3,451.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301166

INVOICE #  805416

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301166  TC Number: 729198

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client as follows [Plaintiff agreed to extend answer deadline by 120 days and will join in motion to drop MERS as party defendant.] | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/09/12 | E-mail correspondence with plaintiff regarding consent to joint motion to drop MERS as party defendant | L250 | CSM | .10 | 300.00 | 30.00 |
| 07/09/12 | Revise, finalize, and file joint motion to drop MERS as party defendant | L250 | CSM | .20 | 300.00 | 60.00 |

FEES                                                    $120.00

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/17/12 Filing Fees - CORY MENEES E-FILING APPLICATION FEE 7/9/12 Bank ID: GENR Check Number: 96521 | | 6.00 |

COSTS                                                    $6.00

AMOUNT DUE THIS BILL                                    $126.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301166

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .40 | 120.00 |
| Total | | | .40 | 120.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301166
BILL AMOUNT          $126.00                             INVOICE #  805416

To:    ResCap                          TC Number:          729198
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805416
                                       Period ending:      07/31/2012

Case Management Number       LD  0R0808-301166

|      |                                    | Current Invoice | |
|------|------------------------------------|-------|---------|
| Code | Task                               | Hours | Fees    |
| B110 | Case Administration                | 0.10  | $    30.00 |
| L250 | Other Written Motions/Submissions  | 0.30  | $    90.00 |

|                          |       |          |
|--------------------------|-------|----------|
| TOTAL FEES               | 0.40  | $ 120.00 |
| TOTAL FEES DUE           |       | $ 120.00 |
| TOTAL DISBURSEMENTS DUE  |       | $   6.00 |
| TOTAL DUE THIS INVOICE   |       | $ 126.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                         0R0808-301167
Fort Washington, PA 19034

                                                           INVOICE #  805417

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301167   TC Number: 729251

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client as follows [Plaintiff agreed to extend answer deadline by 120 days and will join in motion to drop MERS as party defendant. Awaiting plaintiff authorization to sign and file joint motion on his behalf] | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/09/12 | E-mail correspondence with plaintiff regarding consent to joint motion to drop MERS as party defendant | L250 | CSM | .10 | 300.00 | 30.00 |
| 07/09/12 | Revise, finalize, and file joint motion to drop MERS as party defendant | L250 | CSM | .20 | 300.00 | 60.00 |

                           FEES                                  $120.00

                    DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/05/12 Copy Charges | | 0.00 |
| 07/20/12 Copy Charges | | 0.00 |
| 07/30/12 Copy Charges | | 0.00 |
| 07/17/12 Filing Fees - CORY MENEES E-FILING APPLICATION FEE 7/9/12 | | 6.00 |
| Bank ID: GENR Check Number: 96521 | | |

                           COSTS                                   $6.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301167

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $126.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301167

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .40 | 120.00 |
| Total | | | .40 | 120.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0808-301167
BILL AMOUNT          $126.00                          INVOICE #  805417

_____

To:    ResCap                      TC Number:        729251
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805417
                                   Period ending:    07/31/2012


Case Management Number      LD  0R0808-301167


                                        Current Invoice
Code Task                               Hours          Fees

B110 Case Administration                0.10    $     30.00
L250 Other Written Motions/Submissions  0.30    $     90.00


                        ==================================
                TOTAL FEES              0.40    $    120.00

                TOTAL FEES DUE                  $    120.00
          TOTAL DISBURSEMENTS DUE               $      6.00
          TOTAL DUE THIS INVOICE                $    126.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301168

INVOICE #  805418

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301168  TC Number: 729277

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/10/12 | Draft and revise initial litigation analysis | L120 | ASI | .40 | 249.00 | 99.60 |
| 07/10/12 | Research call notes and history for all references related to communication with borrower regarding insurance | L190 | LADA | 2.20 | 65.00 | 143.00 |
| 07/12/12 | Review of foreclosure and litigation files received from foreclosure counsel | L140 | LADA | 1.50 | 65.00 | 97.50 |
| 07/12/12 | Review and revise initial litigation analysis | C300 | MCG | .60 | 323.00 | 193.80 |

FEES                                                      $533.90

### DESCRIPTION OF DISBURSEMENTS

07/31/12 Filing Fees - BUSINESS CARD TX ONLINE 6-27-12          12.06
        Bank ID: GENR Check Number: 97116

COSTS                                     $12.06

AMOUNT DUE THIS BILL                      $545.96

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301168

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .60 | 193.80 |
| Avery Simmons | Associate | 249.00 | .40 | 99.60 |
| Lucinda Kish | Paralegal | 65.00 | 3.70 | 240.50 |
| Total | | | 4.70 | 533.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301168
BILL AMOUNT          $545.96                                   INVOICE #  805418

To:    ResCap                          TC Number:        729277
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805418
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301168

                                          Current Invoice
Code Task                                 Hours          Fees

C300  Analysis and Advice                 0.60      $     193.80
L120  Analysis/Strategy                   0.40      $      99.60
L140  Document/File Management            1.50      $      97.50
L190  Other Case Assessment, Develop't/Admin  2.20  $     143.00

                          ===============================
                TOTAL FEES     4.70      $     533.90

                TOTAL FEES DUE            $     533.90
       TOTAL DISBURSEMENTS DUE            $      12.06
          TOTAL DUE THIS INVOICE          $     545.96



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301169

INVOICE #  805419

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301169   TC Number: 729422

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Draft status update for client regarding status of Motion to Quash Subpoena | L190 | HHW | .10 | 263.00 | 26.30 |
| 07/11/12 | Email correspondence with foreclosure counsel regarding status of Petition to Reopen Foreclsoure and Motion to Quash subpoena. | L190 | HHW | .20 | 263.00 | 52.60 |
| 07/13/12 | Email correspondence with foreclosure counsel regarding status of Deposition Notice | L190 | HHW | .20 | 263.00 | 52.60 |

FEES                                        $131.50

AMOUNT DUE THIS BILL                        $131.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301169

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Heather Wright | Associate | 263.00 | .50 | 131.50 |
| Total | | | .50 | 131.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
                                                            0R0808-301169
BILL AMOUNT          $131.50                                INVOICE #  805419

To:     ResCap                          TC Number:        729422
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805419
                                        Period ending:    07/31/2012

Case Management Number      LD  0R0808-301169

                                              Current Invoice
Code Task                              Hours              Fees

L190 Other Case Assessment, Develop't/Admin    0.50    $    131.50

                              ===============================
                   TOTAL FEES         0.50    $    131.50

                   TOTAL FEES DUE              $    131.50
              TOTAL DISBURSEMENTS DUE          $      0.00
                TOTAL DUE THIS INVOICE         $    131.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301170

INVOICE #  805420

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301170  TC Number: 714154

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/02/12 | Draft status update to Fannie Mae, T.Haggart | L190 | phn | .20 | 200.00 | 40.00 |
| 07/16/12 | Email exchange with Fannie Mae regarding the status of the case and filings to date | L190 | phn | .40 | 200.00 | 80.00 |
| 07/17/12 | Review Plaintiff&s motion for extension of time to file amended pleadings | L120 | phn | .40 | 200.00 | 80.00 |
| 07/18/12 | Email exchange and phone conference with co-defendant regarding order to replead and filing deadlines | L120 | phn | .60 | 200.00 | 120.00 |
| 07/19/12 | Forward correspondence to co-defendant | L120 | phn | .30 | 200.00 | 60.00 |
| 07/23/12 | Review and analyze case for impact of final supplemental order | B110 | phn | .50 | 200.00 | 100.00 |

                              FEES                              $580.00

### DESCRIPTION OF DISBURSEMENTS

| 07/03/12 Copy Charges | 0.00 |
|---|---|
| 07/31/12 Filing Fees - BUSINESS CARD USDC 6-20-12 | 350.00 |
|     Bank ID: GENR Check Number: 97116 | |

                              COSTS                             $350.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301170

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $930.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | 2.60 | 520.00 |
| Total | | | 2.60 | 520.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0808-301170
BILL AMOUNT          $930.00                                 INVOICE #  805420

To:    ResCap                        TC Number:       714154
       1100 Virginia Drive           Invoice Date:    09/17/2012
       Fort Washington, PA 19034      Invoice No.      805420
                                     Period ending:   07/31/2012

Case Management Number     LD  0R0808-301170

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.50 | $   100.00 |
| L120 | Analysis/Strategy | 1.30 | $   260.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $   160.00 |

========================================
                    TOTAL FEES     2.60   $   580.00

                    TOTAL FEES DUE          $   580.00
               TOTAL DISBURSEMENTS DUE      $   350.00
               TOTAL DUE THIS INVOICE       $   930.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301171
Fort Washington, PA 19034

                                                         INVOICE #  805421

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301171  TC Number: 729308

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client as follows [Notice to dismiss filed.  Removal to federal court to be noticed upon receipt of supporting affidavit attesting to amount secured by property at issue in litigation. Plaintiff verbally agreed to dismiss suit upon receipt of affidavit attesting to GMAC's possession of original note.  Original note requested and affidavit to be drafted and delivered per plaintiffÆs request] | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/02/12 | Revise notice of removal and other assorted removal documents for filing | L210 | CWH | .30 | 330.00 | 99.00 |
| 07/02/12 | Prepare draft of initial disclosures statement in notice of removal. | L210 | MPE | .50 | 149.00 | 74.50 |
| 07/02/12 | Finalize and electronically file the Notice of removal, certificate of removal, corporate disclosure statement, state court file, and all exhibits with the district court of Arizona | L210 | MPE | .80 | 149.00 | 119.20 |
| 07/02/12 | Draft, finalize, and file documents to faciliate removal of case to federal court | L250 | CSM | 3.80 | 300.00 | 1,140.00 |
| 07/03/12 | Analyze amended complaint | L120 | CSM | .30 | 300.00 | 90.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

OR0808-301171

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Research to determine Ninth Circuit articulation of standard for dismissing for failure to state a claim | C200 | CSM | .80 | 300.00 | 240.00 |
| 07/03/12 | Draft motion to dismiss amended complaint for filing in removed action | L210 | CSM | 1.60 | 300.00 | 480.00 |
| 07/03/12 | Call with J.Ho regarding fact that Flury has no interest in the note at all | L110 | CWH | .00 | 330.00 | 33.00 |
| 07/03/12 | Finalize removal documentation for magistrate Judge Mark E. Aspey. | L110 | MPE | .90 | 149.00 | 134.10 |
| 07/06/12 | Receive and calendar order to consent to magistrate or district judge. | L110 | MPE | .10 | 149.00 | 14.90 |
| 07/09/12 | Review and revise motion to dismiss amended complaint | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/09/12 | Fnalize and electronically file Motion to Dismiss with the District Court of Arizona. Research docket to confirm filing and status of case. | L210 | MPE | .50 | 149.00 | 74.50 |
| 07/09/12 | Telephone conferences with plaintiff regarding proof of possession of note and dismissal of suit | L190 | CSM | .20 | 300.00 | 60.00 |
| 07/09/12 | Finalize motion to dismiss complaint and amended complaint for filing in federal court | L240 | CSM | .20 | 300.00 | 60.00 |
| 07/09/12 | Analyzejpotentialconsent to referral of case to magistrate judge | L190 | CSM | .10 | 300.00 | 30.00 |
| 07/10/12 | Review original note and allonge | L110 | MPE | .30 | 149.00 | 44.70 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301171

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Telephone conferences with plaintiff regarding stipulated dismissal of suit | L160 | CSM | .60 | 300.00 | 180.00 |
| 07/10/12 | Draft letter to plaintiff requesting dismissal of suit | C400 | CSM | .50 | 300.00 | 150.00 |
| 07/10/12 | Draft stipulation of dismissal | L210 | CSM | .40 | 300.00 | 120.00 |
| 07/10/12 | Draft affidavit attesting to counsel's possession of original promissory note | L210 | CSM | .80 | 300.00 | 240.00 |
| 07/10/12 | Review original loan documents in case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/11/12 | Telephone call with borrower regarding status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/11/12 | Research regarding requirements for standing to foreclose under Arizona law | C200 | CSM | .50 | 300.00 | 150.00 |
| 07/11/12 | Telephone conferences with mortgagor regarding negotiated dismissal of suit | L160 | CSM | .30 | 300.00 | 90.00 |
| 07/11/12 | Phone call from opposing counsel | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/11/12 | Review history of loan, borrower's bankruptcy discharge, status of foreclosure and present litigation | L110 | CWH | .50 | 330.00 | 165.00 |
| 07/11/12 | Research public documents and 271 page foreclosure file sent from GMAC and update timeline of case events with information in preparation for phone call with V.Flury and R.Flury | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 07/11/12 | Phone call with Flury about his claims/demands for original note | L110 | CWH | .50 | 330.00 | 165.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301171

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Research state law on any reliance on the original note | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/12/12 | Research both borrower bankruptcies (dating back to 2005 with over 150 filings) to determine the outcome | L110 | MPE | 2.80 | 149.00 | 417.20 |
| 07/13/12 | Review mortgage documents for parcel id numbers and property details in order to request title search. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/13/12 | Further research of Arizona law | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/16/12 | Review title report for property. Update timeline with relevant information. | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/26/12 | Review mortgagor's motion to remand | L250 | CSM | .20 | 300.00 | 60.00 |

FEES                                          $5,179.80

## DESCRIPTION OF DISBURSEMENTS

| | |
|---|---|
| 07/02/12 Copy Charges Pleadings | 0.00 |
| 07/02/12 Copy Charges Pleadings in support of removal notice | 0.00 |
| 07/02/12 Copy Charges | 0.00 |
| 07/03/12 Copy Charges | 0.00 |
| 07/03/12 Copy Charges | 0.00 |
| 07/03/12 Copy Charges | 0.00 |
| 07/24/12 Copy Charges | 0.00 |
| 07/24/12 Copy Charges | 0.00 |
| 07/24/12 Copy Charges | 0.00 |
| 07/24/12 Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       5
SEPTEMBER 17, 2012

0R0808-301171

**FED ID NO. 63-0243316**

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/24/12 | Copy Charges | 0.00 |
| 07/24/12 | Copy Charges | 0.00 |
| 07/24/12 | Copy Charges | 0.00 |
| 07/24/12 | Copy Charges | 0.00 |
| 07/24/12 | Copy Charges | 0.00 |
| 07/06/12 | Filing Fees - CORY MENEES APPLICATION FILING FEE 7/2/12 | 6.00 |
| | Bank ID: GENR Check Number: 96171 | |
| 07/31/12 | Filing Fees - BUSINESS CARD USDC 7-2-12 | 350.00 |
| | Bank ID: GENR Check Number: 97116 | |
| 07/03/12 | Express Mail/Fedex | 0.00 |
| 07/11/12 | Express Mail/Fedex | 0.00 |
| 07/11/12 | Express Mail/Fedex | 0.00 |

COSTS                                      $356.00

AMOUNT DUE THIS BILL                $5,535.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
SEPTEMBER 17, 2012

0R0808-301171

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Christian W. Hancock | Partner | 330.00 | 2.60 | 891.00 |
| Cory S. Menees | Associate | 300.00 | 10.40 | 3,120.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 7.60 | 1,132.40 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| | | | | |
| Total | | | 21.00 | 5,179.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301171
BILL AMOUNT        $5,535.80                                    INVOICE #  805421

To:    ResCap                        TC Number:           729308
       1100 Virginia Drive           Invoice Date:        09/17/2012
       Fort Washington, PA 19034     Invoice No.          805421
                                     Period ending:       07/31/2012

Case Management Number      LD   0R0808-301171

                                            Current Invoice
Code Task                              Hours          Fees

B110 Case Administration               0.10    $       30.00
C200 Researching Law                   1.30    $      390.00
C400 Third Party Communication         0.50    $      150.00
L110 Fact Investigation/Development    8.50    $    1,692.60
L120 Analysis/Strategy                 0.30    $       90.00
L160 Settlement/Non-Binding ADR        0.90    $      270.00
L190 Other Case Assessment, Develop't/Admin  0.30  $   90.00
L210 Pleadings                         4.90    $    1,207.20
L240 Dispositive Motions               0.20    $       60.00
L250 Other Written Motions/Submissions 4.00    $    1,200.00

                    ===================================
         TOTAL FEES        21.00    $    5,179.80

              TOTAL FEES DUE          $    5,179.80
      TOTAL DISBURSEMENTS DUE         $      356.00
       TOTAL DUE THIS INVOICE         $    5,535.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            OR0808-301172
Fort Washington, PA 19034

                                                               INVOICE #   805422

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

OR0808-301172   TC Number: 729476

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Work with counsel at Pite Duncan to determine servicer of loan | L120 | BG | .10 | 190.00 | 19.00 |
| 07/03/12 | Draft status report for client as follows: We received the file in mid-June and reached out to client contact Jacqueline Ho to determine which parties we are to represent. | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/03/12 | Email to client contact J.Ho to determine whether we should proceed with defense of case | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/05/12 | Finalize and prepare ETS's General Denial for filing with the Court and service among all parties via facsimile and U.S mail | L110 | ABB | .60 | 150.00 | 90.00 |
| 07/05/12 | Telephone conference with I.Joffee's office regarding General Denial and service regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/05/12 | File General Denial | L210 | BG | .10 | 190.00 | 19.00 |
| 07/06/12 | Correspondence with J.Ho regarding Answer for ETS | L120 | BG | .10 | 190.00 | 19.00 |
| 07/06/12 | Assimilation and compilation of filed Answer from the Court | L110 | ABB | .20 | 150.00 | 30.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301172

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Email from client contact J.Ho confirming that we need to file answer to Complaint for ETS | L210 | JHP | .10 | 245.00 | 24.50 |
| 07/10/12 | Contact new servicer about assumption of defense | L120 | BG | .50 | 190.00 | 95.00 |
| 07/20/12 | Review email from counsel for Pite Duncan regarding strategy | L210 | JHP | .10 | 245.00 | 24.50 |
| 07/26/12 | Review Answer of Pite Duncan to petition | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/26/12 | Reviewed answer filed by Huntington Bank to Petition of Plaintiff | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/26/12 | Review of the Answer of Pite Duncan and discovery request to Plaintiff | L120 | BG | .10 | 190.00 | 19.00 |

FEES                                                        $588.00

AMOUNT DUE THIS BILL                        $588.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301172

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.00 | 150.00 |
| Jon H. Patterson | Associate | 245.00 | .80 | 196.00 |
| Blake Goodsell | Associate | 190.00 | .90 | 171.00 |
| Total | | | 2.70 | 517.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301172

BILL AMOUNT          $588.00            INVOICE #  805422

| To: | ResCap | TC Number: | 729476 |
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805422 |
| | | Period ending: | 07/31/2012 |

Case Management Number        LD    0R0808-301172

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $ 150.00 |
| L120 | Analysis/Strategy | 1.00 | $ 201.00 |
| L210 | Pleadings | 0.70 | $ 166.00 |
| | | ========================== | |
| | TOTAL FEES | 2.70 | $ 588.00 |

| | |
|---|---|
| TOTAL FEES DUE | $ 588.00 |
| TOTAL DISBURSEMENTS DUE | $   0.00 |
| TOTAL DUE THIS INVOICE | $ 588.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301173

INVOICE #  805423

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301173   TC Number: 727058

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report to client as follows [File received on June 19 prior to hearing on property owner's MSJ on June 22.  Owner's motion for summary judgment clearing title granted, no appeal anticipated.  Owner had purchased property following foreclosure action by Wachovia in which MERS was named and found by court to be holder of junior mortgage.] | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/09/12 | Analyze order granting summary judgment and recommendstrategy for going forward | C300 | JJE | .20 | 197.00 | 39.40 |
| 07/18/12 | Retrieve Accurint assets information available on Elizabeth Perch | C100 | JI | .20 | 175.00 | 35.00 |
| 07/24/12 | Exchange e-mails with A.Fleitas and T.Jordan about Perch discharge in bankruptcy | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                           $170.40

AMOUNT DUE THIS BILL           $170.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301173

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Julie Ivie | Research | 175.00 | .20 | 35.00 |
| Joycelyn J. Eason | Associate | 197.00 | .20 | 39.40 |
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .70 | 170.40 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301173

BILL AMOUNT          $170.40

INVOICE #  805423

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        727058
Invoice Date:     09/17/2012
Invoice No.       805423
Period ending:    07/31/2012

Case Management Number     LD   0R0808-301173

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| B110 | Case Administration | 0.10 | $ | 30.00 |
| C100 | Fact Gathering | 0.20 | $ | 35.00 |
| C300 | Analysis and Advice | 0.20 | $ | 39.40 |
| L110 | Fact Investigation/Development | 0.20 | $ | 66.00 |

=============================================

| TOTAL FEES | 0.70 | $ | 170.40 |
|------|------|------|------|

TOTAL FEES DUE                $    170.40
TOTAL DISBURSEMENTS DUE       $      0.00
TOTAL DUE THIS INVOICE        $    170.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0808-301174
Fort Washington, PA 19034

                                                             INVOICE #   805424

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301174   TC Number: 729591

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Analyze TILA disclosures, correspondence to and from borrower, and prior case law to determine merits of affirmative defenses and finalize review and review to send to client with recommendation on how to proceed | L110 | KK | .80 | 91.00 | 72.80 |
| 07/05/12 | Initial analysis of affirmative defenses and foreclosure file to determine which if any documents are missing and needed for the review and analysis | C300 | JJE | .40 | 197.00 | 78.80 |
| 07/24/12 | Revise analysis of various affirmative defenses and research regarding same | C300 | JJE | 2.70 | 197.00 | 531.90 |

                              FEES                                    $959.30

                      AMOUNT DUE THIS BILL                           $959.30

                 ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301174

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 3.10 | 610.70 |
| Kerry Keane | Paralegal | 91.00 | .80 | 72.80 |
| Total | | | 3.90 | 683.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301174
INVOICE #  805424

BILL AMOUNT          $959.30

To:   ResCap                              TC Number:        729591
      1100 Virginia Drive                 Invoice Date:     09/17/2012
      Fort Washington, PA 19034           Invoice No.       805424
                                          Period ending:    07/31/2012

Case Management Number      LD  0R0808-301174

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| C300 | Analysis and Advice | 3.10 | $ | 610.70 |
| L110 | Fact Investigation/Development | 0.80 | $ | 72.80 |
| | TOTAL FEES | 3.90 | $ | 959.30 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 959.30 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 959.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301175

INVOICE #  805425

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301175   TC Number: 729411

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review docket and draft status report as follows for attorney review: The appellant's initial brief is due July 11, 2012. We have requested a copy of the record on appeal as prepared by the Ector County Clerk and will complete our assessment upon receipt. | L190 | AHC | .20 | 145.00 | 29.00 |
| 07/09/12 | Check status of case to determine whether appellant has filed his initial brief | L190 | RH | .10 | 220.00 | 22.00 |
| 07/09/12 | Review, execution, and submission of motion to appear pro hac vice | L250 | RH | .60 | 220.00 | 132.00 |
| 07/10/12 | Correspondence with clerk of Eleventh District Court of Appeals about whether Texas-licensed attorney must remain as counsel of record | L190 | RH | .20 | 220.00 | 44.00 |
| 07/10/12 | Review Rule 6 of Texas Rules of Appellate Procedure to determine appropriate procedure for designation as lead counsel after pro hac motions are granted | L190 | RH | .80 | 220.00 | 176.00 |
| 07/10/12 | Final review and revision of Motion to Appear for M.Ayers, Motion of Texas Attorney and Certificate of Conference | L510 | AHC | .60 | 145.00 | 87.00 |
| 07/10/12 | Research on pro hac vice issues and substitution question | L510 | MJA | .50 | 297.00 | 148.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301175

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Telephone conference and follow up correspondence to M.Brinkley and C.Pochyla regarding opposition to motion and certificate of conference | L510 | AHC | .40 | 145.00 | 58.00 |
| 07/11/12 | Final review and revision of Motion to Appear for R.Hill, Motion of Texas Attorney and Certificate of Conference | L510 | AHC | .60 | 145.00 | 87.00 |
| 07/11/12 | Correspondence to J.Opdyke regarding status of trial court file and record on appeal | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/12/12 | Brief review of appellant's initial brief on appeal | L210 | RH | .30 | 220.00 | 66.00 |
| 07/12/12 | Analysis of Appellant's Initial Brief | L110 | AHC | .30 | 145.00 | 43.50 |
| 07/12/12 | Correspondence to F.Moak regarding court file request | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/12/12 | Research on record on appeal issue | L510 | MJA | .20 | 297.00 | 59.40 |
| 07/17/12 | Initial analysis of Record on Appeal and Initial Brief of Appellant, including retrieving and reviewing cases and rules cited in table of authorities | L520 | AHC | 3.80 | 145.00 | 551.00 |
| 07/18/12 | Continue initial review of Initial Brief of Appellant | L520 | AHC | 1.20 | 145.00 | 174.00 |
| 07/25/12 | Review Texas Rules of Appellate Procedure | L190 | RH | 1.50 | 220.00 | 330.00 |
| 07/25/12 | Review trial court documents to prepare outline for appellee brief | L320 | RH | 2.50 | 220.00 | 550.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301175

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Continue review of trial court documents and review of appellant's initial brief to prepare outline for appellee brief | L210 | RH | 4.40 | 220.00 | 968.00 |

FEES                                             $3,618.70

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/09/12 | Copy Charges | 0.00 |
| 07/10/12 | Copy Charges | 0.00 |
| 07/11/12 | Copy Charges | 0.00 |
| 07/11/12 | Copy Charges | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/25/12 | Copy Charges | 0.00 |
| 07/31/12 | Filing Fees - BUSINESS CARD TX 11TH COA 7-10-12 Bank ID: GENR Check Number: 97116 | 10.00 |
| 07/31/12 | Filing Fees - BUSINESS CARD TX 11TH COA 7-10-12 Bank ID: GENR Check Number: 97116 | 12.24 |
| 07/09/12 | Express Mail/Fedex | 0.00 |
| 07/16/12 | Computerized Legal Research-Westlaw Westlaw User: HUDSON,ROBERT | 0.00 |
| 07/18/12 | Computerized Legal Research-Westlaw Westlaw User: COCKRELL,ALECIA | 0.00 |

COSTS                                             $22.24

AMOUNT DUE THIS BILL                          $3,640.94

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0808-301175

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .70 | 207.90 |
| Alecia H. Cockrell | Paralegal | 145.00 | 7.40 | 1,073.00 |
| Rudy Hill | Associate | 220.00 | 10.40 | 2,288.00 |
| Total | | | 18.50 | 3,568.90 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301175
INVOICE #  805425

BILL AMOUNT        $3,640.94

To:    ResCap                          TC Number:        729411
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805425
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301175

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.60 | $ 87.00 |
| L190 | Other Case Assessment, Develop't/Admin | 2.80 | $ 601.00 |
| L210 | Pleadings | 4.70 | $ 1,034.00 |
| L250 | Other Written Motions/Submissions | 0.60 | $ 132.00 |
| L320 | Document Production | 2.50 | $ 550.00 |
| L510 | Appellate Motions and Submissions | 2.30 | $ 439.90 |
| L520 | Appellate Briefs | 5.00 | $ 725.00 |

===================================

|  | TOTAL FEES | 18.50 | $ 3,618.70 |
|---|---|---|---|
|  | TOTAL FEES DUE |  | $ 3,618.70 |
|  | TOTAL DISBURSEMENTS DUE |  | $ 22.24 |
|  | TOTAL DUE THIS INVOICE |  | $ 3,640.94 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301176

INVOICE #  805426

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301176  TC Number: 729870

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Email correspondence with Wolfe law firm regarding pleadings and file | L190 | JAM | .20 | 145.00 | 29.00 |
| 07/05/12 | Evaluate what pleadings and other documents missing to prepare summary-judgment brief | L510 | JMH | .30 | 241.00 | 72.30 |
| 07/10/12 | Telephone conference with G.Wilkerson regarding pleadings to be transmitted from Wolfe firm | L210 | JMH | .30 | 241.00 | 72.30 |
| 07/10/12 | Review e-mail from G.Wilkerson regarding pleadings to be transmitted | L210 | JMH | .10 | 241.00 | 24.10 |
| 07/12/12 | Review client documents and fact pack | L110 | JMH | .90 | 241.00 | 216.90 |
| 07/13/12 | E-mail to G.Wilkerson regarding status of transmission of pleadings | L210 | JMH | .10 | 241.00 | 24.10 |
| 07/13/12 | Draft status report for client as follows: We have received the fact pack from GMAC and are still awaiting receipt of the pleadings.  The appellate court has issued a show-cause order to Story requiring him to respond as to why it should not sharply curtail its review of his appeal to two nonfinal orders of limited value to the appellant.  He has until July 13 to respond | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/16/12 | Telephone conference with T.Holcomb regarding transferred pleadings | L210 | JMH | .10 | 241.00 | 24.10 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301176

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Review e-mails from T.Holcomb regarding transferred pleadings | L210 | JMH | .20 | 241.00 | 48.20 |
| 07/19/12 | Research case dockets to determine case status and deadlines. | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/19/12 | Multiple telephone calls with R.Beam regarding foreclosure sale from April 2012, appeal deadlines, and information on R. Beam's potential sale of the property. | L110 | MPE | .70 | 149.00 | 104.30 |
| 07/19/12 | Conference with third-party buyer regarding cloud on title of property | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/19/12 | Research concerning possible filing with the appellate court | L510 | MJA | .50 | 297.00 | 148.50 |
| 07/20/12 | Research on case status for call with third party attorney | L510 | MJA | .50 | 297.00 | 148.50 |
| 07/20/12 | Multiple telephone calls with third party purchaser regarding appeal deadline | L110 | MPE | .90 | 149.00 | 134.10 |
| 07/20/12 | Telephone conference with R.Beam regarding status of appeal and history behind borrower's pleadings | L120 | JMH | .60 | 241.00 | 144.60 |
| 07/20/12 | Evaluate motion to dismiss appeal | L120 | JMH | .30 | 241.00 | 72.30 |
| 07/23/12 | Review trial court and appellate court dockets to determine status of record on appeal | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/23/12 | E-mails to and from H.Franchi regarding pleadings | L210 | JMH | .20 | 241.00 | 48.20 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

OR0808-301176

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | E-mail to T.Holcomb regarding missing pleadings as provided by Wolfe firm | L210 | JMH | .10 | 241.00 | 24.10 |
| 07/23/12 | Analyze docket and second objection to sale to determine basis asserted therein | L250 | JMH | .80 | 241.00 | 192.80 |
| 07/23/12 | Research obligation of foreclosure counsel to serve upon borrower a notice of rescheduled sale | L250 | JMH | .60 | 241.00 | 144.60 |
| 07/24/12 | Initial review of foreclosure file received from foreclosure counsel | L110 | AHC | 2.20 | 145.00 | 319.00 |
| 07/24/12 | Correspondence to Court Express regarding obtaining complete copy of court file | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/24/12 | E-mails to and from T.Holcomb regarding pleadings from file transfer sent by Wolfe | L210 | JMH | .30 | 241.00 | 72.30 |
| 07/24/12 | Draft Notice of Appearance for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 07/24/12 | Correspondence to L.Story regarding this firm's notice of appearance and service by email requirement of court | L190 | AHC | .30 | 145.00 | 43.50 |
| 07/25/12 | Telephone conference with S.Miles, counsel for R.Beam, regarding history of Story's litigation in this file and status of matter with appellate court | L510 | JMH | .20 | 241.00 | 48.20 |
| 07/25/12 | Analyze docket and pleadings sent by Wolfe firm to locate two motions and orders cited by 5th DCA | L510 | JMH | .30 | 241.00 | 72.30 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   4
SEPTEMBER 17, 2012

0R0808-301176

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Prepare for telephone conference with S.Miles regarding issues raised by third-party purchaser | L120 | JMH | .20 | 241.00 | 48.20 |
| 07/26/12 | Evaluate issues raised by R.Beam | L120 | JMH | .40 | 241.00 | 96.40 |
| 07/26/12 | Initial review and organization of court file consisting of 425 pages | L520 | AHC | 3.10 | 145.00 | 449.50 |
| 07/26/12 | Continued background research | L510 | MJA | 1.00 | 297.00 | 297.00 |
| 07/26/12 | Conference with outside counsel on case status | L510 | MJA | .60 | 297.00 | 178.20 |
| 07/27/12 | Research Florida statutes and cases to determine possible basis of allegation that assignment of bid was illegal | L120 | JMH | .20 | 241.00 | 48.20 |
| 07/27/12 | Begin drafting facts and procedural history of notice to court and motion to dismiss appeal | L510 | JMH | .30 | 241.00 | 72.30 |
| 07/30/12 | Analyze record on appeal and docket in trial court to determine potential merits and basis of arguments by borrower in trial court objections to sale | L510 | JMH | .80 | 241.00 | 192.80 |
| 07/30/12 | Research statutes and caselaw regarding legality of bid assignment | L510 | JMH | .60 | 241.00 | 144.60 |
| 07/30/12 | Continue drafting proposed notice to court regarding unanswered show cause order and motion to dismiss remainder of appeal | L510 | JMH | 1.10 | 241.00 | 265.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
SEPTEMBER 17, 2012

0R0808-301176

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | E-mails to and from H.Franchi regarding pleadings from Wolfe firm | L210 | JMH | .40 | 241.00 | 96.40 |

|  | FEES |  |  |  |  | $4,364.50 |
|--|------|--|--|--|--|-----------|
| 07/26/12 | Copy Charges |  |  | 0.00 |  |  |
| 07/24/12 | Express Mail/Fedex |  |  | 0.00 |  |  |
| 07/27/12 | Computerized Legal Research-Westlaw Westlaw User: HOOKS,JONATHAN M |  |  | 0.00 |  |  |
| 07/30/12 | Computerized Legal Research-Westlaw Westlaw User: HOOKS,JONATHAN M |  |  | 0.00 |  |  |

AMOUNT DUE THIS BILL                    $4,364.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
SEPTEMBER 17, 2012

0R0808-301176

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 2.60 | 772.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | 6.50 | 942.50 |
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jonathan Hooks | Associate | 241.00 | 9.50 | 2,289.50 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.90 | 283.10 |
| Total | | | 20.70 | 4,316.30 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     SEPTEMBER 17, 2012
                                                           0R0808-301176
BILL AMOUNT          $4,364.50                             INVOICE #  805426

To:    ResCap                         TC Number:        729870
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805426
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0808-301176

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 5.60 | $ 906.00 |
| L120 | Analysis/Strategy | 1.80 | $ 433.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $ 72.50 |
| L210 | Pleadings | 1.80 | $ 433.80 |
| L250 | Other Written Motions/Submissions | 1.40 | $ 337.40 |
| L510 | Appellate Motions and Submissions | 6.50 | $ 1,683.30 |
| L520 | Appellate Briefs | 3.10 | $ 449.50 |

```
                     =================================
            TOTAL FEES    20.70    $  4,364.50

            TOTAL FEES DUE         $  4,364.50
      TOTAL DISBURSEMENTS DUE      $      0.00
       TOTAL DUE THIS INVOICE      $  4,364.50
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
1100 Virginia Drive                                   0R0808-301177
Fort Washington, PA 19034

                                                      INVOICE #  805427

                                                      **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301177  TC Number: 729907

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Initial review of record on appeal documents for new appeal | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/03/12 | Review lower court pleadings to develop case strategy | L120 | AKA | .40 | 184.00 | 73.60 |
| 07/06/12 | Review docket and draft status report as follows for attorney review: Plaintiff filed a motion to strike affirmative defenses, which was granted on May 3, 2012. Final judgment of foreclosure was then granted on June 20, 2012. The defendants are appealing the order granting the motion to strike. The foreclosure sale is currently set for September 20 | L190 | AHC | .20 | 145.00 | 29.00 |
| 07/06/12 | Telephone conference with H.Touchton regarding status of foreclosure action and copies of complete foreclosure file | L110 | AHC | .30 | 145.00 | 43.50 |
| 07/06/12 | Draft Notice of Appearance and Litigation Case Summary for attorney review | L510 | AHC | .40 | 145.00 | 58.00 |
| 07/06/12 | Research on case background in preparation for appeal | L510 | MJA | .20 | 297.00 | 59.40 |
| 07/10/12 | Confer with M.Ayers regarding motion for extension to be filed on response to petition for interlocutory certiorari | L120 | AKA | .70 | 184.00 | 128.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                            SEPTEMBER 17, 2012

0R0808-301177

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Draft motion for extension of time to respond to petition for interlocutory certiorari | L250 | AKA | 1.60 | 184.00 | 294.40 |
| 07/10/12 | Confer with M.Ayers, A.Cockrell regarding status of petition for interlocutory | L190 | AKA | .70 | 184.00 | 128.80 |
| 07/10/12 | Update e-mail to H.Franchi regarding status of reply to petition | L140 | AKA | .20 | 184.00 | 36.80 |
| 07/10/12 | Review pleadings from lower court in preparation to draft reply to petition for interlocutory certiorari | L210 | AKA | 1.50 | 184.00 | 276.00 |
| 07/10/12 | Review and organization of foreclosure file containing 24 pleadings and various client documents | L110 | AHC | 4.70 | 145.00 | 681.50 |
| 07/10/12 | Final review of Notice of Appearance and Motion for Extension | L510 | AHC | .60 | 145.00 | 87.00 |
| 07/10/12 | Correspondence regarding additional pleadings needed that were not included in foreclosure file | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/10/12 | Research Initial Petition for Certiorari and order from Fifth District Court of Appeals setting briefing schedule and deadlines for response | L510 | MJA | 2.40 | 297.00 | 712.80 |
| 07/10/12 | Revise motion to extend time to file response to certiorari petition | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/10/12 | Review docket regarding Order requiring response from Citibank | L110 | AHC | .10 | 145.00 | 14.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301177

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Correspondence to T.Andrews regarding Motion for Extension of Time | L510 | AHC | .10 | 145.00 | 14.50 |
| 07/11/12 | Continued research for response to Initial Petition for Certiorari | L510 | MJA | 1.30 | 297.00 | 386.10 |
| 07/11/12 | Conference with trial counsel on strategy and trial proceedings | L510 | MJA | .60 | 297.00 | 178.20 |
| 07/11/12 | Continue review of docket and pleadings in preparation to draft reply to cert petition | L210 | AKA | 1.80 | 184.00 | 331.20 |
| 07/11/12 | Phone call with M.Ayers and local counsel Hope Touchton and Aaron Hines | L190 | AKA | .70 | 184.00 | 128.80 |
| 07/12/12 | Draft response to petition for writ of certiorari | L210 | AKA | 3.10 | 184.00 | 570.40 |
| 07/12/12 | Research on format of response to certiorari petition | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/13/12 | Research Florida case law in interlocutory certiorari | C200 | AKA | 1.50 | 184.00 | 276.00 |
| 07/13/12 | Review lower court pleadings in preparation to draft argument in cert reply | L210 | AKA | .50 | 184.00 | 92.00 |
| 07/14/12 | Continue drafting reply to cert petition | L210 | AKA | 1.80 | 184.00 | 331.20 |
| 07/16/12 | Confer with M.Ayers regarding revisions to reply draft to cert petition | L210 | AKA | .40 | 184.00 | 73.60 |
| 07/16/12 | Review Florida case law in preparation to revise reply draft | C200 | AKA | .30 | 184.00 | 55.20 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301177

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Revise reply draft | L190 | AKA | 1.40 | 184.00 | 257.60 |
| 07/16/12 | Finalize draft to be filed | L140 | AKA | .50 | 184.00 | 92.00 |
| 07/16/12 | Final review and revision of Response in Opposition to Petition for Writ of Certiorari | L520 | AHC | .40 | 145.00 | 58.00 |
| 07/16/12 | Correspondence to T.Andrews regarding Response in Opposition to Petition for Writ of Certiorari | L520 | AHC | .10 | 145.00 | 14.50 |
| 07/16/12 | Revised response to certiorari petition | L520 | MJA | 2.30 | 297.00 | 683.10 |
| 07/16/12 | Research on court rules concerning responses to certiorari petitions and decisions regarding standing to raise issues concerning pooling and servicing agreements | L520 | MJA | 1.50 | 297.00 | 445.50 |
| 07/27/12 | Review reply and appendix submitted by petitioners in response to respondents' answer | L210 | AKA | .60 | 184.00 | 110.40 |

FEES                                      $7,250.80

| | | |
|---|---|---|
| 07/11/12 | Copy Charges Clarke Evans appeal | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/10/12 | Express Mail/Fedex | 0.00 |
| 07/16/12 | Express Mail/Fedex | 0.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
SEPTEMBER 17, 2012

0R0808-301177

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $7,250.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
SEPTEMBER 17, 2012

0R0808-301177

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 9.30 | 2,762.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | 7.10 | 1,029.50 |
| Anne Averitt | Associate | 184.00 | 17.70 | 3,256.80 |
| Total | | | 34.10 | 7,048.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301177

BILL AMOUNT          $7,250.80                    INVOICE #  805427

To:    ResCap                        TC Number:        729907
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805427
                                     Period ending:    07/31/2012

Case Management Number        LD  0R0808-301177

|      |                                         | Current Invoice | |
|------|-----------------------------------------|-------|---------|
| Code | Task                                    | Hours | Fees    |
| C200 | Researching Law                         | 1.80  | $   331.20 |
| L110 | Fact Investigation/Development          | 5.30  | $   768.50 |
| L120 | Analysis/Strategy                       | 1.10  | $   202.40 |
| L140 | Document/File Management                | 0.70  | $   128.80 |
| L190 | Other Case Assessment, Develop't/Admin  | 3.00  | $   544.20 |
| L210 | Pleadings                               | 9.70  | $ 1,784.80 |
| L250 | Other Written Motions/Submissions       | 1.60  | $   294.40 |
| L510 | Appellate Motions and Submissions       | 6.60  | $ 1,793.00 |
| L520 | Appellate Briefs                        | 4.30  | $ 1,201.10 |

===================================
                  TOTAL FEES    34.10    $  7,250.80

                    TOTAL FEES DUE          $  7,250.80
            TOTAL DISBURSEMENTS DUE         $      0.00
            TOTAL DUE THIS INVOICE          $  7,250.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301178

INVOICE #  805428

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301178   TC Number: 729968

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Email to client confirming receipt of matter and strategy for going forward | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/06/12 | Review pleadings and research Miami Dade official records for all recorded documents and begin draft of memo and timeline of events in effort to analyze merits of affirmative defenses | L110 | KK | 1.30 | 91.00 | 118.30 |
| 07/09/12 | Review complete copy of verified mortgage foreclosure complaint and analyze merits of alleged affirmative defense | L110 | KK | .30 | 91.00 | 27.30 |
| 07/09/12 | E-mails with foreclosure counsel regarding location of original loan documents in matter | L110 | KK | .40 | 91.00 | 36.40 |
| 07/11/12 | Review 250 pages of client documents, e-mail client regarding TILA disclosures, and revise and update memo | L110 | KK | 1.10 | 91.00 | 100.10 |

FEES                                                    $338.20

AMOUNT DUE THIS BILL                                     $338.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301178

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | 3.10 | 282.10 |
| Total | | | 3.20 | 301.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0808-301178
BILL AMOUNT          $338.20                              INVOICE #  805428

To:    ResCap                        TC Number:      .    729968
       1100 Virginia Drive           Invoice Date:        09/17/2012
       Fort Washington, PA 19034      Invoice No.          805428
                                     Period ending:        07/31/2012


Case Management Number    LD  0R0808-301178


                                        Current Invoice
Code Task                              Hours          Fees

C300 Analysis and Advice               0.10    $      19.70
L110 Fact Investigation/Development    3.10    $     282.10


                              ===============================
                  TOTAL FEES   3.20    $     338.20

                  TOTAL FEES DUE         $     338.20
          TOTAL DISBURSEMENTS DUE        $       0.00
            TOTAL DUE THIS INVOICE       $     338.20



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301179
Fort Washington, PA 19034

                                                         INVOICE #  805429

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301179  TC Number: 730025

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft Notice of Bankruptcy for GMAC and Homecomings | L210 | BG | .20 | 190.00 | 38.00 |
| 07/03/12 | Draft Answer and Affirmative defenses | L210 | BG | 1.10 | 190.00 | 209.00 |
| 07/03/12 | Review new FCRA complaint filed against client | L210 | JHP | .50 | 245.00 | 122.50 |
| 07/04/12 | Request MIN Summary and Milestone Report from J.Hoy in preparation for drafting Answer and Affirmative defenses | L120 | BG | .10 | 190.00 | 19.00 |
| 07/04/12 | Continue drafting Answer and Affirmative defenses on behalf of MERS | L210 | BG | .50 | 190.00 | 95.00 |
| 07/04/12 | Obtain title report | L120 | BG | .10 | 190.00 | 19.00 |
| 07/05/12 | Revise Notice of Bankruptcy | L210 | BG | .10 | 190.00 | 19.00 |
| 07/05/12 | Analysis of case in Pulaski County, Arkansas regarding Summons issued to MERS and telephone conference with the Court regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/05/12 | Edit suggestion of bankruptcy filing | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/05/12 | Emails with counsel to discuss new lawsuit and strategy for initial filing and emails with client regarding same | L120 | JHP | .30 | 245.00 | 73.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301179

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Finalize Suggestion of Bankruptcy to be forwarded to co-counsel for filing in Arkansas | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/06/12 | Draft status update | L190 | BG | .20 | 190.00 | 38.00 |
| 07/09/12 | Correspondence with J.Hoy about plan of action | L190 | BG | .20 | 190.00 | 38.00 |
| 07/09/12 | Assimilation and compilation of commuicatios regarding case strategy | L110 | ABB | .30 | 150.00 | 45.00 |
| 07/09/12 | Emails with client contact to discuss status of bankruptcy notice filing | L120 | JHP | .20 | 245.00 | 49.00 |
| 07/10/12 | Contact opposing counsel about allegations concerning credit reporting | L120 | BG | .10 | 190.00 | 19.00 |
| 07/10/12 | Revise Answer | L210 | BG | .20 | 190.00 | 38.00 |
| 07/11/12 | Obtain property records and title report regarding borrower | L110 | ABB | .60 | 150.00 | 90.00 |
| 07/11/12 | Compilation of fact package totaling 152 pages regarding case management and strategy | L110 | ABB | .80 | 150.00 | 120.00 |
| 07/13/12 | Review title documents and property records regarding same | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/13/12 | E-mail communications in preparation for filing Answer | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/13/12 | Receipt of service of process and determine responsive deadline for Answer | L120 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301179

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review warranty deed from title company | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/20/12 | Supply contact of local counsel to client | L120 | BG | .10 | 190.00 | 19.00 |
| 07/26/12 | Further research and telephone conference with Pulaski County clerk's office regarding service upon MERS | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/26/12 | Determine need to file Notice of Bankruptcy explaining final order granting relief from stay | L120 | BG | .10 | 190.00 | 19.00 |
| 07/26/12 | Begin drafting Motion to Dismiss | L210 | BG | .50 | 190.00 | 95.00 |
| 07/26/12 | Contact local counsel regarding filing an Answer | L120 | BG | .10 | 190.00 | 19.00 |
| 07/26/12 | Provide J.Hoy with status update | L190 | BG | .20 | 190.00 | 38.00 |
| 07/27/12 | Finish drafting Motion to Dismiss on | L210 | BG | 3.30 | 190.00 | 627.00 |
| 07/27/12 | Send draft of Motion to Dismiss to J.Hoy | L210 | BG | .10 | 190.00 | 19.00 |
| 07/27/12 | Send draft of Motion to Dismiss to local counsel and request that the obtain a certified state court record | L210 | BG | .20 | 190.00 | 38.00 |
| 07/27/12 | Draft Motion to Dismiss | L210 | BG | .20 | 190.00 | 38.00 |
| 07/27/12 | Finalize Motion to Dismiss | L210 | BG | .30 | 190.00 | 57.00 |
| 07/27/12 | Research in Arkansas courts database in order to obtain information regarding service upon all defendants and prepare memo with attachments regarding same | L110 | ABB | .30 | 150.00 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301179

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/27/12 | Revise Motion to Dismiss | L240 | JHP | .30 | 245.00 | 73.50 |
| 07/30/12 | File Motion to Dismiss and supporting brief | L210 | BG | .30 | 190.00 | 57.00 |
| 07/30/12 | Inform J.Hoy about local judges and decision not to remove the case to federal court | L190 | BG | .10 | 190.00 | 19.00 |

|  | FEES |  |  |  |  | $2,635.50 |

| 07/27/12 | Copy Charges | | | | 0.00 | |
| 07/27/12 | Computerized Legal Research-Westlaw Westlaw User: GOODSELL,BLAKE | | | | 0.00 | |

|  | AMOUNT DUE THIS BILL |  |  |  |  | $2,635.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
SEPTEMBER 17, 2012

0R0808-301179

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 3.90 | 585.00 |
| Jon H. Patterson | Associate | 245.00 | 1.50 | 367.50 |
| Blake Goodsell | Associate | 190.00 | 8.40 | 1,596.00 |
| Total | | | 13.80 | 2,548.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301179

BILL AMOUNT        $2,635.50

INVOICE #  805429

To:    ResCap                         TC Number:        730025
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805429
                                      Period ending:    07/31/2012

Case Management Number    LD  0R0808-301179

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 3.90 | $   585.00 |
| L120 | Analysis/Strategy | 1.20 | $   255.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $   133.00 |
| L210 | Pleadings | 7.70 | $ 1,501.50 |
| L240 | Dispositive Motions | 0.30 | $    73.50 |

```
                    =====================================
            TOTAL FEES    13.80      $ 2,635.50

               TOTAL FEES DUE          $ 2,635.50
        TOTAL DISBURSEMENTS DUE        $     0.00
        TOTAL DUE THIS INVOICE         $ 2,635.50
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0R0808-301180
Fort Washington, PA 19034

                                                        INVOICE #  805430

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301180   TC Number: 729899

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update regarding new file | L190 | BG | .30 | 190.00 | 57.00 |
| 07/02/12 | Compilation of all pleadings filed in case since transfer to BABC | L110 | ABB | .90 | 150.00 | 135.00 |
| 07/02/12 | E-mail communications pertaining to upcoming depositions | L110 | ABB | .10 | 150.00 | 15.00 |
| 07/03/12 | Correspondence with client regarding deposition preparation | L120 | BG | .20 | 190.00 | 38.00 |
| 07/03/12 | Review file and deposition notice and subpoena to employee | L330 | JHP | .80 | 245.00 | 196.00 |
| 07/03/12 | Emails with client to discuss subpoena issues and to set up time to discuss deposition | L330 | JHP | .20 | 245.00 | 49.00 |
| 07/05/12 | Emails and phone calls with client contact to discuss deposition of GMAC employee and to schedule time to discuss deposition in detail | L330 | JHP | .40 | 245.00 | 98.00 |
| 07/05/12 | Contact attorney in charge at Albertelli law in preparation for deposition appearance | L330A | BG | .30 | 190.00 | 57.00 |
| 07/06/12 | Emails with client contact T.Jordan and counsel for individual GMAC deponent and foreclosure counsel to discuss general issues with respect to upcoming deposition of client employee | L330 | JHP | .60 | 245.00 | 147.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301180

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Prepare for and participate in conference call with counsel for individual deponent and client contact | L330 | JHP | .40 | 245.00 | 98.00 |
| 07/17/12 | Emails with counsel for GMAC employee and client contact to discuss upcoming deposition and to confirm depositions schedule and preparation | L330 | JHP | .50 | 245.00 | 122.50 |
| 07/19/12 | Emails with counsel for Shivers and client contacts to discuss deposition of Shivers and deposition preparation meeting | L330 | JHP | .40 | 245.00 | 98.00 |
| 07/19/12 | Prepare for and participate in deposition preparation meeting with employee | L330 | JHP | .70 | 245.00 | 171.50 |
| 07/23/12 | Deposition preparation | L330 | BG | .10 | 190.00 | 19.00 |
| 07/23/12 | Correspondence with foreclosure counsel at Albertelli law regarding upcoming Shivers deposition | L330 | BG | .10 | 190.00 | 19.00 |
| 07/23/12 | Review all pleadings and file materials from St. Lucie County Court | L210 | BAW | 3.50 | 320.00 | 1,120.00 |
| 07/23/12 | Prepare for deposition of J.Shivers | L330 | BAW | 2.80 | 320.00 | 896.00 |
| 07/23/12 | Participate in witness preparation session with J.Sanders (Locke Lord), T.Jordan (GMAC) and J.Shivers | L330 | BAW | 1.20 | 320.00 | 384.00 |
| 07/24/12 | Prepare for and attend deposition of J.Shivers at Locke Lord's offices in Dallas | L330 | BAW | 7.00 | 320.00 | 2,240.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301180

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Read J.Sanders' objections to document requests from M.Vater | L330 | BAW | .30 | 320.00 | 96.00 |
| 07/24/12 | Outline summary of Shivers testimony and draft brief email report to client | L330 | BAW | .60 | 320.00 | 192.00 |

FEES $6,449.00

## DESCRIPTION OF DISBURSEMENTS

| | | |
|------|-------------|-------|
| 07/26/12 | Airline Tickets - BRIAN WAHL ATTEND DEPO OF JANE SHIVERS 7/23/12 - 7/24/12<br>Bank ID: GENR Check Number: 97078 | 663.60 |
| 07/26/12 | Travel Expense - BRIAN WAHL ATTEND DEPO OF JANE SHIVERS 7/23/12 - 7/24/12 RENTAL CAR<br>Bank ID: GENR Check Number: 97078 | 88.90 |
| 07/26/12 | Travel Expense - BRIAN WAHL ATTEND DEPO OF JANE SHIVERS 7/23/12 - 7/24/12 HOTEL<br>Bank ID: GENR Check Number: 97078 | 169.49 |
| 07/26/12 | Travel Expense - BRIAN WAHL ATTEND DEPO OF JANE SHIVERS 7/23/12 - 7/24/12 PARKING<br>Bank ID: GENR Check Number: 97078 | 45.15 |
| 07/26/12 | Meal Expense - BRIAN WAHL ATTEND DEPO OF JANE SHIVERS 7/23/12 - 7/24/12<br>Bank ID: GENR Check Number: 97078 | 43.99 |
| 07/23/12 | Express Mail/Fedex | 0.00 |

COSTS $1,011.13

AMOUNT DUE THIS BILL $7,460.13

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
SEPTEMBER 17, 2012

0R0808-301180

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 15.40 | 4,928.00 |
| Allison Burke | Paralegal | 150.00 | 1.00 | 150.00 |
| Jon H. Patterson | Associate | 245.00 | 4.00 | 980.00 |
| Blake Goodsell | Associate | 190.00 | 1.00 | 190.00 |
| Total | | | 21.40 | 6,248.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301180
BILL AMOUNT         $7,460.13                            INVOICE #  805430

To:    ResCap                        TC Number:          729899
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805430
                                     Period ending:      07/31/2012

Case Management Number      LD  0R0808-301180

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.00 | $  150.00 |
| L120 | Analysis/Strategy | 0.20 | $   38.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $   57.00 |
| L210 | Pleadings | 3.50 | $ 1,120.00 |
| L330 | Depositions | 16.10 | $ 4,826.00 |
| L330A | Depo Prep/Attendance (CTNA Employees) | 0.30 | $   57.00 |

                         ===============================
              TOTAL FEES    21.40    $  6,449.00

                   TOTAL FEES DUE          $  6,449.00
           TOTAL DISBURSEMENTS DUE         $  1,011.13
              TOTAL DUE THIS INVOICE       $  7,460.13



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                           OR0808-301181
Fort Washington, PA 19034

                                                             INVOICE #  805431

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

OR0808-301181   TC Number: 729935

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review new file to analyze, research New York Superior COurt (Queens County) docket, e-mail foreclosure counsel to obtain pleadings/case file for review, and research Queens County official records to determine status of case | L110 | KK | .40 | 91.00 | 36.40 |
| 07/06/12 | Email to client regarding strategy and information needed for review of affirmative defenses | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/11/12 | Review pleadings from foreclosure counsel and analyze docket and case file to begin review of file | L110 | KK | .50 | 91.00 | 45.50 |
| 07/19/12 | Analyze pleadings, client documents, and correspondence to and from borrower to determine status of case and draft memo analyzing the merits of the alleged affirmative defenses | L110 | KK | 1.40 | 91.00 | 127.40 |
| 07/20/12 | E-mail client regarding original note and continue review of alleged affirmative defenses | L110 | KK | .30 | 91.00 | 27.30 |
| 07/23/12 | Analyze merits of twenty-three alleged affirmative defenses, draft chronology of events in case, and e-mail client regarding obtaining Pooling and Servicing agreement | L110 | KK | .70 | 91.00 | 63.70 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301181

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | E-mails with client regarding status of case and confirmation of location of original note | L110 | KK | .20 | 91.00 | 18.20 |
| 07/27/12 | Review PSA for review and edit memo to reflect current and affirmative defense related to PSA | L110 | KK | .20 | 91.00 | 18.20 |
| 07/30/12 | E-mail client and update memo reflect location of original note and additional pleadings | L110 | KK | .30 | 91.00 | 27.30 |

| | | | | | | |
|--|--|--|--|--|--|--|
| | FEES | | | | | $383.70 |
| 07/10/12 | Copy Charges | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $383.70 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301181

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | 4.00 | 364.00 |
| Total | | | 4.10 | 383.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301181
BILL AMOUNT          $383.70                                   INVOICE #  805431

To:    ResCap                           TC Number:          729935
       1100 Virginia Drive              Invoice Date:       09/17/2012
       Fort Washington, PA 19034        Invoice No.         805431
                                        Period ending:      07/31/2012

Case Management Number        LD   0R0808-301181

                                        Current Invoice
                                        Hours           Fees
Code Task

C300 Analysis and Advice                0.10    $      19.70
L110 Fact Investigation/Development     4.00    $     364.00

                              =======================================
                    TOTAL FEES          4.10    $     383.70

                    TOTAL FEES DUE              $     383.70
              TOTAL DISBURSEMENTS DUE          $       0.00
              TOTAL DUE THIS INVOICE           $     383.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301182
Fort Washington, PA 19034

                                                          INVOICE #  805432

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301182   TC Number: 730089

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Review new file and e-mail foreclosure counsel to request pleadings, and research Broward County clerk of court to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 07/03/12 | Email to client acknowledging receipt of new matter and advising on strategy going forward | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/12/12 | Review over 400 pages of client documents, loan history, and correspondence to establish chronology of events in case, begin draft of memo and determine status of case and direction going forward | L110 | KK | 2.30 | 91.00 | 209.30 |
| 07/17/12 | Review affirmative defenses and e-mail foreclosure counsel regarding case file and pleadings necessary to begin analysis | L110 | KK | .20 | 91.00 | 18.20 |
| 07/20/12 | E-mail foreclosure counsel regarding note and mortgage and research dockrt and update memo | L110 | KK | .20 | 91.00 | 18.20 |

                              FEES                                 $447.40


                    AMOUNT DUE THIS BILL                           $447.40



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301182

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301182

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | 3.00 | 273.00 |
| Total | | | 3.10 | 292.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301182
BILL AMOUNT        $447.40                       INVOICE #  805432


To:    ResCap                    TC Number:        730089
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805432
                                  Period ending:    07/31/2012


Case Management Number      LD  0R0808-301182


                                        Current Invoice
Code Task                             Hours          Fees

C300 Analysis and Advice               0.10    $      19.70
L110 Fact Investigation/Development    3.00    $     273.00

                              =================================
                  TOTAL FEES   3.10    $     447.40

                  TOTAL FEES DUE        $     447.40
          TOTAL DISBURSEMENTS DUE       $       0.00
            TOTAL DUE THIS INVOICE      $     447.40



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301183

INVOICE #  805433

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301183   TC Number: 730083

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Brief initial review of documents provided and communications concerning the case | L120 | LG | .20 | 185.00 | 37.00 |
| 07/16/12 | Analyze fact packet provided by client in order to identify important documents and determine potential issues related to GMAC's title to the subject property | L120 | LG | 1.00 | 185.00 | 185.00 |
| 07/16/12 | Analyze docket for Seminole County Florida to ascertain facts related to the foreclosure action and lis pendens | L120 | LG | 1.10 | 185.00 | 203.50 |
| 07/27/12 | Analyze communications from foreclosure counsel, GMAC, and publicly available information to determine why a mediation was held and whether emails from GMAC and foreclosure counsel concerned the correct loan | L120 | LG | 1.00 | 185.00 | 185.00 |

|  | FEES |  |  |  |  | $684.50 |
|--|------|--|--|--|--|---------|
| 07/16/12 | Copy Charges |  |  |  | 0.00 |  |
| 07/17/12 | Copy Charges |  |  |  | 0.00 |  |

AMOUNT DUE THIS BILL                    $684.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301183

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 185.00 | 3.30 | 610.50 |
| Total | | | 3.30 | 610.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                     SEPTEMBER 17, 2012
                                                           0R0808-301183
BILL AMOUNT          $684.50                               INVOICE #  805433

---

To:    ResCap                        TC Number:          730083
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805433
                                      Period ending:      07/31/2012


Case Management Number      LD  0R0808-301183


                                          Current Invoice
Code Task                               Hours            Fees

L120 Analysis/Strategy                   3.30     $    610.50


                         ============================================
                 TOTAL FEES              3.30     $    684.50

                 TOTAL FEES DUE                   $    684.50
          TOTAL DISBURSEMENTS DUE                 $      0.00
          TOTAL DUE THIS INVOICE                  $    684.50



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301184

INVOICE #  805434

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301184   TC Number: 730088

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Receive new file, e-mail foreclosure counsel to obtain pleadings, and research Orange County Clerk of Court docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 07/02/12 | Respond to client e-mail regarding receipt of new matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/05/12 | Review pleadings and client document to begin analysis | L110 | KK | .30 | 91.00 | 27.30 |
| 07/10/12 | Review full copy of mortgage foreclosure complaint from foreclosure counsel and review four hundred pages of client documents to determine status of case and begin analysis of file | L110 | KK | .40 | 91.00 | 36.40 |
| 07/11/12 | Update review of file and draft chronology of events to determine status of case and recommendation going forward | L110 | KK | .60 | 91.00 | 54.60 |
| 07/16/12 | Review Motion for Summary Judgment and further review alleged affirmative defenses to finalize review and and determine course of action | L110 | KK | .50 | 91.00 | 45.50 |
| 07/19/12 | Analyze pleadings regarding case background and procedural posture | L120 | NSR | .80 | 280.00 | 224.00 |
| 07/19/12 | Analyze affirmative defenses for legitimacy | L120 | NSR | .20 | 280.00 | 56.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301184

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Draft litigation assessment memorandum | L120 | NSR | 1.20 | 280.00 | 336.00 |
| 07/22/12 | Analyze sufficiency of borrower's affirmative defenses to foreclosure, also revise summary memo of same for client | L210 | CWH | .30 | 330.00 | 99.00 |
| 07/24/12 | Review docket and telephone call with foreclosure counsel regarding hearing on motion to strike affirmative defenses | L110 | KK | .20 | 91.00 | 18.20 |
| 07/24/12 | Respond to e-mail regarding hearing on motion to strike defendant's affirmative defenses | L120 | NSR | .10 | 280.00 | 28.00 |

FEES                                    $1,316.30

AMOUNT DUE THIS BILL          $1,316.30

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301184

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 2.40 | 672.00 |
| Kerry Keane | Paralegal | 91.00 | 2.30 | 209.30 |
| Total | | | 5.00 | 980.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0808-301184
BILL AMOUNT          $1,316.30                                INVOICE #  805434

To:    ResCap                        TC Number:        730088
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805434
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0808-301184

                                           Current Invoice
Code Task                            Hours          Fees

L110 Fact Investigation/Development   2.30   $    209.30
L120 Analysis/Strategy                2.40   $    672.00
L210 Pleadings                        0.30   $     99.00

                                     ==========================
                    TOTAL FEES        5.00   $  1,316.30

                  TOTAL FEES DUE              $  1,316.30
          TOTAL DISBURSEMENTS DUE             $      0.00
            TOTAL DUE THIS INVOICE            $  1,316.30



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301185

INVOICE #  805435

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301185   TC Number: 730200

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Email to client regarding information needed for review of affirmative defenses | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/09/12 | Review new file and e-mail with foreclosure counsel regarding case file and pleadings | L110 | KK | .20 | 91.00 | 18.20 |
| 07/16/12 | Research docket to determine status of case and e-mail foreclosure counsel regarding pleadings necessary to draft memo | L110 | KK | .20 | 91.00 | 18.20 |
| 07/17/12 | Emails from and to client and call to borrower's counsel regarding status of loan modification and requested information from opposing counsel | C300 | JJE | .30 | 197.00 | 59.10 |
| 07/18/12 | Email from client and calls to opposing counsel regarding contact with client and to discuss status of the loan modification review | C300 | JJE | .30 | 197.00 | 59.10 |
| 07/20/12 | Call and email to borrowers' counsel identifying missing documentation needed to continue with the review of the loan modification financial analysis package | C300 | JJE | .20 | 197.00 | 39.40 |
| 07/20/12 | Email to client updating on status of requested supplemental documentation | C300 | JJE | .10 | 197.00 | 19.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301185

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Emails from and to opposing counsel attaching requested supplemental documentation and reviewed for accuracy | C300 | JJE | .20 | 197.00 | 39.40 |
| 07/20/12 | Email to client attaching supplemental documentation from borrower as requested in support of loan modification consideration | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/20/12 | Review 300 pages of client documents and borrower correspondence and draft memo regarding merits of alleged affirmative defenses | L110 | KK | 1.10 | 91.00 | 100.10 |
| 07/23/12 | E-mail foreclosure counsel regarding status of pleadings | L110 | KK | .10 | 91.00 | 9.10 |
| 07/24/12 | Review fifty pages of client-borrower correspondence and loan workout package and draft chronology of events to determine status of case and recommendation going forward | L110 | KK | 1.60 | 91.00 | 145.60 |
| 07/24/12 | Emails from and to client and to and from opposing counsel regarding status | C300 | JJE | .50 | 197.00 | 98.50 |
| 07/25/12 | Emails from and to client requesting co-borrower complete and execute portions of the loan modification package | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/25/12 | Email to borrowers' counsel regarding additional information and executed documents needed as part of loan modification analysis | C300 | JJE | .10 | 197.00 | 19.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301185

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Review Truth In Lending Disclosure Statements and update analysis to determine merits of alleged affirmative defense | L110 | KK | .20 | 91.00 | 18.20 |
| 07/27/12 | Emails with client regarding status of loan modification | C300 | JJE | .20 | 197.00 | 39.40 |
| 07/31/12 | Revise memo analyzing various affirmative defenses and research regarding same | C300 | JJE | 1.20 | 197.00 | 236.40 |

FEES                                    $979.20

AMOUNT DUE THIS BILL               $979.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301185

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 3.40 | 669.80 |
| Kerry Keane | Paralegal | 91.00 | 3.40 | 309.40 |
| Total | | | 6.80 | 979.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0808-301185
BILL AMOUNT          $979.20                                 INVOICE #  805435

To:    ResCap                        TC Number:        730200
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805435
                                     Period ending:    07/31/2012

Case Management Number      LD  0R0808-301185

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| --- | --- | --- | --- |
| C300 Analysis and Advice |  | 3.40 | $   669.80 |
| L110 Fact Investigation/Development |  | 3.40 | $   309.40 |
| | ===================================== | | |
| TOTAL FEES | | 6.80 | $   979.20 |
| TOTAL FEES DUE | | | $   979.20 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   979.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0808-301186
Fort Washington, PA 19034

                                                             INVOICE #  805436

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301186   TC Number: 730272

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Initial correspondence with J.Ho regarding transfer of matter to BABC for August 7 fee trial in Osceola County, Florida | L110 | BAW | .50 | 320.00 | 160.00 |
| 07/12/12 | Begin gathering file information and contacting former counsel to discuss status of litigation file | L120 | BAW | 3.50 | 320.00 | 1,120.00 |
| 07/12/12 | Extended phone conference with S.Fraser (Udren Law) regarding file transfer an July 18 hearing on motion to withdraw | L120 | BAW | .70 | 320.00 | 224.00 |
| 07/12/12 | Begin outlining history of litigation from 2003 | L120 | BAW | 1.30 | 320.00 | 416.00 |
| 07/12/12 | Multiple emails with Court Express regarding file and conference with B.Wahl regarding case documents | L190 | JAM | .20 | 145.00 | 29.00 |
| 07/12/12 | Review and analyze new matter where GMAC is facing $500,000 request for attorneys' fees | L210 | CWH | .40 | 330.00 | 132.00 |
| 07/12/12 | Research Florida law regarding for application of multiplier to attorneys' fees awards | L210 | CWH | .30 | 330.00 | 99.00 |
| 07/13/12 | Research Florida fee shifting statute and fee boosting provision | L120 | BAW | 1.50 | 320.00 | 480.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

OR0808-301186

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/13/12 | Research regarding prior counsel for Deutsche Bank and begin working to reconstruct pleadings | L120 | BAW | 3.50 | 320.00 | 1,120.00 |
| 07/13/12 | Conference with D.Newman regarding history of litigation | L120 | BAW | .60 | 320.00 | 192.00 |
| 07/13/12 | Draft position letter to D.Newman regarding collection of pleadings file | L120 | BAW | .70 | 320.00 | 224.00 |
| 07/13/12 | Draft contingent notice of appearance and motion to continue trial on attorneys' fees | L250 | BAW | .90 | 320.00 | 288.00 |
| 07/13/12 | Miscellaneous correspondence with counsel of record | L120 | BAW | .30 | 320.00 | 96.00 |
| 07/14/12 | Memo to borrower's counsel regarding motion for attorneys' fees | L250 | BAW | .70 | 320.00 | 224.00 |
| 07/16/12 | Correspond with Udren law firm and Marshall Watson regarding Deutsche Bank's litigation file | L120 | BAW | 1.20 | 320.00 | 384.00 |
| 07/16/12 | Sutdy borrower's counsel's master fee request for 2003-2012 | L210 | BAW | 2.80 | 320.00 | 896.00 |
| 07/16/12 | Correspond with W.Kleinkbell regarding settlement, in person meeting and motion to reset | L160 | BAW | .80 | 320.00 | 256.00 |
| 07/16/12 | Memo to C.Hancock regarding preparation for Ex Parte Motion to Withdraw of Udren firm | L250 | BAW | .70 | 320.00 | 224.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

OR0808-301186

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/16/12 | Begin review of 9th Circuit case file 600 pages) | L210 | JAM | 3.20 | 145.00 | 464.00 |
| 07/16/12 | Discuss impact of GMAC's bankruptcy and settlement authority with J.Scoliard and J.Ho | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/16/12 | Draft update to J.Scoliard regarding status of matter settlement offer | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/17/12 | Continue review of 9th Circuit case file (600 pages) | L210 | JAM | 4.20 | 145.00 | 609.00 |
| 07/17/12 | Prepare for hearing before Judge Miller regarding Motion to Reset Fee Petition | L250 | BAW | 5.20 | 320.00 | 1,664.00 |
| 07/18/12 | Prepare for and attend hearing in Kissimmee on Udren's Ex Parte Motion to Withdraw and Motion to Reset Trial on Attorney's fees | L230 | BAW | 4.50 | 320.00 | 1,440.00 |
| 07/18/12 | Meet with T.Foster regarding collection of borrowers' counsel's pleadings and discuss potential resolution | L120 | BAW | 1.20 | 320.00 | 384.00 |
| 07/18/12 | Draft report to client regarding Judge Miller's comments on continuance | L230 | BAW | .50 | 320.00 | 160.00 |
| 07/18/12 | Research evidentiary standard of proof for prevailing party's attorneys fees | L190 | BAW | .80 | 320.00 | 256.00 |
| 07/18/12 | Research issue of proposed  testimony | L230 | BAW | 1.20 | 320.00 | 384.00 |
| 07/18/12 | Complete review of 9th Circuit case file (600 pages) | L210 | JAM | 1.20 | 145.00 | 174.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301186

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Review 5th District appeal file 5D07-2598 | L210 | JAM | 1.70 | 145.00 | 246.50 |
| 07/23/12 | Review and edit proposed order for Judge Miller on Ex Parte Motion to Withdraw of Udren firm and Motion to Reset | L250 | BAW | .80 | 320.00 | 256.00 |
| 07/23/12 | Draft memo to T.Foster and W.Klinkbeil regarding pre-fee hearing schedule and proposal for collection of records | L250 | BAW | .70 | 320.00 | 224.00 |
| 07/25/12 | Extended conference with W.Klinkbeil regarding fee claim and borrowers' file materials for initial foreclosure matter and re-foreclosure against Ms. Shepheard | L190 | BAW | .80 | 320.00 | 256.00 |
| 07/25/12 | Read Judge Miller's order on Motion to Reset | L250 | BAW | .30 | 320.00 | 96.00 |
| 07/25/12 | Make initial arrangements for October 4 hearing on prevailing party fee petition | L230 | BAW | .40 | 320.00 | 128.00 |
| 07/25/12 | Begin review of client's file documents | L230 | BAW | .60 | 320.00 | 192.00 |
| 07/25/12 | Begin review of second state court file | L210 | JAM | .70 | 145.00 | 101.50 |
| 07/26/12 | Correspond with S.Fraser regarding withdrawal | L190 | BAW | .30 | 320.00 | 96.00 |
| 07/26/12 | Begin review of Marshall Watson's re-foreclosure file | L190 | BAW | 1.70 | 320.00 | 544.00 |
| 07/31/12 | Work with W.Klinkbeil to obtain file materials and on Udren's motion to withdraw | L240 | BAW | .40 | 320.00 | 128.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
SEPTEMBER 17, 2012

OR0808-301186

FED ID NO. 63-0243316

FEES                    $14,499.00

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07/13/12 | Copy Charges | 0.00 |
| 07/16/12 | Copy Charges | 0.00 |
| 07/19/12 | Copy Charges | 0.00 |
| 07/24/12 | Airline Tickets - BRIAN WAHL ATTEND HEARING 1/3 OF FLIGHT ON 7/17/12 Bank ID: GENR Check Number: 97078 | 165.77 |
| 07/24/12 | Airline Tickets - BRIAN WAHL ATTEND HEARING 1/3 OF FLIGHT ON 7/18/12 Bank ID: GENR Check Number: 97078 | 60.94 |
| 07/24/12 | Airline Tickets - BRIAN WAHL ATTEND HEARING 1/3 OF FLIGHT ON 7/22/12 Bank ID: GENR Check Number: 97078 | 250.54 |
| 07/24/12 | Travel Expense - BRIAN WAHL ATTEND HEARING 7/17/12 - 7/18/12 1/3 OF PARKING Bank ID: GENR Check Number: 97078 | 24.67 |
| 07/24/12 | Travel Expense - BRIAN WAHL ATTEND HEARING 7/17/12 - 7/18/12 PARKING Bank ID: GENR Check Number: 97078 | 160.88 |
| 07/24/12 | Travel Expense - BRIAN WAHL ATTEND HEARING 7/17/12 - 7/18/12 RENTAL CAR Bank ID: GENR Check Number: 97078 | 51.42 |
| 07/24/12 | Travel Expense - BRIAN WAHL ATTEND HEARING 7/17/12 - 7/18/12 ROAD TOLLS, FUEL, BAGGAGE FEES Bank ID: GENR Check Number: 97078 | 34.93 |
| 07/24/12 | Meal Expense - BRIAN WAHL ATTEND HEARING 7/17/12 - 7/18/12 Bank ID: GENR Check Number: 97078 | 41.53 |
| 07/16/12 | Express Mail/Fedex | 0.00 |
| 07/16/12 | Express Mail/Fedex | 0.00 |

COSTS                    $790.68



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      6
SEPTEMBER 17, 2012

0R0808-301186

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $15,289.68

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      7
SEPTEMBER 17, 2012

0R0808-301186

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 320.00 | 39.10 | 12,512.00 |
| Christian W. Hancock | Partner | 330.00 | 1.10 | 363.00 |
| Jamie Mathews | Paralegal | 145.00 | 11.20 | 1,624.00 |
| Total | | | 51.40 | 14,499.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0808-301186
BILL AMOUNT        $15,289.68                          INVOICE #  805436

To:    ResCap                       TC Number:         730272
       1100 Virginia Drive          Invoice Date:      09/17/2012
       Fort Washington, PA 19034     Invoice No.        805436
                                     Period ending:     07/31/2012

Case Management Number      LD  0R0808-301186

                                            Current Invoice
Code Task                              Hours           Fees

L110 Fact Investigation/Development      0.90     $     292.00
L120 Analysis/Strategy                  14.50     $   4,640.00
L160 Settlement/Non-Binding ADR          0.80     $     256.00
L190 Other Case Assessment, Develop't/Admin   3.80   $   1,181.00
L210 Pleadings                          14.50     $   2,722.00
L230 Court Mandated Conferences          7.20     $   2,304.00
L240 Dispositive Motions                 0.40     $     128.00
L250 Other Written Motions/Submissions   9.30     $   2,976.00

                        =================================
               TOTAL FEES    51.40     $  14,499.00

                  TOTAL FEES DUE           $  14,499.00
          TOTAL DISBURSEMENTS DUE          $     790.68
          TOTAL DUE THIS INVOICE           $  15,289.68



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301187

INVOICE #   805437

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301187   TC Number: 723315

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Research regarding validity of mortgage lien under Florida law following HOA foreclosure | L120 | CSM | 1.90 | 300.00 | 570.00 |
| 07/24/12 | Research public records for all liens against property dating back to 2000 and add to litigation analysis and timeline of case events. | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 07/24/12 | Review docket and correspondence from GMAC to determine status of property, foreclosure and determine whether GMAC was served in foreclosure. | L110 | MPE | .90 | 149.00 | 134.10 |

FEES                                        $882.90

AMOUNT DUE THIS BILL                        $882.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301187

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 1.90 | 570.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.10 | 312.90 |
| Total | | | 4.00 | 882.90 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301187
BILL AMOUNT          $882.90                             INVOICE #  805437

To:    ResCap                          TC Number:        723315
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805437
                                       Period ending:    07/31/2012

Case Management Number    LD  0R0808-301187

|  |  | Current Invoice | |
|--|--|--|--|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 2.10 | $ 312.90 |
| L120 | Analysis/Strategy | 1.90 | $ 570.00 |
| | TOTAL FEES | 4.00 | $ 882.90 |

|  |  |
|--|--|
| TOTAL FEES DUE | $ 882.90 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 882.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301188

INVOICE #  805438

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301188   TC Number: 730279

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Receive and review new file, e-mail foreclosure counsel regarding transfer of pleadings, and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/11/12 | Respond to client e-mail with attached answer and affirmative defenses | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/18/12 | Respond to client e-mail regarding parties to case | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/18/12 | Research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/23/12 | Review pleadings, e-mail foreclosure counsel regarding upcoming telephonic meeting regarding interrogatories, and research docket to determine status of case and begin draft memo | L110 | KK | .40 | 91.00 | 36.40 |
| 07/24/12 | Review pleadings and three hundred pages of client documents, e-mail foreclosure counsel regarding copy of complaint, and begin draft of memo to determine status of case and analyze merits of alleged affirmative defenses | L110 | KK | 1.70 | 91.00 | 154.70 |
| 07/25/12 | Review fully executed copy of complaint and complete draft of memo and chronology of events to determine status of case and recommendation to present to client | L110 | KK | 1.20 | 91.00 | 109.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301188

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES        |      |       |       |      | $392.70 |
|      | AMOUNT DUE THIS BILL |  |   |       |      | $392.70 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301188

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 91.00 | 3.70 | 336.70 |
| Total | | | 3.90 | 392.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                         SEPTEMBER 17, 2012
                                                              0R0808-301188
BILL AMOUNT          $392.70                                  INVOICE #  805438

To:    ResCap                        TC Number:          730279
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805438
                                     Period ending:      07/31/2012

Case Management Number      LD   0R0808-301188

                                          Current Invoice
Code Task                                 Hours         Fees

L110 Fact Investigation/Development        3.70    $    336.70
L120 Analysis/Strategy                     0.20    $     56.00

                                  ================================
                    TOTAL FEES            3.90    $    392.70

                 TOTAL FEES DUE                   $    392.70
          TOTAL DISBURSEMENTS DUE                 $      0.00
             TOTAL DUE THIS INVOICE              $    392.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301189

INVOICE #  805439

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301189   TC Number: 730289

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Review new file, e-mail foreclosure counsel regarding obtaining case file and pleadings, and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/12/12 | Email to client regarding status of review and acknowledging receipt of foreclosure file materials in support of same | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/18/12 | Review pleadings and fifty pages of client documents to analyze merits of alleged affirmative defenses and determine status of case | L110 | KK | .60 | 91.00 | 54.60 |
| 07/19/12 | Analyze merits of alleged affirmative defenses to establish recommendation and determine course of action going forward | L110 | KK | 1.30 | 91.00 | 118.30 |
| 07/23/12 | Research docket to determine status of case and e-mail foreclosure counsel (follow-up) regarding status of pleadings | L110 | KK | .20 | 91.00 | 18.20 |
| 07/25/12 | Draft memo analyzing alleged affirmative defenses | L110 | KK | .70 | 91.00 | 63.70 |
| 07/26/12 | Telephone call and e-mails to foreclosure counsel to obtain information regarding location of original loan documents | L110 | KK | .30 | 91.00 | 27.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0808-301189

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Review alleged affirmative defenses and finalize memo to send to client with recommendation going forward | L110 | KK | .60 | 91.00 | 54.60 |
| 07/31/12 | Review pleadings from foreclosure counsel and continue draft of memo focusing on merits of alleged affirmative defenses | L110 | KK | .30 | 91.00 | 27.30 |

FEES                                      $401.90

AMOUNT DUE THIS BILL                      $401.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 17, 2012

0R0808-301189

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | 4.20 | 382.20 |
| Total | | | 4.30 | 401.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301189
INVOICE #  805439

BILL AMOUNT          $401.90

To:    ResCap                          TC Number:        730289
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805439
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301189

|            |                                | Current Invoice | |
| Code | Task                          | Hours | Fees |
|------|-------------------------------|-------|------|
| C300 | Analysis and Advice           | 0.10  | $   19.70 |
| L110 | Fact Investigation/Development | 4.20  | $  382.20 |
|      |                               | ================ |
|      | TOTAL FEES                    | 4.30  | $  401.90 |

|                          |   |        |
|--------------------------|---|--------|
| TOTAL FEES DUE           | $ | 401.90 |
| TOTAL DISBURSEMENTS DUE  | $ |   0.00 |
| TOTAL DUE THIS INVOICE   | $ | 401.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301190
Fort Washington, PA 19034

                                                           INVOICE #  805440

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301190   TC Number: 730454

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Review new file, e-mail foreclosure counsel regarding obtaining pleadings and related documents, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 07/16/12 | Review and respond to client e-mail with attached affirmative defenses and purported counterclaim | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/18/12 | Review docket and affirmative defenses and e-mail foreclosure counsel regarding status of pleadings and client documents necessary to review | L110 | KK | .20 | 91.00 | 18.20 |
| 07/23/12 | Review pleadings and research docket to determine status of case | L110 | KK | .40 | 91.00 | 36.40 |
| 07/24/12 | Review and respond to client e-mail from H.Franchi regarding  loan modification application | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/24/12 | Voice mail to borrower regarding incomplete loan modification application | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/24/12 | Review fact package | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/24/12 | E-mail client regarding borrower correspondence and truth in lending disclosures and e-mail foreclosure counsel regarding borrower's contact information | L110 | KK | .30 | 91.00 | 27.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                                          SEPTEMBER 17, 2012

0R0808-301190

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Review pleadings and 250 pages of client correspondence, mortgage documents, and loan modifications to determine status of case and draft memo to analyze the merits of the affirmative defenses | L110 | KK | 1.60 | 91.00 | 145.60 |
| 07/27/12 | Voice mail to borrower regarding incomplete loan modification application | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/27/12 | Rrespond to client e-mail from H.Franchi regarding communication with borrower regarding loan modification | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/30/12 | Telephone conference with borrower, J.Green, regarding loan modification and need for additional documents to complete review | L120 | NSR | .20 | 280.00 | 56.00 |
| 07/30/12 | Draft e-mail to client regarding loss mitigation status | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/30/12 | Analyze pleadings, fact package, and case docket to determine status of litigation, standing, claims, and defenses | L120 | NSR | 1.20 | 280.00 | 336.00 |
| 07/31/12 | Review verified complaint and e-mail foreclosure counsel regarding | L110 | KK | .20 | 91.00 | 18.20 |
| 07/31/12 | Review title searches previously ordered by foreclosure counsel to determine chain of title on property in matter | L110 | KK | .30 | 91.00 | 27.30 |

FEES                                                                      $944.30



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301190

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $944.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301190

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | 2.30 | 644.00 |
| Kerry Keane | Paralegal | 91.00 | 3.30 | 300.30 |
| Total | | | 5.60 | 944.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                SEPTEMBER 17, 2012
                                                      0R0808-301190
BILL AMOUNT          $944.30                           INVOICE #  805440

To:     ResCap                          TC Number:         730454
        1100 Virginia Drive             Invoice Date:      09/17/2012
        Fort Washington, PA 19034        Invoice No.        805440
                                         Period ending:     07/31/2012

Case Management Number      LD  0R0808-301190

                                         Current Invoice
Code Task                                Hours          Fees

L110  Fact Investigation/Development      3.30      $    300.30
L120  Analysis/Strategy                   2.30      $    644.00

                              ===============================
                  TOTAL FEES     5.60      $    944.30

                  TOTAL FEES DUE            $    944.30
        TOTAL DISBURSEMENTS DUE            $      0.00
            TOTAL DUE THIS INVOICE         $    944.30



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301191
Fort Washington, PA 19034

                                                           INVOICE #  805441

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301191  TC Number: 72499

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Began research on record documents for new appeal | L510 | MJA | .50 | 297.00 | 148.50 |
| 07/24/12 | Initial research on appeal and record documents | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/25/12 | Began initial review of status of appeal and underlying pleadings to determine initial strategy | L510 | JJE | .60 | 197.00 | 118.20 |

                         FEES                                    $355.80

07/25/12 Copy Charges                              0.00
07/25/12 Copy Charges 0r0808-301191                0.00

                    AMOUNT DUE THIS BILL                        $355.80

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301191

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .80 | 237.60 |
| Joycelyn J. Eason | Associate | 197.00 | .60 | 118.20 |
| Total | | | 1.40 | 355.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301191

BILL AMOUNT          $355.80

INVOICE #  805441

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:         72499
Invoice Date:      09/17/2012
Invoice No.        805441
Period ending:     07/31/2012

Case Management Number      LD  0R0808-301191

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L510 Appellate Motions and Submissions | | 1.40 | $   355.80 |
| TOTAL FEES | | 1.40 | $   355.80 |
| TOTAL FEES DUE | | | $   355.80 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   355.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301192

INVOICE #  805442

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301192  TC Number: 730597

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Review complaint and Florida rules and work on responsive pleading and removal deadline | L210 | JLJ | .30 | 193.00 | 57.90 |
| 07/23/12 | Review docket, complaint, mortgage, riders, and deed in preparation for initial analysis | L210 | JLJ | .70 | 193.00 | 135.10 |
| 07/23/12 | Research regarding answer and motion to dismiss claims against MERS | L210 | JLJ | .90 | 193.00 | 173.70 |
| 07/23/12 | Draft initial case analysis | L210 | JLJ | .40 | 193.00 | 77.20 |
| 07/23/12 | Research regarding waiver of right to remove and filing motion to dismiss | L210 | JLJ | .30 | 193.00 | 57.90 |
| 07/23/12 | Research regarding Fidelity Land Trust company | L210 | JLJ | .60 | 193.00 | 115.80 |
| 07/23/12 | Research regarding removal | L210 | JLJ | .70 | 193.00 | 135.10 |
| 07/23/12 | Analyze issues relating to sources of recovery | L120 | HTC | .20 | 315.00 | 63.00 |
| 07/24/12 | Plan and prepare for answering and removal | L210 | JLJ | .30 | 193.00 | 57.90 |
| 07/24/12 | Correspondence with K.Dutil regarding strategy | L210 | JLJ | .30 | 193.00 | 57.90 |
| 07/24/12 | Research regarding potential sources of recovery | L210 | JLJ | .70 | 193.00 | 135.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

OR0808-301192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Begin drafting notice of removal | L210 | JLJ | .70 | 193.00 | 135.10 |
| 07/25/12 | Research corporate information on MERS and Decision One Mortgage Company | L110 | JAM | 2.40 | 145.00 | 348.00 |
| 07/25/12 | Research tax assessed value of property | L110 | JAM | .20 | 145.00 | 29.00 |
| 07/25/12 | Telephone calls to USDC SDFL clerk regarding removal issues | L110 | JAM | .30 | 145.00 | 43.50 |
| 07/25/12 | Telephone call to Palm Beach County Clerk's office regarding service on defendants | L110 | JAM | .20 | 145.00 | 29.00 |
| 07/25/12 | Begin drafting motion to dismiss complaint | L210 | JLJ | 1.30 | 193.00 | 250.90 |
| 07/25/12 | Draft corporate disclosure statement of MERS | L210 | JLJ | .20 | 193.00 | 38.60 |
| 07/25/12 | Correspondence with K.Dutill regarding note and case strategy | L210 | JLJ | .40 | 193.00 | 77.20 |
| 07/26/12 | Draft motion to dismiss, including fact section and argument section regarding standing | L210 | JLJ | 3.40 | 193.00 | 656.20 |
| 07/26/12 | Analyze issues relating to removal and dismissal | L250 | HTC | .20 | 315.00 | 63.00 |
| 07/26/12 | Research in preparation for removal | L210 | JLJ | .30 | 193.00 | 57.90 |
| 07/26/12 | Review correspondence from K.Dutill regarding service on US Bank | L210 | JLJ | .10 | 193.00 | 19.30 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
SEPTEMBER 17, 2012

0R0808-301192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Review correspondence from K.Dutill regarding article regarding fidelity | L120 | JLJ | .20 | 193.00 | 38.60 |
| 07/26/12 | Research standing to sue | L210 | JLJ | 2.60 | 193.00 | 501.80 |
| 07/27/12 | Review and edit motion to dismiss | L250 | HTC | 2.60 | 315.00 | 819.00 |
| 07/27/12 | Conference call with B.Blake and K.Dutill regarding review of transcript and consent order and draft memorandum regarding the same | L190 | JLJ | 1.20 | 193.00 | 231.60 |
| 07/27/12 | E-mail correspondence with K.Dutill regarding notice of removal and motion to dismiss | L210 | JLJ | .20 | 193.00 | 38.60 |
| 07/27/12 | Research regarding counter-claim | L210 | JLJ | .30 | 193.00 | 57.90 |
| 07/29/12 | Review and analyze issues relating to cases regarding baselessness of claims asserted by land trusts such as fidelity | L120 | HTC | .10 | 315.00 | 31.50 |
| 07/30/12 | Edit revised motion to dismiss to add paragraph regarding Fidelity's failure to be a bona fide purchase and to include discussion relating to JP Morgan v. Millennium case, which also dealt with similar issue | L250 | HTC | .40 | 315.00 | 126.00 |
| 07/30/12 | Assemble exhibits to Motion to Dismiss | L230 | JAM | .60 | 145.00 | 87.00 |
| 07/30/12 | Final review of Motion to Dismiss prior to submission to court | L230 | JAM | .70 | 145.00 | 101.50 |
| 07/30/12 | Review correspondence from K.Dutill regarding servicing file | L210 | JLJ | .10 | 193.00 | 19.30 |



| BRADLEY ARANT |
| BOULT CUMMINGS |
| LLP |

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
SEPTEMBER 17, 2012

0R0808-301192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Review and analyze servicing file in preparation for filing motion to dismiss | L210 | JLJ | 2.20 | 193.00 | 424.60 |
| 07/30/12 | Research regarding waiver of right to remove, motion to dismiss, research federal and local rules regarding time to answer and remove and filing requirements | C200 | JLJ | .50 | 193.00 | 96.50 |
| 07/30/12 | Correspondence with K.Dutill regarding additional information needed for motion to dismiss | L210 | JLJ | .20 | 193.00 | 38.60 |
| 07/30/12 | Review and revise notice of removal, certificate of removal and notice of filing notice of removal | L210 | JLJ | .40 | 193.00 | 77.20 |
| 07/30/12 | Revise motion to dismiss, citation check of case law, and gather exhibits in preparation for filing | L210 | JLJ | 2.20 | 193.00 | 424.60 |
| 07/30/12 | Research regarding state standard for motion to dismiss and draft legal standard portion of motion to dismiss | L210 | JLJ | .60 | 193.00 | 115.80 |
| 07/30/12 | Review correspondence from K.Dutill and B.Blake regarding strategy | L210 | JLJ | .40 | 193.00 | 77.20 |
| 07/31/12 | Review and revise notice of removal, corporate disclosure statement of MERS and US Bank, notice of filing notice of removal, certificate of removal and plan and prepare for additional documents needed for removal | L210 | JLJ | 1.20 | 193.00 | 231.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
SEPTEMBER 17, 2012

0R0808-301192

FED ID NO. 63-0243316

FEES                                          $6,643.80

| | | |
|---|---|---|
| 07/30/12 | Copy Charges | 0.00 |
| 07/30/12 | Copy Charges | 0.00 |
| 07/30/12 | Copy Charges | 0.00 |
| 07/30/12 | Copy Charges | 0.00 |
| 07/30/12 | Copy Charges | 0.00 |
| 07/26/12 | Computerized Legal Research-Westlaw Westlaw<br>         User: JONES,JESSICA | 0.00 |
| 07/27/12 | Computerized Legal Research-Westlaw Westlaw<br>         User: JONES,JESSICA | 0.00 |
| 07/30/12 | Computerized Legal Research-Westlaw Westlaw<br>         User: JONES,JESSICA | 0.00 |
| 07/31/12 | Computerized Legal Research-Westlaw Westlaw<br>         User: JONES,JESSICA | 0.00 |

AMOUNT DUE THIS BILL            $6,643.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
SEPTEMBER 17, 2012

0R0808-301192

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 3.50 | 1,102.50 |
| Jamie Mathews | Paralegal | 145.00 | 4.40 | 638.00 |
| Jessica L. Jones | Associate | 193.00 | 23.90 | 4,612.70 |
| Total | | | 31.80 | 6,353.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301192
INVOICE #  805442

BILL AMOUNT        $6,643.80

To:     ResCap                          TC Number:        730597
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805442
                                        Period ending:    07/31/2012

Case Management Number     LD   0R0808-301192

|                                                       | Current Invoice | |
| Code Task                                             | Hours | Fees |
| --- | --- | --- |
| C200 Researching Law                                  | 0.50  | $      96.50 |
| L110 Fact Investigation/Development                   | 3.10  | $     449.50 |
| L120 Analysis/Strategy                                | 0.50  | $     133.10 |
| L190 Other Case Assessment, Develop't/Admin           | 1.20  | $     231.60 |
| L210 Pleadings                                        | 22.00 | $   4,246.00 |
| L230 Court Mandated Conferences                       | 1.30  | $     188.50 |
| L250 Other Written Motions/Submissions                | 3.20  | $   1,008.00 |

```
                        ==================================
            TOTAL FEES   31.80    $  6,643.80

                TOTAL FEES DUE             $  6,643.80
        TOTAL DISBURSEMENTS DUE            $      0.00
        TOTAL DUE THIS INVOICE            $  6,643.80
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0R0808-301193
Fort Washington, PA 19034

                                                          INVOICE #  805443

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301193   TC Number: 730547

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Review and respond to client e-mail with attached answer and affirmative defenses regarding receipt of new matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/19/12 | Review new file, e-mail foreclosure counsel regarding pleadings and case file, and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 07/20/12 | Review pleadings from foreclosure counsel to determine status of case and prepare memo analyzing merits of alleged affirmative defenses | L110 | KK | .20 | 91.00 | 18.20 |
| 07/29/12 | Review file and begin draft of memo to determine merits of alleged affirmative defenses | L110 | KK | .40 | 91.00 | 36.40 |
| 07/30/12 | Review TILA disclosures and edit memo to reflect dates disclosure sent to borrower | L110 | KK | .20 | 91.00 | 18.20 |

                              FEES                              $119.00

                    AMOUNT DUE THIS BILL                        $119.00

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301193

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | 1.00 | 91.00 |
| Total | | | 1.10 | 119.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            SEPTEMBER 17, 2012
                                                  0R0808-301193
BILL AMOUNT          $119.00                      INVOICE #  805443

To:    ResCap                      TC Number:      730547
       1100 Virginia Drive         Invoice Date:   09/17/2012
       Fort Washington, PA 19034   Invoice No.     805443
                                   Period ending:  07/31/2012

Case Management Number     LD  0R0808-301193

                                          Current Invoice
Code Task                           Hours           Fees

L110 Fact Investigation/Development  1.00    $    91.00
L120 Analysis/Strategy               0.10    $    28.00

                    ==================================
              TOTAL FEES             1.10    $   119.00

                    TOTAL FEES DUE           $   119.00
              TOTAL DISBURSEMENTS DUE        $     0.00
                 TOTAL DUE THIS INVOICE      $   119.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0R0808-301194
Fort Washington, PA 19034

                                                           INVOICE #  805444

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301194   TC Number: 730773

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Review new file, e-mail foreclosure counsel regarding pleadings and research docket in Litchfield, Connecticut Superior Court to determine status of case | L110 | KK | .40 | 91.00 | 36.40 |
| 07/26/12 | Email to client regarding status of recently received file and strategy for handling same | C300 | JJE | .10 | 197.00 | 19.70 |
| 07/27/12 | Review alleged affirmative defenses and e-mail foreclosure counsel regarding follow-up to request for pleadings and case file | L110 | KK | .20 | 91.00 | 18.20 |

                        FEES                               $74.30

                 AMOUNT DUE THIS BILL                      $74.30

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301194

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | .70 | 74.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                         0R0808-301194
BILL AMOUNT          $74.30                              INVOICE #  805444

To:    ResCap                      TC Number:           730773
       1100 Virginia Drive         Invoice Date:        09/17/2012
       Fort Washington, PA 19034   Invoice No.          805444
                                   Period ending:       07/31/2012

Case Management Number      LD  0R0808-301194

                                        Current Invoice
Code Task                               Hours          Fees

C300 Analysis and Advice                 0.10    $     19.70
L110 Fact Investigation/Development      0.60    $     54.60

                          ============================
              TOTAL FEES   0.70    $     74.30

                  TOTAL FEES DUE          $     74.30
          TOTAL DISBURSEMENTS DUE         $      0.00
            TOTAL DUE THIS INVOICE        $     74.30



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301195

INVOICE #  805445

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301195  TC Number: 730758

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Research on appeal documents and case background | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/30/12 | E-mail to K.Dutill regarding whether borrower has dismissed or will dismiss appeal in light of grant of loan modification | L120 | JMH | .10 | 241.00 | 24.10 |

|  |  |
|---|---|
| FEES | $113.20 |
| AMOUNT DUE THIS BILL | $113.20 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301195

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Jonathan Hooks | Associate | 241.00 | .10 | 24.10 |
| Total | | | .40 | 113.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301195

BILL AMOUNT          $113.20

INVOICE #  805445

To:    ResCap                           TC Number:        730758
       1100 Virginia Drive              Invoice Date:     09/17/2012
       Fort Washington, PA 19034        Invoice No.       805445
                                        Period ending:    07/31/2012

Case Management Number      LD  0R0808-301195

|              |                                    | Current Invoice | |
|--------------|------------------------------------|-------|---------|
| Code | Task |                                    | Hours |    Fees |
| L120 | Analysis/Strategy                         | 0.10  | $  24.10 |
| L510 | Appellate Motions and Submissions         | 0.30  | $  89.10 |
|      | ================================== | | |
|      | TOTAL FEES                                | 0.40  | $ 113.20 |

                 TOTAL FEES DUE            $   113.20
         TOTAL DISBURSEMENTS DUE           $     0.00
         TOTAL DUE THIS INVOICE            $   113.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301196

INVOICE #  805446

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301196  TC Number: 730737

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Analyze motion to determine mortgage current and for sanctions and related bankruptcy pleadings | L120 | CLHA | 1.60 | 345.00 | 552.00 |

FEES                                $552.00

AMOUNT DUE THIS BILL                 $552.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301196

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.60 | 552.00 |
| Total | | | 1.60 | 552.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301196
BILL AMOUNT          $552.00                                   INVOICE #  805446

---

To:    ResCap                          TC Number:        730737
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805446
                                       Period ending:    07/31/2012


Case Management Number       LD   0R0808-301196


                                           Current Invoice
Code Task                              Hours            Fees

L120 Analysis/Strategy                  1.60    $     552.00

                           ==========================================
                    TOTAL FEES          1.60    $     552.00

                    TOTAL FEES DUE               $     552.00
              TOTAL DISBURSEMENTS DUE            $       0.00
               TOTAL DUE THIS INVOICE            $     552.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
1100 Virginia Drive                                   0R0808-301197
Fort Washington, PA 19034

                                                      INVOICE #   805447

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301197   TC Number: 730818

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Review docket to determine status of appeal and briefing schedule | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/26/12 | Research appeal documents and case status | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/26/12 | Exchange e-mails with P.Stokes regarding Sanchez | L120 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Initial review of trial counsel file | L120 | CWH | .30 | 330.00 | 99.00 |
| 07/26/12 | Analyze docket and status of pleadings to determine procedural posture, deadlines for filing appellate brief and to begin developing initial strategy | L510 | JJE | .30 | 197.00 | 59.10 |
| 07/31/12 | Began initial review of pleadings and motions filed in the underlying foreclosure action and counterclaims to determine possible grounds for appeal | L510 | JJE | 3.60 | 197.00 | 709.20 |

                      FEES                               $1,051.40


                      AMOUNT DUE THIS BILL               $1,051.40

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301197

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Joycelyn J. Eason | Associate | 197.00 | 3.90 | 768.30 |
| Total | | | 4.90 | 1,051.40 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301197

BILL AMOUNT        $1,051.40                                    INVOICE #  805447

To:     ResCap                          TC Number:        730818
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805447
                                        Period ending:    07/31/2012

Case Management Number      LD  0R0808-301197

|            |                                    | Current Invoice |          |
| Code | Task                          | Hours |      Fees |
|------|-------------------------------|-------|-----------|
| L110 | Fact Investigation/Development | 0.20  | $   29.00 |
| L120 | Analysis/Strategy             | 0.50  | $  165.00 |
| L510 | Appellate Motions and Submissions | 4.20 | $  857.40 |

```
                        ===================================
            TOTAL FEES    4.90    $  1,051.40

                    TOTAL FEES DUE          $  1,051.40
            TOTAL DISBURSEMENTS DUE         $      0.00
            TOTAL DUE THIS INVOICE          $  1,051.40
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            OR0808-301198
Fort Washington, PA 19034

                                                               INVOICE #  805448

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

OR0808-301198   TC Number: 730659

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/26/12 | Review and respond to client e-mail with attached answer and affirmative defenses regarding receipt of new matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/26/12 | Receive and review new file, research Second Judicial District Court in Santa Fe, New Mexico and e-mail foreclosure counsel regarding pleadings and case file | L110 | KK | .60 | 91.00 | 54.60 |
| 07/29/12 | Review  file and begin draft of memo analyzing merits of alleged affirmative defenses | L110 | KK | .30 | 91.00 | 27.30 |

                              FEES                              $109.90


                        AMOUNT DUE THIS BILL                    $109.90


                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301198

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Kerry Keane | Paralegal | 91.00 | .90 | 81.90 |
| Total | | | 1.00 | 109.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                SEPTEMBER 17, 2012
                                                                      0R0808-301198
BILL AMOUNT          $109.90                                          INVOICE #  805448

To:    ResCap                            TC Number:          730659
       1100 Virginia Drive               Invoice Date:       09/17/2012
       Fort Washington, PA 19034         Invoice No.         805448
                                         Period ending:      07/31/2012

Case Management Number        LD  0R0808-301198

                                              Current Invoice
Code Task                                Hours            Fees

L110  Fact Investigation/Development      0.90    $      81.90
L120  Analysis/Strategy                   0.10    $      28.00

                                  =================================
                  TOTAL FEES      1.00    $     109.90

                  TOTAL FEES DUE          $     109.90
          TOTAL DISBURSEMENTS DUE         $       0.00
          TOTAL DUE THIS INVOICE          $     109.90



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301199

INVOICE #  805449

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301199  TC Number: 730714

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Correspondence to K.Dutill regarding handling of file | L110 | AHC | .10 | 145.00 | 14.50 |
| 07/26/12 | Discuss borrower's adversary complaint and the VOC complaint with J.Ho | L120 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Analyze Borrowers' consumer protection complaint | L120 | DCL | .70 | 376.00 | 263.20 |
| 07/27/12 | Revise consumer fraud response letter for GMACM's VOC group | L320 | DCL | 2.10 | 376.00 | 789.60 |
| 07/30/12 | Analyze pleadings and prepare case strategy | L120 | DCL | 1.50 | 376.00 | 564.00 |
| 07/30/12 | Review and analysis of initial pleadings and client documents for case status update | L140 | RBB | .50 | 149.00 | 74.50 |

FEES                                                    $1,771.80

AMOUNT DUE THIS BILL                      $1,771.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301199

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Dana C. Lumsden | Partner | 376.00 | 4.30 | 1,616.80 |
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Robert B. Benson | Paralegal | 149.00 | .50 | 74.50 |
| Total | | | 5.10 | 1,771.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0808-301199
BILL AMOUNT        $1,771.80                                  INVOICE #  805449

To:    ResCap                        TC Number:        730714
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805449
                                     Period ending:    07/31/2012

Case Management Number     LD  0R0808-301199

                                            Current Invoice
Code Task                                 Hours          Fees

L110  Fact Investigation/Development        0.10    $      14.50
L120  Analysis/Strategy                     2.40    $     893.20
L140  Document/File Management              0.50    $      74.50
L320  Document Production                   2.10    $     789.60

                            ===================================
                    TOTAL FEES     5.10    $   1,771.80

                    TOTAL FEES DUE          $   1,771.80
              TOTAL DISBURSEMENTS DUE       $       0.00
              TOTAL DUE THIS INVOICE        $   1,771.80



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0808-301200

INVOICE #  805450

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301200   TC Number: 730891

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Analysis of new case information including Complaint in preparation of removing from state to federal court. | L110 | MST | .50 | 150.00 | 75.00 |
| 07/27/12 | Review and analyze new SCRA complaint and email analysis to J.Hoy | L120 | KSA | .90 | 223.00 | 200.70 |
| 07/27/12 | Draft notice of removal state court notice and corporate disclosure statement and outline motion to dismiss complaint | L210 | KSA | 1.80 | 223.00 | 401.40 |
| 07/30/12 | Review account history notes and prior motions to prepare motion to dismiss | L120 | KSA | 1.20 | 223.00 | 267.60 |

FEES                                                $944.70

AMOUNT DUE THIS BILL                 $944.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301200

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .50 | 75.00 |
| Keith S. Anderson | Associate | 223.00 | 3.90 | 869.70 |
| Total | | | 4.40 | 944.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0808-301200

BILL AMOUNT          $944.70

INVOICE #  805450

To:    ResCap                        TC Number:        730891
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805450
                                      Period ending:    07/31/2012

Case Management Number      LD  0R0808~301200

|      |                              | Current Invoice |       |
|------|------------------------------|-------|---------|
| Code | Task                         | Hours | Fees    |
| L110 | Fact Investigation/Development | 0.50 | $ 75.00 |
| L120 | Analysis/Strategy            | 2.10  | $ 468.30 |
| L210 | Pleadings                    | 1.80  | $ 401.40 |
|      | TOTAL FEES                   | 4.40  | $ 944.70 |

                    TOTAL FEES DUE              $   944.70
              TOTAL DISBURSEMENTS DUE           $     0.00
              TOTAL DUE THIS INVOICE            $   944.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0808-301204
Fort Washington, PA 19034

INVOICE #  805451

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301204   TC Number: 730895

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Analyze client documents in connection with new file | B110 | RR | 2.50 | 215.00 | 537.50 |

FEES                                    $537.50

AMOUNT DUE THIS BILL                    $537.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301204

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Ryan Robichaux | Associate | 215.00 | 2.50 | 537.50 |
| Total | | | 2.50 | 537.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301204
BILL AMOUNT          $537.50                    INVOICE #  805451

To:    ResCap                      TC Number:        730895
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805451
                                   Period ending:    07/31/2012

Case Management Number      LD  0R0808-301204

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| B110 Case Administration | | 2.50 | $    537.50 |
| | | ================================ | |
| TOTAL FEES | | 2.50 | $    537.50 |
| | | | |
| TOTAL FEES DUE | | $    537.50 | |
| TOTAL DISBURSEMENTS DUE | | $      0.00 | |
| TOTAL DUE THIS INVOICE | | $    537.50 | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 17, 2012
1100 Virginia Drive                                             0R0808-301206
Fort Washington, PA 19034

                                                                INVOICE #  805452

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301206   TC Number: 705012

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Email with counsel regarding loan modification request and email to client regarding same | C400 | EAF | .20 | 358.00 | 71.60 |
| 07/12/12 | Email to foreclosure counsel regarding status of case in response to inquiry | C400 | EAF | .20 | 358.00 | 71.60 |
| 07/20/12 | Review Appellant's Brief and begin outlining arguments in response | L520 | EAF | .70 | 358.00 | 250.60 |
| 07/24/12 | Review appellant's brief and revievw issues associated with loss mitigation argument | L520 | EAF | 4.80 | 358.00 | 1,718.40 |
| 07/25/12 | Research relating to standing argument and loss mitigation argument and draft sections of brief relating to same | L520 | EAF | 3.30 | 358.00 | 1,181.40 |
| 07/26/12 | Emails to foreclosure counsel requesting complete Order to Docket and relating to issues associated with Corrective Affidavit | C400 | EAF | .40 | 358.00 | 143.20 |
| 07/26/12 | Emails with client regarding status of loan modification request | C400 | EAF | .30 | 358.00 | 107.40 |
| 07/26/12 | Continue preparing appellate brief including Statement of Facts and arguments relating to loss mitigation and standing made pre-sale and post-sale and absence of court error | L520 | EAF | 5.20 | 358.00 | 1,861.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301206

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Legal research re mortgage assignment argument in appeal | L520 | SAP | 1.50 | 323.00 | 484.50 |
| 07/27/12 | Continue drafting appellate brief regarding appellant's standing and loss mitigation arguments | L520 | EAF | 3.50 | 358.00 | 1,253.00 |
| 07/27/12 | Review correspondence from counsel for borrower regarding missing pages from record extract | C400 | EAF | .20 | 358.00 | 71.60 |
| 07/28/12 | Continue preparing brie, including section relating to standing issue and whether recordation of assignment is required by Commercial Law Article or Real Property Article | L520 | EAF | 2.70 | 358.00 | 966.60 |

FEES                                              $8,181.50

AMOUNT DUE THIS BILL                              $8,181.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301206

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 21.50 | 7,697.00 |
| Steven A. Pozefsky | Associate | 323.00 | 1.50 | 484.50 |
| Total | | | 23.00 | 8,181.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
                                                0R0808-301206
BILL AMOUNT        $8,181.50                     INVOICE #  805452

To:    ResCap                      TC Number:        705012
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805452
                                   Period ending:    07/31/2012

Case Management Number      LD  0R0808-301206

                                        Current Invoice
Code Task                               Hours          Fees

C400 Third Party Communication          1.30     $     465.40
L520 Appellate Briefs                  21.70     $   7,716.10

                                 ========================================
                    TOTAL FEES     23.00     $   8,181.50

                 TOTAL FEES DUE              $   8,181.50
           TOTAL DISBURSEMENTS DUE          $       0.00
              TOTAL DUE THIS INVOICE        $   8,181.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 17, 2012
1100 Virginia Drive                             0R0808-301753
Fort Washington, PA 19034

                                                INVOICE #  805453

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301753   TC Number: 726541

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Draft status update for client as follows: We prepared and submitted a foreclosure checklist to GMAC.  This matter is being referred to local counsel. | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/11/12 | Respond to P.Stokes' request for bankruptcy stay status | L190 | JDV | .10 | 219.00 | 21.90 |

                         FEES                              $65.70

                   AMOUNT DUE THIS BILL                    $65.70

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0808-301753

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | .30 | 65.70 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0808-301753
BILL AMOUNT          $65.70                                     INVOICE #  805453

To:    ResCap                          TC Number:        726541
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805453
                                       Period ending:    07/31/2012

Case Management Number      LD  0R0808-301753

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.30 | $    65.70 |
| | | ========================== | |
| TOTAL FEES | | 0.30 | $    65.70 |

TOTAL FEES DUE                    $    65.70
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE            $    65.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0r0808-301763

INVOICE #  805454

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0r0808-301763   TC Number: 726923

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Draft status report for client as follows: On June 6, 2012, Intervenor Hinman Properties, LLC filed a Motion for Reconsideration and Clarification. On June 7, 2012, Intervenor served interrogatories, requests for production of documents and requests for admission to BONY.  Pendergast is preparing the responses. | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/11/12 | Respond to P.Stokes' request for bankruptcy stay status | L190 | JDV | .10 | 219.00 | 21.90 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on lawsuit | L120 | JDV | .10 | 219.00 | 21.90 |

FEES                                          $87.60

AMOUNT DUE THIS BILL                 $87.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0r0808-301763

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .40 | 87.60 |
| Total |  |  | .40 | 87.60 |



## BRADLEY ARANT
## BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0r0808-301763
BILL AMOUNT          $87.60                                    INVOICE #  805454

To:    ResCap                          TC Number:        726923
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805454
                                       Period ending:    07/31/2012

Case Management Number        LD   0r0808-301763

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $   21.90 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $   65.70 |

```
                          =================================
                 TOTAL FEES      0.40    $    87.60

                 TOTAL FEES DUE           $    87.60
        TOTAL DISBURSEMENTS DUE           $     0.00
           TOTAL DUE THIS INVOICE         $    87.60
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0R0808-301786
Fort Washington, PA 19034

                                                    INVOICE #  805455

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0808-301786   TC Number: 727555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/01/12 | Analyze the various claims and parties in case | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/02/12 | Analyze the various claims and whether there is an alternative avenue of recovery | L210 | CWH | .30 | 330.00 | 99.00 |
| 07/05/12 | Call D. Browning regarding form of proof of claim | L160 | KRS | .10 | 210.00 | 21.00 |
| 07/05/12 | Draft settlement proposal and email correspondence with J.Ho regarding same | L160 | KRS | .80 | 210.00 | 168.00 |
| 07/05/12 | Draft proof of claim against Southern National Title | L160 | KRS | 1.20 | 210.00 | 252.00 |
| 07/06/12 | Revise settlement agreement and email correspondence with J.Ho regarding same | L160 | KRS | .30 | 210.00 | 63.00 |
| 07/06/12 | Continue drafting and revising proof of claim against Southern National Title Insurance Co. and email correspondence with J.Ho regarding same | L160 | KRS | .80 | 210.00 | 168.00 |
| 07/09/12 | Conference with J.Ho regarding revisions to proof of claim and settlement agreement | L160 | KRS | .40 | 210.00 | 84.00 |
| 07/13/12 | Email correspondence with V.Smith regarding settlement agreement | L160 | KRS | .10 | 210.00 | 21.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0808-301786

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Email correspondence regarding revisions to proof of claim | L160 | KRS | .30 | 210.00 | 63.00 |
| 07/20/12 | Draft cover letter to accompany proof of claim to department of insurance | L160 | KRS | .20 | 210.00 | 42.00 |
| 07/20/12 | Email correspondence with J.Ho regarding settlement agreement | L160 | KRS | .10 | 210.00 | 21.00 |
| 07/20/12 | Draft status report regarding settlement and proof of claim filed with insurance department | L160 | KRS | .10 | 210.00 | 21.00 |
| 07/26/12 | Email correspondence regarding execution of settlement agreement | L160 | KRS | .10 | 210.00 | 21.00 |
| 07/27/12 | Email with J.Ho and V.Smith regarding settlement agreement | L160 | KRS | .20 | 210.00 | 42.00 |

|   |   |   |   |
|---|---|---|---|
| | FEES | | $1,152.00 |
| 07/06/12 Copy Charges | | 0.00 | |
| 07/06/12 Copy Charges | | 0.00 | |
| 07/20/12 Copy Charges | | 0.00 | |
| | AMOUNT DUE THIS BILL | | $1,152.00 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0808-301786

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Kathleen R. Shields O'Beir | Associate | 210.00 | 4.70 | 987.00 |
| Total | | | 5.20 | 1,152.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
                                                    0R0808-301786
BILL AMOUNT        $1,152.00                         INVOICE #  805455

To:    ResCap                        TC Number:        727555
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805455
                                     Period ending:    07/31/2012

Case Management Number      LD   0R0808-301786

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $    66.00 |
| L160 | Settlement/Non-Binding ADR | 4.70 | $   987.00 |
| L210 | Pleadings | 0.30 | $    99.00 |
| | TOTAL FEES | 5.20 | $ 1,152.00 |

                    TOTAL FEES DUE            $ 1,152.00
            TOTAL DISBURSEMENTS DUE           $     0.00
            TOTAL DUE THIS INVOICE            $ 1,152.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0R0809-301001
Fort Washington, PA 19034

                                                               INVOICE #  805329

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301001  TC Number: 728122

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |

                                    FEES                              $43.50

                              AMOUNT DUE THIS BILL                    $43.50

                      ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0809-301001

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Total | | | .30 | 43.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 17, 2012
                                                                   0R0809-301001
BILL AMOUNT             $43.50                                      INVOICE #  805329

```
To:     ResCap                         TC Number:        728122
        1100 Virginia Drive            Invoice Date:     09/17/2012
        Fort Washington, PA 19034      Invoice No.       805329
                                       Period ending:    07/31/2012


Case Management Number      LD  0R0809-301001


                                       Current Invoice
Code Task                              Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.30   $    43.50

                        =================================
                TOTAL FEES            0.30   $    43.50

                TOTAL FEES DUE                $    43.50
            TOTAL DISBURSEMENTS DUE            $     0.00
            TOTAL DUE THIS INVOICE            $    43.50
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0809-301002

INVOICE #  805330

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301002   TC Number: 728260

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Draft status report for client review | B110 | CSM | .10 | 300.00 | 30.00 |
|          |             |      |       |       | FEES | $30.00 |
|          |             |      | AMOUNT DUE THIS BILL | | | $30.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0809-301002

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .10 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                        SEPTEMBER 17, 2012
                                              0R0809-301002
BILL AMOUNT          $30.00                   INVOICE #  805330

To:   ResCap                    TC Number:        728260
      1100 Virginia Drive       Invoice Date:     09/17/2012
      Fort Washington, PA 19034  Invoice No.       805330
                                Period ending:    07/31/2012

Case Management Number     LD   0R0809-301002

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| B110 Case Administration | | 0.10 | $    30.00 |
| TOTAL FEES | | 0.10 | $    30.00 |

TOTAL FEES DUE              $    30.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $    30.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0809-301003

INVOICE #  805332

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301003   TC Number: 728882

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Emails to and from client contact pertaining to whether GMAC agrees to enter into a dismissal and other litigation issues | L120 | NJV | .20 | 258.00 | 51.60 |
| 07/10/12 | Draft stipulation of dismissal and send to opposing counsel for signature and filing | L120 | NJV | .60 | 258.00 | 154.80 |
| 07/16/12 | Review file to ensure we can close it | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/31/12 | Draft monthly status report for client review | L120 | NJV | .10 | 258.00 | 25.80 |

FEES                                    $265.20

07/10/12 Express Mail/Fedex                          0.00

AMOUNT DUE THIS BILL            $265.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0809-301003

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Nicholas J. Voelker | Associate | 258.00 | .90 | 232.20 |
| Total | | | 1.00 | 265.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
                                                          0R0809-301003
BILL AMOUNT        $265.20                                INVOICE #  805332

To:    ResCap                        TC Number:           728882
       1100 Virginia Drive           Invoice Date:        09/17/2012
       Fort Washington, PA 19034      Invoice No.          805332
                                     Period ending:       07/31/2012

Case Management Number      LD  0R0809-301003

                                         Current Invoice
Code Task                            Hours              Fees

L110 Fact Investigation/Development   0.10    $     33.00
L120 Analysis/Strategy                0.90    $    232.20

                              =================================
                TOTAL FEES            1.00    $    265.20

                TOTAL FEES DUE                 $    265.20
       TOTAL DISBURSEMENTS DUE                 $      0.00
          TOTAL DUE THIS INVOICE               $    265.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0809-301004

INVOICE #  805334

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301004   TC Number: 729386

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Review client documents and pleading received to date in preparation of initial litigation analysis | L190 | LADA | .30 | 65.00 | 19.50 |
| 07/11/12 | Continue review of client documents and pleading received to date in preparation of initial litigation analysis | L190 | LADA | .30 | 65.00 | 19.50 |
| 07/11/12 | Exchange emails with client contact regarding suggestion of bankruptcy | L120 | MSW | .10 | 254.00 | 25.40 |
| 07/18/12 | Conversation with opposing counsel regarding demand for refund of insurance premium and credit reporting repair | L120 | MSW | .40 | 254.00 | 101.60 |
| 07/18/12 | Review insurance documents and correspondence related to force placed insurance | L120 | MSW | .60 | 254.00 | 152.40 |
| 07/25/12 | Draft monthly status report for client review | L120 | MSW | .10 | 254.00 | 25.40 |
| 07/31/12 | Draft initial case analysis of claims, defenses and strategy | L120 | MSW | 1.60 | 254.00 | 406.40 |

FEES                                                    $750.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 17, 2012

0R0809-301004

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $750.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
ResCap                                                    SEPTEMBER 17, 2012

0R0809-301004

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | 2.80 | 711.20 |
| Lucinda Kish | Paralegal | 65.00 | .60 | 39.00 |
| Total | | | 3.40 | 750.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
                                                             0R0809-301004
BILL AMOUNT          $750.20                                 INVOICE #  805334

To:    ResCap                         TC Number:           729386
       1100 Virginia Drive            Invoice Date:        09/17/2012
       Fort Washington, PA 19034      Invoice No.          805334
                                      Period ending:       07/31/2012

Case Management Number      LD   0R0809-301004

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L120 | Analysis/Strategy | 2.80 | $ 711.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $ 39.00 |
| | TOTAL FEES | 3.40 | $ 750.20 |

                          TOTAL FEES DUE          $   750.20
                   TOTAL DISBURSEMENTS DUE        $     0.00
                   TOTAL DUE THIS INVOICE         $   750.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0809-301006

INVOICE # 805336

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301006   TC Number: 729471

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Review and analyze HOA's claims in suit and effect of bankruptcy stay | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/02/12 | Review history of GMAC and HOA's negotiations and develop strategy for resolution | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/02/12 | Draft email to client contact regarding automatic stay and possible counterclaim | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/02/12 | Research regarding (1) effect of bankruptcy filing on HOA's lien rights; and (2) Florida foreclosure laws | L120 | CSM | 2.00 | 300.00 | 600.00 |
| 07/10/12 | Draft monthly status report for client review | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/16/12 | Review HOA's claims for fees and analyze effect of automatic stay | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/16/12 | Review foreclosure case docket, fact package, and correspondence with HOA for purposes of drafting timeline | L110 | CSM | 1.20 | 300.00 | 360.00 |
| 07/16/12 | Draft second request for additional time to respond to/answer complaint | L250 | CSM | .20 | 300.00 | 60.00 |
| 07/16/12 | Draft case timeline | P280 | CSM | .40 | 300.00 | 120.00 |
| 07/18/12 | Revise and finalize notice of bankruptcy | L250 | CSM | .30 | 300.00 | 90.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0809-301006

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | E-mail correspondence with client contact regarding filing of notice of bankruptcy | C400 | CSM | .10 | 300.00 | 30.00 |
| 07/18/12 | Review and analyze claims in case and timeline of events in order to develop case strategy | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/18/12 | Draft summary email to GMAC with recommendation that it file a notice of bankruptcy and only pay future HOA dues | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/19/12 | Discussion with client contact about the identity of HOA's counsel and notice of bankruptcy | L110 | CWH | .20 | 330.00 | 66.00 |

FEES                                                      $1,884.00

07/05/12  Express Mail/Fedex                        0.00

AMOUNT DUE THIS BILL               $1,884.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 17, 2012

0R0809-301006

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.80 | 594.00 |
| Cory S. Menees | Associate | 300.00 | 4.30 | 1,290.00 |
| Total | | | 6.10 | 1,884.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT       $1,884.00

SEPTEMBER 17, 2012
0R0809-301006
INVOICE #  805336

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        729471
Invoice Date:     09/17/2012
Invoice No.       805336
Period ending:    07/31/2012

Case Management Number      LD  0R0809-301006

|      | Current Invoice | | |
|------|-------|---|------|
| Code Task |   Hours |   | Fees |
| B110 Case Administration | 0.10 | $ | 30.00 |
| C400 Third Party Communication | 0.10 | $ | 30.00 |
| L110 Fact Investigation/Development | 3.00 | $ | 954.00 |
| L120 Analysis/Strategy | 2.00 | $ | 600.00 |
| L250 Other Written Motions/Submissions | 0.50 | $ | 150.00 |
| P280 Other | 0.40 | $ | 120.00 |
| ================================= | | | |
| TOTAL FEES | 6.10 | $ | 1,884.00 |
| TOTAL FEES DUE | | $ | 1,884.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 1,884.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0809-301007

INVOICE #  805338

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301007  TC Number: 730086

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Further analysis and review of initial file materials regarding transfer to BABC | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/05/12 | Retrieval of docket report and analysis of initial file materials regarding case strategy and responsive deadlines | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/12/12 | Assimilation and compilation of fact package totaling 70 pages | L110 | ABB | .80 | 150.00 | 120.00 |
| 07/16/12 | Revised and edited notice of bankruptcy | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/18/12 | Finalize Suggestion of Bankruptcy and prepare same for filing with the Court and service upon all parties | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/30/12 | Review answer of Compass Bank sent by client contact | L210 | JHP | .20 | 245.00 | 49.00 |

FEES                                            $428.00

AMOUNT DUE THIS BILL                             $428.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 17, 2012

0R0809-301007

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 2.20 | 330.00 |
| Jon H. Patterson | Associate | 245.00 | .40 | 98.00 |
| Total | | | 2.60 | 428.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 17, 2012
0R0809-301007
INVOICE #  805338

BILL AMOUNT          $428.00

To:    ResCap                          TC Number:        730086
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805338
                                       Period ending:    07/31/2012

Case Management Number      LD   0R0809-301007

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 2.20 | $    330.00 |
| L210 | Pleadings | 0.40 | $     98.00 |
| | TOTAL FEES | 2.60 | $    428.00 |

TOTAL FEES DUE                    $    428.00
TOTAL DISBURSEMENTS DUE           $      0.00
TOTAL DUE THIS INVOICE            $    428.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0R0809-301008
Fort Washington, PA 19034

                                                             INVOICE #  805340

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301008   TC Number: 730145

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review class action complaint and exchange e-mails with client about notice of bankruptcy | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/11/12 | Exchange e-mails with D.Booth to confirm that the notice of bankruptcy was filed | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/23/12 | E-mail correspondence with D.Booth regarding filing of bankruptcy notice | L190 | CSM | .10 | 300.00 | 30.00 |

                             FEES                                    $129.00


                      AMOUNT DUE THIS BILL                           $129.00


               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0809-301008

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .40 | 129.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 17, 2012
0R0809-301008

BILL AMOUNT          $129.00

INVOICE #  805340

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:         730145
Invoice Date:      09/17/2012
Invoice No.        805340
Period ending:     07/31/2012

Case Management Number      LD   0R0809-301008

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 0.30 | $ | 99.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 30.00 |
| | ========================================= | | | |
| | TOTAL FEES | 0.40 | $ | 129.00 |
| | TOTAL FEES DUE | | $ | 129.00 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 129.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0R0809-301009

INVOICE #  805342

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0R0809-301009   TC Number: 730273

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Receive, review and analyze new file in order to determine case strategy going forward and any upcoming deadlines | L120 | NJV | 1.20 | 258.00 | 309.60 |
| 07/16/12 | Research docket and all pleadings in matter to confirm that a Notice of Bankruptcy is required. | L110 | MPE | .50 | 149.00 | 74.50 |
| 07/31/12 | Draft monthly status report for client review | L120 | NJV | .10 | 258.00 | 25.80 |

|  | FEES | $409.90 |
|--|------|---------|
|  | AMOUNT DUE THIS BILL | $409.90 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 17, 2012

0R0809-301009

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | 1.30 | 335.40 |
| Melisa P. Palmer | Paralegal | 149.00 | .50 | 74.50 |
| Total | | | 1.80 | 409.90 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
                                                               0R0809-301009
BILL AMOUNT          $409.90                                   INVOICE #  805342

To:    ResCap                          TC Number:           730273
       1100 Virginia Drive             Invoice Date:        09/17/2012
       Fort Washington, PA 19034       Invoice No.          805342
                                       Period ending:       07/31/2012

Case Management Number      LD  0R0809-301009

                                              Current Invoice
Code Task                                Hours          Fees

L110 Fact Investigation/Development       0.50    $       74.50
L120 Analysis/Strategy                    1.30    $      335.40

                              ==================================
                    TOTAL FEES            1.80    $      409.90

                       TOTAL FEES DUE             $      409.90
                TOTAL DISBURSEMENTS DUE           $        0.00
                TOTAL DUE THIS INVOICE            $      409.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301001

INVOICE #  805120

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301001  TC Number: 702113

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Conference with K.Anderson regarding applicability of stay and research regarding same | L120 | JB | .80 | 190.00 | 152.00 |
| 07/02/12 | Status report regarding appeal status | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/02/12 | Analysis regarding bankruptcy claims in light of both property and monetary claims and edit clarification motion and send to C.Hancock for review | L120 | KSA | .60 | 223.00 | 133.80 |
| 07/03/12 | Review and analyze claims in case and revise notice of bankruptcy stay as to certain claims and generally develop strategy in case | L210 | CWH | .70 | 330.00 | 231.00 |
| 07/03/12 | Analyze bankruptcy stay situation and application to pending cases and appeals | L120 | KSA | 1.10 | 223.00 | 245.30 |
| 07/05/12 | Research on bankruptcy stay issue regarding appeal | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/05/12 | Correspondence to client regarding status of file | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/06/12 | Research on various issues for possible oral argument or surreply; research on bankruptcy issue | L510 | MJA | .60 | 297.00 | 178.20 |
| 07/17/12 | Receipt and initial review of Order staying case due to bankruptcy of appellant | L110 | AHC | .10 | 145.00 | 14.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Review of new order from Texas appellate court concerning bankruptcy stay | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/23/12 | Analyze claims and draft bankruptcy notice and suggestion of automatic stay | L120 | KSA | 1.10 | 223.00 | 245.30 |
| 07/24/12 | Review of motion to reinstate appeal | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/24/12 | Continued research on reinstatement issue | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/24/12 | Review and analyze impact of borrower's bankruptcy suit on the pending appeal and revise GMAC's supplemental notice about its own bankruptcy for the appellate court | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/24/12 | Edit motion to reinstate and notice of bankruptcy | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/25/12 | Edit bankruptcy notice and review borrowers' bankruptcy pleadings | L120 | KSA | .50 | 223.00 | 111.50 |
| 07/25/12 | Communications with P.Duncan regarding foreclosure | L120 | KSA | .20 | 223.00 | 44.60 |
| 07/31/12 | Review and organization of trial and appellate court documents | L190 | AHC | .70 | 145.00 | 101.50 |

FEES                                    $2,076.20

41        Computerized Legal Research-Westlaw                    0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301001

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $2,076.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301001

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 2.00 | 594.00 |
| Christian W. Hancock | Partner | 330.00 | 1.00 | 330.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .90 | 130.50 |
| Keith S. Anderson | Associate | 223.00 | 3.90 | 869.70 |
| James Bailey | Associate | 190.00 | .80 | 152.00 |
| Total | | | 8.60 | 2,076.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                           SEPTEMBER 17, 2012
                                                                0G2012-301001
BILL AMOUNT          $2,076.20                                  INVOICE #  805120

To:   ResCap                        TC Number:          702113
      1100 Virginia Drive           Invoice Date:       09/17/2012
      Fort Washington, PA 19034      Invoice No.         805120
                                    Period ending:      07/31/2012

Case Management Number      LD   0G2012-301001

                                              Current Invoice
Code  Task                              Hours          Fees

L110  Fact Investigation/Development      0.40    $     113.50
L120  Analysis/Strategy                   4.70    $   1,021.70
L190  Other Case Assessment, Develop't/Admin  0.80  $   116.00
L210  Pleadings                           0.70    $     231.00
L510  Appellate Motions and Submissions   2.00    $     594.00

                          ======================================
              TOTAL FEES    8.60    $   2,076.20

              TOTAL FEES DUE          $   2,076.20
         TOTAL DISBURSEMENTS DUE      $       0.00
         TOTAL DUE THIS INVOICE       $   2,076.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 17, 2012
1100 Virginia Drive                                   0G2012-301002
Fort Washington, PA 19034

                                                      INVOICE #  805121

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301002  TC Number: 715129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Draft client status report regarding parties' submission of final written arguments | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on defendant's counterclaim | L120 | JDV | .10 | 219.00 | 21.90 |

                          FEES                                $65.70

### DESCRIPTION OF DISBURSEMENTS

|    |                     |          |
|----|---------------------|----------|
| 61 | Local Counsel Fees  | 3,292.64 |

                          COSTS                           $3,292.64

                 AMOUNT DUE THIS BILL                     $3,358.34

                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301002

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | .30 | 65.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      SEPTEMBER 17, 2012
                                                           0G2012-301002
BILL AMOUNT          $3,358.34                             INVOICE #  805121

To:    ResCap                          TC Number:          715129
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805121
                                       Period ending:      07/31/2012

Case Management Number      LD  0G2012-301002

                                             Current Invoice
Code Task                              Hours              Fees

L120 Analysis/Strategy                  0.10     $      21.90
L190 Other Case Assessment, Develop't/Admin  0.20     $      43.80

                         ===================================
                 TOTAL FEES             0.30     $      65.70

                 TOTAL FEES DUE                  $      65.70
           TOTAL DISBURSEMENTS DUE               $   3,292.64
             TOTAL DUE THIS INVOICE              $   3,358.34



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301003

INVOICE #  805122

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301003   TC Number: 706627

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Telephone conference with the Court regarding Motion to Withdraw and rules regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/03/12 | Finalize Motion to Withdraw and Order and prepare for filing with 12th Circuit Court in Sarasota County, Florida an for service via certified mail and regular U.S mail upon five parties | L110 | ABB | 1.00 | 150.00 | 150.00 |
| 07/03/12 | Evaluate whether to withdraw from representation in light of court's prior order | L210 | JMH | .30 | 241.00 | 72.30 |
| 07/23/12 | Review and revise motion to withdraw | L430 | RJC | .40 | 293.00 | 117.20 |
| 07/23/12 | Review and revision of Motion to Withdraw as counsel | L250 | AHC | .30 | 145.00 | 43.50 |

FEES                                          $413.00

AMOUNT DUE THIS BILL                          $413.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301003

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert Campbell | Partner | 293.00 | .40 | 117.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Allison Burke | Paralegal | 150.00 | 1.20 | 180.00 |
| Jonathan Hooks | Associate | 241.00 | .30 | 72.30 |
| Total | | | 2.20 | 413.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              SEPTEMBER 17, 2012
                                                    0G2012-301003
BILL AMOUNT          $413.00                        INVOICE #  805122

_____

To:    ResCap                      TC Number:        706627
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805122
                                   Period ending:    07/31/2012


Case Management Number      LD  0G2012-301003


                                        Current Invoice
Code Task                               Hours           Fees

L110 Fact Investigation/Development      1.20    $     180.00
L210 Pleadings                           0.30    $      72.30
L250 Other Written Motions/Submissions   0.30    $      43.50
L430 Written Motions/Submissions         0.40    $     117.20

                            ====================================
                TOTAL FEES   2.20    $     413.00

                TOTAL FEES DUE          $     413.00
          TOTAL DISBURSEMENTS DUE       $       0.00
            TOTAL DUE THIS INVOICE      $     413.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                           0G2012-301008
Fort Washington, PA 19034

                                                             INVOICE #  805123

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301008   TC Number: 689042

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Providing status update to the client regarding granting of summary judgment in both action and borrowers' motion | L510 | CET | .30 | 293.00 | 87.90 |
| 07/02/12 | Reading and analyzing Notice of Deficiency to borrower regarding her notice of appeal. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/03/12 | Reading and analyzing Notice of Appeal filed by borrower | L510 | CET | .20 | 293.00 | 58.60 |
| 07/09/12 | Evaluate whether response needs to be filed to borrower notice regarding bankruptcy, | L250 | JDR | .20 | 293.00 | 58.60 |
| 07/09/12 | Reading and analyzing Court's Order denying borrower oral motion to waive filing fee for appeal. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/09/12 | Review borrower motion to waive filing fee for notice of appeal; review order by Judge Coffman denying same. | L510 | JDR | .10 | 293.00 | 29.30 |
| 07/15/12 | Reading and analyzing Motion for Extension of Time to File Reply filed by borrower in the foreclosure action. | L250 | CET | .30 | 293.00 | 87.90 |
| 07/15/12 | Reading and analyzing Notice of Automatic Stay filed by borrower | L250 | CET | .30 | 293.00 | 87.90 |
| 07/19/12 | Analyzing the parties and claims and timing of dismissals | L250 | CET | 1.70 | 293.00 | 498.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Drafting and revising Response to Motion to Stay the foreclosure action and quiet title action | L250 | CET | 4.50 | 293.00 | 1,318.50 |
| 07/20/12 | Drafting and revising Response to Motion to Stay the quiet title action | L250 | CET | 2.50 | 293.00 | 732.50 |
| 07/20/12 | Email correspondence with J. Ho regarding Response to the Motion to Stay | L250 | CET | .40 | 293.00 | 117.20 |
| 07/24/12 | Email correspondence with J. Ho regarding Responses to borrower's motions to stay | L240 | CET | .20 | 293.00 | 58.60 |
| 07/24/12 | Reading and analyzing notice from the court that the Motion for Judgment, Order of Sale, Appointment of Master and Attorneys Fees has been submitted for review. | L240 | CET | .20 | 293.00 | 58.60 |
| 07/25/12 | Review notice of appearance and corporate disclosure statement filed by MERS attorney Kellerman. | L510 | JDR | .10 | 293.00 | 29.30 |
| 07/25/12 | Review correspondence from appellate court clerk regarding necessity of filing notice of appearance and corporate disclosure statement, and other guidelines. | L510 | JDR | .20 | 293.00 | 58.60 |
| 07/25/12 | Review and analyze docket regarding necessary parties to appeal | L510 | JDR | .80 | 293.00 | 234.40 |
| 07/25/12 | Complete and file notice of appearance form requested by clerk. | L510 | JDR | .30 | 293.00 | 87.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE        3
SEPTEMBER 17, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Analyzing the consolidated case filing history | L510 | CET | .70 | 293.00 | 205.10 |
| 07/25/12 | Reading and analyzing Notice of Appearance filed by MERS counsel. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/25/12 | Revising and finalizing Response in Opposition to Motion for Extension of Time to file Reply to Motion to Alter or Amend Judgment and Motion to Stay in the foreclosure action. | L240 | CET | .60 | 293.00 | 175.80 |
| 07/25/12 | Revising and finalizing Response in Opposition to Motion for Extension of Time to file Reply to Motion to Alter or Amend Judgment and Motion to Stay in the quiet title action. | L240 | CET | .60 | 293.00 | 175.80 |
| 07/26/12 | Reading and analyzing Sixth Circuit's order dismissing the appeal | L510 | CET | .20 | 293.00 | 58.60 |
| 07/26/12 | Review order of dismissal of latest Sixth Circuit appeal | L510 | JDR | .10 | 293.00 | 29.30 |
| 07/27/12 | Review motion to reinstate appeal. | L510 | JDR | .10 | 293.00 | 29.30 |
| 07/27/12 | Reading and analyzing Motion to Reinstate the Case in the Sixth Circuit filed by borrower | L510 | CET | .30 | 293.00 | 87.90 |
| 07/27/12 | Reading and analyzing the transcript order form filed by borrower in the Sixth Circuit. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/27/12 | Reading and analyzing corporate disclosure statement filed by borrower. | L510 | CET | .20 | 293.00 | 58.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
SEPTEMBER 17, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Reading and analyzing Civil Appeal Statement of Parties and Issues filed by borrower. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/27/12 | Reading and analyzing Notice of Appearance filed by borrower. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/27/12 | Analyzing court notice regarding payment of the filing fee. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/31/12 | Email correspondence with D. Kellerman regarding motion to reconsider filed by borrower. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/31/12 | Reading and analyzing Order by the Sixth Circuit reinstating the appeal. | L510 | CET | .20 | 293.00 | 58.60 |
| 07/31/12 | Reading and analyzing borrower's Motion to Reinstate Case. | L510 | CET | .30 | 293.00 | 87.90 |

|  | FEES |  | $5,039.60 |
|--|------|--|-----------|

## DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 58 | FED DOCKET SERV-PACER | 90.90 |

|  | COSTS | $90.90 |
|--|-------|--------|



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      5
SEPTEMBER 17, 2012

0G2012-301008

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $5,130.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     6
SEPTEMBER 17, 2012

0G2012-301008

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | 1.90 | 556.70 |
| Christopher E. Thorsen | Partner | 293.00 | 15.30 | 4,482.90 |
| Total | | | 17.20 | 5,039.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301008
BILL AMOUNT        $5,130.50                             INVOICE #  805123

To:    ResCap                      TC Number:            689042
       1100 Virginia Drive         Invoice Date:         09/17/2012
       Fort Washington, PA 19034   Invoice No.           805123
                                   Period ending:        07/31/2012

Case Management Number      LD  0G2012-301008

                                           Current Invoice
Code Task                                  Hours          Fees

L240 Dispositive Motions                   1.60      $     468.80
L250 Other Written Motions/Submissions     9.90      $   2,900.70
L510 Appellate Motions and Submissions     5.70      $   1,670.10

                        =================================
                 TOTAL FEES    17.20      $   5,039.60

                 TOTAL FEES DUE            $   5,039.60
           TOTAL DISBURSEMENTS DUE         $      90.90
           TOTAL DUE THIS INVOICE          $   5,130.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301009

INVOICE #  805124

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301009   TC Number: 696479

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client amended scheduling order | L190 | RLB | .20 | 266.00 | 53.20 |
| 07/02/12 | Phone call to court regarding notice of automatic stay | L190 | RLB | .10 | 266.00 | 26.60 |
| 07/08/12 | Review and respond to e-mail from local counsel regarding abatement of adversary proceeding | L190 | RLB | .10 | 266.00 | 26.60 |

|  | FEES | $106.40 |
|--|------|---------|
|  | AMOUNT DUE THIS BILL | $106.40 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .40 | 106.40 |
| Total | | | .40 | 106.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                SEPTEMBER 17, 2012
                                                      0G2012-301009
BILL AMOUNT          $106.40                          INVOICE #  805124

To:    ResCap                          TC Number:        696479
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805124
                                       Period ending:    07/31/2012

Case Management Number      LD   0G2012-301009

                                        Current Invoice
Code Task                             Hours        $      Fees

L190 Other Case Assessment, Develop't/Admin    0.40    $    106.40

                            ===================================
                     TOTAL FEES       0.40    $    106.40

                     TOTAL FEES DUE            $    106.40
              TOTAL DISBURSEMENTS DUE          $      0.00
                 TOTAL DUE THIS INVOICE        $    106.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301010

INVOICE #  805125

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301010   TC Number: 714753

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/11/12 | Respond to P.Stokes' request for bankruptcy stay status | L190 | phn | .10 | 200.00 | 20.00 |
| 07/11/12 | Draft letter to Plaintiff regarding conference on pending motions | L230 | phn | .30 | 200.00 | 60.00 |
| 07/16/12 | Email exchange with plaintiff regarding order of nonsuit and conference on pending items | L120 | phn | .30 | 200.00 | 60.00 |
| 07/31/12 | Revise motion to release note, motion for release of escrow funds, and proposed orders granting same | L210 | GWG | .50 | 263.00 | 131.50 |
| 07/31/12 | Analyze and prepare for filing and service of motions to release escrow funds and original note | L120 | phn | .20 | 200.00 | 40.00 |
| 07/31/12 | Revise motion to release escrow funds and original promissory note and proposed orders | L210 | phn | .40 | 200.00 | 80.00 |
| 07/31/12 | Finalize Motion for Release of Court Registry Funds, exhibits and proposed order and prepare for filing and service. | L210 | MST | 1.50 | 150.00 | 225.00 |
| 07/31/12 | Receive notice from state court regarding Motion for Release of Court Registry Funds and update file regarding same. | L110 | MST | .40 | 150.00 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301010

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES        |      |       |       |      | $716.50 |
|      | AMOUNT DUE THIS BILL | | |       |      | $716.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301010

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.90 | 285.00 |
| Graham W. Gerhardt | Partner | 263.00 | .50 | 131.50 |
| Preston H. Neel | Associate | 200.00 | 1.50 | 300.00 |
| Total | | | 3.90 | 716.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              SEPTEMBER 17, 2012
                                                                   0G2012-301010
BILL AMOUNT          $716.50                                       INVOICE #  805125

To:     ResCap                          TC Number:          714753
        1100 Virginia Drive             Invoice Date:       09/17/2012
        Fort Washington, PA 19034       Invoice No.         805125
                                        Period ending:      07/31/2012

Case Management Number       LD   0G2012-301010

                                                Current Invoice
Code Task                                  Hours          Fees

L110  Fact Investigation/Development        0.40    $      60.00
L120  Analysis/Strategy                     0.50    $     100.00
L190  Other Case Assessment, Develop't/Admin 0.30   $      60.00
L210  Pleadings                             2.40    $     436.50
L230  Court Mandated Conferences            0.30    $      60.00

                              =====================================
                  TOTAL FEES   3.90    $     716.50

                  TOTAL FEES DUE           $     716.50
        TOTAL DISBURSEMENTS DUE            $       0.00
        TOTAL DUE THIS INVOICE            $     716.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301012

INVOICE #  805126

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301012   TC Number: 704174

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Telephone conference with A.Rosenthal at Carlton Fields regarding depositions of plaintiffs | L330 | HTC | .70 | 315.00 | 220.50 |
| 07/03/12 | Review and analyze file to draft and provide updated status report to client | L120 | KE | .30 | 150.00 | 45.00 |
| 07/05/12 | Review and revise responses and objections to interrogatories, request for production of documents, and 30(b)(6) deposition notices | L310 | HTC | .60 | 315.00 | 189.00 |
| 07/05/12 | Correspond with P.Stokes regarding discovery responses | L120 | RK | .70 | 185.00 | 129.50 |
| 07/05/12 | Revise and serve discovery responses | L120 | RK | 1.30 | 185.00 | 240.50 |
| 07/06/12 | Review motion to compel filed by opposing counsel | L120 | RK | .50 | 185.00 | 92.50 |
| 07/06/12 | Work on response to plaintiff's motion to compel | L350 | GWG | .50 | 263.00 | 131.50 |
| 07/06/12 | Revise correspondence to K.Damas regarding depositions and revise notices | L330 | HTC | .10 | 315.00 | 31.50 |
| 07/11/12 | Review and assemble 2000 plus documents produced to opposing counsel in ten notebooks with indexes and proper designation tabs in preparation for upcoming deposition | L120 | KE | 7.50 | 150.00 | 1,125.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Review and analyze Order Requiring Parties to Meet and Confer and Defendant's Responses regarding Motion to Compel Responses to Request for Production and Interrogatories for case strategy | L210 | KE | .20 | 150.00 | 30.00 |
| 07/11/12 | Exchange emails with opposing counsel and client regarding depositions | L330 | HTC | .30 | 315.00 | 94.50 |
| 07/13/12 | Exchange emails with K.Damas regarding meet and confer obligation on plaintiff's motion to compel | L350 | HTC | .10 | 315.00 | 31.50 |
| 07/13/12 | Conference regarding response to motion to compel | L120 | RK | .70 | 185.00 | 129.50 |
| 07/13/12 | Draft initial portion of motion to compel | L120 | RK | 2.00 | 185.00 | 370.00 |
| 07/14/12 | Draft brief in opposition to motion to compel interrogatories | L120 | RK | 4.60 | 185.00 | 851.00 |
| 07/14/12 | Work on opposition to plaintiff's motion to compel | L350 | GWG | 1.20 | 263.00 | 315.60 |
| 07/15/12 | Draft brief in opposition of motion to compel requests for production | L120 | RK | 2.80 | 185.00 | 518.00 |
| 07/15/12 | Revise responses to motions to compel | L120 | RK | 1.20 | 185.00 | 222.00 |
| 07/16/12 | Telephone conference with K.Damas regarding motion to compel | L350 | HTC | .10 | 315.00 | 31.50 |
| 07/17/12 | Review and revise opposition to motion to compel | L350 | HTC | .30 | 315.00 | 94.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE   3
SEPTEMBER 17, 2012

0G2012-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Revise and file opposition to motion to stay | L250 | HTC | .10 | 315.00 | 31.50 |
| 07/18/12 | Review documents relating to delegated authority and emails from H.Franchi regarding same | L320 | HTC | .50 | 315.00 | 157.50 |
| 07/18/12 | Review correspondence from GMAC regarding delegated authority | L120 | RK | .20 | 185.00 | 37.00 |
| 07/19/12 | Telephone conference with P.Knapp and H.Franchi regarding deposition preparation | L330 | HTC | .30 | 315.00 | 94.50 |
| 07/19/12 | Exchange emails with K.Damas regarding corporate representative and cancellation of deposition | L330 | HTC | .20 | 315.00 | 63.00 |
| 07/20/12 | Telephone conference with H.Franchi regarding cancellation of depositions | L330 | HTC | .10 | 315.00 | 31.50 |
| 07/26/12 | Draft Fourth Amended Notice of Deposition | L330 | JAM | .30 | 145.00 | 43.50 |
| 07/30/12 | Review and prepare for deposition of J.Cunill and A.Adorno | L330 | HTC | 2.00 | 315.00 | 630.00 |
| 07/31/12 | Attendance at deposition of A.Adorno and J.Cunill | L330 | HTC | 1.80 | 315.00 | 567.00 |
| 07/31/12 | Review federal law regarding corporate representatives | L120 | RK | 4.10 | 185.00 | 758.50 |

FEES

$7,307.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
SEPTEMBER 17, 2012

0G2012-301012

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 70S | Ready Conference | 2.89 |

|  |  |
|---|---|
| COSTS | $2.89 |
| AMOUNT DUE THIS BILL | $7,309.99 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 17, 2012

0G2012-301012

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Karalia Ezell | Paralegal | 150.00 | 8.00 | 1,200.00 |
| Hope Cannon | Partner | 315.00 | 7.20 | 2,268.00 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Graham W. Gerhardt | Partner | 263.00 | 1.70 | 447.10 |
| Riley Key | Associate | 185.00 | 18.10 | 3,348.50 |
| Total | | | 35.30 | 7,307.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301012
BILL AMOUNT        $7,309.99                    INVOICE #  805126

To:    ResCap                      TC Number:        704174
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805126
                                   Period ending:    07/31/2012

Case Management Number     LD  0G2012-301012

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 25.90 | $ 4,518.50 |
| L210 | Pleadings | 0.20 | $ 30.00 |
| L250 | Other Written Motions/Submissions | 0.10 | $ 31.50 |
| L310 | Written Discovery | 0.60 | $ 189.00 |
| L320 | Document Production | 0.50 | $ 157.50 |
| L330 | Depositions | 5.80 | $ 1,776.00 |
| L350 | Discovery Motions | 2.20 | $ 604.60 |

============================================

| | TOTAL FEES | 35.30 | $ 7,307.10 |
|---|---|---|---|

TOTAL FEES DUE             $ 7,307.10
TOTAL DISBURSEMENTS DUE    $     2.89
TOTAL DUE THIS INVOICE     $ 7,309.99



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301016

INVOICE #  805127

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301016  TC Number: 707981

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 21 | Travel Expense | 351.32 |
| 23 | Meal Expense | 24.35 |
| | COSTS | $375.67 |
| | AMOUNT DUE THIS BILL | $375.67 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301016

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301016
INVOICE #  805127

BILL AMOUNT          $375.67

To:    ResCap                         TC Number:            707981
       1100 Virginia Drive            Invoice Date:         09/17/2012
       Fort Washington, PA 19034      Invoice No.           805127
                                      Period ending:        07/31/2012

Case Management Number      LD  0G2012-301016

|  | Current Invoice | |
| Code Task | Hours | Fees |
|---|---|---|
| ================================= | | |
| TOTAL FEES | 0.00 | $    0.00 |
| TOTAL FEES DUE | | $    0.00 |
| TOTAL DISBURSEMENTS DUE | | $  375.67 |
| TOTAL DUE THIS INVOICE | | $  375.67 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301017

INVOICE #  805128

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301017  TC Number: 693257

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding suggestion of bankruptcy filed, and case stayed | 1110 | KSA | .10 | 223.00 | 22.30 |
| 07/12/12 | Email response to K.Dutill regarding bankruptcy filings and status of case | L120 | KSA | .30 | 223.00 | 66.90 |

FEES                                                        $89.20

AMOUNT DUE THIS BILL                          $89.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301017

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .40 | 89.20 |
| Total | | | .40 | 89.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $89.20

SEPTEMBER 17, 2012
0G2012-301017
INVOICE #  805128

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 693257 |
| Invoice Date: | 09/17/2012 |
| Invoice No. | 805128 |
| Period ending: | 07/31/2012 |

Case Management Number      LD  0G2012-301017

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| 1110 | Fact Investigation/Development | 0.10 | $ 22.30 |
| L120 | Analysis/Strategy | 0.30 | $ 66.90 |
| | | ================================== | |
| | TOTAL FEES | 0.40 | $ 89.20 |
| | | | |
| | TOTAL FEES DUE | $ | 89.20 |
| | TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | $ | 89.20 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301020

INVOICE #  805129

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301020   TC Number: 709049

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Research state law regarding  record on appeal, designation of matter, and motions to strike | L510 | MSW | 1.30 | 254.00 | 330.20 |
| 07/11/12 | Revisions to motion to strike initial brief of appellant | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/11/12 | Research on issues regarding record on appeal | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/11/12 | Draft and revise motion to strike appellant's brief | L510 | MSW | 2.30 | 254.00 | 584.20 |
| 07/16/12 | Revise motion to strike brief | L510 | MSW | .30 | 254.00 | 76.20 |
| 07/25/12 | Draft status report for client regarding filed motion to strike | L120 | MSW | .10 | 254.00 | 25.40 |
| 07/31/12 | Review and analyze appellant's second reply brief | L520 | MSW | .80 | 254.00 | 203.20 |

FEES                                               $1,427.10

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 07 | Filing Fees | 25.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 70S | Ready Conference | 2.81 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301020

FED ID NO. 63-0243316

COSTS                           $27.81

AMOUNT DUE THIS BILL            $1,454.91

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301020

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .70 | 207.90 |
| Mark S. Wierman | Associate | 254.00 | 4.80 | 1,219.20 |
| Total | | | 5.50 | 1,427.10 |