

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301020
BILL AMOUNT        $1,454.91                          INVOICE #  805129

To:    ResCap                    TC Number:        709049
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805129
                                  Period ending:    07/31/2012

Case Management Number      LD  0G2012-301020

|      |                                  | Current Invoice |          |
|------|----------------------------------|-----------------|----------|
| Code | Task                             | Hours           | Fees     |
| L120 | Analysis/Strategy                | 0.10            | $   25.40 |
| L510 | Appellate Motions and Submissions | 4.60           | $ 1,198.50 |
| L520 | Appellate Briefs                 | 0.80            | $  203.20 |
|      | =============================== | | |
|      | TOTAL FEES                       | 5.50            | $ 1,427.10 |

|                           |            |
|---------------------------|------------|
| TOTAL FEES DUE            | $ 1,427.10 |
| TOTAL DISBURSEMENTS DUE   | $    27.81 |
| TOTAL DUE THIS INVOICE    | $ 1,454.91 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301021

INVOICE #  805130

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301021  TC Number: 712398

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Review status of appeal | L120 | JB | .20 | 190.00 | 38.00 |
| 07/19/12 | Review docket regarding appellate court opinion, retrieve pleadings from PACER and review and analyze same and draft updated litigation case summary for attorney review | L190 | AHC | 1.90 | 145.00 | 275.50 |
| 07/27/12 | Receive and review court mail | L120 | GEG | .20 | 335.00 | 67.00 |
| 07/30/12 | Review status of appeal vis-a-vis notice of hearing received on Friday | L120 | GEG | .60 | 335.00 | 201.00 |
| 07/30/12 | Work on matters related to upcoming hearing | L120 | JB | .30 | 190.00 | 57.00 |
| 07/30/12 | Review docket regarding hearing scheduled for August 7 and correspondence regarding same | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/30/12 | Voice mails to and from and e-mails to and from courtroom deputy and phone conference with same regarding upcoming hearing and counsel of record issues | L120 | GEG | .50 | 335.00 | 167.50 |
| 07/31/12 | Work on preparation for upcoming hearing and e-mails from and to court scheduler regarding same | L120 | GEG | 1.40 | 335.00 | 469.00 |

FEES                                                          $1,304.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301021

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,304.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301021

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 2.70 | 904.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.10 | 304.50 |
| James Bailey | Associate | 190.00 | .50 | 95.00 |
| Total | | | 5.30 | 1,304.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301021

BILL AMOUNT        $1,304.00

INVOICE #  805130

To:    ResCap                         TC Number:       712398
       1100 Virginia Drive            Invoice Date:    09/17/2012
       Fort Washington, PA 19034      Invoice No.      805130
                                      Period ending:   07/31/2012

Case Management Number      LD  0G2012-301021

|          |                                          | Current Invoice | |
|----------|------------------------------------------|-------|---------|
| Code     | Task                                     | Hours | Fees    |
| L110     | Fact Investigation/Development           | 0.20  | $    29.00 |
| L120     | Analysis/Strategy                        | 3.20  | $   999.50 |
| L190     | Other Case Assessment, Develop't/Admin   | 1.90  | $   275.50 |
|          | TOTAL FEES                               | 5.30  | $ 1,304.00 |

TOTAL FEES DUE                $ 1,304.00
TOTAL DISBURSEMENTS DUE       $     0.00
TOTAL DUE THIS INVOICE        $ 1,304.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301023

INVOICE #  805131

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301023   TC Number: 709039

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/03/12 | Review interior broker price opinion and forward to borrower's counsel | L110 | MCG | .40 | 323.00 | 129.20 |
| 07/03/12 | Prepare case status update regarding submission of deed in lieu documents to counsel for borrower along with the IBPO | C300 | MCG | .10 | 323.00 | 32.30 |
| 07/09/12 | Review correspondence from realtor for borrower seeking approval of short sale offer | C400 | MCG | .10 | 323.00 | 32.30 |
| 07/12/12 | Correspondence with realtor regarding short sale contract | C400 | MCG | .20 | 323.00 | 64.60 |
| 07/12/12 | Review contract for sale of property | C300 | MCG | .50 | 323.00 | 161.50 |
| 07/12/12 | Telephone conference with J.Ho regarding contract for sale of property | C300 | MCG | .20 | 323.00 | 64.60 |
| 07/16/12 | Correspondence with realtor regarding short sale contract | C400 | MCG | .10 | 323.00 | 32.30 |
| 07/17/12 | Review and analyze documents required for short sale contract and requirements for HUD-1 | L160 | MCG | .60 | 323.00 | 193.80 |
| 07/17/12 | Prepare correspondence to borrower's counsel regarding documents required for short sale contract | L160 | MCG | .20 | 323.00 | 64.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301023

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Correspondence with realtor for short sale regarding closing costs and relocation costs | C400 | MCG | .20 | 323.00 | 64.60 |
| 07/18/12 | Correspondence with J.Ho regarding closing costs and relocation costs related to short sale | L160 | MCG | .20 | 323.00 | 64.60 |

FEES                                      $904.40

AMOUNT DUE THIS BILL                      $904.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301023

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 2.80 | 904.40 |
| Total | | | 2.80 | 904.40 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                      SEPTEMBER 17, 2012
                                                           0G2012-301023
BILL AMOUNT          $904.40                               INVOICE #  805131

To:    ResCap                      TC Number:      709039
       1100 Virginia Drive         Invoice Date:   09/17/2012
       Fort Washington, PA 19034   Invoice No.     805131
                                   Period ending:  07/31/2012

Case Management Number     LD   0G2012-301023

|        |                               | Current Invoice |    |        |
|--------|-------------------------------|-----------------|----|--------|
| Code   | Task                          | Hours           |    | Fees   |
| C300   | Analysis and Advice           | 0.80            | $  | 258.40 |
| C400   | Third Party Communication     | 0.60            | $  | 193.80 |
| L110   | Fact Investigation/Development| 0.40            | $  | 129.20 |
| L160   | Settlement/Non-Binding ADR    | 1.00            | $  | 323.00 |

===================================

|                          |      |   |        |
|--------------------------|------|---|--------|
| TOTAL FEES               | 2.80 | $ | 904.40 |
| TOTAL FEES DUE           |      | $ | 904.40 |
| TOTAL DISBURSEMENTS DUE  |      | $ |   0.00 |
| TOTAL DUE THIS INVOICE   |      | $ | 904.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301024

INVOICE #  805132

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301024   TC Number: 696712

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Update status report regarding Order closing the state court file due to the bankruptcy | L120 | RK | .10 | 185.00 | 18.50 |

FEES                                     $18.50

AMOUNT DUE THIS BILL                     $18.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301024

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301024
BILL AMOUNT          $18.50                              INVOICE #   805132

To:    ResCap                      TC Number:          696712
       1100 Virginia Drive         Invoice Date:       09/17/2012
       Fort Washington, PA 19034   Invoice No.         805132
                                   Period ending:      07/31/2012

Case Management Number      LD  0G2012-301024

                                          Current Invoice
Code Task                          Hours            Fees

L120 Analysis/Strategy             0.10    $       18.50

                         ===================================
             TOTAL FEES            0.10    $       18.50

               TOTAL FEES DUE              $       18.50
       TOTAL DISBURSEMENTS DUE             $        0.00
         TOTAL DUE THIS INVOICE            $       18.50



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301026

INVOICE #  805133

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301026  TC Number: 713334

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Telephone conference with B.Grimsley regarding settlement possibilities | L160 | HTC | .40 | 315.00 | 126.00 |
| 07/03/12 | Telephone conference with J.Hoy regarding settlement | L120 | HTC | .30 | 315.00 | 94.50 |
| 07/06/12 | Review and analyze motion for summary judgment | L240 | HTC | .30 | 315.00 | 94.50 |
| 07/06/12 | Review and analyze motion for summary judgment for settlement analysis | L120 | HTC | 1.80 | 315.00 | 567.00 |
| 07/06/12 | Review multiple issues for oral argument on summary-judgment motion | L240 | JMH | 1.80 | 241.00 | 433.80 |
| 07/08/12 | Evaluate issues to consider for summary judgment hearing | L120 | JMH | 1.70 | 241.00 | 409.70 |
| 07/08/12 | Review deposition transcript of M.Bennett | L240 | HTC | .50 | 315.00 | 157.50 |
| 07/09/12 | Review case law cited in summary judgment brief | L240 | HTC | .40 | 315.00 | 126.00 |
| 07/09/12 | Draft email to J.Hoy regarding summary judgment | L120 | HTC | .10 | 315.00 | 31.50 |
| 07/09/12 | Respond to J.Hoy's request for bankruptcy stay status | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/09/12 | Telephone conference with Judge Partin's chambers regarding hearing on summary-judgment motion | L450 | JMH | .10 | 241.00 | 24.10 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Retrieve and review cases referenced in motion | L110 | AHC | .40 | 145.00 | 58.00 |
| 07/10/12 | Draft email to opposing counsel regarding settlement and motion for summary judgment hearing | L240 | HTC | .10 | 315.00 | 31.50 |
| 07/10/12 | Review email from J.Hoy regarding short sale issues | L120 | HTC | .10 | 315.00 | 31.50 |
| 07/11/12 | Final review and revision of Motion to Continue Hearing | L250 | AHC | .30 | 145.00 | 43.50 |
| 07/11/12 | Receive and review e-filed motion to continue summary-judgment hearing | L450 | JMH | .10 | 241.00 | 24.10 |
| 07/11/12 | Draft joint motion to continue summary-judgment hearing | L250 | JMH | .30 | 241.00 | 72.30 |
| 07/13/12 | Draft status report for client regarding denial of borrower's motion for sanctions and summary judgment hearing | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/16/12 | E-mails to and from K.Dutill regarding status of borrower's efforts to sell house | L120 | JMH | .20 | 241.00 | 48.20 |
| 07/16/12 | Receive and review trial court's orders granting motion to continue, setting summary-judgment motion for late August, and setting USAA's motion to be heard at the same time | L240 | JMH | .30 | 241.00 | 72.30 |
| 07/16/12 | Exchange emails with K.Dutill regarding case status | L120 | HTC | .60 | 315.00 | 189.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Exchange emails with K.Dutill regarding settlement and review prior work out package submitted by the borrowers | L160 | HTC | .10 | 315.00 | 31.50 |
| 07/23/12 | Review and exchange emails with client regarding settlement | L160 | HTC | .20 | 315.00 | 63.00 |
| 07/23/12 | Exchange emails with B.Grimsley regarding workout package | L120 | HTC | .10 | 315.00 | 31.50 |
| 07/23/12 | Meeting regarding most recent settlement offer and response to same | L120 | DBO | .40 | 345.00 | 138.00 |
| 07/25/12 | Telephone conference with K.Dutill regarding case strategy | L120 | HTC | .50 | 315.00 | 157.50 |
| 07/26/12 | Review and analyze email from opposing counsel regarding settlement | L120 | HTC | .50 | 315.00 | 157.50 |

FEES                                   $3,262.20

### DESCRIPTION OF DISBURSEMENTS

| 41 | Computerized Legal Research-Westlaw | 0.00 |
|----|-------------------------------------|------|
| 70S | Ready Conference | 1.60 |

COSTS                        $1.60

AMOUNT DUE THIS BILL          $3,263.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
SEPTEMBER 17, 2012

0G2012-301026

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Hope Cannon | Partner | 315.00 | 6.00 | 1,890.00 |
| D. Brian O'Dell | Partner | 345.00 | .40 | 138.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .70 | 101.50 |
| Jonathan Hooks | Associate | 241.00 | 4.70 | 1,132.70 |
| Total | | | 11.80 | 3,262.20 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301026

BILL AMOUNT          $3,263.80

INVOICE #   805133

To:    ResCap                            TC Number:         713334
       1100 Virginia Drive              Invoice Date:      09/17/2012
       Fort Washington, PA 19034        Invoice No.        805133
                                        Period ending:     07/31/2012

Case Management Number       LD   0G2012-301026

|       |                                    | Current Invoice | |
|-------|------------------------------------|-------|--------|
| Code  | Task                               | Hours | Fees   |
| L110  | Fact Investigation/Development     | 0.40  | $    58.00 |
| L120  | Analysis/Strategy                  | 6.50  | $  1,904.10 |
| L160  | Settlement/Non-Binding ADR         | 0.70  | $   220.50 |
| L240  | Dispositive Motions                | 3.40  | $   915.60 |
| L250  | Other Written Motions/Submissions  | 0.60  | $   115.80 |
| L450  | Trial and Hearing Attendance       | 0.20  | $    48.20 |

```
                    ================================
         TOTAL FEES      11.80    $  3,262.20

              TOTAL FEES DUE        $  3,262.20
       TOTAL DISBURSEMENTS DUE      $      1.60
       TOTAL DUE THIS INVOICE       $  3,263.80
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301027

INVOICE #  805134

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301027   TC Number: 712180

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Prepare updated hearing binder based on recent filings in preparation for July 6, 2012 hearing on the Motion to Amend the Complaint.  Include relevant bankruptcy order and documents. | L110 | MPE | .60 | 149.00 | 89.40 |
| 07/05/12 | Research and review docket and Collier County Circuit Judge Brodie's rules and procedures in preparation of hearing on motion for leave to amend complaint on July 6, 2012 and draft proposed order granting the motion for leave to amend | L110 | KK | .70 | 91.00 | 63.70 |
| 07/05/12 | Draft status report for client regarding status of motion for leave to amend complaint | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/05/12 | Review and analyze pro se borrower's memorandum in opposition to plaintiff's motion for leave to amend | C300 | MW | 1.10 | 263.00 | 289.30 |
| 07/05/12 | Review pleadings and procedural posture of action for upcoming hearing on motion to amend complaint | L210 | MW | 1.20 | 263.00 | 315.60 |
| 07/05/12 | Review and revise proposed order granting plaintiff's motion for leave to amend complaint | L320 | MW | .30 | 263.00 | 78.90 |
| 07/06/12 | Post-hearing conference with borrower regarding potential for settlement and court-ordered mediation | L120 | MW | .90 | 263.00 | 236.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review and revise proposed order granting plaintiff's motion for leave to amend | L210 | MW | .30 | 263.00 | 78.90 |
| 07/06/12 | Attend and argue hearing on plaintiff's motion for leave to amend complaint | L450 | MW | .90 | 263.00 | 236.70 |
| 07/06/12 | Telephone call with judicial assistant regarding proposed order granting motion for leave to amend and July 6, 2012 hearing result and draft letter to judge with proposed order and courtesy copy of motion for filing with the Collier County, Florida clerk of court | L110 | KK | .30 | 91.00 | 27.30 |
| 07/09/12 | Research and analyze effect of borrower's bankruptcy filing | L120 | MW | .30 | 263.00 | 78.90 |
| 07/09/12 | Analysis of L.Reina, mediator proposed by court | L120 | JDV | .60 | 219.00 | 131.40 |
| 07/09/12 | Telephone call with judicial assistant in Collier County regarding status of proposed order from July 6, 2012 hearing | L110 | KK | .10 | 91.00 | 9.10 |
| 07/11/12 | Correspondence with J.Hoy regarding scheduling of mediation | L160 | JDV | .30 | 219.00 | 65.70 |
| 07/12/12 | Review case and discuss strategy with J.Vega and M.Palmer | L110 | KK | .20 | 91.00 | 18.20 |
| 07/16/12 | Analysis of Limited Objection to Debtor's Motion to Employ and Retain Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel and correspondence regarding exhibits | L250 | JDV | .40 | 219.00 | 87.60 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/16/12 | Review and analyze borrower's objection to BABC as counsel for Debtors and send same to J.Hoy | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/17/12 | Continue to review and analyze borrower's objection to BABC as counsel for Debtors and send summary of arguments in opposition to same to Morrison Foerster | L110 | CWH | .90 | 330.00 | 297.00 |
| 07/17/12 | Email correspondence with potential mediators regarding availability. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/17/12 | Correspondence with J.Hoy regarding status of mediation and revision of litigation case summary | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/17/12 | Analysis of notes related to defendant's proposed sale of property and Final Supplemental Order issued by Bankruptcy Judge Glenn on counterclaims | L120 | JDV | 1.50 | 219.00 | 328.50 |
| 07/17/12 | Draft litigation case summary | L190 | JDV | 1.10 | 219.00 | 240.90 |
| 07/17/12 | Review how a borrower's bankruptcy might impact the case | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/18/12 | Email correspondence with J.Hoy regarding mediation in Naples, FLorida. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/18/12 | Telephone calls with judicial assistant in Collier County, Florida regarding Motion for Summary Judgment hearing and judicial procedures for scheduling before judge | L110 | KK | .20 | 91.00 | 18.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Research affidavits of service for second lien servicer contact information | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/18/12 | Correspondence with defendant regarding scheduling of mediation and identity of second mortgage's servicer | L190 | JDV | .40 | 219.00 | 87.60 |
| 07/18/12 | Analysis of title report regarding identity of second mortgage's servicer | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/18/12 | Continue to exchange e-mails regarding response to borrower's objection to BABC as counsel for Debtors | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/19/12 | Email Morrison Foerster regarding ruling from the SDNY on borrower's objections | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/19/12 | Confirm mediation date of August 14, 2012 with mediator and borrower, schedule mediation, and review positions statement requirements. | L110 | MPE | .40 | 149.00 | 59.60 |
| 07/19/12 | Research borrower bankruptcy filing for information on mortgage and second lien. | L110 | MPE | .40 | 149.00 | 59.60 |
| 07/19/12 | Draft and finalize notice of mediation for filing with the court and the mediator. | L210 | MPE | .40 | 149.00 | 59.60 |
| 07/19/12 | Analysis of status of second mortgage lien on subject property and affidavits in support of summary judgment | L120 | JDV | 1.50 | 219.00 | 328.50 |
| 07/19/12 | Correspondence with defendant regarding status of second lien on property | L190 | JDV | .20 | 219.00 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Draft Notice of Bankruptcy | L210 | JDV | .40 | 219.00 | 87.60 |
| 07/23/12 | Correspondence with mediator to finalize date and time of August 14, 2012. | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/23/12 | Analysis of defendant's Motion to Dismiss for Failure to State a Cause of Action and/or in the Alternative, for a More Definite.Statement to Frame Defendant's Permitted Responsive Pleading, proposed order, and attached exhibits | L120 | JDV | 1.00 | 219.00 | 219.00 |
| 07/23/12 | Review and revise updated litigation analysis and budget | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/24/12 | Review and approve bankruptcy notice in borrower's foreclosure suit | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/24/12 | Correspondence with J.Hoy regarding filing of Notice of Bankruptcy | L210 | JDV | .20 | 219.00 | 43.80 |
| 07/24/12 | Revise litigation case summary | L190 | JDV | .30 | 219.00 | 65.70 |
| 07/24/12 | Research and review recently filed pleadings, borrower's recent filings in GMAC's bankruptcy action in the SDNY and add to timeline of case events | L110 | MPE | 1.50 | 149.00 | 223.50 |
| 07/24/12 | Final review of Plaintiff's Notice of Bankruptcy and assemble exhibits to same | L230 | JAM | .40 | 145.00 | 58.00 |
| 07/24/12 | Prepare Notice of Bankruptcy for service and filing | L250 | JDV | .30 | 219.00 | 65.70 |
| 07/24/12 | Review mediation confirmation | L160 | JDV | .10 | 219.00 | 21.90 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      6
SEPTEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Review case and discuss case strategy with J.Vega and M.Palmer | L110 | KK | .20 | 91.00 | 18.20 |
| 07/27/12 | Analysis of Declaration in Support of Limited Objection of borrower to Debtors Motion to Employ and Retain Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to the Debtors | L120 | JDV | .50 | 219.00 | 109.50 |
| 07/30/12 | Telephone and email with mediator L.Reina regarding rescheduling mediation dates | L110 | MPE | .20 | 149.00 | 29.80 |

FEES                                    $4,901.90

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 20 | Airline Tickets | 538.10 |
| 21 | Travel Expense | 280.55 |
| 23 | Meal Expense | 10.27 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS                    $828.92

AMOUNT DUE THIS BILL          $5,730.82

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      7
SEPTEMBER 17, 2012

0G2012-301027

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 2.00 | 660.00 |
| Jamie Mathews | Paralegal | 145.00 | .40 | 58.00 |
| Jose D. Vega | Associate | 219.00 | 9.40 | 2,058.60 |
| Monica Wilson | Associate | 263.00 | 5.00 | 1,315.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 4.40 | 655.60 |
| Kerry Keane | Paralegal | 91.00 | 1.70 | 154.70 |
| Total | | | 22.90 | 4,901.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                        SEPTEMBER 17, 2012
                                                             0G2012-301027
BILL AMOUNT        $5,730.82                                  INVOICE #  805134

To:    ResCap                          TC Number:        712180
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805134
                                       Period ending:    07/31/2012

Case Management Number      LD  0G2012-301027

                                            Current Invoice
Code Task                                Hours        Fees

C300 Analysis and Advice                  1.10   $    289.30
L110 Fact Investigation/Development       7.70   $  1,410.70
L120 Analysis/Strategy                    6.30   $  1,432.50
L160 Settlement/Non-Binding ADR           0.40   $     87.60
L190 Other Case Assessment, Develop't/Admin 2.60 $    569.40
L210 Pleadings                            2.50   $    585.50
L230 Court Mandated Conferences           0.40   $     58.00
L250 Other Written Motions/Submissions    0.70   $    153.30
L320 Document Production                   0.30   $     78.90
L450 Trial and Hearing Attendance         0.90   $    236.70

                        ====================================
              TOTAL FEES   22.90    $  4,901.90

              TOTAL FEES DUE         $  4,901.90
       TOTAL DISBURSEMENTS DUE       $    828.92
       TOTAL DUE THIS INVOICE        $  5,730.82



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0G2012-301028
Fort Washington, PA 19034

                                                           INVOICE #  805135

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301028  TC Number: 711093

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Research on record on appeal/transcript status | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/03/12 | Continued research on case status and review of rules for notice of appearance and statement of interested parties | L510 | MJA | 1.00 | 297.00 | 297.00 |
| 07/10/12 | Summarize deadlines for filing transcripts and other supplements to the Record on appeal in email to M.Ayers | L520 | AC | .50 | 193.00 | 96.50 |
| 07/12/12 | Research on record on appeal and timing issues | L510 | MJA | .50 | 297.00 | 148.50 |
| 07/19/12 | Review docket regarding status of fee payment and catalog information on comprehensive tracking chart | L110 | AHC | .30 | 145.00 | 43.50 |
| 07/20/12 | Update local counsel spreadsheet for GMAC | L190 | phn | .20 | 200.00 | 40.00 |
| 07/24/12 | Retrieval and initial review of documents referenced in Notice of Appeal and memorandum regarding same | L110 | AHC | 1.00 | 145.00 | 145.00 |
| 07/27/12 | Review and analyze plaintiff's application for leave to file in forma pauperis and supporting exhibits | B110 | phn | .40 | 200.00 | 80.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301028

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Review of filing concerning transcript inclusion in record on appeal and on rules concerning additions to record | L510 | MJA | .40 | 297.00 | 118.80 |
| | FEES | | | | | $1,128.10 |
| | AMOUNT DUE THIS BILL | | | | | $1,128.10 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301028

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 2.30 | 683.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.30 | 188.50 |
| Preston H. Neel | Associate | 200.00 | .80 | 160.00 |
| Aaron Chastain | Associate | 193.00 | .50 | 96.50 |
| Total | | | 4.90 | 1,128.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301028
INVOICE #  805135

BILL AMOUNT          $1,128.10

| To: | ResCap<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | TC Number:<br>Invoice Date:<br>Invoice No.<br>Period ending: | 711093<br>09/17/2012<br>805135<br>07/31/2012 |

Case Management Number      LD  0G2012-301028

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------:|---|------:|
| B110 | Case Administration | 0.40 | $ | 80.00 |
| L110 | Fact Investigation/Development | 1.30 | $ | 188.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.40 | $ | 80.00 |
| L510 | Appellate Motions and Submissions | 2.30 | $ | 683.10 |
| L520 | Appellate Briefs | 0.50 | $ | 96.50 |
| | | ================================= | | |
| | TOTAL FEES | 4.90 | $ | 1,128.10 |
| | TOTAL FEES DUE | | $ | 1,128.10 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 1,128.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301031

INVOICE #  805136

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301031  TC Number: 702685

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Update status report regarding dismissal of plaintiff's claims | L120 | RK | .10 | 185.00 | 18.50 |
| 07/16/12 | Review recently filed notice of appeal | L120 | RK | .40 | 185.00 | 74.00 |
| 07/16/12 | Retrieve and review Notice of Appeal | L110 | AHC | .30 | 145.00 | 43.50 |
| 07/16/12 | Review plaintiff's motion to vacate the summary judgment order and draft brief in opposition to motion to vacate | L210 | GWG | 2.50 | 263.00 | 657.50 |
| 07/16/12 | Analysis of Notice of Appeal and e-mails from G. Gerhardt and A. Cockrell regarding facts of appeal. | L110 | MST | .30 | 150.00 | 45.00 |
| 07/20/12 | Review various bankruptcy orders | L120 | GWG | .40 | 263.00 | 105.20 |
| 07/23/12 | Work on response to plaintiff's motion to vacate the summary judgment ruling | L210 | GWG | 1.70 | 263.00 | 447.10 |
| 07/23/12 | Draft brief in opposition to Plaintiff's motion to vacate the court's dismissal order | L120 | RK | 4.00 | 185.00 | 740.00 |
| 07/23/12 | Revise response to Plaintiff's motion to vacate | L120 | RK | 1.10 | 185.00 | 203.50 |
| 07/23/12 | Research regarding automatic stay and court's entry of summary judgment | B410 | RLB | 2.70 | 266.00 | 718.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301031

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Review and analyze issues regarding the pending motion for summary judgment and GMAC's bankruptcy | L110 | CWH | .50 | 330.00 | 165.00 |
| 07/24/12 | Legal research regarding plaintiff's recent filing | L210 | GWG | 1.30 | 263.00 | 341.90 |
| 07/27/12 | Review and analyze order from court regarding response to opposition and update file regarding same. | L110 | MST | .30 | 150.00 | 45.00 |

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  | FEES |  |  |  |  | $3,604.40 |
| 41 | Computerized Legal Research-Westlaw |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $3,604.40 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301031

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Rashad L. Blossom | Associate | 266.00 | 2.70 | 718.20 |
| Graham W. Gerhardt | Partner | 263.00 | 5.90 | 1,551.70 |
| Riley Key | Associate | 185.00 | 5.60 | 1,036.00 |
| Total | | | 15.60 | 3,604.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301031
INVOICE #  805136

BILL AMOUNT        $3,604.40

To:    ResCap                          TC Number:          702685
       1100 Virginia Drive            Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805136
                                      Period ending:      07/31/2012

Case Management Number      LD  0G2012-301031

|      |                                  | Current Invoice | |
| Code | Task                             | Hours | Fees |
|------|----------------------------------|-------|------|
| B410 | General Bankruptcy Advice/Opinions | 2.70 | $   718.20 |
| L110 | Fact Investigation/Development   | 1.40  | $   298.50 |
| L120 | Analysis/Strategy                | 6.00  | $ 1,141.20 |
| L210 | Pleadings                        | 5.50  | $ 1,446.50 |

==================================

|                     |       |      |
|---------------------|-------|------|
| TOTAL FEES          | 15.60 | $ 3,604.40 |
| TOTAL FEES DUE      |       | $ 3,604.40 |
| TOTAL DISBURSEMENTS DUE |   | $     0.00 |
| TOTAL DUE THIS INVOICE  |   | $ 3,604.40 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301033

INVOICE #   805137

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301033   TC Number: 686851

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Carefully track and verify receipt of Petition in Intervention upon all parties filed in Brazolia County | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/03/12 | Revise affidavit of GMAC regarding servicing relationship and authority to represent Deutsche Bank | L210 | BG | .10 | 190.00 | 19.00 |
| 07/03/12 | Send draft affidavit of GMAC regarding servicing relationship and authority to represent Deutsche Bank to P.Stokes | L210 | BG | .20 | 190.00 | 38.00 |
| 07/03/12 | Draft affidavit of GMAC regarding servicing relationship | L210 | BG | .40 | 190.00 | 76.00 |
| 07/03/12 | Revise response to Motion to Show Authority in 65018 | L210 | BG | .20 | 190.00 | 38.00 |
| 07/03/12 | Revise response to Motion to Show Authority in CV - 67142 | L210 | BG | .20 | 190.00 | 38.00 |
| 07/03/12 | Revised and edited affidavit of GMAC | L250 | JHP | .20 | 245.00 | 49.00 |
| 07/03/12 | Draft status report to client regarding motion for new trial | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/05/12 | Review response brief of borrower to Motion for New Trial | L240 | JHP | 1.30 | 245.00 | 318.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Review Borrower's Motion to Strike Petition in Intervention filed by Defendants in Ark-La-Tex matter and reviewed 305 paragraph affidavit of purported mortgage expert attached as exhibit to motion to strike | L250 | JHP | 1.80 | 245.00 | 441.00 |
| 07/05/12 | Send document to client in aid of execution of affidavit in support of response to motion to show authority | L120 | BG | .20 | 190.00 | 38.00 |
| 07/05/12 | Receipt of Plaintiff&s Motion to Strike Intervention of GMAC along with 343 paragraph affidavit in support in cause no. 67142 and evaluate response thereto | L120 | BG | .50 | 190.00 | 95.00 |
| 07/05/12 | Receipt / review of Plaintiff&s response to Motion to Vacate Final Order and Finding of Fact in cause number 65108 and evaluate response thereto | L120 | BG | .80 | 190.00 | 152.00 |
| 07/05/12 | Follow-up with counsel for MERS regarding affidavit in support of response to Motion to Show Authority | L120 | BG | .10 | 190.00 | 19.00 |
| 07/05/12 | Revise MERS& affidavit in support of response to Motion to Show Authority | L210 | BG | .10 | 190.00 | 19.00 |
| 07/05/12 | Assimilation and compilation of filings from borrower's counsel pertaining to response to motion to strike | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/06/12 | Send MERS& counsel a copy of Opposition to Motion to Vacate | L120 | BG | .10 | 190.00 | 19.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Multiple correspondence with counsel for MERS regarding response to borrowerÆs Opposition to Motion to Vacate | L120 | BG | .40 | 190.00 | 76.00 |
| 07/06/12 | Draft argument section to Opposition to Petition to Vacate Final Order and Findings of Fact | L210 | BG | .90 | 190.00 | 171.00 |
| 07/06/12 | Finalize Response to Motion to Show Authority in 67142 | L210 | BG | .20 | 190.00 | 38.00 |
| 07/06/12 | Finalize Response to Motion to Show Authority in 608152 | L210 | BG | .10 | 190.00 | 19.00 |
| 07/06/12 | Continue draft argument section to Opposition to Petition to Vacate Final Order and Findings of Fact | L210 | BG | .60 | 190.00 | 114.00 |
| 07/06/12 | Draft executive summary section to Opposition to Petition to Vacate Final Order and Findings of Fact | L210 | BG | .30 | 190.00 | 57.00 |
| 07/06/12 | Continue draft argument section to Opposition to Petition to Vacate Final Order and Findings of Fact | L210 | BG | 2.30 | 190.00 | 437.00 |
| 07/06/12 | Continue draft argument section to Opposition to Petition to Vacate Final Order and Findings of Fact | L210 | BG | 1.20 | 190.00 | 228.00 |
| 07/06/12 | Draft conclusion to Opposition to Petition to Vacate Final Order and Findings of Fact | L210 | BG | .20 | 190.00 | 38.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
SEPTEMBER 17, 2012

Rescap

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Continue draft argument section to Opposition to Petition to Vacate Final Order and Findings of Fact | L210 | BG | .80 | 190.00 | 152.00 |
| 07/07/12 | Begin drafting reply brief in support of motion for new trial in response to opposition brief filed by borrower | L240 | JHP | 1.90 | 245.00 | 465.50 |
| 07/09/12 | Revise and edit response brief in support of motion for new trial | L240 | JHP | 2.30 | 245.00 | 563.50 |
| 07/09/12 | Review reply brief of borrower | L240 | JHP | .80 | 245.00 | 196.00 |
| 07/09/12 | Review docket control order in conjunction with drafting response to borrowerÆs opposition to motion to vacate | L210 | BG | .10 | 190.00 | 19.00 |
| 07/09/12 | Send  response to borrowerÆs opposition to motion to vacate to counsel for MERS | L210 | BG | .20 | 190.00 | 38.00 |
| 07/09/12 | Assist with preparation of Response to Opposition including retrieval of docket sheet and court file, obtaining certified pleadings, e-mails to and from Judge Denman's office and Judge Sebesta's office | L110 | ABB | 2.10 | 150.00 | 315.00 |
| 07/09/12 | Revise / modify Response to Opposition to Motion to Vacate Final Order and Motion for New Trial | L120 | BG | .90 | 190.00 | 171.00 |
| 07/09/12 | Draft proposed Order for Motion to Vacate Final Order and Motion for New Trial | L210 | BG | .90 | 190.00 | 171.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Prepare exhibits and cited authorities for Response to Opposition to Motion to Vacate Final Order and Motion for New Trial | L210 | BG | .30 | 190.00 | 57.00 |
| 07/09/12 | Check orders from relevant time period to confirm borrowerÆs allegations | L120 | BG | .20 | 190.00 | 38.00 |
| 07/10/12 | Preparation of Index of Authorities regarding Reply to borrower's Response to Motion to Vacate and Motion for New Trial | L110 | ABB | 1.20 | 150.00 | 180.00 |
| 07/10/12 | Finalize Reply to borrower's Response to Motion to Vacate and Motion for New Trial and prepare for service among five parties via certified mail and facsimile | L110 | ABB | 1.00 | 150.00 | 150.00 |
| 07/10/12 | Correspondence with enclosures to the Court the regarding filed Reply | L110 | ABB | .30 | 150.00 | 45.00 |
| 07/10/12 | Revise Response to borrowerÆs Opposition to our Motion to Vacate / Motion for New Trial | L210 | BG | .60 | 190.00 | 114.00 |
| 07/10/12 | File response to borrowerÆs opposition to Motion to Vacate / Motion for New Trial | L210 | BG | .20 | 190.00 | 38.00 |
| 07/10/12 | Work on Index of Authorities to accompany reply to borrowerÆs response to Motion to Vacate / Motion for New Trial | L210 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
Rescap                                                              SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Final Response to borrowerÆs Opposition to Motion to Vacate / Motion for New Trial | L210 | BG | .40 | 190.00 | 76.00 |
| 07/10/12 | Receipt / review of Barry Johnson and Settle PouÆs response to borrowerÆs opposition to Motion to Vacate / Motion for New Trial | L120 | BG | .20 | 190.00 | 38.00 |
| 07/10/12 | Receipt of correspondence from borrower to multiple plaintiffÆs counsel regarding Bradley Arant as special counsel | L120 | BG | .30 | 190.00 | 57.00 |
| 07/10/12 | Review reply brief in support of motion for new trial filed by co-defendants Barry Johnson and Settle Pou law Firm | L240 | JHP | .50 | 245.00 | 122.50 |
| 07/10/12 | Emails to/from MERS and MERS counsel to discuss revisions and changes to reply brief in support of motion for new trial | L240 | JHP | .40 | 245.00 | 98.00 |
| 07/11/12 | Respond to P.StokesÆ request for bankruptcy stay status | L120 | BG | .10 | 190.00 | 19.00 |
| 07/11/12 | Send filed Reply to opposing counsel in light of fax service issues | L120 | BG | .20 | 190.00 | 38.00 |
| 07/11/12 | Research plaintiff | L120 | BG | .20 | 190.00 | 38.00 |
| 07/11/12 | File proposed order to Motion to Vacate / Motion for New Trial | L210 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Correspondence with Court clerk regarding timing of the courtÆs ruling on the Motion to Vacate / Motion for New Trial | L190 | BG | .10 | 190.00 | 19.00 |
| 07/11/12 | Telephone conference with L.Kellog of Brazoria County regarding filing and support of same | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/11/12 | Preparation of correspondence with enclosures regarding filing and finalize Proposed Order | L110 | ABB | .00 | 150.00 | 0.00 |
| 07/11/12 | Emails to and from court coordinator for the 239th district regarding Order and additional telephone conference with G.Riebschlager's office regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 07/11/12 | Online inquiries regarding lawsuits and e-mail communications regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/11/12 | Further e-mail communications with Judge's clerk regarding ruling regarding recently filed motion | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/12/12 | Revise Response to Motion to Show Authority in 65018 | L210 | BG | .20 | 190.00 | 38.00 |
| 07/12/12 | Revise Response to Motion to Show Authority in 67142 | L210 | BG | .20 | 190.00 | 38.00 |
| 07/12/12 | Draft proposed order on Motion to Show Authority in 65018 | L210 | BG | .10 | 190.00 | 19.00 |
| 07/12/12 | Draft proposed order on Motion to Show Authority in 67142 | L210 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    8
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Receipt of correspondence between opposing counsel and judge regarding hearing dates and prospective motions | L230 | BG | .10 | 190.00 | 19.00 |
| 07/12/12 | E-mail communications with all counsel regarding Proposed Order | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/16/12 | Review notices from borrower setting hearings on motion to strike pleadings and motion for summary judgment in Arklatex matter | L250 | JHP | .10 | 245.00 | 24.50 |
| 07/16/12 | Analysis and review of hearing documents regarding summary judgment in cause 67142 and compilation of documents regarding same regarding case strategy | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/17/12 | Assimilation and compilation of incoming response from borrower regarding cause 65018 and update file | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/17/12 | Emails to/from clients to discuss status of case | L120 | JHP | .20 | 245.00 | 49.00 |
| 07/17/12 | Receipt and evaluation of borrower's response to reply to her response to Motion to Vacate | L120 | BG | .50 | 190.00 | 95.00 |
| 07/17/12 | Correspondence with representatives of Deutsche status of intervention in cause number 65018 | L120 | BG | .10 | 190.00 | 19.00 |
| 07/17/12 | Receipt of correspondence from Deutsche regarding service of pleadings | L120 | BG | .10 | 190.00 | 19.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    9
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Send update to MERS representatives borrowerÆs response to reply to regarding response to Motion to Vacate | L120 | BG | .20 | 190.00 | 38.00 |
| 07/17/12 | Send borrowerÆs most recent pleading to counsel for Settle Pou | L120 | BG | .10 | 190.00 | 19.00 |
| 07/17/12 | Emails to/from MERS to discuss reply brief filed by borrowers with respect to motion for new trial | L240 | JHP | .40 | 245.00 | 98.00 |
| 07/18/12 | Review reply brief filed by borrower with respect to motion for new trial filed by clients | L240 | JHP | .60 | 245.00 | 147.00 |
| 07/18/12 | Emails to/from MERS to discuss reply brief filed by borrower | L120 | JHP | .20 | 245.00 | 49.00 |
| 07/18/12 | E-mail communications with attachments to and from parties regarding Motion to Show Authority in two judgment matters (65018 and 67142) | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/18/12 | Finalize Response to Show Motion for Attorney to Show Authority with exhibits A-D along with accompanying Proposed Order and prepare same for filing in Brazoria County and for service upon five parties in Case No. 65018 | L110 | ABB | 1.00 | 150.00 | 150.00 |
| 07/18/12 | Finalize Response to Show Motion for Attorney to Show Authority with exhibits A-D along with accompanying Proposed Order and prepare same for filing in Brazoria County and for service upon five parties in Case No. 67142 | L110 | ABB | .40 | 150.00 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    10
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Correspondence with MERSÆ counsel regarding response to borrowerÆs response to the Motion to Vacate | L120 | BG | .20 | 190.00 | 38.00 |
| 07/18/12 | Research case regarding Motion to Strike Affidavit | L120 | BG | .30 | 190.00 | 57.00 |
| 07/19/12 | Obtain Court file and pleadings from 239th judicial district in case 67142 and assimilation and compilation of same | L110 | ABB | 1.50 | 150.00 | 225.00 |
| 07/19/12 | Communications to and from MERS regarding filing in the 239th district and further communications with court coordinator regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 07/19/12 | Emails to/from MERS to discuss status of motion for new trial and reply brief to be filed by Friday | L240 | JHP | .20 | 245.00 | 49.00 |
| 07/19/12 | Drafted and edited sur-reply brief of clients in response to second response brief filed by borrowers regarding clients' motion for new trial | L240 | JHP | 3.90 | 245.00 | 955.50 |
| 07/19/12 | Begin drafting Motion to Strike Affidavit | L210 | BG | 2.50 | 190.00 | 475.00 |
| 07/19/12 | Draft conclusion to response to Motion to Strike Petition in Intervention | L210 | BG | .20 | 190.00 | 38.00 |
| 07/19/12 | Draft factual background section of response to Motion to Strike Petition in Intervention | L210 | BG | 1.90 | 190.00 | 361.00 |
| 07/19/12 | Research affiant in drafting Motion to Strike | L120 | BG | .20 | 190.00 | 38.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    11
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/19/12 | Begin drafting argument section of response to Motion to Strike Petition in Intervention | L210 | BG | .80 | 190.00 | 152.00 |
| 07/19/12 | Review docket for relevant pleadings in 67142 | L120 | BG | .20 | 190.00 | 38.00 |
| 07/19/12 | Draft standard of review section of response to Motion to Strike Petition in Intervention | L210 | BG | .80 | 190.00 | 152.00 |
| 07/20/12 | Emails to/from counsel for MERS forwarding draft of sur-reply | L240 | JHP | .20 | 245.00 | 49.00 |
| 07/20/12 | Revise reply to response to our reply to response to Motion to Vacate | L210 | BG | .50 | 190.00 | 95.00 |
| 07/20/12 | Send sur-reply to MERS representatives | L120 | BG | .10 | 190.00 | 19.00 |
| 07/20/12 | Retrieval of docket report in preparation for filing response by MERS | L110 | ABB | .30 | 150.00 | 45.00 |
| 07/20/12 | Finalize Sur-Reply with exhibits in Cause No. 65018 and prepare same for filing in Brazoria County and for service among five parties as well as Judge Sebesta | L110 | ABB | .80 | 150.00 | 120.00 |
| 07/23/12 | Work regarding Motion to Strike Affidavit | L210 | BG | .30 | 190.00 | 57.00 |
| 07/23/12 | Review Order granting Motion to Vacate / Motion for New Trial in 65018 | L210 | BG | .10 | 190.00 | 19.00 |
| 07/23/12 | Review Order granting Motion to Vacate / Motion for New Trial in 65018 to client | L210 | BG | .10 | 190.00 | 19.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    12
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Review Order from court granting motion for new trial | L240 | JHP | .10 | 245.00 | 24.50 |
| 07/23/12 | Communications regarding ruling of Motion for New Trial with Judge Sebesta's office and assimilation and compilation of information received and granted Order as well as e-mail communications regarding same | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/23/12 | Communications to and from all counsel with attachments regarding judgment file and Order on case 65018 | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/23/12 | Further efforts in order to obtain civil copies of specific pleadings in Brazoria County Texas regarding case 67142 | L110 | ABB | .70 | 150.00 | 105.00 |
| 07/23/12 | Retrieval of docket report regarding Cause 65018 to determine status of ruling on Motion for New Trial | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/23/12 | Determine if borrower pled defense | L120 | BG | .10 | 190.00 | 19.00 |
| 07/23/12 | Send Order granting Motion to Vacate / Motion for New Trial in 65018 to MERS representatives | L210 | BG | .10 | 190.00 | 19.00 |
| 07/24/12 | Correspondence with MERS regarding consolidation of active cases | L190 | BG | .10 | 190.00 | 19.00 |
| 07/24/12 | Emails to/from client contact for MERS regarding order by court vacating prior order and ordering new trial in matter pending in 239th against MERS, Deutsche Bank, Juan Aguirre and Katie Brewer | L120 | JHP | .20 | 245.00 | 49.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    13
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/24/12 | Draft and edit amended suggestion of bankruptcy notifying Court of July 13 final supplemental order from bankruptcy court | L210 | JHP | 1.00 | 245.00 | 245.00 |
| 07/24/12 | Review and analyze claims in borrower's suit to determine status of claims in light of bankruptcy | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/24/12 | Review and analyze status of borrower's various suits against Homecomings in relation to August trial | L110 | CWH | .40 | 330.00 | 132.00 |
| 07/24/12 | Evaluate strategy for consolidating three active cases in the wake of the recent order vacating final judgment and granting new trial but failing to abate the action | L120 | BG | .20 | 190.00 | 38.00 |
| 07/25/12 | Continue to review and analyze borrower's claims with respect to the upcoming trial | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/26/12 | Email from client regarding extinguishment of second lien | L190 | JHP | .30 | 245.00 | 73.50 |
| 07/26/12 | Correspondence regarding letter sent to Plaintiff as part of the AG settlement | L160 | BG | .20 | 190.00 | 38.00 |
| 07/27/12 | Draft letter to counsel for borrower enclosing Second Lien Extinguishment Agreement | L190 | JHP | .30 | 245.00 | 73.50 |
| 07/27/12 | Email to client contact for MERS to discuss issue of assignment of mortgage | L120 | JHP | .10 | 245.00 | 24.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    14
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Email and phone call to/from client contact P.Stokes to discuss status of case and assignment of mortgage issues | L120 | JHP | .30 | 245.00 | 73.50 |
| 07/27/12 | Evaluate issue with affidavit and foreclosure | L120 | BG | .20 | 190.00 | 38.00 |
| 07/29/12 | Emails to/from counsel for borrower to discuss second lien extinguishment letter and to discuss deadline for response | L190 | JHP | .30 | 245.00 | 73.50 |
| 07/30/12 | Email to counsel for borrower to notify of additional time for borrower to agree to sign 2nd Loan Extinguishment Agreement | L160 | JHP | .10 | 245.00 | 24.50 |
| 07/30/12 | Emails to and from client contact P.Stokes to discuss 2nd Loan Extinguishment Agreement | L120 | JHP | .20 | 245.00 | 49.00 |

FEES                        $11,769.00

### DESCRIPTION OF DISBURSEMENTS

| 07 | Filing Fees | 120.97 |
|----|-------------|--------|
| 20 | Airline Tickets | 717.40 |
| 21 | Travel Expense | 280.70 |
| 23 | Meal Expense | 22.64 |
| 37 | Research Fee | 76.20 |

COSTS                        $1,217.91



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    15
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $12,986.91

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    16
SEPTEMBER 17, 2012

0G2012-301033

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .90 | 297.00 |
| Allison Burke | Paralegal | 150.00 | 14.40 | 2,160.00 |
| Jon H. Patterson | Associate | 245.00 | 18.00 | 4,410.00 |
| Blake Goodsell | Associate | 190.00 | 25.80 | 4,902.00 |
| Total | | | 59.10 | 11,769.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301033
BILL AMOUNT      $12,986.91                               INVOICE #  805137

To:    ResCap                          TC Number:          686851
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805137
                                       Period ending:      07/31/2012

Case Management Number      LD  0G2012-301033

                                       Current Invoice
Code Task                              Hours         Fees

L110  Fact Investigation/Development    15.30    $  2,457.00
L120  Analysis/Strategy                  8.00    $  1,591.50
L160  Settlement/Non-Binding ADR         0.30    $     62.50
L190  Other Case Assessment, Develop't/Admin  1.10  $   258.50
L210  Pleadings                         19.60    $  3,779.00
L230  Court Mandated Conferences         0.10    $     19.00
L240  Dispositive Motions               12.60    $  3,087.00
L250  Other Written Motions/Submissions  2.10    $    514.50

                              ==================================
                 TOTAL FEES    59.10    $ 11,769.00

                 TOTAL FEES DUE              $ 11,769.00
           TOTAL DISBURSEMENTS DUE          $  1,217.91
           TOTAL DUE THIS INVOICE           $ 12,986.91



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0G2012-301035
Fort Washington, PA 19034

                                                               INVOICE #  805140

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301035  TC Number: 716367

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/03/12 | Work on argument section of brief in support of motion for judgment on the pleadings | L240 | GWG | 1.80 | 263.00 | 473.40 |
| 07/09/12 | Review and analyze Plaintiff's request for supplemental discovery response | L120 | phn | .40 | 200.00 | 80.00 |
| 07/09/12 | Revise and edit 12(c) motion | L210 | phn | 1.30 | 200.00 | 260.00 |
| 07/10/12 | Plan and prepare for 12(c) filing and service | L210 | phn | 4.60 | 200.00 | 920.00 |
| 07/10/12 | Review and analyze case for reference to present matter | L120 | phn | .70 | 200.00 | 140.00 |
| 07/10/12 | Phone call to set depo to request copy of deposition transcript | L120 | phn | .30 | 200.00 | 60.00 |
| 07/10/12 | Review and analyze Plaintiff's voicemail regarding 12(c) motion and authority to litigate based on bankruptcy order | L120 | phn | .20 | 200.00 | 40.00 |
| 07/10/12 | Review and analyze email from Plaintiff regarding Bankruptcy petition | L120 | phn | .30 | 200.00 | 60.00 |
| 07/10/12 | Begin preparing response to plaintiff regarding inquiry regarding the bankruptcy's effect on this matter | L120 | GWG | .30 | 263.00 | 78.90 |
| 07/11/12 | Review and analyze Deposition transcript | L120 | phn | 2.40 | 200.00 | 480.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Email exchange with investor relations regarding reports | L120 | phn | .50 | 200.00 | 100.00 |
| 07/12/12 | Phone call with Plaintiff regarding discovery | L120 | phn | 1.00 | 200.00 | 200.00 |
| 07/13/12 | Conference call with Plaintiff and subsequent research on supplemental discovery responses and PlaintiffÆs request for settlement authority | L120 | phn | 1.40 | 200.00 | 280.00 |
| 07/16/12 | Voicemail to investor relations regarding reports related to the two loans at issue | L120 | phn | .20 | 200.00 | 40.00 |
| 07/16/12 | Email to R.Meeker regarding reports related to the two loans at issue | L120 | phn | .20 | 200.00 | 40.00 |
| 07/18/12 | Email to Plaintiff regarding supplemental discovery response | L390 | phn | .20 | 200.00 | 40.00 |
| 07/18/12 | Review voicemail from Court regarding PlaintiffÆs motion to continue and GMACÆs bankruptcy | L210 | phn | .20 | 200.00 | 40.00 |
| 07/19/12 | Email exchanges with R.Meeker and investor relations regarding plaintiffÆs loan | L120 | phn | .50 | 200.00 | 100.00 |
| 07/20/12 | Prepare legal arguments for motion for summary judgment | L240 | GWG | .60 | 263.00 | 157.80 |
| 07/20/12 | Email exchange with plaintiff regarding effect of bankruptcy motions | L120 | phn | .20 | 200.00 | 40.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Review and analyze case for impact of final supplemental order | L120 | phn | .50 | 200.00 | 100.00 |
| 07/20/12 | Email exchange and phone call with R.Meeker regarding on plaintiffÆs loans | L120 | phn | .40 | 200.00 | 80.00 |
| 07/23/12 | Email exchange with plaintiff regarding bankruptcy effect on case, supplemental discovery, and plaintiff's motion to continue | B110 | phn | .60 | 200.00 | 120.00 |
| 07/23/12 | Attend conference call with P. Stokes, R. Meeker and GMAC regarding reports related to plaintiff's loans | C300 | phn | .40 | 200.00 | 80.00 |
| 07/23/12 | Conference call with plaintiff regarding reports, bankruptcy and discovery issues | B110 | phn | .50 | 200.00 | 100.00 |
| 07/24/12 | Review and analyze plaintiff's motion for continuance and notification of bankruptcy | B110 | phn | .50 | 200.00 | 100.00 |
| 07/24/12 | Email exchange with R. Meeker regarding motion | L210 | phn | .30 | 200.00 | 60.00 |
| 07/24/12 | Conference call with plaintiff to discuss opposition to his motion to continue and the bankruptcy | L210 | phn | .30 | 200.00 | 60.00 |
| 07/24/12 | Review voicemail from plaintiff regarding discovery and motion for continuance | B110 | phn | .20 | 200.00 | 40.00 |
| 07/24/12 | Draft letter providing plaintiff with supplemental discovery responses | L320 | phn | 1.20 | 200.00 | 240.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Review and analyze plaintiff's deposition testimony | L330 | phn | .40 | 200.00 | 80.00 |
| 07/24/12 | Work on opposition to plaintiff's motion to continue and plaintiff's letter regarding discovery disputes | L210 | GWG | 1.00 | 263.00 | 263.00 |
| 07/25/12 | Review voicemail from Court regarding plaintiffÆs notice of bankruptcy and request for continuance | L120 | phn | .20 | 200.00 | 40.00 |
| 07/25/12 | Review and analyze PlaitniffÆs motion for continuance | L120 | phn | .40 | 200.00 | 80.00 |
| 07/25/12 | Email exchange with Plaintiff regarding discovery letter to plaintiff regarding supplemental responses | L120 | phn | .20 | 200.00 | 40.00 |
| 07/26/12 | Work on response to plaintiff's motion to continue and notice regarding effect of bankruptcy | L210 | GWG | 1.00 | 263.00 | 263.00 |
| 07/26/12 | Work on declaration to be used in motion for summary judgment | L240 | GWG | .90 | 263.00 | 236.70 |
| 07/26/12 | Draft letter enclosing financial package for loan modification | L160 | phn | .30 | 200.00 | 60.00 |
| 07/26/12 | Revise and edit motion for summary judgment | L210 | phn | 2.10 | 200.00 | 420.00 |
| 07/26/12 | Draft opposition to plaintiff's motion to continue and notice of bankruptcy effect on all claims | L210 | phn | 1.60 | 200.00 | 320.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 17, 2012

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Conference call with C. Jantowski in Judge Malloy's office regarding bankruptcy and Court's desire to receive a response to plaintiff's motion | B110 | phn | .20 | 200.00 | 40.00 |
| 07/27/12 | Revise and edit declaration in support of motion | L210 | phn | .50 | 200.00 | 100.00 |
| 07/30/12 | Email exchange with C.Hancock regarding approval of notice of bankruptcy | L120 | phn | .20 | 200.00 | 40.00 |
| 07/31/12 | Review docket for filings and order from Court regarding dispositive motions | L120 | phn | .30 | 200.00 | 60.00 |
| 07/31/12 | Email exchange with R.Meeker regarding declaration in support of motion for summary judgment and review of final executed copy | L120 | phn | .50 | 200.00 | 100.00 |
| 07/31/12 | Email exchange with R.Meeker and P.Stokes regarding continuance and notice of bankruptcy stay | L120 | phn | .40 | 200.00 | 80.00 |
| 07/31/12 | Analyze and prepare for filing and service of opposition / notice of bankruptcy stay | L120 | phn | .30 | 200.00 | 60.00 |
| 07/31/12 | Draft and revise motion for summary judgment | L210 | phn | 3.20 | 200.00 | 640.00 |
| 07/31/12 | Finalize Opposition to Plaintiff's Motion to Continue and Incorporated Notice regarding pending bankruptcy and exhibit and prepare all for filing and service. | L210 | MST | .60 | 150.00 | 90.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      6
SEPTEMBER 17, 2012

0G2012-301035

FED ID NO. 63-0243316

FEES                                    $7,662.80

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 26.56 |
| 13 | Court Reporter Charges | 603.06 |
| 14 | Transcript Charges | 400.78 |
| 20 | Airline Tickets | 839.20 |
| 21 | Travel Expense | 620.81 |
| 23 | Meal Expense | 105.20 |

COSTS                    $2,595.61

AMOUNT DUE THIS BILL        $10,258.41

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      7
SEPTEMBER 17, 2012

0G2012-301035

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Graham W. Gerhardt | Partner | 263.00 | 5.60 | 1,472.80 |
| Preston H. Neel | Associate | 200.00 | 30.50 | 6,100.00 |
| Total | | | 36.70 | 7,662.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301035
BILL AMOUNT        $10,258.41                                  INVOICE #  805140

_____

To:    ResCap                          TC Number:           716367
       1100 Virginia Drive             Invoice Date:        09/17/2012
       Fort Washington, PA 19034       Invoice No.          805140
                                       Period ending:       07/31/2012


Case Management Number       LD  0G2012-301035


                                          Current Invoice
Code Task                             Hours            Fees

B110 Case Administration               2.00    $      400.00
C300 Analysis and Advice               0.40    $       80.00
L120 Analysis/Strategy                12.00    $    2,418.90
L160 Settlement/Non-Binding ADR        0.30    $       60.00
L190 Other Case Assessment, Develop't/Admin  0.20  $    40.00
L210 Pleadings                        16.70    $    3,436.00
L240 Dispositive Motions               3.30    $      867.90
L320 Document Production                1.20    $      240.00
L330 Depositions                       0.40    $       80.00
L390 Other Discovery                   0.20    $       40.00


                      ==================================
           TOTAL FEES   36.70    $    7,662.80

                TOTAL FEES DUE            $    7,662.80
         TOTAL DISBURSEMENTS DUE          $    2,595.61
         TOTAL DUE THIS INVOICE           $   10,258.41



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                  SEPTEMBER 17, 2012
1100 Virginia Drive                                                     0G2012-301036
Fort Washington, PA 19034

                                                                        INVOICE #  805145

                                                                        **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301036  TC Number: 687152

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Draft status update for client regarding case assignment and notice of status conference | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/05/12 | Draft Notice of Status Conference | L250 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 07/11/12 | Telephone call to Judge Wallace's Judicial Assistant regarding scheduling status conference | L210 | JAM | .20 | 145.00 | 29.00 |
| 07/11/12 | Telephone call from Judicial Assistant with proposed dates for status conference | L210 | JAM | .20 | 145.00 | 29.00 |
| 07/11/12 | Respond to P.Stokes' request for bankruptcy stay status | L190 | JDV | .10 | 219.00 | 21.90 |
| 07/16/12 | Telephone calls to Judge Wallace's JA | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/17/12 | Draft correspondence to A.Charney regarding scheduling status conference | L230 | JAM | .30 | 145.00 | 43.50 |
| 07/27/12 | Correspondence with A.Charney, defendant's attorney, regarding status of litigation and defendant's settlement offer | L190 | JDV | .90 | 219.00 | 197.10 |
| 07/27/12 | Correspondence with G.Albright regarding status of litigation and defendant's settlement offer | L190 | JDV | .20 | 219.00 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301036

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|  | FEES |  |  |  |  | $538.90 |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $538.90 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301036

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | 1.30 | 188.50 |
| Jose D. Vega | Associate | 219.00 | 1.60 | 350.40 |
| Total | | | 2.90 | 538.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301036

BILL AMOUNT        $538.90

INVOICE #   805145

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:       687152
Invoice Date:    09/17/2012
Invoice No.      805145
Period ending:   07/31/2012

Case Management Number       LD   0G2012-301036

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L190 | Other Case Assessment, Develop't/Admin | 1.70 | $ | 350.10 |
| L210 | Pleadings | 0.70 | $ | 101.50 |
| L230 | Court Mandated Conferences | 0.30 | $ | 43.50 |
| L250 | Other Written Motions/Submissions | 0.20 | $ | 43.80 |
| | TOTAL FEES | 2.90 | $ | 538.90 |

TOTAL FEES DUE               $    538.90
TOTAL DISBURSEMENTS DUE      $      0.00
TOTAL DUE THIS INVOICE       $    538.90



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0G2012-301037
Fort Washington, PA 19034

                                                           INVOICE #  805148

                                                           **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301037  TC Number: 713376

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/05/12 | Draft correspondence to Judge's Assistant enclosing Special Set Request form | L190 | JAM | .20 | 145.00 | 29.00 |
| 07/05/12 | Draft status report for client regarding hearing on motion for summary judgment | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/05/12 | Complete court's Special Set Request form | L190 | JAM | .30 | 145.00 | 43.50 |
| 07/05/12 | Revise Request for Hearing Special Set and correspondence to Judicial Assistant regarding same | L210 | JAM | .40 | 145.00 | 58.00 |
| 07/09/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 07/11/12 | Telephone call to Judge Butchko's Judicial Assistant regarding special set hearing and email correspondence regarding same | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/13/12 | Telephone conference regarding status of payment for cd of documents | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/16/12 | Multiple emails and telephone call with Greenspoon Marder re scheduling hearing | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/17/12 | Telephone call with Judge Butchko's JA regarding Judge's availability for hearing | L230 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301037

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Telephone call to M.McCarthy regarding availability for hearing | L230 | JAM | .10 | 145.00 | 14.50 |
| 07/18/12 | Email correspondence to Greenspoon Marder regarding availability for hearing | L230 | JAM | .10 | 145.00 | 14.50 |
| 07/24/12 | Telephone calls to opposing counsel and Judge's Assistant to confirm hearing date | L230 | JAM | .20 | 145.00 | 29.00 |
| 07/26/12 | Multiple emails with J.McSweeney and opposing counsel regarding hearing date | L230 | JAM | .50 | 145.00 | 72.50 |
| 07/26/12 | Correspondence to J.McSweeney enclosing discovery responses | L320 | JAM | .20 | 145.00 | 29.00 |

FEES                          $522.30

AMOUNT DUE THIS BILL          $522.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301037

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Jamie Mathews | Paralegal | 145.00 | 3.10 | 449.50 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | 3.50 | 522.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                    SEPTEMBER 17, 2012
                                          0G2012-301037
BILL AMOUNT        $522.30                INVOICE #  805148

---

To:   ResCap                    TC Number:      713376
      1100 Virginia Drive        Invoice Date:   09/17/2012
      Fort Washington, PA 19034   Invoice No.     805148
                                  Period ending:  07/31/2012


Case Management Number        LD   0G2012-301037


|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $    29.00 |
| L190 | Other Case Assessment, Develop't/Admin | 1.00 | $   159.80 |
| L210 | Pleadings | 1.00 | $   145.00 |
| L230 | Court Mandated Conferences | 1.10 | $   159.50 |
| L320 | Document Production | 0.20 | $    29.00 |

```
                    ===================================
          TOTAL FEES    3.50   $    522.30

              TOTAL FEES DUE           $   522.30
       TOTAL DISBURSEMENTS DUE         $     0.00
          TOTAL DUE THIS INVOICE       $   522.30
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301038

INVOICE #  805150

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301038   TC Number: 703187

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Prepare case status update regarding filing motion to dismiss in response to the amended complaint | C300 | MCG | .20 | 323.00 | 64.60 |

FEES                                                                $64.60

AMOUNT DUE THIS BILL                                                 $64.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301038

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| Total | | | .20 | 64.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301038
BILL AMOUNT          $64.60                              INVOICE #  805150
_____

To:     ResCap                        TC Number:          703187
        1100 Virginia Drive           Invoice Date:       09/17/2012
        Fort Washington, PA 19034      Invoice No.         805150
                                       Period ending:      07/31/2012


Case Management Number      LD   0G2012-301038


                                       Current Invoice
Code Task                              Hours            Fees

C300 Analysis and Advice               0.20    $      64.60


                               ==============================
                    TOTAL FEES          0.20    $      64.60

                    TOTAL FEES DUE               $      64.60
              TOTAL DISBURSEMENTS DUE            $       0.00
                TOTAL DUE THIS INVOICE           $      64.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0G2012-301039
Fort Washington, PA 19034

                                                         INVOICE #  805152

                                                         **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301039  TC Number: 702516

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Finalize appellate brief | L520 | AC | .40 | 193.00 | 77.20 |
| 07/02/12 | Draft second meet and confer letter pertaining to outstanding written request for production of documents responses and signature affidavit | L310 | NJV | .90 | 258.00 | 232.20 |
| 07/02/12 | Review of and final revisions to answer brief to Florida appellate court, and executed, served and filed brief | L520 | MJA | 2.20 | 297.00 | 653.40 |
| 07/10/12 | Draft second motion to compel written discovery responses and send for filing and service | L250 | NJV | 1.60 | 258.00 | 412.80 |
| 07/11/12 | Research records regarding response to borrower's interrogatories and prepare additional supporting documentation for witness verification | L310 | MPE | 1.90 | 149.00 | 283.10 |
| 07/12/12 | Finalize Response to Interrogatories and supporting documents and forward to GMAC | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/12/12 | Emails to and from borrower pertaining to outstanding discovery, US Bank's interrogatory verification and other litigation issues | L120 | NJV | .30 | 258.00 | 77.40 |
| 07/12/12 | Research docket for all three pending cases to determine status. | L110 | MPE | .30 | 149.00 | 44.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Review and revise responses to borrower's first interrogatories | L310 | CWH | .00 | 330.00 | 0.00 |
| 07/13/12 | Revise, edit and finalize GMAC's second motion to compel discovery responses and send for filing and service | L350 | NJV | .70 | 258.00 | 180.60 |
| 07/13/12 | Emails to and from foreclosure counsel pertaining to motion for summary judgment and other litigation strategy going forward | L120 | NJV | .30 | 258.00 | 77.40 |
| 07/16/12 | Final review and revision of Notice of Appearance for second appeal matter | L510 | AHC | .40 | 145.00 | 58.00 |
| 07/16/12 | Correspondence to L.Hogle regarding status of file | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/16/12 | Correspondence to borrower regarding pleadings filed and email addresses for service of same | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/16/12 | Research docket to determine if Motion to Compel has been docketed in order to set hearing. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/17/12 | Review Appellant's Opening Brief and begin preparing to draft Answer Brief | L520 | AC | .20 | 193.00 | 38.60 |
| 07/19/12 | Review and analyze borrower's request for production of documents | L310 | NJV | .90 | 258.00 | 232.20 |
| 07/19/12 | Draft written responses to borrower's request for production of documents and start to compile document production related thereto | L310 | NJV | 4.40 | 258.00 | 1,135.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Review and finalize Motion for Extension of time and proposed Order to respond to borrower's request for production. | L210 | MPE | .30 | 149.00 | 44.70 |
| 07/22/12 | Review and revise responses to borrower's latest request for production of documents | L310 | CWH | .20 | 330.00 | 66.00 |
| 07/23/12 | Revise, edit and finalize request for production written responses and supplemental documents production and send final draft responses to T.Jordan | L310 | NJV | 1.30 | 258.00 | 335.40 |
| 07/23/12 | Review and analyze borrower's account history and redact any and all attorney client communications before finalizing document production | L320 | NJV | 2.10 | 258.00 | 541.80 |
| 07/23/12 | Document production û 117 pages | L140 | RBB | .70 | 149.00 | 104.30 |
| 07/24/12 | Receive, review and analyze corporate resolution research pertaining to said issue | L120 | NJV | 1.30 | 258.00 | 335.40 |
| 07/24/12 | Document production û 285 pages | L140 | RBB | 1.60 | 149.00 | 238.40 |
| 07/25/12 | Review Appellant's Brief and begin research regarding dismissals | L520 | AC | 3.20 | 193.00 | 617.60 |
| 07/25/12 | Begin drafting Answer Brief for appeal from dismissal of GMAC as party | L520 | AC | .50 | 193.00 | 96.50 |
| 07/25/12 | Determine potential responses to borrower's argument | L120 | JMH | .40 | 241.00 | 96.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Retrieve and review authorities cited in Initial Brief of Appellant and organize same for attorney review | L520 | AHC | 3.20 | 145.00 | 464.00 |
| 07/25/12 | Research on jurisdictional issue for response to appeal brief | L520 | MJA | .50 | 297.00 | 148.50 |
| 07/26/12 | Review and analysis of record on appeal containing 497 pages and categorize trial court pleadings accordingly | L510 | AHC | 2.80 | 145.00 | 406.00 |
| 07/26/12 | Begin drafting Answer Brief in appeal from order dismissing claims against GMAC | L520 | AC | 1.00 | 193.00 | 193.00 |
| 07/27/12 | Draft factual background section of appellate brief | L520 | AC | 1.80 | 193.00 | 347.40 |
| 07/27/12 | Prepare motion to supplement the record on appeal with GMAC's motion to dismiss and transcript from first hearing dismissing Appellant's claims | L510 | AC | 2.30 | 193.00 | 443.90 |
| 07/27/12 | Contact clerks of Circuit Court and Court of Appeal to discuss missing docket entry for GMAC's motion to dismiss | L510 | AC | .80 | 193.00 | 154.40 |
| 07/27/12 | Communications with appellant on motion to supplement record | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/27/12 | Research on issues concerning supplementation of record | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/29/12 | Research on status of brief and motion to extend time | L510 | MJA | .30 | 297.00 | 89.10 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
SEPTEMBER 17, 2012

0G2012-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/29/12 | Revise motion to supplement record and prepare to file on Monday | L510 | AC | .10 | 193.00 | 19.30 |
| 07/30/12 | Finalize and file motions to supplement record and for time extension in filing Appellee's Answer Brief | L510 | AC | 1.30 | 193.00 | 250.90 |
| 07/30/12 | Final review and revision of Motion for Extension of Time and Motion to Supplement the Record on Appeal | L510 | AHC | .40 | 145.00 | 58.00 |
| 07/30/12 | Correspondence to borrower regarding motions filed with Court | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/30/12 | Revise motion to supplement and to extend time to file | L510 | MJA | .50 | 297.00 | 148.50 |
| 07/30/12 | Research on rules concerning time extensions and supplementation | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/31/12 | Draft letter to borrower's meet and confer letter pertaining to outstanding discovery issues | L310 | NJV | .90 | 258.00 | 232.20 |
| 07/31/12 | Draft status report for discovery and motion to compel | L120 | NJV | .10 | 258.00 | 25.80 |

FEES                                        $9,405.00

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE       6
SEPTEMBER 17, 2012

0G2012-301039

FED ID NO. 63-0243316

---

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 49C | BINDING | 12.00 |
| | COSTS | $12.00 |
| | AMOUNT DUE THIS BILL | $9,417.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      7
SEPTEMBER 17, 2012

0G2012-301039

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 4.60 | 1,366.20 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 7.10 | 1,029.50 |
| Robert B. Benson | Paralegal | 149.00 | 2.30 | 342.70 |
| Nicholas J. Voelker | Associate | 258.00 | 14.80 | 3,818.40 |
| Jonathan Hooks | Associate | 241.00 | .40 | 96.40 |
| Aaron Chastain | Associate | 193.00 | 11.60 | 2,238.80 |
| Melisa P. Palmer | Paralegal | 149.00 | 3.00 | 447.00 |
| Total | | | 44.00 | 9,405.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301039
INVOICE #  805152

BILL AMOUNT        $9,417.00

To:    ResCap                           TC Number:        702516
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805152
                                        Period ending:    07/31/2012

Case Management Number      LD   0G2012-301039

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.80 | $    119.20 |
| L120 | Analysis/Strategy | 2.40 | $    612.40 |
| L140 | Document/File Management | 2.30 | $    342.70 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $     43.50 |
| L210 | Pleadings | 0.30 | $     44.70 |
| L250 | Other Written Motions/Submissions | 1.60 | $    412.80 |
| L310 | Written Discovery | 10.50 | $  2,516.30 |
| L320 | Document Production | 2.10 | $    541.80 |
| L350 | Discovery Motions | 0.70 | $    180.60 |
| L510 | Appellate Motions and Submissions | 10.00 | $  1,954.80 |
| L520 | Appellate Briefs | 13.00 | $  2,636.20 |

                          ==================================
              TOTAL FEES    44.00    $  9,405.00

                    TOTAL FEES DUE           $  9,405.00
          TOTAL DISBURSEMENTS DUE           $     12.00
           TOTAL DUE THIS INVOICE           $  9,417.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                            SEPTEMBER 17, 2012
1100 Virginia Drive                                              0G2012-301041
Fort Washington, PA 19034

                                                                 INVOICE #  805157

                                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301041   TC Number: 706770

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Telephone call to court clerk regarding request for motion to be decided on the papers and proposed order | L210 | JJPH | .10 | 250.00 | 25.00 |
| 07/05/12 | Prepare status report to client regarding status of summary judgment motion | L120 | JJPH | .20 | 250.00 | 50.00 |
| 07/09/12 | Respond to Jance Hoy's request for bankruptcy stay status | L120 | JJPH | .10 | 250.00 | 25.00 |
| 07/11/12 | Telephone call to chancery court clerk regarding request that motion be decided on the papers | L240 | JJPH | .10 | 250.00 | 25.00 |
| 07/11/12 | Prepare email to chancery court clerk regarding determining summary judgment motion on the briefs | L240 | JJPH | .20 | 250.00 | 50.00 |
| 07/11/12 | Email correspondence from Frank Olson regarding request for motion to be determined on the briefs | L240 | JJPH | .10 | 250.00 | 25.00 |
| 07/25/12 | Telephone conference with Bo Luxman regarding release of funds | L240 | JJPH | .20 | 250.00 | 50.00 |
| 07/25/12 | Draft and edit email to Chancery Court clerk regarding motion for summary judgment and request that motion be decided on the papers | L240 | JJPH | .40 | 250.00 | 100.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301041

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | Emails from Chancery Court clerk and Bo Luxman regarding response to motion for summary judgment and funds deposited with the Court | L240 | JJPH | .10 | 250.00 | 25.00 |
| 07/26/12 | Email correspondence with Bo Luxman's office regarding statement of undisputed material facts | L240 | JJPH | .10 | 250.00 | 25.00 |
| 07/27/12 | Email correspondence with Plaintiff's counsel regarding statement of undisputed material facts | L240 | JJPH | .10 | 250.00 | 25.00 |

FEES $425.00

AMOUNT DUE THIS BILL $425.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301041

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | 1.70 | 425.00 |
| Total | | | 1.70 | 425.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                     SEPTEMBER 17, 2012
                                                          0G2012-301041
BILL AMOUNT              $425.00                          INVOICE #  805157
_____

To:      ResCap                        TC Number:          706770
         1100 Virginia Drive           Invoice Date:       09/17/2012
         Fort Washington, PA 19034      Invoice No.         805157
                                       Period ending:      07/31/2012


Case Management Number        LD  0G2012-301041


                                              Current Invoice
Code Task                                    Hours            Fees

L120  Analysis/Strategy                       0.30     $      75.00
L210  Pleadings                               0.10     $      25.00
L240  Dispositive Motions                     1.30     $     325.00

                          ==========================================
                          TOTAL FEES          1.70     $     425.00

                              TOTAL FEES DUE           $     425.00
                     TOTAL DISBURSEMENTS DUE           $       0.00
                     TOTAL DUE THIS INVOICE           $     425.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301042

INVOICE #  805159

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301042   TC Number: 699974

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/11/12 | Revise Notice of Hearing, update file and prepare for filing and service. | L210 | MST | .40 | 150.00 | 60.00 |
| 07/11/12 | Reset hearing with Court | L230 | phn | .40 | 200.00 | 80.00 |
| 07/11/12 | Draft notice of removal | L210 | phn | .30 | 200.00 | 60.00 |
| 07/11/12 | File notice of removal and prepare for service | L230 | phn | .30 | 200.00 | 60.00 |
| 07/16/12 | Exchange e-mails with counsel from FNMA about the new date of the motion for summary judgment | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/23/12 | Review and analyze case for impact of final supplemental order | B110 | phn | .50 | 200.00 | 100.00 |

FEES                                    $433.00

AMOUNT DUE THIS BILL                     $433.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301042

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Preston H. Neel | Associate | 200.00 | 1.70 | 340.00 |
| Total | | | 2.20 | 433.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              SEPTEMBER 17, 2012
                                                    0G2012-301042
BILL AMOUNT        $433.00                          INVOICE #  805159

To:    ResCap                    TC Number:          699974
       1100 Virginia Drive       Invoice Date:       09/17/2012
       Fort Washington, PA 19034 Invoice No.         805159
                                 Period ending:      07/31/2012

Case Management Number       LD  0G2012-301042

|  | | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| B110 | Case Administration | 0.50 | $  100.00 |
| L110 | Fact Investigation/Development | 0.10 | $   33.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $   40.00 |
| L210 | Pleadings | 0.70 | $  120.00 |
| L230 | Court Mandated Conferences | 0.70 | $  140.00 |

```
                     =================================
            TOTAL FEES      2.20      $    433.00

               TOTAL FEES DUE         $    433.00
        TOTAL DISBURSEMENTS DUE       $      0.00
         TOTAL DUE THIS INVOICE       $    433.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301043

INVOICE #  805161

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301043  TC Number: 718267

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Receive and review letter for referral to mediation | L210 | JMH | .10 | 241.00 | 24.10 |
| 07/05/12 | Receive and review letter previously sent by J.Murray from borrower's counsel to HOA | L120 | JMH | .20 | 241.00 | 48.20 |
| 07/10/12 | Access online docket to review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 07/11/12 | Confirm that no bankruptcy stay applies to matter | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/13/12 | Draft status report for client regarding dismal of borrower's sanctions motion | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/16/12 | Telephone conference with P.Stokes regarding closing file | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/16/12 | Receive and review letter from J.Huss to R.Hussey regarding mediation | L160 | JMH | .10 | 241.00 | 24.10 |
| 07/18/12 | Receive and review letter from R.Hussey regarding mediation | L160 | JMH | .10 | 241.00 | 24.10 |
| 07/19/12 | Receive and review faxed letter from R.Hussey regarding mediation | L160 | JMH | .10 | 241.00 | 24.10 |
| 07/23/12 | Evaluate withdrawal from matter | L120 | JMH | .20 | 241.00 | 48.20 |
| 07/23/12 | Analyze deposition testimony | L120 | DCL | 1.10 | 376.00 | 413.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Review foreclosure counsel's memorandum regarding proposed settlement | L120 | DCL | .30 | 376.00 | 112.80 |
| 07/23/12 | Conferences with P. Stokes regarding case strategy | L120 | DCL | .20 | 376.00 | 75.20 |
| 07/23/12 | Receive and review e-mail from J.Murray regarding status of matter and upcoming steps for litigation | L120 | JMH | .30 | 241.00 | 72.30 |
| 07/24/12 | E-mail to J.Murray regarding impending withdrawal from matter | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/24/12 | Check status of default counsel's efforts to pursue motion for summary judgment | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/25/12 | Draft motion to withdraw from case | L250 | JMH | .40 | 241.00 | 96.40 |
| 07/25/12 | E-mails to and from P.Stokes regarding withdrawal from case and closing file | L250 | JMH | .20 | 241.00 | 48.20 |
| 07/26/12 | Receive and review motion for summary judgment, affidavit in support of same, request for compulsory judicial notice, and notice of special set hearing | L240 | JMH | .80 | 241.00 | 192.80 |
| 07/27/12 | Final review and revision of Motion to Withdraw and correspondence to J.Huss, R.Hussey, J.Murray, N.Frank and G.O'Donnell regarding same | L250 | AHC | .70 | 145.00 | 101.50 |
| 07/27/12 | Review Motion to Withdraw for service and filing | L250 | JDV | .10 | 219.00 | 21.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | E-mails to and from P.Stokes regarding status of matter | L120 | JMH | .30 | 241.00 | 72.30 |

FEES                                           $1,572.70

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 07 | Filing Fees | 15.00 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS                    $15.00

AMOUNT DUE THIS BILL     $1,587.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     4
SEPTEMBER 17, 2012

0G2012-301043

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Dana C. Lumsden | Partner | 376.00 | 1.60 | 601.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .70 | 101.50 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Jonathan Hooks | Associate | 241.00 | 3.20 | 771.20 |
| Jose D. Vega | Associate | 219.00 | .10 | 21.90 |
| | | | | |
| Total | | | 6.00 | 1,572.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301043
BILL AMOUNT        $1,587.70                                   INVOICE #  805161

To:    ResCap                          TC Number:          718267
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805161
                                       Period ending:      07/31/2012

Case Management Number        LD  0G2012-301043

                                            Current Invoice
Code Task                              Hours           Fees

L110  Fact Investigation/Development   0.10    $      33.00
L120  Analysis/Strategy                3.00    $     939.00
L160  Settlement/Non-Binding ADR       0.30    $      72.30
L190  Other Case Assessment, Develop't/Admin  0.30  $  43.50
L210  Pleadings                        0.10    $      24.10
L240  Dispositive Motions              0.80    $     192.80
L250  Other Written Motions/Submissions 1.40   $     268.00

                       ====================================
              TOTAL FEES      6.00    $   1,572.70

              TOTAL FEES DUE          $   1,572.70
       TOTAL DISBURSEMENTS DUE        $      15.00
       TOTAL DUE THIS INVOICE         $   1,587.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301044

INVOICE #  805163

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301044  TC Number: 690220

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/09/12 | Access online docket and review recent case activity | L190 | JAM | .20 | 145.00 | 29.00 |
| 07/11/12 | Respond to P.Stokes' request for bankruptcy stay status | L190 | phn | .10 | 200.00 | 20.00 |

FEES                                                              $89.00

AMOUNT DUE THIS BILL                                              $89.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301044

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Preston H. Neel | Associate | 200.00 | .30 | 60.00 |
| Total | | | .50 | 89.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                           SEPTEMBER 17, 2012
                                                                 0G2012-301044
BILL AMOUNT              $89.00                                  INVOICE #  805163

To:     ResCap                          TC Number:          690220
        1100 Virginia Drive             Invoice Date:       09/17/2012
        Fort Washington, PA 19034       Invoice No.         805163
                                        Period ending:      07/31/2012

Case Management Number      LD  0G2012-301044

                                                Current Invoice
Code Task                                    Hours            Fees

L190 Other Case Assessment, Develop't/Admin     0.50    $     89.00

                                   ========================================
                        TOTAL FEES              0.50    $     89.00

                           TOTAL FEES DUE               $     89.00
                    TOTAL DISBURSEMENTS DUE             $      0.00
                    TOTAL DUE THIS INVOICE             $      89.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0G2012-301045
Fort Washington, PA 19034

                                                               INVOICE #   805165

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301045   TC Number: 715979

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Telephone call to borrower regarding personal belongings | L160 | JJPH | .10 | 250.00 | 25.00 |
| 07/05/12 | Email correspondence with Lauren Delehey regarding personal belongings | L160 | JJPH | .10 | 250.00 | 25.00 |
| 07/05/12 | Prepare status report to client regarding borrower's personal belongings | L120 | JJPH | .10 | 250.00 | 25.00 |

                            FEES                                    $75.00


                            AMOUNT DUE THIS BILL                    $75.00


                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301045

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .30 | 75.00 |
| Total | | | .30 | 75.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301045
BILL AMOUNT          $75.00                                    INVOICE #   805165

To:     ResCap                         TC Number:        715979
        1100 Virginia Drive            Invoice Date:     09/17/2012
        Fort Washington, PA 19034      Invoice No.       805165
                                       Period ending:    07/31/2012

Case Management Number      LD   0G2012-301045

|      |                            | Current Invoice | |
| Code | Task | Hours | Fees |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 0.10 | $   25.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $   50.00 |

| | ============================== | |
| TOTAL FEES | 0.30 | $   75.00 |

|  TOTAL FEES DUE | $   75.00 |
| TOTAL DISBURSEMENTS DUE | $    0.00 |
| TOTAL DUE THIS INVOICE | $   75.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301047

INVOICE #  805167

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301047   TC Number: 713410

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status update regarding dismissal of motion for summary judgment | L240B | ES | .10 | 185.00 | 18.50 |

|  |  |  |
|--|--|--|
| | FEES | $18.50 |
| | AMOUNT DUE THIS BILL | $18.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301047

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Erin Saltaformaggio | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301047
BILL AMOUNT          $18.50                              INVOICE #  805167

To:   ResCap                      TC Number:          713410
      1100 Virginia Drive         Invoice Date:       09/17/2012
      Fort Washington, PA 19034   Invoice No.         805167
                                  Period ending:      07/31/2012

Case Management Number      LD  0G2012-301047

                                           Current Invoice
Code Task                            Hours              Fees

L240BAll Other                       0.10      $       18.50

                          ==================================
                 TOTAL FEES          0.10      $       18.50

                 TOTAL FEES DUE                $       18.50
           TOTAL DISBURSEMENTS DUE             $        0.00
             TOTAL DUE THIS INVOICE            $       18.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301049

INVOICE #  805169

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301049  TC Number: 714803

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft e-mail to opposing counsel regarding settlement details | L120 | GP | .30 | 185.00 | 55.50 |
| 07/02/12 | Analyze order of dismissal and settlement to fully resolve claims | L120 | KSA | .40 | 223.00 | 89.20 |
| 07/02/12 | Status report regarding settlement and resolution | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/17/12 | Analyze plaintiff's proposed settlement agreement and proposed order and response email to plaintiff's counsel regarding concerns | L160 | KSA | .30 | 223.00 | 66.90 |
| 07/17/12 | Review and analyze settlement documents | L160 | GP | .60 | 185.00 | 111.00 |
| 07/18/12 | Consider issues with settlement strategy | L160 | GP | 1.60 | 185.00 | 296.00 |
| 07/18/12 | Email update to recommendations to P.Stokes and G.Albright | L120 | KSA | .40 | 223.00 | 89.20 |
| 07/18/12 | Analyze settlement/release with deed to convey property | L120 | KSA | .70 | 223.00 | 156.10 |
| 07/27/12 | Obtain and analyze updated title report on property, update file and forward to attorneys. | L110 | MST | .60 | 150.00 | 90.00 |
| 07/30/12 | Obtain and analyze updated title report, process for payment, forward to attorneys and update file regarding same. | L110 | MST | 1.10 | 150.00 | 165.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE        2
SEPTEMBER 17, 2012

0G2012-301049

FED ID NO. 63-0243316

FEES                                      $1,141.20


AMOUNT DUE THIS BILL                      $1,141.20


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301049

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.70 | 255.00 |
| Keith S. Anderson | Associate | 223.00 | 1.90 | 423.70 |
| Grant Premo | Associate | 185.00 | 2.50 | 462.50 |
| Total | | | 6.10 | 1,141.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301049
BILL AMOUNT        $1,141.20                              INVOICE #  805169

_____

To:    ResCap                    TC Number:         714803
       1100 Virginia Drive       Invoice Date:      09/17/2012
       Fort Washington, PA 19034  Invoice No.        805169
                                 Period ending:     07/31/2012


Case Management Number    LD  0G2012-301049


                                          Current Invoice
Code Task                                 Hours          Fees

L110 Fact Investigation/Development        1.70    $     255.00
L120 Analysis/Strategy                     1.90    $     412.30
L160 Settlement/Non-Binding ADR            2.50    $     473.90

                              ==================================
                  TOTAL FEES   6.10    $   1,141.20

                  TOTAL FEES DUE        $   1,141.20
        TOTAL DISBURSEMENTS DUE         $       0.00
        TOTAL DUE THIS INVOICE          $   1,141.20



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301050

INVOICE #  805170

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301050   TC Number: 707812

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status update regarding hearing on motion for protective order and supplemental briefing on motion for summary judgment | L190 | BG | .20 | 190.00 | 38.00 |
| 07/09/12 | Respond to J.Hoyœs request for bankruptcy stay status | L120 | BG | .10 | 190.00 | 19.00 |
| 07/19/12 | Emails to/from K.Dutill to discuss status of litigation and upcoming summary judgment hearing | L120 | JHP | .20 | 245.00 | 49.00 |
| 07/23/12 | Email from K.Dutill regarding case resolution | L160 | JHP | .10 | 245.00 | 24.50 |
| 07/24/12 | Review and analyze borrower's claims against Deutsche Bank and GMAC | L210 | CWH | .40 | 330.00 | 132.00 |
| 07/25/12 | Analysis and review of e-mails to and from client regarding bankruptcy stay and upcoming hearing | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/25/12 | Emails to/from K.Dutill attaching suggestion of bankruptcy | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/25/12 | Emails to/from K.Dutill to discuss bankruptcy notice | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/26/12 | Prepare notice of suggestion of bankruptcy for filing | L210 | JHP | .10 | 245.00 | 24.50 |
| 07/26/12 | Determine need to advance the litigation | L120 | BG | .10 | 190.00 | 19.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301050

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Finalize GMAC's Notice of Bankruptcy and Suggestion of Stay with attachments and prepare same for filing in Baldwin County, Alabama and for service upon parties | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/26/12 | Assimilation and compilation of court filed pleadings received via Alafile and update file regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/27/12 | Phone call from counsel for borrowers to discuss bankruptcy filing of GMAC and to discuss potential resolution to case | L160 | JHP | .20 | 245.00 | 49.00 |
| 07/27/12 | Emails to/from K.Dutill regarding settlement discussions with counsel for borrowers and to discuss strategy | L160 | JHP | .50 | 245.00 | 122.50 |
| 07/27/12 | Correspondence with K.Dutill regarding settlement proposal | L160 | BG | .30 | 190.00 | 57.00 |
| 07/27/12 | Review response brief in opposition to motion for summary judgment filed by borrowers | L240 | JHP | 1.10 | 245.00 | 269.50 |
| 07/29/12 | Review new decision in connection with summary judgment argument | L240 | JHP | .40 | 245.00 | 98.00 |
| 07/29/12 | Email to K.Dutill attaching opposition brief filed by borrowers in response to motion for summary judgment and providing summary of argument of borrowers | L240 | JHP | .10 | 245.00 | 24.50 |
| 07/29/12 | Review file for hearing docket including motion for summary judgment | L240 | JHP | 1.40 | 245.00 | 343.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301050

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Continue to review and analyze response brief of borrowers filed in opposition to motion for summary judgment | L240 | JHP | .50 | 245.00 | 122.50 |
| 07/30/12 | Begin drafting reply brief in responding to opposition brief filed by borrowers | L250 | JHP | 1.50 | 245.00 | 367.50 |
| 07/31/12 | Prepared for and attended hearing on motion for summary judgment | L240 | JHP | 5.80 | 245.00 | 1,421.00 |
| 07/31/12 | Edit and revise reply brief in response to opposition to motion for summary judgment | L250 | JHP | 1.50 | 245.00 | 367.50 |
| 07/31/12 | Assimilation and compilation of Response to Motion for Summary Judgment with exhibits regarding case strategy | L110 | ABB | .30 | 150.00 | 45.00 |

FEES                                             $3,826.00

AMOUNT DUE THIS BILL                  $3,826.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301050

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Allison Burke | Paralegal | 150.00 | 1.20 | 180.00 |
| Jon H. Patterson | Associate | 245.00 | 13.80 | 3,381.00 |
| Blake Goodsell | Associate | 190.00 | .70 | 133.00 |
| Total | | | 16.10 | 3,826.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                       SEPTEMBER 17, 2012
                                                            0G2012-301050
BILL AMOUNT        $3,826.00                                 INVOICE #  805170

_____

To:    ResCap                          TC Number:           707812
       1100 Virginia Drive             Invoice Date:        09/17/2012
       Fort Washington, PA 19034        Invoice No.          805170
                                        Period ending:       07/31/2012


Case Management Number        LD   0G2012-301050


                                        Current Invoice
Code Task                               Hours         Fees

L110  Fact Investigation/Development     1.20    $       180.00
L120  Analysis/Strategy                  0.40    $        87.00
L160  Settlement/Non-Binding ADR         1.10    $       253.00
L190  Other Case Assessment, Develop't/Admin   0.20   $    38.00
L210  Pleadings                          0.90    $       254.50
L240  Dispositive Motions                9.30    $     2,278.50
L250  Other Written Motions/Submissions  3.00    $       735.00


                      ==================================
            TOTAL FEES       16.10    $     3,826.00

                    TOTAL FEES DUE          $     3,826.00
            TOTAL DISBURSEMENTS DUE         $         0.00
            TOTAL DUE THIS INVOICE          $     3,826.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0G2012-301054
Fort Washington, PA 19034

                                                         INVOICE #  805172

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301054  TC Number: 712653

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Prepare status report to client regarding settlement | L120 | JJPH | .10 | 250.00 | 25.00 |
| 07/12/12 | Email correspondence with Jacqueline Ho regarding settlement check | L160 | JJPH | .10 | 250.00 | 25.00 |
| 07/17/12 | Email correspondence with Lauren Delehey regarding settlement check | L160 | JJPH | .10 | 250.00 | 25.00 |
| 07/23/12 | Prepare letter to Peter Ensign regarding settlement check and agreed order of dismissal | L160 | JJPH | .20 | 250.00 | 50.00 |
| 07/24/12 | Email correspondence from Peter Ensign regarding permission to file agreed order | L160 | JJPH | .10 | 250.00 | 25.00 |
| 07/24/12 | Review and finalize agreed order of dismissal | L250 | JJPH | .30 | 250.00 | 75.00 |
| 07/24/12 | Email correspondence to Lauren Delehey regarding agreed order of dismissal | L250 | JJPH | .10 | 250.00 | 25.00 |
| 07/27/12 | Review agreed order of dismissal entered by Judge Mattice | L240 | JJPH | .10 | 250.00 | 25.00 |

                          FEES                                  $275.00

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |



**B R A D L E Y  A R A N T**
**B O U L T  C U M M I N G S**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301054

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $275.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301054

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | 1.10 | 275.00 |
| Total | | | 1.10 | 275.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301054

BILL AMOUNT          $275.00

INVOICE #  805172

To:    ResCap                              TC Number:        712653
       1100 Virginia Drive                 Invoice Date:     09/17/2012
       Fort Washington, PA 19034           Invoice No.       805172
                                           Period ending:    07/31/2012

Case Management Number      LD   0G2012-301054

|      |                                   | Current Invoice | |
|------|-----------------------------------|-------|----------|
| Code | Task                              | Hours | Fees     |
| L120 | Analysis/Strategy                 | 0.10  | $   25.00 |
| L160 | Settlement/Non-Binding ADR        | 0.50  | $  125.00 |
| L240 | Dispositive Motions               | 0.10  | $   25.00 |
| L250 | Other Written Motions/Submissions | 0.40  | $  100.00 |

```
                            =================================
                TOTAL FEES       1.10    $    275.00


                TOTAL FEES DUE            $    275.00
         TOTAL DISBURSEMENTS DUE          $      0.00
           TOTAL DUE THIS INVOICE         $    275.00
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                                0G2012-301055
Fort Washington, PA 19034

                                                                   INVOICE #  805173

                                                                   **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301055  TC Number: 712411

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/14/12 | Strategize regarding voluntary dismissal by M.Poblenz | L210 | MMB | .20 | 240.00 | 48.00 |
| 07/19/12 | Analysis of status of matter and advising that dismissal has been filed. | L190 | ADH | .80 | 306.00 | 244.80 |

                              FEES                                $332.80

| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

                       AMOUNT DUE THIS BILL                       $332.80

                  ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301055

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Amy D. Hampton | Partner | 306.00 | .80 | 244.80 |
| Preston H. Neel | Associate | 200.00 | .20 | 40.00 |
| Melissa Burton | Associate | 240.00 | .20 | 48.00 |
| Total | | | 1.20 | 332.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      SEPTEMBER 17, 2012
                                                           0G2012-301055
BILL AMOUNT          $332.80                               INVOICE #  805173
_____

To:    ResCap                        TC Number:          712411
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805173
                                     Period ending:      07/31/2012


Case Management Number      LD   0G2012-301055


                                            Current Invoice
Code Task                                 Hours          Fees

L190 Other Case Assessment, Develop't/Admin    1.00    $    284.80
L210 Pleadings                                 0.20    $     48.00


                              =================================
                 TOTAL FEES          1.20    $    332.80

                 TOTAL FEES DUE              $    332.80
          TOTAL DISBURSEMENTS DUE            $      0.00
             TOTAL DUE THIS INVOICE          $    332.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301058

INVOICE #  805174

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301058   TC Number: 714133

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft correspondence to J.Hoy regarding the borrower's first payment | L120 | RK | .10 | 185.00 | 18.50 |
| 07/03/12 | Draft correspondence to J.Bolton forwarding check | L190 | JAM | .20 | 145.00 | 29.00 |
| 07/05/12 | Draft status update for client regarding borrower's first payment and loan modification | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Respond to J.Hoy's request for bankruptcy stay status | L190 | JDV | .10 | 219.00 | 21.90 |
| 07/09/12 | Correspondence with E.Cvetetic, defendants' attorney, regarding GMAC's bankruptcy filing | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/26/12 | Conference with opposing counsel regarding modification | L120 | RK | .20 | 185.00 | 37.00 |
| 07/26/12 | Draft closing memorandum | L120 | RK | .30 | 185.00 | 55.50 |
| 07/26/12 | Correspondence with K.Dutill regarding loan modification | L160 | JDV | .20 | 219.00 | 43.80 |
| 07/27/12 | Correspondence with K.Dutill regarding receipt of Modification Agreement executed by GMAC | L160 | JDV | .20 | 219.00 | 43.80 |
| 07/27/12 | Correspondence with E.Cvetetic, defendants' attorney, regarding completion of litigation | L160 | JDV | .20 | 219.00 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301058

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Correspondence with E.Cvetetic, defendants' attorney, regarding status of insurance on defendants' property | L190 | JDV | .70 | 219.00 | 153.30 |
| 07/31/12 | Correspondence with K.Dutill regarding status of insurance on defendants' property | L190 | JDV | .90 | 219.00 | 197.10 |

|  | FEES |  |  |  |  | $731.30 |
| 35 | Express Mail/Fedex |  |  |  | | 0.00 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $731.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301058

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jose D. Vega | Associate | 219.00 | 2.70 | 591.30 |
| Riley Key | Associate | 185.00 | .60 | 111.00 |
| Total | | | 3.50 | 731.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $731.30

SEPTEMBER 17, 2012
0G2012-301058
INVOICE #  805174

To:    ResCap                          TC Number:        714133
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805174
                                       Period ending:    07/31/2012

Case Management Number      LD  0G2012-301058

|      |                                        | Current Invoice | |
|------|----------------------------------------|--------|--------|
| Code | Task                                   | Hours  | Fees   |
| L120 | Analysis/Strategy                      | 0.60   | $ 111.00 |
| L160 | Settlement/Non-Binding ADR             | 0.60   | $ 131.40 |
| L190 | Other Case Assessment, Develop't/Admin | 2.30   | $ 488.90 |
|      | TOTAL FEES                             | 3.50   | $ 731.30 |

TOTAL FEES DUE                     $    731.30
TOTAL DISBURSEMENTS DUE            $      0.00
TOTAL DUE THIS INVOICE            $    731.30



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                                0G2012-301059
Fort Washington, PA 19034

                                                                   INVOICE #  805176

                                                                   **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301059  TC Number: 707801

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Research docket to determine status. | L110 | MPE | .10 | 149.00 | 14.90 |
| 07/10/12 | Telephone conference with counsel for First American pertaining to loan modification and other settlement options | L120 | NJV | .30 | 258.00 | 77.40 |
| 07/10/12 | Draft detailed email to J.Mann, attorney for First American, pertaining to the proposed loan modification terms | L120 | NJV | .60 | 258.00 | 154.80 |
| 07/12/12 | Receive, review and analyze loan modification proposal and draft a detailed email to opposing counsel | L120 | NJV | .90 | 258.00 | 232.20 |
| 07/15/12 | Follow-up on status of loan review for borrower | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/16/12 | Emails to and from opposing counsel pertaining to loan modification issues and other litigation issues | L120 | NJV | .20 | 258.00 | 51.60 |
| 07/20/12 | Receive, review and analyze correspondence from title counsel pertaining to upcoming motion for summary judgment hearing and other related litigation issues | L120 | NJV | .30 | 258.00 | 77.40 |
| 07/30/12 | Emails to and from opposing counsel pertaining to status of motion for summary judgment hearing and other litigation issues | L120 | NJV | .30 | 258.00 | 77.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301059

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Draft status report for client regarding approval of loan modification | L120 | NJV | .10 | 258.00 | 25.80 |
| | FEES | | | | | $744.50 |
| | AMOUNT DUE THIS BILL | | | | | $744.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301059

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Nicholas J. Voelker | Associate | 258.00 | 2.70 | 696.60 |
| Melisa P. Palmer | Paralegal | 149.00 | .10 | 14.90 |
| Total | | | 2.90 | 744.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              SEPTEMBER 17, 2012
                                                                   0G2012-301059
BILL AMOUNT          $744.50                                       INVOICE #  805176

To:    ResCap                          TC Number:          707801
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805176
                                       Period ending:      07/31/2012

Case Management Number      LD   0G2012-301059

                                              Current Invoice
Code Task                                Hours        $      Fees

L110 Fact Investigation/Development       0.20    $      47.90
L120 Analysis/Strategy                    2.70    $     696.60

                            ===================================
                  TOTAL FEES              2.90    $     744.50

                  TOTAL FEES DUE                  $     744.50
          TOTAL DISBURSEMENTS DUE                 $       0.00
             TOTAL DUE THIS INVOICE              $     744.50



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                SEPTEMBER 17, 2012
1100 Virginia Drive                                                   0G2012-301061
Fort Washington, PA 19034

INVOICE #  805179

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301061  TC Number: 709618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding motion for summary judgment | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/05/12 | Drafted letter to counsel for borrowers responding to settlement offer | L160 | JHP | .20 | 245.00 | 49.00 |
| 07/13/12 | Review and analysis of Notice of Appeal | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/16/12 | Retrieve and review Notice of Appeal | L110 | AHC | .30 | 145.00 | 43.50 |
| 07/16/12 | Analysis of Notice of Appeal filed by plaintiff and update file regarding same. | L210 | MST | .20 | 150.00 | 30.00 |
| 07/16/12 | Analyze notice of appeal and prepare for appeal | L510 | KSA | .30 | 223.00 | 66.90 |

FEES                                                        $240.70

AMOUNT DUE THIS BILL                                        $240.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
SEPTEMBER 17, 2012

Rescap

0G2012-301061

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Keith S. Anderson | Associate | 223.00 | .40 | 89.20 |
| Jon H. Patterson | Associate | 245.00 | .20 | 49.00 |
| Total | | | 1.30 | 240.70 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $240.70

SEPTEMBER 17, 2012
0G2012-301061
INVOICE #  805179

| To: | ResCap | TC Number: | 709618 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805179 |
| | | Period ending: | 07/31/2012 |

Case Management Number      LD  0G2012-301061

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $ | 72.50 |
| L120 | Analysis/Strategy | 0.10 | $ | 22.30 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $ | 49.00 |
| L210 | Pleadings | 0.20 | $ | 30.00 |
| L510 | Appellate Motions and Submissions | 0.30 | $ | 66.90 |

====================================

| | TOTAL FEES | 1.30 | $ | 240.70 |
|---|---|---|---|---|

| TOTAL FEES DUE | $ | 240.70 |
|---|---|---|
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 240.70 |



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301062

INVOICE #  805181

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301062   TC Number: 709816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Call J.Bleidt regarding new BPO and settlement options | P500 | KW | .10 | 185.00 | 18.50 |
| 07/02/12 | Drafted case status report regarding pursuit of settlement options | L190 | KW | .20 | 185.00 | 37.00 |
| 07/02/12 | Review email correspondence from J.Hoy on settlement options | C100 | KW | .30 | 185.00 | 55.50 |
| 07/03/12 | Conference with opposing counsel, J.Bleidt, regarding deed in lieu settlement possibility and obtaining new BPO; drafted email to J.Bleidt with questions from client; researched permission to pursue settlement in lieu of bankruptcy filings | P500 | KW | .60 | 185.00 | 111.00 |
| 07/03/12 | Review analysis from client regarding settlement possibility in this case | C100 | KW | .30 | 185.00 | 55.50 |
| 07/03/12 | Provided J.Hoy with update on conversation with J.Bleidt and settlement potential | P300 | KW | .10 | 185.00 | 18.50 |
| 07/11/12 | Review status of response from borrowers in relation to interior BPO for deed in lieu proposal | L120 | KW | .10 | 185.00 | 18.50 |
| 07/12/12 | Review correspondence from J.Hoy on information needed to process deed in lieu | P300 | KW | .30 | 185.00 | 55.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301062

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Call J.Bleidt to get information | C100 | KW | .10 | 185.00 | 18.50 |
| 07/16/12 | Review email chain from client on information necessary to continue deed in lieu process; drafted email to opposing counsel J.Bleidt providing timeline for answering those questions; review response from J.Bleidt on same | C100 | KW | .70 | 185.00 | 129.50 |
| 07/17/12 | Review effect of bankruptcy court's recent decision on case strategy and settlement talks | B410 | KW | .10 | 185.00 | 18.50 |
| 07/19/12 | Draft detailed memorandum sent via email to J.Bleidt outlining and reiterating information needed to process deed in lieu | P300 | KW | .30 | 185.00 | 55.50 |
| 07/19/12 | Make various phone calls and email communications with client and opposing counsel J.Bleidt regarding new deadline for submitting deed in lieu materials from borrowers | P500 | KW | .50 | 185.00 | 92.50 |
| 07/19/12 | E-mail to J.Bleidt regarding briefing on dispositive motion. | L240 | JDR | .10 | 293.00 | 29.30 |
| 07/23/12 | Conference with borrower on need for new inspection | C100 | KW | .20 | 185.00 | 37.00 |
| 07/23/12 | Draft email updating J.Hoy on deed in lieu progress | P500 | KW | .20 | 185.00 | 37.00 |
| 07/24/12 | Call with opposing counsel J.Bleidt on needed information to process deed in lieu | P300 | KW | .10 | 185.00 | 18.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301062

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/24/12 | Review confirmation that BPO inspection had been ordered | L190 | KW | .10 | 185.00 | 18.50 |
| 07/25/12 | Send J.Hoy package of documents from borrowers for deed in lieu processing and review correspondence with J.Bleidt on deadline | C100 | KW | .20 | 185.00 | 37.00 |
| 07/25/12 | Correspondence with J.Hoy regarding status of financial package and property inspection arrangements | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/25/12 | Correspondence with J.Bleidt regarding financial package and property inspection arrangements. | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/26/12 | E-mail correspondence to and from J.Hoy regarding property status | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/26/12 | Correspondence with J.Bleidt regarding whether property is currently occupied by borrowers. | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/28/12 | Review e-mail from J.Hoy regarding additional information needed for evaluation of financial package. | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/28/12 | Draft and send e-mail to J.Bleidt regarding need for current borrower's address. | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/29/12 | Review e-mail correspondence from J.Bleidt regarding efforts to obtain borrower's current address. | P500 | JDR | .10 | 293.00 | 29.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301062

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/29/12 | Review e-mail from borrower regarding current co-borrower's | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/29/12 | E-mail to J.Hoy regarding borrower's residential address. | P500 | JDR | .10 | 293.00 | 29.30 |
| 07/30/12 | Review correspondence regarding address needs | P300 | KW | .20 | 185.00 | 37.00 |
| 07/30/12 | Review package from J.Bleidt | C100 | KW | .20 | 185.00 | 37.00 |

FEES                                    $1,199.50

AMOUNT DUE THIS BILL             $1,199.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
SEPTEMBER 17, 2012

0G2012-301062

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | 1.00 | 293.00 |
| Kristi Wilcox | Associate | 185.00 | 4.90 | 906.50 |
| Total | | | 5.90 | 1,199.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301062
INVOICE #  805181

BILL AMOUNT        $1,199.50

| To: | ResCap | TC Number: | 709816 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805181 |
| | | Period ending: | 07/31/2012 |

Case Management Number        LD   0G2012-301062

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| B410 | General Bankruptcy Advice/Opinions | 0.10 | $  18.50 |
| C100 | Fact Gathering | 2.00 | $  370.00 |
| L120 | Analysis/Strategy | 0.10 | $  18.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $  55.50 |
| L240 | Dispositive Motions | 0.10 | $  29.30 |
| P300 | Structure/Strategy/Analysis | 1.00 | $  185.00 |
| P500 | Negotiation/Revision/Responses | 2.30 | $  522.70 |

=====================================

TOTAL FEES        5.90     $   1,199.50

TOTAL FEES DUE           $   1,199.50
TOTAL DISBURSEMENTS DUE  $      0.00
TOTAL DUE THIS INVOICE   $   1,199.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301063

INVOICE #  805184

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301063   TC Number: 711738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Emails to/from bankruptcy counsel regarding insurance issues | L120 | JHP | .30 | 245.00 | 73.50 |
| 07/02/12 | Correspondence with bankruptcy counsel regarding proposed settlement | L160 | BG | .10 | 190.00 | 19.00 |
| 07/03/12 | Review response of MGC to motion to show cause why entire case should not be stayed | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/03/12 | Email to bankruptcy counsel attaching copy of response of MGC Mortgage to show cause order issued by court | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/05/12 | Phone call to/from bankruptcy counsel regarding resolution of claim with plaintiff | L120 | JHP | .30 | 245.00 | 73.50 |
| 07/09/12 | Review motion to lift stay filed by plaintiff and forwarded copy to K.Priore | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/10/12 | Review response of plaintiff to show cause order from court regarding whether entire case should be stayed | L210 | JHP | .20 | 245.00 | 49.00 |
| 07/11/12 | Correspondence with K.Priore and bankruptcy counsel regarding proposed settlement | L160 | BG | .60 | 190.00 | 114.00 |
| 07/11/12 | Receive and review Response to Cause Order and pull docket report regarding hearing and calendar same | L110 | ABB | .40 | 150.00 | 60.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301063

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Update to K.Dutill effect of bankruptcy order | L190 | BG | .10 | 190.00 | 19.00 |
| 07/18/12 | Email and voice-mail from bankruptcy counsel regarding pending motion to lift stay | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/19/12 | Prepare for and participate in call with bankruptcy counsel regarding underlying action | L120 | JHP | .60 | 245.00 | 147.00 |
| 07/19/12 | Conference call with bankruptcy counsel regarding settlement | L160 | BG | .50 | 190.00 | 95.00 |
| 07/19/12 | Receipt of amended Motion to Lift Bankruptcy stay and evaluate | L160 | BG | .20 | 190.00 | 38.00 |
| 07/20/12 | Discussion and correspondence with bankruptcy counsel regarding settlement | L160 | BG | .40 | 190.00 | 76.00 |
| 07/23/12 | Contact bankruptcy counsel regarding settlement | L160 | BG | .20 | 190.00 | 38.00 |
| 07/23/12 | Receipt / review of PlaintiffÆs response to show cause order regarding bankruptcy | L120 | BG | .10 | 190.00 | 19.00 |
| 07/24/12 | Review order from court staying case pending bankruptcy resolution of GMAC | L210 | JHP | .10 | 245.00 | 24.50 |
| 07/24/12 | Email to K.Priore notifying of Order from court staying case pending resolution of bankruptcy of GMAC | L210 | JHP | .10 | 245.00 | 24.50 |
| 07/26/12 | Determine case strategy given bankruptcy | L120 | BG | .10 | 190.00 | 19.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301063

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Conversation with S.Gregory regarding loan | L120 | BG | .20 | 190.00 | 38.00 |
| 07/27/12 | Emails to/from bankruptcy counsel and clients regarding settlement proposal from counsel for plaintiff | L160 | JHP | .20 | 245.00 | 49.00 |
| 07/31/12 | Respond to K.Priore question regarding information | L190 | BG | .20 | 190.00 | 38.00 |
| 07/31/12 | Review emails between client and bankruptcy counsel regarding settlement | L120 | JHP | .30 | 245.00 | 73.50 |

FEES                                          $1,234.50

AMOUNT DUE THIS BILL                          $1,234.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
SEPTEMBER 17, 2012

0G2012-301063

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .40 | 60.00 |
| Jon H. Patterson | Associate | 245.00 | 2.70 | 661.50 |
| Blake Goodsell | Associate | 190.00 | 2.70 | 513.00 |
| Total | | | 5.80 | 1,234.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301063

BILL AMOUNT        $1,234.50

INVOICE #  805184

| To: | ResCap | TC Number: | 711738 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805184 |
| | | Period ending: | 07/31/2012 |

Case Management Number        LD   0G2012-301063

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $ | 60.00 |
| L120 | Analysis/Strategy | 2.10 | $ | 492.50 |
| L160 | Settlement/Non-Binding ADR | 2.20 | $ | 429.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 57.00 |
| L210 | Pleadings | 0.80 | $ | 196.00 |

=====================================
| | TOTAL FEES | 5.80 | $ | 1,234.50 |

| | TOTAL FEES DUE | $ | 1,234.50 |
| | TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | $ | 1,234.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0G2012-301065
Fort Washington, PA 19034

                                                         INVOICE #  805188

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301065   TC Number: 715285

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/13/12 | Draft status report for client regarding hearing on motion to dismiss | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/13/12 | E-mail to G.Albright regarding status of matter and upcoming hearing | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/13/12 | Review email communication from client requesting information on attorney assigned and updated status as well as locate proper attorney and forward for response | L120 | KE | .20 | 150.00 | 30.00 |
| 07/13/12 | Review judicial calendar to confirm hearing date on pending motion to dismiss and telephone conference with judicial assistant regarding same | L240 | AHC | .50 | 145.00 | 72.50 |
| 07/24/12 | Review and analyze borrower's counterclaims and third-party claims | L210 | CWH | .20 | 330.00 | 66.00 |
| 07/25/12 | Review borrower's amended counterclaim | L210 | JMH | .50 | 241.00 | 120.50 |
| 07/25/12 | Draft notice of bankruptcy | L210 | JMH | .30 | 241.00 | 72.30 |
| 07/26/12 | Review and analyze borrower's third-party claims | L110 | CWH | .30 | 330.00 | 99.00 |
| 07/31/12 | E-mail to G.Albright regarding notice of bankruptcy | L210 | JMH | .10 | 241.00 | 24.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301065

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Telephone conferences with judicial assistant and Court Call regarding telephonic appearance at hearing on August 24 | L450 | AHC | .90 | 145.00 | 130.50 |

FEES                                                  $663.10

AMOUNT DUE THIS BILL                    $663.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301065

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .20 | 30.00 |
| Christian W. Hancock | Partner | 330.00 | .50 | 165.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.40 | 203.00 |
| Jonathan Hooks | Associate | 241.00 | 1.10 | 265.10 |
| Total | | | 3.20 | 663.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301065
BILL AMOUNT         $663.10                                     INVOICE #  805188

---

To:    ResCap                           TC Number:        715285
       1100 Virginia Drive              Invoice Date:     09/17/2012
       Fort Washington, PA 19034        Invoice No.       805188
                                        Period ending:    07/31/2012


Case Management Number    LD  0G2012-301065


|                                           | Current Invoice |     |         |
|-------------------------------------------|-----------------|-----|---------|
| Code Task                                 | Hours           |     | Fees    |
| L110 Fact Investigation/Development       | 0.30            | $   | 99.00   |
| L120 Analysis/Strategy                    | 0.40            | $   | 78.20   |
| L210 Pleadings                            | 1.10            | $   | 282.90  |
| L240 Dispositive Motions                  | 0.50            | $   | 72.50   |
| L450 Trial and Hearing Attendance         | 0.90            | $   | 130.50  |
|                                           | ======          |     | ======  |
| TOTAL FEES                                | 3.20            | $   | 663.10  |
|                                           |                 |     |         |
| TOTAL FEES DUE                            |                 | $   | 663.10  |
| TOTAL DISBURSEMENTS DUE                   |                 | $   | 0.00    |
| TOTAL DUE THIS INVOICE                    |                 | $   | 663.10  |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0G2012-301066
Fort Washington, PA 19034

                                                          INVOICE #  805189

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301066  TC Number: 715873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Responding to S.Harding's request for status update | L140 | JCCO | .20 | 195.00 | 39.00 |
| 07/10/12 | Receive call from opposing counsel regarding short sale and call H.Franchi regarding the same | L160 | JCCO | .30 | 195.00 | 58.50 |
| 07/11/12 | Telephone call with opposing counsel to discuss short sale, payoff, or other settlement possibilities | L160 | JCCO | .30 | 195.00 | 58.50 |
| 07/18/12 | Draft status update for extranet | L140 | JCCO | .20 | 195.00 | 39.00 |
| 07/18/12 | Review and update status of case in light of bankruptcy | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/20/12 | Analyze court's order regarding scheduling and order staying case and call opposing counsel to discuss the same | L120 | JCCO | 1.00 | 195.00 | 195.00 |
| 07/23/12 | Email S.Harding and H.Franchi regarding deposition dates | L330 | JCCO | .40 | 195.00 | 78.00 |
| 07/23/12 | Conference regarding bankruptcy and the upcoming trial date | L120 | GWG | .40 | 263.00 | 105.20 |

                              FEES                                   $603.20



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301066

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $603.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301066

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Jonathan Cobb | Associate | 195.00 | 2.40 | 468.00 |
| Graham W. Gerhardt | Partner | 263.00 | .40 | 105.20 |
| Total | | | 3.00 | 603.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $603.20

SEPTEMBER 17, 2012
0G2012-301066
INVOICE #  805189

To:    ResCap                          TC Number:        715873
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805189
                                       Period ending:    07/31/2012

Case Management Number      LD   0G2012-301066

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 1.60 | $ 330.20 |
| L140 | Document/File Management | 0.40 | $ 78.00 |
| L160 | Settlement/Non-Binding ADR | 0.60 | $ 117.00 |
| L330 | Depositions | 0.40 | $ 78.00 |
| | =============================== | | |
| | TOTAL FEES | 3.00 | $ 603.20 |
| | TOTAL FEES DUE | | $ 603.20 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 603.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0G2012-301069
Fort Washington, PA 19034

                                                          INVOICE #  805190

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301069   TC Number: 718287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Analyze motion to dismiss adversary proceeding and confer with opposing counsel regarding same | L120 | CLHA | .40 | 345.00 | 138.00 |
| 07/31/12 | Analyze second order dismissing adversary proceeding | L120 | CLHA | .40 | 345.00 | 138.00 |

                                FEES                              $276.00

                                AMOUNT DUE THIS BILL              $276.00

                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                                SEPTEMBER 17, 2012

0G2012-301069

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .80 | 276.00 |
| Total | | | .80 | 276.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              SEPTEMBER 17, 2012
                                                    0G2012-301069
BILL AMOUNT          $276.00                        INVOICE #   805190

To:    ResCap                        TC Number:        718287
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034     Invoice No.       805190
                                     Period ending:    07/31/2012

Case Management Number       LD   0G2012-301069

                                              Current Invoice
Code Task                                   Hours          Fees

L120 Analysis/Strategy                      0.80     $    276.00

                                      ============================
                       TOTAL FEES           0.80     $    276.00

                     TOTAL FEES DUE                  $    276.00
              TOTAL DISBURSEMENTS DUE                $      0.00
              TOTAL DUE THIS INVOICE                 $    276.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  SEPTEMBER 17, 2012
1100 Virginia Drive                                     0G2012-301070
Fort Washington, PA 19034

                                                        INVOICE #  805192

                                                        **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301070  TC Number: 718085

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/16/12 | Email to R.Meeker regarding plaintiffs request for a loan modification | L120 | phn | .20 | 200.00 | 40.00 |
| 07/23/12 | Review and analyze case for impact of final supplemental order | B110 | phn | .50 | 200.00 | 100.00 |
| 07/27/12 | Review e-mail from regarding loan repurchase and status of case | B110 | phn | .20 | 200.00 | 40.00 |
| 07/30/12 | Email to R.Meeker regarding loan modification status | L120 | phn | .20 | 200.00 | 40.00 |

                          FEES                                  $260.00


                          AMOUNT DUE THIS BILL                  $260.00


                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301070

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | 1.30 | 260.00 |
| Total | | | 1.30 | 260.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301070
BILL AMOUNT            $260.00                                  INVOICE #  805192

To:    ResCap                        TC Number:        718085
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805192
                                      Period ending:    07/31/2012

Case Management Number      LD   0G2012-301070

|       |                                        | Current Invoice |          |
|-------|----------------------------------------|-------|----------|
| Code  | Task                                   | Hours |     Fees |
| B110  | Case Administration                    | 0.70  | $ 140.00 |
| L120  | Analysis/Strategy                      | 0.40  | $  80.00 |
| L190  | Other Case Assessment, Develop't/Admin | 0.20  | $  40.00 |
|       | TOTAL FEES                             | 1.30  | $ 260.00 |

                    TOTAL FEES DUE              $   260.00
              TOTAL DISBURSEMENTS DUE           $     0.00
              TOTAL DUE THIS INVOICE            $   260.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301072

INVOICE #  805194

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301072  TC Number: 719127

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Review files for preparation of closing memorandum for submission to client | L240B | LADA | 1.20 | 65.00 | 78.00 |

|  | FEES |  | $78.00 |
|--|------|--|--------|

AMOUNT DUE THIS BILL                     $78.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301072

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lucinda Kish | Paralegal | 65.00 | 1.20 | 78.00 |
| Total | | | 1.20 | 78.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301072
BILL AMOUNT          $78.00                              INVOICE #  805194

To:    ResCap                        TC Number:          719127
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034     Invoice No.         805194
                                     Period ending:      07/31/2012

Case Management Number      LD  0G2012-301072

                                        Current Invoice
Code Task                               Hours         Fees

L240BAll Other                          1.20     $    78.00

                         =================================
                 TOTAL FEES             1.20     $    78.00

                    TOTAL FEES DUE               $    78.00
            TOTAL DISBURSEMENTS DUE              $     0.00
              TOTAL DUE THIS INVOICE             $    78.00



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301073

INVOICE #  805196

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301073  TC Number: 719617

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Prepare status report to client regarding deposition of borrower and motion for summary judgment | L120 | JJPH | .10 | 250.00 | 25.00 |
| 07/08/12 | Analysis upon review of the Counterclaims and affirmative defenses in light of Order 391 in the bankruptcy case | L250 | JDR | .90 | 293.00 | 263.70 |
| 07/09/12 | Review email correspondence regarding depositions and  bankruptcy stay | L110 | JJPH | .10 | 250.00 | 25.00 |
| 07/10/12 | Review email correspondence to Pete Whaley regarding effect of bankruptcy stay on counterclaims | L120 | JJPH | .10 | 250.00 | 25.00 |
| 07/10/12 | E-mail correspondence with P.Whaley regarding deposition scheduling and potential effect of bankruptcy stay. | L330 | JDR | .30 | 293.00 | 87.90 |
| 07/11/12 | Review and analyze borrower's claims to determine impact of bankruptcy stay | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/11/12 | Review e-mail from P.Whaley regarding bankruptcy order. | L250 | JDR | .10 | 293.00 | 29.30 |
| 07/11/12 | Correspondence with J.Ho regarding settlement possibility raised by opposing counsel. | P500 | JDR | .20 | 293.00 | 58.60 |
| 07/11/12 | Review email correspondence to Jacqueline Ho regarding automatic stay | L120 | JJPH | .10 | 250.00 | 25.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301073

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/11/12 | Email correspondence from Pete Whaley regarding incentive payment | L120 | JJPH | .10 | 250.00 | 25.00 |
| 07/12/12 | Telephone conference with J.Ho regarding effect of automatic stay on counterclaims | L160 | JJPH | .20 | 250.00 | 50.00 |
| 07/12/12 | Further analysis regarding Claim 1 | L120 | JDR | .10 | 293.00 | 29.30 |
| 07/12/12 | Telephone conference with J.Ho about case status | L120 | JDR | .20 | 293.00 | 58.60 |
| 07/23/12 | Review and analyze issues in connection with new bankruptcy order and application of order granting relief from automatic stay | L120 | JJPH | .20 | 250.00 | 50.00 |
| 07/24/12 | Draft and edit notice of bankruptcy and suggestion of automatic stay | L250 | JJPH | .80 | 250.00 | 200.00 |
| 07/24/12 | Email correspondence regarding application of automatic stay to borrowers' claims | L250 | JJPH | .20 | 250.00 | 50.00 |
| 07/31/12 | Email correspondence regarding notice of bankruptcy | L250 | JJPH | .10 | 250.00 | 25.00 |

FEES                                     $1,060.40

AMOUNT DUE THIS BILL                     $1,060.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301073

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | 2.00 | 500.00 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Jonathan Rose | Partner | 293.00 | 1.80 | 527.40 |
| Total | | | 3.90 | 1,060.40 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301073
INVOICE #  805196

BILL AMOUNT          $1,060.40

To:    ResCap                          TC Number:        719617
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805196
                                       Period ending:    07/31/2012

Case Management Number     LD  0G2012-301073

|      |                                | Current Invoice |     |        |
|------|--------------------------------|-----------------|-----|--------|
| Code | Task                           | Hours           |     | Fees   |
| L110 | Fact Investigation/Development | 0.20            | $   | 58.00  |
| L120 | Analysis/Strategy              | 0.90            | $   | 237.90 |
| L160 | Settlement/Non-Binding ADR     | 0.20            | $   | 50.00  |
| L250 | Other Written Motions/Submissions | 2.10         | $   | 568.00 |
| L330 | Depositions                    | 0.30            | $   | 87.90  |
| P500 | Negotiation/Revision/Responses | 0.20            | $   | 58.60  |

```
                 ===================================
      TOTAL FEES        3.90    $  1,060.40

           TOTAL FEES DUE        $  1,060.40
     TOTAL DISBURSEMENTS DUE     $      0.00
     TOTAL DUE THIS INVOICE      $  1,060.40
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0G2012-301074
Fort Washington, PA 19034

                                                         INVOICE #  805197

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301074   TC Number: 719598

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Call to client regarding reinstatement and modification | L160 | GWG | .20 | 263.00 | 52.60 |
| 07/30/12 | Review district judge's opinion adopting the magistrate's report and recommendation | L120 | GWG | .20 | 263.00 | 52.60 |
| 07/30/12 | Call with client regarding reinstatement and modification | L160 | GWG | .20 | 263.00 | 52.60 |
| 07/30/12 | Receipt and review of Memorandum Adopting Report and Recommendation of the U.S. Magistrate Judge and update file regarding same. | L110 | MST | .20 | 150.00 | 30.00 |
| 07/31/12 | Continue review of Memorandum Adopting Report and Recommendation of the U.S. Magistrate Judge and update file regarding same. | L110 | MST | .20 | 150.00 | 30.00 |

FEES                                                     $217.80

AMOUNT DUE THIS BILL                                     $217.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301074

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Graham W. Gerhardt | Partner | 263.00 | .60 | 157.80 |
| Total | | | 1.00 | 217.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301074
BILL AMOUNT          $217.80                             INVOICE #  805197

To:    ResCap                        TC Number:          719598
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.        805197
                                     Period ending:      07/31/2012

Case Management Number      LD   0G2012-301074

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $   60.00 |
| L120 | Analysis/Strategy | 0.20 | $   52.60 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $  105.20 |

====================================

|  | TOTAL FEES | 1.00 | $   217.80 |

TOTAL FEES DUE              $    217.80
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $    217.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0G2012-301076
Fort Washington, PA 19034

                                                           INVOICE #   805198

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301076   TC Number: 720586

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Complete research on fee interest payment issue | L250 | MJA | .40 | 297.00 | 118.80 |
| 07/02/12 | Communications with client and E.Quinn regarding payment | L250 | MJA | .30 | 297.00 | 89.10 |
| 07/02/12 | Draft status update for attorney review and catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/06/12 | Research for letter brief on summary judgment issue | L510 | MJA | .40 | 297.00 | 118.80 |
| 07/16/12 | Receipt and initial review of appellate opinion and order denying motion for attorney fees | L510 | AHC | .20 | 145.00 | 29.00 |
| 07/16/12 | Review appellate court's affirmance of lower court judgment | L210 | AKA | .10 | 184.00 | 18.40 |
| 07/17/12 | Confer with M.Ayers regarding pleadings in lower court | L210 | AKA | .20 | 184.00 | 36.80 |
| 07/17/12 | Draft summary of case status following order affirming judgment | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/18/12 | Confer with M.Ayers regarding lower court pleadings | L210 | AKA | .10 | 184.00 | 18.40 |
| 07/18/12 | Review lower court pleadings | L190 | AKA | .40 | 184.00 | 73.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301076

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Review local counsel's motion for relief from technical admissions filed in lower court | L250 | AKA | .50 | 184.00 | 92.00 |
| | FEES | | | | | $714.00 |
| | AMOUNT DUE THIS BILL | | | | | $714.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE       3
SEPTEMBER 17, 2012

0G2012-301076

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.40 | 415.80 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Anne Averitt | Associate | 184.00 | 1.30 | 239.20 |
| Total | | | 3.10 | 714.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $714.00

SEPTEMBER 17, 2012
0G2012-301076
INVOICE #   805198

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          720586
Invoice Date:       09/17/2012
Invoice No.         805198
Period ending:      07/31/2012

Case Management Number      LD   0G2012-301076

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L120 | Analysis/Strategy | 0.20 | $ | 30.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.40 | $ | 73.60 |
| L210 | Pleadings | 0.40 | $ | 73.60 |
| L250 | Other Written Motions/Submissions | 1.20 | $ | 299.90 |
| L510 | Appellate Motions and Submissions | 0.90 | $ | 236.90 |

```
                    =================================
        TOTAL FEES      3.10      $     714.00

            TOTAL FEES DUE              $     714.00
     TOTAL DISBURSEMENTS DUE            $       0.00
        TOTAL DUE THIS INVOICE          $     714.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0G2012-301077
Fort Washington, PA 19034

                                                    INVOICE #  805200

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301077  TC Number: 722608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Draft status update for client as follows: The settlement agreement is being reviewed by opposing counsel. Upon review, the parties will execute the agreement. | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Draft email to opposing counsel regarding need to get settlement documents executed | L160 | HTC | .10 | 315.00 | 31.50 |
| 07/09/12 | Review and analysis of posture of action and progress of opposing counsel's review of pending settlement agreement | L120 | MW | .20 | 263.00 | 52.60 |
| 07/10/12 | Exchange emails with client and opposing counsel regarding settlement | L160 | HTC | .20 | 315.00 | 63.00 |
| 07/20/12 | Analyze issues regarding foreclosure options | L120 | HTC | .10 | 315.00 | 31.50 |
| 07/20/12 | Correspondence with opposing counsel J.Pierce regarding status of outstanding settlement agreement and potential options moving forward | L120 | MW | .20 | 263.00 | 52.60 |
| 07/23/12 | Correspondence with opposing counsel J.Pierce regarding settlement agreement and request for update | L120 | MW | .20 | 263.00 | 52.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301077

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Conference with J.Pierce regarding, timeline for settlement agreement execution, and potential for moving forward with action | L120 | MW | .60 | 263.00 | 157.80 |
| 07/27/12 | Review and analyze potential options for moving forward | L120 | MW | .90 | 263.00 | 236.70 |
| 07/29/12 | Analyze effect of potential withdrawal of opposing counsel | L250 | HTC | .10 | 315.00 | 31.50 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on defendant's counterclaims | L120 | JDV | .10 | 219.00 | 21.90 |

FEES                                    $775.50

AMOUNT DUE THIS BILL              $775.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301077

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .50 | 157.50 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Monica Wilson | Associate | 263.00 | 2.10 | 552.30 |
| Total | | | 2.90 | 775.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301077
BILL AMOUNT          $775.50                                    INVOICE #  805200

To:    ResCap                          TC Number:        722608
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805200
                                       Period ending:    07/31/2012

Case Management Number      LD   0G2012-301077

                                            Current Invoice
Code Task                                  Hours          Fees

L120 Analysis/Strategy                      2.30    $    605.70
L160 Settlement/Non-Binding ADR             0.30    $     94.50
L190 Other Case Assessment, Develop't/Admin 0.20    $     43.80
L250 Other Written Motions/Submissions      0.10    $     31.50

                        =====================================
               TOTAL FEES    2.90    $    775.50

                    TOTAL FEES DUE         $    775.50
          TOTAL DISBURSEMENTS DUE          $      0.00
             TOTAL DUE THIS INVOICE        $    775.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0G2012-301078
Fort Washington, PA 19034

                                                    INVOICE #  805202

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301078  TC Number: 692660

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Email correspondence with D.Bakalar with instructions on obtaining the judgment figures, preparing the Affidavit of indebtedness, and drafting the foreclosure MSJ | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/03/12 | Draft monthly case status update regarding borrower's motion for summary judgment | L120 | MW | .10 | 263.00 | 26.30 |
| 07/06/12 | Correspondence with borrower regarding continued representation in action | C400 | MW | .30 | 263.00 | 78.90 |
| 07/13/12 | Review pleadings for file transfer to new foreclosure counsel D.Baklar. Create ftp site and email specific instructions  and deadlines regarding judgment figures, Affidavits and Motion for Summary Judgment. | L110 | MPE | 2.20 | 149.00 | 327.80 |
| 07/13/12 | Review and analyze status of borrower's recent filings | L120 | MW | .80 | 263.00 | 210.40 |
| 07/16/12 | Review and analyze new filing by borrower | L120 | MW | .50 | 263.00 | 131.50 |
| 07/16/12 | Receive and review borrower's filed notice | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/17/12 | Correspondence with H.Franchi regarding call notes for loan | L120 | MW | .10 | 263.00 | 26.30 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301078

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review and analyze allegations contained in fourth amended complaint | L120 | MW | 1.30 | 263.00 | 341.90 |
| 07/18/12 | Review and analyze account history and call notes | L120 | MW | .60 | 263.00 | 157.80 |
| 07/18/12 | Review and analyze procedural posture of action to determine which pleading is effective as complaint or counterclaim in consolidated claims | L120 | MW | .70 | 263.00 | 184.10 |
| 07/24/12 | Correspondence with H.Franchi regarding borrower's filings in consolidated foreclosure action | L120 | MW | .20 | 263.00 | 52.60 |
| 07/24/12 | Correspondence with H.Franchi regarding borrower's filed motion for summary judgment and affidavits | L120 | MW | .20 | 263.00 | 52.60 |
| 07/30/12 | Research and review consolidated foreclosure docket to determine status of case and review recently filed judge reassignment | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                $1,682.90

01    Copy Charges                                0.00

AMOUNT DUE THIS BILL                  $1,682.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301078

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | 4.80 | 1,262.40 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.70 | 402.30 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 7.70 | 1,682.90 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301078
BILL AMOUNT          $1,682.90                                 INVOICE #  805202

_____

To:    ResCap                        TC Number:        692660
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805202
                                      Period ending:    07/31/2012

Case Management Number      LD  0G2012-301078

                                        Current Invoice
Code Task                               Hours          Fees

C400 Third Party Communication          0.30      $      78.90
L110 Fact Investigation/Development     2.90      $     420.50
L120 Analysis/Strategy                  4.50      $   1,183.50

                    ===========================================
                    TOTAL FEES          7.70      $   1,682.90

                    TOTAL FEES DUE                $   1,682.90
             TOTAL DISBURSEMENTS DUE              $       0.00
                TOTAL DUE THIS INVOICE           $   1,682.90



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301080

INVOICE #  805204

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301080  TC Number: 700284

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Analyze recent pleadings and correspondence in case and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES $69.00

AMOUNT DUE THIS BILL $69.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301080

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301080
BILL AMOUNT            $69.00                             INVOICE #  805204

To:    ResCap                          TC Number:        700284
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805204
                                       Period ending:    07/31/2012

Case Management Number      LD  0G2012-301080

                                            Current Invoice
Code Task                                  Hours           Fees

L120 Analysis/Strategy                     0.20      $    69.00

                            ====================================
                     TOTAL FEES            0.20      $    69.00

                     TOTAL FEES DUE                  $    69.00
              TOTAL DISBURSEMENTS DUE                $     0.00
                 TOTAL DUE THIS INVOICE              $    69.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301081

INVOICE #  805206

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301081   TC Number: 717815

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft monthly status report for client regarding settlement | L190 | RLB | .10 | 266.00 | 26.60 |

|  |  |  |  |
|--|--|--|--|
|  | FEES |  | $26.60 |
|  | AMOUNT DUE THIS BILL |  | $26.60 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301081

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          SEPTEMBER 17, 2012
                                                0G2012-301081
BILL AMOUNT          $26.60                      INVOICE #  805206

To:    ResCap                    TC Number:        717815
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805206
                                  Period ending:    07/31/2012

Case Management Number      LD  0G2012-301081

                                      Current Invoice
Code Task                            Hours          Fees

L190 Other Case Assessment, Develop't/Admin   0.10   $    26.60

                             ==================================
                    TOTAL FEES      0.10   $    26.60

                    TOTAL FEES DUE           $    26.60
              TOTAL DISBURSEMENTS DUE        $     0.00
                TOTAL DUE THIS INVOICE       $    26.60



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0G2012-301083
Fort Washington, PA 19034

                                                         INVOICE #   805207

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301083   TC Number: 709242

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Update to client regarding effect of bankruptcy on settlement | L120 | GWG | .20 | 263.00 | 52.60 |

                          FEES                                    $52.60

                          AMOUNT DUE THIS BILL                    $52.60

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301083

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | .20 | 52.60 |
| Total | | | .20 | 52.60 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301083
BILL AMOUNT          $52.60                               INVOICE #  805207

_____

To:    ResCap                      TC Number:          709242
       1100 Virginia Drive         Invoice Date:       09/17/2012
       Fort Washington, PA 19034   Invoice No.         805207
                                   Period ending:      07/31/2012


Case Management Number      LD  0G2012-301083


                                            Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                 0.20    $      52.60

                          ==================================
                  TOTAL FEES           0.20    $      52.60

                  TOTAL FEES DUE               $      52.60
             TOTAL DISBURSEMENTS DUE           $       0.00
             TOTAL DUE THIS INVOICE            $      52.60



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0G2012-301084
Fort Washington, PA 19034

                                                          INVOICE #  805208

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301084   TC Number: 717294

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Receipt and review Notice of Hearing and subsequent Cancellation of Notice of Hearing | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/06/12 | Draft status update for client regarding motion to dismiss and responses to discovery | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/06/12 | Correspondence with T.Jordan and A.Fleitas regarding revisions to discovery requests | L310 | JDV | 1.10 | 219.00 | 240.90 |
| 07/06/12 | Revise responses to defendants' interrogatories | L310 | JDV | 1.00 | 219.00 | 219.00 |
| 07/06/12 | Revise response to interrogatories regarding payments | L310 | HTC | .30 | 315.00 | 94.50 |
| 07/06/12 | Review chart of payments and provide complete responses to discovery requests | L310 | HTC | 1.00 | 315.00 | 315.00 |
| 07/09/12 | Conference with J.Vega and email correspondence with C.Roesch regarding extension of time for responding to discovery | L310 | JAM | .30 | 145.00 | 43.50 |
| 07/09/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 07/10/12 | Correspondence with B.McWilliams and S.Batson regarding execution of interrogatory responses | L310 | JDV | .40 | 219.00 | 87.60 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Prepare interrogatory responses for service | L310 | JDV | .20 | 219.00 | 43.80 |
| 07/11/12 | Final review of Plaintiff's Responses to Defendant's Interrogatories prior to service on opposing counsel | L310 | JAM | .30 | 145.00 | 43.50 |
| 07/11/12 | Draft correspondence to Seminole County Clerk enclosing Notice of Service of Discovery | L310 | JAM | .20 | 145.00 | 29.00 |
| 07/11/12 | Draft Notice of Service of Discovery | L310 | JAM | .20 | 145.00 | 29.00 |
| 07/12/12 | Analysis of Motion for a Thirty Minute Hearing on Summary Judgment on Plaintiff's Claim | L250 | JDV | .20 | 219.00 | 43.80 |
| 07/16/12 | Review Defendant's Motion for 30 minute hearing/special set hearing on Judgment on the Pleadings | L210 | JAM | .10 | 145.00 | 14.50 |
| 07/16/12 | Multiple telephone calls with C.Roesch's office regarding scheduling hearing | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/16/12 | Multiple telephone calls to Clerk's office and Judge Rudisill's JA regarding scheduling special set hearing | L210 | JAM | .30 | 145.00 | 43.50 |
| 07/17/12 | Analysis of Order on Defendant's Motion for a Thirty Minute Hearing on Summary Judgment on Plaintiff's Claim | L210 | JDV | .10 | 219.00 | 21.90 |
| 07/19/12 | Telephone conversation with C.Roesch, defendants' attorney, regarding monthly payments | L190 | JDV | .50 | 219.00 | 109.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Analyze issues relating to motion for summary judgment and motion to dismiss claims | L240 | HTC | .10 | 315.00 | 31.50 |
| 07/20/12 | Multiple telephone conferences with S.Shaffer regarding hearing | L210 | JAM | .30 | 145.00 | 43.50 |

|  | FEES |  |  |  |  | $1,628.30 |
| 01 | Copy Charges |  |  |  |  | 0.00 |
| 35 | Express Mail/Fedex |  |  |  |  | 0.00 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $1,628.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     4
SEPTEMBER 17, 2012

0G2012-301084

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 1.40 | 441.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.60 | 377.00 |
| Jose D. Vega | Associate | 219.00 | 3.70 | 810.30 |
| Total | | | 7.70 | 1,628.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301084
INVOICE #  805208

BILL AMOUNT        $1,628.30

| To: | ResCap | TC Number: | 717294 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805208 |
| | | Period ending: | 07/31/2012 |

Case Management Number        LD   0G2012-301084

| Code | Task | Current Invoice Hours | | Fees |
|---|---|---|---|---|
| L190 | Other Case Assessment, Develop't/Admin | 1.00 | $ | 196.80 |
| L210 | Pleadings | 1.40 | $ | 210.40 |
| L240 | Dispositive Motions | 0.10 | $ | 31.50 |
| L250 | Other Written Motions/Submissions | 0.20 | $ | 43.80 |
| L310 | Written Discovery | 5.00 | $ | 1,145.80 |

```
=======================================
```

| | | | | |
|---|---|---|---|---|
| TOTAL FEES | | 7.70 | $ | 1,628.30 |
| TOTAL FEES DUE | | | $ | 1,628.30 |
| TOTAL DISBURSEMENTS DUE | | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | | $ | 1,628.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301085

INVOICE #  805210

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301085   TC Number: 709246

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Legal research into Fifth Circuit law regarding motion to reconsider | L210 | GWG | .30 | 263.00 | 78.90 |
| 07/18/12 | Review plaintiff's motion to reconsider and outline legal arguments | L210 | GWG | .30 | 263.00 | 78.90 |
| 07/18/12 | Legal research into effect of plaintiff's motion to reconsider | L210 | GWG | .30 | 263.00 | 78.90 |
| 07/23/12 | Review federal law on post judgment motion | L120 | RK | 2.60 | 185.00 | 481.00 |
| 07/24/12 | Legal research for motion to reconsider | L210 | GWG | 2.80 | 263.00 | 736.40 |
| 07/24/12 | Draft portion of opposition brief | L120 | RK | 2.70 | 185.00 | 499.50 |
| 07/24/12 | Draft portion of opposition brief | L120 | RK | 2.30 | 185.00 | 425.50 |
| 07/24/12 | Draft the remaining portions of brief in opposition to Plaintiffs' motion for reconsideration | L120 | RK | 3.60 | 185.00 | 666.00 |
| 07/24/12 | Review federal law for Rule 60(b) | L120 | RK | 2.10 | 185.00 | 388.50 |
| 07/25/12 | Revise opposition to plaintiff's motion to reconsider | L210 | GWG | 4.40 | 263.00 | 1,157.20 |

FEES                                                                $4,590.80



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301085

**FED ID NO. 63-0243316**

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07 | Filing Fees | 250.00 |
| | COSTS | $250.00 |
| | AMOUNT DUE THIS BILL | $4,840.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301085

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | 8.10 | 2,130.30 |
| Riley Key | Associate | 185.00 | 13.30 | 2,460.50 |
| Total | | | 21.40 | 4,590.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      SEPTEMBER 17, 2012
                                                            0G2012-301085
BILL AMOUNT         $4,840.80                               INVOICE #   805210

To:    ResCap                         TC Number:            709246
       1100 Virginia Drive            Invoice Date:         09/17/2012
       Fort Washington, PA 19034      Invoice No.           805210
                                      Period ending:        07/31/2012

Case Management Number       LD   0G2012-301085

                                          Current Invoice
Code Task                                 Hours              Fees

L120 Analysis/Strategy                    13.30      $   2,460.50
L210 Pleadings                             8.10      $   2,130.30

                              ===================================
                    TOTAL FEES            21.40      $   4,590.80

                    TOTAL FEES DUE                   $   4,590.80
            TOTAL DISBURSEMENTS DUE                  $     250.00
            TOTAL DUE THIS INVOICE                   $   4,840.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301086

INVOICE #  805211

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301086   TC Number: 700546

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Providing status update to client regarding granting of summary judgment motion | L240 | CET | .20 | 293.00 | 58.60 |
| 07/18/12 | Telephone conversation with D. O'Neal regarding status of borrower's case | L240 | CET | .70 | 293.00 | 205.10 |
| 07/18/12 | Email correspondence with S. Harding and C. Scanlan regarding conversation with new counsel for the borrowers. | L240 | CET | .40 | 293.00 | 117.20 |
| 07/19/12 | Email correspondence with C. Scanlan regarding litigation path and proposed settlement discussions from the borrowers' counsel. | L240 | CET | .20 | 293.00 | 58.60 |
| 07/19/12 | Telephone conversation with the Tennessee Board of Professional Responsibility | L240 | CET | .40 | 293.00 | 117.20 |
| 07/19/12 | Email correspondence with V. Keeler demanding that she withdraw her motion for reconsideration. | L240 | CET | .40 | 293.00 | 117.20 |
| 07/19/12 | Telephone conversation with D. O'Neal regarding a loan mod. | L240 | CET | .30 | 293.00 | 87.90 |
| 07/19/12 | Review email to Vanessa Keeler regarding motion to set aside order granting summary judgment | L240 | JJPH | .10 | 250.00 | 25.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301086

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/19/12 | Review email correspondence with Chris Scanlan regarding foreclosure alternatives | L120 | JJPH | .10 | 250.00 | 25.00 |
| 07/20/12 | Emails regarding motion to set aside order granting summary judgment motion and suspension of Plaintiff's lawyer | L240 | JJPH | .20 | 250.00 | 50.00 |
| 07/20/12 | Analyzing the motion filed by plaintiff's counsel to reconsider the order granting summary judgment. | L240 | CET | .40 | 293.00 | 117.20 |
| 07/23/12 | Reading and analyzing Motion for Reconsideration filed by the borrowers. | L240 | CET | .30 | 293.00 | 87.90 |
| 07/23/12 | Review and analyze Plaintiff's motion to set aside order granting summary judgment | L240 | JJPH | .30 | 250.00 | 75.00 |
| 07/24/12 | Telephone conference with Sapna Raj of Memphis Legal Aid regarding case status | L240 | JJPH | .20 | 250.00 | 50.00 |
| 07/24/12 | Begin work on response to Plaintiff's motion to set aside order granting summary judgment | L240 | JJPH | .90 | 250.00 | 225.00 |
| 07/30/12 | Email correspondence with Lauren Delehey regarding motion to set aside order | L240 | JJPH | .10 | 250.00 | 25.00 |
| 07/30/12 | Review Tennessee rules regarding effect of motion | L120 | JJPH | .20 | 250.00 | 50.00 |
| 07/31/12 | Telephone conference with Ms. McGlathan regarding order granting summary judgment order | L240 | JJPH | .10 | 250.00 | 25.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301086

FED ID NO. 63-0243316

FEES                                $1,516.90


AMOUNT DUE THIS BILL                $1,516.90


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      4
SEPTEMBER 17, 2012

0G2012-301086

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | 2.20 | 550.00 |
| Christopher E. Thorsen | Partner | 293.00 | 3.30 | 966.90 |
| Total | | | 5.50 | 1,516.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                      SEPTEMBER 17, 2012
                                                            0G2012-301086
BILL AMOUNT          $1,516.90                              INVOICE #  805211

_____

To:     ResCap                    TC Number:          700546
        1100 Virginia Drive       Invoice Date:       09/17/2012
        Fort Washington, PA 19034  Invoice No.         805211
                                  Period ending:       07/31/2012


Case Management Number       LD   0G2012-301086


                                         Current Invoice
Code Task                           Hours            Fees

L120 Analysis/Strategy              0.30      $      75.00
L240 Dispositive Motions            5.20      $   1,441.90


                          =================================
                TOTAL FEES     5.50      $   1,516.90

                  TOTAL FEES DUE           $   1,516.90
          TOTAL DISBURSEMENTS DUE          $       0.00
          TOTAL DUE THIS INVOICE           $   1,516.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301087

INVOICE #  805215

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301087  TC Number: 719360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/02/12 | Analyze recent pleadings and correspondence in case and advise client regarding status | L120 | CLHA | .20 | 345.00 | 69.00 |

|  |  |
|---|---|
| FEES | $69.00 |
| AMOUNT DUE THIS BILL | $69.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301087

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                      SEPTEMBER 17, 2012
                                                           0G2012-301087
BILL AMOUNT          $69.00                                INVOICE #  805215

To:    ResCap                          TC Number:        719360
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805215
                                       Period ending:    07/31/2012

Case Management Number       LD   0G2012-301087

| Code | Task | Current Invoice |  |
|------|------|------|------|
|  |  | Hours | Fees |
| L120 | Analysis/Strategy | 0.20 | $   69.00 |
|  |  | ======================= |  |
|  | TOTAL FEES | 0.20 | $   69.00 |
|  | TOTAL FEES DUE |  | $   69.00 |
|  | TOTAL DISBURSEMENTS DUE |  | $    0.00 |
|  | TOTAL DUE THIS INVOICE |  | $   69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301089

INVOICE #  805217

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301089   TC Number: 706870

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft status report for client regarding receipt of financials from borrowers | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/09/12 | Respond to J.Hoyés request for bankruptcy stay status | L120 | BG | .10 | 190.00 | 19.00 |
| 07/20/12 | Review order from court setting status conference for August 24 | L230 | JHP | .10 | 245.00 | 24.50 |
| 07/27/12 | Email to client contact K.Dutill regarding status of loan modification review from borrower | L160 | JHP | .10 | 245.00 | 24.50 |

FEES                                    $92.50

AMOUNT DUE THIS BILL            $92.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301089

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .40 | 92.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301089
BILL AMOUNT          $92.50                                    INVOICE #  805217

To:    ResCap                      TC Number:         706870
       1100 Virginia Drive         Invoice Date:      09/17/2012
       Fort Washington, PA 19034   Invoice No.        805217
                                   Period ending:     07/31/2012

Case Management Number      LD   0G2012-301089

|  |  | Current Invoice | | |
|---|---|---|---|---|
| Code | Task | Hours | | Fees |
| L120 | Analysis/Strategy | 0.20 | $ | 43.50 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ | 24.50 |
| L230 | Court Mandated Conferences | 0.10 | $ | 24.50 |
| | | ========================= | | |
| | TOTAL FEES | 0.40 | $ | 92.50 |

                          TOTAL FEES DUE        $     92.50
                  TOTAL DISBURSEMENTS DUE       $      0.00
                  TOTAL DUE THIS INVOICE        $     92.50



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301090

INVOICE #  805219

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301090   TC Number: 688129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Conference with A.Koury of CoreLogic regarding settlement proposal | L120 | MW | .40 | 263.00 | 105.20 |
| 07/03/12 | Draft monthly case status update regarding settlement issues | L120 | MW | .10 | 263.00 | 26.30 |
| 07/11/12 | Conference with M.Verma regarding renegotiation of settlement | L120 | MW | .80 | 263.00 | 210.40 |
| 07/11/12 | Begin draft of settlement agreement for attorney review | L140 | RBB | .40 | 149.00 | 59.60 |
| 07/11/12 | Review and analysis of GMAC settlement agreement sample in order to begin draft of settlement agreement for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 07/11/12 | Review and analysis of case status memo for case status update in order to begin draft of settlement agreement for attorney review | L140 | RBB | .40 | 149.00 | 59.60 |
| 07/12/12 | Complete draft of joint settlement agreement for attorney review | L140 | RBB | 1.60 | 149.00 | 238.40 |
| 07/13/12 | Revise joint settlement agreement | L140 | RBB | .60 | 149.00 | 89.40 |
| 07/16/12 | Review and analyze post-bankruptcy procedural posture of action | L120 | MW | .80 | 263.00 | 210.40 |
| 07/16/12 | Revise draft of joint settlement agreement for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301090

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review and revise initial version of settlement terms | L320 | MW | .90 | 263.00 | 236.70 |
| 07/23/12 | Revise proposed settlement agreement with borrowers | L320 | MW | 1.10 | 263.00 | 289.30 |
| 07/23/12 | Revise proposed consent foreclosure judgment, joint stipulation, and order to dismiss to accompany draft settlement agreement as exhibits | L320 | MW | .80 | 263.00 | 210.40 |
| 07/26/12 | Review Borrowers' tax records for settlement | L120 | DCL | .30 | 376.00 | 112.80 |
| 07/27/12 | Research and analyze both mortgages on subject property | L120 | MW | .80 | 263.00 | 210.40 |
| 07/27/12 | Review and revise proposed draft settlement agreement | L320 | MW | .50 | 263.00 | 131.50 |
| 07/27/12 | Correspondence with M.Verma regarding draft settlement agreement | L120 | MW | .20 | 263.00 | 52.60 |
| 07/27/12 | Research and review Hillsborough County, Florida official records | L110 | KK | .40 | 91.00 | 36.40 |
| 07/28/12 | Research Hillsborough County official records and pull four recorded documents | L110 | KK | .20 | 91.00 | 18.20 |
| 07/30/12 | Review and analysis of correspondence to/from M.Verma regarding draft of the settlement agreement for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 07/30/12 | Review and revise draft settlement agreement | L160 | DCL | .30 | 376.00 | 112.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301090

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/30/12 | Correspondence with M.Verma attaching draft settlement agreement | L120 | MW | .20 | 263.00 | 52.60 |
| 07/30/12 | Correspondence with A.Koury of CoreLogic attaching draft settlement agreement | L120 | MW | .20 | 263.00 | 52.60 |
| 07/30/12 | Correspondence with M.Verma regarding status of action | L120 | MW | .20 | 263.00 | 52.60 |
| 07/31/12 | Analyze proposed settlement agreement | L160 | DCL | .50 | 376.00 | 188.00 |

FEES $2,860.50

AMOUNT DUE THIS BILL $2,860.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301090

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 1.10 | 413.60 |
| Robert B. Benson | Paralegal | 149.00 | 3.70 | 551.30 |
| Monica Wilson | Associate | 263.00 | 7.00 | 1,841.00 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 12.40 | 2,860.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          SEPTEMBER 17, 2012
                                                0G2012-301090
BILL AMOUNT        $2,860.50                     INVOICE #  805219

To:    ResCap                    TC Number:        688129
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034 Invoice No.       805219
                                 Period ending:    07/31/2012

Case Management Number     LD  0G2012-301090

                                      Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development    0.60    $      54.60
L120 Analysis/Strategy                 4.00    $   1,085.90
L140 Document/File Management          3.70    $     551.30
L160 Settlement/Non-Binding ADR        0.80    $     300.80
L320 Document Production               3.30    $     867.90

                       ===================================
              TOTAL FEES     12.40    $   2,860.50

                      TOTAL FEES DUE         $   2,860.50
             TOTAL DISBURSEMENTS DUE         $       0.00
                TOTAL DUE THIS INVOICE       $   2,860.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0G2012-301091
Fort Washington, PA 19034

                                                         INVOICE #  805220

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301091  TC Number: 702513

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Receive and review Agreed Order from the Court signed by the Judge and calculate and calendar deadlines regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 07/03/12 | Draft status report for client regarding unopposed motion for additional time to file settlement documents | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/27/12 | Email to counsel for borrower to determine status of his settlement discussions with his client | L160 | JHP | .10 | 245.00 | 24.50 |
| 07/27/12 | Email from counsel for borrower to notify that his client expects to be back in the country next week and he expects to discuss settlement counter-offer at that time | L160 | JHP | .10 | 245.00 | 24.50 |

                            FEES                              $118.50


                     AMOUNT DUE THIS BILL                     $118.50


               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301091

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .30 | 45.00 |
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Total | | | .60 | 118.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                           SEPTEMBER 17, 2012
                                                                0G2012-301091
BILL AMOUNT          $118.50                                    INVOICE #  805220

_____

To:     ResCap                          TC Number:         702513
        1100 Virginia Drive             Invoice Date:      09/17/2012
        Fort Washington, PA 19034        Invoice No.        805220
                                        Period ending:     07/31/2012


Case Management Number      LD  0G2012-301091


                                          Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      0.30    $     45.00
L120 Analysis/Strategy                   0.10    $     24.50
L160 Settlement/Non-Binding ADR          0.20    $     49.00

                          ===========================================
                  TOTAL FEES             0.60    $    118.50

                  TOTAL FEES DUE                 $    118.50
          TOTAL DISBURSEMENTS DUE                $      0.00
          TOTAL DUE THIS INVOICE                 $    118.50



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0G2012-301092
Fort Washington, PA 19034

                                                         INVOICE #  805222

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301092   TC Number: 720116

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Review of new order in setting new time deadlines | L510 | MJA | .20 | 297.00 | 59.40 |
| 07/02/12 | Draft status update for attorney review and catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/05/12 | Review docket regarding status decision on request for extension of time | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/05/12 | Correspondence to client regarding status of file | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/06/12 | Begin drafting final version of Answer Brief | L520 | AC | 1.50 | 193.00 | 289.50 |
| 07/09/12 | Continue drafting appellate brief | L520 | AC | 1.70 | 193.00 | 328.10 |
| 07/09/12 | Complete draft of Answer Brief and send to M.Ayers for review | L520 | AC | 3.80 | 193.00 | 733.40 |
| 07/09/12 | Respond to J.Hoyͼs request for bankruptcy stay status | L190 | AHC | .10 | 145.00 | 14.50 |
| 07/09/12 | Begin review of and revisions to appellee brief | L520 | MJA | 1.00 | 297.00 | 297.00 |
| 07/10/12 | Complete revisions to appellee brief | L520 | MJA | 2.20 | 297.00 | 653.40 |
| 07/10/12 | Finalize appellate brief, proof, and file with Florida District Court of Appeal | L520 | AC | 4.60 | 193.00 | 887.80 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301092

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Review co-appellees' brief and discuss with M.Ayers | L520 | AC | .50 | 193.00 | 96.50 |
| 07/10/12 | Final review and revision of Answer Brief of Appellee | L520 | AHC | .40 | 145.00 | 58.00 |
| 07/10/12 | Correspondence to borrower regarding Answer Brief | L520 | AHC | .10 | 145.00 | 14.50 |
| 07/11/12 | Research on record on appeal | L510 | MJA | .30 | 297.00 | 89.10 |
| 07/11/12 | Respond to follow up concerning record on appeal | L510 | AC | .20 | 193.00 | 38.60 |
| 07/24/12 | Review of Appellate motion | L510 | MJA | .20 | 297.00 | 59.40 |

FEES                              $3,692.70

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

AMOUNT DUE THIS BILL              $3,692.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301092

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 3.90 | 1,158.30 |
| Alecia H. Cockrell | Paralegal | 145.00 | .90 | 130.50 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Aaron Chastain | Associate | 193.00 | 12.30 | 2,373.90 |
| Total | | | 17.30 | 3,692.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301092

BILL AMOUNT          $3,692.70

INVOICE #  805222

To:     ResCap                          TC Number:         720116
        1100 Virginia Drive             Invoice Date:      09/17/2012
        Fort Washington, PA 19034       Invoice No.        805222
                                        Period ending:     07/31/2012


Case Management Number      LD   0G2012-301092


|      |                                          | Current Invoice |           |
|------|------------------------------------------|-----------------|-----------|
| Code | Task                                     | Hours           | Fees      |
| L110 | Fact Investigation/Development           | 0.20            | $    29.00 |
| L120 | Analysis/Strategy                        | 0.20            | $    30.00 |
| L190 | Other Case Assessment, Develop't/Admin   | 0.20            | $    29.00 |
| L510 | Appellate Motions and Submissions        | 0.90            | $   246.50 |
| L520 | Appellate Briefs                         | 15.80           | $ 3,358.20 |

```
                  ===================================
        TOTAL FEES        17.30      $  3,692.70

            TOTAL FEES DUE            $  3,692.70
     TOTAL DISBURSEMENTS DUE          $      0.00
     TOTAL DUE THIS INVOICE           $  3,692.70
```



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301093

INVOICE #  805224

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301093   TC Number: 700772

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Voice mail and e-mail to opposing counsel regarding settlement overtures | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/02/12 | Review and respond to client e-mail from J.Ho regarding status of matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/02/12 | Draft status report for client regarding second lien | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/24/12 | Voice mail to counsel for borrower regarding settlement overtures | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/25/12 | Telephone conference with J.Ho regarding case status | L120 | NSR | .10 | 280.00 | 28.00 |
| 07/30/12 | Voice mail to opposing counsel regarding case discussion | L160 | NSR | .10 | 280.00 | 28.00 |
| 07/30/12 | Review and analyze case file for history of settlement negotiations | L160 | NSR | .20 | 280.00 | 56.00 |
| 07/31/12 | Telephone conference with mediator regarding scheduling of mediation and settlement status | L160 | NSR | .10 | 280.00 | 28.00 |

FEES                                                            $252.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301093

FED ID NO. 63-0243316

---

AMOUNT DUE THIS BILL                    $252.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301093

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .90 | 252.00 |
| Total | | | .90 | 252.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301093

BILL AMOUNT          $252.00

INVOICE #  805224

To:    ResCap                          TC Number:         700772
       1100 Virginia Drive             Invoice Date:      09/17/2012
       Fort Washington, PA 19034       Invoice No.        805224
                                       Period ending:     07/31/2012


Case Management Number      LD   0G2012-301093


|        |                              | Current Invoice | | |
|--------|------------------------------|-------|---|--------|
| Code   | Task                         | Hours |   | Fees   |
| L120   | Analysis/Strategy            | 0.50  | $ | 140.00 |
| L160   | Settlement/Non-Binding ADR   | 0.40  | $ | 112.00 |

=====================================

|                         | Hours |   | Fees   |
|-------------------------|-------|---|--------|
| TOTAL FEES              | 0.90  | $ | 252.00 |
| TOTAL FEES DUE          |       | $ | 252.00 |
| TOTAL DISBURSEMENTS DUE |       | $ |   0.00 |
| TOTAL DUE THIS INVOICE  |       | $ | 252.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                 0G2012-301094
Fort Washington, PA 19034

                                                    INVOICE #  805226

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301094  TC Number: 707254

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft status report for client regarding bankruptcy stay | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/09/12 | Review order from court setting docket call | L230 | JHP | .10 | 245.00 | 24.50 |
| 07/10/12 | Receive and review docket setting from Western District of Oklahoma and calculate deadlines regarding same and e-mail communications regarding trial setting | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/10/12 | Review Order from court directing parties to file notice with court of effect on pending bankruptcy of GMAC | L230 | JHP | .10 | 245.00 | 24.50 |
| 07/10/12 | Review court order directing parties to advise of impact of bankruptcy | L120 | BG | .10 | 190.00 | 19.00 |
| 07/16/12 | Correspondence agreeing to dismiss insurer | L190 | BG | .10 | 190.00 | 19.00 |
| 07/16/12 | Review special report filed by counsel for Travelers Insurance | L210 | JHP | .10 | 245.00 | 24.50 |
| 07/20/12 | Draft Notice advising of Impact of Bankruptcy in compliance with Courtæs order | L210 | BG | .80 | 190.00 | 152.00 |



# BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301094

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/20/12 | Retrieval of case file on PACER to obtain information regarding filed Suggestion of Bankruptcy in order to respond to Court's Order and update file regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/25/12 | Revise and edit notice to court in response to court order advising court of impact of bankruptcy filing | L210 | JHP | .40 | 245.00 | 98.00 |
| 07/25/12 | Correspondence regarding Notice of Impact of Bankruptcy | L210 | BG | .10 | 190.00 | 19.00 |

FEES $525.00

01     Copy Charges                                    0.00

AMOUNT DUE THIS BILL                    $525.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301094

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .80 | 120.00 |
| Jon H. Patterson | Associate | 245.00 | .80 | 196.00 |
| Blake Goodsell | Associate | 190.00 | 1.10 | 209.00 |
| Total | | | 2.70 | 525.00 |