

## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301094
INVOICE #  805226

BILL AMOUNT          $525.00

To:    ResCap                          TC Number:          707254
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805226
                                       Period ending:      07/31/2012

Case Management Number      LD  0G2012-301094

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 0.80 | $ | 120.00 |
| L120 | Analysis/Strategy | 0.20 | $ | 43.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 19.00 |
| L210 | Pleadings | 1.40 | $ | 293.50 |
| L230 | Court Mandated Conferences | 0.20 | $ | 49.00 |

```
                         ===================================
              TOTAL FEES     2.70    $     525.00

                  TOTAL FEES DUE              $     525.00
           TOTAL DISBURSEMENTS DUE            $       0.00
           TOTAL DUE THIS INVOICE             $     525.00
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                         0G2012-301096
Fort Washington, PA 19034

                                                            INVOICE #  805229

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301096   TC Number: 697887

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Check foreclosure sale date | L120 | BG | .10 | 190.00 | 19.00 |
| 07/02/12 | Email from ETS regarding foreclosure file | L190 | JHP | .10 | 245.00 | 24.50 |
| 07/03/12 | Draft status report for client regarding foreclosure sale and summary judgment | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/03/12 | Email to client contact P.Stokes regarding foreclosure sale | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/04/12 | Draft a Motion for Summary Judgment | L210 | BG | .80 | 190.00 | 152.00 |
| 07/05/12 | Emails to/from client contact P.Stokes and ETS regarding foreclosure sale | L120 | JHP | .20 | 245.00 | 49.00 |
| 07/05/12 | Revise Motion for Summary Judgment | L240 | BG | .20 | 190.00 | 38.00 |
| 07/06/12 | Emails to/from client contact P.Stokes to discuss foreclosure status of borrower's property | L120 | JHP | .20 | 245.00 | 49.00 |
| 07/10/12 | Draft factual background section for Motion for Summary Judgment for inclusion with No-evidence Motion for Summary Judgment | L210 | BG | .30 | 190.00 | 57.00 |
| 07/10/12 | Begin drafting argument section | L210 | BG | .50 | 190.00 | 95.00 |
| 07/10/12 | Draft standard of review section for Motion for Summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 07/10/12 | Continue drafting argument section | L210 | BG | .40 | 190.00 | 76.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301096

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/10/12 | Review foreclosure file in preparation for drafting Motion for Summary Judgment | L210 | BG | .40 | 190.00 | 76.00 |
| 07/10/12 | Review notes in preparation for drafting Motion for Summary Judgment | L120 | BG | .80 | 190.00 | 152.00 |
| 07/10/12 | Draft factual background section for Motion for Summary Judgment for inclusion with No-evidence Motion for Summary Judgment | L210 | BG | 2.30 | 190.00 | 437.00 |
| 07/10/12 | Request necessary documents from client in preparation of Motion for Summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 07/11/12 | Continue drafting argument section | L210 | BG | .70 | 190.00 | 133.00 |
| 07/11/12 | Review all correspondence sent to Borrower in preparation for drafting Motion for Summary Judgment | L120 | BG | .80 | 190.00 | 152.00 |
| 07/11/12 | Respond to P.Stokes' request for bankruptcy stay status | L120 | BG | .10 | 190.00 | 19.00 |
| 07/11/12 | Draft procedural history section to Motion for Summary Judgment | L210 | BG | 1.10 | 190.00 | 209.00 |
| 07/11/12 | Continue drafting argument section to Motion for Summary Judgment | L210 | BG | .90 | 190.00 | 171.00 |
| 07/11/12 | Continue drafting argument section | L210 | BG | .40 | 190.00 | 76.00 |
| 07/11/12 | Continue drafting argument section | L210 | BG | .50 | 190.00 | 95.00 |
| 07/11/12 | Continue drafting argument section | L210 | BG | .80 | 190.00 | 152.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301096

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Continue drafting argument section of Motion for Summary Judgment | L210 | BG | 1.30 | 190.00 | 247.00 |
| 07/12/12 | Draft Affidavit in Support of Motion for Summary Judgment | L210 | BG | 1.10 | 190.00 | 209.00 |
| 07/13/12 | Preparation of documents to forward in order to obtain certified property documents and e-mail correspondence regarding same | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/13/12 | Revise / Modify Affidavit in Support of Motion for Summary Judgment | L210 | BG | 1.20 | 190.00 | 228.00 |
| 07/13/12 | Revise / Modify Motion for Summary Judgment | L210 | BG | 1.80 | 190.00 | 342.00 |
| 07/16/12 | Finalize draft of Motion for Summary Judgment and supporting affidavit | L210 | BG | .20 | 190.00 | 38.00 |
| 07/18/12 | Review notes prior to filing Motion for Summary Judgment | L190 | BG | .30 | 190.00 | 57.00 |
| 07/18/12 | Receipt of additional information from client and revise Motion for Summary Judgment and exhibits to reflect information received | L210 | BG | .30 | 190.00 | 57.00 |
| 07/18/12 | Revise and edit motion for summary judgment | L240 | JHP | 1.30 | 245.00 | 318.50 |
| 07/19/12 | Revise Motion for Summary Judgment | L210 | BG | .60 | 190.00 | 114.00 |
| 07/19/12 | Revise Affidavit in Support of Motion for Summary Judgment | L210 | BG | .40 | 190.00 | 76.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301096

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/23/12 | Assimilation and compilation of fact package received from client regarding loan | L110 | ABB | .80 | 150.00 | 120.00 |
| 07/26/12 | Revise Motion for Summary Judgment to reflect updated numbers | L210 | BG | .20 | 190.00 | 38.00 |
| 07/27/12 | Final revisions to Motion for Summary Judgment | L210 | BG | .50 | 190.00 | 95.00 |
| 07/27/12 | Final revisions to Affidavit in Support of Motion for Summary Judgment | L210 | BG | .40 | 190.00 | 76.00 |
| 07/27/12 | Request updated payment history in support of Motion for Summary Judgment | L120 | BG | .10 | 190.00 | 19.00 |

FEES                                                      $4,466.00

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 41 | Computerized Legal Research-Westlaw | 0.00 |

AMOUNT DUE THIS BILL                    $4,466.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
SEPTEMBER 17, 2012

0G2012-301096

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.30 | 195.00 |
| Jon H. Patterson | Associate | 245.00 | 2.00 | 490.00 |
| Blake Goodsell | Associate | 190.00 | 19.90 | 3,781.00 |
| Total | | | 23.20 | 4,466.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                SEPTEMBER 17, 2012
                                                                      0G2012-301096
BILL AMOUNT          $4,466.00                                        INVOICE #  805229

---

To:     ResCap                          TC Number:        697887
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805229
                                        Period ending:    07/31/2012


Case Management Number      LD   0G2012-301096


                                              Current Invoice
Code Task                                    Hours          Fees

L110 Fact Investigation/Development           1.30    $      195.00
L120 Analysis/Strategy                        2.50    $      508.00
L190 Other Case Assessment, Develop't/Admin   0.40    $       81.50
L210 Pleadings                               17.50    $    3,325.00
L240 Dispositive Motions                      1.50    $      356.50

                        ==========================================
                TOTAL FEES       23.20    $    4,466.00

                TOTAL FEES DUE            $    4,466.00
        TOTAL DISBURSEMENTS DUE           $        0.00
        TOTAL DUE THIS INVOICE           $    4,466.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301097

INVOICE #   805230

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301097   TC Number: 718371

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft monthly case status update regarding borrower's appeal | L120 | MW | .10 | 263.00 | 26.30 |
| 07/09/12 | Research all case dockets to check for any recent filing | L110 | MPE | .30 | 149.00 | 44.70 |
| 07/16/12 | Review docket regarding status of Record on Appeal and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/31/12 | Telephone conference with and follow-up correspondence to E.Trent regarding motion for extension of time | L510 | AHC | .30 | 145.00 | 43.50 |

FEES                                    $143.50

AMOUNT DUE THIS BILL                    $143.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301097

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Monica Wilson | Associate | 263.00 | .10 | 26.30 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .90 | 143.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              SEPTEMBER 17, 2012
                                                    0G2012-301097
BILL AMOUNT        $143.50                          INVOICE #  805230

To:    ResCap                    TC Number:        718371
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805230
                                 Period ending:    07/31/2012

Case Management Number        LD   0G2012-301097

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.50 | $ 73.70 |
| L120 | Analysis/Strategy | 0.10 | $ 26.30 |
| L510 | Appellate Motions and Submissions | 0.30 | $ 43.50 |
| | =================================== | | |
| | TOTAL FEES | 0.90 | $ 143.50 |

                 TOTAL FEES DUE            $   143.50
        TOTAL DISBURSEMENTS DUE            $     0.00
        TOTAL DUE THIS INVOICE            $   143.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0G2012-301099
Fort Washington, PA 19034

                                                          INVOICE #  805232

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301099  TC Number: 700507

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft monthly case status update regarding consent motion | L120 | MW | .10 | 263.00 | 26.30 |
| 07/09/12 | Follow-up with P.Stokes to confirm loan status | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/10/12 | Review and analyze procedural posture of action regarding execution of consent order by court | L120 | MW | .30 | 263.00 | 78.90 |
| 07/10/12 | Correspondence with opposing counsel L.Drysdale regarding copy of executed consent order and procedural posture of action | L120 | MW | .20 | 263.00 | 52.60 |
| 07/10/12 | Research docket regarding additional responsive pleadings | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/11/12 | Correspondence with P.Stokes regarding amended complaint | L120 | MW | .10 | 263.00 | 26.30 |
| 07/11/12 | Correspondence with opposing counsel L.Drysdale regarding copy of amended complaint and amended filing exhibit A with the court | L120 | MW | .20 | 263.00 | 52.60 |
| 07/11/12 | Exchange e-mails with borrower's counsel regarding answer to amended complaint | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/13/12 | Correspondence with opposing counsel L.Drysdale regarding deadline to respond to amended complaint | L120 | MW | .40 | 263.00 | 105.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301099

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/17/12 | Review and revise notice of filing with exhibits | L320 | MW | .30 | 263.00 | 78.90 |
| 07/20/12 | Correspondence with opposing counsel L.Drysdale regarding responsive pleading deadline for amended complaint | L120 | MW | .30 | 263.00 | 78.90 |
| 07/23/12 | Draft and finalize notice of correction of amended complaint exhibits. | L210 | MPE | 1.20 | 149.00 | 178.80 |
| 07/23/12 | Correspondence with L.Drysdale regarding responsive pleading to amended complaint moving forward with action | L120 | MW | .30 | 263.00 | 78.90 |

|  |  |  |  |
|---|---|---|---|
| | FEES | | $853.20 |
| 01 | Copy Charges | | 0.00 |
| 35 | Express Mail/Fedex | | 0.00 |
| | AMOUNT DUE THIS BILL | | $853.20 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE       3
SEPTEMBER 17, 2012

0G2012-301099

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | 2.20 | 578.60 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.40 | 208.60 |
| Total | | | 3.80 | 853.20 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301099

BILL AMOUNT        $853.20                    INVOICE #   805232

To:    ResCap                TC Number:        700507
       1100 Virginia Drive   Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.   805232
                            Period ending:    07/31/2012

Case Management Number        LD   0G2012-301099

|                 |                              | Current Invoice | |
|-----------------|------------------------------|-------|-----------|
| Code            | Task                         | Hours | Fees      |
| L110            | Fact Investigation/Development | 0.40  | $   95.80 |
| L120            | Analysis/Strategy            | 1.90  | $  499.70 |
| L210            | Pleadings                    | 1.20  | $  178.80 |
| L320            | Document Production          | 0.30  | $   78.90 |
|                 | ======================================= | | |
|                 | TOTAL FEES                   | 3.80  | $  853.20 |

TOTAL FEES DUE            $   853.20
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   853.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                       0G2012-301100
Fort Washington, PA 19034

                                                          INVOICE #  805234

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301100   TC Number: 714375

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Update status report regarding filing of motion for summary judgment | L120 | RK | .10 | 185.00 | 18.50 |
| 07/03/12 | Draft notice of hearing | L120 | RK | .60 | 185.00 | 111.00 |
| 07/03/12 | Conference with Court regarding resetting of hearing on motion for summary judgment | L120 | RK | .40 | 185.00 | 74.00 |
| 07/03/12 | Finalize Notice of Hearing and prepare for filing and service. | L210 | MST | .60 | 150.00 | 90.00 |
| 07/03/12 | Correspondence with plaintiff and court coordinator regarding cancellation of the pending summary judgment hearing | L240 | GWG | .20 | 263.00 | 52.60 |
| 07/10/12 | Review and analyze plaintiff's opposition to summary judgment and incorporated amended petition | L210 | GWG | 1.30 | 263.00 | 341.90 |
| 07/11/12 | Strategy regarding cancelation of pending summary judgment hearing | L240 | GWG | .50 | 263.00 | 131.50 |
| 07/16/12 | Correspondence with client regarding summary judgment status and upcoming trial date | L120 | GWG | .30 | 263.00 | 78.90 |

                              FEES                                $898.40



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
Rescap                                                    SEPTEMBER 17, 2012

0G2012-301100

FED ID NO. 63-0243316

---

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 07 | Filing Fees | 7.41 |
| 20 | Airline Tickets | 0.00 |
| | COSTS | $7.41 |
| | AMOUNT DUE THIS BILL | $905.81 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301100

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Graham W. Gerhardt | Partner | 263.00 | 2.30 | 604.90 |
| Riley Key | Associate | 185.00 | 1.10 | 203.50 |
| Total | | | 4.00 | 898.40 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301100

BILL AMOUNT          $905.81

INVOICE #  805234

To:    ResCap                      TC Number:        714375
       1100 Virginia Drive         Invoice Date:     09/17/2012
       Fort Washington, PA 19034   Invoice No.       805234
                                   Period ending:    07/31/2012


Case Management Number      LD  0G2012-301100


|      |                          | Current Invoice | |
|------|--------------------------|------:|----------:|
| Code | Task                     | Hours |      Fees |
| L120 | Analysis/Strategy        | 1.40  | $  282.40 |
| L210 | Pleadings                | 1.90  | $  431.90 |
| L240 | Dispositive Motions      | 0.70  | $  184.10 |
| | ================================================ | | |
| | TOTAL FEES                  | 4.00  | $  898.40 |

| | | |
|---|---|---:|
| TOTAL FEES DUE          | $ | 898.40 |
| TOTAL DISBURSEMENTS DUE | $ |   7.41 |
| TOTAL DUE THIS INVOICE  | $ | 905.81 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301101

INVOICE #  805235

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301101   TC Number: 719346

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding motion to dismiss granted and case dismissed | L120 | KSA | .10 | 223.00 | 22.30 |

FEES                                               $22.30

AMOUNT DUE THIS BILL                               $22.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301101

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                          0G2012-301101
BILL AMOUNT          $22.30                               INVOICE #   805235
_____

To:    ResCap                          TC Number:        719346
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805235
                                       Period ending:    07/31/2012


Case Management Number        LD  0G2012-301101


                                          Current Invoice
Code Task                                 Hours           Fees

L120 Analysis/Strategy                    0.10      $     22.30


                         ================================================
                  TOTAL FEES              0.10      $     22.30

                  TOTAL FEES DUE                    $     22.30
           TOTAL DISBURSEMENTS DUE                  $      0.00
              TOTAL DUE THIS INVOICE               $     22.30



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301103

INVOICE #  805236

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301103   TC Number: 706906

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Receive and review motion for extension of time to respond | L250 | JMH | .20 | 241.00 | 48.20 |
| 07/11/12 | Confirm that no bankruptcy stay applies to matter | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/13/12 | Draft status report for client regarding borrower's motion for extension of time to respond to motion | L120 | JMH | .10 | 241.00 | 24.10 |
| 07/16/12 | Receive and review borrower's response to motion to strike | L250 | JMH | .30 | 241.00 | 72.30 |
| 07/16/12 | Telephone conference with A.Drew regarding hearing on summary-judgment motions and motions to strike | L450 | JMH | .20 | 241.00 | 48.20 |
| 07/16/12 | E-mails to and from A.Drew regarding summary-judgment hearing | L450 | JMH | .20 | 241.00 | 48.20 |
| 07/24/12 | Review and analyze borrower's claims | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/25/12 | Review and analyze latest pleading from borrower in opposition to GMAC's motion to strike and in support of her summary-judgment motion | L120 | JMH | .90 | 241.00 | 216.90 |
| 07/26/12 | Telephone conference with P.Stokes regarding withdrawal of affidavit and assignment | L120 | JMH | .30 | 241.00 | 72.30 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301103

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Evaluate effect of withdrawal of affidavit and assignment | L120 | JMH | .40 | 241.00 | 96.40 |
| 07/26/12 | Review and analyze docket and other filings in case | L120 | JMH | .60 | 241.00 | 144.60 |
| 07/27/12 | Revise brief in support of summary judgment and in response to borrower's recent pleadings | L240 | JMH | .50 | 241.00 | 120.50 |
| 07/30/12 | Receive and review trial court's order granting borrower additional time to respond to motion to strike | L250 | JMH | .10 | 241.00 | 24.10 |

|  |  |  |  |
|--|--|--|--|
|  | FEES |  | $972.90 |
| 01 | Copy Charges | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  | $972.90 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301103

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Jonathan Hooks | Associate | 241.00 | 3.90 | 939.90 |
| Total | | | 4.00 | 972.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                SEPTEMBER 17, 2012
                                                      0G2012-301103
BILL AMOUNT          $972.90                          INVOICE #  805236

---

To:    ResCap                          TC Number:         706906
       1100 Virginia Drive             Invoice Date:      09/17/2012
       Fort Washington, PA 19034       Invoice No.        805236
                                       Period ending:     07/31/2012


Case Management Number      LD  0G2012-301103


                                            Current Invoice
Code Task                                 Hours          Fees

L110 Fact Investigation/Development        0.10    $     33.00
L120 Analysis/Strategy                     2.40    $    578.40
L240 Dispositive Motions                   0.50    $    120.50
L250 Other Written Motions/Submissions     0.60    $    144.60
L450 Trial and Hearing Attendance          0.40    $     96.40


                               ===================================
                   TOTAL FEES    4.00    $    972.90

                   TOTAL FEES DUE           $    972.90
          TOTAL DISBURSEMENTS DUE           $      0.00
             TOTAL DUE THIS INVOICE         $    972.90



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301105

INVOICE #  805237

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301105   TC Number: 701016

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Research docket to determine status and email N.Lewis at Pendergast and Morgan to let them know the Discovery is complete for this file. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/09/12 | Research regarding borrower's counterclaims | L120 | CSM | .90 | 300.00 | 270.00 |
| 07/09/12 | Draft interrogatories and requests for production | L310 | CSM | 1.40 | 300.00 | 420.00 |
| 07/09/12 | Review and analyze pleadings in pending and prior foreclosure actions in preparation for drafting of discovery and dispositive motions | L120 | CSM | 3.30 | 300.00 | 990.00 |
| 07/10/12 | Draft status report to client regarding discovery to borrower | B110 | CSM | .10 | 300.00 | 30.00 |
| 07/24/12 | Research docket to determine status | L110 | MPE | .20 | 149.00 | 29.80 |

FEES                                                      $1,769.60

01     Copy Charges                                        0.00

AMOUNT DUE THIS BILL                    $1,769.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301105

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 5.70 | 1,710.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | 6.10 | 1,769.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301105

BILL AMOUNT        $1,769.60

INVOICE #  805237

| To: | ResCap | TC Number: | 701016 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805237 |
| | | Period ending: | 07/31/2012 |

Case Management Number        LD   0G2012-301105

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $    30.00 |
| L110 | Fact Investigation/Development | 0.40 | $    59.60 |
| L120 | Analysis/Strategy | 4.20 | $  1,260.00 |
| L310 | Written Discovery | 1.40 | $   420.00 |
| | TOTAL FEES | 6.10 | $  1,769.60 |

|  |  |
|---|---|
| TOTAL FEES DUE | $  1,769.60 |
| TOTAL DISBURSEMENTS DUE | $      0.00 |
| TOTAL DUE THIS INVOICE | $  1,769.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301106

INVOICE #  805238

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301106   TC Number: 704160

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Providing status update to the client regarding appellant brief and appellee brief. | P300 | CET | .20 | 293.00 | 58.60 |
| 07/05/12 | Analyzing the Sixth Circuit docket sheet to ascertain status of oral argument. | P300 | CET | .20 | 293.00 | 58.60 |
| 07/05/12 | Email correspondence regarding oral argument | L530 | JJPH | .10 | 250.00 | 25.00 |
| 07/05/12 | Review docket regarding status of court order on either scheduling or waiving oral argument | L110 | AHC | .20 | 145.00 | 29.00 |

FEES                                                $171.20

AMOUNT DUE THIS BILL                    $171.20

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301106

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .10 | 25.00 |
| Christopher E. Thorsen | Partner | 293.00 | .40 | 117.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .70 | 171.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301106

BILL AMOUNT          $171.20

INVOICE #  805238

To:     ResCap                          TC Number:        704160
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034       Invoice No.       805238
                                        Period ending:    07/31/2012

Case Management Number      LD   0G2012-301106

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.20 | $ 29.00 |
| L530 | Oral Argument | 0.10 | $ 25.00 |
| P300 | Structure/Strategy/Analysis | 0.40 | $ 117.20 |
| | TOTAL FEES | 0.70 | $ 171.20 |

TOTAL FEES DUE              $   171.20
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   171.20



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301107

INVOICE #  805239

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301107   TC Number: 717397

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Prepare binder for hearing and review bankruptcy docket | L220 | phn | 2.50 | 200.00 | 500.00 |
| 07/02/12 | Draft July status update | L190 | phn | .20 | 200.00 | 40.00 |
| 07/03/12 | Prepare and analysis service of process in preparation for hearings set July 6, 2012 | L120 | phn | .40 | 200.00 | 80.00 |
| 07/03/12 | Research and analyze Agreements and stipulated dismissals | L120 | phn | 1.50 | 200.00 | 300.00 |
| 07/05/12 | Plan and prepare for files for hearings | L220 | phn | 3.00 | 200.00 | 600.00 |
| 07/05/12 | Review and analyze voicemail from A.Rush, opposing counsel | L120 | phn | .20 | 200.00 | 40.00 |
| 07/06/12 | Review and analyze pleadings for Temporary Restraining Order hearing | L120 | phn | 1.50 | 200.00 | 300.00 |
| 07/06/12 | Review and analyze pleadings for motion to enforce Rule 11 agreement | L210 | phn | 1.50 | 200.00 | 300.00 |
| 07/06/12 | Attend hearing and present oral arguments | L230 | phn | 3.00 | 200.00 | 600.00 |
| 07/06/12 | Analysis of Order and pleadings regarding Plaintiff's Application for Temporary Injunction, Plaintiff's Emergency Motion to Set Aside Rule 11 Agreement, and Defendant's Motion to Enforce Rule 11 Agreement. | L110 | MST | .40 | 150.00 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301107

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Email P.Stokes regarding status of Rule 11 Agreement Enforcement Hearing | L230 | phn | .20 | 200.00 | 40.00 |
| 07/10/12 | Strategy conference regarding hearing on Rule 11 motion and any remaining steps | L120 | GWG | .60 | 263.00 | 157.80 |
| 07/11/12 | Respond to P.Stokes request for bankruptcy stay status | L190 | phn | .10 | 200.00 | 20.00 |
| 07/17/12 | Draft and send closing memo to case manager | L120 | phn | .30 | 200.00 | 60.00 |

FEES                    $3,097.80

### DESCRIPTION OF DISBURSEMENTS

| 20 | Airline Tickets | 651.90 |
| 21 | Travel Expense | 254.67 |
| 23 | Meal Expense | 44.75 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS                    $951.32

AMOUNT DUE THIS BILL          $4,049.12

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301107

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Graham W. Gerhardt | Partner | 263.00 | .60 | 157.80 |
| Preston H. Neel | Associate | 200.00 | 14.40 | 2,880.00 |
| Total | | | 15.40 | 3,097.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301107
BILL AMOUNT          $4,049.12                                 INVOICE #  805239

To:   ResCap                          TC Number:        717397
      1100 Virginia Drive             Invoice Date:     09/17/2012
      Fort Washington, PA 19034        Invoice No.       805239
                                      Period ending:    07/31/2012

Case Management Number      LD   0G2012-301107

                                          Current Invoice
Code Task                                 Hours          Fees

L110  Fact Investigation/Development       0.40     $      60.00
L120  Analysis/Strategy                    4.50     $     937.80
L190  Other Case Assessment, Develop't/Admin  0.30  $      60.00
L210  Pleadings                            1.50     $     300.00
L220  Preliminary Injunctions/Provisional Remedie  5.50  $  1,100.00
L230  Court Mandated Conferences           3.20     $     640.00

                      =================================
              TOTAL FEES      15.40     $   3,097.80

                    TOTAL FEES DUE          $   3,097.80
          TOTAL DISBURSEMENTS DUE           $     951.32
            TOTAL DUE THIS INVOICE          $   4,049.12



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301108

INVOICE #  805240

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301108   TC Number: 686391

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Correspondence with N.Nelson, defendant's attorney, regarding review and consideration of settlement offer | L160 | JDV | .20 | 219.00 | 43.80 |
| 07/06/12 | Prepare documents responsive to defendants' discovery requests for service | L320 | JDV | 1.00 | 219.00 | 219.00 |
| 07/06/12 | Finalize and prepare discovery responses for execution and service | L310 | JDV | 1.40 | 219.00 | 306.60 |
| 07/06/12 | Draft status update for client regarding pending settlement offer | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/09/12 | Prepare, bates label and compile documents to produce in discovery as well as draft Responses to Requests for Admissions and Notice of Service | L110 | ABB | 3.30 | 150.00 | 495.00 |
| 07/09/12 | Finalize all discovery pleadings for service upon all parties | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/09/12 | Review and edit first draft of discovery responses of client | L310 | JHP | .30 | 245.00 | 73.50 |
| 07/09/12 | Analysis of original collateral files for defendant's loans | L120 | JDV | .80 | 219.00 | 175.20 |
| 07/09/12 | Communications with N.Nelson, defendant's attorney, regarding rejection of counteroffer and discovery timeline | L160 | JDV | .80 | 219.00 | 175.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301108

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 07/09/12 | Correspondence with B.Northrop-Day, regarding settlement offer and analysis of case | L160 | JDV | .40 | 219.00 | 87.60 |
| 07/09/12 | Revise Responses to Requests for Admission and Notice of Serving Discovery Responses | L310 | JDV | .20 | 219.00 | 43.80 |
| 07/11/12 | Case meeting regarding discovery responses and redaction to documents produced | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/11/12 | Assimilation and compilation of produced documents in preparation for further analysis regarding redaction | L110 | ABB | .50 | 150.00 | 75.00 |
| 07/11/12 | Research Civil Rules of Procedure regarding discovery laws and further inquiries regarding specific objections to discovery | L110 | ABB | 1.00 | 150.00 | 150.00 |
| 07/26/12 | Correspondence with B.Northrop-Day and S.Gregory regarding transfer of matter to S.Gregory | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/27/12 | Review documents for privilege and plan and prepare to draft privilege log | L320 | JLJ | 1.20 | 193.00 | 231.60 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order on defendant's counterclaims | L120 | JDV | .10 | 219.00 | 21.90 |

FEES                                                           $2,320.80

01        Copy Charges                                          0.00



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301108

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $2,320.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301108

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 5.70 | 855.00 |
| Jessica L. Jones | Associate | 193.00 | 1.20 | 231.60 |
| Jon H. Patterson | Associate | 245.00 | .30 | 73.50 |
| Jose D. Vega | Associate | 219.00 | 5.30 | 1,160.70 |
| Total | | | 12.50 | 2,320.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          SEPTEMBER 17, 2012
                                                0G2012-301108
BILL AMOUNT        $2,320.80                     INVOICE #  805240

_____

To:    ResCap                      TC Number:         686391
       1100 Virginia Drive         Invoice Date:      09/17/2012
       Fort Washington, PA 19034   Invoice No.        805240
                                   Period ending:     07/31/2012


Case Management Number      LD  0G2012-301108


                                        Current Invoice
Code Task                               Hours          Fees

L110  Fact Investigation/Development     5.70    $     855.00
L120  Analysis/Strategy                  0.90    $     197.10
L160  Settlement/Non-Binding ADR         1.40    $     306.60
L190  Other Case Assessment, Develop't/Admin  0.40 $    87.60
L310  Written Discovery                  1.90    $     423.90
L320  Document Production                2.20    $     450.60

                        ==================================
                TOTAL FEES   12.50    $   2,320.80

                TOTAL FEES DUE          $   2,320.80
        TOTAL DISBURSEMENTS DUE         $       0.00
        TOTAL DUE THIS INVOICE          $   2,320.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 17, 2012
1100 Virginia Drive                                          0G2012-301109
Fort Washington, PA 19034

                                                            INVOICE #  805241

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301109  TC Number: 711608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Prepare case status update regarding Borrowers submission of offer for short sale  and filing motion for summary judgment as to counterclaims | C300 | MCG | .10 | 323.00 | 32.30 |
| 07/05/12 | Research client documents for exhibit being filed in support of motion for summary judgment | L210 | LADA | 1.50 | 65.00 | 97.50 |
| 07/05/12 | Review and analyze effects of motion to bifurcate | L210 | MSW | .70 | 254.00 | 177.80 |
| 07/06/12 | Conversation with counsel for Coastal States Bank regarding motion to bifurcate | L120 | MSW | .20 | 254.00 | 50.80 |
| 07/06/12 | Continue drafting responses to discovery requests | L310 | MSW | 4.20 | 254.00 | 1,066.80 |
| 07/06/12 | Revise responses to requests for production of documents, including references to documents to be provided with responses | L310 | LADA | .50 | 65.00 | 32.50 |
| 07/06/12 | Begin compiling and reviewing documents for use in production to opposing counsel in response to document requests | L320 | LADA | 1.10 | 65.00 | 71.50 |
| 07/10/12 | Revise and edit discovery responses | L310 | MSW | 1.20 | 254.00 | 304.80 |
| 07/10/12 | Two conversations with J.Ho regarding discovery responses and required documents and evidence | L310 | MSW | .30 | 254.00 | 76.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301109

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/10/12 | Review and revise motion for summary judgment | L240 | MCG | 1.40 | 323.00 | 452.20 |
| 07/10/12 | Review and revise affidavit in support of motion for summary judgment | L240 | MCG | .80 | 323.00 | 258.40 |
| 07/11/12 | Conversation with K.Krull regarding discovery responses | L310 | MSW | .30 | 254.00 | 76.20 |
| 07/12/12 | Revise responses to defendants' interrogatories | L310 | LADA | .40 | 65.00 | 26.00 |
| 07/12/12 | Review and revise responses and objections to requests for production | L310 | MCG | 2.60 | 323.00 | 839.80 |
| 07/12/12 | Review and revise responses and objections to interrogatories | L310 | MCG | 3.10 | 323.00 | 1,001.30 |
| 07/16/12 | Revise and edit responses to interrogatories and requests for documents based on newly provided client documents | L310 | MSW | .30 | 254.00 | 76.20 |
| 07/16/12 | Review and analyze client documents | L310 | MSW | .30 | 254.00 | 76.20 |
| 07/18/12 | Begin preparation of documents responsive to opposing party's request for production | L320 | LADA | 2.10 | 65.00 | 136.50 |
| 07/25/12 | Draft status report for client regarding responses to discovery requests | L120 | MSW | .10 | 254.00 | 25.40 |
| 07/30/12 | Begin privilege review and redaction of 4500 documents for use in preparation of document production | L320 | LADA | 4.30 | 65.00 | 279.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301109

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Complete redaction and preparation of 4500 pages for production in response to opposing counsel's discovery requests | L320 | LADA | 3.60 | 65.00 | 234.00 |
| 07/31/12 | Revise and draft discovery responses | L310 | MSW | .40 | 254.00 | 101.60 |

| | FEES | | | | | $5,493.50 |
|---|---|---|---|---|---|---|
| 01 | Copy Charges | | | | | 0.00 |
| 35 | Express Mail/Fedex | | | | | 0.00 |
| | AMOUNT DUE THIS BILL | | | | | $5,493.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301109

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 8.00 | 2,584.00 |
| Mark S. Wierman | Associate | 254.00 | 8.00 | 2,032.00 |
| Lucinda Kish | Paralegal | 65.00 | 13.50 | 877.50 |
| Total | | | 29.50 | 5,493.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301109
INVOICE #  805241

BILL AMOUNT        $5,493.50

To:    ResCap                          TC Number:        711608
       1100 Virginia Drive            Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805241
                                      Period ending:    07/31/2012

Case Management Number      LD  0G2012-301109

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.10 | $    32.30 |
| L120 | Analysis/Strategy | 0.30 | $    76.20 |
| L210 | Pleadings | 2.20 | $   275.30 |
| L240 | Dispositive Motions | 2.20 | $   710.60 |
| L310 | Written Discovery | 13.60 | $ 3,677.60 |
| L320 | Document Production | 11.10 | $   721.50 |

```
                          =================================
              TOTAL FEES    29.50   $  5,493.50

                 TOTAL FEES DUE            $  5,493.50
          TOTAL DISBURSEMENTS DUE          $      0.00
          TOTAL DUE THIS INVOICE           $  5,493.50
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301110

INVOICE #  805242

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301110  TC Number: 702559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Finish drafting argument section for Motion for Summary Judgment | L210 | BG | .60 | 190.00 | 114.00 |
| 07/02/12 | Compile exhibits for Motion for Summary Judgment | L210 | BG | .30 | 190.00 | 57.00 |
| 07/02/12 | Draft Affidavit in Support of Motion for Summary Judgment | L210 | BG | .90 | 190.00 | 171.00 |
| 07/03/12 | Draft status report for client regarding motion for summary judgment | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/03/12 | Finish drafting argument section for Motion for Summary Judgment | L240 | BG | .80 | 190.00 | 152.00 |
| 07/03/12 | Correspondence with R.Meeker regarding information needed for Motion for Summary Judgment | L120 | BG | .20 | 190.00 | 38.00 |
| 07/03/12 | Draft argument section for Motion for Summary Judgment | L210 | BG | .60 | 190.00 | 114.00 |
| 07/03/12 | Draft argument section for Motion for Summary Judgment | L210 | BG | 1.20 | 190.00 | 228.00 |
| 07/03/12 | Revisions to Motion for Summary Judgment | L210 | BG | 1.30 | 190.00 | 247.00 |
| 07/03/12 | Revisions to Affidavit in Support of Motion for Summary Judgment | L210 | BG | .50 | 190.00 | 95.00 |
| 07/03/12 | Draft argument section for Motion for Summary Judgment | L210 | BG | .30 | 190.00 | 57.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301110

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Telephone conference with Galveston County Probate regarding certified property records | L110 | ABB | .20 | 150.00 | 30.00 |
| 07/05/12 | Online multiple inquiries and research in Galveston County | L110 | ABB | 1.30 | 150.00 | 195.00 |
| 07/06/12 | Preparation of correspondence with enclosures to Galveston County regarding Deeds of Trust | L110 | ABB | .40 | 150.00 | 60.00 |
| 07/10/12 | Request documents in support of Motion for Summary Judgment | L120 | BG | .10 | 190.00 | 19.00 |
| 07/10/12 | Include additional sections to argument section of Motion for Summary Judgment | L210 | BG | .50 | 190.00 | 95.00 |
| 07/12/12 | Revise Motion for Summary Judgment | L210 | BG | .40 | 190.00 | 76.00 |
| 07/12/12 | Revise Affidavit in Support of Motion for Summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 07/17/12 | Revise and edit motion for summary judgment and corresponding brief in support of motion for summary judgment | L240 | JHP | 1.50 | 245.00 | 367.50 |
| 07/18/12 | Revise Affidavit in Support of Motion for Summary Judgment | L210 | BG | .40 | 190.00 | 76.00 |
| 07/18/12 | Send request to R.Meeker for foreclosure file | L320 | BG | .10 | 190.00 | 19.00 |
| 07/18/12 | Review foreclosure file | L120 | BG | .30 | 190.00 | 57.00 |
| 07/18/12 | Insert arguments in Motion for Summary Judgment and supporting affidavit | L210 | BG | .50 | 190.00 | 95.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301110

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Revise Motion for Summary Judgment | L210 | BG | .60 | 190.00 | 114.00 |
| 07/19/12 | Retrieval of court records in Galveston County, Texas | L110 | ABB | .60 | 150.00 | 90.00 |

FEES                                          $2,629.00

## DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 09 | Certified Copies | 32.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS                                 $32.00

AMOUNT DUE THIS BILL                  $2,661.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301110

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 2.50 | 375.00 |
| Jon H. Patterson | Associate | 245.00 | 1.60 | 392.00 |
| Blake Goodsell | Associate | 190.00 | 9.80 | 1,862.00 |
| Total | | | 13.90 | 2,629.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      SEPTEMBER 17, 2012
                                                           0G2012-301110
BILL AMOUNT        $2,661.00                                INVOICE #  805242

_____

To:    ResCap                           TC Number:         702559
       1100 Virginia Drive              Invoice Date:      09/17/2012
       Fort Washington, PA 19034        Invoice No.        805242
                                        Period ending:     07/31/2012


Case Management Number       LD  0G2012-301110


                                            Current Invoice
Code Task                                Hours          Fees

L110 Fact Investigation/Development       2.50    $      375.00
L120 Analysis/Strategy                    0.70    $      138.50
L210 Pleadings                            8.30    $    1,577.00
L240 Dispositive Motions                  2.30    $      519.50
L320 Document Production                   0.10    $       19.00


                        ================================
            TOTAL FEES     13.90    $    2,629.00

                TOTAL FEES DUE          $    2,629.00
        TOTAL DISBURSEMENTS DUE         $       32.00
        TOTAL DUE THIS INVOICE          $    2,661.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301111

INVOICE #  805243

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301111   TC Number: 688839

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Correspondence with J.Miller, assistant to defendant's attorney, regarding status of settlement documents | L160 | JDV | .20 | 219.00 | 43.80 |
| 07/05/12 | Draft status update for client regarding preparation of settlement documents | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/10/12 | Communications with J.Miller, assistant to defendant's attorney, regarding status of settlement documents | L160 | JDV | .20 | 219.00 | 43.80 |
| 07/11/12 | Respond to P.Stokes£ request for bankruptcy stay status | L190 | JDV | .10 | 219.00 | 21.90 |
| 07/19/12 | Correspondence with M.Wargo, defendant's attorney, regarding effect of GMAC Mortgage, LLC's bankruptcy filing | L190 | JDV | .50 | 219.00 | 109.50 |
| 07/24/12 | Analyze issues related to proposed settlement agreement | L120 | LG | .50 | 185.00 | 92.50 |
| 07/24/12 | Review status of settlement and resolution of the file | L110 | CWH | .10 | 330.00 | 33.00 |
| 07/24/12 | Analysis of draft General Release, stipulations, and orders of dismissal | L120 | JDV | 1.50 | 219.00 | 328.50 |
| 07/30/12 | Analysis of applicability of Final Supplemental Order | L120 | JDV | .10 | 219.00 | 21.90 |

FEES                                                                                    $738.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301111

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $738.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301111

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Jose D. Vega | Associate | 219.00 | 2.80 | 613.20 |
| Lee Gilley | Associate | 185.00 | .50 | 92.50 |
| Total | | | 3.40 | 738.70 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                SEPTEMBER 17, 2012
                                                                      0G2012-301111
BILL AMOUNT            $738.70                                        INVOICE #  805243

To:    ResCap                          TC Number:          688839
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805243
                                       Period ending:      07/31/2012

Case Management Number        LD   0G2012-301111

                                            Current Invoice
Code Task                                   Hours          Fees

L110  Fact Investigation/Development         0.10    $      33.00
L120  Analysis/Strategy                      2.10    $     442.90
L160  Settlement/Non-Binding ADR             0.40    $      87.60
L190  Other Case Assessment, Develop't/Admin 0.80    $     175.20

                                      ===============================
                     TOTAL FEES         3.40    $     738.70

                      TOTAL FEES DUE             $     738.70
               TOTAL DISBURSEMENTS DUE           $       0.00
                  TOTAL DUE THIS INVOICE         $     738.70



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301112

INVOICE #  805244

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301112   TC Number: 693729

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Draft status report for client regarding motion for summary judgment | L190 | MMB | .20 | 240.00 | 48.00 |
| 07/17/12 | Telephone conference with H.Miller regarding motion for summary judgment and effect of bankruptcy stay | L240 | MMB | .40 | 240.00 | 96.00 |
| 07/18/12 | Strategize regarding summary judgment hearing | L190 | MMB | .20 | 240.00 | 48.00 |
| 07/30/12 | Analyzing the Notice of Partial Stay to be filed with the Chancery Court. | L250 | CET | .40 | 293.00 | 117.20 |
| 07/30/12 | Review and analyze effect of recent bankruptcy court ruling on case | C300 | MMB | .30 | 240.00 | 72.00 |
| 07/30/12 | Draft and revise notice regarding supplemental bankruptcy order | L210 | MMB | .90 | 240.00 | 216.00 |
| 07/31/12 | Draft status report to client regarding postponement of summary judgment hearing due to bankruptcy stay | L190 | MMB | .20 | 240.00 | 48.00 |

FEES                                    $645.20

AMOUNT DUE THIS BILL                    $645.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301112

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher E. Thorsen | Partner | 293.00 | .40 | 117.20 |
| Melissa Burton | Associate | 240.00 | 2.20 | 528.00 |
| Total | | | 2.60 | 645.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301112
BILL AMOUNT          $645.20                             INVOICE #  805244

To:    ResCap                          TC Number:        693729
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805244
                                       Period ending:    07/31/2012

Case Management Number      LD  0G2012-301112

                                        Current Invoice
Code Task                              Hours          Fees

C300 Analysis and Advice                0.30    $      72.00
L190 Other Case Assessment, Develop't/Admin   0.60  $  144.00
L210 Pleadings                          0.90    $     216.00
L240 Dispositive Motions                0.40    $      96.00
L250 Other Written Motions/Submissions  0.40    $     117.20

                                        ==============================
                    TOTAL FEES          2.60    $     645.20

                    TOTAL FEES DUE               $     645.20
             TOTAL DISBURSEMENTS DUE             $       0.00
             TOTAL DUE THIS INVOICE             $     645.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0G2012-301113
Fort Washington, PA 19034

                                                           INVOICE #  805245

                                                           **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301113   TC Number: 693708

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/01/12 | Continue research for reply brief | L520 | MJA | 1.50 | 297.00 | 445.50 |
| 07/02/12 | Draft status update for attorney review and catalog information on comprehensive tracking chart | L120 | ERP | .20 | 150.00 | 30.00 |
| 07/03/12 | Continue drafting and revision of reply brief | L520 | MJA | 4.20 | 297.00 | 1,247.40 |
| 07/03/12 | Case law research for reply brief | L520 | MJA | 1.60 | 297.00 | 475.20 |
| 07/04/12 | Review draft of Reply Brief | L520 | AC | .20 | 193.00 | 38.60 |
| 07/04/12 | Continue drafting and revision of reply brief | L520 | MJA | 3.50 | 297.00 | 1,039.50 |
| 07/05/12 | Reviewe and edit reply brief to Supreme Court of Alabama | L520 | JHP | .80 | 245.00 | 196.00 |
| 07/05/12 | Complete summary of argument, revised argument section and file reply brief with Alabama Supreme Court | L520 | MJA | 3.50 | 297.00 | 1,039.50 |
| 07/09/12 | Respond to J.HoyÆs request for bankruptcy stay status | L120 | BG | .10 | 190.00 | 19.00 |

                              FEES                                    $4,530.70


                        **DESCRIPTION OF DISBURSEMENTS**



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
SEPTEMBER 17, 2012

0G2012-301113

FED ID NO. 63-0243316

---

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 01 | Copy Charges | 0.00 |
| 49C | BINDING | 18.00 |
| | COSTS | $18.00 |
| | AMOUNT DUE THIS BILL | $4,548.70 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301113

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 14.30 | 4,247.10 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Jon H. Patterson | Associate | 245.00 | .80 | 196.00 |
| Aaron Chastain | Associate | 193.00 | .20 | 38.60 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | 15.60 | 4,530.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301113
BILL AMOUNT          $4,548.70                                 INVOICE #  805245

To:    ResCap                          TC Number:          693708
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805245
                                       Period ending:      07/31/2012

Case Management Number       LD  0G2012-301113

                                         Current Invoice
Code Task                           Hours            Fees

L120 Analysis/Strategy               0.30    $       49.00
L520 Appellate Briefs               15.30    $    4,481.70

                    =================================
                    TOTAL FEES      15.60    $    4,530.70

                    TOTAL FEES DUE           $    4,530.70
              TOTAL DISBURSEMENTS DUE        $       18.00
               TOTAL DUE THIS INVOICE        $    4,548.70



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301115

INVOICE #  805246

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301115  TC Number: 686549

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Correspondence with P.Stokes regarding payoff statement | L120 | MW | .10 | 263.00 | 26.30 |
| 07/03/12 | Draft monthly case status update regarding supplemental production | L120 | MW | .10 | 263.00 | 26.30 |
| 07/05/12 | Email correspondence with P.Stokes regarding statement | L110 | MPE | .10 | 149.00 | 14.90 |
| 07/09/12 | Review and revise plaintiff's first set of requests for admissions | L320 | MW | .30 | 263.00 | 78.90 |
| 07/09/12 | Review plaintiff's third set of supplemental production | L320 | MW | .40 | 263.00 | 105.20 |
| 07/09/12 | Finalize redactions on our response to request for production and brand documents. | L320 | MPE | 1.30 | 149.00 | 193.70 |
| 07/10/12 | Final review and analysis of plaintiff's second requests for admission, second set of interrogatories, and supplemental production served to borrower | L120 | MW | .30 | 263.00 | 78.90 |
| 07/18/12 | Research docket to determine status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 07/18/12 | Review status of outstanding discovery due dates | L310 | MW | .40 | 263.00 | 105.20 |

FEES                                              $659.20



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301115

FED ID NO. 63-0243316

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL                    $659.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301115

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Monica Wilson | Associate | 263.00 | 1.60 | 420.80 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.60 | 238.40 |
| Total | | | 3.20 | 659.20 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                                     SEPTEMBER 17, 2012
                                                                          0G2012-301115
BILL AMOUNT          $659.20                                              INVOICE #  805246
_____

To:    ResCap                          TC Number:        686549
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805246
                                       Period ending:    07/31/2012


Case Management Number      LD  0G2012-301115


                                              Current Invoice
Code Task                                     Hours           Fees

L110 Fact Investigation/Development           0.30    $      44.70
L120 Analysis/Strategy                        0.50    $     131.50
L310 Written Discovery                        0.40    $     105.20
L320 Document Production                       2.00    $     377.80


                                    ==================================
                    TOTAL FEES       3.20    $     659.20

                    TOTAL FEES DUE           $     659.20
          TOTAL DISBURSEMENTS DUE            $       0.00
          TOTAL DUE THIS INVOICE             $     659.20



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              SEPTEMBER 17, 2012
1100 Virginia Drive                                0G2012-301116
Fort Washington, PA 19034

                                                   INVOICE #  805247

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301116   TC Number: 693701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/09/12 | Review e-mail from H.Franchi; review docket to respond to e-mail | L240B | ES | .10 | 185.00 | 18.50 |
| 07/09/12 | Review terms of settlement and respond to e-mail detailing terms of settlement agreement | L240B | ES | .40 | 185.00 | 74.00 |
| 07/11/12 | E-mail from H.Franchi regarding settlement enforcement | L240B | ES | .10 | 185.00 | 18.50 |
| 07/12/12 | E-mail H.Franchi regarding settlement enforcement and schedule phone call with P.Stokes | L240B | ES | .10 | 185.00 | 18.50 |
| 07/12/12 | Conference call with H.Franchi and P.Stokes regarding enforcement of settlement and loan modification | L240B | ES | .20 | 185.00 | 37.00 |
| 07/24/12 | Instructions regarding motion filed by appellee | L510 | ES | .20 | 185.00 | 37.00 |
| 07/24/12 | E-mails with H.Franchi regarding appellee's motion for rehearing | L510 | ES | .10 | 185.00 | 18.50 |
| 07/24/12 | Review appellate rules | L510 | ES | .30 | 185.00 | 55.50 |
| 07/24/12 | Draft reply to plaintiff's motion for rehearing | L510 | ES | .90 | 185.00 | 166.50 |
| 07/25/12 | Draft response to motion for rehearing | L510 | ES | 1.10 | 185.00 | 203.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301116

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/25/12 | E-mail H.Franchi re: borrower's motion for rehearing | L510 | ES | .10 | 185.00 | 18.50 |
| 07/27/12 | Review appellate rules regarding response to motion for rehearing and file | L510 | ES | .30 | 185.00 | 55.50 |
| 07/27/12 | Revise response to motion for rehearing | L510 | ES | .50 | 185.00 | 92.50 |
| 07/27/12 | Edit and revise response to motion for rehearing | L120 | JDM | 2.30 | 336.00 | 772.80 |
| 07/27/12 | Prepare hand delivery of Homecomings Opposition to Motion for Rehearing to clerk for filing and correspondence to Judge Harvey-Goree and D.Stevenson for review | L210 | NWN | .40 | 135.00 | 54.00 |

FEES                                    $1,640.80

01      Copy Charges                            0.00

AMOUNT DUE THIS BILL                  $1,640.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301116

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| J. Douglas Minor | Partner | 336.00 | 2.30 | 772.80 |
| Niki Nix | Paralegal | 135.00 | .40 | 54.00 |
| Erin Saltaformaggio | Associate | 185.00 | 4.40 | 814.00 |
| Total | | | 7.10 | 1,640.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT        $1,640.80

SEPTEMBER 17, 2012
0G2012-301116
INVOICE #  805247

To:    ResCap                          TC Number:        693701
       1100 Virginia Drive             Invoice Date:     09/17/2012
       Fort Washington, PA 19034       Invoice No.       805247
                                       Period ending:    07/31/2012

Case Management Number      LD  0G2012-301116

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 2.30 | $ 772.80 |
| L210 Pleadings |  | 0.40 | $ 54.00 |
| L240B All Other |  | 0.90 | $ 166.50 |
| L510 Appellate Motions and Submissions |  | 3.50 | $ 647.50 |

============================================

                    TOTAL FEES      7.10    $ 1,640.80

                    TOTAL FEES DUE          $ 1,640.80
            TOTAL DISBURSEMENTS DUE         $     0.00
            TOTAL DUE THIS INVOICE          $ 1,640.80



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0G2012-301117
Fort Washington, PA 19034

                                                               INVOICE #  805248

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301117  TC Number: 713657

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding appeal pending | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/09/12 | Analyze claims and status with bankruptcy filing | L120 | KSA | .30 | 223.00 | 66.90 |
| 07/26/12 | Draft motion to reinstate appeal | L250 | KSA | .30 | 223.00 | 66.90 |
| 07/27/12 | Edit motion to reinstate appeal with bankruptcy notice | L250 | KSA | .40 | 223.00 | 89.20 |
| 07/31/12 | Review and revise motion to reinstate the appeal | L210 | CWH | .20 | 330.00 | 66.00 |

FEES                                                        $311.30

AMOUNT DUE THIS BILL                                        $311.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301117

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Keith S. Anderson | Associate | 223.00 | 1.10 | 245.30 |
| Total | | | 1.30 | 311.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301117
INVOICE #  805248

BILL AMOUNT          $311.30

| To: | ResCap | TC Number: | 713657 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805248 |
| | | Period ending: | 07/31/2012 |

Case Management Number        LD   0G2012-301117

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.40 | $ 89.20 |
| L210 | Pleadings | 0.20 | $ 66.00 |
| L250 | Other Written Motions/Submissions | 0.70 | $ 156.10 |
| | | ======================================= | |
| | TOTAL FEES | 1.30 | $ 311.30 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 311.30 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 311.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0G2012-301118
Fort Washington, PA 19034

                                                               INVOICE #  805249

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301118  TC Number: 720423

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Telephone conference with B.Billbrough regarding settlement possibilities | L120 | HTC | .10 | 315.00 | 31.50 |
| 07/03/12 | Review and analyze file to draft updated case status | L120 | KE | .30 | 150.00 | 45.00 |
| 07/05/12 | Telephone conference with C.Lerman regarding settlement of dispute | L120 | HTC | .40 | 315.00 | 126.00 |
| 07/05/12 | Review email from B.Billbrough regarding settlement proposal | L160 | HTC | .60 | 315.00 | 189.00 |
| 07/09/12 | Review order from the court regarding transfer of insurance proceeds to Billbrough's firm's trust account | L120 | HTC | .20 | 315.00 | 63.00 |
| 07/09/12 | Draft and exchange emails with client and opposing counsel regarding settlement of insurance proceeds dispute | L120 | HTC | .20 | 315.00 | 63.00 |
| 07/11/12 | Exchange emails with client and B.Billbrough regarding settlement | L120 | HTC | .20 | 315.00 | 63.00 |
| 07/12/12 | Draft Settlement Agreement | L160 | JDV | 1.00 | 219.00 | 219.00 |
| 07/13/12 | Revise Settlement Agreement | L160 | JDV | .90 | 219.00 | 197.10 |
| 07/16/12 | Review and edit draft settlement agreement | L160 | HTC | 1.00 | 315.00 | 315.00 |
| 07/16/12 | Exchange e-mails with default counsel regarding October trial | L110 | CWH | .10 | 330.00 | 33.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/18/12 | Revise settlement agreement | L160 | HTC | .20 | 315.00 | 63.00 |
| 07/19/12 | Telephone conference with B.Billbrough about additional changes to settlement agreement; revise settlement agreement | L160 | HTC | .20 | 315.00 | 63.00 |
| 07/19/12 | Revise Settlement Agreement | L160 | JDV | .40 | 219.00 | 87.60 |
| 07/20/12 | Review Motion to Approve Release and Disposition of Storm Loss Funds in preparation for hearing | L450 | JDV | .20 | 219.00 | 43.80 |
| 07/23/12 | Attend hearing on Motion to Approve Release and Disposition of Storm Loss Funds | L450 | JDV | .20 | 219.00 | 43.80 |
| 07/23/12 | Review, revise, and edit settlement proposal for client | L160 | HTC | .20 | 315.00 | 63.00 |
| 07/26/12 | Review and edit opposition | L250 | HTC | 2.70 | 315.00 | 850.50 |
| 07/26/12 | Exchange emails with B.Billbrough | L120 | HTC | .30 | 315.00 | 94.50 |
| 07/26/12 | Review emergency motion | L250 | HTC | .60 | 315.00 | 189.00 |
| 07/26/12 | Telephone conference with R.Meeker | L120 | HTC | .40 | 315.00 | 126.00 |
| 07/26/12 | Analysis of Notice of Hearing on Defendant's Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale | L120 | JDV | .20 | 219.00 | 43.80 |
| 07/26/12 | Draft Response and Objection to Defendant's Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale | L210 | JDV | 3.00 | 219.00 | 657.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Analysis of Defendant's Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale, Motion to Enforce Mandate, and correspondence with defendant's attorney in preparation of drafting response in opposition | L120 | JDV | .70 | 219.00 | 153.30 |
| 07/26/12 | Draft Sanctions Letter to B.Billbrough, defendant's attorney | L190 | JDV | .20 | 219.00 | 43.80 |
| 07/27/12 | Telephone conference with judicial assistant regarding Residential Funding's Response and Objection to borrower's Emergency Motion to Postpone Foreclosure Sale | L110 | AHC | .20 | 145.00 | 29.00 |
| 07/27/12 | Prepare exhibits to Residential Funding's Response and Objection to borrower's Emergency Motion to Postpone Foreclosure Sale | L250 | AHC | .70 | 145.00 | 101.50 |
| 07/27/12 | Correspondence with P.Stokes and R.Meeker regarding filing of Response and Objection to borrower Æs Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale and subsequent cancellation of hearing | L250 | JDV | .30 | 219.00 | 65.70 |
| 07/27/12 | Prepare and finalize Response and Objection to borrower Æs Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale for service and filing | L250 | JDV | 1.00 | 219.00 | 219.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
SEPTEMBER 17, 2012

0G2012-301118

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/27/12 | Correspondence with judge's assistant regarding service and filing of Response and Objection to borrower's Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale | L190 | JDV | .40 | 219.00 | 87.60 |
| 07/27/12 | Final review and revision to RFC's Response and Objection to Emergency Motion for Hearing | L250 | AHC | .50 | 145.00 | 72.50 |
| 07/27/12 | Correspondence with B.Billbrough, attorney for defendant , regarding Response and Objection to Defendant's Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale | L250 | JDV | .40 | 219.00 | 87.60 |
| 07/27/12 | Review Notice of Cancellation of Hearing on Defendant's Emergency Motion for Postponement and Rescheduling of Mortgage Foreclosure Sale | L250 | JDV | .10 | 219.00 | 21.90 |
| 07/30/12 | Analysis of Notice of Hearing on Personal Representative's Petition to Approve Release and Disposition of Storm Loss | L250 | JDV | .10 | 219.00 | 21.90 |

FEES                                         $4,573.40

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 20 | Airline Tickets | 1,765.75 |
| 21 | Travel Expense | 981.34 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      5
Rescap                                                          SEPTEMBER 17, 2012

0G2012-301118

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 23 | Meal Expense | 95.70 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 70S | Ready Conference | 1.60 |

|  | |
|---|---:|
| COSTS | $2,844.39 |
| AMOUNT DUE THIS BILL | $7,417.79 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      6
SEPTEMBER 17, 2012

0G2012-301118

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Karalia Ezell | Paralegal | 150.00 | .30 | 45.00 |
| Hope Cannon | Partner | 315.00 | 7.30 | 2,299.50 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.40 | 203.00 |
| Jose D. Vega | Associate | 219.00 | 9.10 | 1,992.90 |
| Total | | | 18.20 | 4,573.40 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301118
BILL AMOUNT        $7,417.79                                    INVOICE #  805249

---

To:    ResCap                        TC Number:        720423
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.       805249
                                     Period ending:    07/31/2012


Case Management Number     LD  0G2012-301118


                                            Current Invoice
Code Task                                 Hours          Fees

L110 Fact Investigation/Development         0.30    $      62.00
L120 Analysis/Strategy                      3.00    $     809.10
L160 Settlement/Non-Binding ADR             4.50    $   1,196.70
L190 Other Case Assessment, Develop't/Admin 0.60    $     131.40
L210 Pleadings                              3.00    $     657.00
L250 Other Written Motions/Submissions      6.40    $   1,629.60
L450 Trial and Hearing Attendance           0.40    $      87.60

                          =================================
              TOTAL FEES     18.20    $   4,573.40

                   TOTAL FEES DUE           $   4,573.40
           TOTAL DISBURSEMENTS DUE          $   2,844.39
           TOTAL DUE THIS INVOICE           $   7,417.79



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 17, 2012
1100 Virginia Drive                                      0G2012-301120
Fort Washington, PA 19034

                                                         INVOICE #  805251

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301120   TC Number: 693575

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Telephone conference with the borrower pertaining to rescheduling motion for relief from summary judgment hearing and other litigation issues | L120 | NJV | .30 | 258.00 | 77.40 |
| 07/02/12 | Revise, edit and finalize motion for entry of default or, in the alternative, motion to strike borrower's motion as an improper responsive pleading | L240 | NJV | .70 | 258.00 | 180.60 |
| 07/02/12 | Prepare motion for entry of default or in the alternative strike | L240 | JWA | 3.70 | 241.00 | 891.70 |
| 07/09/12 | Emails to and from borrower pertaining to hearing availability and other litigation issues going forward | L120 | NJV | .20 | 258.00 | 51.60 |
| 07/12/12 | Review and redact exhibits to Motion for Entry of Default of Motion to Strike. | L210 | MPE | .40 | 149.00 | 59.60 |
| 07/12/12 | Finalize Motion to Dismiss or in the alternative Motion for Default. | L210 | MPE | .30 | 149.00 | 44.70 |
| 07/12/12 | Obtain hearing dates from Judicial assistant, confer with J.Lewis to confirm date of her hearing, and set hearing on Motion to Dismiss for August 9, 2012. | L110 | MPE | .80 | 149.00 | 119.20 |
| 07/12/12 | Draft and finalize notice of hearing for Motion to Dismiss | L210 | MPE | .40 | 149.00 | 59.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301120

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/12/12 | Review and analysis of pleadings in relation to hearing on motion to strike and pending discovery requests | C300 | JWA | .50 | 241.00 | 120.50 |
| 07/13/12 | Draft and finalize notice of hearing on Motion for Default. | L210 | MPE | .30 | 149.00 | 44.70 |
| 07/16/12 | Draft responses to borrower's request for admissions | L310 | LADA | .60 | 65.00 | 39.00 |
| 07/16/12 | Draft notice of serving responses to borrower's request for admissions | L210 | LADA | .20 | 65.00 | 13.00 |
| 07/24/12 | Prepare responses to Requests for Admissions | L310 | JWA | .90 | 241.00 | 216.90 |
| 07/24/12 | Prepare responses to Interrogatories | L310 | JWA | .60 | 241.00 | 144.60 |
| 07/24/12 | Prepare responses to Request for Production of Documents | L310 | JWA | .60 | 241.00 | 144.60 |
| 07/24/12 | Review file in preparation for responding to discovery requests | L310 | JWA | .70 | 241.00 | 168.70 |
| 07/25/12 | Prepare motion for extension of time to respond to discovery; prepare proposed order on same; file and serve same | L350 | JWA | 1.50 | 241.00 | 361.50 |
| 07/25/12 | Review and analyze client documents, client communications and other documents in preparation for finalizing request for admission responses | L310 | NJV | .60 | 258.00 | 154.80 |
| 07/25/12 | Revise, edit and finalize request for admission responses | L310 | NJV | .70 | 258.00 | 180.60 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
SEPTEMBER 17, 2012

0G2012-301120

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Receipt and review of correspondence from Lewis regarding upcoming hearing on motion to strike | L240 | JWA | .30 | 241.00 | 72.30 |

|  | FEES |  | | | | $3,145.60 |
| 35 | Express Mail/Fedex | | | | 0.00 | |
|  | AMOUNT DUE THIS BILL | | | | | $3,145.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      4
SEPTEMBER 17, 2012

0G2012-301120

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 258.00 | 2.50 | 645.00 |
| James Warmoth | Associate | 241.00 | 8.80 | 2,120.80 |
| Lucinda Kish | Paralegal | 65.00 | .80 | 52.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.20 | 327.80 |
| Total | | | 14.30 | 3,145.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301120

BILL AMOUNT        $3,145.60

INVOICE #  805251

| To: | ResCap | TC Number: | 693575 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 09/17/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 805251 |
| | | Period ending: | 07/31/2012 |

Case Management Number      LD  0G2012-301120

Current Invoice

| Code | Task | Hours | | Fees |
|---|---|---|---|---|
| C300 | Analysis and Advice | 0.50 | $ | 120.50 |
| L110 | Fact Investigation/Development | 0.80 | $ | 119.20 |
| L120 | Analysis/Strategy | 0.50 | $ | 129.00 |
| L210 | Pleadings | 1.60 | $ | 221.60 |
| L240 | Dispositive Motions | 4.70 | $ | 1,144.60 |
| L310 | Written Discovery | 4.70 | $ | 1,049.20 |
| L350 | Discovery Motions | 1.50 | $ | 361.50 |

===================================

| TOTAL FEES | 14.30 | $ | 3,145.60 |
|---|---|---|---|

| TOTAL FEES DUE | $ | 3,145.60 |
|---|---|---|
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 3,145.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301121

INVOICE #   805256

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301121   TC Number: 718605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/26/12 | Determine need to file Notice of Bankruptcy explaining final order granting relief from stay and determine subsequent action needed to advance the litigation | L120 | BG | .10 | 190.00 | 19.00 |

| | | FEES | | | | $19.00 |

### DESCRIPTION OF DISBURSEMENTS

| 07 | Filing Fees | | | | | 24.12 |
| | | COSTS | | | | $24.12 |
| | | AMOUNT DUE THIS BILL | | | | $43.12 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301121

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .10 | 19.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301121
BILL AMOUNT              $43.12                                 INVOICE #  805256

_____

To:    ResCap                          TC Number:          718605
       1100 Virginia Drive             Invoice Date:       09/17/2012
       Fort Washington, PA 19034       Invoice No.         805256
                                       Period ending:      07/31/2012


Case Management Number        LD  0G2012-301121


                                                  Current Invoice
Code Task                                   Hours              Fees

L120  Analysis/Strategy                     0.10      $      19.00

                             =================================
                       TOTAL FEES           0.10      $      19.00

                     TOTAL FEES DUE                   $      19.00
              TOTAL DISBURSEMENTS DUE                 $      24.12
               TOTAL DUE THIS INVOICE                 $      43.12



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301122

INVOICE #  805258

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301122   TC Number: 705274

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/31/12 | Work on analyzing bankruptcy issues concerning borrower's personal bankruptcy. | L190 | EWS | 2.40 | 266.00 | 638.40 |
| 07/31/12 | Email correspondence with L.Delehey concerning borrower's personal bankruptcy. | L190 | EWS | .50 | 266.00 | 133.00 |
| 07/31/12 | Email correspondence with L. Delehey regarding her questions about bankruptcy. | P300 | CET | .20 | 293.00 | 58.60 |

| | | |
|---|---|---|
| FEES | | $830.00 |
| AMOUNT DUE THIS BILL | | $830.00 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301122

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric Smith | Partner | 266.00 | 2.90 | 771.40 |
| Christopher E. Thorsen | Partner | 293.00 | .20 | 58.60 |
| Total | | | 3.10 | 830.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                  SEPTEMBER 17, 2012
                                                                        0G2012-301122
BILL AMOUNT            $830.00                                           INVOICE #  805258

To:    ResCap                              TC Number:           705274
       1100 Virginia Drive                 Invoice Date:        09/17/2012
       Fort Washington, PA 19034           Invoice No.          805258
                                           Period ending:       07/31/2012

Case Management Number        LD   0G2012-301122

                                              Current Invoice
Code Task                                    Hours            Fees

L190 Other Case Assessment, Develop't/Admin   2.90    $    771.40
P300 Structure/Strategy/Analysis              0.20    $     58.60

                                      =================================
                    TOTAL FEES                3.10    $    830.00

                    TOTAL FEES DUE                    $    830.00
              TOTAL DISBURSEMENTS DUE                 $      0.00
              TOTAL DUE THIS INVOICE                  $    830.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           SEPTEMBER 17, 2012
1100 Virginia Drive                                             0G2012-301123
Fort Washington, PA 19034

                                                                INVOICE #  805260

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301123   TC Number: 717577

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Research docket, review discovery requests and responses, hearing results, and recent correspondence with borrower's counsel and update timeline to assist with case strategy. | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 07/05/12 | Review and analysis of disposition of hearing on motion for judgment on the pleadings including bankruptcy stay issues | C300 | JWA | .40 | 241.00 | 96.40 |

                        FEES                                    $275.20


                AMOUNT DUE THIS BILL                            $275.20


                ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301123

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| James Warmoth | Associate | 241.00 | .40 | 96.40 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.20 | 178.80 |
| Total | | | 1.60 | 275.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301123

BILL AMOUNT          $275.20

INVOICE #  805260

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        717577
Invoice Date:     09/17/2012
Invoice No.       805260
Period ending:    07/31/2012

Case Management Number    LD  0G2012-301123

| Code | Task | Current Invoice Hours | | Fees |
|------|------|-------|---|------|
| C300 | Analysis and Advice | 0.40 | $ | 96.40 |
| L110 | Fact Investigation/Development | 1.20 | $ | 178.80 |
| | TOTAL FEES | 1.60 | $ | 275.20 |
| | TOTAL FEES DUE | | $ | 275.20 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 275.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0G2012-301125
Fort Washington, PA 19034

                                                               INVOICE #  805262

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301125  TC Number: 699859

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft status report for client regarding summary judgment | L120 | JHP | .10 | 245.00 | 24.50 |
| 07/09/12 | Respond to J.Hoy's request for bankruptcy stay status | L120 | BG | .10 | 190.00 | 19.00 |
| 07/18/12 | Emails to/from client contact K.Dutill to discuss status update | L120 | JHP | .10 | 245.00 | 24.50 |

                              FEES                                    $68.00


                        AMOUNT DUE THIS BILL                          $68.00


                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301125

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .20 | 49.00 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | .30 | 68.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

SEPTEMBER 17, 2012
0G2012-301125

BILL AMOUNT           $68.00                                    INVOICE #  805262

To:    ResCap                        TC Number:        699859
       1100 Virginia Drive           Invoice Date:     09/17/2012
       Fort Washington, PA 19034      Invoice No.      805262
                                      Period ending:   07/31/2012

Case Management Number     LD  0G2012-301125

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.30 | $    68.00 |
| ==================================== | | | |
| TOTAL FEES | | 0.30 | $    68.00 |
| TOTAL FEES DUE | | | $    68.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    68.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 17, 2012
1100 Virginia Drive                                        0G2012-301127
Fort Washington, PA 19034

                                                           INVOICE #  805264

                                                           **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301127   TC Number: 697162

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/06/12 | Correspondence with C. Peckham and N. Mays regarding objections to the continuance of the July 16th trial date in the underlying case | L120 | GWG | .40 | 263.00 | 105.20 |
| 07/06/12 | Call with C. Peckham regarding status of claims and possible global settlement | L160 | GWG | .50 | 263.00 | 131.50 |
| 07/08/12 | Calls with C. Peckham and M. Martin regarding global settlement | L160 | GWG | .40 | 263.00 | 105.20 |
| 07/31/12 | Correspondence with counsel for FNMA regarding settlement framework | L160 | GWG | .40 | 263.00 | 105.20 |
| 07/31/12 | Call with C. Peckham regarding possible resolution of the case | L160 | GWG | .50 | 263.00 | 131.50 |

                    FEES                                      $578.60

            AMOUNT DUE THIS BILL                              $578.60

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
SEPTEMBER 17, 2012

0G2012-301127

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | 2.20 | 578.60 |
| Total | | | 2.20 | 578.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301127
BILL AMOUNT            $578.60                                  INVOICE #  805264

To:    ResCap                         TC Number:          697162
       1100 Virginia Drive            Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805264
                                      Period ending:      07/31/2012

Case Management Number      LD  0G2012-301127

                                              Current Invoice
Code Task                                     Hours            Fees

L120  Analysis/Strategy                       0.40    $    105.20
L160  Settlement/Non-Binding ADR              1.80    $    473.40

                      ==========================================
                      TOTAL FEES              2.20    $    578.60

                      TOTAL FEES DUE                  $    578.60
                 TOTAL DISBURSEMENTS DUE              $      0.00
                   TOTAL DUE THIS INVOICE             $    578.60



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301129

INVOICE #  805267

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301129   TC Number: 713325

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Review and analyze borrower's counterclaims and affirmative defenses and revise notice regarding supplemental bankruptcy order to state which are stayed | L210 | CWH | .40 | 330.00 | 132.00 |
| 07/03/12 | Prepare outline of evidentiary issues and trial strategy for defense of counterclaims | L440 | MSW | 6.40 | 254.00 | 1,625.60 |
| 07/03/12 | Research state evidentiary rules | L120 | MSW | 1.20 | 254.00 | 304.80 |
| 07/03/12 | Strategy regarding filing notice of bankruptcy in matter set for trial | L120 | MCG | .00 | .00 | 0.00 |
| 07/03/12 | Review and analyze additional documents from client regarding borrower's request for automatic payment | L110 | MCG | 1.40 | 323.00 | 452.20 |
| 07/05/12 | Telephone conference with Judge's secretary regarding email address to contact the point of contact for the Judge and confirming that the Judge does not currently have a law clerk so secretary is temporary point of contact | L240B | LADA | .30 | 65.00 | 19.50 |
| 07/05/12 | Review and analyze documents regarding borrower's accounts | L120 | MSW | 4.60 | 254.00 | 1,168.40 |
| 07/05/12 | Revise trial preparation memorandum based on documents regarding borrower's accounts | L440 | MSW | 1.60 | 254.00 | 406.40 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
Rescap
SEPTEMBER 17, 2012

0G2012-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/05/12 | Conversation with J.Scoliard regarding analysis of counterclaims and revisions to Suggestion of Stay | L210 | MSW | .20 | 254.00 | 50.80 |
| 07/05/12 | Review and revise correspondence to Judge regarding filing of notice of bankruptcy | C400 | MCG | .30 | 323.00 | 96.90 |
| 07/10/12 | Telephone conference with Judge's assistance regarding upcoming trial | L190 | LADA | .20 | 65.00 | 13.00 |
| 07/10/12 | Telephone conference with Clerk regarding upcoming trial date | L190 | LADA | .30 | 65.00 | 19.50 |
| 07/16/12 | Review and analyze correspondence from borrower regarding trial and deposition demands | L120 | MSW | .30 | 254.00 | 76.20 |
| 07/25/12 | Draft status report for client as follows: Filed Suggestion of Stay; trial stayed | L120 | MSW | .10 | 254.00 | 25.40 |

FEES                                        $4,390.70

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL          $4,390.70

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
SEPTEMBER 17, 2012

0G2012-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Michael C. Griffin | Partner | 323.00 | 1.70 | 549.10 |
| Mark S. Wierman | Associate | 254.00 | 14.40 | 3,657.60 |
| Lucinda Kish | Paralegal | 65.00 | .80 | 52.00 |
| Total | | | 17.30 | 4,390.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    SEPTEMBER 17, 2012
                                                         0G2012-301129
BILL AMOUNT          $4,390.70                           INVOICE #  805267

To:    ResCap                        TC Number:          713325
       1100 Virginia Drive           Invoice Date:       09/17/2012
       Fort Washington, PA 19034      Invoice No.         805267
                                     Period ending:      07/31/2012

Case Management Number      LD  0G2012-301129

                                              Current Invoice
Code Task                                  Hours        Fees

C400 Third Party Communication              0.30    $      96.90
L110 Fact Investigation/Development         1.40    $     452.20
L120 Analysis/Strategy                      6.20    $   1,574.80
L190 Other Case Assessment, Develop't/Admin 0.50    $      32.50
L210 Pleadings                              0.60    $     182.80
L240BAll Other                              0.30    $      19.50
L440 Other Trial Preparation and Support    8.00    $   2,032.00

                            ====================================
               TOTAL FEES    17.30    $   4,390.70

                    TOTAL FEES DUE        $   4,390.70
            TOTAL DISBURSEMENTS DUE       $       0.00
               TOTAL DUE THIS INVOICE     $   4,390.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 17, 2012
0G2012-301130

INVOICE #  805270

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301130  TC Number: 719469

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/02/12 | Status report regarding settlement check to be paid and case dismissed | L120 | KSA | .10 | 223.00 | 22.30 |
| 07/12/12 | Draft addendum to settlement agreement and send to B.Northrup-Day for review | L160 | KSA | .60 | 223.00 | 133.80 |

FEES                                $156.10

AMOUNT DUE THIS BILL                $156.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301130

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .70 | 156.10 |
| Total | | | .70 | 156.10 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          SEPTEMBER 17, 2012
                                                               0G2012-301130
BILL AMOUNT          $156.10                                    INVOICE #  805270

To:     ResCap                          TC Number:        719469
        1100 Virginia Drive             Invoice Date:     09/17/2012
        Fort Washington, PA 19034        Invoice No.       805270
                                        Period ending:    07/31/2012

Case Management Number     LD  0G2012-301130

                                        Current Invoice
Code Task                              Hours         Fees

L120 Analysis/Strategy                  0.10    $     22.30
L160 Settlement/Non-Binding ADR         0.60    $    133.80

                              ====================================
                  TOTAL FEES            0.70    $    156.10

                  TOTAL FEES DUE                 $    156.10
          TOTAL DISBURSEMENTS DUE               $      0.00
          TOTAL DUE THIS INVOICE                $    156.10



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 17, 2012
1100 Virginia Drive                                            0G2012-301131
Fort Washington, PA 19034

                                                               INVOICE #  805272

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/12

0G2012-301131  TC Number: 720738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 07/03/12 | Draft Suggestion of Bankruptcy | L210 | MSW | .20 | 254.00 | 50.80 |
| 07/06/12 | Review and analyze borrower's counterclaims and approve notice of bankruptcy | L110 | CWH | .20 | 330.00 | 66.00 |
| 07/09/12 | Exchange emails with J.Ho regarding Suggestion of Stay | L120 | MSW | .20 | 254.00 | 50.80 |
| 07/10/12 | Conversation with counsel regarding summary judgment, bankruptcy filing, and trial strategy | L120 | MSW | .30 | 254.00 | 76.20 |
| 07/10/12 | Draft notice of cancellation of hearing on motion for summary judgment | L210 | LADA | .30 | 65.00 | 19.50 |
| 07/25/12 | Draft status report for client regarding setting of trial date | L120 | MSW | .10 | 254.00 | 25.40 |
| 07/26/12 | Telephone conference with Clerk confirming removal of case from trial roster | L190 | LADA | .20 | 65.00 | 13.00 |
| 07/26/12 | Review case docket and court roster regarding status of matter in relation to filing notice of bankruptcy and upcoming trial | L190 | LADA | .50 | 65.00 | 32.50 |
| 07/26/12 | Draft letter to opposing counsel regarding status of case being removed from trial roster | L190 | LADA | .30 | 65.00 | 19.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
SEPTEMBER 17, 2012

0G2012-301131

FED ID NO. 63-0243316

FEES                                          $353.70

01    Copy Charges                            0.00
35    Express Mail/Fedex                      0.00

AMOUNT DUE THIS BILL              $353.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
SEPTEMBER 17, 2012

0G2012-301131

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Mark S. Wierman | Associate | 254.00 | .80 | 203.20 |
| Lucinda Kish | Paralegal | 65.00 | 1.30 | 84.50 |
| Total |  |  | 2.30 | 353.70 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          SEPTEMBER 17, 2012
                                                0G2012-301131
BILL AMOUNT        $353.70                       INVOICE #  805272

To:    ResCap                    TC Number:        720738
       1100 Virginia Drive       Invoice Date:     09/17/2012
       Fort Washington, PA 19034  Invoice No.       805272
                                 Period ending:    07/31/2012

Case Management Number      LD  0G2012-301131

|      |                                        | Current Invoice |    |        |
|------|----------------------------------------|-------|----|--------|
| Code | Task                                   | Hours |    | Fees   |
| L110 | Fact Investigation/Development         | 0.20  | $  | 66.00  |
| L120 | Analysis/Strategy                      | 0.60  | $  | 152.40 |
| L190 | Other Case Assessment, Develop't/Admin | 1.00  | $  | 65.00  |
| L210 | Pleadings                              | 0.50  | $  | 70.30  |

```
                          ==============================
              TOTAL FEES      2.30    $    353.70

                    TOTAL FEES DUE          $    353.70
            TOTAL DISBURSEMENTS DUE         $      0.00
            TOTAL DUE THIS INVOICE          $    353.70
```