

BRADLEY ARANT
BOULT CUMMINGS LLP

**Jay Bender**
Direct: (205) 521-8645
Fax: (205) 488-6645
jbender@babc.com

October 15, 2012

**VIA PRIORITY UPS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:    ***In re Residential Capital, LLC, et al. (the "Debtors")***
        Case No. 12-12020

Dear Counsel:

      Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement (the "Statement") of Bradley Arant Boult Cummings LLP, special litigation and compliance counsel for the Debtors ("BABC"), for the period August 1, 2012 through August 31, 2012 (the "Statement Period"). Paper copies of the Statement are being provided to the U.S. Trustee. To the other recipients, we are sending the Statement on disk. If any of you prefer that we send you paper copies of the Statement, let me know and we will send them to you.

      The Statement includes BABC's billings on over 300 different matters in which BABC is representing the Debtors. The Statement includes both those matters for which BABC is representing the Debtors on an hourly-rate basis, as well as litigation matters that fall within the alternative billing arrangement between BABC and the Debtors. The terms of this alternative billing arrangement are set forth in the Debtors' application to employ BABC on file with the Bankruptcy Court.

1/2376871.3

October 15, 2012
Page 2

Under the alternative billing arrangement, BABC and the Debtors agreed that, if the fees (exclusive of expenses) incurred by BABC with respect to any alternative billing case were to exceed $18,000 (the "Safety Valve Level"), that case would then convert to an hourly-rate payment arrangement, including payment of BABC's out of pocket expenses. As part of this Statement, we have attached a list of the new alternative billing matters that BABC undertook during the Statement Period, as well as a calculation of the amount of the fees for which BABC is seeking interim compensation pursuant to the Statement. Also, BABC is enclosing its hourly billing records for those alternative billing matters that have reached the Safety Valve Level and have converted to hourly-rate billing. With respect to alternative billing matters that have not reached the Safety Valve Level, BABC continues to maintain time records for those matters and will provide those time records as part of subsequent compensation requests if and when those matters reach the Safety Valve Level and convert to hourly-rate billing.

In the absence of a timely objection, the Debtors shall pay $1,003,729.63, consisting of the sum of (a) $959,841.44, an amount equal to 80% of the fees ($959,841.44 = $1,199,801.80[1] x 0.80) and (b) 100% of the expenses ($43,888.19) being requested in the Statement.

Objections to the Statement are due by November 5, 2012, which is the first business day after the date that is twenty (20) days after the date of this letter.

If you have questions about the Statement, please do not hesitate to contact me.

Sincerely,

Jay Bender

JRB
Enclosure

cc:    Tammy Hamzehpour, Esq. (w/o encl)
       Natasha Campbell, Esq. (w/o encl)
       Robert Maddox, Esq. (w/o encl)

---

[1] BABC is due $233,600.00 for the 32 alternative billing cases it received during the Statement Period (32 x $7,300 up-front fee = $233,600.00) plus $966,201.80 for fees incurred on hourly rate matters during the Statement Period, for a total of $1,199,801.80.

Residential Capital, LLC, et al. debtor
Bradley Arant Boult Cumming LLP
Summary of Invoices 10-12-12

August 1, 2012 to August 31, 2012
#2378708

Code Key:
0R0802 - Mortgage Operations
0R0803 - Real Estate Owned
0G2012 - "Safey Valve" (material) litigation
0G2011 - Fixed Fee Litigation (separate list)

0R0805 - SCG Group
0R0806 - Witness Group
0R0807- Title Claime
0R0808 - Hourly Litigation

| Count | TC # | Client/Matter | Assigned | Fixed Fee Amount |
|---|---|---|---|---|
| 1 | 730972 | 0G2011/301870 | 8/1/2012 | $ 7,300.00 |
| 2 | 731009 | 0G2011/301874 | 8/1/2012 | $ 7,300.00 |
| 3 | 730978 | 0G2011/301869 | 8/1/2012 | $ 7,300.00 |
| 4 | 731039 | 0G2011/301871 | 8/2/2012 | $ 7,300.00 |
| 5 | 731043 | 0G2011/301872 | 8/2/2012 | $ 7,300.00 |
| 6 | 731124 | 0G2011/301873 | 8/2/2012 | $ 7,300.00 |
| 7 | 731168 | 0G2011/301880 | 8/3/2012 | $ 7,300.00 |
| 8 | 731173 | 0G2011/301879 | 8/3/2012 | $ 7,300.00 |
| 9 | 731165 | 0G2011/301868 | 8/3/2012 | $ 7,300.00 |
| 10 | 731324 | 0G2011/301875 | 8/8/2012 | $ 7,300.00 |
| 11 | 731334 | 0G2011/301876 | 8/8/2012 | $ 7,300.00 |
| 12 | 731150 | 0G2011/301877 | 8/9/2012 | $ 7,300.00 |
| 13 | 731315 | 0G2011/301878 | 8/9/2012 | $ 7,300.00 |
| 14 | 731396 | 0G2011/301882 | 8/9/2012 | $ 7,300.00 |
| 15 | 731259 | 0G2011/301888 | 8/9/2012 | $ 7,300.00 |
| 16 | 731410 | 0G2011/301881 | 8/10/2012 | $ 7,300.00 |
| 17 | 731395 | 0G2011/301883 | 8/13/2012 | $ 7,300.00 |
| 18 | 731409 | 0G2011/301886 | 8/14/2012 | $ 7,300.00 |
| 19 | 731464 | 0G2011/301885 | 8/15/2012 | $ 7,300.00 |
| 20 | 731510 | 0G2011/301884 | 8/16/2012 | $ 7,300.00 |
| 21 | 731440 | 0G2011/301887 | 8/16/2012 | $ 7,300.00 |
| 22 | 731792 | 0G2011/301889 | 8/22/2012 | $ 7,300.00 |
| 23 | 731796 | 0G2011/301890 | 8/23/2012 | $ 7,300.00 |
| 24 | 731937 | 0G2011/301891 | 8/28/2012 | $ 7,300.00 |
| 25 | 732040 | 0G2011/301893 | 8/29/2012 | $ 7,300.00 |
| 26 | 731905 | 0G2011/301898 | 8/29/2012 | $ 7,300.00 |
| 27 | 732124 | 0G2011/301899 | 8/29/2012 | $ 7,300.00 |
| 28 | 731933 | 0G2011/301892 | 8/29/2012 | $ 7,300.00 |
| 29 | 732100 | 0G2011/301894 | 8/30/2012 | $ 7,300.00 |
| 30 | 732088 | 0G2011/301896 | 8/31/2012 | $ 7,300.00 |
| 31 | 732119 | 0G2011/301897 | 8/31/2012 | $ 7,300.00 |
| 32 | 732067 | 0G2011/301895 | 8/31/2012 | $ 7,300.00 |
| | Total | | | $ 233,600.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012    #2378689

Code Key:
0R0802 - Mortgage operations                    0R0806 - Witness Group
0R0803 - Real estate owned                      0R0807 - Title claims
0G2012 "Safety valve" (material litigation)     0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)   0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 1 | 0r0803-102574 | 808179 | 9/28/12 | 943.50 | 0.00 | 943.50 |
| 2 | 0R0803-105781 | 808180 | 9/28/12 | 286.00 | 0.00 | 286.00 |
| 3 | 0R0803-106025 | 808181 | 9/28/12 | 153.00 | 0.00 | 153.00 |
| 4 | 0r0803-106891 | 808182 | 9/28/12 | 450.50 | 0.00 | 450.50 |
| 5 | 0R0803-107382 | 808183 | 9/28/12 | 652.50 | 0.00 | 652.50 |
| 6 | 0R0803-108891 | 808184 | 9/28/12 | 270.00 | 0.00 | 270.00 |
| 7 | 0R0803-109172 | 808185 | 9/28/12 | 35.00 | 0.00 | 35.00 |
| 8 | 0R0803-109264 | 808186 | 9/28/12 | 363.00 | 0.00 | 363.00 |
| 9 | 0R0803-109849 | 808187 | 9/28/12 | 25.50 | 0.00 | 25.50 |
| 10 | 0R0803-109911 | 808188 | 9/28/12 | 123.50 | 0.00 | 123.50 |
| 11 | 0R0803-301032 | 808189 | 9/28/12 | 236.00 | 0.00 | 236.00 |
| 12 | 0R0803-301046 | 808190 | 9/28/12 | 220.00 | 12.01 | 232.01 |
| 13 | 0R0803-301083 | 808191 | 9/28/12 | 35.00 | 0.00 | 35.00 |
| 14 | 0R0803-301099 | 808192 | 9/28/12 | 330.00 | 0.00 | 330.00 |
| 15 | 0R0803-301104 | 808193 | 9/28/12 | 122.50 | 0.00 | 122.50 |
| 16 | 0R0803-301125 | 808194 | 9/28/12 | 175.00 | 0.00 | 175.00 |
| 17 | 0R0803-301140 | 808195 | 9/28/12 | 825.00 | 0.00 | 825.00 |
| 18 | 0R0803-301144 | 808196 | 9/28/12 | 176.00 | 11.47 | 187.47 |
| 19 | 0R0803-301145 | 808197 | 9/28/12 | 122.50 | 0.00 | 122.50 |
| 20 | 0R0803-301146 | 808198 | 9/28/12 | 346.50 | 0.00 | 346.50 |
| 21 | 0R0803-301147 | 808199 | 9/28/12 | 585.00 | 0.00 | 585.00 |
| 22 | 0R0803-301151 | 808200 | 9/28/12 | 122.50 | 0.00 | 122.50 |
| 23 | 0R0803-301152 | 808201 | 9/28/12 | 122.50 | 0.00 | 122.50 |
| 24 | 0R0803-301164 | 808202 | 9/28/12 | 51.00 | 0.00 | 51.00 |
| 25 | 0R0803-301166 | 808204 | 9/28/12 | 742.00 | 0.00 | 742.00 |
| 26 | 0R0803-301169 | 808205 | 9/28/12 | 1,591.00 | 0.00 | 1,591.00 |
| 27 | 0R0803-301170 | 808206 | 9/28/12 | 660.00 | 0.00 | 660.00 |
| 28 | 0R0803-301171 | 808207 | 9/28/12 | 122.50 | 0.00 | 122.50 |
| 29 | 0R0803-301172 | 808208 | 9/28/12 | 158.00 | 0.00 | 158.00 |
| 30 | 0R0803-301173 | 808209 | 9/28/12 | 52.50 | 488.20 | 540.70 |

Residential Capital, LLC, et al, debtor

Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012     #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805 - SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 31 | 0R0803-301177 | 808210 | 9/28/12 | 1,385.50 | 0.00 | 1,385.50 |
| 32 | 0R0803-301178 | 808211 | 9/28/12 | 1,355.00 | 0.00 | 1,355.00 |
| 33 | 0R0803-301179 | 808212 | 9/28/12 | 1,147.50 | 0.00 | 1,147.50 |
| 34 | 0G2012-301001 | 810196 | 10/12/12 | 22.30 | 0.00 | 22.30 |
| 35 | 0G2012-301002 | 810197 | 10/12/12 | 109.80 | 0.00 | 109.80 |
| 36 | 0G2012-301008 | 810198 | 10/12/12 | 26,741.70 | 0.00 | 26,741.70 |
| 37 | 0G2012-301009 | 810199 | 10/12/12 | 26.60 | 378.00 | 404.60 |
| 38 | 0G2012-301010 | 810200 | 10/12/12 | 410.00 | 336.54 | 746.54 |
| 39 | 0G2012-301012 | 810201 | 10/12/12 | 12,685.50 | 914.91 | 13,600.41 |
| 40 | 0G2012-301013 | 810202 | 10/12/12 | 60.00 | 0.00 | 60.00 |
| 41 | 0G2012-301014 | 810203 | 10/12/12 | 225.00 | 24.02 | 249.02 |
| 42 | 0G2012-301017 | 810204 | 10/12/12 | 291.90 | 0.00 | 291.90 |
| 43 | 0G2012-301020 | 810205 | 10/12/12 | 101.60 | 0.00 | 101.60 |
| 44 | 0G2012-301021 | 810206 | 10/12/12 | 12,647.40 | 1,474.20 | 14,121.60 |
| 45 | 0G2012-301023 | 810207 | 10/12/12 | 419.90 | 0.00 | 419.90 |
| 46 | 0G2012-301026 | 810208 | 10/12/12 | 8,306.60 | 0.00 | 8,306.60 |
| 47 | 0G2012-301027 | 810209 | 10/12/12 | 14,735.80 | 1,574.78 | 16,310.58 |
| 48 | 0G2012-301028 | 810210 | 10/12/12 | 425.00 | 0.00 | 425.00 |
| 49 | 0G2012-301030 | 810211 | 10/12/12 | 172.50 | 0.00 | 172.50 |
| 50 | 0G2012-301031 | 810212 | 10/12/12 | 3,601.10 | 0.00 | 3,601.10 |
| 51 | 0G2012-301033 | 810213 | 10/12/12 | 1,700.50 | 101.31 | 1,801.81 |
| 52 | 0G2012-301035 | 810214 | 10/12/12 | 18,071.50 | 0.00 | 18,071.50 |
| 53 | 0G2012-301036 | 810215 | 10/12/12 | 778.90 | 0.00 | 778.90 |
| 54 | 0G2012-301037 | 810216 | 10/12/12 | 493.60 | 0.00 | 493.60 |
| 55 | 0G2012-301038 | 810217 | 10/12/12 | 32.30 | 0.00 | 32.30 |
| 56 | 0G2012-301039 | 810218 | 10/12/12 | 306.90 | 0.00 | 306.90 |
| 57 | 0G2012-301041 | 810219 | 10/12/12 | 175.00 | 0.00 | 175.00 |
| 58 | 0G2012-301042 | 810220 | 10/12/12 | 3,259.00 | 768.62 | 4,027.62 |
| 59 | 0G2012-301043 | 810221 | 10/12/12 | 1,885.40 | 0.00 | 1,885.40 |
| 60 | 0G2012-301044 | 810222 | 10/12/12 | 120.00 | 0.00 | 120.00 |
| 61 | 0G2012-301045 | 810223 | 10/12/12 | 25.00 | 0.00 | 25.00 |
| 62 | 0G2012-301047 | 810224 | 10/12/12 | 18.50 | 0.00 | 18.50 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012     #2378689

Code Key:
0R0802 - Mortgage operations           0R0806 - Witness Group
0R0803 - Real estate owned             0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 63 | 0G2012-301049 | 810225 | 10/12/12 | 899.40 | 137.95 | 1,037.35 |
| 64 | 0G2012-301050 | 810226 | 10/12/12 | 2,053.00 | 281.97 | 2,334.97 |
| 65 | 0G2012-301051 | 810227 | 10/12/12 | 3,211.20 | 1,044.15 | 4,255.35 |
| 66 | 0G2012-301054 | 810228 | 10/12/12 | 25.00 | 0.00 | 25.00 |
| 67 | 0G2012-301055 | 810229 | 10/12/12 | 820.00 | 0.00 | 820.00 |
| 68 | 0G2012-301058 | 810230 | 10/12/12 | 705.30 | 0.00 | 705.30 |
| 69 | 0G2012-301059 | 810231 | 10/12/12 | 1,303.00 | 0.00 | 1,303.00 |
| 70 | 0G2012-301061 | 810232 | 10/12/12 | 22.30 | 0.00 | 22.30 |
| 71 | 0G2012-301062 | 810233 | 10/12/12 | 1,967.40 | 0.00 | 1,967.40 |
| 72 | 0G2012-301063 | 810234 | 10/12/12 | 1,208.00 | 0.00 | 1,208.00 |
| 73 | 0G2012-301065 | 810235 | 10/12/12 | 2,798.70 | 60.00 | 2,858.70 |
| 74 | 0G2012-301066 | 810236 | 10/12/12 | 231.10 | 0.00 | 231.10 |
| 75 | 0G2012-301069 | 810237 | 10/12/12 | 19.00 | 0.00 | 19.00 |
| 76 | 0G2012-301070 | 810238 | 10/12/12 | 640.00 | 0.00 | 640.00 |
| 77 | 0G2012-301073 | 810239 | 10/12/12 | 233.00 | 0.00 | 233.00 |
| 78 | 0G2012-301074 | 810240 | 10/12/12 | 1,418.90 | 0.00 | 1,418.90 |
| 79 | 0G2012-301076 | 810241 | 10/12/12 | 29.00 | 0.00 | 29.00 |
| 80 | 0G2012-301077 | 810242 | 10/12/12 | 1,186.40 | 0.00 | 1,186.40 |
| 81 | 0G2012-301078 | 810243 | 10/12/12 | 3,259.10 | 0.00 | 3,259.10 |
| 82 | 0G2012-301080 | 810244 | 10/12/12 | 241.50 | 0.00 | 241.50 |
| 83 | 0G2012-301081 | 810245 | 10/12/12 | 133.00 | 0.00 | 133.00 |
| 84 | 0G2012-301082 | 810246 | 10/12/12 | 74.00 | 0.00 | 74.00 |
| 85 | 0G2012-301083 | 810247 | 10/12/12 | 52.60 | 0.00 | 52.60 |
| 86 | 0G2012-301084 | 810248 | 10/12/12 | 872.20 | 0.00 | 872.20 |
| 87 | 0G2012-301085 | 810249 | 10/12/12 | 1,103.30 | 0.00 | 1,103.30 |
| 88 | 0G2012-301086 | 810250 | 10/12/12 | 1,171.50 | 0.00 | 1,171.50 |
| 89 | 0G2012-301087 | 810251 | 10/12/12 | 260.50 | 0.00 | 260.50 |
| 90 | 0G2012-301089 | 810252 | 10/12/12 | 1,950.20 | 319.66 | 2,269.86 |
| 91 | 0G2012-301090 | 810253 | 10/12/12 | 319.90 | 0.00 | 319.90 |
| 92 | 0G2012-301091 | 810254 | 10/12/12 | 294.00 | 0.00 | 294.00 |
| 93 | 0G2012-301092 | 810255 | 10/12/12 | 305.80 | 0.00 | 305.80 |
| 94 | 0G2012-301093 | 810256 | 10/12/12 | 313.00 | 0.00 | 313.00 |

Bradley Arant Boult Cummings LLP August (Part 1)
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012    #2378689

Code Key:
0R0802 - Mortgage operations        0R0806 - Witness Group
0R0803 - Real estate owned          0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 95 | 0G2012-301094 | 810257 | 10/12/12 | 218.50 | 0.00 | 218.50 |
| 96 | 0G2012-301096 | 810258 | 10/12/12 | 863.70 | 209.53 | 1,073.23 |
| 97 | 0G2012-301097 | 810259 | 10/12/12 | 432.20 | 0.00 | 432.20 |
| 98 | 0G2012-301098 | 810261 | 10/12/12 | 186.20 | 0.00 | 186.20 |
| 99 | 0G2012-301099 | 810262 | 10/12/12 | 1,286.40 | 0.00 | 1,286.40 |
| 100 | 0G2012-301100 | 810263 | 10/12/12 | 392.50 | 0.00 | 392.50 |
| 101 | 0G2012-301101 | 810264 | 10/12/12 | 14.50 | 0.00 | 14.50 |
| 102 | 0G2012-301102 | 810265 | 10/12/12 | 131.50 | 0.00 | 131.50 |
| 103 | 0G2012-301103 | 810266 | 10/12/12 | 24.10 | 0.00 | 24.10 |
| 104 | 0G2012-301105 | 810267 | 10/12/12 | 314.30 | 0.00 | 314.30 |
| 105 | 0G2012-301106 | 810268 | 10/12/12 | 146.50 | 0.00 | 146.50 |
| 106 | 0G2012-301107 | 810269 | 10/12/12 | 40.00 | 8.15 | 48.15 |
| 107 | 0G2012-301108 | 810270 | 10/12/12 | 3,220.30 | 0.00 | 3,220.30 |
| 108 | 0G2012-301109 | 810271 | 10/12/12 | 242.00 | 0.00 | 242.00 |
| 109 | 0G2012-301110 | 810272 | 10/12/12 | 708.20 | 0.00 | 708.20 |
| 110 | 0G2012-301111 | 810273 | 10/12/12 | 931.20 | 0.00 | 931.20 |
| 111 | 0G2012-301112 | 810274 | 10/12/12 | 331.10 | 0.00 | 331.10 |
| 112 | 0G2012-301113 | 810275 | 10/12/12 | 44.50 | 0.00 | 44.50 |
| 113 | 0G2012-301115 | 810276 | 10/12/12 | 1,667.20 | 0.00 | 1,667.20 |
| 114 | 0G2012-301116 | 810277 | 10/12/12 | 37.00 | 17.50 | 54.50 |
| 115 | 0G2012-301117 | 810278 | 10/12/12 | 22.30 | 0.00 | 22.30 |
| 116 | 0G2012-301118 | 810279 | 10/12/12 | 109.50 | 0.00 | 109.50 |
| 117 | 0G2012-301120 | 810280 | 10/12/12 | 907.50 | 0.00 | 907.50 |
| 118 | 0G2012-301121 | 810281 | 10/12/12 | 384.00 | 0.00 | 384.00 |
| 119 | 0G2012-301122 | 810282 | 10/12/12 | 14.50 | 0.00 | 14.50 |
| 120 | 0G2012-301123 | 810283 | 10/12/12 | 918.00 | 0.00 | 918.00 |
| 121 | 0G2012-301125 | 810284 | 10/12/12 | 353.00 | 0.00 | 353.00 |
| 122 | 0G2012-301126 | 810285 | 10/12/12 | 58.60 | 0.00 | 58.60 |
| 123 | 0G2012-301127 | 810286 | 10/12/12 | 657.50 | 0.00 | 657.50 |
| 124 | 0G2012-301129 | 810287 | 10/12/12 | 1,235.70 | 136.22 | 1,371.92 |
| 125 | 0G2012-301130 | 810288 | 10/12/12 | 178.80 | 0.00 | 178.80 |
| 126 | 0G2012-301131 | 810289 | 10/12/12 | 224.40 | 0.00 | 224.40 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012   #2378689

Code Key:
0R0802 - Mortgage operations              0R0806 - Witness Group
0R0803 - Real estate owned                0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)   0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 127 | 0R0802-102836 | 810291 | 10/12/12 | 2,074.80 | 0.00 | 2,074.80 |
| 128 | 0R0802-103633 | 810292 | 10/12/12 | 29.80 | 0.00 | 29.80 |
| 129 | 0R0802-107194 | 810293 | 10/12/12 | 327.90 | -45.00 | 282.90 |
| 130 | 0R0802-107722 | 810294 | 10/12/12 | 54.50 | 0.00 | 54.50 |
| 131 | 0R0802-108374 | 810295 | 10/12/12 | 191.60 | 0.00 | 191.60 |
| 132 | 0R0802-108547 | 810296 | 10/12/12 | 67.10 | 0.00 | 67.10 |
| 133 | 0R0802-301007 | 810297 | 10/12/12 | 1,656.00 | 0.00 | 1,656.00 |
| 134 | 0R0802-301019 | 810298 | 10/12/12 | 1,224.00 | 0.00 | 1,224.00 |
| 135 | 0R0802-301036 | 810299 | 10/12/12 | 0.00 | 564.60 | 564.60 |
| 136 | 0R0802-301055 | 810300 | 10/12/12 | 2,268.00 | 0.00 | 2,268.00 |
| 137 | 0R0802-301068 | 810301 | 10/12/12 | 290.70 | 0.00 | 290.70 |
| 138 | 0R0802-301073 | 810302 | 10/12/12 | 72.80 | 0.00 | 72.80 |
| 139 | 0R0802-301074 | 810303 | 10/12/12 | 18.50 | 0.00 | 18.50 |
| 140 | 0R0802-301081 | 810304 | 10/12/12 | 7,555.10 | 0.00 | 7,555.10 |
| 141 | 0R0802-301082 | 810305 | 10/12/12 | 26.60 | 0.00 | 26.60 |
| 142 | 0R0802-301096 | 810306 | 10/12/12 | 26.60 | 0.00 | 26.60 |
| 143 | 0R0802-301098 | 810307 | 10/12/12 | 92.50 | 0.00 | 92.50 |
| 144 | 0R0802-301099 | 810308 | 10/12/12 | 283.80 | 0.00 | 283.80 |
| 145 | 0R0802-301100 | 810309 | 10/12/12 | 129.20 | 0.00 | 129.20 |
| 146 | 0R0802-301104 | 810310 | 10/12/12 | 44.60 | 0.00 | 44.60 |
| 147 | 0R0802-301110 | 810311 | 10/12/12 | 6,017.20 | 19.86 | 6,037.06 |
| 148 | 0R0802-301113 | 810312 | 10/12/12 | 17,935.00 | 0.00 | 17,935.00 |
| 149 | 0R0802-301115 | 810313 | 10/12/12 | 441.00 | 0.00 | 441.00 |
| 150 | 0R0802-301116 | 810314 | 10/12/12 | 14.90 | 0.00 | 14.90 |
| 151 | 0R0802-301117 | 810315 | 10/12/12 | 64.60 | 0.00 | 64.60 |
| 152 | 0R0802-301118 | 810316 | 10/12/12 | 119.20 | 0.00 | 119.20 |
| 153 | 0R0802-301120 | 810317 | 10/12/12 | 25.40 | 0.00 | 25.40 |
| 154 | 0R0802-301124 | 810318 | 10/12/12 | 266.00 | 0.00 | 266.00 |
| 155 | 0R0802-301127 | 810319 | 10/12/12 | 44.70 | 0.00 | 44.70 |
| 156 | 0R0802-301128 | 810320 | 10/12/12 | 45.00 | 0.00 | 45.00 |
| 157 | 0R0802-301129 | 810321 | 10/12/12 | 10,056.00 | 0.00 | 10,056.00 |
| 158 | 0R0802-301131 | 810322 | 10/12/12 | 30.00 | 0.00 | 30.00 |

Residential Capital, LLC, et al, debtor

Bradley Arant Boult Cummings LLP
Summary of Invoices August 1, 2012 to August 31, 2012
October 12, 2012    #2378689

Code Key:
0R0802 - Mortgage operations                0R0806 - Witness Group
0R0803 - Real estate owned                  0R0807 - Title claims
0G2012 "Safety valve" (material litigation) 0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list) 0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 159 | 0R0802-301133 | 810323 | 10/12/12 | 15,737.70 | 0.00 | 15,737.70 |
| 160 | 0R0802-301134 | 810324 | 10/12/12 | 41,670.00 | 3,913.42 | 45,583.42 |
| 161 | 0R0802-301135 | 810325 | 10/12/12 | 90.00 | 0.00 | 90.00 |
| 162 | 0R0802-301136 | 810326 | 10/12/12 | 0.00 | 817.41 | 817.41 |
| 163 | 0R0802-301138 | 810327 | 10/12/12 | 2,170.50 | 5.89 | 2,176.39 |
| 164 | 0R0802-301142 | 810328 | 10/12/12 | 150.00 | 0.00 | 150.00 |
| 165 | 0R0802-301143 | 810329 | 10/12/12 | 77,299.40 | 85.42 | 77,384.82 |
| 166 | 0R0802-301144 | 810330 | 10/12/12 | 2,270.30 | 0.00 | 2,270.30 |
| 167 | 0R0802-301145 | 810331 | 10/12/12 | 26.60 | 0.00 | 26.60 |
| 168 | 0R0802-301146 | 810332 | 10/12/12 | 106.40 | 0.00 | 106.40 |
| 169 | 0R0802-301147 | 810333 | 10/12/12 | 26.60 | 0.00 | 26.60 |
| 170 | 0R0802-301148 | 810334 | 10/12/12 | 239.40 | 0.00 | 239.40 |
| 171 | 0R0802-301151 | 810335 | 10/12/12 | 21,583.40 | 1,644.83 | 23,228.23 |
| 172 | 0R0802-301152 | 810336 | 10/12/12 | 4,784.70 | 0.00 | 4,784.70 |
| 173 | 0R0802-301153 | 810337 | 10/12/12 | 795.70 | 0.00 | 795.70 |
| 174 | 0R0802-301154 | 810338 | 10/12/12 | 434.60 | 0.00 | 434.60 |
| 175 | 0R0802-301155 | 810339 | 10/12/12 | 802.90 | 137.95 | 940.85 |
| 176 | 0R0802-301156 | 810340 | 10/12/12 | 9,311.40 | 0.00 | 9,311.40 |
| 177 | 0R0802-301157 | 810341 | 10/12/12 | 486.00 | 0.00 | 486.00 |
| 178 | 0R0802-301158 | 810342 | 10/12/12 | 6,949.20 | 0.00 | 6,949.20 |
| 179 | 0R0802-301159 | 810343 | 10/12/12 | 1,218.00 | 0.00 | 1,218.00 |
| 180 | 0R0802-301160 | 810345 | 10/12/12 | 159,836.00 | 6,604.69 | 166,440.69 |
| 181 | 0R0802-301161 | 810346 | 10/12/12 | 2,736.70 | 0.00 | 2,736.70 |
| 182 | 0R0802-301162 | 810347 | 10/12/12 | 1,345.50 | 0.00 | 1,345.50 |
| 183 | 0R0802-301163 | 810348 | 10/12/12 | 2,814.30 | 0.00 | 2,814.30 |
| 184 | 0R0802-301164 | 810349 | 10/12/12 | 894.70 | 0.00 | 894.70 |
| 185 | 0R0802-301165 | 810350 | 10/12/12 | 1,092.00 | 0.00 | 1,092.00 |
| 186 | 0R0802-301166 | 810351 | 10/12/12 | 782.40 | 0.00 | 782.40 |
| 187 | 0R0802-301168 | 810352 | 10/12/12 | 90.00 | 0.00 | 90.00 |
| 188 | 0R0802-301171 | 810353 | 10/12/12 | 2,484.00 | 0.00 | 2,484.00 |
| 189 | 0R0802-301202 | 810354 | 10/12/12 | 69.00 | 0.00 | 69.00 |
| 190 | 0R0802-301220 | 810355 | 10/12/12 | 116,146.00 | 4,263.81 | 120,409.81 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012      #2378689

Code Key:
0R0802 - Mortgage operations            0R0806 - Witness Group
0R0803 - Real estate owned              0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 191 | 0R0802-305006 | 810356 | 10/12/12 | 87.30 | 0.00 | 87.30 |
| 192 | 0R0802-305015 | 810357 | 10/12/12 | 473.80 | 0.00 | 473.80 |
| 193 | 0R0805-108578 | 810344 | 10/12/12 | 144.20 | 0.00 | 144.20 |
| 194 | 0R0806-105015 | 810367 | 10/12/12 | 58.00 | 0.00 | 58.00 |
| 195 | 0R0806-106888 | 810368 | 10/12/12 | 302.00 | 0.00 | 302.00 |
| 196 | 0R0806-301001 | 810369 | 10/12/12 | 30.00 | 0.00 | 30.00 |
| 197 | 0R0806-301005 | 810370 | 10/12/12 | 1,580.00 | 0.00 | 1,580.00 |
| 198 | 0R0806-301006 | 810371 | 10/12/12 | 42.00 | 0.00 | 42.00 |
| 199 | 0R0806-301010 | 810372 | 10/12/12 | 345.00 | 0.00 | 345.00 |
| 200 | 0R0806-301011 | 810373 | 10/12/12 | 84.00 | 0.00 | 84.00 |
| 201 | 0R0806-301012 | 810374 | 10/12/12 | 216.00 | 0.00 | 216.00 |
| 202 | 0R0806-301013 | 810375 | 10/12/12 | 140.00 | 0.00 | 140.00 |
| 203 | 0R0806-301015 | 810376 | 10/12/12 | 574.50 | 0.00 | 574.50 |
| 204 | 0R0806-301016 | 810377 | 10/12/12 | 112.00 | 0.00 | 112.00 |
| 205 | 0R0806-301017 | 810378 | 10/12/12 | 93.00 | 16.92 | 109.92 |
| 206 | 0R0806-301018 | 810379 | 10/12/12 | 332.00 | 0.00 | 332.00 |
| 207 | 0R0806-301019 | 810380 | 10/12/12 | 474.00 | 0.00 | 474.00 |
| 208 | 0R0806-301020 | 810381 | 10/12/12 | 43.50 | 0.00 | 43.50 |
| 209 | 0R0806-301021 | 810382 | 10/12/12 | 504.00 | 0.00 | 504.00 |
| 210 | 0R0806-301022 | 810383 | 10/12/12 | 381.50 | 0.00 | 381.50 |
| 211 | 0R0806-301025 | 810384 | 10/12/12 | 4,113.50 | 0.00 | 4,113.50 |
| 212 | 0R0806-301026 | 810385 | 10/12/12 | 108.00 | 0.00 | 108.00 |
| 213 | 0R0806-301027 | 810386 | 10/12/12 | 20.50 | 845.40 | 865.90 |
| 214 | 0R0806-301028 | 810387 | 10/12/12 | 60.00 | 8.00 | 68.00 |
| 215 | 0R0806-301030 | 810388 | 10/12/12 | 22.50 | 0.00 | 22.50 |
| 216 | 0R0806-301031 | 810389 | 10/12/12 | 29.50 | 0.00 | 29.50 |
| 217 | 0R0806-301032 | 810390 | 10/12/12 | 82.50 | 0.00 | 82.50 |
| 218 | 0R0806-301033 | 810391 | 10/12/12 | 1,006.50 | 0.00 | 1,006.50 |
| 219 | 0R0806-301034 | 810392 | 10/12/12 | 60.00 | 0.00 | 60.00 |
| 220 | 0R0806-301035 | 810393 | 10/12/12 | 362.00 | 0.00 | 362.00 |
| 221 | 0R0807-301001 | 810417 | 10/12/12 | 10,528.30 | 2.89 | 10,531.19 |
| 222 | 0R0808-104171 | 810395 | 10/12/12 | 43.50 | 0.00 | 43.50 |

Residential Capital, LLC, et al.
Bradley Arant Boult Cummings LLP
Summary of Invoices August 1, 2012 to August 31, 2012
October 12, 2012     #2378689

Code Key:
0R0802 - Mortgage operations                     0R0806 - Witness Group
0R0803 - Real estate owned                       0R0807 - Title claims
0G2012 "Safety valve" (material litigation)      0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)    0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 223 | 0R0808-104980 | 810396 | 10/12/12 | 39.00 | 0.00 | 39.00 |
| 224 | 0R0808-105192 | 810397 | 10/12/12 | 299.00 | 156.00 | 455.00 |
| 225 | 0R0808-108064 | 810398 | 10/12/12 | 45.60 | 0.00 | 45.60 |
| 226 | 0R0808-108317 | 810399 | 10/12/12 | 1,061.60 | 0.00 | 1,061.60 |
| 227 | 0R0808-109205 | 810400 | 10/12/12 | 1,179.40 | 0.00 | 1,179.40 |
| 228 | 0R0808-109948 | 810401 | 10/12/12 | 69.00 | 0.00 | 69.00 |
| 229 | 0R0808-109965 | 810402 | 10/12/12 | 69.00 | 0.00 | 69.00 |
| 230 | 0R0808-301001 | 810403 | 10/12/12 | 409.30 | 0.00 | 409.30 |
| 231 | 0R0808-301003 | 810404 | 10/12/12 | 793.90 | 0.00 | 793.90 |
| 232 | 0R0808-301004 | 810407 | 10/12/12 | 368.00 | 0.00 | 368.00 |
| 233 | 0R0808-301005 | 810409 | 10/12/12 | 204.00 | 0.00 | 204.00 |
| 234 | 0R0808-301006 | 810411 | 10/12/12 | 483.00 | 0.00 | 483.00 |
| 235 | 0R0808-301008 | 810413 | 10/12/12 | 276.80 | 0.00 | 276.80 |
| 236 | 0R0808-301009 | 810415 | 10/12/12 | 301.20 | 0.00 | 301.20 |
| 237 | 0R0808-301011 | 810416 | 10/12/12 | 229.60 | 0.00 | 229.60 |
| 238 | 0R0808-301012 | 810420 | 10/12/12 | 2,211.00 | 0.00 | 2,211.00 |
| 239 | 0R0808-301014 | 810422 | 10/12/12 | 685.00 | 0.00 | 685.00 |
| 240 | 0R0808-301015 | 810423 | 10/12/12 | 677.00 | 0.00 | 677.00 |
| 241 | 0R0808-301016 | 810424 | 10/12/12 | 586.50 | 0.00 | 586.50 |
| 242 | 0R0808-301020 | 810425 | 10/12/12 | 721.50 | 0.00 | 721.50 |
| 243 | 0R0808-301021 | 810426 | 10/12/12 | 141.20 | 0.00 | 141.20 |
| 244 | 0R0808-301022 | 810427 | 10/12/12 | 0.00 | 615.90 | 615.90 |
| 245 | 0R0808-301023 | 810428 | 10/12/12 | 381.60 | 0.00 | 381.60 |
| 246 | 0R0808-301024 | 810429 | 10/12/12 | 1,962.40 | 0.00 | 1,962.40 |
| 247 | 0R0808-301026 | 810430 | 10/12/12 | 185.00 | 0.00 | 185.00 |
| 248 | 0R0808-301027 | 810431 | 10/12/12 | 468.80 | 0.00 | 468.80 |
| 249 | 0R0808-301028 | 810432 | 10/12/12 | 4,122.60 | 0.00 | 4,122.60 |
| 250 | 0R0808-301029 | 810433 | 10/12/12 | 386.00 | 0.00 | 386.00 |
| 251 | 0R0808-301031 | 810434 | 10/12/12 | 0.00 | 673.75 | 673.75 |
| 252 | 0R0808-301033 | 810436 | 10/12/12 | 19.00 | 0.00 | 19.00 |
| 253 | 0R0808-301034 | 810437 | 10/12/12 | 1,107.10 | 0.00 | 1,107.10 |
| 254 | 0R0808-301035 | 810438 | 10/12/12 | 483.00 | 0.00 | 483.00 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012      #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)  0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|-------|-----------------|-------|----------|------|-------|-------|
| 255 | 0R0808-301036 | 810439 | 10/12/12 | 483.00 | 0.00 | 483.00 |
| 256 | 0R0808-301037 | 810440 | 10/12/12 | 24.10 | 0.00 | 24.10 |
| 257 | 0R0808-301038 | 810441 | 10/12/12 | 38.00 | 0.00 | 38.00 |
| 258 | 0R0808-301039 | 810442 | 10/12/12 | 3,690.00 | 0.00 | 3,690.00 |
| 259 | 0R0808-301040 | 810443 | 10/12/12 | 68.80 | 0.00 | 68.80 |
| 260 | 0R0808-301041 | 810444 | 10/12/12 | 1,687.40 | 0.00 | 1,687.40 |
| 261 | 0R0808-301042 | 810445 | 10/12/12 | 663.00 | 0.00 | 663.00 |
| 262 | 0R0808-301043 | 810446 | 10/12/12 | 1,000.30 | 0.00 | 1,000.30 |
| 263 | 0R0808-301044 | 810447 | 10/12/12 | 156.10 | 0.00 | 156.10 |
| 264 | 0R0808-301045 | 810448 | 10/12/12 | 69.00 | 0.00 | 69.00 |
| 265 | 0R0808-301047 | 810449 | 10/12/12 | 2,420.60 | 148.00 | 2,568.60 |
| 266 | 0R0808-301048 | 810450 | 10/12/12 | 1,224.40 | 0.00 | 1,224.40 |
| 267 | 0R0808-301049 | 810451 | 10/12/12 | 108.90 | 0.00 | 108.90 |
| 268 | 0R0808-301050 | 810452 | 10/12/12 | 29.00 | 0.00 | 29.00 |
| 269 | 0R0808-301051 | 810453 | 10/12/12 | 580.90 | 0.00 | 580.90 |
| 270 | 0R0808-301052 | 810454 | 10/12/12 | 22.30 | 0.00 | 22.30 |
| 271 | 0R0808-301053 | 810455 | 10/12/12 | 103.50 | 0.00 | 103.50 |
| 272 | 0R0808-301054 | 810456 | 10/12/12 | 19.00 | 0.00 | 19.00 |
| 273 | 0R0808-301057 | 810457 | 10/12/12 | 448.50 | 0.00 | 448.50 |
| 274 | 0R0808-301059 | 810458 | 10/12/12 | 558.60 | 0.00 | 558.60 |
| 275 | 0R0808-301060 | 810459 | 10/12/12 | 280.50 | 0.00 | 280.50 |
| 276 | 0R0808-301063 | 810460 | 10/12/12 | 133.80 | 0.00 | 133.80 |
| 277 | 0R0808-301064 | 810461 | 10/12/12 | 1,408.20 | 611.45 | 2,019.65 |
| 278 | 0R0808-301067 | 810462 | 10/12/12 | 2,082.60 | 0.00 | 2,082.60 |
| 279 | 0R0808-301070 | 810463 | 10/12/12 | 219.60 | 346.00 | 565.60 |
| 280 | 0R0808-301071 | 810464 | 10/12/12 | 155.40 | 0.00 | 155.40 |
| 281 | 0R0808-301072 | 810465 | 10/12/12 | 18.50 | 0.00 | 18.50 |
| 282 | 0R0808-301073 | 810466 | 10/12/12 | 87.00 | 0.00 | 87.00 |
| 283 | 0R0808-301074 | 810467 | 10/12/12 | 1,077.00 | 0.00 | 1,077.00 |
| 284 | 0R0808-301075 | 810468 | 10/12/12 | 3,374.50 | 602.61 | 3,977.11 |
| 285 | 0R0808-301076 | 810470 | 10/12/12 | 241.10 | 0.00 | 241.10 |
| 286 | 0R0808-301080 | 810471 | 10/12/12 | 71.50 | 944.51 | 1,016.01 |

Residential Capital, LLC, et al. debtor
Bradley Arant Boult Cummings LLP August (Part 1)     Pg 13 of 225
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012     #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 287 | 0R0808-301086 | 810472 | 10/12/12 | 1,449.20 | 0.00 | 1,449.20 |
| 288 | 0R0808-301088 | 810473 | 10/12/12 | 811.60 | 136.02 | 947.62 |
| 289 | 0R0808-301099 | 810474 | 10/12/12 | 64.60 | 0.00 | 64.60 |
| 290 | 0R0808-301102 | 810476 | 10/12/12 | 3,851.80 | 0.00 | 3,851.80 |
| 291 | 0R0808-301111 | 810477 | 10/12/12 | 21.90 | 0.00 | 21.90 |
| 292 | 0R0808-301120 | 810478 | 10/12/12 | 214.20 | 0.00 | 214.20 |
| 293 | 0R0808-301124 | 810479 | 10/12/12 | 930.80 | 0.00 | 930.80 |
| 294 | 0R0808-301125 | 810480 | 10/12/12 | 702.00 | 0.00 | 702.00 |
| 295 | 0R0808-301126 | 810481 | 10/12/12 | 164.30 | 0.00 | 164.30 |
| 296 | 0R0808-301129 | 810482 | 10/12/12 | 227.60 | 0.00 | 227.60 |
| 297 | 0R0808-301130 | 810483 | 10/12/12 | 4,573.80 | 990.00 | 5,563.80 |
| 298 | 0R0808-301133 | 810484 | 10/12/12 | 501.10 | 0.00 | 501.10 |
| 299 | 0R0808-301135 | 810485 | 10/12/12 | 624.40 | 0.00 | 624.40 |
| 300 | 0R0808-301136 | 810486 | 10/12/12 | 43.50 | 0.00 | 43.50 |
| 301 | 0R0808-301139 | 810487 | 10/12/12 | 353.60 | 0.00 | 353.60 |
| 302 | 0R0808-301142 | 810488 | 10/12/12 | 61.00 | 0.00 | 61.00 |
| 303 | 0R0808-301143 | 810489 | 10/12/12 | 157.30 | 0.00 | 157.30 |
| 304 | 0R0808-301144 | 810490 | 10/12/12 | 509.80 | 0.00 | 509.80 |
| 305 | 0R0808-301146 | 810491 | 10/12/12 | 43.50 | 0.00 | 43.50 |
| 306 | 0R0808-301149 | 810492 | 10/12/12 | 52.30 | 137.95 | 190.25 |
| 307 | 0R0808-301151 | 810493 | 10/12/12 | 633.70 | 0.00 | 633.70 |
| 308 | 0R0808-301152 | 810494 | 10/12/12 | 1,502.20 | 1,495.66 | 2,997.86 |
| 309 | 0R0808-301153 | 810495 | 10/12/12 | 904.60 | 0.00 | 904.60 |
| 310 | 0R0808-301154 | 810496 | 10/12/12 | 224.20 | 321.73 | 545.93 |
| 311 | 0R0808-301155 | 810497 | 10/12/12 | 310.50 | 0.00 | 310.50 |
| 312 | 0R0808-301157 | 810498 | 10/12/12 | 3,593.40 | 0.00 | 3,593.40 |
| 313 | 0R0808-301158 | 810499 | 10/12/12 | 552.60 | 677.63 | 1,230.23 |
| 314 | 0R0808-301161 | 810500 | 10/12/12 | 84.20 | 0.00 | 84.20 |
| 315 | 0R0808-301163 | 810501 | 10/12/12 | 3,200.70 | 0.00 | 3,200.70 |
| 316 | 0R0808-301164 | 810502 | 10/12/12 | 203.00 | 0.00 | 203.00 |
| 317 | 0R0808-301165 | 810503 | 10/12/12 | 13,760.10 | 851.31 | 14,611.41 |
| 318 | 0R0808-301166 | 810504 | 10/12/12 | 78.00 | 0.00 | 78.00 |

Residential Capital, LLC, et al, debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012      #2378689

Code Key:
0R0802 - Mortgage operations            0R0806 - Witness Group
0R0803 - Real estate owned              0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 319 | 0R0808-301167 | 810505 | 10/12/12 | 104.70 | 0.00 | 104.70 |
| 320 | 0R0808-301168 | 810506 | 10/12/12 | 32.50 | 0.00 | 32.50 |
| 321 | 0R0808-301169 | 810507 | 10/12/12 | 14.50 | 0.00 | 14.50 |
| 322 | 0R0808-301170 | 810508 | 10/12/12 | 2,451.40 | 289.93 | 2,741.33 |
| 323 | 0R0808-301171 | 810509 | 10/12/12 | 875.70 | 0.00 | 875.70 |
| 324 | 0R0808-301172 | 810510 | 10/12/12 | 949.00 | 0.00 | 949.00 |
| 325 | 0R0808-301173 | 810511 | 10/12/12 | 646.70 | 0.00 | 646.70 |
| 326 | 0R0808-301174 | 810512 | 10/12/12 | 3,258.10 | 0.00 | 3,258.10 |
| 327 | 0R0808-301175 | 810513 | 10/12/12 | 7,712.70 | 523.27 | 8,235.97 |
| 328 | 0R0808-301176 | 810514 | 10/12/12 | 691.00 | 631.15 | 1,322.15 |
| 329 | 0R0808-301177 | 810515 | 10/12/12 | 338.50 | 0.00 | 338.50 |
| 330 | 0R0808-301178 | 810516 | 10/12/12 | 1,574.50 | 0.00 | 1,574.50 |
| 331 | 0R0808-301179 | 810517 | 10/12/12 | 1,066.00 | 0.00 | 1,066.00 |
| 332 | 0R0808-301180 | 810518 | 10/12/12 | 302.50 | 272.60 | 575.10 |
| 333 | 0R0808-301181 | 810519 | 10/12/12 | 18.20 | 0.00 | 18.20 |
| 334 | 0R0808-301182 | 810520 | 10/12/12 | 1,910.90 | 0.00 | 1,910.90 |
| 335 | 0R0808-301183 | 810521 | 10/12/12 | 190.00 | 0.00 | 190.00 |
| 336 | 0R0808-301184 | 810522 | 10/12/12 | 33.00 | 0.00 | 33.00 |
| 337 | 0R0808-301185 | 810523 | 10/12/12 | 500.10 | 0.00 | 500.10 |
| 338 | 0R0808-301186 | 810524 | 10/12/12 | 23,769.90 | 2,973.06 | 26,742.96 |
| 339 | 0R0808-301187 | 810525 | 10/12/12 | 59.80 | 0.00 | 59.80 |
| 340 | 0R0808-301188 | 810526 | 10/12/12 | 847.90 | 0.00 | 847.90 |
| 341 | 0R0808-301189 | 810527 | 10/12/12 | 471.30 | 0.00 | 471.30 |
| 342 | 0R0808-301190 | 810528 | 10/12/12 | 2,017.70 | 0.00 | 2,017.70 |
| 343 | 0R0808-301191 | 810529 | 10/12/12 | 1,758.20 | 0.00 | 1,758.20 |
| 344 | 0R0808-301192 | 810530 | 10/12/12 | 3,528.00 | 574.40 | 4,102.40 |
| 345 | 0R0808-301193 | 810532 | 10/12/12 | 1,653.70 | 0.00 | 1,653.70 |
| 346 | 0R0808-301194 | 810533 | 10/12/12 | 293.50 | 0.00 | 293.50 |
| 347 | 0R0808-301195 | 810534 | 10/12/12 | 663.00 | 0.00 | 663.00 |
| 348 | 0R0808-301196 | 810535 | 10/12/12 | 1,035.00 | 0.00 | 1,035.00 |
| 349 | 0R0808-301197 | 810536 | 10/12/12 | 2,446.40 | 0.00 | 2,446.40 |
| 350 | 0R0808-301198 | 810537 | 10/12/12 | 2,175.10 | 0.00 | 2,175.10 |

Rescap Liquidating Trust Administrator

Bradley Arant Boult Cummings LLP
Summary of Invoices  August 1, 2012 to August 31, 2012
October 12, 2012    #2378689

Code Key:
0R0802 - Mortgage operations                      0R0806 - Witness Group
0R0803 - Real estate owned                        0R0807 - Title claims
0G2012 "Safety valve" (material litigation)       0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)     0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 351 | 0R0808-301199 | 810538 | 10/12/12 | 2,614.30 | 0.00 | 2,614.30 |
| 352 | 0R0808-301200 | 810539 | 10/12/12 | 9,607.90 | 350.00 | 9,957.90 |
| 353 | 0R0808-301201 | 810540 | 10/12/12 | 1,207.50 | 0.00 | 1,207.50 |
| 354 | 0R0808-301202 | 810541 | 10/12/12 | 1,132.10 | 0.00 | 1,132.10 |
| 355 | 0R0808-301203 | 810542 | 10/12/12 | 559.40 | 0.00 | 559.40 |
| 356 | 0R0808-301204 | 810543 | 10/12/12 | 5,239.00 | 266.80 | 5,505.80 |
| 357 | 0R0808-301205 | 810544 | 10/12/12 | 5,713.80 | 0.00 | 5,713.80 |
| 358 | 0R0808-301206 | 810545 | 10/12/12 | 11,993.70 | 0.00 | 11,993.70 |
| 359 | 0R0808-301207 | 810546 | 10/12/12 | 4,641.90 | 580.65 | 5,222.55 |
| 360 | 0R0808-301208 | 810547 | 10/12/12 | 567.70 | 0.00 | 567.70 |
| 361 | 0R0808-301209 | 810548 | 10/12/12 | 578.90 | 0.00 | 578.90 |
| 362 | 0R0808-301210 | 810549 | 10/12/12 | 4,934.20 | 741.83 | 5,676.03 |
| 363 | 0R0808-301211 | 810550 | 10/12/12 | 627.00 | 0.00 | 627.00 |
| 364 | 0R0808-301212 | 810551 | 10/12/12 | 886.40 | 0.00 | 886.40 |
| 365 | 0R0808-301213 | 810552 | 10/12/12 | 66.70 | 0.00 | 66.70 |
| 366 | 0R0808-301214 | 810553 | 10/12/12 | 440.30 | 0.00 | 440.30 |
| 367 | 0R0808-301215 | 810554 | 10/12/12 | 470.30 | 0.00 | 470.30 |
| 368 | 0R0808-301216 | 810555 | 10/12/12 | 3,413.20 | 0.00 | 3,413.20 |
| 369 | 0R0808-301217 | 810556 | 10/12/12 | 256.20 | 0.00 | 256.20 |
| 370 | 0R0808-301218 | 810557 | 10/12/12 | 3,733.50 | 0.00 | 3,733.50 |
| 371 | 0R0808-301219 | 810558 | 10/12/12 | 1,728.90 | 0.00 | 1,728.90 |
| 372 | 0R0808-301220 | 810559 | 10/12/12 | 4,365.10 | 0.00 | 4,365.10 |
| 373 | 0R0808-301221 | 810560 | 10/12/12 | 47.00 | 0.00 | 47.00 |
| 374 | 0R0808-301223 | 810561 | 10/12/12 | 310.80 | 0.00 | 310.80 |
| 375 | 0R0808-301224 | 810562 | 10/12/12 | 86.40 | 0.00 | 86.40 |
| 376 | 0R0808-301225 | 810563 | 10/12/12 | 774.80 | 0.00 | 774.80 |
| 377 | 0R0808-301226 | 810564 | 10/12/12 | 1,640.10 | 0.00 | 1,640.10 |
| 378 | 0R0808-301227 | 810565 | 10/12/12 | 47.00 | 0.00 | 47.00 |
| 379 | 0R0808-301228 | 810566 | 10/12/12 | 292.60 | 0.00 | 292.60 |
| 380 | 0R0808-301229 | 810567 | 10/12/12 | 1,330.00 | 0.00 | 1,330.00 |
| 381 | 0R0808-301230 | 810568 | 10/12/12 | 932.40 | 0.00 | 932.40 |
| 382 | 0R0808-301231 | 810569 | 10/12/12 | 257.80 | 0.00 | 257.80 |

Residential Capital, LLC, et al., debtor
Bradley Arant Boult Cummings LLP
Summary of Invoices August 1, 2012 to August 31, 2012
October 12, 2012    #2378689

Code Key:
0R0802 - Mortgage operations          0R0806 - Witness Group
0R0803 - Real estate owned            0R0807 - Title claims
0G2012 "Safety valve" (material litigation)   0R0808 - Hourly Litigation
0G2011 - fixed fee litigation (Separate list)  0R0809 - Early Case Review
0R0805- SCG Group

| Count | Client/Matter # | Inv # | Inv Date | Fees | Costs | Total |
|---|---|---|---|---|---|---|
| 383 | 0R0808-301232 | 810570 | 10/12/12 | 2,685.50 | 0.00 | 2,685.50 |
| 384 | 0R0808-301233 | 810571 | 10/12/12 | 219.80 | 0.00 | 219.80 |
| 385 | 0R0808-301234 | 810572 | 10/12/12 | 244.10 | 0.00 | 244.10 |
| 386 | 0R0808-301235 | 810573 | 10/12/12 | 1,390.10 | 0.00 | 1,390.10 |
| 387 | 0R0808-301236 | 810574 | 10/12/12 | 660.80 | 0.00 | 660.80 |
| 388 | 0R0808-301237 | 810575 | 10/12/12 | 6,800.10 | 509.95 | 7,310.05 |
| 389 | 0R0808-301238 | 810576 | 10/12/12 | 930.20 | 0.00 | 930.20 |
| 390 | 0R0808-301239 | 810577 | 10/12/12 | 1,299.80 | 0.00 | 1,299.80 |
| 391 | 0R0808-301240 | 810578 | 10/12/12 | 1,575.30 | 0.00 | 1,575.30 |
| 392 | 0R0808-301241 | 810579 | 10/12/12 | 791.90 | 0.00 | 791.90 |
| 393 | 0R0808-301242 | 810580 | 10/12/12 | 152.00 | 0.00 | 152.00 |
| 394 | 0R0808-301753 | 810581 | 10/12/12 | 438.00 | 0.00 | 438.00 |
| 395 | 0r0808-301763 | 810582 | 10/12/12 | 730.50 | 0.00 | 730.50 |
| 396 | 0R0808-301786 | 810583 | 10/12/12 | 2,087.70 | 0.00 | 2,087.70 |
| 397 | 0R0808-301903 | 810584 | 10/12/12 | 5,872.60 | 95.00 | 5,967.60 |
| 398 | 0R0809-301001 | 810405 | 10/12/12 | 225.50 | 0.00 | 225.50 |
| 399 | 0R0809-301002 | 810406 | 10/12/12 | 89.60 | 0.00 | 89.60 |
| 400 | 0R0809-301003 | 810408 | 10/12/12 | 542.90 | 0.00 | 542.90 |
| 401 | 0R0809-301004 | 810410 | 10/12/12 | 547.50 | 0.00 | 547.50 |
| 402 | 0R0809-301006 | 810412 | 10/12/12 | 74.70 | 0.00 | 74.70 |
| 403 | 0R0809-301007 | 810414 | 10/12/12 | 750.00 | 0.00 | 750.00 |
| 404 | 0R0809-301008 | 810418 | 10/12/12 | 59.80 | 0.00 | 59.80 |
| 405 | 0R0809-301009 | 810419 | 10/12/12 | 2,420.90 | 0.00 | 2,420.90 |
| 406 | 0R0809-301010 | 810421 | 10/12/12 | 3,167.00 | 185.75 | 3,352.75 |
| | Grand Total: | | | 966,201.80 | 43,888.19 | 1,010,089.99 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                  SEPTEMBER 28, 2012
1100 Virginia Drive                                                     0r0803-102574
Fort Washington, PA 19034

                                                                        INVOICE #  808179

                                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0r0803-102574  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Locate and review title documents to create and understand the claim of title as it relates to GMAC interest in the property and the order (1.10); review the City's notes on the various code violations and status (0.70) | L120 | DBT | 1.10 | 255.00 | 280.50 |
| 08/02/12 | Summarize thoughts and questions and send to Y.McCoy | L120 | DBT | .40 | 255.00 | 102.00 |
| 08/06/12 | Review correspondence, orders, and title and draft monthly status update | L120 | DBT | .60 | 255.00 | 153.00 |
| 08/06/12 | Inquire about any bankruptcy implications that could be used for negotiation | L120 | DBT | .20 | 255.00 | 51.00 |
| 08/17/12 | Follow-up with C.Hancock regarding the implication of the GMAC bankruptcy on the code violation order (0.20); follow-up with Y.McCoy regarding GMAC's interest in the property (0.10) | L120 | DBT | .30 | 255.00 | 76.50 |
| 08/20/12 | Email with A.Peters regarding our responsibility to Lehman | L120 | DBT | .10 | 255.00 | 25.50 |
| 08/21/12 | Conference with C.Hancock regarding the implications of the bankruptcy regarding the order (0.20); summarize research and thoughts and send to C.Hancock for further thoughts regarding potential damage and options for resolve the order due to the bankruptcy (0.20) | L120 | DBT | .40 | 255.00 | 102.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0r0803-102574

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Review state statutes and municipal ordinances to determine whether the fines were civil or criminal in nature | L120 | DBT | .60 | 255.00 | 153.00 |

|  | FEES | | | | | $943.50 |
|  | AMOUNT DUE THIS BILL | | | | | $943.50 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
SEPTEMBER 28, 2012

0r0803-102574

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | 3.70 | 943.50 |
| Total | | | 3.70 | 943.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 28, 2012
                                                0r0803-102574
BILL AMOUNT        $943.50                       INVOICE #  808179

_____

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     09/28/2012
       Fort Washington, PA 19034   Invoice No.       808179
                                   Period ending:    08/31/2012


Case Management Number      LD   0r0803-102574


                                       Current Invoice
Code Task                         Hours              Fees

L120 Analysis/Strategy            3.70       $    943.50


                          =================================
             TOTAL FEES           3.70       $    943.50

                 TOTAL FEES DUE              $    943.50
          TOTAL DISBURSEMENTS DUE            $      0.00
             TOTAL DUE THIS INVOICE          $    943.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
1100 Virginia Drive                                       0R0803-105781
Fort Washington, PA 19034

                                                          INVOICE #  808180

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-105781  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Communications with retained counsel concerning the status of the settlement agreement with the neighboring land owner | | LG | .20 | 220.00 | 44.00 |
| 08/22/12 | Communications with client concerning its formal rejection of settlement offer | | LG | .20 | 220.00 | 44.00 |
| 08/22/12 | Analyze settlement offer | | LG | .10 | 220.00 | 22.00 |
| 08/22/12 | Draft letter reaffirming GMACÆs previous rejection of the settlement offer | | LG | .30 | 220.00 | 66.00 |
| 08/22/12 | Communications with retained counsel concerning written proof of GMACÆs rejection of an offer to purchase GMACÆs property | | LG | .20 | 220.00 | 44.00 |
| 08/23/12 | Communications with insurer discussing its willingness to contribute to a settlement agreement | | LG | .20 | 220.00 | 44.00 |
| 08/23/12 | Communications with GMAC concerning the case status and the insurerÆs willingness to contribute to a settlement | | LG | .10 | 220.00 | 22.00 |

                              FEES                            $286.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
SEPTEMBER 28, 2012

0R0803-105781

FED ID NO. 63-0243316

---

AMOUNT DUE THIS BILL                    $286.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
SEPTEMBER 28, 2012

0R0803-105781

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | 1.30 | 286.00 |
| Total | | | 1.30 | 286.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
                                                         0R0803-105781
BILL AMOUNT          $286.00                             INVOICE #  808180

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/28/2012
       Fort Washington, PA 19034       Invoice No.       808180
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0803-105781

|             | Current Invoice | |
| Code Task   | Hours | Fees |
|             | 1.30  | $   286.00 |
| TOTAL FEES  | 1.30  | $   286.00 |

| | |
|---|---|
| TOTAL FEES DUE          | $   286.00 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE  | $   286.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-106025

INVOICE #  808181

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-106025  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Telephone conference with F.Robinson regarding MDJ (0.10); review files and correspondence with MDJ representatives and provide F.Robinson with known contact names and information (0.50) | | DBT | .60 | 255.00 | 153.00 |

FEES                                    $153.00

AMOUNT DUE THIS BILL                    $153.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-106025

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .60 | 153.00 |
| Total | | | .60 | 153.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $153.00

SEPTEMBER 28, 2012
0R0803-106025
INVOICE #  808181

| To: | ResCap | TC Number: | NA |
|-----|--------|------------|-----|
|     | 1100 Virginia Drive | Invoice Date: | 09/28/2012 |
|     | Fort Washington, PA 19034 | Invoice No. | 808181 |
|     |        | Period ending: | 08/31/2012 |

Case Management Number        LD   0R0803-106025

|  |  | Current Invoice | |
|--|--|--|--|
| Code Task |  | Hours | Fees |
|  |  | 0.60 | $   153.00 |
|  |  | ================================= |  |
|  | TOTAL FEES | 0.60 | $   153.00 |
|  | TOTAL FEES DUE |  | $   153.00 |
|  | TOTAL DISBURSEMENTS DUE |  | $     0.00 |
|  | TOTAL DUE THIS INVOICE |  | $   153.00 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0r0803-106891

INVOICE #  808182

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0r0803-106891  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Conferred with S.Lombardo and counsel for other servicers regarding subcommittee related to property protocol agreement | B250 | CJA | .70 | 265.00 | 185.50 |
| 08/28/12 | Conference call with servicer group (BoA, One West, Ocwen, Wells Fargo, American Home) regarding LACA's property protocol agreement and general comments thereto | B250 | CJA | 1.00 | 265.00 | 265.00 |

|  |  |  |  |
|--|--|--|--|
| FEES |  |  | $450.50 |
| AMOUNT DUE THIS BILL |  |  | $450.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0r0803-106891

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 1.70 | 450.50 |
| Total | | | 1.70 | 450.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 28, 2012
                                                0r0803-106891
BILL AMOUNT          $450.50                    INVOICE #  808182

To:    ResCap                     TC Number:        NA
       1100 Virginia Drive        Invoice Date:     09/28/2012
       Fort Washington, PA 19034  Invoice No.       808182
                                  Period ending:    08/31/2012

Case Management Number      LD   0r0803-106891

                                        Current Invoice
Code Task                               Hours           Fees

B250 Real Estate                         1.70      $     450.50

                          =====================================
             TOTAL FEES                  1.70      $     450.50

             TOTAL FEES DUE                        $     450.50
     TOTAL DISBURSEMENTS DUE                        $       0.00
        TOTAL DUE THIS INVOICE                      $     450.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-107382

INVOICE #  808183

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-107382    TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Attend hearing on Plaintiff's motion to perfect service through publication. | | JDV | 1.00 | 275.00 | 275.00 |
| 08/01/12 | Analyze various documents relevant to the case in preparation for hearing regarding a service of process issue | | LG | .70 | 220.00 | 154.00 |
| 08/20/12 | Initial draft of Notice of Action to clerk for service by publication | | ERP | .70 | 175.00 | 122.50 |
| 08/20/12 | Initial draft of letter to clerk of court enclosing notice of action | | ERP | .20 | 175.00 | 35.00 |
| 08/20/12 | Analyze process for serving a defendant by publication in Florida | | LG | .30 | 220.00 | 66.00 |

FEES                                   $652.50

AMOUNT DUE THIS BILL                   $652.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-107382

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .90 | 157.50 |
| Jose D. Vega | Associate | 275.00 | 1.00 | 275.00 |
| Lee Gilley | Associate | 220.00 | 1.00 | 220.00 |
| Total | | | 2.90 | 652.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 28, 2012
                                                         0R0803-107382
BILL AMOUNT        $652.50                                INVOICE #  808183

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     09/28/2012
       Fort Washington, PA 19034   Invoice No.       808183
                                   Period ending:    08/31/2012

Case Management Number      LD  0R0803-107382

|                |  | Current Invoice |  |
| Code Task      |  | Hours | | Fees |
|                |  | 2.90  | $ | 652.50 |
|                |  | ================= |  |
| TOTAL FEES     |  | 2.90  | $ | 652.50 |
|                |  |       |   |        |
| TOTAL FEES DUE |  |       | $ | 652.50 |
| TOTAL DISBURSEMENTS DUE | | | $ | 0.00 |
| TOTAL DUE THIS INVOICE  | | | $ | 652.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-108891

INVOICE #  808184

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-108891  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | E-mail communications with D.Mitchell at AFX Title regarding questions on ordering a title report | | ERP | .20 | 175.00 | 35.00 |
| 08/24/12 | Review of client documents in preparation of ordering title report with AFX Title | | ERP | .30 | 175.00 | 52.50 |
| 08/24/12 | E-mail communication with S.Mueller at Chicago Title Company regarding process to request title report | | ERP | .20 | 175.00 | 35.00 |
| 08/24/12 | Emails with retained counsel regarding chain of title for 3 lots at issue | | HEA | .50 | 295.00 | 147.50 |

FEES                          $270.00

AMOUNT DUE THIS BILL          $270.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-108891

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .70 | 122.50 |
| Hall Eady | Partner | 295.00 | .50 | 147.50 |
| Total | | | 1.20 | 270.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 28, 2012
                                                0R0803-108891
BILL AMOUNT          $270.00                    INVOICE #  808184

To:    ResCap                    TC Number:        NA
       1100 Virginia Drive       Invoice Date:     09/28/2012
       Fort Washington, PA 19034 Invoice No.       808184
                                 Period ending:    08/31/2012

Case Management Number    LD    0R0803-108891

|                          | Current Invoice | | |
|--------------------------|-------|---|--------|
| Code Task                | Hours | | Fees |
|                          | 1.20 | $ | 270.00 |
|                          | ================================= | | |
| TOTAL FEES               | 1.20 | $ | 270.00 |
| TOTAL FEES DUE           |      | $ | 270.00 |
| TOTAL DISBURSEMENTS DUE  |      | $ | 0.00 |
| TOTAL DUE THIS INVOICE   |      | $ | 270.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012

0R0803-109172

INVOICE #  808185

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-109172   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Initial review of filed copy of Plaintiff's Notice of Voluntary Dismissal | | ERP | .20 | 175.00 | 35.00 |

FEES                                           $35.00

AMOUNT DUE THIS BILL                           $35.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-109172

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .20 | 35.00 |
| Total | | | .20 | 35.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 28, 2012
0R0803-109172

BILL AMOUNT        $35.00

INVOICE #  808185

To:    ResCap                     TC Number:        NA
       1100 Virginia Drive        Invoice Date:     09/28/2012
       Fort Washington, PA 19034  Invoice No.       808185
                                  Period ending:    08/31/2012

Case Management Number      LD  0R0803-109172

|            | Current Invoice | | |
| Code Task  | Hours |    | Fees |
|            | 0.20  | $  | 35.00 |
| ================================ | | | |
| TOTAL FEES | 0.20  | $  | 35.00 |
| TOTAL FEES DUE           | | $ | 35.00 |
| TOTAL DISBURSEMENTS DUE  | | $ | 0.00 |
| TOTAL DUE THIS INVOICE   | | $ | 35.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                SEPTEMBER 28, 2012
1100 Virginia Drive                                                   0R0803-109264
Fort Washington, PA 19034

INVOICE #  808186

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-109264  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review and update status of matter for July | | ERP | .20 | 175.00 | 35.00 |
| 08/23/12 | Review correspondence from consultant regarding status of environmental remediation work | | DERO | .20 | 410.00 | 82.00 |
| 08/28/12 | Review Terracon correspondence and related correspondence with client regarding  site environmental and related remediation issues | | DERO | .50 | 410.00 | 205.00 |
| 08/29/12 | Correspondence regarding environmental remediation costs | | DERO | .10 | 410.00 | 41.00 |

FEES                                               $363.00

AMOUNT DUE THIS BILL                               $363.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-109264

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 410.00 | .80 | 328.00 |
| Emily R. Powell | Paralegal | 175.00 | .20 | 35.00 |
| Total | | | 1.00 | 363.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 28, 2012
0R0803-109264

BILL AMOUNT            $363.00              INVOICE #  808186

To:    ResCap                    TC Number:       NA
       1100 Virginia Drive       Invoice Date:    09/28/2012
       Fort Washington, PA 19034  Invoice No.      808186
                                  Period ending:   08/31/2012

Case Management Number      LD   0R0803-109264

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
|  |  | 1.00 | $   363.00 |
|  |  | ========================= | |
| TOTAL FEES |  | 1.00 | $   363.00 |
|  | TOTAL FEES DUE |  | $   363.00 |
|  | TOTAL DISBURSEMENTS DUE |  | $     0.00 |
|  | TOTAL DUE THIS INVOICE |  | $   363.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              SEPTEMBER 28, 2012
1100 Virginia Drive                                                0R0803-109849
Fort Washington, PA 19034

                                                                   INVOICE #  808187

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-109849  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Hunt:  Consider J.Hoy inquiry regarding 1747 N.Lender and respond to same | | DBT | .10 | 255.00 | 25.50 |

                              FEES                                  $25.50


                              AMOUNT DUE THIS BILL                  $25.50


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-109849

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .10 | 25.50 |
| Total | | | .10 | 25.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
                                                         0R0803-109849
BILL AMOUNT          $25.50                              INVOICE #  808187

To:    ResCap                         TC Number:         NA
       1100 Virginia Drive            Invoice Date:      09/28/2012
       Fort Washington, PA 19034      Invoice No.        808187
                                      Period ending:     08/31/2012

Case Management Number      LD  0R0803-109849

|  | Current Invoice | |
| Code Task | Hours | Fees |
| | 0.10 | $   25.50 |
| ========================================== | | |
| TOTAL FEES | 0.10 | $   25.50 |
| | | |
| TOTAL FEES DUE | | $   25.50 |
| TOTAL DISBURSEMENTS DUE | | $    0.00 |
| TOTAL DUE THIS INVOICE | | $   25.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 28, 2012
1100 Virginia Drive                             0R0803-109911
Fort Washington, PA 19034

                                                INVOICE #  808188

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-109911  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Retrieve and review docket regarding status of matter | | ERP | .20 | 175.00 | 35.00 |
| 08/20/12 | Emails with retained counsel regarding pending lien dispute | | HEA | .30 | 295.00 | 88.50 |

|  |  |  |
|---|---|---|
| | FEES | $123.50 |
| | AMOUNT DUE THIS BILL | $123.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
SEPTEMBER 28, 2012

0R0803-109911

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .20 | 35.00 |
| Hall Eady | Partner | 295.00 | .30 | 88.50 |
| Total | | | .50 | 123.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 28, 2012
0R0803-109911

BILL AMOUNT          $123.50                    INVOICE #  808188

To:     ResCap                      TC Number:          NA
        1100 Virginia Drive         Invoice Date:       09/28/2012
        Fort Washington, PA 19034   Invoice No.         808188
                                    Period ending:      08/31/2012

Case Management Number      LD   0R0803-109911

|                        | Current Invoice |        |
| Code Task              | Hours           | Fees   |
|------------------------|-----------------|--------|
|                        | 0.50            | $  123.50 |
|========================|=================|========|
| TOTAL FEES             | 0.50            | $  123.50 |
|                        |                 |        |
| TOTAL FEES DUE         |                 | $  123.50 |
| TOTAL DISBURSEMENTS DUE |                |  $   0.00 |
| TOTAL DUE THIS INVOICE |                 | $  123.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-301032

INVOICE #  808189

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301032   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Telephone call with potential purchaser of property for $50K (.5); draft and send email to C.Mishler regarding offer to purchase and status of title defect curative efforts by Fidelity (.3) | | HEA | .80 | 295.00 | 236.00 |

| | | |
|--|--|--|
| | FEES | $236.00 |
| | AMOUNT DUE THIS BILL | $236.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-301032

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | .80 | 236.00 |
| Total |  |  | .80 | 236.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 28, 2012
                                                               0R0803-301032
BILL AMOUNT           $236.00                                  INVOICE #  808189

To:    ResCap                        TC Number:          NA
       1100 Virginia Drive           Invoice Date:       09/28/2012
       Fort Washington, PA 19034     Invoice No.         808189
                                     Period ending:      08/31/2012

Case Management Number        LD   0R0803-301032

| Code Task | Current Invoice | | |
| --- | --- | --- | --- |
| | Hours | | Fees |
| | 0.80 | $ | 236.00 |
| TOTAL FEES | 0.80 | $ | 236.00 |
| TOTAL FEES DUE | | $ | 236.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 236.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-301046

INVOICE #  808190

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301046   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Communications with client concerning the neighbor's most recent settlement offer | | LG | .20 | 220.00 | 44.00 |
| 08/28/12 | Communications with title insurer concerning its willingness to contribute to settle the current litigation involving the property | | LG | .40 | 220.00 | 88.00 |
| 08/28/12 | Communications with GMAC concerning their willingness to accept the title insurer's offer | | LG | .10 | 220.00 | 22.00 |
| 08/28/12 | Communications with retained counsel concerning the need to extend an additional settlement offer to the owner of the neighboring property | | LG | .10 | 220.00 | 22.00 |
| 08/31/12 | Call with retained counsel discussing settlement offer to resolve the dispute with an adjacent property owner | | LG | .20 | 220.00 | 44.00 |

FEES                                         $220.00

DESCRIPTION OF DISBURSEMENTS

07       Filing Fees                         12.01

COSTS                         $12.01



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-301046

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $232.01

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
SEPTEMBER 28, 2012

0R0803-301046

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | 1.00 | 220.00 |
| Total | | | 1.00 | 220.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 28, 2012
0R0803-301046

BILL AMOUNT          $232.01

INVOICE #  808190

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     09/28/2012
       Fort Washington, PA 19034      Invoice No.       808190
                                     Period ending:    08/31/2012

Case Management Number      LD  0R0803-301046

|  | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
| | 1.00  $  220.00 | |
| | ================================ | |
| TOTAL FEES | 1.00  $  220.00 | |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 220.00 |
| TOTAL DISBURSEMENTS DUE | $ | 12.01 |
| TOTAL DUE THIS INVOICE | $ | 232.01 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-301083

INVOICE #  808191

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301083   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Review and update status of matter | | ERP | .20 | 175.00 | 35.00 |

| | FEES | | | | | $35.00 |

| | AMOUNT DUE THIS BILL | | | | | $35.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-301083

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .20 | 35.00 |
| Total | | | .20 | 35.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 28, 2012
                                                               0R0803-301083
BILL AMOUNT          $35.00                                    INVOICE #  808191

To:    ResCap                       TC Number:          NA
       1100 Virginia Drive          Invoice Date:       09/28/2012
       Fort Washington, PA 19034    Invoice No.         808191
                                    Period ending:      08/31/2012

Case Management Number       LD   0R0803-301083

                                          Current Invoice
Code Task                             Hours              Fees

                                       0.20       $      35.00

                                  =================================
          TOTAL FEES                   0.20       $      35.00

          TOTAL FEES DUE                          $      35.00
          TOTAL DISBURSEMENTS DUE                 $       0.00
          TOTAL DUE THIS INVOICE                  $      35.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 28, 2012
1100 Virginia Drive                             0R0803-301099
Fort Washington, PA 19034

                                                INVOICE #  808192

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301099  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Communications with former foreclosure counsel concerning its foreclosure file for the pending matter | | LG | .30 | 220.00 | 66.00 |
| 08/22/12 | Communications with new foreclosure counsel concerning its file for a pending matter | | LG | .20 | 220.00 | 44.00 |
| 08/22/12 | Communications with GMAC concerning foreclosure documents for a pending matter and providing a status update | | LG | .30 | 220.00 | 66.00 |
| 08/22/12 | Analyze documents necessary for GMAC to move forward with its pending action | | LG | .40 | 220.00 | 88.00 |
| 08/24/12 | Communications with client updating the status of the case | | LG | .30 | 220.00 | 66.00 |

                          FEES                              $330.00


                    AMOUNT DUE THIS BILL                    $330.00


                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301099

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | 1.50 | 330.00 |
| Total | | | 1.50 | 330.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 28, 2012
                                                               0R0803-301099
BILL AMOUNT          $330.00                                   INVOICE #  808192

To:    ResCap                        TC Number:         NA
       1100 Virginia Drive           Invoice Date:      09/28/2012
       Fort Washington, PA 19034     Invoice No.        808192
                                     Period ending:     08/31/2012

Case Management Number      LD  0R0803-301099

|                  | Current Invoice | |
|------------------|-------|---------|
| Code Task        | Hours | Fees    |
|                  | 1.50  | $  330.00 |
| TOTAL FEES       | 1.50  | $  330.00 |
| TOTAL FEES DUE   |       | $  330.00 |
| TOTAL DISBURSEMENTS DUE |  | $    0.00 |
| TOTAL DUE THIS INVOICE  |  | $  330.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      SEPTEMBER 28, 2012
1100 Virginia Drive                                        0R0803-301104
Fort Washington, PA 19034

INVOICE #  808193

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301104  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Initial draft of closing memorandum for attorney review | | ERP | .50 | 175.00 | 87.50 |
| 08/01/12 | E-mail communication with Y.McCoy attaching closing memorandum | | ERP | .20 | 175.00 | 35.00 |

FEES                                      $122.50

AMOUNT DUE THIS BILL                      $122.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
SEPTEMBER 28, 2012

0R0803-301104

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .70 | 122.50 |
| Total | | | .70 | 122.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      SEPTEMBER 28, 2012
                                                           0R0803-301104
BILL AMOUNT        $122.50                                 INVOICE #  808193

_____

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     09/28/2012
       Fort Washington, PA 19034       Invoice No.       808193
                                       Period ending:    08/31/2012


Case Management Number      LD  0R0803-301104


                                          Current Invoice
Code Task                              Hours            Fees

                                       0.70      $    122.50

                              ==================================
                    TOTAL FEES         0.70      $    122.50

                    TOTAL FEES DUE               $    122.50
              TOTAL DISBURSEMENTS DUE            $      0.00
              TOTAL DUE THIS INVOICE             $    122.50



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-301125

INVOICE #   808194

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301125   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | E-mail communication with L.Gilley requesting status of file and how to proceed | | ERP | .10 | 175.00 | 17.50 |
| 08/23/12 | Initial draft of closing memorandum for attorney review | | ERP | .40 | 175.00 | 70.00 |
| 08/27/12 | Revise and finalize closing memorandum | | ERP | .30 | 175.00 | 52.50 |
| 08/27/12 | E-mail communication with E.Maynard attaching closing memorandum | | ERP | .20 | 175.00 | 35.00 |

FEES                                      $175.00

AMOUNT DUE THIS BILL                       $175.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301125

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | 1.00 | 175.00 |
| Total | | | 1.00 | 175.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

SEPTEMBER 28, 2012
0R0803-301125

BILL AMOUNT          $175.00

INVOICE #   808194

---

To:     ResCap                          TC Number:          NA
        1100 Virginia Drive             Invoice Date:       09/28/2012
        Fort Washington, PA 19034       Invoice No.         808194
                                        Period ending:      08/31/2012

Case Management Number       LD   0R0803-301125

|  | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
|  | 1.00 | $   175.00 |
| TOTAL FEES | 1.00 | $   175.00 |
| TOTAL FEES DUE |  | $   175.00 |
| TOTAL DISBURSEMENTS DUE |  | $     0.00 |
| TOTAL DUE THIS INVOICE |  | $   175.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-301140

INVOICE #  808195

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301140   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Draft status report for client as follows: "We have agreed to a settlement amount with John Cowgill and his attorney. We are still waiting to hear from Y.McCoy regarding whether the settlement has been approved by GMAC." | | VP | .20 | 230.00 | 46.00 |
| 08/13/12 | Draft settlement agreement | | MWK | 1.50 | 410.00 | 615.00 |
| 08/22/12 | Exchange email correspondence with M.Jensen, counsel for Cowgill, and L.DeSilva exchanging settlement agreement signatures | | MWK | .20 | 410.00 | 82.00 |
| 08/23/12 | Exchange email correspondence with F.Robinson and M.Jensen (counsel for Cowgill) regarding production of W9 to facilitate settlement payment | | MWK | .20 | 410.00 | 82.00 |

FEES                              $825.00

AMOUNT DUE THIS BILL              $825.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
SEPTEMBER 28, 2012

ResCap

0R0803-301140

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael W. Knapp | Partner | 410.00 | 1.90 | 779.00 |
| Vesco Petrov | Associate | 230.00 | .20 | 46.00 |
| Total | | | 2.10 | 825.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              SEPTEMBER 28, 2012
                                                    0R0803-301140
BILL AMOUNT          $825.00                        INVOICE #  808195

To:    ResCap                       TC Number:        NA
       1100 Virginia Drive          Invoice Date:     09/28/2012
       Fort Washington, PA 19034    Invoice No.       808195
                                    Period ending:    08/31/2012

Case Management Number      LD  0R0803-301140

                                        Current Invoice
Code Task                          Hours              Fees

                                   2.10      $     825.00

                             ========================================
              TOTAL FEES           2.10      $     825.00

              TOTAL FEES DUE                 $     825.00
       TOTAL DISBURSEMENTS DUE               $       0.00
       TOTAL DUE THIS INVOICE                $     825.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-301144

INVOICE #  808196

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301144  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Communications concerning the lien holders tax identification number | | LG | .20 | 220.00 | 44.00 |
| 08/16/12 | Communications concerning status of clients payment to prior lien holder | | LG | .20 | 220.00 | 44.00 |
| 08/23/12 | Draft letter enclosing check to opposing counsel in order to obtain a release of lien | | LG | .30 | 220.00 | 66.00 |
| 08/29/12 | Communications concerning the status of GMACÆs lien release payment | | LG | .10 | 220.00 | 22.00 |

                                        FEES                    $176.00

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 11.47 |

                        COSTS                    $11.47

                AMOUNT DUE THIS BILL            $187.47

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
SEPTEMBER 28, 2012

ResCap

0R0803-301144

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | .80 | 176.00 |
| Total | | | .80 | 176.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $187.47

SEPTEMBER 28, 2012
0R0803-301144
INVOICE #  808196

| | |
|---|---|
| To:   ResCap | TC Number:       NA |
| 1100 Virginia Drive | Invoice Date:    09/28/2012 |
| Fort Washington, PA 19034 | Invoice No.      808196 |
| | Period ending:   08/31/2012 |

Case Management Number      LD  0R0803-301144

| Code Task | | Current Invoice | |
|---|---|---|---|
| | | Hours | Fees |
| | | 0.80 | $   176.00 |
| | | ========================= | |
| | TOTAL FEES | 0.80 | $   176.00 |
| | TOTAL FEES DUE | | $   176.00 |
| | TOTAL DISBURSEMENTS DUE | | $    11.47 |
| | TOTAL DUE THIS INVOICE | | $   187.47 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 28, 2012
1100 Virginia Drive                                            0R0803-301145
Fort Washington, PA 19034

                                                              INVOICE #  808197

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301145  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Initial draft of closing memorandum for attorney review | | ERP | .60 | 175.00 | 105.00 |
| 08/03/12 | E-mail communication with L.Scott attaching closing memorandum | | ERP | .10 | 175.00 | 17.50 |

                                    FEES                              $122.50

                            AMOUNT DUE THIS BILL                      $122.50

                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301145

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .70 | 122.50 |
| Total | | | .70 | 122.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
                                                          0R0803-301145
BILL AMOUNT        $122.50                                INVOICE #  808197

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     09/28/2012
       Fort Washington, PA 19034     Invoice No.       808197
                                     Period ending:    08/31/2012

Case Management Number      LD  0R0803-301145

                                        Current Invoice
Code Task                               Hours          Fees

                                        0.70      $   122.50

                          ==================================
                TOTAL FEES              0.70      $   122.50

                TOTAL FEES DUE                    $   122.50
                TOTAL DISBURSEMENTS DUE           $     0.00
                TOTAL DUE THIS INVOICE            $   122.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012
0R0803-301146

INVOICE #  808198

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301146   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Contact Cleveland Housing authority regarding firms on 6101 Luther and write update email to Y.McCoy regarding demo and transfer | | KSA | .30 | 280.00 | 84.00 |
| 08/02/12 | Status update regarding Cleveland Housing cases | | KSA | .10 | 280.00 | 28.00 |
| 08/03/12 | Initial draft of closing memorandum for attorney review | | ERP | .60 | 175.00 | 105.00 |
| 08/03/12 | E-mail communication with L.Scott attaching closing memorandum | | ERP | .10 | 175.00 | 17.50 |
| 08/23/12 | Review account history notes and draft letter to Pinnacle regarding payment | | KSA | .40 | 280.00 | 112.00 |

FEES                               $346.50

AMOUNT DUE THIS BILL               $346.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301146

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .70 | 122.50 |
| Keith S. Anderson | Associate | 280.00 | .80 | 224.00 |
| Total | | | 1.50 | 346.50 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $346.50

SEPTEMBER 28, 2012
0R0803-301146
INVOICE #  808198

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        NA
Invoice Date:     09/28/2012
Invoice No.       808198
Period ending:    08/31/2012

Case Management Number      LD  0R0803-301146

| Code Task | Current Invoice | | |
|---|---|---|---|
| | Hours | | Fees |
| | 1.50 | $ | 346.50 |
| | ============================== | | |
| TOTAL FEES | 1.50 | $ | 346.50 |
| TOTAL FEES DUE | | $ | 346.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 346.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          SEPTEMBER 28, 2012
1100 Virginia Drive                             0R0803-301147
Fort Washington, PA 19034

                                                INVOICE #  808199

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301147  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review correspondence from C.Mishler; draft memo on title opinion | | TMB | .30 | 410.00 | 123.00 |
| 08/10/12 | Review correspondence from C.Mishlin re strategy; draft updated status report | | TMB | .40 | 410.00 | 164.00 |
| 08/10/12 | Review and update status of matter for July | | ERP | .20 | 175.00 | 35.00 |
| 08/10/12 | Initial draft of closing memorandum for attorney review | | ERP | .60 | 175.00 | 105.00 |
| 08/10/12 | E-mail communication to P.Evans attaching closing memorandum | | ERP | .20 | 175.00 | 35.00 |
| 08/30/12 | Review correspondence from C.Mishler and draft response re opinion on closing file | | TMB | .30 | 410.00 | 123.00 |

                    FEES                              $585.00


                AMOUNT DUE THIS BILL                  $585.00


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
SEPTEMBER 28, 2012

ResCap

0R0803-301147

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 410.00 | 1.00 | 410.00 |
| Emily R. Powell | Paralegal | 175.00 | 1.00 | 175.00 |
| Total | | | 2.00 | 585.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                SEPTEMBER 28, 2012
                                                      0R0803-301147
BILL AMOUNT          $585.00                          INVOICE #   808199

To:     ResCap                      TC Number:        NA
        1100 Virginia Drive         Invoice Date:     09/28/2012
        Fort Washington, PA 19034   Invoice No.       808199
                                    Period ending:    08/31/2012

Case Management Number      LD   0R0803-301147

|                          | Current Invoice | |
|---|---|---|
| Code Task                | Hours | Fees |
|                          | 2.00  | $   585.00 |
|                          | ============================= | |
| TOTAL FEES               | 2.00  | $   585.00 |
| TOTAL FEES DUE           |       | $   585.00 |
| TOTAL DISBURSEMENTS DUE  |       | $     0.00 |
| TOTAL DUE THIS INVOICE   |       | $   585.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                      SEPTEMBER 28, 2012
1100 Virginia Drive                                                         0R0803-301151
Fort Washington, PA 19034

                                                                            INVOICE #  808200

                                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301151  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Initial Draft of closing memorandum for attorney review | | ERP | .60 | 175.00 | 105.00 |
| 08/03/12 | E-mail communication with Y.McCoy attaching closing memorandum | | ERP | .10 | 175.00 | 17.50 |

                              FEES                                  $122.50


                              AMOUNT DUE THIS BILL                  $122.50


                   ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-301151

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .70 | 122.50 |
| Total | | | .70 | 122.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                      SEPTEMBER 28, 2012
                                            0R0803-301151
BILL AMOUNT        $122.50                  INVOICE #  808200

To:    ResCap                  TC Number:        NA
       1100 Virginia Drive     Invoice Date:     09/28/2012
       Fort Washington, PA 19034 Invoice No.     808200
                               Period ending:    08/31/2012

Case Management Number      LD  0R0803-301151

                                        Current Invoice
Code Task                           Hours          Fees

                                    0.70    $    122.50

                        =================================
                TOTAL FEES          0.70    $    122.50

                TOTAL FEES DUE              $    122.50
        TOTAL DISBURSEMENTS DUE             $      0.00
        TOTAL DUE THIS INVOICE             $    122.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
1100 Virginia Drive                                       0R0803-301152
Fort Washington, PA 19034

                                                          INVOICE #  808201

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301152  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/03/12 | Initial draft of closing memorandum for attorney review | | ERP | .60 | 175.00 | 105.00 |
| 08/03/12 | E-mail communication with Y.McCoy attaching closing memorandum | | ERP | .10 | 175.00 | 17.50 |

                          FEES                            $122.50

                  AMOUNT DUE THIS BILL                    $122.50

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301152

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .70 | 122.50 |
| Total | | | .70 | 122.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                        SEPTEMBER 28, 2012
                                              0R0803-301152
BILL AMOUNT          $122.50                  INVOICE #  808201

To:    ResCap                    TC Number:          NA
       1100 Virginia Drive       Invoice Date:       09/28/2012
       Fort Washington, PA 19034  Invoice No.        808201
                                 Period ending:      08/31/2012

Case Management Number      LD  0R0803-301152

                                      Current Invoice
Code Task                         Hours          Fees

                                  0.70     $    122.50

                              ==============================
                  TOTAL FEES    0.70     $    122.50

                  TOTAL FEES DUE        $    122.50
            TOTAL DISBURSEMENTS DUE     $      0.00
            TOTAL DUE THIS INVOICE      $    122.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          SEPTEMBER 28, 2012
1100 Virginia Drive                                             0R0803-301164
Fort Washington, PA 19034

                                                               INVOICE #  808202

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301164  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Leave voice mail message for J.Schlick regarding update on his discussions with E.Cunningham (0.10); telephone conference with J.Schlick regarding update from his ongoing discussions with E.Cunningham (0.10) | | DBT | .20 | 255.00 | 51.00 |

                                FEES                                    $51.00

                                AMOUNT DUE THIS BILL                    $51.00

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301164

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 255.00 | .20 | 51.00 |
| Total | | | .20 | 51.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 28, 2012
                                                               0R0803-301164
BILL AMOUNT        $51.00                                       INVOICE #  808202

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      09/28/2012
       Fort Washington, PA 19034        Invoice No.        808202
                                       Period ending:     08/31/2012

Case Management Number       LD  0R0803-301164

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| | | 0.20 | $   51.00 |
| | | ================================== | |
| TOTAL FEES | | 0.20 | $   51.00 |
| | | | |
| TOTAL FEES DUE | | $ | 51.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 51.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
1100 Virginia Drive                                      0R0803-301166
Fort Washington, PA 19034

                                                         INVOICE #  808204

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301166  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Conference call with C.Mishler regarding status of title curative work | | CJA | .50 | 265.00 | 132.50 |
| 08/07/12 | Drafted hold harmless agreement and conferred with C.Mishler regarding same | | CJA | 1.70 | 265.00 | 450.50 |
| 08/21/12 | Conferred with neighbor's counsel regarding release of mechanic's lien | | CJA | .30 | 265.00 | 79.50 |
| 08/30/12 | Conferred with neighbor's counsel regarding release of mechanic's lien on GMAC REO property | | CJA | .30 | 265.00 | 79.50 |

                              FEES                              $742.00


                              AMOUNT DUE THIS BILL              $742.00


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301166

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 265.00 | 2.80 | 742.00 |
| Total | | | 2.80 | 742.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 28, 2012
0R0803-301166

BILL AMOUNT          $742.00

INVOICE #  808204

To:   ResCap                          TC Number:        NA
      1100 Virginia Drive             Invoice Date:     09/28/2012
      Fort Washington, PA 19034       Invoice No.       808204
                                      Period ending:    08/31/2012

Case Management Number      LD  0R0803-301166

|  | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
|  | 2.80 | $   742.00 |
|  | ================================ | |
| TOTAL FEES | 2.80 | $   742.00 |
| TOTAL FEES DUE |  | $   742.00 |
| TOTAL DISBURSEMENTS DUE |  | $     0.00 |
| TOTAL DUE THIS INVOICE |  | $   742.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        SEPTEMBER 28, 2012
1100 Virginia Drive                                          0R0803-301169
Fort Washington, PA 19034

                                                             INVOICE #  808205

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301169  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Retrieve and initial review of 7 property documents regarding subdivision | | ERP | .80 | 175.00 | 140.00 |
| 08/20/12 | Review covenants, conditions and restrictions and applicable amendments thereto in order to determine setback violation and how to proceed with obtaining release of CCRs | | CJA | 2.60 | 265.00 | 689.00 |
| 08/20/12 | Analyze neighborhood declarations and covenants in order to determine the procedure for requesting a variance from the association | | LG | .50 | 220.00 | 110.00 |
| 08/28/12 | Review of declarations and conferred with involved parties regarding declaration and potential avenues regarding exception to setback requirement | | CJA | .80 | 265.00 | 212.00 |
| 08/28/12 | Analyze next steps for resolving the alleged encroachment and set back issues related to the subject property | | LG | .40 | 220.00 | 88.00 |
| 08/28/12 | Begin drafting letter to the homeowner&s association requesting information related to the subject property | | LG | .80 | 220.00 | 176.00 |
| 08/31/12 | Confirm that the homeowners association is now defunct | | LG | .30 | 220.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
SEPTEMBER 28, 2012

ResCap

0R0803-301169

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Analysis attempting to locate a representative of the now defunct homeowner&s association | | LG | .30 | 220.00 | 66.00 |
| 08/31/12 | Communication with former HOA representative in an effort to locate HOA documents | | LG | .20 | 220.00 | 44.00 |

|  | FEES | | | | | $1,591.00 |
| 08/28/12 | Copy Charges | | | | 0.00 | |
|  | AMOUNT DUE THIS BILL | | | | | $1,591.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
SEPTEMBER 28, 2012

0R0803-301169

FED ID NO. 63-0243316

ResCap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Emily R. Powell | Paralegal | 175.00 | .80 | 140.00 |
| C. Jason Avery | Associate | 265.00 | 3.40 | 901.00 |
| Lee Gilley | Associate | 220.00 | 2.50 | 550.00 |
| Total | | | 6.70 | 1,591.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 28, 2012
                                                0R0803-301169
BILL AMOUNT        $1,591.00                     INVOICE #  808205

To:    ResCap                      TC Number:         NA
       1100 Virginia Drive         Invoice Date:      09/28/2012
       Fort Washington, PA 19034   Invoice No.        808205
                                   Period ending:     08/31/2012

Case Management Number    LD  0R0803-301169

                                    Current Invoice
Code Task                          Hours          Fees

                                    6.70     $  1,591.00

                        ===============================
                 TOTAL FEES         6.70     $  1,591.00

               TOTAL FEES DUE                $  1,591.00
         TOTAL DISBURSEMENTS DUE             $      0.00
         TOTAL DUE THIS INVOICE              $  1,591.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
1100 Virginia Drive                                       0R0803-301170
Fort Washington, PA 19034

                                                          INVOICE #  808206

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301170   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Communications with client concerning the current status of the case and GMAC's ability to assert a repurchase demand | | LG | .20 | 220.00 | 44.00 |
| 08/10/12 | Communications with client concerning the chain of assignments for the Jean Paul case and the possibility of making a demand for payment on the correspondent lender | | LG | .30 | 220.00 | 66.00 |
| 08/24/12 | Analyze documents provided by GMAC related to the chain of title for the subject property | | LG | .70 | 220.00 | 154.00 |
| 08/24/12 | Analyze GMAC contracts with originating lender in order to determine the scope of the originating lenderÆs obligation to repurchase the subject loan | | LG | .50 | 220.00 | 110.00 |
| 08/24/12 | Draft letter demanding that the originating lender repurchase the subject loan | | LG | 1.30 | 220.00 | 286.00 |

                              FEES                         $660.00

                    AMOUNT DUE THIS BILL                   $660.00



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-301170

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
SEPTEMBER 28, 2012

ResCap

0R0803-301170

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 220.00 | 3.00 | 660.00 |
| Total | | | 3.00 | 660.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $660.00

SEPTEMBER 28, 2012
0R0803-301170
INVOICE #  808206

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        NA
Invoice Date:     09/28/2012
Invoice No.       808206
Period ending:    08/31/2012

Case Management Number      LD  0R0803-301170

|               | Current Invoice | |
| Code Task     | Hours | Fees |
|               | 3.00  | $   660.00 |
|               | ================================== | |
| TOTAL FEES    | 3.00  | $   660.00 |
| TOTAL FEES DUE |      | $   660.00 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $   660.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
1100 Virginia Drive                                       0R0803-301171
Fort Washington, PA 19034

                                                          INVOICE #  808207

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301171  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Initial draft of closing memorandum for attorney review | | ERP | .50 | 175.00 | 87.50 |
| 08/01/12 | E-mail communication to C.Mishler attaching closing memorandum | | ERP | .20 | 175.00 | 35.00 |

                              FEES                                  $122.50


                              AMOUNT DUE THIS BILL                  $122.50


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
SEPTEMBER 28, 2012

0R0803-301171

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .70 | 122.50 |
| Total | | | .70 | 122.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

SEPTEMBER 28, 2012
0R0803-301171
INVOICE #  808207

BILL AMOUNT          $122.50

To:     ResCap                          TC Number:         NA
        1100 Virginia Drive             Invoice Date:      09/28/2012
        Fort Washington, PA 19034       Invoice No.        808207
                                        Period ending:     08/31/2012

Case Management Number       LD   0R0803-301171

|  | Current Invoice | |
| Code Task | Hours | Fees |
|---|---|---|
|  | 0.70 | $  122.50 |
|  | ================================ | |
| TOTAL FEES | 0.70 | $  122.50 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 122.50 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 122.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               SEPTEMBER 28, 2012
1100 Virginia Drive                                  0R0803-301172
Fort Washington, PA 19034

                                                     INVOICE #  808208

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301172  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review and update status of matter for July | | ERP | .20 | 175.00 | 35.00 |
| 08/03/12 | Correspondence regarding options in connection with proposed site remediation | | DERO | .10 | 410.00 | 41.00 |
| 08/24/12 | Review correspondence regarding site environmental issues and related phone conference with L.DeSilva | | DERO | .20 | 410.00 | 82.00 |

                              FEES                               $158.00

08/16/12 Copy Charges GMAC-Specks Run Road            0.00

                    AMOUNT DUE THIS BILL                         $158.00

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301172

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 410.00 | .30 | 123.00 |
| Emily R. Powell | Paralegal | 175.00 | .20 | 35.00 |
| Total | | | .50 | 158.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 28, 2012
                                                          0R0803-301172
BILL AMOUNT          $158.00                              INVOICE #  808208
_____

To:   ResCap                         TC Number:          NA
      1100 Virginia Drive            Invoice Date:       09/28/2012
      Fort Washington, PA 19034      Invoice No.         808208
                                     Period ending:      08/31/2012


Case Management Number      LD  0R0803-301172


                                        Current Invoice
Code Task                              Hours           Fees

                                       0.50    $    158.00

                          =================================
                  TOTAL FEES           0.50    $    158.00

                  TOTAL FEES DUE                $    158.00
          TOTAL DISBURSEMENTS DUE               $      0.00
          TOTAL DUE THIS INVOICE               $    158.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
1100 Virginia Drive                                      0R0803-301173
Fort Washington, PA 19034

                                                         INVOICE #  808209

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301173   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Retrieve and review pleading for attorney contact information | | ERP | .30 | 175.00 | 52.50 |

                        FEES                                    $52.50

### DESCRIPTION OF DISBURSEMENTS

08/08/12 Court Costs - Pleadings - WEST GROUP EP COURT          488.20
         FEES
         Bank ID: GENR Check Number: 97478

                        COSTS                                  $488.20

                        AMOUNT DUE THIS BILL                   $540.70

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301173

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .30 | 52.50 |
| Total | | | .30 | 52.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $540.70

SEPTEMBER 28, 2012
0R0803-301173
INVOICE #  808209

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        NA
Invoice Date:     09/28/2012
Invoice No.       808209
Period ending:    08/31/2012

Case Management Number      LD   0R0803-301173

| Code Task | Current Invoice | |
|---|---|---|
| | Hours | Fees |
| | 0.30 | $   52.50 |
| | ================================ | |
| TOTAL FEES | 0.30 | $   52.50 |
| TOTAL FEES DUE | | $    52.50 |
| TOTAL DISBURSEMENTS DUE | | $   488.20 |
| TOTAL DUE THIS INVOICE | | $   540.70 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          SEPTEMBER 28, 2012
1100 Virginia Drive                             0R0803-301177
Fort Washington, PA 19034

                                                INVOICE #  808210

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301177  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Review of loan files, title work, survey and other creditor's foreclosure documents in order to formulate title curative plan | | CJA | 4.70 | 265.00 | 1,245.50 |
| 08/09/12 | E-mail communication with P.Evans requesting status of additional documents requested regarding Parcel 1 | | ERP | .20 | 175.00 | 35.00 |
| 08/09/12 | Initial review of 3 documents provided by P.Evans at GMAC regarding Parcel 1 | | ERP | .60 | 175.00 | 105.00 |

                        FEES                              $1,385.50

                        AMOUNT DUE THIS BILL              $1,385.50

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
SEPTEMBER 28, 2012

ResCap

0R0803-301177

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 175.00 | .80 | 140.00 |
| C. Jason Avery | Associate | 265.00 | 4.70 | 1,245.50 |
| Total | | | 5.50 | 1,385.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          SEPTEMBER 28, 2012
                                                0R0803-301177
BILL AMOUNT        $1,385.50                     INVOICE #  808210

To:    ResCap                  TC Number:        NA
       1100 Virginia Drive     Invoice Date:     09/28/2012
       Fort Washington, PA 19034   Invoice No.    808210
                               Period ending:    08/31/2012

Case Management Number    LD  0R0803-301177

|  | Current Invoice | |
| Code Task | Hours | Fees |
|  | 5.50 | $ 1,385.50 |
| | ================================== | |
| TOTAL FEES | 5.50 | $ 1,385.50 |
| TOTAL FEES DUE | | $ 1,385.50 |
| TOTAL DISBURSEMENTS DUE | | $    0.00 |
| TOTAL DUE THIS INVOICE | | $ 1,385.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

SEPTEMBER 28, 2012

0R0803-301178

INVOICE #  808211

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301178   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review and consider issues regarding easement agreement | | HEA | 1.00 | 295.00 | 295.00 |
| 08/03/12 | Review of loan file and various surveys regarding encroachment and potential title claim | | CJA | 2.40 | 265.00 | 636.00 |
| 08/03/12 | Conference calls with C.Mishler and P.Evans regrading easement agreement and drafted summary email for benefit of surveyor regarding legal description for easement area | | CJA | 1.30 | 265.00 | 344.50 |
| 08/08/12 | Conferred with C.Mishler regarding easement area legal description | | CJA | .30 | 265.00 | 79.50 |

FEES                                           $1,355.00

AMOUNT DUE THIS BILL                           $1,355.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
SEPTEMBER 28, 2012

0R0803-301178

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 295.00 | 1.00 | 295.00 |
| C. Jason Avery | Associate | 265.00 | 4.00 | 1,060.00 |
| Total |  |  | 5.00 | 1,355.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    SEPTEMBER 28, 2012
                                                         0R0803-301178
BILL AMOUNT       $1,355.00                              INVOICE #  808211

To:    ResCap                    TC Number:         NA
       1100 Virginia Drive       Invoice Date:      09/28/2012
       Fort Washington, PA 19034 Invoice No.        808211
                                 Period ending:     08/31/2012

Case Management Number      LD  0R0803-301178

                                    Current Invoice
Code Task                        Hours          Fees

                                 5.00      $  1,355.00

                      ==================================
                TOTAL FEES       5.00      $  1,355.00

                TOTAL FEES DUE             $  1,355.00
           TOTAL DISBURSEMENTS DUE         $      0.00
           TOTAL DUE THIS INVOICE          $  1,355.00



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    SEPTEMBER 28, 2012
1100 Virginia Drive                                      0R0803-301179
Fort Washington, PA 19034

INVOICE #  808212

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0803-301179  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Review of environmental report detailing condition of underground storage tank and possible remedial actions | | CJA | .50 | 265.00 | 132.50 |
| 08/24/12 | Review and correspondence regarding reports about environmental condition of property | | DERO | .30 | 410.00 | 123.00 |
| 08/28/12 | Telephone call with E.Mitchell regarding process for removal of underground storage tank | | CJA | .40 | 265.00 | 106.00 |
| 08/29/12 | Telephone call with S.Mundell, E.Mitchell, D.Roth regarding remediation process for removal of underground storage tank | | CJA | 1.00 | 265.00 | 265.00 |
| 08/29/12 | Phone conference regarding site environmental issues | | DERO | .50 | 410.00 | 205.00 |
| 08/29/12 | Review environmental materials provided by consultant | | DERO | .30 | 410.00 | 123.00 |
| 08/29/12 | Draft memorandum regarding information needed to more fully evaluate environmental remediation work at site | | DERO | .30 | 410.00 | 123.00 |
| 08/29/12 | Initial review of documents provided by client regarding questions raised on conference call on 8/29 | | ERP | .40 | 175.00 | 70.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

---

FEES                                 $1,147.50


AMOUNT DUE THIS BILL                 $1,147.50


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
SEPTEMBER 28, 2012

0R0803-301179

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 410.00 | 1.40 | 574.00 |
| Emily R. Powell | Paralegal | 175.00 | .40 | 70.00 |
| C. Jason Avery | Associate | 265.00 | 1.90 | 503.50 |
| Total | | | 3.70 | 1,147.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          SEPTEMBER 28, 2012
                                                               0R0803-301179
BILL AMOUNT        $1,147.50                                    INVOICE #   808212

---

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      09/28/2012
       Fort Washington, PA 19034       Invoice No.        808212
                                       Period ending:     08/31/2012


Case Management Number        LD   0R0803-301179


                                              Current Invoice
Code Task                                Hours              Fees

                                         3.70      $   1,147.50

                                     =================================
                     TOTAL FEES          3.70      $   1,147.50

                     TOTAL FEES DUE                $   1,147.50
             TOTAL DISBURSEMENTS DUE              $       0.00
             TOTAL DUE THIS INVOICE              $   1,147.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0G2012-301001
Fort Washington, PA 19034

                                                         INVOICE #  810196

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301001  TC Number: 702113

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare status update regarding appeal stayed on motion to reinstate | L120 | KSA | .10 | 223.00 | 22.30 |

|  | FEES |  | | | | $22.30 |
| 02 | Postage Charges | | | | 0.00 | |
|  | AMOUNT DUE THIS BILL | | | | | $22.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301001

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301001
BILL AMOUNT          $22.30                                    INVOICE #  810196

---

To:    ResCap                          TC Number:          702113
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810196
                                       Period ending:      08/31/2012

Case Management Number      LD  0G2012-301001

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 0.10 | $    22.30 |

======================================

| TOTAL FEES | 0.10 | $    22.30 |
|---|---|---|

| TOTAL FEES DUE | $    22.30 |
|---|---|
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $    22.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301002

INVOICE #  810197

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301002   TC Number: 715129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update for client regarding motion to vacate | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/27/12 | Review and analyze Mack's proof of claim form in the bankruptcy case | L210 | CWH | .20 | 330.00 | 66.00 |

|  | FEES |  |  |  |  | $109.80 |
| 01 | Copy Charges |  |  |  | .0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $109.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301002

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | .40 | 109.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              OCTOBER 12, 2012
                                                                   0G2012-301002
BILL AMOUNT        $109.80                                         INVOICE #  810197

To:    ResCap                          TC Number:        715129
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810197
                                       Period ending:    08/31/2012

Case Management Number     LD   0G2012-301002

                                        Current Invoice
Code Task                               Hours          Fees

L190 Other Case Assessment, Develop't/Admin   0.20   $    43.80
L210 Pleadings                                0.20   $    66.00

                                        ===================================
                         TOTAL FEES     0.40   $   109.80

                         TOTAL FEES DUE            $   109.80
                   TOTAL DISBURSEMENTS DUE         $     0.00
                   TOTAL DUE THIS INVOICE          $   109.80



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0G2012-301008
Fort Washington, PA 19034

                                                         INVOICE #  810198

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301008  TC Number: 689042

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Preparing status update for the client. | L250 | CET | .20 | 293.00 | 58.60 |
| 08/06/12 | Reading and analyzing briefing letter received from the Sixth Circuit. | L510 | CET | .20 | 293.00 | 58.60 |
| 08/06/12 | Analyzing the bankrutpcy notice to be filed with the Sixth Circuit in the 3 consolidated cases. | L510 | CET | 1.40 | 293.00 | 410.20 |
| 08/06/12 | Reading and analyzing Motion for Extension of Time to File Reply in the quiet title action. | L250 | CET | .30 | 293.00 | 87.90 |
| 08/06/12 | Reading, analyzing and revising the draft Response to the Motion to Stay filed in the quiet title action. | L250 | CET | .50 | 293.00 | 146.50 |
| 08/06/12 | Reading and analyzing the motion to file a reply filed in the foreclosure action. | L250 | CET | .20 | 293.00 | 58.60 |
| 08/06/12 | Advise client regarding Sixth Circuit appellate issues | L510 | ESA | .40 | 275.00 | 110.00 |
| 08/06/12 | Conference with Sixth Circuit case manager regarding briefing schedule and status of consolidated cases | L510 | JDR | .20 | 293.00 | 58.60 |
| 08/06/12 | Review briefing letter received from Sixth Circuit clerk. | L510 | JDR | .10 | 293.00 | 29.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/06/12 | Review and analyze motions to stay (and other miscellaneous relief) in both district court cases | L250 | JDR | 1.00 | 293.00 | 293.00 |
| 08/06/12 | Analyze whether specific motion to alter or amend should be made in  district court case. | L250 | JDR | .40 | 293.00 | 117.20 |
| 08/06/12 | Work on response to motion to stay in district court case | L250 | JDR | 1.00 | 293.00 | 293.00 |
| 08/06/12 | Review appellate history of consolidated appeals | L120 | JDR | 1.20 | 293.00 | 351.60 |
| 08/07/12 | Work on response to motion to stay in district court case, including analysis of effect of bankruptcy on case | L250 | JDR | 2.60 | 293.00 | 761.80 |
| 08/07/12 | E-mail correspondence with client regarding motion to stay and proposed response thereto. | L250 | JDR | .20 | 293.00 | 58.60 |
| 08/07/12 | Drafting and revising the corporate disclosure form for GMAC Mortgage, LLC to file in the Sixth Circuit. | L510 | CET | .40 | 293.00 | 117.20 |
| 08/07/12 | Drafting and revising the corporate disclosure form for Deutsche Bank to file in the Sixth Circuit. | L510 | CET | .40 | 293.00 | 117.20 |
| 08/07/12 | Email correspondence with client regarding the draft corporate disclosures. | L510 | CET | .20 | 293.00 | 58.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Drafting and revising Notice of Partial Stay to file in the Sixth Circuit in the appeal of 09-362. | L510 | CET | 2.30 | 293.00 | 673.90 |
| 08/07/12 | Reading and analyzing the Court's notice to borrowers of deficiency regarding their motion for extension of time. | L510 | CET | .20 | 293.00 | 58.60 |
| 08/07/12 | Reading and analyzing the Notice of Docket Modification and Notice of Deficiency received from the district court in the Quiet Title Action. | L510 | CET | .20 | 293.00 | 58.60 |
| 08/07/12 | Drafting and revising Notice of Appearance on behalf of DB and GMAC Mortgage in borrower's most recent appeal. | L510 | CET | .40 | 293.00 | 117.20 |
| 08/07/12 | Revising the Response to Motion to Stay to be filed in the district court. | L250 | CET | .50 | 293.00 | 146.50 |
| 08/08/12 | Preparing a comprehensive memo regarding the history of the six consolidated actions and the three consolidated appeals. | L510 | CET | 2.30 | 293.00 | 673.90 |
| 08/08/12 | Reading and analyzing Second Notice of Bankruptcy filed by borrowers in the Sixth Circuit. | L510 | CET | .40 | 293.00 | 117.20 |
| 08/08/12 | Reading and analyzing Motion to Stay Case filed by borrowers in the Sixth Circuit. | L510 | CET | .40 | 293.00 | 117.20 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Research on briefing schedule, appeal status, underlying order and record documents and strategy | L510 | MJA | 1.40 | 297.00 | 415.80 |
| 08/08/12 | Review and approve two responses in opposition to borrower's various motions to stay cases | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/08/12 | Review and analyze appellate filings including motion to consolidate and second notice of bankruptcy stay | L510 | JDR | .50 | 293.00 | 146.50 |
| 08/08/12 | Drafting notice of intent to file response to motion to consolidate | L510 | JDR | .20 | 293.00 | 58.60 |
| 08/08/12 | Conference with Sixth Circuit case manager regarding status of case | L510 | JDR | .30 | 293.00 | 87.90 |
| 08/08/12 | Drafting response to Sixth Circuit motion to consolidate including correction of record regarding bankruptcy stay | L510 | JDR | 1.90 | 293.00 | 556.70 |
| 08/08/12 | Review and analyze potential issues to address before trial court and 6th Circuit Court of Appeals | L120 | JMH | .70 | 241.00 | 168.70 |
| 08/09/12 | Finalize and file response to supplemental motion for extension of time to file response/reply | L250 | JDR | .90 | 293.00 | 263.70 |
| 08/09/12 | Analyzing case law research regarding jurisdiction. | L510 | CET | .50 | 293.00 | 146.50 |
| 08/09/12 | Email correspondence regarding filing the response to the motion to stay. | L510 | CET | .20 | 293.00 | 58.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    5
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Finalizing the memo on the history of the 6 consolidated district court actions and 3 consolidated appeals. | L510 | CET | 4.80 | 293.00 | 1,406.40 |
| 08/10/12 | Revising the Response to Motion to Stay | L510 | CET | 1.20 | 293.00 | 351.60 |
| 08/10/12 | Initial review of state court, federal court and appellate court pleadings | L110 | AHC | 2.70 | 145.00 | 391.50 |
| 08/10/12 | Finalize and file response to supplemental motion for extension of time to file response in one of six cases pending before the district court | L250 | JDR | 1.90 | 293.00 | 556.70 |
| 08/12/12 | Work on drafting response to motion to consolidate in newest Sixth Circuit Appeal | L510 | JDR | 1.80 | 293.00 | 527.40 |
| 08/12/12 | Review and analyze key pleadings and dockets in District Court cases for and after consolidation | L210 | JMH | 3.20 | 241.00 | 771.20 |
| 08/13/12 | Continue analysis of pleadings in trial court | L210 | JMH | 1.20 | 241.00 | 289.20 |
| 08/14/12 | Retrieve and review 2 appellate court dockets and 6 district court dockets, cross-reference with internal files and retrieve and review missing pleadings | L110 | AHC | 2.70 | 145.00 | 391.50 |
| 08/14/12 | Analyzing the effect of the bankruptcy on the pending consolidated actions. | L510 | CET | .40 | 293.00 | 117.20 |
| 08/14/12 | Evaluate claims stayed pursuant to ResCap bankruptcy | L120 | JMH | .30 | 241.00 | 72.30 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    6
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/15/12 | Continued review and analysis of trial and appellate dockets, motions, and orders | L120 | JMH | 2.40 | 241.00 | 578.40 |
| 08/15/12 | Continue drafting detailed response to Appellant's Sixth Circuit Motion to Consolidate | L510 | JDR | 1.50 | 293.00 | 439.50 |
| 08/16/12 | Finalize evaluation of structure of trial court and appellate court cases, evaluate individual district court matters and evaluate issues in response to motion to consolidate | L120 | JMH | 1.30 | 241.00 | 313.30 |
| 08/16/12 | Continue drafting detailed response to Appellant's Sixth Circuit Motion to Consolidate | L510 | JDR | 2.80 | 293.00 | 820.40 |
| 08/16/12 | Retrieve and review additional dockets for case review | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/16/12 | Analyzing the status of the non-borrower defendants in the foreclosure action. | L510 | CET | .30 | 293.00 | 87.90 |
| 08/16/12 | Reading and analyzing notice from the court. | L510 | CET | .20 | 293.00 | 58.60 |
| 08/16/12 | Analyzing the effect of the bankruptcy on borrowers' counterclaims | L510 | CET | 2.30 | 293.00 | 673.90 |
| 08/17/12 | Revising the Response to the Motion to Consolidate and to Stay the Sixth Circuit Appeals. | L510 | CET | 1.50 | 293.00 | 439.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     7
OCTOBER 12, 2012

Rescap

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Finalize analysis of procedural history of six consolidated district court cases in connection with finalizing response to motion to consolidate before Sixth Circuit. | L510 | JDR | .80 | 293.00 | 234.40 |
| 08/17/12 | Drafting response to Sixth Circuit motion to consolidate | L510 | JDR | 1.90 | 293.00 | 556.70 |
| 08/19/12 | Review response to borrower's motion to consolidate notice of bankruptcy stay | L510 | JMH | .80 | 241.00 | 192.80 |
| 08/20/12 | Review additional orders of trial and appellate courts to complete evaluation of status of each file | L120 | JMH | 3.10 | 241.00 | 747.10 |
| 08/20/12 | Draft revised version of response to motion to consolidate and to notice of stay | L510 | JMH | 5.40 | 241.00 | 1,301.40 |
| 08/20/12 | Legal research regarding  foreclosure statutes | L520 | MMB | .90 | 240.00 | 216.00 |
| 08/20/12 | Correspondence with counsel for MERS | L510 | CET | .30 | 293.00 | 87.90 |
| 08/20/12 | Analyzing corporate disclosures | L510 | CET | .30 | 293.00 | 87.90 |
| 08/20/12 | Email correspondence with cliet regarding the draft corporate disclosures | L510 | CET | .20 | 293.00 | 58.60 |
| 08/20/12 | Telephone conversation with MERS counsel regarding a Response to the Motion to Consolidate and Stay the Appeals. | L510 | CET | .30 | 293.00 | 87.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    8
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Analyzing the draft Response to the Motion to Consolidate and Stay the Appeals. | L510 | CET | .60 | 293.00 | 175.80 |
| 08/20/12 | Conducting Sixth Circuit research relevant to the Response to the Motion to Consolidate and Stay the Appeals. | L510 | CET | 1.00 | 293.00 | 293.00 |
| 08/20/12 | Correspondence with MERS counsel regarding Response to the Motion to Consolidate and Stay the Appeals. | L510 | CET | .20 | 293.00 | 58.60 |
| 08/20/12 | Revising the Response to the Motion to Consolidate and Stay the Appeals. | L510 | CET | 1.60 | 293.00 | 468.80 |
| 08/20/12 | Reading and analyzing Reply to Response to Motion for Extension of Time to File Reply as to Response in Opposition to Motion in 08-459. | L250 | CET | .30 | 293.00 | 87.90 |
| 08/20/12 | Analyzing the Response to the Motion to Consolidate and Stay filed by MERS. | L510 | CET | .20 | 293.00 | 58.60 |
| 08/20/12 | Draft Corporate Disclosure Statement | L510 | AHC | .50 | 145.00 | 72.50 |
| 08/20/12 | Final review and revision of Notice of Appearance of M.Ayers in 6th Circuit Court of Appeals | L510 | AHC | .40 | 145.00 | 58.00 |
| 08/20/12 | Final review and revision of Corporate Disclosure Statement | L510 | AHC | .20 | 145.00 | 29.00 |
| 08/20/12 | Revise draft response to motion to hold consolidated appeal in abeyance, and notice of bankruptcy | L510 | JDR | 1.30 | 293.00 | 380.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      9

Rescap                                                    OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Research on jurisdiction and consolidation issues | L510 | MJA | .60 | 297.00 | 178.20 |
| 08/20/12 | Review of draft response | L510 | MJA | .50 | 297.00 | 148.50 |
| 08/21/12 | Email correspondence with client regarding the corporate disclosure statements | L510 | CET | .20 | 293.00 | 58.60 |
| 08/21/12 | Reading and analyzing court's notice regarding motion for extension of time in the 08-459 case | L510 | CET | .20 | 293.00 | 58.60 |
| 08/21/12 | Reading and analyzing notice received from the court regarding the motion for extension of time in the 11-188 case. | L510 | CET | .20 | 293.00 | 58.60 |
| 08/21/12 | Reading and analyzing Notice of Filing in 11-188. | L510 | CET | .40 | 293.00 | 117.20 |
| 08/21/12 | Reading and analyzing Notice of Filing in 08-459. | L250 | CET | .30 | 293.00 | 87.90 |
| 08/21/12 | Review two district court proposed orders in '188 and '459 district court case | L250 | JDR | .20 | 293.00 | 58.60 |
| 08/21/12 | Review new motion in bankruptcy court for clarification, along with attachments | L250 | JDR | .60 | 293.00 | 175.80 |
| 08/22/12 | Receive and review notice of creditor's scheduled motion for clarification/enforcement of bankruptcy stay | L120 | JMH | .40 | 241.00 | 96.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    10
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Reading and analyzing borrower's filing in bankruptcy court received from the client. | L250 | CET | .50 | 293.00 | 146.50 |
| 08/22/12 | Drafting and revising General Summary of each of the consolidated cases for GMAC and its bankruptcy counsel. | P300 | CET | 1.80 | 293.00 | 527.40 |
| 08/22/12 | Review and analyze status of the various suits and analyze latest request in the bankruptcy court for "clarification/enforcement of the automatic stay" | L210 | CWH | .50 | 330.00 | 165.00 |
| 08/22/12 | Review e-mail correspondence from client regarding motion filed in bankruptcy court | L190 | JDR | .10 | 293.00 | 29.30 |
| 08/22/12 | Correspondence to Clerk of Sixth Circuit regarding notice of appearance | L510 | AHC | .20 | 145.00 | 29.00 |
| 08/23/12 | Revising the General Summary of each of the 6 consolidated actions and 3 consolidated appeals for client and bankruptcy counsel. | P300 | CET | .50 | 293.00 | 146.50 |
| 08/23/12 | Email correspondence with client regarding the General Summary of the Consolidated Litigation. | P300 | CET | .20 | 293.00 | 58.60 |
| 08/23/12 | Email correspondence with bankruptcy counsel regarding underlying litigation and borrower's filing in bankruptcy court. | P300 | CET | .30 | 293.00 | 87.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    11
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Analyzing pleadings in 09-362 in preparation of Notice of Bankruptcy. | L510 | CET | 3.30 | 293.00 | 966.90 |
| 08/27/12 | Receive and review notice of admission to 6th Circuit Court of Appeals | L510 | JMH | .10 | 241.00 | 24.10 |
| 08/29/12 | Review new filing today including reply to Deutsche Bank response to motion to consolidate and voluminous attachments thereto. | L250 | JDR | .40 | 293.00 | 117.20 |
| 08/29/12 | Drafting and revising Notice of Bankruptcy | L510 | CET | 4.80 | 293.00 | 1,406.40 |
| 08/29/12 | Reading and analyzing Notice of Filing and attachments served by borrowers. | L510 | CET | .50 | 293.00 | 146.50 |
| 08/29/12 | Email correspondence with bankruptcy counsel regarding the claims in the consolidated actions | L510 | CET | .30 | 293.00 | 87.90 |
| 08/29/12 | Review borrower's reply to  response to motion to consolidate | L510 | JMH | .90 | 241.00 | 216.90 |
| 08/30/12 | Continued drafting of the Notice of Bankruptcy. | L510 | CET | 1.00 | 293.00 | 293.00 |
| 08/31/12 | Providing update to client | L510 | CET | .80 | 293.00 | 234.40 |
| 08/31/12 | Continue drafting of the Notice of Bankruptcy and parsing each of borrowers' claims. | L510 | CET | .70 | 293.00 | 205.10 |
| 08/31/12 | Reading and analyzing Order received from the Sixth Circuit dismissing the appeal for want of prosecution. | L510 | CET | .20 | 293.00 | 58.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    12
OCTOBER 12, 2012

0G2012-301008

FED ID NO. 63-0243316

Rescap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Review 6th Circuit Rules regardig dismissals | C200 | JDR | .10 | 293.00 | 29.30 |
| 08/31/12 | Review Order from Sixth Circuit dismissing appeal. | L510 | JDR | .10 | 293.00 | 29.30 |
| 08/31/12 | Receive and review notice of dismissal of appeal by 6th Circuit | L510 | JMH | .10 | 241.00 | 24.10 |

FEES                      $26,741.70

AMOUNT DUE THIS BILL          $26,741.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     13
OCTOBER 12, 2012

Rescap

0G2012-301008

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 2.50 | 742.50 |
| Christian W. Hancock | Partner | 330.00 | .70 | 231.00 |
| Jonathan Rose | Partner | 293.00 | 24.00 | 7,032.00 |
| Christopher E. Thorsen | Partner | 293.00 | 43.10 | 12,628.30 |
| Alecia H. Cockrell | Paralegal | 145.00 | 6.80 | 986.00 |
| Jonathan Hooks | Associate | 241.00 | 19.90 | 4,795.90 |
| Edmund Sauer | Associate | 275.00 | .40 | 110.00 |
| Melissa Burton | Associate | 240.00 | .90 | 216.00 |
| Total | | | 98.30 | 26,741.70 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT        $26,741.70

OCTOBER 12, 2012
0G2012-301008
INVOICE #  810198

| To: | ResCap | | TC Number: | 689042 |
|---|---|---|---|---|
| | 1100 Virginia Drive | | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 810198 |
| | | | Period ending: | 08/31/2012 |

Case Management Number        LD   0G2012-301008

| Code | Task | Hours | | Current Invoice Fees |
|---|---|---|---|---|
| C200 | Researching Law | 0.10 | $ | 29.30 |
| L110 | Fact Investigation/Development | 5.50 | $ | 797.50 |
| L120 | Analysis/Strategy | 9.40 | $ | 2,327.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ | 29.30 |
| L210 | Pleadings | 5.10 | $ | 1,291.40 |
| L250 | Other Written Motions/Submissions | 12.00 | $ | 3,516.00 |
| L510 | Appellate Motions and Submissions | 62.40 | $ | 17,714.00 |
| L520 | Appellate Briefs | 0.90 | $ | 216.00 |
| P300 | Structure/Strategy/Analysis | 2.80 | $ | 820.40 |

| | TOTAL FEES | 98.30 | $ 26,741.70 |
|---|---|---|---|
| | TOTAL FEES DUE | | $ 26,741.70 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $ 26,741.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301009

INVOICE #  810199

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301009  TC Number: 696479

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report | L190 | RLB | .10 | 266.00 | 26.60 |

FEES $26.60

### DESCRIPTION OF DISBURSEMENTS

| 41 | Computerized Legal Research-Westlaw | 0.00 |
|----|-------------------------------------|------|
| 61 | Local Counsel Fees | 378.00 |

COSTS $378.00

AMOUNT DUE THIS BILL $404.60

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301009

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                          0G2012-301009
BILL AMOUNT         $404.60                               INVOICE #  810199
_____

To:    ResCap                          TC Number:        696479
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810199
                                       Period ending:    08/31/2012


Case Management Number      LD  0G2012-301009


                                          Current Invoice
Code Task                             Hours           Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $    26.60

                              ====================================
                      TOTAL FEES    0.10    $    26.60

                   TOTAL FEES DUE            $    26.60
           TOTAL DISBURSEMENTS DUE           $   378.00
            TOTAL DUE THIS INVOICE           $   404.60



## BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301010

INVOICE #  810200

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301010   TC Number: 714753

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/08/12 | Draft procedure history  and update for case manager | L120 | phn | .50 | 200.00 | 100.00 |
| 08/09/12 | Follow up on filing and service of Plaintiff's Objection and Response to Motion to Compel, update file and forward to attorney for review. | L110 | MST | .60 | 150.00 | 90.00 |
| 08/09/12 | Follow up on the filing and service of our Motion to Release Funds and Motion to Release Note, update file and forward same to P. Neel for review. | L110 | MST | .40 | 150.00 | 60.00 |
| 08/15/12 | Call to court to determine if hearing needs to be set or if motions can be submitted | L230 | phn | .40 | 200.00 | 80.00 |
| 08/27/12 | Reviewing courtÆs docket to ascertain submission date for pending motions | L120 | phn | .20 | 200.00 | 40.00 |

FEES                                    $410.00

## DESCRIPTION OF DISBURSEMENTS

| 07 | Filing Fees | 25.06 |
| 12 | Court Costs - Pleadings | 129.00 |
| 21 | Travel Expense | 179.67 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301010

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 70S | Ready Conference | 2.81 |
| | COSTS | $336.54 |
| | AMOUNT DUE THIS BILL | $746.54 |

##### ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301010

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.00 | 150.00 |
| Preston H. Neel | Associate | 200.00 | 1.30 | 260.00 |
| Total | | | 2.30 | 410.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301010
BILL AMOUNT        $746.54                               INVOICE #  810200

To:    ResCap                        TC Number:         714753
       1100 Virginia Drive           Invoice Date:      10/12/2012
       Fort Washington, PA 19034      Invoice No.        810200
                                     Period ending:     08/31/2012

Case Management Number      LD   0G2012-301010

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      1.00    $    150.00
L120 Analysis/Strategy                   0.70    $    140.00
L190 Other Case Assessment, Develop't/Admin  0.20  $   40.00
L230 Court Mandated Conferences          0.40    $     80.00

                        ===================================
                TOTAL FEES     2.30    $    410.00

                TOTAL FEES DUE          $    410.00
        TOTAL DISBURSEMENTS DUE         $    336.54
        TOTAL DUE THIS INVOICE          $    746.54



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0G2012-301012
Fort Washington, PA 19034

INVOICE #  810201

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301012   TC Number: 704174

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft response in opposition to Plaintiff's motion to extend the discovery deadline and to compel | L120 | RK | 4.20 | 185.00 | 777.00 |
| 08/02/12 | Draft email to client regarding mortgage language | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/06/12 | Review depositions for motion for summary judgment | L120 | RK | 2.10 | 185.00 | 388.50 |
| 08/06/12 | Review and edit draft opposition to motion for extension and to compel | L250 | HTC | 2.20 | 315.00 | 693.00 |
| 08/07/12 | Revise Response in Opposition to Plaintiff's motion to compel | L120 | RK | 1.40 | 185.00 | 259.00 |
| 08/07/12 | Revise depositions for motion for summary judgment | L120 | RK | 1.20 | 185.00 | 222.00 |
| 08/07/12 | Draft initial portion of facts section for motion for summary judgment | L120 | RK | 1.20 | 185.00 | 222.00 |
| 08/07/12 | Assemble exhibits to Wells Fargo's Opposition to Plaintiff's Motion for Extension of Discovery and to compel | L330 | JAM | .60 | 145.00 | 87.00 |
| 08/07/12 | Review order from court regarding hearing on motion to compel | L350 | HTC | .10 | 315.00 | 31.50 |
| 08/07/12 | Revise provision in opposition to motion for extension and to compel | L350 | HTC | .20 | 315.00 | 63.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Assemble exhibits to Wells Fargo's Opposition to Plaintiff's Motion to Extend Discovery Deadline | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/08/12 | Final revisions and review of Opposition to Plaintiff's MOtion to Extend Deadline | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/08/12 | Review file and draft status report | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/09/12 | Review cases cited in opposition to the three motions to compel | L120 | RK | 1.00 | 185.00 | 185.00 |
| 08/09/12 | Telephone call to Clerk's office regarding telephonic participation at hearing | L230 | JAM | .10 | 145.00 | 14.50 |
| 08/13/12 | Draft portion of motion for summary judgment | L120 | RK | 4.80 | 185.00 | 888.00 |
| 08/14/12 | Review client documents, as well as documents produced by both parties | L120 | RK | 3.40 | 185.00 | 629.00 |
| 08/14/12 | Review federal law regarding NHA and HAMP | L120 | RK | 2.80 | 185.00 | 518.00 |
| 08/14/12 | Review court's order on hearing | L210 | HTC | .10 | 315.00 | 31.50 |
| 08/16/12 | Review reply brief in support of motion to compel filed by Plaintiff and draft a memorandum summarizing Plaintiff's arguments | L120 | RK | 3.90 | 185.00 | 721.50 |
| 08/17/12 | Review Plaintiff's reply brief in support of motion for extension and motion to compel, and draft a memorandum summarizing arguments | L120 | RK | 1.50 | 185.00 | 277.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 12, 2012

0G2012-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/18/12 | Review and analyze plaintiff's brief in support of motion to compel and motion for continuance | L350 | HTC | .50 | 315.00 | 157.50 |
| 08/18/12 | Prepare for hearing on motion to compel and motion for continuance | L250 | HTC | .50 | 315.00 | 157.50 |
| 08/20/12 | Prepare for hearing on motions to compel and attendance at hearing | L250 | HTC | 2.80 | 315.00 | 882.00 |
| 08/21/12 | Exchange emails with client relating to court's order on motion to compel | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/21/12 | Exchange emails with opposing counsel regarding mediator and original note | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/21/12 | Draft remaining portion of motion for summary judgment | L120 | RK | 6.40 | 185.00 | 1,184.00 |
| 08/21/12 | Draft declaration in support of motion for summary judgment | L120 | RK | 1.40 | 185.00 | 259.00 |
| 08/22/12 | Prepare exhibits to motion for summary judgment | L120 | RK | 1.00 | 185.00 | 185.00 |
| 08/23/12 | Draft narrative summary to comply with Court order | L120 | RK | 3.20 | 185.00 | 592.00 |
| 08/23/12 | Review client documents in preparation for drafting narrative summary | L120 | RK | 3.80 | 185.00 | 703.00 |
| 08/23/12 | Draft remaining portion of amended discovery responses to comply with Court's order | L120 | RK | 1.10 | 185.00 | 203.50 |
| 08/23/12 | Review draft summary judgment brief | L240 | GWG | .50 | 263.00 | 131.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
Rescap                                                                    OCTOBER 12, 2012

0G2012-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Email correspondence to P.Stokes and H.Franci regarding mediator's availability | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/27/12 | Review and revise supplemental discovery responses | L120 | HTC | 1.00 | 315.00 | 315.00 |
| 08/28/12 | Review and revise affidavit in support of motion for summary judgment and draft motion for summary judgment | L120 | HTC | 1.40 | 315.00 | 441.00 |
| 08/28/12 | Review court's local rules to ensure motion complies with formatting requirements | L120 | RK | .30 | 185.00 | 55.50 |
| 08/28/12 | Email to P.Stokes and H.Franci regarding mediation dates | L160 | JAM | .20 | 145.00 | 29.00 |
| 08/28/12 | Assemble bates numbered documents referenced in supplemental discovery for client review | L310 | JAM | 1.70 | 145.00 | 246.50 |
| 08/28/12 | Final review of supplemental responses prior to service on opposing counsel | L310 | JAM | .60 | 145.00 | 87.00 |
| 08/29/12 | Review deposition for use in summary judgment motion | L240B | HTC | 2.00 | 315.00 | 630.00 |

FEES                                                            $12,685.50

DESCRIPTION OF DISBURSEMENTS

01        Copy Charges                                                    0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
OCTOBER 12, 2012

Rescap

0G2012-301012

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 13 | Court Reporter Charges | 914.91 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| | COSTS | $914.91 |
| | AMOUNT DUE THIS BILL | $13,600.41 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    6
OCTOBER 12, 2012

Rescap

0G2012-301012

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 11.30 | 3,559.50 |
| Jamie Mathews | Paralegal | 145.00 | 5.00 | 725.00 |
| Graham W. Gerhardt | Partner | 263.00 | .50 | 131.50 |
| Riley Key | Associate | 185.00 | 44.70 | 8,269.50 |
| Total | | | 61.50 | 12,685.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT      $13,600.41

OCTOBER 12, 2012
0G2012-301012
INVOICE #  810201

| | | |
|---|---|---|
| To:  ResCap | TC Number: | 704174 |
| 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| Fort Washington, PA 19034 | Invoice No. | 810201 |
| | Period ending: | 08/31/2012 |

Case Management Number      LD  0G2012-301012

| | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
| L120 Analysis/Strategy | 47.60 | $  9,183.00 |
| L160 Settlement/Non-Binding ADR | 0.20 | $     29.00 |
| L190 Other Case Assessment, Develop't/Admin | 0.30 | $     43.50 |
| L210 Pleadings | 1.40 | $    220.00 |
| L230 Court Mandated Conferences | 0.30 | $     43.50 |
| L240 Dispositive Motions | 0.50 | $    131.50 |
| L240B All Other | 2.00 | $    630.00 |
| L250 Other Written Motions/Submissions | 5.50 | $  1,732.50 |
| L310 Written Discovery | 2.30 | $    333.50 |
| L330 Depositions | 0.60 | $     87.00 |
| L350 Discovery Motions | 0.80 | $    252.00 |

===================================

| | | |
|---|---|---|
| TOTAL FEES | 61.50 | $ 12,685.50 |

TOTAL FEES DUE              $ 12,685.50
TOTAL DISBURSEMENTS DUE     $    914.91
TOTAL DUE THIS INVOICE      $ 13,600.41



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301013

INVOICE #  810202

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0G2012-301013  TC Number: 702837

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/25/12 | Analysis of docket sheet and pleadings and update taxonomy and opposing counsel report regarding motions filed, outcome of motions, ruling judge and research for same at the request of C.Hancock | L110 | MST | .40 | 150.00 | 60.00 |

|  | FEES | $60.00 |
|--|------|--------|
|  | AMOUNT DUE THIS BILL | $60.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                          OCTOBER 12, 2012

0G2012-301013

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Total | | | .40 | 60.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301013
BILL AMOUNT          $60.00                                    INVOICE #  810202

To:    ResCap                      TC Number:        702837
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810202
                                   Period ending:    09/30/2012

Case Management Number      LD   0G2012-301013

                                          Current Invoice
Code Task                                Hours           Fees

L110 Fact Investigation/Development       0.40     $    60.00

                                   =====================================
                      TOTAL FEES          0.40     $    60.00

                      TOTAL FEES DUE               $    60.00
              TOTAL DISBURSEMENTS DUE             $     0.00
                 TOTAL DUE THIS INVOICE            $    60.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  OCTOBER 12, 2012
1100 Virginia Drive                                     0G2012-301014
Fort Washington, PA 19034

                                                        INVOICE #  810203

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301014  TC Number: 691049

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Receipt and review of Order granting Motion to Continue | L210 | MST | .20 | 150.00 | 30.00 |
| 08/21/12 | Finalize GMAC's Notice Regarding Pending Bankruptcy with supplemental order and prepare for filing and service. | L210 | MST | .70 | 150.00 | 105.00 |
| 08/22/12 | Update Bankruptcy Review Spreadsheet and filing of notice and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |
| 08/27/12 | Receipt and review of Scheduling Order from judge regarding pre-trial deadlines and update file regarding same | L210 | MST | .40 | 150.00 | 60.00 |

                              FEES                      $225.00

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 07 | Filing Fees | 24.02 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

                        COSTS                      $24.02

                AMOUNT DUE THIS BILL               $249.02



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301014

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301014

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.50 | 225.00 |
| Total | | | 1.50 | 225.00 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                               OCTOBER 12, 2012
                                                     0G2012-301014
BILL AMOUNT          $249.02                         INVOICE #  810203

To:    ResCap                          TC Number:        691049
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810203
                                       Period ending:    08/31/2012

Case Management Number      LD · 0G2012-301014

                                          Current Invoice
Code Task                                Hours         Fees

L140 Document/File Management             0.20    $     30.00
L210 Pleadings                            1.30    $    195.00

                            ============================================
                    TOTAL FEES            1.50    $    225.00

                    TOTAL FEES DUE                 $    225.00
              TOTAL DISBURSEMENTS DUE              $     24.02
              TOTAL DUE THIS INVOICE              $    249.02



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301017

INVOICE #  810204

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301017  TC Number: 693257

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Draft revised notice of bankruptcy | L210 | KSA | .30 | 223.00 | 66.90 |
| 08/20/12 | Update Bankruptcy Review Spreadsheet with bucket information, filing of notice and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |
| 08/28/12 | Finalize Notice of Bankruptcy with Final Supplemental Order and prepare for filing and service | L210 | MST | .70 | 150.00 | 105.00 |
| 08/31/12 | Revise Notice of Bankruptcy and Effect of Automatic Stay and prepare for filing and service | L210 | MST | .60 | 150.00 | 90.00 |

|  |  |  |
|--|--|--|
| FEES | | $291.90 |
| 01  Copy Charges | 0.00 | |
| AMOUNT DUE THIS BILL | | $291.90 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301017

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.50 | 225.00 |
| Keith S. Anderson | Associate | 223.00 | .30 | 66.90 |
| Total | | | 1.80 | 291.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $291.90

OCTOBER 12, 2012
0G2012-301017
INVOICE #  810204

To:    ResCap                          TC Number:          693257
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810204
                                       Period ending:      08/31/2012

Case Management Number      LD  0G2012-301017

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L140 | Document/File Management | 0.20 | $ 30.00 |
| L210 | Pleadings | 1.60 | $ 261.90 |
| | | =============================== | |
| | TOTAL FEES | 1.80 | $ 291.90 |

                    TOTAL FEES DUE            $    291.90
            TOTAL DISBURSEMENTS DUE           $      0.00
            TOTAL DUE THIS INVOICE            $    291.90



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301020

INVOICE #  810205

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301020   TC Number: 709049

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Review and analyze appellant's motion regarding record on appeal | L510 | MSW | .30 | 254.00 | 76.20 |
| 08/30/12 | Draft status report for client. | L120 | MSW | .10 | 254.00 | 25.40 |

FEES                                    $101.60

AMOUNT DUE THIS BILL                    $101.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301020

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | .40 | 101.60 |
| Total | | | .40 | 101.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

BILL AMOUNT          $101.60

OCTOBER 12, 2012
0G2012-301020
INVOICE #   810205

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          709049
Invoice Date:       10/12/2012
Invoice No.         810205
Period ending:      08/31/2012

Case Management Number      LD   0G2012-301020

|            |                                    | Current Invoice | |
| Code Task  |                                    | Hours    | Fees |
| L120       | Analysis/Strategy                  | 0.10     | $   25.40 |
| L510       | Appellate Motions and Submissions  | 0.30     | $   76.20 |

==================================
TOTAL FEES            0.40     $   101.60

TOTAL FEES DUE              $    101.60
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $    101.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301021

INVOICE #  810206

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301021  TC Number: 712398

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Phone call with local counsel regarding status of case and appeal | L120 | JB | .50 | 190.00 | 95.00 |
| 08/02/12 | Prepare for hearing on merits of appeal | L120 | JB | .50 | 190.00 | 95.00 |
| 08/02/12 | E-mails to and from court scheduler and law clerk regarding hearing on Monday and receive and review court mail regarding same | L120 | GEG | .50 | 335.00 | 167.50 |
| 08/02/12 | Prepare for appellate argument | L120 | GEG | .90 | 335.00 | 301.50 |
| 08/03/12 | Review recent filings by appellant | L120 | JB | .30 | 190.00 | 57.00 |
| 08/03/12 | E-mails with T.Groves with MERS regarding status of appeal | L120 | JB | .20 | 190.00 | 38.00 |
| 08/03/12 | Preparation for hearing on Monday on merits of appeal | L120 | JB | 3.20 | 190.00 | 608.00 |
| 08/03/12 | Receive and review court mail and e-mail from MERS contact | L120 | GEG | .20 | 335.00 | 67.00 |
| 08/03/12 | Work on preparation for appellate hearings on Monday | L120 | GEG | 1.70 | 335.00 | 569.50 |
| 08/05/12 | Prepare for appellate arguments tomorrow | L120 | GEG | 2.90 | 335.00 | 971.50 |
| 08/06/12 | Prepare for appellate arguments | L120 | GEG | 3.40 | 335.00 | 1,139.00 |
| 08/06/12 | Attend appellate arguments in Dallas, Texas and achieve dismissal of appeal | L120 | GEG | 10.80 | 335.00 | 3,618.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301021

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | E-mails from and to and phone conference with Court's scheduling clerk regarding change of hearing time | L120 | GEG | .30 | 335.00 | 100.50 |
| 08/06/12 | Attend appellate arguments in Dallas, Texas and achieve dismissal of appeal | L120 | JB | 10.80 | 190.00 | 2,052.00 |
| 08/06/12 | Prepare for appellate arguments | L120 | JB | 3.40 | 190.00 | 646.00 |
| 08/07/12 | Review inquiry from eviction counsel and advise on same | L120 | GEG | .30 | 335.00 | 100.50 |
| 08/07/12 | Status update regarding hearing results to client | L120 | KSA | .30 | 223.00 | 66.90 |
| 08/07/12 | Conferences regarding status of file following appellate hearing | B420 | JB | .30 | 190.00 | 57.00 |
| 08/07/12 | Draft summary of hearing and status of file following appellate hearing and e-mails regarding same | L120 | JB | .50 | 190.00 | 95.00 |
| 08/07/12 | Conference and e-mails regarding plans to continue eviction in state court following appellate hearing on removed claims | L120 | JB | .30 | 190.00 | 57.00 |
| 08/07/12 | Update MERS counsel and GMAC contact regarding result of yesterday's hearing | L120 | GEG | .20 | 335.00 | 67.00 |
| 08/07/12 | Work on various post-hearing issues | L120 | GEG | .80 | 335.00 | 268.00 |
| 08/08/12 | Receive and review court mail | L120 | GEG | .30 | 335.00 | 100.50 |
| 08/08/12 | Review montgomery response regarding whether appeal was properly filed | B420 | JB | .30 | 190.00 | 57.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

Rescap

0G2012-301021

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Receive and review court mail and work on determining whether any action needs to be taken in appeal | L120 | GEG | .30 | 335.00 | 100.50 |
| 08/09/12 | Review filings regarding record designations in appeal of order dismissing bankruptcy | L120 | JB | .20 | 190.00 | 38.00 |
| 08/13/12 | Review order dismissing appeal and draft update e-mail to GMAC and MERS | L120 | JB | .40 | 190.00 | 76.00 |
| 08/13/12 | Receive and review order dismissing appeal | L120 | GEG | .30 | 335.00 | 100.50 |
| 08/14/12 | Review and revise settlement agreement | L120 | GEG | .30 | 335.00 | 100.50 |
| 08/14/12 | Review bankruptcy proceedings for pre-petition and post-petition issues | L120 | GEG | 2.30 | 335.00 | 770.50 |
| 08/20/12 | Receive and review court mail and calendar appeals deadline | L120 | GEG | .20 | 335.00 | 67.00 |

FEES                          $12,647.40

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 20 | Airline Tickets | 1,263.20 |
| 21 | Travel Expense | 134.00 |
| 23 | Meal Expense | 77.00 |

COSTS                          $1,474.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      4
OCTOBER 12, 2012

Rescap

0G2012-301021

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $14,121.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
Rescap                                                             OCTOBER 12, 2012

0G2012-301021

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 25.70 | 8,609.50 |
| Keith S. Anderson | Associate | 223.00 | .30 | 66.90 |
| James Bailey | Associate | 190.00 | 20.90 | 3,971.00 |
| Total | | | 46.90 | 12,647.40 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301021
BILL AMOUNT        $14,121.60                                  INVOICE #  810206

_____

To:    ResCap                            TC Number:          712398
       1100 Virginia Drive               Invoice Date:       10/12/2012
       Fort Washington, PA 19034         Invoice No.         810206
                                         Period ending:      08/31/2012


Case Management Number      LD  0G2012-301021


                                          Current Invoice
Code Task                                Hours              Fees

B420 Restructurings                       0.60      $      114.00
L120 Analysis/Strategy                   46.30      $   12,533.40

                            =====================================
                 TOTAL FEES   46.90      $   12,647.40

                 TOTAL FEES DUE           $   12,647.40
          TOTAL DISBURSEMENTS DUE         $    1,474.20
          TOTAL DUE THIS INVOICE          $   14,121.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0G2012-301023
Fort Washington, PA 19034

                                                    INVOICE #  810207

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301023  TC Number: 709039

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Prepare case status update regarding borrower's submission of a short sale agreement for approval | C300 | MCG | .10 | 323.00 | 32.30 |
| 08/03/12 | Correspondence with borrower's realtor regarding potential short sale offers | C400 | MCG | .20 | 323.00 | 64.60 |
| 08/15/12 | Correspondence with J.Ho regarding short sale offer | C300 | MCG | .10 | 323.00 | 32.30 |
| 08/20/12 | Review and execute joint stipulation of dismissal | L210 | MCG | .20 | 323.00 | 64.60 |
| 08/20/12 | Correspondence with title insurance counsel regarding settlement agreement and stipulation of dismissal | C400 | MCG | .10 | 323.00 | 32.30 |
| 08/27/12 | Review stipulation of dismissal and executed settlement agreement from borrower | L160 | MCG | .20 | 323.00 | 64.60 |
| 08/30/12 | Review and analyze short sale offer from borrower's realtor and forward to J.Ho for review and approval | C300 | MCG | .40 | 323.00 | 129.20 |

                                FEES                              $419.90

   01        Copy Charges                              0.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301023

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                      $419.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

0G2012-301023

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 1.30 | 419.90 |
| Total | | | 1.30 | 419.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301023
BILL AMOUNT          $419.90                                   INVOICE #  810207

To:    ResCap                          TC Number:              709039
       1100 Virginia Drive             Invoice Date:           10/12/2012
       Fort Washington, PA 19034       Invoice No.             810207
                                       Period ending:          08/31/2012

Case Management Number      LD   0G2012-301023

                                            Current Invoice
Code Task                              Hours              Fees

C300  Analysis and Advice              0.60      $    193.80
C400  Third Party Communication        0.30      $     96.90
L160  Settlement/Non-Binding ADR       0.20      $     64.60
L210  Pleadings                        0.20      $     64.60

                          ===================================
              TOTAL FEES        1.30      $    419.90

              TOTAL FEES DUE              $    419.90
       TOTAL DISBURSEMENTS DUE            $      0.00
         TOTAL DUE THIS INVOICE           $    419.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301026

INVOICE #  810208

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301026   TC Number: 713334

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Analyze issues relating to possible settlement options | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/09/12 | Telephone conference with J.Daniels regarding possible resolution | L160 | HTC | .30 | 315.00 | 94.50 |
| 08/09/12 | Exchange emails with client regarding communications with opposing counsel | L120 | HTC | .40 | 315.00 | 126.00 |
| 08/15/12 | Draft status report for client | L120 | JMH | .10 | 241.00 | 24.10 |
| 08/20/12 | Receive and review borrower's response to summary-judgment motion | L240 | JMH | .40 | 241.00 | 96.40 |
| 08/21/12 | Review and analyze arguments by borrowers in response to summary-judgment motion as well as exhibits attached | L240 | JMH | .90 | 241.00 | 216.90 |
| 08/21/12 | Review borrower's cited transcript excerpts | L240 | JMH | .70 | 241.00 | 168.70 |
| 08/21/12 | Draft reply to response | L240 | JMH | .60 | 241.00 | 144.60 |
| 08/21/12 | Research Alabama and Nationwide case law | L120 | JMH | 2.10 | 241.00 | 506.10 |
| 08/21/12 | Review and analyze draft report of permanent editorial board for Uniform Commercial Code | L120 | JMH | 1.60 | 241.00 | 385.60 |
| 08/21/12 | Review Alabama Code citations and Uniform Commercial Code | L120 | JMH | .50 | 241.00 | 120.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Review and analyze document production of USAA | L120 | JMH | 1.90 | 241.00 | 457.90 |
| 08/21/12 | Telephone conference with client regarding plaintiff's response in opposition to motion for summary judgment | L120 | HTC | .50 | 315.00 | 157.50 |
| 08/21/12 | Review and analyze plaintiff's response in opposition to motion for summary judgment | L120 | HTC | .50 | 315.00 | 157.50 |
| 08/21/12 | E-mails to and from J.Collins regarding borrowers' response to summary-judgment motion | L240 | JMH | .20 | 241.00 | 48.20 |
| 08/22/12 | E-mails to and from C.McCullough regarding cancellation of sale | L120 | JMH | .30 | 241.00 | 72.30 |
| 08/22/12 | Receive and review notice from trial court postponing summary-judgment hearing | L450 | JMH | .10 | 241.00 | 24.10 |
| 08/22/12 | Review and analyze treatises | L120 | JMH | 1.40 | 241.00 | 337.40 |
| 08/22/12 | Review exhibits filed with trial court to verify confidential exhibits attached to summary-judgment response were filed under seal with trial court | L250 | JMH | .30 | 241.00 | 72.30 |
| 08/22/12 | Review ervicing and selling guides | L120 | JMH | .90 | 241.00 | 216.90 |
| 08/22/12 | Research nationwide caselaw regarding foreclosure | L120 | JMH | 1.50 | 241.00 | 361.50 |
| 08/22/12 | Research official comments of UCC | L120 | JMH | 1.50 | 241.00 | 361.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

Rescap

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Research Alabama caselaw regarding assignment | L120 | JMH | .40 | 241.00 | 96.40 |
| 08/22/12 | Review QWR and response | L120 | JMH | .90 | 241.00 | 216.90 |
| 08/22/12 | Research RESPA and TILA | L120 | JMH | .50 | 241.00 | 120.50 |
| 08/23/12 | Draft reply to borrower's arguments regarding wrongful foreclosure and standing | L240 | JMH | 4.50 | 241.00 | 1,084.50 |
| 08/23/12 | Review and analyze provisions of mortgage | L120 | JMH | .60 | 241.00 | 144.60 |
| 08/23/12 | Draft reply to borrower's argument regarding notice of intent to accelerate | L240 | JMH | .80 | 241.00 | 192.80 |
| 08/23/12 | Review and analyze notice of sale published in newspaper and attached as exhibit to borrowers' response | L250 | JMH | .40 | 241.00 | 96.40 |
| 08/23/12 | Draft reply to borrower's argument regarding note endorsement | L240 | JMH | .90 | 241.00 | 216.90 |
| 08/23/12 | Draft reply to borrower's argument regarding standing | L240 | JMH | .50 | 241.00 | 120.50 |
| 08/23/12 | E-mails to and from C.McCullough regarding GMAC's cancellation of foreclosure sale | L120 | JMH | .40 | 241.00 | 96.40 |
| 08/23/12 | Research case law and statutes regarding issues relating to sale of note | L120 | JMH | .80 | 241.00 | 192.80 |
| 08/24/12 | Revise exhibits to Motion for Summary Judgment | L240 | AHC | .40 | 145.00 | 58.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      4
OCTOBER 12, 2012

Rescap

0G2012-301026

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Draft reply to borrower's response regarding injunction | L120 | JMH | .40 | 241.00 | 96.40 |
| 08/24/12 | General revisions to reply to borrower's summary-judgment response | L240 | JMH | 1.50 | 241.00 | 361.50 |
| 08/24/12 | Receive and review trial court's orders resetting hearing for summary judgment | L450 | JMH | .20 | 241.00 | 48.20 |
| 08/24/12 | Evaluate potential UCC arguments | L120 | JMH | .30 | 241.00 | 72.30 |
| 08/24/12 | Work on arguments in brief regarding the loan | L120 | LDV | .40 | 406.00 | 162.40 |
| 08/27/12 | Research Alabama caselaw regarding contract law | L120 | JMH | .40 | 241.00 | 96.40 |
| 08/27/12 | Draft reply to borrower's argument regarding Section 5 of mortgage | L240 | JMH | .80 | 241.00 | 192.80 |
| 08/28/12 | Revise reply to borrower's summary-judgment motion | L240 | JMH | .80 | 241.00 | 192.80 |
| 08/29/12 | Research cases regarding foreclosure | L120 | JMH | .60 | 241.00 | 144.60 |
| 08/29/12 | Revise summary-judgment reply | L240 | JMH | .50 | 241.00 | 120.50 |

FEES                                    $8,306.60

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 41 | Computerized Legal Research-Westlaw | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     5
OCTOBER 12, 2012

0G2012-301026

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                $8,306.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     6
OCTOBER 12, 2012

Rescap

0G2012-301026

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Laurence D. Vinson, Jr. | Partner | 406.00 | .40 | 162.40 |
| Hope Cannon | Partner | 315.00 | 1.80 | 567.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jonathan Hooks | Associate | 241.00 | 31.20 | 7,519.20 |
| Total | | | 33.80 | 8,306.60 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301026

BILL AMOUNT         $8,306.60

INVOICE #   810208

To:    ResCap                         TC Number:          713334
       1100 Virginia Drive            Invoice Date:       10/12/2012
       Fort Washington, PA 19034      Invoice No.         810208
                                      Period ending:      08/31/2012

Case Management Number      LD   0G2012-301026

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 19.00 | $ 4,756.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $ 94.50 |
| L240 | Dispositive Motions | 13.50 | $ 3,215.10 |
| L250 | Other Written Motions/Submissions | 0.70 | $ 168.70 |
| L450 | Trial and Hearing Attendance | 0.30 | $ 72.30 |

```
                    ==================================
        TOTAL FEES       33.80      $  8,306.60

        TOTAL FEES DUE               $  8,306.60
        TOTAL DISBURSEMENTS DUE      $      0.00
        TOTAL DUE THIS INVOICE       $  8,306.60
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301027
Fort Washington, PA 19034
                                                               INVOICE #  810209

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301027  TC Number: 712180

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Final review of Plaintiff's Motion to Strike Jury Demand prior to submission to Court | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/01/12 | Draft correspondence to Collier County Clerk enclosing Plaintiff's Motion to Strike Jury Demand for filing | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/01/12 | Draft Motion to Strike Jury Demand | L250 | JDV | .50 | 219.00 | 109.50 |
| 08/01/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/02/12 | Set hearing on borrower's Motion to Dismiss for August 31, 2012. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/03/12 | Draft motion for rent payment. | L210 | MPE | .50 | 149.00 | 74.50 |
| 08/03/12 | Analysis of Declaration in Support of Limited Objection of borrower to Employ and Retain Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel to Debtors | L120 | JDV | .50 | 219.00 | 109.50 |
| 08/03/12 | Revise Motion for Rent Payments | L250 | JDV | .30 | 219.00 | 65.70 |
| 08/06/12 | Draft procedural history, standard of review, and argument sections III A. and B of Response in Opposition to Motion to Dismiss Complaint | L210 | JDV | 2.90 | 219.00 | 635.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Email correspondence with client regarding confirmation of mediation set for August 14, 2012 | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/06/12 | Analysis of state law regarding claims asserted by defendant in foreclosure action and client defenses to same | L120 | JDV | 1.60 | 219.00 | 350.40 |
| 08/07/12 | Draft Mediation Position Statement | L190 | JDV | 2.70 | 219.00 | 591.30 |
| 08/08/12 | Review and revise mediation statement | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/08/12 | Review and revise response to borrower's motion to dismiss amended complaint | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/09/12 | Make final revision to the mediation statement and send same to client with comments from today's bankruptcy hearing where borrower appeared | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/09/12 | Exchange e-mails with client regarding borrower's last payment date | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/09/12 | Review and revise mediation position statement | L320 | MW | 1.40 | 263.00 | 368.20 |
| 08/10/12 | Review case status and issues in case | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/10/12 | Correspondence with defendant borrower regarding defendant's request to move mediation date | L160 | JDV | .40 | 219.00 | 87.60 |
| 08/10/12 | Correspondence with C.Bonello regarding mediation attendance | L160 | JDV | .20 | 219.00 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 12, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Email and telephone correspondence with borrower regarding mediation attendance. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/13/12 | Prepare binder in preparation for mediation on August 14, 2012. | L110 | MPE | .50 | 149.00 | 74.50 |
| 08/13/12 | Analysis of mediation position statement, pleadings, and securitization documents in preparation of mediation | L120 | JDV | 3.70 | 219.00 | 810.30 |
| 08/13/12 | Correspondence with defendant regarding mediation | L160 | JDV | .40 | 219.00 | 87.60 |
| 08/13/12 | Revise Response to Defendant's Motion to Dismiss and Motion for Rent Payments | L250 | JDV | .60 | 219.00 | 131.40 |
| 08/13/12 | Draft and revise response in opposition to borrower's motion to dismiss | L320 | MW | .90 | 263.00 | 236.70 |
| 08/13/12 | Review and analyze motion to dismiss and applicable consent judgment documents | C300 | ASI | 1.00 | 249.00 | 249.00 |
| 08/14/12 | Review and analyze borrower's arguments | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/14/12 | Research current address and phone number for possible witness | L110 | MPE | .40 | 149.00 | 59.60 |
| 08/14/12 | Attend mediation | L160 | JDV | 4.00 | 219.00 | 876.00 |
| 08/14/12 | Prepare for mediation | L160 | JDV | 1.40 | 219.00 | 306.60 |
| 08/15/12 | Correspondence with current renter of property, regarding mediation and local foreclosure counsel | L190 | JDV | .30 | 219.00 | 65.70 |
| 08/15/12 | Draft mediation memo | L190 | JDV | 1.00 | 219.00 | 219.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

0G2012-301027

FED ID NO. 63-0243316

Rescap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Correspondence with client regarding mediation memo | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/18/12 | Analysis of Movant's Memorandum in Support of Motion to Reconsider the Court's August 10, 2012 Granting Order Docket 1077 | L250 | JDV | .30 | 219.00 | 65.70 |
| 08/18/12 | Analysis of state law regarding claims asserted by defendant in foreclosure action and client defenses to same | L120 | JDV | 1.60 | 219.00 | 350.40 |
| 08/19/12 | Email client regarding Consent Order review eligibility | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/19/12 | Review borrower's new objection in the bankruptcy court and email same to client | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/20/12 | Draft argument in Response in Opposition to Defendant's Motion to Dismiss | L210 | JDV | 1.70 | 219.00 | 372.30 |
| 08/20/12 | Analysis of federal law regarding Chapter 7 bankruptcy | L120 | JDV | 1.20 | 219.00 | 262.80 |
| 08/21/12 | Advisory call with client about various issues in borrower matter and Foreclosure Review process | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/21/12 | Draft argument sections III C, D, and E in Response in Opposition to Defendant's Motion to Dismiss | L210 | JDV | 2.80 | 219.00 | 613.20 |
| 08/21/12 | Analysis of Notice of Impasse and correspondence from mediator | L250 | JDV | .20 | 219.00 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
OCTOBER 12, 2012

0G2012-301027

FED ID NO. 63-0243316

Rescap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Review and revise draft response in opposition to motion to dismiss amended complaint | L120 | HTC | 1.00 | 315.00 | 315.00 |
| 08/23/12 | Prepare for hearing on motion to dismiss | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/23/12 | Review and analyze borrower's motion to dismiss | L250 | HTC | .50 | 315.00 | 157.50 |
| 08/23/12 | Email correspondence with defendant regarding settlement proposal | L160 | JDV | .40 | 219.00 | 87.60 |
| 08/23/12 | Phone call with client regarding strategy | L120 | CWH | .20 | 330.00 | 66.00 |
| 08/24/12 | Review and analyze the Pooling & Servicing Agreement and the assumption agreements | L110 | CWH | .40 | 330.00 | 132.00 |
| 08/24/12 | Research Federal Reserve Board issues regarding loan | L110 | CWH | .40 | 330.00 | 132.00 |
| 08/24/12 | Exchange e-mails with client | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/24/12 | Review notes for the loan and borrower's bankruptcy pleadings and analyze impact of his bankruptcy | L110 | CWH | .60 | 330.00 | 198.00 |
| 08/24/12 | Final review of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/24/12 | Prepare exhibits to response | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/24/12 | Draft correspondence to Collier County Court enclosing Response in Opposition for filing | L210 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    6
OCTOBER 12, 2012

Rescap

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Research borrower's real estate records | L110 | MPE | 1.10 | 149.00 | 163.90 |
| 08/24/12 | Telephone communications and email correspondence with defendant regarding settlement proposal | L160 | JDV | .40 | 219.00 | 87.60 |
| 08/24/12 | Correspondence with client regarding review of Response in Opposition to Motion to Dismiss | L210 | JDV | .20 | 219.00 | 43.80 |
| 08/24/12 | Analysis of defendant's settlement proposal | L120 | JDV | .30 | 219.00 | 65.70 |
| 08/24/12 | Finalize and prepare Response in Opposition to Motion to Dismiss for service and filing | L210 | JDV | 1.00 | 219.00 | 219.00 |
| 08/24/12 | Analyze issues relating to arguments made in motion to dismiss | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/28/12 | Contact Citi to request records | L310 | CWH | .30 | 330.00 | 99.00 |
| 08/28/12 | Draft response to defendant's settlement offer | L160 | JDV | .50 | 219.00 | 109.50 |
| 08/28/12 | Correspondence with client regarding response to defendant's settlement offer | L160 | JDV | .20 | 219.00 | 43.80 |
| 08/28/12 | Draft Notice of Appearance for H.Cannon | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/28/12 | Draft correspondence to Clerk enclosing Notice of Appearance | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/30/12 | Correspondence with client regarding settlement negotiations | L160 | JDV | .20 | 219.00 | 43.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    7
OCTOBER 12, 2012

0G2012-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Follow-up correspondence with defendant regarding renewed settlement offer | L160 | JDV | .30 | 219.00 | 65.70 |
| 08/30/12 | Assist attorney prepare for hearing by reviewing documents and gathering materials | L230 | JAM | .50 | 145.00 | 72.50 |
| 08/30/12 | Prepare hearing binder with all relevant documents needed for borrower's Motion to Dismiss hearing on August 31, 2012. | L450 | MPE | 1.10 | 149.00 | 163.90 |
| 08/30/12 | Research bankruptcy case for any recent filings by borrower to prepare for the August 31, 2012 hearing on the motion to dismiss. | L110 | MPE | .70 | 149.00 | 104.30 |
| 08/30/12 | Prepare for hearing on motion to dismiss | L120 | HTC | 4.50 | 315.00 | 1,417.50 |
| 08/31/12 | Prepare for hearing and attendance at hearing on motion to dismiss | L120 | HTC | 4.50 | 315.00 | 1,417.50 |
| 08/31/12 | Assemble materials for hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/31/12 | Telephone conversation with defendant regarding hearing on motion to dismiss and new counteroffer | L160 | JDV | .30 | 219.00 | 65.70 |

FEES                                        $14,735.80

DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
| 20 | Airline Tickets | 739.20 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      8
Rescap                                                        OCTOBER 12, 2012

0G2012-301027

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 21 | Travel Expense | 292.64 |
| 23 | Meal Expense | 42.94 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |
| 50 | Mediation Fee | 500.00 |
| | COSTS | $1,574.78 |
| | AMOUNT DUE THIS BILL | $16,310.58 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      9
OCTOBER 12, 2012

Rescap

0G2012-301027

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 11.30 | 3,559.50 |
| Christian W. Hancock | Partner | 330.00 | 3.40 | 1,122.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.20 | 319.00 |
| Avery Simmons | Associate | 249.00 | 1.00 | 249.00 |
| Jose D. Vega | Associate | 219.00 | 32.50 | 7,117.50 |
| Monica Wilson | Associate | 263.00 | 2.30 | 604.90 |
| Melisa P. Palmer | Paralegal | 149.00 | 4.90 | 730.10 |
| Total | | | 57.60 | 13,702.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                                0G2012-301027
BILL AMOUNT        $16,310.58                                    INVOICE #  810209

To:    ResCap                          TC Number:          712180
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810209
                                       Period ending:      08/31/2012

Case Management Number        LD   0G2012-301027

|      |                                           | Current Invoice | |
| Code | Task | Hours | Fees |
| --- | --- | --- | --- |
| C300 | Analysis and Advice | 1.00 | $   249.00 |
| L110 | Fact Investigation/Development | 6.00 | $ 1,382.70 |
| L120 | Analysis/Strategy | 19.90 | $ 5,417.10 |
| L160 | Settlement/Non-Binding ADR | 8.70 | $ 1,905.30 |
| L190 | Other Case Assessment, Develop't/Admin | 4.40 | $   963.60 |
| L210 | Pleadings | 10.80 | $ 2,241.40 |
| L230 | Court Mandated Conferences | 0.70 | $   101.50 |
| L250 | Other Written Motions/Submissions | 2.40 | $   573.60 |
| L310 | Written Discovery | 0.30 | $    99.00 |
| L320 | Document Production | 2.30 | $   604.90 |
| L450 | Trial and Hearing Attendance | 1.10 | $   163.90 |

==========================================

            TOTAL FEES      57.60    $ 14,735.80

          TOTAL FEES DUE              $ 14,735.80
    TOTAL DISBURSEMENTS DUE           $  1,574.78
     TOTAL DUE THIS INVOICE           $ 16,310.58



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301028

INVOICE #  810210

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301028  TC Number: 711093

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review recommendation of magistrate judge, district court's order accepting magistrate judge's recommendation, final judgment, and notice of appeal | L520 | GGM | .60 | 475.00 | 285.00 |
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/16/12 | Review case manager alert from client | B110 | phn | .10 | 200.00 | 20.00 |
| 08/27/12 | Review email from client regarding status of appeal | L120 | phn | .20 | 200.00 | 40.00 |
| 08/30/12 | Analysis of appellate procedural history for client | L120 | phn | .20 | 200.00 | 40.00 |

FEES                                    $425.00

AMOUNT DUE THIS BILL                     $425.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                                    OCTOBER 12, 2012

0G2012-301028

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Greg Marshall | Partner | 475.00 | .60 | 285.00 |
| Preston H. Neel | Associate | 200.00 | .70 | 140.00 |
| Total | | | 1.30 | 425.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                OCTOBER 12, 2012
                                                      0G2012-301028
BILL AMOUNT          $425.00                          INVOICE #  810210

---

To:   ResCap                    TC Number:          711093
      1100 Virginia Drive        Invoice Date:       10/12/2012
      Fort Washington, PA 19034  Invoice No.         810210
                                 Period ending:      08/31/2012

Case Management Number      LD  0G2012-301028

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| B110 | Case Administration | 0.10 | $ 20.00 |
| L120 | Analysis/Strategy | 0.40 | $ 80.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 40.00 |
| L520 | Appellate Briefs | 0.60 | $ 285.00 |
| | TOTAL FEES | 1.30 | $ 425.00 |

                    TOTAL FEES DUE            $   425.00
                    TOTAL DISBURSEMENTS DUE   $     0.00
                    TOTAL DUE THIS INVOICE    $   425.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  OCTOBER 12, 2012
1100 Virginia Drive                                    0G2012-301030
Fort Washington, PA 19034

                                                       INVOICE #  810211

                                                       FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301030  TC Number: 695185

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Conference with client regarding documentation necessary to provide proper notices from property owners' association and county | L120 | CLHA | .50 | 345.00 | 172.50 |

                              FEES                                $172.50


                              AMOUNT DUE THIS BILL                $172.50


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301030

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .50 | 172.50 |
| Total | | | .50 | 172.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301030
BILL AMOUNT          $172.50                                   INVOICE #  810211

---

To:   ResCap                          TC Number:          695185
      1100 Virginia Drive             Invoice Date:       10/12/2012
      Fort Washington, PA 19034       Invoice No.         810211
                                      Period ending:      08/31/2012


Case Management Number      LD   0G2012-301030


                                         Current Invoice
Code Task                               Hours           Fees

L120 Analysis/Strategy                   0.50    $    172.50

                           ===================================
                    TOTAL FEES           0.50    $    172.50

                    TOTAL FEES DUE               $    172.50
                    TOTAL DISBURSEMENTS DUE       $      0.00
                    TOTAL DUE THIS INVOICE        $    172.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301031

INVOICE # 810212

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301031  TC Number: 702685

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report for client | L120 | RK | .10 | 185.00 | 18.50 |
| 08/07/12 | Conference regarding appeal | L120 | RK | 1.10 | 185.00 | 203.50 |
| 08/07/12 | Review Fifth Circuit precedent | L120 | RK | 1.40 | 185.00 | 259.00 |
| 08/07/12 | Review plaintiff's reply brief in support of his motion to vacate | L210 | GWG | .40 | 263.00 | 105.20 |
| 08/07/12 | Research on effect of docketing appeal and jurisdiction transference, and on possible strategies going forward | L510 | MJA | 1.60 | 297.00 | 475.20 |
| 08/08/12 | Review of case status and notice of appearance | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/08/12 | Research for and draft motion to dismiss appeal | L210 | GWG | 6.90 | 263.00 | 1,814.70 |
| 08/08/12 | Draft and final revisions to Notices of Appearance | L510 | AHC | .60 | 145.00 | 87.00 |
| 08/13/12 | Correspondence with client regarding status of motion to vacate and appeal | L120 | GWG | .30 | 263.00 | 78.90 |
| 08/13/12 | Research Fifth Circuit IOPs and edit motion to dismiss | L250 | GWG | 1.40 | 263.00 | 368.20 |
| 08/24/12 | Review order dismissing appeal and research regarding reinstatement of case | L120 | GWG | .50 | 263.00 | 131.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301031

FED ID NO. 63-0243316

---

FEES                                      $3,601.10

41      Computerized Legal Research-Westlaw         0.00

AMOUNT DUE THIS BILL              $3,601.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 12, 2012

Rescap

0G2012-301031

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.80 | 534.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Graham W. Gerhardt | Partner | 263.00 | 9.50 | 2,498.50 |
| Riley Key | Associate | 185.00 | 2.60 | 481.00 |
| Total | | | 14.50 | 3,601.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301031
BILL AMOUNT         $3,601.10                            INVOICE #  810212

---

To:    ResCap                          TC Number:        702685
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810212
                                       Period ending:    08/31/2012


Case Management Number       LD   0G2012-301031


                                      Current Invoice
Code Task                             Hours          Fees

L120 Analysis/Strategy                 3.40     $    691.40
L210 Pleadings                         7.30     $  1,919.90
L250 Other Written Motions/Submissions 1.40     $    368.20
L510 Appellate Motions and Submissions 2.40     $    621.60

                          ===================================
                TOTAL FEES     14.50    $  3,601.10

                TOTAL FEES DUE           $  3,601.10
        TOTAL DISBURSEMENTS DUE          $      0.00
        TOTAL DUE THIS INVOICE           $  3,601.10



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301033

INVOICE #  810213

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301033  TC Number: 686851

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/01/12 | Correspondence with opposing counsel regarding recent bankruptcy order and need to reschedule upcoming hearing | L120 | BG | .10 | 190.00 | 19.00 |
| 08/01/12 | Email to counsel for borrower to discuss whether pre-trial conference remains scheduled | L450 | JHP | .00 | 245.00 | 0.00 |
| 08/02/12 | Emails to/from counsel for borrower to confirm pre-trial conference has been removed from trial calendar due to bankruptcy notice filing | L450 | JHP | .20 | 245.00 | 49.00 |
| 08/02/12 | Two telephone conferences with Court Coordinator in the 412th district regarding pretrial and stay of case | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/02/12 | Additional telephone conference with Judge Denman regarding bankruptcy stay and pre-trial conference | L110 | ABB | .10 | 150.00 | 15.00 |
| 08/06/12 | Provided status update to client | L120 | JHP | .30 | 245.00 | 73.50 |
| 08/10/12 | Emails to/from counsel for Ark-la-Tex to discuss court order vacating prior order in favor of borrower | L240 | JHP | .20 | 245.00 | 49.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Update and organize pleadings regarding three civil cases pertaining to borrower | L110 | ABB | 1.90 | 150.00 | 285.00 |
| 08/14/12 | Determine filings and arguments needed in advance of hearing on motion to strike and follow up with opposing counsel about intent to accept offer to release second lien | L230 | BG | .20 | 190.00 | 38.00 |
| 08/14/12 | Correspondence with counsel for borrower to discuss whether he intends to move forward with motion to strike intervention of GMAC and others to his lawsuit against Ark-la-Tex | L190 | JHP | .20 | 245.00 | 49.00 |
| 08/15/12 | Emails to/from counsel for borrower to discuss motion to strike and reply brief due by clients | L250 | JHP | .10 | 245.00 | 24.50 |
| 08/16/12 | Analysis and review of e-mails from opposing counsel and calendar all information contained therein regarding upcoming hearings as well as communications via telephone regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/16/12 | Memo regarding newly received hearing information containing conflicting dates | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/20/12 | Receive and review Designation of Lead Counsel from Spencer Law Firm and assimilation and compilation of same regarding pleadings file | L110 | ABB | .30 | 150.00 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Retrieval of docket report and telephone conference with Court Coordinator regarding Petition | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/22/12 | Further efforts regarding calendaring conflicting hearing information received from opposing counsel | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/23/12 | Continue drafting Motion to Strike Affidavit | L210 | BG | .80 | 190.00 | 152.00 |
| 08/23/12 | Evaluate need and status of supplemental bankruptcy filing | L120 | BG | .10 | 190.00 | 19.00 |
| 08/27/12 | Receipt / review of third amended petition in Arklatex case | L210 | BG | .20 | 190.00 | 38.00 |
| 08/27/12 | Receive, assimilation and compilation of filing in judgment file regarding Third Amended Petition and update pleadings regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/28/12 | Retrieval of docket report in order to obtain information regarding judgment matter per information obtained from opposing counsel | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/28/12 | Emails to/from counsel for Settle Pou to discuss revised order on new trial from Court | L250 | JHP | .20 | 245.00 | 49.00 |
| 08/28/12 | Correspondence with counsel for co-defendant regarding amended order on Motions for New Trial | L210 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
OCTOBER 12, 2012

Rescap

0G2012-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Reviewed amended petition filed by borrower in Ark-La-Tex matter and reviewed motion for summary judgment filed by borrower in Ark-la-Tex case | L240 | JHP | 1.50 | 245.00 | 367.50 |
| 08/29/12 | Communications to and from Brazoria County in order to obtain Amended Order | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/30/12 | Phone call from counsel for co-defendant Ark-la-Tex to discuss recent pleadings filed by borrower | L210 | JHP | .20 | 245.00 | 49.00 |
| 08/31/12 | Receive and review Notice of Hearing in judgment matter 67142 and Assimilation and compilation of pleadings with multiple attachments and update pleadings file | L110 | ABB | .30 | 150.00 | 45.00 |

FEES                                        $1,700.50

DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 07 | Filing Fees | 101.31 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS                   $101.31

AMOUNT DUE THIS BILL          $1,801.81

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
Rescap                                                         OCTOBER 12, 2012

0G2012-301033

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 4.70 | 705.00 |
| Jon H. Patterson | Associate | 245.00 | 2.90 | 710.50 |
| Blake Goodsell | Associate | 190.00 | 1.50 | 285.00 |
| Total | | | 9.10 | 1,700.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301033
BILL AMOUNT        $1,801.81                                    INVOICE #  810213

To:    ResCap                        TC Number:        686851
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034      Invoice No.       810213
                                     Period ending:    08/31/2012

Case Management Number    .LD  0G2012-301033

                                          Current Invoice
Code Task                                 Hours        Fees

L110 Fact Investigation/Development        4.70    $    705.00
L120 Analysis/Strategy                     0.50    $    111.50
L190 Other Case Assessment, Develop't/Admin 0.20   $     49.00
L210 Pleadings                             1.30    $    258.00
L230 Court Mandated Conferences            0.20    $     38.00
L240 Dispositive Motions                   1.70    $    416.50
L250 Other Written Motions/Submissions     0.30    $     73.50
L450 Trial and Hearing Attendance          0.20    $     49.00

                         ==================================
                TOTAL FEES    9.10    $  1,700.50

                TOTAL FEES DUE           $  1,700.50
        TOTAL DISBURSEMENTS DUE          $    101.31
        TOTAL DUE THIS INVOICE           $  1,801.81



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301035

INVOICE # 810214

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301035    TC Number: 716367

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Finalize Motion for Summary Judgment, two exhibits with ten attachments and proposed order and prepare all for filing and service. | L190 | MST | 1.20 | 150.00 | 180.00 |
| 08/01/12 | Revise and edit fact section of motion for summary judgment | L210 | phn | 1.60 | 200.00 | 320.00 |
| 08/01/12 | Revise and edit argument section of motion for summary judgment | L210 | phn | 2.70 | 200.00 | 540.00 |
| 08/01/12 | Prepare for service and filing of motion for summary judgment | L210 | phn | .30 | 200.00 | 60.00 |
| 08/01/12 | Review and analyze plaintiffÆs response to GMACÆs 12(c) motion for judgment on the pleadings | L210 | phn | .50 | 200.00 | 100.00 |
| 08/01/12 | Research and analyze plaintiffÆs position in his response to GMACÆs 12(c) motion for purposes of motion for summary judgment filing | L210 | phn | .70 | 200.00 | 140.00 |
| 08/01/12 | Draft proposed order for motion for summary judgment | L210 | phn | .30 | 200.00 | 60.00 |
| 08/01/12 | Review and analyze plaintiff's Rule 12(c) response and caselaw cited therein | L210 | GWG | 3.00 | 263.00 | 789.00 |
| 08/02/12 | Review plaintiff's motion for partial summary judgment and arguments made therein | L210 | GWG | 2.70 | 263.00 | 710.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301035

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Work on defendants' motion for summary judgment | L240 | GWG | 4.20 | 263.00 | 1,104.60 |
| 08/02/12 | Research counter arguments to plaintiffÆs partial motion for summary judgment | L120 | phn | 1.20 | 200.00 | 240.00 |
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/03/12 | Review and update federal pleadings and deadlines | L210 | phn | .30 | 200.00 | 60.00 |
| 08/06/12 | Research Texas case law related to plaintiffÆs opposition brief to defendantÆs 12(c) motion | L120 | phn | 3.20 | 200.00 | 640.00 |
| 08/07/12 | Draft reply brief to PlaintiffÆs opposition | L210 | phn | 6.20 | 200.00 | 1,240.00 |
| 08/07/12 | Phone conference with JP Morgan's counsel regarding Plaintiff's claims | L120 | phn | .50 | 200.00 | 100.00 |
| 08/07/12 | Draft proposed order pursuant to S.D. Texas local rules | L210 | phn | .20 | 200.00 | 40.00 |
| 08/07/12 | Plan and prepare for service of reply brief | L120 | phn | .30 | 200.00 | 60.00 |
| 08/07/12 | Work on briefs for our motion for summary judgment, our motion for judgment on the pleadings, and our opposition to plaintiff's motion for partial summary judgment | L240 | GWG | 3.30 | 263.00 | 867.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/07/12 | Finalize Defendant's Reply Brief in Further Support of its Motion for Judgment on the Pleadings and prepare for filing and service. | L210 | MST | .70 | 150.00 | 105.00 |
| 08/09/12 | Email exchange with the Court regarding impromptu scheduling conference August 13, 2012 at 10:30 a.m. | L190 | phn | .30 | 200.00 | 60.00 |
| 08/13/12 | Attend courtÆs scheduling conference on plaintiffÆs motion to continue and GMACÆs bankruptcy | L230 | phn | .50 | 200.00 | 100.00 |
| 08/13/12 | Draft proposed order for severment of claims stayed by bankruptcy | L210 | phn | .40 | 200.00 | 80.00 |
| 08/13/12 | Review docket number 29 submitted by Court related to hearing on plaintiff's motion | L120 | phn | .20 | 200.00 | 40.00 |
| 08/15/12 | Analysis of bankruptcy effect on Deutsche Bank and GMAC's claims | L120 | phn | 1.10 | 200.00 | 220.00 |
| 08/15/12 | Email exchange with court regarding filing proposed order through email or ECF system | L210 | phn | .30 | 200.00 | 60.00 |
| 08/15/12 | Finalize Proposed Order regarding Opposition to Plaintiff's Motion to Continue and prepare for filing and service | L210 | MST | .50 | 150.00 | 75.00 |
| 08/15/12 | Work on proposed severance order | L210 | GWG | .50 | 263.00 | 131.50 |
| 08/16/12 | Research Texas case law surrounding plaintiff's claim | L120 | phn | 3.20 | 200.00 | 640.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 12, 2012

Rescap

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Research arguments in response to plaintiffÆs motion for summary judgment | L120 | phn | 3.10 | 200.00 | 620.00 |
| 08/17/12 | Research case law interpreting Texas Property Code | L120 | phn | 2.50 | 200.00 | 500.00 |
| 08/20/12 | Draft argument section for response to plaintiffÆs motion for partial summary judgment | L210 | phn | 2.60 | 200.00 | 520.00 |
| 08/21/12 | Email exchange with R.Meeker regarding declaration for defendantsÆ response to plaintiffÆs partial motion for summary judgment | L120 | phn | .30 | 200.00 | 60.00 |
| 08/21/12 | Research arguments against plaintiff's claims | L120 | phn | 1.60 | 200.00 | 320.00 |
| 08/22/12 | Review email from Plaintiff requesting consent for leave to file a response | L120 | phn | .20 | 200.00 | 40.00 |
| 08/22/12 | Draft and revise argument for defendant's response | L210 | phn | 2.50 | 200.00 | 500.00 |
| 08/22/12 | Draft and revise argument for defendant's response | L210 | phn | 2.70 | 200.00 | 540.00 |
| 08/22/12 | Review and analyze executed declaration for incorporation into brief | L120 | phn | .30 | 200.00 | 60.00 |
| 08/22/12 | Analyze notes to incorporate facts in brief related to argument | L120 | phn | .90 | 200.00 | 180.00 |
| 08/22/12 | Analyze notes to incorporate facts in brief related to argument | L120 | phn | .90 | 200.00 | 180.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Finalize Response to Plaintiff's Partial Motion for Summary Judgment, prepare numerous exhibits including deposition transcript, declaration, Note, Assignment, Loan Documents, History, proposed order and prepare all for filing and service | L210 | MST | 1.10 | 150.00 | 165.00 |
| 08/23/12 | Legal research for summary judgment arguments | L240 | GWG | 1.50 | 263.00 | 394.50 |
| 08/23/12 | Email exchange with Plaintiff regarding his request for leave to file response to defendantÆs motion for summary judgment | L120 | phn | .30 | 200.00 | 60.00 |
| 08/23/12 | Review and analyze the issues briefed on cross-motions for summary judgment | L210 | CWH | .40 | 330.00 | 132.00 |
| 08/24/12 | Review and analyze PlaintiffÆs opposing brief to defendants motion for summary judgment | L120 | phn | .70 | 200.00 | 140.00 |
| 08/24/12 | Review and analyze PlaintiffÆs motion for leave to file an opposition brief to defendantÆs motion for summary judgment | L120 | phn | .20 | 200.00 | 40.00 |
| 08/27/12 | Researching additional arguments | L120 | phn | .50 | 200.00 | 100.00 |
| 08/27/12 | Review plaintiff's opposition to our summary judgment and work on reply brief in support of same | L240 | GWG | 5.50 | 263.00 | 1,446.50 |
| 08/28/12 | Work on summary judgment reply brief | L240 | GWG | .80 | 263.00 | 210.40 |
| 08/28/12 | Research plaintiffÆs fact objections | L120 | phn | 1.50 | 200.00 | 300.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE   6
OCTOBER 12, 2012

0G2012-301035

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Research plaintiffÆs objection | L120 | phn | 1.10 | 200.00 | 220.00 |
| 08/28/12 | Research regarding PSA and other agreements | L120 | phn | 1.70 | 200.00 | 340.00 |
| 08/29/12 | Research Texas law regarding evidence | C200 | phn | 1.40 | 200.00 | 280.00 |
| 08/29/12 | Research negotiability requirements for notes and issues regarding psa agreements | C200 | phn | 3.90 | 200.00 | 780.00 |
| 08/30/12 | Draft reply brief to PlaintiffÆs opposition to DefendantÆs motion for summary judgment | L210 | phn | 5.10 | 200.00 | 1,020.00 |
| 08/30/12 | Finalize Reply Brief in Further Support of Motion for Summary Judgment and prepare for filing and service | L210 | MST | .80 | 150.00 | 120.00 |

FEES $18,071.50

| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

AMOUNT DUE THIS BILL $18,071.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    7

Rescap                                                          OCTOBER 12, 2012

0G2012-301035

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 4.30 | 645.00 |
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Graham W. Gerhardt | Partner | 263.00 | 21.50 | 5,654.50 |
| Preston H. Neel | Associate | 200.00 | 58.20 | 11,640.00 |
| Total | | | 84.40 | 18,071.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301035
BILL AMOUNT        $18,071.50                                  INVOICE #  810214

_____

To:     ResCap                        TC Number:              716367
        1100 Virginia Drive           Invoice Date:           10/12/2012
        Fort Washington, PA 19034      Invoice No.             810214
                                       Period ending:          08/31/2012


Case Management Number      LD   0G2012-301035


                                              Current Invoice
Code  Task                                    Hours          Fees

C200  Researching Law                          5.30    $  1,060.00
L120  Analysis/Strategy                        25.50   $  5,100.00
L190  Other Case Assessment, Develop't/Admin    1.70   $    280.00
L210  Pleadings                                36.10   $  7,507.60
L230  Court Mandated Conferences                0.50   $    100.00
L240  Dispositive Motions                      15.30   $  4,023.90

                              ===================================
              TOTAL FEES       84.40   $ 18,071.50

                    TOTAL FEES DUE           $ 18,071.50
         TOTAL DISBURSEMENTS DUE             $      0.00
            TOTAL DUE THIS INVOICE           $ 18,071.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0G2012-301036
Fort Washington, PA 19034

                                                INVOICE #  810215

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301036  TC Number: 687152

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status update for client regarding hearing on motion to dismiss and settlement offer | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/02/12 | Correspondence with client regarding hearing on motion to dismiss defendant's counterclaim | L450 | JDV | .30 | 219.00 | 65.70 |
| 08/02/12 | Analysis of applicability of Final Supplemental Order | L120 | JDV | .10 | 219.00 | 21.90 |
| 08/02/12 | Multiple telephone calls to Judge Wallace's Judicial Assistant regarding hearing on Plaintiff's Motion to Dismiss Counterclaims | L230 | JAM | .30 | 145.00 | 43.50 |
| 08/02/12 | Multiple emails with A.Charney regarding Judge Wallace's availability for hearing | L230 | JAM | .40 | 145.00 | 58.00 |
| 08/02/12 | Draft Notice of Hearing | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/02/12 | Draft correspondence to Clerk enclosing Notice of Hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/03/12 | Review Notice of Hearing on Plaintiff's Motion to Dismiss Counterclaims | L250 | JDV | .10 | 219.00 | 21.90 |
| 08/06/12 | Analysis of August 2012 docket and determination of original loan documents | L120 | JDV | .70 | 219.00 | 153.30 |
| 08/06/12 | Research regarding original note and mortgage | L190 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301036

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Correspondence with client regarding origination documents | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/08/12 | Access online docket to check on docketing of Notice of Hearing | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/10/12 | Access online docket and review recent activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/20/12 | Analysis of Notice of Unavailability | L250 | JDV | .10 | 219.00 | 21.90 |
| 08/27/12 | Email correspondence with client regarding investor | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/30/12 | Draft Designation of Email Address for attorney review and correspondence to counsel of record regarding same | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/31/12 | Email correspondence with L.Drysdale, defendant's new attorney, regarding email designation and settlement | L190 | JDV | .20 | 219.00 | 43.80 |

FEES                                      $778.90

35      Express Mail/Fedex                          0.00

AMOUNT DUE THIS BILL              $778.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
Rescap                                                    OCTOBER 12, 2012

0G2012-301036

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | 1.80 | 261.00 |
| Jose D. Vega | Associate | 219.00 | 2.10 | 459.90 |
| Total | | | 4.30 | 778.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301036
BILL AMOUNT        $778.90                                     INVOICE #  810215

_____


To:    ResCap                        TC Number:          687152
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810215
                                     Period ending:      08/31/2012


Case Management Number      LD  0G2012-301036


                                         Current Invoice
Code Task                                Hours           Fees

L120 Analysis/Strategy                    0.80    $     175.20
L190 Other Case Assessment, Develop't/Admin  1.50    $     276.70
L210 Pleadings                            0.20    $      29.00
L230 Court Mandated Conferences           0.90    $     130.50
L250 Other Written Motions/Submissions    0.60    $     101.80
L450 Trial and Hearing Attendance         0.30    $      65.70


                                      ==================================
                TOTAL FEES                4.30    $     778.90

                   TOTAL FEES DUE                 $     778.90
           TOTAL DISBURSEMENTS DUE                $       0.00
             TOTAL DUE THIS INVOICE              $     778.90



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301037

INVOICE #  810216

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301037  TC Number: 713376

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update for client regarding hearing on motion for summary judgment | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/01/12 | Emails and telephone calls with opposing counsel regarding unavailability for hearing until October | L230 | JAM | .30 | 145.00 | 43.50 |
| 08/01/12 | Telephone calls to Judge Butchko's Assistant regarding available dates for hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/09/12 | Multiple telephone calls with Judge Butchko's JA, foreclosure counsel, and opposing counsel regarding October 25th hearing date | L230 | JAM | .70 | 145.00 | 101.50 |
| 08/10/12 | Emails with J.McSweeney regarding October 25th hearing date | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/10/12 | Access online docket to review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/14/12 | Telephone call from Judge Butchko's Judicial Assistant regarding October 25th hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/14/12 | Draft Notice of Hearing | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/15/12 | Correspondence with  client regarding hearing on motion for summary judgment | L190 | JDV | .20 | 219.00 | 43.80 |