

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301037

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Revise Notice of Hearing and draft correspondence to Miami Dade Clerk enclosing Notice of Hearing | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/30/12 | Draft Designation of Email Address for attorney review and correspondence to counsel of record regarding same | L250 | AHC | .40 | 145.00 | 58.00 |

|  | FEES |  |  |  |  | $493.60 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $493.60 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

Rescap

0G2012-301037

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.40 | 348.00 |
| Jose D. Vega | Associate | 219.00 | .40 | 87.60 |
| Total | | | 3.20 | 493.60 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                   OCTOBER 12, 2012
                                                        0G2012-301037
BILL AMOUNT          $493.60                             INVOICE #  810216

---

To:    ResCap                        TC Number:        713376
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034      Invoice No.       810216
                                     Period ending:    08/31/2012


Case Management Number      LD   0G2012-301037


|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $ 131.10 |
| L210 | Pleadings | 0.50 | $ 72.50 |
| L230 | Court Mandated Conferences | 1.60 | $ 232.00 |
| L250 | Other Written Motions/Submissions | 0.40 | $ 58.00 |
| | | ==================================== | |
| | TOTAL FEES | 3.20 | $ 493.60 |
| | TOTAL FEES DUE | | $ 493.60 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 493.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             OCTOBER 12, 2012
1100 Virginia Drive                                0G2012-301038
Fort Washington, PA 19034

                                                   INVOICE #  810217

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301038  TC Number: 703187

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Prepare case status update regarding hearing date on our motion to dismiss the amended counterclaims | C300 | MCG | .10 | 323.00 | 32.30 |

                              FEES                         $32.30

                              AMOUNT DUE THIS BILL         $32.30

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301038

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .10 | 32.30 |
| Total | | | .10 | 32.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                    OCTOBER 12, 2012
                                                                          0G2012-301038
BILL AMOUNT            $32.30                                             INVOICE #  810217

To:    ResCap                          TC Number:          703187
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810217
                                       Period ending:      08/31/2012

Case Management Number     LD  0G2012-301038

                                              Current Invoice
Code Task                                 Hours              Fees

C300 Analysis and Advice                   0.10        $      32.30

                            ========================================
                     TOTAL FEES            0.10        $      32.30

                     TOTAL FEES DUE                    $      32.30
             TOTAL DISBURSEMENTS DUE                   $       0.00
             TOTAL DUE THIS INVOICE                    $      32.30



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301039

INVOICE #  810218

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301039  TC Number: 702516

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Review docket regarding status of decision on Motion to Supplement and Motion for Extension and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/08/12 | Receipt and initial review of order directing appellant to respond to motion to supplement within 12 days | L510 | AHC | .10 | 145.00 | 14.50 |
| 08/15/12 | Review docket regarding status of ruling on Motion for Extension and appellant's response to Motion to Supplement and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/25/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/27/12 | Revise, edit and finalize notice of email designations for state court and appellate court actions and send for filing and service | L120 | NJV | .30 | 258.00 | 77.40 |
| 08/28/12 | Contact Hillsborough County Circuit Court Clerk's office to discuss documents needed for order supplementing record in appeal | L120 | AC | .30 | 193.00 | 57.90 |
| 08/31/12 | Draft status report for client. | L120 | NJV | .10 | 258.00 | 25.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301039

FED ID NO. 63-0243316

---

|  |  | FEES |  | $306.90 |
|---|---|---|---|---|
| 01 | Copy Charges |  | 0.00 |  |
| 35 | Express Mail/Fedex |  | 0.00 |  |
|  |  | AMOUNT DUE THIS BILL |  | $306.90 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301039

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .80 | 116.00 |
| Nicholas J. Voelker | Associate | 258.00 | .40 | 103.20 |
| Aaron Chastain | Associate | 193.00 | .30 | 57.90 |
| Total | | | 1.50 | 277.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                OCTOBER 12, 2012
                                                      0G2012-301039
BILL AMOUNT        $306.90                            INVOICE #  810218

To:    ResCap                        TC Number:        702516
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810218
                                     Period ending:    08/31/2012

Case Management Number      LD  0G2012-301039

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.40 | $    58.00 |
| L120 | Analysis/Strategy | 0.70 | $   161.10 |
| L510 | Appellate Motions and Submissions | 0.40 | $    58.00 |

```
                              ==================================
                   TOTAL FEES      1.50    $     306.90

                    TOTAL FEES DUE         $     306.90
            TOTAL DISBURSEMENTS DUE        $       0.00
               TOTAL DUE THIS INVOICE      $     306.90
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301041

INVOICE #  810219

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301041  TC Number: 706770

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analyze Plaintiff's response to motion for summary judgment and response to undisputed material facts | L240 | JJPH | .40 | 250.00 | 100.00 |
| 08/02/12 | Prepare status report to client | L120 | JJPH | .10 | 250.00 | 25.00 |
| 08/14/12 | Email correspondence with client1 regarding status of motion for summary judgment | L240 | JJPH | .10 | 250.00 | 25.00 |
| 08/17/12 | Email correspondence with client regarding injunction bond | L120 | JJPH | .10 | 250.00 | 25.00 |

FEES                                            $175.00

AMOUNT DUE THIS BILL                            $175.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301041

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .70 | 175.00 |
| Total | | | .70 | 175.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301041
BILL AMOUNT         $175.00                              INVOICE #  810219

---

To:    ResCap                          TC Number:        706770
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810219
                                       Period ending:    08/31/2012


Case Management Number      LD   0G2012-301041


                                          Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                   0.20    $     50.00
L240 Dispositive Motions                 0.50    $    125.00


                          ==================================
                 TOTAL FEES              0.70    $    175.00

                 TOTAL FEES DUE                  $    175.00
            TOTAL DISBURSEMENTS DUE              $      0.00
              TOTAL DUE THIS INVOICE             $    175.00



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301042

INVOICE #  810220

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301042  TC Number: 699974

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/14/12 | Parse claims against GMAC for notice of bankruptcy | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/14/12 | Prepare pleadings for hearing notebook. | L110 | MST | .40 | 150.00 | 60.00 |
| 08/14/12 | Draft Notice of Bankruptcy and analyze effect on pending motion for summary judgment | L210 | phn | 1.10 | 200.00 | 220.00 |
| 08/14/12 | Verifying service on motion for summary judgment hearing | L120 | phn | .20 | 200.00 | 40.00 |
| 08/14/12 | Strategy conference regarding dispositive motion and bankruptcy issues | L120 | GWG | 1.00 | 263.00 | 263.00 |
| 08/16/12 | Drafting proposed order that accounts for the bankruptcy stay and pending motion for summary judgment | L210 | phn | .60 | 200.00 | 120.00 |
| 08/16/12 | Draft notice of bankruptcy detailing what claims are stayed and what claims are permitted | L210 | phn | .90 | 200.00 | 180.00 |
| 08/16/12 | Review case manager alert from G.Albright | B110 | phn | .10 | 200.00 | 20.00 |
| 08/23/12 | Email exchange with G.Albright and P.Stokes regarding approval of notice of bankruptcy | L120 | phn | .40 | 200.00 | 80.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301042

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Revise and edit proposed order on bankruptcy effect | L210 | phn | .30 | 200.00 | 60.00 |
| 08/23/12 | Plan and prepare for filing notice of bankruptcy | L210 | phn | .30 | 200.00 | 60.00 |
| 08/23/12 | Plan and prepare for bankruptcy argument for hearing | L230 | phn | .80 | 200.00 | 160.00 |
| 08/23/12 | Review and analyze loan file and evidentiary issues in preparation for hearing | L230 | phn | 3.10 | 200.00 | 620.00 |
| 08/23/12 | Finalize Notice of Bankruptcy including Final Supplemental Order and prepare for filing and service | L210 | MST | .60 | 150.00 | 90.00 |
| 08/23/12 | Analysis and organization of documents in preparation of Motion for Summary Judgment hearing | L110 | MST | .60 | 150.00 | 90.00 |
| 08/23/12 | Update Bankruptcy Review Spreadsheet with bucket information, filing of notice and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |
| 08/24/12 | Plan and prepare for motion for summary judgment hearing, evidentiary points, and oral arguments | L230 | phn | 3.20 | 200.00 | 640.00 |
| 08/24/12 | Attend hearing on motion for summary judgment and explain effect of bankruptcy stay | L230 | phn | .90 | 200.00 | 180.00 |
| 08/27/12 | Closing file following disposition on summary judgment | L120 | phn | .50 | 200.00 | 100.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

Rescap

0G2012-301042

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Email to Fannie Mae regarding motion for summary judgment | L210 | phn | .20 | 200.00 | 40.00 |
| 08/28/12 | Email to G.Albright requesting information on eviction | L120 | phn | .20 | 200.00 | 40.00 |
| 08/28/12 | Review email from G.Albright regarding eviction and procedures | L120 | phn | .10 | 200.00 | 20.00 |
| 08/28/12 | Email to N.Norris regarding case status and eviction | L120 | phn | .20 | 200.00 | 40.00 |

FEES                        $3,259.00

DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | (2.00) |
| 20 | Airline Tickets | 657.90 |
| 21 | Travel Expense | 89.70 |
| 23 | Meal Expense | 23.02 |

COSTS                       $768.62

AMOUNT DUE THIS BILL        $4,027.62

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
OCTOBER 12, 2012

0G2012-301042

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.80 | 270.00 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Graham W. Gerhardt | Partner | 263.00 | 1.00 | 263.00 |
| Preston H. Neel | Associate | 200.00 | 13.30 | 2,660.00 |
| Total | | | 16.30 | 3,259.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301042

BILL AMOUNT        $4,027.62

INVOICE #   810220

| To: | ResCap | TC Number: | 699974 |
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810220 |
| | | Period ending: | 08/31/2012 |

Case Management Number     LD   0G2012-301042

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.10 | $    20.00 |
| L110 | Fact Investigation/Development | 1.00 | $   150.00 |
| L120 | Analysis/Strategy | 2.60 | $   583.00 |
| L140 | Document/File Management | 0.20 | $    30.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $    40.00 |
| L210 | Pleadings | 4.20 | $   836.00 |
| L230 | Court Mandated Conferences | 8.00 | $ 1,600.00 |

==================================
|  | TOTAL FEES | 16.30 | $ 3,259.00 |

| | TOTAL FEES DUE | $ 3,259.00 |
| | TOTAL DISBURSEMENTS DUE | $   768.62 |
| | TOTAL DUE THIS INVOICE | $ 4,027.62 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301043

INVOICE #  810221

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301043  TC Number: 718267

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/03/12 | Review docket and draft status report regarding motion to withdraw | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/07/12 | Receive and review e-mail from client regarding mediation | L160 | JMH | .20 | 241.00 | 48.20 |
| 08/07/12 | Review counterclaim, counsel's summary judgment motion, and other pertinent pleadings | L240 | JMH | 1.60 | 241.00 | 385.60 |
| 08/08/12 | Conference call with Jonathan Hooks regarding case strategy | L120 | DCL | .30 | 376.00 | 112.80 |
| 08/08/12 | Evaluate need to further address counterclaims | L120 | JMH | .30 | 241.00 | 72.30 |
| 08/08/12 | Telephone conference with client re further actions to take before withdrawal complete | L120 | JMH | .20 | 241.00 | 48.20 |
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/15/12 | Receive and review letter and accompanying motion regarding cancellation of special-set hearing on summary-judgment motion and rescheduling of same | L450 | JMH | .10 | 241.00 | 24.10 |
| 08/20/12 | Analyze summary judgment brief | L120 | DCL | .50 | 376.00 | 188.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Conference with title company counsel regarding case strategy | L120 | DCL | .30 | 376.00 | 112.80 |
| 08/20/12 | Receive and review notice of cancellation of mediation | L160 | JMH | .10 | 241.00 | 24.10 |
| 08/27/12 | Review pleadings | L120 | DCL | .80 | 376.00 | 300.80 |
| 08/28/12 | Telephone conference with client regarding mediation and notice of bankruptcy | L210 | JMH | .20 | 241.00 | 48.20 |
| 08/29/12 | E-mails to and from client regarding notice of bankruptcy | L210 | JMH | .20 | 241.00 | 48.20 |
| 08/29/12 | Review and approve bankruptcy notice for filing | L210 | JMH | .10 | 241.00 | 24.10 |
| 08/29/12 | Review and approve proposed order granting motion to withdraw | L210 | JMH | .10 | 241.00 | 24.10 |
| 08/29/12 | Receive and review notice of filing of notice of bankruptcy | L210 | JMH | .10 | 241.00 | 24.10 |
| 08/29/12 | Final review and revision of Notice of Bankruptcy Filing and Supplemental Servicing Order | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/29/12 | Review docket to determine status of pending motion to withdraw | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/29/12 | Correspondence to all counsel of record regarding Notice of Filing Bankruptcy and Supplemental Servicing Order | L250 | AHC | .30 | 145.00 | 43.50 |
| 08/29/12 | Draft proposed order for attorney review | L250 | AHC | .50 | 145.00 | 72.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Review pleadings and review and revise supplemental notice of bankruptcy | L210 | MCG | .40 | 323.00 | 129.20 |
| 08/30/12 | Receive and review notice as to mediation attendance | L160 | JMH | .10 | 241.00 | 24.10 |

|  |  |
|--|--|
| FEES | $1,885.40 |

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL      $1,885.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
OCTOBER 12, 2012

Rescap

0G2012-301043

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 1.90 | 714.40 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.40 | 203.00 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Michael C. Griffin | Partner | 323.00 | .40 | 129.20 |
| Jonathan Hooks | Associate | 241.00 | 3.30 | 795.30 |
| Total | | | 7.30 | 1,885.40 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301043

BILL AMOUNT      $1,885.40

INVOICE #  810221

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 718267 |
| Invoice Date: | 10/12/2012 |
| Invoice No. | 810221 |
| Period ending: | 08/31/2012 |

Case Management Number      LD   0G2012-301043

| Code | Task | Hours | Fees |
|---|---|---|---|
| | | Current Invoice | |
| L110 | Fact Investigation/Development | 0.10 | $ 14.50 |
| L120 | Analysis/Strategy | 2.40 | $ 834.90 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $ 96.40 |
| L190 | Other Case Assessment, Develop't/Admin | 0.40 | $ 58.00 |
| L210 | Pleadings | 1.10 | $ 297.90 |
| L240 | Dispositive Motions | 1.60 | $ 385.60 |
| L250 | Other Written Motions/Submissions | 1.20 | $ 174.00 |
| L450 | Trial and Hearing Attendance | 0.10 | $ 24.10 |

```
            =================================
            TOTAL FEES    7.30  $  1,885.40

            TOTAL FEES DUE      $  1,885.40
      TOTAL DISBURSEMENTS DUE   $      0.00
        TOTAL DUE THIS INVOICE  $  1,885.40
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301044

INVOICE #  810222

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301044   TC Number: 690220

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/27/12 | Review and analyze final supplemental order for application to claims | L120 | phn | .40 | 200.00 | 80.00 |

FEES                                              $120.00

AMOUNT DUE THIS BILL                              $120.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301044

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | .60 | 120.00 |
| Total | | | .60 | 120.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301044

BILL AMOUNT          $120.00

INVOICE #  810222

To:     ResCap
        1100 Virginia Drive
        Fort Washington, PA 19034

TC Number:         690220
Invoice Date:      10/12/2012
Invoice No.        810222
Period ending:     08/31/2012

Case Management Number     LD   0G2012-301044

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L120 | Analysis/Strategy | 0.40 | $ | 80.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 40.00 |
| | TOTAL FEES | 0.60 | $ | 120.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 120.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 120.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301045

INVOICE #  810223

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301045  TC Number: 715979

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Prepare status report to client | L120 | JJPH | .10 | 250.00 | 25.00 |

FEES                                                              $25.00

AMOUNT DUE THIS BILL                                              $25.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301045

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .10 | 25.00 |
| Total | | | .10 | 25.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                              OCTOBER 12, 2012
                                                    0G2012-301045
BILL AMOUNT          $25.00                         INVOICE #  810223

To:    ResCap                    TC Number:        715979
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034 Invoice No.       810223
                                 Period ending:    08/31/2012


Case Management Number      LD  0G2012-301045


                                        Current Invoice
Code Task                             Hours           Fees

L120 Analysis/Strategy                 0.10    $     25.00

                          =================================
                 TOTAL FEES            0.10    $     25.00

                      TOTAL FEES DUE           $     25.00
               TOTAL DISBURSEMENTS DUE         $      0.00
                TOTAL DUE THIS INVOICE         $     25.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301047
Fort Washington, PA 19034

                                                               INVOICE #  810224

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301047  TC Number: 713410

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Status update on extranet regarding staying of case and dismissal of motion for summary judgment without prejudice | L240B | ES | .10 | 185.00 | 18.50 |

                                      FEES                                    $18.50

                                      AMOUNT DUE THIS BILL                    $18.50

                        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301047

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Erin Saltaformaggio | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301047
BILL AMOUNT          $18.50                              INVOICE #  810224

---

To:     ResCap                     TC Number:        713410
        1100 Virginia Drive        Invoice Date:     10/12/2012
        Fort Washington, PA 19034  Invoice No.       810224
                                   Period ending:    08/31/2012


Case Management Number       LD  0G2012-301047


                                        Current Invoice
Code Task                            Hours            Fees

L240BAll Other                       0.10      $     18.50

                            ==================================
                   TOTAL FEES        0.10      $     18.50

                   TOTAL FEES DUE              $     18.50
           TOTAL DISBURSEMENTS DUE             $      0.00
              TOTAL DUE THIS INVOICE           $     18.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301049
Fort Washington, PA 19034

                                                              INVOICE #  810225

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301049  TC Number: 714803

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare status report regarding agreement reached, finalizing documents | L120 | KSA | .10 | 223.00 | 22.30 |
| 08/06/12 | Review revised deed and revised settlement and send to P.Stokes for final review before signature | L160 | KSA | .20 | 223.00 | 44.60 |
| 08/10/12 | Draft e-mails to P.Stokes and T.McDaniel regarding settlement | L120 | GP | .60 | 185.00 | 111.00 |
| 08/13/12 | Draft e-mail regarding settlement agreement revisions | L160 | GP | .40 | 185.00 | 74.00 |
| 08/17/12 | Draft litigation settlement proposal | L160 | GP | 1.10 | 185.00 | 203.50 |
| 08/17/12 | Revise settlement documents | L160 | GP | .50 | 185.00 | 92.50 |
| 08/20/12 | Revise settlement agreement to comply with standard form and add information about bankruptcy | L160 | GP | 1.70 | 185.00 | 314.50 |
| 08/29/12 | Draft e-mail to opposing counsel regarding status of settlement | L120 | GP | .20 | 185.00 | 37.00 |

                              FEES                                    $899.40


                    DESCRIPTION OF DISBURSEMENTS


        01        Copy Charges                                        0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301049

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| 65 | Title Search Fee | 137.95 |
|---|---|---|
| | COSTS | $137.95 |
| | AMOUNT DUE THIS BILL | $1,037.35 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 12, 2012

0G2012-301049

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .30 | 66.90 |
| Grant Premo | Associate | 185.00 | 4.50 | 832.50 |
| Total | | | 4.80 | 899.40 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301049
BILL AMOUNT        $1,037.35                                    INVOICE #  810225

To:   ResCap                          TC Number:        714803
      1100 Virginia Drive             Invoice Date:     10/12/2012
      Fort Washington, PA 19034       Invoice No.       810225
                                      Period ending:    08/31/2012

Case Management Number     LD  0G2012-301049

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.90 | $   170.30 |
| L160 | Settlement/Non-Binding ADR | 3.90 | $   729.10 |
| | | =============================== | |
| | TOTAL FEES | 4.80 | $   899.40 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 899.40 |
| TOTAL DISBURSEMENTS DUE | $ | 137.95 |
| TOTAL DUE THIS INVOICE | $ | 1,037.35 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                             0G2012-301050
Fort Washington, PA 19034

                                                               INVOICE #  810226

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301050  TC Number: 707812

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review results of evidentiary hearing | L120 | BG | .20 | 190.00 | 38.00 |
| 08/01/12 | Draft status update regarding the hearing on our Motion for Summary Judgment, filing a Motion to Strike certain evidentiary components submitted in Plaintiff's opposition to our motion, and recent settlement offer | L190 | BG | .20 | 190.00 | 38.00 |
| 08/01/12 | Review / revise Motion to Strike Evidentiary Submission in Support of Opposition to Motion for Summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 08/01/12 | Correspondence soliciting settlement | L160 | BG | .10 | 190.00 | 19.00 |
| 08/01/12 | Emails to/from client contact to discuss outcome of hearing on multiple motions and to discuss general strategy | L120 | JHP | .40 | 245.00 | 98.00 |
| 08/01/12 | Draft and preapre for filing Motion to Strike Evidentiary Submission filed by borrowers in response to Motion for Summary Judgment | L240 | JHP | 2.00 | 245.00 | 490.00 |
| 08/01/12 | Emails to/from counsel for borrowers discussing revised offer from client | L160 | JHP | .20 | 245.00 | 49.00 |
| 08/03/12 | Phone conference with client to discuss status of case | L120 | JHP | .20 | 245.00 | 49.00 |
| 08/03/12 | Status update to client | L190 | BG | .10 | 190.00 | 19.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

0G2012-301050

FED ID NO. 63-0243316

Rescap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Emails to/from client contact to discuss summary judgment hearing and trial date | L120 | JHP | .30 | 245.00 | 73.50 |
| 08/08/12 | Receipt / review of notice of hearing | L120 | BG | .10 | 190.00 | 19.00 |
| 08/08/12 | Receive, review and calendar Notice of Hearing from Judge Reid regarding Motion to Strike and compilation of same regarding file management | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/08/12 | Review Order from court setting hearing on Motion to Strike evidentiary submission of borrowers in response to motion for summary judgment | L250 | JHP | .10 | 245.00 | 24.50 |
| 08/08/12 | Email to client contact to advise of court setting hearing on Motion to Strike evidentiary submission of borrowers in response to motion for summary judgment | L250 | JHP | .10 | 245.00 | 24.50 |
| 08/09/12 | Review Order from court dismissing case as to GMAC given bankruptcy status | L240 | JHP | .10 | 245.00 | 24.50 |
| 08/09/12 | Emails to/from client contact to discuss order from court dismissing GMAC as party given bankruptcy filing and to discuss strategy and remaining issues and parties | L120 | JHP | .30 | 245.00 | 73.50 |
| 08/09/12 | Phone call from client employee to discuss upcoming trial date and email to client contact to discuss same | L410 | JHP | .20 | 245.00 | 49.00 |
| 08/09/12 | Evaluate dismissal order from the Court and consider impact on case | L120 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

Rescap

0G2012-301050

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Assimilation and compilation of filed documents received from the Court regarding motion to strike | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/10/12 | Monitor settlement discussions | L160 | BG | .20 | 190.00 | 38.00 |
| 08/10/12 | Emails to/from client contact to discuss September trial date and to discuss settlement | L120 | JHP | .40 | 245.00 | 98.00 |
| 08/10/12 | Email to counsel for borrowers to discuss court order dismissing GMAC as third-party and requesting discussion to consider resolution of case | L160 | JHP | .20 | 245.00 | 49.00 |
| 08/16/12 | Follow up on status of ruling on Motion for Summary Judgment | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/16/12 | Emails to/from client contact to discuss status of court's decision on summary judgment motion | L120 | JHP | .20 | 245.00 | 49.00 |
| 08/21/12 | Emails to/from client contact to discuss status of case and discussions with borrowers counsel on settlement | L120 | JHP | .20 | 245.00 | 49.00 |
| 08/22/12 | Email to client contact to discuss status of case | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/24/12 | Prepare for hearing on Motion to Strike | L230 | BG | .20 | 190.00 | 38.00 |
| 08/24/12 | Correspondence with opposing counsel regarding hearing on Motion to Strike | L230 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

Rescap

0G2012-301050

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Email to client contact to discuss status of upcoming hearing on motion to strike | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/27/12 | Review order from rescheduling hearing on motion to strike due to Hurricane on gulf coast | L210 | JHP | .10 | 245.00 | 24.50 |
| 08/27/12 | Emails to/from client contact to advise of postponement of hearing on motion to strike | L230 | JHP | .20 | 245.00 | 49.00 |
| 08/27/12 | Telephone conferences to and from Court regarding hearing pertaining to inclement weather and possibly re-scheduling same | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/27/12 | Receive, review and compilation of Notice of Case Setting received from the Judge and update file regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/27/12 | Prepare for hearing on Motion to Strike | L230 | BG | .10 | 190.00 | 19.00 |
| 08/27/12 | Receipt of Notice resetting hearing on Motion to Strike | L120 | BG | .10 | 190.00 | 19.00 |
| 08/27/12 | Correspondence with client regarding resetting of hearing on our Motion to Strike | L230 | BG | .10 | 190.00 | 19.00 |
| 08/28/12 | Emails to/from client contact to discuss status of September trial date and general issues concerning trial and current posture of case | L120 | JHP | .50 | 245.00 | 122.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
OCTOBER 12, 2012

Rescap

0G2012-301050

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Correspondence with client regarding trial date | L230 | BG | .20 | 190.00 | 38.00 |
| 08/29/12 | Email to counsel for borrowers requesting call to discuss pre-trial conference | L190 | JHP | .10 | 245.00 | 24.50 |
| 08/31/12 | Draft status update regarding results of hearing on our Motion for Summary Judgment, the postponement of the hearing on our Motion to Strike and general posture of September trial | L190 | BG | .20 | 190.00 | 38.00 |

|  |  |
|--|--|
| FEES | $2,053.00 |

### DESCRIPTION OF DISBURSEMENTS

| | | |
|--|--|--|
| 01 | Copy Charges | 0.00 |
| 21 | Travel Expense | 261.96 |
| 23 | Meal Expense | 20.01 |

| | |
|--|--|
| COSTS | $281.97 |
| AMOUNT DUE THIS BILL | $2,334.97 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      6
OCTOBER 12, 2012

0G2012-301050

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.10 | 165.00 |
| Jon H. Patterson | Associate | 245.00 | 6.00 | 1,470.00 |
| Blake Goodsell | Associate | 190.00 | 2.20 | 418.00 |
| Total | | | 9.30 | 2,053.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                           OCTOBER 12, 2012
                                                                0G2012-301050
BILL AMOUNT        $2,334.97                                     INVOICE #  810226

To:    ResCap                          TC Number:              707812
       1100 Virginia Drive             Invoice Date:           10/12/2012
       Fort Washington, PA 19034       Invoice No.             810226
                                       Period ending:          08/31/2012

Case Management Number        LD  0G2012-301050

|  | | Current Invoice | |
|  | | Hours | Fees |
| Code | Task | | |
| L110 | Fact Investigation/Development | 1.10 | $ 165.00 |
| L120 | Analysis/Strategy | 3.20 | $ 756.50 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $ 155.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $ 119.50 |
| L210 | Pleadings | 0.30 | $ 62.50 |
| L230 | Court Mandated Conferences | 0.90 | $ 182.00 |
| L240 | Dispositive Motions | 2.10 | $ 514.50 |
| L250 | Other Written Motions/Submissions | 0.20 | $ 49.00 |
| L410 | Fact Witnesses | 0.20 | $ 49.00 |

```
                    ====================================
        TOTAL FEES           9.30    $  2,053.00

            TOTAL FEES DUE            $  2,053.00
    TOTAL DISBURSEMENTS DUE           $    281.97
        TOTAL DUE THIS INVOICE        $  2,334.97
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301051
Fort Washington, PA 19034

                                                              INVOICE #  810227

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301051  TC Number: 716587

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Emails to and from client pertaining to updated case status and litigation strategy going forward | L120 | NJV | .20 | 258.00 | 51.60 |
| 08/20/12 | Hearing preparation for Plaintiff's Motion to Reconsider. | L110 | MPE | .40 | 149.00 | 59.60 |
| 08/20/12 | Review and analyze client documents, correspondence, pleadings and other relevant documents | L250 | NJV | 3.90 | 258.00 | 1,006.20 |
| 08/20/12 | Draft proposed order in preparation for borrower's motion for reconsideration hearing | L120 | NJV | .60 | 258.00 | 154.80 |
| 08/21/12 | Attend borrower's motion for reconsideration hearing | L250 | NJV | 7.10 | 258.00 | 1,831.80 |
| 08/24/12 | Prepare draft of Designation of E-mail Address for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/27/12 | Revise, edit and finalize notice of email designations and send for filing and service | L120 | NJV | .20 | 258.00 | 51.60 |
| 08/31/12 | Draft status report for client. | L120 | NJV | .10 | 258.00 | 25.80 |

                                    FEES                                $3,211.20



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301051

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 20 | Airline Tickets | 750.10 |
| 21 | Travel Expense | 232.76 |
| 23 | Meal Expense | 61.29 |
| | COSTS | $1,044.15 |
| | AMOUNT DUE THIS BILL | $4,255.35 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 12, 2012

Rescap

0G2012-301051

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .20 | 29.80 |
| Nicholas J. Voelker | Associate | 258.00 | 12.10 | 3,121.80 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | 12.70 | 3,211.20 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301051

BILL AMOUNT        $4,255.35

INVOICE #  810227

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 716587 |
| Invoice Date: | 10/12/2012 |
| Invoice No. | 810227 |
| Period ending: | 08/31/2012 |

Case Management Number      LD   0G2012-301051

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.40 | $ 59.60 |
| L120 | Analysis/Strategy | 1.10 | $ 283.80 |
| L140 | Document/File Management | 0.20 | $ 29.80 |
| L250 | Other Written Motions/Submissions | 11.00 | $ 2,838.00 |
| | ===================================== | | |
| | TOTAL FEES | 12.70 | $ 3,211.20 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 3,211.20 |
| TOTAL DISBURSEMENTS DUE | $ | 1,044.15 |
| TOTAL DUE THIS INVOICE | $ | 4,255.35 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301054

INVOICE #  810228

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301054  TC Number: 712653

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Prepare status report to client | L120 | JJPH | .10 | 250.00 | 25.00 |

FEES                                      $25.00

AMOUNT DUE THIS BILL                      $25.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301054

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .10 | 25.00 |
| Total | | | .10 | 25.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                                          OCTOBER 12, 2012
                                                                                0G2012-301054
BILL AMOUNT            $25.00                                                    INVOICE #  810228

---

To:    ResCap                              TC Number:          712653
       1100 Virginia Drive                 Invoice Date:       10/12/2012
       Fort Washington, PA 19034           Invoice No.         810228
                                           Period ending:      08/31/2012


Case Management Number      LD   0G2012-301054


                                                Current Invoice
Code Task                                   Hours              Fees

L120  Analysis/Strategy                      0.10      $     25.00


                            ==================================
                   TOTAL FEES                0.10      $     25.00

                   TOTAL FEES DUE                      $     25.00
              TOTAL DISBURSEMENTS DUE                  $      0.00
              TOTAL DUE THIS INVOICE                   $     25.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301055

INVOICE #  810229

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301055  TC Number: 712411

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/08/12 | Draft and revise settlement agreement and notice of dismissal with prejudice | L190 | MMB | 1.70 | 240.00 | 408.00 |
| 08/14/12 | Draft and revise settlement agreement | P500 | MMB | .90 | 240.00 | 216.00 |
| 08/23/12 | Review and revise proposed settlement agreement and stipulation of dismissal | L160 | CWH | .20 | 330.00 | 66.00 |
| 08/27/12 | Finalize Notice of Bankruptcy attaching Final Supplemental Order and prepare for filing and service | L210 | MST | .60 | 150.00 | 90.00 |

|  | FEES |  | $820.00 |
|--|------|--|---------|
| 01 | Copy Charges |  | 0.00 |
| 02 | Postage Charges |  | 0.00 |
|  | AMOUNT DUE THIS BILL |  | $820.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

0G2012-301055

FED ID NO. 63-0243316

Rescap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Preston H. Neel | Associate | 200.00 | .20 | 40.00 |
| Melissa Burton | Associate | 240.00 | 2.60 | 624.00 |
| Total | | | 3.60 | 820.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301055
BILL AMOUNT          $820.00                             INVOICE #  810229

To:    ResCap                          TC Number:        712411
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810229
                                       Period ending:    08/31/2012

Case Management Number      LD   0G2012-301055

|                                           | Current Invoice | |
| Code Task                                 | Hours | Fees |
| L160 Settlement/Non-Binding ADR           | 0.20  | $    66.00 |
| L190 Other Case Assessment, Develop't/Admin | 1.90 | $   448.00 |
| L210 Pleadings                            | 0.60  | $    90.00 |
| P500 Negotiation/Revision/Responses       | 0.90  | $   216.00 |

```
                    ===================================
           TOTAL FEES       3.60    $    820.00

              TOTAL FEES DUE         $    820.00
      TOTAL DISBURSEMENTS DUE        $      0.00
      TOTAL DUE THIS INVOICE         $    820.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301058
Fort Washington, PA 19034

                                                               INVOICE #  810230

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301058  TC Number: 714133

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/02/12 | Review of escrow analysis | L120 | JDV | .20 | 219.00 | 43.80 |
| 08/03/12 | Telephone conversation with defendants' attorney, regarding return of escrow surplus, purchase of homeowners' insurance, and monthly mortgage payments | L190 | JDV | .40 | 219.00 | 87.60 |
| 08/07/12 | Follow-up correspondence with defendants' attorney, regarding defendants' receipt of check for escrow surplus | L190 | JDV | .40 | 219.00 | 87.60 |
| 08/08/12 | Correspondence with client regarding return of defendant's escrow surplus and current escrow status | L190 | JDV | .50 | 219.00 | 109.50 |
| 08/23/12 | Email correspondence with client regarding resolution of defendants' escrow and insurance issues | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/23/12 | Strategy conference regarding finalization of settlement and resolution of escrow issues | L120 | GWG | .60 | 263.00 | 157.80 |
| 08/28/12 | Telephone conversation and email correspondence with defendants' attorney, regarding resolution of defendants' escrow and insurance issues | L190 | JDV | .60 | 219.00 | 131.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301058

FED ID NO. 63-0243316

FEES                                      $705.30

AMOUNT DUE THIS BILL            $705.30

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

Rescap

0G2012-301058

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | .60 | 157.80 |
| Jose D. Vega | Associate | 219.00 | 2.50 | 547.50 |
| Total | | | 3.10 | 705.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301058

BILL AMOUNT          $705.30

INVOICE #  810230

To:     ResCap                          TC Number:        714133
        1100 Virginia Drive             Invoice Date:     10/12/2012
        Fort Washington, PA 19034       Invoice No.       810230
                                        Period ending:    08/31/2012

Case Management Number      LD   0G2012-301058

|  |  | Current Invoice | |
|--|--|--------|------|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.80 | $  201.60 |
| L190 Other Case Assessment, Develop't/Admin |  | 2.30 | $  503.70 |

============================

| TOTAL FEES | 3.10 | $  705.30 |
|--|--|--|

| TOTAL FEES DUE | $  705.30 |
|--|--|
| TOTAL DISBURSEMENTS DUE | $    0.00 |
| TOTAL DUE THIS INVOICE | $  705.30 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301059

INVOICE # 810231

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301059  TC Number: 707801

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Draft detailed email to opposing counsel and title counsel pertaining to outstanding discovery, loan modification possibilities and new S.C. Supreme Court opinion related to loans closed by non-attorneys | L120 | NJV | .40 | 258.00 | 103.20 |
| 08/27/12 | Review and revise supplemental notice of bankruptcy | L210 | MCG | .20 | 323.00 | 64.60 |
| 08/28/12 | Emails pertaining to outstanding written discovery and settlement options going forward | L310 | NJV | .30 | 258.00 | 77.40 |
| 08/28/12 | Start to draft notice of bankruptcy and bankruptcy stay cover letter | L120 | NJV | 2.90 | 258.00 | 748.20 |
| 08/29/12 | Revise, edit and finalize notice of bankruptcy and bankruptcy stay cover letter and send to counsel for all parties and to the court for filing | L120 | NJV | 1.10 | 258.00 | 283.80 |
| 08/31/12 | Draft status report for client. | L120 | NJV | .10 | 258.00 | 25.80 |

FEES                                                          $1,303.00

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 35 | Express Mail/Fedex | 0.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301059

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,303.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301059

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Nicholas J. Voelker | Associate | 258.00 | 4.80 | 1,238.40 |
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| Total | | | 5.00 | 1,303.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                    OCTOBER 12, 2012
                                          0G2012-301059
BILL AMOUNT        $1,303.00              INVOICE #  810231

To:   ResCap                    TC Number:        707801
      1100 Virginia Drive       Invoice Date:     10/12/2012
      Fort Washington, PA 19034 Invoice No.       810231
                                Period ending:    08/31/2012

Case Management Number     LD  0G2012-301059

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 4.50 | $ 1,161.00 |
| L210 | Pleadings | 0.20 | $ 64.60 |
| L310 | Written Discovery | 0.30 | $ 77.40 |

```
                         ==============================
            TOTAL FEES      5.00    $  1,303.00

              TOTAL FEES DUE           $  1,303.00
      TOTAL DISBURSEMENTS DUE          $      0.00
         TOTAL DUE THIS INVOICE        $  1,303.00
```



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301061

INVOICE #  810232

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301061  TC Number: 709618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Status update regarding appeal | L120 | KSA | .10 | 223.00 | 22.30 |

|  | FEES |  | $22.30 |
|--|------|--|--------|
|  | AMOUNT DUE THIS BILL |  | $22.30 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301061

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                      OCTOBER 12, 2012
                                                           0G2012-301061
BILL AMOUNT          $22.30                                INVOICE #  810232

To:   ResCap                          TC Number:        709618
      1100 Virginia Drive             Invoice Date:     10/12/2012
      Fort Washington, PA 19034       Invoice No.       810232
                                      Period ending:    08/31/2012

Case Management Number      LD  0G2012-301061

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.10 | $   22.30 |
| | | ================================= | |
| TOTAL FEES | | 0.10 | $   22.30 |
| TOTAL FEES DUE | | | $   22.30 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $   22.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301062
Fort Washington, PA 19034

                                                               INVOICE #  810233

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301062  TC Number: 709816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Drafted monthly status report to client regarding loss mitigation efforts | L190 | KW | .10 | 185.00 | 18.50 |
| 08/02/12 | E-mail to client regarding status of consideration of financial package. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/03/12 | Telephone conference with opposing counsel regarding potential short sale and potential conditions of settlement. | P500 | JDR | .20 | 293.00 | 58.60 |
| 08/03/12 | Review email from opposing counsel re short sale possibility. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/03/12 | Leave voicemail with opposing counsel regarding settlement possibility. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/03/12 | Voicemail to client regarding requested short sale. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/03/12 | Telephone conference with client regarding requested short sale and documentation needed for same. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/03/12 | Review settlement offer and borrower's conditions for dismissal of counterclaims | P500 | KW | .20 | 185.00 | 37.00 |
| 08/03/12 | Research remaining title issue and status of transfer of deed | P300 | KW | .40 | 185.00 | 74.00 |
| 08/03/12 | E-mail to client regarding proposed sale of property. | P500 | JDR | .10 | 293.00 | 29.30 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301062

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | E-mail to client regarding further e-mail correspondence with opposing counsel and efforts to get a copy of the HUD-1. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/06/12 | Review requests from client for updated HUD-1 from opposing counsel, review opposing counsel's stated need for a new payoff statement | C100 | KW | .40 | 185.00 | 74.00 |
| 08/06/12 | E-mail correspondence with opposing counsel regarding need for HUD-1. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/06/12 | E-mail correspondence with client regarding need for HUD-1 and payoff statement. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/07/12 | Conference with client regarding payoff statement and possible need for appraisal. | P500 | JDR | .20 | 293.00 | 58.60 |
| 08/07/12 | Provide opposing counsel with the most recent title search; review current title documents and deeds to ensure no work product was delivered to opposing counsel | C100 | KW | .40 | 185.00 | 74.00 |
| 08/07/12 | Correspondence with Bleidt regarding HUD-1 and payoff statement. | P500 | JDR | .20 | 293.00 | 58.60 |
| 08/07/12 | E-mail correspondence with client regarding status of short sale prospect and regarding payoff statement. | P500 | JDR | .10 | 293.00 | 29.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 12, 2012

Rescap

0G2012-301062

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Review correspondence from client regarding loss mitigation's appraisal requirement and review and analyze correspondence to opposing counsel regarding payoff statement and the request for an updated HUD 1 to process short sale option | P300 | KW | .10 | 185.00 | 18.50 |
| 08/08/12 | E-mail correspondence with client regarding payoff statement. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/08/12 | Review payoff statement and e-mail from client regarding same. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/09/12 | E-mail correspondence with opposing counsel regarding need for property appraisal. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/09/12 | E-mail correspondence with client regarding need for property appraisal. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/09/12 | Analyze email correspondence on new appraisal and new HUD-1 with opposing counsel and client contact | C100 | KW | .20 | 185.00 | 37.00 |
| 08/10/12 | Review valuation history and status update regarding short sale | C100 | KW | .20 | 185.00 | 37.00 |
| 08/13/12 | E-mail to opposing counsel regarding terms of short sale. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/13/12 | E-mail to client regarding my correspondence with opposing counsel and current status from borrowers' side. | P500 | JDR | .10 | 293.00 | 29.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
OCTOBER 12, 2012

0G2012-301062

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Review e-mail correspondence from client regarding terms of proposed short sale. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/13/12 | Researche mortgage priority on property | C100 | KW | .30 | 185.00 | 55.50 |
| 08/14/12 | Draft Notice of Bankruptcy | L250 | KW | 1.90 | 185.00 | 351.50 |
| 08/14/12 | Review B.Casper email regarding preliminary HUD form | P500 | KW | .10 | 185.00 | 18.50 |
| 08/14/12 | E-mail to opposing counsel regarding receipts of HUD-1 for purposes of consideration of short sale. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/14/12 | Review e-mail from assistant to opposing counsel with copy of draft HUD-1. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/17/12 | Review correspondence related to real estate broker and analyzed status of first settlement option | P500 | KW | .10 | 185.00 | 18.50 |
| 08/17/12 | Correspondence to client regarding attempts to get needed documents from borrower for short sale evaluation. | P500 | JDR | .10 | 293.00 | 29.30 |
| 08/17/12 | Telephone conference with real estate broker regarding documents needed for short sale evaluation. | P500 | JDR | .20 | 293.00 | 58.60 |
| 08/23/12 | Review and analyze email correspondence from client | L190 | KW | .10 | 185.00 | 18.50 |
| 08/30/12 | Follow up with opposing counsel's office via phone to assess progress on settlement options | C100 | KW | .20 | 185.00 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

|  |  |
|---|---|
| Rescap | PAGE    5 |
|  | OCTOBER 12, 2012 |
|  |  |
|  | 0G2012-301062 |

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Email opposing counsel  requesting status update on documentation needed for settlement | C100 | KW | .20 | 185.00 | 37.00 |

|  |  |
|---|---|
| FEES | $1,967.40 |
| AMOUNT DUE THIS BILL | $1,967.40 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     6
OCTOBER 12, 2012

0G2012-301062

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | 2.80 | 820.40 |
| Kristi Wilcox | Associate | 185.00 | 4.90 | 906.50 |
| Total | | | 7.70 | 1,726.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT        $1,967.40

OCTOBER 12, 2012
0G2012-301062
INVOICE #  810233

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:           709816
Invoice Date:        10/12/2012
Invoice No.          810233
Period ending:       08/31/2012

Case Management Number      LD   0G2012-301062

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| C100 | Fact Gathering | 1.90 | $   351.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $    37.00 |
| L250 | Other Written Motions/Submissions | 1.90 | $   351.50 |
| P300 | Structure/Strategy/Analysis | 0.50 | $    92.50 |
| P500 | Negotiation/Revision/Responses | 3.20 | $   894.40 |
| | | ================================= | |
| | TOTAL FEES | 7.70 | $ 1,967.40 |

TOTAL FEES DUE                $ 1,967.40
TOTAL DISBURSEMENTS DUE       $     0.00
TOTAL DUE THIS INVOICE        $ 1,967.40



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301063

INVOICE #  810234

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301063   TC Number: 711738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update to client | L190 | BG | .20 | 190.00 | 38.00 |
| 08/06/12 | Emails to/from client contact to discuss status of case | L120 | JHP | .30 | 245.00 | 73.50 |
| 08/06/12 | Correspondence with client regarding new allegations | L120 | BG | .10 | 190.00 | 19.00 |
| 08/13/12 | Correspondence with bankruptcy counsel and client regarding proffer of evidence | L120 | BG | .20 | 190.00 | 38.00 |
| 08/13/12 | Correspondence with bankruptcy counsel and client regarding confidentiality agreement | L120 | BG | .10 | 190.00 | 19.00 |
| 08/13/12 | Emails to/from bankruptcy counsel and client to discuss and review stipulation for plaintiff's motion for relief from stay | L120 | JHP | .50 | 245.00 | 122.50 |
| 08/23/12 | Evaluate need and status of supplemental bankruptcy filing | L120 | BG | .10 | 190.00 | 19.00 |
| 08/27/12 | Analysis of file to determine status of bankruptcy stay and draft Amended Bankruptcy Filing and Supplemental Servicing Order with exhibit(s) | L110 | ABB | .60 | 150.00 | 90.00 |
| 08/28/12 | Revise Notice of Bankruptcy Order prior to filing | L210 | BG | .20 | 190.00 | 38.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301063

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Review / evaluate opposing counselÆs proposed notice of bankruptcy stipulation for filing with the Court | L120 | BG | .10 | 190.00 | 19.00 |
| 08/29/12 | Emails to/from counsel for co-defendant to discuss proposed status report prepared by borrower's counsel | L230 | JHP | .10 | 245.00 | 24.50 |
| 08/30/12 | Correspondence with client regarding upcoming status update with the court regarding status of bankruptcy and stipulated discovery | L190 | BG | .20 | 190.00 | 38.00 |
| 08/30/12 | Review proposed joint report to court on status of GMAC bankruptcy and review stipulation of GMAC and plaintiff from bankruptcy action in preparation for discussion with counsel for co-defendant and plaintiff to discuss status report to court | L230 | JHP | .40 | 245.00 | 98.00 |
| 08/30/12 | Numerous phone calls and emails to/from counsel for co-defendant and counsel for plaintiff to discuss proposed joint report to court on status of GMAC bankruptcy prepared by counsel for plaintiff and to discuss scope of stipulation between GMAC and plaintiff as it pertains to MGC and to discuss proposed Protective Order and scheduling order deadline revisions | L310 | JHP | .80 | 245.00 | 196.00 |
| 08/30/12 | Email to client contact to discuss upcoming status report to court on status of GMAC bankruptcy and to discuss discovery issues from stipulation | L120 | JHP | .10 | 245.00 | 24.50 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301063

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Emails to/from client contact to discuss proposed joint status update to court and to discuss other general issues related to discovery | L210 | JHP | .20 | 245.00 | 49.00 |
| 08/31/12 | Revise proposed status report to court concerning status of GMAC bankruptcy and sent to all counsel for review | L210 | JHP | .30 | 245.00 | 73.50 |
| 08/31/12 | Revise and edit amended suggestion of bankruptcy | L210 | JHP | .20 | 245.00 | 49.00 |
| 08/31/12 | Email to client contact regarding amended suggestion of bankruptcy | L210 | JHP | .10 | 245.00 | 24.50 |
| 08/31/12 | Finalize bankruptcy filing with exhibits and prepare same for filing with the Court and for service upon parties via e-mail and certified mail | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/31/12 | Correspondence about confidentiality provision in stipulation and protective order | L120 | BG | .20 | 190.00 | 38.00 |
| 08/31/12 | Draft status update regarding joint stipulation and subsequent discussions and Amended Notice of Bankruptcy | L190 | BG | .20 | 190.00 | 38.00 |
| 08/31/12 | Revise Amended Notice of Bankruptcy to reflect stipulation in the bankruptcy court | L210 | BG | .10 | 190.00 | 19.00 |

FEES                                          $1,208.00

01        Copy Charges                              0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
OCTOBER 12, 2012

0G2012-301063

FED ID NO. 63-0243316

| 35 | Express Mail/Fedex | 0.00 |
|---|---|---|

AMOUNT DUE THIS BILL          $1,208.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
OCTOBER 12, 2012

Rescap

0G2012-301063

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.00 | 150.00 |
| Jon H. Patterson | Associate | 245.00 | 3.00 | 735.00 |
| Blake Goodsell | Associate | 190.00 | 1.70 | 323.00 |
| Total | | | 5.70 | 1,208.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                              OCTOBER 12, 2012
                                                   0G2012-301063
BILL AMOUNT        $1,208.00                        INVOICE #  810234

To:    ResCap                      TC Number:        711738
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810234
                                   Period ending:    08/31/2012

Case Management Number      LD  0G2012-301063

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      1.00    $   150.00
L120 Analysis/Strategy                   1.70    $   372.50
L190 Other Case Assessment, Develop't/Admin  0.60  $  114.00
L210 Pleadings                           1.10    $   253.00
L230 Court Mandated Conferences          0.50    $   122.50
L310 Written Discovery                   0.80    $   196.00

                         ==================================
                TOTAL FEES      5.70    $  1,208.00

                TOTAL FEES DUE           $  1,208.00
           TOTAL DISBURSEMENTS DUE       $      0.00
           TOTAL DUE THIS INVOICE        $  1,208.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301065

INVOICE #  810235

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301065  TC Number: 715285

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/08/12 | Final review and revision of Notice of Bankruptcy and Supplemental Servicing Order | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/09/12 | Review case status and issues relating to case | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/10/12 | Evaluate status of case | L120 | JMH | .10 | 241.00 | 24.10 |
| 08/14/12 | Telephone conference with Courtcall regarding hearing on August 24 and coordination of conference line for same | L240 | AHC | .30 | 145.00 | 43.50 |
| 08/14/12 | Correspondence to R.Reder regarding telephonic appearance at hearing | L240 | AHC | .10 | 145.00 | 14.50 |
| 08/14/12 | Draft Notice of Hearing for attorney review | L210 | AHC | .20 | 145.00 | 29.00 |
| 08/15/12 | Final review and revision of Notice of Hearing | L240 | AHC | .20 | 145.00 | 29.00 |
| 08/15/12 | Correspondence to R.Reder, J.Tew and S.Tew regarding Notice of Hearing and telephonic appearance | L240 | AHC | .20 | 145.00 | 29.00 |
| 08/15/12 | Analysis of CourtCall Confirmation and Notice of Hearing on Plaintiff's Motion to Dismiss | L120 | JDV | .30 | 219.00 | 65.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301065

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Review Tew Cardenas, LLP Request for Court Call Telephonic Appearance | L250 | JDV | .20 | 219.00 | 43.80 |
| 08/23/12 | Prepare notebook for hearing | L110 | AHC | .30 | 145.00 | 43.50 |
| 08/23/12 | Review pleadings, correspondence, and client documents in preparation of hearing on Motion to Dismiss Amended Counterclaims and Third Party Claims | L450 | JDV | 3.50 | 219.00 | 766.50 |
| 08/24/12 | Prepare for hearing on Motion to Dismiss Amended Counterclaims and Third Party Claims | L450 | JDV | 1.10 | 219.00 | 240.90 |
| 08/24/12 | Attend hearing on Motion to Dismiss Amended Counterclaims and Third Party Claims | L450 | JDV | 1.00 | 219.00 | 219.00 |
| 08/24/12 | Prepare for hearing on motion to dismiss | L450 | JMH | .60 | 241.00 | 144.60 |
| 08/24/12 | Telephone conference with client regarding original loan documents | L120 | JMH | .20 | 241.00 | 48.20 |
| 08/24/12 | Attend telephonic appearance of motion to dismiss | L450 | JMH | .30 | 241.00 | 72.30 |
| 08/24/12 | E-mails to and from client regarding borrower's counter- and third-party claims | L450 | JMH | .40 | 241.00 | 96.40 |
| 08/24/12 | Research Florida case law regarding proposed orders granting leave to amend | L120 | JMH | .50 | 241.00 | 120.50 |
| 08/24/12 | Draft proposed order | L250 | JMH | .20 | 241.00 | 48.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

Rescap

0G2012-301065

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Receive and review e-mails from client regarding original loan documents | L110 | JMH | .20 | 241.00 | 48.20 |
| 08/24/12 | Receive and review original loan documents | L110 | JMH | .20 | 241.00 | 48.20 |
| 08/28/12 | Revise proposed order on Counterclaim Defendants and Third Party Defendants' Motion to Dismiss | L210 | JDV | .20 | 219.00 | 43.80 |
| 08/28/12 | Telephone conference with judicial assistant regarding proposed order | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/28/12 | Research Hillsborough County administrative orders, as well as county and statewide professionalism standards | L120 | JMH | .80 | 241.00 | 192.80 |
| 08/29/12 | Final review and revision of proposed Order granting Motion to Dismiss and correspondence to senior judge regarding same | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/29/12 | Correspondence to counsel of record regarding proposed order granting motion to dismiss | L250 | AHC | .30 | 145.00 | 43.50 |
| 08/30/12 | Review Notice of Designation of Email Address | L250 | JDV | .10 | 219.00 | 21.90 |
| 08/31/12 | Review of Notice of Designation of Email Addresses Pursuant to Rule 2.516 | L250 | JDV | .10 | 219.00 | 21.90 |

FEES                                        $2,798.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
OCTOBER 12, 2012

Rescap

0G2012-301065

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 12 | Court Costs - Pleadings | 60.00 |
| 35 | Express Mail/Fedex | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

COSTS                    $60.00

AMOUNT DUE THIS BILL            $2,858.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      5
OCTOBER 12, 2012

0G2012-301065

**FED ID NO. 63-0243316**

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .20 | 63.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.90 | 420.50 |
| Jonathan Hooks | Associate | 241.00 | 3.50 | 843.50 |
| Jose D. Vega | Associate | 219.00 | 6.50 | 1,423.50 |
| Total | | | 13.10 | 2,750.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              OCTOBER 12, 2012
                                                    0G2012-301065
BILL AMOUNT        $2,858.70                         INVOICE #   810235

To:    ResCap                         TC Number:          715285
       1100 Virginia Drive            Invoice Date:       10/12/2012
       Fort Washington, PA 19034      Invoice No.         810235
                                      Period ending:      08/31/2012

Case Management Number     LD   0G2012-301065

|      |                              | Current Invoice |          |
| Code | Task                         | Hours | Fees |
|------|------------------------------|-------|----------|
| L110 | Fact Investigation/Development | 0.70 | $ 139.90 |
| L120 | Analysis/Strategy | 2.10 | $ 514.30 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ 14.50 |
| L210 | Pleadings | 0.40 | $ 72.80 |
| L240 | Dispositive Motions | 0.80 | $ 116.00 |
| L250 | Other Written Motions/Submissions | 2.10 | $ 353.30 |
| L450 | Trial and Hearing Attendance | 6.90 | $ 1,539.70 |

                                    ===================================
                    TOTAL FEES     13.10    $  2,798.70

                    TOTAL FEES DUE          $  2,798.70
            TOTAL DISBURSEMENTS DUE         $     60.00
               TOTAL DUE THIS INVOICE       $  2,858.70



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301066

INVOICE #  810236

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301066   TC Number: 715873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Update conference call with client | L120 | GWG | .20 | 263.00 | 52.60 |
| 08/20/12 | Draft amended Notice of Bankruptcy | L140 | JCCO | .30 | 195.00 | 58.50 |
| 08/20/12 | Finalize Notice of Bankruptcy | L210 | MST | .60 | 150.00 | 90.00 |
| 08/20/12 | Update Bankruptcy Review Spreadsheet with bucket information and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |

FEES                                        $231.10

AMOUNT DUE THIS BILL                         $231.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                                    OCTOBER 12, 2012

0G2012-301066

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .80 | 120.00 |
| Jonathan Cobb | Associate | 195.00 | .30 | 58.50 |
| Graham W. Gerhardt | Partner | 263.00 | .20 | 52.60 |
| Total | | | 1.30 | 231.10 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301066

BILL AMOUNT        $231.10

INVOICE #  810236

| To: | ResCap | | | TC Number: | 715873 |
| | 1100 Virginia Drive | | | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | | | Invoice No. | 810236 |
| | | | | Period ending: | 08/31/2012 |

Case Management Number     LD  0G2012-301066

| | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $  52.60 |
| L140 | Document/File Management | 0.50 | $  88.50 |
| L210 | Pleadings | 0.60 | $  90.00 |
| | | ========================== | |
| | TOTAL FEES | 1.30 | $  231.10 |
| | TOTAL FEES DUE | | $  231.10 |
| | TOTAL DISBURSEMENTS DUE | | $  0.00 |
| | TOTAL DUE THIS INVOICE | | $  231.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301069

INVOICE #  810237

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301069  TC Number: 718287

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Work on updating status of settlement | L120 | JB | .10 | 190.00 | 19.00 |

FEES $19.00

AMOUNT DUE THIS BILL $19.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301069

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| James Bailey | Associate | 190.00 | .10 | 19.00 |
| Total | | | .10 | 19.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301069
BILL AMOUNT          $19.00                              INVOICE #  810237

_____

To:    ResCap                          TC Number:        718287
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034        Invoice No.       810237
                                       Period ending:    08/31/2012


Case Management Number      LD   0G2012-301069


                                       Current Invoice
Code Task                              Hours              Fees

L120 Analysis/Strategy                  0.10      $      19.00

                          =====================================
                 TOTAL FEES             0.10      $      19.00

                       TOTAL FEES DUE             $      19.00
              TOTAL DISBURSEMENTS DUE             $       0.00
                 TOTAL DUE THIS INVOICE           $      19.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301070
Fort Washington, PA 19034

                                                               INVOICE #  810238

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301070  TC Number: 718085

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Email exchange with client regarding loan | L120 | phn | .40 | 200.00 | 80.00 |
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/08/12 | Draft email to client regarding loan modification | L120 | phn | .20 | 200.00 | 40.00 |
| 08/13/12 | Review and analyze loan modification plan and phone call with client | L120 | phn | .40 | 200.00 | 80.00 |
| 08/15/12 | Email exchange with client regarding loan modification | L120 | phn | .30 | 200.00 | 60.00 |
| 08/16/12 | Review email from client related to settlement of case | B110 | phn | .20 | 200.00 | 40.00 |
| 08/23/12 | Email exchange with client regarding foreclosure rescission and status of loan modification review | L120 | phn | .40 | 200.00 | 80.00 |
| 08/27/12 | Review and analyze notice of bankruptcy for revision based on final supplemental order | L210 | phn | .50 | 200.00 | 100.00 |
| 08/28/12 | Email exchange re foreclosure rescission | L120 | phn | .40 | 200.00 | 80.00 |
| 08/28/12 | Email to client regarding foreclosure rescission | L120 | phn | .20 | 200.00 | 40.00 |

                              FEES                                    $640.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301070

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $640.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

Rescap

0G2012-301070

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | 3.20 | 640.00 |
| Total | | | 3.20 | 640.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                          0G2012-301070
BILL AMOUNT          $640.00                              INVOICE #  810238

To:     ResCap                      TC Number:        718085
        1100 Virginia Drive         Invoice Date:     10/12/2012
        Fort Washington, PA 19034   Invoice No.       810238
                                    Period ending:    08/31/2012

Case Management Number      LD   0G2012-301070

                                            Current Invoice
Code Task                             Hours          Fees

B110 Case Administration              0.20    $     40.00
L120 Analysis/Strategy                2.30    $    460.00
L190 Other Case Assessment, Develop't/Admin  0.20    $     40.00
L210 Pleadings                        0.50    $    100.00

                       ===================================
              TOTAL FEES    3.20    $    640.00

              TOTAL FEES DUE         $    640.00
       TOTAL DISBURSEMENTS DUE       $      0.00
          TOTAL DUE THIS INVOICE     $    640.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301073

INVOICE #  810239

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301073  TC Number: 719617

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Prepare status report to client | L120 | JJPH | .10 | 250.00 | 25.00 |
| 08/21/12 | Email correspondence regarding bankruptcy stay | L120 | JJPH | .10 | 250.00 | 25.00 |
| 08/21/12 | Review and revise notice of bankruptcy stay | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/23/12 | Review and finalize notice of bankruptcy stay | L250 | JJPH | .30 | 250.00 | 75.00 |
| 08/24/12 | Make final revisions to notice of bankruptcy and suggestion of automatic stay | L250 | JJPH | .20 | 250.00 | 50.00 |
| 08/24/12 | Email correspondence with client regarding notice of bankruptcy | L250 | JJPH | .10 | 250.00 | 25.00 |

|  | FEES |  |  |  |  | $233.00 |

| 01 | Copy Charges |  |  |  | 0.00 |  |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |

|  | AMOUNT DUE THIS BILL |  |  |  |  | $233.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

0G2012-301073

FED ID NO. 63-0243316

Rescap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | .80 | 200.00 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Total | | | .90 | 233.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                           OCTOBER 12, 2012
                                                 0G2012-301073
BILL AMOUNT        $233.00                       INVOICE #  810239

To:    ResCap                    TC Number:        719617
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034  Invoice No.       810239
                                  Period ending:    08/31/2012


Case Management Number        LD  0G2012-301073


                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development     0.10    $     33.00
L120 Analysis/Strategy                  0.20    $     50.00
L250 Other Written Motions/Submissions  0.60    $    150.00


                   ==============================
           TOTAL FEES      0.90    $    233.00

           TOTAL FEES DUE          $    233.00
     TOTAL DISBURSEMENTS DUE        $      0.00
        TOTAL DUE THIS INVOICE      $    233.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0G2012-301074
Fort Washington, PA 19034

                                                INVOICE #  810240

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301074  TC Number: 719598

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Conference call with client regarding loan modification and work on loan modification offer | L160 | GWG | 1.30 | 263.00 | 341.90 |
| 08/08/12 | Work on settlement offer letter | L160 | GWG | .30 | 263.00 | 78.90 |
| 08/21/12 | Work on notice of bankruptcy | L210 | GWG | .40 | 263.00 | 105.20 |
| 08/21/12 | Call with opposing counsel regarding bankruptcy and possible resolution of the case | L120 | GWG | .30 | 263.00 | 78.90 |
| 08/21/12 | Finalize Notice Regarding Pending Bankruptcy with attached supplemental order and prepare for filing and service. | L210 | MST | .70 | 150.00 | 105.00 |
| 08/23/12 | Draft discovery requests to plaintiff and letter to plaintiff's counsel regarding same | L310 | GWG | 1.50 | 263.00 | 394.50 |
| 08/27/12 | Review pleadings for drafting discovery responses | L120 | RK | 1.70 | 185.00 | 314.50 |

                         FEES                           $1,418.90

01        Copy Charges                        0.00
35        Express Mail/Fedex                  0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301074

**FED ID NO. 63-0243316**

AMOUNT DUE THIS BILL                $1,418.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 12, 2012

0G2012-301074

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .70 | 105.00 |
| Graham W. Gerhardt | Partner | 263.00 | 3.80 | 999.40 |
| Riley Key | Associate | 185.00 | 1.70 | 314.50 |
| Total | | | 6.20 | 1,418.90 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              OCTOBER 12, 2012
                                                    0G2012-301074
BILL AMOUNT      $1,418.90                           INVOICE #  810240

To:   ResCap                      TC Number:         719598
      1100 Virginia Drive         Invoice Date:      10/12/2012
      Fort Washington, PA 19034   Invoice No.        810240
                                  Period ending:     08/31/2012

Case Management Number      LD  0G2012-301074

|                                      | Current Invoice |           |
| Code Task                            | Hours | Fees      |
|--------------------------------------|-------|-----------|
| L120 Analysis/Strategy               | 2.00  | $  393.40 |
| L160 Settlement/Non-Binding ADR      | 1.60  | $  420.80 |
| L210 Pleadings                       | 1.10  | $  210.20 |
| L310 Written Discovery               | 1.50  | $  394.50 |
| TOTAL FEES                           | 6.20  | $ 1,418.90|

          TOTAL FEES DUE            $  1,418.90
   TOTAL DISBURSEMENTS DUE          $      0.00
   TOTAL DUE THIS INVOICE           $  1,418.90



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301076
Fort Washington, PA 19034

                                                               INVOICE #  810241

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301076  TC Number: 720586

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review docket and draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/06/12 | Receipt and initial review of Mandate issued by appellate court | L510 | AHC | .10 | 145.00 | 14.50 |

                                    FEES                        $29.00

                                    AMOUNT DUE THIS BILL        $29.00

                        ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301076

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .20 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301076

BILL AMOUNT          $29.00

INVOICE #  810241

To:    ResCap                          TC Number:          720586
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810241
                                       Period ending:      08/31/2012

Case Management Number      LD   0G2012-301076

                                        Current Invoice
Code Task                               Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $   14.50
L510 Appellate Motions and Submissions         0.10    $   14.50

                            ===================================
            TOTAL FEES             0.20    $   29.00

            TOTAL FEES DUE                 $   29.00
       TOTAL DISBURSEMENTS DUE             $    0.00
       TOTAL DUE THIS INVOICE              $   29.00



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301077

INVOICE #  810242

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301077  TC Number: 722608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Draft status update for client regarding opposing counsel's efforts to contact his client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/03/12 | Analysis of applicability of Final Supplemental Order on lawsuit | L120 | JDV | .20 | 219.00 | 43.80 |
| 08/07/12 | Correspondence with client regarding correspondence with opposing counsel and strategy moving forward | L120 | MW | .30 | 263.00 | 78.90 |
| 08/09/12 | Review and analyze procedural posture of action regarding judgment and potential strategy options moving forward | L120 | MW | .60 | 263.00 | 157.80 |
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/15/12 | Analyze strategy regarding judgment and sanctions | B110 | RR | .70 | 215.00 | 150.50 |
| 08/15/12 | Follow-up with client regarding settlement agreement and plaintiff's motion to vacate | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/15/12 | Correspondence with client regarding options for proceeding forward with action | L120 | MW | .00 | 263.00 | 0.00 |
| 08/15/12 | Research and analyze potential strategy options for moving forward with client selection | L120 | MW | .80 | 263.00 | 210.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE       2
OCTOBER 12, 2012

Rescap

0G2012-301077

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Conference with opposing counsel J.Pierce regarding proposed changes to draft settlement agreement terms; confirmation of requested response date of August 31 | L120 | MW | .50 | 263.00 | 131.50 |
| 08/29/12 | Conference with opposing counsel J.Pierce regarding potential revision of terms in agreement and need to confer regarding permission | L120 | MW | .40 | 263.00 | 105.20 |
| 08/29/12 | Review and revise settlement agreement terms pursuant to discussion with opposing counsel | L320 | MW | .30 | 263.00 | 78.90 |
| 08/30/12 | Correspondence with client regarding conference with opposing counsel J.Pierce and proposed revisions to settlement agreement | C400 | MW | .20 | 263.00 | 52.60 |
| 08/30/12 | Draft Designation of Email Address for attorney review and correspondence to counsel of record regarding same | L250 | AHC | .40 | 145.00 | 58.00 |

FEES                                    $1,186.40

AMOUNT DUE THIS BILL                    $1,186.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
OCTOBER 12, 2012

Rescap

0G2012-301077

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .10 | 31.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Jose D. Vega | Associate | 219.00 | .40 | 87.60 |
| Monica Wilson | Associate | 263.00 | 3.10 | 815.30 |
| Ryan Robichaux | Associate | 215.00 | .70 | 150.50 |
| Total | | | 5.00 | 1,186.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                             OCTOBER 12, 2012
                                                   0G2012-301077
BILL AMOUNT        $1,186.40                        INVOICE #  810242

To:    ResCap                      TC Number:          722608
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810242
                                   Period ending:      08/31/2012

Case Management Number        LD   0G2012-301077

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.70 | $  150.50 |
| C400 | Third Party Communication | 0.20 | $   52.60 |
| L120 | Analysis/Strategy | 2.90 | $  759.10 |
| L190 | Other Case Assessment, Develop't/Admin | 0.50 | $   87.30 |
| L250 | Other Written Motions/Submissions | 0.40 | $   58.00 |
| L320 | Document Production | 0.30 | $   78.90 |

===========================================

TOTAL FEES          5.00    $  1,186.40

TOTAL FEES DUE              $  1,186.40
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $  1,186.40



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                         0G2012-301078
Fort Washington, PA 19034

                                                            INVOICE #  810243

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301078  TC Number: 692660

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update monthly status report regarding strategy moving forward in consolidated action | L120 | MW | .10 | 263.00 | 26.30 |
| 08/10/12 | Review and analyze procedural posture of action in light of inquiry from local co-counsel | L120 | MW | .20 | 263.00 | 52.60 |
| 08/10/12 | Draft and revise motion for summary judgment in consolidated action | L320 | MW | 1.30 | 263.00 | 341.90 |
| 08/13/12 | Review and analyze Florida litigant statute | L210 | MW | .50 | 263.00 | 131.50 |
| 08/15/12 | Research Florida Supreme Court statue regarding litigants | L110 | KK | .40 | 91.00 | 36.40 |
| 08/16/12 | Email correspondence with local co-counsel regarding judgment figures, the affidavit of indebtedness, and summary judgment motion | L110 | MPE | .40 | 149.00 | 59.60 |
| 08/19/12 | Email client regarding Foreclosure Review | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/19/12 | Review and analyze borrower's latest pleading against defendants | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/19/12 | Review and analyze borrower's latest correspondence | L120 | MW | .50 | 263.00 | 131.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301078

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/19/12 | Review and analyze previous discussions with borrower regarding mediation, settlement, and procedural posture of consolidated action | L120 | MW | .40 | 263.00 | 105.20 |
| 08/19/12 | Research and analyze remediation plan referenced by borrower in recent correspondence | L120 | MW | .50 | 263.00 | 131.50 |
| 08/20/12 | Review and analyze borrower's second correspondence via email | L120 | MW | .30 | 263.00 | 78.90 |
| 08/20/12 | Draft and revise notice of bankruptcy in consolidated action | L320 | MW | .60 | 263.00 | 157.80 |
| 08/20/12 | Research docket for Lee County case | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/20/12 | Telephone conference with Judicial Assistant regarding setting the Motion for mediation for hearing. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/20/12 | Research all dockets to determine any recent filings. | L110 | MPE | .30 | 149.00 | 44.70 |
| 08/21/12 | Exchange e-mails with client regarding Review process | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/21/12 | Review and analyze borrower's allegations in light of strategy moving forward | L120 | MW | .30 | 263.00 | 78.90 |
| 08/22/12 | Review and analyze procedural posture of consolidated action in light of borrower's most recent correspondence | L120 | MW | .60 | 263.00 | 157.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301078

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Telephone call with judicial assistant regarding potential hearing dates and procedure necessary since parties do not consent. | L110 | MPE | .30 | 149.00 | 44.70 |
| 08/22/12 | Review and analysis of file to determine any pending discovery issues. | L110 | MPE | .40 | 149.00 | 59.60 |
| 08/22/12 | Review and analyze issues related to drafting of motion for summary judgment on borrower's umerous claims | L210 | CWH | .60 | 330.00 | 198.00 |
| 08/23/12 | Confirm borrower's eligibility for Foreclosure Review | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/24/12 | Research updated hearing dates for the motion for mediation and correspond with borrower to set the date. | L110 | MPE | .30 | 149.00 | 44.70 |
| 08/27/12 | Research all dockets to determine most recent filings. | L110 | MPE | .30 | 149.00 | 44.70 |
| 08/28/12 | Confer with borrower, mediator, and case manager via email and telephone regarding court ordered mediation requirement and potential dates. | L110 | MPE | .80 | 149.00 | 119.20 |
| 08/28/12 | Draft a Designation of Email Addresses and prepare for filing with the Lee County Clerk of Court | L110 | KK | .40 | 91.00 | 36.40 |
| 08/28/12 | Review and analyze parties to consolidated action | L120 | MW | .50 | 263.00 | 131.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
OCTOBER 12, 2012

0G2012-301078

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Correspondence with pro se borrower regarding mediation, suggested mediator, and potential dates pursuant to court scheduling order | L120 | MW | .30 | 263.00 | 78.90 |
| 08/29/12 | Correspondence with client regarding mediation schedule pursuant to case management order | L210 | MW | .30 | 263.00 | 78.90 |
| 08/29/12 | Correspondence with borrower regarding contact with mediator and available dates for mediation | L210 | MW | .30 | 263.00 | 78.90 |
| 08/29/12 | Review and analyze new correspondence from borrower regarding continuation of litigation and insurance disputes | L120 | MW | .50 | 263.00 | 131.50 |
| 08/30/12 | Review and revise notice of mediation for filing and service | L210 | MW | .40 | 263.00 | 105.20 |
| 08/30/12 | Correspondence with borrower regarding notice of mediation | C400 | MW | .30 | 263.00 | 78.90 |
| 08/30/12 | Draft and finalize notice of mediation set for November 9, 2012 and transmit to mediator for confirmation. | L210 | MPE | .50 | 149.00 | 74.50 |
| 08/30/12 | Email correspondence with client and mediator regarding requirements. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/31/12 | Review and analyze procedural posture of action in light of scheduling order and approaching deadlines | C300 | MW | .50 | 263.00 | 131.50 |

FEES                                                    $3,259.10



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
OCTOBER 12, 2012

Rescap

0G2012-301078

FED ID NO. 63-0243316

35      Express Mail/Fedex                                    0.00

                        AMOUNT DUE THIS BILL              $3,259.10

                ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     6
OCTOBER 12, 2012

Rescap

0G2012-301078

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.20 | 396.00 |
| Monica Wilson | Associate | 263.00 | 8.40 | 2,209.20 |
| Melisa P. Palmer | Paralegal | 149.00 | 3.90 | 581.10 |
| Kerry Keane | Paralegal | 91.00 | .80 | 72.80 |
| Total | | | 14.30 | 3,259.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              OCTOBER 12, 2012
                                                                   0G2012-301078
BILL AMOUNT        $3,259.10                                        INVOICE #  810243

To:    ResCap                           TC Number:           692660
       1100 Virginia Drive              Invoice Date:        10/12/2012
       Fort Washington, PA 19034        Invoice No.          810243
                                        Period ending:       08/31/2012

Case Management Number      LD   0G2012-301078

                                            Current Invoice
Code Task                                Hours          Fees

C300  Analysis and Advice                0.50    $     131.50
C400  Third Party Communication          0.30    $      78.90
L110  Fact Investigation/Development     4.40    $     645.40
L120  Analysis/Strategy                  4.20    $   1,104.60
L210  Pleadings                          3.00    $     799.00
L320  Document Production                1.90    $     499.70

                                ======================================
                    TOTAL FEES     14.30    $   3,259.10

                    TOTAL FEES DUE          $   3,259.10
          TOTAL DISBURSEMENTS DUE           $       0.00
             TOTAL DUE THIS INVOICE         $   3,259.10



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301080

INVOICE #  810244

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301080   TC Number: 700284

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/10/12 | Conference with client and follow up with opposing counsel regarding settlement agreement revisions | L120 | CLHA | .50 | 345.00 | 172.50 |

FEES                                            $241.50

AMOUNT DUE THIS BILL                            $241.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

0G2012-301080

FED ID NO. 63-0243316

Rescap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| Total | | | .70 | 241.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                OCTOBER 12, 2012
                                                      0G2012-301080
BILL AMOUNT          $241.50                          INVOICE #  810244

To:    ResCap                       TC Number:        700284
       1100 Virginia Drive          Invoice Date:     10/12/2012
       Fort Washington, PA 19034    Invoice No.       810244
                                    Period ending:    08/31/2012

Case Management Number      LD   0G2012-301080

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.70 | $   241.50 |
| TOTAL FEES |  | 0.70 | $   241.50 |

                    TOTAL FEES DUE          $   241.50
             TOTAL DISBURSEMENTS DUE        $     0.00
              TOTAL DUE THIS INVOICE        $   241.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301081

INVOICE #  810245

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301081  TC Number: 717815

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/03/12 | Review status of case | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/14/12 | Status report for client regarding settlement recommendation | L160 | RLB | .30 | 266.00 | 79.80 |

FEES                          $133.00


AMOUNT DUE THIS BILL          $133.00


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301081

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .50 | 133.00 |
| Total | | | .50 | 133.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                          OCTOBER 12, 2012
                                                0G2012-301081
BILL AMOUNT        $133.00                      INVOICE #  810245

---

To:    ResCap                    TC Number:        717815
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034  Invoice No.       810245
                                  Period ending:    08/31/2012


Case Management Number      LD  0G2012-301081


|      |                                      | Current Invoice | |
|------|--------------------------------------|-------|----------|
| Code | Task                                 | Hours | Fees     |
| L160 | Settlement/Non-Binding ADR           | 0.30  | $   79.80 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $   53.20 |
|      |                                      | ===== | ======== |
|      | TOTAL FEES                           | 0.50  | $  133.00 |

                    TOTAL FEES DUE            $   133.00
              TOTAL DISBURSEMENTS DUE         $     0.00
               TOTAL DUE THIS INVOICE         $   133.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                OCTOBER 12, 2012
1100 Virginia Drive                                                   0G2012-301082
Fort Washington, PA 19034

INVOICE #  810246

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301082   TC Number: 718350

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | L120 | RK | .10 | 185.00 | 18.50 |
| 08/09/12 | Conference regarding suggestion of bankruptcy | L120 | RK | .30 | 185.00 | 55.50 |

FEES                                          $74.00

AMOUNT DUE THIS BILL                          $74.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301082

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .40 | 74.00 |
| Total | | | .40 | 74.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                             OCTOBER 12, 2012
                                                   0G2012-301082
BILL AMOUNT        $74.00                           INVOICE #  810246

To:    ResCap                      TC Number:            718350
       1100 Virginia Drive         Invoice Date:         10/12/2012
       Fort Washington, PA 19034   Invoice No.           810246
                                   Period ending:        08/31/2012

Case Management Number      LD   0G2012-301082

|                          | Current Invoice | |
| Code Task                | Hours | Fees |
| L120 Analysis/Strategy   | 0.40  | $   74.00 |
| ================================================ | | |
| TOTAL FEES               | 0.40  | $   74.00 |

                TOTAL FEES DUE           $    74.00
       TOTAL DISBURSEMENTS DUE           $     0.00
         TOTAL DUE THIS INVOICE          $    74.00



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301083

INVOICE #  810247

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301083  TC Number: 709242

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Call with client regarding bankruptcy stay | L120 | GWG | .20 | 263.00 | 52.60 |

|  | FEES |  |  |  |  | $52.60 |
|--|------|--|--|--|--|--------|
|  | AMOUNT DUE THIS BILL |  |  |  |  | $52.60 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301083

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | .20 | 52.60 |
| Total | | | .20 | 52.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      OCTOBER 12, 2012
                                                           0G2012-301083
BILL AMOUNT          $52.60                                INVOICE #  810247

---

To:    ResCap                      TC Number:        709242
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810247
                                   Period ending:    08/31/2012


Case Management Number    LD   0G2012-301083


|                        | Current Invoice | |
| Code Task              | Hours | Fees |
| L120 Analysis/Strategy | 0.20  | $ 52.60 |
| =================================== | | |
| TOTAL FEES             | 0.20  | $ 52.60 |

                    TOTAL FEES DUE            $     52.60
              TOTAL DISBURSEMENTS DUE         $      0.00
              TOTAL DUE THIS INVOICE          $     52.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0G2012-301084
Fort Washington, PA 19034

                                                           INVOICE #  810248

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301084   TC Number: 717294

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Emails and phone calls with S.Shaffer regarding hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/02/12 | Draft status update for client regarding discovey and hearing on motion for summary judgment | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/03/12 | Correspondence with C.Roesch, defendants' attorney, regarding acceptance of monthly mortgage payments | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/03/12 | Emails regarding new hearing dates provided by S.Shaffer | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/03/12 | Emails with S.Shaffer regarding October hearing dates | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/09/12 | Multiple telephone calls to opposing counsel's office to work on scheduling their motion for judgment on foreclosure count | L230 | JAM | .30 | 145.00 | 43.50 |
| 08/09/12 | Multiple telephone calls to Judge's Assistant regarding Motion to Dismiss | L230 | JAM | .30 | 145.00 | 43.50 |
| 08/10/12 | Analysis of Notice of Hearing on Defendant's Motion for Summary Judgment | L250 | JDV | .40 | 219.00 | 87.60 |
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/10/12 | Review case status and issues in case | L120 | HTC | .30 | 315.00 | 94.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301084

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Draft Notice of Hearing and telephone calls to opposing counsel | L210 | JAM | .40 | 145.00 | 58.00 |
| 08/13/12 | Draft correspondence to Seminole County Clerk enclosing Notice of Hearing | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/16/12 | Telephone call to Judge Rudisill's JA regarding September 5 hearing date | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/16/12 | Telephone call with S.Shaffer regarding cancellation of September 5 hearing | L230 | JAM | .20 | 145.00 | 29.00 |
| 08/30/12 | Draft Designation of Email Address for attorney review and correspondence to counsel of record regarding same | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/31/12 | Draft Amended Notice of Bankruptcy | L210 | JDV | .40 | 219.00 | 87.60 |
| 08/31/12 | Assemble exhibit and final review of Notice of Bankruptcy prior to submission to court | L210 | JAM | .50 | 145.00 | 72.50 |
| 08/31/12 | Review of Designation of Primary Email Address in Compliance with Mandatory Email Service Rule | L250 | JDV | .10 | 219.00 | 21.90 |

FEES                          $872.20

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL          $872.20



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301084

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      4
OCTOBER 12, 2012

0G2012-301084

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .30 | 94.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | 3.00 | 435.00 |
| Jose D. Vega | Associate | 219.00 | 1.30 | 284.70 |
| Total | | | 5.00 | 872.20 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              OCTOBER 12, 2012
                                                                    0G2012-301084
BILL AMOUNT          $872.20                                        INVOICE #  810248

To:     ResCap                          TC Number:        717294
        1100 Virginia Drive             Invoice Date:     10/12/2012
        Fort Washington, PA 19034       Invoice No.       810248
                                        Period ending:    08/31/2012

Case Management Number      LD  0G2012-301084

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.30 | $ 94.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $ 131.10 |
| L210 | Pleadings | 1.50 | $ 247.10 |
| L230 | Court Mandated Conferences | 1.60 | $ 232.00 |
| L250 | Other Written Motions/Submissions | 0.90 | $ 167.50 |

```
                              ===================================
                  TOTAL FEES        5.00    $    872.20

                  TOTAL FEES DUE             $    872.20
              TOTAL DISBURSEMENTS DUE        $      0.00
                TOTAL DUE THIS INVOICE       $    872.20
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0G2012-301085
Fort Washington, PA 19034

                                                          INVOICE #  810249

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301085  TC Number: 709246

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | L120 | RK | .10 | 185.00 | 18.50 |
| 08/02/12 | Draft information reflecting bankruptcy's effect on this matter | L120 | RK | .10 | 185.00 | 18.50 |
| 08/02/12 | Draft response to suggestion of bankruptcy recently filed by Plaintiffs | L120 | RK | 1.20 | 185.00 | 222.00 |
| 08/03/12 | Revise Response to Suggestion of Bankruptcy in preparation for filing | L120 | RK | .30 | 185.00 | 55.50 |
| 08/03/12 | Work on response to plaintiff's filing regarding the defendant's pending bankruptcy | L210 | GWG | 2.10 | 263.00 | 552.30 |
| 08/03/12 | Correspondence with client regarding bankruptcy-related filings | L120 | GWG | .30 | 263.00 | 78.90 |
| 08/09/12 | Receipt and review of Plaintiff's Response to Defendant's Objection to Plaintiff's Suggestion of Bankruptcy and update file regarding same. | L210 | MST | .40 | 150.00 | 60.00 |
| 08/13/12 | Draft update to client regarding motion to reconsider | L120 | GWG | .20 | 263.00 | 52.60 |
| 08/29/12 | Update Bankruptcy Review Sheet | L140 | MST | .30 | 150.00 | 45.00 |

                              FEES                              $1,103.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301085

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,103.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

Rescap

0G2012-301085

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .70 | 105.00 |
| Graham W. Gerhardt | Partner | 263.00 | 2.60 | 683.80 |
| Riley Key | Associate | 185.00 | 1.70 | 314.50 |
| Total | | | 5.00 | 1,103.30 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301085
INVOICE #  810249

BILL AMOUNT        $1,103.30

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        709246
Invoice Date:     10/12/2012
Invoice No.       810249
Period ending:    08/31/2012

Case Management Number       LD    0G2012-301085

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 2.20 | $ 446.00 |
| L140 | Document/File Management | 0.30 | $ 45.00 |
| L210 | Pleadings | 2.50 | $ 612.30 |

==================================

TOTAL FEES        5.00    $ 1,103.30

TOTAL FEES DUE              $ 1,103.30
TOTAL DISBURSEMENTS DUE     $ 0.00
TOTAL DUE THIS INVOICE      $ 1,103.30



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301086

INVOICE #  810250

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301086  TC Number: 700546

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Preparing status update for the client. | L240 | CET | .20 | 293.00 | 58.60 |
| 08/03/12 | Review notice from board of professional responsibility regarding 3 year suspension for Vanessa Keeler | L110 | JJPH | .20 | 250.00 | 50.00 |
| 08/08/12 | Continue work on response to motion to set aside order | L240 | JJPH | 1.10 | 250.00 | 275.00 |
| 08/09/12 | Review and edit response to Plaintiff's motion to set aside | L240 | JJPH | 1.10 | 250.00 | 275.00 |
| 08/10/12 | Review, edit, and finalize response to motion to set aside | L240 | JJPH | 1.70 | 250.00 | 425.00 |
| 08/10/12 | Revising Response to Motion to Reconsider. | L240 | CET | .30 | 293.00 | 87.90 |

|  | FEES |  | $1,171.50 |
|--|------|--|-----------|
| 02 | Postage Charges | 0.00 | |
|  | AMOUNT DUE THIS BILL |  | $1,171.50 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301086

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joshua J. Phillips | Associate | 250.00 | 4.10 | 1,025.00 |
| Christopher E. Thorsen | Partner | 293.00 | .50 | 146.50 |
| Total | | | 4.60 | 1,171.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301086
BILL AMOUNT        $1,171.50                                    INVOICE #  810250

To:    ResCap                        TC Number:          700546
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810250
                                     Period ending:      08/31/2012

Case Management Number      LD  0G2012-301086

                                          Current Invoice
Code Task                              Hours            Fees

L110 Fact Investigation/Development     0.20      $      50.00
L240 Dispositive Motions                4.40      $   1,121.50

                            =================================
               TOTAL FEES               4.60      $   1,171.50

                    TOTAL FEES DUE                $   1,171.50
               TOTAL DISBURSEMENTS DUE            $       0.00
                TOTAL DUE THIS INVOICE            $   1,171.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0G2012-301087
Fort Washington, PA 19034

                                                    INVOICE #  810251

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301087  TC Number: 719360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/09/12 | Prepare and file amended notice of bankruptcy | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/16/12 | Update settlement status | L120 | JB | .10 | 190.00 | 19.00 |

                              FEES                          $260.50

                    AMOUNT DUE THIS BILL                    $260.50

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301087

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .70 | 241.50 |
| James Bailey | Associate | 190.00 | .10 | 19.00 |
| Total | | | .80 | 260.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT         $260.50

OCTOBER 12, 2012
0G2012-301087
INVOICE #  810251

| To: | ResCap | TC Number: | 719360 |
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810251 |
| | | Period ending: | 08/31/2012 |

Case Management Number      LD  0G2012-301087

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.80 | $   260.50 |
| ============================== | | | |
| TOTAL FEES | | 0.80 | $   260.50 |
| TOTAL FEES DUE | | | $   260.50 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   260.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301089
Fort Washington, PA 19034

                                                              INVOICE #  810252

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301089  TC Number: 706870

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/06/12 | Provide status update to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/06/12 | Emails to/from client contact to discuss status | L160 | JHP | .20 | 245.00 | 49.00 |
| 08/10/12 | Emails to/from client contact to discuss loan modification offer to borrowers | L160 | JHP | .20 | 245.00 | 49.00 |
| 08/22/12 | Email from client regarding loan modification | L160 | JHP | .20 | 245.00 | 49.00 |
| 08/23/12 | Revise and edit suggestion of bankruptcy | L210 | JHP | .20 | 245.00 | 49.00 |
| 08/23/12 | Emails to/from client contact to discuss status | L160 | JHP | .20 | 245.00 | 49.00 |
| 08/23/12 | Evaluate need to file Notice of Bankruptcy | L120 | BG | .20 | 190.00 | 38.00 |
| 08/23/12 | Draft Notice of Bankruptcy Order | L210 | BG | .60 | 190.00 | 114.00 |
| 08/23/12 | Correspondence with client regarding upcoming hearing | L230 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with the Court and for service upon all parties via federal express | L110 | ABB | .50 | 150.00 | 75.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301089

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Review and analyze pleadings and revise supplemental notice of bankruptcy | L210 | MCG | .40 | 323.00 | 129.20 |
| 08/24/12 | Prepare for and attend status conference on case and advise judge of temporary loan modification agreement and discuss same with opposing counsel | L230 | JHP | 4.80 | 245.00 | 1,176.00 |
| 08/27/12 | Receive and review Notice of Case Setting from the Court and compilation of information regarding hearing on bankruptcy filing and calendar same | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/27/12 | Receive and review Order from Judge Stewart and calendar information regarding status conference | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/27/12 | Review order from court setting hearing for notice of suggestion of bankruptcy filed by client | L250 | JHP | .10 | 245.00 | 24.50 |

FEES    $1,950.20

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 21 | Travel Expense | 296.93 |
| 23 | Meal Expense | 22.73 |

COSTS    $319.66



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301089

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                $2,269.86

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
OCTOBER 12, 2012

Rescap

0G2012-301089

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.20 | 180.00 |
| Michael C. Griffin | Partner | 323.00 | .40 | 129.20 |
| Jon H. Patterson | Associate | 245.00 | 6.00 | 1,470.00 |
| Blake Goodsell | Associate | 190.00 | .90 | 171.00 |
| Total | | | 8.50 | 1,950.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                     OCTOBER 12, 2012
                                                          0G2012-301089
BILL AMOUNT        $2,269.86                              INVOICE #   810252

To:    ResCap                          TC Number:          706870
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810252
                                       Period ending:      08/31/2012

Case Management Number     LD   0G2012-301089

| | | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| L110 | Fact Investigation/Development | 1.20 | $ 180.00 |
| L120 | Analysis/Strategy | 0.30 | $ 62.50 |
| L160 | Settlement/Non-Binding ADR | 0.80 | $ 196.00 |
| L210 | Pleadings | 1.20 | $ 292.20 |
| L230 | Court Mandated Conferences | 4.90 | $ 1,195.00 |
| L250 | Other Written Motions/Submissions | 0.10 | $ 24.50 |
| | TOTAL FEES | 8.50 | $ 1,950.20 |

                TOTAL FEES DUE           $  1,950.20
        TOTAL DISBURSEMENTS DUE          $    319.66
        TOTAL DUE THIS INVOICE           $  2,269.86



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0G2012-301090
Fort Washington, PA 19034

                                                          INVOICE #  810253

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301090  TC Number: 688129

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of correspondence to/from client regarding settlement authority and joint settlement agreement for case status update | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/01/12 | Review and analysis of correspondence to/from client regarding settlement agreement for case status update | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/01/12 | Correspondence with client regarding previously discussed terms for potential resolution of action and draft agreement | L120 | MW | .30 | 263.00 | 78.90 |
| 08/02/12 | Update monthly status report regarding potential for resolution of action | L120 | MW | .10 | 263.00 | 26.30 |
| 08/02/12 | Review settlement agreement | L120 | DCL | .20 | 376.00 | 75.20 |
| 08/28/12 | Draft a Designation of Email Addresses and prepare for filing with the Hillsborough County Clerk of Court | L110 | KK | .30 | 91.00 | 27.30 |
| 08/30/12 | Correspondence with CoreLogic regarding draft settlement agreement | C400 | MW | .10 | 263.00 | 26.30 |
| 08/30/12 | Correspondence with client regarding draft settlement agreement | C400 | MW | .10 | 263.00 | 26.30 |

|  |  | FEES |  |  |  | $319.90 |

| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301090

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $319.90

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

Rescap

0G2012-301090

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | .20 | 75.20 |
| Robert B. Benson | Paralegal | 149.00 | .40 | 59.60 |
| Monica Wilson | Associate | 263.00 | .60 | 157.80 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 1.50 | 319.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              OCTOBER 12, 2012
                                                    0G2012-301090
BILL AMOUNT          $319.90                        INVOICE #  810253

To:    ResCap                          TC Number:         688129
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810253
                                       Period ending:     08/31/2012

Case Management Number     LD   0G2012-301090

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| C400 | Third Party Communication | 0.20 | $ 52.60 |
| L110 | Fact Investigation/Development | 0.30 | $ 27.30 |
| L120 | Analysis/Strategy | 0.60 | $ 180.40 |
| L140 | Document/File Management | 0.40 | $ 59.60 |
| | TOTAL FEES | 1.50 | $ 319.90 |

                       TOTAL FEES DUE          $    319.90
              TOTAL DISBURSEMENTS DUE          $      0.00
                TOTAL DUE THIS INVOICE         $    319.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0G2012-301091
Fort Washington, PA 19034

                                                          INVOICE #  810254

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301091  TC Number: 702513

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Email to client to discuss settlement offer response from borrowers and to discuss history of settlement offers and counter-offers and to discuss strategy for counter-offer | L160 | JHP | .40 | 245.00 | 98.00 |
| 08/06/12 | Provided monthly status report to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/06/12 | Email to/from client contact to discuss status of settlement | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/09/12 | Email from counsel for borrower to determine if client has responded to $170,000 repurchase offer from borrower | L160 | JHP | .10 | 245.00 | 24.50 |
| 08/13/12 | Email from client contact regarding settlement | L160 | JHP | .10 | 245.00 | 24.50 |
| 08/13/12 | Emails to/from counsel for borrower to discuss new settlement offer from client to resolve case | L160 | JHP | .10 | 245.00 | 24.50 |
| 08/24/12 | Email to and phone call from counsel for borrowers to discuss status of his discussions with his clients on latest counter-offer from client to allow borrowers to repurchase property | L160 | JHP | .30 | 245.00 | 73.50 |

                              FEES                              $294.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE        2
OCTOBER 12, 2012

0G2012-301091

**FED ID NO. 63-0243316**

AMOUNT DUE THIS BILL                 $294.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301091

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | 1.20 | 294.00 |
| Total | | | 1.20 | 294.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $294.00

OCTOBER 12, 2012
0G2012-301091
INVOICE #  810254

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        702513
Invoice Date:     10/12/2012
Invoice No.       810254
Period ending:    08/31/2012

Case Management Number       LD   0G2012-301091

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $    49.00 |
| L160 Settlement/Non-Binding ADR | | 1.00 | $   245.00 |
| | ======================================= | | |
| TOTAL FEES | | 1.20 | $   294.00 |

TOTAL FEES DUE              $   294.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   294.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301092

INVOICE #  810255

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301092  TC Number: 720116

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Research on case status for response to request for extension of time | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/02/12 | Review docket and draft status report for client | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Initial review of additional documents received including Appellant's Motion for Extension of Time to File Reply Brief, Motion to Supplement the Record, and Reply Brief | L510 | AHC | .50 | 145.00 | 72.50 |
| 08/15/12 | Review docket regarding status of reply brief and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/26/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/27/12 | Receipt and initial review of Order regarding Motion to Supplement the Record on Appeal | L510 | AHC | .20 | 145.00 | 29.00 |
| 08/27/12 | Review and summarize appellants' Reply Brief | L520 | AC | .30 | 193.00 | 57.90 |

FEES                                                                $305.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301092

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $305.80

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

0G2012-301092

FED ID NO. 63-0243316

Rescap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.30 | 188.50 |
| Aaron Chastain | Associate | 193.00 | .30 | 57.90 |
| Total | | | 1.80 | 305.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          OCTOBER 12, 2012
                                                0G2012-301092
BILL AMOUNT          $305.80                    INVOICE #  810255

To:    ResCap                    TC Number:        720116
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034  Invoice No.       810255
                                  Period ending:    08/31/2012

Case Management Number     LD   0G2012-301092

                                    Current Invoice
Code Task                         Hours          Fees

L110 Fact Investigation/Development      0.10    $    14.50
L190 Other Case Assessment, Develop't/Admin  0.20  $    29.00
L510 Appellate Motions and Submissions   1.20    $   204.40
L520 Appellate Briefs                    0.30    $    57.90

                         ==================================
              TOTAL FEES       1.80    $   305.80

              TOTAL FEES DUE            $   305.80
       TOTAL DISBURSEMENTS DUE          $     0.00
         TOTAL DUE THIS INVOICE         $   305.80



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0G2012-301093
Fort Washington, PA 19034

                                                    INVOICE #  810256

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

 0G2012-301093  TC Number: 700772

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report for client | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/07/12 | Review and respond to client e-mail regarding case strategy and mediation deadline | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/08/12 | Telephone conference with counsel for plaintiff regarding mediation, impact of bankruptcy notice, and second lien on subject property | L160 | NSR | .30 | 280.00 | 84.00 |
| 08/14/12 | Review parties' requests to mediate and determine whether client could participate | L160 | CWH | .10 | 330.00 | 33.00 |
| 08/14/12 | Exchange e-mails with client regarding mediation order | L160 | NSR | .10 | 280.00 | 28.00 |
| 08/14/12 | Draft Amended Notice of Bankruptcy | L250 | NSR | .30 | 280.00 | 84.00 |
| 08/20/12 | Draft e-mail to counsel for borrower regarding mediation and interested parties | L160 | NSR | .10 | 280.00 | 28.00 |

                          FEES                                   $313.00

    01      Copy Charges                               0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

0G2012-301093

FED ID NO. 63-0243316

Rescap

AMOUNT DUE THIS BILL          $313.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

Rescap

0G2012-301093

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Nader Raja | Associate | 280.00 | 1.00 | 280.00 |
| Total | | | 1.10 | 313.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                           OCTOBER 12, 2012
                                                                0G2012-301093
BILL AMOUNT          $313.00                                    INVOICE #  810256

To:    ResCap                          TC Number:            700772
       1100 Virginia Drive             Invoice Date:         10/12/2012
       Fort Washington, PA 19034       Invoice No.           810256
                                       Period ending:        08/31/2012

Case Management Number      LD   0G2012-301093

|            |                                  | Current Invoice |           |
|------------|----------------------------------|:---------------:|----------:|
| Code       | Task                             | Hours           | Fees      |
| L120       | Analysis/Strategy                | 0.20            | $   56.00 |
| L160       | Settlement/Non-Binding ADR       | 0.60            | $  173.00 |
| L250       | Other Written Motions/Submissions| 0.30            | $   84.00 |

=======================================

TOTAL FEES                1.10       $   313.00

TOTAL FEES DUE                       $   313.00
TOTAL DISBURSEMENTS DUE               $     0.00
TOTAL DUE THIS INVOICE               $   313.00



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301094

INVOICE #  810257

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301094   TC Number: 707254

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/06/12 | Review and analyze borrower's counterclaims and revise notice of bankruptcy regarding same | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/06/12 | Provide status update to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/31/12 | Phone call to court coordinator to discuss whether pre-trial conference set September 5 remains scheduled given bankruptcy filing of GMAC | L230 | JHP | .20 | 245.00 | 49.00 |
| 08/31/12 | Review unopposed motion to dismiss claims against Travelers Insurance filed by Plaintiff | L240 | JHP | .20 | 245.00 | 49.00 |

FEES                                          $218.50

AMOUNT DUE THIS BILL                          $218.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

0G2012-301094

FED ID NO. 63-0243316

Rescap

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Jon H. Patterson | Associate | 245.00 | .50 | 122.50 |
| Total | | | .90 | 218.50 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301094
BILL AMOUNT          $218.50                             INVOICE #  810257

To:    ResCap                        TC Number:          707254
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034      Invoice No.         810257
                                     Period ending:      08/31/2012

Case Management Number      LD  0G2012-301094

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $    30.00 |
| L120 | Analysis/Strategy | 0.10 | $    24.50 |
| L210 | Pleadings | 0.20 | $    66.00 |
| L230 | Court Mandated Conferences | 0.20 | $    49.00 |
| L240 | Dispositive Motions | 0.20 | $    49.00 |

```
                            =================================
               TOTAL FEES      0.90    $   218.50

                       TOTAL FEES DUE           $   218.50
              TOTAL DISBURSEMENTS DUE           $     0.00
                  TOTAL DUE THIS INVOICE        $   218.50
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0G2012-301096
Fort Washington, PA 19034

                                                          INVOICE #  810258

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301096  TC Number: 697887

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/06/12 | Provide status update to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/21/12 | Check status of dispositive motions | L240 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Evaluate need and status of supplemental bankruptcy filing | L120 | BG | .10 | 190.00 | 19.00 |
| 08/28/12 | Revise and edit motion for summary judgment and affidavit in support of motion for summary judgment | L240 | JHP | 1.20 | 245.00 | 294.00 |
| 08/28/12 | Emails to/from client contact confirming foreclosure sale set in early September | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/28/12 | Correspondence with client regarding foreclosure sale | L120 | BG | .10 | 190.00 | 19.00 |
| 08/28/12 | Draft Notice of Bankruptcy Order | L210 | BG | .50 | 190.00 | 95.00 |
| 08/28/12 | Send Notice of Bankruptcy Order for approval | L210 | BG | .10 | 190.00 | 19.00 |
| 08/29/12 | Review pleadings and review and revise supplemental notice of bankruptcy | L210 | MCG | .40 | 323.00 | 129.20 |
| 08/31/12 | Phone call from bankruptcy attorney in Houston advising that borrower is filing bankruptcy today | L190 | JHP | .20 | 245.00 | 49.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301096

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Emails to/from client contact and ETS to discuss phone call received from bankruptcy attorney in Houston advising that borrower is filing bankruptcy today and forwarding copy of bankruptcy related correspondence from counsel for borrower | L120 | JHP | .30 | 245.00 | 73.50 |
| 08/31/12 | Review correspondence from counsel for borrower notifying of bankruptcy filing and case number | L210 | JHP | .10 | 245.00 | 24.50 |
| 08/31/12 | Email from foreclosure counsel advising that upcoming foreclosure sale is being pulled due to borrower's bankruptcy filing | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/31/12 | Correspondence with client regarding borrower-bankruptcy filing and cancellation of foreclosure sale | L120 | BG | .10 | 190.00 | 19.00 |

FEES                                                      $863.70

**DESCRIPTION OF DISBURSEMENTS**

12    Court Costs - Pleadings                        209.53

COSTS                                                   $209.53

AMOUNT DUE THIS BILL                        $1,073.23



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301096

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      4
OCTOBER 12, 2012

0G2012-301096

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Michael C. Griffin | Partner | 323.00 | .40 | 129.20 |
| Jon H. Patterson | Associate | 245.00 | 2.10 | 514.50 |
| Blake Goodsell | Associate | 190.00 | 1.00 | 190.00 |
| Total | | | 3.70 | 863.70 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301096
BILL AMOUNT        $1,073.23                              INVOICE #  810258

To:   ResCap                          TC Number:        697887
      1100 Virginia Drive             Invoice Date:     10/12/2012
      Fort Washington, PA 19034       Invoice No.       810258
                                      Period ending:    08/31/2012

Case Management Number      LD  0G2012-301096

|      |                                        | Current Invoice | |
| Code | Task                                   | Hours | Fees |
|------|----------------------------------------|-------|------|
| L110 | Fact Investigation/Development         | 0.20  | $ 30.00 |
| L120 | Analysis/Strategy                      | 0.90  | $ 204.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20  | $ 49.00 |
| L210 | Pleadings                              | 1.10  | $ 267.70 |
| L240 | Dispositive Motions                    | 1.30  | $ 313.00 |

```
                        ====================================
            TOTAL FEES      3.70     $    863.70

                TOTAL FEES DUE         $    863.70
        TOTAL DISBURSEMENTS DUE        $    209.53
           TOTAL DUE THIS INVOICE      $  1,073.23
```



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301097

INVOICE #  810259

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301097   TC Number: 718371

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update monthly status report regarding appellate progress | L120 | MW | .10 | 263.00 | 26.30 |
| 08/06/12 | Review docket regarding status of record on appeal and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/10/12 | Review docket regarding status of record on appeal and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/10/12 | Research on appeal | L510 | MJA | .30 | 297.00 | 89.10 |
| 08/10/12 | Review procedural posture of action on appeal in preparation for development of strategy moving forward | L320 | MW | .20 | 263.00 | 52.60 |
| 08/20/12 | Research circuit civil case and appeal case | L110 | MPE | .30 | 149.00 | 44.70 |
| 08/27/12 | Draft a Designation of Email Addresses and prepare for filing with the Miami Dade Clerk of Court | L110 | KK | .40 | 91.00 | 36.40 |
| 08/30/12 | Review and analyze procedural posture of action | C300 | MW | .20 | 263.00 | 52.60 |
| 08/30/12 | Correspondence to E.Trent regarding Designation of Email Address for appellate matter | L510 | AHC | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301097

FED ID NO. 63-0243316

FEES                                        $432.20

35      Express Mail/Fedex                              0.00

AMOUNT DUE THIS BILL                $432.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301097

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Monica Wilson | Associate | 263.00 | .50 | 131.50 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | 2.10 | 388.70 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301097

BILL AMOUNT        $432.20

INVOICE #   810259

To:    ResCap                         TC Number:           718371
       1100 Virginia Drive            Invoice Date:        10/12/2012
       Fort Washington, PA 19034      Invoice No.          810259
                                      Period ending:       08/31/2012

Case Management Number    LD   0G2012-301097

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.20 | $ 52.60 |
| L110 | Fact Investigation/Development | 1.10 | $ 139.10 |
| L120 | Analysis/Strategy | 0.10 | $ 26.30 |
| L320 | Document Production | 0.20 | $ 52.60 |
| L510 | Appellate Motions and Submissions | 0.50 | $ 118.10 |

```
                        ==================================
            TOTAL FEES       2.10    $     432.20

              TOTAL FEES DUE          $     432.20
      TOTAL DISBURSEMENTS DUE         $       0.00
        TOTAL DUE THIS INVOICE        $     432.20
```



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301098

INVOICE #  810261

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301098  TC Number: 706169

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Email correspondence with C. Thorsen concerning status of file. | L190 | EWS | .30 | 266.00 | 79.80 |
| 08/02/12 | Email correspondence with client concerning case. | L190 | EWS | .40 | 266.00 | 106.40 |

|  |  | FEES |  |  |  | $186.20 |
|------|------|------|------|------|------|------|
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  |  | AMOUNT DUE THIS BILL |  |  |  | $186.20 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301098

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric Smith | Partner | 266.00 | .70 | 186.20 |
| Total | | | .70 | 186.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                         OCTOBER 12, 2012
                                                              0G2012-301098
BILL AMOUNT          $186.20                                  INVOICE #  810261

---

To:    ResCap                       TC Number:        706169
       1100 Virginia Drive          Invoice Date:     10/12/2012
       Fort Washington, PA 19034    Invoice No.       810261
                                    Period ending:    08/31/2012


Case Management Number      LD   0G2012-301098


|              |                | Current Invoice | |
| Code Task    |                | Hours | Fees |
|--------------|----------------|-------|------|
| L190 Other Case Assessment, Develop't/Admin | | 0.70 | $   186.20 |

```
                          ====================================
            TOTAL FEES        0.70    $   186.20

                  TOTAL FEES DUE         $   186.20
          TOTAL DISBURSEMENTS DUE        $     0.00
           TOTAL DUE THIS INVOICE        $   186.20
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301099

INVOICE #  810262

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301099  TC Number: 700507

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update monthly status report regarding borrower's responsive pleading filed to amended complaint | L120 | MW | .10 | 263.00 | 26.30 |
| 08/10/12 | Review and analyze borrower's responsive pleading to amended complaint | L320 | MW | .90 | 263.00 | 236.70 |
| 08/10/12 | Review and analyze new affirmative defenses asserted by borrower in responsive pleading to amended complaint | L120 | MW | .60 | 263.00 | 157.80 |
| 08/22/12 | Review and analyze borrower's amended counterclaims in light of bankruptcy filing in order to develop strategy moving forward | L120 | MW | .50 | 263.00 | 131.50 |
| 08/22/12 | Review and analyze borrower's newest affirmative defenses and counterclaims | L210 | CWH | .30 | 330.00 | 99.00 |
| 08/27/12 | Draft a Notice of Designation of Email Addresses and prepare for filing with the Duval County Clerk of Court | L110 | KK | .40 | 91.00 | 36.40 |
| 08/28/12 | Review and revise notice of bankruptcy regarding counterclaims | L210 | CWH | .10 | 330.00 | 33.00 |
| 08/28/12 | Review and analyze applicability of Attorney General/DOJ consent order | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/28/12 | Draft and revise notice of bankruptcy in response to borrower's filed amended counterclaims | L320 | MW | .80 | 263.00 | 210.40 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301099

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Review and analyze posture of action in light of borrower's request for additional review under the new attorney general settlement | L120 | MW | .30 | 263.00 | 78.90 |
| 08/29/12 | Correspondence with client enclosing draft notice of bankruptcy for review and approval | L120 | MW | .10 | 263.00 | 26.30 |
| 08/30/12 | Correspondence with client regarding notice of bankruptcy | C400 | MW | .20 | 263.00 | 52.60 |
| 08/31/12 | Final review and revision of notice of bankruptcy as responsive pleading to amended answer, affirmative defenses, and counterclaims filed by borrower | L210 | MW | .30 | 263.00 | 78.90 |
| 08/31/12 | Correspondence with client regarding notice of bankruptcy | C400 | MW | .20 | 263.00 | 52.60 |

FEES                                    $1,286.40

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL          $1,286.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
OCTOBER 12, 2012

Rescap

0G2012-301099

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .60 | 198.00 |
| Monica Wilson | Associate | 263.00 | 4.00 | 1,052.00 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | 5.00 | 1,286.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301099

BILL AMOUNT        $1,286.40

INVOICE #  810262

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        700507
Invoice Date:     10/12/2012
Invoice No.       810262
Period ending:    08/31/2012

Case Management Number      LD   0G2012-301099

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C400 | Third Party Communication | 0.40 | $   105.20 |
| L110 | Fact Investigation/Development | 0.40 | $    36.40 |
| L120 | Analysis/Strategy | 1.60 | $   420.80 |
| L210 | Pleadings | 0.90 | $   276.90 |
| L320 | Document Production | 1.70 | $   447.10 |

======================================
              TOTAL FEES     5.00    $  1,286.40

              TOTAL FEES DUE            $  1,286.40
       TOTAL DISBURSEMENTS DUE          $      0.00
          TOTAL DUE THIS INVOICE        $  1,286.40



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301100

INVOICE #  810263

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301100  TC Number: 714375

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | L120 | RK | .10 | 185.00 | 18.50 |
| 08/15/12 | Draft Notice of Pending Bankruptcy | L120 | RK | .60 | 185.00 | 111.00 |
| 08/16/12 | Work on bankruptcy notice and summary judgment strategy | L210 | GWG | 1.00 | 263.00 | 263.00 |

FEES                                    $392.50

AMOUNT DUE THIS BILL                     $392.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301100

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | 1.00 | 263.00 |
| Riley Key | Associate | 185.00 | .70 | 129.50 |
| Total | | | 1.70 | 392.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301100
BILL AMOUNT          $392.50                                   INVOICE #  810263

To:    ResCap                          TC Number:            714375
       1100 Virginia Drive             Invoice Date:         10/12/2012
       Fort Washington, PA 19034       Invoice No.           810263
                                       Period ending:        08/31/2012

Case Management Number        LD   0G2012-301100

                                        Current Invoice
Code Task                            Hours          Fees

L120 Analysis/Strategy                0.70     $   129.50
L210 Pleadings                        1.00     $   263.00

                        =================================
             TOTAL FEES              1.70     $   392.50

                   TOTAL FEES DUE          $   392.50
         TOTAL DISBURSEMENTS DUE           $     0.00
            TOTAL DUE THIS INVOICE         $   392.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301101

INVOICE #  810264

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301101   TC Number: 719346

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Draft status report regarding motion to dismiss and closing file | L190 | AHC | .10 | 145.00 | 14.50 |

FEES                          $14.50

AMOUNT DUE THIS BILL          $14.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

0G2012-301101

Rescap

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301101

BILL AMOUNT          $14.50

INVOICE #  810264

| To: | ResCap | TC Number: | 719346 |
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810264 |
| | | Period ending: | 08/31/2012 |

Case Management Number      LD  0G2012-301101

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $    14.50 |
| | | ============================= | |
| TOTAL FEES | | 0.10 | $    14.50 |
| | | | |
| TOTAL FEES DUE | | $    14.50 | |
| TOTAL DISBURSEMENTS DUE | | $     0.00 | |
| TOTAL DUE THIS INVOICE | | $    14.50 | |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301102

INVOICE #  810265

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301102  TC Number: 716371

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Strategy conference regarding effect of defendants' bankruptcy | L120 | GWG | .50 | 263.00 | 131.50 |

FEES                           $131.50

AMOUNT DUE THIS BILL           $131.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301102

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | .50 | 131.50 |
| Total | | | .50 | 131.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                OCTOBER 12, 2012
                                                      0G2012-301102
BILL AMOUNT          $131.50                          INVOICE #  810265

To:     ResCap                         TC Number:          716371
        1100 Virginia Drive            Invoice Date:       10/12/2012
        Fort Washington, PA 19034      Invoice No.         810265
                                       Period ending:      08/31/2012

Case Management Number      LD   0G2012-301102

                                              Current Invoice
Code Task                                Hours              Fees

L120 Analysis/Strategy                   0.50      $     131.50

                                 ===============================
                       TOTAL FEES        0.50      $     131.50

                       TOTAL FEES DUE             $     131.50
              TOTAL DISBURSEMENTS DUE             $       0.00
                 TOTAL DUE THIS INVOICE           $     131.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301103

INVOICE #  810266

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301103   TC Number: 706906

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Draft status report for client regarding response to pleading and summary judgment | L120 | JMH | .10 | 241.00 | 24.10 |

|  | FEES |  | $24.10 |
|--|------|--|--------|

AMOUNT DUE THIS BILL                          $24.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

0G2012-301103

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Hooks | Associate | 241.00 | .10 | 24.10 |
| Total | | | .10 | 24.10 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          OCTOBER 12, 2012
                                                0G2012-301103
BILL AMOUNT          $24.10                      INVOICE #  810266

To:   ResCap                    TC Number:        706906
      1100 Virginia Drive       Invoice Date:     10/12/2012
      Fort Washington, PA 19034  Invoice No.       810266
                                Period ending:    08/31/2012

Case Management Number    LD  0G2012-301103

|              |              | Current Invoice |          |
|--------------|--------------|-----------------|----------|
| Code Task    |              | Hours           | Fees     |
| L120 Analysis/Strategy |    | 0.10            | $  24.10 |
|              | ========================================= | | |
|              | TOTAL FEES   | 0.10            | $  24.10 |

                    TOTAL FEES DUE              $   24.10
           TOTAL DISBURSEMENTS DUE              $    0.00
              TOTAL DUE THIS INVOICE            $   24.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0G2012-301105
Fort Washington, PA 19034
                                                          INVOICE #  810267

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301105  TC Number: 701016

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/02/12 | Finalize and serve first interrogatories and requests for production to borrower | L310 | CSM | .60 | 300.00 | 180.00 |
| 08/28/12 | Research docket to confirm status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/28/12 | Draft and finalize notice of designation pursuant to 2.516 | L110 | MPE | .50 | 149.00 | 74.50 |

                        FEES                              $314.30

01        Copy Charges                                      0.00
35        Express Mail/Fedex                                0.00

                AMOUNT DUE THIS BILL                      $314.30

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301105

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .70 | 210.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .70 | 104.30 |
| Total | | | 1.40 | 314.30 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                OCTOBER 12, 2012
                                                      0G2012-301105
BILL AMOUNT          $314.30                          INVOICE #  810267

To:    ResCap                      TC Number:              701016
       1100 Virginia Drive         Invoice Date:           10/12/2012
       Fort Washington, PA 19034   Invoice No.             810267
                                   Period ending:          08/31/2012

Case Management Number      LD   0G2012-301105

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| B110 Case Administration | | 0.10 | $ 30.00 |
| L110 Fact Investigation/Development | | 0.70 | $ 104.30 |
| L310 Written Discovery | | 0.60 | $ 180.00 |
| TOTAL FEES | | 1.40 | $ 314.30 |

```
                     TOTAL FEES DUE        $   314.30
              TOTAL DISBURSEMENTS DUE      $     0.00
                 TOTAL DUE THIS INVOICE    $   314.30
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301106

INVOICE #  810268

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301106  TC Number: 704160

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Preparing status update for the client. | P300 | CET | .20 | 293.00 | 58.60 |
| 08/22/12 | Analyzing Pacer to determine whether anything has been entered at the 6th Circuit following our Response Brief. | P300 | CET | .30 | 293.00 | 87.90 |

FEES                                      $146.50

AMOUNT DUE THIS BILL                       $146.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301106

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher E. Thorsen | Partner | 293.00 | .50 | 146.50 |
| Total | | | .50 | 146.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              OCTOBER 12, 2012
                                                    0G2012-301106
BILL AMOUNT        $146.50                          INVOICE #  810268

To:    ResCap                        TC Number:        704160
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810268
                                     Period ending:    08/31/2012

Case Management Number      LD  0G2012-301106

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| P300 Structure/Strategy/Analysis |  | 0.50 | $  146.50 |
| TOTAL FEES |  | 0.50 | $  146.50 |

TOTAL FEES DUE                    $   146.50
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE            $   146.50



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301107

INVOICE #  810269

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301107  TC Number: 717397

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |

FEES                                        $40.00

### DESCRIPTION OF DISBURSEMENTS

21        Travel Expense                              8.15

COSTS                      $8.15

AMOUNT DUE THIS BILL        $48.15

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301107

**FED ID NO. 63-0243316**

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Preston H. Neel | Associate | 200.00 | .20 | 40.00 |
| Total | | | .20 | 40.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                  OCTOBER 12, 2012
                                                        0G2012-301107
BILL AMOUNT          $48.15                             INVOICE #  810269

---

To:    ResCap                          TC Number:        717397
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810269
                                       Period ending:    08/31/2012


Case Management Number      LD  0G2012-301107


                                      Current Invoice
Code Task                             Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.20    $    40.00

                              ====================================
                    TOTAL FEES        0.20    $    40.00

                    TOTAL FEES DUE            $    40.00
            TOTAL DISBURSEMENTS DUE           $     8.15
              TOTAL DUE THIS INVOICE          $    48.15



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0G2012-301108
Fort Washington, PA 19034
                                                         INVOICE #  810270

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301108  TC Number: 686391

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/02/12 | Revise responses to defendant's interrogatories | L310 | JDV | .50 | 219.00 | 109.50 |
| 08/02/12 | Plan and prepare to draft privilege log | L320 | JLJ | .20 | 193.00 | 38.60 |
| 08/03/12 | Prepare responses to defendant's discovery requests for review and verification | L310 | JDV | .60 | 219.00 | 131.40 |
| 08/06/12 | Correspondence with client contact regarding review and verification of responses to interrogatories | L310 | JDV | .20 | 219.00 | 43.80 |
| 08/06/12 | Assist with preparation of discovery documents to produce | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/06/12 | Redactions and conversion of master spreadsheet/workbook on Excel regarding loans | L110 | ABB | 1.00 | 150.00 | 150.00 |
| 08/07/12 | Further efforts in redacting spreadsheet in order to produce same in discovery responses | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/07/12 | Correspondence with client contact regarding responses to interrogatories and requests for production of documents | L310 | JDV | .50 | 219.00 | 109.50 |
| 08/07/12 | Plan and prepare to draft privilege log and for redaction of documents | L320 | JLJ | .20 | 193.00 | 38.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301108

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Review documents, draft privilege log, and prepare documents for production and redaction | L320 | JLJ | .90 | 193.00 | 173.70 |
| 08/08/12 | Correspondence with client contact regarding extension to producing responses to discovery requests | L310 | JDV | .20 | 219.00 | 43.80 |
| 08/08/12 | Telephone conference with opposing counsel regarding discovery extension | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/09/12 | Multiple telephone calls, phone messages and e-mails to opposing counsel regarding extension of discovery | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/09/12 | Further efforts and preparation of documents regarding discovery responses including redactions and gathering of documents as well as e-mails with client regarding extension | L110 | ABB | 1.30 | 150.00 | 195.00 |
| 08/13/12 | Further efforts in drafting discovery responses | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/15/12 | Further efforts in gathering and obtaining all documents to be produced in discovery responses | L110 | ABB | .90 | 150.00 | 135.00 |
| 08/15/12 | Correspondence with client regarding status of review and execution of the verification to the interrogatory responses | L310 | JDV | .20 | 219.00 | 43.80 |
| 08/17/12 | Draft Notice of Service of Discovery | L250 | JDV | .20 | 219.00 | 43.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 12, 2012

0G2012-301108

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Prepare Notice of Service of Discovery, Responses and Objections to Defendant's Interrogatories and Requests for Production of Documents, document production, and Privilege Log for service and filing | L320 | JDV | 1.10 | 219.00 | 240.90 |
| 08/17/12 | Revise Privilege Log | L390 | JDV | .90 | 219.00 | 197.10 |
| 08/17/12 | Analysis of final document production for privilege and confidentiality | L320 | JDV | 2.40 | 219.00 | 525.60 |
| 08/17/12 | Correspondence with client contact regarding service of responses and production to defendant's discovery requests | L320 | JDV | .40 | 219.00 | 87.60 |
| 08/17/12 | Analysis of verified responses to interrogatories | L310 | JDV | .20 | 219.00 | 43.80 |
| 08/17/12 | Work on document production including redaction of privileged information, revise privilege log, add additional documents, update bates labels and prepare for final attorney review | L210 | MST | 3.80 | 150.00 | 570.00 |

|  |  |  |
|--|--|--|
| FEES | | $3,220.30 |
| 01   Copy Charges | | 0.00 |
| AMOUNT DUE THIS BILL | | $3,220.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    4
OCTOBER 12, 2012

0G2012-301108

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 3.80 | 570.00 |
| Allison Burke | Paralegal | 150.00 | 4.90 | 735.00 |
| Jessica L. Jones | Associate | 193.00 | 1.30 | 250.90 |
| Jose D. Vega | Associate | 219.00 | 7.60 | 1,664.40 |
| Total | | | 17.60 | 3,220.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          OCTOBER 12, 2012
                                                0G2012-301108
BILL AMOUNT        $3,220.30                     INVOICE #  810270

To:    ResCap                    TC Number:        686391
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034 Invoice No.       810270
                                 Period ending:    08/31/2012

Case Management Number      LD   0G2012-301108

                                        Current Invoice
                                        Hours          Fees
Code Task

L110 Fact Investigation/Development     4.90    $      735.00
L190 Other Case Assessment, Develop't/Admin  0.20  $   43.80
L210 Pleadings                          3.80    $      570.00
L250 Other Written Motions/Submissions  0.20    $       43.80
L310 Written Discovery                  2.40    $      525.60
L320 Document Production                 5.20    $    1,105.00
L390 Other Discovery                    0.90    $      197.10

                    ==================================
             TOTAL FEES     17.60    $    3,220.30

             TOTAL FEES DUE           $    3,220.30
       TOTAL DISBURSEMENTS DUE        $        0.00
       TOTAL DUE THIS INVOICE         $    3,220.30



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301109

INVOICE #  810271

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301109  TC Number: 711608

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Coordinate execution and service of discovery responses | L310 | MSW | .30 | 254.00 | 76.20 |
| 08/13/12 | Draft amended notice of bankruptcy filing with supplemental servicing order | L210 | LADA | .50 | 65.00 | 32.50 |
| 08/15/12 | Receive and review order bifurcating claim of defendant from counterclaim | L210 | JMH | .10 | 241.00 | 24.10 |
| 08/17/12 | Revise amended notice of bankruptcy | L210 | MSW | .20 | 254.00 | 50.80 |
| 08/19/12 | Review and revise supplemental bankruptcy notice | L210 | CWH | .10 | 330.00 | 33.00 |
| 08/30/12 | Draft status report for client. | L120 | MSW | .10 | 254.00 | 25.40 |

|  |  |  |
|--|--|--|
| FEES | | $242.00 |
| 01    Copy Charges | 0.00 | |
| AMOUNT DUE THIS BILL | | $242.00 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301109

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Jonathan Hooks | Associate | 241.00 | .10 | 24.10 |
| Mark S. Wierman | Associate | 254.00 | .60 | 152.40 |
| Lucinda Kish | Paralegal | 65.00 | .50 | 32.50 |
| Total | | | 1.30 | 242.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                      OCTOBER 12, 2012
                                                           0G2012-301109
BILL AMOUNT          $242.00                               INVOICE #  810271

To:    ResCap                          TC Number:          711608
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810271
                                       Period ending:      08/31/2012

Case Management Number      LD  0G2012-301109

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.10 | $    25.40 |
| L210 Pleadings | 0.90 | $   140.40 |
| L310 Written Discovery | 0.30 | $    76.20 |
| TOTAL FEES | 1.30 | $   242.00 |
| TOTAL FEES DUE | | $   242.00 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $   242.00 |



B R A D L E Y   A R A N T
B O U L T   C U M M I N G S
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301110

INVOICE #  810272

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301110   TC Number: 702559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/06/12 | Provide status update to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/07/12 | Revise and edit motion for summary judgment and brief in support and affidavit for motion | L240 | JHP | .70 | 245.00 | 171.50 |
| 08/08/12 | Final revisions to Motion for Summary Judgment | L210 | BG | .40 | 190.00 | 76.00 |
| 08/08/12 | Final revisions to Affidavit in Support of Motion for Summary Judgment | L210 | BG | .20 | 190.00 | 38.00 |
| 08/08/12 | Request servicing assumption date and details about insurance receipts | L120 | BG | .10 | 190.00 | 19.00 |
| 08/20/12 | Follow-up on requested information for Motion for Summary Judgment | L210 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Evaluate need and status of supplemental bankruptcy filing | L120 | BG | .10 | 190.00 | 19.00 |
| 08/28/12 | Follow-up on document request with client | L120 | BG | .10 | 190.00 | 19.00 |
| 08/28/12 | Draft Notice of Bankruptcy Order | L210 | BG | .50 | 190.00 | 95.00 |
| 08/28/12 | Send Notice of Bankruptcy Order for approval | L210 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301110

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Review pleadings and review and revise supplemental notice of bankruptcy | L210 | MCG | .40 | 323.00 | 129.20 |
| 08/31/12 | Revise and edit notice of suggestion of bankruptcy and prepared for filing | L210 | JHP | .20 | 245.00 | 49.00 |

FEES                                  $708.20

AMOUNT DUE THIS BILL                  $708.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

Rescap

0G2012-301110

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Michael C. Griffin | Partner | 323.00 | .40 | 129.20 |
| Jon H. Patterson | Associate | 245.00 | 1.00 | 245.00 |
| Blake Goodsell | Associate | 190.00 | 1.60 | 304.00 |
| Total | | | 3.20 | 708.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301110
BILL AMOUNT          $708.20                             INVOICE #  810272

---

To:    ResCap                          TC Number:           702559
       1100 Virginia Drive             Invoice Date:        10/12/2012
       Fort Washington, PA 19034       Invoice No.          810272
                                       Period ending:       08/31/2012


Case Management Number      LD   0G2012-301110


|  |  | Current Invoice |  |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $    30.00 |
| L120 | Analysis/Strategy | 0.40 | $    81.50 |
| L210 | Pleadings | 1.90 | $   425.20 |
| L240 | Dispositive Motions | 0.70 | $   171.50 |

```
                        ===================================
            TOTAL FEES     3.20    $   708.20

            TOTAL FEES DUE           $   708.20
      TOTAL DISBURSEMENTS DUE        $     0.00
      TOTAL DUE THIS INVOICE         $   708.20
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0G2012-301111
Fort Washington, PA 19034

INVOICE #  810273

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301111  TC Number: 688839

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/01/12 | Revise General Release of All Claims, Stipulations of Dismissal, and Orders of Dismissal | L160 | JDV | .50 | 219.00 | 109.50 |
| 08/08/12 | Review and revise proposed release | L160 | CWH | .30 | 330.00 | 99.00 |
| 08/16/12 | Revise General Release of All Claims regarding bankruptcy approval | L160 | JDV | .70 | 219.00 | 153.30 |
| 08/16/12 | Correspondence with client regarding review of General Release of All Claims and dismissal pleadings | L160 | JDV | .20 | 219.00 | 43.80 |
| 08/16/12 | Correspondence with defendant's attorney regarding review of General Release of All Claims and dismissal pleadings | L160 | JDV | .20 | 219.00 | 43.80 |
| 08/22/12 | Draft new Settlement Agreement | L160 | JDV | 1.60 | 219.00 | 350.40 |
| 08/22/12 | Correspondence with client regarding review of new Settlement Agreement and executed W-9 tax form | L160 | JDV | .40 | 219.00 | 87.60 |

                              FEES                                    $931.20

01        Copy Charges                                      0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

0G2012-301111

Rescap

FED ID NO. 63-0243316

                    AMOUNT DUE THIS BILL                    $931.20

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       3
OCTOBER 12, 2012

Rescap

0G2012-301111

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Jose D. Vega | Associate | 219.00 | 3.80 | 832.20 |
| Total | | | 4.10 | 931.20 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT          $931.20

OCTOBER 12, 2012
0G2012-301111
INVOICE #   810273

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          688839
Invoice Date:       10/12/2012
Invoice No.         810273
Period ending:      08/31/2012

Case Management Number       LD   0G2012-301111

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L160 | Settlement/Non-Binding ADR | 3.90 | $   887.40 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $    43.80 |
| | TOTAL FEES | 4.10 | $   931.20 |

TOTAL FEES DUE                    $   931.20
TOTAL DISBURSEMENTS DUE           $     0.00
TOTAL DUE THIS INVOICE            $   931.20



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301112

INVOICE #  810274

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301112   TC Number: 693729

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report regarding motion for summary judgment | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/07/12 | Review and analyze borrower's counterclaims | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/08/12 | Draft and revise notice regarding supplemental bankruptcy order | L210 | MMB | .40 | 240.00 | 96.00 |
| 08/09/12 | Finalize supplemental notice of bankruptcy for filing | L210 | MMB | .40 | 240.00 | 96.00 |
| 08/09/12 | Email correspondence with L. Delehey regarding the draft notice of partial stay. | L250 | CET | .20 | 293.00 | 58.60 |

|  | FEES |  | $331.10 |
|------|------|------|--------|
| 01 | Copy Charges | | 0.00 |
| 35 | Express Mail/Fedex | | 0.00 |
| 41 | Computerized Legal Research-Westlaw | | 0.00 |

AMOUNT DUE THIS BILL               $331.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

Rescap

0G2012-301112

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Christopher E. Thorsen | Partner | 293.00 | .20 | 58.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Melissa Burton | Associate | 240.00 | .80 | 192.00 |
| Total | | | 1.30 | 331.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          OCTOBER 12, 2012
                                                0G2012-301112
BILL AMOUNT        $331.10                       INVOICE #  810274

To:  ResCap                    TC Number:           693729
     1100 Virginia Drive       Invoice Date:        10/12/2012
     Fort Washington, PA 19034  Invoice No.         810274
                               Period ending:       08/31/2012

Case Management Number    LD  0G2012-301112

                                   Current Invoice
Code Task                          Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $    14.50
L210 Pleadings                                 1.00    $   258.00
L250 Other Written Motions/Submissions         0.20    $    58.60

                          ===================================
                TOTAL FEES     1.30    $   331.10

                  TOTAL FEES DUE          $   331.10
          TOTAL DISBURSEMENTS DUE         $     0.00
          TOTAL DUE THIS INVOICE          $   331.10



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301113

INVOICE #  810275

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301113  TC Number: 693708

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/03/12 | Draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |

FEES                                    $44.50

AMOUNT DUE THIS BILL                    $44.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                               OCTOBER 12, 2012

0G2012-301113

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Total | | | .30 | 44.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301113
BILL AMOUNT           $44.50                                   INVOICE #  810275

```
To:    ResCap                         TC Number:         693708
       1100 Virginia Drive            Invoice Date:      10/12/2012
       Fort Washington, PA 19034      Invoice No.        810275
                                      Period ending:     08/31/2012
```

Case Management Number      LD   0G2012-301113

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $ 30.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ 14.50 |
| | TOTAL FEES | 0.30 | $ 44.50 |

```
              TOTAL FEES DUE             $    44.50
     TOTAL DISBURSEMENTS DUE             $     0.00
        TOTAL DUE THIS INVOICE           $    44.50
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301115
Fort Washington, PA 19034

                                                              INVOICE #  810276

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301115  TC Number: 686549

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update monthly status report | L120 | MW | .10 | 263.00 | 26.30 |
| 08/14/12 | Correspondence with opposing counsel regarding primary attorney contact on matter, extension of time for responses to discovery requests submitted, and status of parties' positions in action | L120 | MW | .40 | 263.00 | 105.20 |
| 08/14/12 | Conference with client regarding discovery in action | L120 | MW | .40 | 263.00 | 105.20 |
| 08/14/12 | Review and analyze lender placed insurance letters sent to borrower | L320 | MW | 1.10 | 263.00 | 289.30 |
| 08/16/12 | Continue to review and analyze notices of lender placed insurance sent to borrower | L120 | MW | .40 | 263.00 | 105.20 |
| 08/19/12 | Review and analyze documents for discovery issues | L220 | MW | .40 | 263.00 | 105.20 |
| 08/20/12 | Review and analyze correspondence with opposing counsel for discovery issues | L120 | MW | 1.00 | 263.00 | 263.00 |
| 08/20/12 | Review and brand documentsfor supplemental production. | L320 | MPE | .80 | 149.00 | 119.20 |
| 08/20/12 | Draft and finalize Notice of Serving Supplemental Discovery Responses. | L190 | MPE | .30 | 149.00 | 44.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

Rescap

0G2012-301115

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/20/12 | Email correspondence with opposing counsel regarding conflicting hearing dates and our Motion to Amend our Responses. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/22/12 | Begin drafting topics for borrower's deposition | L330A | CWH | .20 | 330.00 | 66.00 |
| 08/22/12 | Telephone call with opposing counsel regarding upcoming hearings. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/22/12 | Review and analyze borrower's allegations in responsive pleading | L120 | MW | .50 | 263.00 | 131.50 |
| 08/27/12 | Review and analyze borrower's affirmative defenses and counterclaims | L120 | MW | .30 | 263.00 | 78.90 |
| 08/27/12 | Draft a Designation of Email Addresses and prepare for filing with the Miami Dade County Clerk of Court | L110 | KK | .40 | 91.00 | 36.40 |
| 08/29/12 | Review and revise notice of serving supplemental discovery | L320 | MW | .10 | 263.00 | 26.30 |
| 08/31/12 | Review and analyze client documents | C300 | MW | .40 | 263.00 | 105.20 |

FEES                                    $1,667.20

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL              $1,667.20



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301115

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

Rescap

0G2012-301115

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | 5.10 | 1,341.30 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.50 | 223.50 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | 7.20 | 1,667.20 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

BILL AMOUNT      $1,667.20

OCTOBER 12, 2012
0G2012-301115
INVOICE #   810276

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        686549
Invoice Date:     10/12/2012
Invoice No.       810276
Period ending:    08/31/2012

Case Management Number      LD  0G2012-301115

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| C300 | Analysis and Advice | 0.40 | $ | 105.20 |
| L110 | Fact Investigation/Development | 0.80 | $ | 96.00 |
| L120 | Analysis/Strategy | 3.10 | $ | 815.30 |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $ | 44.70 |
| L220 | Preliminary Injunctions/Provisional Remedie | 0.40 | $ | 105.20 |
| L320 | Document Production | 2.00 | $ | 434.80 |
| L330A | Depo Prep/Attendance (CTNA Employees) | 0.20 | $ | 66.00 |
| | | ================================= | | |
| | TOTAL FEES | 7.20 | $ | 1,667.20 |

TOTAL FEES DUE           $   1,667.20
TOTAL DISBURSEMENTS DUE  $       0.00
TOTAL DUE THIS INVOICE   $   1,667.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0G2012-301116
Fort Washington, PA 19034

                                                INVOICE #  810277

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301116  TC Number: 693701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | E-mails with H.Franchi re: status of borrower's motion for rehearing | L240B | ES | .10 | 185.00 | 18.50 |
| 08/24/12 | Review docket re: status of borrower's motion for rehearing | L240B | ES | .10 | 185.00 | 18.50 |

FEES                             $37.00

### DESCRIPTION OF DISBURSEMENTS

01A      Copy Charges - OUTSIDE SOURCES                    17.50

COSTS                            $17.50

AMOUNT DUE THIS BILL             $54.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301116

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Erin Saltaformaggio | Associate | 185.00 | .20 | 37.00 |
| Total | | | .20 | 37.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                    OCTOBER 12, 2012
                                                         0G2012-301116
BILL AMOUNT          $54.50                               INVOICE #  810277

---

To:    ResCap                          TC Number:         693701
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810277
                                       Period ending:     08/31/2012

Case Management Number      LD  0G2012-301116

|                  | Current Invoice | |
|------------------|-------|------|
| Code Task        | Hours | Fees |
| L240BAll Other   | 0.20  | $  37.00 |
| ================================= | | |
| TOTAL FEES       | 0.20  | $  37.00 |
| TOTAL FEES DUE        |       | $  37.00 |
| TOTAL DISBURSEMENTS DUE |     | $  17.50 |
| TOTAL DUE THIS INVOICE |      | $  54.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301117
Fort Washington, PA 19034

                                                               INVOICE #  810278

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301117  TC Number: 713657

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare status report for client | L120 | KSA | .10 | 223.00 | 22.30 |

                              FEES                                  $22.30


                              AMOUNT DUE THIS BILL                  $22.30


                    ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301117

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301117

BILL AMOUNT          $22.30

INVOICE #  810278

---

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        713657
Invoice Date:     10/12/2012
Invoice No.       810278
Period ending:    08/31/2012

Case Management Number      LD   0G2012-301117

| Code | Task | Current Invoice | |
|------|------|-------|------|
|  |  | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $    22.30 |

================================

| | TOTAL FEES | 0.10 | $    22.30 |

| TOTAL FEES DUE | $    22.30 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $    22.30 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301118

INVOICE #  810279

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301118  TC Number: 720423

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update for client regarding final judgment of foreclosure | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/02/12 | Review Order Pursuant to July 25, 2012 Order of the Third District Court of Appeal | L210 | JDV | .10 | 219.00 | 21.90 |
| 08/10/12 | Review correspondence from B.Billbrough, defendant's attorney, regarding check payable to Residential Funding Company, LLC | L190 | JDV | .10 | 219.00 | 21.90 |
| 08/20/12 | Analysis of correspondence from J.Gano, Plaintiff's attorney, regarding Motion to Withdraw as Counsel for Plaintiff | L190 | JDV | .10 | 219.00 | 21.90 |

|  | FEES |  |  |  |  | $109.50 |
| 35 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $109.50 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301118

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .50 | 109.50 |
| Total | | | .50 | 109.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                              OCTOBER 12, 2012
                                                                   0G2012-301118
BILL AMOUNT          $109.50                                       INVOICE #  810279

---

To:     ResCap                          TC Number:          720423
        1100 Virginia Drive             Invoice Date:       10/12/2012
        Fort Washington, PA 19034       Invoice No.         810279
                                        Period ending:      08/31/2012


Case Management Number     LD  0G2012-301118


                                        Current Invoice
Code Task                               Hours           Fees

L190 Other Case Assessment, Develop't/Admin    0.40    $    87.60
L210 Pleadings                                 0.10    $    21.90

                              ======================================
                   TOTAL FEES          0.50    $   109.50

                   TOTAL FEES DUE              $   109.50
          TOTAL DISBURSEMENTS DUE              $     0.00
             TOTAL DUE THIS INVOICE            $   109.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301120
Fort Washington, PA 19034

                                                               INVOICE #  810280

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301120  TC Number: 693575

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Prepare client update | B110 | JWA | .10 | 241.00 | 24.10 |
| 08/14/12 | Provide requested update to client | B110 | JWA | .20 | 241.00 | 48.20 |
| 08/15/12 | Revise and edit initial assessment memorandum and send a detailed email outlining the procedural posture of the case, potential settlement options and strategy going forward | L120 | NJV | 1.60 | 258.00 | 412.80 |
| 08/15/12 | Review and analysis of case documents, pleadings, and correspondence for purposes of ILAB and chronology for attorney review | L140 | RBB | 1.10 | 149.00 | 163.90 |
| 08/15/12 | Prepare ILAB and chronology for attorney review | L140 | RBB | .50 | 149.00 | 74.50 |
| 08/24/12 | Prepare draft of Designation of E-mail Address for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/31/12 | Draft status report for client. | L120 | NJV | .10 | 258.00 | 25.80 |
| 08/31/12 | Prepare client update | B110 | JWA | .10 | 241.00 | 24.10 |

                              FEES                              $907.50

    35       Express Mail/Fedex                          0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301120

**FED ID NO. 63-0243316**

AMOUNT DUE THIS BILL                    $907.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301120

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | 1.80 | 268.20 |
| Nicholas J. Voelker | Associate | 258.00 | 1.70 | 438.60 |
| James Warmoth | Associate | 241.00 | .40 | 96.40 |
| Total | | | 3.90 | 803.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301120

BILL AMOUNT        $907.50

INVOICE #  810280

To:   ResCap                           TC Number:          693575
      1100 Virginia Drive              Invoice Date:       10/12/2012
      Fort Washington, PA 19034        Invoice No.         810280
                                       Period ending:      08/31/2012

Case Management Number      LD   0G2012-301120

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.40 | $    96.40 |
| L120 | Analysis/Strategy | 1.70 | $   438.60 |
| L140 | Document/File Management | 1.80 | $   268.20 |
| | TOTAL FEES | 3.90 | $   907.50 |

TOTAL FEES DUE              $    907.50
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $    907.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                         0G2012-301121
Fort Washington, PA 19034

                                                            INVOICE #  810281

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301121  TC Number: 718605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update regarding bankruptcy stay | L190 | BG | .10 | 190.00 | 19.00 |
| 08/20/12 | Review / revise Amended Notice of Bankruptcy prior to filing | L210 | BG | .20 | 190.00 | 38.00 |
| 08/20/12 | Review file regarding status of bankruptcy stay and draft Amended Notice of Bankruptcy Filing and Supplemental Servicing Order with exhibit(s) | L110 | ABB | .60 | 150.00 | 90.00 |
| 08/22/12 | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with the Court and for service upon all parties via federal express | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/22/12 | Emails to/from counsel for co-defendant to discuss recent bankruptcy filing and stay of case | L210 | JHP | .20 | 245.00 | 49.00 |
| 08/22/12 | Correspondence with opposing counsel regarding Amended Notice of Bankruptcy | L210 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Assimilation and compilation of stamped and filed bankruptcy pleadings received from the Court | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/30/12 | Retrieval of docket report regarding trial settings and telephone conference with Court regarding same | L110 | ABB | .30 | 150.00 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 12, 2012

0G2012-301121

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Draft status update regarding Amended Notice of Bankruptcy and subject to automatic stay | L190 | BG | .10 | 190.00 | 19.00 |

|  | FEES |  |  |  |  | $384.00 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $384.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     3
OCTOBER 12, 2012

0G2012-301121

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.60 | 240.00 |
| Jon H. Patterson | Associate | 245.00 | .20 | 49.00 |
| Blake Goodsell | Associate | 190.00 | .50 | 95.00 |
| Total | | | 2.30 | 384.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301121

BILL AMOUNT          $384.00

INVOICE #  810281

To:    ResCap                              TC Number:          718605
       1100 Virginia Drive                 Invoice Date:       10/12/2012
       Fort Washington, PA 19034           Invoice No.         810281
                                           Period ending:      08/31/2012

Case Management Number     LD  0G2012-301121

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 1.60 | $ 240.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 38.00 |
| L210 | Pleadings | 0.50 | $ 106.00 |
| | TOTAL FEES | 2.30 | $ 384.00 |

TOTAL FEES DUE                  $  384.00
TOTAL DISBURSEMENTS DUE         $    0.00
TOTAL DUE THIS INVOICE          $  384.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0G2012-301122
Fort Washington, PA 19034

                                                               INVOICE #  810282

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301122   TC Number: 705274

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Draft status report to client regaridng order staying case and plaintiff's bankruptcy filing | L190 | AHC | .10 | 145.00 | 14.50 |

                              FEES                                   $14.50


                              AMOUNT DUE THIS BILL                   $14.50

                    *****  TOTAL DUE UPON RECEIPT  *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE     2
OCTOBER 12, 2012

0G2012-301122

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                        OCTOBER 12, 2012
                                                             0G2012-301122
BILL AMOUNT          $14.50                                  INVOICE #  810282

---

To:   ResCap                        TC Number:        705274
      1100 Virginia Drive           Invoice Date:     10/12/2012
      Fort Washington, PA 19034      Invoice No.       810282
                                     Period ending:    08/31/2012


Case Management Number      LD  0G2012-301122


|                                              | Current Invoice |      |
| Code Task                                    | Hours | Fees    |
|----------------------------------------------|-------|---------|
| L190 Other Case Assessment, Develop't/Admin  | 0.10  | $  14.50 |
| ========================================     |       |         |
| TOTAL FEES                                    | 0.10  | $  14.50 |
| TOTAL FEES DUE                                |       | $  14.50 |
| TOTAL DISBURSEMENTS DUE                        |       | $   0.00 |
| TOTAL DUE THIS INVOICE                         |       | $  14.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301123

INVOICE # 810283

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301123  TC Number: 717577

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Prepare client update | B110 | JWA | .10 | 241.00 | 24.10 |
| 08/22/12 | Draft supplemental notice of bankruptcy and effect of automatic stay | L120 | NJV | 1.90 | 258.00 | 490.20 |
| 08/23/12 | Finalize notice of supplemental bankruptcy stay and draft notice of bankruptcy cover letter | L120 | NJV | .80 | 258.00 | 206.40 |
| 08/24/12 | Prepare draft of Designation of E-mail Address for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/27/12 | Revise, edit and finalize notice of email designations and send for filing and service | L120 | NJV | .20 | 258.00 | 51.60 |
| 08/29/12 | Review and analyze next steps in case, given judge's comments at motion to dismiss hearing | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/31/12 | Draft status report for client. | L120 | NJV | .10 | 258.00 | 25.80 |
| 08/31/12 | Prepare client update | B110 | JWA | .10 | 241.00 | 24.10 |

FEES                                         $918.00

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
Rescap                                                          OCTOBER 12, 2012

0G2012-301123

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                           $918.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

Rescap

0G2012-301123

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Robert B. Benson | Paralegal | 149.00 | .20 | 29.80 |
| Nicholas J. Voelker | Associate | 258.00 | 3.00 | 774.00 |
| James Warmoth | Associate | 241.00 | .20 | 48.20 |
| Total | | | 3.60 | 918.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

OCTOBER 12, 2012
0G2012-301123

BILL AMOUNT          $918.00

INVOICE #  810283

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:       717577
Invoice Date:    10/12/2012
Invoice No.      810283
Period ending:   08/31/2012

Case Management Number     LD   0G2012-301123

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| B110 | Case Administration | 0.20 | $    48.20 |
| L120 | Analysis/Strategy | 3.00 | $   774.00 |
| L140 | Document/File Management | 0.20 | $    29.80 |
| L210 | Pleadings | 0.20 | $    66.00 |
| | ================================= | | |
| | TOTAL FEES | 3.60 | $   918.00 |

TOTAL FEES DUE            $   918.00
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   918.00