

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0G2012-301125
Fort Washington, PA 19034

                                                INVOICE #  810284

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301125  TC Number: 699859

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/06/12 | Revise and edit motion for status conference | L250 | JHP | .10 | 245.00 | 24.50 |
| 08/06/12 | Analysis and review of file materials and draft Motion to Set Status Conference | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/06/12 | Provide status update to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/07/12 | Finalize Motion for Status Conference and prepare same for electronic filing in Lawrence County, Alabama and for service upon parties | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/07/12 | Communications from and to opposing counsel regarding filed Motion for Status Conference | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/14/12 | Emails to/from client contact to discuss status of court's ruling on summary judgment motion | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/16/12 | Emails to/from client contact to confirm that court has not yet entered ruling on summary judgment | L120 | JHP | .10 | 245.00 | 24.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

Rescap

0G2012-301125

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Telephone calls, e-mails, online inquiries in order to coordinate hearing and/or status conference per Motion to Set Conference | L110 | ABB | .40 | 150.00 | 60.00 |

FEES                                    $353.00

AMOUNT DUE THIS BILL              $353.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

Rescap

0G2012-301125

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.70 | 255.00 |
| Jon H. Patterson | Associate | 245.00 | .40 | 98.00 |
| Total | | | 2.10 | 353.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap                                         OCTOBER 12, 2012
                                               0G2012-301125
BILL AMOUNT        $353.00                      INVOICE #   810284

---

To:     ResCap                    TC Number:          699859
        1100 Virginia Drive       Invoice Date:       10/12/2012
        Fort Washington, PA 19034 Invoice No.         810284
                                  Period ending:      08/31/2012


Case Management Number      LD   0G2012-301125


|                                      | Current Invoice | |
| Code Task                            | Hours | Fees     |
|--------------------------------------|-------|----------|
| L110 Fact Investigation/Development  | 1.70  | $  255.00 |
| L120 Analysis/Strategy               | 0.30  | $   73.50 |
| L250 Other Written Motions/Submissions | 0.10 | $   24.50 |

```
                        =================================
          TOTAL FEES      2.10      $   353.00

               TOTAL FEES DUE        $   353.00
       TOTAL DISBURSEMENTS DUE       $     0.00
       TOTAL DUE THIS INVOICE        $   353.00
```



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301126

INVOICE #  810285

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301126  TC Number: 695221

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Preparing status update for the client. | L250 | CET | .20 | 293.00 | 58.60 |

FEES                                      $58.60

AMOUNT DUE THIS BILL                      $58.60

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
Rescap                                                          OCTOBER 12, 2012

0G2012-301126

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher E. Thorsen | Partner | 293.00 | .20 | 58.60 |
| Total | | | .20 | 58.60 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              OCTOBER 12, 2012
                                                    0G2012-301126
BILL AMOUNT        $58.60                           INVOICE #  810285

To:    ResCap                        TC Number:        695221
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810285
                                     Period ending:    08/31/2012

Case Management Number    LD  0G2012-301126

|                |                    | Current Invoice | |
| Code | Task | Hours | Fees |
|------|------|-------|------|
| L250 | Other Written Motions/Submissions | 0.20 | $ 58.60 |

|   |   |   |
|---|---|---|
| TOTAL FEES | 0.20 | $ 58.60 |

|   |   |   |
|---|---|---|
| TOTAL FEES DUE | $ | 58.60 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 58.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0G2012-301127
Fort Washington, PA 19034

                                                INVOICE #  810286

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301127  TC Number: 697162

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Calls with client and opposing counsel regarding CFK settlement with the plaintiff's tenant | L120 | GWG | 1.20 | 263.00 | 315.60 |
| 08/16/12 | Correspondence and calls with client and opposing counsel regarding settlement with the plaintiff's current tenant | L120 | GWG | .90 | 263.00 | 236.70 |
| 08/21/12 | Calls with plaintiff's counsel and client regarding inspection of the property | L110 | GWG | .40 | 263.00 | 105.20 |

                              FEES                          $657.50


                              AMOUNT DUE THIS BILL          $657.50


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301127

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Graham W. Gerhardt | Partner | 263.00 | 2.50 | 657.50 |
| Total | | | 2.50 | 657.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                              OCTOBER 12, 2012
                                                    0G2012-301127
BILL AMOUNT          $657.50                        INVOICE #  810286

To:    ResCap                      TC Number:        697162
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810286
                                   Period ending:    08/31/2012

Case Management Number      LD  0G2012-301127

                                         Current Invoice
Code Task                              Hours            Fees

L110 Fact Investigation/Development     0.40    $    105.20
L120 Analysis/Strategy                  2.10    $    552.30

                          ==================================
             TOTAL FEES     2.50    $    657.50

             TOTAL FEES DUE          $    657.50
      TOTAL DISBURSEMENTS DUE         $      0.00
      TOTAL DUE THIS INVOICE          $    657.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301129

INVOICE #  810287

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301129  TC Number: 713325

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Two conversations with court and judicial clerk regarding status of case and scheduling conference | L120 | MSW | .30 | 254.00 | 76.20 |
| 08/13/12 | Review and analyze Order of Appointment from Court and analyze status of defendant and conformance to order | L450 | MSW | .40 | 254.00 | 101.60 |
| 08/14/12 | Research Court documents regarding defendant borrower | L190 | LADA | 1.20 | 65.00 | 78.00 |
| 08/16/12 | Draft amended notice of bankruptcy file with supplemental servicing order | L210 | LADA | .50 | 65.00 | 32.50 |
| 08/16/12 | Revise and edit amended notice of bankruptcy stay | L210 | MSW | .20 | 254.00 | 50.80 |
| 08/19/12 | Review and approve supplemental bankruptcy notice | L210 | CWH | .10 | 330.00 | 33.00 |
| 08/21/12 | Case scheduling hearing at Richland County, SC court | L230 | MSW | .80 | 254.00 | 203.20 |
| 08/21/12 | Conference with title counsel to discuss summary judgment, title insurer's strategy and ettlement posture | L120 | MSW | 1.60 | 254.00 | 406.40 |
| 08/21/12 | Conference with counsel for borrower regarding settlement offer and impact of summary judgment | L120 | MSW | .90 | 254.00 | 228.60 |
| 08/30/12 | Draft status report for client. | L120 | MSW | .10 | 254.00 | 25.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES        |      |       |       |      | $1,235.70 |

### DESCRIPTION OF DISBURSEMENTS

| | | AMOUNT |
|----|---------------|--------|
| 01 | Copy Charges | 0.00 |
| 21 | Travel Expense | 127.73 |
| 23 | Meal Expense | 8.49 |
| | COSTS | $136.22 |
| | AMOUNT DUE THIS BILL | $1,371.92 |

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      3
OCTOBER 12, 2012

0G2012-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Mark S. Wierman | Associate | 254.00 | 4.30 | 1,092.20 |
| Lucinda Kish | Paralegal | 65.00 | 1.70 | 110.50 |
| Total | | | 6.10 | 1,235.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                                0G2012-301129
BILL AMOUNT        $1,371.92                                    INVOICE #   810287

_____

To:    ResCap                          TC Number:          713325
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810287
                                       Period ending:      08/31/2012


Case Management Number     LD   0G2012-301129


                                        Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  2.90     $    736.60
L190 Other Case Assessment, Develop't/Admin   1.20     $     78.00
L210 Pleadings                          0.80     $    116.30
L230 Court Mandated Conferences         0.80     $    203.20
L450 Trial and Hearing Attendance       0.40     $    101.60


                    ===================================
            TOTAL FEES       6.10     $  1,235.70

                    TOTAL FEES DUE        $  1,235.70
            TOTAL DISBURSEMENTS DUE       $    136.22
            TOTAL DUE THIS INVOICE        $  1,371.92



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301130

INVOICE #  810288

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301130  TC Number: 719469

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Submit motion to nonsuit and update B.Northrop-Day to close matter | L250 | KSA | .30 | 223.00 | 66.90 |
| 08/07/12 | Receipt and review of Plaintiff's Motion for Non-Suit, update file and forward to K. Anderson for review by client. | L110 | MST | .30 | 150.00 | 45.00 |
| 08/08/12 | Review plaintiff's motion for court funds and finalize dismissal of action | L250 | KSA | .30 | 223.00 | 66.90 |

|  |  |  |  |
|---|---|---|---|
| | FEES | | $178.80 |
| 35 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $178.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
Rescap                                                OCTOBER 12, 2012

0G2012-301130

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .30 | 45.00 |
| Keith S. Anderson | Associate | 223.00 | .60 | 133.80 |
| Total | | | .90 | 178.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                          OCTOBER 12, 2012
                                                0G2012-301130
BILL AMOUNT        $178.80                       INVOICE #  810288

To:    ResCap                    TC Number:          719469
       1100 Virginia Drive       Invoice Date:       10/12/2012
       Fort Washington, PA 19034  Invoice No.         810288
                                  Period ending:      08/31/2012

Case Management Number      LD   0G2012-301130

|                                        | Current Invoice | |
|----------------------------------------|-------|---------|
| Code Task                              | Hours |   Fees  |
| L110 Fact Investigation/Development    | 0.30  | $   45.00 |
| L250 Other Written Motions/Submissions | 0.60  | $  133.80 |
| TOTAL FEES                             | 0.90  | $  178.80 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 178.80 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 178.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0G2012-301131

INVOICE #  810289

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0G2012-301131  TC Number: 720738

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Draft amended notice of bankruptcy filing and supplemental servicing order | L210 | LADA | .60 | 65.00 | 39.00 |
| 08/16/12 | Revise and edit amended notice of bankruptcy stay | L210 | MSW | .20 | 254.00 | 50.80 |
| 08/19/12 | Review and approve supplemental bankruptcy notice | L210 | CWH | .10 | 330.00 | 33.00 |
| 08/21/12 | Review and analyze third set of interrogatories and impact of bankruptcy | L310 | MSW | .30 | 254.00 | 76.20 |
| 08/30/12 | Draft status report for client. | L120 | MSW | .10 | 254.00 | 25.40 |

|  |  |
|--|--|
| FEES | $224.40 |
| AMOUNT DUE THIS BILL | $224.40 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
OCTOBER 12, 2012

0G2012-301131

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Mark S. Wierman | Associate | 254.00 | .60 | 152.40 |
| Lucinda Kish | Paralegal | 65.00 | .60 | 39.00 |
| Total | | | 1.30 | 224.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap                                                          OCTOBER 12, 2012
                                                               0G2012-301131
BILL AMOUNT          $224.40                                   INVOICE #  810289

To:    ResCap                          TC Number:         720738
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810289
                                       Period ending:     08/31/2012

Case Management Number      LD  0G2012-301131

                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                    0.10    $      25.40
L210 Pleadings                            0.90    $     122.80
L310 Written Discovery                    0.30    $      76.20

                          ====================================
                 TOTAL FEES    1.30    $     224.40

                 TOTAL FEES DUE            $     224.40
         TOTAL DISBURSEMENTS DUE           $       0.00
          TOTAL DUE THIS INVOICE           $     224.40



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0802-102836
Fort Washington, PA 19034

INVOICE #  810291

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-102836  TC Number: 707079

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review revised settlement offer from Fidelity | L160 | HEA | .80 | 266.00 | 212.80 |
| 08/01/12 | Draft and send updated analysis of title insurance claim to client | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 08/02/12 | Emails with client regarding Fidelity's offer and issues regarding closing protection letter | L190 | HEA | .50 | 266.00 | 133.00 |
| 08/07/12 | Review email from Fidelity's coverage counsel regarding claim submitted pursuant to the closing protection letter | L190 | HEA | .50 | 266.00 | 133.00 |
| 08/14/12 | Correspondence with retained counsel regarding status of negotiations | L160 | HEA | .50 | 266.00 | 133.00 |
| 08/20/12 | Additional review and analysis of pending title claim in light of recent settlement offer from Fidelity | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 08/20/12 | Draft and send updated evaluation to client | L190 | HEA | .50 | 266.00 | 133.00 |
| 08/27/12 | Prepare for and participate in call with Impac to discuss recent settlement negotiations | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 08/28/12 | Telephone call to coverage counsel for Fidelity regarding possible resolution | L160 | HEA | .50 | 266.00 | 133.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0802-102836

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Draft and send revised settlement demand to Fidelity's coverage counsel | L160 | HEA | .50 | 266.00 | 133.00 |

FEES                                    $2,074.80

AMOUNT DUE THIS BILL                    $2,074.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0802-102836

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 7.80 | 2,074.80 |
| Total | | | 7.80 | 2,074.80 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0802-102836
BILL AMOUNT        $2,074.80                                    INVOICE #  810291

To:    ResCap                          TC Number:         707079
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810291
                                       Period ending:     08/31/2012

Case Management Number      LD  0R0802-102836

|  |  | Current Invoice |  |
|  |  | Hours | Fees |
| Code | Task |  |  |
| L160 | Settlement/Non-Binding ADR | 4.30 | $ 1,143.80 |
| L190 | Other Case Assessment, Develop't/Admin | 3.50 | $   931.00 |
|  | TOTAL FEES | 7.80 | $ 2,074.80 |

|  |  |  |
| TOTAL FEES DUE | $ | 2,074.80 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 2,074.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                               OCTOBER 12, 2012
1100 Virginia Drive                                  0R0802-103633
Fort Washington, PA 19034

                                                     INVOICE #  810292

                                                     FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-103633   TC Number: 691284

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft and finalize closing file memorandum. | L110 | MPE | .20 | 149.00 | 29.80 |

                    FEES                                  $29.80


            AMOUNT DUE THIS BILL                          $29.80


          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-103633

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | .20 | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                             OCTOBER 12, 2012
                                                                  0R0802-103633
BILL AMOUNT            $29.80                                      INVOICE #  810292

To:     ResCap                        TC Number:          691284
        1100 Virginia Drive           Invoice Date:       10/12/2012
        Fort Washington, PA 19034      Invoice No.         810292
                                       Period ending:      08/31/2012

Case Management Number      LD  0R0802-103633

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L110 Fact Investigation/Development | | 0.20 | $    29.80 |
| ================================= | | | |
| TOTAL FEES | | 0.20 | $    29.80 |
| TOTAL FEES DUE | | | $    29.80 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $    29.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0802-107194
Fort Washington, PA 19034

                                                INVOICE #  810293

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-107194  TC Number: 698444

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Draft and revise bankruptcy notice and email and telephone correspondence regarding furthre revisions to same | L250 | KRS | 1.00 | 210.00 | 210.00 |
| 08/22/12 | Email correspondence regarding status of summary judgment motion | L240 | KRS | .10 | 210.00 | 21.00 |
| 08/22/12 | Review and revise notice of bankruptcy | L210 | MCG | .30 | 323.00 | 96.90 |

                              FEES                    $327.90

                  **DESCRIPTION OF DISBURSEMENTS**

       07       Filing Fees                          (45.00)

                         COSTS                       ($45.00)

                AMOUNT DUE THIS BILL                  $282.90

             ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0802-107194

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Kathleen R. Shields O'Beir | Associate | 210.00 | 1.10 | 231.00 |
| Total | | | 1.40 | 327.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-107194
BILL AMOUNT          $282.90                             INVOICE #  810293

To:    ResCap                        TC Number:          698444
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810293
                                     Period ending:      08/31/2012

Case Management Number      LD   0R0802-107194

                                        Current Invoice
Code Task                               Hours        Fees

L210 Pleadings                          0.30    $     96.90
L240 Dispositive Motions                0.10    $     21.00
L250 Other Written Motions/Submissions  1.00    $    210.00

                           =================================
                TOTAL FEES    1.40    $    327.90

                TOTAL FEES DUE           $    327.90
       TOTAL DISBURSEMENTS DUE           $    -45.00
          TOTAL DUE THIS INVOICE         $    282.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0802-107722
Fort Washington, PA 19034

                                                               INVOICE #   810294

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-107722   TC Number: 696810

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/06/12 | Provided status update to client | L120 | JHP | .10 | 245.00 | 24.50 |

                         FEES                                    $54.50

                         AMOUNT DUE THIS BILL                    $54.50

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-107722

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Jon H. Patterson | Associate | 245.00 | .10 | 24.50 |
| Total | | | .30 | 54.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0802-107722

BILL AMOUNT        $54.50

INVOICE #  810294

To:    ResCap                          TC Number:        696810
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810294
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0802-107722

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $ 30.00 |
| L120 | Analysis/Strategy | 0.10 | $ 24.50 |
| | TOTAL FEES | 0.30 | $ 54.50 |

TOTAL FEES DUE                  $    54.50
TOTAL DISBURSEMENTS DUE         $     0.00
TOTAL DUE THIS INVOICE          $    54.50



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-108374

INVOICE #  810295

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-108374  TC Number: 704824

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report to client | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/21/12 | Analysis and review of deadlines and calendar same per file being transferred to BABC | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/22/12 | Further Analysis and review of file materials pertaining to designation deadlines and update pleadings regarding same | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/22/12 | Analysis and review of file and update master bankruptcy sheet | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/23/12 | Assist with preparation work regarding appeal deadline(s) | L110 | ABB | .30 | 150.00 | 45.00 |

FEES                                                    $191.60

AMOUNT DUE THIS BILL                         $191.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0802-108374

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.10 | 165.00 |
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | 1.20 | 191.60 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0802-108374
BILL AMOUNT          $191.60                              INVOICE #  810295

To:    ResCap                      TC Number:          704824
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810295
                                   Period ending:      08/31/2012

Case Management Number      LD  0R0802-108374

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.10 | $  165.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $   26.60 |
|  | ======================================= | | |
|  | TOTAL FEES | 1.20 | $  191.60 |

                TOTAL FEES DUE            $    191.60
        TOTAL DISBURSEMENTS DUE           $      0.00
        TOTAL DUE THIS INVOICE            $    191.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0802-108547
Fort Washington, PA 19034

                                                    INVOICE #  810296

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-108547  TC Number: 698566

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/12/12 | Review and update status of matter for August | L120 | ERP | .20 | 150.00 | 30.00 |
| 09/12/12 | Draft status report udate | L120 | TMB | .10 | 371.00 | 37.10 |

                          FEES                              $67.10

                          AMOUNT DUE THIS BILL              $67.10

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0802-108547

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 371.00 | .10 | 37.10 |
| Emily R. Powell | Paralegal | 150.00 | .20 | 30.00 |
| Total | | | .30 | 67.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $67.10

OCTOBER 12, 2012
0R0802-108547
INVOICE #  810296

To:    ResCap                              TC Number:          698566
       1100 Virginia Drive                 Invoice Date:       10/12/2012
       Fort Washington, PA 19034           Invoice No.         810296
                                           Period ending:      09/30/2012

Case Management Number        LD    0R0802-108547

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.30 | $   67.10 |
| TOTAL FEES |  | 0.30 | $   67.10 |

TOTAL FEES DUE                  $    67.10
TOTAL DISBURSEMENTS DUE         $     0.00
TOTAL DUE THIS INVOICE          $    67.10



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0802-301007

INVOICE #  810297

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-301007   TC Number:  711036

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/04/12 | Prepare for and attend meeting with REO team to discuss final risk assessment and revise document following same | L190 | FWA | 2.90 | 345.00 | 1,000.50 |
| 09/11/12 | Revise risk assessment following additional interview | L190 | FWA | .70 | 345.00 | 241.50 |
| 09/18/12 | Confer with P. Hobbib re: risk assessment | L190 | FWA | .50 | 345.00 | 172.50 |
| 09/20/12 | Prepare for and attend conference call with N. Campbell re: risk assessment | L190 | FWA | .70 | 345.00 | 241.50 |

FEES                                    $1,656.00

AMOUNT DUE THIS BILL                     $1,656.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-301007

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Wendell Allen | Partner | 345.00 | 4.80 | 1,656.00 |
| Total | | | 4.80 | 1,656.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0802-301007

BILL AMOUNT          $1,656.00

INVOICE #   810297

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:          711036
Invoice Date:       10/12/2012
Invoice No.         810297
Period ending:      09/30/2012

Case Management Number      LD  0R0802-301007

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin |  | 4.80 | $ 1,656.00 |
| =================================== | | | |
| TOTAL FEES | | 4.80 | $ 1,656.00 |

TOTAL FEES DUE              $ 1,656.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $ 1,656.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301019

INVOICE # 810298

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301019  TC Number: 712999

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Attend legal supplier conference call | L120 | DERO | 1.10 | 360.00 | 396.00 |
| 08/05/12 | Correspondence regarding new legal supplier developments | L120 | DERO | .30 | 360.00 | 108.00 |
| 08/07/12 | Correspondence regarding and review media reports regarding Hawaii legal supplier developments | L120 | DERO | .20 | 360.00 | 72.00 |
| 08/08/12 | Review legal supplier opinions and complaints | L120 | DERO | .20 | 360.00 | 72.00 |
| 08/10/12 | Review new legal supplier complaints and foreclosure related opinions | L120 | DERO | .30 | 360.00 | 108.00 |
| 08/16/12 | Review and correspondence regarding new Washington Supreme Court case | L120 | DERO | .20 | 360.00 | 72.00 |
| 08/24/12 | Review and correspondence regarding new legal supplier complaints | L120 | DERO | .30 | 360.00 | 108.00 |
| 08/27/12 | Correspondence regarding new foreclosure opinion | L120 | DERO | .30 | 360.00 | 108.00 |
| 08/31/12 | Review and correspondence regarding new foreclosure opinions | L120 | DERO | .50 | 360.00 | 180.00 |

FEES                                          $1,224.00

01        Copy Charges                              0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-301019

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,224.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0802-301019

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| David E. Roth | Partner | 360.00 | 3.40 | 1,224.00 |
| Total | | | 3.40 | 1,224.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301019
BILL AMOUNT        $1,224.00                              INVOICE #  810298

To:    ResCap                      TC Number:          712999
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810298
                                   Period ending:      08/31/2012

Case Management Number      LD  0R0802-301019

|                         | Current Invoice |              |
| Code Task               | Hours           | Fees         |
|-------------------------|-----------------|--------------|
| L120 Analysis/Strategy  | 3.40            | $  1,224.00  |
| ============================================ |
| TOTAL FEES              | 3.40            | $  1,224.00  |

|                           |   |            |
|---------------------------|---|------------|
| TOTAL FEES DUE            | $ | 1,224.00   |
| TOTAL DISBURSEMENTS DUE   | $ | 0.00       |
| TOTAL DUE THIS INVOICE    | $ | 1,224.00   |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301036

INVOICE #  810299

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-301036  TC Number: 714875

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 35A | UPS | 564.60 |
| | COSTS | $564.60 |
| | AMOUNT DUE THIS BILL | $564.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0802-301036

FED ID NO. 63-0243316



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0802-301036
BILL AMOUNT        $564.60                       INVOICE #  810299

To:     ResCap                    TC Number:        714875
        1100 Virginia Drive       Invoice Date:     10/12/2012
        Fort Washington, PA 19034  Invoice No.       810299
                                  Period ending:    09/30/2012


Case Management Number      LD  0R0802-301036


                                        Current Invoice
                                   Hours              Fees
Code Task

                        ====================================
                TOTAL FEES        0.00    $        0.00

                TOTAL FEES DUE            $        0.00
        TOTAL DISBURSEMENTS DUE           $      564.60
        TOTAL DUE THIS INVOICE           $      564.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0802-301055
Fort Washington, PA 19034

                                                         INVOICE #  810300

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301055   TC Number: 698487

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Conferred with client regarding additional properties included in lawsuit | B250 | CJA | .40 | 210.00 | 84.00 |
| 08/14/12 | Receipt and review of additional documentation from client regarding client serviced properties and compared to previously disclosed documents pertaining to suit | B250 | CJA | 3.70 | 210.00 | 777.00 |
| 08/15/12 | Conferred regarding servicer comments to protocol and funding agreements and group servicer call | B250 | CJA | 1.40 | 210.00 | 294.00 |
| 08/16/12 | Review of DBNTC's revised property protocol agreement and funding implementation agreements and edited same | B250 | CJA | 5.30 | 210.00 | 1,113.00 |

                        FEES                              $2,268.00

                        AMOUNT DUE THIS BILL              $2,268.00

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0802-301055

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 10.80 | 2,268.00 |
| Total | | | 10.80 | 2,268.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0802-301055
BILL AMOUNT        $2,268.00                                    INVOICE #  810300

To:    ResCap                          TC Number:         698487
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810300
                                       Period ending:     08/31/2012

Case Management Number      LD  0R0802-301055

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| B250 Real Estate | | 10.80 | $ 2,268.00 |
| ================================= | | | |
| TOTAL FEES | | 10.80 | $ 2,268.00 |
| TOTAL FEES DUE | | | $ 2,268.00 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 2,268.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301068

INVOICE #  810301

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301068  TC Number: 719362

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/14/12 | Correspond with client re outstanding payment matters with the ECB | B190 | SAP | .30 | 323.00 | 96.90 |
| 08/22/12 | Correspond with client re servicing agreement between GMAC and Deutsche and GMAC's status as servicer | B190 | SAP | .40 | 323.00 | 129.20 |
| 08/31/12 | Revisions to declarations in support of submissions to ECB | B190 | SAP | .20 | 323.00 | 64.60 |

FEES                                         $290.70

AMOUNT DUE THIS BILL                         $290.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301068

**FED ID NO. 63-0243316**

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Steven A. Pozefsky | Associate | 323.00 | .90 | 290.70 |
| Total | | | .90 | 290.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                OCTOBER 12, 2012
                                                      0R0802-301068
BILL AMOUNT          $290.70                           INVOICE #  810301

To:     ResCap                        TC Number:          719362
        1100 Virginia Drive           Invoice Date:       10/12/2012
        Fort Washington, PA 19034     Invoice No.         810301
                                      Period ending:      08/31/2012

Case Management Number      LD  0R0802-301068

                                          Current Invoice
Code Task                            Hours          Fees

B190 Other Contested Matters          0.90    $    290.70

                              =============================
                  TOTAL FEES          0.90    $    290.70

                  TOTAL FEES DUE              $    290.70
           TOTAL DISBURSEMENTS DUE            $      0.00
           TOTAL DUE THIS INVOICE             $    290.70



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0802-301073
Fort Washington, PA 19034

                                                          INVOICE #  810302

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301073  TC Number: 720443

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft smonthly status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/21/12 | Confirm status of order submitted by co-counsel | L210 | JAM | .20 | 145.00 | 29.00 |

|  | FEES |  |  |  |  | $72.80 |
|--|------|--|--|--|--|--------|
|  | AMOUNT DUE THIS BILL |  |  |  |  | $72.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301073

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .20 | 29.00 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | .40 | 72.80 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             OCTOBER 12, 2012
                                                   0R0802-301073
BILL AMOUNT        $72.80                           INVOICE #  810302

---

To:    ResCap                     TC Number:         720443
       1100 Virginia Drive        Invoice Date:      10/12/2012
       Fort Washington, PA 19034  Invoice No.        810302
                                  Period ending:     08/31/2012


Case Management Number      LD   0R0802-301073


|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $   43.80 |
| L210 Pleadings | | 0.20 | $   29.00 |
| TOTAL FEES | | 0.40 | $   72.80 |

                    TOTAL FEES DUE           $    72.80
              TOTAL DISBURSEMENTS DUE        $     0.00
                 TOTAL DUE THIS INVOICE      $    72.80



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301074

INVOICE #  810303

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301074  TC Number: 719952

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft monthly update for client review | L240B | ES | .10 | 185.00 | 18.50 |

|  | FEES |  | $18.50 |
|---|------|---|--------|
|  | AMOUNT DUE THIS BILL |  | $18.50 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301074

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Erin Saltaformaggio | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT            $18.50

OCTOBER 12, 2012
0R0802-301074
INVOICE #   810303

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 719952 |
| Invoice Date: | 10/12/2012 |
| Invoice No. | 810303 |
| Period ending: | 08/31/2012 |

Case Management Number      LD  0R0802-301074

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L240BAll Other | 0.10 | $    18.50 |
| ========================================= | | |
| TOTAL FEES | 0.10 | $    18.50 |
| TOTAL FEES DUE | | $    18.50 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $    18.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301081

INVOICE # 810304

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301081  TC Number: 719626

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Telephone conference with client regarding national servicing standards workstream and issues requiring BABC opinion and assistance | P280 | CSM | .30 | 300.00 | 90.00 |
| 08/02/12 | Communicate with title insurance companies regarding form of trustee substitition | P280 | CSM | .30 | 300.00 | 90.00 |
| 08/03/12 | Telephone conferences with default counsel and title insurance counsel regarding requirements for recordation of powers of attorney and trustee substitution and insurability of title to REO property | P280 | CSM | .70 | 300.00 | 210.00 |
| 08/03/12 | E-mail corrspondence with client regarding requirements for recordation of powers of attorney and trustee substitution and insurability of title to REO property | P280 | CSM | .20 | 300.00 | 60.00 |
| 08/07/12 | E-mail corrspondence with counsel for title insurers regarding preferred form of notice of substitution of trustee | P280 | CSM | .10 | 300.00 | 30.00 |
| 08/16/12 | Conference call with client regarding state forms and non-judicial foreclosure testing | L120 | EL | .30 | 337.00 | 101.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Telephone conference with J.Madsen and others regarding implementation of servicing standards pursuant to consent order | P280 | CSM | .50 | 300.00 | 150.00 |
| 08/23/12 | Research regarding requirements for standing to foreclose in support of memorandum re same for circulaion to servicer group | P280 | CSM | 4.70 | 300.00 | 1,410.00 |
| 08/27/12 | Review of new state foreclosure mediation law and revise compliance review template to include questions regarding same | L120 | EL | 2.00 | 337.00 | 674.00 |
| 08/29/12 | Research regarding requirements of new state law and affect on judicial foreclosure process | C200 | CSM | .70 | 300.00 | 210.00 |
| 08/29/12 | Draft standardized complaint verification and affidavit in support of summary judgment for use in support of affirmation of counsel new state law | L210 | CSM | 1.30 | 300.00 | 390.00 |
| 08/29/12 | Draft memorandum for circulation to servicer group detailing requirements for standing to foreclose | P280 | CSM | 7.80 | 300.00 | 2,340.00 |
| 08/29/12 | Telephone conference with  default counsel regarding implementation of compliance procedures | P280 | CSM | .30 | 300.00 | 90.00 |
| 08/30/12 | Draft e-mail memorandum to client detailing requirements for compliance with new state law verification requirement and suggested compliance procedures | P280 | CSM | 1.00 | 300.00 | 300.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0802-301081

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES        |      |       |       |      | $7,555.10 |
| 01   | Copy Charges |     |       |       | 0.00 |        |
| 41   | Computerized Legal Research-Westlaw | | | | 0.00 | |
|      | AMOUNT DUE THIS BILL | | | |  | $7,555.10 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0802-301081

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Elena Lovoy | Senior Attorney | 337.00 | 2.30 | 775.10 |
| Cory S. Menees | Associate | 300.00 | 17.90 | 5,370.00 |
| Total | | | 20.20 | 6,145.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301081
BILL AMOUNT        $7,555.10                              INVOICE #  810304

To:    ResCap                          TC Number:        719626
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034        Invoice No.       810304
                                       Period ending:    08/31/2012

Case Management Number     LD  0R0802-301081

                                    Current Invoice
Code Task                           Hours            Fees

C200 Researching Law                 0.70    $      210.00
L120 Analysis/Strategy               2.30    $      775.10
L210 Pleadings                       1.30    $      390.00
P280 Other                          15.90    $    4,770.00

                    ===================================
              TOTAL FEES    20.20    $    7,555.10

                   TOTAL FEES DUE     $    7,555.10
           TOTAL DISBURSEMENTS DUE    $        0.00
            TOTAL DUE THIS INVOICE    $    7,555.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0802-301082
Fort Washington, PA 19034

                                                               INVOICE #  810305

                                                               **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301082  TC Number: 721351

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft monthly status report | L190 | RLB | .10 | 266.00 | 26.60 |

                              FEES                                    $26.60

                              AMOUNT DUE THIS BILL                    $26.60

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301082

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301082
BILL AMOUNT            $26.60                            INVOICE #  810305

To:    ResCap                          TC Number:        721351
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810305
                                       Period ending:    08/31/2012

Case Management Number     LD  0R0802-301082

                                        Current Invoice
Code Task                             Hours          Fees

L190 Other Case Assessment, Develop't/Admin   0.10    $    26.60

                              =================================
                      TOTAL FEES      0.10    $    26.60

                      TOTAL FEES DUE           $    26.60
              TOTAL DISBURSEMENTS DUE          $     0.00
              TOTAL DUE THIS INVOICE           $    26.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301096

INVOICE #  810306

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301096  TC Number: 704821

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report to client | L190 | RLB | .10 | 266.00 | 26.60 |

|  |  |  |  | FEES |  | $26.60 |
|  |  |  |  | AMOUNT DUE THIS BILL |  | $26.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301096

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0802-301096

BILL AMOUNT            $26.60                        INVOICE #  810306

---

To:    ResCap                      TC Number:        704821
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810306
                                   Period ending:    08/31/2012

Case Management Number    LD  0R0802-301096

|                                       | Current Invoice | |
| Code Task                             | Hours | Fees |
|---------------------------------------|-------|-------|
| L190 Other Case Assessment, Develop't/Admin | 0.10 | $ 26.60 |
| ================================== | | |
| TOTAL FEES | 0.10 | $ 26.60 |
| TOTAL FEES DUE | | $ 26.60 |
| TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | $ 26.60 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                    OCTOBER 12, 2012
1100 Virginia Drive                                                       0R0802-301098
Fort Washington, PA 19034

                                                                          INVOICE #  810307

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301098  TC Number: 724564

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Communications with client discussing the case status | L120 | LG | .20 | 185.00 | 37.00 |
| 08/15/12 | Attempt to contact insurer in order to demand a final coverage decision | L120 | LG | .30 | 185.00 | 55.50 |

                            FEES                                 $92.50

                            AMOUNT DUE THIS BILL                 $92.50

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0802-301098

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 185.00 | .50 | 92.50 |
| Total | | | .50 | 92.50 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                OCTOBER 12, 2012
                                                                       0R0802-301098
BILL AMOUNT              $92.50                                         INVOICE #   810307

_____

To:    ResCap                          TC Number:          724564
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810307
                                       Period ending:      08/31/2012


Case Management Number      LD   0R0802-301098


|                              | Current Invoice |            |
| Code Task                    | Hours           | Fees       |
| L120 Analysis/Strategy       | 0.50            | $    92.50 |
| ============================ | ============    | ========== |
| TOTAL FEES                   | 0.50            | $    92.50 |
| TOTAL FEES DUE               |                 | $    92.50 |
| TOTAL DISBURSEMENTS DUE      |                 | $     0.00 |
| TOTAL DUE THIS INVOICE       |                 | $    92.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301099

INVOICE #  810308

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-301099  TC Number: 724864

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/06/12 | Drafting a monthly status report. | L120 | JJS | .20 | 254.00 | 50.80 |
| 09/06/12 | Drafting a closing memorandum. | L120 | JJS | .80 | 254.00 | 203.20 |
| 09/10/12 | Conference with Trial Court Administrator to verify case is closed with Clerk of Court and Trial Court Administrator and no longer on the clean up calendar (case closed on Clerk of Court&s calendar as of 6/28/2012) | L140 | RBB | .20 | 149.00 | 29.80 |

FEES                                                    $283.80

AMOUNT DUE THIS BILL                          $283.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301099

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .20 | 29.80 |
| Jessica J. Sibley | Associate | 254.00 | 1.00 | 254.00 |
| Total | | | 1.20 | 283.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                           0R0802-301099
BILL AMOUNT        $283.80                                 INVOICE #  810308

To:    ResCap                        TC Number:            724864
       1100 Virginia Drive           Invoice Date:         10/12/2012
       Fort Washington, PA 19034      Invoice No.           810308
                                     Period ending:        09/30/2012

Case Management Number      LD  0R0802-301099

                                        Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  1.00    $    254.00
L140 Document/File Management           0.20    $     29.80

                           ====================================
                 TOTAL FEES             1.20    $    283.80

              TOTAL FEES DUE                    $    283.80
        TOTAL DISBURSEMENTS DUE                 $      0.00
        TOTAL DUE THIS INVOICE                  $    283.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0802-301100
Fort Washington, PA 19034

                                                    INVOICE #  810309

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-301100  TC Number: 714542

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/26/12 | Review file materials and draft file closing memorandum | B190 | SAP | .40 | 323.00 | 129.20 |

                        FEES                                $129.20


                AMOUNT DUE THIS BILL                        $129.20


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301100

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Steven A. Pozefsky | Associate | 323.00 | .40 | 129.20 |
| Total | | | .40 | 129.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                           0R0802-301100
BILL AMOUNT          $129.20                               INVOICE #  810309

To:    ResCap                         TC Number:        714542
       1100 Virginia Drive            Invoice Date:     10/12/2012
       Fort Washington, PA 19034      Invoice No.       810309
                                      Period ending:    09/30/2012

Case Management Number      LD   0R0802-301100

|                                  | Current Invoice | |
| Code Task                        | Hours | Fees |
| B190 Other Contested Matters     | 0.40  | $   129.20 |
| ================================ | | |
| TOTAL FEES                       | 0.40  | $   129.20 |
| TOTAL FEES DUE                   |       | $   129.20 |
| TOTAL DISBURSEMENTS DUE          |       | $     0.00 |
| TOTAL DUE THIS INVOICE           |       | $   129.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0802-301104
Fort Washington, PA 19034

                                                           INVOICE #  810310

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301104   TC Number: 725319

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Draft revised notice of bankruptcy | L210 | KSA | .20 | 223.00 | 44.60 |

|  |  |  |  | FEES |  | $44.60 |
| 01 | Copy Charges |  |  |  | 0.00 |  |
|  |  |  | AMOUNT DUE THIS BILL |  |  | $44.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0802-301104

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .20 | 44.60 |
| Total | | | .20 | 44.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0802-301104
BILL AMOUNT         $44.60                                     INVOICE #  810310

To:    ResCap                          TC Number:         725319
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034        Invoice No.        810310
                                       Period ending:     08/31/2012

Case Management Number      LD  0R0802-301104

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L210 Pleadings | | 0.20 | $ 44.60 |
| | | =================================== | |
| TOTAL FEES | | 0.20 | $ 44.60 |
| TOTAL FEES DUE | | | $ 44.60 |
| TOTAL DISBURSEMENTS DUE | | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | | $ 44.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
1100 Virginia Drive                                   0R0802-301110
Fort Washington, PA 19034
                                                      INVOICE #  810311

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301110  TC Number: 725704

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Review of vesting concerns and issues relayed by J.Kurtright | B250 | CJA | 1.70 | 210.00 | 357.00 |
| 08/06/12 | Conferred with J.Kurtright regarding procedure concerning vesting issues and POAs | B250 | CJA | .60 | 210.00 | 126.00 |
| 08/13/12 | Discussion with client re final interviews re REO issues | L120 | TMB | .20 | 371.00 | 74.20 |
| 08/15/12 | Conference call with N.Bier and J.Kurtwright regarding REO project | B250 | CJA | 1.60 | 210.00 | 336.00 |
| 08/16/12 | Prepare for and participate in conference call with J.Kurtright and N.Bier regarding REO project | L120 | TMB | 1.50 | 371.00 | 556.50 |
| 08/16/12 | Prepare for and attend conference call with client re: REO project | L190 | FWA | 1.10 | 345.00 | 379.50 |
| 08/17/12 | Prepare for and conduct interview with department heads re: results of REO project and revise memo re: same | L190 | FWA | 2.40 | 345.00 | 828.00 |
| 08/17/12 | Revised REO project based on interviews with J.Kurtright and N.Bier and finalized same | B250 | CJA | .70 | 210.00 | 147.00 |
| 08/22/12 | Review of policies and procedures related to marketing and sales procedures, licensing issues and legal requirements thereto in multiple jurisdictions | B250 | CJA | 6.10 | 210.00 | 1,281.00 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301110

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Review of REO policies and procedures related to verification and execution of seller's affidavit | B250 | CJA | 1.90 | 210.00 | 399.00 |
| 08/23/12 | Review of REO policies and procedures related to treatment of personal property during eviction process | B250 | CJA | 2.10 | 210.00 | 441.00 |
| 08/23/12 | Review of REO policies and procedures related to cash for keys agreement and approval matrix | B250 | CJA | 3.60 | 210.00 | 756.00 |
| 08/24/12 | Review of REO policies and procedures related to vendor responsibility and consistency with marketing and evictions policies and procedures | B250 | CJA | 1.60 | 210.00 | 336.00 |

FEES                                    $6,017.20

### DESCRIPTION OF DISBURSEMENTS

70S        Ready Conference                              19.86

COSTS                    $19.86

AMOUNT DUE THIS BILL        $6,037.06

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0802-301110

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 371.00 | 1.70 | 630.70 |
| Wendell Allen | Partner | 345.00 | 3.50 | 1,207.50 |
| C. Jason Avery | Associate | 210.00 | 19.90 | 4,179.00 |
| Total | | | 25.10 | 6,017.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             OCTOBER 12, 2012
                                                   0R0802-301110
BILL AMOUNT        $6,037.06                        INVOICE #  810311

---

To:    ResCap                    TC Number:           725704
       1100 Virginia Drive       Invoice Date:        10/12/2012
       Fort Washington, PA 19034  Invoice No.          810311
                                  Period ending:       08/31/2012


Case Management Number       LD  0R0802-301110


|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| B250 Real Estate | | 19.90 | $ 4,179.00 |
| L120 Analysis/Strategy | | 1.70 | $   630.70 |
| L190 Other Case Assessment, Develop't/Admin | | 3.50 | $ 1,207.50 |

=====================================
             TOTAL FEES      25.10    $  6,017.20

                TOTAL FEES DUE        $  6,017.20
        TOTAL DISBURSEMENTS DUE       $     19.86
         TOTAL DUE THIS INVOICE       $  6,037.06



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301113

INVOICE # 810312

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301113   TC Number: 725849

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Organize custodial and referral notes for files regarding outside counsel in preparation of attorney conference call | L120 | ERP | 3.50 | 150.00 | 525.00 |
| 08/01/12 | Revise and circulate spreadsheet analyzing active bankruptcy cases in which third party vendors involved | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/01/12 | Review master spreadsheet and pull all notes referred to outside counsel for foreclosure and create a hard and electronic notebook containing all notes | L629 | AH | 2.80 | 185.00 | 518.00 |
| 08/02/12 | Update the electronic and hard binder containing all notes that were provided by third party vendors to outside counsel for foreclosure | L629 | AH | .30 | 185.00 | 55.50 |
| 08/02/12 | Continuation of review and organize custodial and referral notes for files regarding outside counsel in preparation of attorney conference call | L120 | ERP | 3.10 | 150.00 | 465.00 |
| 08/02/12 | Revise draft of spreadsheet regarding loans with third party vendor compliance issues | L120 | ERP | .80 | 150.00 | 120.00 |
| 08/03/12 | Initial review of notes received from client via CD on 8/3 | L120 | ERP | .70 | 150.00 | 105.00 |
| 08/03/12 | Comprehensive review aof notes maintained by third party vendors | L120 | ERP | 2.70 | 150.00 | 405.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Confer with client re: note endorsement process | L190 | FWA | .90 | 345.00 | 310.50 |
| 08/03/12 | Prepare for and attend weekly status call | L190 | FWA | .70 | 345.00 | 241.50 |
| 08/06/12 | Review outside counsel report and consider response to same | L190 | FWA | .50 | 345.00 | 172.50 |
| 08/06/12 | Analyze additional notes provided to foreclosure counsel by third party vendors for potential remediation | L629 | AH | 5.90 | 185.00 | 1,091.50 |
| 08/07/12 | Complete review of additional notes provided to foreclosure counsel by thid party vendors for potential remediation | L629 | AH | 8.10 | 185.00 | 1,498.50 |
| 08/07/12 | Confer with client re: missing data and coordinate review of same | L190 | FWA | .90 | 345.00 | 310.50 |
| 08/08/12 | Coordinate file reviews | L190 | FWA | .60 | 345.00 | 207.00 |
| 08/08/12 | Revise and update spreadsheet for outside counsel regarding the notes provided to foreclosure counsel by third party vendors | L629 | AH | 2.40 | 185.00 | 444.00 |
| 08/08/12 | Review master spreadsheet of notes maintained by third party vendors to determine outstanding documents that need to be requested to complete the review | L629 | AH | 2.30 | 185.00 | 425.50 |
| 08/09/12 | Respond to e-mail from client regarding documents needed to complete the review | L629 | AH | .10 | 185.00 | 18.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Review and re-organize notes regarding outside counsel files | L120 | ERP | 2.70 | 150.00 | 405.00 |
| 08/10/12 | Review recommendations from outside counsel regarding remediation | L629 | AH | .90 | 185.00 | 166.50 |
| 08/10/12 | Conference call with client regarding updates on the review of documents maintained by third party vendors | L629 | AH | .40 | 185.00 | 74.00 |
| 08/10/12 | Telephone conferences with client and co-counsel regarding next steps in remediation strategy | L120 | CLHA | .70 | 345.00 | 241.50 |
| 08/10/12 | Analyze outside counsel correspondence related to third party vendor | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/10/12 | Review status update from outside counsel | L190 | FWA | .40 | 345.00 | 138.00 |
| 08/12/12 | Analyze outside counsel review and correspond with client re: same | L190 | FWA | .60 | 345.00 | 207.00 |
| 08/13/12 | Prepare for and attend meeting with client re: third party vendor services | L190 | FWA | 1.60 | 345.00 | 552.00 |
| 08/13/12 | Revise and recirculate spreadsheet related to bankruptcy files connected with third party vendors | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/13/12 | Analyze and provide comments to outside counsel's recommendations | L120 | CLHA | .70 | 345.00 | 241.50 |
| 08/13/12 | Review chart received from client that included comments regarding the remaining outstanding files requested for review | L629 | AH | .20 | 185.00 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Compile list of loans that have been cleared | L629 | AH | 1.20 | 185.00 | 222.00 |
| 08/14/12 | Correspond with client regarding the status of additional requests for loan documents to be reviewed | L629 | AH | .20 | 185.00 | 37.00 |
| 08/14/12 | E-mail communication regarding status of remaining loan documents needed for review | L120 | ERP | .20 | 150.00 | 30.00 |
| 08/14/12 | Prepare for conference call with outside counsel | L190 | FWA | .80 | 345.00 | 276.00 |
| 08/15/12 | Confer with outside counsel re: upcoming meeting and files to review | L190 | FWA | .60 | 345.00 | 207.00 |
| 08/15/12 | Retrieve loans regarding foreclosures handled by outside counsel | L629 | AH | .30 | 185.00 | 55.50 |
| 08/16/12 | Create two separate lists of loans handled by outside counsel during foreclosure | L629 | AH | .40 | 185.00 | 74.00 |
| 08/16/12 | Correspond with client regarding the review of the files received during the week | L629 | AH | .70 | 185.00 | 129.50 |
| 08/16/12 | Comprehensive review  of loan documents regarding third party vendors | L120 | ERP | 3.00 | 150.00 | 450.00 |
| 08/16/12 | Revise and update spreadsheet regarding third party vendor issues | L120 | ERP | .40 | 150.00 | 60.00 |
| 08/16/12 | Confer with outside counsel re: results of review and confer with client re: same | L190 | FWA | 1.10 | 345.00 | 379.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
OCTOBER 12, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Revise and circulate to client analysis of third party vendor issues | L120 | CLHA | .80 | 345.00 | 276.00 |
| 08/17/12 | Update spreadsheet with details regarding review of loan documents received from client | L120 | ERP | .40 | 150.00 | 60.00 |
| 08/17/12 | Review and update spreadsheet with current status after initial review of loan documents provided on 8/17 | L120 | ERP | .60 | 150.00 | 90.00 |
| 08/17/12 | Correspond with client regarding the final request for notes to be reviewed | L629 | AH | .50 | 185.00 | 92.50 |
| 08/20/12 | Confer with client re: latest contacts with outside counsel | L190 | FWA | .60 | 345.00 | 207.00 |
| 08/22/12 | Work on revisions to analysis of documents maintained by third party vendors | L120 | CLHA | 1.80 | 345.00 | 621.00 |
| 08/23/12 | Update analysis of loan documents maintained by third party vendors and confer with co-counsel regarding same | L120 | CLHA | 3.60 | 345.00 | 1,242.00 |
| 08/23/12 | Provide list of loans to outside counsel and confer with client group | L190 | FWA | 1.00 | 345.00 | 345.00 |
| 08/23/12 | Review specific files related to third party vendors | L190 | FWA | .70 | 345.00 | 241.50 |
| 08/24/12 | Prepare for and attend status meeting re: contacts with foreclosure counsel | L190 | FWA | .70 | 345.00 | 241.50 |
| 08/24/12 | Conference call with client regarding next steps in project | L120 | CLHA | .50 | 345.00 | 172.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
OCTOBER 12, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Analyze original loan documents | L120 | CLHA | 1.10 | 345.00 | 379.50 |
| 08/27/12 | Compile list of files that need further review | L629 | AH | 2.20 | 185.00 | 407.00 |
| 08/27/12 | Review notes in preparation of drafting spreadsheet | L120 | ERP | 1.10 | 150.00 | 165.00 |
| 08/27/12 | Draft spreadsheet with loan information | L120 | ERP | .30 | 150.00 | 45.00 |
| 08/29/12 | Continued work on potential strategies for remediation programs | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/29/12 | Confer with outside counsel re: status of review and next steps | L190 | FWA | .70 | 345.00 | 241.50 |
| 08/31/12 | Prepare for and attend conference with client re: contacts with outside counsel | L190 | FWA | .60 | 345.00 | 207.00 |
| 08/31/12 | Participate in conference call with client regarding strategy going forward | L120 | CLHA | .50 | 345.00 | 172.50 |

|  | FEES |  | $17,935.00 |
|--|------|--|------------|
| 01 | Copy Charges |  | 0.00 |
|  | AMOUNT DUE THIS BILL |  | $17,935.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
OCTOBER 12, 2012

ResCap

0R0802-301113

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Wendell Allen | Partner | 345.00 | 13.00 | 4,485.00 |
| Christopher L. Hawkins | Partner | 345.00 | 11.40 | 3,933.00 |
| Emily R. Powell | Paralegal | 150.00 | 19.50 | 2,925.00 |
| Ashlee Hightower | Associate | 185.00 | 28.90 | 5,346.50 |
| Total | | | 72.80 | 16,689.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                  OCTOBER 12, 2012
                                                        0R0802-301113
BILL AMOUNT        $17,935.00                           INVOICE #  810312

To:    ResCap                         TC Number:         725849
       1100 Virginia Drive            Invoice Date:      10/12/2012
       Fort Washington, PA 19034      Invoice No.        810312
                                      Period ending:     08/31/2012

Case Management Number      LD   0R0802-301113

                                        Current Invoice
Code Task                               Hours        Fees

L120 Analysis/Strategy                  30.90    $  6,858.00
L190 Other Case Assessment, Develop't/Admin  13.00  $ 4,485.00
L629 Quality assurance and control      28.90    $  5,346.50

                            ====================================
                TOTAL FEES   72.80    $ 17,935.00

                TOTAL FEES DUE          $ 17,935.00
        TOTAL DISBURSEMENTS DUE         $      0.00
        TOTAL DUE THIS INVOICE          $ 17,935.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301115

INVOICE # 810313

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301115  TC Number: 726128

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Conference call with local counsel regarding demolition process and mitigation of fines | B250 | CJA | 2.00 | 210.00 | 420.00 |
| 08/20/12 | Telephone call with B.McKellet regarding fine mitigation | B250 | CJA | .10 | 210.00 | 21.00 |

|  | FEES |  |  |  |  | $441.00 |
| 01 | Copy Charges |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $441.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-301115

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | 2.10 | 441.00 |
| Total | | | 2.10 | 441.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0802-301115
BILL AMOUNT          $441.00                                   INVOICE #   810313

---

To:    ResCap                          TC Number:          726128
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810313
                                       Period ending:      08/31/2012


Case Management Number       LD   0R0802-301115


|                            | Current Invoice |          |
|----------------------------|-----------|--------------|
| Code Task                  | Hours     | Fees         |
| B250 Real Estate           | 2.10      | $   441.00   |
|                            | ========================= |
| TOTAL FEES                 | 2.10      | $   441.00   |

                    TOTAL FEES DUE              $   441.00
            TOTAL DISBURSEMENTS DUE             $     0.00
            TOTAL DUE THIS INVOICE             $   441.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301116

INVOICE #   810314

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301116   TC Number: 726978

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report. | L110 | MPE | .10 | 149.00 | 14.90 |

FEES                                          $14.90

AMOUNT DUE THIS BILL                          $14.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301116

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | .10 | 14.90 |
| Total | | | .10 | 14.90 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $14.90

OCTOBER 12, 2012
0R0802-301116
INVOICE #  810314

To:    ResCap                           TC Number:          726978
       1100 Virginia Drive              Invoice Date:       10/12/2012
       Fort Washington, PA 19034        Invoice No.         810314
                                        Period ending:      08/31/2012

Case Management Number       LD   0R0802-301116

|                                        | Current Invoice | |
| Code Task                              | Hours | Fees |
|----------------------------------------|-------|------|
| L110 Fact Investigation/Development    | 0.10  | $    14.90 |
| ============================== | | |
| TOTAL FEES                             | 0.10  | $    14.90 |

TOTAL FEES DUE              $    14.90
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $    14.90



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301117

INVOICE #  810315

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301117  TC Number: 726190

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Prepare case status update regarding submission of executed Form W-9 | C300 | MCG | .10 | 323.00 | 32.30 |
| 08/24/12 | Prepare correspondence to borrower with settlement proceeds | L160 | MCG | .10 | 323.00 | 32.30 |

|  | FEES |  |  |  |  | $64.60 |
|--|------|--|--|--|--|--------|
| 08/24/12 | Express Mail/Fedex |  |  | 0.00 |  |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $64.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-301117

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| Total | | | .20 | 64.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301117
BILL AMOUNT          $64.60                              INVOICE #  810315

To:    ResCap                        TC Number:         726190
       1100 Virginia Drive           Invoice Date:      10/12/2012
       Fort Washington, PA 19034      Invoice No.        810315
                                      Period ending:     08/31/2012

Case Management Number      LD   0R0802-301117

|  |  | Current Invoice | |
| Code Task | | Hours | Fees |
| C300 Analysis and Advice | | 0.10 | $   32.30 |
| L160 Settlement/Non-Binding ADR | | 0.10 | $   32.30 |
| | | ================================= | |
| TOTAL FEES | | 0.20 | $   64.60 |

              TOTAL FEES DUE              $    64.60
        TOTAL DISBURSEMENTS DUE           $     0.00
        TOTAL DUE THIS INVOICE            $    64.60



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301118

INVOICE #  810316

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301118   TC Number: 726618

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare status update to client | L120 | KSA | .10 | 223.00 | 22.30 |
| 08/06/12 | Telephone discussion and follow-up email to S.Moore regarding loan and allowing funds to be applied and closing matter | L120 | KSA | .30 | 223.00 | 66.90 |
| 08/20/12 | Update Bankruptcy Review Spreadsheet with information, filing of notice and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |

FEES                                   $119.20

AMOUNT DUE THIS BILL                   $119.20

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0802-301118

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Keith S. Anderson | Associate | 223.00 | .40 | 89.20 |
| Total | | | .60 | 119.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0802-301118
BILL AMOUNT          $119.20                                 INVOICE #  810316

---

To:    ResCap                          TC Number:          726618
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810316
                                       Period ending:      08/31/2012


Case Management Number      LD   0R0802-301118


                                     Current Invoice
Code Task                            Hours          Fees

L120  Analysis/Strategy               0.40      $      89.20
L140  Document/File Management         0.20      $      30.00

                            ==================================
                    TOTAL FEES         0.60      $     119.20

                    TOTAL FEES DUE               $     119.20
             TOTAL DISBURSEMENTS DUE             $       0.00
             TOTAL DUE THIS INVOICE              $     119.20



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301120

INVOICE #  810317

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301120  TC Number: 726816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Draft status report for client. | L120 | MSW | .10 | 254.00 | 25.40 |

| | | |
|---|---|---|
| FEES | | $25.40 |
| AMOUNT DUE THIS BILL | | $25.40 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301120

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Mark S. Wierman | Associate | 254.00 | .10 | 25.40 |
| Total | | | .10 | 25.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0802-301120
BILL AMOUNT          $25.40                                  INVOICE #  810317

To:    ResCap                          TC Number:            726816
       1100 Virginia Drive             Invoice Date:         10/12/2012
       Fort Washington, PA 19034       Invoice No.           810317
                                       Period ending:        08/31/2012

Case Management Number       LD   0R0802-301120

                                        Current Invoice
Code Task                              Hours            Fees

L120 Analysis/Strategy                  0.10      $    25.40

                               ====================================
                   TOTAL FEES            0.10      $    25.40

                   TOTAL FEES DUE                  $    25.40
          TOTAL DISBURSEMENTS DUE                  $     0.00
          TOTAL DUE THIS INVOICE                  $    25.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301124

INVOICE #  810318

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301124  TC Number: 727026

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Review prior memo regarding curative and coverage options and email to GMAC regarding same | L190 | HEA | 1.00 | 266.00 | 266.00 |

FEES                          $266.00

AMOUNT DUE THIS BILL                $266.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301124

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 1.00 | 266.00 |
| Total | | | 1.00 | 266.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             OCTOBER 12, 2012
                                                   0R0802-301124
BILL AMOUNT          $266.00                       INVOICE #   810318

---

To:   ResCap                        TC Number:        727026
      1100 Virginia Drive           Invoice Date:     10/12/2012
      Fort Washington, PA 19034      Invoice No.       810318
                                    Period ending:    08/31/2012


Case Management Number     LD   0R0802-301124


|       |                                          | Current Invoice | |
| Code  | Task                                     | Hours | Fees |
|-------|------------------------------------------|-------|------|
| L190  | Other Case Assessment, Develop't/Admin   | 1.00  | $  266.00 |
|       |                                          | ======================= | |
|       | TOTAL FEES                               | 1.00  | $  266.00 |

                    TOTAL FEES DUE              $   266.00
         TOTAL DISBURSEMENTS DUE                $     0.00
         TOTAL DUE THIS INVOICE                 $   266.00



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301127

INVOICE #  810319

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-301127  TC Number: 727199

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/27/12 | Draft and finalize closing memo to forward to C.Adams. | L110 | MPE | .30 | 149.00 | 44.70 |

FEES                                                    $44.70

AMOUNT DUE THIS BILL                                    $44.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0802-301127

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .30 | 44.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301127
BILL AMOUNT          $44.70                              INVOICE #  810319

---

To:   ResCap                          TC Number:         727199
      1100 Virginia Drive             Invoice Date:      10/12/2012
      Fort Washington, PA 19034        Invoice No.        810319
                                       Period ending:     09/30/2012

Case Management Number      LD  0R0802-301127

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.30 | $  44.70 |

```
                       ====================================
              TOTAL FEES          0.30    $    44.70

              TOTAL FEES DUE                $    44.70
       TOTAL DISBURSEMENTS DUE              $     0.00
        TOTAL DUE THIS INVOICE              $    44.70
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  OCTOBER 12, 2012
1100 Virginia Drive                                     0R0802-301128
Fort Washington, PA 19034

                                                        INVOICE #  810320

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301128  TC Number: 727195

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Research property records for evidence of sale | L120 | ERP | .30 | 150.00 | 45.00 |

                              FEES                              $45.00

                              AMOUNT DUE THIS BILL              $45.00

                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0802-301128

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | .30 | 45.00 |
| Total | | | .30 | 45.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0802-301128

BILL AMOUNT          $45.00                            INVOICE #  810320

To:   ResCap                     TC Number:        727195
      1100 Virginia Drive        Invoice Date:     10/12/2012
      Fort Washington, PA 19034  Invoice No.       810320
                                 Period ending:    08/31/2012

Case Management Number      LD  0R0802-301128

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.30 | $   45.00 |
| TOTAL FEES | | 0.30 | $   45.00 |
| TOTAL FEES DUE | | | $   45.00 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $   45.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0802-301129
Fort Washington, PA 19034

                                                          INVOICE #  810321

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301129  TC Number: 727459

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare for conference with client regarding calls to borrowers | C100 | KMS | .30 | 236.00 | 70.80 |
| 08/01/12 | Conference with client regarding state law limitations on calls | L190 | KMS | .50 | 236.00 | 118.00 |
| 08/01/12 | Review and analyze state auto dialer restrictions for implementation | L120 | LSDR | .90 | 350.00 | 315.00 |
| 08/01/12 | Review and analyze auto dialer policies under federal law | L120 | LSDR | .80 | 350.00 | 280.00 |
| 08/07/12 | Continue to review and analyze auto dialer policy | L120 | LSDR | 1.80 | 350.00 | 630.00 |
| 08/07/12 | Draft comments to auto dialer policy | L120 | LSDR | 1.50 | 350.00 | 525.00 |
| 08/12/12 | Prepare for call with client addressing autodialing concerns | C300 | KMS | .20 | 236.00 | 47.20 |
| 08/13/12 | Review guidance on autodialing ahead of conference with client | C100 | KMS | .40 | 236.00 | 94.40 |
| 08/13/12 | Advise client regarding autodialing state-level limitations | C300 | KMS | .90 | 236.00 | 212.40 |
| 08/13/12 | Begin to evaluate follow-up issues identified by GMAC | C100 | KMS | .60 | 236.00 | 141.60 |
| 08/13/12 | Review and analyze issues related to state law restrictions on use of auto dialer | L120 | LSDR | 1.10 | 350.00 | 385.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Review and analyze policy issues related to auto dialer | L120 | LSDR | .80 | 350.00 | 280.00 |
| 08/14/12 | Continue to review auto dialed calls policy | L120 | LSDR | .40 | 350.00 | 140.00 |
| 08/15/12 | Review and respond to question regarding applicability of federal act to auto dialer calls | L120 | LSDR | .50 | 350.00 | 175.00 |
| 08/20/12 | Review and analyze follow up questions regarding state auto dialer restrictions | L120 | LSDR | .60 | 350.00 | 210.00 |
| 08/20/12 | Review and finalize comments to auto dialer procedures | L120 | LSDR | .70 | 350.00 | 245.00 |
| 08/20/12 | Analysis regarding auto dialer follow-up | L120 | PMD | .40 | 345.00 | 138.00 |
| 08/21/12 | Researched regarding ARK debt collection issue | L120 | PMD | .70 | 345.00 | 241.50 |
| 08/21/12 | Researched regarding NH debt collection issue | L120 | PMD | 2.00 | 345.00 | 690.00 |
| 08/21/12 | Researched regarding AZ debt collection issue | L120 | PMD | 1.90 | 345.00 | 655.50 |
| 08/21/12 | Analysis regarding ARK debt collection issue | L120 | PMD | .30 | 345.00 | 103.50 |
| 08/21/12 | Analysis regarding NH debt collection issue | L120 | PMD | .30 | 345.00 | 103.50 |
| 08/21/12 | Analysis regarding AZ debt collection issue | L120 | PMD | .20 | 345.00 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Researched NC collection issue | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 08/21/12 | Researched FDCPA for NC collection issue | L120 | PMD | .50 | 345.00 | 172.50 |
| 08/21/12 | Analysis regarding NC collection issue | L120 | PMD | .30 | 345.00 | 103.50 |
| 08/21/12 | Research autodialing restrictions under the laws of New York City. | L120 | JJS | .30 | 254.00 | 76.20 |
| 08/21/12 | Continue to review and finalize comments to cell phone procedures for default services | L120 | LSDR | 2.10 | 350.00 | 735.00 |
| 08/21/12 | Continue to examine local laws and regulations governing customer contact | C200 | KMS | 3.30 | 236.00 | 778.80 |
| 08/22/12 | Analyze local customer contact regulations | C300 | KMS | .60 | 236.00 | 141.60 |
| 08/22/12 | Conference with GMAC employees regarding customer contact laws and regulations | C300 | KMS | 1.00 | 236.00 | 236.00 |
| 08/22/12 | Review and analyze follow up questions regarding state auto dialer restrictions | L120 | LSDR | .60 | 350.00 | 210.00 |
| 08/22/12 | Review and discuss follow up questions regarding state auto dialer and fair debt collection  restrictions | L120 | LSDR | 1.10 | 350.00 | 385.00 |
| 08/22/12 | NH case law research regarding collecting issue | L120 | PMD | 1.10 | 345.00 | 379.50 |
| 08/22/12 | ARK case law research regarding collecting issue | L120 | PMD | 1.20 | 345.00 | 414.00 |
| 08/23/12 | Analysis regarding filing issue | L120 | PMD | .20 | 345.00 | 69.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0802-301129

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Review and analyze follow up state law questions regarding auto dialer restrictions | L120 | LSDR | .30 | 350.00 | 105.00 |

|  | FEES |  | $10,056.00 |
|--|------|--|-----------|
| 08/14/12 | Copy Charges | 0.00 |  |
| 08/17/12 | Computerized Legal Research-Westlaw Westlaw User: SUTTLE,KATIE | 0.00 |  |
| 08/20/12 | Computerized Legal Research-Westlaw Westlaw User: SUTTLE,KATIE | 0.00 |  |
| 08/21/12 | Computerized Legal Research-Westlaw Westlaw User: BOSHELL,PAIGE M | 0.00 |  |

AMOUNT DUE THIS BILL          $10,056.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 12, 2012

0R0802-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Paige M. Boshell | Partner | 345.00 | 10.20 | 3,519.00 |
| Lesley Smith DeRamus | Counsel | 350.00 | 13.20 | 4,620.00 |
| Katherine M. Suttle Weiner | Associate | 236.00 | 7.80 | 1,840.80 |
| Jessica J. Sibley | Associate | 254.00 | .30 | 76.20 |
| Total | | | 31.50 | 10,056.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301129
BILL AMOUNT        $10,056.00                            INVOICE #  810321

To:     ResCap                      TC Number:          727459
        1100 Virginia Drive         Invoice Date:       10/12/2012
        Fort Washington, PA 19034   Invoice No.         810321
                                    Period ending:      08/31/2012

Case Management Number      LD   0R0802-301129

                                        Current Invoice
                                        Hours          Fees
Code Task

C100 Fact Gathering                      1.30    $      306.80
C200 Researching Law                     3.30    $      778.80
C300 Analysis and Advice                 2.70    $      637.20
L120 Analysis/Strategy                  23.70    $    8,215.20
L190 Other Case Assessment, Develop't/Admin  0.50  $   118.00

                            ===================================
                  TOTAL FEES    31.50    $ 10,056.00

                  TOTAL FEES DUE           $ 10,056.00
          TOTAL DISBURSEMENTS DUE          $      0.00
          TOTAL DUE THIS INVOICE           $ 10,056.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301131

INVOICE #  810322

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301131  TC Number: 727450

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |

|  |  |  | FEES |  |  | $30.00 |
|--|--|--|------|--|--|--------|
|  |  |  | AMOUNT DUE THIS BILL |  |  | $30.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0802-301131

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Total | | | .10 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0802-301131
BILL AMOUNT          $30.00                     INVOICE #  810322

To:   ResCap                    TC Number:        727450
      1100 Virginia Drive       Invoice Date:     10/12/2012
      Fort Washington, PA 19034 Invoice No.       810322
                                Period ending:    08/31/2012

Case Management Number     LD  0R0802-301131

                                    Current Invoice
Code Task                           Hours         Fees

B110 Case Administration            0.10    · $    30.00

                              ===================================
            TOTAL FEES               0.10    $     30.00

                 TOTAL FEES DUE              $     30.00
          TOTAL DISBURSEMENTS DUE            $      0.00
            TOTAL DUE THIS INVOICE           $     30.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0802-301133
Fort Washington, PA 19034

                                                               INVOICE #  810323

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301133  TC Number: 703916

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Research and analyze issues relating to legal standing in accordance with implementation of National Servicing Standards | C300 | ASI | 2.00 | 249.00 | 498.00 |
| 08/16/12 | Research and analyze issues relating to legal standing requirements in fifty states in accordance with implementation of metric 1A1 of National Servicing Standards | C300 | ASI | 4.10 | 249.00 | 1,020.90 |
| 08/16/12 | Research regarding requirements for standing to foreclose in support of memorandum regarding same for circulation to servicer group | P280 | CSM | 5.30 | 300.00 | 1,590.00 |
| 08/17/12 | Research and analyze issues relating to legal standing requirements in fifty states in accordance with implementation of National Servicing Standards | C300 | ASI | 2.50 | 249.00 | 622.50 |
| 08/20/12 | Research and analyze issues relating to legal standing requirements in fifty states in accordance with implementation of National Servicing Standards | C300 | ASI | 5.70 | 249.00 | 1,419.30 |
| 08/20/12 | Research regarding requirements for standing to foreclose in support of memorandum regarding same | P280 | CSM | 7.90 | 300.00 | 2,370.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301133

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Research and analyze issues relating to legal standing requirements in fifty states in accordance with implementation of National Servicing Standards | C300 | ASI | 3.50 | 249.00 | 871.50 |
| 08/27/12 | Continue to research, review, draft and revise memorandum on legal standing consistent with National Servicing Standards | C300 | ASI | 3.90 | 249.00 | 971.10 |
| 08/27/12 | Research regarding requirements for standing to foreclose in support of memorandum regarding same | P280 | CSM | 3.90 | 300.00 | 1,170.00 |
| 08/28/12 | Research and analyze issues relating to legal standing requirements in fifty states in accordance with implementation of National Servicing Standards | C300 | ASI | 6.10 | 249.00 | 1,518.90 |
| 08/29/12 | Research and analyze issues relating to legal standing requirements in fifty states in accordance with implementation of National Servicing Standards | C300 | ASI | 4.30 | 249.00 | 1,070.70 |
| 08/30/12 | Draft memorandum detailing requirements for standing to foreclose | P280 | CSM | 4.40 | 300.00 | 1,320.00 |
| 08/30/12 | Research and analyze issues relating to legal standing requirements in fifty states in accordance with implementation of National Servicing Standards and finalize memorandum regarding same | C300 | ASI | 5.20 | 249.00 | 1,294.80 |

FEES                                                                    $15,737.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
ResCap                                                              OCTOBER 12, 2012

0R0802-301133

FED ID NO. 63-0243316

08/30/12 Copy Charges Draft memo                        0.00
08/30/12 Copy Charges Draft memo                        0.00
08/29/12 Computerized Legal Research-Westlaw Westlaw     0.00
         User: MENEES,CORY

                    AMOUNT DUE THIS BILL              $15,737.70

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

0R0802-301133

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | 37.30 | 9,287.70 |
| Cory S. Menees | Associate | 300.00 | 21.50 | 6,450.00 |
| Total | | | 58.80 | 15,737.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0802-301133
BILL AMOUNT        $15,737.70                                  INVOICE #  810323

To:    ResCap                          TC Number:        703916
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810323
                                       Period ending:    08/31/2012

Case Management Number      LD   0R0802-301133

                                           Current Invoice
Code Task                                  Hours          Fees

C300 Analysis and Advice                   37.30      $  9,287.70
P280 Other                                 21.50      $  6,450.00

                           ==================================
           TOTAL FEES       58.80      $ 15,737.70

                 TOTAL FEES DUE           $ 15,737.70
         TOTAL DISBURSEMENTS DUE          $      0.00
           TOTAL DUE THIS INVOICE         $ 15,737.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0802-301134
Fort Washington, PA 19034

                                                INVOICE #   810324

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301134   TC Number: 728178

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Exchange e-mails with counsel re: Yee matter discussing timeline for appeal and past loss mitigation; email ETS regarding Yee email loss mit regarding prior loan mod attempts for Yee; review D.Young matter with case mamanger and analyze claims to be stayed; exchange e-mails with case manager and analyze claims to be stayed; exchange e-mails with case manager regarding Browder matter and whether to change the allocation for same; phone call with Jeffrey's counsel regarding loan modification review and email loss mitigation team with follow-up questions about same; revise case manager's memo regarding code violations from City of Cleveland and send same to in house counsel and Morrison Foerster for review; exchange e-mailsabout status of getting Release and Reconveyance of Walsh property; review mediation statement from West file and discuss status of file and issues with outside counsel and issues with litigation and title insurance coverage with outside counsel and case manager; conference call with counsel and case manager in Bridges matter to discuss upcoming status conference an settlement; discuss settlement issues with in house counsel for Bridges; review and approve bankruptcy notice for Bridges; attend | L190 | CWH | 7.80 | 330.00 | 2,574.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

bi-monthly legal meeting; phone call
with counsel for Chavers matter to
discuss history of foreclosure and
unlawful detainer efforts and strategy;
one on one meetings to discuss multiple
cases with three case managers; continue
to exchange e-mails about need to get
lien released in Walsh and also contact
other in house counsel for assistance
with lien release department revise case
manager's draft email to Morrison
Foerster; exchange e-mails with outside
counsel about Morgan's continued efforts
to obtain documents through GMAC even
though ltigation is proceeding; exchange
e-mails with counsel in Velmorlyn
Williams matter; review Customer Care's
draft response to borrower's inquiry
about fees; exchange e-mails with
outside counsel re: future issues with
Torres/ETS matter; review and analyze
issues with Yee appeal, as case has been
pending for 3 years, and direct her
counsel re strategy; provide written
updates to REO on Solano, A.David,
F.Villanueva, P.Alton, D.Gutierrez,
A.Magan, and E.Ali cases; exchange
e-mails with counsel in Villanueva;
email counsel in Gutierrez/Rikelman re:
cae status and strategy ; email counsel
in Solano re case status and strategy;
follow-up with counsel in P.Alton title
demand; exchange e-mails with counsel in
Mangan about court's tentative ruling on
demurrer and strategy



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Continue to exchange e-mails about need to get lien released in Walsh and also contact other in house counsel for assistance with lien release department; Revise case manager's draft email to Morrison Foerster for Bridges write-off issues; exchange e-mails with outside counsel about Morgan's continued efforts to obtain documents through GMAC even though litigation is proceeding; exchange e-mails with counsel in Velmorlyn Williams matter to determine if suit has been dismissed yet, also review Customer Care's draft response to borrower's inquiry about fees; exchange e-mails with outside counsel regarding issues with Torres/ETS matter; review and analyze issues with Yee appeal, as case has been pending for 3 years, and direct counsel regarding strategy; Provide written updates to REO on Solano, A.David, F. Villanueva, P.Alton, D.Gutierrez, A.Mangan, and E.Ali, per her request; exchange e-mails with counsel in Villanueva regarding the August deadline to appeal; Email counsel in Gutierrez/Rikelman regarding case status and strategy; email counsel in Solano regarding case status and strategy; follow-up with counsel in P.Alton case to ensure they renewed our title demand; exchange e-mails with counsel in Mangan about court's tentative ruling on demurrer and strategy | L110 | CWH | 6.70 | 330.00 | 2,211.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Exchange e-mails with ETS regarding status of the Flores file, also follow-up with counsel on status of Flores; exchange e-mails with mediation team regarding documents they need for loan modification review | L190 | CWH | .50 | 330.00 | 165.00 |
| 08/06/12 | Phone call with case manager regarding notices of bankruptcy stay for two matters; review and approve bankruptcy notice for McNerney matter; exchange e-mails with counsel in Flores; Review counsel's update in Sweeting, also follow-up with in house counsel regarding the ETS subpoena; review and analyze Crum borrower's claims and revise bankruptcy notice for same | L190 | CWH | 1.60 | 330.00 | 528.00 |
| 08/07/12 | Exchange e-mails with case manager regarding claims that are stayed; review and revise multiple notices of bankruptcy for case managers, including Ramey, Edwards, Chrysler, Ramm, Thorman, Biermann, Hart; attend conference call in West matter; follow-up conference call in West matter with outside counsel and case manager to discuss strategy and title coverage; review loss mitigation history on borrower Yee; review and analyze ongoing issues with Berry property and Canyon View Estate's demands; draft advisory email to in house counsel regarding same; discussion with outside counsel regarding Anderson matter and update information for financial package review; email counsel in Olson re: motion for reconsideration | L110 | CWH | 6.50 | 330.00 | 2,145.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

|  |  |
|---|---|
| ResCap | PAGE    5 |
|  | OCTOBER 12, 2012 |
|  | OR0802-301134 |

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
|  | hearing; exchange e-mails with outside counsel regarding the ordinary course professional paperwork; multiple emails regarding various borrower loan modification efforts |  |  |  |  |  |
| 08/08/12 | Review and revise multiple notice of bankruptcy for case manager's files; conference call with case manager and counsel in Ohio regarding how to analyze claims for bankruptcy notices; exchange e-mails with attorneys in Legal on how to analyze certain claims; exchange e-mails with mediation team about multiple loan modificatino issues; one-on-one meeting with case manager regarding his files; review new caes assigned to case managers; exchange internal e-mails regarding borrower's complaints to credit bureaus; exchange e-mails with case manager regarding Reilly matter; exchange e-mails with counsel regarding their request for documents from GMAC in Morgan matter; exchange e-mails with counsel in Olson about court's denial of the motion to reconsider; review counsel's emails and pleadings in Solano to determine merits of borrower's claims; discussions with counsel about Solano; email other in house counsel regarding certain cases | L210 | CWH | 3.80 | 330.00 | 1,254.00 |
| 08/09/12 | Discussion with in house counsel and Morrison Foerster regarding interpretation of the Final Servicing Order; continue to exchange several emails with case managers regarding | L190 | CWH | 5.40 | 330.00 | 1,782.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        6
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | approvals/edits on their bankruptcy notices including Rapp, Young, and Ramey edits, and new notices for Marinin, Laboy/Clinton, Bonner, Satterwhite, Berger; exchange e-mails with case manager regarding Laboy/Clinton case; Contact the attorneys in 14 cases for case manager re: bankruptcy issues; follow-up with outside counsel about the check in Regner; exchange e-mails with counsel in Rikelman/Gutierrez matter; follow-up with outside counsel on Ivory case and need for information; continue to exchange e-mails with in house counsel regarding Solano case; exchange e-mails with counsel in California regarding developing litigation timeline for review; exchange e-mails with case manager regarding Berger matter; exchange e-mails with case manager regarding Satterwhite matter; exchange e-mails with counsel in Anderson-Bruch and review/approve their draft motions; exchange e-mails with counsel in Flinchum case about title insurance issues | | | | | |
| 08/10/12 | Review and revise bankruptcy notice on Frye matter and discuss case in general with case manager; exchange e-mails with in house counsel and case manager regarding Gindele appeal; review and revise bankruptcy notice on Beatty matter; exchange e-mails with outside counsel about Regner check; exchange e-mails with counsel in Flinchum; exchange e-mails with customer service | L110 | CWH | 1.70 | 330.00 | 561.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     7
OCTOBER 12, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | on documents needed in Morgan matter; also exchange e-mails with counsel in Morgan giving final edits to the draft answer and then send same to Corp. Witness group for review and verification | | | | | |
| 08/12/12 | Review correspondence from Plaintiffs' counsel in Dominy matter; request Dominy payoff statement; Review Olson order denying borrower's request for reconsideration; exchange e-mails with servicing risk group about Olson's continued attempts to contact GMAC for information; work on other internal issues re:Olson case; follow-up with counsel in Munguia as to whether the plaintiff posted the bond as needed; exchange e-mails with Mediation team regarding loss mit history in certain matters; exchange e-mails about debt confirmation letter received from Villicana/Albanil; email counsel in Villicana re: status and strategy; Begin reviewing Chavers 3rd amended complaint | L190 | CWH | 3.50 | 330.00 | 1,155.00 |
| 08/13/12 | Work in GMAC Legal Suite; exchange e-mails with other attorneys about bankruptcy issues; research prior case resolution in M.Hernandez matter and exchange e-mails with borrower's counsel; attend conference call with Morrison Foerster regarding handling of subpoenas to debtors; exchange e-mails with case manager regarding Country Meadows matter; exchange e-mails with admin on invoice for Walker matter; exchange e-mails with counsel in St. | L190 | CWH | 7.20 | 330.00 | 2,376.00 |

# BRADLEY ARANT
# BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        8
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | John matter; Work on updating status in case manager's files; exchange e-mails with corp. witness group regarding the Morgan verifications; Discussion with case manager regarding one settlement; Meeting with case manager about several of her cases; exchange e-mails with counsel in Alton regarding Greenpoint's demurrer; email to request copy of pooling/servicing agreement for Alton matter; Email Servicing Risk group about Kirklewski matter; Request payoff statement in Evans; exchange e-mails with counsel in Villicana about their strategy; Review/approve notices of bankruptcy in multiple matters for case managers, including Shepherd, Giuliano, Beatty, Van Brincken, and Edwards/Cameron; Review borrower's opening appellate brief in Giuliano matter; review and analyze Zeppeiro matter and outside counsel's initial case assessment and exchange e-mails with case manager regarding bankruptcy issues | | | | | |
| 08/14/12 | Work in GMAC Legal Suite; exchange e-mails with in house counsel regarding thoughts on bankruptcy issues and lien priority disputes; Review Alton pooling and servicing agreement; exchange internal e-mails about good through date for Evans payoff statement; exchange several internal multi-department emails re: Kirklewski loans and suits; follow-up with counsel on L.Perez matter; exchange e-mails with counsel in | L190 | CWH | 6.80 | 330.00 | 2,244.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Flinchum about title insurance issues; Review counterclaim in Chaney and discuss bankruptcy impact with case manager; exchange e-mails with counsel in L.Williams matter; Review/approve amended bankruptcy notice in Rozen and exchange e-mails with counsel ; Review/approve original and amended notices of bankruptcy in Chuang, Walls, Chavers, and Bigelow matters; Review payoff statement for Dominy and send same to counsel; email counsel in Chavers; draft email to MERS' in-house contact regarding the Mills case; discussions with case manager about her New York foreclosure cases; exchange e-mails with counsel in Mangan; exchange e-mails with REO about Mangan property; review counsel's update on Mechenstock demurrer and request fact package for them; exchange e-mails with counsel in Fernandez/Rojas matter about status of case; exchange e-mails with counsel and E*Trade regarding options in Yee case and conduct conference call with both; discussion with REO to recap conversation with investor;  exchange e-mails with other in house counsel regarding two of case manager's files (King and Almero-Cruz) | | | | | |
| 08/15/12 | Exchange emails with outside counsel in Ivory matter; exchange several emails with E*Trade and outside counsel regarding Yee matter; work on various isses re Yee appeal and loan; set up one on one meetings with 5 case managers for | L110 | CWH | 6.30 | 330.00 | 2,079.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

8-15 and 8-16; exchange emails with counsel in Arevalo-Amaya matter; close certain matters; make sure new Notice of Intent to Foreclose goes out for certain matters and copy is sent to their counsel; discuss Schuessler matter with case manager; discussion with case manager about one of her cases going to trial this Friday where she had questions about impact, if any, of Attorney General Consent Order; review and analyze cases to determine if any should be included on project and speak with in-house counsel about same; discuss Charity file for same, review Schneidereit file for same, and speak with other in house counsel about same list; review counsel's advisory/analysis email on E.Rogers case and review history of litigation in preparation for call with counsel; advisory conference call with case manager and outside counsel in E.Rogers matter; exchange emails regarding loan #----0389 and bankruptcy issues; review litigation summary provided by counsel in Sheridan matter and prepare for conference call; attend conference call with case manager and counsel in Sheridan matter; one-on-one meeting with case manager to discuss his cases; review Kochanski counterclaims and counsel's draft notice of bankruptcy; exchange e-mails with case manager regarding Kochanski; review and analyze GMAC's draft response to Villicana's FDCPA-related letter and propose edits; review and analyze

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | counsel's advisory emails and monthly update in Labostrie and exchange several emails with them regarding same; review and analyze counsel's email in Frick matter; draft monthly status reports | | | | | |
| 08/16/12 | Advise counsel how several cases were reassigned; exchange internal e-mails regarding a loan chargeoff; review and analyze indemnity/defense demands; review and analyze Nguyen counterclaims and review/approve counsel's notice of bankruptcy; review and analyze Sari's counterclaims and review/approve counsel's notice of bankruptcy; review counsel's status in Kirklewski matter; exchange internal e-mails regarding Kirklewski matter; discussion with case manager about bifurcation of issues in Young matter and review counsel's advisory memo; discussion with case manager about Walls appeal and status of loan; discussion with in house counsel and case manager regarding Young and Walls matters and go-forward strategy; review status of case manager's cases from last 1 on 1 meeting and prepare for this week's meeting with him; 1 on 1 meeting with case manager to discuss several of his files; exchange several emails with VOC regarding matter and review/approve their response to congressional inquiry; exchange several emails with counsel in Evans matter; request loss mitigation history; one on one meeting with second case manager to discuss several of his files; exchange | L110 | CWH | 9.50 | 330.00 | 3,135.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | e-mails about need for payoff statement in Evans and borrower's estate's calls to company; 1 on 1 meeting with third case manager to discuss several of her files; exchange e-mails with counsel regarding status of one case; review/revise settlement form in matter; review updates from lien release area on Walsh matter; exchange e-mails with counsel in Mangan about discovery; follow-up with counsel in Paterakis matter on status of case; draft monthly status report for Paterakis matter; review and revise settlement agreement and email counsel; draft monthly status reports; email counsel re: Patrick matter; research various internal issues to assist outside counsel; exchange e-mails with counsel in Lourente matter; begin reviewing counsel's advisory memo in Lourente; review and revise portions of settlement memo; exchange emails with counsel  in Martin; exchange e-mails with case manager re: his files and bankruptcy issues | | | | | |
| 08/17/12 | Review counsel's emails in West; review case manager's email about West matter; review counsel's update on the motion for summary judgment in Lourente; review information about West servicing transfer dates; review counsel's letter; discussing with case manager about Francis matter and topics to cover with counsel; exchange e-mails with counsel in Yee matter; review proposed complaint in Mamerto matter and prepare for | L110 | CWH | 4.60 | 330.00 | 1,518.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | conference call with counsel on same; conference call with title counsel and case manager in Mamerto matter; follow-up calls with case manager regarding Mamerto matter; prepare for and attend conference call with counsel in Francis matter along with case manager; exchange e-mails with case manager regarding case strategy; revise draft email to US Bank in Mamerto matter for case manager; prepare for and attend conference call with counsel in West matter, along with case manager; exchange e-mails with counsel in Aurora/GMAC suit; discussion with counsel in Anderson matter; set up conference call with counsel in Anderson and loss mitigation rep; exchange e-mails with in house counsel about short payoff; exchange e-mails regarding Olson; review and revise counsel's draft discovery responses in Lourente matter; work on multiple loan modification issues in litigated cases | | | | | |
| 08/19/12 | Exchange e-mails with loss mitigation dept. about certain loan | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/20/12 | Exchange e-mails with case manager regarding litigation strategy in Hillary matter; exchange e-mails with counsel on status of loan modification reviews; review internal email about status of loan in another matter; work on multiple issues regarding Lee property and litigation; email ETS to request additional materials from a foreclosure | L190 | CWH | 1.30 | 330.00 | 429.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | file and review same; exchange emails with loss mitigation and counsel in various matters | | | | | |
| 08/21/12 | Continue to exchange e-mails with case manager regarding Hillary strategy; exchange e-mails with counsel in Mills; exchange e-mails with counsel in Labostrie regarding court's recent order and other issues; review and analyze status of Loan ----2947 and current litigation; exchange several emails with evictions department regarding status of eviction for Loan ----2947; review and analyze multiple bankruptcy notices for case manager's cases and exchange e-mails with him regarding necessary revisions to same; review and analyze new cases assigned to 5 case managers; conference call with outside counsel regarding certain loan modification review; follow-up with case managers to ensure they update files as needed; review case manager's update in Alesi matter; discuss lien priority issues with outside counsel and how to address same in bankruptcy context; exchange e-mails with counsel in Rozen matter; exchange e-mails with counsel regarding Mechenstock; review email from counsel in Paterakis matter regarding status of matter; review and approve bankruptcy notices in both Niday matters | L190 | CWH | 3.30 | 330.00 | 1,089.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Discussions with GMAC Case Managers about analyzing claims for bankruptcy notices | L190 | CWH | .20 | 330.00 | 66.00 |
| 08/22/12 | Review and approve Ramm bankruptcy notice; review title search for Tornberg matter; email Lehman Brothers re: case status updates in multiple matters; exchange e-mails with outside counsel regarding status update in De La Cruz matter; exchange e-mails with L.Frame regarding status update in Zomer matter; review and revise letter in Villicana and exchange e-mails with Servicing Risk Department regarding same | L190 | CWH | 1.30 | 330.00 | 429.00 |
| 08/23/12 | Attend conference call with outside counsel to discuss status and strategy in numerous GMAC matters; follow-up with counsel in V.Williams re: dismissal; work on multiple issues in Yee matter; research issues regarding proper service/acceptance of subpoenas in several states; exchange e-mails with Servicing Risk group about Zomer matter; review loss mitigation's comments about borrower's eligibility for HAMP loan modification; draft monthly status report for Jeffreys matter; exchange e-mails with counsel in Martin matter; update case tracking chart with new updates in Martin matter; coordinate issues with the Federal Reserve Board Consent Order project; exchange e-mails with other in-house counsel regarding issues with the Consent Order project; attend conference call with case | L190 | CWH | 4.40 | 330.00 | 1,452.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     16
OCTOBER 12, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | manager, internal personnel, and outside counsel on construction loan issues; review motions filed by the estate in Evans matte; follow-up with counsel in Evans matter on communication from the estate; exchange e-mails with counsel in Mills; email ETS regarding Mills foreclosure file; review and analyze emails from default counsel on Gil matter and upcoming motion for summary judgment by the borrower | | | | | |
| 08/23/12 | Review and analyze state and federal law regarding issuance of third-party subpoena | L120 | NSR | 4.10 | 280.00 | 1,148.00 |
| 08/23/12 | Draft memorandum regarding state and federal law regarding issuance of third-party subpoenas | L120 | NSR | 1.20 | 280.00 | 336.00 |
| 08/24/12 | Review and revise counsel's motion to dismiss brief before filing; exchange e-mails with in-house counsel about proofs of claim filed in bankruptcy related to ongoing litigation; review emails from E*Trade in Yee matter; exchange e-mails with other in-house counsel about litigated files and the Federal Reserve Board review; exchange e-mails with ETS about Yee documents; exchange e-mails with loss mitigation group regarding a loan modification review; review borrower's request for "clarification" in the bankruptcy court and exchange e-mails with in-house attorneys regarding same; discussion with case manager regarding which | L210 | CWH | 4.80 | 330.00 | 1,584.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     17
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | bankruptcy notice to use for types of files; exchange several emails regarding witness for Lallo hearing | | | | | |
| 08/26/12 | Email all case managers about upcoming trial/deposition schedules; review complaint and then review and approve bankruptcy notice in Zeppeiro matter; review status of Zeppeiro loan on FiServe; review a series of emails regarding motions in the bankruptcy court; review case manager's emails regarding upcoming hearings; follow-up with counsel in Munguia on status and strategy; email counsel on David matter to confirm time to appeal lapsed with no further activity; review and analyze complaint and review/revise notice of bankruptcy in Zaveri matter; review and analyze complaint and review/revise notice of bankruptcy in Gillard matter; review complaint in Berger matter and draft emails to case manager and outside counsel about merits of same; review status of Berger loan on FiServe; review and approve notice of bankruptcy in Satterwhite case; review and analyze complaint and review/revise notice of bankruptcy in Carmelle matter; exchange e-mails with counsel regarding strategy in Escalara matter; | L110 | CWH | 2.10 | 330.00 | 693.00 |
| 08/27/12 | Exchange e-mails with case manager regarding Zaveri bankruptcy notice; receive confirmation from counsel that no appeal was filed in David matter; exchange e-mails with customer service | L190 | CWH | 4.10 | 330.00 | 1,353.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

about correspondence received from CFPB
on the David loan and review borrower's
letter; update case manager's matters on
internal system; review issues
concerning individuals requesting
creditor's committee; review and analyze
status of pleadings in Garavito matter;
draft monthly status report for
Garavito; follow-up on Garavito's
performance on trial loan modification
plan; update information for various
cases in GMAC's tracking system; review
and analyze proper application of title
funds in one matter; email customer
service group regarding Mier loan;
follow-up on status of loan modification
efforts in one matter; follow-up with
ETS on status of foreclosure in Jorge
matter; follow-up on status of Affidavit
of Indebtedness in NJ matter; exchange
e-mails with case manager regarding
Lennon matter; follow-up with counsel on
Sweetwyne matter status; draft monthly
status report for Sweetwyne;  follow-up
with counsel in Kingston on status of
amended complaint; draft monthly status
update for Kingston matter; follow-up on
status of eviction file in Arnold
matter; review update on property status
in Solano; review and analyze counsel's
advisory emails and timeline in Solano
matter; draft monthly status update for
Solano matter;



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     19
OCTOBER 12, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Review HAMP denial letter and send same to counsel in one case; review update on other loan modification efforts from loss mitigation team; draft monthly status update for various matters; exchange internal emails regarding bankruptcy and various committees that are forming; review and analyze litigation report and prepare for one on one meetings this week with case managerd; review and analyze issues with Walsh property ; review update from counsel in Flores matter; exchange e-mails with counsel regarding settlement form in one matter; conduct one on one meeting with case managerd; exchange e-mails with billing department regarding invoice issues raised by outside counsel; follow email exchanges/updates on loan issues; discussions with in-house attorney regarding various issues; review and analyze issues with Young matter and court's dismissal of suit; review ETS's update on status of Jorge foreclosure sale date; locate local counsel for case manager in Tennessee; exchange e-mails with counsel regarding court's sua sponte rulings in Rodriguez matter and prove-up hearing on damages; email Corporate Witness group about Rodriguez hearing; review demurrer in Garavito; exchange e-mails with in-house counsel regarding Garavito matter; phone call with case manager regarding strategy in title case; confirm with mediation team that certain borrower made his first | L190 | CWH | 4.40 | 330.00 | 1,452.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    20
OCTOBER 12, 2012

ResCap

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | trial payment | | | | | |
| 08/29/12 | Review new Notice of Intent to Foreclose for matter; exchange several emails with mediation team re: various modification documents; review case manager's email regarding Stansell case; review and analyze issues from 8-29-12 bankruptcy hearing; exchange e-mails with case manager regarding discovery issues in Young matter; attend conference call with in-house Legal and Morrison Foerster regarding bankruptcy hearing; research issues regarding GMAC's obligation to accept subpoenas under various circumstances and from different entities/courts; follow-up with counsel in Rojas/Fernandez on status; check GMAC's system for status of Summerhill loan; exchange e-mails with other in-house counsel regarding resolution of Summerhill loan; follow-up with counsel on status of title claim in Alton matter; review and analyze bankruptcy docket for Escalara; give direction to counsel in Escalara; follow-up with counsel on need for the revised settlement agreement in litigated matter; exchange e-mails with case manager regarding other settlement efforts; review counsel's draft responses to request for production of documents and interrogatories in suit and send same to corporate witness group for execution; investigate issues for a certain suit; exchange e-mails with other in-house counsel about subpoena; | L190 | CWH | 5.50 | 330.00 | 1,815.00 |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | review and analyze counsel's various emails in Sweeting and email back with questions about facts and strategy for the two cases; draft monthly status update for Sweeting cases; review and analyze amended complaint in Munguia and review loan history | | | | | |
| 08/30/12 | Continue research issues regarding GMAC's obligation to accept subpoenas under various circumstances and from different entities/courts; assist with analyzing which cases will move to the bankruptcy estate; review and approve notice of bankruptcy for Seel matter; develop updated bankruptcy classification; prepare for and conduct one on one meetings with three case managers throughout the day, discussing numerous cases and litigation strategy with each; exchange e-mails with Human Resources regarding possible former employee in a case; exchange several emails with REO Department to gather information; attend in-house Legal Department meeting; review and analyze Bahadori matter and discuss litigation strategy with case manager; calls with outside counsel regarding case management issues; review and analyze pleadings for Ellis matter; discuss lien priority issue in Chaney matter with case manager; exchange e-mails with reconveyance department about issues in Walsh matter; exchange e-mails with counsel and loss mitigation area regarding one case | L190 | CWH | 6.50 | 330.00 | 2,145.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
OCTOBER 12, 2012

0R0802-301134

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Analyze state law regarding form and substance of subpoenas | L120 | NSR | 2.60 | 280.00 | 728.00 |
| 08/30/12 | Draft memorandum regarding issuance, service, and protection from subpoenas | L120 | NSR | 1.70 | 280.00 | 476.00 |
| 08/30/12 | Analyze federal law regarding service of third-party subpoenas on state registered agent | L120 | NSR | 1.80 | 280.00 | 504.00 |
| 08/31/12 | Update bankruptcy designation for various cases and assist case managers in doing the same; one on one meeting with one case manager to discuss several of her files and general strategy; general discussions with case managers regarding their cases; review and analyze counsel's update in Sweeting case; exchange e-mails with counsel in Chuang matter;review issues raised by in-house counsel regarding billing in a case; review and analyze issues with foreclosure in Hillary matter and exchange e-mails with other in-house counsel regarding same; exchange e-mails with outside counsel in Berger matter and revise notice of bankruptcy for same; review and analyze counsel's emails in West matter and exchange e-mails with case manager regarding strategy in case; review and analyze issues in Solano matter and exchange e-mails with counsel regarding same; review and analyze issues in Villicana/Albanil matter and review counsel's Motion to Dissolve Preliminary | L190 | CWH | 6.70 | 330.00 | 2,211.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    23
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

Injunction; draft monthly status
updates; exchange e-mails with counsel
in Tornberg regarding status of matter;
exchange e-mails with counsel in Dominy
matter; review and analyze counsel's
emails in Morgan matter about necessary
discovery; request additional documents
for counsel in Morgan case; exchange
e-mails with counsel in Mangan case
about newest amended complaint; exchange
e-mails with REO department about
several properties in litigation;
exchange e-mails with counsel regarding
bankruptcy issues in Patrick matter;
exchange e-mails with counsel regarding
Fernandez/Rojas suit; exchange e-mails
with counsel in Munguia regarding
general strategy and direction; exchange
several emails with counsel and loss
mitigation about Rozen case; exchange
e-mails with counsel in Polk regarding
case resolution steps; exchange e-mails
with counsel in Martin case regarding
possible resolution; exchange e-mails
with counsel in Kingston regarding
newest amended complaint and strategy
for same; exchange e-mails with counsel
in Garavito; exchange e-mails with
counsel in Negrete case; exchange
e-mails with counsel in Evans matter;
exchange e-mails with ETS in Evans
matter; exchange e-mails with counsel
regarding administrative issues

FEES                                              $41,670.00

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
OCTOBER 12, 2012

0R0802-301134

**FED ID NO. 63-0243316**

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/01/12 | Copy Charges | 0.00 |
| 08/15/12 | Copy Charges | 0.00 |
| 08/17/12 | Copy Charges | 0.00 |
| 08/10/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/29/12 - 8/2/12 Bank ID: GENR Check Number: 97879 | 647.40 |
| 08/28/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/30/12 - 8/19/12 Bank ID: GENR Check Number: 98541 | 622.10 |
| 08/28/12 | Airline Tickets - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/30/12 - 8/19/12 CHOICE SEATS Bank ID: GENR Check Number: 98541 | 30.00 |
| 08/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/29/12 - 8/2/12 RENTAL CAR Bank ID: GENR Check Number: 97879 | 431.94 |
| 08/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/29/12 - 8/2/12 HOTEL Bank ID: GENR Check Number: 97879 | 686.88 |
| 08/10/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/29/12 - 8/2/12 ROAD TOLLS Bank ID: GENR Check Number: 97879 | 16.80 |
| 08/28/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/30/12 - 8/19/12 HOTEL Bank ID: GENR Check Number: 98541 | 686.88 |
| 08/28/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/30/12 - 8/19/12 HOTEL Bank ID: GENR Check Number: 98541 | 168.37 |
| 08/28/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/30/12 - 8/19/12 RENTAL CAR Bank ID: GENR Check Number: 98541 | 434.74 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    25
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/28/12 | Travel Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/30/12 - 8/19/12 ROAD TOLLS<br>Bank ID: GENR Check Number: 98541 | 43.13 |
| 08/10/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/29/12 - 8/2/12<br>Bank ID: GENR Check Number: 97879 | 82.27 |
| 08/28/12 | Meal Expense - CHRISTIAN HANCOCK TRAVEL TO FORT WASHINGTON OFFICE 7/30/12 - 8/19/12<br>Bank ID: GENR Check Number: 98541 | 62.91 |
| 08/23/12 | Computerized Legal Research-Westlaw Westlaw<br>User: RAJA,NADER | 0.00 |
| 08/30/12 | Computerized Legal Research-Westlaw Westlaw<br>User: RAJA,NADER | 0.00 |

COSTS                         $3,913.42

AMOUNT DUE THIS BILL          $45,583.42

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
OCTOBER 12, 2012

0R0802-301134

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 116.60 | 38,478.00 |
| Nader Raja | Associate | 280.00 | 11.40 | 3,192.00 |
| Total | | | 128.00 | 41,670.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301134
BILL AMOUNT        $45,583.42                            INVOICE #  810324

To:    ResCap                        TC Number:          728178
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810324
                                     Period ending:      08/31/2012

Case Management Number        LD  0R0802-301134

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 37.50 | $ 12,375.00 |
| L120 | Analysis/Strategy | 11.40 | $ 3,192.00 |
| L190 | Other Case Assessment, Develop't/Admin | 70.50 | $ 23,265.00 |
| L210 | Pleadings | 8.60 | $ 2,838.00 |

                            ==================================
                TOTAL FEES  128.00    $ 41,670.00

                 TOTAL FEES DUE           $ 41,670.00
          TOTAL DISBURSEMENTS DUE         $  3,913.42
            TOTAL DUE THIS INVOICE        $ 45,583.42



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0802-301135
Fort Washington, PA 19034

                                                               INVOICE #  810325

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-301135  TC Number: 727357

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/21/12 | Analysis of documents regarding representation and prepare closing memo | L110 | MST | .40 | 150.00 | 60.00 |
| 09/21/12 | E-mail to and from client attaching closing memo | L110 | MST | .20 | 150.00 | 30.00 |

                              FEES                                    $90.00


                              AMOUNT DUE THIS BILL                    $90.00


                     ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301135

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .60 | 90.00 |
| Total | | | .60 | 90.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301135
BILL AMOUNT          $90.00                              INVOICE #  810325

---

To:   ResCap                         TC Number:        727357
      1100 Virginia Drive            Invoice Date:     10/12/2012
      Fort Washington, PA 19034      Invoice No.       810325
                                     Period ending:    09/30/2012


Case Management Number     LD  0R0802-301135


|                                          | Current Invoice | |
| Code Task                                | Hours | Fees |
|------------------------------------------|-------|------|
| L110 Fact Investigation/Development      | 0.60  | $   90.00 |
| TOTAL FEES                               | 0.60  | $   90.00 |

| TOTAL FEES DUE          | $   90.00 |
| TOTAL DISBURSEMENTS DUE | $    0.00 |
| TOTAL DUE THIS INVOICE  | $   90.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301136

INVOICE #  810326

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301136   TC Number: 724484

### DESCRIPTION OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/15/12 | Travel Expense - D. BRIAN O'DELL ATTEND DEPO OF ROBERTO MONTOYA 6/28/12 - 6/29/12 HOTEL<br>Bank ID: GENR Check Number: 97865 | 199.19 |
| 08/15/12 | Travel Expense - D. BRIAN O'DELL ATTEND DEPO OF ROBERTO MONTOYA 6/28/12 - 6/29/12 RENTAL CAR<br>Bank ID: GENR Check Number: 97865 | 166.58 |
| 08/15/12 | Travel Expense - D. BRIAN O'DELL ATTEND DEPO OF ROBERTO MONTOYA 6/28/12 - 6/29/12 ROAD TOLL, TIPS<br>Bank ID: GENR Check Number: 97865 | 12.20 |
| 08/15/12 | Meal Expense - D. BRIAN O'DELL ATTEND DEPO OF ROBERTO MONTOYA 6/28/12 - 6/29/12<br>Bank ID: GENR Check Number: 97865 | 20.85 |
| 08/15/12 | Meal Expense - D. BRIAN O'DELL ATTEND DEPO OF ROBERTO MONTOYA 6/28/12 - 6/29/12<br>Bank ID: GENR Check Number: 97865 | 383.04 |
| 08/15/12 | Meal Expense - D. BRIAN O'DELL ATTEND DEPO OF ROBERTO MONTOYA 6/28/12 - 6/29/12<br>Bank ID: GENR Check Number: 97865 | 35.55 |

COSTS                                    $817.41

AMOUNT DUE THIS BILL                     $817.41

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301136

FED ID NO. 63-0243316



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0802-301136
BILL AMOUNT        $817.41                       INVOICE #  810326

To:     ResCap                    TC Number:          724484
        1100 Virginia Drive       Invoice Date:       10/12/2012
        Fort Washington, PA 19034  Invoice No.         810326
                                  Period ending:       08/31/2012

Case Management Number      LD  0R0802-301136

|                     | Current Invoice | |
|---|---|---|
| Code Task           | Hours | Fees |
| ============================================== | | |
| TOTAL FEES          | 0.00  | $    0.00 |
|                     |       |       |
| TOTAL FEES DUE      |       | $    0.00 |
| TOTAL DISBURSEMENTS DUE |   | $  817.41 |
| TOTAL DUE THIS INVOICE |   | $  817.41 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301138

INVOICE #  810327

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301138  TC Number: 728471

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Receive call from borrower's lawyer regarding the status of loan modification review and postponement of sale and send email to client requesting information and follow up emails regarding loan modification package | L190 | JCCO | .70 | 195.00 | 136.50 |
| 08/09/12 | Review Temporary Restraining Order and call opposing counsel to discuss | L120 | JCCO | .20 | 195.00 | 39.00 |
| 08/09/12 | Initial review of temporary restraining order and update tracking chart with current status for matter | L120 | ERP | .30 | 150.00 | 45.00 |
| 08/09/12 | Receipt and review of TRO application and TRO pending in Dallas County, Texas and conferred with L.Brittain regarding same | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 08/10/12 | Receipt and review of docket regarding TRO in Dallas Co., Texas and telephone call with plaintiff regarding hearing | B250 | CJA | .50 | 210.00 | 105.00 |
| 08/10/12 | Review of Orange Co. notice of TRO hearing and advised client to postpone sale and engage litigation counsel to attend hearing | B250 | CJA | .40 | 210.00 | 84.00 |
| 08/10/12 | Retrieve and initial review of docket regarding new TRO matter | L120 | ERP | .20 | 150.00 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | E-mail communication attaching pro se information for plaintiff in new TRO matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 08/10/12 | Communication with Tarrant County District Clerk's office regarding docket forTRO matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 08/10/12 | Review and revise comprehensive tracking report with two new TRO matters | L120 | ERP | .50 | 150.00 | 75.00 |
| 08/10/12 | Call opposing counsel to discuss borrower's claims and financial status | L110 | JCCO | .40 | 195.00 | 78.00 |
| 08/13/12 | Review and update comprehensive tracking report regarding matter for loan | L120 | ERP | .40 | 150.00 | 60.00 |
| 08/15/12 | Initial review of Ex Parte Hearing information received from client regarding TRO matter and update tracking chart with current status | L120 | ERP | .30 | 150.00 | 45.00 |
| 08/15/12 | Revise comprehensive tracking chart regarding all matters with current status of whether they have been sent to litigation counsel or not | L120 | ERP | .40 | 150.00 | 60.00 |
| 08/15/12 | E-mail communication attached tracking chart for review | L120 | ERP | .20 | 150.00 | 30.00 |
| 08/15/12 | Revised tracking data for TRO project and conferred with client regarding same | B250 | CJA | .50 | 210.00 | 105.00 |
| 08/15/12 | Update ETS TRO spreadsheet with information from cases | L140 | JCCO | .50 | 195.00 | 97.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Retrieve and initial review of docket regarding TRO matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 08/16/12 | Update comprehensive tracking report with current status of 2 matters | L120 | ERP | .40 | 150.00 | 60.00 |
| 08/17/12 | Revise comprehensive tracking spreadsheet regarding 6 matters | L120 | ERP | .80 | 150.00 | 120.00 |
| 08/17/12 | Conferred with client regarding TRO project | B250 | CJA | .30 | 210.00 | 63.00 |
| 08/20/12 | Conference call with client regarding TRO project and transition to default firm | B250 | CJA | 1.00 | 210.00 | 210.00 |
| 08/20/12 | Call counsel for plaintiff o discuss recent TRO | C400 | JCCO | .10 | 195.00 | 19.50 |
| 08/20/12 | Teleconference with clients regarding ETS TRO status | C300 | JCCO | .40 | 195.00 | 78.00 |
| 08/23/12 | Retrieve and review docket regarding TRO matter | L120 | ERP | .20 | 150.00 | 30.00 |
| 08/23/12 | Review and update comprehensive tracking report with current status and advice on matter received from GMAC on 8/22 | L120 | ERP | .40 | 150.00 | 60.00 |
| 08/23/12 | Receipt and review of notice of TRO hearing in Alamedia County, CA, and conferred with L.Brittain regarding litigation counsel | B250 | CJA | .40 | 210.00 | 84.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0802-301138

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Receive call from E.Jefferson's plaintiff's lawyer to discuss TRO and email L.Brittain to recount conversation with lawyer and request extension to sale date | L160 | JCCO | .20 | 195.00 | 39.00 |
| 08/30/12 | Email L.Brittain and request postponement of foreclosure sale and financial package for borrower to complete and confer with borrower's counsel regarding same | L120 | JCCO | .40 | 195.00 | 78.00 |
| 08/31/12 | Receive call from borrower's lawyer to discuss postponement of foreclosure sale date and Rule 11 letter | L240B | JCCO | .20 | 195.00 | 39.00 |

FEES                                        $2,170.50

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/23/12 | Computerized Legal Research-Westlaw Westlaw User: POWELL,EMILY | 0.00 |
| 08/03/12 | Ready Conference DBO'DELL 07/03/2012 | 5.89 |

COSTS                              $5.89

AMOUNT DUE THIS BILL            $2,176.39

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
OCTOBER 12, 2012

0R0802-301138

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | 4.70 | 705.00 |
| C. Jason Avery | Associate | 210.00 | 4.10 | 861.00 |
| Jonathan Cobb | Associate | 195.00 | 3.10 | 604.50 |
| Total | | | 11.90 | 2,170.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301138
BILL AMOUNT        $2,176.39                             INVOICE #  810327

To:   ResCap                         TC Number:          728471
      1100 Virginia Drive            Invoice Date:       10/12/2012
      Fort Washington, PA 19034      Invoice No.         810327
                                     Period ending:      08/31/2012

Case Management Number     LD  0R0802-301138

                                    Current Invoice
Code Task                           Hours          Fees

B250 Real Estate                    4.10    $     861.00
C300 Analysis and Advice            0.40    $      78.00
C400 Third Party Communication      0.10    $      19.50
L110 Fact Investigation/Development 0.40    $      78.00
L120 Analysis/Strategy              5.30    $     822.00
L140 Document/File Management        0.50    $      97.50
L160 Settlement/Non-Binding ADR     0.20    $      39.00
L190 Other Case Assessment, Develop't/Admin  0.70    $     136.50
L240BAll Other                      0.20    $      39.00

                  ====================================
           TOTAL FEES      11.90    $  2,170.50

               TOTAL FEES DUE        $  2,170.50
        TOTAL DISBURSEMENTS DUE      $      5.89
           TOTAL DUE THIS INVOICE    $  2,176.39



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0802-301142
Fort Washington, PA 19034

                                                               INVOICE #   810328

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0802-301142  TC Number: 728360

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/10/12 | Review case and correspondence history to determine whether post-foreclosure tenancy created or granted in favor of foreclosed mortgagor | P280 | CSM | .50 | 300.00 | 150.00 |

                          FEES                                    $150.00


                          AMOUNT DUE THIS BILL                    $150.00


                ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301142

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .50 | 150.00 |
| Total | | | .50 | 150.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $150.00

OCTOBER 12, 2012
0R0802-301142
INVOICE #  810328

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        728360
Invoice Date:     10/12/2012
Invoice No.       810328
Period ending:    09/30/2012

Case Management Number      LD  0R0802-301142

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| P280 Other |  | 0.50 | $  150.00 |
| TOTAL FEES |  | 0.50 | $  150.00 |

TOTAL FEES DUE               $   150.00
TOTAL DISBURSEMENTS DUE      $     0.00
TOTAL DUE THIS INVOICE       $   150.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0802-301143
Fort Washington, PA 19034

                                                               INVOICE #  810329

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301143  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Conference with R.Maddox regarding hearing on employment application | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/01/12 | Review language proposed by committee counsel to include in BABC employment order and analyze ethical obligations of proposed language and response to same | B410 | JRB | 1.50 | 372.00 | 558.00 |
| 08/01/12 | Phone call with committee counsel and debtors' counsel regarding employment application and committee issues with same | B410 | JRB | .40 | 372.00 | 148.80 |
| 08/01/12 | Confer with debtors' bankruptcy counsel, client and colleagues regarding BABC representation of debtors as special counsel and issues raised by committee about firm's representation of Ally on limited matters | B410 | JRB | 2.00 | 372.00 | 744.00 |
| 08/01/12 | Review formal objection filed by committee counsel to employment application and consider response to same | B410 | JRB | .90 | 372.00 | 334.80 |
| 08/02/12 | Confer with debtors' counsel regarding objections to BABC employment application and response to same | B410 | JRB | .90 | 372.00 | 334.80 |
| 08/02/12 | Research and compile information regarding objections raised by committee in limited objection to BABC employment application | B410 | JRB | 2.00 | 372.00 | 744.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft supplemental declaration in support of BABC employment application responding to Committee objections and circulate same internally and to debtors' bankruptcy counsel for review and comment | B410 | JRB | 2.70 | 372.00 | 1,004.40 |
| 08/02/12 | Assemble case lists for affiliates | B410 | JPC | .60 | 390.00 | 234.00 |
| 08/03/12 | Revise portions of BABC's employment application, especially with respect to P.Hopper's objection | L110 | CWH | .50 | 330.00 | 165.00 |
| 08/03/12 | Attend conference call with Morrison Foerster regarding BABC's employment application | L110 | CWH | .50 | 330.00 | 165.00 |
| 08/03/12 | Telephone L.Marinuzzi regarding class action issues | L120 | MRP | .80 | 424.00 | 339.20 |
| 08/03/12 | Review and revise insert regarding class actions for motion to approve in bankruptcy court | L250 | MRP | .20 | 424.00 | 84.80 |
| 08/03/12 | Summarize class actions for bankruptcy matter | L250 | MRP | .30 | 424.00 | 127.20 |
| 08/03/12 | Prepare for and participate in call with Morrison Foerster regarding BABC employment application and objections to same | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 08/03/12 | Draft supplemental declaration in support of BABC employment application to address limited objections and other matters | B410 | JRB | 2.10 | 372.00 | 781.20 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Analyze objections to employment application and and research and outline responses to same | B410 | JRB | 1.30 | 372.00 | 483.60 |
| 08/04/12 | Revise and send to Morrison Foerster the supplemental affidavit in support of employment application | B410 | JRB | .30 | 372.00 | 111.60 |
| 08/06/12 | Finalize Maddox second supplemental declaration in support of BABC employment application and assist Morrison Foerster in preparing and filing response to limited objection to same | B410 | JRB | 2.10 | 372.00 | 781.20 |
| 08/06/12 | Review revised version of bankruptcy motion | L250 | MRP | .20 | 424.00 | 84.80 |
| 08/06/12 | Review multiple memos from L.Marinuzzi regarding bankruptcy motion | L120 | MRP | .20 | 424.00 | 84.80 |
| 08/06/12 | Review R.Maddox declaration | L250 | MRP | .20 | 424.00 | 84.80 |
| 08/06/12 | Analyze objections to BABC employment application | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/07/12 | Prepare background materials for hearing | B410 | JPC | .40 | 390.00 | 156.00 |
| 08/07/12 | Confer with R. Maddox and Morrison Foerster counsel regarding outstanding limited objections to BABC employment application and follow up on same | B410 | JRB | 1.00 | 372.00 | 372.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
OCTOBER 12, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Phone call with Ally counsel regarding BABC employment application and follow up on same regarding withdrawal from Ally matters | B410 | JRB | 1.10 | 372.00 | 409.20 |
| 08/08/12 | Negotiations with committee counsel and Morrison Foerster regarding BABC employment application and issues concerning Ally and Committee's "consultation requirement" objection | B410 | JRB | 2.70 | 372.00 | 1,004.40 |
| 08/08/12 | Prepare for hearing on employment application | B410 | JRB | .70 | 372.00 | 260.40 |
| 08/08/12 | Review and analyze issues with BABC's application to be special counsel and update spreadsheet of all matters involving joint representatio of debtors and Ally Bank | L190 | CWH | 2.50 | 330.00 | 825.00 |
| 08/08/12 | Begin review of pleadings in preparation for upcoming hearing on August 9, 2012, including previously provided documents to committee and outline talking points | L190 | RRM | 2.70 | 345.00 | 931.50 |
| 08/09/12 | Telephonically attend employment application hearing to discuss status of litigation for Ally/GMAC | L110 | CWH | 1.00 | 330.00 | 330.00 |
| 08/09/12 | Correspondence regarding hearing in New York from R.Maddox and J.Bender | B410 | JPC | .70 | 390.00 | 273.00 |
| 08/09/12 | Phone call with Ally counsel regarding hearing on employment application of BABC | B410 | JRB | .40 | 372.00 | 148.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Participate telephonically in hearing on BABC employment application before bankruptcy court | B410 | JRB | 1.80 | 372.00 | 669.60 |
| 08/09/12 | E-mail to internal GMAC working group regarding hearing on employment application | B410 | JRB | .50 | 372.00 | 186.00 |
| 08/09/12 | Prepare for hearing on BABC employment application before bankruptcy court | B410 | JRB | 1.10 | 372.00 | 409.20 |
| 08/09/12 | Attend hearing on Employment Application and follow-up on same | L190 | RRM | 2.40 | 345.00 | 828.00 |
| 08/09/12 | Exchange e-mails with Morrison Foerster regarding BABC's representation of GMAC and Ally | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/10/12 | Review memorandum opinion approving BABC's employment and circulate summary to internal team regarding follow up | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 08/10/12 | Review and revise proposed order regarding BABC's retention as special counsel and e-mail to Morrison Foerster regarding same | B410 | JRB | 1.30 | 372.00 | 483.60 |
| 08/10/12 | Confer with Morrison Foerster regarding revisions to proposed employment order | B410 | JRB | .40 | 372.00 | 148.80 |
| 08/10/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 1.10 | 372.00 | 409.20 |
| 08/10/12 | Review opinion regarding BABC employment | B410 | JPC | .40 | 390.00 | 156.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
OCTOBER 12, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Organize materials for fee application | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/10/12 | Analyze memorandum opinion approving retention of BABC and confer with co-counsel regarding next steps | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/11/12 | Review standing orders regarding fee submissions | B410 | JPC | 1.80 | 390.00 | 702.00 |
| 08/11/12 | Review materials regarding employment order and billing requirements, practices and customs in jurisdiction | B410 | JRB | .50 | 372.00 | 186.00 |
| 08/12/12 | Correspondence regarding memo on confidentiality | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/13/12 | Correspondence regarding fee arrangement | B410 | JPC | .10 | 390.00 | 39.00 |
| 08/13/12 | Meeting with co-counsel regarding monthly, interim, and final fee applications | L120 | CLHA | 2.20 | 345.00 | 759.00 |
| 08/13/12 | Begin preparation of May 2012 monthly compensation request and interim fee application | L120 | CLHA | 3.70 | 345.00 | 1,276.50 |
| 08/13/12 | Prepare portions of firm's fee applications for flat fee, hourly, and mortgage ops services to GMACM | L110 | CWH | 1.30 | 330.00 | 429.00 |
| 08/13/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 3.40 | 372.00 | 1,264.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      7
ResCap                                                                                   OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Review Morrison Foerster materials regarding compensation procedures and best practices | B410 | JRB | .80 | 372.00 | 297.60 |
| 08/13/12 | Attend meeting regarding fee application procedures | B160 | RLB | 2.30 | 266.00 | 611.80 |
| 08/13/12 | Review and analyze May pre-bills for purposes of fee application | B160 | RLB | 2.70 | 266.00 | 718.20 |
| 08/14/12 | E-mails with Morrison Foerster to schedule call regarding employment order, compensation procedures, local time keeping practices, and confidentiality issues | B410 | JRB | .20 | 372.00 | 74.40 |
| 08/14/12 | Review and prepare fee compensation request and fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 5.20 | 372.00 | 1,934.40 |
| 08/14/12 | Draft memo to timekeepers regarding protection of confidential client information | B410 | JPC | .30 | 390.00 | 117.00 |
| 08/14/12 | Policy for personally identifiable information recording | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/14/12 | Revise May 2012 bills for purposes of preparig iterim fee application | L120 | CLHA | 8.70 | 345.00 | 3,001.50 |
| 08/15/12 | Work through legal and practical issues related to fee applications | L120 | CLHA | 1.60 | 345.00 | 552.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    8
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/15/12 | Continued work on May 2012 bills for purposes of fee application | L120 | CLHA | 2.70 | 345.00 | 931.50 |
| 08/15/12 | Revise memo regarding timekeeping practices for bankruptcy court | B410 | JPC | 1.40 | 390.00 | 546.00 |
| 08/15/12 | Conference calls with Morrison Foerster regarding BABC fee applications | L120 | CWH | 1.10 | 330.00 | 363.00 |
| 08/15/12 | Prepare for and lead call with Morrison Foerster regarding employment order, compensation procedures, local time keeping practices, and confidentiality issues | B410 | JRB | 2.00 | 372.00 | 744.00 |
| 08/15/12 | Review committee comments to proposed BABC engagement order and provide comments to same to Morrison Foerster counsel to finalize order | B410 | JRB | 1.10 | 372.00 | 409.20 |
| 08/15/12 | Draft memorandum for internal use by GMAC timekeepers regarding employment status, billing practices and protection of privileged information | B410 | JRB | 1.30 | 372.00 | 483.60 |
| 08/15/12 | Confer with client about billing and payment procedures under bankruptcy | B410 | JRB | .30 | 372.00 | 111.60 |
| 08/15/12 | Continue review and analysis of May pre-bills and prepare for application | B190 | RLB | 1.30 | 266.00 | 345.80 |
| 08/16/12 | Continue review and analysis of May pre-bills for purposes of fee application | B160 | RLB | 1.80 | 266.00 | 478.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     9
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Revise memorandum for internal use by GMAC timekeepers regarding employment status, billing practices and protection of privileged information | B410 | JRB | 1.40 | 372.00 | 520.80 |
| 08/16/12 | Respond to questions about draft employment order and work on finalizing same | B410 | JRB | .90 | 372.00 | 334.80 |
| 08/16/12 | E-mails to Morrison Foerster regarding employment and compensation procedural questions | B410 | JRB | .40 | 372.00 | 148.80 |
| 08/16/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 2.00 | 372.00 | 744.00 |
| 08/16/12 | Conference with J.Bender regarding direction to timekeepers | B410 | JPC | .40 | 390.00 | 156.00 |
| 08/16/12 | Develop fee submission protocol | B410 | JPC | 1.30 | 390.00 | 507.00 |
| 08/16/12 | Telephone conference with client regarding impact of bankruptcy o internal fee review at GMACM | B410 | JPC | .80 | 390.00 | 312.00 |
| 08/16/12 | Continued work on May 2012 bills for purposes of fee application | L120 | CLHA | 5.80 | 345.00 | 2,001.00 |
| 08/17/12 | Continued work on May prebills for purposes of fee application | L120 | CLHA | 7.50 | 345.00 | 2,587.50 |
| 08/17/12 | Develop bill format per court direction | B410 | JPC | .60 | 390.00 | 234.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     10
OCTOBER 12, 2012

ResCap

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Work on finalizing order approving BABC employment and confer with Morrison Foerster regarding same | B410 | JRB | 1.00 | 372.00 | 372.00 |
| 08/17/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 4.00 | 372.00 | 1,488.00 |
| 08/17/12 | Prepare for and participate in call with team regarding status of BABC employment order and time keeping requirements of bankruptcy court and U.S. Trustee | B410 | JRB | .60 | 372.00 | 223.20 |
| 08/17/12 | Teleconference regarding fee application issues | B160 | RLB | .50 | 266.00 | 133.00 |
| 08/17/12 | Continue review and analysis of May pre-bills for purposes of fee application | B160 | RLB | 6.20 | 266.00 | 1,649.20 |
| 08/18/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 3.00 | 372.00 | 1,116.00 |
| 08/18/12 | Work on May prebills for purposes of fee application | L120 | CLHA | .70 | 345.00 | 241.50 |
| 08/20/12 | Review and circulate final order approving employment of BABC as special counsel | B410 | JRB | .20 | 372.00 | 74.40 |
| 08/20/12 | Correspondence regarding memorandum opinion | B410 | JPC | .30 | 390.00 | 117.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/21/12 | Memo regarding timekeeping requirements in bankruptcy | B410 | JPC | 1.00 | 390.00 | 390.00 |
| 08/21/12 | Correspondence with client regarding court requirements | B410 | JPC | .30 | 390.00 | 117.00 |
| 08/21/12 | Correspondence with E.Richards regarding invoice submission | B410 | JPC | .30 | 390.00 | 117.00 |
| 08/21/12 | Review and analyze May pre-bills for submission with fee application | L110 | CWH | 2.20 | 330.00 | 726.00 |
| 08/21/12 | Work on June and July bills for purposes of preparing fee application | L120 | CLHA | 3.80 | 345.00 | 1,311.00 |
| 08/22/12 | Prepare BABC's fee applications for submission to US Trustee | L190 | CWH | .50 | 330.00 | 165.00 |
| 08/22/12 | Correspondence with E.Richards regarding local counsel expenses and bankruptcy court practices | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/22/12 | Work on June and July bills for purposes of preparing fee application | L120 | CLHA | 5.40 | 345.00 | 1,863.00 |
| 08/22/12 | Confer with Morrison Foerster regarding questions about client billing questions, protection of confidential client information, and court's compensation procedures | B420 | JRB | .20 | 372.00 | 74.40 |
| 08/22/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | .20 | 372.00 | 74.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     12
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 3.60 | 372.00 | 1,339.20 |
| 08/23/12 | Work on June and July bills for purposes of preparing fee applications | L120 | CLHA | 2.50 | 345.00 | 862.50 |
| 08/23/12 | Continue to prepare fee applications for submission in GMAC's bankruptcy matter | L120 | CWH | 2.10 | 330.00 | 693.00 |
| 08/24/12 | Continue to work on fee applications for GMAC bankruptcy | L110 | CWH | .30 | 330.00 | 99.00 |
| 08/24/12 | Continued work on June and July bills for purposes of preparing fee applications | L120 | CLHA | 4.50 | 345.00 | 1,552.50 |
| 08/24/12 | Conference with clients regarding billing procedures | B410 | JPC | 1.20 | 390.00 | 468.00 |
| 08/24/12 | Outline of GMAC billing determinations | B410 | JPC | .40 | 390.00 | 156.00 |
| 08/24/12 | Phone call with client and Morrison Foerster regarding ongoing billing matters and protection of privileged materials | B410 | JRB | 1.20 | 372.00 | 446.40 |
| 08/24/12 | Review and prepare fee application materials and analyze issues concerning court interim compensation order and U.S. Trustee guidelines | B410 | JRB | 3.40 | 372.00 | 1,264.80 |
| 08/27/12 | Work on draft of fee application materials and preparation of exhibits to same | B410 | JRB | 3.60 | 372.00 | 1,339.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    13
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

ResCap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Draft transmittal letter regarding interim compensation request and circulate internally for comment | B420 | JRB | 1.00 | 372.00 | 372.00 |
| 08/27/12 | Work on June and July bills for purposes of preparing fee applications | L120 | CLHA | 4.40 | 345.00 | 1,518.00 |
| 08/28/12 | Prepare billing records regarding fee applications | B410 | JPC | .60 | 390.00 | 234.00 |
| 08/28/12 | Work on June and July bills for purposes of fee application | L120 | CLHA | 4.90 | 345.00 | 1,690.50 |
| 08/28/12 | Work on draft of fee application materials and preparation of exhibits to same | B420 | JRB | 4.50 | 372.00 | 1,674.00 |
| 08/28/12 | Review and analyze June and July pre-bills for purposes of fee application | B190 | RLB | 1.60 | 266.00 | 425.60 |
| 08/29/12 | Work on draft of fee application materials and preparation of exhibits to same | B410 | JRB | 3.00 | 372.00 | 1,116.00 |
| 08/29/12 | Continued work on June and July bills for purposes of fee applications | L120 | CLHA | 3.80 | 345.00 | 1,311.00 |
| 08/29/12 | Memorandum regarding bankruptcy billing protocol | B410 | JPC | .40 | 390.00 | 156.00 |
| 08/29/12 | Correspondence with client regarding retainer | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/30/12 | Conference regarding submission of May invoices per iterim compensation request | B410 | JPC | .90 | 390.00 | 351.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    14
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Prepare invoice summary and interim compensation materials | B410 | JPC | .70 | 390.00 | 273.00 |
| 08/30/12 | Revise documents as part of fee application preparation | L110 | CWH | 2.40 | 330.00 | 792.00 |
| 08/30/12 | Finalize and send out to multiple parties May interim compensation request, along with summaries of billings | B410 | JRB | 1.20 | 372.00 | 446.40 |
| 08/30/12 | Work on draft of fee application materials and preparation of exhibits to same | B410 | JRB | 2.60 | 372.00 | 967.20 |
| 08/30/12 | Review and revise materials for fee applications | L110 | KK | .50 | 91.00 | 45.50 |
| 08/30/12 | Continued work on June and July bills for purposes of fee applications | L120 | CLHA | 5.60 | 345.00 | 1,932.00 |
| 08/31/12 | Continued work on June and July bills for purposes of fee application | L120 | CLHA | 6.40 | 345.00 | 2,208.00 |
| 08/31/12 | Work on June and July fee application materials andpreparation of exhiits to same | B410 | JRB | 3.50 | 372.00 | 1,302.00 |

FEES                                                    $77,299.40

## DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 70S | Ready Conference | 85.42 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    15
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

---

COSTS                                $85.42

AMOUNT DUE THIS BILL            $77,384.82

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    16
OCTOBER 12, 2012

0R0802-301143

FED ID NO. 63-0243316

ResCap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | 1.90 | 805.60 |
| J. Paul Compton, Jr. | Partner | 390.00 | 16.30 | 6,357.00 |
| Jay R. Bender | Partner | 372.00 | 86.60 | 32,215.20 |
| Christopher L. Hawkins | Partner | 345.00 | 74.60 | 25,737.00 |
| Christian W. Hancock | Partner | 330.00 | 14.60 | 4,818.00 |
| Robert R. Maddox | Partner | 345.00 | 5.10 | 1,759.50 |
| Rashad L. Blossom | Associate | 266.00 | 16.40 | 4,362.40 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | 216.00 | 76,100.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0802-301143
BILL AMOUNT      $77,384.82                          INVOICE #  810329

To:    ResCap                       TC Number:         NA
       1100 Virginia Drive          Invoice Date:      10/12/2012
       Fort Washington, PA 19034    Invoice No.        810329
                                    Period ending:     08/31/2012

Case Management Number      LD  0R0802-301143

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| B160 | Fee/Employment Applications | 13.50 | $  3,591.00 |
| B190 | Other Contested Matters | 2.90 | $   771.40 |
| B410 | General Bankruptcy Advice/Opinions | 97.20 | $ 36,451.80 |
| B420 | Restructurings | 5.70 | $  2,120.40 |
| L110 | Fact Investigation/Development | 8.90 | $  2,817.50 |
| L120 | Analysis/Strategy | 78.80 | $ 27,217.00 |
| L190 | Other Case Assessment, Develop't/Admin | 8.10 | $  2,749.50 |
| L250 | Other Written Motions/Submissions | 0.90 | $   381.60 |

```
                              ==================================
              TOTAL FEES      216.00    $ 77,299.40

              TOTAL FEES DUE            $ 77,299.40
      TOTAL DISBURSEMENTS DUE           $     85.42
      TOTAL DUE THIS INVOICE            $ 77,384.82
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
1100 Virginia Drive                                   0R0802-301144
Fort Washington, PA 19034

                                                      INVOICE #  810330

                                                      **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301144   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Research regarding automatic stay's effect on client's motion to dismiss | B410 | RLB | 1.30 | 266.00 | 345.80 |
| 08/02/12 | Receive and update list of local counsel used by GMAC with correct contact information to assist with Bankruptcy notice and order | L110 | MPE | .50 | 149.00 | 74.50 |
| 08/03/12 | Review revised settlement agreement form | B410 | JPC | .30 | 390.00 | 117.00 |
| 08/06/12 | Review Notice and Questionnaire regarding bankruptcy proceedings and serve all local counsel | L110 | MPE | 2.10 | 149.00 | 312.90 |
| 08/07/12 | Review bankruptcy database memo | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/07/12 | Research regarding jurisdiction of state court to determine violation of automatic stay | B410 | RLB | .30 | 266.00 | 79.80 |
| 08/09/12 | Review settlement agreement form | B410 | JPC | .20 | 390.00 | 78.00 |
| 08/16/12 | Review matter to determine bucket and all parties in case | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/17/12 | Review and analysis of updated litigation case guidelines due to bankruptcy. | L110 | MPE | .50 | 149.00 | 74.50 |
| 08/17/12 | Review and analysis of client memo and office conference regarding bankruptcy | L120 | TPG | .70 | 200.00 | 140.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-301144

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Conference call regarding billing procedures | L120 | MST | .40 | 150.00 | 60.00 |
| 08/17/12 | Analyze issues concerning amendment of complaint and automatic stay issues | B410 | JRB | .20 | 372.00 | 74.40 |
| 08/21/12 | Meeting to determine status of bankruptcy cases including stay and bucket numbers | L120 | MST | .40 | 150.00 | 60.00 |
| 08/21/12 | Office conference regarding status of stay in multiple proceedings | L120 | TPG | .30 | 200.00 | 60.00 |
| 08/23/12 | E-mails with Morrison Foerster regarding McKeever motion for relief and firm's familiarity with case | B420 | JRB | .20 | 372.00 | 74.40 |
| 08/29/12 | Review order regarding executive bonus plan | B410 | JPC | .30 | 390.00 | 117.00 |
| 08/29/12 | E-mails with Morrison Foerster regarding motion for relief pertaining to McKeever litigation | B410 | JRB | .20 | 372.00 | 74.40 |
| 08/31/12 | Review and analysis of cases for the Charlotte Office to determine current status and document any changes pursuant to GMAC's request | L110 | MPE | 1.30 | 149.00 | 193.70 |
| 08/31/12 | Review and analyze Bankruptcy Review spreadsheet | C100 | SAP | .20 | 323.00 | 64.60 |

FEES                                                    $2,270.30

01        Copy Charges                                         0.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0802-301144

FED ID NO. 63-0243316

41     Computerized Legal Research-Westlaw                          0.00

AMOUNT DUE THIS BILL                $2,270.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
OCTOBER 12, 2012

ResCap

0R0802-301144

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .80 | 120.00 |
| J. Paul Compton, Jr. | Partner | 390.00 | 1.00 | 390.00 |
| Jay R. Bender | Partner | 372.00 | .60 | 223.20 |
| Steven A. Pozefsky | Associate | 323.00 | .20 | 64.60 |
| Rashad L. Blossom | Associate | 266.00 | 1.60 | 425.60 |
| T. Parker Griffin, Jr. | Associate | 200.00 | 1.00 | 200.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 4.60 | 685.40 |
| Total | | | 9.80 | 2,108.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0802-301144
BILL AMOUNT          $2,270.30                            INVOICE #  810330

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810330
                                       Period ending:      08/31/2012

Case Management Number      LD  0R0802-301144

                                        Current Invoice
Code Task                            Hours           Fees

B410 General Bankruptcy Advice/Opinions    3.00    $    964.40
B420 Restructurings                        0.20    $     74.40
C100 Fact Gathering                        0.20    $     64.60
L110 Fact Investigation/Development        4.60    $    685.40
L120 Analysis/Strategy                     1.80    $    320.00

                          ==================================
              TOTAL FEES      9.80    $  2,270.30

              TOTAL FEES DUE           $  2,270.30
       TOTAL DISBURSEMENTS DUE         $      0.00
       TOTAL DUE THIS INVOICE          $  2,270.30



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301145

INVOICE #  810331

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301145  TC Number: 726413

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report to client | L190 | RLB | .10 | 266.00 | 26.60 |

FEES                                                        $26.60

AMOUNT DUE THIS BILL                                        $26.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-301145

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0802-301145
BILL AMOUNT          $26.60                                    INVOICE #  810331

To:    ResCap                          TC Number:           726413
       1100 Virginia Drive             Invoice Date:        10/12/2012
       Fort Washington, PA 19034       Invoice No.          810331
                                       Period ending:       08/31/2012

Case Management Number        LD  0R0802-301145

|  | | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $   26.60 |
| TOTAL FEES | | 0.10 | $   26.60 |

                               TOTAL FEES DUE            $   26.60
                       TOTAL DISBURSEMENTS DUE           $    0.00
                       TOTAL DUE THIS INVOICE            $   26.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0802-301146
Fort Washington, PA 19034

                                                          INVOICE #  810332

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301146  TC Number: 726394

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report to client | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/27/12 | Review and respond to e-mail from local counsel regarding letter submission to borrower | L190 | RLB | .30 | 266.00 | 79.80 |

|  | FEES |  | $106.40 |
|--|------|--|---------|
|  | AMOUNT DUE THIS BILL |  | $106.40 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-301146

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .40 | 106.40 |
| Total | | | .40 | 106.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0802-301146
BILL AMOUNT          $106.40                              INVOICE #  810332

To:   ResCap                        TC Number:           726394
      1100 Virginia Drive           Invoice Date:        10/12/2012
      Fort Washington, PA 19034     Invoice No.          810332
                                    Period ending:       08/31/2012

Case Management Number      LD  0R0802-301146

                                        Current Invoice
Code Task                            Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.40    $   106.40

                                 ========================================
                    TOTAL FEES       0.40      $   106.40

                    TOTAL FEES DUE              $   106.40
              TOTAL DISBURSEMENTS DUE           $     0.00
              TOTAL DUE THIS INVOICE            $   106.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0802-301147
Fort Washington, PA 19034

                                                          INVOICE #  810333

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301147  TC Number: 729157

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report to client | L190 | RLB | .10 | 266.00 | 26.60 |

| | | |
|---|---|---|
| | FEES | $26.60 |
| | AMOUNT DUE THIS BILL | $26.60 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0802-301147

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Total | | | .10 | 26.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                           0R0802-301147
BILL AMOUNT           $26.60                               INVOICE #  810333

To:    ResCap                        TC Number:        729157
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810333
                                     Period ending:    08/31/2012

Case Management Number      LD  0R0802-301147

                                         Current Invoice
Code Task                                Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.10    $    26.60

                                    =================================
                     TOTAL FEES          0.10    $    26.60

                     TOTAL FEES DUE              $    26.60
              TOTAL DISBURSEMENTS DUE            $     0.00
                 TOTAL DUE THIS INVOICE          $    26.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0802-301148
Fort Washington, PA 19034

                                                          INVOICE #  810334

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301148  TC Number: 729191

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report to client | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/06/12 | Review issues relating to release of mortgage | L190 | RLB | .70 | 266.00 | 186.20 |
| 08/07/12 | Teleconference regarding releasing of mortgage | L190 | RLB | .10 | 266.00 | 26.60 |

                        FEES                              $239.40

                AMOUNT DUE THIS BILL                      $239.40

           *****  TOTAL DUE UPON RECEIPT  *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
OCTOBER 12, 2012

0R0802-301148

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | .90 | 239.40 |
| Total | | | .90 | 239.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0802-301148
BILL AMOUNT          $239.40                             INVOICE #  810334

To:     ResCap                        TC Number:        729191
        1100 Virginia Drive           Invoice Date:     10/12/2012
        Fort Washington, PA 19034      Invoice No.       810334
                                      Period ending:    08/31/2012

Case Management Number       LD  0R0802-301148

                                      Current Invoice
Code Task                             Hours           Fees

L190 Other Case Assessment, Develop't/Admin    0.90    $    239.40

                        ====================================
            TOTAL FEES            0.90    $    239.40

            TOTAL FEES DUE                $    239.40
    TOTAL DISBURSEMENTS DUE                $      0.00
    TOTAL DUE THIS INVOICE                $    239.40



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-301151

INVOICE # 810335

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301151  TC Number: 729275

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analyze foreclosure pleadings for compliance with the SCRA | C300 | MCG | 2.10 | 323.00 | 678.30 |
| 08/01/12 | Review and revise engagement letter with independent consultant | C300 | MCG | .50 | 323.00 | 161.50 |
| 08/01/12 | Telephone conference with DOJ regarding engagement letter with independent consultant | C400 | MCG | .40 | 323.00 | 129.20 |
| 08/02/12 | Prepare correspondence to DOJ regarding engagement letter and questions regarding compliance review | C400 | MCG | .40 | 323.00 | 129.20 |
| 08/02/12 | Review and analyze foreclosure pleadings for compliance with the SCRA | L110 | MCG | 5.10 | 323.00 | 1,647.30 |
| 08/03/12 | Correspondence regarding questions for DOJ related to data set and review methodology | C400 | MCG | .30 | 323.00 | 96.90 |
| 08/03/12 | Review and revise engagement letter with independent consultant | C400 | MCG | .70 | 323.00 | 226.10 |
| 08/03/12 | Correspondence with DOJ regarding data set requirements and methodology for SCRA review | C400 | MCG | .40 | 323.00 | 129.20 |
| 08/03/12 | Review list purged loan for SCRA compliance | C100 | MCG | .10 | 323.00 | 32.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Prepare correspondence to client regarding approval of independent counsel and outstanding information owed to DOJ | C300 | MCG | .20 | 323.00 | 64.60 |
| 08/07/12 | Prepare correspondence to client regarding status of compliance with Exhibit H to Consent Order | C300 | MCG | .20 | 323.00 | 64.60 |
| 08/07/12 | Telephone conference with DOJ regarding training required under Exhibit H to Consent Order, engagement letter for independent consultant and review methodology | C400 | MCG | .70 | 323.00 | 226.10 |
| 08/07/12 | Telephone conference with DOJ regarding clarification of data set request and methodology | C400 | MCG | .70 | 323.00 | 226.10 |
| 08/07/12 | Prepare correspondence to independent consultant and client with clarification of methodology | C300 | MCG | .50 | 323.00 | 161.50 |
| 08/07/12 | Prepare correspondence to client regarding issues with engagement letter and signatories thereto | C300 | MCG | .20 | 323.00 | 64.60 |
| 08/08/12 | Review and revise training related to SCRA compliance and consent order compliance | C300 | MCG | 1.90 | 323.00 | 613.70 |
| 08/08/12 | Review and analyze DOJ checklist for policies and procedures compliance with consent order | L120 | MCG | .40 | 323.00 | 129.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0802-301151

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Review servicing and collateral files of completed foreclosure for SCRA compliance | L110 | MCG | 6.50 | 323.00 | 2,099.50 |
| 08/09/12 | Telephone conference with DOJ regarding independent counsel engagement letter and review methodology | C400 | MCG | .50 | 323.00 | 161.50 |
| 08/10/12 | Review and revise engagement letter with independent consultant | C300 | MCG | .90 | 323.00 | 290.70 |
| 08/10/12 | Review and analyze foreclosure pleadings for completed foreclosures for compliance with the SCRA | C300 | MCG | 3.70 | 323.00 | 1,195.10 |
| 08/10/12 | Prepare correspondence to independent consultant regarding clarification for data pull for SCRA review | C400 | MCG | .20 | 323.00 | 64.60 |
| 08/10/12 | Conference call with clients regarding SCRA compliance | C300 | MCG | 1.00 | 323.00 | 323.00 |
| 08/10/12 | Review policies and procedures related to foreclosure, credit reporting and interest rate reduction for compliance with Consent Order | C300 | MCG | 1.80 | 323.00 | 581.40 |
| 08/13/12 | Review and analyze decision trees provided by DOJ for SCRA compliance review | C300 | MCG | .90 | 323.00 | 290.70 |
| 08/13/12 | Correspondence with client regarding submission of data set to DOJ | C300 | MCG | .10 | 323.00 | 32.30 |
| 08/13/12 | Review and revise memorandum regarding SCRA claim, timeline of independent consultant and SCRA look back | C300 | MCG | .60 | 323.00 | 193.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
OCTOBER 12, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Telephone conference with client regarding independent consultant engagement letter | C300 | MCG | .40 | 323.00 | 129.20 |
| 08/14/12 | Telephone conference with clients regarding SCRA compliance | C300 | MCG | 1.10 | 323.00 | 355.30 |
| 08/14/12 | Review foreclosure pleadings regarding SCRA compliance and OCC review | C300 | MCG | .50 | 323.00 | 161.50 |
| 08/14/12 | Telephone conference with client regarding independent consultant engagement letter | C300 | MCG | .40 | 323.00 | 129.20 |
| 08/14/12 | Review and revise independent consultant engagement letter | C300 | MCG | .40 | 323.00 | 129.20 |
| 08/14/12 | Review and revise policies and procedures related to foreclosure, interest rate reduction, default and credit reporting for compliance with Consent Order | C300 | MCG | 2.40 | 323.00 | 775.20 |
| 08/14/12 | Review and analyze checklist for National Mortgage Standards related to protections for servicemembers | C300 | MCG | .40 | 323.00 | 129.20 |
| 08/14/12 | Correspondence to clients regarding policies and procedures compliance with Section V of Exhibit A to Consent Order and Exhibit H to Consent Order | C300 | MCG | .20 | 323.00 | 64.60 |
| 08/14/12 | Analyze loan file regardig SCRA and finalize and send memo to client | L120 | KSA | .30 | 223.00 | 66.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
OCTOBER 12, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Follow-up emails with client re: SCRA file review | L120 | KSA | .20 | 223.00 | 44.60 |
| 08/17/12 | Participate in conference call with various GMAC personnel regarding DOJ and SCRA settlement | L120 | MSW | .50 | 254.00 | 127.00 |
| 08/17/12 | Review and analyze decision tree prepared by DOJ for interest rate reduction request review | C300 | MCG | .60 | 323.00 | 193.80 |
| 08/20/12 | Review completed foreclosure pleadings for compliance with the SCRA | C300 | MCG | 3.90 | 323.00 | 1,259.70 |
| 08/20/12 | Review revised SCRA training for compliance with consent order and forward to DOJ for approval | C300 | MCG | 1.10 | 323.00 | 355.30 |
| 08/21/12 | Review and analyze orders from borrower to determine whether the SCRA applies | C300 | MCG | .30 | 323.00 | 96.90 |
| 08/21/12 | Compare revised decision trees from DOJ to original decision trees for foreclosure review and interest rate reduction review | C300 | MCG | .50 | 323.00 | 161.50 |
| 08/21/12 | Correspondence with independent consultant regarding DOJ decision trees for SCRA review | C400 | MCG | .10 | 323.00 | 32.30 |
| 08/21/12 | Telephone conference with DOJ regarding DOJ decision trees for SCRA review and SCRA training for employees | C400 | MCG | .20 | 323.00 | 64.60 |
| 08/21/12 | Review completed foreclosure pleading files for compliance with SCRA | C300 | MCG | 2.10 | 323.00 | 678.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
OCTOBER 12, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Conference call with clients regarding SCRA required training and completion of training | C300 | MCG | 1.00 | 323.00 | 323.00 |
| 08/21/12 | Analyze SCRA issue with military orders | L120 | KSA | .30 | 223.00 | 66.90 |
| 08/22/12 | Research loan file SCRA issues | L120 | KSA | .40 | 223.00 | 89.20 |
| 08/22/12 | Review completed foreclosure pleading files for SCRA compliance | C300 | MCG | 2.70 | 323.00 | 872.10 |
| 08/23/12 | Telephone conference with DOJ and clients regarding engagement letter for independent consultant | C400 | MCG | .60 | 323.00 | 193.80 |
| 08/23/12 | Telephone conference client regarding engagement letter for independent consultant | C300 | MCG | .40 | 323.00 | 129.20 |
| 08/23/12 | Review and analyze completed foreclosure files for compliance with SCRA | C300 | MCG | 2.90 | 323.00 | 936.70 |
| 08/24/12 | Conference call with clients regarding compliance with consent order | C300 | MCG | .50 | 323.00 | 161.50 |
| 08/24/12 | Review completed foreclosure pleadings files for compliance with the SCRA | C300 | MCG | 2.10 | 323.00 | 678.30 |
| 08/27/12 | Review list of departments which completed SCRA training | C300 | MCG | .40 | 323.00 | 129.20 |
| 08/28/12 | Review completed foreclosure pleadings files for compliance with the SCRA | C300 | MCG | 4.10 | 323.00 | 1,324.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
OCTOBER 12, 2012

0R0802-301151

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Review and analyze revised policies and procedures for compliance with Consent Order | C300 | MCG | 2.60 | 323.00 | 839.80 |
| 08/30/12 | Review and analyze revised and updated policies and procedures for compliance with SCRA and consent order | C300 | MCG | 2.30 | 323.00 | 742.90 |
| 08/31/12 | Telephone conference with clients regarding compliance with Exhibit H to Consent Order | C300 | MCG | .40 | 323.00 | 129.20 |

FEES                                    $21,583.40

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/16/12 | Airline Tickets - MICHAEL C.GRIFFIN TRAVEL TO DALLAS, TX 8/9/12 Bank ID: GENR Check Number: 97901 | 1371.10 |
| 08/16/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO DALLAS, TX 8/9/12 HOTEL Bank ID: GENR Check Number: 97901 | 125.63 |
| 08/16/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO DALLAS, TX 8/9/12 RENTAL CAR Bank ID: GENR Check Number: 97901 | 104.49 |
| 08/16/12 | Travel Expense - MICHAEL C.GRIFFIN TRAVEL TO DALLAS, TX 8/9/12 FUEL, PARKING Bank ID: GENR Check Number: 97901 | 35.51 |
| 08/16/12 | Meal Expense - MICHAEL C.GRIFFIN TRAVEL TO DALLAS, TX 8/9/12 Bank ID: GENR Check Number: 97901 | 8.10 |

COSTS                                    $1,644.83



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
OCTOBER 12, 2012

0R0802-301151

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $23,228.23

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     9
OCTOBER 12, 2012

ResCap

0R0802-301151

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 1.20 | 267.60 |
| Michael C. Griffin | Partner | 323.00 | 65.60 | 21,188.80 |
| Mark S. Wierman | Associate | 254.00 | .50 | 127.00 |
| Total | | | 67.30 | 21,583.40 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                           0R0802-301151
BILL AMOUNT         $23,228.23                             INVOICE #  810335

To:    ResCap                          TC Number:        729275
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810335
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0802-301151

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C100 | Fact Gathering | 0.10 | $     32.30 |
| C300 | Analysis and Advice | 48.30 | $ 15,600.90 |
| C400 | Third Party Communication | 5.20 | $  1,679.60 |
| L110 | Fact Investigation/Development | 11.60 | $  3,746.80 |
| L120 | Analysis/Strategy | 2.10 | $    523.80 |

```
                      ===================================
          TOTAL FEES     67.30    $ 21,583.40

             TOTAL FEES DUE           $ 21,583.40
      TOTAL DISBURSEMENTS DUE         $  1,644.83
      TOTAL DUE THIS INVOICE          $ 23,228.23
```



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
1100 Virginia Drive                                          0R0802-301152
Fort Washington, PA 19034

                                                             INVOICE #  810336

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-301152   TC Number: 729745

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Work on customer letter for HELOC modification | B120 | JDD | .30 | 389.00 | 116.70 |
| 08/21/12 | Work on updated transmittal letter for use with modifications of HELOCs | L120 | JDD | .80 | 389.00 | 311.20 |
| 08/23/12 | Drafting and revising draft of letter to customers and related agreement for HELOC Modifications, particularly to address possibility of principal forgiveness | L120 | JDD | 2.80 | 389.00 | 1,089.20 |
| 08/24/12 | Revise draft of customer letter regarding HELOC | L120 | JDD | 1.00 | 389.00 | 389.00 |
| 08/24/12 | Conference call with F.Valenciana to review and discuss HELOC modification letter and terms | L120 | JDD | .30 | 389.00 | 116.70 |
| 08/24/12 | Drafting revisions to letter to respond to client comments | L120 | JDD | .60 | 389.00 | 233.40 |
| 08/24/12 | Client emails and review of possible forbearance issue in letter as agreement drafts | L120 | JDD | .80 | 389.00 | 311.20 |
| 08/25/12 | Revising letter and agreement to respond to F.Valenciana comments | L120 | JDD | .60 | 389.00 | 233.40 |
| 08/27/12 | Reviewed and revised Agreement to remove deferred option for HELOC modifications per F.Valenciana | L120 | JDD | .80 | 389.00 | 311.20 |