

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    45
OCTOBER 12, 2012

0R0802-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | E-mail communication with M.Zevitz regarding date and time of teleconference | L120 | ERP | .20 | 150.00 | 30.00 |
| 08/31/12 | Call discussing implementation of the servicing standards including implementation of testing procedures | L120 | LG | .80 | 185.00 | 148.00 |
| 08/31/12 | Phone conferences regarding living file project and related correspondence | L120 | DERO | 1.00 | 360.00 | 360.00 |
| 08/31/12 | E-mail correspondence updating client on status of AG negotiations | C300 | JBU | .40 | 228.00 | 91.20 |

FEES                                    $116,146.00

### DESCRIPTION OF DISBURSEMENTS

| | | |
|--|--|--|
| 20 | Airline Tickets | 1,740.20 |
| 21 | Travel Expense | 1,982.48 |
| 23 | Meal Expense | 505.00 |
| 36 | Certificate of Good Standing | 5.00 |
| 70S | Ready Conference | 31.13 |

COSTS                         $4,263.81

AMOUNT DUE THIS BILL          $120,409.81

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Sid J. Trant | Partner | 415.00 | 1.20 | 498.00 |
| J. Paul Compton, Jr. | Partner | 390.00 | .70 | 273.00 |
| Paige M. Boshell | Partner | 345.00 | 1.00 | 345.00 |
| David E. Roth | Partner | 360.00 | 1.00 | 360.00 |
| Wendell Allen | Partner | 345.00 | 1.70 | 586.50 |
| Christian W. Hancock | Partner | 330.00 | 3.80 | 1,254.00 |
| Robert R. Maddox | Partner | 345.00 | 207.00 | 71,415.00 |
| D. Brian O'Dell | Partner | 345.00 | 2.30 | 793.50 |
| Daniel P. Golden | Partner | 354.00 | .80 | 283.20 |
| Dana C. Lumsden | Partner | 376.00 | .50 | 188.00 |
| Elizabeth B. Eaton | Paralegal | 145.00 | 15.00 | 2,175.00 |
| Emily R. Powell | Paralegal | 150.00 | 7.10 | 1,065.00 |
| Michael C. Griffin | Partner | 323.00 | .90 | 290.70 |
| Jason R. Bushby | Associate | 228.00 | 12.20 | 2,781.60 |
| Avery Simmons | Associate | 249.00 | 43.70 | 10,881.30 |
| Jay Wright | Associate | 190.00 | 50.50 | 9,595.00 |
| Lee Gilley | Associate | 185.00 | 56.60 | 10,471.00 |
| Riley Key | Associate | 185.00 | 3.70 | 684.50 |
| Grant Premo | Associate | 185.00 | 2.40 | 444.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.30 | 342.70 |
| Chad L. Cooper | Litigation Asst | 100.00 | 6.00 | 600.00 |
| Kerry Keane | Paralegal | 91.00 | 9.00 | 819.00 |
| Total | | | 429.40 | 116,146.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT    $120,409.81

OCTOBER 12, 2012
0R0802-301220
INVOICE #  810355

| To: | ResCap | TC Number: | 705025 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810355 |
| | | Period ending: | 08/31/2012 |

Case Management Number    LD  0R0802-301220

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B160 | Fee/Employment Applications | 0.60 | $   136.80 |
| B190 | Other Contested Matters | 0.80 | $   283.20 |
| B410 | General Bankruptcy Advice/Opinions | 0.70 | $   273.00 |
| C200 | Researching Law | 3.00 | $   813.60 |
| C300 | Analysis and Advice | 46.60 | $ 11,359.80 |
| C400 | Third Party Communication | 3.40 | $   846.60 |
| L110 | Fact Investigation/Development | 24.50 | $  3,935.70 |
| L120 | Analysis/Strategy | 91.80 | $ 18,043.00 |
| L190 | Other Case Assessment, Develop't/Admin | 229.70 | $ 74,776.50 |
| L210 | Pleadings | 4.40 | $  1,080.80 |
| L390 | Other Discovery | 23.90 | $  4,597.00 |

=====================================

|  | TOTAL FEES | 429.40 | $116,146.00 |
|---|---|---|---|

TOTAL FEES DUE                    $116,146.00
TOTAL DISBURSEMENTS DUE        $  4,263.81
TOTAL DUE THIS INVOICE         $120,409.81



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0802-305006

INVOICE #  810356

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-305006   TC Number: 708556

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |

|  |  |  |
|--|--|--|
| FEES | | $87.30 |
| AMOUNT DUE THIS BILL | | $87.30 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0802-305006

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Jose D. Vega | Associate | 219.00 | .20 | 43.80 |
| Total | | | .50 | 87.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                OCTOBER 12, 2012
                                                                      0R0802-305006
BILL AMOUNT          $87.30                                           INVOICE #  810356

To:    ResCap                              TC Number:        708556
       1100 Virginia Drive                 Invoice Date:     10/12/2012
       Fort Washington, PA 19034           Invoice No.       810356
                                           Period ending:    08/31/2012

Case Management Number       LD  0R0802-305006

                                                  Current Invoice
Code Task                                      Hours            Fees

L190 Other Case Assessment, Develop't/Admin     0.50     $     87.30

                                            =================================
                            TOTAL FEES          0.50     $     87.30

                    TOTAL FEES DUE                       $     87.30
            TOTAL DISBURSEMENTS DUE                      $      0.00
             TOTAL DUE THIS INVOICE                      $     87.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0802-305015
Fort Washington, PA 19034

                                                          INVOICE #  810357

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0802-305015  TC Number: 713817

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/15/12 | Follow-up correspondence with G.Einstein, defendant's attorney, regarding revisions to Agreed Final Judgment | L160 | JDV | .20 | 219.00 | 43.80 |
| 08/21/12 | Telephone conversation with G.Einstein, defendant's attorney, regarding revisions to Agreed Final Judgment | L160 | JDV | .30 | 219.00 | 65.70 |
| 08/21/12 | Prepare for telephone conversation with G.Einstein, defendant's attorney, regarding revisions to Agreed Final Judgment | L160 | JDV | .20 | 219.00 | 43.80 |
| 08/22/12 | Correspondence with S.Moore regarding defendant's revisions to Agreed Final Judgment | L160 | JDV | .20 | 219.00 | 43.80 |
| 08/23/12 | Analysis of effect of defendant's proposed revisions to Agreed Final Judgment | L120 | JDV | .60 | 219.00 | 131.40 |
| 08/30/12 | Draft Designation of Email Address for attorney review and correspondence to counsel of record regarding same | L250 | AHC | .40 | 145.00 | 58.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0802-305015

FED ID NO. 63-0243316

FEES                                    $473.80

AMOUNT DUE THIS BILL                    $473.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0802-305015

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Jose D. Vega | Associate | 219.00 | 1.70 | 372.30 |
| Total | | | 2.40 | 473.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0802-305015
BILL AMOUNT        $473.80                                INVOICE #  810357

To:    ResCap                        TC Number:        713817
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810357
                                     Period ending:    08/31/2012


Case Management Number      LD  0R0802-305015


                                         Current Invoice
Code Task                                Hours              Fees

L120 Analysis/Strategy                    0.60     $    131.40
L160 Settlement/Non-Binding ADR           0.90     $    197.10
L190 Other Case Assessment, Develop't/Admin  0.50  $     87.30
L250 Other Written Motions/Submissions    0.40     $     58.00

                              ====================================
                    TOTAL FEES    2.40     $    473.80

                    TOTAL FEES DUE          $    473.80
            TOTAL DISBURSEMENTS DUE         $      0.00
            TOTAL DUE THIS INVOICE          $    473.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0805-108578
Fort Washington, PA 19034

                                                           INVOICE #  810344

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0805-108578  TC Number: 710745

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Consider email and attached assignment to expense funds received from F.Robinson related to 30 Cypress Run, Hayes City, Florida and its sale to MAC (0.20); respond to same (0.10); update monthly status report (0.10) | | DBT | .40 | 206.00 | 82.40 |
| 08/07/12 | Consider additional documents received from F.Robinson regarding sale of 30 Cypress Run, Hayes City, Florida to MAC (0.10); telephone conference with F.Robinson regarding same (0.20) | | DBT | .30 | 206.00 | 61.80 |

                              FEES                            $144.20


                       AMOUNT DUE THIS BILL                   $144.20


               ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0805-108578

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| D. Bryan Thomas | Associate | 206.00 | .70 | 144.20 |
| Total | | | .70 | 144.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            OCTOBER 12, 2012
                                                  0R0805-108578
BILL AMOUNT          $144.20                       INVOICE #  810344

To:     ResCap                    TC Number:          710745
        1100 Virginia Drive       Invoice Date:       10/12/2012
        Fort Washington, PA 19034 Invoice No.         810344
                                  Period ending:      08/31/2012

Case Management Number      LD  0R0805-108578

|                | Current Invoice | |
| Code Task | Hours | Fees |
| | 0.70 | $   144.20 |
| | ================================ | |
| TOTAL FEES | 0.70 | $   144.20 |
| TOTAL FEES DUE | $   144.20 | |
| TOTAL DISBURSEMENTS DUE | $     0.00 | |
| TOTAL DUE THIS INVOICE | $   144.20 | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-105015

INVOICE #  810367

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-105015  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Draft status report for client | L110 | TRL | .20 | 290.00 | 58.00 |
| | FEES | | | | | $58.00 |
| | AMOUNT DUE THIS BILL | | | | | $58.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0806-105015

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 290.00 | .20 | 58.00 |
| Total | | | .20 | 58.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0806-105015
BILL AMOUNT            $58.00                               INVOICE #  810367

To:    ResCap                       TC Number:          NA
       1100 Virginia Drive          Invoice Date:       10/12/2012
       Fort Washington, PA 19034    Invoice No.         810367
                                    Period ending:      08/31/2012

Case Management Number      LD  0R0806-105015

|                                      | Current Invoice | |
| Code Task                            | Hours | Fees |
| L110 Fact Investigation/Development  | 0.20 | $   58.00 |
| ==================================== | | |
| TOTAL FEES                           | 0.20 | $   58.00 |
| TOTAL FEES DUE                       | | $   58.00 |
| TOTAL DISBURSEMENTS DUE              | | $    0.00 |
| TOTAL DUE THIS INVOICE               | | $   58.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0806-106888
Fort Washington, PA 19034

                                                    INVOICE #  810368

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-106888  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Review and update status of matter for July | L120 | ERP | .20 | 145.00 | 29.00 |
| 08/10/12 | Draft updated status report | L120 | TMB | .10 | 390.00 | 39.00 |
| 08/13/12 | Review mediation notice | L160 | TMB | .30 | 390.00 | 117.00 |
| 08/13/12 | Discussion with B.Harris and draft memo re same | L120 | TMB | .30 | 390.00 | 117.00 |

                         FEES                                $302.00

                         AMOUNT DUE THIS BILL                $302.00

                  ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       2
OCTOBER 12, 2012

ResCap

0R0806-106888

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| T. Michael Brown | Partner | 390.00 | .70 | 273.00 |
| Emily R. Powell | Paralegal | 145.00 | .20 | 29.00 |
| Total |  |  | .90 | 302.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0806-106888
BILL AMOUNT        $302.00                                     INVOICE #  810368

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810368
                                     Period ending:    08/31/2012

Case Management Number      LD  0R0806-106888

|                                | Current Invoice | |
| Code Task | Hours | Fees |
| --- | --- | --- |
| L120 Analysis/Strategy | 0.60 | $  185.00 |
| L160 Settlement/Non-Binding ADR | 0.30 | $  117.00 |
| TOTAL FEES | 0.90 | $  302.00 |

                          TOTAL FEES DUE            $    302.00
                   TOTAL DISBURSEMENTS DUE          $      0.00
                   TOTAL DUE THIS INVOICE           $    302.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0806-301001
Fort Washington, PA 19034

                                                          INVOICE #   810369

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301001  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Analysis and review of case activity and draft monthly status regarding same | L110 | ABB | .20 | 150.00 | 30.00 |

FEES                                          $30.00


AMOUNT DUE THIS BILL                          $30.00


***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0806-301001

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Total | | | .20 | 30.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0806-301001
BILL AMOUNT          $30.00                               INVOICE #  810369

To:    ResCap                        TC Number:        NA
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810369
                                     Period ending:    08/31/2012

Case Management Number      LD  0R0806-301001

                                      Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development   0.20     $    30.00

                        ===================================
                TOTAL FEES            0.20     $    30.00

                TOTAL FEES DUE                 $    30.00
        TOTAL DISBURSEMENTS DUE                $     0.00
           TOTAL DUE THIS INVOICE              $    30.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              OCTOBER 12, 2012
1100 Virginia Drive                                                0R0806-301005
Fort Washington, PA 19034

                                                                   INVOICE #  810370

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301005  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/02/12 | Update monthly status report | L120 | MW | .10 | 300.00 | 30.00 |
| 08/07/12 | Review and analyze recorded documents by borrower in preparation for drafting filing and implementing agreed strategy moving forward | L320 | MW | .90 | 300.00 | 270.00 |
| 08/13/12 | Review and analyze recorded documents filed by borrower in light of Arizona Revised Statutes and requirements for actual case or controversy, in preparation for drafting complaint | L120 | MW | 1.20 | 300.00 | 360.00 |
| 08/13/12 | Review and analyze deeds of trust and substitute trustee's deeds recorded on subject property in order to determine priority of liens among lenders | L120 | MW | .70 | 300.00 | 210.00 |
| 08/14/12 | Review and analyze purportedly satisfied deed of trust in preparation for confirmation of legitimacy prior to initiating legal action | L120 | MW | .40 | 300.00 | 120.00 |
| 08/15/12 | Review and analyze potential jurisdiction issues based on Arizona Revised Statutes, Arizona Rules of Civil Procedure, and Federal Rules of Civil Procedure | L120 | MW | .50 | 300.00 | 150.00 |
| 08/15/12 | Correspondence with J.Anderson regarding search for status of deed of trust as active or satisfied on subject property | L120 | MW | .20 | 300.00 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0806-301005

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/15/12 | Research Bank of American loan regarding if it has been satisfied | L120 | ERP | .60 | 145.00 | 87.00 |
| 08/15/12 | Review property information to determine whether  loan is satisfied in additional lien holder's records for the purposes of a declaratory judgment action with GMAC | L110 | MPE | .50 | 160.00 | 80.00 |
| 08/15/12 | Draft email to contact at Bank of America to determine if their lien was properly released | L110 | CWH | .20 | 315.00 | 63.00 |
| 08/16/12 | Review and analyze requirements of Arizona Declaratory Judgment Act in preparation for drafting pleadings | L120 | MW | .50 | 300.00 | 150.00 |

FEES                                   $1,580.00

AMOUNT DUE THIS BILL          $1,580.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0806-301005

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 315.00 | .20 | 63.00 |
| Emily R. Powell | Paralegal | 145.00 | .60 | 87.00 |
| Monica Wilson | Associate | 300.00 | 4.50 | 1,350.00 |
| Melisa P. Palmer | Paralegal | 160.00 | .50 | 80.00 |
| Total | | | 5.80 | 1,580.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
BILL AMOUNT      $1,580.00

OCTOBER 12, 2012
0R0806-301005
INVOICE #  810370

| To: | ResCap | TC Number: | NA |
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810370 |
| | | Period ending: | 08/31/2012 |

Case Management Number      LD   0R0806-301005

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.70 | $   143.00 |
| L120 Analysis/Strategy | | 4.20 | $ 1,167.00 |
| L320 Document Production | | 0.90 | $   270.00 |
| ================================ | | | |
| TOTAL FEES | | 5.80 | $ 1,580.00 |
| TOTAL FEES DUE | | | $ 1,580.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $ 1,580.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     OCTOBER 12, 2012
1100 Virginia Drive                                        0R0806-301006
Fort Washington, PA 19034

                                                           INVOICE #  810371

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301006   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update regarding bankruptcy stay | L190 | BG | .10 | 210.00 | 21.00 |
| 08/23/12 | Evaluate need and status of supplemental bankruptcy filing | L120 | BG | .10 | 210.00 | 21.00 |

                              FEES                              $42.00

                              AMOUNT DUE THIS BILL              $42.00

                       ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301006

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 210.00 | .20 | 42.00 |
| Total | | | .20 | 42.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0806-301006
BILL AMOUNT          $42.00                                  INVOICE #  810371

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810371
                                       Period ending:    08/31/2012

Case Management Number       LD  0R0806-301006

                                        Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  0.10      $    21.00
L190 Other Case Assessment, Develop't/Admin  0.10  $    21.00

                            ====================================
              TOTAL FEES     0.20      $    42.00

                 TOTAL FEES DUE          $    42.00
       TOTAL DISBURSEMENTS DUE           $     0.00
          TOTAL DUE THIS INVOICE         $    42.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0806-301010
Fort Washington, PA 19034
                                                         INVOICE #  810372

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301010  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update to client | L190 | BG | .10 | 210.00 | 21.00 |
| 08/16/12 | Review Notice of Bankruptcy Order prior to filing | L210 | BG | .10 | 210.00 | 21.00 |
| 08/16/12 | Analysis and review of status regarding bankruptcy stay and draft amended bankruptcy filing | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/20/12 | Telephone conference with counsel for borrower regarding representation | L110 | ABB | .10 | 150.00 | 15.00 |
| 08/20/12 | Revisions to Amended Bankruptcy filing and e-mail communications to and from client with attachments regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/20/12 | Receipt / review of foreclosure counsel's file including outstanding discovery responses | L120 | BG | .20 | 210.00 | 42.00 |
| 08/23/12 | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with Garvin County and for service upon all parties via federal express | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/23/12 | E-mail communications to and from opposing counsel with attachments regarding bankruptcy stay | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/31/12 | Draft status update regarding Amended Notice of Bankruptcy | L190 | BG | .10 | 210.00 | 21.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301010

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES |      |      |      |      | $345.00 |
| 35 | Express Mail/Fedex |      |      |      | 0.00 |      |
|      | AMOUNT DUE THIS BILL |      |      |      |      | $345.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
ResCap                                                          OCTOBER 12, 2012

0R0806-301010

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.60 | 240.00 |
| Blake Goodsell | Associate | 210.00 | .50 | 105.00 |
| Total | | | 2.10 | 345.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0806-301010
BILL AMOUNT          $345.00                    INVOICE #  810372

To:    ResCap                    TC Number:        NA
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034 Invoice No.       810372
                                 Period ending:    08/31/2012

Case Management Number     LD   0R0806-301010

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.60 | $ 240.00 |
| L120 | Analysis/Strategy | 0.20 | $ 42.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 42.00 |
| L210 | Pleadings | 0.10 | $ 21.00 |

```
                    ===================================
          TOTAL FEES      2.10    $   345.00

              TOTAL FEES DUE        $   345.00
        TOTAL DISBURSEMENTS DUE     $     0.00
          TOTAL DUE THIS INVOICE    $   345.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-301011

INVOICE #  810373

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301011  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report for client | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/06/12 | Review and analyze order entering stay | L250 | NSR | .20 | 280.00 | 56.00 |

FEES                                        $84.00

AMOUNT DUE THIS BILL                         $84.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0806-301011

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .30 | 84.00 |
| Total | | | .30 | 84.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OCTOBER 12, 2012
0R0806-301011

BILL AMOUNT          $84.00

INVOICE #  810373

| To: | ResCap | TC Number: | NA |
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810373 |
| | | Period ending: | 08/31/2012 |

Case Management Number      LD  0R0806-301011

| Code Task | Current Invoice | |
| | Hours | Fees |
| L120 Analysis/Strategy | 0.10 | $    28.00 |
| L250 Other Written Motions/Submissions | 0.20 | $    56.00 |
| ======================================== | | |
| TOTAL FEES | 0.30 | $    84.00 |
| TOTAL FEES DUE | | $    84.00 |
| TOTAL DISBURSEMENTS DUE | | $     0.00 |
| TOTAL DUE THIS INVOICE | | $    84.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-301012

INVOICE #  810374

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301012   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report for client | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/15/12 | Conference regarding impact of automatic stay on eminent domain proceedings | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/28/12 | Analyze bankruptcy pleadings and confer with co-counsel regarding strategy | L120 | CLHA | .50 | 320.00 | 160.00 |

|  |  |
|--|--|
| FEES | $216.00 |
| AMOUNT DUE THIS BILL | $216.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

0R0806-301012

FED ID NO. 63-0243316

ResCap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 320.00 | .50 | 160.00 |
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Total | | | .70 | 216.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0806-301012
BILL AMOUNT        $216.00                       INVOICE #  810374

To:    ResCap                      TC Number:          NA
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810374
                                   Period ending:      08/31/2012


Case Management Number      LD   0R0806-301012


                                        Current Invoice
Code Task                               Hours           Fees

L120 Analysis/Strategy                   0.70      $    216.00

                        ==================================
                   TOTAL FEES            0.70      $    216.00

                   TOTAL FEES DUE                  $    216.00
           TOTAL DISBURSEMENTS DUE                 $      0.00
              TOTAL DUE THIS INVOICE               $    216.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0806-301013
Fort Washington, PA 19034

                                                               INVOICE #  810375

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301013   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report for client | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/02/12 | Review Order Entering Stay filed by Court | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/14/12 | Review and analyze Final Supplemental Order entered in bankruptcy case to determine effect of bankruptcy stay of eminent domain action | L120 | NSR | .30 | 280.00 | 84.00 |

                          FEES                          $140.00


                   AMOUNT DUE THIS BILL                 $140.00


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2

ResCap                                                      OCTOBER 12, 2012

0R0806-301013

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .50 | 140.00 |
| Total | | | .50 | 140.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0806-301013
BILL AMOUNT          $140.00                                   INVOICE #  810375

```
To:   ResCap                          TC Number:        NA
      1100 Virginia Drive             Invoice Date:     10/12/2012
      Fort Washington, PA 19034       Invoice No.       810375
                                      Period ending:    08/31/2012


Case Management Number     LD  0R0806-301013
```

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.50 | $   140.00 |
| | ============================== | | |
| TOTAL FEES | | 0.50 | $   140.00 |
| TOTAL FEES DUE | | | $   140.00 |
| TOTAL DISBURSEMENTS DUE | | | $     0.00 |
| TOTAL DUE THIS INVOICE | | | $   140.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-301015

INVOICE #   810376

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301015   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/08/12 | Provided status update to client regarding the borrower | L120 | JHP | .10 | 255.00 | 25.50 |
| 08/08/12 | Determine need for Amended Notice of Bankruptcy | L120 | BG | .10 | 210.00 | 21.00 |
| 08/08/12 | Retrieval of docket report in Arkansas Court in order to supplement bankruptcy filing and telephone call with the Court regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/20/12 | Draft Notice of Bankruptcy Order | L210 | BG | .30 | 210.00 | 63.00 |
| 08/20/12 | Send Notice of Bankruptcy Order for approval | L120 | BG | .10 | 210.00 | 21.00 |
| 08/21/12 | Evaluate probability of substantive success | L120 | BG | .20 | 210.00 | 42.00 |
| 08/21/12 | Amended Notice of Bankruptcy | L210 | BG | .20 | 210.00 | 42.00 |
| 08/21/12 | Review and revise notice of bankruptcy | L210 | MCG | .50 | 300.00 | 150.00 |
| 08/22/12 | Finalize Amended Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing in Arkansas and for service upon all parties via federal express | L110 | ABB | .50 | 150.00 | 75.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301015

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Correspondence to co-counsel regarding bankruptcy filing with enclosures | L110 | ABB | .30 | 150.00 | 45.00 |

FEES                                              $574.50

AMOUNT DUE THIS BILL                   $574.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0806-301015

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.40 | 210.00 |
| Michael C. Griffin | Partner | 300.00 | .50 | 150.00 |
| Jon H. Patterson | Associate | 255.00 | .10 | 25.50 |
| Blake Goodsell | Associate | 210.00 | .90 | 189.00 |
| Total | | | 2.90 | 574.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0806-301015
BILL AMOUNT           $574.50                               INVOICE #  810376

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810376
                                   Period ending:    08/31/2012

Case Management Number      LD  0R0806-301015

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.40 | $  210.00 |
| L120 | Analysis/Strategy | 0.50 | $  109.50 |
| L210 | Pleadings | 1.00 | $  255.00 |
| | TOTAL FEES | 2.90 | $  574.50 |

                           TOTAL FEES DUE        $   574.50
                    TOTAL DISBURSEMENTS DUE       $     0.00
                     TOTAL DUE THIS INVOICE       $   574.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0806-301016
Fort Washington, PA 19034

                                                               INVOICE #  810377

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301016   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report for client | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/22/12 | Analyze North Carolina lien law regarding discharge of claim of lien | L120 | NSR | .30 | 280.00 | 84.00 |

                              FEES                                        $112.00

                              AMOUNT DUE THIS BILL                        $112.00

                     ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0806-301016

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .40 | 112.00 |
| Total | | | .40 | 112.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0806-301016
BILL AMOUNT          $112.00                              INVOICE #  810377

To:    ResCap                      TC Number:         NA
       1100 Virginia Drive         Invoice Date:      10/12/2012
       Fort Washington, PA 19034   Invoice No.        810377
                                   Period ending:     08/31/2012

Case Management Number     LD   0R0806-301016

|                        | Current Invoice | |
| Code Task              | Hours | Fees |
| L120 Analysis/Strategy | 0.40  | $   112.00 |
| ================================================= | | |
| TOTAL FEES             | 0.40  | $   112.00 |

                    TOTAL FEES DUE           $   112.00
              TOTAL DISBURSEMENTS DUE        $     0.00
              TOTAL DUE THIS INVOICE         $   112.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0806-301017

INVOICE #  810378

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301017  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update | L190 | BG | .10 | 210.00 | 21.00 |
| 08/28/12 | Check docket for recent activity on pending motions | L120 | BG | .10 | 210.00 | 21.00 |
| 08/28/12 | Retrieval of docket report regarding case status and recent activity | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/31/12 | Draft status update regarding awaiting Court's judgment | L190 | BG | .10 | 210.00 | 21.00 |

FEES                                             $93.00

### DESCRIPTION OF DISBURSEMENTS

08/03/12 Filing Fees - BUSINESS CARD TX ONLINE 7-17-12          7.46
         Bank ID: GENR Check Number: 97324
08/03/12 Filing Fees - BUSINESS CARD TX ONLINE 7-17-12          7.46
         Bank ID: GENR Check Number: 97324
08/03/12 Filing Fees - BUSINESS CARD DENTON COUNTY              2.00
         PROBATE 7-17-12
         Bank ID: GENR Check Number: 97324

COSTS                                           $16.92

AMOUNT DUE THIS BILL                           $109.92

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0806-301017

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .20 | 30.00 |
| Blake Goodsell | Associate | 210.00 | .30 | 63.00 |
| Total | | | .50 | 93.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0806-301017
BILL AMOUNT          $109.92                         INVOICE #   810378
_____

To:    ResCap                    TC Number:          NA
       1100 Virginia Drive       Invoice Date:       10/12/2012
       Fort Washington, PA 19034 Invoice No.         810378
                                 Period ending:      08/31/2012


Case Management Number       LD   0R0806-301017


                                       Current Invoice
Code Task                          Hours            Fees

L110 Fact Investigation/Development   0.20    $    30.00
L120 Analysis/Strategy                0.10    $    21.00
L190 Other Case Assessment, Develop't/Admin  0.20  $  42.00


                            ==================================
                TOTAL FEES    0.50    $    93.00

                 TOTAL FEES DUE         $    93.00
          TOTAL DISBURSEMENTS DUE       $    16.92
          TOTAL DUE THIS INVOICE        $   109.92



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0806-301018
Fort Washington, PA 19034

                                                          INVOICE #  810379

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301018   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Telephone conference with opposing counsel pertaining to GMAC's bankruptcy stay and other litigation issues going forward | L120 | NJV | .30 | 270.00 | 81.00 |
| 08/27/12 | Research docket to determine status. | L110 | MPE | .10 | 160.00 | 16.00 |
| 08/27/12 | Draft and finalize notice of designation of email address pursuant to Rule 2.516 | L210 | MPE | .40 | 160.00 | 64.00 |
| 08/27/12 | Receive and review Notice of Hearing for September 18, 2012 | L210 | MPE | .30 | 160.00 | 48.00 |
| 08/28/12 | Draft and finalize letter to judge regarding automatic stay relating to the September 28, 2012 hearing. | L450 | MPE | .40 | 160.00 | 64.00 |
| 08/30/12 | Revise letter to Court regarding bankruptcy filing and impact on pending motion by plaintiff for default judgment | L190 | CSM | .20 | 295.00 | 59.00 |

                              FEES                                 $332.00

08/28/12 Express Mail/Fedex                          0.00

                    AMOUNT DUE THIS BILL                           $332.00

                    ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0806-301018

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nicholas J. Voelker | Associate | 270.00 | .30 | 81.00 |
| Cory S. Menees | Associate | 295.00 | .20 | 59.00 |
| Melisa P. Palmer | Paralegal | 160.00 | 1.20 | 192.00 |
| Total | | | 1.70 | 332.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0806-301018
BILL AMOUNT          $332.00                              INVOICE #  810379

---

To:     ResCap                          TC Number:        NA
        1100 Virginia Drive             Invoice Date:     10/12/2012
        Fort Washington, PA 19034       Invoice No.       810379
                                        Period ending:    08/31/2012


Case Management Number      LD  0R0806-301018


                                         Current Invoice
Code Task                                Hours          Fees

L110 Fact Investigation/Development       0.10    $    16.00
L120 Analysis/Strategy                    0.30    $    81.00
L190 Other Case Assessment, Develop't/Admin  0.20  $  59.00
L210 Pleadings                            0.70    $   112.00
L450 Trial and Hearing Attendance         0.40    $    64.00


                =====================================
                TOTAL FEES       1.70    $   332.00

                TOTAL FEES DUE           $   332.00
        TOTAL DISBURSEMENTS DUE          $     0.00
           TOTAL DUE THIS INVOICE        $   332.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0806-301019
Fort Washington, PA 19034

                                                          INVOICE #  810380

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301019   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update regarding matter | L190 | BG | .10 | 210.00 | 21.00 |
| 08/20/12 | Draft Notice of Bankruptcy Order | L210 | BG | .30 | 210.00 | 63.00 |
| 08/20/12 | Send Notice of Bankruptcy Order for approval | L210 | BG | .10 | 210.00 | 21.00 |
| 08/21/12 | Contact borrowers' counsel regarding potential settlement | L160 | BG | .20 | 210.00 | 42.00 |
| 08/21/12 | Evaluate probability of substantive success | L120 | BG | .10 | 210.00 | 21.00 |
| 08/21/12 | Finalize Notice of Partial Bankruptcy and Supplemental Servicing Order with exhibit(s) and prepare same for filing with the Court and for service upon all parties via federal express | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/21/12 | Review and revise notice of bankruptcy | L210 | MCG | .30 | 300.00 | 90.00 |
| 08/22/12 | Telephone conference with Court regarding stay of claims pursuant to bankruptcy filing | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/22/12 | Call  opposing counsel regarding potential settlement of claims | L160 | BG | .10 | 210.00 | 21.00 |
| 08/23/12 | Draft letter to opposing counsel regarding potential settlement of claims | L160 | BG | .10 | 210.00 | 21.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301019

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Send letter to opposing counsel regarding attempts to contact | L120 | BG | .10 | 210.00 | 21.00 |
| 08/31/12 | Conversation with Borrowers counsel about potential resolution of the case | L160 | BG | .20 | 210.00 | 42.00 |
| 08/31/12 | Draft status update regarding Amended Notice of Bankruptcy and settlement attempts | L190 | BG | .10 | 210.00 | 21.00 |

FEES                                           $474.00

08/29/12  Copy Charges                        0.00

AMOUNT DUE THIS BILL              $474.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0806-301019

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .60 | 90.00 |
| Michael C. Griffin | Partner | 300.00 | .30 | 90.00 |
| Blake Goodsell | Associate | 210.00 | 1.40 | 294.00 |
| Total | | | 2.30 | 474.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0806-301019
BILL AMOUNT          $474.00                                INVOICE #   810380

To:    ResCap                      TC Number:         NA
       1100 Virginia Drive         Invoice Date:      10/12/2012
       Fort Washington, PA 19034   Invoice No.        810380
                                   Period ending:     08/31/2012

Case Management Number      LD   0R0806-301019

                                           Current Invoice
Code Task                             Hours            Fees

L110 Fact Investigation/Development    0.60    $      90.00
L120 Analysis/Strategy                 0.20    $      42.00
L160 Settlement/Non-Binding ADR        0.60    $     126.00
L190 Other Case Assessment, Develop't/Admin  0.20  $  42.00
L210 Pleadings                         0.70    $     174.00

                          ===================================
                TOTAL FEES     2.30    $     474.00

                TOTAL FEES DUE          $     474.00
        TOTAL DISBURSEMENTS DUE         $       0.00
        TOTAL DUE THIS INVOICE          $     474.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0806-301020

INVOICE #  810381

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301020   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |

| | | |
|---|---|---|
| FEES | | $43.50 |
| AMOUNT DUE THIS BILL | | $43.50 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0806-301020

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Total | | | .30 | 43.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                                0R0806-301020
BILL AMOUNT          $43.50                                     INVOICE #  810381

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810381
                                       Period ending:      08/31/2012

Case Management Number      LD   0R0806-301020

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L190 | Other Case Assessment, Develop't/Admin | 0.30 | $    43.50 |
|  |  | ================================== | |
|  | TOTAL FEES | 0.30 | $    43.50 |
|  | TOTAL FEES DUE |  | $    43.50 |
|  | TOTAL DISBURSEMENTS DUE |  | $     0.00 |
|  | TOTAL DUE THIS INVOICE |  | $    43.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0806-301021

INVOICE #  810382

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301021  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Finalize motion for condemnation proceeds for filing | L240 | MMB | .30 | 240.00 | 72.00 |
| 08/01/12 | Draft status report to client | L190 | MMB | .20 | 240.00 | 48.00 |
| 08/06/12 | Telephone conference with M.Bridges regarding filing dismissal of appeal of amount | L210 | MMB | .30 | 240.00 | 72.00 |
| 08/09/12 | Draft and revise notice of withdrawal of notice of appeal | L210 | MMB | .50 | 240.00 | 120.00 |
| 08/10/12 | Finalize notice of withdrawal of notice of appeal for filing | L210 | MMB | .40 | 240.00 | 96.00 |
| 08/14/12 | Telephone conference with C.Mapp regarding condemnation proceedings | B110 | MMB | .40 | 240.00 | 96.00 |

FEES                                        $504.00

| | | |
|------|------|------|
| 08/01/12 | Copy Charges | 0.00 |
| 08/10/12 | Copy Charges | 0.00 |
| 08/03/12 | Postage Charges 8/1 4@7.00 Certified | 0.00 |
| 08/14/12 | Postage Charges 8/10 MMB 4@5.75 Certified | 0.00 |
| 08/01/12 | Express Mail/Fedex | 0.00 |
| 08/10/12 | Express Mail/Fedex | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0806-301021

**FED ID NO. 63-0243316**

---

AMOUNT DUE THIS BILL                    $504.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0806-301021

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melissa Burton | Associate | 240.00 | 2.10 | 504.00 |
| Total | | | 2.10 | 504.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0806-301021
BILL AMOUNT          $504.00                                   INVOICE #  810382

To:     ResCap                          TC Number:          NA
        1100 Virginia Drive             Invoice Date:       10/12/2012
        Fort Washington, PA 19034       Invoice No.         810382
                                        Period ending:      08/31/2012

Case Management Number      LD  0R0806-301021

                                        Current Invoice
Code Task                               Hours        Fees

B110 Case Administration                0.40    $      96.00
L190 Other Case Assessment, Develop't/Admin  0.20  $   48.00
L210 Pleadings                          1.20    $     288.00
L240 Dispositive Motions                0.30    $      72.00

                          ==================================
                    TOTAL FEES   2.10    $     504.00

                    TOTAL FEES DUE        $     504.00
              TOTAL DISBURSEMENTS DUE     $       0.00
                  TOTAL DUE THIS INVOICE  $     504.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-301022

INVOICE #  810383

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301022   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Analysis of applicability of Final Supplemental Order on lawsuit | L120 | JDV | .10 | 250.00 | 25.00 |
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/13/12 | Telephone calls to Judge Richards' Judicial Assistant regarding Motion to Withdraw Funds and hearing regarding same | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/14/12 | Draft proposed order granting Deutsche Bank's Motion to Withdraw Funds | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/15/12 | Review proposed order | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/15/12 | Draft correspondence to Adams and Reese regarding approval of proposed order | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/15/12 | Revise Order on Motion to Withdraw Funds | L210 | JDV | .20 | 250.00 | 50.00 |
| 08/23/12 | Review Notice of Designating Email Addresses for Plaintiff's Counsel | L250 | JDV | .10 | 250.00 | 25.00 |
| 08/28/12 | Receipt and initial review of Designation of Email Address for Plaintiff's Counsel | L110 | AHC | .20 | 155.00 | 31.00 |
| 08/30/12 | Draft Designation of Email Address for attorney review and correspondence to counsel of record regarding same | L250 | AHC | .40 | 155.00 | 62.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0806-301022

FED ID NO. 63-0243316

FEES                                      $381.50

AMOUNT DUE THIS BILL                      $381.50

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
ResCap                                                          OCTOBER 12, 2012

0R0806-301022

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 155.00 | .60 | 93.00 |
| Jamie Mathews | Paralegal | 145.00 | 1.30 | 188.50 |
| Jose D. Vega | Associate | 250.00 | .40 | 100.00 |
| Total | | | 2.30 | 381.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0806-301022
BILL AMOUNT        $381.50                                     INVOICE #   810383

To:     ResCap                          TC Number:          NA
        1100 Virginia Drive             Invoice Date:       10/12/2012
        Fort Washington, PA 19034       Invoice No.         810383
                                        Period ending:      08/31/2012

Case Management Number      LD   0R0806-301022

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| --- | --- | --- | --- |
| L110 Fact Investigation/Development | | 0.20 | $   31.00 |
| L120 Analysis/Strategy | | 0.10 | $   25.00 |
| L190 Other Case Assessment, Develop't/Admin | | 0.30 | $   43.50 |
| L210 Pleadings | | 1.20 | $  195.00 |
| L250 Other Written Motions/Submissions | | 0.50 | $   87.00 |
| | | ================================ | |
| TOTAL FEES | | 2.30 | $  381.50 |

                    TOTAL FEES DUE           $    381.50
              TOTAL DISBURSEMENTS DUE        $      0.00
                TOTAL DUE THIS INVOICE       $    381.50



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0806-301025

INVOICE #  810384

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301025   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Research eminent domain procedures and apportionment rules | L190 | BAW | 1.90 | 305.00 | 579.50 |
| 08/01/12 | Read Florida eminent domain statute | L190 | BAW | 1.30 | 305.00 | 396.50 |
| 08/01/12 | Finalize Motion to Direct Payment of Remaining Sums Secured by PMM Mortgage | L250 | BAW | 1.30 | 305.00 | 396.50 |
| 08/06/12 | Continue to work to obtain payment of funds owed by GMAC from likely eminent domain settlement | L160 | BAW | 2.70 | 305.00 | 823.50 |
| 08/06/12 | Correspond with Circuit Clerk regarding eminent domain trial | L190 | BAW | .30 | 305.00 | 91.50 |
| 08/06/12 | Receive information from J.Hanratty regarding settlement terms | L160 | BAW | .50 | 305.00 | 152.50 |
| 08/06/12 | Work to obtain GMAC payoff | L160 | BAW | .50 | 305.00 | 152.50 |
| 08/06/12 | Miscellaneous correspondence with client and counsel of record regarding finalization of eminent domain settlement and order of taking | L160 | BAW | .50 | 305.00 | 152.50 |
| 08/08/12 | Read order for payment of Orange County taxes, order of taking and Rices' motion to deny taking | L210 | BAW | 1.20 | 305.00 | 366.00 |
| 08/09/12 | Correspond with client regarding need for payoff to close out eminent domain proceeding | L190 | BAW | .30 | 305.00 | 91.50 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301025

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Continue communicating with client for final payoff and communicate with Hanratty regarding same | L190 | BAW | .20 | 305.00 | 61.00 |
| 08/10/12 | Analysis of Motion for Summary Judgment, court minutes, Order Disbursing Funds From Registry, and Motion for Final Judgment as to SunTrust Bank | L210 | JDV | .50 | 250.00 | 125.00 |
| 08/10/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/15/12 | Retrieval and initial review of additional pleadings filed in case | L110 | AHC | .80 | 155.00 | 124.00 |
| 08/15/12 | Analysis of Stipulated Final Judgment and Exhibit List | L210 | JDV | .20 | 250.00 | 50.00 |
| 08/19/12 | Read stipulated final judgment and work to confirm pay off to client | L160 | BAW | 1.20 | 305.00 | 366.00 |
| 08/23/12 | Correspond with client and J.Hanratty regarding disbursement of supplemental funds to Orange County Clerk and timeline for payoff | L190 | BAW | .30 | 305.00 | 91.50 |
| 08/28/12 | Review Motion to Tax Costs and Attorney's Fees and Notice of Taking Deposition Duces Tecum | L250 | JDV | .20 | 250.00 | 50.00 |

FEES                                          $4,113.50

08/01/12  Copy Charges                                0.00
08/01/12  Express Mail/Fedex                          0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0806-301025

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $4,113.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0806-301025

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Brian Wahl | Partner | 305.00 | 12.20 | 3,721.00 |
| Alecia H. Cockrell | Paralegal | 155.00 | .80 | 124.00 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Jose D. Vega | Associate | 250.00 | .90 | 225.00 |
| Total | | | 14.20 | 4,113.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0806-301025
BILL AMOUNT      $4,113.50                           INVOICE #  810384

To:      ResCap                    TC Number:        NA
         1100 Virginia Drive       Invoice Date:     10/12/2012
         Fort Washington, PA 19034 Invoice No.       810384
                                   Period ending:    08/31/2012

Case Management Number      LD   0R0806-301025

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.80 | $ 124.00 |
| L160 | Settlement/Non-Binding ADR | 5.40 | $ 1,647.00 |
| L190 | Other Case Assessment, Develop't/Admin | 4.60 | $ 1,355.00 |
| L210 | Pleadings | 1.90 | $ 541.00 |
| L250 | Other Written Motions/Submissions | 1.50 | $ 446.50 |

===================================================
                    TOTAL FEES    14.20   $  4,113.50

                    TOTAL FEES DUE          $  4,113.50
            TOTAL DISBURSEMENTS DUE          $      0.00
                TOTAL DUE THIS INVOICE       $  4,113.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                         0R0806-301026
Fort Washington, PA 19034

                                                            INVOICE #  810385

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301026  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report to client | L190 | MMB | .20 | 240.00 | 48.00 |
| 08/15/12 | Analysis and organization of documents received from client and update file regarding same | L140 | MST | .40 | 150.00 | 60.00 |

                              FEES                              $108.00


                              AMOUNT DUE THIS BILL              $108.00


                    ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0806-301026

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Melissa Burton | Associate | 240.00 | .20 | 48.00 |
| Total | | | .60 | 108.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0806-301026

BILL AMOUNT          $108.00

INVOICE #  810385

To:    ResCap                          TC Number:          NA
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810385
                                       Period ending:      08/31/2012

Case Management Number      LD   0R0806-301026

|  |  | Current Invoice | |
|  |  | Hours | Fees |
| Code | Task |  |  |
| L140 | Document/File Management | 0.40 | $    60.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $    48.00 |

|  |  | ============================ | |
|  | TOTAL FEES | 0.60 | $   108.00 |

|  |  |
|---|---|
| TOTAL FEES DUE | $   108.00 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $   108.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0806-301027

INVOICE #   810386

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301027   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Draft status report to client | L120 | RK | .10 | 205.00 | 20.50 |

FEES                                          $20.50

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/01/12 | Copy Charges | 0.00 |
| 08/01/12 | Copy Charges | 0.00 |
| 08/23/12 | Court Costs - Pleadings - WEST GROUP EE COURT FEES | 522.63 |
| | Bank ID: GENR Check Number: 98153 | |
| 08/23/12 | Court Costs - Pleadings - WEST GROUP EE COURT FEES | 322.77 |
| | Bank ID: GENR Check Number: 98153 | |

COSTS                                         $845.40

AMOUNT DUE THIS BILL                          $865.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301027

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 205.00 | .10 | 20.50 |
| Total | | | .10 | 20.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                            OCTOBER 12, 2012
                                                  0R0806-301027
BILL AMOUNT        $865.90                         INVOICE #  810386

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810386
                                   Period ending:    08/31/2012

Case Management Number      LD   0R0806-301027

                                        Current Invoice
Code Task                          Hours              Fees

L120 Analysis/Strategy             0.10      $       20.50

                          =====================================
                TOTAL FEES         0.10      $       20.50

                     TOTAL FEES DUE          $       20.50
              TOTAL DISBURSEMENTS DUE        $      845.40
              TOTAL DUE THIS INVOICE         $      865.90



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0806-301028
Fort Washington, PA 19034

                                                         INVOICE #  810387

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301028   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update Bankruptcy Review spreadsheet regarding status and nature of case. | L140 | MST | .20 | 150.00 | 30.00 |
| 08/16/12 | Update Bankruptcy Review Spreadsheet with bucket information and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |

                              FEES                              $60.00

### DESCRIPTION OF DISBURSEMENTS

08/27/12 Miscellaneous Expense - BRADLEY ARANT BOULT            8.00
         CUMMINGS LLP MWARD/DSCURLOCK- GSCCCA -
         7/21/2012
         Bank ID: PCARD Check Number: A21

                              COSTS                             $8.00

                      AMOUNT DUE THIS BILL                     $68.00

               ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301028

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Total | | | .40 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0806-301028
BILL AMOUNT          $68.00                                 INVOICE #  810387

To:     ResCap                          TC Number:          NA
        1100 Virginia Drive             Invoice Date:       10/12/2012
        Fort Washington, PA 19034        Invoice No.         810387
                                        Period ending:      08/31/2012

Case Management Number      LD   0R0806-301028

|                                 | Current Invoice | |
| Code Task                       | Hours | Fees |
| L140 Document/File Management    | 0.40  | $   60.00 |
| ============================================ | | |
| TOTAL FEES                       | 0.40  | $   60.00 |

                        TOTAL FEES DUE              $    60.00
                TOTAL DISBURSEMENTS DUE             $     8.00
                TOTAL DUE THIS INVOICE              $    68.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0806-301030

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 225.00 | .10 | 22.50 |
| Total | | | .10 | 22.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0806-301030
BILL AMOUNT          $22.50                                    INVOICE #  810388

To:    ResCap                          TC Number:        NA
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810388
                                       Period ending:    09/30/2012

Case Management Number    LD  0R0806-301030

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $  22.50 |
|  |  | ================================ | |
|  | TOTAL FEES | 0.10 | $  22.50 |

                    TOTAL FEES DUE          $    22.50
              TOTAL DISBURSEMENTS DUE       $     0.00
              TOTAL DUE THIS INVOICE        $    22.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-301031

INVOICE #  810389

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301031  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status to client | B110 | CSM | .10 | 295.00 | 29.50 |

|  | FEES |  |  |  |  | $29.50 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $29.50 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0806-301031

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 295.00 | .10 | 29.50 |
| Total | | | .10 | 29.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0806-301031
BILL AMOUNT          $29.50                                  INVOICE #  810389

To:     ResCap                          TC Number:            NA
        1100 Virginia Drive             Invoice Date:         10/12/2012
        Fort Washington, PA 19034       Invoice No.           810389
                                        Period ending:        08/31/2012

Case Management Number      LD  0R0806-301031

|  |  | Current Invoice | |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| B110 Case Administration |  | 0.10 | $ 29.50 |
| ================================ | | | |
| TOTAL FEES |  | 0.10 | $ 29.50 |

TOTAL FEES DUE              $   29.50
TOTAL DISBURSEMENTS DUE     $    0.00
TOTAL DUE THIS INVOICE      $   29.50



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-301032

INVOICE #  810390

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301032  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare status update regarding no action to be taken | L120 | KSA | .10 | 225.00 | 22.50 |
| 08/02/12 | Update Bankruptcy Review spreadsheet regarding status and nature of case. | L140 | MST | .20 | 150.00 | 30.00 |
| 08/16/12 | Update Bankruptcy Review Spreadsheet with bucket information and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |

FEES $82.50

AMOUNT DUE THIS BILL $82.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0806-301032

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Keith S. Anderson | Associate | 225.00 | .10 | 22.50 |
| Total | | | .50 | 82.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0806-301032
BILL AMOUNT          $82.50                                 INVOICE #  810390

To:     ResCap                          TC Number:         NA
        1100 Virginia Drive             Invoice Date:      10/12/2012
        Fort Washington, PA 19034       Invoice No.        810390
                                        Period ending:     08/31/2012

Case Management Number      LD  0R0806-301032

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.10 | $  22.50 |
| L140 | Document/File Management | 0.40 | $  60.00 |
| | TOTAL FEES | 0.50 | $  82.50 |

|  |  |
|---|---|
| TOTAL FEES DUE | $  82.50 |
| TOTAL DISBURSEMENTS DUE | $  0.00 |
| TOTAL DUE THIS INVOICE | $  82.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012·
0R0806-301033

INVOICE #  810391

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301033   TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/08/12 | Provided status update to client | L120 | JHP | .10 | 255.00 | 25.50 |
| 08/08/12 | Determine need to file Notice of Bankruptcy in lieu of or in addition to General denial | L120 | BG | .10 | 210.00 | 21.00 |
| 08/08/12 | Draft Notice of Bankruptcy Order | L210 | BG | .60 | 210.00 | 126.00 |
| 08/08/12 | Request approval for Notice of Bankruptcy Order | L210 | BG | .20 | 210.00 | 42.00 |
| 08/09/12 | Analysis and review of file and draft Notice of Appearance | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/10/12 | Client communications regarding filed notice of bankruptcy with attachments | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/10/12 | Finalize Answer and Affirmative Defenses and prepare same for court filing and for service upon all parties | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/10/12 | Revise notice of bankruptcy / reflect different provisions for stay relief for lien disputes | L210 | BG | .40 | 210.00 | 84.00 |
| 08/10/12 | Draft Answer and Affirmative Defenses and file | L210 | BG | .90 | 210.00 | 189.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0806-301033

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Receipt / review of answer of borrowers | L120 | BG | .10 | 210.00 | 21.00 |
| 08/15/12 | Review and revise notice of bankruptcy | L110 | CWH | .10 | 315.00 | 31.50 |
| 08/16/12 | E-mail to and from client regarding bankruptcy approval and further finalize amended filing and servicing order and prepare for Court filing and for service upon parties | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/16/12 | Telephone conference with Madison County Court regarding bankruptcy filing and Judge's requirements | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/21/12 | Reviewed order from court setting status conference on September 14 | L230 | JHP | .10 | 255.00 | 25.50 |
| 08/23/12 | Receive and review as well as Assimilation and compilation of Order pertain to status conference and calendar all responsive information | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/27/12 | Analysis of file to determine status of bankruptcy stay and draft Amended Bankruptcy Filing and Supplemental Servicing Order with exhibit(s) | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/31/12 | Draft status update regarding upcoming hearing and Amended Notice of Bankruptcy | L190 | BG | .10 | 210.00 | 21.00 |

FEES                                                     $1,006.50



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0806-301033

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL              $1,006.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      4
OCTOBER 12, 2012

0R0806-301033

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 315.00 | .10 | 31.50 |
| Allison Burke | Paralegal | 150.00 | 2.80 | 420.00 |
| Jon H. Patterson | Associate | 255.00 | .20 | 51.00 |
| Blake Goodsell | Associate | 210.00 | 2.40 | 504.00 |
| Total | | | 5.50 | 1,006.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
                                                      0R0806-301033
BILL AMOUNT        $1,006.50                          INVOICE #  810391

To:    ResCap                      TC Number:        NA
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810391
                                   Period ending:    08/31/2012

Case Management Number      LD  0R0806-301033

|            |                                      | Current Invoice | |
| Code | Task                                       | Hours | Fees |
|------|--------------------------------------------|-------|------|
| L110 | Fact Investigation/Development             | 2.90  | $   451.50 |
| L120 | Analysis/Strategy                          | 0.30  | $    67.50 |
| L190 | Other Case Assessment, Develop't/Admin     | 0.10  | $    21.00 |
| L210 | Pleadings                                  | 2.10  | $   441.00 |
| L230 | Court Mandated Conferences                 | 0.10  | $    25.50 |

```
                            =================================
              TOTAL FEES     5.50    $  1,006.50

               TOTAL FEES DUE          $  1,006.50
       TOTAL DISBURSEMENTS DUE         $      0.00
       TOTAL DUE THIS INVOICE          $  1,006.50
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0806-301034

INVOICE #  810392

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301034  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update Bankruptcy Review spreadsheet regarding status and nature of case. | L140 | MST | .20 | 150.00 | 30.00 |
| 08/16/12 | Update Bankruptcy Review Spreadsheet with bucket information and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |

FEES                                      $60.00

AMOUNT DUE THIS BILL                      $60.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0806-301034

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Total | | | .40 | 60.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0806-301034
BILL AMOUNT          $60.00                               INVOICE #  810392

To:    ResCap                        TC Number:          NA
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810392
                                     Period ending:      08/31/2012

Case Management Number      LD  0R0806-301034

                                          Current Invoice
Code Task                              Hours          Fees

L140 Document/File Management           0.40     $    60.00

                            ====================================
                    TOTAL FEES          0.40     $    60.00

                    TOTAL FEES DUE                $    60.00
          TOTAL DISBURSEMENTS DUE                 $     0.00
          TOTAL DUE THIS INVOICE                  $    60.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0806-301035
Fort Washington, PA 19034

                                                           INVOICE #  810393

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0806-301035  TC Number: NA

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Email to client to discuss strategy development, initial file review, and to acknowledge new NC matter | C300 | JJE | .20 | 210.00 | 42.00 |
| 08/30/12 | Research and review Cumberland County, North Carolina official records, client correspondence, and appraisal and draft chronology of events and begin ILAB to determine status of new matter | L110 | KK | 3.20 | 100.00 | 320.00 |

                                   FEES                              $362.00

                         AMOUNT DUE THIS BILL                        $362.00

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0806-301035

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 210.00 | .20 | 42.00 |
| Kerry Keane | Paralegal | 100.00 | 3.20 | 320.00 |
| Total | | | 3.40 | 362.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0806-301035

BILL AMOUNT          $362.00

INVOICE #   810393

To:    ResCap                          TC Number:         NA
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810393
                                       Period ending:     08/31/2012

Case Management Number      LD   0R0806-301035

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| C300 Analysis and Advice | | 0.20 | $   42.00 |
| L110 Fact Investigation/Development | | 3.20 | $  320.00 |
| | TOTAL FEES | 3.40 | $  362.00 |

TOTAL FEES DUE               $   362.00
TOTAL DISBURSEMENTS DUE      $     0.00
TOTAL DUE THIS INVOICE       $   362.00



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0807-301001

INVOICE #  810417

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0807-301001  TC Number: 717481

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Emails with foreclosure counsel regarding Fidelity claim | L190 | HEA | .30 | 266.00 | 79.80 |
| 08/01/12 | Review revised payoff and draft and send email to Embrace and possible settlement with Fidelity | L160 | HEA | .70 | 266.00 | 186.20 |
| 08/01/12 | Analyze various documents provided by client in order to determine the nature of the title issue and potential curative options | L120 | LG | 1.50 | 185.00 | 277.50 |
| 08/01/12 | Communications concerning the nature of the title issues and a preliminary analysis of potential title issues | L120 | LG | .40 | 185.00 | 74.00 |
| 08/02/12 | Communications concerning court pleadings requested by local counsel in Rhode Island | L120 | LG | .30 | 185.00 | 55.50 |
| 08/02/12 | Emails with Embrace regarding settlement with Fidelity | L160 | HEA | .30 | 266.00 | 79.80 |
| 08/02/12 | Draft and send email to client regarding settlement | L160 | HEA | .20 | 266.00 | 53.20 |
| 08/02/12 | Review release proposed by Fidelity and make edits | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 08/02/12 | Additional emails with Embrace regarding new version of payoff and changes including emails with client | L160 | HEA | .80 | 266.00 | 212.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Correspondence to Fidelity regarding recorded QCD | L190 | HEA | .30 | 266.00 | 79.80 |
| 08/02/12 | Daft and send email to client regarding curative items | L190 | HEA | .20 | 266.00 | 53.20 |
| 08/02/12 | Draft and send email to clientregarding execution of settlement agreement | L160 | HEA | .30 | 266.00 | 79.80 |
| 08/03/12 | Emails with Embrace regarding  increase on payoff | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 08/03/12 | Email to client regarding Embrace issues and change in payoff figures | L190 | HEA | .50 | 266.00 | 133.00 |
| 08/03/12 | Review release and make edit to reference regarding lawsuit | L160 | HEA | .50 | 266.00 | 133.00 |
| 08/03/12 | Rreview payoff and send to retained counsel for settlement considerations | L160 | HEA | .50 | 266.00 | 133.00 |
| 08/06/12 | Review multiple payoffs received and compare for purposes of providing to Embrace | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 08/07/12 | Telephone call with Embrace regarding final payoff | L160 | HEA | .30 | 266.00 | 79.80 |
| 08/07/12 | Final review of curative documents and correspondence with retained counsel and title company regarding finalizing settlement | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 08/07/12 | Review draft demand letter to be sent to Fidelity | L160 | HEA | .50 | 266.00 | 133.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       3
OCTOBER 12, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Communications with retained counsel concerning the status of his curative efforts | L120 | LG | .20 | 185.00 | 37.00 |
| 08/07/12 | Communications with foreclosure counsel discussing the status of the foreclosure and the impact of certain documents on client's curative options | L120 | LG | .30 | 185.00 | 55.50 |
| 08/07/12 | Analyze available documents including the title policy, title commitment, and certain foreclosure documents in order to assess client's potential curative options including a demand for payment by the title insurer | L120 | LG | .80 | 185.00 | 148.00 |
| 08/07/12 | Analyze available documents including the title policy, coverage correspondence, title commitment, and applicable law in order to determine whether client should file a title claim related to the subject property | L120 | LG | 1.70 | 185.00 | 314.50 |
| 08/07/12 | Communications with Fidelity in order to determine on what date Fidelity received notice of client's pending title claim | L120 | LG | .40 | 185.00 | 74.00 |
| 08/07/12 | Draft letter to Fidelity demanding that it provide certain documents to client | L120 | LG | 2.30 | 185.00 | 425.50 |
| 08/07/12 | Analyze applicable law in order to determine whether client provided timely notice as required by the title insurance policy and whether any failure to provide such notice prejudiced fidelity | L120 | LG | 1.30 | 185.00 | 240.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

OR0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Communications with foreclosure counsel concerning the impact of an unsigned subordination agreement on client's curative options | L120 | LG | .20 | 185.00 | 37.00 |
| 08/08/12 | Prepare for and participate in weekly Title Claims Project call with client | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 08/09/12 | Emails and telephone calls with Embrace and client regarding payoff information | L190 | HEA | .50 | 266.00 | 133.00 |
| 08/10/12 | Final review of payoff and emails to Embrace and client regarding same | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 08/10/12 | First review of resumes for potential arbitrators to hear dispute and consider strikes | L160 | HEA | 2.00 | 266.00 | 532.00 |
| 08/14/12 | Emails with Fidelity and Embrace regarding finalizing the settlement | L160 | HEA | .30 | 266.00 | 79.80 |
| 08/14/12 | Final review and revision to release proposed by Fidelity and send email to client at client regarding same | L160 | HEA | .70 | 266.00 | 186.20 |
| 08/14/12 | Review and consider standing issues raised by Fidelity in answer | L210 | HEA | .50 | 266.00 | 133.00 |
| 08/15/12 | Prepare for weekly call and review status of all Priority 1 and Priority 2 matters | L190 | HEA | 1.50 | 266.00 | 399.00 |
| 08/15/12 | Emails with client regarding motion to be filed in excess funds proceeding | L210 | HEA | .30 | 266.00 | 79.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
OCTOBER 12, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Review assignments provided by Fidelity as part of arbitration in advance of call with foreclosure counsel | L160 | HEA | .50 | 266.00 | 133.00 |
| 08/15/12 | Telephone call with foreclosure counsel regarding response to be filed in the excess funds proceeding | L160 | HEA | .50 | 266.00 | 133.00 |
| 08/15/12 | Analyze status of various claims in preparation for weekly title insurance call | L120 | LG | .50 | 185.00 | 92.50 |
| 08/15/12 | Analyze status of claim in order to obtain additional information about the title insurer's failure to provide a prompt coverage decision | L120 | LG | .50 | 185.00 | 92.50 |
| 08/15/12 | Communications concerning the status of retained counsel's curative efforts for a pending title claim | L120 | LG | .20 | 185.00 | 37.00 |
| 08/15/12 | Draft email attempting to obtain information from retained counsel about his curative efforts with regards to a pending title claim | L120 | LG | .20 | 185.00 | 37.00 |
| 08/17/12 | Draft and send cover letters with settlement agreement and checks on title insurance matter with Fidelity | L160 | HEA | .50 | 266.00 | 133.00 |
| 08/17/12 | Review issues surrounding adversary proceeding in Chapter 7 related to lien on property in Arkansas | L190 | HEA | 1.50 | 266.00 | 399.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
OCTOBER 12, 2012

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Participate in conference call with counsel and client regarding next steps for insurance coverage with title insurance company | L190 | HEA | .50 | 266.00 | 133.00 |
| 08/23/12 | Emails with client and retained counsel regarding settlement negotiations | L160 | HEA | .50 | 266.00 | 133.00 |
| 08/23/12 | Review claim from Eagle Plus program and consider post claim underwriting issues | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 08/24/12 | Final review of list of potential arbitrators and send strike list to AAA | L190 | HEA | 2.00 | 266.00 | 532.00 |
| 08/24/12 | Emails with client and retained counsel regarding status of challenge to foreclosure and settlement with borrower and title company | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 08/24/12 | Analyze documents related to potential title claim in order to assess the strength of such a claim including recorded chain of title documents pulled from the county recorder's website | L120 | LG | 2.20 | 185.00 | 407.00 |
| 08/27/12 | Call with retained counsel concerning the extent of retained counsel's curative efforts | L120 | LG | .30 | 185.00 | 55.50 |
| 08/27/12 | Call with insurer concerning the current status of the claim and the extent of insurer's curative efforts | L120 | LG | .30 | 185.00 | 55.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     7
OCTOBER 12, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Draft email summarizing contact with retained counsel and insurer and analyzing the merits of a potential claim against insurer | L120 | LG | .70 | 185.00 | 129.50 |
| 08/27/12 | Analysis of the underlying defects, the likelihood of curing those defects, and the insurer's delay | L120 | LG | .70 | 185.00 | 129.50 |
| 08/28/12 | Draft and send email to client group regarding weekly calls and status of matters | L190 | HEA | .30 | 266.00 | 79.80 |
| 08/28/12 | Draft and send email to Fidelity regarding settlement | L160 | HEA | .30 | 266.00 | 79.80 |
| 08/28/12 | Review and consider issues regarding of coverage from Fidelity | L190 | HEA | 1.00 | 266.00 | 266.00 |
| 08/28/12 | Draft and send letter to coverage counsel regarding status of curative work and prior settlement agreement | L160 | HEA | 1.00 | 266.00 | 266.00 |
| 08/31/12 | Analyze communications from client concerning status of lien and potential recovery options | L120 | LG | .20 | 185.00 | 37.00 |
| 08/31/12 | Analysis of local property records in order to determine the status of client's lien and assess the validity of potential recovery options | L120 | LG | .30 | 185.00 | 55.50 |

FEES                                    $10,528.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     8
OCTOBER 12, 2012

0R0807-301001

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| 01  | Copy Charges        | 0.00       |
|-----|---------------------|------------|
| 35  | Express Mail/Fedex  | 0.00       |
| 70S | Ready Conference    | 2.89       |

| COSTS | $2.89 |

| AMOUNT DUE THIS BILL | $10,531.19 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE        9
OCTOBER 12, 2012

ResCap

0R0807-301001

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 28.80 | 7,660.80 |
| Lee Gilley | Associate | 185.00 | 15.50 | 2,867.50 |
| Total | | | 44.30 | 10,528.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT      $10,531.19

OCTOBER 12, 2012
0R0807-301001
INVOICE #  810417

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

| TC Number: | 717481 |
| Invoice Date: | 10/12/2012 |
| Invoice No. | 810417 |
| Period ending: | 08/31/2012 |

Case Management Number      LD  0R0807-301001

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L120 | Analysis/Strategy | 15.50 | $ 2,867.50 |
| L160 | Settlement/Non-Binding ADR | 13.40 | $ 3,564.40 |
| L190 | Other Case Assessment, Develop't/Admin | 14.60 | $ 3,883.60 |
| L210 | Pleadings | 0.80 | $   212.80 |
| | | ================================= | |
| | TOTAL FEES | 44.30 | $ 10,528.30 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ 10,528.30 |
| TOTAL DISBURSEMENTS DUE | $     2.89 |
| TOTAL DUE THIS INVOICE | $ 10,531.19 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-104171
Fort Washington, PA 19034

                                                          INVOICE #  810395

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-104171  TC Number: 691867

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft memorandum regarding final disposition of file for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/02/12 | Correspondence to client regarding final disposition of file | L190 | AHC | .10 | 145.00 | 14.50 |

                           FEES                           $43.50


                           AMOUNT DUE THIS BILL           $43.50


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-104171

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Total | | | .30 | 43.50 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $43.50

OCTOBER 12, 2012
0R0808-104171
INVOICE #  810395

To:    ResCap                          TC Number:        691867
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810395
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0808-104171

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L190 Other Case Assessment, Develop't/Admin | 0.30 | $ | 43.50 |
| ============================================ | | | |
| TOTAL FEES | 0.30 | $ | 43.50 |
| TOTAL FEES DUE | | $ | 43.50 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 43.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-104980

INVOICE #  810396

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-104980   TC Number: 698077

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Draft amended notice of bankruptcy filing and supplemental servicing order | L210 | LADA | .60 | 65.00 | 39.00 |
| | FEES | | | | | $39.00 |
| 01 | Copy Charges | | | | 0.00 | |
| | AMOUNT DUE THIS BILL | | | | | $39.00 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-104980

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lucinda Kish | Paralegal | 65.00 | .60 | 39.00 |
| Total | | | .60 | 39.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0808-104980
BILL AMOUNT          $39.00                                  INVOICE #  810396

To:    ResCap                        TC Number:        698077
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810396
                                     Period ending:    08/31/2012

Case Management Number      LD  0R0808-104980

|            |                              | Current Invoice |          |
|------------|------------------------------|-----------------|----------|
| Code Task  |                              | Hours           | Fees     |
| L210 Pleadings |                          | 0.60            | $   39.00 |
|            | TOTAL FEES                   | 0.60            | $   39.00 |

                         TOTAL FEES DUE            $    39.00
                    TOTAL DISBURSEMENTS DUE        $     0.00
                    TOTAL DUE THIS INVOICE         $    39.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-105192
Fort Washington, PA 19034

                                                               INVOICE #  810397

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-105192  TC Number: 694816

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update regarding the bankruptcy stay and negotiating a nominal settlement amount | L190 | BG | .10 | 190.00 | 19.00 |
| 08/01/12 | Correspondence with local counsel regarding settlement negotiation | L160 | BG | .10 | 190.00 | 19.00 |
| 08/16/12 | Receipt / review of settlement demand | L160 | BG | .10 | 190.00 | 19.00 |
| 08/16/12 | Send settlement demand to client | L160 | BG | .10 | 190.00 | 19.00 |
| 08/16/12 | Discussion with client regarding settlement demand and effect of bankruptcy stay | L160 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Correspondence with local counsel about settlement authority | L160 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Evaluate need and status of supplemental bankruptcy filing | L120 | BG | .10 | 190.00 | 19.00 |
| 08/27/12 | Revise Amended Notice of Bankruptcy | L210 | BG | .10 | 190.00 | 19.00 |
| 08/27/12 | File Amended Notice of Bankruptcy | L210 | BG | .10 | 190.00 | 19.00 |
| 08/27/12 | Analysis of file to determine status of bankruptcy stay and draft Amended Bankruptcy Filing and Supplemental Servicing Order with exhibit(s) | L110 | ABB | .60 | 150.00 | 90.00 |
| 08/31/12 | Draft status update regarding Amended Notice of Bankruptcy | L190 | BG | .10 | 190.00 | 19.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-105192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Request stamped copy of Amended Notice of Bankruptcy | L120 | BG | .10 | 190.00 | 19.00 |

|  |  |
|--|--|
| FEES | $299.00 |

### DESCRIPTION OF DISBURSEMENTS

| 61 | Local Counsel Fees | 156.00 |
|----|--------------------|--------|
|    | COSTS | $156.00 |
|    | AMOUNT DUE THIS BILL | $455.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

                                                      PAGE     3
ResCap                                                OCTOBER 12, 2012

                                                      0R0808-105192

                                                      FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | .60 | 90.00 |
| Blake Goodsell | Associate | 190.00 | 1.10 | 209.00 |
| Total | | | 1.70 | 299.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OCTOBER 12, 2012
0R0808-105192

BILL AMOUNT          $455.00

INVOICE #  810397

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:       694816
Invoice Date:    10/12/2012
Invoice No.      810397
Period ending:   08/31/2012

Case Management Number      LD   0R0808-105192

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.60 | $ 90.00 |
| L120 | Analysis/Strategy | 0.20 | $ 38.00 |
| L160 | Settlement/Non-Binding ADR | 0.50 | $ 95.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 38.00 |
| L210 | Pleadings | 0.20 | $ 38.00 |

```
                          ===============================
              TOTAL FEES      1.70      $    299.00

                    TOTAL FEES DUE       $    299.00
            TOTAL DISBURSEMENTS DUE      $    156.00
            TOTAL DUE THIS INVOICE       $    455.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-108064
Fort Washington, PA 19034

                                                               INVOICE #  810398

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-108064   TC Number: 696974

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Draft monthly status report stating that this matter continues to be stayed | | ATT | .20 | 228.00 | 45.60 |

                              FEES                                    $45.60


                              AMOUNT DUE THIS BILL                    $45.60

                     ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-108064

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Ann T. Taylor | Associate | 228.00 | .20 | 45.60 |
| Total | | | .20 | 45.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-108064
BILL AMOUNT          $45.60                                    INVOICE #  810398

To:    ResCap                          TC Number:           696974
       1100 Virginia Drive             Invoice Date:        10/12/2012
       Fort Washington, PA 19034       Invoice No.          810398
                                       Period ending:       08/31/2012

Case Management Number     LD   0R0808-108064

                                              Current Invoice
Code Task                            Hours              Fees

                                      0.20      $      45.60

                             ===================================
                   TOTAL FEES         0.20      $      45.60

                   TOTAL FEES DUE               $      45.60
          TOTAL DISBURSEMENTS DUE               $       0.00
            TOTAL DUE THIS INVOICE              $      45.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-108317
Fort Washington, PA 19034

                                                INVOICE #  810399

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-108317  TC Number: 696873

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Email to client regarding status of case, effect of bankruptcy, proposed course of action | C300 | EAF | .40 | 358.00 | 143.20 |
| 08/09/12 | Review issue relating to bankruptcy effect on appeal | L120 | EAF | .30 | 358.00 | 107.40 |
| 08/10/12 | Review and analyze various claims on appeal to parse same for notice of bankruptcy | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/10/12 | Prepare Notice of Bankruptcy and Limited Suggestion of Automatic Stay and email to client regarding same and strategy regarding foreclosure proceeding | L210 | EAF | .80 | 358.00 | 286.40 |
| 08/13/12 | Email with client regarding amended complaint filed by Walls | C400 | EAF | .20 | 358.00 | 71.60 |
| 08/14/12 | Prepare letter to opposing counsel regarding bankruptcy and effect on case | L240B | EAF | .40 | 358.00 | 143.20 |
| 08/15/12 | Email to client regarding letter to counsel and filing of notice relating to GMAC bankruptcy | L120 | EAF | .20 | 358.00 | 71.60 |
| 08/17/12 | Email to client regarding file-stamped copy of Notice of Bankruptcy | C400 | EAF | .10 | 358.00 | 35.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-108317

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Review decision from Court of Appeals denying petition for writ of certiorari | L520 | EAF | .20 | 358.00 | 71.60 |
| 08/27/12 | Email to client regarding court's denied of certiorari petition | C300 | EAF | .10 | 358.00 | 35.80 |

FEES                    $1,061.60

AMOUNT DUE THIS BILL            $1,061.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-108317

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 2.70 | 966.60 |
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | 3.10 | 1,061.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         OCTOBER 12, 2012
                                                              0R0808-108317
BILL AMOUNT        $1,061.60                                  INVOICE #  810399

To:    ResCap                         TC Number:          696873
       1100 Virginia Drive            Invoice Date:       10/12/2012
       Fort Washington, PA 19034      Invoice No.         810399
                                      Period ending:      08/31/2012

Case Management Number     LD   0R0808-108317

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.50 | $ 179.00 |
| C400 | Third Party Communication | 0.30 | $ 107.40 |
| L120 | Analysis/Strategy | 0.50 | $ 179.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 29.00 |
| L210 | Pleadings | 1.00 | $ 352.40 |
| L240B | All Other | 0.40 | $ 143.20 |
| L520 | Appellate Briefs | 0.20 | $ 71.60 |

```
           ==================================
           TOTAL FEES      3.10   $  1,061.60

                    TOTAL FEES DUE        $  1,061.60
              TOTAL DISBURSEMENTS DUE     $      0.00
                 TOTAL DUE THIS INVOICE   $  1,061.60
```



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-109205
Fort Washington, PA 19034

                                                    INVOICE #  810400

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-109205  TC Number: 705942

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Respond to emails from GMAC regarding borrower status | L110 | TRL | .20 | 293.00 | 58.60 |
| 08/07/12 | Analyze whether second deed of trust holder can redeem property to moot appeal | L110 | TRL | .30 | 293.00 | 87.90 |
| 08/07/12 | Review pros/cons of Cadle company preliminary proposal and congerences with H.Blatt regarding same | B110 | EHI | .40 | 450.00 | 180.00 |
| 08/07/12 | Review documents forwarded by H.Blatt and compare key dates to chronology of events described in Appellee's brief | B110 | EHI | .70 | 450.00 | 315.00 |
| 08/07/12 | Telephone call from H.Blatt and draft communication to H.Blatt | B110 | EHI | .40 | 450.00 | 180.00 |
| 08/08/12 | Telephone call and emails with H. Blatt | B110 | EHI | .30 | 450.00 | 135.00 |
| 08/08/12 | Review record extract information to respond | B110 | EHI | .20 | 450.00 | 90.00 |
| 08/08/12 | Draft communication to H.Blatt | B110 | EHI | .10 | 450.00 | 45.00 |
| 08/08/12 | Analyze ability of second deed of trust holder to redeem property | L110 | TRL | .30 | 293.00 | 87.90 |

FEES                                                $1,179.40



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-109205

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,179.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-109205

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emil Hirsch | Partner | 450.00 | 2.10 | 945.00 |
| Thomas Ryan Lynch | Associate | 293.00 | .80 | 234.40 |
| Total | | | 2.90 | 1,179.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                OCTOBER 12, 2012
                                                                      0R0808-109205
BILL AMOUNT          $1,179.40                                        INVOICE #  810400

To:    ResCap                              TC Number:          705942
       1100 Virginia Drive                 Invoice Date:       10/12/2012
       Fort Washington, PA 19034           Invoice No.         810400
                                           Period ending:      08/31/2012

Case Management Number      LD  0R0808-109205

                                          Current Invoice
Code Task                             Hours           Fees

B110 Case Administration               2.10     $    945.00
L110 Fact Investigation/Development    0.80     $    234.40

                          ====================================
                TOTAL FEES      2.90     $  1,179.40

                TOTAL FEES DUE             $  1,179.40
       TOTAL DISBURSEMENTS DUE             $      0.00
          TOTAL DUE THIS INVOICE           $  1,179.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-109948
Fort Washington, PA 19034

                                                          INVOICE #  810401

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-109948  TC Number: 682615

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |

                              FEES                              $69.00

                         AMOUNT DUE THIS BILL                   $69.00

                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-109948

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-109948
BILL AMOUNT          $69.00                               INVOICE #  810401

To:    ResCap                      TC Number:        682615
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810401
                                   Period ending:    08/31/2012

Case Management Number      LD    0R0808-109948

|  |  | Current Invoice |  |
|---|---|---|---|
| Code Task |  | Hours | Fees |
| L120 Analysis/Strategy |  | 0.20 | $   69.00 |
|  |  | ============================== |  |
| TOTAL FEES |  | 0.20 | $   69.00 |
|  | TOTAL FEES DUE |  | $   69.00 |
|  | TOTAL DISBURSEMENTS DUE |  | $    0.00 |
|  | TOTAL DUE THIS INVOICE |  | $   69.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-109965

INVOICE #  810402

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-109965  TC Number: 682614

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                          $69.00

AMOUNT DUE THIS BILL          $69.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0808-109965

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-109965
BILL AMOUNT          $69.00                     INVOICE #  810402

---

To:    ResCap                  TC Number:        682614
       1100 Virginia Drive     Invoice Date:     10/12/2012
       Fort Washington, PA 19034  Invoice No.     810402
                                Period ending:    08/31/2012

Case Management Number    LD  0R0808-109965

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.20 | $ 69.00 |
| ================================== | | |
| TOTAL FEES | 0.20 | $ 69.00 |
| | | |
| TOTAL FEES DUE | | $ 69.00 |
| TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| TOTAL DUE THIS INVOICE | | $ 69.00 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301001

INVOICE #  810403

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301001  TC Number: 710503

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Evaluate need to supplement appeals record | L120 | BG | .10 | 190.00 | 19.00 |
| 08/06/12 | Multiple telephone calls to the 24th judicial circuit, the appeals department and the 5th circuit court of appeals to determine the status of the motion for appeal, fee payment and brief deadlines. | L110 | MPE | .70 | 149.00 | 104.30 |
| 08/06/12 | Receipt of order granting suspensive appeal | L210 | BG | .10 | 190.00 | 19.00 |
| 08/10/12 | Research local rules for appellate court, specifically regarding calculation of filing time and required method of submittal to court | L190 | LADA | .50 | 65.00 | 32.50 |
| 08/10/12 | Receipt / review of appeals record | L120 | BG | .10 | 190.00 | 19.00 |
| 08/10/12 | Review and analyze appellate notices and orders issued from district court regarding same | L210 | ASI | .50 | 249.00 | 124.50 |
| 08/15/12 | Telephone conference with Court regarding borrower's recent filing and effect of status of case | L210 | LADA | .50 | 65.00 | 32.50 |
| 08/20/12 | Telephone conference with Clerk regarding recent filing by opposing counsel | L240B | LADA | .40 | 65.00 | 26.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301001

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/23/12 | Receipt and review of communication from opposing counsel regarding recent facsimile | L190 | LADA | .20 | 65.00 | 13.00 |
| 08/23/12 | Correspondence to opposing counsel regarding request related to recent facsimile | L190 | LADA | .30 | 65.00 | 19.50 |

FEES                                    $409.30

AMOUNT DUE THIS BILL            $409.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301001

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | .50 | 124.50 |
| Blake Goodsell | Associate | 190.00 | .30 | 57.00 |
| Lucinda Kish | Paralegal | 65.00 | 1.90 | 123.50 |
| Melisa P. Palmer | Paralegal | 149.00 | .70 | 104.30 |
| Total | | | 3.40 | 409.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301001
BILL AMOUNT          $409.30                              INVOICE #  810403

To:    ResCap                          TC Number:          710503
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810403
                                       Period ending:      08/31/2012

Case Management Number     LD   0R0808-301001

                                            Current Invoice
Code Task                              Hours          Fees

L110 Fact Investigation/Development      0.70     $    104.30
L120 Analysis/Strategy                   0.20     $     38.00
L190 Other Case Assessment, Develop't/Admin  1.00 $     65.00
L210 Pleadings                           1.10     $    176.00
L240BAll Other                           0.40     $     26.00

                        ===================================
                 TOTAL FEES            3.40     $    409.30

                   TOTAL FEES DUE               $    409.30
            TOTAL DISBURSEMENTS DUE             $      0.00
              TOTAL DUE THIS INVOICE            $    409.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301003
Fort Washington, PA 19034

                                                               INVOICE #  810404

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301003  TC Number: 713139

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update for client | L190 | JDV | .10 | 219.00 | 21.90 |
| 08/09/12 | Correspondence to client regarding Suggestion of Bankruptcy and Order staying case and court-required status reports | L250 | AHC | .20 | 145.00 | 29.00 |
| 08/09/12 | Work on tasks relating to periodic notifications to court regarding bankruptcy | L250 | JST | .20 | 345.00 | 69.00 |
| 08/09/12 | Correspondence with client regarding motion to stay due to bankruptcy proceedings and status report of same | L120 | DBO | .30 | 345.00 | 103.50 |
| 08/13/12 | Draft Amended Notice of Bankruptcy reflecting final order | L210 | JW | .50 | 190.00 | 95.00 |
| 08/13/12 | Final review and revision of Amended Notice of Bankruptcy Filing and Supplemental Servicing Order | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/17/12 | Attended joint defense call with all servicers | L120 | DBO | .70 | 345.00 | 241.50 |
| 08/30/12 | Draft Status Update pursuant to court order for attorney review and correspondence to client regarding same | L250 | AHC | .50 | 145.00 | 72.50 |
| 08/30/12 | Work on status report to be filed with federal court | L250 | JST | .10 | 345.00 | 34.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301003

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Review and revise updated status report to firm | L120 | DBO | .20 | 345.00 | 69.00 |

FEES                                            $793.90

AMOUNT DUE THIS BILL                            $793.90

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301003

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| John Smith T | Partner | 345.00 | .30 | 103.50 |
| D. Brian O'Dell | Partner | 345.00 | 1.20 | 414.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.10 | 159.50 |
| Jay Wright | Associate | 190.00 | .50 | 95.00 |
| Jose D. Vega | Associate | 219.00 | .10 | 21.90 |
| Total | | | 3.20 | 793.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301003
BILL AMOUNT          $793.90                              INVOICE #  810404

To:    ResCap                        TC Number:           713139
       1100 Virginia Drive           Invoice Date:        10/12/2012
       Fort Washington, PA 19034     Invoice No.          810404
                                     Period ending:       08/31/2012

Case Management Number      LD  0R0808-301003

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 1.20 | $ 414.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ 21.90 |
| L210 | Pleadings | 0.50 | $ 95.00 |
| L250 | Other Written Motions/Submissions | 1.40 | $ 263.00 |

```
                         ==================================
              TOTAL FEES       3.20    $    793.90

              TOTAL FEES DUE            $    793.90
     TOTAL DISBURSEMENTS DUE            $      0.00
     TOTAL DUE THIS INVOICE             $    793.90
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301004
Fort Washington, PA 19034

                                                          INVOICE #  810407

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301004   TC Number: 713214

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/21/12 | Draft revised Notice of Bankruptcy Filing and Supplemental Servicing Order for attorney review | L510 | AHC | .50 | 145.00 | 72.50 |
| 08/21/12 | Review and revise draft notice of stay | L250 | MRP | .10 | 424.00 | 42.40 |
| 08/22/12 | Review and revise notice of final stay order | L250 | MRP | .30 | 424.00 | 127.20 |
| 08/22/12 | Review and revise notice of bankruptcy | L210 | MCG | .30 | 323.00 | 96.90 |
| 08/22/12 | Revisions to revised Notice of Bankruptcy for attorney review | L250 | AHC | .10 | 145.00 | 14.50 |

                          FEES                            $368.00


                   AMOUNT DUE THIS BILL                   $368.00


              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0808-301004

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | .40 | 169.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .70 | 101.50 |
| Michael C. Griffin | Partner | 323.00 | .30 | 96.90 |
| Total | | | 1.40 | 368.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $368.00

OCTOBER 12, 2012
0R0808-301004
INVOICE #  810407

To:     ResCap                              TC Number:          713214
        1100 Virginia Drive                 Invoice Date:       10/12/2012
        Fort Washington, PA 19034           Invoice No.         810407
                                            Period ending:      08/31/2012

Case Management Number      LD  0R0808-301004

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $    14.50 |
| L210 Pleadings | | 0.30 | $    96.90 |
| L250 Other Written Motions/Submissions | | 0.50 | $   184.10 |
| L510 Appellate Motions and Submissions | | 0.50 | $    72.50 |
| | | ================================== | |
| TOTAL FEES | | 1.40 | $   368.00 |
| | TOTAL FEES DUE | | $   368.00 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   368.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301005

INVOICE #  810409

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301005  TC Number: 713701

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update regarding Notice of Bankruptcy informing the Court which claims remain stayed and discussion of loan modification alternatives. | L190 | BG | .10 | 190.00 | 19.00 |
| 08/01/12 | Emails to/from counsel for borrowers to discuss bankruptcy filing of client and to discuss whether borrowers want to discuss loan modification settlement | L160 | JHP | .30 | 245.00 | 73.50 |
| 08/14/12 | Emails to/from client contact H.Franchi to discuss settlement/loan modification discussions with borrower's counsel | L120 | JHP | .20 | 245.00 | 49.00 |
| 08/14/12 | Emails to/from counsel for borrower to discuss settlement/loan modification | L160 | JHP | .10 | 245.00 | 24.50 |
| 08/31/12 | Draft status update regarding case subject to the automatic stay | L190 | BG | .10 | 190.00 | 19.00 |
| 08/31/12 | Evaluate need to file an Amended Notice of Bankruptcy | L120 | BG | .10 | 190.00 | 19.00 |

FEES                                        $204.00

AMOUNT DUE THIS BILL                        $204.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301005

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jon H. Patterson | Associate | 245.00 | .60 | 147.00 |
| Blake Goodsell | Associate | 190.00 | .30 | 57.00 |
| Total | | | .90 | 204.00 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $204.00

OCTOBER 12, 2012
0R0808-301005
INVOICE #  810409

To:    ResCap                                TC Number:          713701
       1100 Virginia Drive                   Invoice Date:       10/12/2012
       Fort Washington, PA 19034             Invoice No.         810409
                                             Period ending:      08/31/2012

Case Management Number       LD  0R0808-301005

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 0.30 | $ 68.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $ 98.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 38.00 |
| | TOTAL FEES | 0.90 | $ 204.00 |

TOTAL FEES DUE              $   204.00
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   204.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301006
Fort Washington, PA 19034

                                                               INVOICE #  810411

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301006  TC Number: 713693

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/10/12 | Confer with client and UST office regarding closure of file related to informal information request | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/28/12 | Follow up with client regarding file closing | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/29/12 | Prepare and circulate closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

                        FEES                          $483.00

                AMOUNT DUE THIS BILL                  $483.00

            *****  TOTAL DUE UPON RECEIPT  *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301006

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.40 | 483.00 |
| Total | | | 1.40 | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0808-301006
BILL AMOUNT        $483.00                                   INVOICE #  810411

To:    ResCap                          TC Number:          713693
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810411
                                       Period ending:      08/31/2012


Case Management Number    LD  0R0808-301006


                                       Current Invoice
                                       Hours              Fees
Code Task

L120 Analysis/Strategy                 1.40      $      483.00

                              =================================
                   TOTAL FEES  1.40      $      483.00

                   TOTAL FEES DUE         $      483.00
           TOTAL DISBURSEMENTS DUE        $        0.00
           TOTAL DUE THIS INVOICE         $      483.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-301008
Fort Washington, PA 19034

INVOICE #  810413

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301008  TC Number: 696559

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Draft status report for client | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/16/12 | Review issue of stipulation of dismissal and email with local counsel and client regarding same | L250 | EAF | .30 | 358.00 | 107.40 |
| 08/17/12 | Review and analyze issues with bankruptcy and stipulation of dismissal | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/17/12 | Emails to client and local counsel regarding stipulation of dismissal and approval regarding same | L210 | EAF | .30 | 358.00 | 107.40 |

FEES                                   $276.80

AMOUNT DUE THIS BILL                   $276.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301008

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .60 | 214.80 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .90 | 276.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301008

BILL AMOUNT          $276.80

INVOICE #  810413

| To: | ResCap | TC Number: | 696559 |
|---|---|---|---|
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810413 |
| | | Period ending: | 08/31/2012 |

Case Management Number        LD   0R0808-301008

| | | Current Invoice | | |
|---|---|---|---|---|
| Code | Task | Hours | $ | Fees |
| L110 | Fact Investigation/Development | 0.10 | $ | 33.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 29.00 |
| L210 | Pleadings | 0.30 | $ | 107.40 |
| L250 | Other Written Motions/Submissions | 0.30 | $ | 107.40 |
| | | ============================= | | |
| | TOTAL FEES | 0.90 | $ | 276.80 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 276.80 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 276.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301009
Fort Washington, PA 19034

                                                          INVOICE #  810415

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301009  TC Number: 717726

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/21/12 | Review and analyze order from court staying case | L240 | SAP | .20 | 323.00 | 64.60 |
| 09/27/12 | Review Order granting motion to dismiss and Opinion explaining ruling | L240 | EAF | .30 | 358.00 | 107.40 |
| 09/27/12 | Review and analyze Memorandum Opinion and Order of Court dismissing case and correspond with client re same | L240 | SAP | .40 | 323.00 | 129.20 |

                              FEES                          $301.20


                    AMOUNT DUE THIS BILL                    $301.20


                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301009

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .30 | 107.40 |
| Steven A. Pozefsky | Associate | 323.00 | .60 | 193.80 |
| Total | | | .90 | 301.20 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                       OCTOBER 12, 2012
                                                            0R0808-301009
BILL AMOUNT          $301.20                                INVOICE #  810415

To:    ResCap                          TC Number:        717726
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810415
                                       Period ending:    09/30/2012

Case Management Number      LD   0R0808-301009

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L240 Dispositive Motions | 0.90 | $   301.20 |

=====================================
TOTAL FEES              0.90    $   301.20

TOTAL FEES DUE                  $   301.20
TOTAL DISBURSEMENTS DUE         $     0.00
TOTAL DUE THIS INVOICE          $   301.20



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301011
Fort Washington, PA 19034

                                                          INVOICE #  810416

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301011  TC Number: 718443

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Consider applicability of bankruptcy stay | L120 | BG | .10 | 190.00 | 19.00 |
| 08/20/12 | Review status of bankruptcy stay proceedings and draft Amended Notice of Bankruptcy and Supplemental Serving Order with Exhibit(s) to be filed on behalf of GMAC | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/20/12 | Correspond via e-mail with client regarding bankruptcy filing and approval regarding same with attachments | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/20/12 | Draft amended Notice of Bankruptcy | L140 | JCCO | .20 | 195.00 | 39.00 |
| 08/29/12 | Review correspondence from Court and documents referenced in correspondence | B190 | GLH | .20 | 333.00 | 66.60 |

                    FEES                                   $229.60

                    AMOUNT DUE THIS BILL                    $229.60

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301011

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Gary L. Howard | Partner | 333.00 | .20 | 66.60 |
| Allison Burke | Paralegal | 150.00 | .70 | 105.00 |
| Jonathan Cobb | Associate | 195.00 | .20 | 39.00 |
| Blake Goodsell | Associate | 190.00 | .10 | 19.00 |
| Total | | | 1.20 | 229.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301011

BILL AMOUNT          $229.60

INVOICE #  810416

| To: | ResCap | | TC Number: | 718443 |
| | 1100 Virginia Drive | | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 810416 |
| | | | Period ending: | 08/31/2012 |

Case Management Number       LD   0R0808-301011

| Code | Task | Current Invoice Hours | $ | Fees |
|------|------|------|---|------|
| B190 | Other Contested Matters | 0.20 | $ | 66.60 |
| L110 | Fact Investigation/Development | 0.70 | $ | 105.00 |
| L120 | Analysis/Strategy | 0.10 | $ | 19.00 |
| L140 | Document/File Management | 0.20 | $ | 39.00 |

```
                        ====================================
            TOTAL FEES    1.20    $    229.60

            TOTAL FEES DUE          $    229.60
      TOTAL DISBURSEMENTS DUE       $      0.00
      TOTAL DUE THIS INVOICE        $    229.60
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301012
Fort Washington, PA 19034

                                                               INVOICE #  810420

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301012   TC Number: 728315

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/12/12 | Receive and review new file to analyze, email foreclosure counsel to obtain pleadings, and email client regarding investor and fact package | L110 | KK | .30 | 160.00 | 48.00 |
| 09/12/12 | Review e-mail from H.Franchi regarding new matter in Florida with 10 page attachment with answer and affirmative defenses | L110 | NSR | .20 | 280.00 | 56.00 |
| 09/20/12 | Review and analysis of affirmative defenses and current case docket in order to prepare case review | L140 | RBB | .30 | 149.00 | 44.70 |
| 09/20/12 | Prepare correspondence to GMAC representative regarding request for case fact package | L140 | RBB | .10 | 149.00 | 14.90 |
| 09/20/12 | Research Miami-Dade Register of Deeds official records for copies of mortgage, note, assignments, and corrected assignments | L140 | RBB | 1.10 | 149.00 | 163.90 |
| 09/20/12 | Review and analysis of Mejia fact package forwarded to me by S.Call to determine if this was the correct fact package for my case | L140 | RBB | .30 | 149.00 | 44.70 |
| 09/20/12 | Initial review of Fact package (Parts 1 and 2) uploaded to extranet by client to verify it was correct fact package for this case | L140 | RBB | .20 | 149.00 | 29.80 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/21/12 | Review and analysis of Fact Package part 1 (300 pages) in order to prepare case review | L140 | RBB | 1.20 | 149.00 | 178.80 |
| 09/21/12 | Review and analysis of Fact Package part 2 (258 pages) in order to prepare case review | L140 | RBB | .90 | 149.00 | 134.10 |
| 09/21/12 | Begin draft of case review | L140 | RBB | .80 | 149.00 | 119.20 |
| 09/21/12 | Conference with foreclosure counsel regarding status of request for the foreclosure case file | L140 | RBB | .10 | 149.00 | 14.90 |
| 09/21/12 | Prepare correspondence to foreclosure counsel regarding status of request for the foreclosure case file | L140 | RBB | .10 | 149.00 | 14.90 |
| 09/24/12 | Conference with foreclosure counsel regarding request for foreclosure case file | L140 | RBB | .10 | 149.00 | 14.90 |
| 09/24/12 | Prepare correspondence to foreclosure counsel regarding request for foreclosure case file | L140 | RBB | .10 | 149.00 | 14.90 |
| 09/25/12 | Conference with foreclosure counsel regarding request for foreclosure case file | L140 | RBB | .10 | 149.00 | 14.90 |
| 09/25/12 | Review and analysis of pleadings and case file documents received from foreclosure counsel (20 documents total) | L140 | RBB | .90 | 149.00 | 134.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301012

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/26/12 | Review and analysis of pleadings and case documents received from foreclosure counsel in order to draft case review and analysis | L140 | RBB | 1.00 | 149.00 | 149.00 |
| 09/26/12 | Complete draft of case review and analysis for attorney review | L140 | RBB | .70 | 149.00 | 104.30 |
| 09/28/12 | Email with client regarding current investor and loan information | L110 | KK | .20 | 160.00 | 32.00 |
| 09/28/12 | Review and analyze borrower's five affirmative defenses asserted in response to foreclosure Complaint | L120 | NSR | 2.10 | 280.00 | 588.00 |
| 09/28/12 | Review and analyze fact package regarding loan history and procedural posture of foreclosure action | L120 | NSR | .70 | 280.00 | 196.00 |
| 09/30/12 | Review and revise summary memo to client on merits of foreclosure and the borrower's affirmative defenses to same | L120 | CWH | .30 | 330.00 | 99.00 |

FEES                                          $2,211.00

AMOUNT DUE THIS BILL                          $2,211.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

0R0808-301012

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Robert B. Benson | Paralegal | 149.00 | 8.00 | 1,192.00 |
| Nader Raja | Associate | 280.00 | 3.00 | 840.00 |
| Kerry Keane | Paralegal | 160.00 | .50 | 80.00 |
| Total | | | 11.80 | 2,211.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301012
BILL AMOUNT         $2,211.00                             INVOICE #  810420

To:     ResCap                          TC Number:          728315
        1100 Virginia Drive             Invoice Date:       10/12/2012
        Fort Washington, PA 19034       Invoice No.         810420
                                        Period ending:      09/30/2012

Case Management Number    LD  0R0808-301012

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.70 | $ 136.00 |
| L120 | Analysis/Strategy | 3.10 | $ 883.00 |
| L140 | Document/File Management | 8.00 | $ 1,192.00 |
| | ============================= | | |
| | TOTAL FEES | 11.80 | $ 2,211.00 |
| | TOTAL FEES DUE | | $ 2,211.00 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 2,211.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301014
Fort Washington, PA 19034

                                                          INVOICE #  810422

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301014  TC Number: 720468

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Emails regarding motion to dismiss | L120 | JJO | .30 | 200.00 | 60.00 |
| 08/01/12 | Confer with co-counsel regarding strategies for dismissal of appeal | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/01/12 | Research and review and analyze whether and when to file motion to dismiss appeal | L510 | SAP | .50 | 323.00 | 161.50 |
| 08/02/12 | Prepare status update | L120 | JJO | .20 | 200.00 | 40.00 |
| 08/02/12 | Research MD law regarding deadlines | L120 | JJO | 1.00 | 200.00 | 200.00 |
| 08/10/12 | Continued research on various issues for appeal | L120 | JJO | .30 | 200.00 | 60.00 |
| 08/10/12 | Research law regarding MTD | L120 | JJO | .20 | 200.00 | 40.00 |
| 08/17/12 | Conference regarding bankruptcy and automatic stay | L120 | JJO | .10 | 200.00 | 20.00 |

                          FEES                            $685.00


                   AMOUNT DUE THIS BILL                   $685.00

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301014

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .30 | 103.50 |
| Steven A. Pozefsky | Associate | 323.00 | .50 | 161.50 |
| Josh Johnson | Associate | 200.00 | 2.10 | 420.00 |
| Total | | | 2.90 | 685.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       OCTOBER 12, 2012
                                                            0R0808-301014
BILL AMOUNT        $685.00                                  INVOICE #  810422

```
To:    ResCap                        TC Number:       720468
       1100 Virginia Drive           Invoice Date:    10/12/2012
       Fort Washington, PA 19034     Invoice No.      810422
                                     Period ending:   08/31/2012
```

Case Management Number      LD   0R0808-301014

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 2.40 | $   523.50 |
| L510 | Appellate Motions and Submissions | 0.50 | $   161.50 |
| | TOTAL FEES | 2.90 | $   685.00 |
| | TOTAL FEES DUE | | $   685.00 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $   685.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        OCTOBER 12, 2012
1100 Virginia Drive                                          0R0808-301015
Fort Washington, PA 19034

                                                             INVOICE #  810423

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301015  TC Number: 720202

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/08/12 | Email exchange with case manager regarding notice of bankruptcy | L210 | phn | .40 | 200.00 | 80.00 |
| 08/14/12 | Draft Amended Notice of Bankruptcy | L210 | phn | .50 | 200.00 | 100.00 |
| 08/16/12 | Review and analysis of correspondence regarding attached copies of the Final Support Order and the Amended Notice of Bankruptcy for case status update | L140 | RBB | .50 | 149.00 | 74.50 |
| 08/16/12 | E-file Amended Notice of Bankruptcy and Exhibit A of the Amended Notice of Bankruptcy (Final Supplemental Order) | L140 | RBB | .30 | 149.00 | 44.70 |
| 08/16/12 | Prepare and file Amended Notice of Bankruptcy | L120 | DCL | .50 | 376.00 | 188.00 |
| 08/16/12 | Revise and edit notice of bankruptcy | L210 | phn | .30 | 200.00 | 60.00 |
| 08/16/12 | Email exchange with client regarding notice of bankruptcy | L120 | phn | .30 | 200.00 | 60.00 |
| 08/20/12 | Review and analysis of correspondence to/from client regarding (attached) file-stamped copy of Amended Notice of Bankruptcy  for case status update | L140 | RBB | .20 | 149.00 | 29.80 |

                                  FEES                              $677.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301015

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $677.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301015

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | .50 | 188.00 |
| Robert B. Benson | Paralegal | 149.00 | 1.00 | 149.00 |
| Preston H. Neel | Associate | 200.00 | 1.70 | 340.00 |
| Total | | | 3.20 | 677.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301015
BILL AMOUNT          $677.00                              INVOICE #  810423

To:    ResCap                        TC Number:           720202
       1100 Virginia Drive           Invoice Date:        10/12/2012
       Fort Washington, PA 19034     Invoice No.          810423
                                     Period ending:       08/31/2012

Case Management Number      LD  0R0808-301015

                                          Current Invoice
Code Task                             Hours         Fees

L120 Analysis/Strategy                 0.80    $    248.00
L140 Document/File Management          1.00    $    149.00
L190 Other Case Assessment, Develop't/Admin  0.20  $  40.00
L210 Pleadings                         1.20    $    240.00

                              ======================================
                   TOTAL FEES  3.20    $    677.00

                   TOTAL FEES DUE       $    677.00
          TOTAL DISBURSEMENTS DUE       $      0.00
          TOTAL DUE THIS INVOICE        $    677.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301016

INVOICE #  810424

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301016  TC Number: 722004

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/09/12 | Confer with opposing counsel regarding potential resolution to current disputes | L120 | CLHA | .60 | 345.00 | 207.00 |
| 08/10/12 | Conference with client regarding pooling and servicing agreement and strategy for disposition of case | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/31/12 | Emails with opposing counsel regarding approach to September 7 hearing | L120 | CLHA | .40 | 345.00 | 138.00 |

FEES                                           $586.50

AMOUNT DUE THIS BILL                           $586.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301016

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.70 | 586.50 |
| Total | | | 1.70 | 586.50 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301016

BILL AMOUNT          $586.50

INVOICE #  810424

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:          722004
Invoice Date:       10/12/2012
Invoice No.         810424
Period ending:      08/31/2012

Case Management Number      LD  0R0808-301016

| Code Task | Current Invoice Hours | Fees |
|-----------|------|------|
| L120 Analysis/Strategy | 1.70 | $   586.50 |
| TOTAL FEES | 1.70 | $   586.50 |

TOTAL FEES DUE            $    586.50
TOTAL DISBURSEMENTS DUE   $      0.00
TOTAL DUE THIS INVOICE    $    586.50



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-301020
Fort Washington, PA 19034

                                                    INVOICE #  810425

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301020  TC Number: 723030

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Drafted case status for client | L190 | KW | .10 | 185.00 | 18.50 |
| 08/02/12 | Calls with Circuit Court Master Commissioner's office to track down agreed order | C100 | KW | .40 | 185.00 | 74.00 |
| 08/08/12 | Analyze bankruptcy issues as applied to pending joint order for dismissal | B410 | KW | .20 | 185.00 | 37.00 |
| 08/09/12 | Analyze new instructions regarding filing bankruptcy notices for Ally defendants and for MERS and strategized propriety of filing one in light of pending order | P300 | KW | .50 | 185.00 | 92.50 |
| 08/13/12 | Call to clerk at the County Master Commissioner's Office to discuss the importance of getting a status report on the Joint Order of Dismissal | L190 | KW | .10 | 185.00 | 18.50 |
| 08/14/12 | Draft Bankruptcy Notice outlining which claims were permitted or stayed | L250 | KW | 1.30 | 185.00 | 240.50 |
| 08/14/12 | Phone conference with master commissioner's office regarding status of joint agreed order of dismissal | C100 | KW | .20 | 185.00 | 37.00 |
| 08/14/12 | Call to plaintiff's counsel a voicemail detailing the billing issue in the master commissioner's office and process necessary for moving our order into J.Shaw's chambers | C100 | KW | .20 | 185.00 | 37.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301020

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Corresponded with opposing counsel regarding unpaid bill at Master Commissioner's office and related delay on Agreed Order of Dismissal | C100 | KW | .40 | 185.00 | 74.00 |
| 08/31/12 | Communicate with Master Commissioner's office regarding status of agreed order and review voicemail from Master Commissioner's office stating she would update us on Wednesday 9/5 | C100 | KW | .40 | 185.00 | 74.00 |
| 08/31/12 | Call to opposing counsel regarding case status | C100 | KW | .10 | 185.00 | 18.50 |

FEES                                        $721.50

AMOUNT DUE THIS BILL                        $721.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301020

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kristi Wilcox | Associate | 185.00 | 3.90 | 721.50 |
| Total | | | 3.90 | 721.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301020
BILL AMOUNT          $721.50                              INVOICE #  810425

To:    ResCap                          TC Number:        723030
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810425
                                       Period ending:    08/31/2012

Case Management Number       LD  0R0808-301020

|      |                                    | Current Invoice |   |       |
|------|------------------------------------|-------|---|-------|
| Code | Task                               | Hours | $ | Fees  |
| B410 | General Bankruptcy Advice/Opinions | 0.20  | $ | 37.00 |
| C100 | Fact Gathering                     | 1.70  | $ | 314.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 37.00 |
| L250 | Other Written Motions/Submissions  | 1.30  | $ | 240.50 |
| P300 | Structure/Strategy/Analysis        | 0.50  | $ | 92.50 |

```
                        ==================================
          TOTAL FEES         3.90      $     721.50

              TOTAL FEES DUE            $     721.50
         TOTAL DISBURSEMENTS DUE        $       0.00
          TOTAL DUE THIS INVOICE        $     721.50
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         OCTOBER 12, 2012
1100 Virginia Drive                                           0R0808-301021
Fort Washington, PA 19034

                                                              INVOICE #  810426

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301021  TC Number: 723447

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Finalize motion to compel service | L250 | AKA | .30 | 184.00 | 55.20 |
| 08/01/12 | Review of filing concerning compelling proper service to counsel | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/01/12 | Draft client status report to client | L190 | RLB | .10 | 266.00 | 26.60 |

                              FEES                                    $141.20


                     AMOUNT DUE THIS BILL                             $141.20


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301021

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Rashad L. Blossom | Associate | 266.00 | .10 | 26.60 |
| Anne Averitt | Associate | 184.00 | .30 | 55.20 |
| Total | | | .60 | 141.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301021
BILL AMOUNT          $141.20                         INVOICE #  810426

To:    ResCap                        TC Number:        723447
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810426
                                     Period ending:    08/31/2012

Case Management Number      LD   0R0808-301021

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $   26.60 |
| L250 | Other Written Motions/Submissions | 0.30 | $   55.20 |
| L510 | Appellate Motions and Submissions | 0.20 | $   59.40 |

===================================

TOTAL FEES              0.60    $  141.20

TOTAL FEES DUE                 $  141.20
TOTAL DISBURSEMENTS DUE         $    0.00
TOTAL DUE THIS INVOICE          $  141.20



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301022

INVOICE #   810427

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301022   TC Number: 725069

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 61 | Local Counsel Fees | 615.90 |
| | COSTS | $615.90 |
| | AMOUNT DUE THIS BILL | $615.90 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301022

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301022
BILL AMOUNT        $615.90                               INVOICE #   810427

To:    ResCap                          TC Number:          725069
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810427
                                       Period ending:      09/30/2012

Case Management Number     LD  0R0808-301022

                                              Current Invoice
Code Task                                 Hours            Fees

                        ==========================================
                        TOTAL FEES         0.00      $       0.00

                          TOTAL FEES DUE            $       0.00
               TOTAL DISBURSEMENTS DUE             $     615.90
               TOTAL DUE THIS INVOICE              $     615.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                        OCTOBER 12, 2012
1100 Virginia Drive                                           0R0808-301023
Fort Washington, PA 19034

                                                              INVOICE #  810428

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301023   TC Number: 725233

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/11/12 | Draft revised notice of bankruptcy and supplemental servicing order for attorney review | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/22/12 | Revisions to Notice of Bankruptcy and Supplemental Servicing Order for attorney review | L250 | AHC | .20 | 145.00 | 29.00 |
| 08/22/12 | Review of revised notice of bankruptcy | L190 | AP | .10 | 185.00 | 18.50 |
| 08/22/12 | Review and revise draft notice of stay | L250 | MRP | .20 | 424.00 | 84.80 |
| 08/22/12 | Exchange memos with client regarding stay issues | L120 | MRP | .20 | 424.00 | 84.80 |
| 08/22/12 | Revise updated notice of bankruptcy barring applying automatic stay to class actions | L250 | SBSM | .30 | 355.00 | 106.50 |

                                FEES                                  $381.60

                        AMOUNT DUE THIS BILL                         $381.60

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0808-301023

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | .40 | 169.60 |
| Scott B. Smith | Partner | 355.00 | .30 | 106.50 |
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Ann Phelps | Associate | 185.00 | .10 | 18.50 |
| Total | | | 1.40 | 381.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301023

BILL AMOUNT          $381.60

INVOICE #   810428

To:    ResCap                              TC Number:          725233
       1100 Virginia Drive                 Invoice Date:       10/12/2012
       Fort Washington, PA 19034           Invoice No.         810428
                                           Period ending:      08/31/2012

Case Management Number       LD   0R0808-301023

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.20 | $   84.80 |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $   18.50 |
| L250 Other Written Motions/Submissions | | 1.10 | $  278.30 |
| | | ================================= | |
| TOTAL FEES | | 1.40 | $  381.60 |
| TOTAL FEES DUE | | | $  381.60 |
| TOTAL DISBURSEMENTS DUE | | | $    0.00 |
| TOTAL DUE THIS INVOICE | | | $  381.60 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301024

INVOICE #  810429

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301024  TC Number: 725199

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Finalize and file response to notice of final cure. | L250 | JDR | .30 | 293.00 | 87.90 |
| 08/01/12 | Teleconferences with client regarding reconciliation of notices of final cure | L250 | RLB | 2.70 | 266.00 | 718.20 |
| 08/01/12 | Draft response to notice of final cure | L250 | RLB | 2.00 | 266.00 | 532.00 |
| 08/01/12 | Draft client status report | L190 | RLB | .30 | 266.00 | 79.80 |
| 08/02/12 | E-mail memorandum to client regarding notice of final cure and general status of case | L250 | RLB | .80 | 266.00 | 212.80 |
| 08/06/12 | Review voicemail from M.Levy's office | L250 | RLB | .10 | 266.00 | 26.60 |
| 08/06/12 | Telephone call to M.Levy's office regarding insurance inspection | L250 | RLB | .20 | 266.00 | 53.20 |
| 08/06/12 | Review order received from court clerk granting motion for extension of deadline within which to file order or motion regarding Motions to Compel. | L250 | JDR | .10 | 293.00 | 29.30 |
| 08/14/12 | Teleconference with debtor's counsel regarding insurance inspection | L250 | RLB | .20 | 266.00 | 53.20 |
| 08/14/12 | E-mail to client regarding contact information for debtors | L250 | RLB | .10 | 266.00 | 26.60 |
| 08/15/12 | Teleconference with client regarding insurance inspection | L250 | RLB | .30 | 266.00 | 79.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301024

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Review and revise motion to dismiss | L250 | HTC | .20 | 315.00 | 63.00 |

|  |  |  |
|--|--|--|
| FEES | | $1,962.40 |
| AMOUNT DUE THIS BILL | | $1,962.40 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301024

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .20 | 63.00 |
| Jonathan Rose | Partner | 293.00 | .40 | 117.20 |
| Rashad L. Blossom | Associate | 266.00 | 6.70 | 1,782.20 |
| Total | | | 7.30 | 1,962.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301024
BILL AMOUNT        $1,962.40                     INVOICE #  810429

To:    ResCap                    TC Number:        725199
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034  Invoice No.       810429
                                  Period ending:    08/31/2012

Case Management Number    LD  0R0808-301024

|                                                | Current Invoice | |
|------------------------------------------------|--------|---------|
| Code Task                                      | Hours  | Fees    |
| L190 Other Case Assessment, Develop't/Admin    | 0.30   | $    79.80 |
| L250 Other Written Motions/Submissions         | 7.00   | $ 1,882.60 |
| ==================================================== | | |
| TOTAL FEES                                     | 7.30   | $ 1,962.40 |

TOTAL FEES DUE                 $ 1,962.40
TOTAL DISBURSEMENTS DUE        $     0.00
TOTAL DUE THIS INVOICE         $ 1,962.40



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301026

INVOICE #  810430

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301026  TC Number: 724987

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Communications concerning executed consent to substitution of counsel signed by MERS | L120 | LG | .30 | 185.00 | 55.50 |
| 08/14/12 | Communications with insurer about the transfer of GMAC's claim to a new claims administrator | L120 | LG | .20 | 185.00 | 37.00 |
| 08/20/12 | Analyze discovery responses and settlement offer forwarded by retained counsel | L120 | LG | .50 | 185.00 | 92.50 |

|  | FEES |  |  |  |  | $185.00 |
| 01 | Copy Charges |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $185.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301026

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lee Gilley | Associate | 185.00 | 1.00 | 185.00 |
| Total | | | 1.00 | 185.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301026
BILL AMOUNT        $185.00                      INVOICE #  810430

To:    ResCap                        TC Number:        724987
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810430
                                     Period ending:    08/31/2012

Case Management Number      LD   0R0808-301026

|                        | Current Invoice | |
| Code Task              | Hours  | Fees |
| L120 Analysis/Strategy | 1.00   | $   185.00 |
| ================================= | | |
| TOTAL FEES             | 1.00   | $   185.00 |

|                          |   |          |
| TOTAL FEES DUE           | $ | 185.00   |
| TOTAL DISBURSEMENTS DUE  | $ | 0.00     |
| TOTAL DUE THIS INVOICE   | $ | 185.00   |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                          OCTOBER 12, 2012
1100 Virginia Drive                                                             0R0808-301027
Fort Washington, PA 19034

                                                                                INVOICE #   810431

                                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301027  TC Number: 713554

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Draft status report to cliet | L110 | TRL | .20 | 293.00 | 58.60 |
| 08/09/12 | Exchange emails and teleconference with A.Hartshorn regarding settlement and responsive pleading extension | L110 | TRL | .20 | 293.00 | 58.60 |
| 08/09/12 | Teleconference with and exchange emails with plaintiff counsel regarding settlement and conditions to extending borrower responsive pleading deadline | L110 | TRL | .30 | 293.00 | 87.90 |
| 08/16/12 | Review incoming loan modification documents from borrower counsel and identify deficiencies | L110 | TRL | .20 | 293.00 | 58.60 |
| 08/16/12 | Exchange emails with plaintiff counsel regarding request for settlement privilege over loan modification negotiations and extension to responsive pleading deadline | L110 | TRL | .20 | 293.00 | 58.60 |
| 08/16/12 | Draft email to A.Hartshorn regarding response to loan mod submission and request to extend answer deadline | L110 | TRL | .20 | 293.00 | 58.60 |
| 08/28/12 | Review incoming email from A.Hartshorn regarding additional loan modification data needed | L110 | TRL | .10 | 293.00 | 29.30 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301027

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/28/12 | Draft email to opposing counsel regarding additional loan modification data needed and urgency of completing settlement discussion | L110 | TRL | .20 | 293.00 | 58.60 |

FEES                                                $468.80

AMOUNT DUE THIS BILL                  $468.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301027

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Thomas Ryan Lynch | Associate | 293.00 | 1.60 | 468.80 |
| Total | | | 1.60 | 468.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301027
BILL AMOUNT          $468.80                                   INVOICE #  810431

To:    ResCap                        TC Number:          713554
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810431
                                     Period ending:      08/31/2012

Case Management Number      LD   0R0808-301027

|            |                                  | Current Invoice |          |
|------------|----------------------------------|-----------------|----------|
| Code Task  |                                  | Hours           | Fees     |
| L110 | Fact Investigation/Development         | 1.60      | $    468.80 |

=====================================
TOTAL FEES        1.60    $    468.80

TOTAL FEES DUE            $    468.80
TOTAL DISBURSEMENTS DUE   $      0.00
TOTAL DUE THIS INVOICE    $    468.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301028

INVOICE #  810432

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301028   TC Number: 705298

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Review and develop strategy regarding memorandum in support of motion for summary judgment and supplemental motion for summary judgment | L120 | MCG | 1.00 | 323.00 | 323.00 |
| 08/11/12 | Review and revise supplemental motion in support of motion for  summary judgment | L240 | MCG | 1.10 | 323.00 | 355.30 |
| 08/11/12 | Strategy regarding bankruptcy filed by borrowers prior to foreclosure and oral argument | L120 | MCG | .40 | 323.00 | 129.20 |
| 08/11/12 | Draft supplemental motion for summary judgment based on res judicata, judicial estoppel, and holder status evidenced by promissory note | L240 | MSW | 4.60 | 254.00 | 1,168.40 |
| 08/13/12 | Revise and edit motion for summary judgment to incorporate changes to bankruptcy histories | L240 | MSW | 1.80 | 254.00 | 457.20 |
| 08/13/12 | Prepare documents for use in upcoming hearing | L240B | LADA | 1.30 | 65.00 | 84.50 |
| 08/13/12 | Draft amended notice of bankruptcy with supplemental servicing order | L210 | LADA | .50 | 65.00 | 32.50 |
| 08/13/12 | Revise and finalize motion for submission to Court | L210 | LADA | .20 | 65.00 | 13.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301028

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Locate and arrange courier service to file motion with Court by close of business day in Virginia | L210 | LADA | .90 | 65.00 | 58.50 |
| 08/17/12 | Draft proposed order regarding upcoming motion set for hearing | L210 | LADA | .50 | 65.00 | 32.50 |
| 08/26/12 | Prepare arguments for hearing on motion for summary judgment | L240 | MSW | 2.80 | 254.00 | 711.20 |
| 08/26/12 | Review e-mail from borrower's counsel regarding non-suit | C400 | MCG | .10 | 323.00 | 32.30 |
| 08/26/12 | Strategy regarding pending motion for summary judgment and borrower's request for non-suit | L120 | MCG | .20 | 323.00 | 64.60 |
| 08/27/12 | Appear for Motion for Summary Judgment | L240 | MSW | 1.20 | 254.00 | 304.80 |
| 08/27/12 | Meet with opposing counsel regarding reinstatement, dismissal of suit, and potential for refiling | L120 | MSW | 1.30 | 254.00 | 330.20 |
| 08/30/12 | Draft status report for client. | L120 | MSW | .10 | 254.00 | 25.40 |

FEES                                      $4,122.60

| 01 | Copy Charges | 0.00 |
| 35 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL          $4,122.60

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE        3
OCTOBER 12, 2012

0R0808-301028

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | 2.80 | 904.40 |
| Mark S. Wierman | Associate | 254.00 | 11.80 | 2,997.20 |
| Lucinda Kish | Paralegal | 65.00 | 3.40 | 221.00 |
| Total | | | 18.00 | 4,122.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301028
BILL AMOUNT          $4,122.60                            INVOICE #  810432
_____

To:     ResCap                    TC Number:        705298
        1100 Virginia Drive       Invoice Date:     10/12/2012
        Fort Washington, PA 19034 Invoice No.       810432
                                  Period ending:    08/31/2012


Case Management Number      LD  0R0808-301028


                                           Current Invoice
Code Task                                  Hours         Fees

C400 Third Party Communication             0.10    $      32.30
L120 Analysis/Strategy                     3.00    $     872.40
L210 Pleadings                             2.10    $     136.50
L240 Dispositive Motions                  11.50    $   2,996.90
L240BAll Other                             1.30    $      84.50


                         =====================================
            TOTAL FEES    18.00    $   4,122.60

                 TOTAL FEES DUE           $   4,122.60
         TOTAL DISBURSEMENTS DUE          $       0.00
         TOTAL DUE THIS INVOICE           $   4,122.60



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
OR0808-301029

INVOICE #  810433

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

OR0808-301029  TC Number: 705963

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Telephone conference with clerk of court regarding case status | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/13/12 | Final review and revision of Residential Funding Company's Notice of Bankruptcy Filing and Supplemental Servicing Order | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/13/12 | Correspondence to D.Citak regarding Notice of Bankruptcy Filing | L250 | AHC | .20 | 145.00 | 29.00 |
| 08/15/12 | Draft status report for client | L120 | JMH | .10 | 241.00 | 24.10 |
| 08/21/12 | Receipt and review of correspondence from S.Dorr regarding Consent to Substitute Counsel, including 2 attachments | L210 | AHC | .20 | 145.00 | 29.00 |
| 08/21/12 | Receive and review letter from prior counsel regarding identity of new counsel | L120 | JMH | .10 | 241.00 | 24.10 |
| 08/21/12 | E-mails to and from client regarding status of loan modification trial | L160 | JMH | .20 | 241.00 | 48.20 |
| 08/21/12 | Telephone conference with S.Baldoni regarding status of loan modification trial and confirming all parties' intent to dismiss claims at time of permanent modification | L160 | JMH | .20 | 241.00 | 48.20 |
| 08/27/12 | Review and approve notice of bankruptcy for filing | L210 | JMH | .10 | 241.00 | 24.10 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301029

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Receive and review e-mail from V.Baldoni regarding borrower's completion of trial modification plan | L160 | JMH | .10 | 241.00 | 24.10 |
| 08/30/12 | E-mail to client regarding loan modification documents | L160 | JMH | .10 | 241.00 | 24.10 |
| 08/31/12 | Receive and review e-mail from client regarding permanent modification documents | L160 | JMH | .10 | 241.00 | 24.10 |

|  |  |  |  | FEES |  | $386.00 |
|------|------|------|------|------|------|------|
| 01 | Copy Charges |  |  |  |  | 0.00 |
| 35 | Express Mail/Fedex |  |  |  |  | 0.00 |
|  |  |  |  | AMOUNT DUE THIS BILL |  | $386.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       3
OCTOBER 12, 2012

0R0808-301029

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | 1.00 | 145.00 |
| Jonathan Hooks | Associate | 241.00 | 1.00 | 241.00 |
| Total | | | 2.00 | 386.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301029
BILL AMOUNT          $386.00                              INVOICE #   810433

To:    ResCap                            TC Number:        705963
       1100 Virginia Drive               Invoice Date:     10/12/2012
       Fort Washington, PA 19034         Invoice No.       810433
                                         Period ending:    08/31/2012

Case Management Number     LD   0R0808-301029

                                         Current Invoice
Code Task                                Hours          Fees

L110 Fact Investigation/Development      0.20     $     29.00
L120 Analysis/Strategy                   0.20     $     48.20
L160 Settlement/Non-Binding ADR          0.70     $    168.70
L210 Pleadings                           0.30     $     53.10
L250 Other Written Motions/Submissions   0.60     $     87.00

                                   ==================================
                  TOTAL FEES             2.00     $    386.00

                      TOTAL FEES DUE              $    386.00
              TOTAL DISBURSEMENTS DUE             $      0.00
              TOTAL DUE THIS INVOICE              $    386.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301031
Fort Washington, PA 19034

                                                           INVOICE #  810434

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301031  TC Number: 722078

                    DESCRIPTION OF DISBURSEMENTS


        61      Local Counsel Fees                          673.75

                        COSTS                              $673.75

                AMOUNT DUE THIS BILL                       $673.75


            ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE        2
OCTOBER 12, 2012

ResCap

0R0808-301031

FED ID NO. 63-0243316



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301031
BILL AMOUNT          $673.75                                INVOICE #  810434

To:    ResCap                          TC Number:          722078
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810434
                                       Period ending:      08/31/2012

Case Management Number      LD   0R0808-301031

                                              Current Invoice
Code Task                                     Hours         Fees

                              =================================
                    TOTAL FEES        0.00      $       0.00

                    TOTAL FEES DUE             $        0.00
           TOTAL DISBURSEMENTS DUE             $      673.75
           TOTAL DUE THIS INVOICE              $      673.75



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301033
Fort Washington, PA 19034

                                                          INVOICE #  810436

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301033  TC Number: 708828

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES        |      |       |       |      | $19.00 |
|      | AMOUNT DUE THIS BILL |  |    |       |      | $19.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301033

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301033
BILL AMOUNT              $19.00                           INVOICE #  810436

To:    ResCap                          TC Number:           708828
       1100 Virginia Drive             Invoice Date:        10/12/2012
       Fort Washington, PA 19034       Invoice No.          810436
                                       Period ending:       08/31/2012

Case Management Number      LD   0R0808-301033

|                    | Current Invoice | |
| Code Task          | Hours | Fees |
| --- | --- | --- |
| ================================================ | | |
| TOTAL FEES         | 0.00  | $   19.00 |
|                    |       |           |
| TOTAL FEES DUE     |       | $   19.00 |
| TOTAL DISBURSEMENTS DUE |  | $    0.00 |
| TOTAL DUE THIS INVOICE |   | $   19.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301034
Fort Washington, PA 19034

                                                          INVOICE #  810437

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301034  TC Number: 723079

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update monthly status report to client | L120 | MW | .10 | 263.00 | 26.30 |
| 08/07/12 | Correspondence with local co-counsel regarding strategy moving forward with action | L120 | MW | .90 | 263.00 | 236.70 |
| 08/09/12 | Analyze local co-counsel's position regarding potential options for strategy moving forward in preparation for upcoming conference | L120 | MW | 1.20 | 263.00 | 315.60 |
| 08/09/12 | Review chronology of events and title searches | L110 | KK | .60 | 91.00 | 54.60 |
| 08/10/12 | Analyze address other lien holder's claim of priority | L120 | CWH | .40 | 330.00 | 132.00 |
| 08/10/12 | Correspondence with local co-counsel regarding upcoming conference | L120 | MW | .30 | 263.00 | 78.90 |
| 08/15/12 | Conference with local co-counsel regarding actions needed moving forward with case | L120 | MW | .80 | 263.00 | 210.40 |
| 08/15/12 | Correspondence with client regarding strategy | L120 | MW | .20 | 263.00 | 52.60 |

                          FEES                                    $1,107.10



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301034

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,107.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301034

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Monica Wilson | Associate | 263.00 | 3.50 | 920.50 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 4.50 | 1,107.10 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301034
BILL AMOUNT        $1,107.10                    INVOICE #  810437

To:    ResCap                    TC Number:        723079
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034 Invoice No.       810437
                                 Period ending:    08/31/2012

Case Management Number    LD  0R0808-301034

|       |                                | Current Invoice |              |
|-------|--------------------------------|-----------------|--------------|
| Code  | Task                           | Hours           | Fees         |
| L110  | Fact Investigation/Development | 0.60            | $    54.60   |
| L120  | Analysis/Strategy              | 3.90            | $ 1,052.50   |

```
                        ====================================
                TOTAL FEES      4.50     $  1,107.10

                TOTAL FEES DUE            $  1,107.10
          TOTAL DISBURSEMENTS DUE         $      0.00
          TOTAL DUE THIS INVOICE          $  1,107.10
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301035

INVOICE #  810438

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301035   TC Number: 712454

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/10/12 | Confer with client and UST office regarding closure of file related to informal information request | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/28/12 | Follow up with client regarding file closing | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/29/12 | Prepare and circulate closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

FEES                                    $483.00


AMOUNT DUE THIS BILL                     $483.00


***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
ResCap                                              OCTOBER 12, 2012

0R0808-301035

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.40 | 483.00 |
| Total | | | 1.40 | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301035

BILL AMOUNT          $483.00

INVOICE #  810438

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        712454
Invoice Date:     10/12/2012
Invoice No.       810438
Period ending:    08/31/2012

Case Management Number      LD   0R0808-301035

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | | 1.40 | $   483.00 |
|  | | ================= | |
| TOTAL FEES | | 1.40 | $   483.00 |
| TOTAL FEES DUE | | $ | 483.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 483.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                         0R0808-301036
Fort Washington, PA 19034

                                                            INVOICE #  810439

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301036  TC Number: 712651

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/10/12 | Confer with client and UST office regarding closure of file related to informal information request | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/28/12 | Follow up with client regarding file closing | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/29/12 | Prepare and circulate closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

                              FEES                          $483.00

       01      Copy Charges                          0.00

                         AMOUNT DUE THIS BILL              $483.00

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301036

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.40 | 483.00 |
| Total | | | 1.40 | 483.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $483.00

OCTOBER 12, 2012
0R0808-301036
INVOICE #  810439

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        712651
Invoice Date:     10/12/2012
Invoice No.       810439
Period ending:    08/31/2012

Case Management Number     LD  0R0808-301036

| Code Task | Current Invoice Hours | Fees |
|-----------|-----------------------|------|
| L120 Analysis/Strategy | 1.40 | $ 483.00 |
| ================================== | | |
| TOTAL FEES | 1.40 | $ 483.00 |

TOTAL FEES DUE            $   483.00
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   483.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301037
Fort Washington, PA 19034

                                                               INVOICE #  810440

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301037   TC Number: 699305

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/14/12 | Draft status report for client | L120 | JMH | .10 | 241.00 | 24.10 |

                              FEES                                    $24.10


                     AMOUNT DUE THIS BILL                             $24.10


                  ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301037

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Hooks | Associate | 241.00 | .10 | 24.10 |
| Total | | | .10 | 24.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301037
BILL AMOUNT          $24.10                              INVOICE #  810440

To:    ResCap                        TC Number:          699305
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810440
                                     Period ending:      09/30/2012

Case Management Number      LD  0R0808-301037

|                          | Current Invoice | |
|--------------------------|-------|------|
| Code Task                | Hours | Fees |
| L120 Analysis/Strategy   | 0.10  | $  24.10 |
| ================================== | | |
| TOTAL FEES               | 0.10  | $  24.10 |
| TOTAL FEES DUE           |       | $  24.10 |
| TOTAL DISBURSEMENTS DUE  |       | $   0.00 |
| TOTAL DUE THIS INVOICE   |       | $  24.10 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301038

INVOICE #   810441

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301038   TC Number: 699506

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update regarding case stayed pending bankruptcy | L190 | BG | .10 | 190.00 | 19.00 |
| 08/31/12 | Draft status update regarding | L190 | BG | .10 | 190.00 | 19.00 |

FEES                                           $38.00

AMOUNT DUE THIS BILL                           $38.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301038

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Blake Goodsell | Associate | 190.00 | .20 | 38.00 |
| Total | | | .20 | 38.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                           0R0808-301038
BILL AMOUNT            $38.00                              INVOICE #   810441

To:     ResCap                          TC Number:           699506
        1100 Virginia Drive             Invoice Date:        10/12/2012
        Fort Washington, PA 19034       Invoice No.          810441
                                        Period ending:       08/31/2012

Case Management Number       LD   0R0808-301038

                                         Current Invoice
Code Task                               Hours           Fees

L190 Other Case Assessment, Develop't/Admin    0.20    $     38.00

                        ========================================
                        TOTAL FEES     0.20    $     38.00

                        TOTAL FEES DUE          $     38.00
                 TOTAL DISBURSEMENTS DUE        $      0.00
                  TOTAL DUE THIS INVOICE        $     38.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-301039
Fort Washington, PA 19034

                                                INVOICE #  810442

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301039  TC Number: 686089

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Revise responses to discovery requests | L310 | CSM | .60 | 300.00 | 180.00 |
| 08/01/12 | E-mail correspondence with L.Delehey regarding discovery responses and settlement negotiations | C400 | CSM | .20 | 300.00 | 60.00 |
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/06/12 | Attend conference call with L.Delehey regarding status of suit and settlement history | L160 | CWH | .60 | 330.00 | 198.00 |
| 08/07/12 | Review documents and discovery requests to identify addition information needed to respond to discovery requests | L310 | CSM | .50 | 300.00 | 150.00 |
| 08/07/12 | E-mail correspondence with L.Delehey regarding discovery requests | C400 | CSM | .20 | 300.00 | 60.00 |
| 08/22/12 | Draft, finalize and serve interrogatories, requests for admission and requests for production | L310 | CSM | 3.00 | 300.00 | 900.00 |
| 08/23/12 | Review and revise responses to discovery to client | L310 | CWH | .40 | 330.00 | 132.00 |
| 08/23/12 | Revise responses to interrogatories | L310 | CSM | 1.90 | 300.00 | 570.00 |
| 08/23/12 | Research regarding requirements for establishing a parent agency | C200 | CSM | 1.80 | 300.00 | 540.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0808-301039

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Continue to review and revise responses to requests for admission and interrogatories | L310 | CWH | 1.00 | 330.00 | 330.00 |
| 08/26/12 | Continue to review and revise responses to Flick's request for production of documents | L310 | CWH | .40 | 330.00 | 132.00 |
| 08/26/12 | E-mail correspondence with client regarding revisions to discovery responses and needed interrogatory verification | C400 | CSM | .20 | 300.00 | 60.00 |
| 08/26/12 | Revise discovery responses | L310 | CSM | .50 | 300.00 | 150.00 |
| 08/27/12 | Phone call with case manager regarding revisions to responses to discovery | L310 | CWH | .40 | 330.00 | 132.00 |
| 08/27/12 | Review and revise responses to requests for admission and interrogatories | L310 | CWH | .20 | 330.00 | 66.00 |

FEES                          $3,690.00

| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

AMOUNT DUE THIS BILL           $3,690.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301039

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 3.00 | 990.00 |
| Cory S. Menees | Associate | 300.00 | 9.00 | 2,700.00 |
| Total | | | 12.00 | 3,690.00 |

MATTER SUMMARY

| | |
|--|--|
| FEES BILLED TO DATE | $102,186.13 |
| COST BILLED TO DATE | $516.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301039
BILL AMOUNT        $3,690.00                                   INVOICE #  810442

To:    ResCap                        TC Number:         686089
       1100 Virginia Drive           Invoice Date:      10/12/2012
       Fort Washington, PA 19034     Invoice No.        810442
                                     Period ending:     08/31/2012

Case Management Number      LD   0R0808-301039

                                        Current Invoice
Code Task                           Hours          $      Fees

B110 Case Administration             0.10      $       30.00
C200 Researching Law                 1.80      $      540.00
C400 Third Party Communication       0.60      $      180.00
L160 Settlement/Non-Binding ADR      0.60      $      198.00
L310 Written Discovery               8.90      $    2,742.00

                        ===================================
            TOTAL FEES   12.00      $    3,690.00

                TOTAL FEES DUE          $    3,690.00
          TOTAL DISBURSEMENTS DUE       $        0.00
             TOTAL DUE THIS INVOICE     $    3,690.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301040

INVOICE #  810443

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301040  TC Number: 690409

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Draft amended notice of bankruptcy filing and supplemental servicing order | L210 | LADA | .60 | 65.00 | 39.00 |
| 08/20/12 | Review and analysis of case status to determine if case documents on Summation could be archived | L140 | RBB | .20 | 149.00 | 29.80 |

FEES                                      $68.80

AMOUNT DUE THIS BILL                       $68.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301040

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .20 | 29.80 |
| Lucinda Kish | Paralegal | 65.00 | .60 | 39.00 |
| Total | | | .80 | 68.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301040

BILL AMOUNT          $68.80                                    INVOICE #   810443

To:     ResCap                          TC Number:           690409
        1100 Virginia Drive             Invoice Date:        10/12/2012
        Fort Washington, PA 19034       Invoice No.          810443
                                        Period ending:       08/31/2012

Case Management Number        LD   0R0808-301040

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L140 | Document/File Management | 0.20 | $ 29.80 |
| L210 | Pleadings | 0.60 | $ 39.00 |
| | | ================================= | |
| | TOTAL FEES | 0.80 | $ 68.80 |
| | TOTAL FEES DUE | | $ 68.80 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 68.80 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301041

INVOICE #  810444

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301041  TC Number: 732580

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/12/12 | Revise notice of bankruptcy template for quiet title cases | L210 | HTC | .10 | 315.00 | 31.50 |
| 09/12/12 | Telephone conference with client regarding effect of bankruptcy on quiet title claim | L120 | HTC | .20 | 315.00 | 63.00 |
| 09/17/12 | Telephone conference with Attorney General's office | L120 | HTC | .10 | 315.00 | 31.50 |
| 09/18/12 | Telephone conference with B.Blake and review materials provided by B.Blake in other Fidelity cases and analyze same | L120 | HTC | .40 | 315.00 | 126.00 |
| 09/18/12 | Review First Amended Complaint and calculate deadlines | L230 | JAM | .30 | 145.00 | 43.50 |
| 09/19/12 | Review materials provided by MERS regarding similar cases and E.Cherry | L120 | HTC | .20 | 315.00 | 63.00 |
| 09/20/12 | Review and revise notice of bankruptcy | L210 | HTC | .10 | 315.00 | 31.50 |
| 09/20/12 | Draft notice of bankruptcy | L250 | JLJ | .30 | 193.00 | 57.90 |
| 09/21/12 | Review and revise notice of bankruptcy in preparation for filing | L250 | JLJ | .20 | 193.00 | 38.60 |
| 09/21/12 | Final review and revision of Notice of Bankruptcy Filing and Supplemental Servicing Order | L250 | AHC | .40 | 145.00 | 58.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301041

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/21/12 | Draft email to file regarding manner in which to consistently handle these cases | L120 | HTC | .10 | 315.00 | 31.50 |
| 09/26/12 | Conference call with client regarding Fidelity Land Trust, case status and notice of bankruptcy | L240A | JLJ | .50 | 193.00 | 96.50 |
| 09/26/12 | E-mail correspondence with client regarding case status and notice of bankruptcy | L190 | JLJ | .20 | 193.00 | 38.60 |
| 09/26/12 | Review complaint, mortgage, tax assessment and notice of bankruptcy and research in preparation for conference call regarding case status | C300 | JLJ | .40 | 193.00 | 77.20 |
| 09/26/12 | E-mail correspondence with client transmitting client documents and discussing unpaid balance, holder of the note, and other facts regarding the case | L210 | JLJ | .20 | 193.00 | 38.60 |
| 09/26/12 | E-mail correspondence with client regarding case status update, strategy for responsive pleading, deadlines and Fidelity Land Trust Company | L190 | JLJ | .50 | 193.00 | 96.50 |
| 09/26/12 | Telephone conference with client regarding case, information needed and next steps | L120 | HTC | .70 | 315.00 | 220.50 |
| 09/27/12 | Analyze and consider issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | HTC | .40 | 315.00 | 126.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301041

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/27/12 | Strategize regarding deadline to remove and obtaining the state court file | L250 | JLJ | .30 | 193.00 | 57.90 |
| 09/27/12 | Review client documents, including note and strategize regarding endorsements and holder | C100 | JLJ | .40 | 193.00 | 77.20 |
| 09/27/12 | Draft notice of removal | L250 | JLJ | .90 | 193.00 | 173.70 |
| 09/28/12 | Review correspondence transmitting state court file and strategize regarding removal | L250 | JLJ | .20 | 193.00 | 38.60 |
| 09/28/12 | Correspondence with client regarding notice of removal and AG's complaint against Fidelity | L250 | JLJ | .20 | 193.00 | 38.60 |
| 09/30/12 | Review and revise notice of removal | L210 | HTC | .10 | 315.00 | 31.50 |

FEES                                    $1,687.40

| 09/21/12 | Copy Charges | 0.00 |
| 09/21/12 | Copy Charges | 0.00 |
| 09/21/12 | Express Mail/Fedex | 0.00 |

AMOUNT DUE THIS BILL             $1,687.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
OCTOBER 12, 2012

ResCap

0R0808-301041

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 2.40 | 756.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Jessica L. Jones | Associate | 193.00 | 4.30 | 829.90 |
| Total | | | 7.40 | 1,687.40 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0808-301041
BILL AMOUNT       $1,687.40                                  INVOICE #  810444

To:    ResCap                         TC Number:          732580
       1100 Virginia Drive            Invoice Date:       10/12/2012
       Fort Washington, PA 19034      Invoice No.         810444
                                      Period ending:      09/30/2012

Case Management Number      LD  0R0808-301041

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| C100 | Fact Gathering | 0.40 | $ 77.20 |
| C300 | Analysis and Advice | 0.40 | $ 77.20 |
| L120 | Analysis/Strategy | 1.70 | $ 535.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $ 135.10 |
| L210 | Pleadings | 0.90 | $ 259.10 |
| L230 | Court Mandated Conferences | 0.30 | $ 43.50 |
| L240A | Defense/Trial Strategy Meetings | 0.50 | $ 96.50 |
| L250 | Other Written Motions/Submissions | 2.50 | $ 463.30 |

```
                    ======================================
          TOTAL FEES        7.40    $  1,687.40

              TOTAL FEES DUE         $  1,687.40
      TOTAL DISBURSEMENTS DUE        $      0.00
      TOTAL DUE THIS INVOICE         $  1,687.40
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301042
Fort Washington, PA 19034

                                                               INVOICE #  810445

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301042  TC Number: 716722

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/08/12 | Analysis of Order dismissing claims against Defendant Specialized Loan Servicing, LLC without prejudice | L210 | JDV | .20 | 219.00 | 43.80 |
| 08/16/12 | Telephone discussion with plaintiff's counsel regarding loan modification | L120 | KSA | .30 | 223.00 | 66.90 |
| 08/21/12 | Analysis of Order Staying and Administratively Closing Case | L210 | JDV | .20 | 219.00 | 43.80 |
| 08/27/12 | Analyze complaint and possible actions with 591 allegations and loan modification pending | L240B | KSA | .50 | 223.00 | 111.50 |
| 08/27/12 | Respond to J.Hay email | L110 | KSA | .30 | 223.00 | 66.90 |
| 08/27/12 | Draft revised notice of Bankruptcy Stay | L240B | KSA | .40 | 223.00 | 89.20 |
| 08/27/12 | Analysis of defendant's service status | L120 | JDV | .30 | 219.00 | 65.70 |
| 08/31/12 | Draft Amended Notice of Bankruptcy | L210 | JDV | .40 | 219.00 | 87.60 |
| 08/31/12 | Correspondence with client regarding review of Amended Notice of Bankruptcy | L210 | JDV | .20 | 219.00 | 43.80 |

                                FEES                              $663.00

  41        Computerized Legal Research-Westlaw                  0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301042

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $663.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301042

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | 1.50 | 334.50 |
| Jose D. Vega | Associate | 219.00 | 1.50 | 328.50 |
| Total | | | 3.00 | 663.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301042
BILL AMOUNT          $663.00                                   INVOICE #  810445

To:     ResCap                        TC Number:           716722
        1100 Virginia Drive           Invoice Date:        10/12/2012
        Fort Washington, PA 19034     Invoice No.          810445
                                      Period ending:       08/31/2012

Case Management Number      LD   0R0808-301042

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.30 | $    66.90 |
| L120 Analysis/Strategy | | 0.60 | $   132.60 |
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $    43.80 |
| L210 Pleadings | | 1.00 | $   219.00 |
| L240BAll Other | | 0.90 | $   200.70 |

```
                  ==================================
           TOTAL FEES        3.00    $    663.00

                  TOTAL FEES DUE          $    663.00
          TOTAL DISBURSEMENTS DUE         $      0.00
              TOTAL DUE THIS INVOICE      $    663.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301043
Fort Washington, PA 19034

                                                          INVOICE #  810446

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301043  TC Number: 732834

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/17/12 | Review initial case materials from client; telephone conference with client; review document and telephone conference with Albertelli Law's hearing department | L120 | HTC | .80 | 315.00 | 252.00 |
| 09/17/12 | Finalize and electronically file notice of appearance and notice of designation in order to prepare for trial on September 18, 2012. | L210 | MPE | .60 | 149.00 | 89.40 |
| 09/17/12 | Telephone and email correspondence with default counsel regarding status of counterclaims, trial, and bankruptcy. | L110 | MPE | .70 | 149.00 | 104.30 |
| 09/17/12 | Receive and review matter to determine current status and  current counsel. | L110 | MPE | .40 | 149.00 | 59.60 |
| 09/17/12 | Conference call with client regarding tomorrow's trial and information gleaned today from file review | L110 | CWH | .20 | 330.00 | 66.00 |
| 09/17/12 | Conference call with default counsel regarding tomorrow's trial | L110 | CWH | .20 | 330.00 | 66.00 |
| 09/17/12 | Draft notice of bankruptcy and send same to client for review and approval | L110 | CWH | .30 | 330.00 | 99.00 |
| 09/17/12 | Review and analyze status of suit, client documents, and eleventh hour counterclaims by borrower | L120 | CWH | .60 | 330.00 | 198.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301043

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/18/12 | Exchange e-mails with client regarding resolution of the trial today and questions that arose from same | L120 | CWH | .20 | 330.00 | 66.00 |

FEES                                                    $1,000.30

AMOUNT DUE THIS BILL                    $1,000.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301043

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .80 | 252.00 |
| Christian W. Hancock | Partner | 330.00 | 1.50 | 495.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.70 | 253.30 |
| Total | | | 4.00 | 1,000.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301043
BILL AMOUNT        $1,000.30                               INVOICE #  810446

To:    ResCap                       TC Number:           732834
       1100 Virginia Drive          Invoice Date:        10/12/2012
       Fort Washington, PA 19034    Invoice No.          810446
                                    Period ending:       09/30/2012

Case Management Number      LD   0R0808-301043

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      1.80     $    394.90
L120 Analysis/Strategy                   1.60     $    516.00
L210 Pleadings                           0.60     $     89.40

                    ======================================
            TOTAL FEES       4.00     $  1,000.30

                    TOTAL FEES DUE            $  1,000.30
           TOTAL DISBURSEMENTS DUE           $      0.00
            TOTAL DUE THIS INVOICE           $  1,000.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
1100 Virginia Drive                                   0R0808-301044
Fort Washington, PA 19034

                                                      INVOICE #  810447

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301044   TC Number: 732797

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/25/12 | Research code violation situation and telephone discussions with city housing department and B.McWilliams | L120 | KSA | .40 | 223.00 | 89.20 |
| 09/26/12 | Telephone discussions and research regarding building code hearing | L120 | KSA | .30 | 223.00 | 66.90 |

                    FEES                              $156.10


                    AMOUNT DUE THIS BILL              $156.10


              ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301044

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .70 | 156.10 |
| Total | | | .70 | 156.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                                    OCTOBER 12, 2012
                                                                                          0R0808-301044
BILL AMOUNT           $156.10                                                             INVOICE #   810447

To:    ResCap                              TC Number:          732797
       1100 Virginia Drive                 Invoice Date:       10/12/2012
       Fort Washington, PA 19034           Invoice No.         810447
                                           Period ending:      09/30/2012

Case Management Number        LD   0R0808-301044

|                        |              | Current Invoice |          |
| Code Task              |              | Hours | Fees |
|------------------------|-----|-------|------|
| L120 Analysis/Strategy |     | 0.70  | $   156.10 |
|                        | ======================================= | | |
| TOTAL FEES             |     | 0.70  | $   156.10 |

|                           |       |        |
|---------------------------|-------|--------|
| TOTAL FEES DUE            | $     | 156.10 |
| TOTAL DISBURSEMENTS DUE   | $     | 0.00   |
| TOTAL DUE THIS INVOICE    | $     | 156.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301045

INVOICE #  810448

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301045  TC Number: 698535

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |

FEES                                           $69.00

AMOUNT DUE THIS BILL                           $69.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301045

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .20 | 69.00 |
| Total | | | .20 | 69.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301045
BILL AMOUNT          $69.00                               INVOICE #  810448

---

To:    ResCap                      TC Number:        698535
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810448
                                   Period ending:    08/31/2012


Case Management Number      LD   0R0808-301045


                                        Current Invoice
Code Task                            Hours              Fees

L120 Analysis/Strategy                0.20        $     69.00

                          ==================================
                 TOTAL FEES           0.20        $     69.00

                    TOTAL FEES DUE                $     69.00
            TOTAL DISBURSEMENTS DUE               $      0.00
            TOTAL DUE THIS INVOICE                $     69.00