

## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301047
Fort Washington, PA 19034

                                                        INVOICE # 810449

                                                        **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301047  TC Number: 696927

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | E-mail to W.Hereford regarding execution of settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 08/01/12 | Make final revisions to settlement agreement | L160 | RLB | 1.50 | 266.00 | 399.00 |
| 08/01/12 | Draft client status report as follows: This matter has settled.  We have submitted a draft settlement agreement to the plaintiff for review and signature. | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/07/12 | Draft and revise settlement proposal for client's consideration | L160 | RLB | 4.70 | 266.00 | 1,250.20 |
| 08/08/12 | Review and respond to e-mail from client regarding contact information for borrower | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/08/12 | Telephone call to borrower's counsel regarding client's contact information | L190 | RLB | .20 | 266.00 | 53.20 |
| 08/14/12 | Review and respond to e-mail from W.Hereford regarding settlement agreement | L160 | RLB | .10 | 266.00 | 26.60 |
| 08/14/12 | E-mail to client regarding settlement proposal | L160 | RLB | .10 | 266.00 | 26.60 |
| 08/14/12 | Review and revise settlement proposal | L160 | RLB | .40 | 266.00 | 106.40 |
| 08/14/12 | Status report for client regarding settlement recommendation | L160 | RLB | .30 | 266.00 | 79.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301047

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Review and respond to e-mail from client regarding settlement agreement | L160 | RLB | .20 | 266.00 | 53.20 |
| 08/21/12 | Complete real estate sales valuation form | L160 | RLB | .60 | 266.00 | 159.60 |
| 08/21/12 | Teleconference with Shelby County probate judge regarding recording of quitclaim deed | L160 | RLB | .40 | 266.00 | 106.40 |
| 08/21/12 | Review and respond to client regarding signed settlement agreement | L160 | RLB | .10 | 266.00 | 26.60 |
| 08/22/12 | Review and respond to e-mail from W.Justice regarding execution of settlement agreement | L160 | RLB | .10 | 266.00 | 26.60 |

FEES                                                    $2,420.60

### DESCRIPTION OF DISBURSEMENTS

| 01 | Copy Charges | 0.00 |
|----|--------------|------|
| 08 | Recording Fees | 148.00 |
| 35 | Express Mail/Fedex | 0.00 |

COSTS                                                    $148.00

AMOUNT DUE THIS BILL                                     $2,568.60

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301047

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | 9.10 | 2,420.60 |
| Total | | | 9.10 | 2,420.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                    OCTOBER 12, 2012
                                          0R0808-301047
BILL AMOUNT        $2,568.60              INVOICE #  810449

To:    ResCap                 TC Number:         696927
       1100 Virginia Drive    Invoice Date:      10/12/2012
       Fort Washington, PA 19034   Invoice No.   810449
                              Period ending:     08/31/2012

Case Management Number      LD  0R0808-301047

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L160 | Settlement/Non-Binding ADR | 8.70 | $ 2,314.20 |
| L190 | Other Case Assessment, Develop't/Admin | 0.40 | $ 106.40 |
| | TOTAL FEES | 9.10 | $ 2,420.60 |

TOTAL FEES DUE              $ 2,420.60
TOTAL DISBURSEMENTS DUE     $   148.00
TOTAL DUE THIS INVOICE      $ 2,568.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                           OCTOBER 12, 2012
1100 Virginia Drive                                             0R0808-301048
Fort Washington, PA 19034

                                                        INVOICE #  810450

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301048  TC Number: 706679

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Review and circulate request for mortgage settlement relief and e-mail correspondence regarding same | B420 | JHA | .20 | 249.00 | 49.80 |
| 08/06/12 | Analyze debtor's request for additional mortgage loan relief and confer with client regarding same | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/09/12 | Confer with client regarding debtor's qualified written request | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/13/12 | Revise response to qualified written request | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/13/12 | Review QWR response and e-mail C.Hawkins regarding same | B420 | JHA | .40 | 249.00 | 99.60 |
| 08/14/12 | Review and comment on proposed QWR response pursuant to RESPA requirements | L120 | LSDR | 1.10 | 350.00 | 385.00 |
| 08/20/12 | Confer with client regarding response to QWR | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/22/12 | Confer with co-counsel regarding QWR response | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/23/12 | Work on final revisions to response to QWR | L120 | CLHA | .40 | 345.00 | 138.00 |

                        FEES                                  $1,224.40



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301048

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,224.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301048

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lesley Smith DeRamus | Counsel | 350.00 | 1.10 | 385.00 |
| Christopher L. Hawkins | Partner | 345.00 | 2.00 | 690.00 |
| Jennifer H. Henderson | Associate | 249.00 | .60 | 149.40 |
| Total | | | 3.70 | 1,224.40 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301048
BILL AMOUNT        $1,224.40                             INVOICE #  810450

To:    ResCap                        TC Number:          706679
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810450
                                     Period ending:      08/31/2012

Case Management Number        LD   0R0808-301048

|                          |         | Current Invoice |          |
|--------------------------|---------|-----------------|----------|
| Code Task                | Hours   |                 | Fees     |
| B420 Restructurings      | 0.60    | $               | 149.40   |
| L120 Analysis/Strategy   | 3.10    | $               | 1,075.00 |
|                          | ======= | =============== | ======== |
| TOTAL FEES               | 3.70    | $               | 1,224.40 |

                    TOTAL FEES DUE          $    1,224.40
            TOTAL DISBURSEMENTS DUE         $        0.00
            TOTAL DUE THIS INVOICE          $    1,224.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301049
Fort Washington, PA 19034

                                                          INVOICE #   810451

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301049  TC Number: 702383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/15/12 | Review status of case in circuit and district courts and e-mail correspondence with A.Cockrell and C.Cooper regarding same | L190 | MFW | .30 | 236.00 | 70.80 |
| 08/21/12 | Conference with A.Cockrell regarding latest developments in appeal and status of matter | L190 | MFW | .10 | 236.00 | 23.60 |

                          FEES                                    $108.90


                   AMOUNT DUE THIS BILL                           $108.90


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301049

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Michael Walker | Associate | 236.00 | .40 | 94.40 |
| Total | | | .50 | 108.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301049
BILL AMOUNT          $108.90                             INVOICE #  810451

To:    ResCap                       TC Number:          702383
       1100 Virginia Drive          Invoice Date:       10/12/2012
       Fort Washington, PA 19034    Invoice No.         810451
                                    Period ending:      08/31/2012

Case Management Number      LD  0R0808-301049


                                        Current Invoice
Code Task                               Hours          Fees

L190 Other Case Assessment, Develop't/Admin    0.50    $    108.90

                         =====================================
              TOTAL FEES          0.50    $    108.90

                 TOTAL FEES DUE           $    108.90
          TOTAL DISBURSEMENTS DUE         $      0.00
            TOTAL DUE THIS INVOICE        $    108.90



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301050

INVOICE #  810452

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301050   TC Number: 709499

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/13/12 | Enter taxonomy and opposing counsel information into database | L190 | AHC | .20 | 145.00 | 29.00 |

|  | FEES |  | $29.00 |
|--|------|--|--------|

|  | AMOUNT DUE THIS BILL |  | $29.00 |
|--|----------------------|--|--------|

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301050

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Total | | | .20 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301050
BILL AMOUNT           $29.00                                   INVOICE #  810452

To:     ResCap                          TC Number:         709499
        1100 Virginia Drive             Invoice Date:      10/12/2012
        Fort Washington, PA 19034       Invoice No.        810452
                                        Period ending:     09/30/2012

Case Management Number      LD   0R0808-301050

                                         Current Invoice
Code Task                                Hours          Fees

L190 Other Case Assessment, Develop't/Admin   0.20   $    29.00

                              =====================================
                    TOTAL FEES       0.20   $    29.00

                 TOTAL FEES DUE              $    29.00
         TOTAL DISBURSEMENTS DUE             $     0.00
         TOTAL DUE THIS INVOICE              $    29.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301051

INVOICE #  810453

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301051  TC Number: 709635

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Update status of file for purpose of bankruptcy review | L120 | JB | .20 | 190.00 | 38.00 |
| 08/08/12 | Draft status report for client | L120 | JB | .10 | 190.00 | 19.00 |
| 08/09/12 | Work on remaining post-bankruptcy accounting issues | L120 | CLHA | .30 | 345.00 | 103.50 |

FEES                                              $580.90

AMOUNT DUE THIS BILL                              $580.90

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301051

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .30 | 103.50 |
| James Bailey | Associate | 190.00 | .30 | 57.00 |
| Total | | | .60 | 160.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301051
BILL AMOUNT        $580.90                               INVOICE #  810453
_____

To:    ResCap                        TC Number:          709635
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810453
                                     Period ending:      08/31/2012


Case Management Number    LD  0R0808-301051


                                        Current Invoice
Code Task                            Hours          Fees

L120 Analysis/Strategy               0.60    $    160.50

                            =====================================
                 TOTAL FEES          0.60    $    580.90

                 TOTAL FEES DUE              $    580.90
           TOTAL DISBURSEMENTS DUE           $      0.00
           TOTAL DUE THIS INVOICE            $    580.90



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301052
Fort Washington, PA 19034

                                                              INVOICE #  810454

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301052  TC Number: 708174

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Prepare status update regarding US Marshall's office scheduling sale | L120 | KSA | .10 | 223.00 | 22.30 |

                              FEES                                 $22.30


                     AMOUNT DUE THIS BILL                         $22.30

                 ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301052

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .10 | 22.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301052
BILL AMOUNT          $22.30                                    INVOICE #   810454

To:    ResCap                         TC Number:         708174
       1100 Virginia Drive            Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810454
                                      Period ending:     08/31/2012

Case Management Number      LD   0R0808-301052

                                           Current Invoice
Code Task                             Hours              Fees

L120 Analysis/Strategy                0.10      $      22.30

                             ==================================
                   TOTAL FEES         0.10      $      22.30

                   TOTAL FEES DUE               $      22.30
             TOTAL DISBURSEMENTS DUE            $       0.00
                TOTAL DUE THIS INVOICE          $      22.30



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301053

INVOICE #  810455

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301053  TC Number: 710301

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Analyze debtor's request for additional mortgage loan relief and confer with client regarding same | L120 | CLHA | .30 | 345.00 | 103.50 |

FEES                                   $103.50

AMOUNT DUE THIS BILL                   $103.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301053

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .30 | 103.50 |
| Total | | | .30 | 103.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301053
BILL AMOUNT          $103.50                        INVOICE #  810455

To:    ResCap                      TC Number:        710301
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810455
                                   Period ending:    08/31/2012

Case Management Number      LD   0R0808-301053

|                        | Current Invoice | |
| Code Task              | Hours | Fees |
|------------------------|-------|------|
| L120 Analysis/Strategy | 0.30  | $   103.50 |
| ================================================ | | |
| TOTAL FEES             | 0.30  | $   103.50 |
| TOTAL FEES DUE         |       | $   103.50 |
| TOTAL DISBURSEMENTS DUE |      | $     0.00 |
| TOTAL DUE THIS INVOICE |       | $   103.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301054

INVOICE #  810456

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301054  TC Number: 711432

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Draft status report for client as follows: Settlement agreement required return of original note and mortgage stamped paid in full.  File can be closed once this is completed. | L120 | JB | .10 | 190.00 | 19.00 |

FEES                                                            $19.00

AMOUNT DUE THIS BILL                                            $19.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $19.00

OCTOBER 12, 2012
0R0808-301054
INVOICE #  810456

| To: | ResCap | | | TC Number: | 711432 |
| | 1100 Virginia Drive | | | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | | | Invoice No. | 810456 |
| | | | | Period ending: | 08/31/2012 |

Case Management Number      LD   0R0808-301054

| Code Task | Current Invoice Hours | | Fees |
|---|---|---|---|
| L120 Analysis/Strategy | 0.10 | $ | 19.00 |
| ================================== | | | |
| TOTAL FEES | 0.10 | $ | 19.00 |
| TOTAL FEES DUE | | $ | 19.00 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301057
Fort Washington, PA 19034

                                                               INVOICE #   810457

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301057   TC Number: 713877

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/09/12 | Confer with client regarding committee approval of settlement | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/10/12 | Conference with client regarding next steps | L120 | CLHA | .10 | 345.00 | 34.50 |
| 08/13/12 | Emails with opposing counsel regarding settlement status | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/28/12 | Follow up with client regarding settlement authority | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/29/12 | Email with opposing counsel regarding status of settlement | L120 | CLHA | .20 | 345.00 | 69.00 |

                          FEES                                    $448.50


                  AMOUNT DUE THIS BILL                            $448.50


              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301057

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 1.30 | 448.50 |
| Total | | | 1.30 | 448.50 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301057
BILL AMOUNT          $448.50                                   INVOICE #  810457

To:     ResCap                          TC Number:        713877
        1100 Virginia Drive             Invoice Date:     10/12/2012
        Fort Washington, PA 19034       Invoice No.       810457
                                        Period ending:    08/31/2012

Case Management Number     LD   0R0808-301057

|                          | Current Invoice |            |
|--------------------------|-----------------|------------|
| Code Task                | Hours           | Fees       |
| L120 Analysis/Strategy   | 1.30            | $   448.50 |
| ======================= | ============    | ========== |
| TOTAL FEES               | 1.30            | $   448.50 |

TOTAL FEES DUE              $    448.50
TOTAL DISBURSEMENTS DUE     $      0.00
TOTAL DUE THIS INVOICE      $    448.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301059
Fort Washington, PA 19034

                                                               INVOICE #  810458

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301059  TC Number: 714656

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft client status report to client | L190 | RLB | .30 | 266.00 | 79.80 |
| 08/02/12 | Review file for recorded substitute trustee deeds | L190 | RLB | .50 | 266.00 | 133.00 |
| 08/02/12 | E-mail substitute trustee deeds to O.Panchenko | L190 | RLB | .10 | 266.00 | 26.60 |
| 08/07/12 | Respond to e-mail from debtor's counsel regarding settlement | L160 | RLB | .20 | 266.00 | 53.20 |
| 08/07/12 | E-mail to client regarding borrower's acceptance of settlement | L160 | RLB | .10 | 266.00 | 26.60 |
| 08/09/12 | Review and respond to e-mail from client regarding settlement agreement | L160 | RLB | .10 | 266.00 | 26.60 |
| 08/13/12 | Review and respond to e-mail from opposing counsel regarding W-9 form | L160 | RLB | .10 | 266.00 | 26.60 |
| 08/14/12 | Status report for client regarding settlement recommendation | L160 | RLB | .30 | 266.00 | 79.80 |
| 08/14/12 | Review and respond to e-mail from client regarding settlement | L160 | RLB | .10 | 266.00 | 26.60 |
| 08/14/12 | Status report for client regarding settlement recommendation | L160 | RLB | .30 | 266.00 | 79.80 |

                              FEES                                    $558.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301059

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                          $558.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301059

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Rashad L. Blossom | Associate | 266.00 | 2.10 | 558.60 |
| Total | | | 2.10 | 558.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301059
BILL AMOUNT        $558.60                           INVOICE #  810458

To:    ResCap                        TC Number:      714656
       1100 Virginia Drive           Invoice Date:   10/12/2012
       Fort Washington, PA 19034      Invoice No.     810458
                                     Period ending:  08/31/2012

Case Management Number      LD  0R0808-301059

                                      Current Invoice
                                      Hours          Fees
Code Task

L160 Settlement/Non-Binding ADR        1.20     $    319.20
L190 Other Case Assessment, Develop't/Admin   0.90     $    239.40

                          =================================
              TOTAL FEES     2.10     $    558.60

                   TOTAL FEES DUE      $    558.60
          TOTAL DISBURSEMENTS DUE      $      0.00
           TOTAL DUE THIS INVOICE      $    558.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301060

INVOICE #  810459

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301060  TC Number: 721871

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Draft status report to cliet | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/14/12 | Email correspondence with client concerning communications from Hudson & Marshall. | P300 | EWS | .70 | 266.00 | 186.20 |
| 08/20/12 | Telephone conversation with Hudson & Marshall counsel. | L210 | EWS | .30 | 266.00 | 79.80 |

FEES                                                      $280.50

41       Computerized Legal Research-Westlaw                    0.00

AMOUNT DUE THIS BILL                 $280.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301060

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric Smith | Partner | 266.00 | 1.00 | 266.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | 1.10 | 280.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301060
BILL AMOUNT          $280.50                                   INVOICE #  810459

To:    ResCap                      TC Number:        721871
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810459
                                   Period ending:    08/31/2012

Case Management Number      LD   0R0808-301060

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ 14.50 |
| L210 | Pleadings | 0.30 | $ 79.80 |
| P300 | Structure/Strategy/Analysis | 0.70 | $ 186.20 |
| | | ============================ | |
| | TOTAL FEES | 1.10 | $ 280.50 |

TOTAL FEES DUE                 $   280.50
TOTAL DISBURSEMENTS DUE        $     0.00
TOTAL DUE THIS INVOICE         $   280.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301063

INVOICE #  810460

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301063  TC Number: 714383

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Draft revised notice of bankruptcy and submit to J.Hoy for review | L210 | KSA | .60 | 223.00 | 133.80 |

|  |  | FEES |  |  |  | $133.80 |
|--|--|------|--|--|--|---------|
| 01 | Copy Charges |  |  |  | 0.00 |  |
|  |  | AMOUNT DUE THIS BILL |  |  |  | $133.80 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301063

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .60 | 133.80 |
| Total | | | .60 | 133.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0808-301063
BILL AMOUNT          $133.80                                 INVOICE #  810460

To:    ResCap                          TC Number:        714383
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810460
                                       Period ending:    08/31/2012

Case Management Number     LD  0R0808-301063

|                       | Current Invoice | |
| Code Task | Hours | Fees |
| L210 Pleadings | 0.60 | $  133.80 |
| ======================================= | | |
| TOTAL FEES | 0.60 | $  133.80 |

| TOTAL FEES DUE | $  133.80 |
| TOTAL DISBURSEMENTS DUE | $    0.00 |
| TOTAL DUE THIS INVOICE | $  133.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301064
Fort Washington, PA 19034

                                                               INVOICE #  810461

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301064   TC Number: 725295

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Retrieve and review trial court docket | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Review record to determine procedural history | L190 | AKA | .20 | 184.00 | 36.80 |
| 08/06/12 | Review of and research regarding appellate issues | L510 | MJA | .50 | 297.00 | 148.50 |
| 08/07/12 | Receipt and initial review of record on appeal to confirm that all pleadings have been received | L510 | AHC | .90 | 145.00 | 130.50 |
| 08/09/12 | Correspondence to client regarding briefing due dates and status of request for oral argument | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/09/12 | Continue reviewing appellate record to determine procedural history | L190 | AKA | 1.20 | 184.00 | 220.80 |
| 08/09/12 | Confer with M.Ayers regarding procedural history | L120 | AKA | .30 | 184.00 | 55.20 |
| 08/09/12 | Research on status as appellee in Florida appeal and procedure for responding to appellant's brief | L510 | MJA | .40 | 297.00 | 118.80 |
| 08/09/12 | Response to request for extension of time to file appellantÆs brief | L510 | MJA | .20 | 297.00 | 59.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301064

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Email to client on time extension issues | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/13/12 | Receipt and initial review of Appellant's Motion for Enlargement of Time | L510 | AHC | .10 | 145.00 | 14.50 |
| 08/13/12 | Correspondence to client regarding Appellant's Motion for Enlargement of Time | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/15/12 | Review docket regarding status of ruling on motion for extension and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/15/12 | Correspondence to client regarding extension of time for appellant's initial brief | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/16/12 | Review and finalize ILAB case update | L190 | AKA | .80 | 184.00 | 147.20 |
| 08/17/12 | Review pleadings to develop case strategy | L120 | AKA | 1.40 | 184.00 | 257.60 |
| 08/25/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |

FEES                    $1,408.20

DESCRIPTION OF DISBURSEMENTS

| 12 | Court Costs - Pleadings | 611.45 |
|----|-------------------------|--------|
|    | COSTS | $611.45 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301064

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL              $2,019.65

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.30 | 386.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.10 | 304.50 |
| Anne Averitt | Associate | 184.00 | 3.90 | 717.60 |
| Total | | | 7.30 | 1,408.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301064
BILL AMOUNT        $2,019.65                              INVOICE #  810461

To:    ResCap                        TC Number:           725295
       1100 Virginia Drive           Invoice Date:        10/12/2012
       Fort Washington, PA 19034     Invoice No.          810461
                                     Period ending:       08/31/2012

Case Management Number      LD   0R0808-301064

                                            Current Invoice
Code Task                                Hours          Fees

L110  Fact Investigation/Development       0.30    $      43.50
L120  Analysis/Strategy                    1.70    $     312.80
L190  Other Case Assessment, Develop't/Admin  2.70  $    477.30
L510  Appellate Motions and Submissions    2.60    $     574.60

                    ====================================
                    TOTAL FEES        7.30    $   1,408.20

                    TOTAL FEES DUE            $   1,408.20
              TOTAL DISBURSEMENTS DUE         $     611.45
              TOTAL DUE THIS INVOICE         $   2,019.65



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301067
Fort Washington, PA 19034

                                                         INVOICE #  810462

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301067   TC Number: 725622

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | E-mail from client regarding second qualified written request letter sent by debtor | L120 | GEG | .20 | 335.00 | 67.00 |
| 08/16/12 | Review letters from and to borrower sent by client | L120 | GEG | .60 | 335.00 | 201.00 |
| 08/16/12 | Phone conference with L.DeVries regarding ascertaining what letters were sent and which weren't | L120 | GEG | .60 | 335.00 | 201.00 |
| 08/16/12 | Draft response letter to second qualified written request letter | L120 | GEG | .60 | 335.00 | 201.00 |
| 08/16/12 | E-mails to and from S.Fleischer regarding name of trust holding note | L120 | GEG | .20 | 335.00 | 67.00 |
| 08/17/12 | Review cover pages of pooling and servicing agreement sent by S.Fleischer and e-mails to and from same regarding same | L120 | GEG | .20 | 335.00 | 67.00 |
| 08/20/12 | E-mails from and to various GMAC personnel regarding second response to borrower's QWR-like letter | L120 | GEG | .20 | 335.00 | 67.00 |
| 08/20/12 | Work on response to borrower's QWR-like letter | L120 | GEG | .80 | 335.00 | 268.00 |
| 08/20/12 | Work on review of notice of bankruptcy already filed in action and completion of monthly status report | L120 | GEG | .20 | 335.00 | 67.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301067

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Draft case update memo per client request | L120 | TPG | .90 | 200.00 | 180.00 |
| 08/21/12 | Review file to determine effect of GMAC's bankruptcy on the case and catalog information in comprehensive bankruptcy chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/22/12 | E-mails to and from GMAC personnel regarding QWR letter and follow-up letter from borrower | L120 | GEG | .40 | 335.00 | 134.00 |
| 08/22/12 | Phone conference with client regarding QWR letter and follow-up letter from borrower | L120 | GEG | .40 | 335.00 | 134.00 |
| 08/22/12 | Work on QWR letter and follow-up letter from borrower | L120 | GEG | .70 | 335.00 | 234.50 |
| 08/22/12 | Analysis whether supplemental bankruptcy filing is required | L210 | MCG | .20 | 323.00 | 64.60 |
| 08/23/12 | Continue to work on questions raised in QWR response letter and e-mails from GMAC personnel regarding same | L120 | GEG | .30 | 335.00 | 100.50 |

FEES                                          $2,082.60

AMOUNT DUE THIS BILL                          $2,082.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301067

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 5.40 | 1,809.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| T. Parker Griffin, Jr. | Associate | 200.00 | .90 | 180.00 |
| Total | | | 6.70 | 2,082.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301067
BILL AMOUNT        $2,082.60                     INVOICE #  810462

To:    ResCap                    TC Number:          725622
       1100 Virginia Drive       Invoice Date:       10/12/2012
       Fort Washington, PA 19034  Invoice No.         810462
                                 Period ending:       08/31/2012

Case Management Number     LD   0R0808-301067

                                           Current Invoice
Code Task                              Hours            Fees

L110 Fact Investigation/Development     0.20     $      29.00
L120 Analysis/Strategy                  6.30     $   1,989.00
L210 Pleadings                          0.20     $      64.60

                              ==================================
                  TOTAL FEES   6.70     $   2,082.60

                  TOTAL FEES DUE         $   2,082.60
          TOTAL DISBURSEMENTS DUE        $       0.00
          TOTAL DUE THIS INVOICE         $   2,082.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
1100 Virginia Drive                                          0R0808-301070
Fort Washington, PA 19034

                                                             INVOICE #  810463

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301070  TC Number: 725710

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Receipt and initial review of Order granting appellant's third Motion for Extension and catalog information on comprehensive tracking chart | L510 | AHC | .10 | 145.00 | 14.50 |
| 08/15/12 | Review docket regarding status initial brief and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/21/12 | Receipt and initial review of Notice of Hearing on motion to reschedule foreclosure sale and Appellant's Notice of Voluntary Dismissal | L510 | AHC | .20 | 145.00 | 29.00 |
| 08/21/12 | Review of motion dismissing appeal and communication to client concerning dismissal | L510 | MJA | .10 | 297.00 | 29.70 |
| 08/25/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/31/12 | Review of Tutler dismissal order from appellate court | L510 | MJA | .10 | 297.00 | 29.70 |
| 08/31/12 | Email to client on dismissal | L510 | MJA | .10 | 297.00 | 29.70 |

                            FEES                                      $219.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301070

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 07 | Filing Fees | 5.00 |
| 12 | Court Costs - Pleadings | 341.00 |
| | COSTS | $346.00 |
| | AMOUNT DUE THIS BILL | $565.60 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301070

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .90 | 130.50 |
| Total | | | 1.20 | 219.60 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301070
BILL AMOUNT          $565.60                             INVOICE #  810463

To:    ResCap                          TC Number:        725710
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810463
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0808-301070

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 0.10 | $ 14.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 29.00 |
| L510 | Appellate Motions and Submissions | 0.90 | $ 176.10 |

|  |  |  |
| --- | --- | --- |
| TOTAL FEES | 1.20 | $ 219.60 |

| | |
| --- | --- |
| TOTAL FEES DUE | $ 219.60 |
| TOTAL DISBURSEMENTS DUE | $ 346.00 |
| TOTAL DUE THIS INVOICE | $ 565.60 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301071

INVOICE # 810464

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301071   TC Number: 721067

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Prepare draft of Designation of E-mail Address for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/27/12 | Revise, edit and finalize notice of email designations and send for filing and service | L120 | NJV | .20 | 258.00 | 51.60 |
| 08/30/12 | Monitor file to confirm no action required | B110 | JWA | .20 | 241.00 | 48.20 |
| 08/31/12 | Draft status report for client. | L120 | NJV | .10 | 258.00 | 25.80 |

FEES                                    $155.40

AMOUNT DUE THIS BILL                    $155.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301071

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .20 | 29.80 |
| Nicholas J. Voelker | Associate | 258.00 | .30 | 77.40 |
| James Warmoth | Associate | 241.00 | .20 | 48.20 |
| Total | | | .70 | 155.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                OCTOBER 12, 2012
                                                                      0R0808-301071
BILL AMOUNT          $155.40                                          INVOICE #  810464

---

To:     ResCap                              TC Number:        721067
        1100 Virginia Drive                 Invoice Date:     10/12/2012
        Fort Washington, PA 19034           Invoice No.       810464
                                            Period ending:    08/31/2012

Case Management Number      LD  0R0808-301071

|  |  | Current Invoice | |
|--|--|--|--|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.20 | $  48.20 |
| L120 | Analysis/Strategy | 0.30 | $  77.40 |
| L140 | Document/File Management | 0.20 | $  29.80 |

```
                      ==================================
             TOTAL FEES      0.70      $    155.40

            TOTAL FEES DUE               $    155.40
     TOTAL DISBURSEMENTS DUE             $      0.00
        TOTAL DUE THIS INVOICE           $    155.40
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301072
Fort Washington, PA 19034

                                                           INVOICE #  810465

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301072  TC Number: 720703

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | L120 | RK | .10 | 185.00 | 18.50 |

|  | FEES |  |  |  |  | $18.50 |
|--|------|--|--|--|--|--------|
|  | AMOUNT DUE THIS BILL |  |  |  |  | $18.50 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301072

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Riley Key | Associate | 185.00 | .10 | 18.50 |
| Total | | | .10 | 18.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301072
BILL AMOUNT        $18.50                                INVOICE #  810465

---

To:    ResCap                        TC Number:        720703
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810465
                                     Period ending:    08/31/2012

Case Management Number        LD   0R0808-301072

| Code Task | Current Invoice Hours | Fees |
|---|---|---|
| L120 Analysis/Strategy | 0.10 | $    18.50 |
| TOTAL FEES | 0.10 | $    18.50 |

|  |  |
|---|---|
| TOTAL FEES DUE | $    18.50 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $    18.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301073

INVOICE #  810466

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301073  TC Number: 726070

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/15/12 | Review docket regarding status of appellate court opinion and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/26/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |

FEES $87.00

AMOUNT DUE THIS BILL $87.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301073

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .60 | 87.00 |
| Total | | | .60 | 87.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                           0R0808-301073
BILL AMOUNT          $87.00                                INVOICE #  810466

To:    ResCap                           TC Number:         726070
       1100 Virginia Drive              Invoice Date:      10/12/2012
       Fort Washington, PA 19034        Invoice No.        810466
                                        Period ending:     08/31/2012

Case Management Number      LD  0R0808-301073

|      |                                          | Current Invoice | |
| Code | Task                                     | Hours | Fees |
|------|------------------------------------------|-------|------|
| L110 | Fact Investigation/Development           | 0.10  | $ 14.50 |
| L190 | Other Case Assessment, Develop't/Admin   | 0.20  | $ 29.00 |
| L510 | Appellate Motions and Submissions        | 0.30  | $ 43.50 |

```
                     ======================================
       TOTAL FEES          0.60      $   87.00

            TOTAL FEES DUE             $   87.00
    TOTAL DISBURSEMENTS DUE            $    0.00
       TOTAL DUE THIS INVOICE         $   87.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                       OCTOBER 12, 2012
1100 Virginia Drive                                          0R0808-301074
Fort Washington, PA 19034

                                                            INVOICE #  810467

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301074  TC Number: 726135

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Telephone conference and email correspondence with client regarding canceled mediation | L120 | TPG | .20 | 200.00 | 40.00 |
| 08/01/12 | Email correspondence with client regarding canceled mediation | L120 | TPG | .10 | 200.00 | 20.00 |
| 08/14/12 | Draft joint stipulation canceling mediation and proposed order granting same and email to debtor's counsel for filing | L120 | TPG | 1.10 | 200.00 | 220.00 |
| 08/15/12 | Draft memo email to A.Maselli and client regarding state foreclosure action | L120 | TPG | .90 | 200.00 | 180.00 |
| 08/15/12 | Work on notifying state court foreclosure attorney of borrower's request for dismissal of foreclosure proceeding | L120 | GEG | .30 | 335.00 | 100.50 |
| 08/16/12 | E-mail from state court foreclosure attorney and strategize on response | L120 | GEG | .10 | 335.00 | 33.50 |
| 08/16/12 | Email correspondence with A.Maselli regarding foreclosure complaint | L120 | TPG | .10 | 200.00 | 20.00 |
| 08/16/12 | Telephone conference regarding foreclosure complaint | L120 | TPG | .10 | 200.00 | 20.00 |
| 08/17/12 | Email correspondence with A.Maselli regarding Florida judicial foreclosure | L120 | TPG | .20 | 200.00 | 40.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301074

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Draft case update memo per client request | L120 | TPG | .90 | 200.00 | 180.00 |
| 08/20/12 | Email correspondence and telephone conference with client and S.Schefstad regarding state foreclosure action | L120 | TPG | .30 | 200.00 | 60.00 |
| 08/20/12 | Work on review of notice of bankruptcy already filed in action and completion of monthly status report | L120 | GEG | .20 | 335.00 | 67.00 |
| 08/21/12 | Review file to determine effect of GMAC's bankruptcy on the case and catalog information in comprehensive bankruptcy chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/24/12 | Receive and review court mail (order on mediation termination) | L120 | GEG | .20 | 335.00 | 67.00 |

FEES                          $1,077.00


AMOUNT DUE THIS BILL          $1,077.00


***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301074

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | .80 | 268.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| T. Parker Griffin, Jr. | Associate | 200.00 | 3.90 | 780.00 |
| Total | | | 4.90 | 1,077.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301074
BILL AMOUNT        $1,077.00                              INVOICE #  810467

---

To:    ResCap                          TC Number:        726135
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810467
                                       Period ending:    08/31/2012


Case Management Number      LD  0R0808-301074


| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 0.20 | $ 29.00 |
| L120 | Analysis/Strategy | 4.70 | $ 1,048.00 |

```
                       ==================================
         TOTAL FEES          4.90      $  1,077.00

              TOTAL FEES DUE            $  1,077.00
      TOTAL DISBURSEMENTS DUE           $      0.00
      TOTAL DUE THIS INVOICE            $  1,077.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301075
Fort Washington, PA 19034

                                                               INVOICE #  810468

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301075  TC Number: 726147

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Call with client regarding upcoming deposition and previously-filed motion for protective order | L120 | GWG | .30 | 263.00 | 78.90 |
| 08/10/12 | Review notice of deposition duces tecum, motion for protective order and coordinate transfer of documents with foreclosure counsel | L330 | MSW | 1.70 | 254.00 | 431.80 |
| 08/14/12 | Review fact package documents and loan document and coordinate production of documents for deposition | L120 | MSW | 1.10 | 254.00 | 279.40 |
| 08/14/12 | Prepare documents for use in deposition | L390 | LADA | .50 | 65.00 | 32.50 |
| 08/15/12 | Prepare additional documents for use in deposition | L330 | LADA | .50 | 65.00 | 32.50 |
| 08/15/12 | Formulate strategy regarding response to subpoena duces tecum and Judge's order on motion for protection | L120 | MCG | .60 | 323.00 | 193.80 |
| 08/16/12 | Prepare additional documents received from client for use in deposition | L330 | LADA | .50 | 65.00 | 32.50 |
| 08/16/12 | Review additional payment histories and call notes for document production for deposition | L120 | MSW | 1.80 | 254.00 | 457.20 |
| 08/17/12 | Preparation of additional received from client for use in upcoming deposition | L330 | LADA | .50 | 65.00 | 32.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

OR0808-301075

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Conference call with P.Stokes and R.Montoya regarding deposition preparation | L330 | MSW | .50 | 254.00 | 127.00 |
| 08/17/12 | Review protective order and finalize selection of documents to be produced for deposition | L330 | MSW | 1.40 | 254.00 | 355.60 |
| 08/20/12 | Appearance at deposition of GMACM corporate witness | L330 | MSW | 3.50 | 254.00 | 889.00 |
| 08/20/12 | Preparation for deposition of corporate witness | L330 | MSW | 1.70 | 254.00 | 431.80 |

FEES                                        $3,374.50

### DESCRIPTION OF DISBURSEMENTS

| | | | |
|--|--|--|--|
| 21 | Travel Expense | | 534.94 |
| 23 | Meal Expense | | 67.67 |

COSTS                     $602.61

AMOUNT DUE THIS BILL            $3,977.11

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0808-301075

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .60 | 193.80 |
| Graham W. Gerhardt | Partner | 263.00 | .30 | 78.90 |
| Mark S. Wierman | Associate | 254.00 | 11.70 | 2,971.80 |
| Lucinda Kish | Paralegal | 65.00 | 2.00 | 130.00 |
| Total | | | 14.60 | 3,374.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            OCTOBER 12, 2012
                                                                 0R0808-301075
BILL AMOUNT        $3,977.11                                      INVOICE #  810468

To:    ResCap                          TC Number:              726147
       1100 Virginia Drive             Invoice Date:           10/12/2012
       Fort Washington, PA 19034       Invoice No.             810468
                                       Period ending:          08/31/2012

Case Management Number      LD   0R0808-301075

                                              Current Invoice
Code Task                                Hours          Fees

L120 Analysis/Strategy                    3.80    $   1,009.30
L330 Depositions                         10.30    $   2,332.70
L390 Other Discovery                      0.50    $      32.50

                              ==================================
                    TOTAL FEES  14.60    $   3,374.50

                    TOTAL FEES DUE          $   3,374.50
              TOTAL DISBURSEMENTS DUE       $     602.61
              TOTAL DUE THIS INVOICE        $   3,977.11



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301076
Fort Washington, PA 19034

                                                               INVOICE #  810470

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301076   TC Number: 726275

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report for review | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/10/12 | Draft and revise supplemental notice of bankruptcy | L210 | MMB | .50 | 240.00 | 120.00 |
| 08/21/12 | E-mail with client regarding supplemental notice of bankruptcy | L190 | MMB | .20 | 240.00 | 48.00 |
| 08/22/12 | File revised bankruptcy notice. | L250 | JDR | .20 | 293.00 | 58.60 |

                          FEES                                  $241.10


                          AMOUNT DUE THIS BILL                  $241.10


                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301076

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | .20 | 58.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Melissa Burton | Associate | 240.00 | .70 | 168.00 |
| Total | | | 1.00 | 241.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301076
BILL AMOUNT        $241.10                                INVOICE #  810470

To:     ResCap                    TC Number:        726275
        1100 Virginia Drive       Invoice Date:     10/12/2012
        Fort Washington, PA 19034  Invoice No.       810470
                                   Period ending:    08/31/2012

Case Management Number     LD   0R0808-301076

                                      Current Invoice
Code Task                             Hours            Fees

L190 Other Case Assessment, Develop't/Admin    0.30    $     62.50
L210 Pleadings                                 0.50    $    120.00
L250 Other Written Motions/Submissions         0.20    $     58.60

                      =================================
            TOTAL FEES          1.00    $    241.10

                  TOTAL FEES DUE          $    241.10
            TOTAL DISBURSEMENTS DUE       $      0.00
            TOTAL DUE THIS INVOICE        $    241.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301080

INVOICE #  810471

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301080  TC Number: 723300

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Prepare service designation as required by new state rules of procedure | L210 | LADA | 1.10 | 65.00 | 71.50 |

FEES                                                              $71.50

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/02/12 | Airline Tickets - MARK WIERMAN ATTEND DEPO OF R MONTOYA 7/26/12 - 7/27/12 Bank ID: GENR Check Number: 97261 | 658.10 |
| 08/02/12 | Travel Expense - MARK WIERMAN ATTEND DEPO OF R MONTOYA 7/26/12 - 7/27/12 HOTEL Bank ID: GENR Check Number: 97261 | 111.51 |
| 08/02/12 | Travel Expense - MARK WIERMAN ATTEND DEPO OF R MONTOYA 7/26/12 - 7/27/12 RENTAL CAR Bank ID: GENR Check Number: 97261 | 86.30 |
| 08/02/12 | Travel Expense - MARK WIERMAN ATTEND DEPO OF R MONTOYA 7/26/12 - 7/27/12 PARKING, TIPS Bank ID: GENR Check Number: 97261 | 42.00 |
| 08/02/12 | Meal Expense - MARK WIERMAN ATTEND DEPO OF R MONTOYA 7/26/12 - 7/27/12 Bank ID: GENR Check Number: 97261 | 46.60 |

COSTS                                                            $944.51

AMOUNT DUE THIS BILL                                          $1,016.01

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301080

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lucinda Kish | Paralegal | 65.00 | 1.10 | 71.50 |
| Total | | | 1.10 | 71.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301080
BILL AMOUNT         $1,016.01                             INVOICE #  810471

To:    ResCap                          TC Number:        723300
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810471
                                       Period ending:    08/31/2012

Case Management Number        LD   0R0808-301080

                                          Current Invoice
Code Task                                 Hours            Fees

L210 Pleadings                            1.10     $     71.50

                          =====================================
              TOTAL FEES                  1.10     $     71.50

                    TOTAL FEES DUE                 $     71.50
              TOTAL DISBURSEMENTS DUE             $    944.51
              TOTAL DUE THIS INVOICE             $  1,016.01



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-301086
Fort Washington, PA 19034

                                                INVOICE #  810472

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301086   TC Number: 725986

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review and analyze procedural posture of action in light of co-counsel's inquiry regarding upcoming hearing | L210 | MW | .30 | 263.00 | 78.90 |
| 08/03/12 | Analyze agreement drafted in coordination with county attorney, in preparation for further correspondence with local co-counsel regarding upcoming hearing | L120 | MW | .30 | 263.00 | 78.90 |
| 08/03/12 | Conference with local co-counsel regarding upcoming hearing attendance | L210 | MW | .40 | 263.00 | 105.20 |
| 08/03/12 | Correspondence with client regarding status of progress of agreement and ongoing coordination with local co-counsel | L120 | MW | .30 | 263.00 | 78.90 |
| 08/03/12 | Revise agreement pursuant to discussion with client | L320 | MW | .20 | 263.00 | 52.60 |
| 08/03/12 | Discuss status of settlement and release agreement with client | L110 | KK | .20 | 91.00 | 18.20 |
| 08/03/12 | Analyze issues regarding borrower's protests to the foreclosure and the attempts to get a lien release from the county | L110 | CWH | .20 | 330.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301086

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/05/12 | Correspondence with local co-counsel regarding release of hold in preparation for upcoming hearing noticed by borrower's counsel | L120 | MW | .40 | 263.00 | 105.20 |
| 08/08/12 | Correspondence with local co-counsel regarding release of hold and upcoming hearing | L220 | MW | .20 | 263.00 | 52.60 |
| 08/10/12 | Review and revise draft agreement with county pursuant to correspondence with client | L320 | MW | .30 | 263.00 | 78.90 |
| 08/10/12 | Correspondence with county attorney attaching agreement and corresponding recorded documents in preparation for implementing agreed strategy moving forward | L120 | MW | .20 | 263.00 | 52.60 |
| 08/10/12 | Correspondence with county attorney regarding payoff amount and agreement | L230 | MW | .30 | 263.00 | 78.90 |
| 08/10/12 | Correspondence with client regarding terms of potential agreement pursuant to conference with county attorney with proposal for action moving forward | L120 | MW | .30 | 263.00 | 78.90 |
| 08/10/12 | Confirmation of agreement with county attorney | L120 | MW | .10 | 263.00 | 26.30 |
| 08/10/12 | Research liens in Palm Beach County Official Records | L110 | KK | .20 | 91.00 | 18.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301086

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Correspondence with clientattaching revised draft of agreement with county pursuant to discussions with county attorney | L120 | MW | .20 | 263.00 | 52.60 |
| 08/23/12 | Telephone and email correspondence with the Palm Beach County Comptroller regarding the W9 needed. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/23/12 | Correspondence with client regarding need for and provision of W9 for Palm Beach County | L120 | MW | .20 | 263.00 | 52.60 |
| 08/24/12 | Review and revise settlement proposal form requested by client | L320 | MW | .30 | 263.00 | 78.90 |
| 08/24/12 | Draft settlement proposal and approval form and edit settlement and release agreement to send to client for final review | L110 | KK | .60 | 91.00 | 54.60 |
| 08/29/12 | Correspondence with client regarding completed settlement proposal and draft release and settlement agreement | L210 | MW | .20 | 263.00 | 52.60 |
| 08/30/12 | Revise settlement agreement and tiered payoff quotation from county | L160 | MW | .30 | 263.00 | 78.90 |

FEES                          $1,449.20


AMOUNT DUE THIS BILL          $1,449.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0808-301086

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
ResCap                                                  OCTOBER 12, 2012

0R0808-301086

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Monica Wilson | Associate | 263.00 | 4.50 | 1,183.50 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Kerry Keane | Paralegal | 91.00 | 1.00 | 91.00 |
| Total | | | 5.90 | 1,370.30 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301086
BILL AMOUNT        $1,449.20                                   INVOICE #  810472

---

To:   ResCap                            TC Number:         725986
      1100 Virginia Drive               Invoice Date:      10/12/2012
      Fort Washington, PA 19034         Invoice No.        810472
                                        Period ending:     08/31/2012

Case Management Number      LD   0R0808-301086

|                                                    | Current Invoice | |
| Code Task                                          | Hours | Fees |
|----------------------------------------------------|-------|------|
| L110 Fact Investigation/Development                | 1.40  | $    186.80 |
| L120 Analysis/Strategy                             | 2.00  | $    526.00 |
| L160 Settlement/Non-Binding ADR                    | 0.30  | $     78.90 |
| L210 Pleadings                                     | 0.90  | $    236.70 |
| L220 Preliminary Injunctions/Provisional Remedie   | 0.20  | $     52.60 |
| L230 Court Mandated Conferences                    | 0.30  | $     78.90 |
| L320 Document Production                           | 0.80  | $    210.40 |
|                                                    | ===================================== | |
| TOTAL FEES                                         | 5.90  | $  1,449.20 |

                    TOTAL FEES DUE              $   1,449.20
                    TOTAL DISBURSEMENTS DUE      $       0.00
                    TOTAL DUE THIS INVOICE       $   1,449.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301088

INVOICE #  810473

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301088  TC Number: 725981

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review action regarding responses of other defendants in preparation for filing motion to withdraw funds | L120 | MW | .20 | 263.00 | 52.60 |
| 08/01/12 | Revise motion to withdraw funds deposited in court registry | L210 | MW | .40 | 263.00 | 105.20 |
| 08/01/12 | Correspondence with S.Emrich regarding motion to withdraw funds deposited in court registry | L120 | MW | .10 | 263.00 | 26.30 |
| 08/01/12 | Edit motion to withdraw funds and prepare for filing | L250 | KSA | .30 | 223.00 | 66.90 |
| 08/06/12 | Research docket to determine status of case and confirm motion to withdraw funds was filed | L110 | KK | .20 | 91.00 | 18.20 |
| 08/06/12 | Analyze docket and filings in action | L320 | MW | .20 | 263.00 | 52.60 |
| 08/09/12 | Analyze hearing date on motion received from court | L120 | MW | .20 | 263.00 | 52.60 |
| 08/09/12 | Review Notice of Hearing on Motion to Withdraw Funds scheduled for September 4, 2012 | L110 | KK | .20 | 91.00 | 18.20 |
| 08/10/12 | Telephone call with clerk of probate court of Denton County, Texas regarding local rules and procedures and to confirm hearing set for September 4, 2012 | L110 | KK | .20 | 91.00 | 18.20 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301088

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Review procedural posture of action in preparation for upcoming hearing set by court | L320 | MW | .20 | 263.00 | 52.60 |
| 08/28/12 | Research docket and filed documents in preparation of hearing on motion to withdraw funds scheduled for September 4, 2012 | L110 | KK | .40 | 91.00 | 36.40 |
| 08/28/12 | Prepare for Eminent Domain hearing | L120 | KSA | .30 | 223.00 | 66.90 |
| 08/28/12 | Review docket and filings in preparation for upcoming hearing on motion to withdraw | L220 | MW | .20 | 263.00 | 52.60 |
| 08/29/12 | Revise proposed order granting motion to withdraw in preparation for upcoming hearing | L320 | MW | .20 | 263.00 | 52.60 |
| 08/29/12 | Draft proposed order for the release of funds from court registry and review pleadings in preparation of hearing on September 4, 2012 | L110 | KK | .60 | 91.00 | 54.60 |
| 08/30/12 | Review file-stamped copy of motion to withdraw funds and confirm hearing date in Denton County, Texas | L110 | KK | .20 | 91.00 | 18.20 |
| 08/30/12 | Prepare for eminent domain hearing | L240B | KSA | .30 | 223.00 | 66.90 |

FEES                                                    $811.60

DESCRIPTION OF DISBURSEMENTS



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
ResCap                                                      OCTOBER 12, 2012

0R0808-301088

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

08/09/12  Copy Charges - OUTSIDE SOURCES - WEST GROUP LM          136.02
          COURT EXPRESS DOCUMENTS
          Bank ID: GENR Check Number: 97594

                    COSTS                                    $136.02

                    AMOUNT DUE THIS BILL                     $947.62

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301088

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Keith S. Anderson | Associate | 223.00 | .90 | 200.70 |
| Monica Wilson | Associate | 263.00 | 1.70 | 447.10 |
| Kerry Keane | Paralegal | 91.00 | 1.80 | 163.80 |
| Total | | | 4.40 | 811.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301088
BILL AMOUNT        $947.62                               INVOICE #  810473

To:    ResCap                         TC Number:        725981
       1100 Virginia Drive            Invoice Date:     10/12/2012
       Fort Washington, PA 19034      Invoice No.       810473
                                      Period ending:    08/31/2012

Case Management Number      LD  0R0808-301088

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
|---|---|---|---|
| L110 Fact Investigation/Development | | 1.80 | $ 163.80 |
| L120 Analysis/Strategy | | 0.80 | $ 198.40 |
| L210 Pleadings | | 0.40 | $ 105.20 |
| L220 Preliminary Injunctions/Provisional Remedie | | 0.20 | $ 52.60 |
| L240BAll Other | | 0.30 | $ 66.90 |
| L250 Other Written Motions/Submissions | | 0.30 | $ 66.90 |
| L320 Document Production | | 0.60 | $ 157.80 |
| ============================================= | | | |
| TOTAL FEES | | 4.40 | $ 811.60 |

                    TOTAL FEES DUE          $  811.60
            TOTAL DISBURSEMENTS DUE         $  136.02
            TOTAL DUE THIS INVOICE          $  947.62



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301099
Fort Washington, PA 19034

                                                               INVOICE #  810474

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301099  TC Number: 726401

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/06/12 | Review and revise closing memorandum | C300 | MCG | .20 | 323.00 | 64.60 |

                              FEES                                    $64.60

                              AMOUNT DUE THIS BILL                    $64.60

                    ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301099

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| Total | | | .20 | 64.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301099
BILL AMOUNT          $64.60                               INVOICE #  810474

To:    ResCap                          TC Number:         726401
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810474
                                       Period ending:     09/30/2012

Case Management Number        LD   0R0808-301099

                                          Current Invoice
Code Task                            Hours            Fees

C300 Analysis and Advice              0.20      $      64.60

                              =================================
                   TOTAL FEES         0.20      $      64.60

                   TOTAL FEES DUE               $      64.60
              TOTAL DISBURSEMENTS DUE           $       0.00
              TOTAL DUE THIS INVOICE            $      64.60



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301102

INVOICE #  810476

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301102  TC Number: 726605

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review reply memorandum regarding personal jurisdiction issue | L240 | EAF | .20 | 358.00 | 71.60 |
| 08/03/12 | Analyze recent filings, including Supplemental Memorandum of Law in Support of Motion to Dismiss | L240 | SAP | .30 | 323.00 | 96.90 |
| 08/06/12 | Revise Order to Docket from foreclosure counsel for filing | L210 | EAF | .20 | 358.00 | 71.60 |
| 08/06/12 | Email to client regarding revised Order to Docket and follow-up regarding Affidavit | C300 | EAF | .20 | 358.00 | 71.60 |
| 08/07/12 | Email with counsel for J.Stephan regarding hearing on motion to dismiss for lack of personal jurisdiction and email to client regarding same | C400 | EAF | .30 | 358.00 | 107.40 |
| 08/07/12 | Review notice from Office of Administrative Hearings regarding mediation date | L160 | EAF | .10 | 358.00 | 35.80 |
| 08/09/12 | Email to client regarding status of loss mitigation efforts and outstanding documents from borrower | C300 | EAF | .20 | 358.00 | 71.60 |
| 08/13/12 | Prepare letter to E.Brady regarding filing of amended affidavit of ownership of note and email to client regarding same | L210 | EAF | .30 | 358.00 | 107.40 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

OR0808-301102

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Analyze Motion to Strike Order to Docket | L240 | SAP | .20 | 323.00 | 64.60 |
| 08/16/12 | Review issues relating to motion to dismiss amended Order to Docket and email to client regarding same | L430 | EAF | .40 | 358.00 | 143.20 |
| 08/17/12 | Analyze Supplemental Mediation documents and correspond with client re same | C100 | SAP | .20 | 323.00 | 64.60 |
| 08/20/12 | Analyze Motion to Strike and Dismiss the Foreclosure Action and authorities cited therein | L240 | SAP | .70 | 323.00 | 226.10 |
| 08/20/12 | Legal research, including legislative history of current foreclosure rules and Order to Docket can be constued as a pleading under Maryland Rules | B190 | SAP | 2.30 | 323.00 | 742.90 |
| 08/20/12 | Draft outline of Opposition to Motion to Strike | L240 | SAP | .70 | 323.00 | 226.10 |
| 08/23/12 | Revise Opposition to Motion to Strike and Dismiss Foreclosure Action | L240 | SAP | 3.50 | 323.00 | 1,130.50 |
| 08/23/12 | Analyze documents provided by opposing counsel and correspond with him re same | L190 | SAP | .30 | 323.00 | 96.90 |
| 08/23/12 | Review response to motion to strike amended order to docket | L210 | EAF | .50 | 358.00 | 179.00 |
| 08/23/12 | Review emails with counsel relating to rental income | C400 | EAF | .10 | 358.00 | 35.80 |
| 08/24/12 | Final revisions to Opposition to Motion to Strike And Dismiss Foreclosure action | B190 | SAP | .20 | 323.00 | 64.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301102

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Review response to motion to dismiss and strike amended order to docket | L210 | EAF | .30 | 358.00 | 107.40 |
| 08/31/12 | Analyze Notice of Motion for Termination of Automatic Stay | B190 | SAP | .20 | 323.00 | 64.60 |
| 08/31/12 | Telephone conference with client regarding motion filed in Bankruptcy Court | L120 | EAF | .20 | 358.00 | 71.60 |

FEES                                      $3,851.80

AMOUNT DUE THIS BILL                      $3,851.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0808-301102

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 3.00 | 1,074.00 |
| Steven A. Pozefsky | Associate | 323.00 | 8.60 | 2,777.80 |
| Total | | | 11.60 | 3,851.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301102
BILL AMOUNT          $3,851.80                           INVOICE #  810476

To:    ResCap                        TC Number:        726605
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810476
                                     Period ending:    08/31/2012

Case Management Number      LD   0R0808-301102

                                       Current Invoice
Code Task                              Hours          Fees

B190 Other Contested Matters           2.70    $      872.10
C100 Fact Gathering                    0.20    $       64.60
C300 Analysis and Advice               0.40    $      143.20
C400 Third Party Communication         0.40    $      143.20
L120 Analysis/Strategy                 0.20    $       71.60
L160 Settlement/Non-Binding ADR        0.10    $       35.80
L190 Other Case Assessment, Develop't/Admin  0.30  $   96.90
L210 Pleadings                         1.30    $      465.40
L240 Dispositive Motions               5.60    $    1,815.80
L430 Written Motions/Submissions       0.40    $      143.20

                              ===================================
              TOTAL FEES     11.60    $    3,851.80

              TOTAL FEES DUE           $    3,851.80
       TOTAL DISBURSEMENTS DUE         $        0.00
          TOTAL DUE THIS INVOICE       $    3,851.80



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301111
Fort Washington, PA 19034

                                                         INVOICE #  810477

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301111  TC Number: 720553

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Review Notice of Change of Firm Name | L250 | JDV | .10 | 219.00 | 21.90 |

                         FEES                                    $21.90


                         AMOUNT DUE THIS BILL                    $21.90


                ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301111

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | .10 | 21.90 |
| Total | | | .10 | 21.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301111
BILL AMOUNT          $21.90                                    INVOICE #  810477

To:    ResCap                          TC Number:          720553
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810477
                                       Period ending:      08/31/2012

Case Management Number      LD   0R0808-301111

                                              Current Invoice
Code Task                                 Hours          Fees

L250 Other Written Motions/Submissions     0.10    $    21.90

                                  =================================
                   TOTAL FEES      0.10    $    21.90

                   TOTAL FEES DUE           $    21.90
            TOTAL DISBURSEMENTS DUE         $     0.00
            TOTAL DUE THIS INVOICE          $    21.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           OCTOBER 12, 2012
1100 Virginia Drive                              0R0808-301120
Fort Washington, PA 19034

                                                 INVOICE #  810478

                                                 FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301120  TC Number: 726699

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Research docket to determine status of case and e-mail foreclosure counsel regarding recent title search of property in matter | L110 | KK | .20 | 91.00 | 18.20 |
| 08/06/12 | Review client e-mail regarding deed in lieu of foreclosure versus consent judgment | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/06/12 | Review and analyze pleadings, docket, and fact package to determine best settlement options | L120 | NSR | .40 | 280.00 | 112.00 |
| 08/07/12 | Review title report regarding subject property | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/07/12 | Draft client e-mail to G.Albirght regarding analysis of consent judgment versus deed in lieu of foreclosure | L120 | NSR | .10 | 280.00 | 28.00 |

                              FEES                            $214.20


                              AMOUNT DUE THIS BILL            $214.20


                     ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301120

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .70 | 196.00 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .90 | 214.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301120
BILL AMOUNT          $214.20                         INVOICE #  810478

To:   ResCap                          TC Number:        726699
      1100 Virginia Drive             Invoice Date:     10/12/2012
      Fort Washington, PA 19034       Invoice No.       810478
                                      Period ending:    08/31/2012

Case Management Number       LD  0R0808-301120

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.20 | $ 18.20 |
| L120 | Analysis/Strategy | 0.70 | $ 196.00 |
| | TOTAL FEES | 0.90 | $ 214.20 |

TOTAL FEES DUE              $   214.20
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   214.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301124
Fort Washington, PA 19034

                                                         INVOICE #  810479

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301124  TC Number: 720641

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review borrower's counsel's letter outlining his proposed points for settlement and send same to client with comments about the credit reporting issues | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/08/12 | Analyze payoff statement and compare same to borrower's demands for settlement | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/08/12 | Draft responsive email to borrower's counsel outlining rough terms of settlement | L160 | CWH | .20 | 330.00 | 66.00 |
| 08/08/12 | Exchange e-mails with client regarding settlement issues | L160 | CWH | .10 | 330.00 | 33.00 |
| 08/09/12 | Discussion with client about settlement issues | L160 | CWH | .10 | 330.00 | 33.00 |
| 08/09/12 | Settlement discussion with borrower's counsel | L160 | CWH | .30 | 330.00 | 99.00 |
| 08/09/12 | Follow-up emails to client laying out borrower's counsel's requests for settlement | L160 | CWH | .20 | 330.00 | 66.00 |
| 08/10/12 | Draft settlement and release agreement between parties to send to client for review and to resolve matter | L110 | KK | .80 | 91.00 | 72.80 |
| 08/14/12 | Exchange emails with client regarding settlement issues | L160 | CWH | .20 | 330.00 | 66.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301124

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Revise draft settlement agreement | L160 | CWH | .20 | 330.00 | 66.00 |
| 08/14/12 | Email borrower's counsel with updates on settlement and send rough draft of settlement agreement | L160 | CWH | .20 | 330.00 | 66.00 |
| 08/22/12 | Exchange e-mails with borrower's counsel regarding settlement aspects | L160 | CWH | .10 | 330.00 | 33.00 |
| 08/22/12 | Exchange e-mails with client regarding settlement issues | L160 | CWH | .10 | 330.00 | 33.00 |
| 08/22/12 | Review client emails about lien release | L160 | CWH | .10 | 330.00 | 33.00 |
| 08/22/12 | Analyze issues related to escrow breakdown and discuss same with client | L160 | CWH | .30 | 330.00 | 99.00 |
| 08/29/12 | Exchange e-mails with counsel regarding confirmation of possession of original note | L110 | CWH | .10 | 330.00 | 33.00 |

FEES                                          $930.80

AMOUNT DUE THIS BILL                  $930.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301124

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 2.60 | 858.00 |
| Kerry Keane | Paralegal | 91.00 | .80 | 72.80 |
| Total | | | 3.40 | 930.80 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301124

BILL AMOUNT          $930.80

INVOICE #  810479

To:   ResCap                          TC Number:          720641
      1100 Virginia Drive             Invoice Date:       10/12/2012
      Fort Washington, PA 19034       Invoice No.         810479
                                      Period ending:      08/31/2012

Case Management Number      LD  0R0808-301124

|            |                                  | Current Invoice | |
|------------|----------------------------------|-------|---------|
| Code       | Task                             | Hours | Fees    |
| L110       | Fact Investigation/Development   | 1.10  | $   171.80 |
| L160       | Settlement/Non-Binding ADR       | 2.10  | $   693.00 |
| L210       | Pleadings                        | 0.20  | $    66.00 |

```
                        ============================
            TOTAL FEES      3.40     $    930.80

                TOTAL FEES DUE        $    930.80
        TOTAL DISBURSEMENTS DUE       $      0.00
        TOTAL DUE THIS INVOICE        $    930.80
```



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301125

INVOICE #  810480

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301125   TC Number: 693399

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Communications with retained counsel, concerning the opposing parties appellate brief | L120 | LG | .20 | 185.00 | 37.00 |
| 08/27/12 | Analyze correspondence from retained counsel including attachments concerning the effect of GMAC's bankruptcy on the pending appeal | L120 | LG | .50 | 185.00 | 92.50 |
| 08/27/12 | Analyze complaint, amended complaint, and other pleadings to ascertain whether the plaintiff sought money damages | L210 | LG | .30 | 185.00 | 55.50 |
| 08/27/12 | Draft analysis of the effect of bankruptcy on the plaintiffÆs appeal | L120 | LG | 1.00 | 185.00 | 185.00 |
| 08/28/12 | Analyze plaintiff's appeal and determine which parts of case that can proceed (and which are stayed) in light of bankruptcy | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/28/12 | Review bankruptcy related issues and consider response | L190 | HEA | 1.00 | 266.00 | 266.00 |

FEES                                                        $702.00

AMOUNT DUE THIS BILL                          $702.00



BRADLEY ARANT
BOULT CUMMINGS
LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301125

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

OR0808-301125

FED ID NO. 63-0243316

ResCap

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Hall Eady | Partner | 266.00 | 1.00 | 266.00 |
| Lee Gilley | Associate | 185.00 | 2.00 | 370.00 |
| Total | | | 3.20 | 702.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301125
BILL AMOUNT          $702.00                              INVOICE #  810480

To:    ResCap                      TC Number:        693399
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810480
                                   Period ending:    08/31/2012

Case Management Number      LD  0R0808-301125

                                        Current Invoice
Code Task                               Hours          Fees

L120 Analysis/Strategy                  1.70     $     314.50
L190 Other Case Assessment, Develop't/Admin  1.00  $  266.00
L210 Pleadings                          0.50     $     121.50

                            =================================
                TOTAL FEES  3.20     $     702.00

                    TOTAL FEES DUE         $     702.00
            TOTAL DISBURSEMENTS DUE        $       0.00
            TOTAL DUE THIS INVOICE         $     702.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301126

INVOICE #  810481

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301126  TC Number: 727040

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Communicate with default firm and client regarding case status | L190 | CSM | .20 | 300.00 | 60.00 |
| 08/28/12 | Research docket to determine status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/28/12 | Draft notice of designation pursuant to rule 2.516 | L210 | MPE | .50 | 149.00 | 74.50 |

|  |  FEES |  | $164.30 |
|--|-------|--|---------|
| 08/29/12 Express Mail/Fedex | | 0.00 | |

AMOUNT DUE THIS BILL            $164.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301126

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .20 | 60.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .70 | 104.30 |
| Total | | | .90 | 164.30 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301126
BILL AMOUNT          $164.30                             INVOICE #  810481

To:    ResCap                          TC Number:        727040
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810481
                                       Period ending:    08/31/2012

Case Management Number        LD   0R0808-301126

                                        Current Invoice
Code Task                               Hours           Fees

L110 Fact Investigation/Development      0.20    $      29.80
L190 Other Case Assessment, Develop't/Admin  0.20  $   60.00
L210 Pleadings                           0.50    $      74.50

                              ===============================
                    TOTAL FEES  0.90     $     164.30

                    TOTAL FEES DUE        $     164.30
            TOTAL DISBURSEMENTS DUE       $       0.00
               TOTAL DUE THIS INVOICE     $     164.30



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                        OCTOBER 12, 2012
1100 Virginia Drive                           0R0808-301129
Fort Washington, PA 19034

INVOICE #  810482

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301129   TC Number: 727121

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Telephone call with B.Speigel regarding status of property sale and agent information | L110 | MPE | .40 | 149.00 | 59.60 |
| 08/21/12 | Telephone call with L.Matos regarding final demolition permits and next steps for mitigation of fine | B250 | CJA | .60 | 210.00 | 126.00 |
| 08/21/12 | Conferred with E.Wardle regarding mitigation of fines | B250 | CJA | .20 | 210.00 | 42.00 |

FEES                                          $227.60


AMOUNT DUE THIS BILL                          $227.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301129

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| C. Jason Avery | Associate | 210.00 | .80 | 168.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | 1.20 | 227.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301129
BILL AMOUNT         $227.60                              INVOICE #  810482

To:   ResCap                          TC Number:            727121
      1100 Virginia Drive             Invoice Date:         10/12/2012
      Fort Washington, PA 19034       Invoice No.           810482
                                      Period ending:        08/31/2012

Case Management Number       LD   0R0808-301129

                                           Current Invoice
Code Task                               Hours           Fees

B250 Real Estate                         0.80     $    168.00
L110 Fact Investigation/Development      0.40     $     59.60

                             ======================================
             TOTAL FEES                  1.20     $    227.60

                   TOTAL FEES DUE                 $    227.60
             TOTAL DISBURSEMENTS DUE              $      0.00
             TOTAL DUE THIS INVOICE              $    227.60



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301130

INVOICE #  810483

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301130   TC Number: 727191

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review affidavit and send to client for representatives execution | L210 | KSA | .30 | 223.00 | 66.90 |
| 08/01/12 | Prepare status report regarding filing in state court, less mitigation review closed | L120 | KSA | .10 | 223.00 | 22.30 |
| 08/01/12 | Revise and finalize Notice of Motion, Motion, Memorandum of Points and Authorities and Affidavit of R.Montoya for Plaintiff to Escrow Mortgage and Taxes | L430 | MWK | 1.40 | 360.00 | 504.00 |
| 08/02/12 | Receipt and review of correspondence from R.Rydstrom, counsel for Fischer, regarding receipt of cross complaint and notice of fact not representing wife | L210 | MWK | .10 | 360.00 | 36.00 |
| 08/06/12 | Research and draft demurrer based on failure of plaintiff to join an indispensable party and request for judicial notice in support | L210 | KSA | 2.80 | 223.00 | 624.40 |
| 08/08/12 | Email status update to client regarding pleadings and strategy | L120 | KSA | .20 | 223.00 | 44.60 |
| 08/13/12 | Finalize and prepare for filing GMAC and ETS' Answer, Cross Complaint, Notice of Bankruptcy (with exhibits), Demurrer and Memorandum of Points and Authorities, Request for Judicial Notice (with exhibits), Motion to Escrow Funds and Memorandum of Points and Authorities and | L210 | MWK | 1.30 | 360.00 | 468.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| | Affidavit of R.Montoya (with exhibits) | | | | | |
| 08/13/12 | Review and revise draft Notice of Demurrer and Demurrer for failure to join indispensable party, Memorandum of Points and Authorities and Request for Judicial Notice | L240 | MWK | 1.60 | 360.00 | 576.00 |
| 08/13/12 | Edit demurrer and points of authorities in support of demurrer along with answer and research "necessary party" case law | L120 | KSA | 1.00 | 223.00 | 223.00 |
| 08/15/12 | Review loan file and respond to questions from client | L120 | KSA | .60 | 223.00 | 133.80 |
| 08/16/12 | Draft updated initial litigation analysis budget and send to client | L120 | KSA | .60 | 223.00 | 133.80 |
| 08/21/12 | Review Defendant National Union Fire Insurance Company's Answer and Affirmative Defenses to Plaintiff's Complaint (242 paragraphs) | L210 | MWK | .80 | 360.00 | 288.00 |
| 08/24/12 | Analysis of client documents regarding personal information for plaintiff in preparation of background search and perfecting service | L120 | MST | .80 | 150.00 | 120.00 |
| 08/24/12 | Exchange of email correspondence with S.Lee, counsel for Foremost Insurance Company, regarding status of case and addition to service list | C400 | MWK | .20 | 360.00 | 72.00 |
| 08/27/12 | Review Defendant Foremost Insurance's Request for Copies of Pleadings and Discovery | L210 | MWK | .10 | 360.00 | 36.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Receipt and review of Accurint and Westlaw reports for last known addresses for third party defendant V.Fischer in preparation for serving summons and third party complaint | B110 | MWK | .20 | 360.00 | 72.00 |
| 08/28/12 | Analyze reports regarding address history and possible aliases for plaintiff in order to perfect service | L110 | MST | 1.40 | 150.00 | 210.00 |
| 08/30/12 | Review Plaintiff's Answer and Affirmative Defenses to GMAC's Cross Complaint | L210 | MWK | .30 | 360.00 | 108.00 |
| 08/30/12 | Review Defendant National Union Fire Insurance Company's Notice of Motion, Motion to Stay Proceedings, Memorandum of Points and Authorities, Affidavit in support by J.Acierno and proposed Order | L250 | MWK | 1.20 | 360.00 | 432.00 |
| 08/30/12 | Email correspondence with M.Hana, counsel for Defendant National Union Fire Insurance Company, regarding rescheduling hearing on motion to stay proceedings to coincide with GMAC's demurrer and motion to escrow hearings | C400 | MWK | .30 | 360.00 | 108.00 |
| 08/31/12 | Finalize correspondence to R.Rydstrom, counsel for Fischer, regarding response to claim of active duty and request for copy of orders | C400 | MWK | .20 | 360.00 | 72.00 |
| 08/31/12 | Analyze Fischer answer regarding active duty status | L210 | KSA | .30 | 223.00 | 66.90 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
OCTOBER 12, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Emails and follow up call with J.Hay regarding Borrower military status | L110 | KSA | .30 | 223.00 | 66.90 |
| 08/31/12 | Draft letter to Borrower counsel requesting military orders | L120 | KSA | .40 | 223.00 | 89.20 |

FEES                                      $4,573.80

### DESCRIPTION OF DISBURSEMENTS

08/31/12 Filing Fees - CLERK OF SUPERIOR COURT SUMMONS
         AND CROSS COMPLAINT- M KNAPP- 08/13/2012              870.00
         Bank ID: CHAR Check Number: 1619
08/31/12 Filing Fees - CLERK OF SUPERIOR COURT S BODNAR-
         08/13/2012                                             60.00
         Bank ID: CHAR Check Number: 1620
08/31/12 Filing Fees - CLERK OF SUPERIOR COURT NOTICE OF
         BANKRUPTCY - M KNAPP- 08/13/2012                       60.00
         Bank ID: CHAR Check Number: 1622

COSTS                                      $990.00

AMOUNT DUE THIS BILL                     $5,563.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
OCTOBER 12, 2012

ResCap

0R0808-301130

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 2.20 | 330.00 |
| Michael W. Knapp | Partner | 360.00 | 7.70 | 2,772.00 |
| Keith S. Anderson | Associate | 223.00 | 6.60 | 1,471.80 |
| Total | | | 16.50 | 4,573.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301130
BILL AMOUNT          $5,563.80                                 INVOICE #  810483

To:     ResCap                         TC Number:        727191
        1100 Virginia Drive            Invoice Date:     10/12/2012
        Fort Washington, PA 19034      Invoice No.       810483
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0808-301130

|      |                                  | Current Invoice | |
|------|----------------------------------|-------|---------|
| Code | Task                             | Hours | Fees |
| B110 | Case Administration              | 0.20  | $    72.00 |
| C400 | Third Party Communication        | 0.70  | $   252.00 |
| L110 | Fact Investigation/Development   | 1.70  | $   276.90 |
| L120 | Analysis/Strategy                | 3.70  | $   766.70 |
| L210 | Pleadings                        | 6.00  | $ 1,694.20 |
| L240 | Dispositive Motions              | 1.60  | $   576.00 |
| L250 | Other Written Motions/Submissions| 1.20  | $   432.00 |
| L430 | Written Motions/Submissions      | 1.40  | $   504.00 |

```
                           ==================================
            TOTAL FEES     17.10     $  4,573.80

                TOTAL FEES DUE            $  4,573.80
       TOTAL DISBURSEMENTS DUE            $    990.00
          TOTAL DUE THIS INVOICE          $  5,563.80
```



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301133

INVOICE #  810484

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301133   TC Number: 727215

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/20/12 | Research and review docket and timeline in case to determine steps going forward | L110 | KK | .30 | 160.00 | 48.00 |
| 09/20/12 | Review and analyze status of pleadings, results of title search, and communicate to client likely exposure and possible cause of entry of default judgment | C300 | JJE | 2.30 | 197.00 | 453.10 |

|  |  | FEES |  |  |  | $501.10 |
|--|--|------|--|--|--|---------|
| 09/20/12 | Copy Charges |  |  |  | 0.00 |  |
|  |  | AMOUNT DUE THIS BILL |  |  |  | $501.10 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301133

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 2.30 | 453.10 |
| Kerry Keane | Paralegal | 160.00 | .30 | 48.00 |
| Total | | | 2.60 | 501.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301133
BILL AMOUNT          $501.10                                   INVOICE #  810484

To:    ResCap                          TC Number:          727215
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810484
                                       Period ending:      09/30/2012

Case Management Number      LD  0R0808-301133

                                        Current Invoice
Code Task                               Hours           Fees

C300 Analysis and Advice                2.30    $    453.10
L110 Fact Investigation/Development     0.30    $     48.00

                            ==================================
                TOTAL FEES  2.60    $    501.10

                    TOTAL FEES DUE       $    501.10
          TOTAL DISBURSEMENTS DUE        $      0.00
            TOTAL DUE THIS INVOICE       $    501.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-301135
Fort Washington, PA 19034

                                                    INVOICE #  810485

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301135  TC Number: 727310

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Emails regarding net commission report explanation and status of YTD as requested by client | L510 | JJE | .20 | 197.00 | 39.40 |
| 08/06/12 | Email to client detailing borrower's explanation for lack of PNL or YTD statements and detailing how his commissions income is earned | L510 | JJE | .20 | 197.00 | 39.40 |
| 08/06/12 | Research briefing schedule | L520 | MJA | .20 | 297.00 | 59.40 |
| 08/14/12 | Email to opposing counsel regarding status of needed financial statements in support of loan mod analysis | L510 | JJE | .10 | 197.00 | 19.70 |
| 08/21/12 | Call from Amy Shield regarding status of the loan modification review and supporting paperwork | L510 | JJE | .20 | 197.00 | 39.40 |
| 08/21/12 | Email to opposing counsel requesting copies of the agreed upon YTD in support of his client's loan modification application | L510 | JJE | .10 | 197.00 | 19.70 |
| 08/21/12 | Email status update to client regarding YTD statement from borrowers and inquiring whether any other supporting documentation is needed to complete the loan modification analysis/review | L510 | JJE | .10 | 197.00 | 19.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        2
OCTOBER 12, 2012

0R0808-301135

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Email from client and to opposing counsel discussing the advantages of the P&L statements as compared to the YTD as proof of income in support of loan modification application/review | L510 | JJE | .20 | 197.00 | 39.40 |
| 08/21/12 | Call from opposing counsel regarding needed documentation regarding borrower's YTD and sufficiency of previously provided information | L510 | JJE | .10 | 197.00 | 19.70 |
| 08/23/12 | Email from borrower's counsel attaching a complete check register YTD for borrower's commission on sales of automobiles and discussion of same | L510 | JJE | .10 | 197.00 | 19.70 |
| 08/23/12 | Email to client regarding sufficiency of check register YTD in support of loan modification analysis package | L510 | JJE | .20 | 197.00 | 39.40 |
| 08/24/12 | Calls to and from opposing counsel regarding schedule for filing appellate briefs, requesting extension for same and status of loan modification review | L510 | JJE | .30 | 197.00 | 59.10 |
| 08/24/12 | Call and emails to and from client regarding schedule for filing appellate briefs, requesting extension for same and status of loan modification review | L510 | JJE | .20 | 197.00 | 39.40 |
| 08/26/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/27/12 | Analyze email from opposing counsel attaching a copy of the borrower's completed 3 month P&L statement | C300 | JJE | .20 | 197.00 | 39.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301135

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Email to client regarding completed 3 month P&L statement | C300 | JJE | .10 | 197.00 | 19.70 |
| 08/27/12 | Emails to and from client and opposing counsel regarding 1099 status of borrower and call to opposing counsel regarding same | C300 | JJE | .20 | 197.00 | 39.40 |

FEES                                              $624.40

AMOUNT DUE THIS BILL                              $624.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301135

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Joycelyn J. Eason | Associate | 197.00 | 2.50 | 492.50 |
| Total | | | 3.20 | 624.40 |



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $624.40

OCTOBER 12, 2012
0R0808-301135
INVOICE #  810485

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        727310
Invoice Date:     10/12/2012
Invoice No.       810485
Period ending:    08/31/2012

Case Management Number     LD  0R0808-301135

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | $ Fees |
| C300 | Analysis and Advice | 0.50 | $ 98.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 29.00 |
| L510 | Appellate Motions and Submissions | 2.30 | $ 437.50 |
| L520 | Appellate Briefs | 0.20 | $ 59.40 |

```
        ==================================
TOTAL FEES          3.20    $   624.40

        TOTAL FEES DUE          $   624.40
TOTAL DISBURSEMENTS DUE          $     0.00
   TOTAL DUE THIS INVOICE        $   624.40
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301136
Fort Washington, PA 19034

                                                         INVOICE #  810486

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301136  TC Number: 726219

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft memorandum regarding final disposition of file for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/02/12 | Correspondence to client regarding final disposition of file | L190 | AHC | .10 | 145.00 | 14.50 |

                              FEES                          $43.50


                              AMOUNT DUE THIS BILL          $43.50


                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301136

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Total | | | .30 | 43.50 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301136
BILL AMOUNT          $43.50                                 INVOICE #  810486

---

To:    ResCap                        TC Number:          726219
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034      Invoice No.         810486
                                      Period ending:      08/31/2012


Case Management Number      LD  0R0808-301136


                                         Current Invoice
Code Task                              Hours            Fees

L190 Other Case Assessment, Develop't/Admin    0.30    $    43.50

                         ==================================
                 TOTAL FEES            0.30    $    43.50

                 TOTAL FEES DUE                $    43.50
            TOTAL DISBURSEMENTS DUE            $     0.00
            TOTAL DUE THIS INVOICE            $    43.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301139

INVOICE #  810487

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301139   TC Number: 727461

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Research docket and e-mail client regarding Notice of Default/Intent to Accelerate letter to further review of alleged affirmative defenses | L110 | KK | .20 | 91.00 | 18.20 |
| 08/07/12 | Revise regarding alleged lost note and status of notice of default | C300 | JJE | 1.20 | 197.00 | 236.40 |
| 08/15/12 | Final review/approval of analysis memo to client | L110 | CWH | .30 | 330.00 | 99.00 |

FEES $353.60

AMOUNT DUE THIS BILL $353.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0808-301139

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Joycelyn J. Eason | Associate | 197.00 | 1.20 | 236.40 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 1.70 | 353.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301139
BILL AMOUNT        $353.60                           INVOICE #  810487

---

To:    ResCap                    TC Number:        727461
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034 Invoice No.       810487
                                 Period ending:    08/31/2012


Case Management Number      LD  0R0808-301139


                                        Current Invoice
Code Task                               Hours          Fees

C300 Analysis and Advice                1.20    $     236.40
L110 Fact Investigation/Development     0.50    $     117.20

                            =================================
              TOTAL FEES     1.70    $     353.60

              TOTAL FEES DUE          $     353.60
       TOTAL DISBURSEMENTS DUE         $       0.00
       TOTAL DUE THIS INVOICE         $     353.60



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                0R0808-301142
Fort Washington, PA 19034

                                                   INVOICE #  810488

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301142  TC Number: 728105

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Final revision of analysis memo | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/15/12 | Review and respond to e-mail from default counsel regarding status of analysis | L120 | NSR | .10 | 280.00 | 28.00 |

                        FEES                            $61.00


                        AMOUNT DUE THIS BILL            $61.00

                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301142

**FED ID NO. 63-0243316**

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| Nader Raja | Associate | 280.00 | .10 | 28.00 |
| Total | | | .20 | 61.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301142
BILL AMOUNT            $61.00                        INVOICE #  810488

To:    ResCap                      TC Number:        728105
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810488
                                   Period ending:    08/31/2012

Case Management Number    LD  0R0808-301142

                                     Current Invoice
Code Task                         Hours          Fees

L110 Fact Investigation/Development    0.10   $    33.00
L120 Analysis/Strategy                 0.10   $    28.00

                    ==================================
                    TOTAL FEES        0.20   $    61.00

                    TOTAL FEES DUE           $    61.00
              TOTAL DISBURSEMENTS DUE        $     0.00
                 TOTAL DUE THIS INVOICE      $    61.00



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301143
Fort Washington, PA 19034

                                                          INVOICE #   810489

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301143   TC Number: 727477

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Review order on motion to reconsider stay | L250 | MRP | .10 | 424.00 | 42.40 |
| 08/11/12 | Draft revised Notice of Bankruptcy and Supplemental Servicing Order for attorney review | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/22/12 | Revisions to Notice of Bankruptcy and Supplemental Servicing Order for attorney review | L250 | AHC | .10 | 145.00 | 14.50 |
| 08/24/12 | Revise stay notice | L250 | MRP | .10 | 424.00 | 42.40 |

                              FEES                                $157.30


                              AMOUNT DUE THIS BILL                $157.30


                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301143

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael R. Pennington | Partner | 424.00 | .20 | 84.80 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Total | | | .70 | 157.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301143
BILL AMOUNT          $157.30                        INVOICE #  810489

To:    ResCap                    TC Number:         727477
       1100 Virginia Drive       Invoice Date:      10/12/2012
       Fort Washington, PA 19034  Invoice No.        810489
                                  Period ending:    08/31/2012

Case Management Number      LD  0R0808-301143

                                        Current Invoice
                                     Hours           Fees
Code Task

L250 Other Written Motions/Submissions   0.70    $    157.30

                              ==================================
                   TOTAL FEES            0.70    $    157.30

                   TOTAL FEES DUE                $    157.30
              TOTAL DISBURSEMENTS DUE            $      0.00
              TOTAL DUE THIS INVOICE             $    157.30



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301144

INVOICE #  810490

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301144   TC Number: 728084

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | E-mail correspondence with title insurance claims counsel regarding resolution of claim | L190 | CSM | .40 | 300.00 | 120.00 |
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/02/12 | Communicate with title insurer claims counsel and client regarding status of foreclosure case and resolution of title claim | L190 | CSM | .60 | 300.00 | 180.00 |
| 08/07/12 | E-mail correspondence with client regarding action necessary | C400 | CSM | .40 | 300.00 | 120.00 |
| 08/07/12 | Research docket to confirm status. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/27/12 | E-mail correspondence with client regarding foreclosure case status | L190 | CSM | .10 | 300.00 | 30.00 |

FEES                                    $509.80

AMOUNT DUE THIS BILL                     $509.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301144

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 1.60 | 480.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | 1.80 | 509.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                OCTOBER 12, 2012
                                                      0R0808-301144
BILL AMOUNT          $509.80                          INVOICE #  810490

To:      ResCap                      TC Number:            728084
         1100 Virginia Drive         Invoice Date:         10/12/2012
         Fort Washington, PA 19034   Invoice No.           810490
                                     Period ending:        08/31/2012

Case Management Number      LD  0R0808-301144

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $ 30.00 |
| C400 | Third Party Communication | 0.40 | $ 120.00 |
| L110 | Fact Investigation/Development | 0.20 | $ 29.80 |
| L190 | Other Case Assessment, Develop't/Admin | 1.10 | $ 330.00 |
| | | ================================= | |
| | TOTAL FEES | 1.80 | $ 509.80 |
| | TOTAL FEES DUE | | $ 509.80 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 509.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301146

INVOICE #  810491

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301146  TC Number: 727561

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |

FEES                                                    $43.50

AMOUNT DUE THIS BILL                       $43.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301146

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .30 | 43.50 |
| Total | | | .30 | 43.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301146
BILL AMOUNT        $43.50                           INVOICE #  810491

To:    ResCap                      TC Number:          727561
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810491
                                   Period ending:      08/31/2012

Case Management Number       LD  0R0808-301146

                                        Current Invoice
Code Task                          Hours            Fees

L190 Other Case Assessment, Develop't/Admin    0.30    $    43.50

                                   ===============================
                        TOTAL FEES      0.30    $    43.50

                        TOTAL FEES DUE          $    43.50
              TOTAL DISBURSEMENTS DUE           $     0.00
              TOTAL DUE THIS INVOICE            $    43.50



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301149

INVOICE #  810492

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301149   TC Number: 728488

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare status update regarding short sale pending | L120 | KSA | .10 | 223.00 | 22.30 |
| 08/20/12 | Update Bankruptcy Review Spreadsheet with bucket information, filing of notice and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |

|  |  |
|--|--|
| FEES | $52.30 |

### DESCRIPTION OF DISBURSEMENTS

| 08/03/12 Title Search Fee - BUSINESS CARD PROTITLEUSA | 137.95 |
|---|---|

7-12-12
Bank ID: GENR Check Number: 97324

| COSTS | $137.95 |
|-------|---------|
| AMOUNT DUE THIS BILL | $190.25 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301149

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .20 | 30.00 |
| Keith S. Anderson | Associate | 223.00 | .10 | 22.30 |
| Total | | | .30 | 52.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301149
BILL AMOUNT        $190.25                       INVOICE #  810492

To:    ResCap                    TC Number:          728488
       1100 Virginia Drive       Invoice Date:       10/12/2012
       Fort Washington, PA 19034  Invoice No.         810492
                                  Period ending:      08/31/2012

Case Management Number      LD  0R0808-301149

|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
|---|---|---|---|
| L120 Analysis/Strategy |  | 0.10 | $    22.30 |
| L140 Document/File Management |  | 0.20 | $    30.00 |
| TOTAL FEES |  | 0.30 | $    52.30 |

                        TOTAL FEES DUE        $    52.30
               TOTAL DISBURSEMENTS DUE        $   137.95
                 TOTAL DUE THIS INVOICE       $   190.25



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-301151
Fort Washington, PA 19034

                                                    INVOICE #  810493

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301151  TC Number: 728484

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status report for client | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/06/12 | Review borrower's four counterclaims and review and revise notice of bankruptcy for same | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/06/12 | Telephone conference with client regarding filing of notice of bankruptcy | L250 | NSR | .20 | 280.00 | 56.00 |
| 08/06/12 | Draft client e-mail to client regarding approval to file notice of bankruptcy | L250 | NSR | .10 | 280.00 | 28.00 |
| 08/07/12 | Outline motion to dismiss borrower's counterclaims | L240 | NSR | .90 | 280.00 | 252.00 |
| 08/07/12 | Begin draft of motion to dismiss borrower's counterclaims | L240 | NSR | .40 | 280.00 | 112.00 |
| 08/13/12 | Review and respond to client e-mail from client regarding notice of bankruptcy | L250 | NSR | .10 | 280.00 | 28.00 |
| 08/24/12 | Draft a Notice of Designation of email address for filing with the Miami Dade Clerk of Court pursuant to Florida Supreme Court opinion | L110 | KK | .50 | 91.00 | 45.50 |

                            FEES                                $633.70

08/07/12 Copy Charges                            0.00
08/07/12 Express Mail/Fedex                      0.00
08/24/12 Express Mail/Fedex                      0.00



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301151

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $633.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301151

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 1.80 | 504.00 |
| Kerry Keane | Paralegal | 91.00 | .50 | 45.50 |
| Total | | | 2.50 | 615.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301151
BILL AMOUNT        $633.70                       INVOICE #  810493

_____

To:     ResCap                     TC Number:        728484
        1100 Virginia Drive        Invoice Date:     10/12/2012
        Fort Washington, PA 19034  Invoice No.       810493
                                   Period ending:    08/31/2012


Case Management Number      LD  0R0808-301151


                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development     0.70    $    111.50
L120 Analysis/Strategy                  0.10    $     28.00
L240 Dispositive Motions                1.30    $    364.00
L250 Other Written Motions/Submissions  0.40    $    112.00

                          ===================================
                TOTAL FEES      2.50    $    633.70

                TOTAL FEES DUE          $    633.70
           TOTAL DISBURSEMENTS DUE      $      0.00
             TOTAL DUE THIS INVOICE     $    633.70



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301152

INVOICE #  810494

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301152  TC Number: 728498

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Prepare for temporary injunction hearing | L120 | KSA | 1.30 | 223.00 | 289.90 |
| 08/01/12 | Prepare status report regarding temporary restraining order dissolution and possible agreement with plaintiff | L120 | KSA | .10 | 223.00 | 22.30 |
| 08/02/12 | Prepare for and attend temporary injunction hearing and obtain dissolution of temporary restraining order, negotiations with plaintiff's counsel | L120 | KSA | 3.90 | 223.00 | 869.70 |
| 08/02/12 | Draft order regarding temporary injunction | L210 | KSA | .30 | 223.00 | 66.90 |
| 08/06/12 | Arrange signature of order with plaintiff's counsel and email to foreclosure counsel regarding necessity to serve occupants of property when noticing FCL | L120 | KSA | .40 | 223.00 | 89.20 |
| 08/20/12 | Update Bankruptcy Review Spreadsheet with bucket information, filing of notice and comments concerning facts of case | L140 | MST | .20 | 150.00 | 30.00 |
| 08/21/12 | Draft notice of bankruptcy and send to G.Albright for review | L210 | KSA | .40 | 223.00 | 89.20 |
| 08/27/12 | Review Order setting Temporary Injunction hearing and update file regarding same | L210 | MST | .30 | 150.00 | 45.00 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301152

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|

FEES                                                         $1,502.20

### DESCRIPTION OF DISBURSEMENTS

08/07/12  Airline Tickets - KEITH ANDERSON ATTEND                1091.20
          TEMPORARY INJUNCTION HEARING 8/1/12 - 8/3/12
          Bank ID: GENR Check Number: 97513
08/07/12  Travel Expense - KEITH ANDERSON ATTEND                   70.78
          TEMPORARY INJUNCTION HEARING 8/1/12 - 8/3/12
          RENTAL CAR
          Bank ID: GENR Check Number: 97513
08/07/12  Travel Expense - KEITH ANDERSON ATTEND                  206.75
          TEMPORARY INJUNCTION HEARING 8/1/12 - 8/3/12
          HOTEL
          Bank ID: GENR Check Number: 97513
08/07/12  Travel Expense - KEITH ANDERSON ATTEND                   35.93
          TEMPORARY INJUNCTION HEARING 8/1/12 - 8/3/12
          FUEL, PARKING, WIFI
          Bank ID: GENR Check Number: 97513
08/07/12  Meal Expense - KEITH ANDERSON ATTEND TEMPORARY           91.00
          INJUNCTION HEARING 8/1/12 - 8/3/12
          Bank ID: GENR Check Number: 97513

COSTS                                                        $1,495.66

AMOUNT DUE THIS BILL                                         $2,997.86

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301152

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .50 | 75.00 |
| Keith S. Anderson | Associate | 223.00 | 6.40 | 1,427.20 |
| Total | | | 6.90 | 1,502.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301152
BILL AMOUNT        $2,997.86                              INVOICE #  810494

To:     ResCap                        TC Number:             728498
        1100 Virginia Drive           Invoice Date:          10/12/2012
        Fort Washington, PA 19034      Invoice No.            810494
                                       Period ending:         08/31/2012

Case Management Number      LD  0R0808-301152

                                        Current Invoice
Code Task                              Hours          Fees

L120 Analysis/Strategy                  5.70    $  1,271.10
L140 Document/File Management            0.20    $     30.00
L210 Pleadings                          1.00    $    201.10

                        ====================================
              TOTAL FEES                6.90    $  1,502.20

                  TOTAL FEES DUE                 $  1,502.20
         TOTAL DISBURSEMENTS DUE                 $  1,495.66
          TOTAL DUE THIS INVOICE                 $  2,997.86



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301153
Fort Washington, PA 19034

                                                         INVOICE #  810495

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301153   TC Number: 728555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Review Truth in Lending Disclosure statement and edit and finalize scrub review to send to client | L110 | KK | .20 | 91.00 | 18.20 |
| 08/12/12 | Analyze fact package | L120 | NSR | .60 | 280.00 | 168.00 |
| 08/12/12 | Analyze affirmative defenses asserted by borrower | L120 | NSR | 1.30 | 280.00 | 364.00 |
| 08/13/12 | Research docket to determine status of case and e-mail client regarding account and payment history to confirm the borrower did not attempt to cure payment default | L110 | KK | .20 | 91.00 | 18.20 |
| 08/15/12 | Analyze account payment history and call notes | L120 | NSR | .30 | 280.00 | 84.00 |
| 08/15/12 | Revise analysis of affirmative defenses regarding alleged cure of default | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/21/12 | Revise memo regarding standing to foreclosure and merits of borrower's affirmative defenses | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/22/12 | Revise analysis of affirmative defenses regarding alleged TILA violations | L120 | NSR | .40 | 280.00 | 112.00 |
| 08/24/12 | Finalize memo and email client regarding recommendation going forward | L110 | KK | .20 | 91.00 | 18.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301153

FED ID NO. 63-0243316

FEES                                    $904.60


AMOUNT DUE THIS BILL                    $904.60


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301153

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 2.80 | 784.00 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 3.60 | 904.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301153
BILL AMOUNT          $904.60                             INVOICE #  810495

To:    ResCap                        TC Number:          728555
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810495
                                     Period ending:      08/31/2012

Case Management Number      LD  0R0808-301153

                                   Current Invoice
Code Task                          Hours          Fees

L110 Fact Investigation/Development    0.80    $    120.60
L120 Analysis/Strategy                 2.80    $    784.00

                          ======================================
              TOTAL FEES      3.60    $    904.60

              TOTAL FEES DUE          $    904.60
       TOTAL DISBURSEMENTS DUE        $      0.00
          TOTAL DUE THIS INVOICE      $    904.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              OCTOBER 12, 2012
1100 Virginia Drive                                                0R0808-301154
Fort Washington, PA 19034

                                                                   INVOICE #  810496

                                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301154  TC Number: 728645

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Finalize memo to send to client with recommendation going forward | L110 | KK | .20 | 91.00 | 18.20 |
| 08/03/12 | Revise analysis memorandum | L120 | NSR | .30 | 280.00 | 84.00 |
| 08/13/12 | Respond to client e-mail regarding counterclaim asserted by borrower for violations of Florida Deceptive and Unfair Trade Practices Act | L210 | NSR | .20 | 280.00 | 56.00 |
| 08/15/12 | Final revision of analysis memo before sending to client | L110 | CWH | .20 | 330.00 | 66.00 |

                               FEES                                    $224.20


                    DESCRIPTION OF DISBURSEMENTS

      08/09/12 Copy Charges - OUTSIDE SOURCES - WEST GROUP LM         321.73
               COURT EXPRESS DOCUMENTS
               Bank ID: GENR Check Number: 97594

                               COSTS                                   $321.73

                    AMOUNT DUE THIS BILL                               $545.93

                    ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301154

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | .50 | 140.00 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .90 | 224.20 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301154
BILL AMOUNT        $545.93                               INVOICE #  810496

To:    ResCap                          TC Number:          728645
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810496
                                       Period ending:      08/31/2012

Case Management Number      LD   0R0808-301154

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.40 | $  84.20 |
| L120 | Analysis/Strategy | 0.30 | $  84.00 |
| L210 | Pleadings | 0.20 | $  56.00 |

```
                  ===============================
          TOTAL FEES        0.90     $    224.20

          TOTAL FEES DUE              $    224.20
   TOTAL DISBURSEMENTS DUE            $    321.73
      TOTAL DUE THIS INVOICE          $    545.93
```



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301155
Fort Washington, PA 19034

                                                         INVOICE #  810497

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301155  TC Number: 728707

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/02/12 | Advise client regarding impact of supplemental order regarding automatic stay on pending litigation | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/03/12 | Prepare and circulate closing memorandum | L120 | CLHA | .50 | 345.00 | 172.50 |

                         FEES                                    $310.50

                  AMOUNT DUE THIS BILL                           $310.50

               ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301155

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | .90 | 310.50 |
| Total | | | .90 | 310.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301155
BILL AMOUNT          $310.50                             INVOICE #  810497

To:    ResCap                        TC Number:          728707
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810497
                                     Period ending:      08/31/2012

Case Management Number    LD  0R0808-301155

                                          Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                    0.90     $    310.50

                              ==================================
                    TOTAL FEES            0.90     $    310.50

                    TOTAL FEES DUE                  $    310.50
              TOTAL DISBURSEMENTS DUE              $      0.00
              TOTAL DUE THIS INVOICE              $    310.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301157
Fort Washington, PA 19034

                                                           INVOICE #  810498

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301157  TC Number: 728879

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Draft memorandum regarding affirmative defenses and identifying additional documentation needed from client in support of same | C300 | JJE | 2.50 | 197.00 | 492.50 |
| 08/07/12 | Research client documents and e-mail with client regarding Notice of Default/Intent to Accelerate letter for further analysis of alleged affirmative defenses | L110 | KK | .20 | 91.00 | 18.20 |
| 08/07/12 | Research foreclosure suit and affirmative defenses | C300 | JJE | 1.70 | 197.00 | 334.90 |
| 08/08/12 | Research, draft and revise analysis and review of affirmative defenses | C300 | JJE | 2.10 | 197.00 | 413.70 |
| 08/09/12 | Additional drafting and revising of memo regarding affirmative defenses | C300 | JJE | 2.60 | 197.00 | 512.20 |
| 08/13/12 | Revise memo to reflect recently filed pleadings and recommendations regarding notice of default | L110 | KK | .40 | 91.00 | 36.40 |
| 08/14/12 | Updated analysis based on newly received information from the client regarding amended complaint, responses to same, and the sufficiency of the default letter from 2011 | C300 | JJE | .40 | 197.00 | 78.80 |
| 08/15/12 | Analyze notice of default sent to borrower | L110 | CWH | .10 | 330.00 | 33.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

OR0808-301157

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Review loan documents in Looking Glass | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/21/12 | Revise memo regarding standing to foreclosure and merits of borrower's affirmative defenses | L110 | CWH | .30 | 330.00 | 99.00 |
| 08/22/12 | Email M.Verma regarding TILA disclosures for borrower's loan | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/22/12 | Revised memo regarding affirmative defenses incorporating recent case law regarding TILA, HOEPA and other statutory and equitable claims | C300 | JJE | 1.70 | 197.00 | 334.90 |
| 08/22/12 | Emails to and from client regarding affirmative defenses asserted by the borrower regarding TILA disclosure statements | C300 | JJE | .20 | 197.00 | 39.40 |
| 08/23/12 | Research Florida case law regarding affirmative defenses raised by the borrower: HOEPA, TILA rescission rights, and predatory lending | C300 | JJE | 4.40 | 197.00 | 866.80 |
| 08/27/12 | Finalize memo and email client regarding recommendation | L110 | KK | .30 | 91.00 | 27.30 |
| 08/28/12 | Email foreclosure counsel and client regarding amended complaint and second set of alleged affirmative defenses | L110 | KK | .20 | 91.00 | 18.20 |
| 08/28/12 | Analysis of recently filed answer to amended complaint and affirmative defenses | C300 | JJE | .30 | 197.00 | 59.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301157

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Emails from and to client regarding amended answer and affirmative defenses as filed by borrower and assessment of same | C300 | JJE | .40 | 197.00 | 78.80 |
| 08/29/12 | Emails with foreclosure counsel regarding amended complaint | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                        $3,593.40

AMOUNT DUE THIS BILL                        $3,593.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

0R0808-301157

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .80 | 264.00 |
| Joycelyn J. Eason | Associate | 197.00 | 16.30 | 3,211.10 |
| Kerry Keane | Paralegal | 91.00 | 1.30 | 118.30 |
| Total | | | 18.40 | 3,593.40 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301157
BILL AMOUNT        $3,593.40                              INVOICE #  810498

To:    ResCap                        TC Number:          728879
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810498
                                     Period ending:      08/31/2012

Case Management Number      LD   0R0808-301157

|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| C300 | Analysis and Advice | 16.30 | $ 3,211.10 |
| L110 | Fact Investigation/Development | 2.10 | $ 382.30 |

=====================================
TOTAL FEES       18.40    $ 3,593.40

           TOTAL FEES DUE          $ 3,593.40
  TOTAL DISBURSEMENTS DUE          $     0.00
   TOTAL DUE THIS INVOICE          $ 3,593.40



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301158

INVOICE #  810499

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301158  TC Number: 728768

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Initial review of additional pleadings received including Motion for Enlargement of Time, Order granting in part Appellant's Motion for Extension of Time, and Transcript of Record on Appeal | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/15/12 | Research record on appeal supplement issue | L510 | MJA | .30 | 297.00 | 89.10 |
| 08/15/12 | Analyze issue concerning dismissal of lost note count in complaint | L120 | AC | 1.30 | 193.00 | 250.90 |
| 08/16/12 | Respond to opposing counsel's request to supplement the record | L120 | AC | .20 | 193.00 | 38.60 |
| 08/17/12 | Initial review of Appellant's Motion to Supplement the Record | L510 | AHC | .10 | 145.00 | 14.50 |
| 08/22/12 | Review of correspondence from G.Wilkerson regarding filing amended complaint, review of trial court docket and correspondence to client regarding same | L110 | AHC | .30 | 145.00 | 43.50 |
| 08/26/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |

FEES                                                    $552.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301158

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

08/08/12 Court Costs - Pleadings - WEST GROUP AC COURT            677.63
         FEES
         Bank ID: GENR Check Number: 97478

                    COSTS                          $677.63

                    AMOUNT DUE THIS BILL          $1,230.23

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       3
OCTOBER 12, 2012

0R0808-301158

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.20 | 174.00 |
| Aaron Chastain | Associate | 193.00 | 1.50 | 289.50 |
| Total | | | 3.00 | 552.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301158

BILL AMOUNT          $1,230.23

INVOICE #  810499

To:     ResCap
        1100 Virginia Drive
        Fort Washington, PA 19034

TC Number:          728768
Invoice Date:       10/12/2012
Invoice No.         810499
Period ending:      08/31/2012

Case Management Number      LD  0R0808-301158

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 0.30 | $ | 43.50 |
| L120 | Analysis/Strategy | 1.50 | $ | 289.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ | 29.00 |
| L510 | Appellate Motions and Submissions | 1.00 | $ | 190.60 |
| | | ================================= | | |
| | TOTAL FEES | 3.00 | $ | 552.60 |

TOTAL FEES DUE                    $    552.60
TOTAL DISBURSEMENTS DUE           $    677.63
TOTAL DUE THIS INVOICE            $  1,230.23



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301161
Fort Washington, PA 19034

                                                               INVOICE #  810500

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301161  TC Number: 729005

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Final review and revisions to foreclosure/affirmative defense analysis memo | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/14/12 | Finalize and update file review and e-mail client regarding recommendation with file going forward | L110 | KK | .20 | 91.00 | 18.20 |

                              FEES                              $84.20

                       AMOUNT DUE THIS BILL                     $84.20

                  ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301161

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .40 | 84.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301161
BILL AMOUNT        $84.20                           INVOICE #  810500

To:    ResCap                      TC Number:          729005
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810500
                                   Period ending:      08/31/2012

Case Management Number      LD  0R0808-301161

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.40 | $    84.20 |
| | | ================================ | |
| TOTAL FEES | | 0.40 | $    84.20 |
| TOTAL FEES DUE | | $ | 84.20 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 84.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301163
Fort Washington, PA 19034

                                                               INVOICE #  810501

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301163  TC Number: 729087

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft memo regarding analysis of affirmative defenses and additional documentation needed from client in support of same | C300 | JJE | 1.60 | 197.00 | 315.20 |
| 08/09/12 | Research affirmative defenses raised by borrower | C300 | JJE | 3.10 | 197.00 | 610.70 |
| 08/20/12 | Research Palm Beach County official records and email client regarding assignment of mortgage | L110 | KK | .30 | 91.00 | 27.30 |
| 08/20/12 | Revise memo regarding affirmative defenses and identifying additional documentation and information needed from client in support of same | C300 | JJE | 5.20 | 197.00 | 1,024.40 |
| 08/21/12 | Continued analysis and review of affirmative defenses | C300 | JJE | 4.10 | 197.00 | 807.70 |
| 08/21/12 | Emails with client regarding notices and loan servicing history to finalize scrub review | L110 | KK | .30 | 91.00 | 27.30 |
| 08/21/12 | Revise memo regarding standing to foreclosure and merits of borrower's affirmative defenses | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/22/12 | Revise analysis and review of affirmative defenses identifying additional documentation and information needed from client in support of same | C300 | JJE | 1.30 | 197.00 | 256.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301163

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Research affirmative defenses raised by borrower | L120 | CWH | .20 | 330.00 | 66.00 |

FEES                                        $3,200.70

AMOUNT DUE THIS BILL               $3,200.70

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301163

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Joycelyn J. Eason | Associate | 197.00 | 15.30 | 3,014.10 |
| Kerry Keane | Paralegal | 91.00 | .60 | 54.60 |
| Total | | | 16.30 | 3,200.70 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT       $3,200.70

OCTOBER 12, 2012
0R0808-301163
INVOICE #   810501

---

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:        729087
Invoice Date:     10/12/2012
Invoice No.       810501
Period ending:    08/31/2012

Case Management Number      LD   0R0808-301163

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 15.30 | $ 3,014.10 |
| L110 | Fact Investigation/Development | 0.80 | $ 120.60 |
| L120 | Analysis/Strategy | 0.20 | $ 66.00 |

| | ============================= | |
| TOTAL FEES | 16.30 | $ 3,200.70 |

| TOTAL FEES DUE | $ 3,200.70 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 3,200.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301164
Fort Washington, PA 19034

                                                               INVOICE #  810502

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301164  TC Number: 728982

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/02/12 | Draft Notice of Appearance for attorney review and correspondence to C.Villalon regarding same | L510 | AHC | .40 | 145.00 | 58.00 |
| 08/15/12 | Review docket regarding status of record on appeal and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/15/12 | Correspondence to Court Express regarding copy of record on appeal | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/21/12 | Correspondence to Court Express regarding update on file request | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/25/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |

                              FEES                                    $203.00

08/31/12 Express Mail/Fedex                               0.00

                  AMOUNT DUE THIS BILL                    $203.00

              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301164

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | 1.40 | 203.00 |
| Total | | | 1.40 | 203.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301164
BILL AMOUNT          $203.00                        INVOICE #  810502

To:   ResCap                        TC Number:         728982
      1100 Virginia Drive           Invoice Date:      10/12/2012
      Fort Washington, PA 19034     Invoice No.        810502
                                    Period ending:     08/31/2012

Case Management Number       LD   0R0808-301164

                                        Current Invoice
Code Task                            Hours        Fees

L110 Fact Investigation/Development      0.50    $     72.50
L190 Other Case Assessment, Develop't/Admin  0.20  $   29.00
L510 Appellate Motions and Submissions   0.70    $    101.50

                        ===================================
            TOTAL FEES       1.40    $    203.00

            TOTAL FEES DUE           $    203.00
     TOTAL DISBURSEMENTS DUE         $      0.00
     TOTAL DUE THIS INVOICE          $    203.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            OCTOBER 12, 2012
1100 Virginia Drive                                              0R0808-301165
Fort Washington, PA 19034

                                                                INVOICE #   810503

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301165   TC Number: 728482

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Strategy emails with client and other attorneys handling Delta law firm cases | L190 | BAW | .50 | 320.00 | 160.00 |
| 08/03/12 | Review foreclosure file and contact client regarding acceleration clause and breach of mortgage via transfer of interest to Fidelity | L190 | BAW | .80 | 320.00 | 256.00 |
| 08/03/12 | Research regarding removal and potential counterclaims against Fidelity | L190 | BAW | 1.70 | 320.00 | 544.00 |
| 08/03/12 | Prepare for hearing on motion to dismiss | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/06/12 | Research Eastwinds case in preparation for motion to dismiss | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/06/12 | Study opposition brief and supporting authorities on Motion to Intervene filed by Fidelity Land Trust | L250 | BAW | 3.50 | 320.00 | 1,120.00 |
| 08/06/12 | Begin outlining Reply brief in support of Motion to Intervene and Motion to Dismiss | L250 | BAW | 2.00 | 320.00 | 640.00 |
| 08/06/12 | Access online docket for Eastwinds v. MERS relative to Williams matter | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/06/12 | Review Plaintiff's Response in Opposition to GMAC's Motion to Intervene | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/07/12 | Research regarding prerequisites to filing motion for sanctions | L210 | JLJ | .30 | 193.00 | 57.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301165

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Research, draft and file US Bank's Reply Brief in support of Intervention | L250 | BAW | 7.50 | 320.00 | 2,400.00 |
| 08/07/12 | Research and draft motion for sanctions pursuant to Rule 57.105 | L250 | BAW | 2.70 | 320.00 | 864.00 |
| 08/07/12 | Review reply to response to motion to intervene in preparation for drafting motion to dismiss Fidelity Land Trust Company cases | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/08/12 | Finalize joint motion for sanctions and cover correspondence to H.Feinmel regarding same | L250 | BAW | 2.10 | 320.00 | 672.00 |
| 08/09/12 | Review notice of appearance of Tracy Long and research regarding same | L210 | BAW | .30 | 320.00 | 96.00 |
| 08/10/12 | Access online dockets and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/13/12 | Telephone conference with client to discuss case strategy | L190 | BAW | .60 | 320.00 | 192.00 |
| 08/19/12 | Review sur-reply brief of Fidelity Land Trust and pull citations relating to same | L240 | BAW | 1.50 | 320.00 | 480.00 |
| 08/20/12 | Review newly cited case law filed by Plaintiff in opposition to intervention | L210 | BAW | 1.20 | 320.00 | 384.00 |
| 08/20/12 | Prepare for hearing on U.S. Bank's Motion to Intervene and MERS and FMF Capital's Motion to Dismiss | L230 | BAW | 3.80 | 320.00 | 1,216.00 |
| 08/21/12 | Complete preparations for hearing on motion to intervene and motion to dismiss | L230 | BAW | 5.40 | 320.00 | 1,728.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301165

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Attend hearing on motion to intervene and motion to dismiss and argue same for U.S. Bank, MERS and FMF Capital | L230 | BAW | 3.60 | 320.00 | 1,152.00 |
| 08/21/12 | Circulate proposed order to Judge Carroll and FLT counsel substituting U.S. Bank as the real party in interest | L210 | BAW | .50 | 320.00 | 160.00 |
| 08/22/12 | Draft correspondence to Judge Carroll regarding proposed order | L210 | BAW | .40 | 320.00 | 128.00 |
| 08/22/12 | Read covenant violation notice from client | L190 | BAW | .30 | 320.00 | 96.00 |
| 08/23/12 | Analyze Florida default action strategy by borrowers' trust | L190 | SMC | .30 | 358.00 | 107.40 |
| 08/23/12 | Review notice of acceleration from client | L190 | BAW | .20 | 320.00 | 64.00 |
| 08/23/12 | Follow up on entry of proposed order | L210 | BAW | .20 | 320.00 | 64.00 |
| 08/24/12 | Review H.Feinmel's correspondence to L.Ganske threatening retaliation regarding due on sale clause | L190 | BAW | .50 | 320.00 | 160.00 |
| 08/24/12 | Research reference to 12 USC 1701j-3(d)(8) | L190 | BAW | .60 | 320.00 | 192.00 |
| 08/24/12 | Review correspondence regarding response to due on sale clause | L250 | JLJ | .20 | 193.00 | 38.60 |
| 08/27/12 | Review Judge Carroll's order on motion to intervene/motion to dismiss and calendar deadline to file responsive pleading on behalf of U.S. Bank | L250 | BAW | .40 | 320.00 | 128.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

OR0808-301165

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Review letter in response to due on sale letter and research regarding statutory sections cited regarding fair debt collection practices and due on sale exceptions and draft memorandum regarding the same | L250 | JLJ | 1.20 | 193.00 | 231.60 |

FEES                          $13,760.10

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/08/12 | Court Costs - Pleadings - WEST GROUP JM COURT FEES<br>Bank ID: GENR Check Number: 97478 | 278.63 |
| 08/23/12 | Travel Expense - BRIAN WAHL ATTEND HEARING ON MOTION TO INTERVENE & MOTION TO DISMISS 8/20/12 - 8/21/12 HOTEL<br>Bank ID: GENR Check Number: 98638 | 178.88 |
| 08/23/12 | Travel Expense - BRIAN WAHL ATTEND HEARING ON MOTION TO INTERVENE & MOTION TO DISMISS 8/20/12 - 8/21/12 MILEAGE 640 @ .555<br>Bank ID: GENR Check Number: 98638 | 355.20 |
| 08/23/12 | Meal Expense - BRIAN WAHL ATTEND HEARING ON MOTION TO INTERVENE & MOTION TO DISMISS 8/20/12 - 8/21/12<br>Bank ID: GENR Check Number: 98638 | 38.60 |

COSTS                         $851.31

AMOUNT DUE THIS BILL          $14,611.41

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      5
OCTOBER 12, 2012

ResCap

0R0808-301165

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Stewart M. Cox | Partner | 358.00 | .30 | 107.40 |
| Brian Wahl | Partner | 320.00 | 40.30 | 12,896.00 |
| Jamie Mathews | Paralegal | 145.00 | .70 | 101.50 |
| Jessica L. Jones | Associate | 193.00 | 2.40 | 463.20 |
| Total | | | 43.70 | 13,568.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           OCTOBER 12, 2012
                                                 0R0808-301165
BILL AMOUNT        $14,611.41                    INVOICE #   810503

---

To:    ResCap                      TC Number:        728482
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810503
                                   Period ending:    08/31/2012


Case Management Number      LD   0R0808-301165


                                        Current Invoice
Code Task                               Hours        Fees

L190 Other Case Assessment, Develop't/Admin   6.00   $  1,843.90
L210 Pleadings                                3.80   $  1,054.00
L230 Court Mandated Conferences              12.80   $  4,096.00
L240 Dispositive Motions                      1.50   $    480.00
L250 Other Written Motions/Submissions       19.60   $  6,094.20

                      ==================================
            TOTAL FEES         43.70    $ 13,760.10

                  TOTAL FEES DUE          $ 13,760.10
          TOTAL DISBURSEMENTS DUE         $    851.31
          TOTAL DUE THIS INVOICE          $ 14,611.41



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-301166
Fort Washington, PA 19034

                                                INVOICE #   810504

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301166  TC Number: 729198

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/14/12 | Research docket to determine status of motion to drop MERS as a party. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/28/12 | Receive and review order regarding service of complaint | L110 | KK | .20 | 91.00 | 18.20 |

                         FEES                            $78.00

                         AMOUNT DUE THIS BILL            $78.00

            ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301166

**FED ID NO. 63-0243316**

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .50 | 78.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301166
BILL AMOUNT          $78.00                               INVOICE #  810504

---

To:    ResCap                     TC Number:           729198
       1100 Virginia Drive        Invoice Date:        10/12/2012
       Fort Washington, PA 19034  Invoice No.          810504
                                  Period ending:       08/31/2012


Case Management Number      LD  0R0808-301166

|                                        | Current Invoice | |
| Code Task                              | Hours | Fees |
|----------------------------------------|-------|------|
| B110 Case Administration               | 0.10  | $  30.00 |
| L110 Fact Investigation/Development     | 0.40  | $  48.00 |
| ===================================== | | |
| TOTAL FEES                             | 0.50  | $  78.00 |
| TOTAL FEES DUE                         |       | $  78.00 |
| TOTAL DISBURSEMENTS DUE                |       | $   0.00 |
| TOTAL DUE THIS INVOICE                 |       | $  78.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301167

INVOICE #  810505

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301167  TC Number: 729251

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/14/12 | Draft and finalize closing file memorandum for client review | L110 | MPE | .30 | 149.00 | 44.70 |
| 08/28/12 | Review administrative order regarding case scheduling | L190 | CSM | .10 | 300.00 | 30.00 |

FEES                                      $104.70

AMOUNT DUE THIS BILL                      $104.70

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0808-301167

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .20 | 60.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .50 | 104.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301167
BILL AMOUNT          $104.70                                INVOICE #  810505

To:    ResCap                          TC Number:          729251
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810505
                                       Period ending:      08/31/2012

Case Management Number       LD   0R0808-301167

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $    30.00 |
| L110 | Fact Investigation/Development | 0.30 | $    44.70 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $    30.00 |

```
                          =====================================
              TOTAL FEES       0.50     $   104.70

                   TOTAL FEES DUE        $   104.70
           TOTAL DISBURSEMENTS DUE       $     0.00
            TOTAL DUE THIS INVOICE       $   104.70
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301168

INVOICE #  810506

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301168  TC Number: 729277

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Draft notice of bankruptcy filing with supplemental servicing order | L210 | LADA | .50 | 65.00 | 32.50 |

FEES                                    $32.50

AMOUNT DUE THIS BILL                    $32.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Lucinda Kish | Paralegal | 65.00 | .50 | 32.50 |
| Total | | | .50 | 32.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301168
BILL AMOUNT          $32.50                          INVOICE #  810506

To:    ResCap                      TC Number:          729277
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810506
                                   Period ending:      08/31/2012

Case Management Number      LD  0R0808-301168

                                        Current Invoice
Code Task                         Hours              Fees

L210 Pleadings                     0.50      $     32.50

                         ===================================
              TOTAL FEES            0.50      $     32.50

                  TOTAL FEES DUE              $     32.50
          TOTAL DISBURSEMENTS DUE             $      0.00
          TOTAL DUE THIS INVOICE              $     32.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-301169
Fort Washington, PA 19034

                                                    INVOICE #  810507

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301169  TC Number: 729422

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Draft status report | L190 | AHC | .10 | 145.00 | 14.50 |

                        FEES                              $14.50


                        AMOUNT DUE THIS BILL              $14.50


            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
OCTOBER 12, 2012

0R0808-301169

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Total | | | .10 | 14.50 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              OCTOBER 12, 2012
                                                                   0R0808-301169
BILL AMOUNT          $14.50                                        INVOICE #  810507

To:    ResCap                          TC Number:          729422
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810507
                                       Period ending:      08/31/2012

Case Management Number      LD  0R0808-301169

|                                              | Current Invoice | |
| Code Task                                    | Hours | Fees |
|----------------------------------------------|-------|------|
| L190 Other Case Assessment, Develop't/Admin  | 0.10  | $ 14.50 |
|                                              | ============================= | |
| TOTAL FEES                                   | 0.10  | $ 14.50 |
| TOTAL FEES DUE                               |       | $ 14.50 |
| TOTAL DISBURSEMENTS DUE                      |       | $ 0.00 |
| TOTAL DUE THIS INVOICE                       |       | $ 14.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301170
Fort Washington, PA 19034

                                                         INVOICE #  810508

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301170  TC Number: 714154

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft notice of bankruptcy | L210 | phn | .50 | 200.00 | 100.00 |
| 08/02/12 | Draft August status update | L190 | phn | .20 | 200.00 | 40.00 |
| 08/02/12 | Email exchange with client regarding representation of co-defendants | L120 | phn | .20 | 200.00 | 40.00 |
| 08/03/12 | Email notice of bankruptcy for approval | L120 | phn | .20 | 200.00 | 40.00 |
| 08/03/12 | Review plaintiff's claims against final supplemental order to determine what items are stayed | L120 | phn | .70 | 200.00 | 140.00 |
| 08/03/12 | Review and update federal pleadings and deadlines | L210 | phn | .30 | 200.00 | 60.00 |
| 08/06/12 | Analyze acknowledgement of receipt notice sent by Court's electronic system | L120 | phn | .20 | 200.00 | 40.00 |
| 08/07/12 | Draft bankruptcy status update for GMAC's in house counsel | L190 | phn | .20 | 200.00 | 40.00 |
| 08/17/12 | Update bankruptcy classifications for client | L120 | phn | .20 | 200.00 | 40.00 |
| 08/21/12 | Review file to determine effect of GMAC's bankruptcy on the case and catalog information in comprehensive bankruptcy chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/24/12 | Analyze plaintiff's amended complaint consisting of 51 pages | L210 | phn | 1.60 | 200.00 | 320.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301170

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Analyze final supplemental order rulings to plaintiffÆs amended complaint for purposes of determining what claims are stayed | L210 | phn | .80 | 200.00 | 160.00 |
| 08/27/12 | Analysis of plaintiffÆs amended complaint for 12(b)(6) disposition | L120 | phn | 1.40 | 200.00 | 280.00 |
| 08/27/12 | Work on arguments for Rule 12(b)(6) motion | L240 | GWG | .80 | 263.00 | 210.40 |
| 08/27/12 | Analysis of Plaintiff's Amended Complaint and update file regarding same | L210 | MST | .40 | 150.00 | 60.00 |
| 08/28/12 | Draft additional analysis of bankruptcy supplemental order and effect on plaintiff's claims for case manager | L210 | phn | .20 | 200.00 | 40.00 |
| 08/28/12 | Analyze Morse's amended complaint to determine whether bankruptcy notice is needed and for what claims | L210 | CWH | .40 | 330.00 | 132.00 |
| 08/30/12 | Research plaintiff's Rice claim | L120 | phn | 1.50 | 200.00 | 300.00 |
| 08/30/12 | Research plaintiff's mortgage banker and broker claims | L120 | phn | 1.60 | 200.00 | 320.00 |
| 08/30/12 | Email exchange with R.Luttrell at Fannie Mae regarding answer deadlines and status update | L190 | phn | .30 | 200.00 | 60.00 |

FEES                                                        $2,451.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301170

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 08/03/12 | Filing Fees - BUSINESS CARD TX ONLINE 6-21-12 | 7.53 |
| | Bank ID: GENR Check Number: 97324 | |
| 08/03/12 | Filing Fees - BUSINESS CARD COLLIN DISTRICT 6-21-12 | 5.00 |
| | Bank ID: GENR Check Number: 97324 | |
| 08/08/12 | Court Costs - Pleadings - WEST GROUP MT COURT FEES | 277.40 |
| | Bank ID: GENR Check Number: 97478 | |

COSTS                               $289.93

AMOUNT DUE THIS BILL            $2,741.33

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0808-301170

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Graham W. Gerhardt | Partner | 263.00 | .80 | 210.40 |
| Preston H. Neel | Associate | 200.00 | 10.10 | 2,020.00 |
| | | | | |
| Total | | | 11.90 | 2,451.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301170
BILL AMOUNT        $2,741.33                              INVOICE #  810508

To:    ResCap                          TC Number:        714154
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034        Invoice No.       810508
                                        Period ending:    08/31/2012

Case Management Number        LD  0R0808-301170

                                        Current Invoice
Code Task                              Hours          Fees

L110 Fact Investigation/Development     0.20     $     29.00
L120 Analysis/Strategy                  6.00     $  1,200.00
L190 Other Case Assessment, Develop't/Admin  0.70  $   140.00
L210 Pleadings                          4.20     $    872.00
L240 Dispositive Motions                0.80     $    210.40

                    ===================================
         TOTAL FEES     11.90     $  2,451.40

              TOTAL FEES DUE           $  2,451.40
       TOTAL DISBURSEMENTS DUE         $    289.93
       TOTAL DUE THIS INVOICE          $  2,741.33



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301171

INVOICE #  810509

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301171  TC Number: 729308

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/03/12 | Finalize and electronically file Response in Opposition to Motion to Remand. | L210 | MPE | .30 | 149.00 | 44.70 |
| 08/03/12 | Draft response in opposition to plaintiff's motion to remand case to state court | L250 | CSM | 1.40 | 300.00 | 420.00 |
| 08/03/12 | Review and approve response in opposition to plaintiff's motion to remand | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/23/12 | Review court's order denying motion to remand and granting BONY's motion to dismiss all claims | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/23/12 | Discussion with V.Flury regarding court's ruling and the parties' next steps | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/23/12 | E-mail correspondence with client regarding granting of motion to dismiss | L190 | CSM | .10 | 300.00 | 30.00 |
| 08/23/12 | Review order granting motion to dismiss | L210 | CSM | .10 | 300.00 | 30.00 |
| 08/23/12 | Telephone conference with mortgagee regarding dismissal of suit and possible additional litigation related to foreclosure sale | C400 | CSM | .30 | 300.00 | 90.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301171

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Exchange e-mails with client about Flury's call to GMAC's customer service line | L110 | CWH | .10 | 330.00 | 33.00 |

FEES                                                    $875.70

AMOUNT DUE THIS BILL                                    $875.70

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301171

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .70 | 231.00 |
| Cory S. Menees | Associate | 300.00 | 2.00 | 600.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | 3.00 | 875.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301171
BILL AMOUNT          $875.70                                   INVOICE #  810509

To:    ResCap                            TC Number:          729308
       1100 Virginia Drive               Invoice Date:       10/12/2012
       Fort Washington, PA 19034         Invoice No.         810509
                                         Period ending:      08/31/2012

Case Management Number      LD   0R0808-301171

                                         Current Invoice
Code  Task                               Hours         Fees

B110  Case Administration                0.10     $      30.00
C400  Third Party Communication          0.30     $      90.00
L110  Fact Investigation/Development      0.10     $      33.00
L190  Other Case Assessment, Develop't/Admin  0.10  $     30.00
L210  Pleadings                          1.00     $     272.70
L250  Other Written Motions/Submissions  1.40     $     420.00

                                      ====================================
                    TOTAL FEES         3.00     $     875.70

                    TOTAL FEES DUE              $     875.70
          TOTAL DISBURSEMENTS DUE               $       0.00
          TOTAL DUE THIS INVOICE               $     875.70



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301172

INVOICE #  810510

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301172   TC Number: 729476

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analysis of current case activity and draft monthly status update for attorney review | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/01/12 | Review motion to transfer case  filed by co-defendants | L250 | JHP | .30 | 245.00 | 73.50 |
| 08/02/12 | Updated master bankruptcy spreadsheet with information concerning details of case and status of bankruptcy filing as relates to case | L190 | JHP | .40 | 245.00 | 98.00 |
| 08/06/12 | Provide status update to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/07/12 | Review discovery from co-defendant Huntington National Bank to borrowers | L310 | JHP | .20 | 245.00 | 49.00 |
| 08/08/12 | Receipt / review of discovery requests from co-defendant to plaintiff | L120 | BG | .10 | 190.00 | 19.00 |
| 08/09/12 | Compilation of Defendant Pite Duncan's First Requests or Production to Plaintiff and update file regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/13/12 | Draft Notice of Bankruptcy Order | L210 | BG | .60 | 190.00 | 114.00 |
| 08/13/12 | Send Notice of Bankruptcy Order for approval | L210 | BG | .10 | 190.00 | 19.00 |
| 08/15/12 | Analysis of file and draft Litigation Assessment Summary | L110 | ABB | .90 | 150.00 | 135.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0808-301172

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/19/12 | Review bankruptcy notice for ETS | L210 | CWH | .10 | 330.00 | 33.00 |
| 08/20/12 | Provide status update to client | L190 | BG | .20 | 190.00 | 38.00 |
| 08/20/12 | Evaluate recourse against Real Estate Default Group | L120 | BG | .20 | 190.00 | 38.00 |
| 08/20/12 | Review of case activity and draft monthly status regarding same | L110 | ABB | .10 | 150.00 | 15.00 |
| 08/20/12 | Correspond via e-mail with client regarding bankruptcy filing | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/21/12 | Finalize ETS's Notice of Filing Partial Bankruptcy with exhibit(s) and prepare same for Harris County filing and for service upon all parties | L110 | ABB | .50 | 150.00 | 75.00 |
| 08/21/12 | Analyze issues regarding indemnity obligations between the parties, if any | L110 | CWH | .10 | 330.00 | 33.00 |
| 08/21/12 | Evaluate tender to other loan servicer and potential recourse against other parties | L120 | BG | .30 | 190.00 | 57.00 |
| 08/21/12 | Correspondence with client about tender to loan servicer | L120 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Correspondence with client regarding tender of case | L120 | BG | .10 | 190.00 | 19.00 |

FEES                                              $949.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301172

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $949.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
OCTOBER 12, 2012

0R0808-301172

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Allison Burke | Paralegal | 150.00 | 2.10 | 315.00 |
| Jon H. Patterson | Associate | 245.00 | 1.00 | 245.00 |
| Blake Goodsell | Associate | 190.00 | 1.70 | 323.00 |
| Total | | | 5.00 | 949.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $949.00

OCTOBER 12, 2012
0R0808-301172
INVOICE #  810510

| To: | ResCap | | | TC Number: | 729476 |
| | 1100 Virginia Drive | | | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | | | Invoice No. | 810510 |
| | | | | Period ending: | 08/31/2012 |

Case Management Number       LD   0R0808-301172

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 2.20 | $ | 348.00 |
| L120 | Analysis/Strategy | 0.90 | $ | 176.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $ | 136.00 |
| L210 | Pleadings | 0.80 | $ | 166.00 |
| L250 | Other Written Motions/Submissions | 0.30 | $ | 73.50 |
| L310 | Written Discovery | 0.20 | $ | 49.00 |

```
            ====================================
            TOTAL FEES        5.00    $    949.00

               TOTAL FEES DUE         $    949.00
       TOTAL DISBURSEMENTS DUE        $      0.00
          TOTAL DUE THIS INVOICE      $    949.00
```



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301173

INVOICE #  810511

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301173   TC Number: 727058

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/20/12 | Draft and finalize closing file memorandum. | L110 | MPE | .60 | 149.00 | 89.40 |
| 08/20/12 | Research prior cases involving borrower to assist with additional issues. | L110 | MPE | .70 | 149.00 | 104.30 |
| 08/20/12 | Update timeline with final pleadings/rulings by the court and draft lengthy summary of various cases and liens to client for review | L110 | CWH | 1.10 | 330.00 | 363.00 |
| 08/21/12 | Revise closing memo | L190 | CSM | .20 | 300.00 | 60.00 |

FEES                                                    $646.70

AMOUNT DUE THIS BILL                                     $646.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                    OCTOBER 12, 2012

0R0808-301173

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | 1.10 | 363.00 |
| Cory S. Menees | Associate | 300.00 | .30 | 90.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 1.30 | 193.70 |
| Total | | | 2.70 | 646.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301173
BILL AMOUNT          $646.70                         INVOICE #  810511

To:    ResCap                       TC Number:          727058
       1100 Virginia Drive          Invoice Date:       10/12/2012
       Fort Washington, PA 19034    Invoice No.         810511
                                    Period ending:      08/31/2012

Case Management Number      LD  0R0808-301173

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $   30.00 |
| L110 | Fact Investigation/Development | 2.40 | $  556.70 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $   60.00 |
| | TOTAL FEES | 2.70 | $  646.70 |

                    TOTAL FEES DUE          $   646.70
             TOTAL DISBURSEMENTS DUE        $     0.00
             TOTAL DUE THIS INVOICE         $   646.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              OCTOBER 12, 2012
1100 Virginia Drive                                                0R0808-301174
Fort Washington, PA 19034

INVOICE #  810512

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301174  TC Number: 729591

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Draft and revise memorandum regarding affirmative defenses and identifying additional documentation and information needed from client in support of same | C300 | JJE | 3.60 | 197.00 | 709.20 |
| 08/14/12 | Revise memorandum regarding affirmative defenses and identifying additional documentation and information needed from client in support of same | C300 | JJE | 2.30 | 197.00 | 453.10 |
| 08/14/12 | Research issue regarding validity of Assignment of Mortgage in matter | L110 | KK | .30 | 91.00 | 27.30 |
| 08/15/12 | Emails with client regarding status of file analysis | C300 | JJE | .30 | 197.00 | 59.10 |
| 08/15/12 | Revise memorandum on affirmative defenses | C300 | JJE | 2.10 | 197.00 | 413.70 |
| 08/16/12 | Draft analysis and review of 12 affirmative defenses identifying additional documentation and information needed from client in support of same | C300 | JJE | 3.50 | 197.00 | 689.50 |
| 08/22/12 | Draft and revise analysis and review of affirmative defenses identifying additional documentation and information needed from client in support of same | C300 | JJE | 1.70 | 197.00 | 334.90 |
| 08/31/12 | Revise analysis and review of affirmative defenses identifying additional documentation and information needed from client in support of same | C300 | JJE | 2.90 | 197.00 | 571.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE       2
OCTOBER 12, 2012

0R0808-301174

FED ID NO. 63-0243316

| DATE | DESCRIPTION | | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|--|------|-------|-------|------|--------|
| | FEES | | | | | | $3,258.10 |
| | AMOUNT DUE THIS BILL | | | | | | $3,258.10 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301174

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 16.40 | 3,230.80 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 16.70 | 3,258.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0808-301174
BILL AMOUNT        $3,258.10                                 INVOICE #  810512

To:    ResCap                          TC Number:            729591
       1100 Virginia Drive             Invoice Date:         10/12/2012
       Fort Washington, PA 19034       Invoice No.           810512
                                       Period ending:        08/31/2012

Case Management Number      LD   0R0808-301174

                                        Current Invoice
Code Task                               Hours           Fees

C300 Analysis and Advice                16.40     $   3,230.80
L110 Fact Investigation/Development      0.30     $      27.30

                               =================================
                 TOTAL FEES     16.70             $   3,258.10

                 TOTAL FEES DUE                   $   3,258.10
           TOTAL DISBURSEMENTS DUE                $       0.00
           TOTAL DUE THIS INVOICE                 $   3,258.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                    OCTOBER 12, 2012
1100 Virginia Drive                                                       0R0808-301175
Fort Washington, PA 19034

                                                                          INVOICE #  810513

                                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301175  TC Number: 729411

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Telephone conferences and follow-up correspondence with Court Express regarding documents missing from trial court file and retrieval of appellate court record | L110 | AHC | .50 | 145.00 | 72.50 |
| 08/06/12 | Additional analysis of appellant's brief to determine references made to documents not included in record on appeal | L110 | AHC | 1.10 | 145.00 | 159.50 |
| 08/06/12 | Correspondence to appellate court clerk regarding copies of clerk's record and reporter's record to be released via email | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Initial review of records received from appellate clerk via email to determine if all pleadings have been received | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/07/12 | Draft appellee brief | L210 | RH | 1.00 | 220.00 | 220.00 |
| 08/08/12 | Draft facts and procedural history section of appellee brief | L210 | RH | 4.50 | 220.00 | 990.00 |
| 08/08/12 | Review appellant's brief and research Texas law to prepare arguments in opposition | L210 | RH | 2.50 | 220.00 | 550.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301175

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Prepare outline for agument section of appellee brief | L210 | RH | 2.50 | 220.00 | 550.00 |
| 08/08/12 | Draft argument in appellee brief related to affirmance of summary judgment motion | L210 | RH | 2.80 | 220.00 | 616.00 |
| 08/08/12 | Research on possible motion for extension of time to file brief | L510 | MJA | .30 | 297.00 | 89.10 |
| 08/09/12 | Revisions to draft appellee brief | L520 | MJA | 1.60 | 297.00 | 475.20 |
| 08/09/12 | Continue drafting argument in brief related to affirmance of no-evidence summary judgment motion | L210 | RH | 2.50 | 220.00 | 550.00 |
| 08/09/12 | Draft argument in appellee brief related to affirmance of traditional summary judgment motion | L210 | RH | 2.30 | 220.00 | 506.00 |
| 08/09/12 | Draft argument in appellee brief related to timeliness of summary judgment | L210 | RH | 1.50 | 220.00 | 330.00 |
| 08/09/12 | Draft argument in appellee brief related to "new claim" in  first amended original petition | L210 | RH | 1.00 | 220.00 | 220.00 |
| 08/09/12 | Draft statement regarding oral argument, statement of case, issue presented, standard of review, and summary of the argument sections of appellee brief | L210 | RH | 2.30 | 220.00 | 506.00 |
| 08/09/12 | Final review and edits to appellee brief | L210 | RH | 2.00 | 220.00 | 440.00 |
| 08/10/12 | Comparison of appellant's appendix to cites in appellee brief to prepare appendix to appellee brief | L190 | RH | .50 | 220.00 | 110.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0808-301175

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Revise and file Rosenberger appellee brief with exhibits with Texas appellate court | L520 | MJA | 3.20 | 297.00 | 950.40 |
| 08/10/12 | Prepare appendix documents for Brief of Appellee for attorney review | L520 | AHC | .50 | 145.00 | 72.50 |
| 08/10/12 | Final review and revision of Brief of Appellee | L520 | AHC | .30 | 145.00 | 43.50 |
| 08/10/12 | Correspondence to M.Brinkley regarding Brief of Appellee | L520 | AHC | .10 | 145.00 | 14.50 |
| 08/13/12 | Telephone conference with clerk of court regarding status of brief filed on August 10 | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/14/12 | Review docket regarding status of brief filed on August 10 and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/16/12 | Review correspondence from court regarding receipt and docketing of appellee brief | L120 | RH | .20 | 220.00 | 44.00 |
| 08/16/12 | Analyze case to provide analysis of effect of bankruptcy and enter related information onto spreadsheet | L120 | RH | .20 | 220.00 | 44.00 |

FEES                                                     $7,712.70

**DESCRIPTION OF DISBURSEMENTS**



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301175

**FED ID NO. 63-0243316**

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/03/12 | Filing Fees - BUSINESS CARD TX 11TH COA 7-11-12 | 10.00 |
| | Bank ID: GENR Check Number: 97324 | |
| 08/03/12 | Filing Fees - BUSINESS CARD TX 11TH COA 7-11-12 | 12.24 |
| | Bank ID: GENR Check Number: 97324 | |
| 08/08/12 | Court Costs - Pleadings - WEST GROUP AC COURT FEES | 451.03 |
| | Bank ID: GENR Check Number: 97478 | |
| 08/27/12 | Court Costs - Pleadings - WEST GROUP AC COURT FEES | 50.00 |
| | Bank ID: GENR Check Number: 98343 | |

COSTS                    $523.27

AMOUNT DUE THIS BILL     $8,235.97

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     5
OCTOBER 12, 2012

ResCap

0R0808-301175

**FED ID NO. 63-0243316**

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 5.10 | 1,514.70 |
| Alecia H. Cockrell | Paralegal | 145.00 | 3.60 | 522.00 |
| Rudy Hill | Associate | 220.00 | 25.80 | 5,676.00 |
| Total | | | 34.50 | 7,712.70 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301175

BILL AMOUNT        $8,235.97

INVOICE #  810513

To:    ResCap                          TC Number:        729411
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810513
                                       Period ending:    08/31/2012

Case Management Number      LD   0R0808-301175

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 2.50 | $   362.50 |
| L120 | Analysis/Strategy | 0.40 | $    88.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $   139.00 |
| L210 | Pleadings | 24.90 | $ 5,478.00 |
| L510 | Appellate Motions and Submissions | 0.30 | $    89.10 |
| L520 | Appellate Briefs | 5.70 | $ 1,556.10 |

===================================

TOTAL FEES          34.50    $  7,712.70

TOTAL FEES DUE              $  7,712.70
TOTAL DISBURSEMENTS DUE     $    523.27
TOTAL DUE THIS INVOICE      $  8,235.97



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301176
Fort Washington, PA 19034

                                                          INVOICE #  810514

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301176  TC Number: 729870

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | Research on order dismissing part of appeal | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/06/12 | Communication with outside counsel for homeowner | L510 | MJA | .40 | 297.00 | 118.80 |
| 08/06/12 | Receive and review order to proceed with appeal on final orders | L510 | JMH | .10 | 241.00 | 24.10 |
| 08/07/12 | Evaluate when borrower's brief will be due if he pursues appeal | L120 | JMH | .20 | 241.00 | 48.20 |
| 08/07/12 | E-mails to and from client regarding status of appeal | L120 | JMH | .40 | 241.00 | 96.40 |
| 08/15/12 | Review docket regarding status of initial brief and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/16/12 | Evaluate deadline for appellate brief to be filed by borrower | L520 | JMH | .10 | 241.00 | 24.10 |
| 08/20/12 | Review appellate docket and evaluate whether borrower failed to timely reply to show-cause order and whether appellate court will dismiss case for failure to do so | L520 | JMH | .40 | 241.00 | 96.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301176

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Review file to determine effect of bankruptcy on the case and catalog information in comprehensive bankruptcy chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/21/12 | Evaluate status of matter as impacted by bankruptcy | L120 | JMH | .10 | 241.00 | 24.10 |
| 08/23/12 | Evaluate status of matter in light of borrower's failure to respond to show-cause order | L510 | JMH | .10 | 241.00 | 24.10 |
| 08/23/12 | Research on status of appeal | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/25/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |

FEES                                    $691.00

### DESCRIPTION OF DISBURSEMENTS

08/10/12 Court Costs - Pleadings - WEST GROUP AC COURT          631.15
FEES
Bank ID: GENR Check Number: 97605

COSTS                           $631.15

AMOUNT DUE THIS BILL          $1,322.15

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301176

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .80 | 237.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | .80 | 116.00 |
| Jonathan Hooks | Associate | 241.00 | 1.40 | 337.40 |
| Total | | | 3.00 | 691.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301176
BILL AMOUNT        $1,322.15                     INVOICE #  810514

---

To:    ResCap                    TC Number:      729870
       1100 Virginia Drive       Invoice Date:   10/12/2012
       Fort Washington, PA 19034  Invoice No.     810514
                                  Period ending:  08/31/2012


Case Management Number      LD  0R0808-301176


|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.30 | $ 43.50 |
| L120 | Analysis/Strategy | 0.70 | $ 168.70 |
| L190 | Other Case Assessment, Develop't/Admin | 0.20 | $ 29.00 |
| L510 | Appellate Motions and Submissions | 1.30 | $ 329.30 |
| L520 | Appellate Briefs | 0.50 | $ 120.50 |

```
                    ===================================
           TOTAL FEES      3.00    $     691.00

                TOTAL FEES DUE             $     691.00
          TOTAL DISBURSEMENTS DUE          $     631.15
          TOTAL DUE THIS INVOICE           $   1,322.15
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301177
Fort Washington, PA 19034

                                                          INVOICE #  810515

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301177  TC Number: 729907

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review docket and draft status report for attorney review | L190 | AHC | .10 | 145.00 | 14.50 |
| 08/07/12 | Draft e-mail monthly case update to client | L190 | AKA | .40 | 184.00 | 73.60 |
| 08/15/12 | Draft Litigation Summary for attorney review | L190 | AHC | .80 | 145.00 | 116.00 |
| 08/15/12 | Review docket regarding status of appellate court decision and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/16/12 | Receipt and initial review of Notice of Dispute, Notice of Filing Supplemental Appendices, Notice of Additional Service and Reply Brief of Appellant as received from outside counsel | L510 | AHC | .40 | 145.00 | 58.00 |
| 08/26/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |

                              FEES                         $338.50


                              AMOUNT DUE THIS BILL         $338.50


                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301177

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | 1.70 | 246.50 |
| Anne Averitt | Associate | 184.00 | .40 | 73.60 |
| Total | | | 2.10 | 320.10 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301177

BILL AMOUNT          $338.50

INVOICE #  810515

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        729907
Invoice Date:     10/12/2012
Invoice No.       810515
Period ending:    08/31/2012

Case Management Number     LD   0R0808-301177

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| L110 | Fact Investigation/Development | 0.10 | $ | 14.50 |
| L190 | Other Case Assessment, Develop't/Admin | 1.30 | $ | 204.10 |
| L510 | Appellate Motions and Submissions | 0.70 | $ | 101.50 |
| | ============================= | | | |
| | TOTAL FEES | 2.10 | $ | 338.50 |

TOTAL FEES DUE                $    338.50
TOTAL DISBURSEMENTS DUE       $      0.00
TOTAL DUE THIS INVOICE        $    338.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301178

INVOICE #  810516

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301178  TC Number: 729968

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Analysis of foreclosure file regarding various affirmative defenses in support of scrub | C300 | JJE | 2.40 | 197.00 | 472.80 |
| 08/13/12 | Memo regarding affirmative defenses and additional documentation | C300 | JJE | 1.20 | 197.00 | 236.40 |
| 08/21/12 | Review memo and docket and email foreclosure counsel regarding executed copy of amended complaint | L110 | KK | .20 | 91.00 | 18.20 |
| 08/21/12 | Revise memo regarding affirmative defenses | C300 | JJE | 2.50 | 197.00 | 492.50 |
| 08/27/12 | Revise memo regarding affirmative defenses and additional documentation needed from client in support of same | C300 | JJE | 1.80 | 197.00 | 354.60 |

FEES                                    $1,574.50

AMOUNT DUE THIS BILL                    $1,574.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301178

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 7.90 | 1,556.30 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 8.10 | 1,574.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              OCTOBER 12, 2012
                                                                   0R0808-301178
BILL AMOUNT          $1,574.50                                     INVOICE #  810516

To:    ResCap                          TC Number:          729968
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810516
                                       Period ending:      08/31/2012

Case Management Number      LD   0R0808-301178

                                           Current Invoice
                                        Hours           Fees
Code Task

C300 Analysis and Advice                 7.90     $   1,556.30
L110 Fact Investigation/Development      0.20     $      18.20

                             ===================================
                 TOTAL FEES     8.10     $   1,574.50

                 TOTAL FEES DUE          $   1,574.50
       TOTAL DISBURSEMENTS DUE           $       0.00
          TOTAL DUE THIS INVOICE         $   1,574.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301179

INVOICE #  810517

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301179  TC Number: 730025

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Draft status update regarding recently filed a Motion to Dismiss on behalf of MERS and call to opposing counsel to determine what evidence of improper credit reporting | L190 | BG | .20 | 190.00 | 38.00 |
| 08/02/12 | Update master bankruptcy spreadsheet with information concerning details of case and status of bankruptcy filing as relates to case | L190 | JHP | .40 | 245.00 | 98.00 |
| 08/08/12 | Correspondence with local counsel about extension of answer deadline | L120 | BG | .10 | 190.00 | 19.00 |
| 08/10/12 | Emails with client to discuss status of case and hearing date on motion to dismiss complaint and suggestion of bankruptcy filings | L120 | JHP | .20 | 245.00 | 49.00 |
| 08/10/12 | Send conformed copies of Motion to Dismiss to J.Hoy | L210 | BG | .10 | 190.00 | 19.00 |
| 08/13/12 | Initial draft of litigation assessment | L120 | ERP | .60 | 150.00 | 90.00 |
| 08/14/12 | Revised supplemental suggestion of bankruptcy notifying of July 13 Final Interim Order from bankruptcy court | L210 | JHP | .20 | 245.00 | 49.00 |
| 08/14/12 | Retrieval of docket report and obtain information regarding Bankruptcy Stay and telephone conference regarding same with Court | L110 | ABB | .30 | 150.00 | 45.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

0R0808-301179

FED ID NO. 63-0243316

ResCap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Draft Amended Notice of Bankruptcy Filing and Supplemental Servicing Order with exhibit(s) | L110 | ABB | 1.10 | 150.00 | 165.00 |
| 08/14/12 | E-mail communications to and from client with attachments regarding approval | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/21/12 | Check status of Motion to Dismiss | L120 | BG | .30 | 190.00 | 57.00 |
| 08/21/12 | Correspond via e-mail with attachments to and from co-counsel regarding Motion to Dismiss hearing as well as multiple telephone calls regarding same | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/23/12 | Revisions to Litigation Assessment Summary to include damages as well as update file pertaining to opposing counsel and taxonomy information per C.Hancock | L110 | ABB | .60 | 150.00 | 90.00 |
| 08/23/12 | Draft Initial Litigation Assessment | L190 | BG | .60 | 190.00 | 114.00 |
| 08/27/12 | Multiple communications to and from co-counsel as well as Judge's office in order to coordinate hearing on Motion to Dismiss to be held in Arkansas | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/29/12 | Review information from co-counsel regarding hearing with Judge Pierce and calendar information | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/30/12 | Revise initial litigation memo and sent to client | L120 | JHP | .20 | 245.00 | 49.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301179

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Draft status update regarding Amended Notice of Removal and hearing date on our Motion to Dismiss | L190 | BG | .10 | 190.00 | 19.00 |

FEES                              $1,066.00

AMOUNT DUE THIS BILL              $1,066.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0808-301179

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Emily R. Powell | Paralegal | 150.00 | .60 | 90.00 |
| Allison Burke | Paralegal | 150.00 | 3.10 | 465.00 |
| Jon H. Patterson | Associate | 245.00 | 1.00 | 245.00 |
| Blake Goodsell | Associate | 190.00 | 1.40 | 266.00 |
| Total | | | 6.10 | 1,066.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301179
BILL AMOUNT        $1,066.00                                    INVOICE #   810517

---

To:    ResCap                          TC Number:        730025
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810517
                                       Period ending:    08/31/2012


Case Management Number      LD   0R0808-301179


                                          Current Invoice
Code Task                                 Hours          Fees

L110 Fact Investigation/Development        3.10     $     465.00
L120 Analysis/Strategy                     1.40     $     264.00
L190 Other Case Assessment, Develop't/Admin 1.30    $     269.00
L210 Pleadings                             0.30     $      68.00

                      ====================================
                      TOTAL FEES           6.10     $   1,066.00


                      TOTAL FEES DUE               $   1,066.00
               TOTAL DISBURSEMENTS DUE             $       0.00
                TOTAL DUE THIS INVOICE             $   1,066.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-301180
Fort Washington, PA 19034

                                                    INVOICE # 810518

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301180  TC Number: 729899

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update master bankruptcy spreadsheet with information concerning details of case and status of bankruptcy filing as relates to case | L190 | JHP | .40 | 245.00 | 98.00 |
| 08/02/12 | Email to client contact to discuss closing of our file following completion of deposition of witness employee | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/06/12 | E-mail communications with attachments to client regarding case disposal | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/06/12 | Draft file closing memo and further compilation of settlement documents | L110 | ABB | 1.00 | 150.00 | 150.00 |

                                FEES                        $302.50

### DESCRIPTION OF DISBURSEMENTS

08/24/12 Transcript Charges - DIGITAL DEPO SERVICES, LLC         272.60
         BW DEPOSITION TRANSCRIPT OF JANE SHIVERS TAKEN
         ON 7/24/12
         Bank ID: GENR Check Number: 98272

                            COSTS                          $272.60

                            AMOUNT DUE THIS BILL            $575.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301180

**FED ID NO. 63-0243316**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301180

FED ID NO. 63-0243316

---

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.20 | 180.00 |
| Jon H. Patterson | Associate | 245.00 | .50 | 122.50 |
| Total | | | 1.70 | 302.50 |