

### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301180

BILL AMOUNT          $575.10

INVOICE #  810518

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 729899 |
| Invoice Date: | 10/12/2012 |
| Invoice No. | 810518 |
| Period ending: | 08/31/2012 |

Case Management Number       LD  0R0808-301180

| | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 1.20 | $   180.00 |
| L120 Analysis/Strategy | | 0.10 | $    24.50 |
| L190 Other Case Assessment, Develop't/Admin | | 0.40 | $    98.00 |
| | | ======================================= | |
| TOTAL FEES | | 1.70 | $   302.50 |

| | |
|---|---|
| TOTAL FEES DUE | $   302.50 |
| TOTAL DISBURSEMENTS DUE | $   272.60 |
| TOTAL DUE THIS INVOICE | $   575.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                                OCTOBER 12, 2012
1100 Virginia Drive                                                   0R0808-301181
Fort Washington, PA 19034

                                                                      INVOICE #  810519

                                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301181   TC Number: 729935

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |

                                FEES                                   $18.20

                                AMOUNT DUE THIS BILL                   $18.20

                        ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301181

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | .20 | 18.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301181
BILL AMOUNT          $18.20                               INVOICE #  810519

To:    ResCap                        TC Number:           729935
       1100 Virginia Drive           Invoice Date:        10/12/2012
       Fort Washington, PA 19034     Invoice No.          810519
                                     Period ending:       08/31/2012

Case Management Number     LD  0R0808-301181

                                         Current Invoice
Code Task                              Hours          Fees

L110 Fact Investigation/Development     0.20    $     18.20

                                  ==============================
                    TOTAL FEES          0.20    $     18.20

                  TOTAL FEES DUE                $     18.20
          TOTAL DISBURSEMENTS DUE               $      0.00
          TOTAL DUE THIS INVOICE                $     18.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301182
Fort Washington, PA 19034

                                                          INVOICE #  810520

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301182  TC Number: 730089

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft memo regarding affirmative defenses and additional documentation needed from client in support of same | C300 | JJE | 2.10 | 197.00 | 413.70 |
| 08/07/12 | Emails from and to client regarding status of memo and status of the trial loan modification review | C300 | JJE | .30 | 197.00 | 59.10 |
| 08/10/12 | Revise memo reviewing affirmative defenses identifying additional documentation needed from client in support of same | C300 | JJE | 3.30 | 197.00 | 650.10 |
| 08/22/12 | Revise memo on affirmative defenses and additional documentation and information needed from client in support of same | C300 | JJE | 1.70 | 197.00 | 334.90 |
| 08/31/12 | Continue to research and revise memo regarding affirmative defenses | C300 | JJE | 2.30 | 197.00 | 453.10 |

                          FEES                            $1,910.90


                          AMOUNT DUE THIS BILL            $1,910.90

              ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301182

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 9.70 | 1,910.90 |
| Total | | | 9.70 | 1,910.90 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         OCTOBER 12, 2012
                                                              0R0808-301182
BILL AMOUNT        $1,910.90                                  INVOICE #  810520

To:    ResCap                           TC Number:          730089
       1100 Virginia Drive              Invoice Date:       10/12/2012
       Fort Washington, PA 19034        Invoice No.         810520
                                        Period ending:      08/31/2012

Case Management Number       LD  0R0808-301182

                                        Current Invoice
Code Task                               Hours          Fees

C300 Analysis and Advice                 9.70      $  1,910.90

                       ====================================
                TOTAL FEES               9.70      $  1,910.90

                TOTAL FEES DUE                     $  1,910.90
        TOTAL DISBURSEMENTS DUE                    $     0.00
        TOTAL DUE THIS INVOICE                     $  1,910.90



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-301183
Fort Washington, PA 19034

                                                INVOICE #  810521

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301183  TC Number: 730083

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Call with client discussing status of the case and requesting additional information | L120 | LG | .30 | 185.00 | 55.50 |
| 08/21/12 | Review file to determine effect of GMAC's bankruptcy on the case and catalog information in comprehensive bankruptcy chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/22/12 | Initial draft of closing memorandum for attorney review | L120 | ERP | .60 | 150.00 | 90.00 |
| 08/22/12 | E-mail communication with H.Franchi attaching closing memorandum | L120 | ERP | .20 | 150.00 | 30.00 |

                          FEES                        $190.00

08/03/12 Express Mail/Fedex                    0.00

                    AMOUNT DUE THIS BILL              $190.00

              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301183

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .10 | 14.50 |
| Emily R. Powell | Paralegal | 150.00 | .80 | 120.00 |
| Lee Gilley | Associate | 185.00 | .30 | 55.50 |
| Total | | | 1.20 | 190.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301183
BILL AMOUNT          $190.00                                   INVOICE #  810521

To:    ResCap                        TC Number:         730083
       1100 Virginia Drive           Invoice Date:      10/12/2012
       Fort Washington, PA 19034     Invoice No.        810521
                                     Period ending:     08/31/2012

Case Management Number      LD   0R0808-301183

                                        Current Invoice
Code Task                               Hours        Fees

L110 Fact Investigation/Development      0.10    $      14.50
L120 Analysis/Strategy                   1.10    $     175.50

                      ====================================
                TOTAL FEES               1.20    $     190.00

                    TOTAL FEES DUE               $     190.00
          TOTAL DISBURSEMENTS DUE                $       0.00
            TOTAL DUE THIS INVOICE               $     190.00



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301184

INVOICE #  810522

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301184  TC Number: 730088

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
|      | FEES        |      |       |       |      | $33.00 |
|      | AMOUNT DUE THIS BILL |  |   |       |      | $33.00 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301184

FED ID NO. 63-0243316

**INDIVIDUAL SUMMARY**

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301184
BILL AMOUNT          $33.00                               INVOICE #  810522

To:    ResCap                        TC Number:          730088
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810522
                                     Period ending:      08/31/2012

Case Management Number      LD  0R0808-301184

                                           Current Invoice
Code Task                                  Hours          Fees

                       =====================================
                       TOTAL FEES         0.00      $    33.00

                       TOTAL FEES DUE               $    33.00
                       TOTAL DISBURSEMENTS DUE       $     0.00
                       TOTAL DUE THIS INVOICE        $    33.00



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301185

INVOICE #  810523

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301185  TC Number: 730200

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft memo analyzing merits of affirmative defenses and determine best course of action going forward | L110 | KK | .30 | 91.00 | 27.30 |
| 08/06/12 | Emails to and from client attaching documentation received from borrower's counsel to clarify co-borrower's information | C300 | JJE | .20 | 197.00 | 39.40 |
| 08/06/12 | Emails to and from borrower's counsel attaching documentation received from borrower's counsel to clarify co-borrower's information | C300 | JJE | .10 | 197.00 | 19.70 |
| 08/13/12 | Draft memo on affirmative defenses and additional documentation and information needed from client in support of same | C300 | JJE | 1.80 | 197.00 | 354.60 |
| 08/22/12 | Emails with opposing counsel regarding status of the loan modification review, sufficiency of the documentation provided by the borrower, and timeline for response to same | C300 | JJE | .20 | 197.00 | 39.40 |
| 08/27/12 | Email to client regarding status of loan modification review | C300 | JJE | .10 | 197.00 | 19.70 |

FEES                                                          $500.10



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301185

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                         $500.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301185

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 2.40 | 472.80 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 2.70 | 500.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                              OCTOBER 12, 2012
                                                                    0R0808-301185
BILL AMOUNT          $500.10                                        INVOICE #  810523

To:     ResCap                          TC Number:         730200
        1100 Virginia Drive             Invoice Date:      10/12/2012
        Fort Washington, PA 19034       Invoice No.        810523
                                        Period ending:     08/31/2012

Case Management Number      LD    0R0808-301185

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 2.40 | $ 472.80 |
| L110 | Fact Investigation/Development | 0.30 | $  27.30 |
| | | ================================ | |
| | TOTAL FEES | 2.70 | $  500.10 |
| | TOTAL FEES DUE | | $  500.10 |
| | TOTAL DISBURSEMENTS DUE | | $    0.00 |
| | TOTAL DUE THIS INVOICE | | $  500.10 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301186
Fort Washington, PA 19034
                                                          INVOICE #  810524

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301186  TC Number: 730272

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Begin working through Marshall Watson pleadings up to beginning of first appeal in 2004 and outline critical documents/events | L210 | BAW | 3.80 | 320.00 | 1,216.00 |
| 08/01/12 | Telephone conference with client regarding Litton Servicing Agreements | L190 | BAW | .30 | 320.00 | 96.00 |
| 08/01/12 | Draft memorandum to file regarding Litton and prior counsel of record | L190 | BAW | .40 | 320.00 | 128.00 |
| 08/03/12 | Correspond with Marshall Watson firm regarding August 7 hearing in re-foreclosure case filed against H.Shepheard | L230 | BAW | .30 | 320.00 | 96.00 |
| 08/03/12 | Draft stipulation to re-set hearing and notice of appearance | L250 | BAW | .30 | 320.00 | 96.00 |
| 08/03/12 | Correspondence with Marshall Watson firm regarding motion to withdraw | L250 | BAW | .40 | 320.00 | 128.00 |
| 08/03/12 | Correspond with Judge Miller's JA regarding October 4 mini trial on fees and status report in H.Shepheard 2006 case | L230 | BAW | .60 | 320.00 | 192.00 |
| 08/03/12 | Research regarding potential testifying expert | L420 | BAW | .90 | 320.00 | 288.00 |
| 08/06/12 | Review records of both appeals forwarded from Klinkbeil | L210 | BAW | .50 | 320.00 | 160.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

0R0808-301186

FED ID NO. 63-0243316

ResCap

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/08/12 | Correspond with opposing counsel regarding amended fee arrangement with Shepheards and review same | L190 | BAW | .80 | 320.00 | 256.00 |
| 08/08/12 | Brief review of loan file from client | L190 | BAW | .40 | 320.00 | 128.00 |
| 08/08/12 | Continued review of Marshall Watson file from June, 2004 until June, 2010 | L210 | BAW | 3.00 | 320.00 | 960.00 |
| 08/09/12 | Complete review of Marshall Watson pleadings file for N.Shepheard matter from 2007-2012 | L210 | BAW | 5.60 | 320.00 | 1,792.00 |
| 08/09/12 | Research regarding potential experts | L190 | BAW | 1.50 | 320.00 | 480.00 |
| 08/09/12 | Extended interview with potential expert | L340 | BAW | .60 | 320.00 | 192.00 |
| 08/09/12 | Correspond with client regarding pre-trial planning and strategy | L440 | BAW | .30 | 320.00 | 96.00 |
| 08/09/12 | Consider effect of bankruptcy | L440 | BAW | .20 | 320.00 | 64.00 |
| 08/09/12 | Analyze issues relating to retention hearing on attorneys' fees | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/10/12 | Review case file/pleadings from Case No. CI 06 MF 1698 | L210 | JAM | 1.70 | 145.00 | 246.50 |
| 08/10/12 | Review 5th DCA oral argument and summarize same | L210 | BAW | 2.10 | 320.00 | 672.00 |
| 08/10/12 | Continue working to identify expert | L340 | BAW | 1.50 | 320.00 | 480.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301186

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Complete review and summary of 2006 reforeclosure file and loose correspondence in Marshall Watson file | L190 | BAW | 2.80 | 320.00 | 896.00 |
| 08/10/12 | Extended telephone conference with D.Newman regarding trial | L440 | BAW | .50 | 320.00 | 160.00 |
| 08/10/12 | Complete review of Litton email correspondence | L190 | BAW | .20 | 320.00 | 64.00 |
| 08/10/12 | Locate and pull unannotated FL statutes and rules | C200 | RHN | .30 | 83.00 | 24.90 |
| 08/13/12 | Study letter brief and adjusted master invoice in preparation for teleconference with client to discuss case strategy | L420 | BAW | 1.90 | 320.00 | 608.00 |
| 08/20/12 | Draft litigation assessment for client | L190 | BAW | 5.70 | 320.00 | 1,824.00 |
| 08/20/12 | Meeting regarding upcoming trial, strategy for same, hiring expert, and discussion regarding case strategy | L120 | DBO | 1.10 | 345.00 | 379.50 |
| 08/21/12 | Correspondence and teleconferences related to Litton servicing histories and review of same | L120 | DBO | .30 | 345.00 | 103.50 |
| 08/22/12 | Research regarding experts | L190 | BAW | .50 | 320.00 | 160.00 |
| 08/22/12 | Prepare for and attend hearing on Udren firm's motion to withdraw and on pre-trial matters | L230 | BAW | 1.90 | 320.00 | 608.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301186

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Extended telephone conference with W.Klinkbeil regarding pre-trial procedures | L440 | BAW | .80 | 320.00 | 256.00 |
| 08/22/12 | Correspond with potential expert regarding retention and pre-trial schedule | L440 | BAW | .20 | 320.00 | 64.00 |
| 08/22/12 | Email client regarding impact of bankruptcy, if any, on fee issues | L120 | CWH | .10 | 330.00 | 33.00 |
| 08/23/12 | Continue working to retain expert | L420 | BAW | .50 | 320.00 | 160.00 |
| 08/23/12 | Prepare for call with client to discuss experts, discovery and case | L420 | BAW | 1.20 | 320.00 | 384.00 |
| 08/23/12 | Extended telephone conference with client regarding October 4 fee trial and related pretrial matters | L440 | BAW | .80 | 320.00 | 256.00 |
| 08/23/12 | Research regarding W.Klinkbeil's multiplier and Rowe lodestar calculation of fees | L440 | BAW | 3.40 | 320.00 | 1,088.00 |
| 08/23/12 | Correspond with Marshall Watson regarding fee award | L440 | BAW | .30 | 320.00 | 96.00 |
| 08/23/12 | Prepared for and attended teleconference with client relating to upcoming trial, Litton notes, and review of attorney fees and damages | L120 | DBO | 1.10 | 345.00 | 379.50 |
| 08/24/12 | Teleconference with client regarding indemnity issues, Litton servicing notes, and teleconference with Marshall Watson law firm regarding same | L120 | DBO | 1.30 | 345.00 | 448.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301186

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Finalize retention of case-specific expert and arrange strategy meeting with trial team in Ft. Lauderdale | L440 | BAW | 1.50 | 320.00 | 480.00 |
| 08/24/12 | Telephone conference with client regarding case | L190 | BAW | .60 | 320.00 | 192.00 |
| 08/24/12 | Conference with previous counsel regarding voluntary dismissal nd August 30 meeting in Ft. Lauderdale regarding trial | L440 | BAW | .50 | 320.00 | 160.00 |
| 08/24/12 | Research Marshall Watson correspondence and Litton call notes for evidence relating to 2006 dismissal of H. Shepheard | L190 | BAW | 3.20 | 320.00 | 1,024.00 |
| 08/27/12 | Miscellaneous preparation for meeting with case-specific expert | L420 | BAW | 1.50 | 320.00 | 480.00 |
| 08/28/12 | Research case law from borrower's counsel regarding mandate and award of fees for post-mandate work | L190 | BAW | 1.10 | 320.00 | 352.00 |
| 08/29/12 | Continue reviewing all authority cited by W.Klinkbeil in support of attorney's fees claim | L190 | BAW | 2.30 | 320.00 | 736.00 |
| 08/30/12 | Prepare for and meet with rebuttal expert in Ft. Lauderdale in initial preparation for October 4 fee trial | L420 | BAW | 6.80 | 320.00 | 2,176.00 |
| 08/31/12 | Research Florida lodestar cases and begin to outline responses to various arguments anticipated by H.Shepheard of fee multiplier | L440 | BAW | 5.70 | 320.00 | 1,824.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
ResCap                                          OCTOBER 12, 2012

0R0808-301186

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Correspond with Judge Miller's JA regarding October 4 fee trial setting | L440 | BAW | .30 | 320.00 | 96.00 |
| 08/31/12 | Continue research into background of experts | L440 | BAW | .80 | 320.00 | 256.00 |
| 08/31/12 | Work to identify appropriate expert witnesses | L440 | BAW | .40 | 320.00 | 128.00 |

                                   FEES                        $23,769.90

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/07/12 | Copy Charges - OUTSIDE SOURCES - FOSTER & KLINKBEIL, P.A. BW COPY OF ENTIRE FILE ON SHEPHEARD LITIGATION INVOICE #1424 Bank ID: GENR Check Number: 97408 | 414.75 |
| 08/08/12 | Court Costs - Pleadings - WEST GROUP JM COURT FEES Bank ID: GENR Check Number: 97478 | 475.05 |
| 08/08/12 | Court Costs - Pleadings - WEST GROUP JM COURT FEES Bank ID: GENR Check Number: 97478 | 419.73 |
| 08/09/12 | Court Costs - Pleadings - WEST GROUP JM COURT FEES Bank ID: GENR Check Number: 97594 | 1393.53 |
| 08/07/12 | Professional Consultant Services - NR&C COMPANY BW RETRIEVAL AND MAILING OF WAYNE KLINKBEIL'S FILE MATERIALS INVOICE #4106 Bank ID: GENR Check Number: 97410 | 135.00 |
| 08/10/12 | Professional Consultant Services - NR&C COMPANY BW RETRIEVAL AND MAILING OF MARSHALL WATSON'S CLIENT FILE ON 7/13/12 Bank ID: GENR Check Number: 97624 | 135.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    7
OCTOBER 12, 2012

0R0808-301186

**FED ID NO. 63-0243316**

CuaCOSTS                          $2,973.06

AMOUNT DUE THIS BILL          $26,742.96

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
OCTOBER 12, 2012

0R0808-301186

**FED ID NO. 63-0243316**

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .20 | 63.00 |
| Brian Wahl | Partner | 320.00 | 68.90 | 22,048.00 |
| Christian W. Hancock | Partner | 330.00 | .10 | 33.00 |
| D. Brian O'Dell | Partner | 345.00 | 3.80 | 1,311.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.00 | 290.00 |
| Robert Hudson | Research | 83.00 | .30 | 24.90 |
| Total | | | 75.30 | 23,769.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301186
BILL AMOUNT        $26,742.96                        INVOICE #  810524

To:     ResCap                      TC Number:        730272
        1100 Virginia Drive         Invoice Date:     10/12/2012
        Fort Washington, PA 19034   Invoice No.       810524
                                    Period ending:    08/31/2012


Case Management Number      LD  0R0808-301186


                                        Current Invoice
Code Task                            Hours          Fees

C200 Researching Law                  0.30     $      24.90
L120 Analysis/Strategy                4.10     $   1,407.00
L190 Other Case Assessment, Develop't/Admin  20.10  $   6,379.50
L210 Pleadings                       16.70     $   5,046.50
L230 Court Mandated Conferences       2.80     $     896.00
L250 Other Written Motions/Submissions  0.70   $     224.00
L340 Expert Discovery                 2.10     $     672.00
L420 Expert Witnesses                12.80     $   4,096.00
L440 Other Trial Preparation and Support  15.70  $   5,024.00


                           ===================================
                  TOTAL FEES      75.30    $  23,769.90

                  TOTAL FEES DUE           $  23,769.90
             TOTAL DISBURSEMENTS DUE       $   2,973.06
                TOTAL DUE THIS INVOICE     $  26,742.96



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301187

INVOICE #  810525

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301187  TC Number: 723315

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/21/12 | Review matter to determine status of claims | L110 | MPE | .20 | 149.00 | 29.80 |

FEES                                            $59.80

AMOUNT DUE THIS BILL                            $59.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301187

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | .30 | 59.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301187
BILL AMOUNT          $59.80                                    INVOICE #  810525

To:     ResCap                      TC Number:            723315
        1100 Virginia Drive         Invoice Date:         10/12/2012
        Fort Washington, PA 19034   Invoice No.           810525
                                    Period ending:        08/31/2012

Case Management Number      LD  0R0808-301187

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $ 30.00 |
| L110 | Fact Investigation/Development | 0.20 | $ 29.80 |
| | | ============================= | |
| | TOTAL FEES | 0.30 | $ 59.80 |
| | TOTAL FEES DUE | | $ 59.80 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 59.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            OR0808-301188
Fort Washington, PA 19034

                                                               INVOICE #  810526

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

OR0808-301188  TC Number: 730279

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Analyze affirmative defenses filed by borrower | L120 | NSR | 2.20 | 280.00 | 616.00 |
| 08/02/12 | E-mail foreclosure counsel regarding original loan documents and review original note | L110 | KK | .20 | 91.00 | 18.20 |
| 08/03/12 | Review original note and loan documents | L110 | KK | .20 | 91.00 | 18.20 |
| 08/13/12 | Research docket to determine status of case and e-mail client regarding Truth in Lending Disclosure Statement | L110 | KK | .20 | 91.00 | 18.20 |
| 08/15/12 | Revise analysis of affirmative defenses asserted by borrower for alleged TILA violations | L120 | NSR | .30 | 280.00 | 84.00 |
| 08/21/12 | Revise summary memo regarding standing to foreclosure and merits of borrower's affirmative defenses | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/22/12 | Finalize memo and email client regarding recommendation going forward | L110 | KK | .30 | 91.00 | 27.30 |

                              FEES                              $847.90


                              AMOUNT DUE THIS BILL              $847.90



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301188

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       3
ResCap                                                          OCTOBER 12, 2012

0R0808-301188

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 2.50 | 700.00 |
| Kerry Keane | Paralegal | 91.00 | .90 | 81.90 |
| Total | | | 3.60 | 847.90 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301188

BILL AMOUNT          $847.90

INVOICE #  810526

To:    ResCap                          TC Number:        730279
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810526
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0808-301188

|                               |  Current Invoice |              |
|-------------------------------|------|-----------|--------------|
| Code Task                     | Hours |          |        Fees  |
| L110 Fact Investigation/Development | 1.10 | $ | 147.90 |
| L120 Analysis/Strategy        | 2.50 | $ | 700.00 |
|                               | ====== | ============ | ============ |
|                TOTAL FEES     | 3.60 | $ | 847.90 |

                         TOTAL FEES DUE         $    847.90
              TOTAL DISBURSEMENTS DUE           $      0.00
              TOTAL DUE THIS INVOICE            $    847.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                OCTOBER 12, 2012
1100 Virginia Drive                                                   0R0808-301189
Fort Washington, PA 19034

INVOICE #  810527

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301189  TC Number: 730289

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Analysis of foreclosure file various affirmative defenses | C300 | JJE | 2.30 | 197.00 | 453.10 |
| 08/28/12 | Review docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                            $471.30

AMOUNT DUE THIS BILL                            $471.30

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301189

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 2.30 | 453.10 |
| Kerry Keane | Paralegal | 91.00 | .20 | 18.20 |
| Total | | | 2.50 | 471.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301189
BILL AMOUNT          $471.30                              INVOICE #  810527

To:    ResCap                        TC Number:        730289
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810527
                                     Period ending:    08/31/2012

Case Management Number      LD  0R0808-301189

                                           Current Invoice
Code Task                              Hours            Fees

C300 Analysis and Advice                2.30     $     453.10
L110 Fact Investigation/Development     0.20     $      18.20

                                   =============================
                    TOTAL FEES      2.50     $     471.30

                   TOTAL FEES DUE            $     471.30
          TOTAL DISBURSEMENTS DUE            $       0.00
            TOTAL DUE THIS INVOICE           $     471.30



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-301190
Fort Washington, PA 19034

                                                INVOICE #  810528

                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301190  TC Number: 730454

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze docket, pleadings, and fact package to determine merit of affirmative defenses | L120 | NSR | .90 | 280.00 | 252.00 |
| 08/01/12 | Revise analysis memorandum | L120 | NSR | .50 | 280.00 | 140.00 |
| 08/06/12 | Analyze affirmative defenses filed by borrower in response to foreclosure complaint | L210 | NSR | 3.80 | 280.00 | 1,064.00 |
| 08/09/12 | Telephone call with borrower regarding status of sending supplemental loan modification documents for review and e-mail client to confirm status | L110 | KK | .40 | 91.00 | 36.40 |
| 08/09/12 | Review and respond to client e-mail regarding status of borrower submitting additional documents for loss mitigation request | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/09/12 | Conference regarding additional documents for loss mitigation request | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/10/12 | Review borrower's supplemental loan modification documents and e-mail client to determine course of action going forward | L110 | KK | .30 | 91.00 | 27.30 |
| 08/10/12 | Analyze documents submitted by borrower regarding supplementation of loss mitigation request | L120 | NSR | .20 | 280.00 | 56.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301190

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Review outstanding documents and telephone call with borrower regarding supplemental documents necessary to complete loan modification package | L110 | KK | .30 | 91.00 | 27.30 |
| 08/14/12 | Telephone call attempts to borrower regarding outstanding documents necessary for HAMP loan modification review and e-mail client regarding status | L110 | KK | .20 | 91.00 | 18.20 |
| 08/15/12 | Revise analysis memo regarding affirmative defenses and standing | L110 | CWH | .30 | 330.00 | 99.00 |
| 08/15/12 | Revise client recommendation memorandum | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/17/12 | Review voice mail from J.Green regarding loss mitigation | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/17/12 | Telephone conference with J.Green regarding loss mitigation review | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/24/12 | Exchange e-mails with client regarding additional documents needed for completion of borrower's financial workout package | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/24/12 | Draft e-mails to client regarding borrower's submission of additional documents in support of financial workout package | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/24/12 | Analyze additional documents submitted by borrower in support of financial workout package | L120 | NSR | .10 | 280.00 | 28.00 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301190

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Finalize memorandum and email client regarding recommendation going forward | L110 | KK | .30 | 91.00 | 27.30 |
| 08/31/12 | Emails with client regarding status of scrub file | L110 | KK | .20 | 91.00 | 18.20 |

FEES                                                    $2,017.70

AMOUNT DUE THIS BILL                      $2,017.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301190

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 6.30 | 1,764.00 |
| Kerry Keane | Paralegal | 91.00 | 1.70 | 154.70 |
| Total | | | 8.30 | 2,017.70 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA· 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301190
BILL AMOUNT        $2,017.70                     INVOICE #  810528

To:    ResCap                      TC Number:          730454
       1100 Virginia Drive         Invoice Date:       10/12/2012
       Fort Washington, PA 19034   Invoice No.         810528
                                   Period ending:      08/31/2012

Case Management Number    LD   0R0808-301190

                                      Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development    2.00    $      253.70
L120 Analysis/Strategy                 2.50    $      700.00
L210 Pleadings                         3.80    $    1,064.00

                        ==================================
               TOTAL FEES    8.30    $    2,017.70

               TOTAL FEES DUE          $    2,017.70
         TOTAL DISBURSEMENTS DUE       $        0.00
         TOTAL DUE THIS INVOICE        $    2,017.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301191
Fort Washington, PA 19034

                                                           INVOICE #  810529

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301191  TC Number: 72499

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review trial court and appellate court dockets to determine status of record on appeal and draft status report | L190 | AHC | .30 | 145.00 | 43.50 |
| 08/02/12 | Draft Notice of Appearance for attorney review and correspondence to A.Velez regarding same | L510 | AHC | .40 | 145.00 | 58.00 |
| 08/02/12 | Cross-reference trial court docket with documents received to determine missing pleadings | L110 | AHC | .50 | 145.00 | 72.50 |
| 08/02/12 | Analysis of pleadings and motions to determine status of appeal and develop strategy regarding same | L510 | JJE | 3.50 | 197.00 | 689.50 |
| 08/03/12 | Correspondence to A.Velez regarding index to record on appeal | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/08/12 | Review docket and receipt and initial review of index to record on appeal | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/15/12 | Review docket regarding status of record on appeal and catalog information on comprehensive tracking chart | L110 | AHC | .10 | 145.00 | 14.50 |
| 08/21/12 | Research on proper status of appeals in light of bankruptcy stay | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/21/12 | Evaluate status of case as affected by bankruptcy | L120 | JMH | .10 | 241.00 | 24.10 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301191

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Develop strategy regarding appeal | L510 | JJE | 1.60 | 197.00 | 315.20 |
| 08/22/12 | Analyze issues regarding second lien holder's arguments for the appeal of foreclosure judgment | L210 | CWH | .40 | 330.00 | 132.00 |
| 08/22/12 | Correspondence to CourtExpress regarding court files needed | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/22/12 | Conference with title company regarding title search on property | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/23/12 | Analyze docket from second lien holder's foreclosure suit and determine their rights, if any, to the property that is subject to investor's foreclosure | L210 | CWH | .40 | 330.00 | 132.00 |
| 08/26/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/30/12 | Correspondence to A.Velez regarding Designation of Email Address | L510 | AHC | .20 | 145.00 | 29.00 |

FEES                                      $1,758.20

AMOUNT DUE THIS BILL                      $1,758.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0808-301191

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .20 | 59.40 |
| Christian W. Hancock | Partner | 330.00 | .80 | 264.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 2.80 | 406.00 |
| Joycelyn J. Eason | Associate | 197.00 | 5.10 | 1,004.70 |
| Jonathan Hooks | Associate | 241.00 | .10 | 24.10 |
| Total | | | 9.00 | 1,758.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301191
BILL AMOUNT          $1,758.20                            INVOICE #  810529

To:    ResCap                            TC Number:        72499
       1100 Virginia Drive               Invoice Date:     10/12/2012
       Fort Washington, PA 19034         Invoice No.       810529
                                         Period ending:    08/31/2012

Case Management Number      LD   0R0808-301191

                                         Current Invoice
Code Task                                Hours           Fees

L110 Fact Investigation/Development       1.30      $      188.50
L120 Analysis/Strategy                    0.10      $       24.10
L190 Other Case Assessment, Develop't/Admin  0.30  $       43.50
L210 Pleadings                            0.80      $      264.00
L510 Appellate Motions and Submissions    6.50      $    1,238.10

                           =================================
               TOTAL FEES   9.00      $    1,758.20

                  TOTAL FEES DUE          $    1,758.20
          TOTAL DISBURSEMENTS DUE         $        0.00
          TOTAL DUE THIS INVOICE          $    1,758.20



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301192
Fort Washington, PA 19034

                                                               INVOICE #  810530

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301192  TC Number: 730597

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Research regarding Florida Land Trust Company, pending cases, case status, and correspondence with client regarding the same | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/01/12 | Review correspondence from client regarding E.Cherry and Fidelity Land Trust Company | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/02/12 | Correspondence with client regarding fact package | L140 | JLJ | .20 | 193.00 | 38.60 |
| 08/02/12 | Draft status report regarding motion to dismiss | L140 | JLJ | .10 | 193.00 | 19.30 |
| 08/06/12 | Strategize regarding removal and unanimity rule | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/06/12 | Research regarding jurisdiction and dissolved corporations and review and revise notice of removal and | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/06/12 | Search online dockets for prior foreclosure actions | L190 | JAM | .40 | 145.00 | 58.00 |
| 08/06/12 | Research Palm Beach County property records for borrowers relative to corrective assignment | L190 | JAM | .90 | 145.00 | 130.50 |
| 08/06/12 | Telephone calls to Clerk's office regarding service on defendants | L190 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Edit notice of removal | L210 | HTC | .30 | 315.00 | 94.50 |
| 08/07/12 | Telephone call to Clerk regarding returns of service and status of defendant Decision One | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/07/12 | Review court procedures regarding removals | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/07/12 | Draft civil cover sheet for Notice of Removal | L210 | JAM | .40 | 145.00 | 58.00 |
| 08/07/12 | Revise provisions in notice of dismissal regarding Decision One;s consent and fraudulent joinder arguments | L250 | HTC | .40 | 315.00 | 126.00 |
| 08/07/12 | Correspondence with client regarding removal and additional information needed | L190 | JLJ | .20 | 193.00 | 38.60 |
| 08/07/12 | Revise notice of removal regarding unanimity rule and prepare for filing | L250 | JLJ | .60 | 193.00 | 115.80 |
| 08/07/12 | Research regarding consent to removal, unanimity rule, and exception for nominal or fraudulently joined parties | L210 | JLJ | .70 | 193.00 | 135.10 |
| 08/08/12 | Draft civil cover sheet for removal purposes | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/08/12 | Review notice of removal, gather exhibits, and citation of case law and prepare to file | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/08/12 | Correspondence with client regarding removal and respond to the same | L250 | JLJ | .20 | 193.00 | 38.60 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Prepare Civil Cover Sheet for Removal | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/08/12 | Assembly of exhibits for Removal | L210 | JAM | .50 | 145.00 | 72.50 |
| 08/09/12 | Final review and revisions to Notice of Removal and Certificate of Removal | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/09/12 | Create new case in the USDC SDFL | L210 | JAM | .80 | 145.00 | 116.00 |
| 08/09/12 | Draft correspondence to Palm Beach Clerk enclosing Notice of Filing Notice of Removal | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/10/12 | Telephone conference with client regarding case and steps moving forward | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/13/12 | Access online docket to check on service on Beazer Mortgage | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/13/12 | Telephone call to Clerk's office regarding service on Beazer and summons on file with the Clerk's office | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/13/12 | Emails and phone calls with Court Express re summons | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/13/12 | Access and search Delaware online corporation records for information on Beazer Mortgage | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/13/12 | Telephone calls to Delaware Corporation Services to obtain principal place of business of Beazer Mortgage | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/14/12 | Review Order of Pretrial Procedures and review deadlines | L210 | JAM | .30 | 145.00 | 43.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

OR0808-301192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Telephone call to Judge Ryskamp's Judicial Assistant regarding re-filing Motion to Dismiss in federal court | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/16/12 | Prepare re-filing motion to dismiss in federal court | L240 | JLJ | .40 | 193.00 | 77.20 |
| 08/21/12 | Review issues relating to re-filing motion to dismiss in federal court | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/21/12 | Review USDC SDFL local rules regarding motion practice | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/22/12 | Correspondence with Judge's office regarding re-filing motion to dismiss and strategize regarding the same | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/22/12 | Draft proposed order granting motion to dismiss | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/23/12 | Strategy meeting regarding motion to dismiss, summary judgment, motions to intervene and removal in fidelity land trust cases | C300 | JLJ | .90 | 193.00 | 173.70 |
| 08/24/12 | Correspondence with client and MERS regarding Williamson case and removal | L190 | JLJ | .40 | 193.00 | 77.20 |
| 08/28/12 | Research regarding motion for sanctions and federal standard for the same | L250 | JLJ | .20 | 193.00 | 38.60 |
| 08/29/12 | Draft letter to R.Bowers regarding rule 11 sanctions | L250 | JLJ | .30 | 193.00 | 57.90 |
| 08/29/12 | Research regarding rule 11 sanctions and frivolous pleadings | L250 | JLJ | .40 | 193.00 | 77.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
OCTOBER 12, 2012

ResCap

0R0808-301192

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Begin drafting motion for sanctions, including introduction, fact section, and begin drafting argument | L250 | JLJ | 1.30 | 193.00 | 250.90 |
| 08/30/12 | Continue drafting motion for sanctions | L430 | JLJ | .90 | 193.00 | 173.70 |
| 08/31/12 | Draft status report regarding rule 26 report | B110 | JLJ | .10 | 193.00 | 19.30 |
| 08/31/12 | Research regarding corporate documents and case strategy | C300 | JLJ | 1.70 | 193.00 | 328.10 |

FEES                    $3,528.00

### DESCRIPTION OF DISBURSEMENTS

| | | |
|--|--|--|
| 08/14/12 | Copy Charges - OUTSIDE SOURCES - WEST GROUP J MATHEWS COURT EXPRESS DOCS Bank ID: GENR Check Number: 97737 | 224.40 |
| 08/27/12 | Filing Fees - BUSINESS CARD S.D. OF FLORIDA 8-9-12 Bank ID: GENR Check Number: 98412 | 350.00 |

COSTS                    $574.40

AMOUNT DUE THIS BILL          $4,102.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
OCTOBER 12, 2012

ResCap

0R0808-301192

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | .90 | 283.50 |
| Jamie Mathews | Paralegal | 145.00 | 8.40 | 1,218.00 |
| Jessica L. Jones | Associate | 193.00 | 10.50 | 2,026.50 |
| Total | | | 19.80 | 3,528.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301192
BILL AMOUNT       $4,102.40                                     INVOICE #  810530

To:   ResCap                          TC Number:          730597
      1100 Virginia Drive             Invoice Date:       10/12/2012
      Fort Washington, PA 19034       Invoice No.         810530
                                      Period ending:      08/31/2012

Case Management Number      LD  0R0808-301192

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.10 | $ 19.30 |
| C300 | Analysis and Advice | 2.60 | $ 501.80 |
| L120 | Analysis/Strategy | 0.20 | $ 63.00 |
| L140 | Document/File Management | 0.30 | $ 57.90 |
| L190 | Other Case Assessment, Develop't/Admin | 3.50 | $ 536.30 |
| L210 | Pleadings | 8.40 | $ 1,393.80 |
| L240 | Dispositive Motions | 0.40 | $ 77.20 |
| L250 | Other Written Motions/Submissions | 3.40 | $ 705.00 |
| L430 | Written Motions/Submissions | 0.90 | $ 173.70 |

```
                 ==================================
      TOTAL FEES      19.80    $  3,528.00

         TOTAL FEES DUE         $  3,528.00
  TOTAL DISBURSEMENTS DUE       $    574.40
     TOTAL DUE THIS INVOICE     $  4,102.40
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                               OCTOBER 12, 2012
1100 Virginia Drive                                  0R0808-301193
Fort Washington, PA 19034

                                                     INVOICE #  810532

                                                     **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301193  TC Number: 730547

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Review recorded documents and client financial history and pleadings and draft a chronology of events to supplement analysis memo | L110 | KK | 1.20 | 91.00 | 109.20 |
| 08/13/12 | Edit memo and e-mail foreclosure counsel regarding amended complaint | L110 | KK | .30 | 91.00 | 27.30 |
| 08/14/12 | Review and respond to client e-mail from H.Franchi regarding non-resident cost bond | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/20/12 | Analyze fact package, loan documents, and pleadings | L120 | NSR | 1.10 | 280.00 | 308.00 |
| 08/20/12 | Analyze affirmative defenses | L120 | NSR | 3.10 | 280.00 | 868.00 |
| 08/21/12 | Review and analyze three of fifteen affirmative defenses | L120 | NSR | .60 | 280.00 | 168.00 |
| 08/28/12 | Revise analysis memo regarding plaintiff's standing to foreclosure and borrower's affirmative defenses | L120 | CWH | .30 | 330.00 | 99.00 |
| 08/29/12 | Review status of original note | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/31/12 | Emails with foreclosure counsel regarding executed amended complaint | L110 | KK | .20 | 91.00 | 18.20 |

                            FEES                              $1,653.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301193

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,653.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301193

**FED ID NO. 63-0243316**

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Christian W. Hancock | Partner | 330.00 | .30 | 99.00 |
| Nader Raja | Associate | 280.00 | 5.00 | 1,400.00 |
| Kerry Keane | Paralegal | 91.00 | 1.70 | 154.70 |
| Total | | | 7.00 | 1,653.70 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301193
BILL AMOUNT          $1,653.70                                 INVOICE #  810532

```
To:    ResCap                         TC Number:        730547
       1100 Virginia Drive            Invoice Date:     10/12/2012
       Fort Washington, PA 19034      Invoice No.       810532
                                      Period ending:    08/31/2012
```

Case Management Number     LD   0R0808-301193

| Code | Task | Current Invoice Hours | Fees |
|------|------|-----------------------|------|
| L110 | Fact Investigation/Development | 1.70 | $   154.70 |
| L120 | Analysis/Strategy | 5.30 | $ 1,499.00 |
| | TOTAL FEES | 7.00 | $ 1,653.70 |

```
              TOTAL FEES DUE              $ 1,653.70
      TOTAL DISBURSEMENTS DUE             $     0.00
         TOTAL DUE THIS INVOICE           $ 1,653.70
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301194
Fort Washington, PA 19034

                                                               INVOICE #  810533

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301194  TC Number: 730773

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Analyze borrower's affirmative defenses | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/13/12 | Research docket and review entire case file from foreclosure counsel | L110 | KK | 1.10 | 91.00 | 100.10 |
| 08/14/12 | Draft memo and chronology of events to determine status of case and recommendation going forward | L110 | KK | 1.40 | 91.00 | 127.40 |

                          FEES                                 $293.50


                 AMOUNT DUE THIS BILL                          $293.50


                ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301194

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Kerry Keane | Paralegal | 91.00 | 2.50 | 227.50 |
| Total | | | 2.70 | 293.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301194
BILL AMOUNT          $293.50                              INVOICE #  810533

To:    ResCap                           TC Number:        730773
       1100 Virginia Drive              Invoice Date:     10/12/2012
       Fort Washington, PA 19034        Invoice No.       810533
                                        Period ending:    08/31/2012

Case Management Number      LD   0R0808-301194

|  | Current Invoice | |
| Code Task | Hours | Fees |
| L110 Fact Investigation/Development | 2.70 | $   293.50 |
| ========================================= | | |
| TOTAL FEES | 2.70 | $   293.50 |

TOTAL FEES DUE                 $    293.50
TOTAL DISBURSEMENTS DUE        $      0.00
TOTAL DUE THIS INVOICE         $    293.50



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301195

INVOICE #  810534

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301195   TC Number: 730758

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/06/12 | E-mails to and from client regarding appeal and possible loan modification | L120 | JMH | .20 | 241.00 | 48.20 |
| 08/06/12 | Receive and review fact package related to borrower's account | L120 | JMH | .50 | 241.00 | 120.50 |
| 08/16/12 | E-mails to and from client regarding status of appeal in light of pending loan modification and status of modification efforts | L120 | JMH | .40 | 241.00 | 96.40 |
| 08/16/12 | Evaluate deadline for borrower to file appellate brief | L520 | JMH | .10 | 241.00 | 24.10 |
| 08/20/12 | Receive and review e-mail from client regarding extension of briefing deadline sought by borrower | L520 | JMH | .10 | 241.00 | 24.10 |
| 08/21/12 | Review file to determine effect of bankruptcy on the case and catalog information in comprehensive bankruptcy chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/21/12 | Evaluate status of matter as impacted by bankruptcy | L120 | JMH | .10 | 241.00 | 24.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301195

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Receive and review e-mail from client regarding requested extension of time to file appellate brief in light of pending loan modification efforts | L520 | JMH | .10 | 241.00 | 24.10 |
| 08/23/12 | Conference with foreclosure counsel on requested time extension and appeal status | L510 | MJA | .30 | 297.00 | 89.10 |
| 08/24/12 | Telephone conference with counsel for borrower regarding requested extension of briefing deadline | L520 | JMH | .20 | 241.00 | 48.20 |
| 08/24/12 | Evaluate length of briefing-deadline extension to grant borrower | L520 | JMH | .20 | 241.00 | 48.20 |
| 08/25/12 | Draft Notice of Appearance and Designation of Email Address for attorney review | L510 | AHC | .40 | 145.00 | 58.00 |

FEES                                           $663.00

AMOUNT DUE THIS BILL                    $663.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301195

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .30 | 89.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .80 | 116.00 |
| Jonathan Hooks | Associate | 241.00 | 1.90 | 457.90 |
| Total | | | 3.00 | 663.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                           0R0808-301195
BILL AMOUNT          $663.00                               INVOICE #  810534

To:    ResCap                        TC Number:        730758
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810534
                                     Period ending:    08/31/2012

Case Management Number     LD  0R0808-301195

                                        Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development     0.20    $      29.00
L120 Analysis/Strategy                  1.20    $     289.20
L190 Other Case Assessment, Develop't/Admin  0.20  $   29.00
L510 Appellate Motions and Submissions  0.70    $     147.10
L520 Appellate Briefs                   0.70    $     168.70

                      ==================================
              TOTAL FEES      3.00    $     663.00

                  TOTAL FEES DUE       $     663.00
          TOTAL DISBURSEMENTS DUE      $       0.00
          TOTAL DUE THIS INVOICE       $     663.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301196
Fort Washington, PA 19034

                                                               INVOICE #  810535

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301196  TC Number: 730737

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/02/12 | Analyze trustee's report as it relates to debtor's motion for sanctions | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/03/12 | Prepare and file notice of bankruptcy and automatic stay | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/10/12 | Conference with client regarding information needed to respond to post-petition accounting questions | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/20/12 | Analyze pleadings and confer with opposing counsel regarding effect of stay and proposed continuance | L120 | CLHA | .60 | 345.00 | 207.00 |
| 08/20/12 | Prepare and circulate consent motion for continuance | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/21/12 | Revise and file motion for continuance and prepare and submit proposed order regarding same | L120 | CLHA | .70 | 345.00 | 241.50 |

                              FEES                                    $1,035.00



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301196

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $1,035.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301196

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 3.00 | 1,035.00 |
| Total | | | 3.00 | 1,035.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301196
BILL AMOUNT        $1,035.00                                INVOICE #  810535

To:    ResCap                       TC Number:        730737
       1100 Virginia Drive          Invoice Date:     10/12/2012
       Fort Washington, PA 19034    Invoice No.       810535
                                    Period ending:    08/31/2012

Case Management Number      LD  0R0808-301196

                                            Current Invoice
Code Task                                 Hours          Fees

L120 Analysis/Strategy                     3.00    $  1,035.00

                         ========================================
               TOTAL FEES                  3.00    $  1,035.00

                    TOTAL FEES DUE                 $  1,035.00
              TOTAL DISBURSEMENTS DUE              $      0.00
              TOTAL DUE THIS INVOICE               $  1,035.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012

0R0808-301197

INVOICE #  810536

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301197  TC Number: 730818

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Continued review of pleadings and motions filed in the underlying foreclosure action and began initial review of fact package received from client to determine possible grounds for appeal | L510 | JJE | 3.20 | 197.00 | 630.40 |
| 08/02/12 | Continued analysis of pleadings and motions and initial research of claims regarding subrogation to determine possible arguments for appeal | L510 | JJE | 1.80 | 197.00 | 354.60 |
| 08/02/12 | Review docket and draft status report for attorney review | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/03/12 | Initial review of pleadings and initial draft of case summary and timeline for attorney review | L110 | AHC | 3.30 | 145.00 | 478.50 |
| 08/07/12 | Research on status of appeal and timing of judgment | L510 | MJA | .40 | 297.00 | 118.80 |
| 08/07/12 | Conference regarding case strategy | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/07/12 | Conference call with client to discuss status of appeal, underlying foreclosure action and possible issues regarding the appeal and representation by title counsel | L510 | JJE | .40 | 197.00 | 78.80 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301197

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Call to title counsel to discuss status of the appeal and to determine respective roles and strategy for drafting and preparing the appellate brief | L510 | JJE | .20 | 197.00 | 39.40 |
| 08/08/12 | Call to title counsel regarding status of appeal and representation of parties | L510 | JJE | .10 | 197.00 | 19.70 |
| 08/08/12 | Develop strategy for handling  matter between title counsel and BABC as counsel hired by loan servicer to each represent bank's interest in the appeal | L510 | JJE | .30 | 197.00 | 59.10 |
| 08/09/12 | Calls from and to title counsel to discuss status of appeal and strategy going forward | L510 | JJE | .30 | 197.00 | 59.10 |
| 08/09/12 | Telephone conference with title counsel's legal assistant regarding scheduling conference call to discuss briefing schedule and issues of case | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/10/12 | Calls and email from and to title counsel to discuss status of current settlement negotiations being conducted between borrower's counsel and title insurance counsel | L510 | JJE | .40 | 197.00 | 78.80 |
| 08/10/12 | Emails to client regarding update on status of appeal and apprising client of current settlement negotiations being conducted by title insurer | L510 | JJE | .40 | 197.00 | 78.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301197

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Conference call with clients and counsel for title insurer regarding status of appeal, developing strategy going forward, and terms and status of ongoing negotiation settlements | L510 | JJE | .60 | 197.00 | 118.20 |
| 08/17/12 | Email from and to title counsel regarding status of negotiation settlements and current strategy regarding same | L510 | JJE | .50 | 197.00 | 98.50 |
| 08/21/12 | Research on proper status of appeals in light of bankruptcy stay | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/21/12 | Evaluate status of case as affected by bankruptcy | L120 | JMH | .10 | 241.00 | 24.10 |
| 08/25/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/31/12 | Update on status of settlement negotiations and overall status of appeal | L510 | JJE | .10 | 197.00 | 19.70 |

FEES                                              $2,446.40

AMOUNT DUE THIS BILL                              $2,446.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301197

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .60 | 178.20 |
| Alecia H. Cockrell | Paralegal | 145.00 | 4.20 | 609.00 |
| Joycelyn J. Eason | Associate | 197.00 | 8.30 | 1,635.10 |
| Jonathan Hooks | Associate | 241.00 | .10 | 24.10 |
| Total | | | 13.20 | 2,446.40 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301197
BILL AMOUNT        $2,446.40                              INVOICE #   810536

To:    ResCap                          TC Number:         730818
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810536
                                       Period ending:     08/31/2012

Case Management Number      LD   0R0808-301197

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code Task |  | Hours | Fees |
| L110 Fact Investigation/Development | | 3.70 | $   536.50 |
| L120 Analysis/Strategy | | 0.10 | $    24.10 |
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $    29.00 |
| L510 Appellate Motions and Submissions | | 9.20 | $ 1,856.80 |
| ================================= | | | |
| TOTAL FEES | | 13.20 | $ 2,446.40 |

                       TOTAL FEES DUE        $ 2,446.40
              TOTAL DISBURSEMENTS DUE        $     0.00
                 TOTAL DUE THIS INVOICE      $ 2,446.40



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301198

INVOICE # 810537

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301198   TC Number: 730659

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Receive and review client documents, account history, loan modification documents, and correspondence | L110 | KK | .60 | 91.00 | 54.60 |
| 08/13/12 | Research docket and e-mail foreclosure counsel regarding transfer of pleadings | L110 | KK | .20 | 91.00 | 18.20 |
| 08/15/12 | Receive and review entire case file from Bernalillo County, New Mexico | L110 | KK | .40 | 91.00 | 36.40 |
| 08/16/12 | Email client regarding investor information on loan in matter and research docket to determine status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 08/22/12 | Review entire case file and client documents to draft a scrub file review analyzing the merits of the alleged affirmative defenses to determine course of action | L110 | KK | 2.10 | 91.00 | 191.10 |
| 08/23/12 | Review, analyze, and respond to client e-mail from client with attached origination file | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/24/12 | Research state law and local rules to determine foreclosure process and documents used in New Mexico foreclosures | L110 | KK | .30 | 91.00 | 27.30 |
| 08/27/12 | Review and analyze New Mexico case law, statutes, local rules, and rules of civil procedure regarding foreclosure | L120 | NSR | .90 | 280.00 | 252.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301198

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Review and analyze fact package regarding borrower history and procedural posture of foreclosure | L120 | NSR | .80 | 280.00 | 224.00 |
| 08/27/12 | Review and analyze thirty-two (32) affirmative defenses asserted by borrower in response to foreclosure Complaint | L120 | NSR | 4.40 | 280.00 | 1,232.00 |
| 08/27/12 | Telephone calls and emails with foreclosure counsel regarding recorded copies of Assignment of Mortgage for property in matter and receive and review recorded copy | L110 | KK | .30 | 91.00 | 27.30 |
| 08/28/12 | Review and revise analysis memo regarding plaintiff's standing to foreclosure and borrower's affirmative defenses | L120 | CWH | .20 | 330.00 | 66.00 |

FEES                                                    $2,175.10

| 08/28/12 | Copy Charges | 0.00 |
| 08/27/12 | Computerized Legal Research-Westlaw Westlaw User: RAJA,NADER | 0.00 |

AMOUNT DUE THIS BILL        $2,175.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301198

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 6.20 | 1,736.00 |
| Kerry Keane | Paralegal | 91.00 | 4.10 | 373.10 |
| Total | | | 10.50 | 2,175.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301198
BILL AMOUNT        $2,175.10                                INVOICE #  810537

To:    ResCap                        TC Number:        730659
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810537
                                     Period ending:    08/31/2012

Case Management Number        LD   0R0808-301198

|  | Current Invoice | |
| Code Task | Hours | Fees |
| --- | --- | --- |
| L110 Fact Investigation/Development | 4.10 | $   373.10 |
| L120 Analysis/Strategy | 6.40 | $ 1,802.00 |
| ================================================= | | |
| TOTAL FEES | 10.50 | $ 2,175.10 |

                         TOTAL FEES DUE          $  2,175.10
                 TOTAL DISBURSEMENTS DUE         $      0.00
                 TOTAL DUE THIS INVOICE          $  2,175.10



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301199

INVOICE #  810538

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301199  TC Number: 730714

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Telephone conference with Katie Dutill regarding case strategy | L120 | DCL | .20 | 376.00 | 75.20 |
| 08/07/12 | Telephone conference with GMACM's bankruptcy counsel regarding case strategy | L120 | DCL | .30 | 376.00 | 112.80 |
| 08/07/12 | Review and analyze notices by the Essex County Registry of Deeds | L120 | DCL | .80 | 376.00 | 300.80 |
| 08/07/12 | Analyze Massachusetts Ibanez decision | L120 | DCL | .80 | 376.00 | 300.80 |
| 08/17/12 | Draft and revise GMACM's Answer to the Complaint | L120 | DCL | 1.20 | 376.00 | 451.20 |
| 08/17/12 | Research and analyze Plaintiff's potential Chapter 93A Arguments and remedies | L120 | DCL | 1.00 | 376.00 | 376.00 |
| 08/20/12 | Review and analysis of case docket in order to produce Exhibits A-F of Complaint for attorney review | L140 | RBB | .30 | 149.00 | 44.70 |
| 08/20/12 | Document production: Exhibits A-F of Complaint for attorney review | L140 | RBB | .40 | 149.00 | 59.60 |
| 08/20/12 | Prepare Notice of Appearance for attorney review/signature | L140 | RBB | .20 | 149.00 | 29.80 |



B R A D L E Y   A R A N T
B O U L T   C U M M I N G S
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301199

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/20/12 | Review and analysis of correspondence to/from A.Azza (Orlans-Moran) regarding Exhibits A ûF of Complaint (as attached) for case status update | L140 | RBB | .00 | 149.00 | 44.70 |
| 08/20/12 | Revise Answer to Complaint | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/21/12 | Prepare status report to the client | L120 | DCL | .20 | 376.00 | 75.20 |
| 08/22/12 | Review pleadings submitted in the Hamilton case | L210 | DCL | 1.20 | 376.00 | 451.20 |
| 08/22/12 | Review and analysis of Notice of Appearance and Defendants' Answer to Debtor's Complaint to Determine Validity and Extent of Lien | L140 | RBB | .30 | 149.00 | 44.70 |
| 08/24/12 | Review voicemail message from Plaintiff's counsel regarding service of complaint | L120 | DCL | .20 | 376.00 | 75.20 |
| 08/31/12 | Telephone conference with debtorÆs counsel regarding debtorÆs amended complaint | L120 | DCL | .30 | 376.00 | 112.80 |

FEES                                    $2,614.30

08/20/12 Express Mail/Fedex                        0.00

AMOUNT DUE THIS BILL          $2,614.30

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE        3
OCTOBER 12, 2012

ResCap

0R0808-301199

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 6.20 | 2,331.20 |
| Robert B. Benson | Paralegal | 149.00 | 1.40 | 253.30 |
| Total | | | 7.60 | 2,584.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

| | | |
|---|---|---|
| ResCap | | OCTOBER 12, 2012 |
| | | 0R0808-301199 |
| BILL AMOUNT | $2,614.30 | INVOICE #  810538 |

| | | | |
|---|---|---|---|
| To: | ResCap | TC Number: | 730714 |
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810538 |
| | | Period ending: | 08/31/2012 |

Case Management Number        LD   0R0808-301199

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 5.00 | $ 1,880.00 |
| L140 | Document/File Management | 1.40 | $   253.30 |
| L210 | Pleadings | 1.20 | $   451.20 |
| | | ================================== | |
| | TOTAL FEES | 7.80 | $ 2,614.30 |
| | TOTAL FEES DUE | | $ 2,614.30 |
| | TOTAL DISBURSEMENTS DUE | | $     0.00 |
| | TOTAL DUE THIS INVOICE | | $ 2,614.30 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301200

INVOICE #  810539

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301200   TC Number: 730891

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Update Bankruptcy Review spreadsheet regarding status and nature of case. | L140 | MST | .20 | 150.00 | 30.00 |
| 08/10/12 | Research regarding SCRA Section 523 and avenues of defense | L240 | CSM | 3.80 | 300.00 | 1,140.00 |
| 08/11/12 | Analyze SCRA Section 523 application to refute allegations in motion to dismiss | L250 | KSA | .30 | 223.00 | 66.90 |
| 08/13/12 | Draft motion to dismiss | L240 | CSM | 4.80 | 300.00 | 1,440.00 |
| 08/13/12 | Research regarding standard for stating SCRA claim in support of drafting of motion to dismiss | C200 | CSM | 2.10 | 300.00 | 630.00 |
| 08/14/12 | Research and edit motion to dismiss | L250 | KSA | 1.30 | 223.00 | 289.90 |
| 08/16/12 | Update Bankruptcy Review Spreadsheet with bucket information and comments concerning facts of case | L110 | MST | .20 | 150.00 | 30.00 |
| 08/17/12 | Draft brief in support of motion to dismiss | L240 | CSM | 6.60 | 300.00 | 1,980.00 |
| 08/19/12 | Revise motion to dismiss and supporting brief and draft motion to stay discovery, supporting brief and proposed order granting motion | L240 | CSM | 3.00 | 300.00 | 900.00 |
| 08/20/12 | Revise motion to dismiss | L250 | KSA | .60 | 223.00 | 133.80 |
| 08/20/12 | Research borrower status in military | L120 | KSA | 1.20 | 223.00 | 267.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301200

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Draft notice of bankruptcy | L210 | KSA | .40 | 223.00 | 89.20 |
| 08/20/12 | Draft initial litigation analysis budget | L120 | KSA | .80 | 223.00 | 178.40 |
| 08/21/12 | Revise brief in support of motion to dismiss | L240 | CSM | .50 | 300.00 | 150.00 |
| 08/22/12 | Prepare civil cover sheet for removing case from state to federal court and begin process for opening case | L210 | MST | .40 | 150.00 | 60.00 |
| 08/22/12 | Telephone call with court clerk regarding initiating case documents for removal | L110 | MST | .20 | 150.00 | 30.00 |
| 08/22/12 | Prepare initiating case documents for Notice of Removal including Notice of Removal, exhibits, Certificate of Interested Parties and Notice of Filing Notice of Removal | L210 | MST | 1.90 | 150.00 | 285.00 |
| 08/23/12 | Telephone call with court clerk regarding Notice of Removal | L110 | MST | .20 | 150.00 | 30.00 |
| 08/23/12 | Finalize Notice of Removal, Civil Cover Sheet, Certificate of Interested Parties, Notice of Filing Notice of Removal and prepare all for filing and service in state and federal courts | L210 | MST | 1.60 | 150.00 | 240.00 |
| 08/23/12 | Analysis of state court pleadings in preparation of removal from state to federal court | L210 | MST | .50 | 150.00 | 75.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301200

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Final review and revision of Notice of Removal, Certificate of Interested Parties, Notice of Filing Removal, Civil Cover Sheet and prepare all for filing and service in state and federal courts | L210 | MST | .90 | 150.00 | 135.00 |
| 08/27/12 | Finalize Motion to Dismiss and exhibits and prepare for filing and service | L210 | MST | .80 | 150.00 | 120.00 |
| 08/27/12 | Finalize Motion to Suspend Deadlines with proposed order and prepare for filing and service | L210 | MST | .70 | 150.00 | 105.00 |
| 08/27/12 | Analysis of Guidelines to Parties and Counsel from Judge Totenburg and update file regarding same | L210 | MST | .40 | 150.00 | 60.00 |
| 08/27/12 | Review of Order from judge denying plaintiff's request to enjoin foreclosure sale and update file regarding same | L210 | MST | .30 | 150.00 | 45.00 |
| 08/27/12 | Finalize Corporate Disclosure Statement and prepare for filing and service | L210 | MST | .60 | 150.00 | 90.00 |
| 08/27/12 | Draft letter via Federal Express to clerk enclosing Notice of Filing Notice of Removal | L210 | MST | .40 | 150.00 | 60.00 |
| 08/27/12 | Finalize motions to dismiss and suspend deadlines and discovery pending resolution of motion to dismiss | L240 | CSM | .50 | 300.00 | 150.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301200

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Finalize and file Motion to Dismiss and Opposition to Injunctive Relief and Motion to Stay discovery deadlines after Court's initial order | L240B | KSA | 2.20 | 223.00 | 490.60 |
| 08/29/12 | Review court order regarding discovery deadlines and forward to J. Hay with comments | L120 | KSA | .20 | 223.00 | 44.60 |
| 08/29/12 | Edit Notice of Bankruptcy | L110 | KSA | .30 | 223.00 | 66.90 |
| 08/29/12 | Review order on Motion to Suspend Deadlines and Discovery Pending Resolution of Motion to Dismiss | L190 | CSM | .10 | 300.00 | 30.00 |
| 08/30/12 | Finalize Notice of Bankruptcy with Final Supplemental Order and prepare for filing and service | L210 | MST | .70 | 150.00 | 105.00 |
| 08/30/12 | Update Bankruptcy Review Sheet regarding filing of Notice of Bankruptcy, briefing information and opposing counsel | L140 | MST | .40 | 150.00 | 60.00 |

FEES                    $9,607.90

## DESCRIPTION OF DISBURSEMENTS

08/28/12 Filing Fees - JOSH CULBERTSON M THOMPSON            350.00
         8-24-12 USDC
         Bank ID: GENR Check Number: 98384

COSTS                    $350.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
OCTOBER 12, 2012

0R0808-301200

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $9,957.90

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
OCTOBER 12, 2012

ResCap

0R0808-301200

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 10.40 | 1,560.00 |
| Keith S. Anderson | Associate | 223.00 | 7.30 | 1,627.90 |
| Cory S. Menees | Associate | 300.00 | 21.40 | 6,420.00 |
| Total | | | 39.10 | 9,607.90 |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
                                                             0R0808-301200
BILL AMOUNT        $9,957.90                                 INVOICE #  810539

To:    ResCap                         TC Number:          730891
       1100 Virginia Drive            Invoice Date:       10/12/2012
       Fort Washington, PA 19034      Invoice No.         810539
                                      Period ending:      08/31/2012

Case Management Number      LD  0R0808-301200

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C200 | Researching Law | 2.10 | $ 630.00 |
| L110 | Fact Investigation/Development | 0.90 | $ 156.90 |
| L120 | Analysis/Strategy | 2.20 | $ 490.60 |
| L140 | Document/File Management | 0.60 | $ 90.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.10 | $ 30.00 |
| L210 | Pleadings | 9.60 | $ 1,469.20 |
| L240 | Dispositive Motions | 19.20 | $ 5,760.00 |
| L240B | All Other | 2.20 | $ 490.60 |
| L250 | Other Written Motions/Submissions | 2.20 | $ 490.60 |

```
                    =====================================
          TOTAL FEES        39.10    $  9,607.90

                TOTAL FEES DUE           $  9,607.90
         TOTAL DISBURSEMENTS DUE         $    350.00
            TOTAL DUE THIS INVOICE       $  9,957.90
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301201
Fort Washington, PA 19034

                                                           INVOICE # 810540

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301201  TC Number: 731192

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Analyze recent pleadings and correspondence in case and advise client regarding status and potential strategies | L120 | CLHA | .20 | 345.00 | 69.00 |
| 08/03/12 | Prepare and file notice of bankruptcy and automatic stay | L120 | CLHA | .30 | 345.00 | 103.50 |
| 08/10/12 | Conference with client regarding information needed to respond to post-petition accounting questions | L120 | CLHA | .40 | 345.00 | 138.00 |
| 08/21/12 | Analyze pleadings and confer with client and bankruptcy local counsel regarding strategy for disposition of motion for sanctions and related pleadings | L120 | CLHA | 1.50 | 345.00 | 517.50 |
| 08/24/12 | Conference with opposing counsel regarding applicability of stay to motion for sanctions | L120 | CLHA | .50 | 345.00 | 172.50 |
| 08/24/12 | Prepare and file stipulation regarding applicability of automatic stay to debtor's motion for sanctions | L120 | CLHA | .60 | 345.00 | 207.00 |

                                   FEES                        $1,207.50


                            AMOUNT DUE THIS BILL               $1,207.50



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301201

FED ID NO. 63-0243316

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301201

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christopher L. Hawkins | Partner | 345.00 | 3.50 | 1,207.50 |
| Total | | | 3.50 | 1,207.50 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301201
BILL AMOUNT        $1,207.50                              INVOICE #  810540

To:    ResCap                          TC Number:           731192
       1100 Virginia Drive             Invoice Date:        10/12/2012
       Fort Washington, PA 19034       Invoice No.          810540
                                       Period ending:       08/31/2012

Case Management Number      LD  0R0808-301201

                                          Current Invoice
Code Task                             Hours            Fees

L120 Analysis/Strategy                3.50      $  1,207.50

                            ===================================
                    TOTAL FEES        3.50      $  1,207.50

                    TOTAL FEES DUE            $  1,207.50
              TOTAL DISBURSEMENTS DUE         $      0.00
              TOTAL DUE THIS INVOICE          $  1,207.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                                        OCTOBER 12, 2012
1100 Virginia Drive                                                           0R0808-301202
Fort Washington, PA 19034

                                                                             INVOICE #  810541

                                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301202  TC Number: 731144

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/03/12 | Review and analyze docket to determine any pending deadlines | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/03/12 | Review and respond to client e-mail with attached Order on motion for sanctions regarding receipt of new matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/03/12 | Receive and review new file and e-mail foreclosure counsel regarding obtaining pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/09/12 | Review and respond to client e-mail regarding scheduling of foreclosure sale, objection to sale, and motion for sanctions | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/09/12 | Review docket and e-mail foreclosure counsel regarding objection to sale filed on March 15, 2012 | L110 | KK | .30 | 91.00 | 27.30 |
| 08/13/12 | E-mail with foreclosure counsel to determine status of case and obtain pleadings necessary to begin analysis of file | L110 | KK | .20 | 91.00 | 18.20 |
| 08/13/12 | Exchange e-mails with client regarding status of foreclosure proceedings | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/16/12 | Review and respond to client e-mail regarding pleadings | L120 | NSR | .10 | 280.00 | 28.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301202

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Research County official records and email foreclosure counsel to check on status of pleadings | L110 | KK | .30 | 91.00 | 27.30 |
| 08/17/12 | Review and analyze pleadings to determine basis for objection to sale and motion for sanctions | L120 | NSR | .30 | 280.00 | 84.00 |
| 08/20/12 | Review entire case file and begin draft of file review to determine status of case and analyze merits of alleged affirmative defenses | L110 | KK | 1.70 | 91.00 | 154.70 |
| 08/20/12 | Draft e-mail to client regarding fact package and pleadings | L110 | NSR | .10 | 280.00 | 28.00 |
| 08/21/12 | Draft e-mail to client regarding evidentiary hearing on motion for sanctions and hearing on objection to sale | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/21/12 | Review and analyze pleadings to determine procedural posture of foreclosure | L120 | NSR | .70 | 280.00 | 196.00 |
| 08/21/12 | Analyze state law regarding objections to foreclosure sales | L120 | NSR | .40 | 280.00 | 112.00 |
| 08/21/12 | Review and finalize assessment and develop recommendation for moving forward with file | L110 | KK | .30 | 91.00 | 27.30 |
| 08/24/12 | Review and analyze pleadings from underlying foreclosure suit and borrower's post-judgment motions | L210 | CWH | .20 | 330.00 | 66.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0808-301202

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Telephone conference with client regarding status of foreclosure and strategy moving forward | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/24/12 | Review and analyze allegations regarding alleged improper interference with tenant | L120 | NSR | .20 | 280.00 | 56.00 |

|  |  |  |
|---|---|---|
| FEES | | $1,132.10 |
| AMOUNT DUE THIS BILL | | $1,132.10 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     4
OCTOBER 12, 2012

ResCap

0R0808-301202

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 2.80 | 784.00 |
| Kerry Keane | Paralegal | 91.00 | 3.10 | 282.10 |
| Total | | | 6.10 | 1,132.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301202
BILL AMOUNT         $1,132.10                                  INVOICE #  810541

To:    ResCap                          TC Number:       731144
       1100 Virginia Drive             Invoice Date:    10/12/2012
       Fort Washington, PA 19034       Invoice No.      810541
                                       Period ending:   08/31/2012

Case Management Number       LD   0R0808-301202

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development     3.20     $     310.10
L120 Analysis/Strategy                  2.70     $     756.00
L210 Pleadings                          0.20     $      66.00

                         ============================================
                 TOTAL FEES     6.10    $  1,132.10

                 TOTAL FEES DUE          $  1,132.10
          TOTAL DISBURSEMENTS DUE        $      0.00
          TOTAL DUE THIS INVOICE         $  1,132.10



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301203
Fort Washington, PA 19034

                                                          INVOICE #  810542

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301203  TC Number: 731148

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Research on certiorari petition to US Supreme Court | L520 | MJA | .40 | 297.00 | 118.80 |
| 08/10/12 | Drafted waiver to US Supreme Court and review of rules | L510 | MJA | .40 | 297.00 | 118.80 |
| 08/10/12 | Review docket and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/13/12 | Final review and revision of Waiver to be filed with Supreme Court | L510 | AHC | .40 | 145.00 | 58.00 |
| 08/13/12 | Correspondence to T.Franklin regarding Waiver and appearance of counsel | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/13/12 | Revised and filed waiver with US Supreme Court | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/16/12 | Review docket and telephone conference with clerk of Tarrant County regarding Motion to Stay in original proceeding | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/16/12 | Review docket and telephone conference with clerk of Supreme Court regarding Waiver sent for filing | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/16/12 | Conference with J.Brisette on status of certiorari petition | L520 | MJA | .20 | 297.00 | 59.40 |

                              FEES                                    $559.40



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301203

FED ID NO. 63-0243316

08/13/12  Copy Charges                                    0.00
08/13/12  Express Mail/Fedex                              0.00

AMOUNT DUE THIS BILL                 $559.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301203

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | 1.20 | 356.40 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.40 | 203.00 |
| Total | | | 2.60 | 559.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301203
BILL AMOUNT          $559.40                              INVOICE #  810542

To:   ResCap                        TC Number:        731148
      1100 Virginia Drive           Invoice Date:     10/12/2012
      Fort Washington, PA 19034      Invoice No.       810542
                                    Period ending:    08/31/2012

Case Management Number     LD  0R0808-301203

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 0.80 | $ 116.00 |
| L190 Other Case Assessment, Develop't/Admin | | 0.20 | $ 29.00 |
| L510 Appellate Motions and Submissions | | 1.00 | $ 236.20 |
| L520 Appellate Briefs | | 0.60 | $ 178.20 |
| ==================================== | | | |
| TOTAL FEES | | 2.60 | $ 559.40 |

                    TOTAL FEES DUE          $   559.40
            TOTAL DISBURSEMENTS DUE         $     0.00
             TOTAL DUE THIS INVOICE         $   559.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                            OCTOBER 12, 2012
1100 Virginia Drive                                              0R0808-301204
Fort Washington, PA 19034

                                                                 INVOICE #  810543
                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301204  TC Number: 730895

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/12 | Review complaint | L210 | JAM | .10 | 145.00 | 14.50 |
| 08/01/12 | Analyze complaint | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/05/12 | Update case status | B110 | RR | .20 | 215.00 | 43.00 |
| 08/06/12 | Analyze docket and client documents | B110 | RR | .50 | 215.00 | 107.50 |
| 08/08/12 | Review Complaint and client documents | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/08/12 | Access online docket to determine status of case | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/08/12 | Initial review of Fact Package received from client | L190 | JAM | .60 | 145.00 | 87.00 |
| 08/08/12 | Review client documents | B110 | RR | .30 | 215.00 | 64.50 |
| 08/09/12 | Email client regarding investor information | B110 | RR | .30 | 215.00 | 64.50 |
| 08/09/12 | Analyze quiet title claim defense | B110 | RR | 1.80 | 215.00 | 387.00 |
| 08/09/12 | Review and analyze quiet title claim to determine if same is stayed by bankruptcy filing | L210 | CWH | .10 | 330.00 | 33.00 |
| 08/09/12 | Review correspondence regarding removal and responsive pleading | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/09/12 | Review case status and issues in case | L120 | HTC | .50 | 315.00 | 157.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301204

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/10/12 | Analyze issues relating to bankruptcy effect on title claims | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/10/12 | Analyze loan history on Fiserv and note history of bankruptcy filings | L110 | CWH | .30 | 330.00 | 99.00 |
| 08/10/12 | Email client for her thoughts on whether we should invoke the bankruptcy or defend the quiet title action and consolidate with GMAC's ongoing foreclosure suits | L110 | CWH | .20 | 330.00 | 66.00 |
| 08/13/12 | Complete review of pleadings received from court | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/14/12 | E-mail with client regarding loan figures | B110 | RR | .30 | 215.00 | 64.50 |
| 08/14/12 | Analyze bankruptcy's affect on case | B110 | RR | .40 | 215.00 | 86.00 |
| 08/15/12 | Draft motion to dismiss | B110 | RR | 1.00 | 215.00 | 215.00 |
| 08/15/12 | Review case law on quiet title claims | B110 | RR | 2.50 | 215.00 | 537.50 |
| 08/15/12 | Research to locate Seeberger bankruptcy case | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/16/12 | Consider issues relating to motion to dismiss and bankruptcy stay | L250 | HTC | .20 | 315.00 | 63.00 |
| 08/16/12 | Revise Motion to Dismiss | B110 | RR | 2.50 | 215.00 | 537.50 |
| 08/16/12 | Telephone call with borrower's counsel regarding motion | B110 | RR | .30 | 215.00 | 64.50 |
| 08/16/12 | E-mail with borrower's counsel regarding motion | B110 | RR | .30 | 215.00 | 64.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE       3
OCTOBER 12, 2012

ResCap

0R0808-301204

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Review tax assessor value | B110 | RR | .40 | 215.00 | 86.00 |
| 08/16/12 | Research regarding assessed property value for determination of removal eligibility | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/17/12 | E-mail with client regarding investor and UPB information | B110 | RR | .30 | 215.00 | 64.50 |
| 08/17/12 | Telephone call with client regarding removal potential and property sale | B110 | RR | .30 | 215.00 | 64.50 |
| 08/17/12 | Telephone call with borrower's counsel | B110 | RR | .40 | 215.00 | 86.00 |
| 08/17/12 | Analyze borrower counsel's argument | B110 | RR | .30 | 215.00 | 64.50 |
| 08/20/12 | Research regarding removal | L210 | JLJ | .60 | 193.00 | 115.80 |
| 08/20/12 | Edit initial litigation analysis and budget | B110 | RR | .30 | 215.00 | 64.50 |
| 08/20/12 | Analyze potential for removal to federal court | B110 | RR | 1.30 | 215.00 | 279.50 |
| 08/21/12 | E-mail with opposing counsel regarding Motion | B110 | RR | .20 | 215.00 | 43.00 |
| 08/21/12 | Telephone call with opposing counsel regarding case | B110 | RR | .30 | 215.00 | 64.50 |
| 08/22/12 | E-mail with client regarding entry of default | B110 | RR | .20 | 215.00 | 43.00 |
| 08/22/12 | Analyze entry of default's affect on our title | B110 | RR | 1.20 | 215.00 | 258.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

0R0808-301204

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Analyze defense strategies | L240 | JLJ | .50 | 193.00 | 96.50 |
| 08/23/12 | Analyze litigation strategy for Motion to Dismiss | B110 | RR | .50 | 215.00 | 107.50 |
| 08/23/12 | Review entry of default | B110 | RR | .30 | 215.00 | 64.50 |
| 08/23/12 | Analyze Florida default action strategy by borrowers' trust | L190 | SMC | .30 | 358.00 | 107.40 |
| 08/23/12 | Access online docket and telephone call to Clerk to determine if default has been taken against GMAC | L110 | JAM | .30 | 145.00 | 43.50 |
| 08/23/12 | Analyze issues relating to case strategy | L120 | HTC | .60 | 315.00 | 189.00 |
| 08/24/12 | E-mail with client regarding BPO | B110 | RR | .20 | 215.00 | 43.00 |
| 08/27/12 | Telephone call with borrower's counsel regarding property sale | B110 | RR | .30 | 215.00 | 64.50 |
| 08/27/12 | E-mail with borrower's counsel regarding property sale | B110 | RR | .30 | 215.00 | 64.50 |
| 08/29/12 | Review Bank of America Motion to Intervene | B110 | RR | .40 | 215.00 | 86.00 |

FEES                                                            $5,239.00

### DESCRIPTION OF DISBURSEMENTS

08/27/12 Court Costs - Pleadings - WEST GROUP JM COURT                266.80
         FEES
         Bank ID: GENR Check Number: 98343



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
OCTOBER 12, 2012

0R0808-301204

FED ID NO. 63-0243316

---

COSTS                           $266.80

AMOUNT DUE THIS BILL            $5,505.80

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
OCTOBER 12, 2012

0R0808-301204

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Stewart M. Cox | Partner | 358.00 | .30 | 107.40 |
| Hope Cannon | Partner | 315.00 | 1.60 | 504.00 |
| Christian W. Hancock | Partner | 330.00 | .80 | 264.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | 2.00 | 290.00 |
| Jessica L. Jones | Associate | 193.00 | 1.20 | 231.60 |
| Ryan Robichaux | Associate | 215.00 | 17.60 | 3,784.00 |
| Total | | | 23.90 | 5,239.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT         $5,505.80

OCTOBER 12, 2012
0R0808-301204
INVOICE #  810543

| To: | ResCap | | |
|---|---|---|---|
| | 1100 Virginia Drive | TC Number: | 730895 |
| | Fort Washington, PA 19034 | Invoice Date: | 10/12/2012 |
| | | Invoice No. | 810543 |
| | | Period ending: | 08/31/2012 |

Case Management Number     LD  0R0808-301204

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 17.60 | $ 3,784.00 |
| L110 | Fact Investigation/Development | 1.40 | $ 332.50 |
| L120 | Analysis/Strategy | 1.40 | $ 441.00 |
| L190 | Other Case Assessment, Develop't/Admin | 1.30 | $ 252.40 |
| L210 | Pleadings | 1.50 | $ 269.60 |
| L240 | Dispositive Motions | 0.50 | $ 96.50 |
| L250 | Other Written Motions/Submissions | 0.20 | $ 63.00 |

===================================
| | TOTAL FEES | 23.90 | $ 5,239.00 |

| | TOTAL FEES DUE | $ 5,239.00 |
|---|---|---|
| | TOTAL DISBURSEMENTS DUE | $ 266.80 |
| | TOTAL DUE THIS INVOICE | $ 5,505.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-301205
Fort Washington, PA 19034

                                                    INVOICE #  810544

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301205  TC Number: 731040

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Review complaint, mortgage, warranty deed and plan and prepare for motion to intervene, removal, and responsive pleading and draft memorandum regarding the same | L210 | JLJ | 1.30 | 193.00 | 250.90 |
| 08/02/12 | Research regarding federal court's jurisdiction over non-party defendants with motion to intervene pending and waiver of right to remove as a result of motion to intervene | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/02/12 | Review initial materials from client and proposed action plan with regard to complaint | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/03/12 | Access online docket and telephone calls to Clerk regarding service on IMPAC | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/03/12 | Review mortgage and strategize regarding due on sale violation and potential for removal | L210 | JLJ | .60 | 193.00 | 115.80 |
| 08/03/12 | Research regarding revisions to U.S.C. 1446 and alignment of intervenor defendant for purposes of removal | L210 | JLJ | 1.80 | 193.00 | 347.40 |
| 08/06/12 | Correspondence with client regarding new case | L190 | JLJ | .20 | 193.00 | 38.60 |
| 08/06/12 | Correspondence with client regarding client documents | L190 | JLJ | .20 | 193.00 | 38.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301205

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/06/12 | Correspondence with client regarding removal and motion to dismiss | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/06/12 | Review client documents in preparation for responsive pleading and removal | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/06/12 | Initial review of fact pack | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/07/12 | Analyze issues and strategies relating to case | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/07/12 | Telephone and e-mail correspondence with client regarding case analysis and responsive pleading | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/10/12 | Telephone conference with client regarding case and steps moving forward | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/13/12 | Review IMPAC Motion to Dismiss and begin assembling exhibits | L210 | JAM | 1.60 | 145.00 | 232.00 |
| 08/14/12 | Research regarding foreclosure complaint styled Deutsche v. Tautina, including accessing online docket for Palm Beach and Broward Counties and multiple phone calls to Clerk's office and foreclosure department | L190 | JAM | .60 | 145.00 | 87.00 |
| 08/14/12 | Telephone call with Pendergast & Morgan and review LPS notes on history of foreclosure case | L190 | JAM | .70 | 145.00 | 101.50 |
| 08/14/12 | Review complaint for purposes of reviewing and revising motion to dismiss | L210 | HTC | .70 | 315.00 | 220.50 |
| 08/14/12 | Research | L210 | JLJ | .50 | 193.00 | 96.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301205

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Review client documents, mortgage, note, and other related documents in preparation for drafting motion to dismiss | L210 | JLJ | 1.10 | 193.00 | 212.30 |
| 08/14/12 | Draft motion to dismiss, including additional argument regarding nominal party status | L210 | JLJ | 1.80 | 193.00 | 347.40 |
| 08/14/12 | Correspondence with client regarding motion to dismiss and additional information needed | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/14/12 | Strategize regarding foreclosure counsel and case status in underlying foreclosure | L240B | JLJ | .20 | 193.00 | 38.60 |
| 08/14/12 | Research for J.Mathews to locate Eastwinds Partnership case in Florida. | C200 | LDM | .20 | 210.00 | 42.00 |
| 08/15/12 | Prepare additional exhibits for filing | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/15/12 | Review and revise motion to dismiss, citation check of case law, gather and review exhibits and prepare to file | L210 | JLJ | .70 | 193.00 | 135.10 |
| 08/15/12 | Review mortgage, note and tax assessment and evaluate for purposes of removal and draft memorandum regarding the same | L250 | JLJ | .60 | 193.00 | 115.80 |
| 08/15/12 | Correspondence with client regarding removal and information needed for the same | L250 | JLJ | .20 | 193.00 | 38.60 |
| 08/15/12 | Strategize regarding notice of lis pendens in foreclosure case | L430 | JLJ | .20 | 193.00 | 38.60 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301205

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Final review of Motion to Dismiss prior to submission to Court | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/15/12 | Assemble additional exhibits to Motion to Dismiss | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/15/12 | Draft correspondence to Palm Beach Clerk enclosing Motion to Dismiss for filing | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/15/12 | Review removal procedures and rules for filing removals in USDC MDFL | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/15/12 | Review court file/pleadings received from Palm Beach County | L210 | JAM | .80 | 145.00 | 116.00 |
| 08/15/12 | Analyze issues regarding mortgage and necessary pleadings to file | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/16/12 | Research regarding assessed property value for determination in removal eligibility | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/16/12 | Search California Secretary of State website for information on Impac Funding Corp | L120 | JAM | .30 | 145.00 | 43.50 |
| 08/16/12 | Telephone call with D.Bentacourt regarding lis pendens in foreclosure case | L120 | JAM | .20 | 145.00 | 29.00 |
| 08/16/12 | Strategize regarding bankruptcy and removal | C300 | JLJ | .20 | 193.00 | 38.60 |
| 08/16/12 | Correspondence with client regarding unpaid balance of loan for purposes of evaluating case for removal | L210 | JLJ | .20 | 193.00 | 38.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      5
OCTOBER 12, 2012

ResCap

0R0808-301205

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Review correspondence from client regarding note holder and strategize regarding motion to intervene | L250 | JLJ | .50 | 193.00 | 96.50 |
| 08/22/12 | Review mortgage, note, BPO, account history, tax assessment and draft notice of removal | L210 | JLJ | 1.10 | 193.00 | 212.30 |
| 08/22/12 | Draft Corporate Disclosure Statement for IMPAC Funding Corp. for attorney review | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/22/12 | Review federal rule 7.1 regarding corporate disclosure statements and draft corporate disclosure statement for Impac | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/22/12 | Correspondence with client regarding removal and corporate disclosure statement | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/22/12 | Research PACER to confirm opposing counsel's registration for filing purposes | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/22/12 | Begin assembling exhibits for Notice of Removal | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/22/12 | Prepare civil cover sheet for federal court removal | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/23/12 | Final review of removal prior to submission to Court | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/23/12 | Complete the assembly of exhibits for Notice of Removal | L210 | JAM | .60 | 145.00 | 87.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
OCTOBER 12, 2012

ResCap

OR0808-301205

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Electronically create new case with USDC SDFL | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/23/12 | Draft correspondence to Palm Beach County Clerk enclosing Notice of Filing Notice of Removal | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/23/12 | Revise notice of removal, citation check of case law and review exhibits in preparation for filing | L250 | JLJ | .60 | 193.00 | 115.80 |
| 08/23/12 | Correspondence with client regarding revisions to notice of removal | L250 | JLJ | .10 | 193.00 | 19.30 |
| 08/23/12 | Analyze and review Florida default action strategy by borrowers' trust | L190 | SMC | .30 | 358.00 | 107.40 |
| 08/23/12 | Analyze issues relating to case strategy | L120 | HTC | .60 | 315.00 | 189.00 |
| 08/24/12 | Final review of Certificate of Removal and Corporate Disclosure Statement prior to submission to court | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/24/12 | Correspondence with client regarding removal | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/27/12 | Review order regarding scheduling conference | L250 | JLJ | .20 | 193.00 | 38.60 |
| 08/28/12 | Review correspondence regarding re-filing motion to dismiss, review local rules regarding the same, and plan and prepare for the same | L210 | JLJ | .30 | 193.00 | 57.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
OCTOBER 12, 2012

0R0808-301205

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Correspondence with client regarding original note and strategize regarding motion to intervene | L320 | JLJ | .20 | 193.00 | 38.60 |
| 08/30/12 | Review court order regarding dismissal of case and strategize regarding the same | L250 | JLJ | .20 | 193.00 | 38.60 |
| 08/30/12 | Plan and prepare for ILAB and case status update | L190 | JLJ | .20 | 193.00 | 38.60 |
| 08/30/12 | Begin drafting motion for sanctions | L250 | JLJ | .60 | 193.00 | 115.80 |
| 08/31/12 | Draft status report regarding dismissal | B110 | JLJ | .10 | 193.00 | 19.30 |
| 08/31/12 | Review motion to dismiss and order and correspondence with client regarding the same | L240 | JLJ | .30 | 193.00 | 57.90 |

FEES                              $5,713.80

AMOUNT DUE THIS BILL              $5,713.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      8
OCTOBER 12, 2012

0R0808-301205

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Stewart M. Cox | Partner | 358.00 | .30 | 107.40 |
| Hope Cannon | Partner | 315.00 | 2.20 | 693.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.00 | 145.00 |
| Jamie Mathews | Paralegal | 145.00 | 10.90 | 1,580.50 |
| Jessica L. Jones | Associate | 193.00 | 16.30 | 3,145.90 |
| Lori D. Martin | Research | 210.00 | .20 | 42.00 |
| Total | | | 30.90 | 5,713.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301205
BILL AMOUNT        $5,713.80                                INVOICE #  810544

To:    ResCap                          TC Number:          731040
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810544
                                       Period ending:      08/31/2012

Case Management Number       LD  0R0808-301205

                                              Current Invoice

Code Task                                     Hours         Fees

B110 Case Administration                       0.10    $      19.30
C200 Researching Law                           0.20    $      42.00
C300 Analysis and Advice                       0.20    $      38.60
L110 Fact Investigation/Development            0.60    $      87.00
L120 Analysis/Strategy                         2.00    $     545.00
L190 Other Case Assessment, Develop't/Admin    2.80    $     498.70
L210 Pleadings                                20.70    $   3,672.50
L240 Dispositive Motions                       0.30    $      57.90
L240BAll Other                                 0.20    $      38.60
L250 Other Written Motions/Submissions         3.40    $     637.00
L320 Document Production                        0.20    $      38.60
L430 Written Motions/Submissions               0.20    $      38.60

                        =================================
                 TOTAL FEES    30.90    $   5,713.80

                 TOTAL FEES DUE          $   5,713.80
           TOTAL DISBURSEMENTS DUE       $       0.00
             TOTAL DUE THIS INVOICE      $   5,713.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301206

INVOICE #  810545

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301206  TC Number: 705012

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review pleadings to determine all parties for case data | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/13/12 | Review loss mitigation chronology provided by client | C300 | EAF | .20 | 358.00 | 71.60 |
| 08/14/12 | Prepare appellate brief | L520 | EAF | 6.20 | 358.00 | 2,219.60 |
| 08/15/12 | Emails with foreclosure counsel regarding issues relating to payments by borrower to counsel pursuant to order | L120 | EAF | .30 | 358.00 | 107.40 |
| 08/15/12 | Continue preparation of appellate brief, including statement of facts and argument section regarding standing and waiver of defenses post-sale and fraudulent documents | L520 | EAF | 5.50 | 358.00 | 1,969.00 |
| 08/15/12 | Conduct legal research and draft insert for Appellee's Brief re argument that borrower lacks standing to bring his fraud-based claims | L520 | SAP | 1.40 | 323.00 | 452.20 |
| 08/15/12 | Revisions to Appellee's Brief including addition re standard of review | L520 | SAP | .90 | 323.00 | 290.70 |
| 08/16/12 | Revisions to Appellee's Brief | L520 | SAP | 1.50 | 323.00 | 484.50 |
| 08/16/12 | Continue preparation of brief, including argument sections relating to loss mitigation, fraudulent documents and summary of argument section and standard of review section and standing section | L520 | EAF | 7.80 | 358.00 | 2,792.40 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301206

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/17/12 | Prepare brief, including section relating to court's review and decision relating to loss mitigation issue and standard of review and summary of argument sections | L520 | EAF | 5.40 | 358.00 | 1,933.20 |
| 08/17/12 | Final revisions to Appellee Brief | L520 | SAP | 1.10 | 323.00 | 355.30 |
| 08/19/12 | Revise appellate brief | L520 | EAF | .60 | 358.00 | 214.80 |
| 08/20/12 | Final review and revisions to appellate brief, including preparation of appendix and verbatim text of statutes and rules not included in appellant's brief | L520 | EAF | 2.60 | 358.00 | 930.80 |
| 08/20/12 | Telephone conference with R.DiPietro regarding appellate brief | L520 | EAF | .20 | 358.00 | 71.60 |
| 08/20/12 | Email with client contact regarding review of brief and authority to file | L520 | EAF | .10 | 358.00 | 35.80 |
| 08/22/12 | Email to client contact regarding appellate brief | C300 | EAF | .10 | 358.00 | 35.80 |

FEES                          $11,993.70

AMOUNT DUE THIS BILL          $11,993.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301206

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | 29.00 | 10,382.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .20 | 29.00 |
| Steven A. Pozefsky | Associate | 323.00 | 4.90 | 1,582.70 |
| Total | | | 34.10 | 11,993.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301206
BILL AMOUNT        $11,993.70                                  INVOICE #  810545

To:    ResCap                          TC Number:         705012
       1100 Virginia Drive             Invoice Date:      10/12/2012
       Fort Washington, PA 19034       Invoice No.        810545
                                       Period ending:     08/31/2012

Case Management Number      LD   0R0808-301206

                                          Current Invoice
Code Task                              Hours          Fees

C300 Analysis and Advice                0.30    $      107.40
L110 Fact Investigation/Development     0.20    $       29.00
L120 Analysis/Strategy                  0.30    $      107.40
L520 Appellate Briefs                  33.30    $   11,749.90

                          ==================================
           TOTAL FEES     34.10   $   11,993.70

              TOTAL FEES DUE        $   11,993.70
     TOTAL DISBURSEMENTS DUE        $        0.00
     TOTAL DUE THIS INVOICE         $   11,993.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301207
Fort Washington, PA 19034

                                                         INVOICE #  810546

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301207  TC Number: 731077

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Prepare for case handling and responsive pleading | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/03/12 | Review complaint and multiple telephone calls to Clerk and opposing counsel to obtain copy of Amended Complaint | L210 | JAM | .60 | 145.00 | 87.00 |
| 08/03/12 | Complete online forms to order copy of Complaint and Amended Complaint | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/03/12 | Telephone calls to Clerk regarding service on Beaver | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/03/12 | Review complaint and attached exhibits and prepare for initial case analysis | L210 | JLJ | .50 | 193.00 | 96.50 |
| 08/03/12 | Review docket to determine parties served | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/06/12 | Complete initial case analysis regarding facts, removal, and responsive pleading and draft memorandum regarding the same | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/06/12 | Analyze initial complaint and action plan | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/07/12 | Analyze responsive pleading and removal deadlines | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/07/12 | Correspondence with client regarding case analysis, responsive pleading, and removal | L210 | JLJ | .30 | 193.00 | 57.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301207

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Correspondence with client regarding client documents | L320 | JLJ | .10 | 193.00 | 19.30 |
| 08/08/12 | Review amended complaint | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/10/12 | Telephone conference with client regarding case and steps moving forward | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/13/12 | Research regarding Florida statute 695.01; 701.02; and 48.43 regarding intervention after filing notice of lis pendens and recording rules for assignments of mortgage and potential arguments in preparation for drafting motion to dismiss | C200 | JLJ | 2.40 | 193.00 | 463.20 |
| 08/13/12 | Draft motion to dismiss | L210 | JLJ | 2.10 | 193.00 | 405.30 |
| 08/13/12 | Review  complaint, mortgage, note, fact package and other client documents in preparation for drafting motion to dismiss | L210 | JLJ | .80 | 193.00 | 154.40 |
| 08/13/12 | Draft motion to dismiss | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/13/12 | Draft Litigation Case Summary for attorney review | L190 | AHC | 1.20 | 145.00 | 174.00 |
| 08/13/12 | Correspondence with client regarding motion to dismiss and additional documents and information needed and respond to the same | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/14/12 | Review amended complaint and case law for purposes of revising motion to dismiss | L210 | HTC | 1.50 | 315.00 | 472.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301207

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Review consent order information | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/14/12 | Revise motion to dismiss | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/14/12 | Correspondence with client regarding motion to dismiss | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/14/12 | Research land records regarding multiple Notices of Lis Pendens and prepare memorandum regarding same | L110 | AHC | .70 | 145.00 | 101.50 |
| 08/15/12 | Review client documents and prepare 9 exhibits to Motion to Dismiss First Amended Complaint and Incorporated Memorandum of Law | L240 | AHC | 1.60 | 145.00 | 232.00 |
| 08/15/12 | Final review and revision of Motion to Dismiss First Amended Complaint and Incorporated Memorandum of Law in Support | L240 | AHC | .50 | 145.00 | 72.50 |
| 08/15/12 | Telephone call to Pinellas Clerk and check online docket regarding service on Beazer | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/15/12 | Revise motion to dismiss, citation check of case law, gather exhibits and prepare to file the same | L210 | JLJ | .60 | 193.00 | 115.80 |
| 08/15/12 | Review tax assessment, loan, mortgage and evaluate for removal and draft memorandum regarding the same | L250 | JLJ | .50 | 193.00 | 96.50 |
| 08/16/12 | Research regarding assessed property value for determination in removal eligibility | L110 | AHC | .40 | 145.00 | 58.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301207

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/18/12 | Draft Litigation Case Summary and enter bankruptcy coding data for attorney review | L190 | AHC | 1.10 | 145.00 | 159.50 |
| 08/20/12 | Prepare for hearing on motion to dismiss | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/21/12 | Correspondence with client regarding note | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/21/12 | Correspondence with client regarding removal | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/21/12 | Review client documents, complaint, and draft notice of removal | L250 | JLJ | 1.20 | 193.00 | 231.60 |
| 08/21/12 | Research regarding quiet title actions and amount in controversy for removal purposes | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/22/12 | Prepare exhibits to Notice of Removal and draft cover sheet | L250 | AHC | .50 | 145.00 | 72.50 |
| 08/22/12 | Correspondence with client regarding BPO and notice of removal | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/23/12 | Correspondence with client regarding note for purposes of removal | L210 | JLJ | .30 | 193.00 | 57.90 |
| 08/23/12 | Draft corporate disclosure statement, notice of filing notice of removal, certificate of removal | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/23/12 | Review notice of removal, citation check of case law, and prepare exhibits for removal in the middle district of florida | L210 | JLJ | .80 | 193.00 | 154.40 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 12, 2012

0R0808-301207

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Correspondence with client regarding notice of removal and revisions and unpaid balance of loan | L250 | JLJ | .20 | 193.00 | 38.60 |
| 08/27/12 | Review docket to confirm docket entries of removal documents that were manually filed and review judge-specific requirements | L110 | AHC | .30 | 145.00 | 43.50 |
| 08/28/12 | Review docket and strategize regarding Rule 26 conference deadline | L210 | JLJ | .20 | 193.00 | 38.60 |
| 08/28/12 | Review docket regarding status of order on scheduling conference and telephone conference with judicial assistant regarding pending motions from state court | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/28/12 | Review and revision of Corporate Disclosure Statement | L250 | AHC | .20 | 145.00 | 29.00 |
| 08/28/12 | Research land records and web sites regarding permanent address for D.Smith and C.Smith for jurisdictional determination | L110 | AHC | 1.00 | 145.00 | 145.00 |
| 08/31/12 | Draft status report regarding removal | B110 | JLJ | .30 | 193.00 | 57.90 |

FEES                    $4,641.90

DESCRIPTION OF DISBURSEMENTS



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     6
OCTOBER 12, 2012

0R0808-301207

FED ID NO. 63-0243316

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---:|
| 08/23/12 | Filing Fees - USDC, MIDDLE DISTRICT OF FLORIDA<br>AC FILING FEE-NOTICE OF REMOVAL<br>Bank ID: GENR Check Number: 98122 | 350.00 |
| 08/27/12 | Filing Fees - BUSINESS CARD MYFLORIDACOUNTY.COM<br>8-6-12<br>Bank ID: GENR Check Number: 98412 | 22.77 |
| 08/27/12 | Filing Fees - BUSINESS CARD MYFLORIDACOUNTY.COM<br>8-6-12<br>Bank ID: GENR Check Number: 98412 | 25.88 |
| 08/27/12 | Court Costs - Pleadings - WEST GROUP JM COURT<br>FEES<br>Bank ID: GENR Check Number: 98343 | 182.00 |

COSTS                    $580.65

AMOUNT DUE THIS BILL            $5,222.55

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     7
OCTOBER 12, 2012

ResCap

0R0808-301207

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 2.00 | 630.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 7.90 | 1,145.50 |
| Jamie Mathews | Paralegal | 145.00 | 1.40 | 203.00 |
| Jessica L. Jones | Associate | 193.00 | 13.80 | 2,663.40 |
| Total | | | 25.10 | 4,641.90 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301207
BILL AMOUNT        $5,222.55                                INVOICE #  810546

To:    ResCap                          TC Number:           731077
       1100 Virginia Drive             Invoice Date:        10/12/2012
       Fort Washington, PA 19034       Invoice No.          810546
                                       Period ending:       08/31/2012

Case Management Number       LD   0R0808-301207

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| B110 Case Administration | | 0.30 | $     57.90 |
| C200 Researching Law | | 2.40 | $    463.20 |
| L110 Fact Investigation/Development | | 2.80 | $    406.00 |
| L120 Analysis/Strategy | | 0.50 | $    157.50 |
| L190 Other Case Assessment, Develop't/Admin | | 2.60 | $    377.00 |
| L210 Pleadings | | 11.70 | $  2,388.30 |
| L240 Dispositive Motions | | 2.10 | $    304.50 |
| L250 Other Written Motions/Submissions | | 2.60 | $    468.20 |
| L320 Document Production | | 0.10 | $     19.30 |

                              ==================================
                    TOTAL FEES       25.10    $  4,641.90

                    TOTAL FEES DUE            $  4,641.90
            TOTAL DISBURSEMENTS DUE           $    580.65
               TOTAL DUE THIS INVOICE         $  5,222.55



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                             0R0808-301208
Fort Washington, PA 19034

                                                               INVOICE #  810547

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301208   TC Number: 731179

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/03/12 | Review and respond to client e-mail from client with attached answer and affirmative defenses regarding receipt of new matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/03/12 | Receive and review new file, e-mail foreclosure regarding pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/13/12 | Research docket and e-mail foreclosure counsel regarding amended complaint | L110 | KK | .20 | 91.00 | 18.20 |
| 08/13/12 | Review and respond to client e-mail regarding fee request from default counsel | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/13/12 | Review and analyze docket and pleadings to determine procedural history | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/14/12 | Receive and review entire case file and begin draft of file review analyzing merits of affirmative defenses and chronology of events in case | L110 | KK | 1.60 | 91.00 | 145.60 |
| 08/15/12 | E-mail client regarding truth in lending disclosure statement | L110 | KK | .20 | 91.00 | 18.20 |
| 08/16/12 | Follow-up e-mail with foreclosure counsel regarding file-stamped, executed copy of amended complaint and e-mail client regarding same | L110 | KK | .20 | 91.00 | 18.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301208

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Review client e-mail regarding amended complaint | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/17/12 | Revise and review file review memo to send to client and email foreclosure counsel regarding supplemental pleadings | L110 | KK | .30 | 91.00 | 27.30 |
| 08/17/12 | Review five hundred pages of client documents, correspondence to and from borrower, loss mitigation history, and previous loan modification attempts to determine status of case | L110 | KK | 1.70 | 91.00 | 154.70 |
| 08/31/12 | Emails regarding status of obtaining copy of executed amended complaint | L110 | KK | .20 | 91.00 | 18.20 |

FEES                              $567.70

AMOUNT DUE THIS BILL              $567.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0808-301208

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .50 | 140.00 |
| Kerry Keane | Paralegal | 91.00 | 4.70 | 427.70 |
| Total | | | 5.20 | 567.70 |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301208

BILL AMOUNT          $567.70

INVOICE #  810547

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        731179
Invoice Date:     10/12/2012
Invoice No.       810547
Period ending:    08/31/2012

Case Management Number     LD  0R0808-301208

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| L110 Fact Investigation/Development | | 4.70 | $ 427.70 |
| L120 Analysis/Strategy | | 0.50 | $ 140.00 |
| TOTAL FEES | | 5.20 | $ 567.70 |

TOTAL FEES DUE              $   567.70
TOTAL DISBURSEMENTS DUE     $     0.00
TOTAL DUE THIS INVOICE      $   567.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301209
Fort Washington, PA 19034

                                                          INVOICE #  810548

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301209  TC Number: 731278

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Review new file and e-mail foreclosure counsel regarding obtaining pleadings, and research Broward County, Florida docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/07/12 | Email to client regarding file analysis and outlining strategy for handling same | C300 | JJE | .10 | 197.00 | 19.70 |
| 08/10/12 | Began initial review and analysis of foreclosure file various affirmative defenses | C300 | JJE | 1.10 | 197.00 | 216.70 |
| 08/31/12 | Draft memorandum regarding affirmative defenses and additional documentation and information needed from client in support of same | C300 | JJE | 1.60 | 197.00 | 315.20 |

                    FEES                              $578.90


                    AMOUNT DUE THIS BILL              $578.90


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301209

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | 2.80 | 551.60 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 3.10 | 578.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301209
BILL AMOUNT          $578.90                                INVOICE #  810548

To:    ResCap                       TC Number:        731278
       1100 Virginia Drive          Invoice Date:     10/12/2012
       Fort Washington, PA 19034    Invoice No.       810548
                                    Period ending:    08/31/2012


Case Management Number       LD   0R0808-301209


                                        Current Invoice
Code Task                               Hours           Fees

C300 Analysis and Advice                2.80     $   551.60
L110 Fact Investigation/Development     0.30     $    27.30

                          ========================================
             TOTAL FEES      3.10     $   578.90

                 TOTAL FEES DUE        $   578.90
         TOTAL DISBURSEMENTS DUE       $     0.00
            TOTAL DUE THIS INVOICE     $   578.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301210

INVOICE #  810549

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301210   TC Number: 731308

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Attend-pre trial conference in Connecticut Superior Court in Stamford, CT | L120 | DCL | 4.30 | 376.00 | 1,616.80 |
| 08/01/12 | Prepare for pretrial conference | L230 | DCL | 1.30 | 376.00 | 488.80 |
| 08/02/12 | Prepare case status report | L120 | DCL | .50 | 376.00 | 188.00 |
| 08/02/12 | Prepare letter to opposing counsel regarding resolution of disputes and preparation for trial | L120 | DCL | .50 | 376.00 | 188.00 |
| 08/06/12 | Review and analysis of all pleadings, the docket, and all client documents to determine current case status | L140 | RBB | 1.60 | 149.00 | 238.40 |
| 08/06/12 | Prepare correspondence, with current copy of case docket attached, to Huseby representative requesting a complete copy of case pleadings | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/07/12 | Conference with Huseby representative regarding the request for a complete copy of case pleadings | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/07/12 | Prepare correspondence to Huseby representative requesting her to wait to obtain a complete copy of case pleadings pending input from attorney | L140 | RBB | .20 | 149.00 | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301210

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Document production: Prepare pleadings and correspondence binder for attorney review | L140 | RBB | 1.40 | 149.00 | 208.60 |
| 08/08/12 | Document production: Prepare pleadings and correspondence binder for attorney review | L140 | RBB | .60 | 149.00 | 89.40 |
| 08/09/12 | Review and analysis of correspondence to/from J.Knickerbocker regarding conference dates/times for case status update | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/09/12 | Conferences with local counsel regarding deposition strategy | L120 | DCL | .50 | 376.00 | 188.00 |
| 08/10/12 | Review and analysis of correspondence to/from J.Knickerbocker regarding conference dates/times and new trial date for case status update | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/13/12 | Negotiate dates for depositions of the borrowers | L120 | DCL | .30 | 376.00 | 112.80 |
| 08/16/12 | Research procedural issues under the Hague convention related to taking the deposition of borrower | L120 | DCL | 1.10 | 376.00 | 413.60 |
| 08/20/12 | Conference call with Borrowers' counsel regarding potential for settlement | L120 | DCL | .50 | 376.00 | 188.00 |
| 08/23/12 | Review correspondence from Borrowers' counsel regarding deposition schedule | L120 | DCL | .20 | 376.00 | 75.20 |
| 08/23/12 | Analyze Connecticut case law regarding Mortgagee's standing to sue | L120 | DCL | 1.10 | 376.00 | 413.60 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301210

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Analyze e-mail correspondence from client regarding case strategy | L120 | DCL | .30 | 376.00 | 112.80 |
| 08/27/12 | Prepare message to local counsel regarding review of Borrowers' loan modification package | L120 | DCL | .20 | 376.00 | 75.20 |
| 08/31/12 | Telephone conference with Borrowers' counsel regarding Borrowers' settlement proposal | L120 | DCL | .50 | 376.00 | 188.00 |

FEES                                      $4,934.20

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/10/12 | Airline Tickets - DANA LUMSDEN ATTEND SAVVIDIS HEARING 8/1/12 Bank ID: GENR Check Number: 97866 | 474.10 |
| 08/10/12 | Airline Tickets - DANA LUMSDEN ATTEND SAVVIDIS HEARING 8/1/12 UPGRADE FEE Bank ID: GENR Check Number: 97866 | 37.00 |
| 08/10/12 | Travel Expense - DANA LUMSDEN ATTEND SAVVIDIS HEARING 8/1/12   RENTAL CAR Bank ID: GENR Check Number: 97866 | 115.58 |
| 08/10/12 | Travel Expense - DANA LUMSDEN ATTEND SAVVIDIS HEARING 8/1/12   ROAD TOLLS, FUEL, PARKING Bank ID: GENR Check Number: 97866 | 41.25 |
| 08/10/12 | Meal Expense - DANA LUMSDEN ATTEND SAVVIDIS HEARING 8/1/12 Bank ID: GENR Check Number: 97866 | 73.90 |

COSTS                                     $741.83



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301210

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $5,676.03

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    5
OCTOBER 12, 2012

0R0808-301210

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Dana C. Lumsden | Partner | 376.00 | 11.30 | 4,248.80 |
| Robert B. Benson | Paralegal | 149.00 | 4.60 | 685.40 |
| Total | | | 15.90 | 4,934.20 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
                                                      0R0808-301210
BILL AMOUNT        $5,676.03                          INVOICE #  810549

To:    ResCap                    TC Number:        731308
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034 Invoice No.       810549
                                 Period ending:    08/31/2012

Case Management Number      LD  0R0808-301210

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 10.00 | $ 3,760.00 |
| L140 | Document/File Management | 4.60 | $ 685.40 |
| L230 | Court Mandated Conferences | 1.30 | $ 488.80 |
| | TOTAL FEES | 15.90 | $ 4,934.20 |

                    TOTAL FEES DUE           $ 4,934.20
             TOTAL DISBURSEMENTS DUE         $   741.83
             TOTAL DUE THIS INVOICE          $ 5,676.03



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301211
Fort Washington, PA 19034

                                                               INVOICE #  810550

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301211  TC Number: 731035

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Receive and review new matter and research docket to determine status of case, and e-mail foreclosure counsel regarding transfer of pleadings and case file | L110 | KK | .40 | 91.00 | 36.40 |
| 08/06/12 | Receive and review pleadings sent from foreclosure counsel | L110 | KK | .20 | 91.00 | 18.20 |
| 08/09/12 | Email to client acknowledging new matter and proposing strategy for going forward | C300 | JJE | .20 | 197.00 | 39.40 |
| 08/13/12 | Drafted initial review and analysis of affirmative defenses and status of foreclosure | C300 | JJE | .80 | 197.00 | 157.60 |
| 08/13/12 | Research docket and e-mail foreclosure counsel regarding status of hearing and begin  review memo analyzing the merits of the claim | L110 | KK | 2.10 | 91.00 | 191.10 |
| 08/14/12 | Initial review and analysis of borrower's affirmative defenses, including TILA rescission claims | L210 | CWH | .20 | 330.00 | 66.00 |
| 08/14/12 | E-mail and telephone call with foreclosure counsel regarding hearing and receive and review disclosures and account history information, and complete draft analysis of affirmative defenses | L110 | KK | 1.10 | 91.00 | 100.10 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301211

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Emails with foreclosure counsel regarding results of hearing and status of case going forward | L110 | KK | .20 | 91.00 | 18.20 |

|  | FEES |  |  |  |  | $627.00 |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $627.00 |

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301211

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Joycelyn J. Eason | Associate | 197.00 | 1.00 | 197.00 |
| Kerry Keane | Paralegal | 91.00 | 4.00 | 364.00 |
| Total | | | 5.20 | 627.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301211
BILL AMOUNT              $627.00                          INVOICE #  810550

To:     ResCap                        TC Number:          731035
        1100 Virginia Drive           Invoice Date:       10/12/2012
        Fort Washington, PA 19034     Invoice No.         810550
                                      Period ending:      08/31/2012

Case Management Number      LD  0R0808-301211

|      |                              | Current Invoice |           |
|------|------------------------------|-----------------|-----------|
| Code | Task                         | Hours           | Fees      |
| C300 | Analysis and Advice          | 1.00            | $  197.00 |
| L110 | Fact Investigation/Development | 4.00          | $  364.00 |
| L210 | Pleadings                    | 0.20            | $   66.00 |
|      | TOTAL FEES                   | 5.20            | $  627.00 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 627.00 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 627.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301212

INVOICE #  810551

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301212  TC Number: 731317

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Review and respond to client e-mail with attached answer and affirmative defenses regarding receipt of new matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/08/12 | Receive and review new file and e-mail foreclosure counsel regarding transfer of pleadings and case file, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/15/12 | Research docket and review two hundred pages of account history and correspondence to and from borrower to determine status of loan and direction of case | L110 | KK | .70 | 91.00 | 63.70 |
| 08/22/12 | Draft chronology of events to determine status of case and update file review analysis of alleged affirmative defenses to send to client | L110 | KK | 1.40 | 91.00 | 127.40 |
| 08/23/12 | Complete initial draft of file review and chronology of events to determine course of action going forward | L110 | KK | .60 | 91.00 | 54.60 |
| 08/24/12 | Draft file review analyzing the merits of the alleged affirmative defenses to develop a recommendation on how to proceed with file | L110 | KK | 1.40 | 91.00 | 127.40 |
| 08/26/12 | Review and analyze pleadings to determine procedural posture of foreclosure | L120 | NSR | .40 | 280.00 | 112.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301212

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/26/12 | Review and analyze affirmative defenses asserted by borrower relating to standing, indispensable parties, National Housing Act, and Truth in Lending Act | L120 | NSR | .80 | 280.00 | 224.00 |
| 08/27/12 | Review and revise analysis memorandum regarding affirmative defenses | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/28/12 | Review and revise analysis memo regarding plaintiff's standing to foreclosure and borrower's affirmative defenses | L120 | CWH | .20 | 330.00 | 66.00 |

FEES                                    $886.40

AMOUNT DUE THIS BILL                    $886.40

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301212

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Nader Raja | Associate | 280.00 | 1.50 | 420.00 |
| Kerry Keane | Paralegal | 91.00 | 4.40 | 400.40 |
| Total | | | 6.10 | 886.40 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT            $886.40

OCTOBER 12, 2012
0R0808-301212
INVOICE #  810551

To:   ResCap
      1100 Virginia Drive
      Fort Washington, PA 19034

TC Number:          731317
Invoice Date:       10/12/2012
Invoice No.         810551
Period ending:      08/31/2012

Case Management Number      LD · 0R0808-301212

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|------|------|
| L110 | Fact Investigation/Development | 4.40 | $ | 400.40 |
| L120 | Analysis/Strategy | 1.70 | $ | 486.00 |
| | TOTAL FEES | 6.10 | $ | 886.40 |

| | | | |
|---|---|---|---|
| TOTAL FEES DUE | | $ | 886.40 |
| TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| TOTAL DUE THIS INVOICE | | $ | 886.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          OCTOBER 12, 2012
1100 Virginia Drive                             0R0808-301213
Fort Washington, PA 19034

                                                INVOICE #  810552

                                                **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301213  TC Number: 721971

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/08/12 | Review new file and e-mail foreclosure counsel regarding obtaining pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/15/12 | Email to client regarding file analysis and strategy for handling same | C300 | JJE | .20 | 197.00 | 39.40 |

                        FEES                              $66.70


                        AMOUNT DUE THIS BILL              $66.70

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301213

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .20 | 39.40 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | .50 | 66.70 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301213
BILL AMOUNT            $66.70                                   INVOICE #  810552

_____

To:     ResCap                        TC Number:        721971
        1100 Virginia Drive            Invoice Date:     10/12/2012
        Fort Washington, PA 19034      Invoice No.       810552
                                       Period ending:    08/31/2012


Case Management Number      LD   0R0808-301213


                                       Current Invoice
Code Task                              Hours        $      Fees

C300 Analysis and Advice               0.20      $     39.40
L110 Fact Investigation/Development    0.30      $     27.30


                        =================================
                TOTAL FEES             0.50      $     66.70

                TOTAL FEES DUE                   $     66.70
        TOTAL DISBURSEMENTS DUE                  $      0.00
            TOTAL DUE THIS INVOICE               $     66.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301214
Fort Washington, PA 19034

                                                           INVOICE #  810553

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301214  TC Number: 731388

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Respond to client e-mail with attached answer and affirmative defenses regarding receipt of new matter | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/09/12 | Review new file and e-mail foreclosure counsel regarding obtaining pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/15/12 | E-mail foreclosure counsel regarding obtaining pleadings and case file for review | L110 | KK | .20 | 91.00 | 18.20 |
| 08/16/12 | Respond to client e-mail from client regarding loss mitigation review | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/21/12 | Respond to client e-mail from client regarding borrower's financial workout package | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/23/12 | Review pleadings and client documents and research docket and official records and begin draft of file analysis and chronology of events to determine course of action going forward | L110 | KK | 2.10 | 91.00 | 191.10 |
| 08/24/12 | Review copies of original loan documents and edit analysis memo to reflect location of original note and endorsements | L110 | KK | .20 | 91.00 | 18.20 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0808-301214

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Review docket and email with foreclosure counsel regarding status of case | L110 | KK | .20 | 91.00 | 18.20 |
| 08/28/12 | Finalize analysis memo | L110 | KK | .30 | 91.00 | 27.30 |
| 08/28/12 | Respond to client e-mails from client regarding loan modification request | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/30/12 | Telephone conference with counsel for borrower regarding loan modification request | L160 | NSR | .10 | 280.00 | 28.00 |

FEES                             $440.30

AMOUNT DUE THIS BILL             $440.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       3
OCTOBER 12, 2012

0R0808-301214

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .50 | 140.00 |
| Kerry Keane | Paralegal | 91.00 | 3.30 | 300.30 |
| Total | | | 3.80 | 440.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301214
BILL AMOUNT          $440.30                        INVOICE #  810553

```
To:    ResCap                        TC Number:        731388
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810553
                                     Period ending:    08/31/2012


Case Management Number     LD   0R0808-301214
```

|  |  | Current Invoice | | |
|---|---|---|---|---|
| Code | Task | Hours | | Fees |
| L110 | Fact Investigation/Development | 3.30 | $ | 300.30 |
| L120 | Analysis/Strategy | 0.40 | $ | 112.00 |
| L160 | Settlement/Non-Binding ADR | 0.10 | $ | 28.00 |
| | TOTAL FEES | 3.80 | $ | 440.30 |
| | TOTAL FEES DUE | | $ | 440.30 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 440.30 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301215
Fort Washington, PA 19034

                                                           INVOICE #  810554

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301215  TC Number: 731472

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Initial review of appeal documents on new appeal | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/20/12 | Review docket regarding status of appellant's initial brief and catalog information on comprehensive tracking chart | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/20/12 | Draft and finalize Notice of Appearance | L510 | AHC | .40 | 145.00 | 58.00 |
| 08/20/12 | Correspondence to appellant regarding notice of appearance and service by email requirement of court | L190 | AHC | .20 | 145.00 | 29.00 |
| 08/20/12 | Completed initial review of appeals file to determine strategy for responding to possible arguments to be raised contesting the foreclosure judgment | L510 | JJE | .40 | 197.00 | 78.80 |
| 08/21/12 | Evaluate status of case as affected by bankruptcy | L120 | JMH | .10 | 241.00 | 24.10 |
| 08/21/12 | Research on proper status of appeals in light of bankruptcy stay | L510 | MJA | .20 | 297.00 | 59.40 |
| 08/26/12 | Draft Designation of Email Address for attorney review | L510 | AHC | .30 | 145.00 | 43.50 |
| 08/31/12 | Initial review of appeal briefs and appendix | L520 | MJA | .30 | 297.00 | 89.10 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

|  |  |
|---|---|
| | PAGE     2 |
| ResCap | OCTOBER 12, 2012 |
| | 0R0808-301215 |

FED ID NO. 63-0243316

---

| | FEES | | $470.30 |
|---|---|---|---|
| 08/20/12 | Copy Charges | 0.00 | |
| 08/20/12 | Express Mail/Fedex | 0.00 | |
| | AMOUNT DUE THIS BILL | | $470.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301215

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .70 | 207.90 |
| Alecia H. Cockrell | Paralegal | 145.00 | 1.10 | 159.50 |
| Joycelyn J. Eason | Associate | 197.00 | .40 | 78.80 |
| Jonathan Hooks | Associate | 241.00 | .10 | 24.10 |
| Total | | | 2.30 | 470.30 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                     OCTOBER 12, 2012
                                                           0R0808-301215
BILL AMOUNT          $470.30                               INVOICE #  810554

To:    ResCap                          TC Number:          731472
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810554
                                       Period ending:      08/31/2012

Case Management Number      LD  0R0808-301215

                                       Current Invoice
Code Task                              Hours        $     Fees

L110 Fact Investigation/Development    0.20    $      29.00
L120 Analysis/Strategy                 0.10    $      24.10
L190 Other Case Assessment, Develop't/Admin  0.20   $      29.00
L510 Appellate Motions and Submissions 1.50    $     299.10
L520 Appellate Briefs                  0.30    $      89.10

                          ==================================
                TOTAL FEES             2.30    $     470.30

                TOTAL FEES DUE                 $     470.30
        TOTAL DISBURSEMENTS DUE                $       0.00
        TOTAL DUE THIS INVOICE                 $     470.30



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301216
Fort Washington, PA 19034

                                                               INVOICE #  810555

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301216  TC Number: 731516

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Calendar deadlines | B110 | RR | .30 | 215.00 | 64.50 |
| 08/16/12 | Draft initial litigation analysis and budget | B110 | RR | .20 | 215.00 | 43.00 |
| 08/16/12 | Review complaint | B110 | RR | .20 | 215.00 | 43.00 |
| 08/17/12 | Review tax assessor value | B110 | RR | .30 | 215.00 | 64.50 |
| 08/17/12 | Research regarding assessed property value for determination in removal eligibility | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/20/12 | Analyze bankruptcy bucket designations | B110 | RR | .20 | 215.00 | 43.00 |
| 08/21/12 | Analyze effect of bankruptcy on case | B110 | RR | .30 | 215.00 | 64.50 |
| 08/24/12 | E-mail with client regarding fact pack | B110 | RR | .30 | 215.00 | 64.50 |
| 08/24/12 | Analyze fact pack | B110 | RR | .50 | 215.00 | 107.50 |
| 08/27/12 | Draft Motion to Dismiss | B110 | RR | 1.00 | 215.00 | 215.00 |
| 08/27/12 | Review complaint and prepare  motion to dismiss | L210 | JLJ | .60 | 193.00 | 115.80 |
| 08/27/12 | Correspondence with client regarding motion to dismiss and additional information needed | L210 | JLJ | .20 | 193.00 | 38.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301216

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Review mortgage, note, and client documents in preparation for drafting motion to dismiss | L210 | JLJ | .60 | 193.00 | 115.80 |
| 08/28/12 | Continued work on motion to dismiss | L210 | JLJ | 1.60 | 193.00 | 308.80 |
| 08/28/12 | Correspondence with client regarding service on MERS | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/28/12 | Complete review of court pleadings/documents | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/28/12 | Revise Motion to Dismiss relative to exhibit references | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/28/12 | Begin assembling exhibits to Motion to Dismiss | L210 | JAM | 1.80 | 145.00 | 261.00 |
| 08/29/12 | Revise motion to dismiss, review of exhibits and citation check of case law in preparation for filing | L240 | JLJ | 1.10 | 193.00 | 212.30 |
| 08/29/12 | Correspondence with client regarding motion to dismiss | L240 | JLJ | .20 | 193.00 | 38.60 |
| 08/29/12 | Revise Motion to Dismiss, assemble exhibits and submit to court | L210 | JAM | 4.50 | 145.00 | 652.50 |
| 08/30/12 | Review complaint, mortgage, note, tax assessment, correspondence regarding principal balance of loan and BPO and draft notice of removal | L430 | JLJ | 1.30 | 193.00 | 250.90 |
| 08/30/12 | Research regarding LLC and citizenship for diversity purposes | L250 | JLJ | .30 | 193.00 | 57.90 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301216

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Research regarding and draft corporate disclosure statement for homecomings, draft corporate disclosure statement of MERS, draft certificate of removal, and notice of filing notice of removal | L430 | JLJ | .60 | 193.00 | 115.80 |
| 08/31/12 | Telephone calls to Clerk's office regarding returns of service on MERS and HFN | L110 | JAM | .40 | 145.00 | 58.00 |
| 08/31/12 | E-mail with client regarding representation of MERS | B110 | RR | .20 | 215.00 | 43.00 |
| 08/31/12 | Draft status report regarding motion to dismiss | B110 | JLJ | .10 | 193.00 | 19.30 |
| 08/31/12 | Correspondence with client regarding removal and additional information needed | L250 | JLJ | .30 | 193.00 | 57.90 |
| 08/31/12 | Correspondence with MERS regarding service on MERS | L210 | JLJ | .10 | 193.00 | 19.30 |
| 08/31/12 | Revise notice of removal and corporate disclosure statement of Homecomings | L250 | JLJ | .30 | 193.00 | 57.90 |

FEES                               $3,413.20

AMOUNT DUE THIS BILL          $3,413.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
OCTOBER 12, 2012

0R0808-301216

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | 8.10 | 1,174.50 |
| Jessica L. Jones | Associate | 193.00 | 7.40 | 1,428.20 |
| Ryan Robichaux | Associate | 215.00 | 3.50 | 752.50 |
| Total | | | 19.40 | 3,413.20 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301216
BILL AMOUNT        $3,413.20                                   INVOICE #  810555

```
To:    ResCap                          TC Number:        731516
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810555
                                       Period ending:    08/31/2012


Case Management Number       LD  0R0808-301216
```

|  | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 3.60 | $ 771.80 |
| L110 | Fact Investigation/Development | 0.80 | $ 116.00 |
| L210 | Pleadings | 10.90 | $ 1,734.10 |
| L240 | Dispositive Motions | 1.30 | $ 250.90 |
| L250 | Other Written Motions/Submissions | 0.90 | $ 173.70 |
| L430 | Written Motions/Submissions | 1.90 | $ 366.70 |

```
                    ===================================
             TOTAL FEES      19.40   $  3,413.20

             TOTAL FEES DUE           $  3,413.20
       TOTAL DISBURSEMENTS DUE        $      0.00
       TOTAL DUE THIS INVOICE         $  3,413.20
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301217

INVOICE #  810556

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301217  TC Number: 731439

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Review and respond to client e-mail from client with attached affirmative defenses regarding receipt of new matter and TILA disclosures | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/17/12 | Research and review Hillsborough County Official Records and email foreclosure counsel regarding transfer of pleadings for review | L110 | KK | .30 | 91.00 | 27.30 |
| 08/20/12 | Receive and review new file and email foreclosure counsel regarding transfer of pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/21/12 | Review official documents and docket and confirm bucket status of new file | L110 | KK | .20 | 91.00 | 18.20 |
| 08/22/12 | Review and respond to e-mail from client with origination file attached | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/24/12 | Receive and review entire case file and pleadings from foreclosure counsel | L110 | KK | .30 | 91.00 | 27.30 |
| 08/29/12 | Receive and review 200 pages of account history, correspondence, and mortgage documents | L110 | KK | 1.10 | 91.00 | 100.10 |

FEES                                                    $256.20

08/24/12 Copy Charges                            0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301217

FED ID NO. 63-0243316

---

| | | |
|---|---|---|
| 08/27/12 Copy Charges | | 0.00 |
| 08/27/12 Copy Charges | | 0.00 |
| 08/27/12 Copy Charges | | 0.00 |
| 08/28/12 Copy Charges | | 0.00 |
| 08/29/12 Copy Charges | | 0.00 |
| 08/29/12 Copy Charges | | 0.00 |

AMOUNT DUE THIS BILL                    $256.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301217

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 91.00 | 2.20 | 200.20 |
| Total | | | 2.40 | 256.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301217
BILL AMOUNT          $256.20                                   INVOICE #  810556

To:     ResCap                          TC Number:        731439
        1100 Virginia Drive             Invoice Date:     10/12/2012
        Fort Washington, PA 19034       Invoice No.       810556
                                        Period ending:    08/31/2012

Case Management Number     LD  0R0808-301217

|                                    | Current Invoice |        |
| Code Task                          | Hours           | $ Fees |
| L110 Fact Investigation/Development | 2.20            | $ 200.20 |
| L120 Analysis/Strategy             | 0.20            | $  56.00 |

```
                    ===================================
        TOTAL FEES    2.40        $   256.20
```

```
            TOTAL FEES DUE             $   256.20
       TOTAL DISBURSEMENTS DUE         $     0.00
         TOTAL DUE THIS INVOICE        $   256.20
```



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301218

INVOICE #  810557

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301218  TC Number: 731473

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/14/12 | Review Amended Complaint and access online docket | L210 | JAM | .30 | 145.00 | 43.50 |
| 08/15/12 | Review complaint | L210 | JLJ | .40 | 193.00 | 77.20 |
| 08/16/12 | Analyze land trust case strategy | B110 | RR | 1.10 | 215.00 | 236.50 |
| 08/16/12 | Search online docket to obtain case information | L190 | JAM | .20 | 145.00 | 29.00 |
| 08/16/12 | Research regarding assessed property value | L110 | AHC | .40 | 145.00 | 58.00 |
| 08/17/12 | Review Florida filing rules | B110 | RR | .50 | 215.00 | 107.50 |
| 08/21/12 | Review answer and removal deadlines for new matter | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/21/12 | Review fact package | B110 | RR | 1.50 | 215.00 | 322.50 |
| 08/22/12 | E-mail with client regard BPO | B110 | RR | .30 | 215.00 | 64.50 |
| 08/22/12 | Draft responsive pleading | B110 | RR | .50 | 215.00 | 107.50 |
| 08/22/12 | Review docket to confirm pleadings filed | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/23/12 | Begin assembling exhibits to responsive pleading | L210 | JAM | .70 | 145.00 | 101.50 |
| 08/23/12 | Continue drafting responsive pleading | B110 | RR | 1.50 | 215.00 | 322.50 |
| 08/24/12 | Continued drafting responsive pleading | B110 | RR | 3.90 | 215.00 | 838.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
ResCap                                                          OCTOBER 12, 2012

0R0808-301218

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/24/12 | Assemble and prepare exhibits for responsive pleading | L210 | JAM | 1.60 | 145.00 | 232.00 |
| 08/24/12 | Research and compile list of Fidelity Land Trust cases | L190 | JAM | .40 | 145.00 | 58.00 |
| 08/24/12 | Retrieve and review PACER documents for related cases | L110 | AHC | .80 | 145.00 | 116.00 |
| 08/27/12 | Edit responsive pleading | B110 | RR | 3.00 | 215.00 | 645.00 |
| 08/27/12 | Review responsive pleading relative to exhibits and continue assembling exhibits | L210 | JAM | 1.60 | 145.00 | 232.00 |
| 08/31/12 | Review notice to dismiss party | L250 | JLJ | .10 | 193.00 | 19.30 |
| 08/31/12 | E-mail with client regarding case status | B110 | RR | .30 | 215.00 | 64.50 |

FEES                                              $3,733.50


AMOUNT DUE THIS BILL                    $3,733.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301218

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Alecia H. Cockrell | Paralegal | 145.00 | 1.40 | 203.00 |
| Jamie Mathews | Paralegal | 145.00 | 5.00 | 725.00 |
| Jessica L. Jones | Associate | 193.00 | .50 | 96.50 |
| Ryan Robichaux | Associate | 215.00 | 12.60 | 2,709.00 |
| Total | | | 19.50 | 3,733.50 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $3,733.50

OCTOBER 12, 2012
0R0808-301218
INVOICE #   810557

| | | |
|---|---|---|
| To:   ResCap | TC Number: | 731473 |
| 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| Fort Washington, PA 19034 | Invoice No. | 810557 |
| | Period ending: | 08/31/2012 |

Case Management Number      LD   0R0808-301218

| Code | Task | Current Invoice Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 12.60 | $  2,709.00 |
| L110 | Fact Investigation/Development | 1.40 | $    203.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $     87.00 |
| L210 | Pleadings | 4.80 | $    715.20 |
| L250 | Other Written Motions/Submissions | 0.10 | $     19.30 |

=====================================

| | | | |
|---|---|---|---|
| | TOTAL FEES | 19.50 | $  3,733.50 |
| | TOTAL FEES DUE | | $  3,733.50 |
| | TOTAL DISBURSEMENTS DUE | | $      0.00 |
| | TOTAL DUE THIS INVOICE | | $  3,733.50 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                         0R0808-301219
Fort Washington, PA 19034

                                                            INVOICE #  810558

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301219  TC Number: 731540

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Review Complaint. | L210 | JDR | .20 | 293.00 | 58.60 |
| 08/15/12 | E-mail correspondence with client regarding Complaint | L210 | JDR | .10 | 293.00 | 29.30 |
| 08/16/12 | Evaluate Complaint in attempt to determine priority of loan and to determine whether to file answer or dispositive motion. | L210 | JDR | .90 | 293.00 | 263.70 |
| 08/17/12 | Analyze complaint and exhibits regarding lien priority and resulting strategy | L210 | MMB | 1.20 | 240.00 | 288.00 |
| 08/17/12 | E-mail with client regarding lien priority and resulting strategy | L210 | MMB | .30 | 240.00 | 72.00 |
| 08/21/12 | Review file re bankruptcy issues | L110 | AHC | .30 | 145.00 | 43.50 |
| 08/21/12 | Call to B.Eisele regarding Complaint and lien priority. | C100 | JDR | .10 | 293.00 | 29.30 |
| 08/21/12 | E-mail to client regarding whether borrowers are current on their GMAC loan. | C100 | JDR | .10 | 293.00 | 29.30 |
| 08/21/12 | Strategy regarding supplemental bankruptcy order | C300 | MCG | .20 | 323.00 | 64.60 |
| 08/21/12 | Telephone conference with B.Eisele regarding background facts of case. | C100 | JDR | .10 | 293.00 | 29.30 |
| 08/23/12 | Draft joint motion for extension of time to answer and agreed order regarding same | L210 | MMB | 1.70 | 240.00 | 408.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301219

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Revise consent motion extending answer deadline for filing | L210 | MMB | .70 | 240.00 | 168.00 |
| 08/27/12 | Telephone conference with clerk regarding consent motion extending answer deadline | L210 | MMB | .20 | 240.00 | 48.00 |
| 08/27/12 | Telephone conference and e-mail with B.Eisele regarding consent extension to answer | L210 | MMB | .40 | 240.00 | 96.00 |
| 08/28/12 | Finalize joint motion for extension to answer for filing | L210 | MMB | .30 | 240.00 | 72.00 |
| 08/28/12 | Execute revised motion for extension of time within which to file answer. | L210 | JDR | .10 | 293.00 | 29.30 |

FEES                                  $1,728.90

AMOUNT DUE THIS BILL              $1,728.90

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301219

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | 1.60 | 468.80 |
| Alecia H. Cockrell | Paralegal | 145.00 | .30 | 43.50 |
| Michael C. Griffin | Partner | 323.00 | .20 | 64.60 |
| Melissa Burton | Associate | 240.00 | 4.80 | 1,152.00 |
| | | | | |
| Total | | | 6.90 | 1,728.90 |



# BRADLEY ARANT
# BOULT CUMMINGS
### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301219
BILL AMOUNT        $1,728.90                               INVOICE #  810558

To:     ResCap                          TC Number:           731540
        1100 Virginia Drive             Invoice Date:        10/12/2012
        Fort Washington, PA 19034       Invoice No.          810558
                                        Period ending:       08/31/2012

Case Management Number     LD  0R0808-301219

                                           Current Invoice
Code Task                                Hours          Fees

C100 Fact Gathering                       0.30    $      87.90
C300 Analysis and Advice                  0.20    $      64.60
L110 Fact Investigation/Development       0.30    $      43.50
L210 Pleadings                            6.10    $   1,532.90

                        ==================================
                TOTAL FEES        6.90    $   1,728.90

                TOTAL FEES DUE            $   1,728.90
        TOTAL DISBURSEMENTS DUE           $       0.00
        TOTAL DUE THIS INVOICE           $   1,728.90



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301220
Fort Washington, PA 19034

                                                              INVOICE #  810559

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301220  TC Number: 731502

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Receipt / review of new file draft timeline, case analysis and evaluate plan of action | L110 | BG | .80 | 190.00 | 152.00 |
| 08/16/12 | Determine upcoming deadlines for appeal | L120 | BG | .40 | 190.00 | 76.00 |
| 08/16/12 | Review new file from client enclosing appellate information on appeal of case filed by borrower | L510 | JHP | 1.10 | 245.00 | 269.50 |
| 08/21/12 | Evaluate status of appeal | L120 | BG | .20 | 190.00 | 38.00 |
| 08/23/12 | Cross-reference record on appeal with Circuit Court docket entries and retrieve and review 56 pleadings from district court website | L110 | AHC | 4.70 | 145.00 | 681.50 |
| 08/23/12 | Review lower court record regarding designation of appeals record | L120 | BG | .20 | 190.00 | 38.00 |
| 08/23/12 | Evaluate pleadings needed for filing in response to Petition in Error | L120 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Work on Response to Petition in Error | L210 | BG | .20 | 190.00 | 38.00 |
| 08/23/12 | Correspondence with client regarding pre appeal mediation | L230 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Correspondence with foreclosure counsel regarding appeal | L120 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Review of entire pleadings file from state court case in preparation for drafting counter designation of record on appeal | L510 | JHP | 2.90 | 245.00 | 710.50 |
| 08/23/12 | Edit counter designation of record on appeal and summary of case as required by Supreme Court of Oklahoma | L510 | JHP | 2.80 | 245.00 | 686.00 |
| 08/23/12 | Email to client contact to advise of appellate group's handling of appeal and to discuss initial issues and response deadline | L510 | JHP | .20 | 245.00 | 49.00 |
| 08/23/12 | Research on status of appeal and on Oklahoma timing rules | L510 | MJA | .30 | 297.00 | 89.10 |
| 08/24/12 | Initial review of pleadings from District Court file | L120 | ERP | 1.30 | 150.00 | 195.00 |
| 08/24/12 | Initial draft of Entry of Appearance for J.Patterson | L120 | ERP | .40 | 150.00 | 60.00 |
| 08/24/12 | Initial draft of application, Motion to Associate Counsel, and Order Admitting to Practice for Pro Hac Vice admission for M.Ayers | L120 | ERP | 2.10 | 150.00 | 315.00 |
| 08/24/12 | Review of draft appellate filings in Oklahoma Supreme Court | L510 | MJA | .50 | 297.00 | 148.50 |
| 08/24/12 | Correspondence with client about pre-appeal mediation | L120 | BG | .10 | 190.00 | 19.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 12, 2012

0R0808-301220

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/24/12 | Emails to/from client contacts to discuss status of appeal and pleadings to be filed by Monday | L510 | JHP | .30 | 245.00 | 73.50 |
| 08/24/12 | Made final revisions and edits to various pleadings required to be filed in appellate court and prepared pleadings for filing | L510 | JHP | 2.20 | 245.00 | 539.00 |
| 08/24/12 | Final revision of Entry of Appearance, Counter-Designation of Record and Response to Petition in Error | L510 | AHC | .90 | 145.00 | 130.50 |

FEES                                    $4,365.10

AMOUNT DUE THIS BILL              $4,365.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      4
OCTOBER 12, 2012

0R0808-301220

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Marc J. Ayers | Partner | 297.00 | .80 | 237.60 |
| Alecia H. Cockrell | Paralegal | 145.00 | 5.60 | 812.00 |
| Emily R. Powell | Paralegal | 150.00 | 3.80 | 570.00 |
| Jon H. Patterson | Associate | 245.00 | 9.50 | 2,327.50 |
| Blake Goodsell | Associate | 190.00 | 2.20 | 418.00 |
| Total |  |  | 21.90 | 4,365.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301220
BILL AMOUNT          $4,365.10                            INVOICE #  810559

To:    ResCap                      TC Number:        731502
       1100 Virginia Drive         Invoice Date:     10/12/2012
       Fort Washington, PA 19034   Invoice No.       810559
                                   Period ending:    08/31/2012

Case Management Number      LD   0R0808-301220

                                        Current Invoice
Code Task                               Hours          Fees

L110 Fact Investigation/Development      5.50      $    833.50
L120 Analysis/Strategy                   4.90      $    779.00
L210 Pleadings                           0.20      $     38.00
L230 Court Mandated Conferences          0.10      $     19.00
L510 Appellate Motions and Submissions  11.20      $  2,695.60

                                   =================================
                 TOTAL FEES         23.40      $  4,365.10

                 TOTAL FEES DUE                $  4,365.10
         TOTAL DISBURSEMENTS DUE               $      0.00
            TOTAL DUE THIS INVOICE             $  4,365.10



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301221

INVOICE #  810560

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301221   TC Number: 731485

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Receive and review new file and email foreclosure counsel regarding transfer of pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/20/12 | Email to client acknowledging receipt of new matter and outlining strategy for analysis of same | C300 | JJE | .10 | 197.00 | 19.70 |

FEES                                    $47.00

AMOUNT DUE THIS BILL                     $47.00

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301221

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | .40 | 47.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301221
BILL AMOUNT          $47.00                              INVOICE #  810560

To:   ResCap                      TC Number:        731485
      1100 Virginia Drive         Invoice Date:     10/12/2012
      Fort Washington, PA 19034   Invoice No.       810560
                                  Period ending:    08/31/2012

Case Management Number     LD  0R0808-301221

|      |                                | Current Invoice | |
| Code | Task                           | Hours | Fees |
|------|--------------------------------|-------|------|
| C300 | Analysis and Advice            | 0.10  | $  19.70 |
| L110 | Fact Investigation/Development | 0.30  | $  27.30 |

```
                       ========================================
            TOTAL FEES      0.40      $      47.00

              TOTAL FEES DUE          $      47.00
       TOTAL DISBURSEMENTS DUE        $       0.00
        TOTAL DUE THIS INVOICE        $      47.00
```



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301223
Fort Washington, PA 19034

                                                               INVOICE #  810561

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301223  TC Number: 731703

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Review and respond to e-mail from client with attached answer and affirmative defenses regarding receipt of new matter | L120 | NSR | .20 | 280.00 | 56.00 |
| 08/20/12 | Receive and review new file and email foreclosure counsel regarding transfer of pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/22/12 | Begin draft of file review and chronology of events to analyze and determine merits of alleged affirmative defenses | L110 | KK | .40 | 91.00 | 36.40 |
| 08/31/12 | Draft file review memo and email foreclosure counsel regarding status of case | L110 | KK | 2.10 | 91.00 | 191.10 |

                              FEES                                $310.80


                              AMOUNT DUE THIS BILL                $310.80

                    ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301223

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 91.00 | 2.80 | 254.80 |
| Total | | | 3.00 | 310.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301223
BILL AMOUNT          $310.80                              INVOICE #  810561

---

To:    ResCap                          TC Number:        731703
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810561
                                       Period ending:    08/31/2012


Case Management Number      LD   0R0808-301223


|  |  | Current Invoice | |
| Code | Task | Hours | Fees |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.80 | $   254.80 |
| L120 | Analysis/Strategy | 0.20 | $    56.00 |
| | ======================================= | | |
| | TOTAL FEES | 3.00 | $   310.80 |

|  |  |  |
|---|---|---|
| TOTAL FEES DUE | $ | 310.80 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 310.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301224
Fort Washington, PA 19034

                                                          INVOICE #  810562

                                                          **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301224  TC Number: 731705

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Receive and review new file and research docket, and email foreclosure client regarding transfer of pleadings | L110 | KK | .30 | 91.00 | 27.30 |
| 08/23/12 | Email to client regarding strategy for handling the review and analysis of the file and timelines regarding same | C300 | JJE | .10 | 197.00 | 19.70 |
| 08/23/12 | Emails from and to client regarding fact package for review in support of analysis of file | C300 | JJE | .20 | 197.00 | 39.40 |

                              FEES                              $86.40


                       AMOUNT DUE THIS BILL                     $86.40


                   ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
ResCap                                                      OCTOBER 12, 2012

0R0808-301224

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .30 | 59.10 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | .60 | 86.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301224
BILL AMOUNT          $86.40                               INVOICE #  810562
_____

To:    ResCap                        TC Number:          731705
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810562
                                     Period ending:      08/31/2012


Case Management Number       LD   0R0808-301224


                                        Current Invoice
                                     Hours              Fees
Code Task

C300 Analysis and Advice              0.30      $    59.10
L110 Fact Investigation/Development   0.30      $    27.30

                                 ====================================
                 TOTAL FEES          0.60      $    86.40

                 TOTAL FEES DUE                 $    86.40
           TOTAL DISBURSEMENTS DUE              $     0.00
           TOTAL DUE THIS INVOICE               $    86.40



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301225

INVOICE # 810563

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301225   TC Number: 731586

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Research docket and public records to determine status of liens, title, and assignments. | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 08/23/12 | Further review of records to determine status of all liens and releases corresponding to additional foreclosures. | L110 | MPE | .50 | 149.00 | 74.50 |
| 08/29/12 | Further research of public records and court records to determine status of additional active cases against borrower and property. prepare initial draft of litigation analysis and detailed timeline of case events. | L110 | MPE | 2.60 | 149.00 | 387.40 |
| 08/30/12 | Review 98 pages of pleadings and add to litigation analysis and timeline of case events. | L110 | MPE | .90 | 149.00 | 134.10 |

FEES                                              $774.80

AMOUNT DUE THIS BILL                              $774.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301225

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melisa P. Palmer | Paralegal | 149.00 | 5.20 | 774.80 |
| Total | | | 5.20 | 774.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0808-301225
BILL AMOUNT          $774.80                                    INVOICE #  810563

To:    ResCap                        TC Number:         731586
       1100 Virginia Drive           Invoice Date:      10/12/2012
       Fort Washington, PA 19034      Invoice No.        810563
                                     Period ending:     08/31/2012


Case Management Number      LD  0R0808-301225


                                       Current Invoice
Code Task                              Hours          Fees

L110 Fact Investigation/Development     5.20    $    774.80

                             ========================================
                  TOTAL FEES            5.20    $    774.80

                  TOTAL FEES DUE                $    774.80
          TOTAL DISBURSEMENTS DUE               $      0.00
           TOTAL DUE THIS INVOICE               $    774.80



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301226

INVOICE #  810564

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301226  TC Number: 731597

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Receive and review discovery responses and objections | L110 | MPE | .40 | 149.00 | 59.60 |
| 08/15/12 | Review matter to determine service date of petition. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/15/12 | Review and analysis of file to assist with hearing preparation and subpoena response. | L110 | MPE | 2.10 | 149.00 | 312.90 |
| 08/16/12 | Receipt / review of all pleadings and evaluate strengths and weaknesses of case in preparation for conference call regarding scheduling of preliminary injunction hearing | L120 | BG | .70 | 190.00 | 133.00 |
| 08/16/12 | Conference call with client and Griffin about potential rescheduling of hearing | L230 | BG | .20 | 190.00 | 38.00 |
| 08/17/12 | Review file to determine date of service of petition for injunction. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/17/12 | Review results of injunction hearing | L230 | BG | .10 | 190.00 | 19.00 |
| 08/21/12 | Review and analyze hearing results, including communicating with foreclosure counsel regarding same, and draft recommendation regarding potential appeal | C300 | ASI | 2.10 | 249.00 | 522.90 |
| 08/21/12 | Conference call with local counsel about results of hearing | L230 | BG | .40 | 190.00 | 76.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301226

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Review appellate rules and draft recommendation to client regarding appeal | C300 | ASI | 1.10 | 249.00 | 273.90 |
| 08/22/12 | Review plan of action for appeal | L120 | BG | .20 | 190.00 | 38.00 |
| 08/31/12 | Begin to prepare initial litigation analysis | C300 | ASI | .30 | 249.00 | 74.70 |
| 08/31/12 | Review documents received from additional counsel in preparation of initial analysis | L190 | LADA | .50 | 65.00 | 32.50 |

FEES                                     $1,640.10

| | | |
|------|-------------|------|
| 08/14/12 | Copy Charges response memorandum - dean | 0.00 |
| 08/14/12 | Copy Charges Motion to Compel - Dean | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |
| 08/27/12 | Copy Charges | 0.00 |

AMOUNT DUE THIS BILL              $1,640.10

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

0R0808-301226

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Avery Simmons | Associate | 249.00 | 3.50 | 871.50 |
| Blake Goodsell | Associate | 190.00 | 1.60 | 304.00 |
| Lucinda Kish | Paralegal | 65.00 | .50 | 32.50 |
| Melisa P. Palmer | Paralegal | 149.00 | 2.90 | 432.10 |
| Total | | | 8.50 | 1,640.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301226
BILL AMOUNT         $1,640.10                               INVOICE #  810564
_____

To:    ResCap                        TC Number:        731597
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810564
                                     Period ending:    08/31/2012


Case Management Number     LD  0R0808-301226


                                          Current Invoice
Code Task                                 Hours          Fees

C300 Analysis and Advice                   3.50    $    871.50
L110 Fact Investigation/Development        2.90    $    432.10
L120 Analysis/Strategy                     0.90    $    171.00
L190 Other Case Assessment, Develop't/Admin 0.50   $     32.50
L230 Court Mandated Conferences            0.70    $    133.00


                         ===================================
              TOTAL FEES    8.50    $  1,640.10

              TOTAL FEES DUE          $  1,640.10
        TOTAL DISBURSEMENTS DUE       $      0.00
          TOTAL DUE THIS INVOICE      $  1,640.10



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                   OCTOBER 12, 2012
1100 Virginia Drive                                      0R0808-301227
Fort Washington, PA 19034

                                                         INVOICE #  810565

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301227  TC Number: 731718

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Receive and review new file and research docket to determine status of case, and email foreclosure counsel regarding transfer of pleadings | L110 | KK | .30 | 91.00 | 27.30 |
| 08/23/12 | Email to client regarding strategy for handling the review and analysis of the file and timelines regarding same | C300 | JJE | .10 | 197.00 | 19.70 |

                         FEES                              $47.00


                 AMOUNT DUE THIS BILL                      $47.00


              ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301227

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .10 | 19.70 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | .40 | 47.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301227
BILL AMOUNT          $47.00                     INVOICE #  810565

To:    ResCap                    TC Number:        731718
       1100 Virginia Drive       Invoice Date:     10/12/2012
       Fort Washington, PA 19034 Invoice No.       810565
                                 Period ending:    08/31/2012

Case Management Number      LD   0R0808-301227

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.10 | $ 19.70 |
| L110 | Fact Investigation/Development | 0.30 | $ 27.30 |
| | | ============================ | |
| | TOTAL FEES | 0.40 | $ 47.00 |

                     TOTAL FEES DUE          $    47.00
              TOTAL DISBURSEMENTS DUE        $     0.00
                 TOTAL DUE THIS INVOICE      $    47.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301228

INVOICE #  810566

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301228  TC Number: 731723

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/21/12 | Review new filen and research docket to determine status of case, and review available online pleadings | L110 | KK | .40 | 91.00 | 36.40 |
| 08/21/12 | Respond to client e-mail with attached answer regarding analysis of affirmative defenses | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/23/12 | Begin first draft of file review and chronology of events to determine status of case and analyze merits of alleged affirmative defenses | L110 | KK | .50 | 91.00 | 45.50 |
| 08/28/12 | Receive and review client correspondence, loan servicing history, and mortgage documents to determine status of case and begin file review | L110 | KK | 1.70 | 91.00 | 154.70 |
| 08/30/12 | Acknowledge receipt of fact package | L110 | NSR | .10 | 280.00 | 28.00 |

FEES                                                          $292.60


AMOUNT DUE THIS BILL                                          $292.60


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301228

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 91.00 | 2.60 | 236.60 |
| Total | | | 2.80 | 292.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301228

BILL AMOUNT        $292.60

INVOICE #  810566

| To: | ResCap | | TC Number: | 731723 |
| | 1100 Virginia Drive | | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | | Invoice No. | 810566 |
| | | | Period ending: | 08/31/2012 |

Case Management Number      LD  0R0808-301228

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | $ | Fees |
| L110 | Fact Investigation/Development | 2.70 | $ | 264.60 |
| L120 | Analysis/Strategy | 0.10 | $ | 28.00 |
| | | ==================================== | | |
| | TOTAL FEES | 2.80 | $ | 292.60 |
| | TOTAL FEES DUE | | $ | 292.60 |
| | TOTAL DISBURSEMENTS DUE | | $ | 0.00 |
| | TOTAL DUE THIS INVOICE | | $ | 292.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301229
Fort Washington, PA 19034

                                                           INVOICE #  810567

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301229  TC Number: 690458

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Draft and send email to retained counsel regarding identity of title insurance company claims counsel | L120 | HEA | .50 | 266.00 | 133.00 |
| 08/20/12 | Review title insurance documents and correspondence to assist with negotiations with title insurance company | L120 | HEA | 2.00 | 266.00 | 532.00 |
| 08/28/12 | Review information provided by GMAC and retained counsel regarding status of lien dispute | L110 | HEA | 1.50 | 266.00 | 399.00 |
| 08/28/12 | Draft and send correspondence to claims counsel at title insurance company regarding recent demand for release of lien and status of lien dispute | L160 | HEA | 1.00 | 266.00 | 266.00 |

FEES                                          $1,330.00


AMOUNT DUE THIS BILL                          $1,330.00


***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301229

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hall Eady | Partner | 266.00 | 5.00 | 1,330.00 |
| Total | | | 5.00 | 1,330.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301229

BILL AMOUNT        $1,330.00

INVOICE #  810567

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 690458 |
| Invoice Date: | 10/12/2012 |
| Invoice No. | 810567 |
| Period ending: | 08/31/2012 |

Case Management Number        LD  0R0808-301229

| Code | Task | Hours | Fees |
|---|---|---|---|
| | | Current Invoice | |
| L110 | Fact Investigation/Development | 1.50 | $   399.00 |
| L120 | Analysis/Strategy | 2.50 | $   665.00 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $   266.00 |
| | | ======================================== | |
| | TOTAL FEES | 5.00 | $ 1,330.00 |

|  |  |
|---|---|
| TOTAL FEES DUE | $ 1,330.00 |
| TOTAL DISBURSEMENTS DUE | $     0.00 |
| TOTAL DUE THIS INVOICE | $ 1,330.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                             0R0808-301230
Fort Washington, PA 19034

                                                                INVOICE #  810568

                                                                FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301230  TC Number: 731941

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Initial review of documents | L110 | EAF | .50 | 358.00 | 179.00 |
| 08/30/12 | Emails with client regarding service and representation of defendants | C400 | EAF | .30 | 358.00 | 107.40 |
| 08/31/12 | Draft Internal Litigation And Budget Analysis | B110 | SAP | .50 | 323.00 | 161.50 |
| 08/31/12 | Review and analyze all materials received from client re case including complaint and plaintiff's claim to the Consumer Financial Protection Bureau in conjunction with e-mail correspondence re case and search of Maryland Judiciary Case Search website | C100 | SAP | 1.00 | 323.00 | 323.00 |
| 08/31/12 | Legal research re quiet title actions under Maryland law in federal district court | C200 | SAP | .50 | 323.00 | 161.50 |

                               FEES                                $932.40


                          AMOUNT DUE THIS BILL                     $932.40


                    ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301230

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Eric A. Frechtel | Partner | 358.00 | .80 | 286.40 |
| Steven A. Pozefsky | Associate | 323.00 | 2.00 | 646.00 |
| Total | | | 2.80 | 932.40 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  OCTOBER 12, 2012
                                                        0R0808-301230
BILL AMOUNT          $932.40                            INVOICE #  810568

---

To:    ResCap                      TC Number:            731941
       1100 Virginia Drive         Invoice Date:         10/12/2012
       Fort Washington, PA 19034   Invoice No.           810568
                                   Period ending:        08/31/2012


Case Management Number      LD  0R0808-301230


|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B110 | Case Administration | 0.50 | $ 161.50 |
| C100 | Fact Gathering | 1.00 | $ 323.00 |
| C200 | Researching Law | 0.50 | $ 161.50 |
| C400 | Third Party Communication | 0.30 | $ 107.40 |
| L110 | Fact Investigation/Development | 0.50 | $ 179.00 |
| | | ================================ | |
| | TOTAL FEES | 2.80 | $ 932.40 |

                    TOTAL FEES DUE           $   932.40
              TOTAL DISBURSEMENTS DUE        $     0.00
              TOTAL DUE THIS INVOICE         $   932.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301231

INVOICE #  810569

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301231  TC Number: 731956

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Receive and review new file and email foreclosure counsel regarding transfer of pleadings, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 08/28/12 | Email from and to client regarding proposed answer to affirmative defenses as raised by the borrowers | C300 | JJE | .20 | 197.00 | 39.40 |
| 08/30/12 | Receive case file and research and review recorded documents and begin draft of file eview to analyze the merits of the alleged affirmative defenses and determine scope and status of case going forward | L110 | KK | 2.10 | 91.00 | 191.10 |

FEES                                        $257.80

AMOUNT DUE THIS BILL                        $257.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301231

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Joycelyn J. Eason | Associate | 197.00 | .20 | 39.40 |
| Kerry Keane | Paralegal | 91.00 | 2.40 | 218.40 |
| Total | | | 2.60 | 257.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
                                                      0R0808-301231
BILL AMOUNT            $257.80                         INVOICE #  810569

To:    ResCap                          TC Number:        731956
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810569
                                       Period ending:    08/31/2012

Case Management Number      LD   0R0808-301231

|                                        | Current Invoice |          |
|-----------------------------------------|-------|---------|
| Code Task                               | Hours |    Fees |
| C300 Analysis and Advice                | 0.20  | $  39.40 |
| L110 Fact Investigation/Development     | 2.40  | $ 218.40 |
| TOTAL FEES                              | 2.60  | $ 257.80 |
| TOTAL FEES DUE                          |       | $ 257.80 |
| TOTAL DISBURSEMENTS DUE                 |       | $   0.00 |
| TOTAL DUE THIS INVOICE                  |       | $ 257.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301232

INVOICE #  810570

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301232  TC Number: 731754

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Draft correspondence to counsel regarding proposed schedule | L240B | LADA | .50 | 65.00 | 32.50 |
| 08/24/12 | Review and analyze third party complaint and request extension of time to respond | L120 | MSW | .60 | 254.00 | 152.40 |
| 08/27/12 | Correspondence with foreclosure counsel regarding attendance at hearing and division of labor on case moving forward | C400 | MCG | .30 | 323.00 | 96.90 |
| 08/27/12 | Begin drafting answer to complaint | L120 | MSW | 1.40 | 254.00 | 355.60 |
| 08/27/12 | Multiple conversations with K.Dutill and foreclosure counsel regarding motion to bifurcate | L120 | MSW | .30 | 254.00 | 76.20 |
| 08/28/12 | Initial review and analysis of third-party's claims | L120 | CWH | .20 | 330.00 | 66.00 |
| 08/28/12 | Draft letter to counsel regarding proposed schedule | L240B | LADA | .50 | 65.00 | 32.50 |
| 08/28/12 | Review pleadings and mortgage documents to prepare for hearing on motion to sever third party complaint | L120 | MCG | 2.90 | 323.00 | 936.70 |
| 08/28/12 | Review case law regarding standard of review and grounds for granting for motion to sever | C200 | MCG | 1.20 | 323.00 | 387.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0808-301232

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/28/12 | Review and revise correspondence to counsel for borrower related to motion to sever | C400 | MCG | .10 | 323.00 | 32.30 |
| 08/29/12 | Prepare Order granting motion to sever | L210 | MCG | .40 | 323.00 | 129.20 |
| 08/29/12 | Prepare correspondence to counsel with proposed order | L210 | MCG | .10 | 323.00 | 32.30 |
| 08/29/12 | Prepare for hearing on motion to sever | L120 | MCG | .50 | 323.00 | 161.50 |
| 08/29/12 | Attend hearing on motion to sever | L230 | MCG | .40 | 323.00 | 129.20 |
| 08/30/12 | Correspondence with co-defendant counsel and borrower's counsel regarding proposed order on motion to sever | C400 | MCG | .20 | 323.00 | 64.60 |

FEES                                  $2,685.50

AMOUNT DUE THIS BILL                  $2,685.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0808-301232

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .20 | 66.00 |
| Michael C. Griffin | Partner | 323.00 | 6.10 | 1,970.30 |
| Mark S. Wierman | Associate | 254.00 | 2.30 | 584.20 |
| Lucinda Kish | Paralegal | 65.00 | 1.00 | 65.00 |
| Total | | | 9.60 | 2,685.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301232
BILL AMOUNT        $2,685.50                              INVOICE #  810570

To:    ResCap                        TC Number:        731754
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810570
                                     Period ending:    08/31/2012

Case Management Number     LD  0R0808-301232

                                          Current Invoice
Code Task                            Hours            Fees

C200 Researching Law                  1.20    $       387.60
C400 Third Party Communication        0.60    $       193.80
L120 Analysis/Strategy                5.90    $     1,748.40
L210 Pleadings                        0.50    $       161.50
L230 Court Mandated Conferences       0.40    $       129.20
L240BAll Other                        1.00    $        65.00

                              ==================================
              TOTAL FEES       9.60    $     2,685.50

              TOTAL FEES DUE            $     2,685.50
      TOTAL DISBURSEMENTS DUE           $         0.00
        TOTAL DUE THIS INVOICE          $     2,685.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0808-301233
Fort Washington, PA 19034

                                                          INVOICE #  810571

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301233  TC Number: 731805

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/23/12 | Review and respond to client e-mail from client with attached answer and affirmative defenses regarding analysis of defenses | L120 | NSR | .10 | 280.00 | 28.00 |
| 08/23/12 | Receive and review new file and research docket to determine status of case, and email client to confirm new foreclosure counsel of record | L110 | KK | .40 | 91.00 | 36.40 |
| 08/30/12 | Receive and review pleadings and 300 pages of client documents, correspondence, mortgage documents, and account history | L110 | KK | 1.40 | 91.00 | 127.40 |
| 08/30/12 | Review and acknowledge receipt of fact package | L110 | NSR | .10 | 280.00 | 28.00 |

                          FEES                            $219.80


                          AMOUNT DUE THIS BILL            $219.80


                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301233

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 91.00 | 1.80 | 163.80 |
| Total | | | 2.00 | 219.80 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0808-301233
BILL AMOUNT          $219.80                         INVOICE #  810571

To:    ResCap                        TC Number:        731805
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810571
                                     Period ending:    08/31/2012

Case Management Number     LD  0R0808-301233

|  |  | Current Invoice | |
| --- | --- | --- | --- |
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 1.90 | $ 191.80 |
| L120 | Analysis/Strategy | 0.10 | $ 28.00 |
| | =================================== | | |
| | TOTAL FEES | 2.00 | $ 219.80 |
| | TOTAL FEES DUE | | $ 219.80 |
| | TOTAL DISBURSEMENTS DUE | | $ 0.00 |
| | TOTAL DUE THIS INVOICE | | $ 219.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
1100 Virginia Drive                                 0R0808-301234
Fort Washington, PA 19034

                                                    INVOICE #  810572

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301234  TC Number: 731895

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Correspondence with client regarding status of borrower's underlying suit | L120 | GWG | .20 | 263.00 | 52.60 |
| 08/23/12 | Review state court file in the borrower's underlying suit against her insurer | L110 | GWG | .50 | 263.00 | 131.50 |
| 08/23/12 | Obtain state court pleadings in April Goldston v. Allstate Insurance to determine case strategy and possible further involvement in litigation | L110 | MST | .40 | 150.00 | 60.00 |

                              FEES                           $244.10

                    AMOUNT DUE THIS BILL                     $244.10

             ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301234

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | .40 | 60.00 |
| Graham W. Gerhardt | Partner | 263.00 | .70 | 184.10 |
| Total | | | 1.10 | 244.10 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                          0R0808-301234
BILL AMOUNT        $244.10                                INVOICE #  810572

To:    ResCap                          TC Number:        731895
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810572
                                       Period ending:    08/31/2012

Case Management Number     LD   0R0808-301234

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L110 | Fact Investigation/Development | 0.90 | $   191.50 |
| L120 | Analysis/Strategy | 0.20 | $    52.60 |
| | TOTAL FEES | 1.10 | $   244.10 |

                    TOTAL FEES DUE            $    244.10
            TOTAL DISBURSEMENTS DUE           $      0.00
            TOTAL DUE THIS INVOICE            $    244.10