

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
1100 Virginia Drive                                   0R0808-301235
Fort Washington, PA 19034

                                                      INVOICE #  810573

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301235  TC Number: 731975

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/27/12 | Research all public records for property and case details. | L110 | MPE | 1.10 | 149.00 | 163.90 |
| 08/27/12 | Research docket to determine status of case and any relevant deadlines. | L110 | MPE | .30 | 149.00 | 44.70 |
| 08/28/12 | E-mail to client regarding information needed in support of motion to open default and research regarding requirements for securing order opening default | L210 | CSM | .50 | 300.00 | 150.00 |
| 08/28/12 | Review and analyze case pleadings | L210 | CSM | .30 | 300.00 | 90.00 |
| 08/29/12 | Research regarding priority of serviced mortgage | C200 | CSM | .70 | 300.00 | 210.00 |
| 08/29/12 | Research regarding requirements for opening default | C200 | CSM | .60 | 300.00 | 180.00 |
| 08/29/12 | E-mail correspondence with client regarding information needed to support motion to open default judgment | L190 | CSM | .10 | 300.00 | 30.00 |
| 08/30/12 | Review 42 pages of pleadings from 2011 case and begin litigation analysis and timeline of case events based on those pleadings and related public records. | L110 | MPE | 2.10 | 149.00 | 312.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301235

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/31/12 | Review and analysis of prior foreclosure initiated on borrower's mortgage and dismissal of same and add to litigation analysis and time line of case events | L110 | MPE | 1.40 | 149.00 | 208.60 |

FEES $1,390.10

AMOUNT DUE THIS BILL $1,390.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301235

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 2.20 | 660.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 4.90 | 730.10 |
| Total | | | 7.10 | 1,390.10 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301235

BILL AMOUNT        $1,390.10

INVOICE #   810573

To:    ResCap                                TC Number:        731975
       1100 Virginia Drive                   Invoice Date:     10/12/2012
       Fort Washington, PA 19034             Invoice No.       810573
                                             Period ending:    08/31/2012

Case Management Number       LD   0R0808-301235

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| --- | --- | --- | --- |
| C200 Researching Law | | 1.30 | $ 390.00 |
| L110 Fact Investigation/Development | | 4.90 | $ 730.10 |
| L190 Other Case Assessment, Develop't/Admin | | 0.10 | $ 30.00 |
| L210 Pleadings | | 0.80 | $ 240.00 |
| TOTAL FEES | | 7.10 | $ 1,390.10 |

|  |  |
| --- | --- |
| TOTAL FEES DUE | $ 1,390.10 |
| TOTAL DISBURSEMENTS DUE | $ 0.00 |
| TOTAL DUE THIS INVOICE | $ 1,390.10 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0808-301236
Fort Washington, PA 19034

                                                              INVOICE #  810574

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301236  TC Number: 732037

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/29/12 | Review new file received from client | L110 | GWG | 1.40 | 263.00 | 368.20 |
| 08/30/12 | Correspondence with client regarding upcoming hearing for failure to prosecute | L120 | GWG | .20 | 263.00 | 52.60 |
| 08/31/12 | Initial analysis of Complaint to determine property address for obtaining title report and appraised value of property | L210 | MST | .40 | 150.00 | 60.00 |
| 08/31/12 | Request title report from title company and update file regarding same | L110 | MST | .40 | 150.00 | 60.00 |
| 08/31/12 | Obtain appraised value of property from county appraisal district and update file regarding same | L110 | MST | .40 | 150.00 | 60.00 |
| 08/31/12 | Update Bankruptcy Review Sheet with facts of case, bucket number, taxonomy and opposing counsel information | L140 | MST | .40 | 150.00 | 60.00 |

                          FEES                              $660.80


                  AMOUNT DUE THIS BILL                      $660.80


            ***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
ResCap                                                          OCTOBER 12, 2012

0R0808-301236

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Melanie Thompson | Paralegal | 150.00 | 1.60 | 240.00 |
| Graham W. Gerhardt | Partner | 263.00 | 1.60 | 420.80 |
| Total | | | 3.20 | 660.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301236
BILL AMOUNT          $660.80                             INVOICE #  810574

To:    ResCap                        TC Number:          732037
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810574
                                     Period ending:      08/31/2012

Case Management Number      LD  0R0808-301236

                                          Current Invoice
Code Task                                 Hours          Fees

L110 Fact Investigation/Development        2.20     $    488.20
L120 Analysis/Strategy                     0.20     $     52.60
L140 Document/File Management              0.40     $     60.00
L210 Pleadings                             0.40     $     60.00

                               =================================
                 TOTAL FEES     3.20     $    660.80

                 TOTAL FEES DUE           $    660.80
       TOTAL DISBURSEMENTS DUE            $      0.00
          TOTAL DUE THIS INVOICE          $    660.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301237

INVOICE #  810575

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301237  TC Number: 732122

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/04/12 | Review Amended Complaint, Quit Claim Deed, Mortgage, and Lis Pendens and research regarding Chamberlain Street Partners and plan and prepare for responsive pleading and removal and draft memorandum regarding the same | L210 | JLJ | 1.50 | 193.00 | 289.50 |
| 09/04/12 | Begin drafting motion to dismiss | L210 | JLJ | .90 | 193.00 | 173.70 |
| 09/04/12 | Correspondence with G.Albright regarding case status, responsive pleading, and information needed and review response to the same | L210 | JLJ | .40 | 193.00 | 77.20 |
| 09/04/12 | Research regarding collateral estoppel and res judicata and implications of dismissal with and without prejudice on motion for summary judgment, judgment on the pleadings, and summary judgment and draft memorandum regarding the same | L210 | JLJ | 2.40 | 193.00 | 463.20 |
| 09/04/12 | Review docket and tax assessment in preparation for drafting motion to dismiss | L210 | JLJ | .20 | 193.00 | 38.60 |
| 09/04/12 | Review initial information from client regarding change of title and case | L120 | HTC | .20 | 315.00 | 63.00 |
| 09/05/12 | Draft motion to dismiss | L210 | JLJ | 1.10 | 193.00 | 212.30 |
| 09/05/12 | Correspondence with G.Albright regarding motion to dismiss | L210 | JLJ | .10 | 193.00 | 19.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301237

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/06/12 | Telephone conference regarding status of title search | L110 | AHC | .20 | 145.00 | 29.00 |
| 09/06/12 | Plan and prepare for removal and calculate deadline for the same | L250 | JLJ | .20 | 193.00 | 38.60 |
| 09/06/12 | Review complaint and draft status report: MERS was served with the Amended Complaint on August 22, 2012 and a responsive pleading is due on September 10, 2012.  We have drafted a motion to dismiss and are in the process of evaluating this case for removal purposes. | L190 | JLJ | .20 | 193.00 | 38.60 |
| 09/06/12 | Telephone conference regarding status of title search | L110 | AHC | .20 | 145.00 | 29.00 |
| 09/06/12 | Research on PACER regarding similar cases | L110 | AHC | .60 | 145.00 | 87.00 |
| 09/06/12 | Correspondence regarding copy of complete court file needed | L190 | AHC | .20 | 145.00 | 29.00 |
| 09/06/12 | Receipt and initial review of title search | L110 | AHC | .20 | 145.00 | 29.00 |
| 09/07/12 | Initial review and analysis of state court pleadings as received from courier | L110 | AHC | .60 | 145.00 | 87.00 |
| 09/09/12 | Review and revise motion to dismiss | L250 | HTC | .20 | 315.00 | 63.00 |
| 09/10/12 | Revise motion to dismiss | L250 | HTC | .40 | 315.00 | 126.00 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 12, 2012

ResCap

0R0808-301237

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/10/12 | Review client documents, docket, and research regarding status of service on Quicken and Quicken as entity in existence and and revise motion to dismiss in preparation for filing | L210 | JLJ | 1.40 | 193.00 | 270.20 |
| 09/10/12 | Prepare exhibits for motion to dismiss | L240 | JLJ | .20 | 193.00 | 38.60 |
| 09/10/12 | Correspondence with client regarding client documents in preparation for filing motion to dismiss | L210 | JLJ | .10 | 193.00 | 19.30 |
| 09/10/12 | Review docket regarding status of returns of service | L110 | AHC | .20 | 145.00 | 29.00 |
| 09/10/12 | Preparation of 15 exhibits to Motion to Dismiss for attorney review | L240 | AHC | 3.10 | 145.00 | 449.50 |
| 09/11/12 | Final review and revision of Motion to Dismiss with 15 exhibits | L240 | AHC | 1.50 | 145.00 | 217.50 |
| 09/11/12 | Correspondence to opposing counsel regarding Motion to Dismiss | L240 | AHC | .20 | 145.00 | 29.00 |
| 09/11/12 | Correspondence with client regarding note and endorsements and current holder and investor and strategize regarding the same | L210 | JLJ | .40 | 193.00 | 77.20 |
| 09/11/12 | Review motion to dismiss, citation check of case law, review exhibits and prepare to file | L210 | JLJ | 1.20 | 193.00 | 231.60 |
| 09/11/12 | Correspondence with client transmitting loan file and client documents and respond to the same | L310 | JLJ | .20 | 193.00 | 38.60 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 12, 2012

ResCap

0R0808-301237

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/11/12 | Review client documents in preparation for filing motion to dismiss and strategize regarding the same | L240 | JLJ | 1.30 | 193.00 | 250.90 |
| 09/11/12 | Correspondence with client regarding removal and BPO | L250 | JLJ | .10 | 193.00 | 19.30 |
| 09/11/12 | Review tax assessment and account history and citizenship and evaluate for removal | L250 | JLJ | .30 | 193.00 | 57.90 |
| 09/11/12 | Review and exchange emails relating to Note and motion to dismiss | L120 | HTC | .30 | 315.00 | 94.50 |
| 09/12/12 | Exchange emails with T.Dennis regarding Ally's potential involvement in action | L120 | HTC | .10 | 315.00 | 31.50 |
| 09/12/12 | Complete review of all pleadings/court file | L230 | JAM | 1.70 | 145.00 | 246.50 |
| 09/12/12 | Correspondence with client regarding uploading client documents | L320 | JLJ | .20 | 193.00 | 38.60 |
| 09/12/12 | Correspondence with client regarding clarification of note requirements | C100 | JLJ | .20 | 193.00 | 38.60 |
| 09/13/12 | Review docket to confirm status of Motion to Dismiss | L110 | AHC | .20 | 145.00 | 29.00 |
| 09/13/12 | Exchange emails with T.Dennis regarding Ally's potential involvement in matters | L120 | HTC | .10 | 315.00 | 31.50 |
| 09/14/12 | Correspondence with client regarding endorsements to note | C100 | JLJ | .10 | 193.00 | 19.30 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     5
OCTOBER 12, 2012

0R0808-301237

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/17/12 | Review client documents, complaint, and draft notice of removal | L250 | JLJ | 1.20 | 193.00 | 231.60 |
| 09/17/12 | Review amended complaint, filings and docket and draft case summary and outline strategy | L190 | JLJ | .20 | 193.00 | 38.60 |
| 09/17/12 | Correspondence with client regarding chain of ownership of note | C100 | JLJ | .20 | 193.00 | 38.60 |
| 09/17/12 | Telephone conference with Attorney General's office | L120 | HTC | .10 | 315.00 | 31.50 |
| 09/17/12 | Review court file/pleadings | L210 | JAM | .60 | 145.00 | 87.00 |
| 09/18/12 | Review and revise notice of removal | L210 | HTC | .20 | 315.00 | 63.00 |
| 09/18/12 | Telephone conference with B.Blake and review materials provided by B.Blake in other Fidelity cases and analyze same | L120 | HTC | .40 | 315.00 | 126.00 |
| 09/18/12 | Begin assembling exhibits for Notice of Removal | L230 | JAM | 1.40 | 145.00 | 203.00 |
| 09/18/12 | Review Notice of Removal relative to exhibits | L230 | JAM | .40 | 145.00 | 58.00 |
| 09/18/12 | Review docket to determine service of process and responsive pleadings filed by co-defendants | L110 | AHC | .20 | 145.00 | 29.00 |
| 09/19/12 | Draft notice of filing notice of removal, certificate of removal and corporate disclosure statement and review and revise notice of removal in preparation for filing | L250 | JLJ | 1.30 | 193.00 | 250.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
OCTOBER 12, 2012

OR0808-301237

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/19/12 | Review materials provided by MERS regarding similar cases and E.Cherry | L120 | HTC | .20 | 315.00 | 63.00 |
| 09/19/12 | Continue assembling exhibits to Notice of Removal | L210 | JAM | 1.30 | 145.00 | 188.50 |
| 09/20/12 | Review and revise Notice of Removal relative to exhibits and certificate of service requirements | L230 | JAM | .80 | 145.00 | 116.00 |
| 09/20/12 | Complete assembly and final review of exhibits to Notice of Removal | L230 | JAM | 1.20 | 145.00 | 174.00 |
| 09/20/12 | Revise Civil Cover Sheet, Corporate Disclosure Statement and Certificate of Removal | L230 | JAM | .60 | 145.00 | 87.00 |
| 09/20/12 | Prepare CD of all removal documents to be submitted to the Court | L230 | JAM | .50 | 145.00 | 72.50 |
| 09/20/12 | Prepare package of originals of Notice of Removal, Civil Cover Sheet, Corporate Disclosure Statement and Certificate of Removal for submission to the USDC MDFL | L230 | JAM | .80 | 145.00 | 116.00 |
| 09/20/12 | Review and revise Notice of Filing Notice of Removal prior to submission to court | L230 | JAM | .30 | 145.00 | 43.50 |
| 09/20/12 | Assemble and review exhibits to Notice of Filing Notice of Removal | L230 | JAM | .80 | 145.00 | 116.00 |
| 09/20/12 | Draft correspondence to Volusia County Clerk enclosing Notice of Filing Notice of Removal | L210 | JAM | .20 | 145.00 | 29.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE       7
OCTOBER 12, 2012

ResCap

0R0808-301237

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/20/12 | Prepare package of documents for submission to Volusia County | L210 | JAM | .80 | 145.00 | 116.00 |
| 09/20/12 | Prepare to file notice of removal and notice of filing notice of removal and review correspondence regarding service of the same | L250 | JLJ | .40 | 193.00 | 77.20 |
| 09/20/12 | Review Notice of Removal, Certificate of Removal, Notice of Filing Notice of Removal | L210 | JDV | .30 | 219.00 | 65.70 |
| 09/25/12 | Retrieval and review of filed documents from PACER | L110 | AHC | .30 | 145.00 | 43.50 |
| 09/27/12 | Analyze and consider issues relating to Fidelity and Attorney General's complaint and effect of same on pending cases | L210 | HTC | .40 | 315.00 | 126.00 |
| 09/28/12 | Begin drafting Rule 11 letter and motion for sanctions | L250 | JLJ | .30 | 193.00 | 57.90 |

FEES                                          $6,800.10

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/20/12 | Copy Charges | 0.00 |
| 09/20/12 | Filing Fees - U S MIDDLE DISTRICT OF FLORIDA HTC REMOVAL FILING FEE Bank ID: GENR Check Number: 99416 | 350.00 |
| 09/27/12 | Filing Fees - BUSINESS CARD AFX LLC 9/6/12 Bank ID: GENR Check Number: 99855 | 159.95 |
| 09/20/12 | Express Mail/Fedex | 0.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     8
OCTOBER 12, 2012

ResCap

0R0808-301237

FED ID NO. 63-0243316

## DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/20/12 | Express Mail/Fedex | 0.00 |
| 09/10/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |
| 09/11/12 | Computerized Legal Research-Westlaw Westlaw User: JONES,JESSICA | 0.00 |

COSTS                            $509.95

AMOUNT DUE THIS BILL          $7,310.05

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     9
OCTOBER 12, 2012

ResCap

0R0808-301237

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Hope Cannon | Partner | 315.00 | 2.60 | 819.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | 7.70 | 1,116.50 |
| Jamie Mathews | Paralegal | 145.00 | 11.40 | 1,653.00 |
| Jessica L. Jones | Associate | 193.00 | 16.30 | 3,145.90 |
| Jose D. Vega | Associate | 219.00 | .30 | 65.70 |
| Total | | | 38.30 | 6,800.10 |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT        $7,310.05

OCTOBER 12, 2012
0R0808-301237
INVOICE #  810575

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

TC Number:        732122
Invoice Date:     10/12/2012
Invoice No.       810575
Period ending:    09/30/2012

Case Management Number      LD  0R0808-301237

| Code | Task | Current Invoice Hours | | Fees |
|------|------|------|---|------|
| C100 | Fact Gathering | 0.50 | $ | 96.50 |
| L110 | Fact Investigation/Development | 2.70 | $ | 391.50 |
| L120 | Analysis/Strategy | 1.40 | $ | 441.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.60 | $ | 106.20 |
| L210 | Pleadings | 13.50 | $ | 2,547.30 |
| L230 | Court Mandated Conferences | 8.50 | $ | 1,232.50 |
| L240 | Dispositive Motions | 6.30 | $ | 985.50 |
| L250 | Other Written Motions/Submissions | 4.40 | $ | 922.40 |
| L310 | Written Discovery | 0.20 | $ | 38.60 |
| L320 | Document Production | 0.20 | $ | 38.60 |

```
                    ======================================
        TOTAL FEES      38.30    $  6,800.10

          TOTAL FEES DUE            $  6,800.10
    TOTAL DISBURSEMENTS DUE         $    509.95
    TOTAL DUE THIS INVOICE          $  7,310.05
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  OCTOBER 12, 2012
1100 Virginia Drive                                     0R0808-301238
Fort Washington, PA 19034

                                                        INVOICE #  810576

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301238  TC Number: 732187

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/06/12 | Receive and review new scrub matter, email foreclosure counsel regarding pleadings and location of original note, and research docket to determine status of case | L110 | KK | .40 | 91.00 | 36.40 |
| 09/07/12 | Analysis of Defendant's Answer, Affirmative Defenses and Demand for a Jury Trial | L210 | JDV | .50 | 219.00 | 109.50 |
| 09/10/12 | Review pleadings file, research docket, and begin draft of scrub review | L110 | KK | .60 | 91.00 | 54.60 |
| 09/10/12 | Email correspondence with client regarding assignment and review of new file | L110 | JDV | .20 | 219.00 | 43.80 |
| 09/12/12 | Review scrub draft and email client regarding investor on loan | L110 | KK | .20 | 91.00 | 18.20 |
| 09/12/12 | Draft foreclosure review/scrub | L190 | JDV | 1.50 | 219.00 | 328.50 |
| 09/12/12 | Analysis of defendant's affirmative defenses | L120 | JDV | .80 | 219.00 | 175.20 |
| 09/26/12 | Review and supplement analysis to send to client with regard to status and recommendation of case | L110 | KK | .20 | 160.00 | 32.00 |
| 09/28/12 | Review and revise summary memo to client on merits of foreclosure and the borrower's affirmative defenses to same | L120 | CWH | .20 | 330.00 | 66.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301238

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/28/12 | Exchange e-mails with client regarding TILA disclosures for this file | L120 | CWH | .20 | 330.00 | 66.00 |

|  | FEES |  |  |  |  | $930.20 |
|--|------|--|--|--|--|---------|
| 09/12/12 | Copy Charges |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $930.20 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301238

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Christian W. Hancock | Partner | 330.00 | .40 | 132.00 |
| Jose D. Vega | Associate | 219.00 | 3.00 | 657.00 |
| Kerry Keane | Paralegal | 160.00 | .20 | 32.00 |
| Kerry Keane | Paralegal | 91.00 | 1.20 | 109.20 |
| Total | | | 4.80 | 930.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                               OCTOBER 12, 2012
                                                     0R0808-301238
BILL AMOUNT         $930.20                          INVOICE #  810576

To:    ResCap                        TC Number:          732187
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810576
                                     Period ending:      09/30/2012


Case Management Number      LD   0R0808-301238


                                      Current Invoice
Code Task                             Hours          Fees

L110 Fact Investigation/Development   1.60    $    185.00
L120 Analysis/Strategy                1.20    $    307.20
L190 Other Case Assessment, Develop't/Admin  1.50  $  328.50
L210 Pleadings                        0.50    $    109.50


                          =====================================
                TOTAL FEES       4.80    $    930.20

                TOTAL FEES DUE            $    930.20
          TOTAL DISBURSEMENTS DUE         $      0.00
          TOTAL DUE THIS INVOICE          $    930.20



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301239
Fort Washington, PA 19034

                                                           INVOICE #  810577

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301239  TC Number: 732170

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/04/12 | Review and respond to client e-mail with attached answer and affirmative defenses regarding analysis of affirmative defenses | L110 | NSR | .10 | 280.00 | 28.00 |
| 09/06/12 | Receive and review new scrub file, email foreclosure counsel regarding pleadings and location of original note, and research docket to determine status of case | L110 | KK | .40 | 91.00 | 36.40 |
| 09/14/12 | Review and respond to e-mail from M.Verma regarding responses to discovery and affirmative defenses | L120 | NSR | .10 | 280.00 | 28.00 |
| 09/18/12 | Draft review and analysis to determine merits of alleged affirmative defenses and determine best course of action going forward | L110 | KK | 1.40 | 160.00 | 224.00 |
| 09/24/12 | Review and analysis of foreclosure pleadings and correspondence in order to prepare case review and analysis | L140 | RBB | 1.10 | 149.00 | 163.90 |
| 09/24/12 | Begin review and analysis of client documents in order to prepare case review and analysis | L140 | RBB | 1.30 | 149.00 | 193.70 |
| 09/24/12 | Begin to prepare case review and analysis for attorney review | L140 | RBB | .50 | 149.00 | 74.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301239

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/25/12 | Continue review and analysis of case documents and pleadings in order to prepare case review and analysis | L140 | RBB | .60 | 149.00 | 89.40 |
| 09/25/12 | Continue to prepare case review and analysis for attorney review | L140 | RBB | .50 | 149.00 | 74.50 |
| 09/26/12 | Revise case review and analysis | L140 | RBB | .20 | 149.00 | 29.80 |
| 09/27/12 | Research Cook County (IL) register of deeds database for mortgage related documents (assignments, allonges, etc) in order to prepare case review and analysis | L140 | RBB | 1.10 | 149.00 | 163.90 |
| 09/27/12 | Complete review and analysis of client documents in order to prepare case review and analysis | L140 | RBB | .80 | 149.00 | 119.20 |
| 09/27/12 | Complete draft of case review and analysis for attorney review | L140 | RBB | .50 | 149.00 | 74.50 |

FEES                                     $1,299.80

AMOUNT DUE THIS BILL                     $1,299.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0808-301239

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | 6.60 | 983.40 |
| Nader Raja | Associate | 280.00 | .20 | 56.00 |
| Kerry Keane | Paralegal | 160.00 | 1.40 | 224.00 |
| Kerry Keane | Paralegal | 91.00 | .40 | 36.40 |
| Total | | | 8.60 | 1,299.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
                                                            0R0808-301239
BILL AMOUNT        $1,299.80                                INVOICE #  810577

---

To:     ResCap                          TC Number:          732170
        1100 Virginia Drive             Invoice Date:       10/12/2012
        Fort Washington, PA 19034       Invoice No.         810577
                                        Period ending:      09/30/2012


Case Management Number        LD  0R0808-301239


|  |  | Current Invoice | |
| Code Task |  | Hours | Fees |
| L110 Fact Investigation/Development | | 1.90 | $   288.40 |
| L120 Analysis/Strategy | | 0.10 | $    28.00 |
| L140 Document/File Management | | 6.60 | $   983.40 |

```
                        ===================================
            TOTAL FEES          8.60    $  1,299.80

            TOTAL FEES DUE               $  1,299.80
      TOTAL DISBURSEMENTS DUE            $      0.00
         TOTAL DUE THIS INVOICE          $  1,299.80
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0808-301240
Fort Washington, PA 19034

                                                           INVOICE #  810578

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301240  TC Number: 732210

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/05/12 | Review and respond to client e-mail with attached answer and affirmative defenses regarding analysis of affirmative defenses | L110 | NSR | .20 | 280.00 | 56.00 |
| 09/06/12 | Receive and review new scrub file, email foreclosure counsel regarding pleadings and location of original note, and research docket to determine status of case | L110 | KK | .30 | 91.00 | 27.30 |
| 09/19/12 | Review documents received for this case; Separate documents in fact package for upload to extranet | L140 | RBB | .50 | 149.00 | 74.50 |
| 09/19/12 | Review and analysis of case file in order to prepare draft of case review | L140 | RBB | 1.20 | 149.00 | 178.80 |
| 09/19/12 | Research Palm Beach County Register of Deeds for Assignments of Mortgage related to Property | L140 | RBB | .60 | 149.00 | 89.40 |
| 09/19/12 | Begin draft of case review and analysis | L140 | RBB | .60 | 149.00 | 89.40 |
| 09/20/12 | Revised draft of case review and analysis, adding allonge information | L140 | RBB | .10 | 149.00 | 14.90 |
| 09/24/12 | Review issue with drafting brief analysis of the affirmative defenses before sending draft of case review and analysis to the attorney for review | L140 | RBB | .10 | 149.00 | 14.90 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 12, 2012

ResCap

0R0808-301240

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/24/12 | Complete draft of case review and analysis for attorney review | L140 | RBB | .60 | 149.00 | 89.40 |
| 09/28/12 | Review and analysis of additional case documents received to determine if documents were duplicates or new documents | L140 | RBB | .30 | 149.00 | 44.70 |
| 09/28/12 | Review and analyze five affirmative defenses asserted by borrower in response to foreclosure Complaint | L120 | NSR | 2.60 | 280.00 | 728.00 |
| 09/28/12 | Review and analyze fact package regarding loan history and procedural posture of foreclosure action | L120 | NSR | .60 | 280.00 | 168.00 |

FEES                                    $1,575.30

AMOUNT DUE THIS BILL            $1,575.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 12, 2012

0R0808-301240

FED ID NO. 63-0243316

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | 4.00 | 596.00 |
| Nader Raja | Associate | 280.00 | 3.40 | 952.00 |
| Kerry Keane | Paralegal | 91.00 | .30 | 27.30 |
| Total | | | 7.70 | 1,575.30 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301240
BILL AMOUNT        $1,575.30                     INVOICE #  810578

---

To:   ResCap                      TC Number:        732210
      1100 Virginia Drive         Invoice Date:     10/12/2012
      Fort Washington, PA 19034   Invoice No.       810578
                                  Period ending:    09/30/2012

Case Management Number    LD  0R0808-301240

|            |                                | Current Invoice |           |
| Code | Task                                | Hours | Fees |
|------|-------------------------------------|-------|------|
| L110 | Fact Investigation/Development      | 0.50  | $ 83.30 |
| L120 | Analysis/Strategy                   | 3.20  | $ 896.00 |
| L140 | Document/File Management            | 4.00  | $ 596.00 |

```
                      ==================================
            TOTAL FEES       7.70    $  1,575.30

            TOTAL FEES DUE            $  1,575.30
      TOTAL DISBURSEMENTS DUE         $      0.00
         TOTAL DUE THIS INVOICE       $  1,575.30
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
1100 Virginia Drive                                          0R0808-301241
Fort Washington, PA 19034

                                                             INVOICE #   810579

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301241   TC Number: 732200

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/05/12 | Email correspondence with S.Mcginnis regarding issues with file. | L110 | MPE | .20 | 149.00 | 29.80 |
| 09/05/12 | Initial review of mortgage, note, and assignment to begin file scrub. | L110 | MPE | 1.20 | 149.00 | 178.80 |
| 09/06/12 | Receive and review additional foreclosure pleadings and review to complete file scrub. | L110 | MPE | .60 | 149.00 | 89.40 |
| 09/18/12 | Review and analysis of client documents regarding loss mitigation, notices sent to borrower, and research bankruptcy outcome. update review and analysis of file and timeline. | L110 | MPE | 1.10 | 149.00 | 163.90 |
| 09/26/12 | Emails with S.McGinnis regarding propriety of filing notice of bankruptcy in foreclosure action | L120 | CSM | .10 | 300.00 | 30.00 |
| 09/27/12 | Telephone conference with S.McGinnis regarding merits of case and propriety of filing notice of bankruptcy in action | L120 | CSM | .50 | 300.00 | 150.00 |
| 09/27/12 | Review and analyze case pleadings and related documents | L120 | CSM | .50 | 300.00 | 150.00 |

FEES                                                $791.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301241

FED ID NO. 63-0243316

AMOUNT DUE THIS BILL                    $791.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      3
OCTOBER 12, 2012

0R0808-301241

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | 1.10 | 330.00 |
| Melisa P. Palmer | Paralegal | 149.00 | 3.10 | 461.90 |
| Total | | | 4.20 | 791.90 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0808-301241
BILL AMOUNT            $791.90                            INVOICE #  810579

To:    ResCap                          TC Number:        732200
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810579
                                       Period ending:    09/30/2012

Case Management Number       LD  0R0808-301241

|                                              | Current Invoice | |
| Code Task                                    | Hours | Fees |
| L110 Fact Investigation/Development          | 3.10  | $  461.90 |
| L120 Analysis/Strategy                       | 1.10  | $  330.00 |
| ============================================ | | |
| TOTAL FEES                                   | 4.20  | $  791.90 |
| TOTAL FEES DUE                               |       | $  791.90 |
| TOTAL DISBURSEMENTS DUE                       |       | $    0.00 |
| TOTAL DUE THIS INVOICE                       |       | $  791.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301242

INVOICE #  810580

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301242  TC Number: 732980

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/28/12 | Review Wolfe complaint and file | L120 | AC | .80 | 190.00 | 152.00 |

FEES                                    $152.00

AMOUNT DUE THIS BILL                    $152.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0808-301242

FED ID NO. 63-0243316

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Ann Craft | Associate | 190.00 | .80 | 152.00 |
| Total | | | .80 | 152.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OCTOBER 12, 2012
0R0808-301242

BILL AMOUNT          $152.00

INVOICE #   810580

To:    ResCap                         TC Number:        732980
       1100 Virginia Drive            Invoice Date:     10/12/2012
       Fort Washington, PA 19034      Invoice No.       810580
                                      Period ending:    09/30/2012

Case Management Number      LD   0R0808-301242

|  | | Current Invoice | |
| Code Task | | Hours | Fees |
| L120 Analysis/Strategy | | 0.80 | $    152.00 |
| | ======================================= | | |
| TOTAL FEES | | 0.80 | $    152.00 |
| TOTAL FEES DUE | | | $    152.00 |
| TOTAL DISBURSEMENTS DUE | | | $      0.00 |
| TOTAL DUE THIS INVOICE | | | $    152.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        OCTOBER 12, 2012
1100 Virginia Drive                                          0R0808-301753
Fort Washington, PA 19034

                                                             INVOICE #  810581

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301753  TC Number: 726541

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/05/12 | Draft status update for client | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/15/12 | Analysis of defendant's counterclaim, motion to dismiss counterclaim, foreclosure scrub, and step rate loan modification agreement | L120 | JDV | 1.00 | 219.00 | 219.00 |
| 08/16/12 | Correspondence with P.Stokes regarding status of counterclaim and proposed strategy for resolution | L190 | JDV | .40 | 219.00 | 87.60 |
| 08/16/12 | Correspondence with defendant regarding status of litigation | L190 | JDV | .40 | 219.00 | 87.60 |

                         FEES                                $438.00

08/15/12 Copy Charges                              0.00

                 AMOUNT DUE THIS BILL                        $438.00

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301753

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jose D. Vega | Associate | 219.00 | 2.00 | 438.00 |
| Total | | | 2.00 | 438.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0808-301753
BILL AMOUNT        $438.00                      INVOICE #  810581

```
To:   ResCap                    TC Number:        726541
      1100 Virginia Drive       Invoice Date:     10/12/2012
      Fort Washington, PA 19034  Invoice No.       810581
                                 Period ending:    08/31/2012
```

Case Management Number      LD   0R0808-301753

|      |                                          | Current Invoice | |
|------|------------------------------------------|-------|---------|
| Code | Task                                     | Hours | Fees    |
| L120 | Analysis/Strategy                        | 1.00  | $ 219.00 |
| L190 | Other Case Assessment, Develop't/Admin   | 1.00  | $ 219.00 |
|      | TOTAL FEES                               | 2.00  | $ 438.00 |

```
            TOTAL FEES DUE          $    438.00
   TOTAL DISBURSEMENTS DUE          $      0.00
      TOTAL DUE THIS INVOICE        $    438.00
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0r0808-301763
Fort Washington, PA 19034

                                                               INVOICE #  810582

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0r0808-301763  TC Number: 726923

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Follow up communications with F.McSurdy regarding hearing scheduling | L450 | JST | .20 | 345.00 | 69.00 |
| 08/01/12 | Draft email to C.Morgan regarding status of case and evidentiary hearing | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/02/12 | Draft Notice of Appearance | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/02/12 | Draft correspondence to Clerk enclosing Notice of Appearance | L210 | JAM | .20 | 145.00 | 29.00 |
| 08/02/12 | Telephone conference with client regarding case status and review docket to determine date for hearing on motion to vacate | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/03/12 | Telephone conference with Pendergast regarding status of case | L120 | HTC | .10 | 315.00 | 31.50 |
| 08/03/12 | Revise Notice of Appearance and correspondence to Bay County Clerk | L210 | JAM | .10 | 145.00 | 14.50 |
| 08/05/12 | Draft status update for client as follows: Responses to the Intervenor's requests for admission and requests for production of documents were served on July 9, 2012. Plaintiff filed a motion for extension of time to respond to the Intervenor's interrogatories. | L190 | JDV | .20 | 219.00 | 43.80 |
| 08/07/12 | Access online docket and review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0r0808-301763

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/09/12 | Telephone conference with C.Morgan regarding motion to vacate | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/09/12 | Telephone conference with client regarding motion to vacate | L120 | HTC | .30 | 315.00 | 94.50 |
| 08/14/12 | Telephone conference with C.Morgan at Pendergast regarding motion to vacate | L120 | HTC | .20 | 315.00 | 63.00 |
| 08/27/12 | Review Defendant's Designation of Electronic Mail Address and Request for Designation of Electronic Mail Address | L250 | JDV | .10 | 219.00 | 21.90 |
| 08/30/12 | Draft Designation of Email Address for attorney review and correspondence to counsel of record regarding same | L250 | AHC | .40 | 145.00 | 58.00 |
| 08/31/12 | Analysis of correspondence from K.Bell, intervenor's attorney, regarding status of discovery | L120 | JDV | .20 | 219.00 | 43.80 |

FEES                                         $730.50

AMOUNT DUE THIS BILL                         $730.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
ResCap                                                    OCTOBER 12, 2012

0r0808-301763

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| John Smith T | Partner | 345.00 | .20 | 69.00 |
| Hope Cannon | Partner | 315.00 | 1.20 | 378.00 |
| Alecia H. Cockrell | Paralegal | 145.00 | .40 | 58.00 |
| Jamie Mathews | Paralegal | 145.00 | .80 | 116.00 |
| Jose D. Vega | Associate | 219.00 | .50 | 109.50 |
| Total | | | 3.10 | 730.50 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $730.50

OCTOBER 12, 2012
0r0808-301763
INVOICE #  810582

To:     ResCap
        1100 Virginia Drive
        Fort Washington, PA 19034

TC Number:          726923
Invoice Date:       10/12/2012
Invoice No.         810582
Period ending:      08/31/2012

Case Management Number      LD  0r0808-301763

|  | Current Invoice | |
|---|---|---|
| Code Task | Hours | Fees |
| L120 Analysis/Strategy | 1.40 | $ 421.80 |
| L190 Other Case Assessment, Develop't/Admin | 0.50 | $ 87.30 |
| L210 Pleadings | 0.50 | $ 72.50 |
| L250 Other Written Motions/Submissions | 0.50 | $ 79.90 |
| L450 Trial and Hearing Attendance | 0.20 | $ 69.00 |
| ================================ | | |
| TOTAL FEES | 3.10 | $ 730.50 |

TOTAL FEES DUE            $   730.50
TOTAL DISBURSEMENTS DUE   $     0.00
TOTAL DUE THIS INVOICE    $   730.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301786

INVOICE #  810583

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0808-301786  TC Number: 727555

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Email correspondence regarding accurint report on R.Hicks | L110 | KRS | .10 | 210.00 | 21.00 |
| 08/06/12 | Draft status report | L120 | KRS | .10 | 210.00 | 21.00 |
| 08/06/12 | Conduct research in preparation for drafting complaint | L210 | KRS | 1.00 | 210.00 | 210.00 |
| 08/06/12 | Conduct research concerning borrower's potential defenses to claims | L120 | KRS | .50 | 210.00 | 105.00 |
| 08/06/12 | Review executed settlement agreement and stipulation of dismissal prior to filing same | L160 | KRS | .20 | 210.00 | 42.00 |
| 08/06/12 | Review of files for information requested by counsel, K.O'Beirne | L110 | RFH | .50 | 149.00 | 74.50 |
| 08/08/12 | Gather and prepare Accruint report for K.O'Beirne | L110 | RFH | .40 | 149.00 | 59.60 |
| 08/08/12 | Research discovery documents for information pertaining to Richard Hicks to obtain Accruint report | L110 | RFH | .40 | 149.00 | 59.60 |
| 08/09/12 | Review accurint report concerning borrower | L210 | KRS | .30 | 210.00 | 63.00 |
| 08/20/12 | Continue researching claims against R. Hicks and email correspondence regarding same | L210 | KRS | 1.50 | 210.00 | 315.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 12, 2012

0R0808-301786

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/20/12 | Research issues pertinent to claims against R.Hicks | L210 | KRS | 1.40 | 210.00 | 294.00 |
| 08/21/12 | Research background report, Mississippi Secretary of State's website and other sources for information pertaining to adversarial party's current address and other issues | L110 | RFH | 2.00 | 149.00 | 298.00 |
| 08/21/12 | Research and email correspondence regarding service of summons and complaint | L120 | KRS | .40 | 210.00 | 84.00 |
| 08/22/12 | Research call notes, Fiserv and correspondence with borrower for informatin pertinent to claims against borrower | L110 | KRS | .60 | 210.00 | 126.00 |
| 08/22/12 | Call deparment of insurance regarding status of claim against Southern National Title Insurance Company | L160 | KRS | .10 | 210.00 | 21.00 |
| 08/22/12 | Email correspondence with J.Ho regarding suit against R.Hicks for breach of promissory note | L120 | KRS | .60 | 210.00 | 126.00 |
| 08/22/12 | Complete analysis of effect of bankruptcy on litigation | L120 | KRS | .30 | 210.00 | 63.00 |
| 08/30/12 | Email correspondence regarding ILAB and settlement proposal | L120 | KRS | .10 | 210.00 | 21.00 |
| 08/31/12 | Prepare for and participate in conference call with J.Ho and P.Stokes regarding next steps in matter | L120 | KRS | .40 | 210.00 | 84.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0808-301786

FED ID NO. 63-0243316

---

                    FEES                              $2,087.70

08/08/12 Copy Charges                      0.00
08/21/12 Copy Charges                      0.00
08/27/12 Express Mail/Fedex                0.00

                    AMOUNT DUE THIS BILL              $2,087.70

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0808-301786

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Ronice F. Hammons | Paralegal | 149.00 | 3.30 | 491.70 |
| Kathleen R. Shields O'Beir | Associate | 210.00 | 7.60 | 1,596.00 |
| Total | | | 10.90 | 2,087.70 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                           OCTOBER 12, 2012
                                                 0R0808-301786
BILL AMOUNT        $2,087.70                      INVOICE #   810583

To:    ResCap                    TC Number:         727555
       1100 Virginia Drive       Invoice Date:      10/12/2012
       Fort Washington, PA 19034  Invoice No.        810583
                                 Period ending:     08/31/2012

Case Management Number      LD   0R0808-301786

|      |                                | Current Invoice | |
| Code | Task                           | Hours | Fees |
|------|--------------------------------|-------|------|
| L110 | Fact Investigation/Development | 4.00  | $  638.70 |
| L120 | Analysis/Strategy              | 2.40  | $  504.00 |
| L160 | Settlement/Non-Binding ADR     | 0.30  | $   63.00 |
| L210 | Pleadings                      | 4.20  | $  882.00 |

```
                      =======================================
           TOTAL FEES    10.90    $  2,087.70

                 TOTAL FEES DUE    $  2,087.70
        TOTAL DISBURSEMENTS DUE    $      0.00
        TOTAL DUE THIS INVOICE    $  2,087.70
```



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0808-301903

INVOICE # 810584

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/12

0R0808-301903  TC Number: 732550

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/13/12 | E-mail from J.Scoliard regarding new file | L120 | GEG | .20 | 335.00 | 67.00 |
| 09/13/12 | Review motion for sanctions/enforcement of modification agreement | L120 | GEG | 1.10 | 335.00 | 368.50 |
| 09/13/12 | Review motion to approve modification and order thereon | L120 | GEG | .20 | 335.00 | 67.00 |
| 09/13/12 | Review local rules and pleadings in case | L120 | GEG | .20 | 335.00 | 67.00 |
| 09/13/12 | Phone call to GMAC regarding officer named in motion for sanctions and e-mails from and to J.Scoliard regarding same | L120 | GEG | .30 | 335.00 | 100.50 |
| 09/13/12 | Conference with G.Glover regarding Caudill loan modification | L120 | SS | .90 | 195.00 | 175.50 |
| 09/13/12 | Review case file | L120 | SS | 1.20 | 195.00 | 234.00 |
| 09/13/12 | Draft motion for pro hac vice in bankruptcy case | L210 | KAK | 2.20 | 149.00 | 327.80 |
| 09/14/12 | Revise motion for pro hac vice | L210 | KAK | .60 | 149.00 | 89.40 |
| 09/14/12 | Conference with G.Glover regarding Caudill file and review file | L120 | SS | .20 | 195.00 | 39.00 |
| 09/14/12 | Review and revise pro hac motion | L120 | GEG | .10 | 335.00 | 33.50 |
| 09/14/12 | Review final supplemental order in GMAC case | L120 | GEG | .80 | 335.00 | 268.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0808-301903

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/14/12 | Leave voice mail for borrower's attorney | L120 | GEG | .20 | 335.00 | 67.00 |
| 09/17/12 | E-mails from and to J.Scoliard regarding explanation for GMAC's decision not to adhere to loan modification | L120 | GEG | .30 | 335.00 | 100.50 |
| 09/17/12 | Further review of motion to enforce modification and prepare for phone conference tomorrow | L120 | GEG | .40 | 335.00 | 134.00 |
| 09/17/12 | Review pleadings and loan documentation | L120 | SS | .20 | 195.00 | 39.00 |
| 09/17/12 | Revise pro hac vice motion and file with court | L210 | KAK | 1.80 | 149.00 | 268.20 |
| 09/18/12 | Pay filing fee for pro hac vice motion, write letter and call to Clerk's office regarding same | L190 | KAK | .70 | 149.00 | 104.30 |
| 09/18/12 | Telephone conference with J.Scoliard and other GMAC folks | L120 | SS | .70 | 190.00 | 133.00 |
| 09/18/12 | Conference with G.Glover regarding legal strategy | L120 | SS | .80 | 190.00 | 152.00 |
| 09/18/12 | Prepare for GMAC conference call | L120 | SS | .70 | 190.00 | 133.00 |
| 09/18/12 | Prepare for phone conference with J.Scoliard and other GMAC folks | L120 | GEG | .50 | 335.00 | 167.50 |
| 09/18/12 | Phone conference with J.Scoliard and other GMAC folks | L120 | GEG | .70 | 335.00 | 234.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
ResCap                                                      OCTOBER 12, 2012

0R0808-301903

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/18/12 | E-mail memorandum to J.Scoliard and other GMAC folks regarding summary of phone conversation and follow-up questions | L120 | GEG | .80 | 335.00 | 268.00 |
| 09/18/12 | E-mails to and from J.Scoliard regarding issues with borrower notification of trial periods in modifications | L120 | GEG | .20 | 335.00 | 67.00 |
| 09/18/12 | Research regarding possible borrower claim that motion for sanctions is for a post-petition breach of prepetition contract and is not stayed | B420 | GEG | .50 | 335.00 | 167.50 |
| 09/18/12 | Voice mails from and to borrower's attorney | L120 | GEG | .20 | 335.00 | 67.00 |
| 09/19/12 | Receive and review court mail (order on pro hac motion) | L120 | GEG | .10 | 335.00 | 33.50 |
| 09/19/12 | E-mail memorandums from and to K.Traeger regarding numerous questions on loan history and failed modification | L120 | GEG | .80 | 335.00 | 268.00 |
| 09/20/12 | E-mail from K.Traeger regarding further questions and file notice of appearance | L120 | GEG | .30 | 335.00 | 100.50 |
| 09/20/12 | Draft notice of appearance for bankruptcy case | L210 | KAK | 1.40 | 149.00 | 208.60 |
| 09/20/12 | Review correspondence | L120 | SS | .10 | 195.00 | 19.50 |
| 09/21/12 | File notice of appearance with Eastern District of Kentucky Bankruptcy Court | L210 | KAK | .20 | 149.00 | 29.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
OCTOBER 12, 2012

ResCap

0R0808-301903

**FED ID NO. 63-0243316**

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 09/21/12 | Review e-mail forwarded by K.Traeger and previously sent information and pleadings | L120 | GEG | .70 | 335.00 | 234.50 |
| 09/21/12 | E-mail memorandum to K.Traeger regarding questions still outstanding, etc. | L120 | GEG | .30 | 335.00 | 100.50 |
| 09/24/12 | Phone conference with borrower's attorney regarding possible resolution | L120 | GEG | .40 | 335.00 | 134.00 |
| 09/24/12 | E-mail memorandum to GMAC folks regarding summary of phone conversation with borrower's attorney and possible resolution | L120 | GEG | .40 | 335.00 | 134.00 |
| 09/24/12 | E-mails from and to K.Traeger regarding possible modification | L120 | GEG | .20 | 335.00 | 67.00 |
| 09/25/12 | Review FHA-Hamp materials | L120 | GEG | 1.80 | 335.00 | 603.00 |

FEES                                                   $5,872.60

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 09/13/12 | Copy Charges | 0.00 |
| 09/14/12 | Copy Charges Caudill/GMAC case - no client/matter number setup yet | 0.00 |
| 09/28/12 | Filing Fees - CLERK, U. S. DISTRICT COURT FOR THE EASTERN DISTRICT GEG PRO HAC VICE Bank ID: GENR Check Number: 71041 | 95.00 |

COSTS                                                  $95.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
OCTOBER 12, 2012

0R0808-301903

FED ID NO. 63-0243316

---

AMOUNT DUE THIS BILL                    $5,967.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
OCTOBER 12, 2012

ResCap

0R0808-301903

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Glenn E. Glover | Partner | 335.00 | 11.70 | 3,919.50 |
| Kimberly A. Kirsch | Paralegal | 149.00 | 6.90 | 1,028.10 |
| Sean Solomon | Associate | 195.00 | 2.60 | 507.00 |
| Sean Solomon | Associate | 190.00 | 2.20 | 418.00 |
| Total | | | 23.40 | 5,872.60 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
OCTOBER 12, 2012
0R0808-301903
BILL AMOUNT         $5,967.60
INVOICE #  810584

To:    ResCap
       1100 Virginia Drive
       Fort Washington, PA 19034

| | |
|---|---|
| TC Number: | 732550 |
| Invoice Date: | 10/12/2012 |
| Invoice No. | 810584 |
| Period ending: | 09/30/2012 |

Case Management Number       LD  0R0808-301903

| | | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| B420 | Restructurings | 0.50 | $ 167.50 |
| L120 | Analysis/Strategy | 16.00 | $ 4,677.00 |
| L190 | Other Case Assessment, Develop't/Admin | 0.70 | $ 104.30 |
| L210 | Pleadings | 6.20 | $ 923.80 |
| | | ================================ | |
| | TOTAL FEES | 23.40 | $ 5,872.60 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 5,872.60 |
| TOTAL DISBURSEMENTS DUE | $ | 95.00 |
| TOTAL DUE THIS INVOICE | $ | 5,967.60 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0809-301001

INVOICE #  810405

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301001  TC Number: 728122

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Access online docket to review recent case activity | L190 | JAM | .30 | 145.00 | 43.50 |
| 08/03/12 | Analysis of applicability of Final Supplemental Order on lawsuit | L120 | JDV | .20 | 219.00 | 43.80 |
| 08/31/12 | Draft Amended Notice of Bankruptcy | L210 | JDV | .30 | 219.00 | 65.70 |
| 08/31/12 | Assemble exhibit and final review of Notice of Bankruptcy prior to submission to court | L210 | JAM | .50 | 145.00 | 72.50 |

|  | FEES |  | $225.50 |
|---|---|---|---|
| 08/31/12 | Copy Charges | 0.00 |  |
| 08/31/12 | Express Mail/Fedex | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  | $225.50 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0809-301001

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jamie Mathews | Paralegal | 145.00 | .80 | 116.00 |
| Jose D. Vega | Associate | 219.00 | .50 | 109.50 |
| Total | | | 1.30 | 225.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 12, 2012
                                                      0R0809-301001
BILL AMOUNT        $225.50                            INVOICE #  810405

To:    ResCap                          TC Number:        728122
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810405
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0809-301001

|       |                                      | Current Invoice | |
|-------|--------------------------------------|-------|---------|
| Code  | Task                                 | Hours | Fees    |
| L120  | Analysis/Strategy                    | 0.20  | $   43.80 |
| L190  | Other Case Assessment, Develop't/Admin | 0.30 | $   43.50 |
| L210  | Pleadings                            | 0.80  | $  138.20 |
|       | TOTAL FEES                           | 1.30  | $  225.50 |

                    TOTAL FEES DUE              $   225.50
              TOTAL DISBURSEMENTS DUE           $     0.00
              TOTAL DUE THIS INVOICE            $   225.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0809-301002
Fort Washington, PA 19034

                                                           INVOICE #  810406

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301002  TC Number: 728260

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/21/12 | Review matter to confirm status of claims | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/27/12 | Research docket to determine status. | L110 | MPE | .10 | 149.00 | 14.90 |
| 08/27/12 | Draft and finalize notice of designation of email address pursuant to Rule 2.516 | L210 | MPE | .10 | 149.00 | 14.90 |

                              FEES                                    $89.60

08/28/12 Express Mail/Fedex                          0.00

                    AMOUNT DUE THIS BILL                    $89.60

              ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 12, 2012

ResCap

0R0809-301002

FED ID NO. 63-0243316

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .40 | 59.60 |
| Total | | | .50 | 89.60 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0809-301002
BILL AMOUNT        $89.60                                       INVOICE #  810406

---

To:    ResCap                          TC Number:          728260
       1100 Virginia Drive             Invoice Date:       10/12/2012
       Fort Washington, PA 19034       Invoice No.         810406
                                       Period ending:      08/31/2012

Case Management Number      LD  0R0809-301002

|  | | Current Invoice | |
|---|---|---|---|
| Code Task | | Hours | Fees |
| B110 Case Administration | | 0.10 | $ 30.00 |
| L110 Fact Investigation/Development | | 0.30 | $ 44.70 |
| L210 Pleadings | | 0.10 | $ 14.90 |
| ============================= | | | |
| TOTAL FEES | | 0.50 | $ 89.60 |

TOTAL FEES DUE                $  89.60
TOTAL DISBURSEMENTS DUE       $   0.00
TOTAL DUE THIS INVOICE        $  89.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0809-301003

INVOICE #  810408

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301003  TC Number: 728882

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Review and analysis of case pleadings and correspondence in order to prepare closing memo statement for final disposition memorandum | L140 | RBB | .50 | 149.00 | 74.50 |
| 08/13/12 | Prepare closing memo statement for final disposition memorandum for attorney review | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/15/12 | Draft amended notice of bankruptcy and effect of the automatic stay | L120 | NJV | 1.70 | 258.00 | 438.60 |

FEES                                          $542.90

AMOUNT DUE THIS BILL              $542.90

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0809-301003

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | .70 | 104.30 |
| Nicholas J. Voelker | Associate | 258.00 | 1.70 | 438.60 |
| Total | | | 2.40 | 542.90 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0809-301003
BILL AMOUNT        $542.90                                INVOICE #  810408

To:    ResCap                        TC Number:          728882
       1100 Virginia Drive           Invoice Date:       10/12/2012
       Fort Washington, PA 19034     Invoice No.         810408
                                     Period ending:      08/31/2012

Case Management Number     LD  0R0809-301003

| Code Task | Current Invoice Hours | Fees |
|-----------|------|------|
| L120 Analysis/Strategy | 1.70 | $ 438.60 |
| L140 Document/File Management | 0.70 | $ 104.30 |
| ================================================= | | |
| TOTAL FEES | 2.40 | $ 542.90 |
| | | |
| TOTAL FEES DUE | $ | 542.90 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 542.90 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                    OCTOBER 12, 2012
1100 Virginia Drive                                       0R0809-301004
Fort Washington, PA 19034

                                                          INVOICE #   810410

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301004  TC Number: 729386

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/01/12 | Review and revise initial litigation analysis | C300 | MCG | .60 | 323.00 | 193.80 |
| 08/02/12 | Revise and edit initial case assessment and send to client contact | L120 | MSW | .30 | 254.00 | 76.20 |
| 08/02/12 | Exchange messages with client contact and opposing counsel regarding reimbursement of insurance premiums | L120 | MSW | .20 | 254.00 | 50.80 |
| 08/10/12 | Draft amended notice of bankruptcy filing and supplemental servicing order | L210 | LADA | .60 | 65.00 | 39.00 |
| 08/16/12 | Revise and edit amended notice of bankruptcy stay | L210 | MSW | .20 | 254.00 | 50.80 |
| 08/27/12 | Prepare service designation as required by new state rules of procedure | L210 | LADA | .70 | 65.00 | 45.50 |
| 08/30/12 | Draft status report for client. | L120 | MSW | .10 | 254.00 | 25.40 |

                    FEES                                   $547.50

08/29/12 Express Mail/Fedex                     0.00

                    AMOUNT DUE THIS BILL                   $547.50

              ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
ResCap                                              OCTOBER 12, 2012

0R0809-301004

**FED ID NO. 63-0243316**

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Michael C. Griffin | Partner | 323.00 | .60 | 193.80 |
| Mark S. Wierman | Associate | 254.00 | .80 | 203.20 |
| Lucinda Kish | Paralegal | 65.00 | 1.30 | 84.50 |
| Total | | | 2.70 | 481.50 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

BILL AMOUNT          $547.50

OCTOBER 12, 2012
0R0809-301004
INVOICE #  810410

| To: | ResCap | TC Number: | 729386 |
| | 1100 Virginia Drive | Invoice Date: | 10/12/2012 |
| | Fort Washington, PA 19034 | Invoice No. | 810410 |
| | | Period ending: | 08/31/2012 |

Case Management Number      LD   0R0809-301004

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| C300 | Analysis and Advice | 0.60 | $   193.80 |
| L120 | Analysis/Strategy | 0.60 | $   152.40 |
| L210 | Pleadings | 1.50 | $   135.30 |
| | ===================================== | | |
| | TOTAL FEES | 2.70 | $   547.50 |

| | | |
|---|---|---|
| TOTAL FEES DUE | $ | 547.50 |
| TOTAL DISBURSEMENTS DUE | $ | 0.00 |
| TOTAL DUE THIS INVOICE | $ | 547.50 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 12, 2012
0R0809-301006

INVOICE #  810412

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301006  TC Number: 729471

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/07/12 | Research docket to confirm bankruptcy stay. | L110 | MPE | .20 | 149.00 | 29.80 |
| 08/27/12 | Research docket to confirm status | L110 | MPE | .10 | 149.00 | 14.90 |

|  | FEES |  |  |  |  | $74.70 |
|--|------|--|--|--|--|--------|
| 08/28/12 | Express Mail/Fedex |  |  |  | 0.00 |  |
|  | AMOUNT DUE THIS BILL |  |  |  |  | $74.70 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0809-301006

FED ID NO. 63-0243316

---

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .30 | 44.70 |
| Total | | | .40 | 74.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                          OCTOBER 12, 2012
                                                0R0809-301006
BILL AMOUNT          $74.70                     INVOICE #  810412

To:    ResCap                   TC Number:       729471
       1100 Virginia Drive      Invoice Date:    10/12/2012
       Fort Washington, PA 19034 Invoice No.     810412
                                Period ending:   08/31/2012

Case Management Number     LD  0R0809-301006

|      |                              | Current Invoice | |
|------|------------------------------|-------|---------|
| Code | Task                         | Hours | Fees    |
| B110 | Case Administration          | 0.10  | $   30.00 |
| L110 | Fact Investigation/Development | 0.30 | $   44.70 |
| | TOTAL FEES | 0.40 | $   74.70 |

                    TOTAL FEES DUE          $    74.70
            TOTAL DISBURSEMENTS DUE         $     0.00
              TOTAL DUE THIS INVOICE        $    74.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                         0R0809-301007
Fort Washington, PA 19034

                                                           INVOICE #  810414

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301007  TC Number: 730086

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Retrieval of docket report in order to verify Notice of Bankruptcy has been filed federal court regarding communications with client and e-mails regarding same | L110 | ABB | .20 | 150.00 | 30.00 |
| 08/02/12 | Assimilation and compilation of multiple pleadings including Answer by Equifax, Answer by Experian, Answer by Transunion, Answer by Compass, Corporate Disclosures Statement by Compass, Equifax and Experian and Notice of Bankruptcy by GMAC Mortgage, LLC | L110 | ABB | .80 | 150.00 | 120.00 |
| 08/08/12 | Provided monthly status update to client | L120 | JHP | .10 | 245.00 | 24.50 |
| 08/15/12 | Draft Amended Notice of Bankruptcy Order | L210 | BG | .40 | 190.00 | 76.00 |
| 08/15/12 | Send Notice of Bankruptcy for approval | L210 | BG | .10 | 190.00 | 19.00 |
| 08/15/12 | Finalize Amended Bankruptcy Filing and Supplemental Servicing Order with exhibit(s) and prepare for Court filing and for certified service upon parties | L110 | ABB | .40 | 150.00 | 60.00 |
| 08/15/12 | Revised and edited amended suggestion of bankruptcy and sent to client for approval | L210 | JHP | .30 | 245.00 | 73.50 |
| 08/21/12 | Client communications regarding loan activity on multiple loan transactions | L110 | ABB | .20 | 150.00 | 30.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 12, 2012

ResCap

0R0809-301007

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/22/12 | Emails and phone calls from counsel for Transunion requesting information from client regarding credit reporting data on credit report from GMAC | L190 | JHP | .40 | 245.00 | 98.00 |
| 08/22/12 | Review transunion issue | L120 | BG | .20 | 190.00 | 38.00 |
| 08/23/12 | Emails to/from client contact to discuss case | L190 | JHP | .20 | 245.00 | 49.00 |
| 08/23/12 | Emails to/from counsel for Transunion to obtain information on other loan that is reported as a GMAC loan on credit report of plaintiff | L190 | JHP | .20 | 245.00 | 49.00 |
| 08/23/12 | Review issue with conflicting address | L120 | BG | .10 | 190.00 | 19.00 |
| 08/23/12 | Meeting regarding status of bankruptcy proceedings and telephone conference to and from Court pertaining to recent filings | L110 | ABB | .30 | 150.00 | 45.00 |
| 08/24/12 | Correspondence with client regarding case | L120 | BG | .10 | 190.00 | 19.00 |

FEES                                   $750.00

AMOUNT DUE THIS BILL              $750.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
OCTOBER 12, 2012

ResCap

0R0809-301007

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Allison Burke | Paralegal | 150.00 | 1.90 | 285.00 |
| Jon H. Patterson | Associate | 245.00 | 1.20 | 294.00 |
| Blake Goodsell | Associate | 190.00 | .90 | 171.00 |
| Total | | | 4.00 | 750.00 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

BILL AMOUNT          $750.00

OCTOBER 12, 2012
0R0809-301007
INVOICE #  810414

To:    ResCap                        TC Number:         730086
       1100 Virginia Drive           Invoice Date:      10/12/2012
       Fort Washington, PA 19034     Invoice No.        810414
                                     Period ending:     08/31/2012

Case Management Number      LD   0R0809-301007

| Code | Task | Current Invoice Hours | Fees |
|------|------|------|------|
| L110 | Fact Investigation/Development | 1.90 | $ 285.00 |
| L120 | Analysis/Strategy | 0.50 | $ 100.50 |
| L190 | Other Case Assessment, Develop't/Admin | 0.80 | $ 196.00 |
| L210 | Pleadings | 0.80 | $ 168.50 |

```
                              ==================================
              TOTAL FEES        4.00    $    750.00

              TOTAL FEES DUE            $    750.00
     TOTAL DISBURSEMENTS DUE            $      0.00
       TOTAL DUE THIS INVOICE           $    750.00
```



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0809-301008
Fort Washington, PA 19034

                                                               INVOICE #   810418

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301008  TC Number: 730145

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/02/12 | Draft status report to client | B110 | CSM | .10 | 300.00 | 30.00 |
| 08/21/12 | Review matter to determine status of claims. | L110 | MPE | .20 | 149.00 | 29.80 |

                              FEES                                      $59.80

                              AMOUNT DUE THIS BILL                      $59.80

                  ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 12, 2012

0R0809-301008

**FED ID NO. 63-0243316**

---

## INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Cory S. Menees | Associate | 300.00 | .10 | 30.00 |
| Melisa P. Palmer | Paralegal | 149.00 | .20 | 29.80 |
| Total | | | .30 | 59.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 12, 2012
                                                    0R0809-301008
BILL AMOUNT        $59.80                            INVOICE #  810418

---

To:    ResCap                        TC Number:        730145
       1100 Virginia Drive           Invoice Date:     10/12/2012
       Fort Washington, PA 19034     Invoice No.       810418
                                     Period ending:    08/31/2012


Case Management Number      LD  0R0809-301008


|          |                                    | Current Invoice | |
|----------|------------------------------------|-------|---------|
| Code     | Task                               | Hours | Fees    |
| B110     | Case Administration                | 0.10  | $  30.00 |
| L110     | Fact Investigation/Development     | 0.20  | $  29.80 |
|          |                                    | ===== | ======= |
|          | TOTAL FEES                         | 0.30  | $  59.80 |

              TOTAL FEES DUE               $   59.80
        TOTAL DISBURSEMENTS DUE            $    0.00
        TOTAL DUE THIS INVOICE            $   59.80



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      OCTOBER 12, 2012
1100 Virginia Drive                                        0R0809-301009
Fort Washington, PA 19034

                                                           INVOICE #  810419

                                                           **FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301009  TC Number: 730273

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/06/12 | Review and analysis District Court pleadings 8 and 9 (both are declarations of service for summons and complaint) for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 08/07/12 | Receive, review and analyze borrower's motion for default as to RFC and RALI and emails to and from client | L120 | NJV | .40 | 258.00 | 103.20 |
| 08/07/12 | Draft notice of bankruptcy and effect of the automatic stay for RALI and file said notice on the CM/ECF filing system | L120 | NJV | .60 | 258.00 | 154.80 |
| 08/07/12 | Draft RALI's answer and affirmative defenses, including, but not limited to, paragraphs 1 - 115 of borrower's complaint | L210 | NJV | 5.20 | 258.00 | 1,341.60 |
| 08/07/12 | Review and analysis of Affidavit of Failure to Plead or Otherwise Defend in Support of Motion for Entry of Default for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 08/07/12 | Prepare correspondence (with Affidavit of Failure to  Plead or Otherwise Defend in Support of Motion for Entry of Default attached) to client regarding representation of parties by BABC | L140 | RBB | .20 | 149.00 | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0809-301009

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/07/12 | Review and analysis of correspondence to/from client regarding (attached Notice of Bankruptcy and Effect of Automatic Stay) and representation of parties by BABC for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 08/07/12 | Review and analysis of correspondence to/from client regarding filing an Amended Notice of Bankruptcy and Effect of Automatic Stay and the parties that need to be named in the amended notice for case status update | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/07/12 | Review and analysis of Amended Notice of Bankruptcy and Effect of Automatic Stay for case status update | L140 | RBB | .30 | 149.00 | 44.70 |
| 08/07/12 | Review and analysis of the following pleadings (numbered 12-16) for case status update: Motion to Strike Remove Amended Notice of Bankruptcy; Return of service executed on 7-11-12 by J.Dabbelt as to Deutsche Bank Trust Company Americas; Return of service executed on 7-6-12 by J.Dabbelt as to Mortgage Electronic Registration Systems Inc; Return of service executed on 7-10-12 by J.Dabbelt as to Residential Funding Company LLC; Return of service executed on 7-10-12 by J.Dabbelt as to Homecoming Financial LLC | L140 | RBB | 1.10 | 149.00 | 163.90 |
| 08/15/12 | Prepare correspondence to client representative requesting fact package for this case | L140 | RBB | .20 | 149.00 | 29.80 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0809-301009

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/15/12 | Review and analysis of fact package received from client in order to prepare ILAB and timeline | L140 | RBB | .50 | 149.00 | 74.50 |
| 08/17/12 | Review and analysis of pleadings (docket entries 17, 18, and 19) as well as correspondence from Court moving deadline for Rali Series 2007-QH6 Trust to 8/20/2012 for case status update | L140 | RBB | .70 | 149.00 | 104.30 |
| 08/24/12 | Receive, review and analyze borrower default affidavits and other filings | L120 | NJV | .30 | 258.00 | 77.40 |
| 08/24/12 | Emails regarding updated case status | L120 | NJV | .30 | 258.00 | 77.40 |
| 08/24/12 | Review and analysis of Affidavit of Failure to Plead or Otherwise Defend in Support of Motion for Entry of Default | L140 | RBB | .20 | 149.00 | 29.80 |
| 08/31/12 | Draft status report for client. | L120 | NJV | .10 | 258.00 | 25.80 |

FEES                                        $2,420.90

AMOUNT DUE THIS BILL                        $2,420.90

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
OCTOBER 12, 2012

0R0809-301009

FED ID NO. 63-0243316

---

INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Robert B. Benson | Paralegal | 149.00 | 4.30 | 640.70 |
| Nicholas J. Voelker | Associate | 258.00 | 6.90 | 1,780.20 |
| Total | | | 11.20 | 2,420.90 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                                          OCTOBER 12, 2012
                                                               0R0809-301009
BILL AMOUNT        $2,420.90                                    INVOICE #  810419

To:    ResCap                          TC Number:        730273
       1100 Virginia Drive             Invoice Date:     10/12/2012
       Fort Washington, PA 19034       Invoice No.       810419
                                       Period ending:    08/31/2012

Case Management Number      LD  0R0809-301009

|  |  | Current Invoice | |
|---|---|---|---|
| Code | Task | Hours | Fees |
| L120 | Analysis/Strategy | 1.70 | $ 438.60 |
| L140 | Document/File Management | 4.30 | $ 640.70 |
| L210 | Pleadings | 5.20 | $ 1,341.60 |
| | TOTAL FEES | 11.20 | $ 2,420.90 |

TOTAL FEES DUE                 $  2,420.90
TOTAL DISBURSEMENTS DUE        $      0.00
TOTAL DUE THIS INVOICE         $  2,420.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 12, 2012
1100 Virginia Drive                                            0R0809-301010
Fort Washington, PA 19034

                                                              INVOICE #  810421

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/12

0R0809-301010  TC Number: 731392

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/13/12 | Research Tennessee law regarding partition of property owned as joint tenants with right of survivorship. | C200 | JDR | .40 | 293.00 | 117.20 |
| 08/13/12 | Telephone conference with J.Bradshaw regarding factual background of case and requesting copy of original complaint. | C100 | JDR | .20 | 293.00 | 58.60 |
| 08/13/12 | Review Answer, Counterclaims and Third Party Claims filed by Defendant | L210 | JDR | .30 | 293.00 | 87.90 |
| 08/13/12 | Attempt to contact plaintiffs' counsel regarding Complaint. | L210 | JDR | .10 | 293.00 | 29.30 |
| 08/13/12 | Attempt to contact counsel for third party plaintiff, regarding third party complaint and facts relating thereto. | L210 | JDR | .10 | 293.00 | 29.30 |
| 08/13/12 | Correspondence to Court Express regarding obtaining copy of court file | L110 | AHC | .20 | 145.00 | 29.00 |
| 08/14/12 | Analyze title insurance issues | C300 | JDR | .20 | 293.00 | 58.60 |
| 08/14/12 | Telephone conference with counsel for plaintiff regarding factual and procedural history of case. | L120 | JDR | .30 | 293.00 | 87.90 |
| 08/14/12 | Review and analyze complaint and effect of bankruptcy on claims | L210 | MMB | .70 | 240.00 | 168.00 |
| 08/16/12 | Strategize and analyze effect of bankruptcy on claims | L210 | MMB | .40 | 240.00 | 96.00 |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 12, 2012

0R0809-301010

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/16/12 | Review faxed case background documents from third party plaintiff including copy of original Complaint. | L210 | JDR | .20 | 293.00 | 58.60 |
| 08/21/12 | Review file to determine effect of GMAC's bankruptcy on the case and catalog information in comprehensive bankruptcy chart | L110 | AHC | .30 | 145.00 | 43.50 |
| 08/22/12 | Analyze bankruptcy stay issues | L120 | JDR | .70 | 293.00 | 205.10 |
| 08/23/12 | Review entire court record and analyze claim and possible counterclaim | C100 | JDR | .70 | 293.00 | 205.10 |
| 08/23/12 | Strategize regarding response to third party claim | L210 | MMB | .40 | 240.00 | 96.00 |
| 08/24/12 | Research regarding stay issues | L120 | JDR | .20 | 293.00 | 58.60 |
| 08/24/12 | Strategy and analysis regarding supplemental bankruptcy order | L120 | MCG | .40 | 323.00 | 129.20 |
| 08/27/12 | Draft and revise notice of bankruptcy | L210 | MMB | .40 | 240.00 | 96.00 |
| 08/27/12 | Draft and revise answer to third party complaint | L210 | MMB | .80 | 240.00 | 192.00 |
| 08/28/12 | Review client documents for case assessment | L190 | MMB | 1.80 | 240.00 | 432.00 |
| 08/28/12 | Draft and revise initial litigation analysis and budget | L190 | MMB | 1.30 | 240.00 | 312.00 |
| 08/28/12 | Review and revise supplemental notice of bankruptcy | L210 | MCG | .40 | 323.00 | 129.20 |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 12, 2012

ResCap

0R0809-301010

FED ID NO. 63-0243316

| DATE | DESCRIPTION | TASK | ATTY. | HOURS | RATE | AMOUNT |
|------|-------------|------|-------|-------|------|--------|
| 08/30/12 | Strategize regarding title claim issues | L210 | MMB | .50 | 240.00 | 120.00 |
| 08/30/12 | Revise answer to third party complaint | L210 | MMB | .30 | 240.00 | 72.00 |
| 08/30/12 | E-mail with client regarding answer to third party complaint, notice of bankruptcy, and strategy | L210 | MMB | .40 | 240.00 | 96.00 |
| 08/30/12 | Evaluate title policy issue. | L120 | JDR | .20 | 293.00 | 58.60 |
| 08/30/12 | Review letter from third party plaintiff regarding motion to amend case caption. | L210 | JDR | .10 | 293.00 | 29.30 |
| 08/31/12 | Finalize answer to third party complaint | L210 | MMB | .30 | 240.00 | 72.00 |

FEES                                             $3,167.00

### DESCRIPTION OF DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/12 | Copy Charges | 0.00 |
| 08/27/12 | Court Costs - Pleadings - WEST GROUP AC COURT FEES | 185.75 |
| | Bank ID: GENR Check Number: 98343 | |
| 08/31/12 | Express Mail/Fedex | 0.00 |

COSTS                                     $185.75

AMOUNT DUE THIS BILL                $3,352.75

***** TOTAL DUE UPON RECEIPT *****



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
ResCap                                                          OCTOBER 12, 2012

0R0809-301010

FED ID NO. 63-0243316

### INDIVIDUAL SUMMARY

| NAME | RANK | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| Jonathan Rose | Partner | 293.00 | 3.70 | 1,084.10 |
| Alecia H. Cockrell | Paralegal | 145.00 | .50 | 72.50 |
| Michael C. Griffin | Partner | 323.00 | .80 | 258.40 |
| Melissa Burton | Associate | 240.00 | 7.30 | 1,752.00 |
| Total | | | 12.30 | 3,167.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 12, 2012
                                                         0R0809-301010
BILL AMOUNT        $3,352.75                             INVOICE #  810421

---

To:     ResCap                          TC Number:       731392
        1100 Virginia Drive             Invoice Date:    10/12/2012
        Fort Washington, PA 19034       Invoice No.      810421
                                        Period ending:   08/31/2012


Case Management Number    LD  0R0809-301010


|                                                      | Current Invoice |          |
| Code Task                                            | Hours | Fees     |
|------------------------------------------------------|-------|----------|
| C100 Fact Gathering                                  | 0.90  | $   263.70 |
| C200 Researching Law                                 | 0.40  | $   117.20 |
| C300 Analysis and Advice                             | 0.20  | $    58.60 |
| L110 Fact Investigation/Development                  | 0.50  | $    72.50 |
| L120 Analysis/Strategy                               | 1.80  | $   539.40 |
| L190 Other Case Assessment, Develop't/Admin          | 3.10  | $   744.00 |
| L210 Pleadings                                       | 5.40  | $ 1,371.60 |

```
                    ===================================
        TOTAL FEES        12.30    $  3,167.00

            TOTAL FEES DUE          $  3,167.00
    TOTAL DISBURSEMENTS DUE         $    185.75
    TOTAL DUE THIS INVOICE          $  3,352.75
```