Hearing Date:    December 20, 2012 at 10:00 a.m. (ET)
Objection Deadline:    TBD

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ ) | |
| In re:                                                    ) | Case No. 12-12020 (MG) |
|                                                              ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,    ) | Chapter 11 |
|                                                              ) | |
| Debtors.    ) | Jointly Administered |
| ------------------------------------------------------------ ) | |

**COVERSHEET FOR FIRST INTERIM APPLICATION OF**
**MORRISON & FOERSTER LLP AS BANKRUPTCY COUNSEL FOR**
**THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**INCURRED FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012**

This is a(n):    ___ monthly    _x_ interim    ___ final application.

| | |
|---|---|
| Name of Applicant: | Morrison & Foerster LLP ("**Applicant**") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC, *et al*. (collectively, the "**Debtors**") |
| Date of Retention: | Order entered on July 16, 2012 retaining Applicant *nunc pro tunc* to May 14, 2012 |
| Period for which Compensation and Reimbursement is sought: | May 14, 2012 through August 31, 2012 (the "**Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $14,667,747.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $598,549.72 |

ii

**Summary of Monthly Applications for Application Period**:

| Date Submitted | Compensation Period | Requested Fees | Requested Expenses | Fees Paid[1] | Expenses Paid[2] | 20% Holdback |
|---|---|---|---|---|---|---|
| 8/24/2012 | 5/14/2012 – 5/31/2012 | $2,456,502.25 | $435,060.81 | $1,965,201.80 | $435,060.81 | $491,300.45 |
| 8/24/2012 | 6/1/2012 – 6/30/2012 | $4,211,223.75 | $77,069.05 | $3,368,979.00 | $77,069.05 | $840,044.75 |
| 9/27/2012 | 7/1/2012 – 7/31/2012 | $3,952,722.25 | $57,193.23 | $3,162,177.80 | $57,193.23 | $790,544.45 |
| 10/12/2012 | 8/1/2012 – 8/31/2012 | $4,047,299.25 | $29,226.63 | $0[3] | $0 | $809,459.85 |
| **TOTAL** | 5/14/2012 – 8/31/2012 | $14,667,747.50 | $598,549.72 | $8,496,358.60 | $569,323.09 | $2,931,349.50 |

---

[1]    Amounts actually paid by the Debtors have been offset by $1,542,910.95, the amount of Applicant's remaining prepetition retainer, which was be applied to Applicant's monthly invoices in accordance with the *Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Bankruptcy Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Dkt. No. 786].

[2]    Amounts actually paid by the Debtors have been offset by $1,542,910.95, the amount of Applicant's remaining prepetition retainer, which was be applied to Applicant's monthly invoices in accordance with the *Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Bankruptcy Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Dkt. No. 786].

[3]    As of the date of this Application, the objection deadline had not yet passed for the August monthly invoice. If no objection is received, the Debtors anticipate that they will receive fees for that period totaling $3,237,839.40 (80% of $4,047,299.25) and expenses totaling $29,226.63 prior to the hearing date on this Application, bringing the total amount of fees paid to $11,734,198.00 and expenses reimbursed to $598,549.72.

ny-1060542

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

--------------------------------------------------------------

**FIRST INTERIM APPLICATION OF
MORRISON & FOERSTER LLP AS BANKRUPTCY COUNSEL FOR
THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012**

For its first interim application for compensation and reimbursement of expenses

(the "**Application**") for the period May 14, 2012 through August 31, 2012 (the "**Application**

**Period**"), Morrison & Foerster LLP ("**Applicant**"), bankruptcy counsel to Residential Capital,

LLC., *et al.*, as debtors and debtors in possession (collectively, the "**Debtors**"), respectfully

represents as follows:

**JURISDICTION, VENUE AND STATUTORY PREDICATES**

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue

of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"). This Application has been prepared in accordance with General Order M-389, *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, effective as of December 4, 2009 (the "**Local Guidelines**"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996 (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**"). Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as Exhibit A.

## BACKGROUND

**A.    The Chapter 11 Cases**

3.     On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code. The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). No trustee has been appointed in these Chapter 11 cases.

4.     On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed a nine member official committee of unsecured creditors (the "**Creditors' Committee**").

2

5.      On June 20, 2012, the Court directed that an examiner be appointed, and on

July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

**B.      Applicant's Retention and Interim Compensation**

6.      On July 16, 2012, the Court entered the *Order Authorizing The Retention And*

*Employment Of Morrison & Foerster LLP As Bankruptcy Counsel To The Debtors Nunc Pro*

*Tunc To The Petition Date* [Docket No. 786] (the "**M&F Retention Order**"), approving

Applicant's retention.

7.      On July 17, 2012, the Court entered the *Order Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim**

**Compensation Order**") [Docket No. 797].  Pursuant to the terms of the Interim Compensation

Order, Applicant, among others, is authorized to submit monthly invoices to the Debtors,

counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank

PLC, and the United States Trustee (collectively, the "**Notice Parties**").

8.      On August 24, 2012, Applicant served its first monthly invoice covering the

period from May 14, 2012 through May 31, 2012 (the "**May Invoice**") on the Notice Parties.

On August 24, 2012, Applicant served its second monthly invoice covering the period from June

1, 2012 through June 30, 2012 (the "**June Invoice**") on the Notice Parties.  On September 27,

2012, Applicant served its third monthly invoice covering the period from July 1, 2012 through

July 31, 2012 (the "**July Invoice**").  On October 12, 2012, Applicant served its fourth monthly

invoice covering the period from August 1, 2012 through August 31, 2012 (the "**August**

**Invoice**" and together with the May Invoice, the June Invoice, and the July Invoice, the

"**Monthly Invoices**") on the Notice Parties.  As of the date hereof, Applicant had not received

any objection to the Monthly Invoices.

ny-1060542

9.      For the convenience of this Court and all parties in interest, attached hereto as

Exhibit B is a schedule of the total amount of fees incurred under each of Applicant's internal

task codes during the Application Period.

10.     The total payments received by Applicant as of the date hereof are equal to:

(i) 80% of requested compensation from the Monthly Invoices and (ii) 100% of requested

expenses from the Monthly Invoices.  Specifically, to date, the Applicant has received payments

totaling $9,065,681.69, representing $8,496,358.60 in fees and $569,323.09 in expenses,[1] less

$1,542,910.95, the amount of Applicant's remaining prepetition retainer, which was to be

applied to Applicant's monthly invoices in accordance with the M&F Retention Order.  The

Monthly Statements reflect voluntary aggregate deductions of $194,306.00 in fees during the

Application Period incurred for non-working travel (reduced by 50%), review of the Monthly

Statements for privilege and compliance with compensation guidelines, and time billed by

individuals who billed less than five hours total during any given month.

11.     Applicant maintains computerized records of the time expended in the rendering

of the professional services required by the Debtors.  These records are maintained in the

ordinary course of Applicant's practice.  For the convenience of this Court and all parties in

interest, attached hereto as Exhibit C is a billing summary for the Application Period, setting

forth the name of each attorney and paraprofessional who rendered services during the

Application Period, each attorney's year of bar admission and area of practice concentration, the

aggregate time expended by each attorney and each paraprofessional, the hourly billing rate for

---

[1]      As of the date of this Application, the objection deadline had not yet passed for the August Invoice.  If no objection is received, the Debtors anticipate that, prior to the hearing date for this Application, they will receive fees for that period totaling $3,237,839.40 (80% of $4,047,299.25) and reimbursement of expenses totaling $29,226.63, bringing the total amount of payments received to $12,332,747.72, representing $11,734,198.00 in fees and $598,549.72 in expenses.

each attorney and each paraprofessional at Applicant's current billing rates, and the individual amounts requested for each professional.  The compensation requested by Applicant is based on the customary compensation charged by comparably skilled practitioners in other similar cases under the Bankruptcy Code.

12.    Applicant also maintains computerized records of all expenses incurred in connection with the performance of professional services.  A summary of the amounts and categories of expenses for which reimbursement is sought is attached hereto as Exhibit D.  The Monthly Statements reflect voluntary aggregate deductions of $49,965.23 in expenses incurred during the Application Period.  Additionally, as an accommodation to the Debtors made in accordance with prepetition practices, Applicant does not charge the Debtors for expenses incurred by applicant for Lexis or Westlaw research, overtime meals, in-house document preparation fees, or secretarial overtime.  These expenses are in addition to the voluntary deductions described above.

13.    Copies of Applicant's computerized records of fees and expenses in the format specified by the Guidelines have been served on the Notice Parties with each of the Monthly Invoices and are attached hereto collectively as Exhibit E.

14.    There is no agreement or understanding between Applicant and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

15.    The Monthly Invoices submitted by Applicant are subject to a 20% holdback (as is customary in this District) imposed by the Court on the allowance of fees.  The aggregate amount of Applicant's holdback during the Application Period is $2,931,349.50.  Applicant respectfully requests, in connection with the relief requested herein, that the Court allow this

holdback amount on an interim basis pursuant to sections 330 and 331 of the Bankruptcy Code

and authorize the Debtors to satisfy such amounts.

## DESCRIPTION OF SERVICES AND
## EXPENSES AND RELIEF REQUESTED

16.     In general, Applicant has represented the Debtors in connection with the

following aspects of the Chapter 11 Cases:

(a)     advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

(b)     attending meetings and negotiating with creditors and parties in interest;

(c)     advising the Debtors in connection with any sale of assets in these Chapter 11 cases;

(d)     taking all necessary action to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors' interests in negotiations concerning all litigation in which the Debtors are involved, including, but not limited to, objections to claims filed against the Debtors or their estates;

(e)     preparing all motions, applications, answers, orders, reports, and papers necessary to the administration of the Chapter 11 cases;

(f)     taking any necessary action on behalf of the Debtors to obtain approval of solicitation procedures, a disclosure statement and confirmation of a Chapter 11 plan;

(g)     providing U.S. tax advice to the Debtors regarding restructuring matters;

(h)     appearing before this Court, any appellate courts, and the United States Trustee to protect the interests of the Debtors' estates before such Courts and the United States Trustee;

(i)     performing other necessary legal services for the Debtors in connection with the Chapter 11 cases, including (i) analyzing the Debtors' leases and executory contracts and the assumption or assignment thereof, (ii) analyzing the validity of liens against the Debtors, and (iii) advising on corporate, litigation, and other legal matters; and

6

      (j)     taking all steps necessary and appropriate to bring the Chapter 11 cases to conclusion.

17.     To provide an orderly and meaningful summary of the services rendered by Applicant on behalf of the Debtors during the Application Period, Applicant established, in accordance with the Guidelines and its internal billing procedures, separate task codes in connection with the Chapter 11 Cases.  The following is a summary of the most significant professional services rendered by Applicant during the Application Period organized in accordance with Applicant's internal system of task codes:

      (a)     Asset Analysis and Recovery – 001.

      Fees:  $11,391.50; Total Hours:  15.2

18.     This category includes time spent by Applicant's professionals reviewing and analyzing materials regarding the Debtors' assets and liabilities, including assets and liabilities related to intercompany claims and secured bondholder obligations, and analysis of strategies for obtaining capital returns with respect to the Debtors' captive non-Debtor insurer CapRe of Vermont.

      (b)     Asset Dispositions/Sales – 002.

      Fees:  $1,160,431.50; Total Hours:  1,717.0

19.     This category includes all matters related to the potential disposition of the Debtors' assets, including the sale of their servicing platform and owned whole loan portfolio, as well as various de minimus asset sales.  This category includes time billed to:  preparing for and participating in numerous meetings and calls with the various parties in interest regarding sale issues, including the Debtors, the stalking horse bidders, other potential third party bidders, AFI and Ally Bank, and governmental entities; researching, drafting, and revising the asset purchase agreements, and the schedules and disclosure memoranda related thereto; preparing the sale

7

procedures motion; reviewing, analyzing, and responding to objections to the motion for

approval of bidding and sale procedures and researching issues in connection therewith;

reviewing and analyzing competing bids; negotiating non-disclosure agreements with potential

bidders; preparing forms of subservicing agreements and transition services agreements in

connection with the asset sales; and researching issues in connection with the appointment of a

privacy ombudsman, and drafting of an ombudsman declaration and privacy notices, and

correspondence with the U.S. Trustee regarding same.

(c)    Business Operations and Advice – 003.

Fees:  $976,780.50; Total Hours:  1,379.40

20.    This category includes matters related to advising the Debtors with respect to

their operations, in connection with both day-to-day matters and longer-term planning,

including:  correspondence with the Debtors and default/foreclosure counsel regarding the

impact of the bankruptcy filing on pending foreclosures and loss mitigation activities, analysis of

cash management and servicing issues; providing advice regarding the implementation of

interim first day orders; assisting the Debtors with resolving various operational issues including

those related to stopped payments, servicing agreement terminations, misdirected transfers, and

reporting obligations incurred as a result of the bankruptcy filing.

(d)    Case Administration – 004.

Fees:  $193,304.00; Total Hours:  359.40

21.    This category includes matters related to the administration of the Debtors' cases,

including:  preparation and revision of the consolidated list of top 50 creditors and master service

list; reviewing the case docket, managing task lists, and tracking deadlines; and preparation for

and participation in working group meetings to discuss case strategy and status, and allocation

and coordination of tasks.

(e)    Claims Administration and Objections – 005.

Fees:  $43,038.50; Total Hours:  74.5

22.    This category includes time spent by Applicant's professionals in connection with
the review and analysis of potential claims, including administrative claims and HELOC
obligations; research and analysis of equitable subordination issues; correspondence with the
governmental associations and the Debtors regarding potential put-back claims; preparation of
the motion establishing bar dates for filing proofs of claim and research issues in connection
with the foregoing.

(f)    Executory Contracts – 006.

Fees:  $646,384.00; Total Hours:  1,185.80

23.    This category includes time spent by Applicant's professionals related to the
review, analysis and assumption/rejection of executory contracts, including:  preparation of
consent letters related to assignment of agreements under the asset purchase agreements,
research and analysis relating to the severing of origination and servicing obligations under the
Debtors' pooling and servicing agreements; identification and analysis of provisions relating to
requirements for assumption and assignment of pooling and servicing agreements and
intellectual property licenses; research and analysis regarding cure claims.

(g)    Fee/Employment Applications – 007.

Fees:  $417,387.50; Total Hours:  717.80

24.    This category includes all matters related to the preparation of Applicant's
retention application and associated exhibits, affidavits, and conflicts reports, providing advice
and assistance to the Debtors and the Debtors' other professionals retained in connection with
these cases, and reviewing and analyzing retention applications filed by professionals retained by
the Creditors' Committee and the Examiner.  This category also includes time spent advising

9

various retained professionals and the Debtors regarding the process for applying for, and

obtaining, payment in accordance with the Interim Compensation Order, and preparation of

forms of interim fee applications for retained professionals and for ordinary course professionals.

(h)    Fee/Employment Objections – 008.

Fees:  $97,980.00; Total Hours:  141.30

25.    This category includes time spent by Applicant's professionals in connection with

the review, analysis and resolution of objections to retention applications, including the omnibus

formal objection and various informal objections and inquiries by the U.S. Trustee and the

Creditors' Committee.

(i)    Financing – 009.

Fees:  $431,598.00; Total Hours:  682.2

26.    This category includes matters related to the Debtors' financing arrangements,

including: preparation, review, analysis, negotiation, and revision of the debtor-in-possession

financing facilities provided by each of AFI and Barclays and the Debtors' first day motions

seeking authority to use the cash collateral of AFI and Citibank; correspondence with the

Creditors' Committee and U.S. Trustee regarding each of the foregoing; review, analysis and

preparation of responses to objections to the foregoing, researching issues in connection with

same and correspondence with objecting parties in order to resolve objections.

(j)    Plan, Disclosure Statement and Confirmation Matters – 010.

Fees:  $444,045.50; Total Hours:  659.8

27.    This category includes time spent by Applicant's professionals in connection with

the preparation, review, analysis, negotiation, and revision of the Debtors' chapter 11 plan and

related disclosure statement, including correspondence with parties to plan support agreements

10

and various governmental entities, and research regarding various plan issues including substantive consolidation, third party releases, and claims subordination.

      (k)      Relief from Stay Proceedings – 012.

      Fees:  $860,870.50; Total Hours:  1,431.50

28.     This category includes time spent by Applicant's professionals in connection with the review and analysis of dozens of motions for stay relief filed in the chapter 11 cases, correspondence with the Debtors and outside counsel in connection with such motions, and preparation of responses to such motions.  This category also includes time spent negotiating with certain movants regarding stipulated stay relief, and discussions with counsel for the Creditors' Committee regarding the same.

      (l)      Hearings – 013.

      Fees:  $506,538.00; Total Hours:  817.6

29.     This category includes all matters related to preparation for and attendance at hearings in the Debtors' cases (excluding the "first day" hearings, which are addressed under task code 027, described below), including:  preparation of agendas, scripts, binders and outlines; meetings with potential witnesses to prepare for hearings and correspondence with various of the Debtors' retained professionals in advance of hearings; coordination with chambers, the Creditors' Committee, and other parties in regarding scheduling issues; attendance at the omnibus hearings held on May 31, 2012, June 12, 2012, June 18, 2012, June 19, 2012, July 10, 2012, July 13, 2012, July 24, 2012, August 8, 2012, August 9, 2012, August 14, 2012, August 16, 2012, and August 29, 2012, as well as preparation for and attendance at numerous telephonic and in-person status conferences.

(m)    Tax Matters – 014.

Fees:  $109,570.00; Total Hours:  192.4

30.    This category includes time spent by Applicant's professionals in connection with analyzing various tax issues related to the chapter 11 cases and the Debtors' operations, including those arising with respect to the Debtors' proposed asset sales and potential chapter 11 plan structures, reviewing and analyzing the Debtors' obligations under their tax sharing agreement with AFI and the Debtors' first day motion for authority to pay taxes and regulatory fees, and correspondence with counsel for the Creditors' Committee regarding the foregoing.

(n)    Plan Support Agreement Matters – 016.

Fees:  $499,176.00; Total Hours:  707.2

31.    This category includes time spent by Applicant's professionals in connection with: the Debtors' preparation, analysis, and revision of plan support agreements with each of AFI, the Debtors' junior secured bondholders, and various groups of RMBS litigation plaintiffs; extensive correspondence and meetings with various parties in interest including counsel for the trustees, the insurers, and the Creditors' Committee regarding the foregoing; and preparation of motions seeking to assume the plan support agreements, and research regarding various legal issues arising in connection therewith.

(o)    PLS Litigation - 017.

Fees:  $1,066,770.50; Total Hours:  1,335.3

32.    This category includes time spent by Applicant's professionals in connection with: the Debtors' preparation, analysis, negotiation and revision of settlement agreements with the RMBS litigation plaintiffs represented by Kathy Patrick and Talcott Franklin; extensive discussions with counsel for AFI, the Creditors' Committee, insurers, and the trustees for the

12

respective RMBS trusts regarding the settlements; and research and analysis of precedent with respect to various settlement issues.

      (p)     Litigation (Other) – 018.

      Fees:  $1,009,641.50; Total Hours:  1,696.50

33.    This category includes time spent by Applicant's professionals in connection with: participation in various adversary proceedings, including the Debtors' proceeding to extend the automatic stay to third parties and FHFA's motion to withdraw the reference; research and analysis of issues in connection with the Debtors' pending litigation in other jurisdictions, and correspondence with the Debtors' in-house legal department and outside counsel regarding the same; .

      (q)     Government/Regulatory – 019.

      Fees:  $410,106.00; Total Hours:  577.7

34.    This category includes time spent by Applicant's professionals with respect to matters related to the Debtors' interactions with various state and federal governmental or regulatory bodies, including, but not limited to:  correspondence with Ginnie Mae, Freddie Mac, and Fannie Mae and analysis of issues related to the Debtors' relationships with and obligations to each of the foregoing; correspondence with the Federal Reserve Board ("**FRB**"), the Department of Justice ("**DOJ**") and various state attorneys general and other regulators regarding the Debtors' continued compliance with the FRB and DOJ consent orders; extensive negotiations related to the employment of third party professionals and payment of costs in connection with the foreclosure review being conducted in connection with the FRB consent order; review and analysis of issues and strategies in connection with the pending investigations being conducted by governmental agencies; review, analysis, and research in connection with compliance with Hart-Scott-Rodino Act.

13

(r)    Customer and Vendor Matters – 020.

Fees:  $58,439.50; Total Hours:  98.6

35.    This category includes time spent by Applicant's professionals in connection with matters related to the Debtors' customers and vendors, including responding to borrower and vendor inquiries regarding the Debtors' chapter 11 cases, preparation of notices to be provided to the foregoing; addressing issues related to the Debtors' call center; respond to inquiries from critical vendors regarding mechanics for payment of prepetition claims.

(s)    Insurance Matters – 021.

Fees:  $18,264.50; Total Hours:  21.3

36.    This category includes matters related to insurance issues, including correspondence and analysis regarding insurance coverage for pending litigation, the scope of D&O insurance policies, and review and analysis of issues in connection with FGIC payment demands and the potential insolvency/rehabilitation of the Debtors captive insurer, CapRe Vermont.

(t)    Communication with Creditors – 022.

Fees:  $230,840.50; Total Hours:  286.4

37.    This category includes time spent by Applicant's professionals communicating with Creditors' Committee members, general unsecured creditors and other parties-in-interest regarding the status of the Debtors' bankruptcy proceedings, including providing updates to the Creditors' Committee regarding various case issues and responding to requests for information regarding relief requested pursuant to the Debtors' first day motions; the preparation of materials and presentations for the Creditors' Committee professionals; negotiations with the Creditors' Committee regarding entry into a confidentiality agreement.

14

(u)      Meetings of Creditors – 023.

Fees: $207,213.00; Total Hours: 263.9

38.      This category includes time spent by Applicant's professionals:  preparing for and

participating in the Creditors' Committee organizational meeting on May 16, 2012, and

coordination with U.S. Trustee regarding the same; preparing for and participating in meetings

with the Creditors' Committee and/or its professionals to discuss the status of the case, new

developments, and other matters of significance to general unsecured creditors, held on May 29,

2012, June 4, 2012, June 6, 2012, June 8, 2012, June 15, 2012, and July 17, 2012; and preparing

for and participating in meetings with other creditor constituents including counsel for senior

unsecured noteholders, junior secured noteholders, and RMBS plaintiffs.  This category also

includes preparation for and participation in the section 341 creditors' meetings held on June 25,

2012, and July 27, 2012 and coordination with the U.S. Trustee regarding the same.

(v)      Employee Matters – 024.

Fees: $1,234,156.00; Total Hours:  1,612.3

39.      This category includes time spent by Applicant addressing issues related to

employee matters, including:  review and analysis of key employee lists; research, analysis,

preparation and revisions regarding the Debtors' proposed key employee incentive program

("**KEIP**") and key employee retention program ("**KERP**"), preparation of motions seeking

approval of the KEIP/KERP and declarations in support thereof; review, analysis, and research

regarding objections to the KEIP/KERP, and preparation of responses to the same; analysis of

TARP restrictions on executive compensation; and review and analysis of employment

agreements with the Debtors' key executives.

15

(w)    Discovery or Rule 2004 Requests – 025.

Fees:  $1,714,765.00; Total Hours:  2,895.5

40.    This category includes time spent by Applicant:  analyzing and responding to

numerous document and information requests from the Creditors' Committee and subpoena

requests issued pursuant to Bankruptcy Rule 2004 on various topics, including, but not limited

to, each of the Debtors' first day motions, the lien investigation by the Creditors' Committee, the

PLS and Ally settlements, and the Debtors' prepetition transactions with AFI and Ally Bank;

preparing for, attending, and defending depositions of various of the Debtors' management and

personnel; compiling responsive materials, reviewing them for relevance and privilege,

preparing privilege logs, transmitting materials; and negotiating non-disclosure agreements with

parties seeking discovery or access to confidential materials.

(x)    Schedules and Statements – 026.

Fees:  $183,441.00; Total Hours:  269.8

41.    This category includes all time spent by Applicant's professionals advising the

Debtors and working with the Debtors' employees and other professionals to prepare and amend

the Debtors' schedules and statements of financial affairs to ensure that, when filed, they would

represent the most accurate and complete data available.

(y)    First Day Motions and Hearings – 027.

Fees:  $1,299,207.00; Total Hours:  1,863.6

42.    This category includes time spent by Applicant:  preparing and representing the

Debtors at the various hearings before the Court regarding the motions filed on the Petition Date

(including, among others, the Debtors' motion for authority to continue performing under their

subservicing agreement with Ally Bank); reviewing, analyzing and responding to objections to

the first day motions; negotiating with potential objecting parties to the filed motions;

16

corresponding with the U.S. Trustee regarding the first-day motions; and working with various
parties in interest including the U.S. Trustee, the Creditors' Committee, Ally, governmental
agencies, and parties to plan support agreements with the Debtors to revise the proposed final
orders granting the requested first-day relief.

(z)     Other Motions and Applications – 028.

Fees:  $449,622.50; Total Hours:  704.9

43.    This category includes all matters related to the review, analysis, research, and
preparation of motions, applications and objections filed in these chapter 11 cases to the extent
not addressed specifically under other task codes (*i.e.*, fee and employment applications (007,
008), first day motions (027), motions for stay relief (012) and other general litigation (018))
with respect to the Debtors' cases, including the Debtors' claims trading motion, the case
management procedures, the motion to employ ordinary course professionals, the supplemental
servicing motion, and the motion to appoint a borrowers' committee.

(aa)    Non-Working Travel – 029.

Fees:  $105,056.00; Total Hours:  186.1

44.    This category includes time spent by Applicant's professionals in non-working
travel while representing the Debtors, including, but not limited to, travel to and from
Applicants' New York office, the Court, and the U.S. Trustee's office for hearings and statutory
meetings of creditors.  Applicant billed one-half of the total time that such professionals spent on
non-working travel.

(bb)    Monthly Fee Statements – 030.

Fees:  $35,266.50; Total Hours:  59.7

45.    This category includes all time spent by Applicant's professionals reviewing
Applicant's monthly invoices to ensure that the time detail and expenses complied with

17

applicable compensation guidelines, as well as to ensure that no privileged or confidential

information was disclosed therein.  This category also includes time spent coordinating with

certain of the Debtors' other retained professionals to ensure that the Debtors were not being

billed for duplicative services.  As an accommodation to the Debtors, Applicant has deducted

100% of the time within this task code.

(cc)    Ally Reimburseable Legal Support – 031.

Fees:  $278.00; Total Hours:  0.4

46.    This category includes time spent by Applicant's professionals that are or may be

reimbursable by AFI or Ally Bank under the shared services agreement.

(dd)    Ally Settlement – 032.

Fees:  $31,860.00; Total Hours:  37.4

47.    This category contains time spent by Applicant's professionals in connection with

the Debtors' proposed settlement with AFI, including analysis of claims against AFI and/or Ally

Bank, and discussions with the Debtors and counsel for AFI regarding the foregoing.

(ee)    Examiner – 033.

Fees:  $302,119.00; Total Hours:  383.2

48.    This category contains time spent by Applicant's professionals related to the

appointment of the Examiner and the Debtors' cooperation with the Examiner's investigation,

including review and analysis of the proposed examiner order and work plan, research regarding

the scope of the Examiner's duties and advising the Debtors regarding compliance with same;

facilitating Debtors' cooperation with the Examiner's investigation, including identification of

relevant materials, and assisting with discovery requests.

18

(ff)    Minimal Hours – 035.

Fees:  $106,511.50; Total Hours:  153.9

49.    This category includes all time spent by Applicant's professionals that billed less than five hours in total during any given month.  As an accommodation to the Debtors, Applicant has deducted 100% of the time within this task code.

50.    The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 Cases.  The time records attached hereto as <u>Exhibit E</u> present more completely the work performed by Applicant in each billing category during the Application Period.

## <u>CONCLUSION</u>

51.    Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses requested were actual and necessary to the performance of Applicant's services.

52.    Applicant therefore requests an order (i) approving interim compensation in the amount of $14,667,747.50 and interim reimbursement of expenses in the amount of $598,549.72,[2] (ii) directing payment of all compensation held back in connection with the Monthly Invoices, and (iii) granting such other and further relief as may be just and proper.

---

[2]    The rates charged for such expenses are (i) equivalent to what Applicant normally bills to its non-bankruptcy clients and (ii) calculated to compensate Applicant for only the actual costs of the expenses.

ny-1060542

New York, New York

Dated: October 19, 2012

/s/ Lorenzo Marinuzzi

Gary S. Lee

Lorenzo Marinuzzi

Erica J. Richards

MORRISON & FOERSTER LLP

1290 Avenue of the Americas

New York, New York 10104

Telephone: (212) 468-8000

Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

20

**<u>EXHIBIT A</u>**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                 )
In re:                                                           )    Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                         )    Chapter 11
                                                                 )
                                          Debtors.               )    Jointly Administered
                                                                 )
---------------------------------------------------------------- )

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS**
**FOR PROFESSIONALS IN RESPECT OF THE FIRST INTERIM APPLICATION**
**OF MORRISON & FOERSTER LLP AS BANKRUPTCY COUNSEL FOR THE**
**DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**<u>INCURRED FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012</u>**

I, Lorenzo Marinuzzi, hereby certify that:

      1.     I am a partner with the applicant firm, Morrison & Foerster LLP (the "**Firm**"),

which serves as bankruptcy counsel to Residential Capital, LLC., *et al.*, as debtors and debtors in

possession (collectively, the "**Debtors**").

      2.     This certification is made in respect of the Firm's compliance with the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, Administrative Order M-389, effective as of December 4, 2009 (the "**Local**

**Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for*

A-1

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996* (the "**UST Guidelines**") and the *Order to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 172], and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**"), in connection with the Firm's application, dated October 19, 2012 (the "**Application**"), for interim compensation and reimbursement of expenses for the period commencing May 14, 2012 through and including August 31, 2012, in accordance with the Guidelines.

3.     In respect of Section B.1 of the Local Guidelines, I certify that:

(a)     I have read the Application;

(b)     to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

(c)     the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

(d)     in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

4.     In respect of Section A.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that the Firm has complied with the provisions requiring it to provide the United States Trustee for the Southern District of New York and the Debtors and their attorneys with a statement of the Firm's fees and expenses accrued during the previous month.

5.      In respect of Section A.3 of the Local Guidelines, I certify that the Debtors, their

attorneys, and the United States Trustee for the Southern District of New York are each being

provided with a copy of the Application.

Dated: October 19, 2012          /s/ Lorenzo Marinuzzi
                                 Lorenzo Marinuzzi
                                 MORRISON & FOERSTER LLP
                                 1290 Avenue of the Americas
                                 New York, New York 10104
                                 Telephone: (212) 468-8000
                                 Facsimile: (212) 468-7900

                                 *Counsel to the Debtors and
                                 Debtors in Possession*

## EXHIBIT B

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY MORRISON & FOERSTER LLP ON BEHALF OF THE DEBTORS FOR THE
PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 15.2 | $11,391.50 |
| 002 | Asset Disposition/Sales | 1717 | $1,160,431.50 |
| 003 | Business Operations and Advice | 1379.4 | $976,780.50 |
| 004 | Case Administration | 359.4 | $193,304.00 |
| 005 | Claims Administration and Objection | 74.5 | $43,038.50 |
| 006 | Executory Contracts | 1185.8 | $646,384.00 |
| 007 | Fee/Employment Applications | 717.8 | $417,387.50 |
| 008 | Fee/Employment Objections | 141.3 | $97,980.00 |
| 009 | Financing | 682.2 | $431,598.00 |
| 010 | Plan, Disclosure Statement and Confirmation Matters | 659.8 | $444,045.50 |
| 012 | Relief from Stay Proceedings | 1431.5 | $860,870.50 |
| 013 | Hearings | 817.6 | $506,538.00 |
| 014 | Tax Matters | 192.4 | $109,570.00 |
| 016 | Plan Support Agreement Matters | 707.2 | $499,176.00 |
| 017 | PLS Litigation | 1335.3 | $1,066,770.50 |
| 018 | Litigation (Other) | 1696.5 | $1,009,641.50 |
| 019 | Government/Regulatory | 577.7 | $410,106.00 |
| 020 | Customer and Vendor Matters | 98.6 | $58,439.50 |
| 021 | Insurance Matters | 21.3 | $18,264.50 |
| 022 | Communication with Creditors | 286.4 | $230,840.50 |
| 023 | Meetings of Creditors | 263.9 | $207,213.00 |
| 024 | Employee Matters | 1612.3 | $1,234,156.00 |
| 025 | Discovery or Rule 2004 Requests | 2895.5 | $1,714,765.00 |
| 026 | Schedules and Statements | 269.8 | $183,441.00 |
| 027 | First Day Motions and Hearings | 1863.6 | $1,299,207.00 |
| 028 | Other Motions and Applications | 704.9 | $449,622.50 |
| 029 | Non-Working Travel | 186.1 | $105,056.00 |
| 030 | Monthly Fee Statements (Non-Billable) | 59.7 | $35,266.50 |
| 031 | Ally Reimbursable Legal Support | 0.4 | $278.00 |
| 032 | Ally Settlement | 37.4 | $31,860.00 |
| 033 | Examiner | 383.2 | $302,119.00 |
| 035 | Minimal Hours | 153.9 | $106,511.50 |
| **Total Fees Incurred** | | **22,527.6** | **$14,862,053.50** |
| Less client accommodations for | | | |
| 029 | Non-Working Travel (50%) | | $52,528.00 |

B-1

| 030 | Monthly Fee Statements (100%) | | $35,266.50 |
|-----|-------------------------------|--|-------------|
| 035 | Minimal Hours (100%) | | $106,511.50 |
| **Total Fees Incurred** | | **22,527.6** | **$14,667,747.50** |

**EXHIBIT C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY
MORRISON & FOERSTER LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 14, 2012 THROUGH AUGUST 31, 2012**

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Borden, Paul C. | Department: | Tax | $875.00 | 8.1 | $7,087.50 |
| | Licensure: | CA (1983) | | | |
| Bozzetti, Domnick | Department: | Tax | $875.00 | 11.1 | $9,712.50 |
| | Licensure: | NY (2012) | | | |
| | | DC (2012) | | | |
| | | FL (1997) | | | |
| Cohn, Hillel T. | Department: | Corporate | $800.00 | 7.0 | $5,600.00 |
| | Licensure: | CA (1975) | | | |
| | | CT (1974) | | | |
| Delaney, John F. | Department: | Technology Transactions | $895.00 | 3.3 | $2,953.50 |
| | Licensure: | CA (1989) | | | |
| | | NY (1994) | | | |
| Dopsch, Peter C. | Department: | Financial Transactions | $850.00 | 9.5 | $8,075.00 |
| | Licensure: | MA (1983) | | | |
| | | NY (1987) | | | |
| Dresser, Gregory P. | Department: | Litigation | $800.00 | 0.4 | $320.00 |
| | Licensure: | CA (1988) | | | |
| Engelhardt, Stefan W. | Department: | Bankruptcy | $850.00 | 506.4 | $430,440.00 |
| | Licensure: | CA (1990) | | | |
| Fons, Randall J. | Department: | Litigation | $835.00 | 162.0 | $135,270.00 |
| | Licensure: | CO (2006) | | | |
| | | IL (1989) | | | |
| Foster, Mark R.S. | Department: | Litigation | $725.00 | 98.6 | $71,485.00 |
| | Licensure: | CA (2002) | | | |
| Frank, Michael T. | Department: | Tax | $875.00 | 14.0 | $12,250.00 |
| | Licensure: | CA (1998) | | | |
| Goren, Todd M. | Department: | Bankruptcy | $725.00 | 623.2 | $451,820.00 |
| | Licensure: | NY (2003) | | | |
| Gowdy, Jonathan S. | Department: | Litigation | $800.00 | 13.2 | $10,560.00 |
| | Licensure: | DC (1998) | | | |
| | | FL (1997) | | | |
| Haims, Joel C. | Department: | Litigation | $850.00 | 473.7 | $402,645.00 |
| | Licensure: | NY (1994) | | | |
| Hoffinger, Adam S. | Department: | Litigation | $895.00 | 82.8 | $74,106.00 |
| | Licensure: | DC (1992) | | | |
| | | NY (1983) | | | |

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Humphreys, Thomas A. | Department: | Tax<br>CA (1977)<br>NY (1980) | $1,125.00 | 33.1 | $37,237.50 |
| | Licensure: | | | | |
| Jennings-Mares, Jeremy | Department: | Capital Markets | $1,195.00 | 4.9 | $5,855.50 |
| | Licensure: | England/Wales (1993) | | | |
| Kaufman, David H. | Department: | Capital Markets | $925.00 | 0.8 | $740.00 |
| | Licensure: | NY(1984) | | | |
| Lee, Gary S. | Department: | Bankruptcy | $975.00 | 870.7 | $848,932.50 |
| | Licensure: | NY (1991)<br>England/Wales (1995) | | | |
| Levitt, Jamie A. | Department: | Litigation | $875.00 | 857.0 | $749,875.00 |
| | Licensure: | NY (1993)<br>NJ (1992) | | | |
| Marinuzzi, Lorenzo | Department: | Bankruptcy | $865.00 | 591.8 | $511,907.00 |
| | Licensure: | NY (1996)<br>NJ (1997) | | | |
| Maynard, Deanne E. | Department: | Litigation | $875.00 | 4.9 | $4,287.50 |
| | Licensure: | DC (1992)<br>VA (1991) | | | |
| Mink, Jennifer J. | Department: | Financial Transactions | $850.00 | 6.2 | $5,270.00 |
| | Licensure: | NY (2005)<br>DC (1997) | | | |
| Nashelsky, Larren M. | Department: | Bankruptcy | $975.00 | 524.1 | $510,997.50 |
| | Licensure: | NY (1992)<br>CT (1991) | | | |
| O'Bryan, Michael G. | Department: | Corporate | $875.00 | 0.4 | $350.00 |
| | Licensure: | CA (1988) | | | |
| Parella, Sharon A. | Department: | Financial Services | $850.00 | 127.0 | $107,950.00 |
| | Licensure: | NY (1989) | | | |
| Princi, Anthony | Department: | Bankruptcy | $975.00 | 681.0 | $663,975.00 |
| | Licensure: | NY (1983)<br>FL (1985) | | | |
| Rains, Darryl P. | Department: | Litigation | $975.00 | 258.6 | $252,135.00 |
| | Licensure: | CA (1982) | | | |
| Reigersman, Remmelt A. | Department: | Tax | $725.00 | 24.2 | $17,545.00 |
| | Licensure: | NY (2007) | | | |
| Rosenbaum, Norman S. | Department: | Bankruptcy | $800.00 | 866.5 | $694,560.00 |
| | Licensure: | NY (1990) | | | |
| Salerno, Robert A. | Department: | Litigation | $775.00 | 156.6 | $121,365.00 |
| | Licensure: | DC (1991)<br>VA (1990) | | | |
| Smith, Andrew M. | Department: | Financial Services | $750.00 | 26.0 | $19,500.00 |
| | Licensure: | DC (1997) | | | |

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Smith, Dwight C. | Department: | Financial Services | $850.00 | 21.3 | $18,105.00 |
| | Licensure: | NY (1982) | | | |
| | | DC (1982) | | | |
| Tanenbaum, James R. | Department: | Capital Markets | $995.00 | 610.6 | $607,547.00 |
| | Licensure: | NY (1977) | | | |
| Weiss, Russell G. | Department: | Technology Transactions | $795.00 | 173.7 | $138,091.50 |
| | Licensure: | CA (1994) | | | |
| Westman, Daniel P. | Department: | Litigation | $785.00 | 1.8 | $1,413.00 |
| | Licensure: | CA (1983) | | | |
| | | DC (1999) | | | |
| | | MD (2000) | | | |
| | | VA (1999) | | | |
| **Associates and Of Counsel** | | | | | |
| Abbot, Lisa Holcombe | Department: | Corporate | $465.00 | 52.0 | $24,180.00 |
| | Licensure: | CA (2009) | | | |
| Andrews, Lindsay | Department: | Litigation | $415.00 | 7.1 | $2,946.50 |
| | Licensure: | CA (2010) | | | |
| Ashton, Scott D. | Department: | Capital Markets | $710.00 | 1.2 | $852.00 |
| | Licensure: | CA (2006) | | | |
| | | DC (2004) | | | |
| | | NY (2004) | | | |
| Baehr, Robert J. | Department: | Litigation | $445.00 | 407.1 | $181,159.50 |
| | Licensure: | NY (2011) | | | |
| Bakale, Amanda M. F. | Department: | Litigation | $445.00 | 17.1 | $7,609.50 |
| | Licensure: | CA (2011) | | | |
| Barrage, Alexandra S. | Department: | Bankruptcy | $695.00 | 530.1 | $368,419.50 |
| | Licensure: | NY (2002) | | | |
| | | DC (2003) | | | |
| Bayz, Panagiotis C. | Department: | Project Finance | $695.00 | 7.3 | $5,073.50 |
| | Licensure: | DC (1992) | | | |
| | | MD (1991) | | | |
| Beck, Melissa D. | Department: | Capital Markets | $665.00 | 669.3 | $445,084.50 |
| | Licensure: | NY (2004) | | | |
| Brown, David S. | Department: | Litigation | $685.00 | 259.5 | $177,757.50 |
| | Licensure: | NY (2002) | | | |
| Chang, Annabel R. | Department: | Litigation | $415.00 | 6.7 | $2,780.50 |
| | Licensure: | CA (2009) | | | |
| Cheng, Calvin Z. | Department: | Corporate | $640.00 | 20.1 | $12,864.00 |
| | Licensure: | CA (2004) | | | |
| Childress, Jessica N. | Department: | Litigation | $415.00 | 4.4 | $1,826.00 |
| | Licensure: | VA (2012) | | | |
| | | MD (2012) | | | |

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Clark, Daniel E. | Department:  Litigation<br>Licensure:        NY (2007) | $595.00 | 797.6 | $474,572.00 |
| Coles, Kevin M. | Department:  Litigation<br>Licensure:        CA (2010) | $415.00 | 19.9 | $8,258.50 |
| Crespo, Melissa M. | Department:  Bankruptcy<br>Licensure:        NY (2012) | $380.00 | 573.5 | $217,930.00 |
| Davis, Sarah Nicole | Department:  Litigation<br>Licensure:        CA (2011) | $415.00 | 11.2 | $4,648.00 |
| Day, Peter H. | Department:  Litigation<br>Licensure:        CA (2010) | $415.00 | 61.6 | $25,564.00 |
| DeArcy, LaShann M. | Department:  Litigation<br>Licensure:        NY (2001) | $685.00 | 86.0 | $58,910.00 |
| Drous, Erika | Department:  Litigation<br>Licensure:        CA (2005) | $635.00 | 4.3 | $2,730.50 |
| Evans, Nilene R. | Department:  Capital Markets<br>Licensure:        NY (1980) | $760.00 | 212.8 | $161,728.00 |
| Fasman, David I. | Department:  Capital Markets<br>Licensure:        NY (2009) | $565.00 | 84.8 | $47,912.00 |
| Fernandes, Rachelle A. | Department:  Real Estate<br>Licensure:        NY (2012)<br>                        NJ (2012) | $380.00 | 0.8 | $304.00 |
| Finn, Kathy | Department:  Capital Markets<br>Licensure:        IL (1991) | $430.00 | 1.0 | $430.00 |
| Fletcher, Kiersten A. | Department:  Litigation<br>Licensure:        NY (2011)<br>                        CA (2012) | $445.00 | 1.3 | $578.50 |
| Freimuth, Renee L. | Department:  Bankruptcy<br>Licensure:        NY (2005)<br>                        CT (2004) | $665.00 | 127.7 | $84,920.50 |
| Gabai, Joseph | Department:  Financial Services<br>Licensure:        CA (1976) | $850.00 | 0.8 | $680.00 |
| Goett, David J. | Department:  Tax<br>Licensure:        NY (2012) | $380.00 | 6.0 | $2,280.00 |
| Goldberger, Jared B. | Department:  Tax<br>Licensure:        NY (2012) | $505.00 | 1.7 | $858.50 |
| Hager, Melissa A. | Department:  Bankruptcy<br>Licensure:        NY (1993)<br>                        CT (1992) | $735.00 | 71.4 | $52,479.00 |
| Hasu, Raymond M. | Department:  Litigation<br>Licensure:        CA (1998) | $660.00 | 8.4 | $5,544.00 |
| Hearron, Marc A. | Department:  Litigation<br>Licensure:        DC (2008)<br>                        TX (2005) | $635.00 | 1.2 | $762.00 |

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hildbold, William M. | Department:  Bankruptcy<br>Licensure:      NY (2009) | $445.00 | 11.7 | $5,206.50 |
| Hoffman, Brian N. | Department:  Litigation<br>Licensure:      CO (2001) | $660.00 | 108.0 | $71,280.00 |
| Holburt, Gabrielle R. | Department:  Litigation<br>Licensure:      CA (2011) | $350.00 | 31.9 | $11,165.00 |
| Huang, Ying | Department:  Corporate<br>Licensure:      CA (2009) | $465.00 | 52.1 | $24,226.50 |
| Jahann, Sai | Department:  Litigation<br>Licensure:      CA (2010)<br>                    DC (2011) | $415.00 | 30.6 | $12,699.00 |
| Johnson, Yana S. | Department:  Tax<br>Licensure:      CA (1999) | $660.00 | 1.8 | $1,188.00 |
| Kaufman, Jacob M. | Department:  Technology Transactions<br>Licensure:      CA (2010) | $415.00 | 2.9 | $1,203.50 |
| Keen, Jonathan T. | Department:  Corporate<br>Licensure:      CA (2008) | $530.00 | 39.6 | $20,988.00 |
| Kim, Mee Jung | Department:  Real Estate<br>Licensure:      NY (1992) | $660.00 | 0.4 | $264.00 |
| Klein, Aaron M. | Department:  Bankruptcy<br>Licensure:      NY (2006) | $655.00 | 499.7 | $327,303.50 |
| Kohler, Kenneth E. | Department:  Corporate<br>Licensure:      CA (1981) | $760.00 | 418.6 | $318,136.00 |
| Kumar, Neeraj | Department:  Capital Markets<br>Licensure:      NY (2010) | $445.00 | 259.0 | $115,255.00 |
| Law, Meimay L. | Department:  Tax<br>Licensure:      NY (2010) | $445.00 | 150.5 | $66,972.50 |
| Liu, Rick C. | Department:  Litigation<br>Licensure:      CA (2010) | $415.00 | 93.2 | $38,678.00 |
| Mandell, Jeremy R. | Department:  Financial Services<br>Licensure:      NY (2010)<br>                    DC (2011) | $445.00 | 1.2 | $534.00 |
| Marines, Jennifer L. | Department:  Bankruptcy<br>Licensure:      NY (2005) | $655.00 | 81.0 | $53,055.00 |
| Martin, Samantha | Department:  Bankruptcy<br>Licensure:      NY (2008) | $595.00 | 464.8 | $276,556.00 |
| Matza-Brown, Daniel | Department:  Litigation<br>Licensure:      NY (2008) | $595.00 | 0.1 | $59.50 |
| Mittin, Jamie L. | Department:  Financial Services<br>Licensure:      NY (2010)<br>                    NJ (2009) | $505.00 | 4.6 | $2,323.00 |
| Molison, Stacy L. | Department:  Bankruptcy<br>Licensure:      NY (2009) | $565.00 | 436.2 | $246,453.00 |

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Moloff, Leda A. | Department:  Litigation<br>Licensure:        NY (2010)<br>                        NJ (2009) | $505.00 | 66.7 | $33,683.50 |
| Moss, Naomi | Department:  Bankruptcy<br>Licensure:        NY (2009) | $505.00 | 856.5 | $432,532.50 |
| Newton, James A. | Department:  Bankruptcy<br>Licensure:        NY (2011)<br>                        FL (2009) | $445.00 | 850.6 | $378,517.00 |
| Ostrowsky, Adam L. | Department:  Capital Markets<br>Licensure:        NY (2008) | $595.00 | 8.1 | $4,819.50 |
| Pacheco, Byron D. M. | Department:  Litigation<br>Licensure:        NY (2012) | $380.00 | 54.7 | $20,786.00 |
| Peck, Geoffrey R. | Department:  Financial Transactions<br>Licensure:        NY (1999) | $685.00 | 175.6 | $120,286.00 |
| Pierce, Joshua C. | Department:  Financial Transactions<br>Licensure:        NY (2010)<br>                        MA (2010) | $505.00 | 195.7 | $98,828.50 |
| Pintarelli, John A. | Department:  Bankruptcy<br>Licensure:        NY (2007)<br>                        NY (2006) | $655.00 | 376.9 | $246,869.50 |
| Prutzman, Sarah L. | Department:  Litigation<br>Licensure:        NY (2010) | $505.00 | 40.0 | $20,200.00 |
| Ram, Natalie R. | Department:  Litigation<br>Licensure:        MD (2010)<br>                        DC (2012) | $530.00 | 3.0 | $1,590.00 |
| Richards, Erica J. | Department:  Bankruptcy<br>Licensure:        NY (2007) | $595.00 | 778.8 | $463,386.00 |
| Roethlisberger, Nichol | Department:  Litigation<br>Licensure:        CA (2011) | $350.00 | 1.4 | $490.00 |
| Rosenberg, Michael J. | Department:  Capital Markets<br>Licensure:        NY (2010) | $505.00 | 130.0 | $65,650.00 |
| Rothberg, Jonathan C. | Department:  Litigation<br>Licensure:        NY (2008) | $595.00 | 654.8 | $389,606.00 |
| Rowe, Tiffany A. | Department:  Litigation<br>Licensure:        NY (2011)<br>                        NY (2010)<br>                        DC (2011) | $415.00 | 7.4 | $3,071.00 |
| Ruiz, Ariel F. | Department:  Litigation<br>Licensure:        NY (2010) | $505.00 | 94.0 | $47,470.00 |
| Schaaf, Kathleen E. | Department:  Bankruptcy<br>Licensure:        NY (1978) | $790.00 | 12.0 | $9,480.00 |
| Seligson, Peter | Department:  Capital Markets<br>Licensure:        NY (2012) | $445.00 | 209.8 | $93,361.00 |

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Serfoss, Nicole K. | Department:  Litigation<br>Licensure:        CO (2005) | $635.00 | 128.4 | $81,534.00 |
| Shelley, Shane M. | Department:  Tax<br>Licensure:        NY (2005) | $635.00 | 3.7 | $2,349.50 |
| Steiger, Jennifer L. | Department:  Corporate<br>Licensure:        CA (2010) | $415.00 | 27.2 | $11,288.00 |
| Svilik, Patricia | Department:  Litigation<br>Licensure:        CA (2006) | $570.00 | 2.0 | $1,140.00 |
| Taylor, Jarod G. | Department:  Litigation<br>Licensure:        NY (2010) | $505.00 | 7.3 | $3,686.50 |
| Thomsen, Gerd D. | Department:  Capital Markets<br>Licensure:        NY (2003) | $685.00 | 20.9 | $14,316.50 |
| Tymann, Lisa D. | Department:  Financial Transactions<br>Licensure:        NY (1997) | $675.00 | 18.5 | $12,487.50 |
| Viggiani, Katie L. | Department:  Litigation<br>Licensure:        NY (2010) | $505.00 | 293.0 | $147,965.00 |
| Welch, Edward M. | Department:  Capital Markets<br>Licensure:        NY (2006) | $655.00 | 87.7 | $57,443.50 |
| Whitney, Craig B. | Department:  Litigation<br>Licensure:        CA (2001)<br>                    NY (2006) | $685.00 | 171.6 | $117,546.00 |
| Wiesner, Eric J. | Department:  Litigation<br>Licensure:        CA (2008) | $530.00 | 29.8 | $15,794.00 |
| Wishnew, Jordan A. | Department:  Bankruptcy<br>                    NY (2002)<br>                    NJ (2003) | $680.00 | 838.4 | $570,112.00 |
| Wolf, Shiri Bilik | Department:  Litigation<br>Licensure:        NY (2007) | $630.00 | 0.4 | $252.00 |
| Yuan, Laurence Min | Department:  General Business<br>Licensure:        NY (2010) | $380.00 | 2.2 | $836.00 |
| Zhumadilova, Asel | Department:  Tax<br>Licensure:        Germany (2008) | $380.00 | 27.5 | $10,450.00 |
| **Total Attorneys' Fees Incurred** | | **$693** | **20,770.90** | **$14,392,979.00** |

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Al Najjab, Muhannad R. | Law Clerk | $295.00 | 61.0 | $17,995.00 |
| Andrews, Hayley J. | Paralegal | $190.00 | 27.3 | $5,187.00 |

| Barbee, Terrance R. | Paralegal | $185.00 | 11.1 | $2,053.50 |
|---|---|---|---|---|
| Bergelson, Vadim | eDisc Proj Mgr | $285.00 | 237.8 | $67,773.00 |
| Brennan, John P. | Info Services | $205.00 | 1.5 | $307.50 |
| Chan, David | eDisc Analyst | $260.00 | 24.4 | $6,344.00 |
| Chong, Meiling N. | Snr Paralegal | $275.00 | 3.6 | $990.00 |
| Chow, York | Docketing | $170.00 | 60.3 | $10,251.00 |
| Coppola, Laura M. | Docketing | $225.00 | 11.5 | $2,587.50 |
| Donaldson, Michael D. | Paralegal | $195.00 | 8.5 | $1,657.50 |
| Frankenstein, Steven S. | Info Services | $205.00 | 0.3 | $61.50 |
| Friedman, Krista | Info Services | $185.00 | 1.6 | $296.00 |
| Glidden, | Temporary Staff | $230.00 | 31.4 | $7,222.00 |
| Grossman, Ruby R. | Paralegal | $255.00 | 27.6 | $7,038.00 |
| Guido, Laura A. | Paralegal | $280.00 | 424.7 | $118,916.00 |
| Harger, Lisa M. | Paralegal | $250.00 | 4.4 | $1,100.00 |
| Hasman, Ronald D. | eDisc Analyst | $250.00 | 16.2 | $4,050.00 |
| Hunt, Andrea M. | Info Services | $170.00 | 0.5 | $85.00 |
| Hurley, Teresa M. | Snr Paralegal | $285.00 | 6.0 | $1,710.00 |
| Inoue, Chiyuki C. I. | Snr Paralegal | $300.00 | 0.5 | $150.00 |
| Kaiser, Rita A. | Info Services | $205.00 | 3.8 | $779.00 |
| Klidonas, Nicolas V. | Paralegal | $240.00 | 256.9 | $61,656.00 |
| Kline, John T. | Snr Paralegal | $295.00 | 225.0 | $66,375.00 |
| Lee, Joyce N. | Info Services | $205.00 | 4.0 | $820.00 |
| Lenkey, Stephanie A. | Snr Paralegal | $275.00 | 8.5 | $2,337.50 |
| Lewis, Pamela K. | Info Services | $205.00 | 1.5 | $307.50 |
| Loftus, Joan D. | Info Services | $205.00 | 2.9 | $594.50 |
| Madori, Andrea M. | Snr Paralegal | $285.00 | 7.7 | $2,194.50 |
| Mahmoud, Karim | Docketing | $180.00 | 4.6 | $828.00 |
| Marshak, Emma S. | Paralegal | $185.00 | 1.2 | $222.00 |
| Miller, Blake B. | Paralegal | $255.00 | 53.3 | $13,591.50 |
| Nguyen, Thuan H. | eDisc Proj Mgr | $285.00 | 44.0 | $12,540.00 |
| Ray, Laura | Info Services | $205.00 | 1.0 | $205.00 |
| Roberts, III, Edgar J. | Snr Paralegal | $290.00 | 4.1 | $1,189.00 |
| Roy, Joshua A. | Docketing | $280.00 | 9.9 | $2,772.00 |
| Schoerner, Jeffrey M. | Info Services | $205.00 | 3.0 | $615.00 |
| Shackleton, Mary E. | Info Services | $205.00 | 12.1 | $2,480.50 |
| Soo, Jason | eDisc Analyst | $230.00 | 1.1 | $253.00 |

| Tice, Susan A.T. | Snr Paralegal | $290.00 | 143.9 | $41,731.00 |
|---|---|---|---|---|
| Vajpayee, Abhishek | eDisc Analyst | $230.00 | 3.0 | $690.00 |
| Willens, Michael E. | Info Services | $205.00 | 0.3 | $61.50 |
| Winn, Rosalie G. | Paralegal | $225.00 | 4.7 | $1,057.50 |
| **Total Fees Incurred (All Professionals)** | | | **22,527.60** | **$14,667,747.50**[1] |

---

[1]   Applicant has voluntarily reduced the total amount of compensation sought for the Application Period by $194,306.00 from $14,862,053.50 for fees incurred for non-working travel (reduced by 50%), review of the Monthly Statements for privilege and compliance with compensation guidelines, and time billed by individuals who billed less than five hours total during any given month.

**<u>EXHIBIT D</u>**

**SUMMARY OF EXPENSES INCURRED BY
MORRISON & FOERSTER LLP ON BEHALF OF THE DEBTORS
FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012[1]**

| Expense Category | Amount |
|---|---|
| Postage | $674.73 |
| Photocopies | $25,446.61 |
| Color Copies | $10,052.00 |
| Outside Copying Services | $9,903.23 |
| Filing Fees | $1,571.00 |
| Reporting Fees | 19099.35 |
| Search Fees | 8920.47 |
| Electronic Dataroom Services | $400,000.00 |
| Outside Temp. Services | $11,183.75 |
| Travel | $46,105.01 |
| EDiscovery Fees | $12,762.35 |
| Long Distance Telephone | $53.95 |
| Court Filing Service | $507.00 |
| Court Messenger Service | $224.27 |
| Business Meals | $19,236.29 |
| Travel Meals | $740.85 |
| Air Freight | $1,388.56 |
| Messenger Service | $2,479.54 |
| Miscellaneous Disbursement | $24,960.34 |
| Document Retrieval Service | $2,572.56 |
| Transportation | $667.86 |
| **Total** | **$598,549.72** |

---

[1]  Applicant has voluntarily reduced the amount of reimbursement sought for expenses incurred during the Application Period in the aggregate amount of $49,965.23.  Additionally, as an accommodation to the Debtors made in accordance with prepetition practices, Applicant does not charge the Debtors for expenses incurred by Applicant for Lexis or Westlaw research, overtime meals, in-house document preparation fees, or secretarial overtime.