# **EXHIBIT A**

1930797v.1

LOCKE LORD LLP
111 South Wacker Drive
Telephone: 312-443-0700
Facsimile: 312-443-0336
Thomas J. Cunningham
J. Matthew Goodin

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATION OF THOMAS J. CUNNINGHAM IN SUPPORT OF
LOCKE LORD LLP'S APPLICATION FOR AN AWARD OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS AN
ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS FOR THE PERIOD
MAY 14, 2012 THROUGH AUGUST 31, 2012**

I, Thomas J. Cunningham, hereby certify that:

1. I am a member of the applicant firm, Locke Lord LLP ("Locke Lord ") with responsibility for compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 799], dated July 17, 2012 (the "**OCP Order**"), and collectively with the Local

1930797v.1

Guidelines and UST Guidelines, the "**Guidelines**") in the jointly administered chapter 11 cases of Residential Capital, LLC, *et al.* (collectively, the "**Debtors**"), pursuant to Sections 327, 330 and 331 of the Bankruptcy Code, Fed. R. Bank P. 2016, and Local Bankruptcy Rule 2016-1.

2. This certification is made in respect of Locke Lord's application, dated October 19, 2012 (the "Application"), for interim compensation and reimbursement of expenses for the period commencing May 14, 2012 through and including August 31, 2012.

3. I certify that:

   a. I have read the Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

   c. the fees and disbursements sought are billed at rates in accordance with those customarily charged by Locke Lord LLP and generally accepted by Locke Lord LLP's clients; and

   d. in providing a reimbursable service, Locke Lord does not make a profit on that service, whether the service is performed by Locke Lord in-house or through a third party.

4. I certify that the Debtors, the Creditors Committee and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application, along with the parties entitled to receive the Application.

Respectfully Submitted,

By: /s/ Thomas J. Cunningham
Locke Lord LLP

1930797v.1

                                              111 South Wacker Drive  
                                              Chicago, Illinois  60606  
                                              Telephone:  312-443-0700  
                                              Facsimile:  312-443-0336  
                                              Email:  tcunningham@lockelord.

Dated:  Chicago, Illinois  
        October 19, 2012