# EXHIBIT B

# Part 1



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC ResCap
Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 6, 2012
Invoice No.: 957960

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    $229.00

File Number:   1003241.00019
RE:   Patterson vs. Homecomings Financial, 689230

**Your File Number:**        689230

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Emails from/to plaintiff's counsel re Homecomings' bankruptcy filing. | 0.20 |
| 05/29/12 | JMG | Prepare for and participate in telephone conference with N. Rosenbaum (MoFo), et al. re treatment of settlement in bankruptcy proceedings. | 0.30 |
| | | **TOTAL HOURS** | **0.50** |
| | | **TOTAL FEES** | **$229.00** |

| TIMEKEEPER | INITIAL | HOURS | RATE | VALUE |
|------------|---------|-------|------|-------|
| J.Matthew Goodin | JMG | .50 | 458.00 | 229.00 |
| **TIMEKEEPER TOTALS** | | **0.50** | | **$229.00** |
| **TOTAL BALANCE DUE** | | | | **$229.00** |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>                    <u>Via Courier:</u>                    <u>Via Wire:</u>

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

| | | |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage Corporation
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958035

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012.                    $1,053.00

File Number:   1000304.00174
RE:   Nora v. GMAC Mortgage, #706615

**Your File Number:**        706615

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/16/12 | TJC | Review of plaintiffs' notice of bankruptcy of GMAC Mortgage. | 0.20 |
| 05/17/12 | TJC | Email from David Potteiger re impact of bankruptcy on appeal. | 0.10 |
| 05/20/12 | TJC | Email re Wendy Nora's $10 billion proof of claim. | 0.10 |
| 05/25/12 | TJC | Emails of status and strategy. | 0.30 |
| 05/30/12 | TJC | Review of docket re confirmation of which parties we are representing in the case and consideration of impact of automatic stay on matter and how the stay impacts the non-debtors we represent, review of status of case; E-mails from and to Manish Verma re ███████████ ██████████ E-mails from and to Natasha Campbell re ███████████ | 1.10 |

|  |  | **TOTAL HOURS** | **1.80** |

**TOTAL FEES**                    $1,053.00

-------------------- **BILLING PROFESSIONALS** --------------------

Ally Financial Inc.
File No.: 1000304.00174

Invoice Date: September 7, 2012
Invoice No.: 958035
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| **TIMEKEEPER TOTALS** | | | **1.80** | **$1,053.00** |
| **TOTAL BALANCE DUE** | | | | **$1,053.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens                                    September 7, 2012
Ally Financial                                      Invoice No.: 958036
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through May 31,        $2,467.89
2012

File Number:  1000304.00213
RE:  FHLB Indianapolis v. Residential, #704371

**Your File Number:**        704371

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Review, analysis of proposed settlement agreement impacting all private investor claims and various emails from/to and calls with client, litigation team and co-defendant/underwriters ' counsel re ▮ | 0.50 |
| 05/15/12 | TJC | Review of draft notices of bankruptcy and emails re same. | 0.20 |
| 05/15/12 | JMG | Emails from/to J. Battle re ▮ review ResCap bankruptcy counsel instructions, preparation/revisions of notices and various emails re same. | 0.90 |
| 05/15/12 | JMG | Analysis of impact of bankruptcy on remaining claims against non-filing entity and follow up with litigation team re same. | 0.40 |
| 05/16/12 | TJC | Review of notice of bankruptcy. | 0.20 |
| 05/16/12 | JMG | Finalize notice of bankruptcy filing and filing/service of same. | 0.30 |
| 05/23/12 | JMG | Telephone conference with J. Battle re ▮ | 0.20 |
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re ▮ | 0.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/25/12 | TJC | Review of order received today staying case in light of GMACM bankruptcy. | 0.20 |
| 05/25/12 | JMG | Review email from Judge Moberly's clerk and attached order entering stay and emails to/from litigation team re same. | 0.30 |
| 05/30/12 | TJC | Review of correspondence from plaintiffs' counsel re impact of automatic stay on remainder of litigation. | 0.30 |
| 05/30/12 | JMG | Review/analysis of adversary complaint in bankruptcy proceeding seeking to extend stay to Ally entities and follow-up w/ litigation team re: ▮▮▮▮▮▮▮▮▮▮ | 0.50 |
| 05/30/12 | BAR | Examine ResCap debtors' motion to extend automatic stay to non-debtor entities; confer with M. Goodin re: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.10 |
| 05/31/12 | TJC | Emails re correspondence from plaintiffs' counsel re obligations to preserve evidence. | 0.20 |
| 05/31/12 | JMG | Review correspondence from plaintiff's counsel re document preservation obligations and email to W. Thompson and P. Zellmann re ▮▮▮▮ | 0.40 |
| 05/31/12 | JMG | Telephone conference with J. Battle re ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.10 |
| 05/31/12 | JMG | Review, analysis of memo re parent/subsidiary custody and control of documents subject to party and third party discovery. | 0.20 |
| | | **TOTAL HOURS** | **5.10** |

**TOTAL FEES**    $2,456.10

------------------------- BILLING PROFESSIONALS -------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J.Matthew Goodin | Partner | 458.00 | 3.90 | 1,786.20 |
| B. A. Raynor | Associate | 264.00 | 0.10 | 26.40 |
| **TIMEKEEPER TOTALS** | | | **5.10** | **$2,456.10** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Delivery Services/Messengers | 11.79 |

Ally Financial Inc.
File No.: 1000304.00213

Invoice Date: September 7, 2012
Invoice No.: 958036
Page: 4

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | TOTAL EXPENSES | $11.79 |

| | | |
|------|----------|-------|
| TOTAL FEES | | $2,456.10 |
| TOTAL EXPENSES | | $11.79 |
| TOTAL FEES AND EXPENSES | | $2,467.89 |
| **TOTAL BALANCE DUE** | | **$2,467.89** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call J.Matthew Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958037

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                     <u>$2,674.80</u>

File Number:  1000304.00219
RE:  FHLB Boston v. Residential, #713113

**Your File Number:**     713113

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | TJC | Emails between and among joint defense counsel re ███████ ███████████████████████████████████████ | 0.20 |
| 05/14/12 | JMG | Review, analysis of proposed settlement agreement impacting all private investor claims and various emails from/to and calls with client, litigation team and co-defendant/underwriters ' counsel re ████ | 0.50 |
| 05/15/12 | TJC | Review of draft notices of bankruptcy and emails re same. | 0.20 |
| 05/15/12 | JMG | Emails from/to J. Battle re ██████████████████ ███████████████████████████ | 0.90 |
| 05/16/12 | TJC | Review of notices of bankruptcy. | 0.20 |
| 05/16/12 | JMG | Finalize notice of bankruptcy filing and filing/service of same. | 0.20 |
| 05/18/12 | TJC | Emails between and among joint defense counsel re ████ ████████ | 0.10 |
| 05/18/12 | JMG | Review joint defense emails re ██████████████ | 0.20 |
| 05/21/12 | TJC | Emails between and among joint defense counsel re ████ | 0.10 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/21/12 | JMG | Review email notes summarizing joint defense call. | 0.20 |
| 05/21/12 | KAW | Joint defense-group conference call regarding ███████ | 0.50 |
| 05/23/12 | JMG | Telephone conference with J. Battle re ███████████ | 0.20 |
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re ████████ | 0.10 |
| 05/26/12 | JMG | Review joint defense emails and email to W. Thompson and P. Zellmann ████████ | 0.30 |
| 05/30/12 | TJC | Review of correspondence from plaintiffs' counsel re impact of automatic stay on remainder of litigation. | 0.30 |
| 05/30/12 | JMG | Review/analysis of adversary complaint in bankruptcy proceeding seeking to extend stay to Ally entities and follow-up w/ litigation team re: impact of same on pending actions. | 0.50 |
| 05/30/12 | BAR | Examine ResCap debtors' motion to extend automatic stay to non-debtor entities; confer with M. Goodin re: ██████████ | 0.10 |
| 05/31/12 | TJC | Emails re correspondence from plaintiffs' counsel re obligations to preserve evidence. | 0.20 |
| 05/31/12 | JMG | Review, analysis of memo re parent/subsidiary custody and control of documents subject to party and third party discovery. | 0.20 |
| 05/31/12 | JMG | Telephone conference with J. Battle re █████████ | 0.10 |
| 05/31/12 | JMG | Review correspondence from plaintiff's counsel re document preservation obligations and email to W. Thompson and P. Zellmann re ██████ | 0.40 |
| | | **TOTAL HOURS** | **5.70** |

**TOTAL FEES**                                                            **$2,674.80**

---------------------------   BILLING PROFESSIONALS   ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.30 | 760.50 |
| J.Matthew Goodin | Partner | 458.00 | 3.80 | 1,740.40 |

Ally Financial Inc.
File No.: 1000304.00219

Invoice Date: September 7, 2012
Invoice No.: 958037
Page: 4

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| K.A. Wisniewski | Associate | 295.00 | 0.50 | 147.50 |
| B. A. Raynor | Associate | 264.00 | 0.10 | 26.40 |
| **TIMEKEEPER TOTALS** | | | **5.70** | **$2,674.80** |
| **TOTAL BALANCE DUE** | | | | **$2,674.80** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call J.Matthew Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958038

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through May 31,
2012

$5,515.80

File Number:   1000304.00220
RE:   FHLB Chicago v. Residential, #704078

**Your File Number:**        704078

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Review, analysis of proposed settlement agreement impacting all private investor claims and various emails from/to and calls with client, litigation team and co-defendant/underwriters ' counsel re ▮ | 0.50 |
| 05/15/12 | TJC | Review of draft notices of bankruptcy and emails re same. | 0.20 |
| 05/15/12 | JMG | Emails from/to J. Battle re ▮ | 0.90 |
| 05/16/12 | JMG | Finalize notice of bankruptcy filing and filing/service of same. | 0.10 |
| 05/16/12 | JMG | Emails from/to joint defense counsel. | 0.10 |
| 05/22/12 | TJC | Review of various filings received today. | 0.10 |
| 05/22/12 | JMG | Review filing notices re docket activity. | 0.10 |
| 05/23/12 | TJC | Emails between and among joint defense counsel re ▮ | 0.20 |
| 05/23/12 | JMG | Telephone conference with J. Battle re ▮ | 0.20 |

Ally Financial Inc.
File No.: 1000304.00220

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re ███████████ | 0.10 |
| 05/24/12 | JMG | Review emails and attachments from joint defense group re ███████████████████████████████ | 0.40 |
| 05/29/12 | TJC | Review and analysis of notice of supplemental authority filed by plaintiffs; E-mails between and among joint defense counsel re ███████████████████████████████ | 0.50 |
| 05/29/12 | JMG | Email to Ally counsel (Mayer Brown) re ██████████████████████████ | 0.60 |
| 05/29/12 | JMG | Review notice of supplemental authority filed by FHLB Chicago. | 0.30 |
| 05/29/12 | JMG | Review proposed stipulation re application of stay and emails from/to joint defense counsel. | 0.70 |
| 05/30/12 | TJC | E-mails between and among joint defense counsel re notice of supplemental authority re FHFA v. UBS case and proposed stipulation regarding impact of automatic stay on litigation; Continued consideration of how to handle proposed stipulation regarding automatic stay; E-mails to and from Michael Ware and others re having a joint ResCap/Ally outside counsel call to discuss status. | 0.80 |
| 05/30/12 | JMG | Prepare for and participate in joint defense call. | 0.50 |
| 05/30/12 | JMG | Various emails from/to joint defense group re ████████████████████ | 0.40 |
| 05/30/12 | JMG | Review/analysis of adversary complaint in bankruptcy proceeding seeking to extend stay to Ally entities and follow-up w/ litigation team re: ██████████████████ | 0.50 |
| 05/30/12 | JMG | Various emails from/to M. Ware and T. Devine re ████████████████████████ | 0.50 |
| 05/30/12 | PRP | Exchange e-mails and speak with co-defendants' counsel regarding ██████████████████████ | 0.80 |
| 05/30/12 | BAR | Examine ResCap debtors' motion to extend automatic stay to non-debtor entities; confer with M. Goodin re: ████████████████████████ | 0.10 |
| 05/31/12 | TJC | E-mails re correspondence from Plaintiffs' counsel re obligations to preserve evidence; Review of draft response to | 1.40 |

Ally Financial Inc.
File No.: 1000304.00220

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
|  |  | Plaintiffs' notice of supplemental authority; E-mails between and among joint defense counsel re ███████ ███████████████████ Review of draft stipulation regarding impact of automatic stay in ResCap bankruptcy on balance of case; E-mails between and among joint defense counsel re ████████████████████████████ |  |
| 05/31/12 | JMG | Various emails from/to joint defense group re ████ ███████████████████████ | 0.30 |
| 05/31/12 | JMG | Telephone conference with J. Battle re bankruptcy-related issue and discovery. | 0.10 |
| 05/31/12 | JMG | Review correspondence from plaintiff's counsel re document preservation obligations and email to W. Thompson and P. Zellmann re ████ | 0.40 |
| 05/31/12 | JMG | Review, analysis of memo re parent/subsidiary custody and control of documents subject to party and third party discovery. | 0.20 |
|  |  | **TOTAL HOURS** | **11.00** |
|  |  | **TOTAL FEES** | **$5,445.80** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 3.20 | 1,872.00 |
| P.Russell Perdew | Partner | 484.00 | 0.80 | 387.20 |
| J.Matthew Goodin | Partner | 458.00 | 6.90 | 3,160.20 |
| B. A. Raynor | Associate | 264.00 | 0.10 | 26.40 |
| **TIMEKEEPER TOTALS** |  |  | **11.00** | **$5,445.80** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|  | Court Fees | 70.00 |
|  | TOTAL EXPENSES | $70.00 |

| TOTAL FEES |  | $5,445.80 |
|------------|--|-----------|

Ally Financial Inc.
File No.: 1000304.00220

| | |
|---|---|
| TOTAL EXPENSES | $70.00 |
| TOTAL FEES AND EXPENSES | $5,515.80 |
| **TOTAL BALANCE DUE** | **$5,515.80** |

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call J.Matthew Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958039

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    <u>$819.00</u>

File Number:  1000304.00177
RE:  Murray County v. Homecomings Financial, #710508

**Your File Number:**       710508

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | TJC | Review, analysis of plaintiffs' response in opposition to motion to dismiss. | 0.40 |
| 05/20/12 | TJC | Review of order on motion to dismiss and consideration of strategy in light of status of case. | 0.50 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of impact of automatic stay on case. | 0.50 |
| | | **TOTAL HOURS** | **1.40** |
| | **TOTAL FEES** | | **$819.00** |

------------------------- **BILLING PROFESSIONALS** -------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.40 | 819.00 |
| **TIMEKEEPER TOTALS** | | | **1.40** | **$819.00** |

| **TOTAL BALANCE DUE** | | | | **$819.00** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.: 1000304.00177

Invoice Date: September 7, 2012
Invoice No.: 958039
Page: 3

**PLEASE REMIT PAYMENT:**

| <u>Via US Mail:</u> | <u>Via Courier:</u> | <u>Via Wire:</u> |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
## Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958040

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                $1,493.30

File Number:   1000304.00178
RE:   Smith, Tiffany v. Homecomings Financial, #711686

**Your File Number:**        711686

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Emails from/to plaintiff's counsel re Homecomings' bankruptcy filing. | 0.10 |
| 05/16/12 | JMG | Telephone conference with plaintiffs' counsel re settlement and administrative issues. | 0.20 |
| 05/17/12 | JMG | Analysis of status and bankruptcy stay issues and prepare same for filing. | 0.20 |
| 05/18/12 | JMG | Email to W. Thompson and D. Booth re ▇▇▇▇▇▇▇ | 0.10 |
| 05/19/12 | TJC | Review of notice of bankruptcy and consideration of ▇▇▇▇▇▇ | 0.20 |
| 05/20/12 | JMG | Emails to/from plaintiff's counsel re impact of bankruptcy on settlement and positing of class information on websites. | 0.20 |
| 05/21/12 | TJC | Emails re impact of automatic stay on pending class settlement. | 0.20 |
| 05/21/12 | JMG | Review email from plaintiff's counsel re posting on settlement website and process going forward and follow-up email to W. Thompson and D. Booth re ▇▇▇▇▇▇ | 0.20 |
| 05/21/12 | JMG | Calls to/from King County court clerk. | 0.10 |

Ally Financial Inc.
File No.: 1000304.00178

Invoice Date: September 7, 2012
Invoice No.: 958040
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/24/12 | TJC | Review of correspondence from Norm Rosenbaum re ████████ | 0.20 |
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re ████████ | 0.10 |
| 05/29/12 | TJC | Review of proposed "update" language for plaintiffs' counsel's website regarding class settlement and impact of bankruptcy on the settlement. | 0.20 |
| 05/29/12 | JMG | Prepare for and participate in telephone conference with N. Rosenbaum (MoFo), et al. re ████████ | 0.20 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ████████ | 0.50 |
| 05/31/12 | JMG | Emails from/to settlement administrator and telephone conference with plaintiffs' counsel. | 0.20 |
| | | **TOTAL HOURS** | **2.90** |

| | **TOTAL FEES** | **$1,493.30** |
|--|--|--|

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.30 | 760.50 |
| J.Matthew Goodin | Partner | 458.00 | 1.60 | 732.80 |
| **TIMEKEEPER TOTALS** | | | **2.90** | **$1,493.30** |

| **TOTAL BALANCE DUE** | **$1,493.30** |
|--|--|

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958041

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through May 31,
2012

$1,522.29

File Number:   1000304.00179
RE:   Gardner, Alan v. GMAC Mortgage, LLC, #703565

**Your File Number:**      703565

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Emails from/to plaintiff's counsel re GMAC's bankruptcy filing. | 0.10 |
| 05/16/12 | JMG | Telephone conference with plaintiffs' counsel re settlement and administrative issues. | 0.20 |
| 05/17/12 | JMG | Analysis of status and bankruptcy stay issues and prepare same for filing. | 0.20 |
| 05/18/12 | JMG | Email to W. Thompson and D. Booth re ███████ | 0.10 |
| 05/19/12 | TJC | Review of notice of bankruptcy and consideration of ███████ | 0.20 |
| 05/20/12 | JMG | Emails to/from plaintiff's counsel re impact of bankruptcy on settlement and positing of class information on websites. | 0.20 |
| 05/21/12 | TJC | Emails re impact of automatic stay on pending class settlement. | 0.20 |
| 05/21/12 | JMG | Calls to/from King County court clerk. | 0.10 |
| 05/21/12 | JMG | Review email from plaintiffs' counsel re posting on settlement website and process going forward and follow up email to W. Thompson and D. Booth re ███████ | 0.20 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00179

Invoice Date: September 7, 2012
Invoice No.: 958041
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/24/12 | TJC | Review of correspondence from Norm Rosenbaum re ■■■■ | 0.20 |
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re ■■■■ | 0.10 |
| 05/29/12 | TJC | Review of proposed "update" language for plaintiffs' counsel's website regarding class settlement and impact of bankruptcy on the settlement. | 0.20 |
| 05/29/12 | JMG | Prepare for and participate in telephone conference with N. Rosenbaum (MoFo), et al. re ■■■■ | 0.20 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ■■■■ | 0.50 |
| 05/31/12 | JMG | Emails from/to settlement administrator and telephone conference with plaintiffs' counsel. | 0.20 |
| | | **TOTAL HOURS** | **2.90** |

**TOTAL FEES**                                    $1,493.30

------------------------------  BILLING PROFESSIONALS  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.30 | 760.50 |
| J.Matthew Goodin | Partner | 458.00 | 1.60 | 732.80 |
| **TIMEKEEPER TOTALS** | | | **2.90** | **$1,493.30** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Delivery Services/Messengers | 28.99 |
| | TOTAL EXPENSES | $28.99 |

TOTAL FEES                                    $1,493.30

TOTAL EXPENSES                              $28.99

TOTAL FEES AND EXPENSES              $1,522.29

**TOTAL BALANCE DUE**                    **$1,522.29**



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958042

---

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012

$292.50

    File Number:   1000304.00184
           RE:   Bates, Barrett (Indiana) v. GMAC Mortgage, LLC
               #713892

**Your File Number:**    713892

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ██████████████ | 0.50 |
| | | **TOTAL HOURS** | **0.50** |
| | **TOTAL FEES** | | **$292.50** |

-------------------------- BILLING PROFESSIONALS --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$292.50** |

**TOTAL BALANCE DUE**                         **$292.50**

**PLEASE REMIT PAYMENT:**

Atlanta • Austin • Chicago • Dallas • Hong Kong • Houston • London • Los Angeles • New Orleans • New York • Sacramento • San Francisco • Washington DC

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958043

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    $409.50

    File Number:    1000304.00185
        RE:    Sigler, Eyal v. GMAC Mortgage, LLC, #689067

**Your File Number:**    689067

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 05/31/12 | TJC | L210 | Review of status of case and consideration of ███████ Review of pleadings and consideration of ███████ | 0.70 |
| | | | TOTAL HOURS | 0.70 |

        **TOTAL FEES**                                                    **$409.50**

-------------------------- **BILLING PROFESSIONALS** --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.70 | 409.50 |
| **TIMEKEEPER TOTALS** | | | **0.70** | **$409.50** |

**TOTAL BALANCE DUE**                                              **$409.50**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

PLEASE REMIT PAYMENT:

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958044

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through May 31,
2012

<u>$2,984.16</u>

File Number:  1000304.00187
RE:  Hall, Martin v. GMAC Mortgage, #715806

**Your File Number:**    715806

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | TJC | Emails re Hall's mother's medical condition and impact on case and upcoming hearing. | 0.20 |
| 05/14/12 | JCW | Prepare proposed order for 5/15 hearing; e-mails with Tom Cunningham regarding ▉▉ | 0.40 |
| 05/15/12 | TJC | Review of order entered this morning and emails re same and status of case. | 0.20 |
| 05/15/12 | JCW | Preparation for and attendance at status hearing; e-mail to GMAC Mortgage regarding ▉▉ | 5.60 |
| 05/18/12 | TJC | Emails re returned payment on modified loan terms. | 0.20 |
| 05/18/12 | JCW | Review voicemail from Hall; e-mails with GMAC Mortgage regarding ▉▉ | 0.30 |
| 05/23/12 | TJC | Email from Beth Northrop Day re ▉▉ consideration of ▉▉ | 0.30 |
| 05/23/12 | JCW | E-mails with GMAC Mortgage and Tom Cunningham regarding ▉▉ | 0.20 |

Ally Financial Inc.
File No.:  1000304.00187

Invoice Date: September 7, 2012
Invoice No.:  958044
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/24/12 | JCW | Review documents received from Hall; e-mails with GMAC Mortgage regarding ▇▇▇ prepare letter to GMAC Mortgage | 0.50 |
| 05/25/12 | JCW | Conference with Tom Cunningham regarding ▇▇▇ | 0.10 |
| 05/31/12 | TJC | Telephone conference with Kathy Priore re ▇▇▇ ▇▇▇ Review of pleadings and consideration of ▇▇▇ | 0.50 |
| 05/31/12 | JCW | Conference with K. Priore and Tom Cunningham regarding ▇▇▇ | 0.20 |
| | | **TOTAL HOURS** | **8.70** |
| | | **TOTAL FEES** | **$2,972.50** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.40 | 819.00 |
| J.C. Webb | Associate | 295.00 | 7.30 | 2,153.50 |
| **TIMEKEEPER TOTALS** | | | **8.70** | **$2,972.50** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Delivery Services/Messengers | 11.66 |
| | TOTAL EXPENSES | $11.66 |

| | |
|---|---|
| TOTAL FEES | $2,972.50 |
| TOTAL EXPENSES | $11.66 |
| TOTAL FEES AND EXPENSES | $2,984.16 |
| **TOTAL BALANCE DUE** | **$2,984.16** |

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|--------------|--------------|-----------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |



# Locke
# Lord LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Shiela Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958045

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012

$1,648.00

File Number:   1000304.00188
RE:   4836 W. Superior, Chicago, IL (Fort), #715591

**Your File Number:**     715591

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/18/12 | TJC | Emails of impact of bankruptcy on City's actions against GMACM. | 0.20 |
| 05/18/12 | JCW | E-mails with Tom Cunningham regarding ███████ ███████ e-mails with GMAC Mortgage regarding ███████ | 0.50 |
| 05/23/12 | TJC | Emails from/to Julie Webb re ███████ ███████ | 0.20 |
| 05/23/12 | JCW | E-mails with GMAC Mortgage and Tom Cunningham regarding ███████ | 0.30 |
| 05/24/12 | TJC | Consideration of how to handle ███████ ███████ review of summary of this morning's hearing before ALJ on notices of violation of City ordinance, emails re same. | 0.40 |
| 05/24/12 | JCW | Prepare for Administrative Hearing regarding violation of municipal code; attend Administrative Hearing; e-mail to GMAC Mortgage regarding ███████ | 3.10 |
| 05/25/12 | JCW | Conference regarding case status and next steps. | 0.10 |
|  |  | **TOTAL HOURS** | **4.80** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.  
File No.: 1000304.00188

Invoice Date: September 7, 2012  
Invoice No.: 958045  
Page: 3

### TOTAL FEES           $1,648.00

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| J.C. Webb | Associate | 295.00 | 4.00 | 1,180.00 |
| **TIMEKEEPER TOTALS** | | | **4.80** | **$1,648.00** |

### TOTAL BALANCE DUE        $1,648.00

**PLEASE REMIT PAYMENT:**

**Via US Mail:**  
Locke Lord LLP  
24259 Network Place  
Chicago, IL 60673-1242

**Via Courier:**  
JPMorgan Chase  
131 S. Dearborn, 6th Floor  
Chicago, IL 60603  
ATTN: Locke Lord Bissell & Liddell LLP,  
Box #24259

**Via Wire:**  
ABA Routing: 021000021  
Swift Code (International): CHASUS33  
Account: 00101203546  
Bank: JPMorgan Chase Bank of Texas,  
712 Main Street, Houston, TX 77002  
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958046

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    $1,159.90

        File Number:   1000304.00194
        RE:   Geauga County OH (Joyce) v. GMAC Mortgage, #719763

**Your File Number:**      719763

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | TJC | Review of ECF notices; emails between and among joint defense counsel re ▮▮▮▮ | 0.30 |
| 05/15/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |
| 05/16/12 | TJC | Review of emails re motions for admission pro hac vice in state court. | 0.20 |
| 05/17/12 | PRP | Review and revise notice of bankruptcy filing. | 0.10 |
| 05/21/12 | TJC | Review of ECF notices received today. | 0.10 |
| 05/22/12 | TJC | Review of supplemental response in opposition to motion to remand. | 0.40 |
| 05/24/12 | TJC | Review of order received today setting case for status conference for 7/20/12 and emails between and among joint defense counsel re ▮▮▮ | 0.20 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ▮▮▮▮ | 0.50 |
| | | **TOTAL HOURS** | **2.00** |

Ally Financial Inc.
File No.: 1000304.00194

### TOTAL FEES                                         $1,159.90

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.90 | 1,111.50 |
| P.Russell Perdew | Partner | 484.00 | 0.10 | 48.40 |
| **TIMEKEEPER TOTALS** | | | **2.00** | **$1,159.90** |

### TOTAL BALANCE DUE                                 $1,159.90

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958047

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                    $2,080.40

File Number:   1000304.00195
RE:   NCUA v. GMAC Mortgage (California), #718805

| | |
|---|---|
| **Loan Number:** | 718805 |
| **Your File Number:** | 718805 |
| **Case Number:** | LACV11-6521 |
| **Court:** | USDC, Cent Dist, CA |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Review, analysis of proposed settlement agreement impacting all private investor claims and various emails from/to and calls with client, litigation team, and co-defendant/underwriters ' counsel re ███ | 0.50 |
| 05/15/12 | TJC | Review and analysis of Goldman Sachs' response to latest notice of supplemental authority filed by plaintiffs' review of draft notice of bankruptcy and emails re same. | 0.50 |
| 05/15/12 | JMG | Emails from/to NCUA's counsel re impact of filing on prior settlement discussions. | 0.10 |
| 05/15/12 | JMG | Emails from/to J. Battle re ████████████ ██████████████████ preparation/revision of notices and various emails re same. | 0.90 |

Ally Financial Inc.
File No.: 1000304.00195

Invoice Date: September 7, 2012
Invoice No.: 958047
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/16/12 | TJC | Review notice of bankruptcy; emails from/to plaintiff's counsel re service list in bankruptcy case. | 0.30 |
| 05/16/12 | JMG | Telephone conference with NCUA's counsel; emails from/to same. | 0.30 |
| 05/18/12 | TBT | Retrieve docket reports for two related matters; E-mail same to litigation team. | 0.10 |
| 05/21/12 | TJC | Review of draft response to the NCUA's most recent notice of supplemental authority; emails between and among joint defense counsel re ███████████████████ | 0.40 |
| 05/23/12 | JMG | Telephone conference with J. Battle re ███████████ ████████████████ and follow up emails. | 0.20 |
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re ██████████ | 0.10 |
| 05/30/12 | JMG | Review/analysis of adversary complaint in bankruptcy proceeding seeking to extend stay to Ally entities and follow-up w/ litigation team re: ███████████ | 0.50 |
| 05/30/12 | BAR | Examine Recap debtors' motion to extend automatic stay to non-debtor entities; confer with M. Goodin re: ██████████ ████████████████ | 0.10 |
| 05/31/12 | JMG | Telephone conference with J. Battle re ███████████ | 0.10 |
| 05/31/12 | JMG | Review, analysis of memo re parent/subsidiary custody and control of documents subject to party and third party discovery. | 0.20 |
| | | **TOTAL HOURS** | **4.30** |

**TOTAL FEES**                                              $2,080.40

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.20 | 702.00 |
| J.Matthew Goodin | Partner | 458.00 | 2.90 | 1,328.20 |
| B. A. Raynor | Associate | 264.00 | 0.10 | 26.40 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |

Ally Financial Inc.
File No.: 1000304.00195

Invoice Date: September 7, 2012
Invoice No.: 958047
Page: 4

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **4.30** | **$2,080.40** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$2,080.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958048

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    $1,912.60

File Number:   1000304.00196
RE:   NCUA v. GMAC Mortgage (Kansas), #714943

**Loan Number:**          714943

**Your File Number:**     714943

**Case Number:**          11-CV-2340 RDR

**Court:**                USDC, Dist of Kansas

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Review, analysis of proposed settlement agreement impacting all private investor claims and various emails from/to and calls with client, litigation team, and co-defendant/underwriters ' counsel re ██████ | 0.50 |
| 05/15/12 | TJC | Review of draft notices of bankruptcy and emails re same. | 0.20 |
| 05/15/12 | JMG | Emails from/to NCUA's counsel re impact of filing on prior settlement discussions. | 0.10 |
| 05/15/12 | JMG | Emails from/to J. Battle re ████████████████████ | 0.90 |
| 05/16/12 | TJC | Review of notices of bankruptcy. | 0.20 |
| 05/16/12 | JMG | Telephone conference with NCUA's counsel; emails from/to | 0.30 |

Ally Financial Inc.
File No.: 1000304.00196

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | same. | |
| 05/23/12 | JMG | Telephone conference with J. Battle re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 |
| 05/24/12 | TJC | Review or response to Notice of Supplemental Authority. | 0.20 |
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re ▮▮▮▮▮▮▮▮ | 0.10 |
| 05/25/12 | JMG | Review ECF notices and briefing re supplemental authority relevant to pending motions to dismiss. | 0.40 |
| 05/30/12 | JMG | Review/analysis of adversary complaint in bankruptcy proceeding seeking to extend stay to Ally entities and follow-up w/ litigation team re: ▮▮▮▮▮ | 0.50 |
| 05/30/12 | BAR | Examine ResCap debtors' motion to extend automatic stay to non-debtor entities; confer re: implications of requested relief upon discovery obligations. | 0.10 |
| 05/31/12 | JMG | Review, analysis of memo re parent/subsidiary custody and control of documents subject to party and third party discovery. | 0.20 |
| 05/31/12 | JMG | Telephone conference with J. Battle re ▮▮▮▮▮▮▮ | 0.10 |
| 05/31/12 | TBT | Retrieve docket reports for two related matters; E-mail same to litigation team. | 0.10 |
| | | **TOTAL HOURS** | **4.10** |

**TOTAL FEES**      $1,912.60

-------------------------- BILLING PROFESSIONALS --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.60 | 351.00 |
| J.Matthew Goodin | Partner | 458.00 | 3.30 | 1,511.40 |
| B. A. Raynor | Associate | 264.00 | 0.10 | 26.40 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **4.10** | **$1,912.60** |

**TOTAL BALANCE DUE**      $1,912.60



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958049

---

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    <u>$292.50</u>

      File Number:   1000304.00197
           RE:   Bates, Barrett (Hawaii) v. GMAC Mortgage LLC, #719244

**Your File Number:**     719244

**Case Number:**     10-1-0160-01 VLC

**Court:**     Circuit Ct, Hawaii

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of █████████████ | 0.50 |
| | | **TOTAL HOURS** | **0.50** |
| | **TOTAL FEES** | | **$292.50** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$292.50** |
| **TOTAL BALANCE DUE** | | | | **$292.50** |

Ally Financial Inc.
File No.:  1000304.00197

Invoice Date: September 7, 2012
Invoice No.:  958049
Page:  3

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958050

---

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    <u>$292.50</u>

File Number:   1000304.00199
RE:   Cleveland County, OK v. GMAC Mortgage LLC, #720625

**Your File Number:**      720625

**Case Number:**      CJ-2011-1727-W

**Court:**      Cleveland County, OK

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ███████████ | 0.50 |
| | | **TOTAL HOURS** | **0.50** |
| | | **TOTAL FEES** | **$292.50** |

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$292.50** |

**TOTAL BALANCE DUE**                                                      **$292.50**

Ally Financial Inc.
File No.: 1000304.00199

Invoice Date: September 7, 2012
Invoice No.: 958050
Page: 3

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958052

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                $1,136.30

File Number:   1000304.00209
RE:   Brown County OH (Little) v. GMAC Mortgage, 722864

**Your File Number:**        722864

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | TJC | Review of notice of supplemental authority. | 0.30 |
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/17/12 | TJC | Emails between and among joint defense counsel re ███████████████ | 0.20 |
| 05/17/12 | PRP | Review and revise notice of bankruptcy filing. | 0.10 |
| 05/21/12 | TJC | Emails between and among joint defense counsel re ████████████████████████████ | 0.30 |
| 05/21/12 | AMK | Revise Notice of Bankruptcy and Effect of Automatic Stay and file same. | 0.30 |
| 05/22/12 | TJC | Review of supplemental response in opposition to motion to remand. | 0.40 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ███████████████ | 0.50 |
| | | **TOTAL HOURS** | **2.20** |

Ally Financial Inc.
File No.: 1000304.00209

Invoice Date: September 7, 2012
Invoice No.: 958052
Page: 3

## TOTAL FEES                                            $1,136.30

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.70 | 994.50 |
| P.Russell Perdew | Partner | 484.00 | 0.10 | 48.40 |
| A. M. Knuckey | Associate | 232.00 | 0.30 | 69.60 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **2.20** | **$1,136.30** |

## TOTAL BALANCE DUE                                      $1,136.30

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958053

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    $948.60

File Number:   1000304.00222
RE:  Plymouth County, Iowa (Raymond) v. GMAC, 725977

**Your File Number:**    725977

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/17/12 | PRP | Review and revise notice of bankruptcy filing. | 0.10 |
| 05/21/12 | AMK | Revise Notice of Bankruptcy and Effect of Automatic Stay and file same. | 0.30 |
| 05/22/12 | TJC | Emails re impact of automatic stay on this case and consideration of ▮▮▮▮ | 0.30 |
| 05/22/12 | PRP | Review court order regarding filing to be made relating to notice of bankruptcy and draft e-mail to Lauren Delehey regarding ▮▮ | 0.30 |
| 05/29/12 | PRP | Review bankruptcy status reports filed by plaintiff and defendants and draft and file status report for GMACM. | 0.40 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ▮▮▮▮ | 0.50 |
| | | **TOTAL HOURS** | **2.00** |
| | | **TOTAL FEES** | **$948.60** |

Ally Financial Inc.
File No.: 1000304.00222

Invoice Date: September 7, 2012
Invoice No.: 958053
Page: 3

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| P.Russell Perdew | Partner | 484.00 | 0.80 | 387.20 |
| A. M. Knuckey | Associate | 232.00 | 0.30 | 69.60 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **2.00** | **$948.60** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$948.60** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958054

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    <u>$316.30</u>

File Number:   1000304.00223
RE:   Bates, Barrett (Virginia) v. GMAC Mortgage, 725637

**Your File Number:**       725637

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ███████████████ | 0.50 |
| | | **TOTAL HOURS** | **0.60** |
| | | **TOTAL FEES** | **$316.30** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$316.30** |

**TOTAL BALANCE DUE**                                                         **$316.30**

Atlanta • Austin • Chicago • Dallas • Hong Kong • Houston • London • Los Angeles • New Orleans • New York • Sacramento • San Francisco • Washington DC

Ally Financial Inc.
File No.: 1000304.00223

Invoice Date: September 7, 2012
Invoice No.: 958054
Page: 3

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions
concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.
It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in
the course of providing legal services.  Such information may be obtained from the client; may be
generated as a result of the services provided; or may be received from third parties involved in, or
affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal
information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know
that information to provide the applicable services.  Locke Lord maintains physical, electronic and
procedural safeguards that comply with federal regulations to guard the nonpublic personal information
of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958055

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    <u>$316.30</u>

    File Number:  1000304.00224
    RE:  Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

**Your File Number:**      725793

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ██████████████ | 0.50 |
| | | **TOTAL HOURS** | **0.60** |
| | | **TOTAL FEES** | **$316.30** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$316.30** |
| **TOTAL BALANCE DUE** | | | | **$316.30** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.: 1000304.00224

Invoice Date: September 7, 2012
Invoice No.: 958055
Page: 3

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958056

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012     $1,136.20

File Number:   1000304.00230
RE:   Massachusetts Recording Fee Litigation, 727116

**Your File Number:**     727116

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | TJC | Emails re preparation of notice of no consent to magistrate judge; review of ECF notice granting motion for extension of time to respond to complaint. | 0.30 |
| 05/15/12 | TJC | Review of ECF notices re refusal to consent to magistrate judge, assignment of judge, schedule for responsive pleading, etc.; emails between and among joint defense counsel re █████ ████████ | 0.40 |
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/16/12 | TJC | Review of ECF notices received today. | 0.10 |
| 05/17/12 | TJC | Emails re notices of bankruptcy, status and strategy. | 0.20 |
| 05/17/12 | PRP | Review and revise notice of bankruptcy filing. | 0.10 |
| 05/17/12 | KHH | Edit and file notices of bankruptcy in three pending county cases. | 0.40 |
| 05/23/12 | TJC | Review of ECF notices received today. | 0.10 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ███████████████ | 0.50 |

Ally Financial Inc.
File No.: 1000304.00230

Invoice Date: September 7, 2012
Invoice No.: 958056
Page: 3

---

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
|  |  | **TOTAL HOURS** | **2.20** |
|  |  | **TOTAL FEES** | **$1,136.20** |

------------------------- **BILLING PROFESSIONALS** -------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.60 | 936.00 |
| P.Russell Perdew | Partner | 484.00 | 0.10 | 48.40 |
| K.H. Harris | Associate | 320.00 | 0.40 | 128.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** |  |  | **2.20** | **$1,136.20** |
| **TOTAL BALANCE DUE** |  |  |  | **$1,136.20** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958057

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    $471.50

File Number:    1000304.00232
RE:    Dumas, Eugene v. GMAC Mortgage, 727332

**Your File Number:**    727332

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/17/12 | TJC | Emails re filing of notice of bankruptcy, status and strategy for case. | 0.20 |
| 05/17/12 | KHH | Review and file notice of bankruptcy. | 0.10 |
| 05/17/12 | RJM | Draft notice of stay; correspondence with Natasha Campbell re ▇▇▇▇▇ | 0.30 |
| 05/23/12 | TJC | Review of order received today administratively closing case due to bankruptcy. | 0.10 |
| 05/23/12 | RJM | Review order regarding BK stay; correspondence with Natasha Campbell re ▇▇▇ | 0.20 |
| | | **TOTAL HOURS** | **0.90** |

**TOTAL FEES**                                                            $471.50

---------------------------    **BILLING PROFESSIONALS**    ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00232

Invoice Date: September 7, 2012
Invoice No.: 958057
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| K.H. Harris | Associate | 320.00 | 0.10 | 32.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 0.50 | 264.00 |
| **TIMEKEEPER TOTALS** | | | **0.90** | **$471.50** |
| **TOTAL BALANCE DUE** | | | | **$471.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958058

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    $316.30

File Number:    1000304.00234
RE:    Louisiana Parishes Recording Fee Litigation, 727328

**Your File Number:        727328**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ██████████████ | 0.50 |
| | | **TOTAL HOURS** | **0.60** |
| | | **TOTAL FEES** | **$316.30** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$316.30** |

| **TOTAL BALANCE DUE** | | | | **$316.30** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00234

Invoice Date: September 7, 2012
Invoice No.: 958058
Page: 3

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ally Financial Inc.
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958059

---

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                                    <u>$530.10</u>

File Number:   1000304.00236
RE:   Jackson County, MO, Recording Fee Litigation, 727570

**Claim Number:**        11506

**Your File Number:**    727570

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/30/12 | TJC | E-mail from Lauren Delehey re ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Review of docket and complaint re parties we represent and consideration of ▮▮▮▮▮▮ | 0.70 |
| 05/30/12 | PRP | Exchange e-mails with MERS counsel regarding use of MERS's local counsel to file notice of bankruptcy. | 0.20 |
|  |  | **TOTAL HOURS** | **1.00** |
|  |  | **TOTAL FEES** | **$530.10** |

------------------ BILLING PROFESSIONALS ------------------

Ally Financial Inc.
File No.: 1000304.00236

Invoice Date: September 7, 2012
Invoice No.: 958059
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.70 | 409.50 |
| P.Russell Perdew | Partner | 484.00 | 0.20 | 96.80 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **1.00** | **$530.10** |

**TOTAL BALANCE DUE**                                                                                    **$530.10**

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
All Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958060

---

Total amount due for the legal services rendered in connection with the
referenced matter through May 31, 2012                         $1,518.60

File Number:   1000304.00238
RE:   Green Planet Servicing, LLC v. GMAC Mortgage, 728450

**Claim Number:**      11506

**Your File Number:**      728450

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/14/12 | JMG | Telephone conferences with GPS counsel and emails from/to C. Schares re ▆▆▆▆▆▆▆▆▆ | 0.40 |
| 05/14/12 | TBT | Investigate delivery of package from Delaware's Secretary of State Office containing formation documentation for the following entities: Planet Financial Group, LLC, MHR Capital Partners LP, MHR Capital Partners (100) LP, IP III Mortgages Carry LP, and MHR Institutional Partners III LP; Receipt and review of formation documentation; E-mail to litigation team regarding ▆▆▆ | 0.80 |
| 05/15/12 | JMG | Prepare for and participate in conference call with parties' counsel and Master Marzetta re bankruptcy filing and related issues; review ResCap bankruptcy counsel instructions, draft/revise notice of bankruptcy and various emails re filing of same. | 1.20 |
| 05/25/12 | JMG | Various emails from/to L. Delehey, M. Detwiler, et al. re ▆▆▆ | 0.40 |
| 05/29/12 | JMG | Prepare for and participate in telephone conference with L. Delehey, M. Detwiler, N. Rosenbaum (MoFo), et al. re ▆▆▆ | 0.90 |

Ally Financial Inc.
File No.: 1000304.00238

Invoice Date: September 7, 2012
Invoice No.: 958060
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████ | |
| | | **TOTAL HOURS** | **3.70** |
| | | **TOTAL FEES** | **$1,518.60** |

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.Matthew Goodin | Partner | 458.00 | 2.90 | 1,328.20 |
| Tiffany B. Till | Paralegal | 238.00 | 0.80 | 190.40 |
| **TIMEKEEPER TOTALS** | | | **3.70** | **$1,518.60** |
| **TOTAL BALANCE DUE** | | | | **$1,518.60** |

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|------------------|------------------|---------------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
All Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958061

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through May 31,
2012

$764.49

File Number:    1000304.00239
RE:    Union County, IL Recording Fee Litigation, 728316

**Claim Number:**        11506

**Your File Number:**        728316

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/15/12 | TBT | Retrieve and circulate new related case filings; Update internal chart tracking all related cases. | 0.10 |
| 05/17/12 | PRP | Review and revise notice of bankruptcy filing. | 0.10 |
| 05/23/12 | TJC | Review of removal papers and emails re same. | 0.40 |
| 05/25/12 | PRP | Prepare notice of bankruptcy and draft e-mail to Lauren Delehey regarding ███████ | 0.30 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of ███████ | 0.50 |
| | | **TOTAL HOURS** | **1.40** |

**TOTAL FEES**                $743.90

------------------------- **BILLING PROFESSIONALS** -------------------------

Ally Financial Inc.
File No.: 1000304.00239

Invoice Date: September 7, 2012
Invoice No.: 958061
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.90 | 526.50 |
| P.Russell Perdew | Partner | 484.00 | 0.40 | 193.60 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **1.40** | **$743.90** |

| EXPENSES | VALUE |
|---|---|
| Delivery Services/Messengers | 20.59 |
| **TOTAL EXPENSES** | **$20.59** |

| | |
|---|---|
| TOTAL FEES | $743.90 |
| TOTAL EXPENSES | $20.59 |
| TOTAL FEES AND EXPENSES | $764.49 |
| **TOTAL BALANCE DUE** | **$764.49** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.