

Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958063

---

Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through May 31, 2012 — $1,253.40

File Number: 1000304.00180
RE: Pogosian, Khachik v. GMAC Mortgage, #702349

**Your File Number:** 702349

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | DAS | Call w/ A. Hartshorn; revise settlement papers. | 0.40 |
| 05/15/12 | TJC | Emails re status and strategy with regard to settlement agreement. | 0.20 |
| 05/16/12 | TJC | Emails re impact of automatic stay on settlement agreement and status and strategy of case. | 0.20 |
| 05/23/12 | TJC | Emails regarding and consideration of impact of automatic stay on resolution of this case. | 0.20 |
| 05/23/12 | DAS | Call with A. Hartshorn re: [redacted] | 0.30 |
| 05/23/12 | RJM | Analysis of effect of BK filing o validity of settlement. | 0.50 |
| 05/24/12 | DAS | Call with defendants' counsel re: status of settlement. | 0.20 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of [redacted] | 0.50 |
| | | **TOTAL HOURS** | **2.50** |

**TOTAL FEES** **$1,245.90**

## ------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| D. A. Solitro | Associate | 376.00 | 0.90 | 338.40 |
| R. J. McClendon | Senior Counsel | 528.00 | 0.50 | 264.00 |
| **TIMEKEEPER TOTALS** | | | **2.50** | **$1,245.90** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/24/12 | Litigation Support Vendors - First Legal Network LLC - Court filing - Notice of Ruling w/LASC-Central. | 7.50 |
| | TOTAL EXPENSES | $7.50 |

| | |
|---|---|
| TOTAL FEES | $1,245.90 |
| TOTAL EXPENSES | $7.50 |
| TOTAL FEES AND EXPENSES | $1,253.40 |
| **TOTAL BALANCE DUE** | **$1,253.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and



Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958064

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $1,718.70

File Number: 1000304.00183
RE: Aguilar, Maria v. GMAC Mortgage, #713953

**Your File Number:** 713953

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/17/12 | TJC | Review of order entered this morning and email report of today's court appearance; review of status and strategy and impact of bankruptcy on case. | 0.40 |
| 05/17/12 | DRS | Prepare for and attend hearing on motion to dismiss; e-mails with opposing counsel regarding 05/17 hearing and order entered transferring case to bankruptcy stay calendar; e-mails with client regarding [redacted] | 1.80 |
| 05/18/12 | TJC | Emails re status and strategy, impact of bankruptcy filing on case. | 0.20 |
| 05/18/12 | DRS | E-mails with client regarding [redacted] | 0.10 |
| 05/24/12 | TJC | Emails from/to Kathy Priore re [redacted] | 0.20 |
| 05/29/12 | DRS | Telephone conference and e-mails with CoreLogic's counsel regarding GMACM motion to dismiss. | 0.20 |
| 05/30/12 | TJC | Telephone conference with Kathy Priore re [redacted] | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/31/12 | TJC | E-mails to and from Graham Kidner re [redacted] Review of complaint and docket re parties involved and consideration of [redacted] | 0.60 |
| | | **TOTAL HOURS** | **3.90** |

**TOTAL FEES** **$1,718.70**

**------------------------------ BILLING PROFESSIONALS ------------------------------**

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| D.R. Sargent | Associate | 317.00 | 2.10 | 665.70 |
| **TIMEKEEPER TOTALS** | | | **3.90** | **$1,718.70** |

**TOTAL BALANCE DUE** **$1,718.70**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth deSilva
Ally Financial
2711 North Haskell Avenue
Dallas, TX 75204

September 7, 2012
Invoice No.: 958065

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $309.90

File Number: 1000304.00190
RE: Douglass, Melinda v. GMAC Mortgage, LLC, #717528

**Your File Number:** 717528

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | TJC | Emails re status of collection of documents and information to produce to HUD. | 0.10 |
| 05/18/12 | KMC | Telemessage to C. Greer re ResCap bankruptcy. | 0.10 |
| 05/21/12 | TJC | Emails re HUD's request for employee interviews. | 0.20 |
| 05/22/12 | KMC | E-mail to Ms. DeSilva and Ms. Moore re [redacted] | 0.10 |
| 05/22/12 | KMC | Telemessage from C. Greer re status of her work on list of questions; telemessage to C. Greer re status of inquiry re bankruptcy stay and teleconference on Friday to discuss. | 0.10 |
| | | **TOTAL HOURS** | **0.60** |

**TOTAL FEES** **$309.90**

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| K. M. Castaneda | Senior Counsel | 448.00 | 0.30 | 134.40 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$309.90** |

**TOTAL BALANCE DUE** **$309.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958066

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $636.90

File Number: 1000304.00192
RE: Abucay v. GMAC Mortgage, LLC, #718914

**Your File Number:** 718914

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/23/12 | TJC | Emails re notice of bankruptcy and impact of stay on this case. | 0.30 |
| 05/23/12 | JNF | Formulating strategy for submission of notice of bankruptcy and effect of automatic stay. | 0.30 |
| 05/23/12 | JNF | Editing notice of bankruptcy to be filed with court. | 0.30 |
| 05/23/12 | JMG | Review, revise notice of bankruptcy and stay and attention to filing of same. | 0.20 |
| 05/23/12 | JMG | Email to W. Thompson and D. Booth re [redacted] | 0.10 |
| | | **TOTAL HOURS** | **1.20** |

**TOTAL FEES** **$636.90**

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| J.N Froehlich | Partner | 540.00 | 0.60 | 324.00 |
| J.Matthew Goodin | Partner | 458.00 | 0.30 | 137.40 |
| **TIMEKEEPER TOTALS** | | | **1.20** | **$636.90** |

**TOTAL BALANCE DUE** **$636.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Road
Minneapolis, Minnesota 55423

September 7, 2012
Invoice No.: 958067

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $253.60

File Number: 1000304.00198
RE: Barnes, Tony and Wanda v. GMAC Mortgage LLC, #720493

**Your File Number:** 720493

**Case Number:** 11-cv-720-Gpm-PMF

**Court:** USDC, Southern District, IL

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/24/12 | JCW | E-mail to AUSA regarding status of release of lien. | 0.10 |
| 05/28/12 | TJ | Forward e-mail to Jessica Ledbetter at Chicago Title Insurance Company regarding copy of a release in connection with a recorded subordinate mortgage, forward e-mail to Julie Webb regarding [redacted] telephone call to the St. Clair County Recorder regarding same | 0.20 |
| 05/29/12 | TJC | Review of notice received today regarding hearing on motion for default. | 0.10 |
| 05/29/12 | JCW | Respond to e-mail from GMAC Mortgage regarding [redacted] e-mail to Tracie Jurmu regarding [redacted] | 0.30 |
| 05/31/12 | JCW | Conference with Tom Cunningham [redacted] | 0.10 |
| | | **TOTAL HOURS** | **0.80** |

**TOTAL FEES** **$253.60**

## ------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| J.C. Webb | Associate | 295.00 | 0.50 | 147.50 |
| T. Jurmu | Paralegal | 238.00 | 0.20 | 47.60 |
| **TIMEKEEPER TOTALS** | | | **0.80** | **$253.60** |

**TOTAL BALANCE DUE** **$253.60**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
Ally Financial
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

September 7, 2012
Invoice No.: 958068

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $2,430.00

File Number: 1000304.00202
RE: Dade, Linda v. GMAC Mortgage, #720603

**Your File Number:** 720603

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/16/12 | TJC | Emails re TWC interview request and applicability of automatic stay to TWC investigative demand; emails to bankruptcy attorneys re [redacted] | 0.60 |
| 05/16/12 | KMC | Review request for interview from TWC-CRD. | 0.10 |
| 05/16/12 | KMC | E-mail Ms. DeSilva and Ms. Moore re [redacted] | 0.20 |
| 05/16/12 | KMC | Obtain information re ResCap bankruptcy filing. | 0.10 |
| 05/17/12 | TJC | Email re status and strategy; review of bankruptcy research memo re impact of automatic stay on governmental investigations and inquiries. | 0.60 |
| 05/17/12 | JMG | Analysis of issues re application of stay to state investigation and emails from/to bankruptcy counsel and K. Castaneda re [redacted] | 0.30 |
| 05/18/12 | TJC | Review of email re Kirsten Castaneda's call with TWC this morning, status and strategy. | 0.50 |
| 05/18/12 | KMC | Teleconference with V. Covington (Texas Workforce Commission) re bankruptcy filing and other issues. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/18/12 | KMC | E-mail Ms. DeSilva and Ms. Moore re | 0.20 |
| 05/21/12 | TJC | Emails re impact of automatic stay on governmental/regulatory investigation. | 0.30 |
| 05/22/12 | TJC | Emails re status of the company's position with regard to | 0.30 |
| 05/22/12 | KMC | Emails from and to T. Cunningham re | 0.20 |
| 05/23/12 | TJC | Emails from Janet Anderson re | 0.20 |
| 05/30/12 | KMC | Telemessage from R. Martinez (TWC investigator) re status. | 0.10 |
| 05/31/12 | TJC | E-mails re status of effort to obtain clarification as to whether the automatic stay applies to governmental investigations and inquiries and how GMACM wants us to handle | 0.50 |
| 05/31/12 | KMC | Follow up with T. Cunningham for | 0.10 |
| | | **TOTAL HOURS** | **4.50** |

**TOTAL FEES** **$2,430.00**

**------------------------------ BILLING PROFESSIONALS ------------------------------**

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 3.00 | 1,755.00 |
| J.Matthew Goodin | Partner | 458.00 | 0.30 | 137.40 |
| K. M. Castaneda | Senior Counsel | 448.00 | 1.20 | 537.60 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$2,430.00** |

**TOTAL BALANCE DUE** **$2,430.00**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958070

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $1,780.90

File Number: 1000304.00211
RE: Kral, Kenneth v. GMAC Mortgage, 725078

**Your File Number:** 725078

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | JMG | Conference with litigation team re [redacted] | 0.30 |
| 05/14/12 | RJM | Analysis of impact of GMACM's Chapter 11 filing on motion to compel abandonment pending in bankruptcy court. | 0.80 |
| 05/14/12 | RJM | Legal research re service requirements of notice of hearing on motion to compel abandonment to ensure order is binding. | 0.50 |
| 05/15/12 | SSD | Update calendar deadlines per notice of hearing. | 0.20 |
| 05/16/12 | SSD | Review application to employ debtor's counsel; correspondence with R. McClendon re: [redacted] | 0.30 |
| 05/17/12 | TJC | Emails re filing of notice of bankruptcy, status and strategy for case. | 0.20 |
| 05/17/12 | JMG | Analysis of status and bankruptcy stay issues. | 0.20 |
| 05/17/12 | JMG | Telephone conference with D. Booth re [redacted] | 0.20 |
| 05/17/12 | JMG | Emails from/to litigation team re [redacted] | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/17/12 | RJM | Telephone conference with Don Booth re [redacted] correspondence with Don Booth re [redacted] | 0.60 |
| 05/31/12 | TJC | Review of ECF notice re service of process. | 0.10 |
| | | **TOTAL HOURS** | **3.60** |

**TOTAL FEES** **$1,780.90**

## ---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.90 | 412.20 |
| S. S. Delrahim | Associate | 380.00 | 0.50 | 190.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 1.90 | 1,003.20 |
| **TIMEKEEPER TOTALS** | | | **3.60** | **$1,780.90** |

**TOTAL BALANCE DUE** **$1,780.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958071

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 **$1,694.50**

File Number: 1000304.00212
RE: Vasquez, David v. GMAC Mortgage, LLC

**Your File Number:** 725258

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | TJC | Review of corrected responses to requests for disclosure. | 0.20 |
| 05/14/12 | JLS | Work on issues related [redacted] | 0.20 |
| 05/14/12 | JLK | Evaluate foreclosure file. | 0.40 |
| 05/15/12 | JLS | Review requests for disclosure. | 0.10 |
| 05/16/12 | TJC | Review of motion to compel. | 0.20 |
| 05/16/12 | JLS | Review order scheduling hearing on motion to compel; review motion to compel. | 0.20 |
| 05/29/12 | JLS | Work on strategy regarding motion to sever. | 0.30 |
| 05/29/12 | JLK | Call with co-defendant's counsel regarding [redacted] | 0.30 |
| 05/29/12 | JLK | Call with plaintiff's counsel regarding co-defendant's motion to sever and hearing on same. | 0.30 |
| 05/29/12 | JLK | Call with court clerk regarding co-defendant's motion to sever and hearing on same. | 0.30 |
| 05/29/12 | JLK | Draft correspondence to client regarding [redacted] | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/30/12 | TJC | Emails re plaintiff's motion to sever and responding to same. | 0.30 |
| 05/30/12 | JLS | Work on issues related to the automatic stay. | 0.20 |
| 05/30/12 | JLK | Call with co-defendant's counsel regarding [REDACTED] | 0.20 |
| 05/30/12 | JLK | Prepare for hearing on co-defendant's Motion to Sever. | 0.30 |
| 05/30/12 | JLK | Attend hearing on Motion to Sever. | 0.80 |
| 05/31/12 | JLS | E-mail Ms. Kinney regarding [REDACTED] | 0.10 |
| | | **TOTAL HOURS** | **4.60** |

**TOTAL FEES** **$1,694.50**

## ------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.70 | 409.50 |
| J. L. Sanders | Partner | 374.00 | 1.10 | 411.40 |
| J. L. Kinney | Associate | 312.00 | 2.80 | 873.60 |
| **TIMEKEEPER TOTALS** | | | **4.60** | **$1,694.50** |

**TOTAL BALANCE DUE** **$1,694.50**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958072

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $1,174.40

File Number: 1000304.00214
RE: Jefferson, Bakari v. GMAC Mortgage, 725137

**Your File Number:** 725137

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | JLS | Work on issues related how to proceed considering the automatic stay. | 0.20 |
| 05/29/12 | JLS | Review order continuing scheduling order deadline; e-mails with Ms. Kinney regarding [redacted] | 0.50 |
| 05/29/12 | JLK | Draft correspondence to Mr. Barden regarding [redacted] | 0.20 |
| 05/29/12 | JLK | Prepare motion to continue deadlines. | 0.90 |
| 05/29/12 | JLK | Confer with Plaintiff's counsel regarding motion to continue deadlines. | 0.30 |
| 05/29/12 | JLK | Call with Plaintiff's counsel regarding deadline to file Rule 26(f) Report. | 0.40 |
| 05/30/12 | TJC | Consideration of [redacted] | 0.50 |
| 05/31/12 | TJC | Review of ECF notice re continuation of all dates and deadlines. | 0.10 |
| | | **TOTAL HOURS** | **3.10** |

**TOTAL FEES** **$1,174.40**

## ------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.60 | 351.00 |
| J. L. Sanders | Partner | 374.00 | 0.70 | 261.80 |
| J. L. Kinney | Associate | 312.00 | 1.80 | 561.60 |
| **TIMEKEEPER TOTALS** | | | **3.10** | **$1,174.40** |
| **TOTAL BALANCE DUE** | | | | **$1,174.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958073

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $691.00

File Number: 1000304.00215
RE: Matisi, James v. GMAC Mortgage, 724934

**Your File Number:** 724934

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | JEC | Review and revise reply in support of motion to dismiss. | 1.30 |
| 05/24/12 | TJC | Review of order received today directing the parties to conduct a Rule 26(f) conference no later than 6/15/12. | 0.20 |
| 05/29/12 | JEC | Review order from court on 26(f) conference and ensure proper calendaring of deadlines and requirements. | 0.30 |
| 05/30/12 | JLS | Work on issues related to the automatic stay. | 0.20 |
| | | **TOTAL HOURS** | **2.00** |

**TOTAL FEES** **$691.00**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J. L. Sanders | Partner | 374.00 | 0.20 | 74.80 |
| J. E. Collins | Associate | 312.00 | 1.60 | 499.20 |

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **2.00** | **$691.00** |

**TOTAL BALANCE DUE** **$691.00**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958074

---

Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through May 31, 2012 — $2,564.98

File Number: 1000304.00218
RE: Michel, Elias v. GMAC Mortgage, 725152

**Your File Number:** 725152

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | JLS | Work on issues related how to proceed considering the automatic stay. | 0.20 |
| 05/14/12 | JEC | Review correspondence from Jason Sanders regarding [redacted] | 0.10 |
| 05/15/12 | JLS | E-mails regarding 26(f) conference. | 0.10 |
| 05/15/12 | JEC | Correspond with plaintiff's lawyer regarding possible settlement terms and settlement conference. | 0.20 |
| 05/17/12 | TJC | Email re motion for extension of deadline to respond and emails re status and strategy. | 0.30 |
| 05/17/12 | JMG | Analysis of status and bankruptcy stay issues. | 0.20 |
| 05/17/12 | JLS | Work on motion for extension of time. | 0.20 |
| 05/17/12 | JEC | Draft motion to enlarge time for 12(b)(6) motion in light of bankruptcy; draft order granting motion to enlarge time; correspond with client [redacted] | 0.80 |
| 05/18/12 | TJC | Review of order received today granting extension of time to respond. | 0.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/21/12 | JEC | Conference with plaintiff's counsel regarding extension of deadline to confer due to bankruptcy. | 0.20 |
| 05/29/12 | JLS | Conference with Mr. Collins regarding [REDACTED] | 0.10 |
| 05/29/12 | JEC | Conference with Jason Sanders [REDACTED] conference with plaintiff's counsel regarding extension of deadlines in light of bankruptcy; contact plaintiff's counsel regarding extension due to his inquiry on status of foreclosure. | 0.50 |
| 05/30/12 | JLS | Work on continuance; work on issues related to the automatic stay. | 0.30 |
| 05/30/12 | JEC | Correspond with plaintiff's counsel regarding extending certain conference and settlement deadlines in light of bankruptcy stay, as well as status of foreclosure; draft motion to extend certain deadlines and order granting same. | 0.60 |
| 05/31/12 | TJC | Review of order received today directing Plaintiff to file a report with the court indicating whether it intends to seek to modify the stay; Consideration of [REDACTED] E-mails re impact of automatic stay on this case and order lifting stay and whether it applies here; Review of ECF notice re extension of deadline to submit a joint status report. | 0.70 |
| 05/31/12 | JLS | E-mail regarding drafting motion to dismiss; review orders. | 0.20 |
| | | **TOTAL HOURS** | **4.80** |

**TOTAL FEES** **$1,895.30**

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.20 | 91.60 |
| J. L. Sanders | Partner | 374.00 | 1.10 | 411.40 |
| J. E. Collins | Associate | 312.00 | 2.40 | 748.80 |
| **TIMEKEEPER TOTALS** | | | **4.80** | **$1,895.30** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 319.68 |
| 05/14/12 | Business expense of Johnathan Collins on 5/10/12 for Filing Fee for Removal | 350.00 |
| | TOTAL EXPENSES | $669.68 |

| | |
|---|---|
| TOTAL FEES | $1,895.30 |
| TOTAL EXPENSES | $669.68 |
| TOTAL FEES AND EXPENSES | $2,564.98 |
| **TOTAL BALANCE DUE** | **$2,564.98** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Page Stokes
Ally Financial Legal Staff
2711 North Haskell Avenue
Suite 900
Dallas, TX 75204

September 7, 2012
Invoice No.: 958075

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $273.80

File Number: 1000304.00225
RE: Clarke, Daniel v. GMAC Mortgage, LLC #725976

**Your File Number:** 725976

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/17/12 | TJC | Emails re opposing counsel's request for leave to withdraw and impact of bankruptcy on our response and handling of matter. | 0.20 |
| 05/17/12 | BDF | Confer with opposing counsel about status of case and possibility of withdrawal. | 0.40 |
| | | **TOTAL HOURS** | **0.60** |

**TOTAL FEES** **$273.80**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| B. D. Foster | Partner | 392.00 | 0.40 | 156.80 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$273.80** |

**TOTAL BALANCE DUE** **$273.80**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



B Pg 26 of 59

Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958076

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $250.30

File Number: 1000304.00229
RE: Scott, Robert and Susan v. GMAC Mortgage, 726948

**Your File Number:** 726948

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | JLS | Work on issues related how to proceed considering the automatic stay. | 0.20 |
| 05/16/12 | TJC | Emails re notice of bankruptcy. | 0.20 |
| 05/31/12 | TJC | E-mail from Jance Hoy re [redacted] | 0.10 |
| | | **TOTAL HOURS** | **0.50** |

**TOTAL FEES** **$250.30**

**BILLING PROFESSIONALS**

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J. L. Sanders | Partner | 374.00 | 0.20 | 74.80 |

Atlanta • Austin • Chicago • Dallas • Hong Kong • Houston • London • Los Angeles • New Orleans • New York • Sacramento • San Francisco • Washington DC

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **0.50** | **$250.30** |

**TOTAL BALANCE DUE** **$250.30**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



B Pg 28 of 59

Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Beth Northrop-Day
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 7, 2012
Invoice No.: 958077

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $117.00

File Number: 1000304.00235
RE: 7946 S. Parnell, Chicago, IL (Jones), 728093

**Your File Number:** 728093

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/16/12 | TJC | Emails re status and strategy. | 0.20 |
| | | **TOTAL HOURS** | **0.20** |
| | **TOTAL FEES** | | **$117.00** |

**------------------------------ BILLING PROFESSIONALS ------------------------------**

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$117.00** |
| **TOTAL BALANCE DUE** | | | | **$117.00** |

**PLEASE REMIT PAYMENT:**

Via US Mail:
Locke Lord LLP
24259 Network Place

Via Courier:
JPMorgan Chase
131 S. Dearborn, 6th Floor

Via Wire:
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta • Austin • Chicago • Dallas • Hong Kong • Houston • London • Los Angeles • New Orleans • New York • Sacramento • San Francisco • Washington DC

Chicago, IL 60673-1242

Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Beth Northrop Day
Ally Financial
8400 Normandale Lake Blvd., Suite 350
Bloomington, MN 55437

September 7, 2012
Invoice No.: 958078

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $502.80

File Number: 1000304.00240
RE: Taylor, Vereen v. GMAC Mortgage, 728376

**Claim Number:** 11506

**Your File Number:** 728376

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/16/12 | SEM | Draft notice of bankruptcy. | 0.90 |
| 05/17/12 | JMG | Telephone conference with B. Northrop-Day re [redacted] | 0.30 |
| 05/18/12 | TJC | Review of notice of bankruptcy and emails re same. | 0.20 |
| | | **TOTAL HOURS** | **1.40** |

**TOTAL FEES** **$502.80**

**------------------------------ BILLING PROFESSIONALS ------------------------------**

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J.Matthew Goodin | Partner | 458.00 | 0.30 | 137.40 |
| S. E. Maye | Associate | 276.00 | 0.90 | 248.40 |

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **1.40** | **$502.80** |

**TOTAL BALANCE DUE** **$502.80**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 7, 2012
Invoice No.: 958051

---

Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through May 31, 2012 — $595.84

File Number: 1000304.00203
RE: Bates, Barrett (DC) v. GMAC Mortgage, #720605

**Your File Number:** 720605

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/17/12 | ME | Reviewing, revising, and filing Notice with Court. | 0.90 |
| 05/30/12 | TJC | Review of complaint and docket re parties we represent and consideration of [redacted] | 0.50 |
| | | **TOTAL HOURS** | **1.40** |

**TOTAL FEES** **$580.50**

**------------------------------ BILLING PROFESSIONALS ------------------------------**

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| Matthew Eggerding | Associate | 320.00 | 0.90 | 288.00 |
| **TIMEKEEPER TOTALS** | | | **1.40** | **$580.50** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/22/12 | 5/17/12 Filing Fees In The DC Superior Court | 15.34 |
| | TOTAL EXPENSES | $15.34 |

| | |
|---|---|
| TOTAL FEES | $580.50 |
| TOTAL EXPENSES | $15.34 |
| TOTAL FEES AND EXPENSES | $595.84 |
| **TOTAL BALANCE DUE** | **$595.84** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 12, 2012
Invoice No.: 958674

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $30,396.10

File Number: 1000304.00217
RE: Charles Schwab v. Residential, 701759

**Your File Number:** 701759

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | TJC | Review of various subpoenas for production of documents issued by plaintiffs and received today; emails between and among joint defense counsel re [REDACTED] telephone call from counsel for Morgan Stanley re [REDACTED] | 0.50 |
| 05/14/12 | JMG | Review, analysis of proposed settlement agreement impacting all private investor claims and various emails from/to and calls with client, litigation team and co-defendant/underwriters ' counsel re [REDACTED] | 0.50 |
| 05/14/12 | TBT | Review and distribute bindings from Ikon team containing prospectus supplements, underwriting agreements, and pooling and servicing agreements. | 1.90 |
| 05/15/12 | TJC | Review of subpoena served on Wells Fargo for deposition; review of draft notice of bankruptcy and emails re same; emails between and among joint defense counsel re [REDACTED] | 0.50 |
| 05/15/12 | JMG | Emails from/to Joint Defense counsel re [REDACTED] | 0.30 |
| 05/15/12 | JMG | Various emails from plaintiffs' counsel re service of third party | 0.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | subpoenas to Ally Bank, GMACM, and others, and begin review, analysis of same. | |
| 05/15/12 | JMG | Emails from/to J. Battle re [redacted] | 0.90 |
| 05/16/12 | TJC | Emails re impact of automatic stay on third party subpoenas. | 0.30 |
| 05/16/12 | JMG | Finalize notice of bankruptcy filing and filing/service of same. | 0.30 |
| 05/16/12 | JMG | Telephone conference with P. Zellmann re [redacted] | 0.20 |
| 05/16/12 | JMG | Review, analysis of subpoenas and corresponding complaints, and email to P. Zellmann, J. Battle, et al. re [redacted] | 1.50 |
| 05/16/12 | JMG | Review email and attached discovery documents received from joint defense group. | 0.30 |
| 05/16/12 | JMG | Review, respond to email from T. Devine and preliminary research re [redacted] | 1.20 |
| 05/16/12 | JMG | Review, respond to email from T. Devine and preliminary Research re [redacted] | 1.20 |
| 05/16/12 | JMG | Telephone conference with P. Zellmann re [redacted] | 0.20 |
| 05/16/12 | JMG | Review, analysis of same and corresponding complaints, and email to P. Zellmann, J. Battle, et al. re [redacted] | 1.50 |
| 05/16/12 | JMG | Review email and attached discovery documents received from joint defense group. | 0.20 |
| 05/17/12 | TJC | Emails between and among joint defense counsel re [redacted] | 0.30 |
| 05/17/12 | TJC | Various emails re third party subpoena served on Ally Financial and proposed response to same. | 0.30 |
| 05/17/12 | JMG | Various emails to/from T. Devine, T. Dennis and P. Zellmann re [redacted] | 0.50 |
| 05/17/12 | JMG | Emails to/from and telephone conference with C. Bernard (Mayer Brown) re [redacted] | 0.40 |
| 05/17/12 | JMG | Follow up with bankruptcy counsel re [redacted] | 1.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | [redacted] | |
| 05/17/12 | JMG | Analysis of applicable orders impacting stay as to servicing activities. | 0.70 |
| 05/17/12 | JMG | Various emails to/from T. Devine, T. Dennis and P. Zellmann re [redacted] | 0.70 |
| 05/17/12 | JMG | Emails to/from and telephone conference with c. Bernard (Mayer Brown) re [redacted] | 0.40 |
| 05/17/12 | BAR | Confer re: research pertaining to impact of bankruptcy automatic stay upon discovery obligations of party and non-party debtors; research case law re: same; begin drafting memorandum of law. | 4.60 |
| 05/18/12 | TJC | Emails between and among joint defense counsel re [redacted] | 0.40 |
| 05/18/12 | JMG | Prepare for and participate in joint defense call re [redacted] | 0.90 |
| 05/18/12 | JMG | Various follow up joint defense emails re [redacted] | 0.50 |
| 05/18/12 | JMG | Emails from/to joint defense group re [redacted] | 0.30 |
| 05/18/12 | JMG | Review, analysis of draft responses prepared for co-defendant. | 0.60 |
| 05/18/12 | BAR | Continue drafting initial memorandum of law on the impact of the automatic stay upon discovery obligations; draft email to M. Goodin re: [redacted] | 2.50 |
| 05/19/12 | TJC | Review of research memorandum on effect of automatic stay on discovery obligations. | 0.50 |
| 05/19/12 | TJC | Review of research memorandum on effect of automatic stay on discovery obligations. | 0.50 |
| 05/19/12 | JMG | Review, analysis of memo summarizing effect of automatic stay on party defendant and non-party discovery in pending litigation and various emails to/from litigation team re [redacted] | 0.90 |
| 05/19/12 | JMG | Review, analysis of memo summarizing effect of automatic stay on party defendant and non-party discovery in pending litigation and various emails to/from litigation team re [redacted] | 0.90 |
| 05/20/12 | TJC | Emails re research re impact of automatic stay on discovery obligations. | 0.40 |
| 05/20/12 | TJC | Emails re research re impact of automatic stay on discovery obligations. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/20/12 | BAR | Continue analysis of implications of automatic stay upon debtor and related non-debtor entities' discovery obligations; examine numerous cases and secondary resources; continue drafting and editing memorandum of law regarding the same. | 8.20 |
| 05/20/12 | KAW | Research the impact of a bankruptcy proceeding's automatic stay on the debtor's discovery obligations in pending litigation; draft memo regarding the impact of Res Cap's bankruptcy filing on discovery issued by Schwab to RALI and RAMP and third-party subpoenas issued by Schwab to GMAC Mortgage and Ally Bank. | 3.30 |
| 05/21/12 | JMG | Follow up with litigation team re [redacted] | 0.30 |
| 05/21/12 | BAR | Continue drafting memorandum of law re: implications of automatic stay upon debtor and related non-debtor entities' discovery obligations; examine numerous cases and secondary resources re: same; work with K. Wisniewski on [redacted] | 16.20 |
| 05/21/12 | KAW | Draft memorandum addressing the impact of an automatic stay resulting from a bankruptcy filing on debtor and non-debtor discovery obligations. | 2.50 |
| 05/21/12 | KAW | Draft responses and objections to Schwab's third-party subpoena to GMAC Mortgage LLC. | 1.20 |
| 05/22/12 | TJC | Review of stipulation re briefing schedule on supplemental demurrer. | 0.20 |
| 05/22/12 | JMG | Emails from/to litigation team re [redacted] | 0.40 |
| 05/22/12 | JMG | Emails from/to litigation team re [redacted] | 0.40 |
| 05/22/12 | SEM | Draft responses to requests for production. | 1.30 |
| 05/22/12 | BAR | Continue drafting memorandum of law on impact of automatic stay on discovery obligations; edit and finalize memorandum; confer re: same; work on discovery objections. | 5.10 |
| 05/22/12 | KAW | Draft GMAC Mortgage LLC's objections and responses to third-party subpoena. | 1.10 |
| 05/23/12 | JMG | Telephone conference with J. Battle re [redacted] | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/23/12 | BAR | Email re: memorandum of law on discovery obligations. | 0.30 |
| 05/24/12 | JMG | Telephone conference with W. Thompson and D. Booth re [redacted] | 0.30 |
| 05/26/12 | JMG | Review, revise draft discovery memo and discovery responses. | 0.80 |
| 05/26/12 | JMG | Review Wells Objection to third party subpoena and emails re same. | 0.30 |
| 05/28/12 | JMG | Emails from/to C. Bernard (Mayer Brown) re [redacted] | 0.10 |
| 05/28/12 | JMG | Emails from/to C. Bernard (Mayer Brown) re [redacted] | 0.10 |
| 05/29/12 | JMG | Revise draft memorandum addressing effect of stay on party and third party discovery obligations, review applicable case law, and various emails to/from litigation team. | 2.90 |
| 05/29/12 | JMG | Telephone conference with plaintiff's counsel re extension of deadlines to respond to party and third party discovery and follow up emails to/from same. | 0.30 |
| 05/29/12 | JMG | Review, analysis of supplemental briefing demurrer as to GMACM 2005-AR4. | 0.30 |
| 05/29/12 | JMG | Telephone conference with plaintiffs' counsel re extension of deadlines to respond to party and third party discovery and follow up emails to/from same. | 0.30 |
| 05/29/12 | JMG | Revise draft memorandum addressing effect of stay on party and third party discovery obligations, review applicable case law, and various emails to/from litigation team. | 1.00 |
| 05/29/12 | SEM | Draft responses to discovery. | 0.90 |
| 05/29/12 | BAR | Confer re: impact of automatic stay on debtor and related non-debtor entities' discovery obligations; prepare for meeting. | 1.10 |
| 05/29/12 | KAW | Conference regarding discovery issues related to party discovery and subpoenas issued by Plaintiff and bankruptcy stay. | 0.70 |
| 05/30/12 | TJC | Consideration of [redacted] | 0.40 |
| 05/30/12 | JMG | Review/analysis of adversary complaint in bankruptcy proceeding seeking to extend stay to Ally entities and follow-up w/ litigation team re: [redacted] | 0.50 |
| 05/30/12 | JMG | Revise memo re debtor party and third party discovery obligations and various emails to/from litigation team re [redacted] | 1.20 |
| 05/30/12 | JMG | Various emails to/from plaintiff's counsel and P. Zellmann [redacted] | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | [redacted] | |
| 05/30/12 | BAR | Examine ResCap debtors' motion to extend automatic stay to non-debtor entities; confer re: implications of requested relief upon discovery obligations. | 0.10 |
| 05/31/12 | TJC | Review, analyze and revise draft research memorandum re impact of automatic stay on Ally's obligation to respond to subpoena; Review of research memorandum regarding "custody and control" of documents and information and obligation of parents or affiliates to obtain or produce information and documents in the custody of a subsidiary or affiliate. | 2.60 |
| 05/31/12 | JMG | Review, analysis of memo re parent/subsidiary custody and control of documents subject to party and third party discovery. | 0.20 |
| 05/31/12 | JMG | Telephone conference with J. Battle re [redacted] | 0.10 |
| | | **TOTAL HOURS** | **85.40** |

**TOTAL FEES** **$30,396.10**

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 7.30 | 4,270.50 |
| J.Matthew Goodin | Partner | 458.00 | 27.10 | 12,411.80 |
| K.A. Wisniewski | Associate | 295.00 | 8.80 | 2,596.00 |
| S. E. Maye | Associate | 276.00 | 2.20 | 607.20 |
| B. A. Raynor | Associate | 264.00 | 38.10 | 10,058.40 |
| Tiffany B. Till | Paralegal | 238.00 | 1.90 | 452.20 |
| **TIMEKEEPER TOTALS** | | | **85.40** | **$30,396.10** |

**TOTAL BALANCE DUE** **$30,396.10**

**PLEASE REMIT PAYMENT:**

Via US Mail:
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

Via Courier:
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

Via Wire:
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Legal Staff
Ally Financial Inc.
1100 Virginia Drive
Fort Washington, PA 19034

September 12, 2012
Invoice No.: 958675

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $381.00

File Number: 1000304.00221
RE: Hoffman, Schuyler v. GMAC Mortgage, 725983

**Your File Number:** 725983

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/17/12 | TJC | Emails re filing of notice of bankruptcy, status and strategy for case. | 0.20 |
| 05/17/12 | RJM | Draft notice of stay; correspondence with Natasha Campbell re [redacted] | 0.30 |
| 05/17/12 | RJM | Telephone call from plaintiff's counsel re impact of GMACM bankruptcy filing. | 0.20 |
| | | **TOTAL HOURS** | **0.70** |

**TOTAL FEES** **$381.00**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 0.50 | 264.00 |
| **TIMEKEEPER TOTALS** | | | **0.70** | **$381.00** |

**TOTAL BALANCE DUE** **$381.00**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.

Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Beth Northrop Day
Ally Financial Legal Staff
8400 Normandale Lake Blvd.
Bloomington, MN 55437

September 12, 2012
Invoice No.: 958676

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $1,665.30

File Number: 1000304.00227
RE: Junker, Ronald and Tracy v. GMAC Mortgage, LLC #726305

**Your File Number:** 726305

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | DFS | Attend hearing on motion to strike in Kane County. Draft email to Beth Northrop-Day regarding [REDACTED] | 5.00 |
| 05/15/12 | TJC | Review of order entered this morning and emails re same and status of case. | 0.20 |
| 05/31/12 | TJC | E-mail from Plaintiffs' counsel re additional documentation for loan modification; E-mails to and from Beth Northrop-Day re [REDACTED] | 0.30 |
| 05/31/12 | DFS | Draft email to opposing counsel regarding documentation requested for loan modification. | 0.20 |
| | | **TOTAL HOURS** | **5.70** |

**TOTAL FEES** **$1,665.30**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| D. F. Standa | Associate | 264.00 | 5.20 | 1,372.80 |
| **TIMEKEEPER TOTALS** | | | **5.70** | **$1,665.30** |

**TOTAL BALANCE DUE** **$1,665.30**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 12, 2012
Invoice No.: 958677

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $1,521.60

File Number: 1000304.00233
RE: Brown, James v. GMAC Mortgage, 727326

**Your File Number:** 727326

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/14/12 | JLS | Work on issues related how to proceed considering the automatic stay. | 0.20 |
| 05/16/12 | TJC | Emails re notice of bankruptcy. | 0.20 |
| 05/21/12 | TJC | Review of motion for extension of time and emails re same. | 0.10 |
| 05/21/12 | JLS | Work on motion for extension of time. | 0.20 |
| 05/21/12 | JRJ | Draft and circulate motion to extend time to file motion to dismiss; contact opposing counsel regarding agreement on same; circulate to client for review. | 0.60 |
| 05/22/12 | TJC | Emails re impact of automatic stay on this case. | 0.20 |
| 05/22/12 | JLS | E-mail Jance Hoy regarding [redacted] | 0.10 |
| 05/22/12 | JRJ | Obtain trustee's deed filed in county records; review timing issues regarding the temporary restraining order and foreclosure sale; review Texas Property Code and case law regarding effectiveness of temporary restraining order; circulate answer regarding foreclosure sale status. | 1.50 |
| 05/23/12 | TJC | Emails re research into whether we need to rescind the | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | foreclosure sale and impact of automatic stay on this case. | |
| 05/23/12 | JRJ | Contact opposing counsel regarding extension; revise and file motion for continuance. | 0.60 |
| 05/24/12 | TJC | Review or order received today administratively closing case. | 0.10 |
| 05/24/12 | JLS | Review Judge's order regarding severing and administratively closing case. | 0.10 |
| 05/25/12 | JLS | Work on case strategy. | 0.20 |
| 05/26/12 | JLS | Review and analyze order severing GMACM and administratively closing the lawsuit; e-mail Ms. Hoy regarding [redacted] | 0.20 |
| 05/29/12 | JLS | Work on case strategy. | 0.20 |
| | | **TOTAL HOURS** | **4.70** |

**TOTAL FEES** **$1,521.60**

**------------------------------ BILLING PROFESSIONALS ------------------------------**

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| J. L. Sanders | Partner | 374.00 | 1.20 | 448.80 |
| J. Rudinger, Jr. | Associate | 224.00 | 2.70 | 604.80 |
| **TIMEKEEPER TOTALS** | | | **4.70** | **$1,521.60** |

**TOTAL BALANCE DUE** **$1,521.60**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be



Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 12, 2012
Invoice No.: 958678

---

Total amount due for the legal services rendered and expenses incurred in connection with the referenced matter through May 31, 2012 — $978.10

File Number: 1000304.00237
RE: Sauceda, Teresa DeJesus v. GMAC Mortgage, 728175

**Claim Number:** 11506

**Your File Number:** 728175

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/16/12 | JLS | Consideration of Rule 11 Agreement. | 0.10 |
| 05/16/12 | JEC | Correspond with plaintiff's lawyer regarding extension of answer deadline in light of bankruptcy; draft Rule 11 Agreement on answer date. | 0.40 |
| 05/17/12 | TJC | Emails re status and strategy. | 0.20 |
| 05/17/12 | JLS | Work on Rule 11 agreement. | 0.10 |
| 05/18/12 | TJC | Emails re status and strategy, impact of bankruptcy filing on case. | 0.20 |
| 05/28/12 | JEC | Review Rule 11 Agreement filed by plaintiff and ensure proper calendaring and case scheduling. | 0.20 |
| 05/29/12 | JLS | Work on case strategy. | 0.20 |
| 05/29/12 | JEC | Correspond with plaintiff's counsel regarding extension of answer deadline and agreement on foreclosure given bankruptcy; conference with Jason Sanders regarding [redacted] correspond again with plaintiff's counsel regarding answer extension in light | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | of bankruptcy stay. | |
| 05/30/12 | JLS | Work on issues related to the automatic stay. | 0.20 |
| 05/30/12 | JEC | Correspond with plaintiff's lawyer regarding extension of answer deadline in fact that extension of answer deadline does not prejudice his ability to seek injunctive relief; draft Rule 11 Agreement on extension. | 0.40 |
| | | **TOTAL HOURS** | **2.60** |

**TOTAL FEES** **$957.60**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.40 | 234.00 |
| J. L. Sanders | Partner | 374.00 | 0.60 | 224.40 |
| J. E. Collins | Associate | 312.00 | 1.60 | 499.20 |
| **TIMEKEEPER TOTALS** | | | **2.60** | **$957.60** |

| EXPENSES | VALUE |
|---|---|
| 4/30/12 for Copies of Court File for Removal | 20.50 |
| **TOTAL EXPENSES** | **$20.50** |

| | |
|---|---|
| TOTAL FEES | $957.60 |
| TOTAL EXPENSES | $20.50 |
| TOTAL FEES AND EXPENSES | $978.10 |
| **TOTAL BALANCE DUE** | **$978.10** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter



Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 12, 2012
Invoice No.: 958679

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $1,143.40

File Number: 1000304.00242
RE: Talford v. GMAC Mortgage, LLC, 728481

**Your File Number:** 728481

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/17/12 | TJC | Emails re status and strategy and impact of bankruptcy on case. | 0.20 |
| 05/17/12 | PNR | Attention to documents received by Emails for processing in summation; download documents from Emails and send to O. Kham [REDACTED] prepare detailed email with instructions and coordinate with O. Kham [REDACTED] attention to client document log. | 1.20 |
| 05/21/12 | JLS | Email Jance Hoy regarding [REDACTED] | 0.10 |
| 05/31/12 | TJC | E-mails re communications with Plaintiffs' counsel and status of pending foreclosure sale and temporary injunction hearing; Consideration of [REDACTED] | 0.80 |
| 05/31/12 | JLS | Review docket to determine if proof of service has been file; e-mail Ms. Hoy regarding [REDACTED] e-mail co-defendant's counsel concerning [REDACTED] vm Plaintiff's counsel; e-mail regarding foreclosure; call and draft letter to opposing counsel. | 0.70 |
| | | **TOTAL HOURS** | **3.00** |

**TOTAL FEES** **$1,143.40**

## ----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.00 | 585.00 |
| J. L. Sanders | Partner | 374.00 | 0.80 | 299.20 |
| P. N. Richards | Paralegal | 216.00 | 1.20 | 259.20 |
| **TIMEKEEPER TOTALS** | | | **3.00** | **$1,143.40** |

**TOTAL BALANCE DUE** **$1,143.40**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN

September 12, 2012
Invoice No.: 958680

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $668.50

File Number: 1000304.00244
RE: Jahromi v. GMAC Mortgage, LLC, 728345

**Your File Number:** 728345

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/17/12 | TJC | Emails re filing of notice of bankruptcy, status and strategy for case. | 0.20 |
| 05/17/12 | JMG | Telephone conference with D. Booth re [redacted] | 0.20 |
| 05/17/12 | JMG | Analysis of status and bankruptcy stay issues. | 0.20 |
| 05/17/12 | RJM | Draft notice of stay; correspondence with Don Booth re [redacted] | 0.30 |
| 05/23/12 | TJC | Review of order received today administratively closing case due to bankruptcy. | 0.10 |
| 05/23/12 | RJM | Review order re BK stay; correspondence with Don Booth re [redacted] | 0.20 |
| 05/24/12 | JMG | Review order transferring matter to bankruptcy stay calendar and email re same. | 0.10 |
| | | **TOTAL HOURS** | **1.30** |

**TOTAL FEES** **$668.50**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.50 | 229.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 0.50 | 264.00 |
| **TIMEKEEPER TOTALS** | | | **1.30** | **$668.50** |

**TOTAL BALANCE DUE** **$668.50**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ally Financial
Attn: Mr. Don Booth
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

September 12, 2012
Invoice No.: 958681

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $2,814.10

File Number: 1000304.00246
RE: Hairston v. Residential Capital, LLC, et al.

**Claim Number:** 11506

**Your File Number:** 728660

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/22/12 | JMG | Review, analysis of complaint and analysis of removal issues. | 2.90 |
| 05/22/12 | RJM | Analysis of new complaint. | 1.10 |
| 05/23/12 | TJC | Emails re strategy for handling case. | 0.20 |
| 05/23/12 | TJC | Emails re impact of automatic stay on this case and how to handle need to file notice of bankruptcy but desire to remove the case from state court for other defendants. | 0.30 |
| 05/23/12 | RJM | Analysis of filing of notice of BK stay in state court vs. federal court based on probable removal by co-defendants. | 0.70 |
| 05/24/12 | JMG | Emails from/to D. Booth and litigation team re [redacted] | 0.30 |
| 05/24/12 | RJM | Correspondence with Don Booth re [redacted] | 0.20 |
| | | **TOTAL HOURS** | **5.70** |

**TOTAL FEES** **$2,814.10**

## ---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.Matthew Goodin | Partner | 458.00 | 3.20 | 1,465.60 |
| R. J. McClendon | Senior Counsel | 528.00 | 2.00 | 1,056.00 |
| **TIMEKEEPER TOTALS** | | | **5.70** | **$2,814.10** |
| **TOTAL BALANCE DUE** | | | | **$2,814.10** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034

September 12, 2012
Invoice No.: 958682

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $1,136.80

File Number: 1000304.00247
RE: Hernandez, Javier and Mariana v. GMAC Mortgage, LLC

**Claim Number:** 11506

**Your File Number:** 728939

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/24/12 | TJC | Email from Alex Angelo re [redacted] and review of answer and affirmative defenses of borrower and correspondence re same. | 0.50 |
| 05/25/12 | TJC | Review and analysis of complaint and consideration of various potential arguments for dismissal of affirmative defenses and counterclaims. | 0.50 |
| 05/25/12 | DFS | Review affirmative defenses and counterclaim. Research HUD regulations. | 1.00 |
| 05/25/12 | TBT | Coordinate transfer of file from foreclosure counsel. | 0.10 |
| 05/29/12 | DFS | Draft case assessment memo. Phone call with opposing counsel regarding an extension of time to respond to the counterclaim. | 1.00 |
| | | **TOTAL HOURS** | **3.10** |

**TOTAL FEES** **$1,136.80**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.00 | 585.00 |
| D. F. Standa | Associate | 264.00 | 2.00 | 528.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **3.10** | **$1,136.80** |

**TOTAL BALANCE DUE** **$1,136.80**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP, Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas, 712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jennifer Best
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 12, 2012
Invoice No.: 958683

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 $1,111.50

File Number: 1000304.00248
RE: Walker, Reuben and Karen v. GMAC Mortgage, #728755

**Claim Number:** 11506

**Your File Number:** 728755

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/24/12 | TJC | Email from Jennifer Best re [redacted] and review of complaint and correspondence re same. | 0.50 |
| 05/25/12 | TJC | Review and analysis of complaint and consideration of [redacted] email to Larry Henson and Dan Sandberg at Summit Mortgage regarding [redacted] review of title insurance policy; emails to/from Jennifer Best re [redacted] | 0.50 |
| 05/31/12 | TJC | E-mail from Dan Sandberg at Summit Mortgage re [redacted] Review and analysis of documents received from Summit; E-mail to Jennifer Best re [redacted] Review of motion to add party received today and e-mails re same. | 0.90 |
| | | **TOTAL HOURS** | **1.90** |

**TOTAL FEES** **$1,111.50**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.90 | 1,111.50 |
| **TIMEKEEPER TOTALS** | | | **1.90** | **$1,111.50** |
| **TOTAL BALANCE DUE** | | | | **$1,111.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Laren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 12, 2012
Invoice No.: 958684

---

Total amount due for the legal services rendered in connection with the referenced matter through May 31, 2012 — $320.70

File Number: 1000304.00249
RE: St. Clair County, IL Recording Fee Litigation

**Claim Number:** 11506

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/22/12 | PRP | Review new complaint filed in St. Clair County and draft e-mail to Lauren Delehey regarding [REDACTED] | 0.30 |
| 05/23/12 | TJC | Email from Beth Northrop Day re [REDACTED] | 0.10 |
| 05/24/12 | TJC | Emails re GMAC-RFC entity and handling the complaint against that entity. | 0.20 |
| | | **TOTAL HOURS** | **0.60** |

**TOTAL FEES** **$320.70**

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| P.Russell Perdew | Partner | 484.00 | 0.30 | 145.20 |

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **0.60** | **$320.70** |
| **TOTAL BALANCE DUE** | | | | **$320.70** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.