# EXHIBIT B

# Part 2



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959054

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

$5,412.97

> File Number:    1000304.00213
> RE:    FHLB Indianapolis v. Residential, #704371

**Your File Number:**    704371

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ███████████ | 0.50 |
| 06/05/12 | JMG | Emails from/to J. Battle re ████████████ | 0.20 |
| 06/06/12 | JMG | Revise draft letter in response to 5/19 evidence retention letter and various emails to/from J. Battle re ██████████ | 0.60 |
| 06/07/12 | JMG | Review filings re discovery issues and proposals in related RMBS cases. | 0.30 |
| 06/08/12 | JMG | Emails from/to P. Zellmann re ████████████ | 0.10 |
| 06/11/12 | TJC | Consideration of offer by plaintiffs' counsel to dismiss Rescap-related entities and whether we should consent or stipulate to dismissal and review of Indiana's version of Rule 41. | 0.40 |
| 06/11/12 | JMG | Telephone conferences with and emails from/to plaintiff's counsel re voluntary dismissal and consent to same. | 0.50 |
| 06/11/12 | JMG | Telephone conference with J. Battle. | 0.10 |
| 06/11/12 | JMG | Review applicable rule and various emails to/from same and to | 0.40 |

Ally Financial Inc.
File No.: 1000304.00213

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | W. Thompson and P. Zellmann re ███ | |
| 06/11/12 | SEM | Conduct legal research and analysis re: whether consent is needed for voluntary dismissal under Indiana law. | 0.50 |
| 06/12/12 | TJC | Review and analysis of motion for approval of RMBS Trust settlement agreements and documents offered in support of motion, including RMBS Trust settlement agreements; review of plaintiff's motion to dismiss debtor defendants and related documents and emails re same. | 0.60 |
| 06/12/12 | JMG | Review, analysis of motion to dismiss RFMSI and motion to allow balance of case to proceed and email to W. Thompson and P. Zellmann re ███ | 0.30 |
| 06/12/12 | JMG | Joint defense emails re ███████ | 0.10 |
| 06/12/12 | JMG | Review/analysis of motion for approval of RMBS settlement, settlement agreement and affidavits, and other related bankruptcy filings and follow-up w/ litigation team re: ██████ | 0.80 |
| 06/13/12 | TJC | Emails between and among joint defense counsel re ██████ | 0.30 |
| 06/15/12 | JMG | Draft, revise objections and responses to party and third party discovery. | 3.40 |
| 06/15/12 | JMG | Various emails to/from litigation team re ████ | 0.50 |
| 06/18/12 | JMG | Review motion to substitute counsel for Ally Securities and response to motion to proceed against non-debtor entities and e-mails from/to C. Bernard (Mayer Brown) and G. Gasper (Ice Miller) re: ███ | 0.50 |
| 06/19/12 | JMG | Emails to/from C. Bernard. | 0.10 |
| 06/21/12 | JMG | Emails from/to G. Gasper (Ice Miller) re ████████ | 0.30 |
| 06/22/12 | JMG | Telephone conference with J. Corcoran (Carpenter Lipps) re ██████ | 0.20 |
| 06/22/12 | JMG | Telephone conference with W. Thompson re ██████ | 0.30 |
| 06/22/12 | JMG | Emails from/to Ice Miller re ██████ | 0.20 |
| 06/22/12 | JMG | Joint defense correspondence re ████████ | 0.10 |
| 06/28/12 | JMG | Review order and email to W. Thompson and P. Zellmann re ██████ | 0.20 |

Ally Financial Inc.
File No.: 1000304.00213

Invoice Date: September 13, 2012
Invoice No.: 959054
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | **TOTAL HOURS** | **11.50** |
| | | **TOTAL FEES** | **$5,404.60** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| J.Matthew Goodin | Partner | 458.00 | 9.20 | 4,213.60 |
| S. E. Maye | Associate | 276.00 | 0.50 | 138.00 |
| **TIMEKEEPER TOTALS** | | | **11.50** | **$5,404.60** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 8.37 |
| | TOTAL EXPENSES | $8.37 |

| | |
|---|---|
| TOTAL FEES | $5,404.60 |
| TOTAL EXPENSES | $8.37 |
| TOTAL FEES AND EXPENSES | $5,412.97 |
| **TOTAL BALANCE DUE** | **$5,412.97** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call J.Matthew Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959055

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                    $2,831.50

File Number:   1000304.00219
RE:   FHLB Boston v. Residential, #713113

**Your File Number:**        713113

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ███████████████████ | 0.50 |
| 06/05/12 | JMG | Emails from/to J. Battle re ██████████████████████ | 0.20 |
| 06/06/12 | TJC | Review of ECF notices. | 0.10 |
| 06/06/12 | JMG | Revise draft letter in response to 5/29 evidence retention letter and various emails to/from J. Battle re ████████████ | 0.60 |
| 06/07/12 | TJC | Review of ECF notices received today. | 0.20 |
| 06/07/12 | JMG | Review filings re discovery issues and proposals in related RMBS cases. | 0.30 |
| 06/08/12 | JMG | Emails from/to P. Zellmann re █████████████████████ | 0.10 |
| 06/12/12 | TJC | Review and analysis of motion for approval of RMBS Trust settlement agreements and documents offered in support of motion, including RMBS Trust settlement agreements. | 0.40 |
| 06/12/12 | JMG | Review/analysis of motion for approval of RMBS settlement, settlement agreement and affidavits, and other related bankruptcy filings and follow-up w/ litigation team re: ███████ | 0.80 |

Ally Financial Inc.
File No.: 1000304.00219

Invoice Date: September 13, 2012
Invoice No.: 959055
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ████████ | |
| 06/14/12 | TJC | Emails re American Home Mortgage Plan Trustee's proposal to destroy documents currently in storage and consideration of ████████████ | 0.30 |
| 06/14/12 | JMG | Review email correspondence from Goldman's counsel re ████████████████ | 0.20 |
| 06/15/12 | TJC | Consideration of communication from co-defense counsel regarding ████████████████ | 0.20 |
| 06/22/12 | JMG | Joint defense correspondence re ██████████ | 0.10 |
| 06/22/12 | JMG | Telephone conference with W. Thompson re ████████ | 0.30 |
| 06/22/12 | JMG | Telephone conference with J. Corcoran (Carpenter Lipps) re ████████████ | 0.20 |
| 06/29/12 | JMG | Review ECF notices re docket activity -- notice of dismissal as to certain defendants and Amended Complaint, and summary review of same to determine status of ResCap and Ally entities and status of Locke Lord appearances and withdrawals. | 0.50 |
| 06/29/12 | JMG | Email to W. Thompson and P. Zellmann. | 0.20 |
| 06/30/12 | TJC | Review of amended complaint filed yesterday and analysis of ██████████ | 0.40 |
| | | **TOTAL HOURS** | **5.60** |

**TOTAL FEES**       **$2,831.50**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.10 | 1,228.50 |
| J.Matthew Goodin | Partner | 458.00 | 3.50 | 1,603.00 |
| **TIMEKEEPER TOTALS** | | | **5.60** | **$2,831.50** |

**TOTAL BALANCE DUE**       **$2,831.50**

**PLEASE REMIT PAYMENT:**



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959056

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

$6,253.40

File Number:   1000304.00220
RE:   FHLB Chicago v. Residential, #704078

**Your File Number:**        704078

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | E-mails between and among joint defense counsel regarding ████ Review pleadings re parties we represent and analysis of ████ | 0.40 |
| 06/01/12 | JMG | Review electronic filing notices and various supplemental briefs and evidentiary submissions re motions to dismiss. | 0.70 |
| 06/01/12 | JMG | Review draft response to notice of supplemental authority and revisions to same and various emails from/to joint defense group and M. Ware re ████ | 0.50 |
| 06/02/12 | TJC | Review of draft of defendants' joint response to plaintiffs' notice of supplemental authority and e-mails between and among joint defense counsel re same; Review of letter from co-defendant's counsel to Judge Pantle and e-mails re same; Review of plaintiffs' motion to offer supplemental authority. | 0.50 |
| 06/04/12 | TJC | Emails between and among joint defense counsel re ████ | 0.30 |
| 06/05/12 | TJC | E-mails between and among joint defense counsel re ████ Review of report on this | 0.40 |

· Ally Financial Inc.
File No.:  1000304.00220

Invoice Date: September 13, 2012
Invoice No.:  959056
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | afternoon's court appearance re motions to dismiss. | |
| 06/05/12 | JMG | Emails from/to J. Battle re ███████████████ | 0.20 |
| 06/05/12 | JMG | Review of pending motion papers and related filings in preparation for hearing. | 1.60 |
| 06/05/12 | JMG | Attend hearing on motions to dismiss. | 4.40 |
| 06/06/12 | JMG | Revise draft letter in response to 5/29 evidence retention letter and various emails to/from J. Battle re ███████████ | 0.60 |
| 06/06/12 | JMG | Email to W. Thompson and P. Zellmann ███████████ | 0.30 |
| 06/07/12 | TJC | Review of proposed status order prepared by plaintiffs' counsel and emails between and among joint defense counsel re ████ | 0.20 |
| 06/07/12 | JMG | Review filings re discovery issues and proposals in related RMBS cases. | 0.30 |
| 06/07/12 | JMG | Emails from/to joint defense group re ██████ | 0.20 |
| 06/08/12 | JMG | Emails from/to P. Zellmann re ████████████ | 0.10 |
| 06/12/12 | TJC | Review and analysis of motion for approval of RMBS Trust settlement agreements and documents offered in support of motion, including RMBS Trust settlement agreements. | 0.40 |
| 06/12/12 | JMG | Review/analysis of motion for approval of RMBS settlement, settlement agreement and affidavits, and other related bankruptcy filings and follow-up w/ litigation team re: impact on investor PLS cases. | 0.80 |
| 06/18/12 | JMG | Emails from/to C. Bernard (Mayer Brown) re ███████ | 0.20 |
| 06/19/12 | JMG | Emails to/from C. Bernard. | 0.10 |
| 06/20/12 | JMG | Emails from/to C. Bernard re ███████ | 0.20 |
| 06/22/12 | JMG | Telephone conference with J. Corcoran (Carpenter Lipps) re ████████ | 0.20 |
| 06/22/12 | JMG | Telephone conference with W. Thompson re ███████ | 0.30 |
| 06/22/12 | JMG | Joint defense correspondence re ████████ | 0.10 |
| | | **TOTAL HOURS** | **13.00** |

**TOTAL FEES**                                        **$6,233.40**

Ally Financial Inc.
File No.: 1000304.00220

Invoice Date: September 13, 2012
Invoice No.: 959056
Page: 4

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 2.20 | 1,287.00 |
| J.Matthew Goodin | Partner | 458.00 | 10.80 | 4,946.40 |
| **TIMEKEEPER TOTALS** | | | **13.00** | **$6,233.40** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Court Fees | 20.00 |
| | TOTAL EXPENSES | $20.00 |

| | |
|---|---|
| TOTAL FEES | $6,233.40 |
| TOTAL EXPENSES | $20.00 |
| TOTAL FEES AND EXPENSES | $6,253.40 |
| **TOTAL BALANCE DUE** | **$6,253.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call J.Matthew Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage Corporation
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959058

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012.                          $117.00

    File Number:   1000304.00174
          RE:   Nora v. GMAC Mortgage, #706615

**Your File Number:**      706615

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/02/12 | TJC | Emails from/to Natasha Campbell re ███████████ | 0.20 |
| | | **TOTAL HOURS** | **0.20** |
| | **TOTAL FEES** | | **$117.00** |

---------------------------  BILLING PROFESSIONALS  ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$117.00** |
| **TOTAL BALANCE DUE** | | | | **$117.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**                    **Via Courier:**                    **Via Wire:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord
LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959059

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012 <u>$150.10</u>

File Number:   1000304.00178
RE:   Smith, Tiffany v. Homecomings Financial, #711686

**Your File Number:**       711686

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/06/12 | TJC | Review of notice to continue final approval hearing filed today. | 0.10 |
| 06/06/12 | JMG | Emails from/to plaintiffs' counsel re notice to vacate final approval hearing and email to W. Thompson and D. Booth re ████ | 0.20 |
| | | **TOTAL HOURS** | **0.30** |
| | | **TOTAL FEES** | **$150.10** |

--------------------------- BILLING PROFESSIONALS ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.20 | 91.60 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$150.10** |
| **TOTAL BALANCE DUE** | | | | **$150.10** |



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959060

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $208.60

File Number:   1000304.00179
RE:   Gardner, Alan v. GMAC Mortgage, LLC, #703565

**Your File Number:**        703565

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/06/12 | TJC | Review of notice to continue final approval hearing filed today. | 0.10 |
| 06/06/12 | JMG | Emails from/to plaintiffs' counsel re notice to vacate final approval hearing and email to W. Thompson and D. Booth re ███ | 0.20 |
| 06/26/12 | TJC | Review of objection to proposed class settlement received today. | 0.10 |
| | | **TOTAL HOURS** | **0.40** |
| | | **TOTAL FEES** | **$208.60** |

----------------------------    BILLING PROFESSIONALS    ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J.Matthew Goodin | Partner | 458.00 | 0.20 | 91.60 |
| **TIMEKEEPER TOTALS** | | | **0.40** | **$208.60** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00179

Invoice Date: September 13, 2012
Invoice No.: 959060
Page: 3

## TOTAL BALANCE DUE                                          $208.60

### PLEASE REMIT PAYMENT:

| Via US Mail: | Via Courier: | Via Wire: |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



Locke
Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959063

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                          $2,755.80

    File Number:   1000304.00180
    RE:   Pogosian, Khachik v. GMAC Mortgage, #702349

**Your File Number:**   702349

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/05/12 | JMG | Emails from/to litigation team re ███████████ ████████ | 0.30 |
| 06/05/12 | DAS | Review bankruptcy docket for ResCap and bankruptcy orders; correspondence re: same; research re: same | 1.50 |
| 06/07/12 | DAS | Call w/ bankruptcy counsel; correspondence w/ client re: ████ ████████ | 0.40 |
| 06/11/12 | DAS | Correspondence with opposing counsel re: settlement. | 0.20 |
| 06/12/12 | DAS | Correspondence with opposing counsel re: settlement. | 0.20 |
| 06/14/12 | DAS | Call w/ R. McClendon re ██████████ | 0.20 |
| 06/15/12 | DAS | Correspondence with opposing counsel re status of settlement and bankruptcy. | 0.20 |
| 06/21/12 | DAS | Correspondence re settlement agreement. | 0.30 |
| 06/22/12 | DAS | Correspondence re settlement agreement. | 0.30 |
| 06/25/12 | DAS | Correspondence re: settlement agreement and bankruptcy approval of agreement. | 0.40 |
| 06/28/12 | DAS | Call with bankruptcy counsel re ██████████ ████████ | 1.00 |

Ally Financial Inc.
File No.: 1000304.00180

Invoice Date: September 13, 2012
Invoice No.: 959063
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/29/12 | DAS | Call with R. McClendon re strategy for settlement approval; call with opposing counsel re status; correspondence with ResCap bankruptcy counsel and call re ▮▮▮▮▮▮ | 1.00 |
| 06/29/12 | RJM | Analysis of order entered by Bankruptcy Court to determine if court approval is needed for settlement. | 0.50 |
| 06/29/12 | RJM | Telephone conference with Norm Rosenbaum (GMACM's bankruptcy counsel) re ▮▮▮▮▮▮ | 0.40 |
| | | **TOTAL HOURS** | **6.90** |
| | | **TOTAL FEES** | **$2,755.80** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.Matthew Goodin | Partner | 458.00 | 0.30 | 137.40 |
| D. A. Solitro | Associate | 376.00 | 5.70 | 2,143.20 |
| R. J. McClendon | Senior Counsel | 528.00 | 0.90 | 475.20 |
| **TIMEKEEPER TOTALS** | | | **6.90** | **$2,755.80** |
| **TOTAL BALANCE DUE** | | | | **$2,755.80** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959064

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012 $175.50

File Number:   1000304.00183
RE:   Aguilar, Maria v. GMAC Mortgage, #713953

**Your File Number:**   713953

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/20/12 | TJC | Telephone conference with counsel for Property Preservation Services regarding impact of automatic stay and transfer of entire case to bankruptcy calendar. | 0.30 |
| | | **TOTAL HOURS** | **0.30** |
| | **TOTAL FEES** | | **$175.50** |

-------------------------- **BILLING PROFESSIONALS** --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$175.50** |
| **TOTAL BALANCE DUE** | | | | **$175.50** |

**PLEASE REMIT PAYMENT:**

Atlanta • Austin • Chicago • Dallas • Hong Kong • Houston • London • Los Angeles • New Orleans • New York • Sacramento • San Francisco • Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959065

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    <u>$292.50</u>

File Number:   1000304.00184
RE:   Bates, Barrett (Indiana) v. GMAC Mortgage, LLC
#713892

**Your File Number:**       713892

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/26/12 | TJC | Review and analysis of opinion dismissing case based on public disclosure bar. | 0.50 |
| | | **TOTAL HOURS** | **0.50** |
| | **TOTAL FEES** | | **$292.50** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$292.50** |
| **TOTAL BALANCE DUE** | | | | **$292.50** |

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey                                          September 13, 2012
Ally Financial                                                   Invoice No.: 959066
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

---

Total amount due for the legal services rendered in connection with the                    $58.50
referenced matter through June 30, 2012

     File Number:   1000304.00194
             RE:   Geauga County OH (Joyce) v. GMAC Mortgage, #719763

**Your File Number:**          719763

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/07/12 | TJC | Review of ECF notices received today. | 0.10 |
| | | **TOTAL HOURS** | **0.10** |
| | **TOTAL FEES** | | **$58.50** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| **TIMEKEEPER TOTALS** | | | **0.10** | **$58.50** |
| **TOTAL BALANCE DUE** | | | | **$58.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959104

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $1,641.80

File Number:    1000304.00195
RE:    NCUA v. GMAC Mortgage (California), #718805

| | |
|---|---|
| **Loan Number:** | 718805 |
| **Your File Number:** | 718805 |
| **Case Number:** | LACV11-6521 |
| **Court:** | USDC, Cent Dist, CA |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ▇▇▇▇▇▇▇ | 0.50 |
| 06/07/12 | JMG | Review filings re discovery issues and proposals in related RMBS cases. | 0.30 |
| 06/07/12 | TBT | Retrieve docket reports for two related matters; E-mail same to litigation team. | 0.10 |
| 06/08/12 | JMG | Emails from/to P. Zellmann re ▇▇▇▇▇▇▇▇▇ | 0.10 |
| 06/12/12 | TJC | Review and analysis of motion for approval of RMBS Trust settlement agreements and documents offered in support of motion, including RMBS Trust settlement agreements. | 0.40 |
| 06/12/12 | JMG | Review/analysis of motion for approval of RMBS settlement, settlement agreement and affidavits, and other related | 0.80 |

Ally Financial Inc.
File No.: 1000304.00195

Invoice Date: September 13, 2012
Invoice No.: 959104
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | bankruptcy filings and follow-up w/ litigation team re: ███ | |
| 06/14/12 | TJC | Emails re American Home Mortgage Plan Trustee's proposal to destroy documents currently in storage and consideration of ███ | 0.30 |
| 06/14/12 | JMG | Review email correspondence from Goldman's counsel re ███ | 0.20 |
| 06/22/12 | JMG | Telephone conference with J. Corcoran (Carpenter Lipps) re ███ | 0.20 |
| 06/22/12 | JMG | Telephone conference with W. Thompson re ███ | 0.30 |
| 06/22/12 | JMG | Joint defense correspondence re ███ | 0.10 |
| | | **TOTAL HOURS** | **3.30** |

**TOTAL FEES**      **$1,641.80**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.20 | 702.00 |
| J.Matthew Goodin | Partner | 458.00 | 2.00 | 916.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **3.30** | **$1,641.80** |

**TOTAL BALANCE DUE**      **$1,641.80**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959105

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012

$1,559.50

| | |
|---|---|
| File Number: | 1000304.00196 |
| RE: | NCUA v. GMAC Mortgage (Kansas), #714943 |

| | |
|---|---|
| **Loan Number:** | 714943 |
| **Your File Number:** | 714943 |
| **Case Number:** | 11-CV-2340 RDR |
| **Court:** | USDC, Dist of Kansas |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and ████████████████████████████ | 0.50 |
| 06/04/12 | TJC | Review of order received today consolidating cases; review of ECF notices received today. | 0.20 |
| 06/04/12 | JMG | Review ECF notices re consolidation order. | 0.20 |
| 06/07/12 | JMG | Review filings re discovery issues and proposals in related RMBS cases. | 0.30 |
| 06/08/12 | JMG | Emails from/to P. Zellmann re ██████████ | 0.10 |
| 06/12/12 | TJC | Review and analysis of motion for approval of RMBS Trust settlement agreements and documents offered in support of motion, including RMBS Trust settlement agreements. | 0.40 |

Ally Financial Inc.
File No.: 1000304.00196

Invoice Date: September 13, 2012
Invoice No.: 959105
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/12/12 | JMG | Review/analysis of motion for approval of RMBS settlement, settlement agreement and affidavits, and other related bankruptcy filings and follow-up w/ litigation team re: ▮▮▮▮▮▮ | 0.80 |
| 06/22/12 | JMG | Joint defense correspondence re ▮▮▮▮▮▮ | 0.10 |
| 06/22/12 | JMG | Telephone conference with J. Corcoran (Carpenter Lipps) re ▮▮▮▮▮▮ | 0.20 |
| 06/22/12 | JMG | Telephone conference with W. Thompson re ▮▮▮▮▮▮ | 0.30 |
|  |  | **TOTAL HOURS** | **3.10** |
|  |  | **TOTAL FEES** | **$1,559.50** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J.Matthew Goodin | Partner | 458.00 | 2.00 | 916.00 |
| **TIMEKEEPER TOTALS** |  |  | **3.10** | **$1,559.50** |
| **TOTAL BALANCE DUE** |  |  |  | **$1,559.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959106

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $117.00

File Number:   1000304.00203
RE:   Bates, Barrett (DC) v. GMAC Mortgage, #720605

**Your File Number:**      720605

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/07/12 | TJC | Review of notice of appeal filed by plaintiff today. | 0.20 |
| | | **TOTAL HOURS** | **0.20** |
| | **TOTAL FEES** | | **$117.00** |

---------------------------   BILLING PROFESSIONALS   ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$117.00** |
| **TOTAL BALANCE DUE** | | | | **$117.00** |

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959107

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                    $58.50

File Number:   1000304.00209
RE:   Brown County OH (Little) v. GMAC Mortgage, 722864

**Your File Number:**      722864

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/07/12 | TJC | Review of ECF notices received today. | 0.10 |
| | | **TOTAL HOURS** | **0.10** |
| | **TOTAL FEES** | | **$58.50** |

------------------------- BILLING PROFESSIONALS -------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| **TIMEKEEPER TOTALS** | | | **0.10** | **$58.50** |

**TOTAL BALANCE DUE**                                    **$58.50**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959108

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $175.50

File Number:    1000304.00222
RE:    Plymouth County, Iowa (Raymond) v. GMAC, 725977

**Your File Number:**    725977

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/11/12 | TJC | Review of plaintiffs' response to defendants' motion to dismiss. | 0.30 |
| | | **TOTAL HOURS** | **0.30** |
| | **TOTAL FEES** | | **$175.50** |

----------------------------    BILLING PROFESSIONALS    ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$175.50** |

**TOTAL BALANCE DUE**                                                      **$175.50**

PLEASE REMIT PAYMENT:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959109

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                    $585.00

File Number:   1000304.00230
RE:   Massachusetts Recording Fee Litigation, 727116

**Your File Number:**      727116

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of ECF notices received today. | 0.10 |
| 06/06/12 | TJC | E-mails between and among joint defense counsel re ██████████ | 0.20 |
| 06/07/12 | TJC | Review of ECF notices received today. | 0.20 |
| 06/12/12 | TJC | Review of ECF notices received today. | 0.10 |
| 06/14/12 | TJC | Review of ECF notices received today. | 0.10 |
| 06/15/12 | TJC | Review of motion for leave to amend complaint and motion for remand; emails between and among joint defense counsel re ██████████ | 0.30 |
| | | **TOTAL HOURS** | **1.00** |

**TOTAL FEES**                              **$585.00**

------------------------------  BILLING PROFESSIONALS  ------------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00230

Invoice Date: September 13, 2012
Invoice No.:  959109
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.00 | 585.00 |
| **TIMEKEEPER TOTALS** | | | **1.00** | **$585.00** |
| **TOTAL BALANCE DUE** | | | | **$585.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959110

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $702.00

File Number:   1000304.00232
RE:   Dumas, Eugene v. GMAC Mortgage, 727332

**Your File Number:**        727332

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ███ ███ | 0.50 |
| 06/19/12 | TJC | E-mails from and to Natasha Campbell re ███ ███████████████████████ E-mails to and from Plaintiffs' counsel re direct communications with named plaintiff about loan modification request. | 0.40 |
| 06/25/12 | TJC | Emails from/to Beth Yanci re ██████████ | 0.20 |
| 06/25/12 | TJC | Email to Evan Zucker re additional information needed to complete processing of loan application. | 0.10 |
| | | **TOTAL HOURS** | **1.20** |
| | | **TOTAL FEES** | **$702.00** |

------------------------ **BILLING PROFESSIONALS** ------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00232

Invoice Date: September 13, 2012
Invoice No.: 959110
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.20 | 702.00 |
| **TIMEKEEPER TOTALS** | | | **1.20** | **$702.00** |
| **TOTAL BALANCE DUE** | | | | **$702.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959111

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $268.50

File Number:   1000304.00234
RE:   Louisiana Parishes Recording Fee Litigation, 727328

**Your File Number:**      727328

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/20/12 | CGS | Draft notice of bankruptcy. | 0.30 |
| 06/21/12 | MML | Review, revise, file, and serve Notice of Bankruptcy and Effect of Automatic Stay; internal communications regarding ▮▮▮ ▮▮▮▮▮▮▮ | 0.60 |
|  |  | **TOTAL HOURS** | **0.90** |
|  |  | **TOTAL FEES** | **$268.50** |

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| C. G. Shetty | Associate | 255.00 | 0.30 | 76.50 |
| M. M. Lafontaine | Partner | 320.00 | 0.60 | 192.00 |
| **TIMEKEEPER TOTALS** |  |  | **0.90** | **$268.50** |
| **TOTAL BALANCE DUE** |  |  |  | **$268.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ally Financial Inc.
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959112

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                    $677.60

File Number:   1000304.00236
RE:   Jackson County, MO, Recording Fee Litigation, 727570

**Claim Number:**      11506

**Your File Number:**      727570

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | PRP | Prepare notice of bankruptcy; exchange e-mails with MERS local counsel regarding ███████████ | 0.90 |
| 06/26/12 | PRP | Exchange e-mails with Lauren Delehey regarding ████████ ███████████ | 0.30 |
| 06/26/12 | PRP | Exchange e-mails with local counsel regarding ████████ ███████ | 0.20 |
| | | **TOTAL HOURS** | **1.40** |
| | **TOTAL FEES** | | **$677.60** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| P.Russell Perdew | Partner | 484.00 | 1.40 | 677.60 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00236

Invoice Date: September 13, 2012
Invoice No.:  959112
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **1.40** | **$677.60** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$677.60** |

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
All Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959113

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,    $673.50
2012

File Number:   1000304.00238
RE:   Green Planet Servicing, LLC v. GMAC Mortgage, 728450

**Claim Number:**        11506

**Your File Number:**    728450

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/11/12 | JMG | Review objection filed in bankruptcy proceeding. | 0.50 |
| 06/12/12 | TJC | Review and analysis of Green Planet Servicing's objection to certain of Debtors' first day motions and review of status of application of stay to Green Planet case and resolution of same. | 0.50 |
| | | **TOTAL HOURS** | **1.00** |
| | | **TOTAL FEES** | **$521.50** |

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.50 | 229.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00238

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| **TIMEKEEPER TOTALS** | | | **1.00** | **$521.50** |

| | EXPENSES | VALUE |
|---|---|---|
| | Acquire Certificates of LLC Membership for MHR Institutional Partners III LP, Planet Financial Group LLC, MHR Capital Partners LP, MHR Capital Partners (100) LP, and IP III Mortgages Carry LP | 152.00 |
| | **TOTAL EXPENSES** | **$152.00** |

| | |
|---|---|
| TOTAL FEES | $521.50 |
| TOTAL EXPENSES | $152.00 |
| TOTAL FEES AND EXPENSES | $673.50 |
| **TOTAL BALANCE DUE** | **$673.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 13, 2012
Invoice No.: 959114

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $3,100.50

File Number:   1000304.00250
RE:   Cary White / GMAC Mortgage, LLC

**Claim Number:**          11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of letters to/from borrower regarding rescission; telephone conference with Kathy Priore and Pete Giamporcaro re ▮ emails from and to Kathy Priore re ▮ | 0.80 |
| 06/03/12 | TJC | Preparation of letter to Cary White re rescission. | 0.80 |
| 06/04/12 | TJC | Preparation of letter to borrower re rescission; emails to/from Kathy Priore and Pete Giamporcaro re ▮ | 1.00 |
| 06/18/12 | TJC | Review of analysis of application of stay to this matter and proposed course of action. | 0.30 |
| 06/18/12 | TJC | Email from Cary White re rescission request. | 0.20 |
| 06/19/12 | TJC | Emails to/from Kathy Priore and Pete Giamporacaro re ▮ | 0.30 |
| 06/22/12 | TJC | Telephone conference with Pete Giamporcaro re ▮ | 0.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00250

Invoice Date: September 13, 2012
Invoice No.: 959114
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/22/12 | TJC | Emails from/to Cary White re his email from earlier this week. | 0.20 |
| 06/22/12 | TJC | Email to Peter Giamporcaro re ███████████ | 0.10 |
| 06/22/12 | TJC | Preparation of draft email to White. | 0.40 |
| 06/25/12 | TJC | Emails to/from Kathy Priore and Pete Giamporcaro re ████ ████████████████ | 0.30 |
| 06/25/12 | TJC | Emails to/from Cary White re making his June payment. | 0.20 |
| 06/26/12 | TJC | Telephone conference with Kathy Priore re ████ ███████████ | 0.20 |

**TOTAL HOURS**                                                        **5.30**

**TOTAL FEES**                                                 **$3,100.50**

----------------------------    **BILLING PROFESSIONALS**    ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 5.30 | 3,100.50 |
| **TIMEKEEPER TOTALS** | | | **5.30** | **$3,100.50** |

**TOTAL BALANCE DUE**                                          **$3,100.50**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959115

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    <u>$1,908.90</u>

        File Number:    1000304.00185
                RE:    Sigler, Eyal v. GMAC Mortgage, LLC, #689067

**Your File Number:**        689067

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| 06/07/12 | TJC | L120 | Consideration of issues pertaining to ▮▮▮▮ | 0.30 |
| 06/07/12 | DRS | L240 | Prepare motion for default; check court file. | 2.30 |
| 06/08/12 | TJC | L210 | Emails re filing motion for entry of default. | 0.20 |
| 06/08/12 | DRS | L240 | Review, revise and finalize motion for default; file same. | 0.40 |
| 06/11/12 | TJC | L120 | Email to Sheila Gregory re ▮▮▮▮ | 0.30 |
| 06/12/12 | TJC | L120 | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related | 0.60 |

Ally Financial Inc.
File No.: 1000304.00185

Invoice Date: September 13, 2012
Invoice No.: 959115
Page: 3

| DATE | ATTY | TASK | DESCRIPTION | HOURS |
|------|------|------|-------------|-------|
| | | | papers. | |
| 06/22/12 | TJC | L210 | Review and analysis of interim supplemental order entered on June 15 modifying the stay in certain proceedings to determine its application in this case. | 0.40 |
| | | | TOTAL HOURS | 4.50 |

**TOTAL FEES**      **$1,908.90**

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| D.R. Sargent | Associate | 317.00 | 2.70 | 855.90 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$1,908.90** |

**TOTAL BALANCE DUE**      **$1,908.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore                                    September 13, 2012
Ally Financial                                      Invoice No.: 959116
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,        $1,623.66
2012

File Number:   1000304.00187
RE:   Hall, Martin v. GMAC Mortgage, #715806

**Your File Number:**        715806

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/15/12 | TJC | Emails re monthly payments. | 0.20 |
| 06/15/12 | JCW | Review letter from Hall enclosing June payment, email same to GMACM, prepare letter to GMAC enclosing check. | 0.40 |
| 06/22/12 | TJC | Review and analysis of interim supplemental order entered on June 15 modifying the stay in certain proceedings to determine its application in this case. | 0.40 |
| 06/28/12 | TJC | Emails re status of loan modification agreement and case. | 0.40 |
| 06/28/12 | JCW | E-mails to and from GMAC Mortgage regarding ███████████ | 0.40 |
| 06/29/12 | TJC | Review draft letter to Hall and review and consideration of | 0.50 |

Ally Financial Inc.
File No.: 1000304.00187

Invoice Date: September 13, 2012
Invoice No.: 959116
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | current status and strategy. | |
| 06/29/12 | JCW | Prepare letter to Hall explaining that he can ignore default letter received on 6/18/12 and that he should be receiving a statement in July. | 0.50 |
| | | **TOTAL HOURS** | **3.40** |
| | **TOTAL FEES** | | **$1,612.00** |

--------------------------- BILLING PROFESSIONALS ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 2.10 | 1,228.50 |
| J.C. Webb | Associate | 295.00 | 1.30 | 383.50 |
| **TIMEKEEPER TOTALS** | | | **3.40** | **$1,612.00** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 11.66 |
| | TOTAL EXPENSES | $11.66 |

| | |
|---|---|
| TOTAL FEES | $1,612.00 |
| TOTAL EXPENSES | $11.66 |
| TOTAL FEES AND EXPENSES | $1,623.66 |
| **TOTAL BALANCE DUE** | **$1,623.66** |

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth deSilva
Ally Financial
2711 North Haskell Avenue
Dallas, TX 75204

September 13, 2012
Invoice No.: 959117

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                          $1,235.90

File Number:   1000304.00190
RE:   Douglass, Melinda v. GMAC Mortgage, LLC, #717528

**Your File Number:**        717528

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | TJC | Review of letters from HUD, complaint filed by borrower, and status of matter, consideration of ████████████ | 0.50 |
| 06/06/12 | KMC | Review memo re ████████████ | 0.10 |
| 06/13/12 | TJC | E-mails from HUD re interview of individuals who spoke with Douglass; E-mails from and to Liz DeSilva and Casedral Adams re ████████████ | 0.30 |
| 06/13/12 | KMC | Teleconference with Carolyn Greer and Christina Lewis from HUD re request for information and phone interviews. | 0.20 |
| 06/13/12 | KMC | Finalize lists re HAMP denials and approvals and draft letter producing same to HUD. | 0.20 |
| 06/13/12 | KMC | E-mails to Ms. DeSilva and Ms. Adams re ████████████ | 0.10 |
| 06/19/12 | TJC | Email to Liz DeSilva and Casedral Adams re ████████████ | 0.20 |
| 06/19/12 | KMC | Send information to Ms. Greer at HUD. | 0.10 |

Ally Financial Inc.
File No.: 1000304.00190

Invoice Date: September 13, 2012
Invoice No.: 959117
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/19/12 | KMC | Email to and from Ms. DeSilva re ███████ | 0.10 |
| 06/26/12 | TJC | E-mail from Casedral Adams re ███████ ███ | 0.10 |
| 06/27/12 | TJC | Emails re prep calls with Shadle and Decker. | 0.40 |
| | | **TOTAL HOURS** | **2.30** |
| | | **TOTAL FEES** | **$1,235.90** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|-----------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.50 | 877.50 |
| K. M. Castaneda | Senior Counsel | 448.00 | 0.80 | 358.40 |
| **TIMEKEEPER TOTALS** | | | **2.30** | **$1,235.90** |
| **TOTAL BALANCE DUE** | | | | **$1,235.90** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959119

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                           $662.30

     File Number:   1000304.00192
     RE:   Abucay v. GMAC Mortgage, LLC, #718914

**Your File Number:**         718914

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of pleadings and status of case to determine which entities we represent; Consideration of ███████ ████████ Review and analysis of █ ███████████████████████████████████ | 0.70 |
| 06/20/12 | JMG | Emails from/to D. Booth re ███████████ ████ | 0.30 |
| 06/20/12 | TBT | Retrieve docket reports for two related matters; E-mail same to litigation team. | 0.10 |
| 06/29/12 | JMG | Emails from/to joint defense group re ████████████ ████████████████ | 0.20 |
| | | **TOTAL HOURS** | **1.30** |
| | | **TOTAL FEES** | **$662.30** |

------------------------------ BILLING PROFESSIONALS ------------------------------

Ally Financial Inc.
File No.:  1000304.00192

Invoice Date: September 13, 2012
Invoice No.:  959119
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.70 | 409.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.50 | 229.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **1.30** | **$662.30** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$662.30** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

## Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
Ally Financial
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

September 13, 2012
Invoice No.: 959120

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                    <u>$2,693.20</u>

    File Number:    1000304.00202
           RE:    Dade, Linda v. GMAC Mortgage, #720603

**Your File Number:**        720603

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 |
| 06/01/12 | KMC | Telemessage to R. Martinez (TWC investigator). | 0.10 |
| 06/07/12 | KMC | E-mail to Ms. DeSilva and Ms. Moore re ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 06/13/12 | TJC | Emails from TWC re interview of individuals regarding HAMP modification applications. | 0.30 |
| 06/20/12 | TJC | E-mails re setting up interviews with Ally employees for the TWC; Telephone call and e-mail to Liz DeSilva. | 0.30 |
| 06/20/12 | KMC | Telemessage from Mr. Martinez (TWC investigator) re request for phone interview. | 0.10 |
| 06/20/12 | KMC | E-mail to Ms. DeSilva and Ms. Moore re ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.10 |
| 06/21/12 | TJC | Emails re setting up interview with Tracy Zobel next week to prepare for her interview by TWC. | 0.30 |
| 06/25/12 | TJC | E-mails re plans for tomorrow's call with TWC and TWC's solicitation of a settlement proposal. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00202

Invoice Date: September 13, 2012
Invoice No.: 959120
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/25/12 | KMC | Teleconference with Ms. Zobel ▮▮▮▮▮▮ | 0.40 |
| 06/25/12 | KMC | E-mail from R. Martinez (TWC investigator) re conciliation offer. | 0.10 |
| 06/25/12 | KMC | E-mail to and from Ms. DeSilva, Ms. Moore, and T. Cunningham re ▮▮▮▮▮ | 0.10 |
| 06/26/12 | TJC | Emails re today's call with TWC and the solicitation of a settlement proposal from TWC. | 0.20 |
| 06/26/12 | TJC | Follow up telephone call with Kirsten Castaneda re ▮▮▮▮▮ | 0.20 |
| 06/26/12 | KMC | Participate in witness interview of Tracy Zobel by TWC-CRD investigator Rodolfo Martinez. | 0.40 |
| 06/26/12 | KMC | Teleconference with Ms. DeSilva and Ms. Moore re ▮▮▮▮ | 0.30 |
| 06/26/12 | KMC | Begin drafting supplemental response to TWC. | 0.60 |
| 06/26/12 | KMC | Draft memorandum re telephone interview by TWC of Tracy Zobel. | 0.30 |
| 06/26/12 | KMC | Review prior responses and borrower documents re supplemental response. | 0.80 |
| | | **TOTAL HOURS** | **5.40** |
| | | **TOTAL FEES** | **$2,693.20** |

-------------------- **BILLING PROFESSIONALS** --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.00 | 1,170.00 |
| K. M. Castaneda | Senior Counsel | 448.00 | 3.40 | 1,523.20 |
| **TIMEKEEPER TOTALS** | | | **5.40** | **$2,693.20** |
| **TOTAL BALANCE DUE** | | | | **$2,693.20** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959121

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                            $11,952.10

      File Number:   1000304.00217
            RE:   Charles Schwab v. Residential, 701759

**Your File Number:**          701759

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ███████████████████ | 0.50 |
| 06/01/12 | BAR | Analyze and incorporate T. Cunningham's comments to memorandum re: ███████████████ | 0.50 |
| 06/04/12 | BAR | Edit memorandum of law on discovery obligations; confer with M. Goodin and K. Wisniewski re: ██████ | 2.80 |
| 06/05/12 | TJC | Review of responses to plaintiffs' document subpoenas served by Morgan Stanley respondents. | 0.30 |
| 06/06/12 | TJC | Email from plaintiff's counsel re courtcall notice of upcoming hearings; review of discovery objections and responses served by co-defendants. | 0.50 |
| 06/06/12 | JMG | Revise draft discovery responses. | 0.90 |
| 06/06/12 | JMG | Review various service emails re discovery responses and review of same. | 0.60 |
| 06/07/12 | TJC | Review of discovery issued yesterday by defendants and consideration of how to handle the issue created by inclusion of RALI and RAMP as signatories; Consideration of whether to attend next week's case management and discovery | 0.50 |

Ally Financial Inc.
File No.: 1000304.00217

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | conference and preparation of letter to Plaintiffs counsel re same. | |
| 06/07/12 | JMG | Review filings re discovery issues and proposals in related RMBS cases. | 0.30 |
| 06/07/12 | JMG | Emails to W. Thompson and P. Zellmann re ███████ ███████ | 0.20 |
| 06/07/12 | JMG | Emails from/to joint defense group re ███████ ███████ | 0.20 |
| 06/07/12 | JMG | Various emails from/to joint defense counsel re ███████ ████████████████ | 0.30 |
| 06/07/12 | JMG | Email to W. Thompson and P. Zellmann re ███████ ███████ | 0.10 |
| 06/07/12 | JMG | Revise draft responses to subpoena and discovery requests. | 2.30 |
| 06/07/12 | JMG | Revise memo re debtors' responsive discovery obligations and emails to/from litigation team re ████ | 0.90 |
| 06/07/12 | JMG | Review filings re discovery issues and proposals in related RMBS cases. | 0.30 |
| 06/07/12 | KAW | Draft RALI and RAMP's responses and objections to the Plaintiff's first set of document requests and interrogatories. | 3.20 |
| 06/08/12 | TJC | Emails re US Attorney's request for modification of proposed stipulation and consideration of same. | 0.20 |
| 06/08/12 | TJC | Review of objections and responses to plaintiffs' discovery requests; Review of research memorandum and various e-mails pertaining to impact of automatic stay on obligation to respond to subpoena. | 0.50 |
| 06/08/12 | JMG | Emails from/to P. Zellmann re ███████ ███████ | 0.10 |
| 06/08/12 | JMG | Telephone conference with P. Zellmann re ███████ ███████ | 0.30 |
| 06/08/12 | JMG | Email to W. Thompson and P. Zellmann re ███████ ████████████████ | 0.60 |
| 06/08/12 | JMG | Revise draft discovery responses. | 0.60 |
| 06/08/12 | JMG | Emails to/from P. Zellmann re ███████ ███████ | 0.10 |
| 06/08/12 | KAW | Draft RALI and RAMP's responses and objections to Plaintiff's first set of interrogatory requests. | 0.90 |

Ally Financial Inc.
File No.: 1000304.00217

Invoice Date: September 13, 2012
Invoice No.: 959121
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/09/12 | KAW | Continue drafting RALI and RAMP's responses and objections to Plaintiff's first set of document requests. | 1.80 |
| 06/11/12 | TJC | Emails re status and strategy for handling response; review of objections and responses by other parties to plaintiffs' discovery requests. | 0.50 |
| 06/11/12 | JMG | Emails re continuance of 6/13 case management conference. | 0.20 |
| 06/11/12 | JMG | Telephone conference with C. Bernard and follow up email to same. | 0.20 |
| 06/11/12 | JMG | Review various email re service of party and third party discovery responses and summary review of same. | 0.80 |
| 06/11/12 | JMG | Telephone conference with C. Bernard and follow up email re same. | 0.20 |
| 06/12/12 | TJC | Review and analysis of motion for approval of RMBS Trust settlement agreements and documents offered in support of motion, including RMBS Trust settlement agreements. | 0.40 |
| 06/12/12 | JMG | Review/analysis of motion for approval of RMBS settlement, settlement agreement and affidavits, and other related bankruptcy filings and follow-up w/ litigation team re: ▇▇▇▇▇ ▇▇▇▇▇▇▇▇ | 0.80 |
| 06/15/12 | TJC | Emails re issuance of subpoenas to CoreLogic. | 0.20 |
| 06/15/12 | KAW | Revise GMACM's responses and objections to third party subpoena. | 0.90 |
| 06/19/12 | JMG | Review draft subpoena and joint defense emails re same. | 0.50 |
| 06/21/12 | TJC | Preparation of objections and responses to discovery and emails re same. | 0.50 |
| 06/21/12 | JMG | Additional review, revision of objections to party and third party discovery. | 1.10 |
| 06/21/12 | JMG | Emails to/from W. Thompson re ▇▇▇▇▇▇▇▇▇▇▇ | 0.20 |
| 06/22/12 | TJC | Emails re objections to discovery requests. | 0.20 |
| 06/22/12 | JMG | Telephone conference with J. Corcoran (Carpenter Lipps) re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.20 |
| 06/22/12 | JMG | Telephone conference with W. Thompson re ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ | 0.30 |
| 06/22/12 | JMG | Joint defense correspondence re ▇▇▇▇▇▇▇▇▇▇ | 0.10 |
| 06/25/12 | TJC | Review of request for dismissal of Wells Fargo trust filed by plaintiffs today. | 0.10 |
| 06/25/12 | JMG | Review service copy of dismissal as to WFMBS 2007-08. | 0.10 |

Ally Financial Inc.
File No.: 1000304.00217

Invoice Date: September 13, 2012
Invoice No.: 959121
Page: 5

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/26/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ ▮▮▮▮ | 0.20 |
| 06/27/12 | TJC | Email from Judge Kramer's clerk re planned hearing tomorrow on demurrer will be continued. | 0.20 |
| 06/27/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ ▮▮▮ | 0.10 |
| 06/27/12 | JMG | Review emails re draft protective order. | 0.20 |
| 06/28/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ ▮▮▮▮ | 0.20 |
| 06/28/12 | JMG | Review various emails from/to joint defense group re ▮▮▮ ▮▮▮▮ | 0.30 |
| 06/28/12 | JMG | Review various emails re Corelogic subpoena and revisions to same. | 0.30 |
| | | **TOTAL HOURS** | **28.50** |
| | | **TOTAL FEES** | **$11,952.10** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 5.10 | 2,983.50 |
| J.Matthew Goodin | Partner | 458.00 | 13.30 | 6,091.40 |
| K.A. Wisniewski | Associate | 295.00 | 6.80 | 2,006.00 |
| B. A. Raynor | Associate | 264.00 | 3.30 | 871.20 |
| **TIMEKEEPER TOTALS** | | | **28.50** | **$11,952.10** |
| **TOTAL BALANCE DUE** | | | | **$11,952.10** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions