

**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Shiela Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959139

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $5,865.50

    File Number:   1000304.00188
            RE:   4836 W. Superior, Chicago, IL (Fort), #715591

**Your File Number:**     715591

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | JCW | Conference with bankruptcy associate regarding ███; conference with Tom Cunningham regarding ███ prepare for and attend hearing on Notices of Ordinance Violations before Administrative Law Judge; e-mail to GMAC Mortgage regarding ███ | 3.60 |
| 06/04/12 | TJC | Review of pleadings re parties we represent and impact of automatic stay on case. | 0.50 |
| 06/04/12 | JCW | Telephone call with S. Gregory regarding ███ | 0.20 |
| 06/07/12 | TJC | Preparation of answer, affirmative defenses and counterclaim; E-mails to and from Kathy Priore and Sheila Gregory re ███ | 0.70 |
| 06/07/12 | JCW | Revise Answer and Counterclaims. | 1.20 |
| 06/08/12 | JCW | Telephone call with GMAC Mortgage regarding ███ | 0.20 |

Ally Financial Inc.
File No.:  1000304.00188

Invoice Date: September 13, 2012
Invoice No.:  959139
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/11/12 | JCW | Revise Answer and Counterclaims; prepare exhibits to Counterclaims; e-mail to GMAC Mortgage ███████ | 1.30 |
| 06/12/12 | TJC | Review of emails re affiant and documents to support affidavit. | 0.20 |
| 06/12/12 | JCW | E-mails with GMAC Mortgage regarding ███████ | 0.20 |
| 06/15/12 | JCW | Prepare documents related to 6/21 administrative hearing and conference with C. Shetty re ████ | 0.50 |
| 06/20/12 | CGS | Prepare for administrative hearing regarding City of Chicago's ordinance violation citations on subject property. | 0.70 |
| 06/21/12 | TJC | Review of email summary of today's hearing on administrative violation notices and review of order. | 0.20 |
| 06/21/12 | CGS | Prepare for administrative hearing regarding City of Chicago's ordinance violation citations on subject property. | 2.60 |
| 06/22/12 | TJC | Email from Beth Northrop Day re ████████ | 0.10 |
| 06/25/12 | TJC | Email to Kathy Priore re ███████ | 0.30 |
| 06/25/12 | JCW | E-mail to S. Gregory regarding ███████ | 0.10 |
| 06/27/12 | TJC | Emails re call later this week to discuss upcoming trial and strategy. | 0.30 |
| 06/27/12 | JCW | E-mails with Tom Cunningham regarding ████ leave voicemail for S. Gregory regarding ████ | 0.20 |
| 06/28/12 | TJC | Emails from/to Julie Webb re ███████ | 0.40 |
| 06/28/12 | JCW | Telephone call with attorney for City in one of two administrative proceedings regarding possibility of consolidation. | 0.40 |
| 06/29/12 | TJC | Email to Kathy Priore re ███████ | 0.20 |
| 06/29/12 | TJC | Review of summary of today's call with Kathy Priore re ████ | 0.20 |
| 06/29/12 | TJC | Trial preparation. | 1.00 |
| 06/29/12 | JCW | E-mails with Tom Cunningham regarding ███████ | 0.40 |

Ally Financial Inc.
File No.: 1000304.00188

Invoice Date: September 13, 2012
Invoice No.: 959139
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | ██████ | | |
| 06/29/12 | JCW | Telephone conference with S. Gregory and K. Priore regarding ████████████████████████████ | 0.60 |
| | | **TOTAL HOURS** | **16.30** |
| | **TOTAL FEES** | | **$5,865.50** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 4.10 | 2,398.50 |
| J.C. Webb | Associate | 295.00 | 8.90 | 2,625.50 |
| C. G. Shetty | Associate | 255.00 | 3.30 | 841.50 |
| **TIMEKEEPER TOTALS** | | | **16.30** | **$5,865.50** |
| **TOTAL BALANCE DUE** | | | | **$5,865.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Road
Minneapolis, Minnesota 55423

September 13, 2012
Invoice No.: 959142

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

**$4,132.51**

File Number:   1000304.00198
RE:   Barnes, Tony and Wanda v. GMAC Mortgage LLC, #720493

**Your File Number:**   720493

**Case Number:**   11-cv-720-Gpm-PMF

**Court:**   USDC, Southern District, IL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ██████████████████ review of status and strategy for resolving this case. | 0.50 |
| 06/06/12 | JCW | E-mails with opposing counsel regarding release of lien; e-mails with GMAC Mortgage regarding ████ | 0.30 |
| 06/07/12 | TJC | Preparation of motion to dismiss USA and to remand case to state court. | 0.30 |
| 06/07/12 | JCW | Prepare Stipulation of Dismissal; research similar cases where USA was dismissed as a defendant and case was remanded to state Court; prepare Motion to Dismiss and Removal; prepare Memorandum in Support; prepare Proposed Order; e-mail to opposing counsel with stipulation; conference with Tom Cunningham regarding ████ | 4.00 |
| 06/07/12 | TJ | Research contact at Chicago Title Insurance Company in Bellview, forward e-mail to Jessica Ledbetter at Chicago Title Insurance Company in connection with a document search on | 0.20 |

Ally Financial Inc.
File No.: 1000304.00198

Invoice Date: September 13, 2012
Invoice No.: 959142
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | the property commonly known as 1020 Wisconsin Street, East Carondelet, IL 62240 | |
| 06/08/12 | JCW | E-mails and telephone calls with opposing counsel regarding consent to Stipulation for Dismissal; e-mails with Tom Cunningham regarding ███ | 0.50 |
| 06/11/12 | TJC | Email to Sheila Gregory re ███████████████████████████ | 0.30 |
| 06/11/12 | JCW | Telephone call with opposing counsel regarding revision to Stipulation; revise Stipulation for Dismissal of USA as a defendant; revise Motion for Remand; revise Memorandum; revise Proposed Order; file Stipulation for Dismissal and Motion for Remand; e-mail proposed orders to Judge per local rules. | 1.50 |
| 06/11/12 | TJ | Telephone call to the Customer Service Department at Chicago Title Insurance Company in Bellevue regarding a recorded release in connection with the property commonly known as 1020 Wisconsin Street, East Carondelet, IL, forward e-mail to Ian Crider at Chicago Title regarding document search, forward e-mail to Julie Webb regarding ███████ | 0.20 |
| 06/13/12 | TJC | Review of various emails from AUSA and HUD regarding payoff of HUD's lien and status of obtaining release. | 0.20 |
| 06/14/12 | TJC | Review of order remaining case to state court. | 0.10 |
| 06/15/12 | TJC | Review of letter from court re remand of case to state court; review of order remanding case and emails re same. | 0.40 |
| 06/15/12 | JCW | Email to GMAC re ███████████████ | 0.10 |
| 06/15/12 | JCW | Review order remaining case to state court. | 0.20 |
| 06/25/12 | JCW | E-mails with Tom Cunningham regarding ███████████ ███████████████████ e-mail to AUSA following up on status of release of lien. | 0.30 |
| 06/26/12 | TJC | Review of recent communications with AUSA re release of lien and communications between AUSA and HUD re release of lien. | 0.20 |
| 06/26/12 | TJC | Emails to/from Sheila Gregory re ███████████████████████████ | 0.20 |
| 06/27/12 | TJC | Emails re withdrawal from foreclosure and coordination of scheduling issues with foreclosure counsel. | 0.20 |
| 06/27/12 | JCW | E-mails with Tom Cunningham regarding Motion to Withdraw; prepare Motion to Withdraw as counsel. | 1.50 |

Ally Financial Inc.
File No.: 1000304.00198

Invoice Date: September 13, 2012
Invoice No.: 959142
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/28/12 | JCW | Revise Motion to Withdraw; prepare cover letter requesting entry of order without hearing. | 0.50 |
| | | **TOTAL HOURS** | **11.70** |
| | **TOTAL FEES** | | **$4,124.70** |

-------------------------- **BILLING PROFESSIONALS** --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.40 | 1,404.00 |
| J.C. Webb | Associate | 295.00 | 8.90 | 2,625.50 |
| T. Jurmu | Paralegal | 238.00 | 0.40 | 95.20 |
| **TIMEKEEPER TOTALS** | | | **11.70** | **$4,124.70** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | FedEx Shipments | 7.81 |
| | TOTAL EXPENSES | $7.81 |

| | |
|---|---|
| TOTAL FEES | $4,124.70 |
| TOTAL EXPENSES | $7.81 |
| TOTAL FEES AND EXPENSES | $4,132.51 |
| **TOTAL BALANCE DUE** | **$4,132.51** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 13, 2012
Invoice No.: 959146

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

$21,116.65

File Number:   1000304.00211
RE:   Kral, Kenneth v. GMAC Mortgage, 725078

**Your File Number:**    725078

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ███████████ | 0.50 |
| 06/11/12 | JMG | Various emails from/to D. Booth re ████████ | 0.20 |
| 06/11/12 | JMG | Review, revise draft reply in support of motion to abandon property. | 0.50 |
| 06/11/12 | RJM | Draft reply in support of motion to compel trustee to abandon claim in real property; research regarding debtor's standing to oppose motion. | 7.20 |
| 06/12/12 | JMG | Various emails from/to R. McClendon re ███████████████████ | 0.50 |
| 06/12/12 | SSD | Review and revise reply in support of motion to compel abandonment; multiple correspondence with R. McClendon re: ██████ | 1.70 |
| 06/12/12 | RJM | Revise reply in support of motion to compel trustee to abandon residence to conform to bankruptcy court practice; correspondence with Don Booth re ██████ | 0.90 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 13, 2012
Invoice No.: 959146
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/13/12 | JMG | Telephone conference with D. Booth re ███████ ███████████ | 0.20 |
| 06/13/12 | SSD | Correspondence with R. McClendon re: ███████ ███████████ | 0.20 |
| 06/18/12 | JMG | Review, analysis of order denying motion to compel abandonment of claim and sur-reply in opposition to GMACM's motion to abandon collateral and various emails re same. | 0.50 |
| 06/18/12 | JMG | Various emails to/from litigation team and D. Booth re ███████ ███████████ | 0.50 |
| 06/18/12 | SSD | Review tentative ruling; multiple correspondence and telephone calls with R. McClendon re: █████ | 0.70 |
| 06/18/12 | RJM | Correspondence with Don Booth re ███████████ ████████████████████████ | 0.60 |
| 06/18/12 | RJM | Analysis of court's tentative ruling on motion to compel abandonment, strategize re upcoming hearing. | 0.70 |
| 06/18/12 | RJM | Analysis of Kral's supplemental brief in opposition to motion to compel abandonment. | 0.50 |
| 06/19/12 | TJC | Review of tentative ruling on motion to compel trustee to abandon claim to plaintiff's property and proposed strategy for upcoming hearing and emails re same. | 0.50 |
| 06/19/12 | JMG | Various emails from/to D. Booth and litigation team re ███████ ██████████████ | 0.30 |
| 06/19/12 | SSD | Prepare for hearing, argument for hearing on motion to compel abandonment; telephone call with chambers re: docket number and tentative; legal research re: standing, automatic stay, grounds for abandoning property; multiple correspondence with R. McClendon re: ██████ | 5.10 |
| 06/20/12 | TJC | E-mails re this morning's hearing on motion to compel abandonment of property; Consideration of next steps. | 0.30 |
| 06/20/12 | SSD | Prepare for and attend hearing on motion to compel abandonment; telephone call with Chapter 7 Trustee re: notice of abandonment. | 3.60 |
| 06/20/12 | RJM | Attend telephonic hearing on motion to compel trustee to abandon interest in real property. | 0.40 |
| 06/20/12 | RJM | Correspondence with Don booth re ████████████ ██████████ | 0.30 |
| 06/21/12 | TJC | Analysis of whether we should appeal yesterday's denial of the motion to compel abandonment or seek modification of the stay | 1.70 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 13, 2012
Invoice No.: 959146
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | and e-mails re same. | |
| 06/21/12 | JMG | Review emails reporting on outcome of 6/20 hearing on motion to compel abandonment of property. | 0.20 |
| 06/21/12 | JMG | Various follow up emails re strategy and appeal options in response to same. | 0.40 |
| 06/21/12 | SSD | Legal research re: final order on abandonment and Bankruptcy Code; correspondence with R. McClendon re: ███████ multiple correspondence with T. Cunningham re: ████ | 2.00 |
| 06/21/12 | RJM | Analysis of ████████████ | 0.80 |
| 06/22/12 | TJC | Analysis of ████████████████████████ Review of ECF notice re yesterday's hearing on motion to compel abandonment of property and consideration of whether ███████████ | 1.30 |
| 06/22/12 | JMG | Various emails re strategy for ████████████ | 0.30 |
| 06/22/12 | SSD | Multiple correspondence with T. Cunningham and R. McClendon re: ████ draft notice of abandonment; review certificate of service for notice; telephone call with Chapter 7 Trustee re: update on hearing, notice of abandonment; telephone call with UST re: Chapter 7 Trustee; legal research re: whether minute entry constitutes final order. | 3.40 |
| 06/22/12 | RJM | Analysis of ████████████████ | 0.60 |
| 06/23/12 | TJC | Emails from panel trustee regarding refusal to abandon. | 0.20 |
| 06/23/12 | TJC | Emails re strategy in light of panel trustee's refusal to abandon. | 0.20 |
| 06/25/12 | TJC | Emails re appropriate strategy and consideration of same. | 0.80 |
| 06/25/12 | JMG | Review email from UST reneging on agreement to abandon property and follow up emails to/from litigation team re ████ | 0.20 |
| 06/25/12 | SSD | Conference call with T. Cunningham and R. McClendon re: ████ telephone call with UST in Santa Ana re: case; telephone call with R. McClendon re: ████████ | 1.20 |
| 06/25/12 | RJM | Analysis of trustee's response to request for abandonment, possible appeal. | 0.80 |
| 06/26/12 | TJC | Emails from/to Don Booth re ████████████ | 0.20 |
| 06/26/12 | TJC | Telephone conference with Don Booth re ████████ | 0.50 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 13, 2012
Invoice No.: 959146
Page: 5

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/26/12 | TJC | Follow up emails with Regina McClendon re ███████ | 0.20 |
| 06/26/12 | SSD | Telephone call with UST re: compelling abandonment; review mortgage debt forgiveness act; telephone call with Chapter 7 Trustee re: obligations in bankruptcy case. | 0.90 |
| 06/26/12 | RJM | Analysis of Bankruptcy Court Local Rules regarding requirement that requests for relief be asserted in separate motions. | 0.60 |
| 06/26/12 | RJM | Analysis of applicability of Mortgage Debt Forgiveness Act as ground for trustee's refusal to abandon claim. | 0.60 |
| 06/26/12 | RJM | Analysis of documentation needed for renewed motion for relief from stay based on court's prior orders. | 0.70 |
| 06/26/12 | RJM | Telephone conference with Don Booth re ███████ | 0.40 |
| 06/27/12 | SSD | Telephone call with Pite Duncan re: ███████ | 0.70 |
| | | **TOTAL HOURS** | **44.80** |

**TOTAL FEES** $20,867.20

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 6.40 | 3,744.00 |
| J.Matthew Goodin | Partner | 458.00 | 3.80 | 1,740.40 |
| S. S. Delrahim | Associate | 380.00 | 19.50 | 7,410.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 15.10 | 7,972.80 |
| **TIMEKEEPER TOTALS** | | | **44.80** | **$20,867.20** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| 06/01/12 | Obtain copies of related State Court file | 249.45 |
| | **TOTAL EXPENSES** | **$249.45** |

TOTAL FEES $20,867.20

TOTAL EXPENSES $249.45

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 13, 2012
Invoice No.: 959146
Page: 6

---

## TOTAL FEES AND EXPENSES                                    $21,116.65

## **TOTAL BALANCE DUE**                                       **$21,116.65**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959147

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                   $2,191.80

File Number:   1000304.00212
RE:   Vasquez, David v. GMAC Mortgage, LLC

**Your File Number:**        725258

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of pleadings to determine the entities we represent and analysis of ███████████████████████ review of letters from Morrison & Foerster re ███████ ████████████████████████████████████████ | 0.50 |
| 06/04/12 | TJC | Review of pleadings re parties we represent and ████████ ████████ E-mails to and from Norm Rosenbaum and Stacy Molison re ████████ ████████████ Review of draft order for entry on June 12 regarding modification of stay in cases challenging non-judicial foreclosures and consideration of ██████████████████████ | 0.70 |
| 06/05/12 | TJC | Email re yesterday's hearing on the motion for severance, status and strategy. | 0.20 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |

Ally Financial Inc.
File No.: 1000304.00212

Invoice Date: September 13, 2012
Invoice No.: 959147
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/12/12 | JLK | Evaluate ████████████████████ ████ | 0.30 |
| 06/12/12 | JLK | Call with clerk regarding scheduling conference hearing. | 0.30 |
| 06/20/12 | JLK | Attend Scheduling Hearing. | 0.40 |
| 06/20/12 | JLK | Evaluate ████████████████████ | 0.40 |
| 06/22/12 | TJC | Review and analysis of ███████████████████████████ | 0.40 |
| 06/29/12 | TJC | Review of proposed analysis of ██████████████████████████ | 0.30 |
| 06/29/12 | TJC | Review of discovery requests received from borrower. | 0.30 |
| | | **TOTAL HOURS** | **4.40** |
| | **TOTAL FEES** | | **$2,191.80** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 3.00 | 1,755.00 |
| J. L. Kinney | Associate | 312.00 | 1.40 | 436.80 |
| **TIMEKEEPER TOTALS** | | | **4.40** | **$2,191.80** |
| **TOTAL BALANCE DUE** | | | | **$2,191.80** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in
the course of providing legal services. Such information may be obtained from the client; may be



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959149

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012

$1,732.80

File Number:    1000304.00214
RE:    Jefferson, Bakari v. GMAC Mortgage, 725137

**Your File Number:**    725137

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/03/12 | JLS | Review and analyze current bankruptcy order's language regarding foreclosure litigation. | 0.10 |
| 06/04/12 | TJC | Review of pleadings re parties we represent and ██████ ███████████████████ | 0.50 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/13/12 | TJC | Review of status and strategy. | 0.30 |
| 06/13/12 | JLS | Review and analyze file and e-mail Ms. Stokes ██████ | 0.30 |
| 06/13/12 | JLK | Evaluate ████████████████████████ | 0.30 |
| 06/14/12 | JLS | Consideration and analysis of ████████████ | 0.20 |
| 06/18/12 | JLS | Work on strategy regarding ████████████ ██ | 0.20 |
| 06/22/12 | TJC | Review and analysis of ████████████████ | 0.40 |

Ally Financial Inc.
File No.: 1000304.00214

Invoice Date: September 13, 2012
Invoice No.: 959149
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/27/12 | JLK | Call to Michael Brinkley regarding joint status report. | 0.10 |
| 06/28/12 | JLS | Work on strategy regarding joint report. | 0.10 |
| 06/28/12 | JLK | Confer with Plaintiff's new counsel regarding joint status report. | 0.30 |
| 06/28/12 | JLK | Draft motion to extend deadline to file joint status report. | 0.40 |
| | | **TOTAL HOURS** | **3.80** |
| | | **TOTAL FEES** | **$1,732.80** |

----------------------------  **BILLING PROFESSIONALS**  ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| J. L. Sanders | Partner | 374.00 | 0.90 | 336.60 |
| J. L. Kinney | Associate | 312.00 | 1.10 | 343.20 |
| **TIMEKEEPER TOTALS** | | | **3.80** | **$1,732.80** |
| **TOTAL BALANCE DUE** | | | | **$1,732.80** |

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|--------------|--------------|-----------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959150

Total amount due for the legal services rendered in connection with the referenced matter through June 30, 2012          $1,794.70

File Number:   1000304.00215
RE:   Matisi, James v. GMAC Mortgage, 724934

**Your File Number:**          724934

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ███████ ██████ | 0.50 |
| 06/11/12 | JEC | Correspond with plaintiff's counsel regarding scheduling conference and joint status report compilation. | 0.20 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/13/12 | TJC | Review of status and strategy. | 0.30 |
| 06/14/12 | JEC | Hold 26(f) conference with plaintiff's counsel. | 0.40 |
| 06/18/12 | JLS | Work on strategy regarding ███████████████████ ██ | 0.20 |
| 06/22/12 | TJC | Review and analysis of ████████████████████████ ████████████████████████████████ | 0.40 |
| 06/28/12 | JEC | Draft Joint Status Report for court. | 0.60 |

Ally Financial Inc.
File No.: 1000304.00215

Invoice Date: September 13, 2012
Invoice No.: 959150
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/29/12 | TJC | Review of joint conference report. | 0.30 |
| 06/29/12 | TJC | Email to Page Stokes and Gia Albright re ███████ | 0.20 |
| | | **TOTAL HOURS** | **3.70** |
| | | **TOTAL FEES** | **$1,794.70** |

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.30 | 1,345.50 |
| J. L. Sanders | Partner | 374.00 | 0.20 | 74.80 |
| J. E. Collins | Associate | 312.00 | 1.20 | 374.40 |
| **TIMEKEEPER TOTALS** | | | **3.70** | **$1,794.70** |

**TOTAL BALANCE DUE**                                    **$1,794.70**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions
concerning payments on your account. (Please note that this statement covers only those services and expenses described above.
It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in
the course of providing legal services. Such information may be obtained from the client; may be
generated as a result of the services provided; or may be received from third parties involved in, or
affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal
information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know
that information to provide the applicable services. Locke Lord maintains physical, electronic and
procedural safeguards that comply with federal regulations to guard the nonpublic personal information
of clients and former clients.



# Locke Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959176

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                               $2,144.10

> File Number:    1000304.00218
> RE:    Michel, Elias v. GMAC Mortgage, 725152

**Your File Number:**        725152

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | JEC | Correspond with plaintiff's counsel regarding how he is going to proceed given court's order to provide status report related to bankruptcy. | 0.20 |
| 06/03/12 | JLS | Review and analyze ██████████ | 0.10 |
| 06/04/12 | TJC | Review of pleadings re parties we represent and ████ ██████████ | 0.50 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/12/12 | JEC | Correspond with client regarding ██████████ | 0.30 |
| 06/12/12 | JEC | Review motion to dismiss filed by plaintiff and conference with Jason Sanders on ████ | 0.20 |
| 06/13/12 | TJC | Review of Plaintiffs' request for voluntary dismissal based on belief that case is subject to the automatic stay, and | 1.80 |

Ally Financial Inc.
File No.: 1000304.00218

Invoice Date: September 13, 2012
Invoice No.: 959176
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | consideration of ███████████ ███████████████████████████ E-mails to and from Jennifer Scoliard re ████████████████ Telephone conference with Jennifer Scoliard re █████████ Follow up e-mails re borrowers' request that we consider him for a mod; Review of overall status and strategy and consideration of █████ ████████████ Review of judgment of dismissal without prejudice entered today. | |
| 06/18/12 | JLS | Work on strategy regarding ████████ █████ | 0.20 |
| 06/22/12 | TJC | Emails re loan modification status and strategy. | 0.20 |
| | | **TOTAL HOURS** | **4.10** |
| | | **TOTAL FEES** | **$2,144.10** |

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 3.10 | 1,813.50 |
| J. L. Sanders | Partner | 374.00 | 0.30 | 112.20 |
| J. E. Collins | Associate | 312.00 | 0.70 | 218.40 |
| **TIMEKEEPER TOTALS** | | | **4.10** | **$2,144.10** |

**TOTAL BALANCE DUE**                                        **$2,144.10**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Page Stokes
Ally Financial Legal Staff
2711 North Haskell Avenue
Suite 900
Dallas, TX 75204

September 13, 2012
Invoice No.: 959177

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                   $1,904.70

    File Number:   1000304.00225
              RE:   Clarke, Daniel v. GMAC Mortgage, LLC  #725976

**Your File Number:**        725976

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ▮ | 0.50 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/13/12 | TJC | Review of status and strategy. | 0.30 |
| 06/15/12 | BDF | Analyze status of ▮ | 0.50 |
| 06/15/12 | MHD | Review interim order modifying automatic stay ▮ | 0.50 |
| 06/18/12 | TJC | Review of analysis of ▮ | 0.30 |
| 06/18/12 | BDF | Analyze interim order modifying bankruptcy stay and ▮ | 0.50 |
| 06/18/12 | MHD | Revise analysis of ▮ | 0.50 |

Ally Financial Inc.
File No.: 1000304.00225

Invoice Date: September 13, 2012
Invoice No.: 959177
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/18/12 | MHD | Research bankruptcy law to determine ███████████████████ | 0.70 |
| 06/19/12 | TJC | Emails to/from Page Stokes re ████ | 0.20 |
| | | **TOTAL HOURS** | **4.60** |
| | **TOTAL FEES** | | **$1,904.70** |

---------------------------    **BILLING PROFESSIONALS**    ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.90 | 1,111.50 |
| B. D. Foster | Partner | 392.00 | 1.00 | 392.00 |
| M. H. Davis | Associate | 236.00 | 1.70 | 401.20 |
| **TIMEKEEPER TOTALS** | | | **4.60** | **$1,904.70** |
| **TOTAL BALANCE DUE** | | | | **$1,904.70** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Manella
Ally Financial Legal Staff
2711 North Haskell Avenue
Suite 900
Dallas, TX 75204

September 13, 2012
Invoice No.: 959178

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $1,097.80

File Number:    1000304.00226
RE:    Gonzalez, Delinda v. GMAC Mortgage, LLC #726169

**Your File Number:**        726169

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ▮▮▮▮ ▮▮▮▮ | 0.50 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/13/12 | TJC | Review of status and strategy. | 0.30 |
| 06/13/12 | JRJ | Email correspondence with client regarding ▮▮▮▮ ▮▮▮▮ | 0.10 |
| 06/20/12 | JRJ | Review correspondence from opposing counsel in eviction proceeding. | 0.10 |
| 06/22/12 | TJC | Review and analysis of interim supplemental order entered on June 15 modifying the stay in certain proceedings to determine its application in this case. | 0.40 |
| | | **TOTAL HOURS** | **2.00** |

Ally Financial Inc.
File No.:  1000304.00226

Invoice Date: September 13, 2012
Invoice No.:  959178
Page: 3

---

### TOTAL FEES                                                      $1,097.80

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| J. Rudinger, Jr. | Associate | 224.00 | 0.20 | 44.80 |
| **TIMEKEEPER TOTALS** | | | **2.00** | **$1,097.80** |

### TOTAL BALANCE DUE                                              $1,097.80

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Beth Northrop Day                                        September 13, 2012
Ally Financial Legal Staff                              Invoice No.: 959179
8400 Normandale Lake Blvd.
Bloomington, MN 55437

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,          $5,462.07
2012

    File Number:   1000304.00227
         RE:   Junker, Ronald and Tracy v. GMAC Mortgage, LLC #726305

**Your File Number:**    726305

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ▮▮▮▮▮ ▮▮▮▮▮▮ | 0.50 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/13/12 | TJC | Review of status and strategy. | 0.30 |
| 06/14/12 | TJC | Review, analysis of defendants' response in opposition to motion to strike affirmative defenses; email to Beth Northrop Day re ▮▮▮▮ preparation of reply in support of motion to strike affirmative defenses. | 0.80 |
| 06/14/12 | DFS | Review defendants' response to motion to strike. Draft response in support of motion. | 5.10 |
| 06/15/12 | TJC | Preparation of reply in support of motion to strike affirmative defenses. | 0.50 |
| 06/15/12 | DFS | Draft reply in support of motion to dismiss. | 3.90 |

Ally Financial Inc.
File No.: 1000304.00227

Invoice Date: September 13, 2012
Invoice No.: 959179
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/18/12 | TJC | Preparation of reply in support of motion to strike affirmative defenses. | 1.00 |
| 06/20/12 | TJC | Email from Beth Northrop Day re ███████████ | 0.10 |
| 06/21/12 | TJC | Preparation of reply in support of motion to strike affirmative defenses. | 0.50 |
| 06/21/12 | DFS | Revise and finalize reply in support of motion to dismiss. | 0.50 |
| 06/22/12 | TJC | Review and analysis of ███████████ | 0.40 |
| 06/22/12 | TJC | Email from Beth Northrop Day re ███████████ | 0.10 |
| 06/25/12 | TJC | E-mail from Beth Northrop-Day re ███████████ | 0.10 |
| 06/25/12 | DFS | Email opposing counsel regarding documentation requirements for loan modification. File reply in support of motion to strike. | 0.30 |
| | | **TOTAL HOURS** | **14.70** |
| | | **TOTAL FEES** | **$5,453.70** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 4.90 | 2,866.50 |
| D. F. Standa | Associate | 264.00 | 9.80 | 2,587.20 |
| **TIMEKEEPER TOTALS** | | | **14.70** | **$5,453.70** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Delivery Services/Messengers | 8.37 |
| | TOTAL EXPENSES | $8.37 |

| | |
|---|---|
| TOTAL FEES | $5,453.70 |
| TOTAL EXPENSES | $8.37 |

Ally Financial Inc.
File No.: 1000304.00227

Invoice Date: September 13, 2012
Invoice No.: 959179
Page: 4

---

TOTAL FEES AND EXPENSES                                         $5,462.07

**TOTAL BALANCE DUE**                                           **$5,462.07**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



## Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959180

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                          $1,002.30

File Number:   1000304.00229
RE:   Scott, Robert and Susan v. GMAC Mortgage, 726948

**Your File Number:**        726948

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ███████ | 0.50 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/22/12 | TJC | Review and analysis of ███████████ | 0.40 |
| 06/28/12 | JEC | Draft analysis of ███████████ | 0.40 |
|  |  | **TOTAL HOURS** | **1.90** |
|  |  | **TOTAL FEES** | **$1,002.30** |

------------------------- **BILLING PROFESSIONALS** -------------------------

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.: 1000304.00229

Invoice Date: September 13, 2012
Invoice No.: 959180
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.50 | 877.50 |
| J. E. Collins | Associate | 312.00 | 0.40 | 124.80 |
| **TIMEKEEPER TOTALS** | | | **1.90** | **$1,002.30** |

| **TOTAL BALANCE DUE** | **$1,002.30** |
|---|---|

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959182

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

$880.98

File Number:   1000304.00233
RE:   Brown, James v. GMAC Mortgage, 727326

**Your File Number:**      727326

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | Review of ECF notices received today. | 0.10 |
| 06/03/12 | JLS | Review and analyze ███████████ | 0.10 |
| 06/04/12 | TJC | Review of notice of voluntary dismissal of Pite Duncan; review of pleadings re parties we represent and consideration of ████████████ | 0.60 |
| 06/10/12 | JRJ | Draft and circulate response to Order Concerning Removal from court. | 0.80 |
| 06/11/12 | TJC | Review of dismissal order received today. | 0.10 |
| 06/11/12 | JRJ | Circulate response to court order. | 0.10 |
| 06/13/12 | JRJ | Review correspondence regarding the bankruptcy procedures with the automatic stay. | 0.10 |
| 06/14/12 | TJC | Emails to/from Jance Hoy re ███████████ | 0.20 |
| 06/14/12 | JRJ | Email correspondence with client regarding ██████████ | 0.10 |

Ally Financial Inc.
File No.:  1000304.00233

Invoice Date: September 13, 2012
Invoice No.:  959182
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | **TOTAL HOURS** | | **2.20** |
| | **TOTAL FEES** | | **$868.80** |

---------------------------  **BILLING PROFESSIONALS**  ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.00 | 585.00 |
| J. L. Sanders | Partner | 374.00 | 0.10 | 37.40 |
| J. Rudinger, Jr. | Associate | 224.00 | 1.10 | 246.40 |
| **TIMEKEEPER TOTALS** | | | **2.20** | **$868.80** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 06/21/12 | Acquire copies of pleadings from court file. | 12.18 |
| | TOTAL EXPENSES | $12.18 |

| | |
|---|---|
| TOTAL FEES | $868.80 |
| TOTAL EXPENSES | $12.18 |
| TOTAL FEES AND EXPENSES | $880.98 |
| **TOTAL BALANCE DUE** | **$880.98** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in
the course of providing legal services.  Such information may be obtained from the client; may be



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959187

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                              $1,391.40

      File Number:   1000304.00237
      RE:   Sauceda, Teresa DeJesus v. GMAC Mortgage, 728175

**Claim Number:**        11506

**Your File Number:**    728175

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | JEC | Correspond with plaintiff's counsel regarding Rule 11 on extension of answer date given bankruptcy. | 0.20 |
| 06/04/12 | TJC | Review of pleadings re parties we represent and ▇▇▇▇▇▇ | 0.50 |
| 06/04/12 | JLS | E-mail Ms. Stokes and Ms. Albright regarding ▇▇▇▇▇ | 0.30 |
| 06/05/12 | TJC | Review of borrower's notice of bankruptcy. | 0.10 |
| 06/05/12 | JEC | Review suggestion of bankruptcy filed by plaintiff; correspond with Tom Cunningham and Jason Sanders regarding ▇▇▇▇ | 0.20 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/12/12 | JEC | Correspond with client regarding ▇▇▇▇▇▇▇ | 0.30 |

Ally Financial Inc.
File No.: 1000304.00237

Invoice Date: September 13, 2012
Invoice No.: 959187
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ████████████████████ | |
| 06/12/12 | JEC | Review notices of nonsuit and order and conference with Jason Sanders on ████ | 0.20 |
| 06/13/12 | TJC | Review of notice of nonsuit and consideration of ████████ ████████████████████ | 0.30 |
| 06/18/12 | JEC | Review notice from court related to final judgment being entered and communicate with client on ████ | 0.20 |
| 06/19/12 | TJC | Review of final notice of judgment received yesterday. | 0.10 |
| | | **TOTAL HOURS** | **3.00** |
| | | **TOTAL FEES** | **$1,391.40** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.60 | 936.00 |
| J. L. Sanders | Partner | 374.00 | 0.30 | 112.20 |
| J. E. Collins | Associate | 312.00 | 1.10 | 343.20 |
| **TIMEKEEPER TOTALS** | | | **3.00** | **$1,391.40** |
| **TOTAL BALANCE DUE** | | | | **$1,391.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Beth Northrop Day
Ally Financial
8400 Normandale Lake Blvd., Suite 350
Bloomington, MN 55437

September 13, 2012
Invoice No.: 959188

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $292.50

File Number:   1000304.00240
RE:   Taylor, Vereen v. GMAC Mortgage, 728376

**Claim Number:**          11506

**Your File Number:**      728376

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ▮▮▮▮▮ | 0.50 |
| | | **TOTAL HOURS** | **0.50** |
| | **TOTAL FEES** | | **$292.50** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$292.50** |
| **TOTAL BALANCE DUE** | | | | **$292.50** |

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959189

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                    $1,394.40

File Number:   1000304.00242
RE:   Talford v. GMAC Mortgage, LLC, 728481

**Your File Number:**        728481

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ███████ ████████████ | 0.50 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/22/12 | TJC | Review and analysis of ██████████████████████████ | 0.40 |
| 06/27/12 | TJC | Review of analysis of ████████████████████ ████████████ | 0.20 |
| 06/27/12 | JLS | Review and analyze ████████████████████ ████████ and e-mail Ms. Hoy regarding ███████████ | 0.50 |
| 06/28/12 | TJC | Emails re status and strategy. | 0.30 |
| 06/28/12 | JLS | Work on removal strategy. | 0.10 |
| | | **TOTAL HOURS** | **2.60** |

Ally Financial Inc.
File No.: 1000304.00242

Invoice Date: September 13, 2012
Invoice No.: 959189
Page: 3

**TOTAL FEES**                                                            **$1,394.40**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.00 | 1,170.00 |
| J. L. Sanders | Partner | 374.00 | 0.60 | 224.40 |
| **TIMEKEEPER TOTALS** | | | **2.60** | **$1,394.40** |

**TOTAL BALANCE DUE**                                                     **$1,394.40**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN

September 13, 2012
Invoice No.: 959190

---

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    **$292.50**

      File Number:   1000304.00244
      RE:   Jahromi v. GMAC Mortgage, LLC, 728345

**Your File Number:**      728345

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ██████ ██████████████████ | 0.50 |
| | | **TOTAL HOURS** | **0.50** |
| | | **TOTAL FEES** | **$292.50** |

--------------------------- **BILLING PROFESSIONALS** ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| **TIMEKEEPER TOTALS** | | | **0.50** | **$292.50** |
| **TOTAL BALANCE DUE** | | | | **$292.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ally Financial
Attn: Mr. Don Booth
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

September 13, 2012
Invoice No.: 959197

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

$2,039.50

File Number:   1000304.00246
RE:   Hairston v. Residential Capital, LLC, et al.

Claim Number:        11506

Your File Number:        728660

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and ███ | 0.50 |
| 06/05/12 | JMG | Emails from/to D. Booth re ███ | 0.30 |
| 06/05/12 | SAC | Research and analysis re ███ | 1.70 |
| 06/05/12 | RJM | Correspondence with Don Booth re ███ | 0.20 |
| 06/06/12 | RJM | Correspondence with Don Booth re ███ | 0.20 |
| 06/07/12 | RJM | Correspondence with Don Booth re ███ | 0.20 |
| 06/08/12 | JMG | Emails re removal and notice of bankruptcy. | 0.20 |
| 06/08/12 | RJM | Correspondence with attorney Rebecca Saelao re ███ | 0.20 |

Ally Financial Inc.
File No.:  1000304.00246

Invoice Date: September 13, 2012
Invoice No.:  959197
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/10/12 | RJM | Draft notice of bankruptcy stay. | 0.50 |
| 06/12/12 | RJM | Correspondence  with  Don  Booth  re ▬▬▬▬▬▬▬ | 0.20 |
| 06/26/12 | TBT | Conduct search to determine whether the Plaintiff has filed for bankruptcy; E-mail findings to litigation team. | 0.30 |
| | | **TOTAL HOURS** | **4.50** |
| | | **TOTAL FEES** | **$2,013.90** |

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.50 | 229.00 |
| S. A. Chambers | Associate | 370.00 | 1.70 | 629.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 1.50 | 792.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.30 | 71.40 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$2,013.90** |

| EXPENSES | VALUE |
|----------|-------|
| Messenger Service - 06/13/12 to Royal Federal Bldg. USDC/USBC. | 25.60 |
| **TOTAL EXPENSES** | **$25.60** |

| | |
|---|---|
| TOTAL FEES | $2,013.90 |
| TOTAL EXPENSES | $25.60 |
| TOTAL FEES AND EXPENSES | $2,039.50 |
| **TOTAL BALANCE DUE** | **$2,039.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959208

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

$10,362.00

File Number:   1000304.00247
RE:   Hernandez, Javier and Mariana v. GMAC Mortgage, LLC

Claim Number:   11506

Your File Number:   728939

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/04/12 | TJC | Review of pleadings re parties we represent and consideration of ██████████████████ email from Alex Angelo re | 0.60 |
| 06/05/12 | TBT | Receive and upload file from foreclosure counsel; E-mail to litigation team regarding ████ | 0.40 |
| 06/05/12 | TBT | Upload loan file; E-mail to litigation team regarding ████ | 0.20 |
| 06/07/12 | DFS | Review fact package. Review foreclosure file. Research HUD requirements. | 4.20 |
| 06/08/12 | DFS | Review HUD regulations. Draft email to Alex regarding ████ ████ | 0.60 |
| 06/12/12 | TJC | Review of status of case given upcoming deadline to respond next week and formulation of plan; Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related | 1.70 |

Ally Financial Inc.
File No.: 1000304.00247

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | papers; Review of e-mail from Alex Angelo re ██████ ████████ E-mail to Alex re █ | |
| 06/12/12 | DFS | Research case law regarding HUD's interpretation of regulation. | 3.50 |
| 06/13/12 | TJC | Conference with David Standa re ████████ | 0.30 |
| 06/13/12 | DFS | Draft research memo regarding recent court rulings interpreting HUD's guidance and interpretation of its servicing requirements. | 3.90 |
| 06/15/12 | TJC | Emails re argument re "branch location." | 0.30 |
| 06/15/12 | DFS | Draft email to Alex Angelo ██████████  Draft email to Tom Cunningham regarding ████████ | 0.30 |
| 06/19/12 | DFS | Draft motion to dismiss. | 2.00 |
| 06/20/12 | DFS | Draft motion to dismiss. | 4.00 |
| 06/21/12 | TJC | Preparation of motion to dismiss and affidavit in support. | 0.50 |
| 06/21/12 | DFS | Revise motion to dismiss. Draft affidavit in support of motion to dismiss. | 2.00 |
| 06/22/12 | TJC | Review and analysis of interim supplemental order entered on June 15 modifying the stay in certain proceedings to determine its application in this case. | 0.40 |
| 06/22/12 | TJC | Preparation of motion to strike affirmative defenses and to dismiss counterclaim and affidavit in support. | 1.30 |
| 06/22/12 | TJC | Email to Alex Angelo re ████████ | 0.20 |
| 06/23/12 | TJC | Emails re affidavit in support of motion to strike affirmative defenses. | 0.20 |
| 06/25/12 | TJC | Email from Alex Angelo re ████████ | 0.10 |
| 06/25/12 | DFS | Email exhibits to affidavit to Alex Angelo. | 0.10 |
| 06/26/12 | TJC | Review of docket from Hernandez bankruptcy case and consideration and analysis of ████████ | 0.70 |
| 06/26/12 | DFS | Research Hernandez bankruptcy docket. Research applicability of defendants ability to assert defenses that were not raised in | 2.20 |

Ally Financial Inc.
File No.: 1000304.00247

Invoice Date: September 13, 2012
Invoice No.: 959208
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | spouses bankruptcy action. Prepare appearance. | |
| 06/26/12 | TBT | Conduct search to determine whether the Defendant has filed for bankruptcy; E-mail findings to litigation team. | 0.20 |
| 06/27/12 | TJC | Emails re motion to strike affirmative defenses. | 0.30 |
| 06/27/12 | DFS | Finalize motion to dismiss and prepare for filing. | 0.40 |
| 06/28/12 | TJC | Emails re motion to dismiss. | 0.20 |
| 06/28/12 | DFS | File motion to dismiss. | 0.20 |
| | | **TOTAL HOURS** | **31.00** |
| | | **TOTAL FEES** | **$10,346.00** |

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 6.80 | 3,978.00 |
| D. F. Standa | Associate | 264.00 | 23.40 | 6,177.60 |
| Tiffany B. Till | Paralegal | 238.00 | 0.80 | 190.40 |
| **TIMEKEEPER TOTALS** | | | **31.00** | **$10,346.00** |

| EXPENSES | VALUE |
|----------|-------|
| Clerk of the Circuit Court of Cook County - Copy Complaint | 16.00 |
| **TOTAL EXPENSES** | **$16.00** |

| | |
|---|---|
| TOTAL FEES | $10,346.00 |
| TOTAL EXPENSES | $16.00 |
| TOTAL FEES AND EXPENSES | $10,362.00 |
| **TOTAL BALANCE DUE** | **$10,362.00** |

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|--------------|--------------|-----------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jennifer Best
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 13, 2012
Invoice No.: 959209

Total amount due for the legal services rendered in connection with the
referenced matter through June 30, 2012                                    $4,079.00

    File Number:   1000304.00248
    RE:   Walker, Reuben and Karen v. GMAC Mortgage, #728755

**Claim Number:**        11506

**Your File Number:**        728755

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/01/12 | TJC | E-mails from and to Jennifer Best re ███████ █████ E-mails from and to Dan Sandberg at Summit Mortgage and Jessica Thomas at Stewart Title re claim submitted by Summit in relation to title policy and status of effort to investigate facts and confirm that coverage will be provided by title insurer. | 0.40 |
| 06/01/12 | CGS | Review title policy and FACT Pack documents (1.8); telephone call with opposing counsel regarding plaintiff's motion to add party. (.2). | 2.00 |
| 06/04/12 | TJC | Consideration of ████████ ██████████ E-mails from and to Jennifer Best re ████ | 0.30 |
| 06/04/12 | CGS | Telephone call with opposing counsel regarding motion to add parties (.3); review loan origination file (.4). | 0.70 |
| 06/04/12 | TBT | Upload origination file, payment history, servicing notes, and fact package; E-mail to litigation team regarding ████ | 0.20 |
| 06/05/12 | TJC | Review of order entered this morning; E-mail to Jennifer Best | 0.30 |

Ally Financial Inc.
File No.: 1000304.00248

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | re ██████████████████████ | |
| 06/05/12 | CGS | Prepare for and attend hearing on plaintiff's motion to add party; draft status update to client after the hearing. | 4.20 |
| 06/06/12 | TJC | E-mail from Jennifer Best re ████████████████████ | 0.10 |
| 06/12/12 | TJC | Review of various pleadings filed in bankruptcy case recently that address counterclaims and affirmative defenses in foreclosure cases, including NACBA's competing motion for relief from stay and the Debtors' omnibus reply to objections to entry of final orders for specific "first day" motions and related relief, and related papers. | 0.60 |
| 06/18/12 | CGS | Telephone call to opposing counsel regarding proposed amended complaint. | 0.10 |
| 06/19/12 | TJC | Review of proposed amended complaint naming GMACM a defendant and consideration of strategy for handling response. | 0.30 |
| 06/22/12 | TJC | Review and analysis of ████████████████████ | 0.40 |
| 06/25/12 | TJC | Email from Stewart Title re ownership of the Flinchum loan. | 0.10 |
| 06/25/12 | TJC | Email to Jennifer Best re ████████████████████ | 0.10 |
| 06/25/12 | CGS | Draft email to opposing counsel regarding first amended complaint naming GMACM. | 0.10 |
| 06/26/12 | TJC | Review of status of amended complaint. | 0.30 |
| 06/26/12 | TBT | Conduct search to determine whether the Defendants have filed for bankruptcy; E-mail findings to litigation team. | 0.30 |
| 06/28/12 | CGS | Draft email to opposing counsel regarding service of the first amended complaint on GMAC and the deadline for Summit to respond to the first amended complaint. | 0.40 |
| 06/29/12 | TJC | Review of amended complaint filed on Wednesday and received today. | 0.40 |
| 06/29/12 | TJC | Review of emails re contact from opposing counsel re whether we will agree to accept service and plan to notify Summit of its obligations to respond. | 0.10 |
| 06/29/12 | TJC | Email to Jennifer Best re ████████████████ | 0.10 |

Ally Financial Inc.
File No.: 1000304.00248

Invoice Date: September 13, 2012
Invoice No.: 959209
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | ███████████ | | |
| | **TOTAL HOURS** | | **11.50** |
| | **TOTAL FEES** | | **$4,079.00** |

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 3.50 | 2,047.50 |
| C. G. Shetty | Associate | 255.00 | 7.50 | 1,912.50 |
| Tiffany B. Till | Paralegal | 238.00 | 0.50 | 119.00 |
| **TIMEKEEPER TOTALS** | | | **11.50** | **$4,079.00** |
| **TOTAL BALANCE DUE** | | | | **$4,079.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                    September 13, 2012
Ally Financial                                        Invoice No.: 959210
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

---

Total amount due for the legal services rendered and expenses        $4,734.15
incurred in connection with the referenced matter through June 30,
2012

    File Number:   1000304.00251
        RE:   Rubino, Prosper v. GMAC Mortgage

   **Claim Number:**     11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/21/12 | TJC | Review and analysis of counterclaim; E-mails from and to Sheila Gregory re ▇▇▇ Review of order entered on June 1 granting extensions of deadlines to respond to counterclaim and motion for summary judgment; Review of draft motion to strike counterclaims. | 1.20 |
| 06/21/12 | SEM | Conference regarding facts and background of case. | 0.60 |
| 06/22/12 | TJC | Review of interim supplemental order granting relief from stay in certain foreclosure cases and consideration of ▇▇▇ | 0.20 |
| 06/22/12 | TJC | Email to Sheila Gregory with ▇▇▇ | 0.30 |
| 06/22/12 | TJC | Review of draft motion to strike counterclaims prepared by foreclosure counsel. | 0.90 |
| 06/22/12 | TJC | Emails re status and strategy. | 0.20 |
| 06/22/12 | SEM | Contact foreclosure counsel re: ▇▇▇ (.5); contact opposing counsel re: extension (.3). | 0.80 |

Ally Financial Inc.
File No.: 1000304.00251

Invoice Date: September 13, 2012
Invoice No.:  959210
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/23/12 | TJC | Emails from foreclosure counsel re ▮▮▮▮▮▮ | 0.20 |
| 06/25/12 | TJC | Emails re foreclosure files. | 0.10 |
| 06/25/12 | TJC | Emails from/to Sheila Gregory re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 |
| 06/25/12 | SEM | Conference call with borrower's counsel re: extension; draft appearance and motion to extend time; e-mail client re: ▮▮▮▮ | 1.70 |
| 06/25/12 | TBT | Receive, organize, and upload foreclosure file; E-mail to litigation team regarding ▮▮▮ | 1.80 |
| 06/26/12 | TJC | Emails from/to Kathy Priore re ▮▮▮▮▮▮▮▮ | 0.30 |
| 06/26/12 | TJC | Emails from Kay Turner re ▮▮▮▮▮ | 0.20 |
| 06/26/12 | TJC | Emails re first available date for a motion for extension of time and how to handle. | 0.20 |
| 06/26/12 | SEM | Phone conference with court clerk re: notice date; e-mail to Tom Cunningham re: ▮▮▮▮▮▮▮ draft e-mail to borrower's counsel re: loan modification; phone conference with borrower's counsel re: status of last loan modification; phone conference with client re: ▮▮▮ | 1.40 |
| 06/26/12 | TBT | Conduct search to determine whether the Defendant has filed for bankruptcy; E-mail findings to litigation team. | 0.20 |
| 06/26/12 | TBT | Retrieve and circulate to litigation team documents from Ally's Cisco Registered Envelope Service. | 0.20 |
| 06/27/12 | TBT | Retrieve and circulate to litigation team loan file documents from Ally's Cisco Registered Envelope Service. | 0.20 |
| 06/28/12 | TJC | Emails re borrower's decision to not seek a loan modification. | 0.20 |
| 06/28/12 | SEM | Phone conference with borrower's counsel re: loss mitigation and borrower's concerns. | 0.20 |
| 06/28/12 | SEM | Draft e-mail to client re: ▮▮▮▮▮▮▮ | 0.30 |
| 06/29/12 | TJC | Review of FACT package. | 0.50 |
| 06/29/12 | TBT | Retrieve and circulate to litigation team fact package from Ally's Cisco Registered Envelope Service. | 0.10 |
| | | **TOTAL HOURS** | **12.20** |

**TOTAL FEES**                                                    **$4,724.50**

Ally Financial Inc.
File No.: 1000304.00251

Invoice Date: September 13, 2012
Invoice No.: 959210
Page: 4

---

------------------------------   **BILLING PROFESSIONALS**   ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 4.70 | 2,749.50 |
| S. E. Maye | Associate | 276.00 | 5.00 | 1,380.00 |
| Tiffany B. Till | Paralegal | 238.00 | 2.50 | 595.00 |
| **TIMEKEEPER TOTALS** | | | **12.20** | **$4,724.50** |

| EXPENSES | VALUE |
|----------|-------|
| FedEx Shipments | 9.65 |
| **TOTAL EXPENSES** | **$9.65** |

| | |
|---|---|
| TOTAL FEES | $4,724.50 |
| TOTAL EXPENSES | $9.65 |
| TOTAL FEES AND EXPENSES | $4,734.15 |
| **TOTAL BALANCE DUE** | **$4,734.15** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 13, 2012
Invoice No.: 959211

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through June 30,
2012

$2,736.08

File Number:   1000304.00252
RE:   Regan, Kim v. GMAC Mortgage

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/19/12 | TJC | Review and analysis of complaint; emails from/to Sheila Gregory re ███████████ | 0.50 |
| 06/20/12 | TJC | E-mail to Sheila Gregory re ████████ E-mails to and from Sheila Gregory re ████ E-mails to and from Codilis re ████████ Consideration of approach to ████ | 0.60 |
| 06/20/12 | CGS | Review borrower's affirmative defenses for the purpose of drafting motion to strike affirmative defenses. | 0.90 |
| 06/22/12 | TJC | Review of FACT Pack received today. | 0.50 |
| 06/22/12 | TJC | Review and analysis of ████████████ | 0.40 |
| 06/22/12 | TBT | Retrieve and circulate to litigation team loan file documents from Ally's Cisco Registered Envelope Service. | 0.40 |
| 06/25/12 | TJC | Emails from Codilis re ████ and review and analysis of ████ | 0.40 |
| 06/25/12 | TBT | Receive, organize, and upload foreclosure file; E-mail to | 0.50 |

Ally Financial Inc.
File No.: 1000304.00252

Invoice Date: September 13, 2012
Invoice No.: 959211
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | litigation team regarding ▮▮▮ | |
| 06/26/12 | TBT | Conduct search to determine whether the Defendant has filed for bankruptcy; E-mail findings to litigation team. | 0.20 |
| 06/27/12 | TJC | Emails re status of extension of time and effort to see if borrower is interested in a loan modification and email to Sheila Gregory re ▮▮▮ | 0.40 |
| 06/27/12 | CGS | Telephone conference with defendant for the purposes of discussing settlement. | 0.40 |
| 06/27/12 | CGS | Analyze borrower's affirmative defenses for the purposes of drafting motion to strike. | 0.50 |
| 06/28/12 | CGS | Draft email to borrower memorializing agreement to extend time to respond to her affirmative defenses. | 0.20 |
| 06/29/12 | TJC | Review of FACT package. | 0.50 |
| 06/29/12 | TBT | Retrieve and circulate to litigation team fact package from Ally's Cisco Registered Envelope Service. | 0.10 |
| | | **TOTAL HOURS** | **6.50** |

**TOTAL FEES**      **$2,726.10**

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 3.30 | 1,930.50 |
| C. G. Shetty | Associate | 255.00 | 2.00 | 510.00 |
| Tiffany B. Till | Paralegal | 238.00 | 1.20 | 285.60 |
| **TIMEKEEPER TOTALS** | | | **6.50** | **$2,726.10** |

| EXPENSES | VALUE |
|----------|-------|
| FedEx Shipments | 9.98 |
| **TOTAL EXPENSES** | **$9.98** |

| | |
|---|---|
| TOTAL FEES | $2,726.10 |
| TOTAL EXPENSES | $9.98 |

Ally Financial Inc.
File No.:  1000304.00252

Invoice Date: September 13, 2012
Invoice No.:  959211
Page:  4

---

## TOTAL FEES AND EXPENSES $2,736.08

## **TOTAL BALANCE DUE** **$2,736.08**

**PLEASE REMIT PAYMENT:**

| <u>Via US Mail:</u> | <u>Via Courier:</u> | <u>Via Wire:</u> |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.