# EXHIBIT B

# Part 3



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959778

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                          <u>$4,489.90</u>

File Number:   1000304.00213
RE:   FHLB Indianapolis v. Residential, #704371

**Your File Number:**        704371

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/03/12 | TJC | Emails between and among joint defense counsel re ███████ | 0.20 |
| 07/03/12 | TJC | Emails between and among joint defense counsel re ████ ███████ | 0.20 |
| 07/03/12 | TJC | Review of order dismissing RFMSI without prejudice and denial of motion to dismiss. | 0.20 |
| 07/03/12 | JMG | Review email from clerk and various orders, including memorandum opinion and order denying defendants' motions to dismiss. | 0.80 |
| 07/03/12 | JMG | Various follow up emails. | 0.20 |
| 07/05/12 | TJC | Emails between and among joint defense counsel re ████ | 0.40 |
| 07/05/12 | JMG | Review joint defense emails re ████ ████ | 0.30 |
| 07/06/12 | TJC | Emails between and among joint defense counsel re ████ | 0.30 |
| 07/09/12 | TJC | Emails between and among joint defense counsel re | 0.30 |

Ally Financial Inc.
File No.: 1000304.00213

Invoice Date: September 17, 2012
Invoice No.: 959778
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | █████████████████████ | |
| 07/09/12 | JMG | Review various joint defense emails. | 0.20 |
| 07/10/12 | TJC | Emails between and among joint defense counsel re ████████████████████████████████ | 0.30 |
| 07/10/12 | JMG | Monitor and review joint defense emails. | 0.20 |
| 07/11/12 | TJC | E-mails between and among joint defense counsel re ████████████████ | 0.20 |
| 07/11/12 | JMG | Review, monitor joint defense emails. | 0.30 |
| 07/12/12 | TJC | Emails between and among joint defense counsel re ██████ | 0.30 |
| 07/12/12 | JMG | Review/monitor joint defense emails. | 0.20 |
| 07/13/12 | TJC | E-mails between and among joint defense counsel re ████████████████ | 0.30 |
| 07/13/12 | JMG | Review email from plaintiff's counsel re service of written discovery to defendants and summary review of same to determine applicability to debtors. | 0.30 |
| 07/13/12 | JMG | Review/monitor joint defense emails. | 0.10 |
| 07/16/12 | TJC | Emails between and among joint defense counsel re ████████ | 0.20 |
| 07/16/12 | JMG | Review, monitor joint defense emails. | 0.10 |
| 07/18/12 | TJC | E-mails between and among joint defense counsel re ████████████████ | 0.20 |
| 07/18/12 | JMG | Monitor/review joint defense emails re ████████ | 0.20 |
| 07/19/12 | TJC | Emails between and among joint defense counsel re ████████ | 0.10 |
| 07/20/12 | JMG | Review joint defense emails and emails from/to same and counsel for Ally re ████ | 0.20 |
| 07/24/12 | TJC | Emails between and among joint defense counsel re ████ | 0.10 |
| 07/25/12 | TJC | E-mails between and among joint defense counsel re ████████████████ | 0.30 |

Ally Financial Inc.
File No.:  1000304.00213

Invoice Date: September 17, 2012
Invoice No.:  959778
Page:  4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/25/12 | JMG | Monitor and review joint defense emails. | 0.20 |
| 07/26/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.30 |
| 07/27/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |
| 07/27/12 | JMG | Monitor and review joint defense email correspondence. | 0.30 |
| 07/31/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.50 |
| 07/31/12 | TJC | Email from judge's staff re order entered today setting schedule for responses to Amended Complaint. | 0.10 |
| 07/31/12 | JMG | Monitor and review relevant joint defense email communications. | 0.20 |
|  |  | **TOTAL HOURS** | **8.50** |

**TOTAL FEES**      **$4,489.90**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 4.70 | 2,749.50 |
| J.Matthew Goodin | Partner | 458.00 | 3.80 | 1,740.40 |
| **TIMEKEEPER TOTALS** | | | **8.50** | **$4,489.90** |

**TOTAL BALANCE DUE**      **$4,489.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call J.Matthew Goodin of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage Corporation
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959781

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012.                    $1,053.00

    File Number:    1000304.00174
           RE:    Nora v. GMAC Mortgage, #706615

**Your File Number:**    706615

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/10/12 | TJC | Emails from/to Natasha Campbell re ██████████ | 0.20 |
| 07/11/12 | TJC | Emails from Natasha Campbell re ███████████ | 0.30 |
| 07/11/12 | TJC | Review of bankruptcy docket re recent Nora filings. | 0.30 |
| 07/11/12 | TJC | Review of status of Nora-related matters and preparation of email to Natasha Campbell re ████ | 1.00 |
| | | **TOTAL HOURS** | **1.80** |
| | | **TOTAL FEES** | **$1,053.00** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00174

Invoice Date: September 17, 2012
Invoice No.: 959781
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| **TIMEKEEPER TOTALS** | | | **1.80** | **$1,053.00** |
| **TOTAL BALANCE DUE** | | | | **$1,053.00** |

#### PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959782

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $725.10

    File Number:   1000304.00178
    RE:   Smith, Tiffany v. Homecomings Financial, #711686

**Your File Number:**        711686

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/03/12 | JMG | Emails from/to D. Booth re ██████████████ | 0.10 |
| 07/05/12 | JMG | Telephone conference with W. Thompson, N. Rosenbaum (MoFo), L. Delehey, et al. re ████████ | 0.30 |
| 07/05/12 | JMG | Emails from/to W. Thompson analyzing ███████████████████████████ | 0.40 |
| 07/06/12 | TJC | Consideration of strategy for handling possible completion of settlement agreement. | 0.30 |
| 07/12/12 | JMG | Review email from plaintiffs' counsel re status. | 0.10 |
| 07/13/12 | JMG | Emails from/to plaintiff's counsel. | 0.10 |
| 07/16/12 | JMG | Telephone conference with plaintiff's counsel. | 0.20 |
| | | **TOTAL HOURS** | **1.50** |
| | **TOTAL FEES** | | **$725.10** |

----------------------------  **BILLING PROFESSIONALS**  ----------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00178

Invoice Date: September 17, 2012
Invoice No.:  959782
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J.Matthew Goodin | Partner | 458.00 | 1.20 | 549.60 |
| **TIMEKEEPER TOTALS** | | | **1.50** | **$725.10** |
| **TOTAL BALANCE DUE** | | | | **$725.10** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens                                                    September 17, 2012
Ally Financial                                                        Invoice No.: 959783
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                            $725.10

    File Number:   1000304.00179
    RE:   Gardner, Alan v. GMAC Mortgage, LLC, #703565

**Your File Number:**       703565

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/03/12 | JMG | Emails from/to D. Booth re █████████ ████ | 0.10 |
| 07/05/12 | JMG | Emails from/to W. Thompson analyzing ████ ████████████████████████ | 0.40 |
| 07/05/12 | JMG | Telephone conference with W. Thompson, N. Rosenbaum (MoFo), L. Delehey, et al. re ████ | 0.30 |
| 07/06/12 | TJC | Consideration of strategy for handling possible completion of settlement agreement. | 0.30 |
| 07/12/12 | JMG | Review email from plaintiffs' counsel re status. | 0.10 |
| 07/13/12 | JMG | Emails from/to plaintiff's counsel. | 0.10 |
| 07/16/12 | JMG | Telephone conference with plaintiff's counsel. | 0.20 |
| | | **TOTAL HOURS** | **1.50** |
| | **TOTAL FEES** | | **$725.10** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00179

Invoice Date: September 17, 2012
Invoice No.: 959783
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J.Matthew Goodin | Partner | 458.00 | 1.20 | 549.60 |
| **TIMEKEEPER TOTALS** | | | **1.50** | **$725.10** |

| **TOTAL BALANCE DUE** | **$725.10** |
|----|----|

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|------------------|------------------|---------------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell                                   September 17, 2012
Ally Financial                                         Invoice No.: 959784
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                              $117.00

File Number:   1000304.00184
RE:   Bates, Barrett (Indiana) v. GMAC Mortgage, LLC
#713892

**Your File Number:**        713892

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/25/12 | TJC | Emails re plaintiffs' notice of appeal. | 0.20 |
| | | **TOTAL HOURS** | **0.20** |
| | **TOTAL FEES** | | **$117.00** |

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$117.00** |

**TOTAL BALANCE DUE**                                           **$117.00**

PLEASE REMIT PAYMENT:

Via US Mail:                 Via Courier:                 Via Wire:

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959785

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $2,340.40

File Number:   1000304.00219
RE:   FHLB Boston v. Residential, #713113

**Your File Number:**        713113

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/01/12 | TJC | Emails re amended complaint. | 0.30 |
| 07/02/12 | TJC | E-mails from and to Bill Thompson re █████████ | 0.30 |
| 07/02/12 | JMG | Emails from/to B. Thompson and litigation team re █████ | 0.20 |
| 07/03/12 | TJC | Emails re proposed stipulation for schedule for response to amended complaint. | 0.20 |
| 07/03/12 | JMG | Review various joint defense emails re █████████ | 0.20 |
| 07/05/12 | JMG | Telephone conference with W. Thompson, N. Rosenbaum (MoFo), et al. re ████████ | 0.20 |
| 07/05/12 | JMG | Additional review of amended complaint. | 0.40 |
| 07/10/12 | TJC | Emails between and among joint defense counsel re ███████ | 0.30 |
| 07/10/12 | JMG | Monitor and review joint defense emails. | 0.20 |

Ally Financial Inc.
File No.:  1000304.00219

Invoice Date: September 17, 2012
Invoice No.:  959785
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/11/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.10 |
| 07/11/12 | JMG | Review, monitor joint defense emails. | 0.10 |
| 07/12/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |
| 07/12/12 | JMG | Review/monitor joint defense emails. | 0.20 |
| 07/13/12 | TJC | Review of ECF notices received today. | 0.20 |
| 07/13/12 | JMG | Various emails to/from joint defense counsel re ▮▮▮▮ | 0.30 |
| 07/13/12 | JMG | Review ECF notices re docket activity. | 0.20 |
| 07/16/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |
| 07/16/12 | JMG | Review, monitor joint defense emails. | 0.10 |
| 07/18/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |
| 07/18/12 | JMG | Monitor/review joint defense emails re ▮▮▮▮ | 0.20 |
| 07/26/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |

**TOTAL HOURS**    **4.50**

**TOTAL FEES**    **$2,340.40**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.20 | 1,287.00 |
| J.Matthew Goodin | Partner | 458.00 | 2.30 | 1,053.40 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$2,340.40** |

**TOTAL BALANCE DUE**    **$2,340.40**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959786

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                          $95.20

File Number:   1000304.00194
RE:   Geauga County OH (Joyce) v. GMAC Mortgage, #719763

**Your File Number:**        719763

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/17/12 | TBT | Compile materials needed in preparation for upcoming status hearing. | 0.40 |
| | | **TOTAL HOURS** | **0.40** |
| | **TOTAL FEES** | | **$95.20** |

---------------------------  BILLING PROFESSIONALS  ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| Tiffany B. Till | Paralegal | 238.00 | 0.40 | 95.20 |
| **TIMEKEEPER TOTALS** | | | **0.40** | **$95.20** |

**TOTAL BALANCE DUE**                                                                **$95.20**

PLEASE REMIT PAYMENT:

<u>Via US Mail:</u>                      <u>Via Courier:</u>                      <u>Via Wire:</u>

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord
### LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959787

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $58.50

File Number:    1000304.00195
RE:    NCUA v. GMAC Mortgage (California), #718805

| | |
|---|---|
| **Loan Number:** | 718805 |
| **Your File Number:** | 718805 |
| **Case Number:** | LACV11-6521 |
| **Court:** | USDC, Cent Dist, CA |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/31/12 | TJC | Review of ECF notice re additional notice of supplemental authority filed today. | 0.10 |
| | | **TOTAL HOURS** | **0.10** |
| | **TOTAL FEES** | | **$58.50** |

---------------------------    BILLING PROFESSIONALS    ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| **TIMEKEEPER TOTALS** | | | **0.10** | **$58.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00195

Invoice Date: September 17, 2012
Invoice No.: 959787
Page: 3

## TOTAL BALANCE DUE

$58.50

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959788

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                    **$1,368.60**

File Number:    1000304.00196
RE:    NCUA v. GMAC Mortgage (Kansas), #714943

| | |
|---|---|
| **Loan Number:** | 714943 |
| **Your File Number:** | 714943 |
| **Case Number:** | 11-CV-2340 RDR |
| **Court:** | USDC, Dist of Kansas |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/25/12 | TJC | Review of opinion on motion to dismiss. | 0.50 |
| 07/25/12 | JMG | Email to W. Thompson and P. Zellmann. | 0.20 |
| 07/25/12 | JMG | Review ECF notice re docket activity -- order granting in part and denying in part defendants' motion to dismiss and summary review of same. | 1.00 |
| 07/26/12 | TJC | Review of court's opinion generally denying motion to dismiss. | 0.50 |
| 07/30/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮▮ | 0.40 |
| | | **TOTAL HOURS** | **2.60** |
| | | **TOTAL FEES** | **$1,368.60** |

Ally Financial Inc.
File No.: 1000304.00196

Invoice Date: September 17, 2012
Invoice No.: 959788
Page: 3

------------------------------- **BILLING PROFESSIONALS** -------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.40 | 819.00 |
| J.Matthew Goodin | Partner | 458.00 | 1.20 | 549.60 |
| **TIMEKEEPER TOTALS** | | | **2.60** | **$1,368.60** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$1,368.60** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959789

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                          $117.00

File Number:   1000304.00197
RE:   Bates, Barrett (Hawaii) v. GMAC Mortgage LLC, #719244

**Your File Number:**      719244

**Case Number:**      10-1-0160-01 VLC

**Court:**      Circuit Ct, Hawaii

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/25/12 | TJC | Emails re plaintiffs' notice of appeal filed yesterday. | 0.20 |
| | | **TOTAL HOURS** | **0.20** |
| | **TOTAL FEES** | | **$117.00** |

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$117.00** |
| **TOTAL BALANCE DUE** | | | | **$117.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959790

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $5,852.20

    File Number:   1000304.00217
    RE:   Charles Schwab v. Residential, 701759

**Your File Number:**        701759

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | TJC | Emails between and among joint defense counsel re ██████ | 0.20 |
| 07/02/12 | JMG | Review emails re third party subpoena to CoreLogic. | 0.20 |
| 07/02/12 | JMG | Emails from/to litigation team re ████████ ██████ | 0.20 |
| 07/02/12 | KAW | Revise RALI and RAMP's discovery responses and objections. | 0.40 |
| 07/05/12 | TJC | Review of proposed letters taking the position that third party discovery is subject to the automatic stay and that further efforts to obtain discovery from debtors will be considered a willful violation of the stay and follow up emails re same. | 0.60 |
| 07/05/12 | TJC | Emails from/to Matt Goodin and Bill Thompson re ██████ | 0.20 |
| 07/05/12 | TJC | Review of proposed objections/responses to third party discovery requests. | 0.40 |
| 07/05/12 | JMG | Revise draft party and third party discovery responses and various emails to/from W. Thompson, N. Rosenbaum (MoFo), et al. re ████ | 1.50 |
| 07/05/12 | JMG | Telephone conference with W. Thompson, N. Rosenbaum (MoFo), et al. re ████ | 0.50 |

Ally Financial Inc.
File No.:  1000304.00217

Invoice Date: September 17, 2012
Invoice No.:  959790
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/05/12 | JMG | Draft correspondence objecting to party and third party discovery. | 1.20 |
| 07/06/12 | TJC | Evaluation of issues pertaining to application of automatic stay to third party discovery and strategy for responding to third party discovery requests. | 0.60 |
| 07/06/12 | TJC | Email from Norm Rosenbaum re ███████████ | 0.30 |
| 07/06/12 | JMG | Address comments from litigation team on ███████████ | 0.40 |
| 07/06/12 | JMG | Emails to/from W. Thompson and N. Rosenbaum (MoFo) re ██████ | 0.50 |
| 07/06/12 | JMG | Finalize and transmittal of same and emails to plaintiff's counsel, W. Thompson, et al. | 0.50 |
| 07/06/12 | JMG | Review joint defense emails re ████████ | 0.20 |
| 07/08/12 | TJC | Emails between and among joint defense counsel re ██████ | 0.20 |
| 07/10/12 | TJC | Emails between and among joint defense counsel re ██████ | 0.20 |
| 07/10/12 | JMG | Monitor and review emails re Schwab's responses to defendants' discovery. | 0.20 |
| 07/11/12 | TJC | Emails between and among joint defense counsel re ██████ | 0.10 |
| 07/11/12 | JMG | Review, monitor joint defense emails. | 0.20 |
| 07/12/12 | TJC | Emails between and among joint defense counsel re ███ | 0.20 |
| 07/12/12 | JMG | Review/monitor joint defense emails. | 0.20 |
| 07/16/12 | JMG | Emails from/to Schwab's counsel re responses to party discovery. | 0.40 |
| 07/17/12 | TJC | Emails between and among joint defense counsel re ██████ | 0.20 |
| 07/17/12 | JMG | Monitor and review joint defense emails. | 0.20 |
| 07/18/12 | JMG | Monitor/review joint defense emails re ████████ | 0.20 |
| 07/19/12 | TJC | Emails between and among joint defense counsel re ████ | 0.10 |
| 07/23/12 | TJC | Emails re upcoming case management conference and plan to | 0.20 |

Ally Financial Inc.
File No.: 1000304.00217

Invoice Date: September 17, 2012
Invoice No.: 959790
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | meet and confer in regard to case management. | |
| 07/23/12 | JMG | Monitor and review joint defense emails. | 0.10 |
| 07/24/12 | JMG | Monitor and review joint defense emails re ███████ | 0.10 |
| 07/25/12 | TJC | E-mails between and among joint defense counsel re ████████████ | 0.20 |
| 07/25/12 | JMG | Monitor and selectively review joint defense emails. | 0.10 |
| 07/26/12 | TJC | E-mails between and among joint defense counsel re ███████ ████████ E-mails between and among joint defense counsel re ██████ | 0.30 |
| 07/27/12 | TJC | Review of amended notice re upcoming case management conference and emails between and among joint defense counsel re same. | 0.10 |
| 07/27/12 | TJC | Emails between and among joint defense counsel re ███████ | 0.10 |
| 07/31/12 | TJC | Emails between and among joint defense counsel re ████████ | 0.20 |
| | | **TOTAL HOURS** | **11.70** |
| | | **TOTAL FEES** | **$5,852.20** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|-----------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 4.40 | 2,574.00 |
| J.Matthew Goodin | Partner | 458.00 | 6.90 | 3,160.20 |
| K.A. Wisniewski | Associate | 295.00 | 0.40 | 118.00 |
| **TIMEKEEPER TOTALS** | | | **11.70** | **$5,852.20** |

**TOTAL BALANCE DUE**                                        **$5,852.20**

**PLEASE REMIT PAYMENT:**

Via US Mail:
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

Via Courier:
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,

Via Wire:
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959791

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                              $175.50

> File Number:   1000304.00224
>          RE:   Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

**Your File Number:**      725793

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/26/12 | TJC | Email re filing of amended complaint and plaintiffs' requests that defendants waive service. | 0.10 |
| 07/30/12 | TJC | Emails re service of process. | 0.10 |
| 07/31/12 | TJC | Emails re attempted service on GMAC Bank, intention to file notice of bankruptcy and review of status and strategy. | 0.10 |
|  |  | **TOTAL HOURS** | **0.30** |
|  |  | **TOTAL FEES** | **$175.50** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** |  |  | **0.30** | **$175.50** |
| **TOTAL BALANCE DUE** |  |  |  | **$175.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell                                    September 17, 2012
Ally Financial Legal Staff                          Invoice No.: 959792
1100 Virginia Drive
Fort Washington, PA 19034

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                          **$1,427.80**

> File Number:   1000304.00232
> RE:   Dumas, Eugene v. GMAC Mortgage, 727332

**Your File Number:**        727332

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/05/12 | TJC | Email from plaintiff's counsel re completed loan modification package. | 0.10 |
| 07/06/12 | TJC | Emails to/from Beth Yanci re ███████████████ ███████ | 0.30 |
| 07/06/12 | TJC | Follow up email to Rick Wentz re confirmation that the borrower has no self-employment income. | 0.20 |
| 07/10/12 | TJC | Emails from/to Beth Yanci re ████████████ ███████████████████████████ | 0.20 |
| 07/10/12 | TJC | Emails to/from plaintiffs' counsel re self-employment income. | 0.20 |
| 07/13/12 | TJC | Emails from/to plaintiff's counsel re status of loan modification request. | 0.20 |
| 07/19/12 | TJC | Emails from/to Beth Yanci re ████████████ | 0.20 |
| 07/19/12 | TBT | Retrieve and circulate to litigation team HAMP documents from Ally's Cisco Registered Envelope Service. | 0.10 |
| 07/24/12 | TJC | Review of trial plan documents. | 0.10 |
| 07/24/12 | TJC | Emails to/from borrower's counsel re HAMP trial plan | 0.20 |

Ally Financial Inc.
File No.: 1000304.00232

Invoice Date: September 17, 2012
Invoice No.: 959792
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | documents. | |
| 07/24/12 | TJC | Emails from/to Natasha Campbell and Beth Yanci re ███████ | 0.30 |
| 07/25/12 | TJC | Emails from/to plaintiffs' counsel re contacting the Loss Mit department directly. | 0.20 |
| 07/25/12 | TJC | Emails re contact by counsel for Charest plaintiffs and how to handle response. | 0.20 |
| | | **TOTAL HOURS** | **2.50** |

**TOTAL FEES**                                                      **$1,427.80**

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.40 | 1,404.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.10 | 23.80 |
| **TIMEKEEPER TOTALS** | | | **2.50** | **$1,427.80** |

**TOTAL BALANCE DUE**                                              **$1,427.80**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ally Financial Inc.
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959793

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $96.80

File Number:   1000304.00236
RE:   Jackson County, MO, Recording Fee Litigation, 727570

**Claim Number:**      11506

**Your File Number:**      727570

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/11/12 | PRP | Exchange e-mails with local counsel regarding ████ ████ | 0.10 |
| 07/15/12 | PRP | Draft e-mail to Lauren Delehey regarding ████ ████ | 0.10 |
| | | **TOTAL HOURS** | **0.20** |
| | | **TOTAL FEES** | **$96.80** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| P.Russell Perdew | Partner | 484.00 | 0.20 | 96.80 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$96.80** |
| **TOTAL BALANCE DUE** | | | | **$96.80** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
All Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959794

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $346.00

File Number:    1000304.00238
RE:    Green Planet Servicing, LLC v. GMAC Mortgage, 728450

**Claim Number:**        11506

**Your File Number:**        728450

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/12/12 | JMG | Summary review, analysis of adversary complaint and motion to lift stay filed in bankruptcy proceeding and emails to L. Delehey re ▓ | 0.50 |
| 07/16/12 | TJC | Review of status of Green Planet's motion to modify stay. | 0.20 |
| | | **TOTAL HOURS** | **0.70** |
| | **TOTAL FEES** | | **$346.00** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J.Matthew Goodin | Partner | 458.00 | 0.50 | 229.00 |
| **TIMEKEEPER TOTALS** | | | **0.70** | **$346.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00238

Invoice Date: September 17, 2012
Invoice No.:  959794
Page: 3

---

## TOTAL BALANCE DUE                                    $346.00

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 17, 2012
Invoice No.: 959795

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $760.50

File Number:   1000304.00250
RE:   Cary White / GMAC Mortgage, LLC

**Claim Number:**        11506

**Your File Number:**    727050

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/01/12 | TJC | Email from Cary White re letter received re overdue payments. | 0.20 |
| 07/01/12 | TJC | Email to Kathy Priore and Peter Giamporcaro re ███████████████ | 0.20 |
| 07/02/12 | TJC | Emails from/to Kathy Priore re ███████████████ | 0.30 |
| 07/03/12 | TJC | Email to Cary White re status. | 0.20 |
| 07/03/12 | TJC | Emails from/to Kathy Priore re ███████████ | 0.20 |
| 07/10/12 | TJC | E-mails from and to Kathy Priore re ████████████ | 0.20 |
|  |  | **TOTAL HOURS** | **1.30** |
|  |  | **TOTAL FEES** | **$760.50** |

------------------------ **BILLING PROFESSIONALS** ------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00250

Invoice Date: September 17, 2012
Invoice No.: 959795
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.30 | 760.50 |
| **TIMEKEEPER TOTALS** | | | **1.30** | **$760.50** |
| **TOTAL BALANCE DUE** | | | | **$760.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959796

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                          $1,504.00

File Number:    1000304.00180
RE:    Pogosian, Khachik v. GMAC Mortgage, #702349

**Your File Number:**        702349

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | DAS | Draft memorandum in support of motion for approval of settlement by bankruptcy court; correspondence re: settlement papers and finalizing papers. | 1.70 |
| 07/03/12 | DAS | Draft memorandum in support of motion for approval of settlement by bankruptcy court; correspondence with opposing counsel. | 0.50 |
| 07/06/12 | DAS | Correspondence with bankruptcy counsel re ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 |
| 07/09/12 | DAS | Call with R. McClendon re: ▮▮▮▮▮ | 0.20 |
| 07/13/12 | DAS | Correspondence re status of settlement and motion for approval of settlement by bankruptcy court. | 0.20 |
| 07/30/12 | DAS | Call with opposing counsel; draft stipulation for continuance of case management conference; review status of motion for approval from bankruptcy court of settlement. | 0.90 |
| 07/31/12 | DAS | Call with opposing counsel; revise stipulation. | 0.30 |
| | | **TOTAL HOURS** | **4.00** |

**TOTAL FEES**                                        **$1,504.00**

Ally Financial Inc.
File No.: 1000304.00180

Invoice Date: September 17, 2012
Invoice No.: 959796
Page: 3

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| D. A. Solitro | Associate | 376.00 | 4.00 | 1,504.00 |
| **TIMEKEEPER TOTALS** | | | **4.00** | **$1,504.00** |
| **TOTAL BALANCE DUE** | | | | **$1,504.00** |

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord
#### LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959797

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $3,600.90

    File Number:    1000304.00185
           RE:    Sigler, Eyal v. GMAC Mortgage, LLC, #689067

**Your File Number:**        689067

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/11/12 | TJC | Emails re upcoming court appearance. | 0.10 |
| 07/11/12 | TJC | Conference with D. Sargent re ███████████ | 0.30 |
| 07/11/12 | DRS | Prepare for 07/18 hearing. | 0.40 |
| 07/16/12 | TJC | Emails re current status of case. | 0.20 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/18/12 | TJC | Review of order entered at today's hearing. | 0.10 |
| 07/18/12 | TJC | Review and analysis of defendants' answers and affirmative defenses. | 0.50 |
| 07/18/12 | TJC | Email to Sheila Gregory re ████████████████ | 0.30 |
| 07/18/12 | TJC | Review of report on this afternoon's hearing and conference with Doug Sargent re ████████ | 0.40 |
| 07/18/12 | DRS | Prepare for and attend hearing on motion for entry of default judgment. | 1.50 |

Ally Financial Inc.
File No.:  1000304.00185

Invoice Date: September 17, 2012
Invoice No.:  959797
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/20/12 | TJC | Email from Sheila Gregory re ███████████ ██████ | 0.10 |
| 07/20/12 | DRS | E-mails with client regarding ███████████ ████ | 0.10 |
| 07/20/12 | TBT | Prepare form Reply to Sigler Defendants' Affirmative Defenses. | 2.10 |
| 07/27/12 | TJC | Preparation of reply to Siglers' affirmative defenses. | 0.40 |
| 07/27/12 | DRS | Prepare reply to affirmative defenses. | 2.80 |
| | | **TOTAL HOURS** | **9.60** |

**TOTAL FEES**                                                    **$3,600.90**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.70 | 1,579.50 |
| D.R. Sargent | Associate | 317.00 | 4.80 | 1,521.60 |
| Tiffany B. Till | Paralegal | 238.00 | 2.10 | 499.80 |
| **TIMEKEEPER TOTALS** | | | **9.60** | **$3,600.90** |

**TOTAL BALANCE DUE**                                             **$3,600.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959798

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $2,651.00

File Number:    1000304.00187
RE:    Hall, Martin v. GMAC Mortgage, #715806

**Your File Number:**        715806

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | JCW | Send letter to Hall regarding default notice from June 18th. | 0.20 |
| 07/03/12 | TJC | Emails re status of loan mod agreement and plan to try to get all claims dismissed. | 0.20 |
| 07/03/12 | JCW | Conference with K. Priore and S. Gregory regarding ███████ | 0.20 |
| 07/05/12 | JCW | E-mail to Hall enclosing fully executed loan modification agreement and inquiring about dismissal of counterclaims. | 0.20 |
| 07/06/12 | TJC | Email from borrower re his intention to dismiss his counterclaim next week. | 0.10 |
| 07/06/12 | JCW | E-mails with Hall regarding dismissal of counterclaims at July 10 status hearing. | 0.20 |
| 07/06/12 | JCW | Prepare draft Agreed Order dismissing foreclosure action and Hall's Counterclaims. | 0.30 |
| 07/09/12 | TJC | Conference with Julie Webb re tomorrow morning's court appearance and having case dismissed. | 0.30 |
| 07/09/12 | JCW | Prepare for 7/10 status hearing. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00187

Invoice Date: September 17, 2012
Invoice No.: 959798
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/10/12 | TJC | Review of email summary of this morning's hearing and dismissal of case. | 0.20 |
| 07/10/12 | JCW | Prepare for and attend status hearing in Woodstock, Illinois to obtain dismissal of foreclosure action and all counterclaims. | 5.80 |
| 07/10/12 | JCW | E-mail to GMAC Mortgage enclosing order dismissing foreclosure action and all counterclaims. | 0.20 |
| 07/10/12 | JCW | E-mail to foreclosure counsel enclosing order dismissing foreclosure action and all counterclaims. | 0.10 |
| | | **TOTAL HOURS** | **8.20** |

**TOTAL FEES**                                                    **$2,651.00**

------------------------------   BILLING PROFESSIONALS   ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| J.C. Webb | Associate | 295.00 | 7.40 | 2,183.00 |
| **TIMEKEEPER TOTALS** | | | **8.20** | **$2,651.00** |

**TOTAL BALANCE DUE**                                           **$2,651.00**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Shiela Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959799

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through July 31,
2012

**$13,822.64**

File Number:  1000304.00188
RE:   4836 W. Superior, Chicago, IL (Fort), #715591

**Your File Number:**     715591

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/01/12 | TJC | Trial preparation and consideration of issues pertaining to admission of a deed created recently to evidence a transfer of property that occurred years ago. | 0.80 |
| 07/02/12 | TJC | Trial preparation and preparation for call with Natoma Bates and Florie tomorrow ████████████████████████████████████ | 2.50 |
| 07/02/12 | JCW | Prepare list of potential trial exhibits with basis for admission into evidence and strategy for meeting that burden. | 1.50 |
| 07/02/12 | JCW | Prepare trial exhibits. | 0.30 |
| 07/02/12 | JCW | Conference regarding preparation and strategy for July 16th trial. | 0.50 |
| 07/03/12 | TJC | Preparation of motion for summary judgment and emails re same. | 0.40 |
| 07/03/12 | TJC | Emails re engaging court reporter for trial on 7/16. | 0.10 |
| 07/03/12 | TJC | Preparation of affidavit to support motion for summary judgment based on this morning's call. | 0.50 |

Ally Financial Inc.
File No.: 1000304.00188

Invoice Date: September 17, 2012
Invoice No.: 959799
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/03/12 | TJC | Telephone conference with Kathy Priore, Sheila Gregory, Natoma Bates and Florie Robinson re ███████ ███████ | 0.50 |
| 07/03/12 | TJC | Email to Kathy Priore, Sheila Gregory, Natoma Bates and Florie Robinson re ███████ | 0.20 |
| 07/03/12 | TJC | Preparation for call with Natoma Bates this morning including arranging to have exhibits marked and sent to Bates for use during call. | 0.90 |
| 07/03/12 | TJC | Trial preparation, including development of direct examination of Natoma Bates. | 1.50 |
| 07/03/12 | TJC | Review of Fannie Servicing Guide re specific provisions related to conveyance of REO. | 0.50 |
| 07/03/12 | JCW | Prepare draft Motion for Summary Judgment. | 4.20 |
| 07/03/12 | JCW | Prepare draft Affidavit of Natoma Bates. | 1.80 |
| 07/03/12 | JCW | Telephone call with S. Gregory regarding ███████ ███████ | 0.20 |
| 07/03/12 | JCW | Telephone conference with Tom Cunningham, K. Priore, S. Gregory, Natoma Bates and F. Robinson regarding ███████ ███████ | 0.80 |
| 07/03/12 | JCW | Prepare trial exhibits. | 0.70 |
| 07/05/12 | TJC | Trial preparation including preparation of witness examination outlines and arguments. | 0.80 |
| 07/05/12 | TJC | Preparation of motion for summary judgment. | 0.90 |
| 07/05/12 | TJC | Conference with Julie Webb re proposed revisions to Bates affidavit and plan for approaching City Corporation Counsel about a trial continuance. | 0.30 |
| 07/05/12 | TJC | Preparation of emergency motion to continue trial. | 0.30 |
| 07/05/12 | JCW | Conference with S. Gregory regarding ███████ ███████ | 0.50 |
| 07/05/12 | JCW | Revise Emergency Motion to Continue Trial. | 0.80 |
| 07/05/12 | JCW | Revise Motion for Summary Judgment per Tom Cunningham edits and revisions to Affidavit. | 1.30 |
| 07/05/12 | JCW | Prepare Notices of Motion for Motion for Summary Judgment and Emergency Motion to Continue Trial. | 1.40 |
| 07/06/12 | JCW | Revise Motion for Summary Judgment and related Affidavit. | 0.40 |
| 07/06/12 | JCW | Revise Emergency Motion to Continue Trial. | 0.30 |

Ally Financial Inc.
File No.:  1000304.00188

Invoice Date: September 17, 2012
Invoice No.:  959799
Page:  4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/06/12 | JCW | Conference with docket clerk regarding need to obtain immediate hearing date on Emergency Motion to Continue Trial. | 0.30 |
| 07/06/12 | JCW | E-mail to GMAC Mortgage regarding hearing dates for Motion for Summary Judgment and Emergency Motion to Continue Trial. | 0.20 |
| 07/06/12 | JCW | Prepare service copies to be delivered via messenger. | 0.40 |
| 07/09/12 | TJC | Conference with Julie Webb re ███████████████████ | 0.30 |
| 07/09/12 | JCW | Attend hearing on emergency motion to continue trial. | 2.50 |
| 07/09/12 | JCW | E-mail to GMAC Mortgage regarding ██████████████████████████████████ | 0.20 |
| 07/30/12 | TJC | Emails re communications with City corporation counsel re upcoming hearings on notices of administrative violations. | 0.10 |
| 07/30/12 | TJC | Review of status report from this morning's hearing. | 0.10 |
| 07/30/12 | TJC | Review of amended complaint. | 0.10 |
| 07/30/12 | TJC | Emails re amended complaint and plan for response. | 0.20 |
| 07/30/12 | SEM | Conference with Julie Webb re: ███████████ | 0.30 |
| 07/30/12 | SEM | Review City's motion for leave to amend complaint and prepare for hearing. | 0.60 |
| 07/30/12 | JCW | Telephone call with opposing counsel regarding City's intention to file Emergency Motion to Amend Complaint. | 0.10 |
| 07/30/12 | JCW | E-mail to litigation team regarding ████████████████ | 0.10 |
| 07/30/12 | JCW | Conference with Sherina Maye regarding ███████████ | 0.10 |
| 07/30/12 | JCW | E-mail to Sherina Maye regarding █████████████ | 0.20 |
| 07/30/12 | JCW | Analyze proposed Amended Complaint. | 0.30 |
| 07/30/12 | JCW | E-mail to litigation team regarding ███████████ | 0.20 |
| 07/30/12 | JCW | Telephone conference with City attorney for one administrative proceeding regarding continuance from August 16th to October 18th. | 0.30 |
| 07/30/12 | JCW | Review proposed Agreed Order circulated by City attorney. | 0.20 |

Ally Financial Inc.
File No.:  1000304.00188

Invoice Date: September 17, 2012
Invoice No.:  959799
Page: 5

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/30/12 | JCW | Telephone conference with City attorney in second administrative proceeding regarding continuance from August 3rd to October 5th. | 0.20 |
| 07/30/12 | JCW | E-mail to Tom Cunningham regarding ███████████ ███████████ | 0.20 |
| 07/30/12 | JCW | Analyze City's Emergency Motion to Amend Complaint. | 0.20 |
| 07/31/12 | TJC | Emails re this morning's court appearance and City's motion for leave to amend and consideration on impact of overall strategy for resolution. | 0.30 |
| 07/31/12 | TJC | Review, analysis of amended complaint and emails re upcoming hearing on administrative citation. | 0.30 |
| 07/31/12 | TJC | Review of order granting leave for City to amend complaint. | 0.10 |
| 07/31/12 | SEM | Provide update and status to Tom Cunningham and Julie Webb. | 0.30 |
| 07/31/12 | SEM | Attend hearing on City's emergency motion. | 1.60 |
| 07/31/12 | JCW | Review report of hearing from Sherina Maye. | 0.20 |
| 07/31/12 | JCW | E-mail to GMAC Mortgage regarding hearing on City's Emergency Motion to Amend. | 0.10 |
| 07/31/12 | JCW | E-mails with litigation team regarding ██████████ | 0.30 |
| | | **TOTAL HOURS** | **35.50** |

**TOTAL FEES**                                                            **$13,812.30**

------------------------------  BILLING PROFESSIONALS  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 11.70 | 6,844.50 |
| J.C. Webb | Associate | 295.00 | 21.00 | 6,195.00 |
| S. E. Maye | Associate | 276.00 | 2.80 | 772.80 |
| **TIMEKEEPER TOTALS** | | | **35.50** | **$13,812.30** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Messenger Services | 10.34 |

Ally Financial Inc.
File No.: 1000304.00188

Invoice Date: September 17, 2012
Invoice No.: 959799
Page: 6

| DATE | EXPENSES | VALUE |
|---|---|---|
| | TOTAL EXPENSES | $10.34 |

| | | |
|---|---|---|
| TOTAL FEES | | $13,812.30 |
| TOTAL EXPENSES | | $10.34 |
| TOTAL FEES AND EXPENSES | | $13,822.64 |
| **TOTAL BALANCE DUE** | | **$13,822.64** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth deSilva
Ally Financial
2711 North Haskell Avenue
Dallas, TX 75204

September 17, 2012
Invoice No.: 959801

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                    $1,514.70

    File Number:   1000304.00190
    RE:   Douglass, Melinda v. GMAC Mortgage, LLC, #717528

**Your File Number:**      717528

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/06/12 | TJC | Review of email from Brett Decker to Janet Anderson re ███████████ | 0.10 |
| 07/06/12 | TJC | Follow up telephone conference with Kirsten Castaneda re ███████████ | 0.20 |
| 07/06/12 | TJC | Follow up emails to/from Kirsten Castaneda re ███████ ███████ | 0.30 |
| 07/06/12 | TJC | Preparation for class this afternoon with Brett Decker and Blaine Shadle to ███████████ | 0.50 |
| 07/06/12 | TJC | Participation in call with Casedral Adams, Brett Decker and Blaine Shadle re ███████ | 0.40 |
| 07/06/12 | KMC | Teleconference with Blaine Shadle, Brett Decker, Ashlee McLane, and Casedral Adams re ███████ ███ | 0.30 |
| 07/09/12 | TJC | Emails re scheduling HUD interview of Brett Decker and Blaine Shadle. | 0.20 |
| 07/10/12 | TJC | Emails to/from Kirsten Castaneda re ███████ | 0.20 |
| 07/12/12 | KMC | Attend and participate in telephone interview of Brett Decker and Blaine Shadle by HUD representative Carolyn Greer. | 0.40 |

Ally Financial Inc.
File No.: 1000304.00190

Invoice Date: September 17, 2012
Invoice No.: 959801
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/12/12 | KMC | Review selected previously produced documents in preparation for HUD interview. | 0.20 |
| | | **TOTAL HOURS** | **2.80** |

**TOTAL FEES**        **$1,514.70**

-------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.90 | 1,111.50 |
| K. M. Castaneda | Senior Counsel | 448.00 | 0.90 | 403.20 |
| **TIMEKEEPER TOTALS** | | | **2.80** | **$1,514.70** |

**TOTAL BALANCE DUE**        **$1,514.70**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 17, 2012
Invoice No.: 959802

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $1,124.00

File Number:   1000304.00192
RE:   Abucay v. GMAC Mortgage, LLC, #718914

**Your File Number:**        718914

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/30/12 | TJC | Emails re order received today granting motion to dismiss and review of order. | 0.40 |
| 07/30/12 | JNF | Formulate strategy re dismissal of case without prejudice. | 0.20 |
| 07/30/12 | JNF | Review emails from defense counsel in companion actions re ▮▮▮▮▮▮ | 0.20 |
| 07/30/12 | JNF | Analyze court opinion granting motion to dismiss and dismissing plaintiff's claims without prejudice. | 0.40 |
| 07/30/12 | JMG | Review ECF notice re docket activity -- memorandum opinion and order granting motion to dismiss. | 0.60 |
| 07/30/12 | JMG | Emails to/from D. Booth re ▮▮▮▮▮▮ | 0.20 |
| 07/30/12 | JMG | Various joint defense emails. | 0.20 |
| | | **TOTAL HOURS** | **2.20** |

**TOTAL FEES**                                                    $1,124.00

-------------------------------  **BILLING PROFESSIONALS**  -------------------------------

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.: 1000304.00192

Invoice Date: September 17, 2012
Invoice No.: 959802
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.40 | 234.00 |
| J.N Froehlich | Partner | 540.00 | 0.80 | 432.00 |
| J.Matthew Goodin | Partner | 458.00 | 1.00 | 458.00 |
| **TIMEKEEPER TOTALS** | | | **2.20** | **$1,124.00** |
| **TOTAL BALANCE DUE** | | | | **$1,124.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.

# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Road
Minneapolis, Minnesota 55423

September 17, 2012
Invoice No.: 959803

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $59.00

File Number:   1000304.00198
RE:   Barnes, Tony and Wanda v. GMAC Mortgage LLC, #720493

**Your File Number:**        720493

**Case Number:**        11-cv-720-Gpm-PMF

**Court:**        USDC, Southern District, IL

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/10/12 | JCW | Review file-stamped copy of Motion to Withdraw as Counsel received from Clerk of Court. | 0.10 |
| 07/27/12 | JCW | Telephone call with foreclosure counsel regarding ██████ | 0.10 |
| | | **TOTAL HOURS** | **0.20** |
| | **TOTAL FEES** | | **$59.00** |

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.C. Webb | Associate | 295.00 | 0.20 | 59.00 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$59.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00198

Invoice Date: September 17, 2012
Invoice No.: 959803
Page: 3

## TOTAL BALANCE DUE                                             $59.00

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL  60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX  77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 24, 2012
Invoice No.: 959804

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                     $2,606.80

File Number:   1000304.00212
RE:   Vasquez, David v. GMAC Mortgage, LLC

**Your File Number:**        725258

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | JLK | Call with Plaintiff's counsel regarding clarification as to application of stay. | 0.30 |
| 07/09/12 | JLK | Confer with Plaintiff's counsel regarding interim order and applicability of bankruptcy stay. | 0.20 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/19/12 | JLK | Confer with Plaintiff's counsel regarding bankruptcy stay and extension of deadline to respond to written discovery. | 0.30 |
| 07/20/12 | JLK | Confer with Ms. Stokes and Ms. Albright regarding ███████ | 0.20 |
| 07/21/12 | TJC | Email from Jennifer Kinney re ███████████ | 0.20 |
| 07/21/12 | JLS | Work on discovery. | 0.10 |
| 07/30/12 | JLS | Conference with MS. Kinney regarding ███████ | 0.10 |
| 07/30/12 | JLK | Review pertinent documents for relevance and privilege; draft objections and responses to Plaintiff's request for production; | 5.20 |

Ally Financial Inc.
File No.: 1000304.00212

Invoice Date: September 24, 2012
Invoice No.: 959804
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
|      |      | revise same. | |
| 07/30/12 | PNR | Evaluate and review documents for production in preparation of attorney review. | 0.60 |
| 07/31/12 | TJC | Review of proposed responses to Vasquez discovery requests and emails re same. | 0.30 |
|      |      | **TOTAL HOURS** | **7.80** |
|      |      | **TOTAL FEES** | **$2,606.80** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| J. L. Sanders | Partner | 374.00 | 0.20 | 74.80 |
| J. L. Kinney | Associate | 312.00 | 6.20 | 1,934.40 |
| P. N. Richards | Paralegal | 216.00 | 0.60 | 129.60 |
| **TIMEKEEPER TOTALS** | | | **7.80** | **$2,606.80** |
| **TOTAL BALANCE DUE** | | | | **$2,606.80** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959805

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $1,419.90

File Number:   1000304.00214
RE:   Jefferson, Bakari v. GMAC Mortgage, 725137

**Your File Number:**        725137

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/05/12 | JLK | Follow up with Plaintiff's new counsel regarding Rule 26(f) conference and report. | 0.10 |
| 07/06/12 | JLK | Call to Plaintiff's new counsel regarding Joint Rule 26(f) Report and accompanying submissions; draft Rule 26(f) report. | 0.40 |
| 07/09/12 | JLS | Conference with Ms. Kinney regarding ▮▮▮▮ | 0.10 |
| 07/09/12 | JLK | Prepare Joint Rule 26(f) Report; confer with Plaintiff's counsel regarding same. | 1.20 |
| 07/10/12 | TJC | Review of emails re filing of joint Rule 26 report, proposed scheduling order, etc. | 0.30 |
| 07/10/12 | JLS | E-mails with Ms. Kinney regarding ▮▮▮▮ | 0.10 |
| 07/12/12 | TJC | Review of scheduling order and order extending deadline to respond received today and emails re same. | 0.30 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/16/12 | TJC | Emails re decision to stick with the judge and not consent to the magistrate judge. | 0.20 |
| 07/18/12 | PNR | Review e-mails and ECF filings. | 0.10 |

Ally Financial Inc.
File No.: 1000304.00214

Invoice Date: September 17, 2012
Invoice No.: 959805
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/21/12 | JLS | Review and analyze scheduling order and consideration of upcoming deadlines. | 0.20 |
| 07/23/12 | JLS | Conference with Ms. Kinney regarding ██████████ ████ | 0.10 |
| 07/24/12 | JLS | Consideration of consent to magistrate judge issues. | 0.10 |
| | | **TOTAL HOURS** | **3.50** |

**TOTAL FEES**                                                   **$1,419.90**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J. L. Sanders | Partner | 374.00 | 0.60 | 224.40 |
| J. L. Kinney | Associate | 312.00 | 1.70 | 530.40 |
| P. N. Richards | Paralegal | 216.00 | 0.10 | 21.60 |
| **TIMEKEEPER TOTALS** | | | **3.50** | **$1,419.90** |

**TOTAL BALANCE DUE**                                           **$1,419.90**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.