# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959806

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                  <u>$175.50</u>

    File Number:   1000304.00215
    RE:   Matisi, James v. GMAC Mortgage, 724934

**Your File Number:**        724934

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| | | **TOTAL HOURS** | **0.30** |
| | **TOTAL FEES** | | **$175.50** |

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$175.50** |
| **TOTAL BALANCE DUE** | | | | **$175.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959807

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                         $175.50

File Number:   1000304.00218
RE:   Michel, Elias v. GMAC Mortgage, 725152

**Your File Number:**        725152

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| | | **TOTAL HOURS** | **0.30** |
| | **TOTAL FEES** | | **$175.50** |

---------------------------  BILLING PROFESSIONALS  ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$175.50** |
| **TOTAL BALANCE DUE** | | | | **$175.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Manella
Ally Financial Legal Staff
2711 North Haskell Avenue
Suite 900
Dallas, TX 75204

September 17, 2012
Invoice No.: 959808

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $175.50

    File Number:  1000304.00226
          RE:    Gonzalez, Delinda v. GMAC Mortgage, LLC #726169

**Your File Number:**    726169

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| | | **TOTAL HOURS** | **0.30** |
| | **TOTAL FEES** | | **$175.50** |

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$175.50** |
| **TOTAL BALANCE DUE** | | | | **$175.50** |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>               <u>Via Courier:</u>               <u>Via Wire:</u>

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959809

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $853.20

File Number:    1000304.00229
RE:    Scott, Robert and Susan v. GMAC Mortgage, 726948

**Your File Number:**       726948

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | TJC | Review of email analysis of applicability of stay to borrowers' claims. | 0.20 |
| 07/10/12 | TJC | Emails from Jance Hoy and Jonathan Collins re ████████ | 0.20 |
| 07/10/12 | JLS | Conference with Mr. Collins regarding ████████ ████████ | 0.10 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/25/12 | JEC | Draft notice of bankruptcy and suggestion of stay. | 0.50 |
| 07/26/12 | TJC | Email from Jance Hoy re ████████ | 0.10 |
| 07/26/12 | JLS | Review and revise suggestion of bankruptcy. | 0.20 |
| 07/27/12 | TJC | Review of proposed notice of bankruptcy. | 0.10 |
| 07/31/12 | TJC | Emails re notice of bankruptcy. | 0.10 |
| | | **TOTAL HOURS** | **1.80** |

**TOTAL FEES**                                             **$853.20**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.: 1000304.00229

Invoice Date: September 17, 2012
Invoice No.: 959809
Page: 3

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.00 | 585.00 |
| J. L. Sanders | Partner | 374.00 | 0.30 | 112.20 |
| J. E. Collins | Associate | 312.00 | 0.50 | 156.00 |
| **TIMEKEEPER TOTALS** | | | **1.80** | **$853.20** |
| **TOTAL BALANCE DUE** | | | | **$853.20** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                        September 17, 2012
Ally Financial                                            Invoice No.: 959810
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through July 31,        **$11,508.69**
2012

File Number:  1000304.00211
RE:   Kral, Kenneth v. GMAC Mortgage, 725078

**Your File Number:**      725078

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | SSD | Conference call with Donald Booth and R. McClendon re: ███████ | 2.60 |
| 07/02/12 | RJM | Telephone conference with Don Booth re ███████ ███████ | 0.70 |
| 07/03/12 | SSD | Correspondence with R. McClendon re: ███████ review case file, including note, deed of trust, grant deed; multiple correspondence with R. McClendon re: ███████ | 1.40 |
| 07/12/12 | WSB | Analyze issues related to proposed further relief from automatic stay with Shiva Delrahim. | 0.30 |
| 07/12/12 | SSD | Correspondence with Don Booth re: ███████ | 0.20 |
| 07/13/12 | RJM | Telephone conference with Yaron Shamham re possible settlement of plaintiff Stricker's claims in separate action. | 0.40 |
| 07/17/12 | SSD | Review and analyze order authorizing employment of accountant. | 0.20 |
| 07/18/12 | SSD | Review and analyze case file, including note, deed of trust, Pite | 2.10 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 17, 2012
Invoice No.: 959810
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | Duncan notes, loan documents, letters and notices sent to borrowers from MIC. | |
| 07/19/12 | SSD | Telephone call with Judge Clarkson's chambers regarding order on abandonment; review and analyze payoff statement as of June 30, 2012; prepare and lodge order denying motion to compel abandonment per court's request; review proof of service on order. | 1.20 |
| 07/20/12 | SSD | Correspondence with Don Booth re: ██████████ ████████████████ draft motion for leave to file motion for relief from stay; draft declaration of Shiva Delrahim in support of motion for leave; draft memorandum of points and authorities in support of motion for relief; draft notice of motion and motion for relief from stay; draft declaration in support of motion for relief from stay; correspondence with Don Booth re: ██████ | 6.70 |
| 07/20/12 | RJM | Review order denying motion to compel abandonment of property. | 0.20 |
| 07/22/12 | RJM | Revise drafts of motion for leave to file second motion for relief from stay, second motion for relief from stay, declarations in support. | 1.80 |
| 07/22/12 | RJM | Correspondence with Don Booth re ██████████ | 0.20 |
| 07/23/12 | SSD | Review and analyze entered order denying motion to compel abandonment; review and revise motion for leave to file second motion for relief from stay, motion for relief from stay, memorandum of points and authorities, and declaration in support of motion for relief from stay; prepare and review exhibits in support of motion for relief from stay and request for judicial notice; prepare request for judicial notice; correspondence with R. McClendon re: ██████████ correspondence with R. McClendon re: ████████████████ ██ | 4.90 |
| 07/24/12 | RJM | Analysis of strategy re motion for relief from stay, whether to seek relief to evict explicitly. | 0.50 |
| 07/30/12 | TJC | Emails re broker declaration to support motion to compel abandonment. | 0.10 |
| 07/30/12 | RJM | Revise motion for relief from stay and supporting declaration. | 1.30 |
| 07/30/12 | RJM | Correspondence with Don Booth re ██████████ ██████ | 0.30 |
| 07/31/12 | TJC | Review of motion to modify stay. | 0.30 |
| 07/31/12 | TJC | Emails re draft declaration to support motion to modify stay. | 0.30 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 17, 2012
Invoice No.:  959810
Page:  4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/31/12 | TJC | Review of draft declaration to support motion to modify stay. | 0.20 |
| 07/31/12 | SSD | Review and revise declaration for motion for relief from stay based on spreadsheet; correspondence with Don Booth re: ████ | 0.50 |
| 07/31/12 | RJM | Correspondence with Don Booth re ████████████ ████████ | 0.30 |
| 07/31/12 | RJM | Analysis of motion to compel abandonment, requirement that motion for relief from stay cannot be combined with other motions. | 0.60 |
| | | **TOTAL HOURS** | **27.30** |

**TOTAL FEES**             **$11,500.50**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.90 | 526.50 |
| W. S. Bryant | Partner | 412.00 | 0.30 | 123.60 |
| S. S. Delrahim | Associate | 380.00 | 19.80 | 7,524.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 6.30 | 3,326.40 |
| **TIMEKEEPER TOTALS** | | | **27.30** | **$11,500.50** |

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| | Delivery Services/Messengers | 8.19 |
| | TOTAL EXPENSES | $8.19 |

TOTAL FEES           $11,500.50

TOTAL EXPENSES           $8.19

TOTAL FEES AND EXPENSES           $11,508.69

**TOTAL BALANCE DUE**           **$11,508.69**

**PLEASE REMIT PAYMENT:**



# Locke
# Lord
###### LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Beth Northrop Day
Ally Financial Legal Staff
8400 Normandale Lake Blvd.
Bloomington, MN 55437

September 17, 2012
Invoice No.: 959811

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    <u>$1,854.30</u>

File Number:   1000304.00227
RE:   Junker, Ronald and Tracy v. GMAC Mortgage, LLC #726305

**Your File Number:**        726305

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/05/12 | DFS | Exchange emails with opposing counsel regarding documents requested for loan modification review. | 0.20 |
| 07/06/12 | TJC | Email from borrowers' counsel re additional information for loan modification proposal. | 0.10 |
| 07/13/12 | TJC | Emails from/to plaintiffs' counsel re request for continuance of Monday's hearing pending request for loan modification. | 0.20 |
| 07/13/12 | TJC | Review of overall status and strategy and emails re strategy for Monday's hearing. | 0.30 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/16/12 | TJC | Review of email summarizing today's hearing and email to Sheila Gregory re ███████████ | 0.30 |
| 07/16/12 | DFS | Attend oral argument on motion to dismiss in Kane County. | 3.50 |
| 07/19/12 | TJC | Emails from/to paralegal at Codilis re ███████████ ███████████ | 0.30 |
| | | **TOTAL HOURS** | **5.20** |

**TOTAL FEES**                                                              **$1,854.30**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.: 1000304.00227

Invoice Date: September 17, 2012
Invoice No.: 959811
Page: 3

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.50 | 877.50 |
| D. F. Standa | Associate | 264.00 | 3.70 | 976.80 |
| **TIMEKEEPER TOTALS** | | | **5.20** | **$1,854.30** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$1,854.30** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Beth Northrop Day
Ally Financial
8400 Normandale Lake Blvd., Suite 350
Bloomington, MN 55437

September 17, 2012
Invoice No.: 959812

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                      $91.60

File Number:   1000304.00240
RE:   Taylor, Vereen v. GMAC Mortgage, 728376

**Claim Number:**        11506

**Your File Number:**    728376

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/19/12 | JMG | Email to B. Northrop Day re ███████████████ | 0.20 |
| | | **TOTAL HOURS** | **0.20** |

**TOTAL FEES**                                                              **$91.60**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.Matthew Goodin | Partner | 458.00 | 0.20 | 91.60 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$91.60** |

**TOTAL BALANCE DUE**                                                        **$91.60**

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959813

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through July 31,
2012

<u>$2,926.09</u>

File Number:   1000304.00242
RE:   Talford v. GMAC Mortgage, LLC, 728481

**Your File Number:**      728481

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/08/12 | JLS | Review and analyze petition and removal issues. | 0.40 |
| 07/08/12 | KMW | Prepare removal papers. | 4.50 |
| 07/08/12 | KMW | Discussions with J. Sanders regarding ███████ ██████████ | 0.50 |
| 07/10/12 | JLS | Analyze removal issues. | 0.10 |
| 07/13/12 | JLS | Review and revise notice of removal. | 0.40 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/17/12 | JLS | Analyze and work on removal issues. | 0.30 |
| 07/18/12 | TJC | NO CHARGE - Emails re status of removal. | 0.20 |
| 07/18/12 | JLS | Review and revise and e-mail removal to Ms. Hoy. | 0.60 |
| 07/19/12 | TJC | NO CHARGE - Email from Jance Hoy re ████████ | 0.10 |
| 07/19/12 | JLS | Analyze and work on removal issues. | 0.30 |
| 07/25/12 | JLS | E-mail Ms. Hoy regarding ██████ | 0.10 |
| 07/25/12 | KMW | Work on removal issues. | 0.60 |

Ally Financial Inc.
File No.:  1000304.00242

Invoice Date: September 17, 2012
Invoice No.:  959813
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/27/12 | TJC | Review of draft notice of bankruptcy and emails re same. | 0.20 |
| 07/27/12 | JLS | Work on notice of removal and suggestion of bankruptcy. | 0.40 |
| 07/30/12 | KMW | Emails with J. Sanders regarding ██████████ | 0.20 |
| 07/30/12 | PNR | Download and review multiple ECF notices from Court e-filing and email to team. | 0.60 |
|  |  | **TOTAL HOURS** | **9.80** |

| | |
|---|---|
| TOTAL FEES | $2,985.20 |
| Less No Charge Entries | ($175.50) |
| **TOTAL ADJUSTED FEES** | **$2,809.70** |

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| J. L. Sanders | Partner | 374.00 | 2.60 | 972.40 |
| K. M. Wolber | Associate | 244.00 | 5.80 | 1,415.20 |
| P. N. Richards | Paralegal | 216.00 | 0.60 | 129.60 |
| **TIMEKEEPER TOTALS** | | | **9.80** | **$2,985.20** |

| EXPENSES | VALUE |
|----------|-------|
| Messenger Services | 116.39 |
| **TOTAL EXPENSES** | **$116.39** |

| | |
|---|---|
| TOTAL FEES | $2,809.70 |
| TOTAL EXPENSES | $116.39 |
| TOTAL FEES AND EXPENSES | $2,926.09 |
| **TOTAL BALANCE DUE** | **$2,926.09** |

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|--------------|--------------|-----------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |

| | | |
|---|---|---|
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke Lord
#### LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959814

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    <u>$175.50</u>

File Number:   1000304.00247
RE:   Hernandez, Javier and Mariana v. GMAC Mortgage, LLC

**Claim Number:**       11506

**Your File Number:**   728939

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| | | **TOTAL HOURS** | **0.30** |
| | **TOTAL FEES** | | **$175.50** |

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$175.50** |
| **TOTAL BALANCE DUE** | | | | **$175.50** |

PLEASE REMIT PAYMENT:

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jennifer Best
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959815

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through July 31,
2012

$6,369.07

File Number:    1000304.00248
RE:    Walker, Reuben and Karen v. GMAC Mortgage, #728755

**Claim Number:**        11506

**Your File Number:**        728755

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | TJC | Review of previous emails to Jen Best and forwarded same to Christy Hancock with ████████████████████ | 0.20 |
| 07/02/12 | TJC | Email from Christy Hancock re ████████ ████████████████████ | 0.20 |
| 07/02/12 | TJC | Review and analysis of amended complaint filed last week and consideration of issues presented. | 0.40 |
| 07/02/12 | CGS | Review publicly recorded documents concerning the subject property. | 0.20 |
| 07/02/12 | TJ | Research Will County Recorder's website for all the recorded documents in connection with Reuben and Karen Walker on the property commonly known as 729 Autumn Dr., Bolingbrook, IL, download print out and forward same to Chethan Shetty | 0.20 |
| 07/03/12 | TJC | Email from Christy Hancock with copy of the promissory note endorsed in blank and ████████████ | 0.10 |

Ally Financial Inc.
File No.:  1000304.00248

Invoice Date: September 17, 2012
Invoice No.:  959815
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/03/12 | TJC | Review of note. | 0.10 |
| 07/03/12 | TJC | Email to C. Shetty re ██████████ | 0.10 |
| 07/03/12 | TJ | Order all the recorded documents in connection with the property commonly known as 729 Autumn Drive, Bolingbrook, IL, forward e-mail to Meghan Tyrrell at Chicago Title and list all the requested documents, download documents and forward same to Chethan Shetty, forward e-mail to Chethan Shetty regarding ████████████████ | 0.30 |
| 07/05/12 | TJC | Emails re opposing counsel's agreement to extend deadline for responsive pleading. | 0.20 |
| 07/05/12 | CGS | Draft email to opposing counsel regarding service of amended complaint. | 0.20 |
| 07/05/12 | TJ | Discussion with Chethan Shetty regarding ████████████████ | 0.30 |
| 07/06/12 | TJC | Email from Summit re service of amended complaint. | 0.10 |
| 07/06/12 | TJC | Email to Christy Hancock re ████████████ | 0.20 |
| 07/09/12 | TJ | Follow-up with Stacy Teegardin at Chicago Title regarding tract search for the property commonly known as 729 Autumn Drive, download tract search and save in imanage, review invoice and requisition check request, forward tract search to Chethan Shetty | 0.20 |
| 07/10/12 | TJC | Review of tract search for subject property. | 0.20 |
| 07/10/12 | TJC | Emails re service of amended complaint and extension of deadline to respond. | 0.20 |
| 07/10/12 | TJC | Analysis of documents provided by Chicago Title including release of Walker mortgage, lis pendens, and deed from Walkers to Flinchums. | 0.50 |
| 07/10/12 | TJC | Conference with C. Shetty re ████████████ | 0.50 |
| 07/10/12 | TJC | Emails to/from Christy Hancock re ████████████ | 0.20 |
| 07/10/12 | CGS | Review additional publicly recorded documents concerning the subject property. | 1.40 |

Ally Financial Inc.
File No.: 1000304.00248

Invoice Date: September 17, 2012
Invoice No.: 959815
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/11/12 | TJC | Review a blank version of release form recorded with regard to the Walker mortgage. | 0.10 |
| 07/11/12 | TJC | Email to Christy Hancock to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 |
| 07/11/12 | TJ | Research property address to determine name of county, research assessor's website for APN number, forward e-mail to Peter Zoetemelk at Chicago Title in Orange County regarding document retrieval on the property commonly known as 1803 Vista Lomitas Drive, Fullerton, CA, review documents, download and forward same to Conrad Sison | 0.20 |
| 07/12/12 | TJC | Preparation of claim on title policy. | 0.30 |
| 07/12/12 | TJC | Emails from Christy Hancock re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 |
| 07/12/12 | CGS | Review borrowers' loan file for the purpose of answering plaintiff's complaint. | 2.10 |
| 07/13/12 | TJC | Preparation of formal title claim. | 0.50 |
| 07/13/12 | TJC | Email to Christy Hancock re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 |
| 07/13/12 | CGS | Draft notice of title claim to title insurance company. | 2.50 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/17/12 | TJC | Email from Christy Hancock re ▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 07/17/12 | TJC | Finalize letter and arrange to have it sent. | 0.30 |
| 07/18/12 | TJC | Email to Christy Hancock re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 |
| 07/18/12 | TJC | Email to Jessica Thomas at Stewart Title re supplemental title claim. | 0.20 |
| 07/20/12 | TJC | Email from/to Christy Hancock re ▮▮▮▮▮▮▮▮▮ | 0.10 |
| 07/26/12 | TJC | Emails re request from title company for copy of policy. | 0.20 |
| 07/29/12 | TJC | Emails from/to Christy Hancock re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 |

Ally Financial Inc.
File No.: 1000304.00248

Invoice Date: September 17, 2012
Invoice No.: 959815
Page: 5

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/30/12 | TJC | Emails re filing appearances for both MERS and GMACM. | 0.10 |
| 07/30/12 | CGS | Prepare appearances on behalf of GMACM and MERS. | 0.80 |
| | | **TOTAL HOURS** | **15.20** |
| | | **TOTAL FEES** | **$6,099.60** |

----------------------------  **BILLING PROFESSIONALS**  ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 6.80 | 3,978.00 |
| C. G. Shetty | Associate | 255.00 | 7.20 | 1,836.00 |
| T. Jurmu | Paralegal | 238.00 | 1.20 | 285.60 |
| **TIMEKEEPER TOTALS** | | | **15.20** | **$6,099.60** |

| EXPENSES | VALUE |
|----------|-------|
| FedEx Shipments | 41.29 |
| Chicago Title Insurance Company - Tract Search - 729 Autumn Drive, Bolingbrook, IL. | 60.00 |
| Acquire copies of pleadings from court file on 7/18/12 | 7.18 |
| Will County Circuit Clerk Appearance on behalf of defendants GMAC Mortgage LLc and Mortgage Electronic Registration Systems, Inc. | 161.00 |
| **TOTAL EXPENSES** | **$269.47** |

| | |
|---|---|
| TOTAL FEES | $6,099.60 |
| TOTAL EXPENSES | $269.47 |
| TOTAL FEES AND EXPENSES | $6,369.07 |
| **TOTAL BALANCE DUE** | **$6,369.07** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 17, 2012
Invoice No.: 959816

Total amount due for the legal services rendered in connection with the referenced matter through July 31, 2012                                    $16,320.90

    File Number:   1000304.00251
    RE:   Rubino, Prosper v. GMAC Mortgage

**Claim Number:**   11506

**Your File Number:**   729705

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | TJC | Preparation of motion to dismiss counterclaim. | 0.70 |
| 07/02/12 | TJC | Coordination of appearance on motion for extension of time with foreclosure counsel. | 0.30 |
| 07/02/12 | TJC | Email to Sheila Gregory re ████████████ | 0.10 |
| 07/02/12 | SEM | Draft appearances and motion for extension. | 1.30 |
| 07/02/12 | SEM | Phone conference with borrower's counsel. | 0.40 |
| 07/03/12 | SEM | Analyze counterclaims and motion for summary judgment. | 1.10 |
| 07/05/12 | SEM | Draft motion to dismiss defendant's counterclaims. | 4.40 |
| 07/06/12 | SEM | Complete motion to dismiss. | 2.60 |
| 07/06/12 | SEM | Draft response to summary judgment motion. | 2.30 |
| 07/06/12 | SEM | Conduct legal research and analysis re: servicer's right to foreclose. | 1.40 |
| 07/09/12 | SEM | Complete response to defendant's motion for summary judgment. | 2.20 |

Ally Financial Inc.
File No.:  1000304.00251

Invoice Date: September 17, 2012
Invoice No.:  959816
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/12/12 | TJC | Preparation of motion to strike defendants' counterclaims. | 3.00 |
| 07/12/12 | TJC | Review of status of loss mitigation package. | 0.20 |
| 07/12/12 | TJC | Review of borrower's motion for summary judgment and foreclosure file re schedule on motion for summary judgment and status of case generally. | 0.50 |
| 07/13/12 | TJC | Preparation of motion to dismiss counterclaim. | 0.50 |
| 07/13/12 | SEM | Conference with T. Cunningham re: ▇▇▇▇▇ | 0.40 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/16/12 | TJC | Preparation of motion to dismiss affirmative defenses. | 3.70 |
| 07/17/12 | TJC | Preparation of motion to dismiss counterclaims. | 0.90 |
| 07/17/12 | SEM | Draft revised response to Motion for Summary Judgment. | 1.20 |
| 07/18/12 | TJC | Preparation of motion to dismiss counterclaims. | 0.80 |
| 07/19/12 | TJC | Email from Sheila Gregory re ▇▇▇▇▇▇▇▇ ▇▇▇▇ | 0.10 |
| 07/19/12 | TJC | Preparation of response to motion for summary judgment. | 0.20 |
| 07/19/12 | TJC | Email from Sheila Gregory re ▇▇▇▇▇▇ | 0.10 |
| 07/19/12 | TJC | Email to Sherina Maye re ▇▇▇▇▇ | 0.10 |
| 07/19/12 | SEM | Make final edits to motion to strike. | 0.60 |
| 07/23/12 | SEM | Conduct legal research and analysis re: summary judgment claims. | 0.90 |
| 07/24/12 | SEM | Prepare for court hearing. | 0.50 |
| 07/25/12 | SEM | Attend hearing on our motion to extend time in Ogle County. | 7.30 |
| 07/25/12 | SEM | Draft status update. | 0.30 |
| 07/26/12 | TJC | Review of order entered yesterday on our motion to dismiss the borrower's counterclaim and setting the schedule for our response to the borrower's motion for summary judgment. | 0.30 |
| 07/26/12 | TJC | Preparation of response to borrower's motion for summary judgment. | 0.50 |
| 07/26/12 | TJC | Emails to/from Sheila Gregory re ▇▇▇▇▇▇ ▇▇▇▇ | 0.30 |
| 07/26/12 | SEM | Phone conference with borrower's counsel re: extension of time to reply. | 0.30 |
| 07/26/12 | SEM | Strategize re: owner of note and servicing contract. | 0.50 |

Ally Financial Inc.
File No.: 1000304.00251

Invoice Date: September 17, 2012
Invoice No.: 959816
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/29/12 | TJC | Preparation of response to motion for summary judgment. | 0.80 |
| 07/29/12 | TJC | Email to Sheila Gregory re ███████████ | 0.30 |
| 07/29/12 | TJC | Preparation of affidavit in support of response to motion for summary judgment. | 0.50 |
| 07/31/12 | TJC | Review of executed affidavit in support of response to motion for summary judgment and emails re plan for filing. | 0.30 |
| 07/31/12 | SEM | Review final affidavit from client. | 0.30 |
| 07/31/12 | SEM | Finalize motion for summary judgment. | 0.40 |
| | | **TOTAL HOURS** | **42.90** |

**TOTAL FEES**       **$16,320.90**

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 14.50 | 8,482.50 |
| S. E. Maye | Associate | 276.00 | 28.40 | 7,838.40 |
| **TIMEKEEPER TOTALS** | | | **42.90** | **$16,320.90** |

**TOTAL BALANCE DUE**       **$16,320.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                      September 17, 2012
Ally Financial                                          Invoice No.: 959819
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                              $6,147.50

    File Number:   1000304.00253
    RE:   Garcia, Minerva v. GMAC Mortgage

**Claim Number:**       11506

**Your File Number:**   729939

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | TJC | Review and analysis of counterclaims and consideration of approach to defense of matter. | 0.40 |
| 07/02/12 | TJC | Conference with David Standa re ▮▮▮▮▮▮ | 0.20 |
| 07/02/12 | TJC | Email to Sheila Gregory re ▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.20 |
| 07/02/12 | DFS | Review counterclaim. | 0.20 |
| 07/03/12 | TJC | Emails re FACT package. | 0.20 |
| 07/03/12 | TJC | Email to Sheila Gregory re ▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.20 |
| 07/03/12 | DFS | Draft and file motion for extension of time. | 0.90 |
| 07/05/12 | TJC | Emails from/to Sheila Gregory re ▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.30 |
| 07/05/12 | DFS | Research Illinois Mortgage Foreclosure Law's requirements for consent foreclosure and emailed client regarding ▮▮▮ | 0.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00253

Invoice Date: September 17, 2012
Invoice No.: 959819
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/05/12 | TBT | Coordinate transfer of file from foreclosure counsel; Receipt and cursory review of file; Organize and upload pleadings as individual documents; E-mail to litigation team regarding ▇▇▇ | 1.00 |
| 07/05/12 | TBT | Retrieve loan file from Ally's Cisco Registered Envelope Service and circulate same to litigation team. | 0.80 |
| 07/06/12 | TBT | Receipt and cursory review of file from foreclosure counsel; Organize and upload pleadings as individual documents; E-mail to litigation team regarding ▇▇▇ | 0.30 |
| 07/11/12 | TJC | Emails from Kay Turner re ▇▇▇▇▇ review of FACT package. | 0.50 |
| 07/11/12 | TBT | Retrieve fact package from Ally's Cisco Registered Envelope Service and circulate same to litigation team. | 0.20 |
| 07/12/12 | DFS | Research TILA, RESPA and breach of contract claims asserted by borrower in counterclaim. | 2.10 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/16/12 | DFS | Phone calls with opposing counsel regarding possible consent foreclosure. | 0.20 |
| 07/17/12 | DFS | Draft motion to dismiss. | 3.20 |
| 07/19/12 | DFS | Research case law regarding TILDS requirements. | 0.50 |
| 07/20/12 | TJC | Emails from/to Sheila Gregory re ▇▇▇▇▇▇▇▇ | 0.30 |
| 07/20/12 | DFS | Draft motion to dismiss. | 4.50 |
| 07/23/12 | TJC | Emails from/to David Standa re ▇▇▇▇▇▇▇▇ | 0.20 |
| 07/23/12 | DFS | Revise motion to dismiss. | 0.40 |
| 07/24/12 | TJC | Email re affidavit to support motion to dismiss counterclaims. | 0.10 |
| 07/24/12 | DFS | Phone call with client regarding ▇▇▇▇▇▇ dismiss. Exchange email with client regarding ▇▇▇▇ | 0.40 |
| 07/27/12 | TJC | Review of order granting extension of time to respond to counterclaims. | 0.10 |
| 07/27/12 | TJC | Email to Sheila Gregory re ▇▇▇▇▇▇▇▇ | 0.20 |
| 07/27/12 | DFS | Attend hearing on motion for extension of time. | 1.00 |
| 07/30/12 | TJC | Emails re affidavit to support motion to dismiss counterclaims. | 0.10 |
|  |  | **TOTAL HOURS** | **19.50** |

Ally Financial Inc.
File No.: 1000304.00253

Invoice Date: September 17, 2012
Invoice No.: 959819
Page: 4

### TOTAL FEES                                          $6,147.50

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 3.30 | 1,930.50 |
| D. F. Standa | Associate | 264.00 | 13.90 | 3,669.60 |
| Tiffany B. Till | Paralegal | 238.00 | 2.30 | 547.40 |
| **TIMEKEEPER TOTALS** | | | **19.50** | **$6,147.50** |

### TOTAL BALANCE DUE                                   $6,147.50

PLEASE REMIT PAYMENT:

| Via US Mail: | Via Courier: | Via Wire: |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 17, 2012
Invoice No.: 959821

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                          $17,474.90

File Number:   1000304.00254
RE:   Hodge v. GMAC - Rep of Jane Shivers at Dep, 729899

Claim Number:        11506

Your File Number:    729899

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/05/12 | TJC | Emails to/from Jon Patterson and Brian O'Dell re ▓▓▓▓▓ | 0.30 |
| 07/05/12 | TJC | Evaluation of ▓▓▓▓▓ | 0.30 |
| 07/05/12 | TJC | Emails from/to Trey Jordan re ▓▓▓▓▓ | 0.30 |
| 07/05/12 | TJC | Review of transcripts from previous depositions given by GMACM employees in contested foreclosure cases involving similar issues. | 0.60 |
| 07/05/12 | TJC | Review of subpoena duces tecum served on Jane Shivers and analysis of next steps. | 0.30 |
| 07/05/12 | TJC | Emails to/from Jason Sanders re ▓▓▓▓▓ | 0.40 |
| 07/05/12 | TJC | Telephone conference with Trey Jordan re ▓▓▓▓▓ | 0.30 |
| 07/06/12 | TJC | Email to Trey Jordan re ▓▓▓▓▓ | 0.10 |

Ally Financial Inc.
File No.:  1000304.00254

Invoice Date: September 17, 2012
Invoice No.:  959821
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/06/12 | TJC | Review of foreclosure documents forwarded by foreclosure counsel. | 0.50 |
| 07/06/12 | TJC | Emails to/from Trey Jordan and Brian O'Dell re ███████ | 0.30 |
| 07/06/12 | TJC | Review and analysis of transcripts of testimony given by other GMACM employees in similar cases. | 1.00 |
| 07/06/12 | TJC | Review of docket for foreclosure. | 0.20 |
| 07/06/12 | TJC | Emails to/from Trey Jordan re ████████ | 0.30 |
| 07/06/12 | TJC | Telephone call from Trey Jordan re ██████ | 0.10 |
| 07/06/12 | TJC | Review of affidavit signed by Jane Shivers. | 0.30 |
| 07/06/12 | TJC | Review of original motion for summary judgment and Stephan affidavit offered in support of original motion for summary judgment. | 0.30 |
| 07/06/12 | TJC | Emails to/from Trey Jordan, Jon Patterson and Brian O'Dell re ████████ | 0.40 |
| 07/06/12 | TJC | Review of transcripts from other depositions taken by Ticktin group of individuals at mortgage loan servicers who signed affidavits. | 0.50 |
| 07/06/12 | TJC | Emails from/to foreclosure counsel re issues in foreclosure case and foreclosure file. | 0.30 |
| 07/06/12 | JLS | Review affidavit and summary judgment. | 0.50 |
| 07/06/12 | JLS | Work on strategy regarding depositions. | 0.20 |
| 07/06/12 | JLS | E-mails regarding the affidavit and deposition. | 0.20 |
| 07/06/12 | TBT | Telephone conference with Court to retrieve Affidavits attached as exhibits to two Motions for Summary Judgment; Receive and circulate same to litigation team. | 0.50 |
| 07/07/12 | JLS | Begin to review and analyze deposition of another GMACM employee to prepare for the deposition of Ms. Shivers. | 0.70 |
| 07/09/12 | TJC | Preparation for call with Bradley Arant re ██████ | 0.40 |
| 07/09/12 | TJC | Telephone conference with Trey Jordan, Brian O'Dell, Jon Patterson and Jason Sanders re ████████ | 0.50 |
| 07/09/12 | TJC | Follow up telephone conference with Jason Sanders re ███ | 0.20 |

Ally Financial Inc.
File No.: 1000304.00254

Invoice Date: September 17, 2012
Invoice No.: 959821
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/09/12 | TJC | Emails to/from Jason Sanders re ████████ | 0.20 |
| 07/09/12 | JLS | Call with Tom Cunningham, Trey Jordan, and attorney from Bradley Arant regarding ████ | 0.50 |
| 07/11/12 | TJC | NO CHARGE - Emails re planned call with Shivers tomorrow. | 0.20 |
| 07/12/12 | TJC | Preparation for call with Janey Shivers this morning to prepare for deposition. | 0.50 |
| 07/12/12 | TJC | Telephone call with Janey Shivers to ████████ | 0.50 |
| 07/12/12 | TJC | Follow up call with Jason Sanders. | 0.10 |
| 07/12/12 | TF | Research re attorney-client privilege between corporate counsel and employee. | 6.00 |
| 07/13/12 | TJC | Emails from Janey Shivers and from/to Jason Sanders re | 0.40 |
| 07/13/12 | JLS | Review depositions taken by firm deposing Ms. Shrivers to prepare for the deposition of Ms. Shivers. | 0.70 |
| 07/13/12 | JLS | Review and analyze research regarding the applicable law for the deposition and issues related to attorney-client privilege. | 0.30 |
| 07/13/12 | TF | Research re common interest privilege between employee and corporation; draft email to J.Sanders re ████ | 5.10 |
| 07/15/12 | JLS | Review research regarding deposition issue. | 0.30 |
| 07/15/12 | TF | Research re whether pro hac vice admission is required to defend deposition in Texas. | 4.80 |
| 07/17/12 | TJC | E-mails from and to Trey Jordan, Jon Patterson, Brian O'Dell and Jason Sanders re ████████ | 0.40 |
| 07/17/12 | JLS | E-mails regarding deposition preparation and review and analyze issues related to defending the deposition. | 1.00 |
| 07/19/12 | TJC | E-mails re this morning's prep session with Janey Shivers for her deposition next week and follow up e-mails re next week's preparation and deposition. | 0.20 |
| 07/19/12 | JLS | Prepare for deposition preparation of Janey Shivers and prepare Janey Shivers for her deposition. | 4.50 |
| 07/19/12 | PNR | Work on preparation of notebooks for upcoming depositions. | 0.40 |
| 07/20/12 | TJC | Emails re deposition preparation planning and review of | 0.20 |

Ally Financial Inc.
File No.: 1000304.00254

Invoice Date: September 17, 2012
Invoice No.: 959821
Page: 5

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | amended notice of motion. | |
| 07/20/12 | JLS | E-mails and telephone calls regarding the deposition of Ms. Shivers and changing the location of the same. | 0.80 |
| 07/22/12 | TJC | Emails re tomorrow' prep session and upcoming deposition. | 0.20 |
| 07/22/12 | JLS | Draft and review and revise objections and responses to duces tecum. | 0.40 |
| 07/23/12 | JLS | Telephone conference with Mr. Wahl regarding deposition of Ms. Shivers. | 0.20 |
| 07/23/12 | JLS | Serve objections and responses to duces tecum. | 0.20 |
| 07/23/12 | JLS | Prepare Ms. Shivers for her deposition. | 3.80 |
| 07/24/12 | TJC | Email and telephone call from Jason Sanders re ▇▇▇▇ ▇▇▇▇▇▇▇ | 0.30 |
| 07/24/12 | JLS | Prepare for and attend deposition of Ms. Shivers. | 5.50 |
| | | **TOTAL HOURS** | **47.70** |

**TOTAL FEES**      **$17,474.90**

------------------------------- **BILLING PROFESSIONALS** -------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 11.10 | 6,493.50 |
| J. L. Sanders | Partner | 374.00 | 19.80 | 7,405.20 |
| T Fang | Associate | 212.00 | 15.90 | 3,370.80 |
| Tiffany B. Till | Paralegal | 238.00 | 0.50 | 119.00 |
| P. N. Richards | Paralegal | 216.00 | 0.40 | 86.40 |
| **TIMEKEEPER TOTALS** | | | **47.70** | **$17,474.90** |

**TOTAL BALANCE DUE**      **$17,474.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter


# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                        September 17, 2012
Ally Financial                                            Invoice No.: 959822
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                          $10,692.00

File Number:   1000304.00255
RE:   Green, Carla v. GMAC Mortgage

**Claim Number:**        11506

**Your File Number:**    729948

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | TJC | Conference with Chethan Shetty re ▓▓▓▓▓ | 0.20 |
| 07/02/12 | TJC | Email to Sheila Gregory re ▓▓▓▓▓▓▓ ▓▓▓▓ | 0.20 |
| 07/02/12 | TJC | Review, analysis of affirmative defenses and consideration of approach to defense of matter. | 0.20 |
| 07/02/12 | TJC | Review of status and deadline for responsive pleading. | 0.10 |
| 07/02/12 | TJC | Emails re obtaining docket, status and strategy. | 0.20 |
| 07/03/12 | TJC | Emails re FACT package. | 0.20 |
| 07/03/12 | CGS | Research for the purpose of drafting motion for reasonable rescission procedures. | 1.00 |
| 07/03/12 | CGS | Review defendants' affirmative defenses. | 0.50 |
| 07/05/12 | TJC | Consideration of overall status and strategy and next steps. | 0.50 |
| 07/05/12 | TJC | Review, analysis of FACT package. | 0.50 |
| 07/05/12 | TJC | Email from Tara Helke at Codilis re ▓▓▓▓▓ | 0.10 |

Ally Financial Inc.
File No.: 1000304.00255

Invoice Date: September 17, 2012
Invoice No.: 959822
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/05/12 | TJC | Review, analysis of foreclosure file, including review and analysis of defendants' discovery requests (due today) and communications with Chethan Shetty about ▮▮▮ | 1.70 |
| 07/05/12 | TJC | Emails to/from Chethan Shetty re ▮▮▮ | 0.20 |
| 07/05/12 | TJC | Review of docket and status of case. | 0.50 |
| 07/05/12 | TJC | Emails to/from Sheila Gregory re ▮▮▮ | 0.30 |
| 07/05/12 | CGS | Review foreclosure file pleadings | 1.60 |
| 07/05/12 | CGS | Review borrower's loan file. | 2.00 |
| 07/05/12 | CGS | Telephone call with opposing counsel to obtain extension of time to answer affirmative defenses and respond to discovery. | 0.30 |
| 07/05/12 | TBT | Retrieve loan file from Ally's Cisco Registered Envelope Service and circulate same to litigation team. | 0.80 |
| 07/06/12 | TJC | Emails to Sheila Gregory and Chethan Shetty re ▮▮▮ | 0.40 |
| 07/06/12 | TJC | Preparation of objections and responses to discovery requests. | 0.50 |
| 07/06/12 | TBT | Coordinate transfer of file from foreclosure counsel; Receipt and cursory review of file; Organize and upload pleadings as individual documents; E-mail to litigation team regarding ▮▮▮ | 0.30 |
| 07/11/12 | TJC | Emails from Kay Turner re ▮▮▮ review of FACT package. | 0.50 |
| 07/11/12 | TBT | Retrieve fact package from Ally's Cisco Registered Envelope Service and circulate same to litigation team. | 0.20 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/17/12 | CGS | Review documents received from client for the purpose of drafting response to borrower's affirmative defense. | 1.80 |
| 07/17/12 | TBT | E-mail to and voice mail for foreclosure counsel to ▮▮▮ | 0.20 |
| 07/18/12 | CGS | Research for the purpose of drafting motion to strike borrower's | 3.50 |

Ally Financial Inc.
File No.: 1000304.00255

Invoice Date: September 17, 2012
Invoice No.: 959822
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | affirmative defense. | |
| 07/18/12 | CGS | Telephone call with opposing counsel regarding borrower's TILA rescission defense. | 0.20 |
| 07/19/12 | TJC | Preparation of motion to strike or, in the alternative, to establish reasonable TILA rescission procedures. | 0.30 |
| 07/19/12 | TJC | Review status of discovery. | 0.20 |
| 07/19/12 | TJC | Emails to/from Chethan Shetty re ████████ | 0.20 |
| 07/19/12 | CGS | Draft motion to strike borrower's affirmative defense. | 4.10 |
| 07/19/12 | CGS | Draft motion for reasonable rescission procedures. | 4.20 |
| 07/20/12 | TJC | Emails re net rescission amount for motion to establish reasonable TILA rescission procedures. | 0.20 |
| 07/20/12 | CGS | Draft email to opposing counsel regarding discovery requests. | 0.20 |
| 07/21/12 | TJC | Email re opposing counsel's agreement to extend deadline for responding to discovery. | 0.10 |
| 07/23/12 | CGS | Draft email to Ally regarding ████████ | 0.10 |
| 07/31/12 | TJC | Email to Chethan Shetty re ████████ | 0.20 |
| 07/31/12 | TJC | Preparation of motion to establish reasonable TILA rescission procedures and draft affidavit in support as well as computation of net rescission amount. | 0.50 |
| 07/31/12 | TJC | Email to Sheila Gregory re ████████ | 0.30 |
| 07/31/12 | CGS | Revise motion to strike affirmative defense and motion for reasonable rescission procedures. | 1.30 |
| | | **TOTAL HOURS** | **30.90** |
| | | **TOTAL FEES** | **$10,692.00** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 8.60 | 5,031.00 |
| C. G. Shetty | Associate | 255.00 | 20.80 | 5,304.00 |

Ally Financial Inc.
File No.: 1000304.00255

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| Tiffany B. Till | Paralegal | 238.00 | 1.50 | 357.00 |
| **TIMEKEEPER TOTALS** | | | **30.90** | **$10,692.00** |
| **TOTAL BALANCE DUE** | | | | **$10,692.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 17, 2012
Invoice No.: 959823

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through July 31,
2012

$8,464.86

File Number:    1000304.00256
RE:    1323 S. Millard, Chicago, IL (Denise Williamson)

**Claim Number:**    11506

**Your File Number:**    729854

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/02/12 | TJC | Review, analysis of complaint and case | 0.40 |
| 07/02/12 | TJC | Conference with Sherina Maye re ███████ ████████ | 0.30 |
| 07/02/12 | SEM | Conference to discuss background and strategy of case. | 0.40 |
| 07/02/12 | SEM | Read and analyze pleadings. | 0.60 |
| 07/02/12 | SEM | Prepare for hearing. | 0.40 |
| 07/03/12 | TJC | Conference re this morning's court appearance. | 0.50 |
| 07/03/12 | TJC | Review of order entered regarding case management. | 0.10 |
| 07/03/12 | TJC | Review of emergency petition for appointment of limited receiver. | 0.30 |
| 07/03/12 | TJC | Review of order appointing receiver and related information. | 0.10 |
| 07/03/12 | TJC | Telephone conference with Sheila Gregory re ██████ ████████ | 0.30 |
| 07/03/12 | TJC | Email to Sheila Gregory detailing ████████ | 0.50 |

Ally Financial Inc.
File No.: 1000304.00256

Invoice Date: September 17, 2012
Invoice No.: 959823
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ████████████████ | |
| 07/03/12 | TJC | Review of judicial sales deed received this afternoon from Corporation Counsel. | 0.10 |
| 07/03/12 | TJC | Email to Sheila Gregory re ██████████ | 0.20 |
| 07/03/12 | SEM | Review and analyze complaint. | 0.60 |
| 07/03/12 | SEM | Prepare for status hearing. | 0.20 |
| 07/03/12 | SEM | Attend court. | 2.10 |
| 07/03/12 | SEM | Provide status update to partner. | 0.40 |
| 07/03/12 | SEM | Communicate with city counsel. | 0.20 |
| 07/04/12 | TJC | Email from Dave Feller, the receiver for the building, regarding starting work. | 0.10 |
| 07/04/12 | TJC | Emails from/to S. Maye re ██████ | 0.10 |
| 07/05/12 | TJC | Emails from/to Sheila Gregory re ████████████████ | 0.20 |
| 07/05/12 | TJC | Review, analysis of proposed contract for sale of property and email to Sheila Gregory re ██████ | 0.40 |
| 07/05/12 | TJC | Telephone conference with Sheila Gregory re ███████████████ | 0.20 |
| 07/05/12 | TJC | Follow up email from Sheila Gregory re ████████████████ | 0.10 |
| 07/05/12 | TJC | Email to Sherina Maye re next court appearance. | 0.20 |
| 07/05/12 | SEM | Read and analyze contract with purchaser. | 0.50 |
| 07/16/12 | TJC | Telephone conference with Sheila Gregory re ████████████ | 0.20 |
| 07/16/12 | TJC | Draft language for sale agreement to ensure disclosure that receiver has been appointed for property and buyer is purchasing subject to that receivership. | 0.30 |
| 07/18/12 | TJC | Telephone conference with Sheila Gregory re ███████████ | 0.20 |
| 07/18/12 | TJC | Review City's emergency petition for appointment of a limited receiver and authority on which the receiver was appointed in | 0.20 |

Ally Financial Inc.
File No.: 1000304.00256

Invoice Date: September 17, 2012
Invoice No.: 959823
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | order to determine whether we can sell the property without court approval. | |
| 07/18/12 | TJC | Review of email from assistant corporation counsel re same. | 0.10 |
| 07/18/12 | TJC | Conference with Sherina Maye re █████████ | 0.40 |
| 07/18/12 | SEM | Communicate with receiver and ACC re: accounting of fees incurred and approval to sell house. | 1.60 |
| 07/19/12 | TJC | Email to Sheila Gregory re █████████ | 0.40 |
| 07/19/12 | TJC | Email from receiver re estimated expenses. | 0.10 |
| 07/19/12 | TJC | Emails to/from Sheila Gregory re █████████ | 0.30 |
| 07/19/12 | TJC | Preparation of emergency motion to compel receiver to provide accounting. | 0.50 |
| 07/19/12 | TJC | Email to Sheila Gregory re ████████ | 0.20 |
| 07/19/12 | SEM | Draft motion to compel accounting. | 1.10 |
| 07/19/12 | SEM | Phone conference with ACC re: interim accounting. | 0.60 |
| 07/20/12 | TJC | Email to Sheila Gregory re ██████ | 0.20 |
| 07/20/12 | TJC | Email from Sheila Gregory re ██████ | 0.20 |
| 07/20/12 | SEM | Prepare emergency motion for filing. | 0.40 |
| 07/20/12 | SEM | Call court clerk re: procedure. | 0.30 |
| 07/24/12 | SEM | Prepare for court hearing. | 0.60 |
| 07/24/12 | SEM | Draft status update to T.C. | 0.40 |
| 07/24/12 | SEM | Attend court hearing. | 3.10 |
| 07/26/12 | TJC | Review of accounting received from Receiver today and email to Sheila Gregory re ██████ | 0.50 |
| 07/26/12 | SEM | Analyze accounting from receiver. | 0.40 |
| | | **TOTAL HOURS** | **21.80** |

Ally Financial Inc.
File No.: 1000304.00256

**TOTAL FEES**                                    **$8,457.90**

----------------------------    **BILLING PROFESSIONALS**    ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 7.90 | 4,621.50 |
| S. E. Maye | Associate | 276.00 | 13.90 | 3,836.40 |
| **TIMEKEEPER TOTALS** | | | **21.80** | **$8,457.90** |

| EXPENSES | VALUE |
|---|---|
| Messenger Services | 6.96 |
| **TOTAL EXPENSES** | **$6.96** |

| | |
|---|---|
| TOTAL FEES | $8,457.90 |
| TOTAL EXPENSES | $6.96 |
| TOTAL FEES AND EXPENSES | $8,464.86 |
| **TOTAL BALANCE DUE** | **$8,464.86** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

September 17, 2012
Invoice No.: 959825

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $5,271.70

    File Number:   1000304.00257
            RE:   1747 North Linder, Chicago, IL (Hunt), #730463

**Claim Number:**        11506

**Your File Number:**      730463

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/12/12 | TJC | Review of notice of entry of default judgment on administrative violation. | 0.20 |
| 07/12/12 | TJC | Emails to and from Jance Joy re ███████████████ ███████████████ | 0.30 |
| 07/13/12 | TJC | Emails to/from Jance Hoy re ███████████████ | 0.20 |
| 07/13/12 | TJC | Emails to/from Julie Webb re ███████████████ ███ | 0.20 |
| 07/13/12 | JCW | E-mails with Tom Cunningham regarding ███████████ ████████ | 0.40 |
| 07/13/12 | JCW | Review Notice of Default Judgment. | 0.20 |
| 07/13/12 | JCW | E-mails with Tracie Jurmu regarding ████████ | 0.20 |
| 07/15/12 | TJC | Review of tract search obtained from Recorder of Deeds and indication that GMACM is the owner of this property. | 0.20 |
| 07/15/12 | TJC | Consideration of approach to take given that record makes it appear GMACM owns property. | 0.30 |

Ally Financial Inc.
File No.: 1000304.00257

Invoice Date: September 17, 2012
Invoice No.: 959825
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/15/12 | JCW | Analyze documents pulled from records of Cook County Recorder. | 0.30 |
| 07/15/12 | JCW | E-mail to Tom Cunningham regarding ███████████ | 0.20 |
| 07/15/12 | JCW | E-mail to GMAC Mortgage regarding ███████████ | 0.20 |
| 07/16/12 | TJC | E-mails from and to Jance Hoy re ███████████ | 0.30 |
| 07/16/12 | JCW | E-mails with GMAC Mortgage regarding ███████ | 0.10 |
| 07/16/12 | JCW | Conference with J. Hoy regarding ███████████ | 0.10 |
| 07/19/12 | TJC | Emails from Jance Hoy and Florie Robertson re ███████ | 0.30 |
| 07/19/12 | JCW | E-mails with Tom Cunningham and J. Hoy regarding ███████ | 0.40 |
| 07/19/12 | JCW | E-mails with Tom Cunningham and J. Hoy regarding ███████ | 0.40 |
| 07/19/12 | JCW | E-mails with J. Hoy regarding ███████ | 0.20 |
| 07/20/12 | JCW | Research Illinois law on motions to vacate default judgment in administrative proceeding. | 0.70 |
| 07/20/12 | JCW | Research Illinois law on grounds to defend against liability in this matter. | 0.70 |
| 07/20/12 | JCW | E-mails to and from J. Hoy regarding ███████ | 0.30 |
| 07/20/12 | JCW | Draft e-mail to Tom Cunningham laying out applicable law and potential action plans. | 0.40 |
| 07/20/12 | TBT | Receipt and cursory review of title search file; Organize, upload, and index contents of same. | 0.50 |
| 07/21/12 | TJC | Emails with receiver re Tuesday's emergency motion. | 0.10 |
| 07/23/12 | TJC | Emails from/to Julie Webb re ███████ | 0.30 |
| 07/23/12 | JCW | Review loan file. | 0.30 |

Ally Financial Inc.
File No.: 1000304.00257

Invoice Date: September 17, 2012
Invoice No.: 959825
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/23/12 | JCW | Telephone conference with J. Hoy and B. Thomas regarding ███████ | 0.20 |
| 07/23/12 | JCW | Telephone conference with J. Hoy ███████ | 0.20 |
| 07/23/12 | JCW | E-mails with Tom Cunningham regarding ███████ | 0.20 |
| 07/23/12 | JCW | Prepare appearance. | 0.20 |
| 07/23/12 | JCW | Prepare Motion to Vacate Default Judgment. | 1.00 |
| 07/23/12 | JCW | Research Illinois cases on applicability of automatic stay to housing court actions. | 1.50 |
| 07/24/12 | TJC | Emails re motion to vacate default judgment and potential donation of property. | 0.30 |
| 07/24/12 | JCW | Revise Motion to Vacate Default Judgment to reflect information from Notice of Violation. | 0.50 |
| 07/24/12 | JCW | Telephone call with clerk at Department of Administrative Hearings regarding filing process and requirement that attorney be present to file. | 0.20 |
| 07/24/12 | JCW | File Motion to Vacate Default Judgment at Department of Administrative Hearings. | 0.50 |
| 07/24/12 | JCW | Telephone call with Community Investment Commission regarding potential donation of property. | 0.30 |
| 07/24/12 | JCW | E-mails with J. Hoy regarding ███████ | 0.30 |
| 07/27/12 | JCW | Leave voicemail for Marie Doladie at CIC regarding status of evaluation as to whether CIC can accept property as a donation. | 0.10 |
| 07/30/12 | TJC | Review of file received from client and emails re same. | 0.30 |
| 07/30/12 | TBT | Receive, review, and upload contents of CD containing client file; E-mail to litigation team regarding ███ | 0.40 |
| 07/31/12 | TJC | Emails re status and strategy. | 0.30 |
| 07/31/12 | JCW | E-mail to J. Hoy regarding ███████ | 0.10 |
| 07/31/12 | JCW | Review collection notice sent by City of Chicago to GMAC Mortgage. | 0.20 |
| | | **TOTAL HOURS** | **14.80** |

**TOTAL FEES**                                                    **$5,271.70**

Ally Financial Inc.
File No.: 1000304.00257

Invoice Date: September 17, 2012
Invoice No.: 959825
Page: 5

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 3.30 | 1,930.50 |
| J.C. Webb | Associate | 295.00 | 10.60 | 3,127.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.90 | 214.20 |
| **TIMEKEEPER TOTALS** | | | **14.80** | **$5,271.70** |
| **TOTAL BALANCE DUE** | | | | **$5,271.70** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

September 17, 2012
Invoice No.: 959829

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                    $2,679.20

File Number:   1000304.00258
RE:   4315 West Van Buren, Chicago, IL (Allen), #730588

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/19/12 | TJC | Review of notice of registration of administrative judgment and underlying Findings, Decision & Order. | 0.30 |
| 07/19/12 | TJC | Consideration of how to respond given that all deadlines have passed. | 0.50 |
| 07/19/12 | TJC | Numerous emails to/from Jance Hoy re ███████████ | 0.40 |
| 07/20/12 | TJC | Review of email analysis of procedural posture and possible approaches. | 0.30 |
| 07/20/12 | TJC | Emails from Jance Hoy re ███████████ | 0.20 |
| 07/20/12 | JCW | Draft e-mail laying out applicable law and potential action plans. | 0.20 |
| 07/20/12 | JCW | Research Illinois law on review of administrative judgments. | 0.50 |
| 07/20/12 | JCW | E-mails to and from J. Hoy regarding ███████████ | 0.30 |
| 07/20/12 | JCW | Analyze recorded documents and loan file to determine status of foreclosure proceedings. | 0.50 |

Ally Financial Inc.
File No.: 1000304.00258

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/20/12 | TBT | Receipt and cursory review of title search file; Organize, upload, and index contents of same. | 0.50 |
| 07/25/12 | TJC | Emails re FACT Pack and foreclosure notes. | 0.10 |
| 07/27/12 | TJC | Review of Julie Webb's analysis of matter and recommended strategy. | 0.20 |
| 07/27/12 | JCW | Analyze foreclosure notes and fact package. | 0.80 |
| 07/27/12 | JCW | E-mail to J. Hoy regarding ██████████ | 0.20 |
| 07/27/12 | JCW | E-mail to J. Hoy regarding ██████████ | 0.30 |
| 07/30/12 | TJC | Review of file received from client and emails re ████ | 0.30 |
| 07/30/12 | TBT | Receive, review, and upload contents of CD containing client file; E-mail to litigation team regarding ████ | 0.40 |
| 07/31/12 | TJC | Emails re status and strategy. | 0.30 |
| 07/31/12 | JCW | Review e-mails from J. Hoy and others at GMAC Mortgage regarding ████████ | 0.20 |
| 07/31/12 | JCW | E-mail to J. Hoy regarding ██████████ | 0.20 |
| | | **TOTAL HOURS** | **6.70** |

**TOTAL FEES**                                                                     **$2,679.20**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.60 | 1,521.00 |
| J.C. Webb | Associate | 295.00 | 3.20 | 944.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.90 | 214.20 |
| **TIMEKEEPER TOTALS** | | | **6.70** | **$2,679.20** |

**TOTAL BALANCE DUE**                                                           **$2,679.20**

**PLEASE REMIT PAYMENT:**



# Locke
# Lord LLP

#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

September 17, 2012
Invoice No.: 959830

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                              $2,315.30

File Number:   1000304.00259
RE:   4717 South Bishop, Chicago, IL (Andino), #730593

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/19/12 | TJC | Numerous emails to/from Jance Hoy re ▮▮▮▮▮ | 0.20 |
| 07/19/12 | TJC | Consideration of how to respond given that all deadlines have passed. | 0.50 |
| 07/19/12 | TJC | Review of notice of registration of administrative judgment and underlying Findings, Decision & Order. | 0.30 |
| 07/20/12 | TJC | Emails from Jance Hoy re ▮▮▮▮▮ | 0.20 |
| 07/20/12 | TJC | Review of email analysis of procedural posture and possible approaches. | 0.30 |
| 07/20/12 | JCW | Analyze recorded documents and loan file to determine status of foreclosure proceedings. | 0.50 |
| 07/20/12 | JCW | E-mails to and from J. Hoy regarding ▮▮▮▮▮ | 0.30 |
| 07/20/12 | JCW | Draft e-mail laying out applicable law and potential action plans. | 0.20 |
| 07/20/12 | JCW | Research Illinois law on review of administrative judgments. | 0.50 |

Ally Financial Inc.
File No.: 1000304.00259

Invoice Date: September 17, 2012
Invoice No.: 959830
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/23/12 | TBT | Receipt and cursory review of title search file; Organize, upload, and index contents of same. | 0.50 |
| 07/25/12 | TJC | Emails re foreclosure notes. | 0.10 |
| 07/25/12 | TBT | Retrieve and circulate to litigation team foreclosure related documents from Ally's Cisco Registered Envelope Service. | 0.10 |
| 07/27/12 | TJC | Review of Julie Webb's analysis of matter and recommended strategy. | 0.20 |
| 07/27/12 | JCW | E-mail to J. Hoy regarding ███████████████████ | 0.30 |
| 07/27/12 | JCW | E-mail to J. Hoy regarding ███████████████████ | 0.20 |
| 07/27/12 | JCW | Analyze foreclosure notes and fact package. | 0.80 |
| 07/31/12 | TJC | Emails re status and strategy. | 0.30 |
| 07/31/12 | JCW | Review e-mails from J. Hoy and others at GMAC Mortgage regarding ██████████████ | 0.20 |
| 07/31/12 | JCW | E-mail to J. Hoy regarding ██████████████ | 0.20 |
| | | **TOTAL HOURS** | **5.90** |

**TOTAL FEES**                                                    **$2,315.30**

---------------------------    **BILLING PROFESSIONALS**    ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.10 | 1,228.50 |
| J.C. Webb | Associate | 295.00 | 3.20 | 944.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.60 | 142.80 |
| **TIMEKEEPER TOTALS** | | | **5.90** | **$2,315.30** |

**TOTAL BALANCE DUE**                                            **$2,315.30**

PLEASE REMIT PAYMENT:

<u>Via US Mail:</u>                <u>Via Courier:</u>                <u>Via Wire:</u>



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial Legal Staff
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 17, 2012
Invoice No.: 959831

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                     $4,427.10

File Number:   1000304.00260
RE:   4935 W Hubbard, Chicago, IL (Clara Williamson)

**Claim Number:**      11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/27/12 | TJC | Emails from Jance Hoy re ███████████ ████████ | 0.40 |
| 07/27/12 | TJC | Review of documents and various follow up emails re new administrative violation matter. | 0.50 |
| 07/27/12 | JMG | Review, analysis of various emails from/to J. Hoy and documents re ███████ | 1.90 |
| 07/27/12 | JMG | Revise draft order for presentment at 7/30 hearing. | 0.30 |
| 07/27/12 | JMG | Follow up with associate re ███████████ | 0.40 |
| 07/27/12 | DFS | Review fact package, complaint, administrative orders, and court orders entered against Homecomings Financial, LLC. Review emails from client regarding ████████ | 2.00 |
| 07/27/12 | JCW | E-mails with J. Hoy regarding ███████████ | 0.20 |
| 07/27/12 | JCW | Conference with D. Standa regarding ███████████ | 0.20 |

Ally Financial Inc.
File No.:  1000304.00260

Invoice Date: September 17, 2012
Invoice No.:  959831
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/28/12 | DFS | Draft proposed order in preparation for hearing on rule to show cause. | 0.50 |
| 07/30/12 | TJC | Review of orders entered during this morning's hearing and emails re same. | 0.30 |
| 07/30/12 | JMG | Review orders entered at 7/30 hearing and various emails to/from litigation team re ███ | 0.30 |
| 07/30/12 | DFS | Attend hearing on City of Chicago's petition for rule to show cause, Homecoming's motion to dismiss, and trial. | 3.00 |
| 07/30/12 | JCW | E-mail to litigation team regarding ███████████ | 0.20 |
| 07/31/12 | TJC | Emails re status and strategy. | 0.30 |
| 07/31/12 | JMG | Emails from/to litigation team re ████████ | 0.30 |
| 07/31/12 | DFS | Research history of administrative judgments and Homecoming's ability to appeal/attack default judgments. | 1.50 |
| 07/31/12 | JCW | E-mails to and from litigation team regarding ███████ | 0.20 |
| | | **TOTAL HOURS** | **12.50** |
| | | **TOTAL FEES** | **$4,427.10** |

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.50 | 877.50 |
| J.Matthew Goodin | Partner | 458.00 | 3.20 | 1,465.60 |
| J.C. Webb | Associate | 295.00 | 0.80 | 236.00 |
| D. F. Standa | Associate | 264.00 | 7.00 | 1,848.00 |
| **TIMEKEEPER TOTALS** | | | **12.50** | **$4,427.10** |
| **TOTAL BALANCE DUE** | | | | **$4,427.10** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
Ally Financial Legal Staff
2711 N. Haskell Ave, Suite 900
Dallas, TX 75204

September 17, 2012
Invoice No.: 959832

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                                    $337.30

File Number:  1000304.00261
RE:  Phillips, Ryan

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/27/12 | TJC | Review of emails re new matter. | 0.50 |
| 07/27/12 | KMC | Teleconference with Ms. DeSilva re ███████████ | 0.10 |
| | | **TOTAL HOURS** | **0.60** |

**TOTAL FEES**                                                    **$337.30**

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| K. M. Castaneda | Senior Counsel | 448.00 | 0.10 | 44.80 |
| **TIMEKEEPER TOTALS** | | | **0.60** | **$337.30** |

**TOTAL BALANCE DUE**                                          **$337.30**

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                     September 17, 2012
Ally Financial                                         Invoice No.: 959818
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

---

Total amount due for the legal services rendered in connection with the
referenced matter through July 31, 2012                          $11,656.50

File Number:   1000304.00252
RE:   Regan, Kim v. GMAC Mortgage

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/13/12 | TJC | Review of progress on motion to strike affirmative defenses. | 0.30 |
| 07/14/12 | TJC | Preparation of motion to dismiss. | 0.20 |
| 07/14/12 | CGS | Review borrowers' loan file for the purpose of responding to affirmative defenses. | 2.40 |
| 07/14/12 | CGS | Research for the purpose of responding to borrower's affirmative defenses. | 5.50 |
| 07/14/12 | CGS | Draft response to borrower's affirmative defenses. | 2.10 |
| 07/16/12 | TJC | Review of final order granting limited relief from stay entered on Friday. | 0.30 |
| 07/16/12 | CGS | Draft motion to strike defendant's affirmative defenses. | 7.60 |
| 07/17/12 | TJC | Preparation of motion to strike affirmative defenses. | 1.00 |
| 07/17/12 | TJC | Email to Sheila Gregory re ███████████ | 0.20 |
| 07/18/12 | TJC | E-mails re preparation of motion for summary judgment and need to find out when we need to file the motion for summary judgment if we want it heard the same day as the motion to strike affirmative defenses. | 0.40 |

Ally Financial Inc.
File No.: 1000304.00252

Invoice Date: September 17, 2012
Invoice No.: 959818
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/18/12 | CGS | Draft motion for summary judgment. | 3.10 |
| 07/19/12 | CGS | Revise motion to strike borrower's affirmative defenses. | 0.30 |
| 07/20/12 | CGS | Revise motion to strike borrower's affirmative defenses. | 0.50 |
| 07/24/12 | CGS | Revise motion to strike borrower's affirmative defenses. | 3.90 |
| 07/24/12 | CGS | Draft motion for leave to file motion to strike brief in excess of 10 pages. | 1.10 |
| 07/25/12 | TJC | Email to Sheila Gregory re ███████████████ | 0.30 |
| 07/25/12 | CGS | Compile exhibits for motion to strike borrower's affirmative defenses. | 1.20 |
| 07/30/12 | CGS | Draft motion for summary judgment. | 8.10 |
| 07/31/12 | TJC | Preparation of motion for summary judgment and supporting affidavit. | 0.40 |
| 07/31/12 | CGS | Draft motion for summary judgment. | 2.80 |
| | | **TOTAL HOURS** | **41.70** |
| | | **TOTAL FEES** | **$11,656.50** |

------------------------------   BILLING PROFESSIONALS   ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 3.10 | 1,813.50 |
| C. G. Shetty | Associate | 255.00 | 38.60 | 9,843.00 |
| **TIMEKEEPER TOTALS** | | | **41.70** | **$11,656.50** |
| **TOTAL BALANCE DUE** | | | | **$11,656.50** |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)