# EXHIBIT B

# Part 4



**Locke Lord** LLP
Attorneys & Counselors

2200 Ross Avenue
Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Fax: (214) 740-8800
www.lockelord.com
Tax ID: 74-1164324

GMAC ResCap
Attn: Mr. David Hagens
One Meridian Crossings
Minneapolis, MN 55423

September 21, 2012
Invoice No.: 961090

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                 $3,757.90

File Number:   1000304.00161
RE:   Franklin, Tom vs. GMAC Mortgage, et al.

**Claim Number:**        11506

**Your File Number:**        702381

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/07/12 | JAB | Summarize past experience with Plaintiff and proposed strategy for new lawsuit. | 0.30 |
| 08/09/12 | TJC | Review latest complaint filed by Tom Franklin in federal court in Chicago. | 0.30 |
| 08/09/12 | TJC | Emails to/from Patty Zellmann re ████████ | 0.30 |
| 08/09/12 | TJC | Emails with Tom Yoxall and Jenny Brissette re ████████ | 0.20 |
| 08/09/12 | JAB | Draft e-mail to E. Spett re: new lawsuit and past experience with pro se plaintiff T. Franklin. | 0.30 |
| 08/09/12 | JAB | Analyze Final Supplemental Order in bankruptcy action in connection with drafting notice of bankruptcy for lawsuit recently filed by pro se plaintiff T. Franklin. | 0.80 |
| 08/10/12 | TJC | Emails re communications with David Applegate re ████████ | 0.20 |
| 08/13/12 | TJC | Emails to/from Patty Zellmann re ████████ | 0.20 |

Ally Financial Inc.
File No.: 1000304.00161

Invoice Date: September 21, 2012
Invoice No.: 961090
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/13/12 | JAB | Draft Notice of Bankruptcy and Suggestion of Automatic Stay. | 0.70 |
| 08/13/12 | JAB | Exchange e-mails re: filing strategy for Notice of Bankruptcy and Suggestion of Automatic Stay. | 0.20 |
| 08/15/12 | TJC | Emails from/to Patty Zellmann re ████████████████ | 0.20 |
| 08/15/12 | TJC | Review of petition for writ of certiorari. | 0.40 |
| 08/15/12 | TJC | Formulate strategy for dealing with petition for writ of certiorari. | 0.20 |
| 08/15/12 | TJC | Emails re dismissal of case recently filed in the Northern District of Illinois and review of order dismissing case. | 0.30 |
| 08/15/12 | TJC | Emails to/from Patty Zellmann re ██████ | 0.20 |
| 08/15/12 | TGY | Evaluate Petition for Certiorari; communications with P. Zellman and T. Cunningham regarding ███████ | 0.50 |
| 08/15/12 | JAB | Review Plaintiff's Petition for Writ of Certiorari. | 0.20 |
| 08/15/12 | JAB | Review order of dismissal in recently-filed Illinois case. | 0.10 |
| 08/16/12 | TJC | Emails re procedure and deadlines for responding to a petition for writ of certiorari. | 0.20 |
| 08/16/12 | TGY | Further consideration of Mr. Franklin's Petition for Certiorari. | 0.40 |
| 08/16/12 | JAB | Complete waiver of response paperwork. | 0.30 |
| 08/16/12 | JAB | Investigate other U.S. Supreme Court appeals filed by Plaintiff. | 0.30 |
| 08/16/12 | JAB | Provide results of research on Plaintiff's appeals to U.S. Supreme Court. | 0.20 |
| 08/16/12 | JAB | Confer with M. Ayers at Bradley Arant re: █████████████ ███████████████ | 0.20 |
| 08/16/12 | JAB | Investigate procedures for responding to petition for writ of certiorari. | 0.30 |
| 08/28/12 | TJC | Emails from Patty Zellmann re ████████████████ | 0.10 |
| 08/28/12 | JAB | E-mail P. Zellman re: ███████████ | 0.20 |
| 08/28/12 | JAB | Analyze complaint in new FDCPA lawsuit filed in Connecticut by pro se plaintiff T. Franklin. | 0.30 |
| 08/29/12 | JAB | Confer with G. Ozel at Pite Duncan re: █████████████ ██████████████████████ | 0.30 |
| 08/29/12 | JAB | E-mail P. Zellman re: ███████████ | 0.20 |
| | | **TOTAL HOURS** | **8.60** |

Ally Financial Inc.
File No.: 1000304.00161

Invoice Date: September 21, 2012
Invoice No.: 961090
Page: 4

**TOTAL FEES**                                                      **$3,757.90**

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 2.80 | 1,638.00 |
| T. G. Yoxall | Partner | 488.00 | 0.90 | 439.20 |
| J. A. Brissette | Associate | 343.00 | 4.90 | 1,680.70 |
| **TIMEKEEPER TOTALS** | | | **8.60** | **$3,757.90** |

**TOTAL BALANCE DUE**                                              **$3,757.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
P.O. Box 911541
Dallas, Texas 75391-1541

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T. G. Yoxall of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129, can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962310

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $656.40

File Number:   1000304.00192
RE:   Abucay v. GMAC Mortgage, LLC, #718914

**Your File Number:**     718914

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/14/12 | JMG | Emails to/from D. Booth re ███████████ | 0.30 |
| 08/15/12 | SWM | Prepare letter advising opposing counsel of stay as to GMACM. | 0.60 |
| 08/21/12 | JNF | Review correspondence to plaintiff's counsel re violation of automatic stay. | 0.10 |
| 08/21/12 | JMG | Revise draft letter to plaintiffs' counsel re violation of automatic stay and coordinate transmittal of same. | 0.60 |
| | | **TOTAL HOURS** | **1.60** |
| | | **TOTAL FEES** | **$656.40** |

----------------------------    BILLING PROFESSIONALS    ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.N Froehlich | Partner | 540.00 | 0.10 | 54.00 |
| J.Matthew Goodin | Partner | 458.00 | 0.90 | 412.20 |

Ally Financial Inc.
File No.:  1000304.00192

Invoice Date: September 28, 2012
Invoice No.:  962310
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| S.W. Mimms | Counsel | 317.00 | 0.60 | 190.20 |
| **TIMEKEEPER TOTALS** | | | **1.60** | **$656.40** |
| **TOTAL BALANCE DUE** | | | | **$656.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions
concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.
It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in
the course of providing legal services.  Such information may be obtained from the client; may be
generated as a result of the services provided; or may be received from third parties involved in, or
affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal
information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know
that information to provide the applicable services.  Locke Lord maintains physical, electronic and
procedural safeguards that comply with federal regulations to guard the nonpublic personal information
of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962312

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                    $3,120.90

File Number:   1000304.00213
RE:   FHLB Indianapolis v. Residential, #704371

**Your File Number:**       704371

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Numerous e-mails by and between joint defense counsel re ▮▮▮▮ | 0.50 |
| 08/01/12 | JMG | Monitor and review relevant joint defense emails. | 0.30 |
| 08/02/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.50 |
| 08/02/12 | TJC | Review of order received today setting telephonic status conference and email from court staff re same. | 0.20 |
| 08/03/12 | TJC | E-mails between and among joint defense counsel re upcoming status conference and call to discuss agenda. | 0.50 |
| 08/07/12 | TJC | E-mails between and among joint defense counsel re ▮▮▮▮ | 0.20 |
| 08/09/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |
| 08/13/12 | TJC | Emails re draft responses and objections to plaintiff's first set of document requests. | 0.50 |
| 08/16/12 | TJC | Emails between and among joint defense counsel re ▮▮▮▮ | 0.20 |

Ally Financial Inc.
File No.: 1000304.00213

Invoice Date: September 28, 2012
Invoice No.: 962312
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████████ | |
| 08/17/12 | TJC | Emails between and among joint defense counsel re ████ ██████████████████████ | 0.50 |
| 08/20/12 | TJC | Emails between and among joint defense counsel re ████ ████████████ | 0.30 |
| 08/20/12 | TJC | Emails between and among joint defense counsel re ████ ████████████████████ | 0.20 |
| 08/21/12 | TJC | Emails between and among joint defense counsel re ████ ███████████████ | 0.50 |
| 08/22/12 | TJC | Emails between and among joint defense counsel re ████ ██████████ | 0.20 |
| 08/23/12 | TJC | Emails between and among joint defense counsel re ████ █████████ | 0.10 |
| 08/24/12 | TJC | Emails between and among joint defense counsel re ████ ████████ | 0.10 |
| 08/27/12 | TJC | Emails between and among joint defense counsel re ████ ███████ | 0.10 |
| 08/30/12 | TJC | Emails between and among joint defense group re ████ ██████ | 0.20 |
| 08/31/12 | TJC | Emails re plaintiffs' request for meet and confer regarding discovery. | 0.10 |
| | | **TOTAL HOURS** | **5.40** |

**TOTAL FEES**                                          **$3,120.90**

------------------------------- BILLING PROFESSIONALS -------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 5.10 | 2,983.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.30 | 137.40 |
| **TIMEKEEPER TOTALS** | | | **5.40** | **$3,120.90** |

**TOTAL BALANCE DUE**                                   **$3,120.90**

PLEASE REMIT PAYMENT:

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962313

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                   $58.50

File Number:  1000304.00219
RE:  FHLB Boston v. Residential, #713113

**Your File Number:**     713113

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/15/12 | TJC | Review of ECF notices received today. | 0.10 |
| | | **TOTAL HOURS** | **0.10** |
| | **TOTAL FEES** | | **$58.50** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| **TIMEKEEPER TOTALS** | | | **0.10** | **$58.50** |
| **TOTAL BALANCE DUE** | | | | **$58.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP
## Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962314

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                    $1,771.50

File Number:   1000304.00180
RE:   Pogosian, Khachik v. GMAC Mortgage, #702349

**Your File Number:**        702349

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | DAS | Finalize and file stipulation to continue case management conference. | 0.20 |
| 08/06/12 | TJC | Review of status of settlement progress. | 0.30 |
| 08/15/12 | TJC | E-mail to Kathy Priore re ███████████ | 0.20 |
| 08/15/12 | DAS | Correspondence re status of motion to approve settlement. | 0.20 |
| 08/16/12 | TJC | Emails from/to Kathy Priore re ██████████ | 0.30 |
| 08/17/12 | DAS | Correspondence re status of settlement. | 0.20 |
| 08/21/12 | DAS | Correspondence re status of settlement; call bankruptcy counsel. | 0.20 |
| 08/22/12 | DAS | Correspondence re status of settlement; call bankruptcy counsel. | 0.20 |
| 08/27/12 | TJC | Emails re current status. | 0.30 |
| 08/27/12 | DAS | Correspondence re status of settlement; call bankruptcy counsel. | 2.00 |
| | | **TOTAL HOURS** | **4.10** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00180

Invoice Date: September 28, 2012
Invoice No.: 962314
Page: 3

## TOTAL FEES                                    $1,771.50

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| D. A. Solitro | Associate | 376.00 | 3.00 | 1,128.00 |
| **TIMEKEEPER TOTALS** | | | **4.10** | **$1,771.50** |

## TOTAL BALANCE DUE                              $1,771.50

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962315

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                   $31.70

    File Number:   1000304.00183
          RE:   Aguilar, Maria v. GMAC Mortgage, #713953

**Your File Number:**        713953

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | DRS | Telephone conference to foreclosure counsel regarding status. | 0.10 |
| | | **TOTAL HOURS** | **0.10** |
| | **TOTAL FEES** | | **$31.70** |

------------------------------    BILLING PROFESSIONALS    ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| D.R. Sargent | Associate | 317.00 | 0.10 | 31.70 |
| **TIMEKEEPER TOTALS** | | | **0.10** | **$31.70** |
| **TOTAL BALANCE DUE** | | | | **$31.70** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962316

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                  $663.00

File Number:   1000304.00184
RE:   Bates, Barrett (Indiana) v. GMAC Mortgage, LLC
#713892

**Your File Number:**      713892

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | CGS | Analyze plaintiff's notice of appeal. | 1.50 |
| 08/15/12 | CGS | Draft appellate appearance. | 0.80 |
| 08/17/12 | CGS | Prepare and file appellate appearance. | 0.30 |
| | | **TOTAL HOURS** | **2.60** |

**TOTAL FEES**                                                      **$663.00**

---------------------------- BILLING PROFESSIONALS ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| C. G. Shetty | Associate | 255.00 | 2.60 | 663.00 |
| **TIMEKEEPER TOTALS** | | | **2.60** | **$663.00** |

**TOTAL BALANCE DUE**                                              **$663.00**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC


# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962317

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                           $2,070.00

File Number:   1000304.00185
RE:   Sigler, Eyal v. GMAC Mortgage, LLC, #689067

**Your File Number:**      689067

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Preparation of reply to affirmative defenses and emails re same. | 0.50 |
| 08/05/12 | DRS | E-mails with client regarding ███████████ | 0.10 |
| 08/06/12 | TJC | Conference with D. Sargent re ███████████ | 0.20 |
| 08/06/12 | DRS | E-mails with client regarding ███████████ | 0.20 |
| 08/08/12 | TJC | E-mail to Sheila Gregory re ███████████ | 0.20 |
| 08/08/12 | DRS | Review, revise and finalize reply to affirmative defenses. | 1.40 |
| 08/14/12 | DRS | Prepare motion for summary judgment. | 2.80 |
| 08/20/12 | TJC | Conference re status of motion for summary judgment. | 0.20 |
| | | **TOTAL HOURS** | **5.60** |

**TOTAL FEES**                                                    $2,070.00

------------------------------ **BILLING PROFESSIONALS** ------------------------------

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Hong Kong ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

Ally Financial Inc.
File No.: 1000304.00185

Invoice Date: September 28, 2012
Invoice No.: 962317
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| D.R. Sargent | Associate | 317.00 | 4.50 | 1,426.50 |
| **TIMEKEEPER TOTALS** | | | **5.60** | **$2,070.00** |
| **TOTAL BALANCE DUE** | | | | **$2,070.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.

# Locke Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962318

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $705.50

    File Number:    1000304.00187
    RE:    Hall, Martin v. GMAC Mortgage, #715806

**Your File Number:**        715806

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/08/12 | JCW | Respond to e-mail from S. Gregory regarding ███████████ | 0.20 |
| 08/21/12 | TJC | Review of letter from Hall re status of loan mod and inaccurate demands for payment he keeps receiving. | 0.10 |
| 08/21/12 | TJC | Emails to/from Kathy Priore re ████████████████ | 0.30 |
| 08/21/12 | JCW | Telephone call with S. Gregory regarding ███████████ | 0.20 |
| 08/21/12 | JCW | E-mails with Hall regarding status of loan and September payment. | 0.20 |
| 08/21/12 | JCW | Analyze letter from Hall regarding problems with loan modification and receipt of improper late notices. | 0.20 |
| 08/21/12 | JCW | E-mails with S. Gregory regarding ███████████ | 0.20 |
| 08/30/12 | TJC | Email re recent payments by Hall. | 0.10 |
| 08/30/12 | JCW | Telephone calls with GMAC Mortgage regarding ███████ | 0.40 |

Ally Financial Inc.                                                    Invoice Date: September 28, 2012
File No.:  1000304.00187                                                    Invoice No.: 962318
                                                                                          Page: 3

---

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████████████████████ | |
| | | **TOTAL HOURS** | **1.90** |
| | | **TOTAL FEES** | **$705.50** |

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.C. Webb | Associate | 295.00 | 1.40 | 413.00 |
| **TIMEKEEPER TOTALS** | | | **1.90** | **$705.50** |
| **TOTAL BALANCE DUE** | | | | **$705.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions
concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.
It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in
the course of providing legal services.  Such information may be obtained from the client; may be
generated as a result of the services provided; or may be received from third parties involved in, or
affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal
information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know
that information to provide the applicable services.  Locke Lord maintains physical, electronic and
procedural safeguards that comply with federal regulations to guard the nonpublic personal information
of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Shiela Gregory                                September 28, 2012
Ally Financial                                    Invoice No.: 962319
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                    <u>$9,652.50</u>

File Number:    1000304.00188
RE:    4836 W. Superior, Chicago, IL (Fort), #715591

**Your File Number:**        715591

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Emails re upcoming hearings on notices of administrative violations and strategy for handling same. | 0.30 |
| 08/02/12 | TJC | Review of agreed motion to continue hearing on administrative violation and emails re same. | 0.30 |
| 08/02/12 | JCW | E-mail to Chethan Shetty regarding ███████████ | 0.30 |
| 08/03/12 | CGS | Attend administrative hearing on alleged city ordinance violations. | 1.50 |
| 08/03/12 | JCW | E-mail to GMAC Mortgage regarding ███████████ ██████ | 0.30 |
| 08/08/12 | JCW | Analyze the City's Response to GMAC Mortgage's Motion for Summary Judgment. | 0.20 |
| 08/08/12 | JCW | Analyze the City's new Emergency Motion to Strike Affirmative Defenses and Counterclaims. | 0.30 |
| 08/08/12 | JCW | E-mail to Tom Cunningham regarding ███████████ ████████████████████████████████████ | 0.10 |

Ally Financial Inc.
File No.:  1000304.00188

Invoice Date: September 28, 2012
Invoice No.:  962319
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/09/12 | JCW | E-mail to GMAC Mortgage regarding ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ | 0.20 |
| 08/13/12 | TJC | Review of order entered this morning on City's "emergency" motion to strike our affirmative defenses and counterclaims and emails re same. | 0.20 |
| 08/13/12 | JCW | Prepare for hearing on City's Emergency Motion to Strike Affirmative Defenses and Counterclaims. | 0.20 |
| 08/13/12 | JCW | Attend hearing on City's Emergency Motion to Strike Affirmative Defenses and Counterclaims. | 1.00 |
| 08/13/12 | JCW | E-mail to GMAC Mortgage ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ | 0.20 |
| 08/16/12 | JCW | E-mail to counsel for the City regarding hearing in administrative proceeding. | 0.20 |
| 08/17/12 | TJC | Review of order entered yesterday continuing hearing to October and follow up email re same. | 0.20 |
| 08/17/12 | TJC | Email from Sheila Gregory re ▊▊▊▊▊▊▊▊▊▊▊▊▊▊ | 0.10 |
| 08/17/12 | TJC | Review of new tickets sent by Sheila Gregory and analysis of appropriate strategy for response. | 0.50 |
| 08/17/12 | TJC | Emails to/from Sheila Gregory and Kathy Priore re ▊▊▊▊▊▊▊▊▊▊▊▊▊ | 0.30 |
| 08/17/12 | TJC | Preparation of draft letters to various City officials and collection firm re automatic stay and GMACM's lack of interest in the subject property. | 0.50 |
| 08/17/12 | JCW | E-mail to GMAC Mortgage enclosing latest order continuing administrative proceeding. | 0.10 |
| 08/17/12 | JCW | Analyze four new Notices of Violation received by GMAC Mortgage. | 0.40 |
| 08/17/12 | JCW | Analyze 8/13 collection notice received by GMAC Mortgage. | 0.20 |
| 08/17/12 | JCW | E-mails with Tom Cunningham regarding ▊▊▊▊▊▊▊▊▊▊▊▊▊ | 0.30 |
| 08/17/12 | JCW | E-mail to S. Gregory regarding ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ | 0.20 |
| 08/17/12 | JCW | Draft letter to Markoff Krasny regarding 8/13 collection letter. | 0.80 |
| 08/17/12 | JCW | Draft letter to City of Chicago officials regarding 8/13 collection | 0.80 |

Ally Financial Inc.
File No.:  1000304.00188

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | letter. | |
| 08/18/12 | TJC | Emails from Julie Webb re ███████████████████ ██████████ | 0.10 |
| 08/20/12 | TJC | Revisions to draft letters to collection firm and City of Chicago officials re violation of the automatic stay. | 0.50 |
| 08/20/12 | TJC | Preparation of answer and affirmative defenses to amended complaint. | 0.20 |
| 08/20/12 | TJC | Preparation of reply in support of motion for summary judgment. | 0.30 |
| 08/20/12 | JCW | Revise letter to Markoff Krasny regarding 8/13 collection notice. | 0.30 |
| 08/20/12 | JCW | Revise letter to City of Chicago officials regarding 8/13 collection notice. | 0.30 |
| 08/20/12 | JCW | Draft Reply in Support of Motion for Summary Judgment. | 3.10 |
| 08/20/12 | JCW | E-mail to S. Gregory ████████████████████████ ██████████ | 0.10 |
| 08/20/12 | JCW | Draft Answer to Amended Complaint. | 0.90 |
| 08/21/12 | JCW | E-mail to GMAC Mortgage ██████████████████ ██████ | 0.10 |
| 08/21/12 | JCW | E-mail to GMAC Mortgage ██████████████████ █████ | 0.10 |
| 08/22/12 | JCW | E-mail regarding Answer to Amended Complaint and Reply in Support of Summary Judgment. | 0.10 |
| 08/23/12 | TJC | Review of additional letter received today from the City's collection firm and emails re same. | 0.30 |
| 08/23/12 | JCW | Review July 25, 2012 collection letter forwarded by GMAC Mortgage. | 0.20 |
| 08/23/12 | JCW | E-mail to GMAC Mortgage regarding ██████████████ ██████ | 0.10 |
| 08/23/12 | JCW | Research registered agent for service of process for GMAC Mortgage Group LLC. | 0.30 |
| 08/23/12 | JCW | E-mail to GMAC Mortgage regarding ████████████ ███████████████ | 0.10 |
| 08/23/12 | JCW | Revise Answer to Amended Complaint. | 0.20 |
| 08/23/12 | JCW | E-mail to GMAC Mortgage ████████████████████ ████████ | 0.10 |
| 08/23/12 | JCW | Prepare courtesy copies of papers related to Motion for Summary Judgment. | 0.30 |

Ally Financial Inc.
File No.:  1000304.00188

Invoice Date: September 28, 2012
Invoice No.:  962319
Page:  5

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/23/12 | JCW | Prepare spreadsheet of City of Chicago building code matters. | 0.20 |
| 08/24/12 | JCW | Prepare Response to Motion to Strike Affirmative Defenses and Counterclaims. | 1.20 |
| 08/27/12 | TJC | Review of draft response in opposition to City's motion to strike affirmative defenses and counterclaims. | 0.30 |
| 08/27/12 | JCW | E-mail to GMAC Mortgage ██████ | 0.10 |
| 08/27/12 | JCW | E-mail to GMAC Mortgage ████████ | 0.10 |
| 08/27/12 | JCW | Prepare Response to Motion to Strike Affirmative Defenses and Counterclaims. | 6.20 |
| 08/27/12 | JCW | Revise Reply in Support of Motion for Summary Judgment. | 0.60 |
| 08/27/12 | JCW | Prepare courtesy copies of papers related to Motion for Summary Judgment. | 0.20 |
| 08/27/12 | JCW | Prepare cover letter for courtesy copies of papers related to Motion for Summary Judgment. | 0.20 |
| 08/27/12 | JCW | Telephone call with S. Gregory regarding ██████ | 0.20 |
| 08/27/12 | JCW | Telephone call with counsel for City regarding violation of automatic stay and efforts to cease collection from GMAC Mortgage. | 0.20 |
| 08/27/12 | JCW | E-mail to GMAC Mortgage regarding ██████ | 0.10 |
| 08/30/12 | JCW | Revise Response in Opposition to Motion to Strike Affirmative Defenses and Counterclaims to prepare for filing. | 1.10 |
| 08/31/12 | TJC | Email to Sheila Gregory re ██████ | 0.20 |
| 08/31/12 | TJC | Emails from/ Kathy Priore re ██████ | 0.20 |
| | | **TOTAL HOURS** | **28.50** |

**TOTAL FEES**                                                   **$9,652.50**

------------------------------    **BILLING PROFESSIONALS**    ------------------------------

Ally Financial Inc.
File No.: 1000304.00188

Invoice Date: September 28, 2012
Invoice No.: 962319
Page: 6

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 4.50 | 2,632.50 |
| J.C. Webb | Associate | 295.00 | 22.50 | 6,637.50 |
| C. G. Shetty | Associate | 255.00 | 1.50 | 382.50 |
| **TIMEKEEPER TOTALS** | | | **28.50** | **$9,652.50** |
| **TOTAL BALANCE DUE** | | | | **$9,652.50** |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens                                          September 28, 2012
Ally Financial                                           Invoice No.: 962320
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                    <u>$404.50</u>

    File Number:    1000304.00195
        RE:    NCUA v. GMAC Mortgage (California), #718805

| | |
|---|---|
| **Loan Number:** | 718805 |
| **Your File Number:** | 718805 |
| **Case Number:** | LACV11-6521 |
| **Court:** | USDC, Cent Dist, CA |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/02/12 | TJC | Review of ECF notices received today. | 0.20 |
| 08/20/12 | TJC | Review of ECF notice re filing of notice of supplemental authority by Goldman Sachs. | 0.10 |
| 08/24/12 | JMG | Review ECF notice re docket activity -- First Amended Complaint, summary review of same and email to W. Thompson and P. Zellmann. | 0.50 |
| | | **TOTAL HOURS** | **0.80** |
| | | | |
| | | **TOTAL FEES** | **$404.50** |

------------------------    BILLING PROFESSIONALS    ------------------------

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00195

Invoice Date: September 28, 2012
Invoice No.: 962320
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.50 | 229.00 |
| **TIMEKEEPER TOTALS** | | | **0.80** | **$404.50** |
| **TOTAL BALANCE DUE** | | | | **$404.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962321

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                $1,126.90

      File Number:    1000304.00196
            RE:    NCUA v. GMAC Mortgage (Kansas), #714943

| | |
|---|---|
| **Loan Number:** | 714943 |
| **Your File Number:** | 714943 |
| **Case Number:** | 11-CV-2340 RDR |
| **Court:** | USDC, Dist of Kansas |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/06/12 | TJC | E-mails between and among joint defense counsel re ███ ██████████████████ | 0.20 |
| 08/06/12 | JMG | Monitor, review, and respond to joint defense e-mails. | 0.20 |
| 08/07/12 | TJC | Review of ECF notices received today. | 0.20 |
| 08/07/12 | JMG | Monitor and review various joint defense e-mails and ECF notices. | 0.20 |
| 08/08/12 | TJC | Review of daily ECF notices received. | 0.10 |
| 08/10/12 | TJC | Review of ECF notices re motion to certify interlocutory appeal and emails re same. | 0.20 |
| 08/13/12 | TJC | Review of ECF notices received today. | 0.10 |
| 08/13/12 | JMG | Monitor and review ECF notice re docket activity -- motion to certify issues for appeal and email to W. Thompson and P. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
|  |  | Zellmann re ▉▉▉ |  |
| 08/14/12 | TJC | Review of ECF notice received today. | 0.10 |
| 08/15/12 | TJC | Review of ECF notices received today. | 0.10 |
| 08/16/12 | TJC | Review of ECF notices. | 0.10 |
| 08/24/12 | TJC | Review of ECF notices received today, including notice regarding amended complaint and memorandum in opposition to motion to certify interlocutory appeal. | 0.20 |
|  |  | **TOTAL HOURS** | **2.10** |
|  |  | **TOTAL FEES** | **$1,126.90** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.30 | 760.50 |
| J.Matthew Goodin | Partner | 458.00 | 0.80 | 366.40 |
| **TIMEKEEPER TOTALS** |  |  | **2.10** | **$1,126.90** |
| **TOTAL BALANCE DUE** |  |  |  | **$1,126.90** |

**PLEASE REMIT PAYMENT:**

| Via US Mail: | Via Courier: | Via Wire: |
|-------------|--------------|-----------|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
|  | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
|  | Box #24259 | 712 Main Street, Houston, TX 77002 |
|  |  | Reference: LL Invoice Number / Matter |

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
Ally Financial
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

September 28, 2012
Invoice No.: 962328

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $3,762.10

    File Number:    1000304.00202
    RE:    Dade, Linda v. GMAC Mortgage, #720603

**Your File Number:**        720603

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/02/12 | KMC | Review entire loan file to gather documents and information needed to provide additional detail to TWC-CRD. | 4.50 |
| 08/03/12 | KMC | Teleconference with Ms. DeSilva re ███████████ | 0.10 |
| 08/03/12 | KMC | Create timeline of events from all background documents re response to TWC. | 0.80 |
| 08/04/12 | TJC | Review of Kirsten Castaneda's timeline and memorandum re ███████████ | 0.70 |
| 08/28/12 | KMC | Follow-up e-mail to Ms. DeSilva re ███████████ | 0.10 |
| 08/29/12 | KMC | Draft supplemental response with attached documents to TWC. | 0.90 |
| 08/30/12 | TJC | Follow up emails from/to Liz DeSilva re ███████ | 0.20 |
| 08/30/12 | TJC | Emails from/to Kirsten Castaneda re ███████ | 0.40 |
| 08/30/12 | KMC | Confer with Ms. DeSilva re ███████████ | 0.20 |
| 08/31/12 | KMC | Respond to TWC request for information re conciliation offer. | 0.10 |

Ally Financial Inc.
File No.:  1000304.00202

Invoice Date: September 28, 2012
Invoice No.: 962328
Page:  3

---

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | **TOTAL HOURS** | | **8.00** |
| | **TOTAL FEES** | | **$3,762.10** |

----------------------------- **BILLING PROFESSIONALS**  -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.30 | 760.50 |
| K. M. Castaneda | Senior Counsel | 448.00 | 6.70 | 3,001.60 |
| **TIMEKEEPER TOTALS** | | | **8.00** | **$3,762.10** |

**TOTAL BALANCE DUE**                                              **$3,762.10**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962330

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$12,408.16

File Number:   1000304.00211
RE:   Kral, Kenneth v. GMAC Mortgage, 725078

**Your File Number:**    725078

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | WSB | Review and analyze docket and developments in Kenneth Kral's bankruptcy case; analyze Motion for Relief from Stay, accompanying Memorandum, and declarations; conduct limited legal research regarding effect of exemptions on estate property; analysis of issues with Shiva Delrahim. | 3.20 |
| 08/01/12 | TJC | E-mails re plaintiffs' counsel's recent motion for admission to the SDNY bankruptcy court and possibility that he will be seeking relief from stay to continue to prosecute class action and overall status and strategy. | 0.40 |
| 08/01/12 | JMG | Review various emails updating on status and plaintiffs' counsel's filings in ResCap bankruptcy. | 0.20 |
| 08/01/12 | SSD | Telephone call with S. Bryant re: ▮▮▮▮▮▮▮▮▮▮ correspondence with R. McClendon re: ▮▮▮▮▮▮ | 1.50 |
| 08/03/12 | TJC | E-mail from Don Booth re ▮▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 08/06/12 | WSB | Analysis and review of estate-property and exemption issues | 0.90 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 28, 2012
Invoice No.:  962330
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| | | with Shiva Delrahim; conduct limited legal research on such issues and forward results of analysis to Ms. Delrahim for her to incorporate into lift-stay motion. | |
| 08/06/12 | SSD | Legal research FRBP 4003.03, exemptions and pass through of property in chapter 7 cases. | 2.00 |
| 08/07/12 | WSB | Edit and revise proposed Memorandum of Law in support of Motion for Relief from Stay and Motion for Leave to file second Motion for Relief; correspond via e-mail with Shiva Delrahim regarding ▇▇▇▇ | 1.90 |
| 08/07/12 | SSD | Review and revise motion for relief from stay with memorandum of points and authorities; telephone call with R. McClendon re: ▇▇▇▇ correspondence with S. Bryant re: ▇▇▇▇▇▇▇▇ draft declaration for broker re: motion for relief from stay; correspondence and telephone call with broker re: declaration. | 2.90 |
| 08/07/12 | RJM | Review and revise arguments concerning effect of exemption in motion for relief from stay. | 0.50 |
| 08/08/12 | WSB | Correspond regarding exemption and relief from stay issues. | 0.20 |
| 08/08/12 | TJC | Review of draft motion for leave to file motion for relief from stay and proposed revised motion for relief from stay. | 0.40 |
| 08/08/12 | TJC | E-mails re exemption claimed by the Debtor. | 0.20 |
| 08/08/12 | SSD | Correspondence re: motion for leave and motion for relief from stay; telephone call with broker re: declaration; correspondence with broker re: declaration; correspondence with R. McClendon re: ▇▇▇ | 0.70 |
| 08/09/12 | JMG | Confer w/ litigation team re: ▇▇▇▇▇▇ e-mails to/from D. Booth re: ▇▇▇ | 0.40 |
| 08/09/12 | RJM | Correspondence with Don Booth re ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.20 |
| 08/09/12 | RJM | Correspondence with Yaron Shaham re settlement with Stricker. | 0.20 |
| 08/10/12 | RJM | Correspondence with Don Booth re ▇▇▇▇▇▇ ▇▇▇▇▇ | 0.30 |
| 08/13/12 | TJC | Emails re draft motion for leave to file motion for relief from stay. | 0.20 |
| 08/13/12 | SSD | Telephone call with Judge Clarkson's chambers re: setting motion for leave for hearing; correspondence with R. McClendon re: ▇▇▇▇▇▇ motion for leave and memorandum of points and authorities in | 1.30 |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 28, 2012
Invoice No.: 962330
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | support of motion for relief per client comments; correspondence with R. McClendon re: ███████████ | |
| 08/13/12 | RJM | Correspondence with Don Booth re ███████████ ███████████████████████ | 0.30 |
| 08/14/12 | SSD | Legal research re: standard under FRCP 60(b) and FRBP 9024 for inequity in prospective application of final order. | 2.40 |
| 08/15/12 | SSD | Review and revise motion for leave to include FRCP 60(b) argument per Judge Clarkson's law clerk. | 2.00 |
| 08/16/12 | WSB | Edit and revise Motion for Leave to file second Motion for Relief from Stay. | 0.20 |
| 08/16/12 | TJC | Emails re status of getting motion for leave to file motion for relief from stay on file. | 0.20 |
| 08/16/12 | TJC | Review of revised motion for leave to file motion to modify stay. | 0.20 |
| 08/16/12 | JMG | Review revised draft motion for relief from stay and various emails re same. | 0.50 |
| 08/16/12 | SSD | Review and revise motion for leave re: FRCP 60 per law clerk's comments; correspondence with S. Bryant re: ███████ █████████ | 1.20 |
| 08/16/12 | RJM | Correspondence with Don Booth re ███████████ ██████████████████ | 0.30 |
| 08/23/12 | TJC | Emails re status and strategy. | 0.10 |
| 08/24/12 | SSD | Review, revise and finalize motion for leave with exhibits for filing; prepare notice of motion for leave; review proof of service to include all parties from creditor matrix. | 1.60 |
| 08/28/12 | TJC | E-mails re contact from Plaintiffs' counsel re meet and confer in relation to motion to modify the stay and possible short sale of property, consideration of same. | 0.20 |
| 08/28/12 | SSD | Review, finalize and file motion for leave to file second motion for relief from stay with five exhibits, declaration of Shiva Delrahim, and Notice of Motion; draft notice of motion and hearing; review and finalize certificate of service; review judge's copy for service; correspondence with Don Booth re: ███████ calendar hearing dates per notice of hearing. | 2.90 |
| 08/28/12 | RJM | Correspondence with Joe Roberts re planned motion for relief from stay to pursue putative class claims. | 0.20 |
| | | **TOTAL HOURS** | **30.00** |
| | | **TOTAL FEES** | **$12,396.60** |

Ally Financial Inc.
File No.: 1000304.00211

Invoice Date: September 28, 2012
Invoice No.: 962330
Page: 5

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 2.00 | 1,170.00 |
| J.Matthew Goodin | Partner | 458.00 | 1.10 | 503.80 |
| W. S. Bryant | Partner | 412.00 | 6.40 | 2,636.80 |
| S. S. Delrahim | Associate | 380.00 | 18.50 | 7,030.00 |
| R. J. McClendon | Senior Counsel | 528.00 | 2.00 | 1,056.00 |
| **TIMEKEEPER TOTALS** | | | **30.00** | **$12,396.60** |

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Delivery Services/Messengers | 11.56 |
| | TOTAL EXPENSES | $11.56 |

| | |
|---|---|
| TOTAL FEES | $12,396.60 |
| TOTAL EXPENSES | $11.56 |
| TOTAL FEES AND EXPENSES | $12,408.16 |
| **TOTAL BALANCE DUE** | **$12,408.16** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.



# Locke
# Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Gia Albright
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962334

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                 $3,432.30

File Number:   1000304.00212
RE:   Vasquez, David v. GMAC Mortgage, LLC

**Your File Number:**        725258

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | JLK | Revise responses to request for production; draft correspondence to client regarding production responses. | 0.80 |
| 08/02/12 | TJC | NO CHARGE - Emails re borrower communications with GMACM; review of draft notice of bankruptcy and emails re same. | 0.40 |
| 08/02/12 | JLK | Confer with Ms. Stokes regarding ███████████ ████████████████ confer with Ms. Stokes regarding ███████████████████ call to Plaintiff's counsel; draft notice of bankruptcy; review servicing notes in preparation for production. | 1.10 |
| 08/03/12 | JLK | Draft notice of bankruptcy; confer with Plaintiff's counsel regarding Plaintiff's intentions with regard to pursuing lawsuit in light of limited lift of stay. | 0.70 |
| 08/15/12 | TJC | Email re revised notice of bankruptcy and review of same. | 0.10 |
| 08/15/12 | JLK | Confer with client regarding notice of bankruptcy. | 0.20 |
| 08/16/12 | JLK | Review notice of bankruptcy; prepare notice of bankruptcy for filing. | 0.30 |
| 08/17/12 | TJC | Emails re current status and strategy. | 0.10 |

Ally Financial Inc.                                                              Invoice Date: September 28, 2012
File No.: 1000304.00212                                                            Invoice No.:  962334
                                                                                              Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/17/12 | JLK | Call with Plaintiff's counsel regarding notice of bankruptcy; confer with court clerk regarding notice of bankruptcy. | 0.50 |
| 08/19/12 | JLK | Confer with Plaintiff's counsel regarding written discovery and limited lift of bankruptcy stay. | 0.20 |
| 08/20/12 | JLK | Confer with Plaintiff's counsel regarding written discovery and limited lift of bankruptcy stay. | 0.30 |
| 08/21/12 | TC | Conference regarding impact of automatic stay on defense of state court proceedings; review stay order. | 0.50 |
| 08/21/12 | JLS | Research and analysis regarding removal to federal court. | 1.80 |
| 08/21/12 | JLK | Evaluate related-to federal jurisdiction with respect to pending bankruptcy. | 0.40 |
| 08/27/12 | TJC | Emails re possible removal of case using bankruptcy court "related to" jurisdiction. | 0.20 |
| 08/27/12 | JLS | Work on removal strategy. | 0.40 |
| 08/27/12 | JLK | Evaluate bankruptcy court order extending deadline to remove lawsuit. | 0.20 |
| 08/28/12 | TJC | Telephone conference with Jason Sanders re ██████████ ██████████ | 0.30 |
| 08/28/12 | JLS | Conference regarding removal issues. | 0.20 |
| 08/29/12 | JLK | Attend scheduling conference hearing. | 0.40 |
| | | **TOTAL HOURS** | **9.10** |

**TOTAL FEES**                                                                   **$3,432.30**

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T. A. Connop | Partner | 600.00 | 0.50 | 300.00 |
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J. L. Sanders | Partner | 374.00 | 2.40 | 897.60 |
| J. L. Kinney | Associate | 312.00 | 5.10 | 1,591.20 |
| **TIMEKEEPER TOTALS** | | | **9.10** | **$3,432.30** |

**TOTAL BALANCE DUE**                                                            **$3,432.30**



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962336

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                              $2,254.70

File Number:   1000304.00214
RE:   Jefferson, Bakari v. GMAC Mortgage, 725137

**Your File Number:**        725137

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/03/12 | JLK | Draft initial disclosures; review and revise same; confer with Plaintiffs' counsel regarding extension of deadline to serve initial disclosures; draft Rule 29 Agreement extending deadline to serve initial disclosures. | 1.40 |
| 08/13/12 | JLS | Work on motion to dismiss. | 0.40 |
| 08/13/12 | JLK | Evaluate initial disclosure; confer with Mr. Sanders regarding ▓▓▓▓▓▓▓ revise initial disclosures; draft correspondence to client regarding initial disclosures; draft notice of bankruptcy; revise motion to dismiss. | 1.80 |
| 08/14/12 | TJC | Emails re status and strategy. | 0.10 |
| 08/15/12 | JLS | Consideration of motion to dismiss and notice of bankruptcy. | 0.10 |
| 08/15/12 | JLK | Prepare notice of bankruptcy; evaluate effect of stay on motion to dismiss. | 0.80 |
| 08/16/12 | JLS | Work on motion to dismiss strategy. | 0.20 |
| 08/16/12 | JLK | Call with Plaintiff's counsel regarding Plaintiff's purpose for lawsuit and limited lift of bankruptcy stay; review property appraisal detail. | 0.50 |
| 08/17/12 | JLK | Evaluate pursuit of motion to dismiss for failure to state a claim | 0.90 |

Ally Financial Inc.
File No.: 1000304.00214

Invoice Date: September 28, 2012
Invoice No.: 962336
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | where bankruptcy stay is in place. | |
| 08/20/12 | JLK | Revise initial disclosures; prepare same for service on Plaintiff's counsel. | 0.50 |
| 08/23/12 | JLK | Evaluate motion to dismiss claims despite bankruptcy stay. | 0.30 |
| | | **TOTAL HOURS** | **7.00** |

**TOTAL FEES**                                                    $2,254.70

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.10 | 58.50 |
| J. L. Sanders | Partner | 374.00 | 0.70 | 261.80 |
| J. L. Kinney | Associate | 312.00 | 6.20 | 1,934.40 |
| **TIMEKEEPER TOTALS** | | | **7.00** | **$2,254.70** |

**TOTAL BALANCE DUE**                                              $2,254.70

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962337

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                $1,948.60

File Number:   1000304.00217
RE:   Charles Schwab v. Residential, 701759

**Your File Number:**      701759

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/03/12 | TJC | E-mails between and among joint defense counsel re ██████ ████████████████████████████████████ | 0.20 |
| 08/03/12 | TJC | E-mail re Morgan Stanley's answer to Second Amended Complaint. | 0.10 |
| 08/03/12 | JMG | Monitor and review joint defense emails re ████████ ██████████████ | 0.20 |
| 08/06/12 | TJC | Emails between and among joint defense counsel re ██████ ████████ | 0.30 |
| 08/06/12 | JMG | Monitor and review joint defense e-mails. | 0.30 |
| 08/07/12 | TJC | E-mails between and among joint defense counsel re ██████ ████████████████ | 0.20 |
| 08/07/12 | JMG | Monitor and review various joint defense e-mails. | 0.30 |
| 08/08/12 | TJC | E-mails between and among joint defense counsel re ████ ████████████ | 0.20 |
| 08/09/12 | TJC | Emails between and among joint defense counsel re ██████ ██████████████████ | 0.20 |

Ally Financial Inc.
File No.:  1000304.00217

Invoice Date: September 28, 2012
Invoice No.: 962337
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/09/12 | JMG | Monitor and review relevant pleadings and correspondence. | 0.20 |
| 08/14/12 | TJC | Email from counsel for co-defendant re ██████ ██████████ | 0.10 |
| 08/21/12 | TJC | Emails between and among joint defense counsel re ████ ██████ | 0.10 |
| 08/21/12 | JMG | Monitor, review relevant joint defense emails. | 0.20 |
| 08/23/12 | TJC | Email re voluntary dismissal of co-defendant. | 0.10 |
| 08/25/12 | TJC | Emails between and among joint defense counsel re ████ ██████ | 0.20 |
| 08/27/12 | TJC | Emails between and among joint defense counsel re ████ ██████ | 0.10 |
| 08/30/12 | TJC | Emails between and among joint defense group re ████ ██████ | 0.10 |
| 08/30/12 | JMG | Monitor and review relevant joint defense emails. | 0.30 |
| 08/31/12 | TJC | Emails re correspondence from plaintiff re draft protective order. | 0.10 |
| 08/31/12 | JMG | Monitor and review relevant joint defense correspondence. | 0.20 |
| | | **TOTAL HOURS** | **3.70** |

**TOTAL FEES**                                                     **$1,948.60**

------------------------    **BILLING PROFESSIONALS**   ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 2.00 | 1,170.00 |
| J.Matthew Goodin | Partner | 458.00 | 1.70 | 778.60 |
| **TIMEKEEPER TOTALS** | | | **3.70** | **$1,948.60** |

**TOTAL BALANCE DUE**                                             **$1,948.60**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962338

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $972.00

      File Number:  1000304.00224
      RE:  Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

**Your File Number:**        725793

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/07/12 | JNF | Prepare notice of appearance. | 0.30 |
| 08/08/12 | JNF | Prepare proposed order granting motion for pro hac vice admission for R. Perdew. | 0.20 |
| 08/08/12 | JNF | Prepare affidavits in support of motion for pro hac vice admission for R. Perdew. | 0.50 |
| 08/08/12 | JNF | Prepare notice of motion in support of pro hac vice motion for R. Perdew. | 0.20 |
| 08/09/12 | JNF | Formulate strategy for notice of appearance and pro hac vice motion for R. Perdew. | 0.10 |
| 08/09/12 | JNF | Review email and final stipulation of adjournment from fellow defense counsel. | 0.10 |
| 08/17/12 | JNF | Review email from co-defendant's counsel re ███████ | 0.10 |
| 08/31/12 | JNF | Analyze proposed notice of removal. | 0.30 |
| | | **TOTAL HOURS** | **1.80** |
| | **TOTAL FEES** | | **$972.00** |

Ally Financial Inc.
File No.:  1000304.00224

Invoice Date: September 28, 2012
Invoice No.: 962338
Page: 3

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| J.N Froehlich | Partner | 540.00 | 1.80 | 972.00 |
| **TIMEKEEPER TOTALS** | | | **1.80** | **$972.00** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$972.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Manella
Ally Financial Legal Staff
2711 North Haskell Avenue
Suite 900
Dallas, TX 75204

September 28, 2012
Invoice No.: 962339

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $1,391.90

File Number:    1000304.00226
RE:    Gonzalez, Delinda v. GMAC Mortgage, LLC #726169

**Your File Number:**        726169

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/05/12 | JLS | Review federal court docket and analyze next steps in the litigation including filing a suggestion of bankruptcy and notice of non-filing of a response to the motion to dismiss. | 0.40 |
| 08/06/12 | JLS | Work on case strategy. | 0.10 |
| 08/06/12 | JRJ | Draft notice of bankruptcy; draft notice of non-filing; revise and circulate for approval; begin draft of case management plan. | 1.30 |
| 08/07/12 | JLS | Work on strategy regarding issues on which to move to dismiss. | 0.40 |
| 08/07/12 | JRJ | Finalize joint case management plan. | 0.20 |
| 08/08/12 | TJC | E-mails re borrower's decision to voluntarily dismiss case. | 0.20 |
| 08/08/12 | JLS | Work on motion to dismiss issues; work on joint report; e-mails with Mr. Rudinger regarding ▮▮▮▮▮ | 0.40 |
| 08/08/12 | JRJ | Revise and circulate case management plan; teleconference with plaintiff's counsel regarding dismissal; draft and circulate motion to dismiss; file same. | 1.20 |
| 08/09/12 | PNR | Review e-mails and ECF filings. | 0.10 |

Ally Financial Inc.
File No.:  1000304.00226

Invoice Date: September 28, 2012
Invoice No.:  962339
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/15/12 | TJC | Review of order granting motion to dismiss with prejudice. | 0.10 |
| 08/15/12 | JLS | Review order granting motion to dismiss. | 0.10 |
| 08/15/12 | PNR | Download and review ECF notice from Court e-filing and email to team. | 0.10 |
| 08/16/12 | JRJ | Circulate signed motion to dismiss to client. | 0.20 |
| | | **TOTAL HOURS** | **4.80** |

**TOTAL FEES**                                                       **$1,391.90**

----------------------------    BILLING PROFESSIONALS    ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| J. L. Sanders | Partner | 374.00 | 1.40 | 523.60 |
| J. Rudinger, Jr. | Associate | 224.00 | 2.90 | 649.60 |
| P. N. Richards | Paralegal | 216.00 | 0.20 | 43.20 |
| **TIMEKEEPER TOTALS** | | | **4.80** | **$1,391.90** |

**TOTAL BALANCE DUE**                                                 **$1,391.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and



## Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Beth Northrop Day
Ally Financial Legal Staff
8400 Normandale Lake Blvd.
Bloomington, MN 55437

September 28, 2012
Invoice No.: 962341

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    <u>$117.00</u>

    File Number:  1000304.00227
            RE:  Junker, Ronald and Tracy v. GMAC Mortgage, LLC #726305

**Your File Number:**      726305

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/06/12 | TJC | Emails re communications from borrower's counsel re loan modification. | 0.10 |
| 08/07/12 | TJC | E-mail from Sheila Gregory re ███████████████████ | 0.10 |
| | | **TOTAL HOURS** | **0.20** |
| | **TOTAL FEES** | | **$117.00** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$117.00** |
| **TOTAL BALANCE DUE** | | | | **$117.00** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy                                                September 28, 2012
Ally Financial Legal Staff                               Invoice No.: 962342
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                        <u>$263.40</u>

File Number:   1000304.00229
RE:   Scott, Robert and Susan v. GMAC Mortgage, 726948

**Your File Number:**        726948

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | PNR | Download and review ECF notice from Court e-filing and email to team. | 0.10 |
| 08/16/12 | TJC | Emails re entry of stay of litigation generally notwithstanding revised notice of bankruptcy indicating limited nature of stay. | 0.20 |
| 08/16/12 | JEC | Correspond with client regarding ██████████████ ███████████ | 0.20 |
| 08/16/12 | JEC | Review online docket and notice of stay issued by court. | 0.20 |
| | | **TOTAL HOURS** | **0.70** |
| | | **TOTAL FEES** | **$263.40** |

---------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| J. E. Collins | Associate | 312.00 | 0.40 | 124.80 |

Atlanta • Austin • Chicago • Dallas • Hong Kong • Houston • London • Los Angeles • New Orleans • New York • Sacramento • San Francisco • Washington DC

Ally Financial Inc.
File No.:  1000304.00229

Invoice Date: September 28, 2012
Invoice No.:  962342
Page:  3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| P. N. Richards | Paralegal | 216.00 | 0.10 | 21.60 |
| **TIMEKEEPER TOTALS** | | | **0.70** | **$263.40** |
| **TOTAL BALANCE DUE** | | | | **$263.40** |

**PLEASE REMIT PAYMENT:**

| **Via US Mail:** | **Via Courier:** | **Via Wire:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | ABA Routing: 021000021 |
| 24259 Network Place | 131 S. Dearborn, 6th Floor | Swift Code (International): CHASUS33 |
| Chicago, IL 60673-1242 | Chicago, IL 60603 | Account: 00101203546 |
| | ATTN: Locke Lord Bissell & Liddell LLP, | Bank: JPMorgan Chase Bank of Texas, |
| | Box #24259 | 712 Main Street, Houston, TX 77002 |
| | | Reference: LL Invoice Number / Matter |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Natasha Campbell
Ally Financial Legal Staff
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962343

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                      <u>$175.50</u>

File Number:   1000304.00232
RE:   Dumas, Eugene v. GMAC Mortgage, 727332

**Your File Number:**         727332

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/03/12 | TJC | E-mail from Beth Yanci re ▮▮▮▮▮▮ | 0.10 |
| 08/06/12 | TJC | E-mails from and to Beth Yanci and Natasha Campbell re ▮▮▮▮▮▮ | 0.20 |
| | | **TOTAL HOURS** | **0.30** |
| | **TOTAL FEES** | | **$175.50** |

-------------------------   BILLING PROFESSIONALS   ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.30 | 175.50 |
| **TIMEKEEPER TOTALS** | | | **0.30** | **$175.50** |
| **TOTAL BALANCE DUE** | | | | **$175.50** |

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962344

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $802.00

      File Number:   1000304.00233
             RE:   Brown, James v. GMAC Mortgage, 727326

**Your File Number:**        727326

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/08/12 | TJC | E-mails from and to Jance Hoy re ████████ ████████████████████████████ | 0.20 |
| 08/08/12 | JLS | Work on notice of bankruptcy. | 0.30 |
| 08/08/12 | JRJ | Draft and circulate Notice of Bankruptcy. | 0.80 |
| 08/14/12 | TJC | Email re revised notice of bankruptcy and review of same. | 0.20 |
| 08/14/12 | JLS | Review and revise suggestion of bankruptcy. | 0.40 |
| 08/14/12 | JRJ | Correspondence with client regarding Notice of Bankruptcy. | 0.20 |
| 08/15/12 | JLS | Review notice of bankruptcy. | 0.10 |
| 08/16/12 | JRJ | File and circulate Notice of Bankruptcy. | 0.20 |
| | | **TOTAL HOURS** | **2.40** |
| | | **TOTAL FEES** | **$802.00** |

----------------------    **BILLING PROFESSIONALS**    ----------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00233

Invoice Date: September 28, 2012
Invoice No.:  962344
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.40 | 234.00 |
| J. L. Sanders | Partner | 374.00 | 0.80 | 299.20 |
| J. Rudinger, Jr. | Associate | 224.00 | 1.20 | 268.80 |
| **TIMEKEEPER TOTALS** | | | **2.40** | **$802.00** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$802.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.