

## Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Beth Northrop-Day
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 55437

September 28, 2012
Invoice No.: 962345

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                      $381.00

    File Number:   1000304.00235
           RE:   7946 S. Parnell, Chicago, IL (Jones), 728093

**Your File Number:**         728093

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/13/12 | TJC | Emails re this morning's hearing and dismissal of GMACM from case. | 0.20 |
| 08/13/12 | DFS | Attend hearing on GMAC's motion to dismiss. | 1.00 |
| | | **TOTAL HOURS** | **1.20** |
| | **TOTAL FEES** | | **$381.00** |

-------------------------    BILLING PROFESSIONALS    -------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |
| D. F. Standa | Associate | 264.00 | 1.00 | 264.00 |
| **TIMEKEEPER TOTALS** | | | **1.20** | **$381.00** |
| **TOTAL BALANCE DUE** | | | | **$381.00** |



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
All Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962346

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    <u>$91.60</u>

File Number:   1000304.00238
RE:   Green Planet Servicing, LLC v. GMAC Mortgage, 728450

Claim Number:        11506

Your File Number:        728450

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/27/12 | JMG | Emails from/to bankruptcy counsel at MoFo re ███████ | 0.20 |
| | | **TOTAL HOURS** | **0.20** |
| | | **TOTAL FEES** | **$91.60** |

---------------------------    BILLING PROFESSIONALS    ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.Matthew Goodin | Partner | 458.00 | 0.20 | 91.60 |
| **TIMEKEEPER TOTALS** | | | **0.20** | **$91.60** |
| **TOTAL BALANCE DUE** | | | | **$91.60** |

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962347

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$4,302.10

File Number:   1000304.00242
RE:   Talford v. GMAC Mortgage, LLC, 728481

**Your File Number:**      728481

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/03/12 | TJC | NO CHARGE - E-mail re notice of bankruptcy. | 0.10 |
| 08/03/12 | KMW | File and serve suggestion of bankruptcy. | 0.80 |
| 08/03/12 | PNR | Download and review ECF notice from Court e-filing and email to team. | 0.10 |
| 08/06/12 | PNR | Review e-mails and ECF filings. | 0.10 |
| 08/15/12 | TJC | Email re status of motion to dismiss. | 0.10 |
| 08/15/12 | KMW | Status update. | 0.10 |
| 08/16/12 | KMW | Draft motion to dismiss. | 3.30 |
| 08/16/12 | KMW | Research regarding arguments in support of motion to dismiss. | 1.50 |
| 08/17/12 | TJC | Emails and analysis of applicability of automatic stay to certain issues in case and impact on draft motion to dismiss. | 0.30 |
| 08/17/12 | TJC | Telephone calls from/to Jason Sanders re ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 08/17/12 | JLS | Consideration and analysis of whether to file motion to dismiss on all claims in light of the automatic stay. | 0.50 |

Ally Financial Inc.
File No.: 1000304.00242

Invoice Date: September 28, 2012
Invoice No.: 962347
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/17/12 | JLS | Review and revise motion to dismiss. | 0.70 |
| 08/21/12 | TC | Conference regarding impact of automatic stay on defense of state court proceedings; review stay order. | 0.50 |
| 08/21/12 | JLS | Work on motion to dismiss. | 0.50 |
| 08/22/12 | TJC | NO CHARGE - Emails re motion to dismiss. | 0.10 |
| 08/22/12 | JLS | Review and analyze motion to dismiss issues. | 1.50 |
| 08/22/12 | KMW | Revise motion to dismiss and conference with J. Sanders regarding █████ | 0.70 |
| 08/23/12 | TJC | NO CHARGE - Emails re revisions to draft motion to dismiss. | 0.20 |
| 08/27/12 | TJC | NO CHARGE - Review of emails re motion to dismiss. | 0.10 |
| 08/27/12 | JLS | Work on case strategy. | 0.30 |
| 08/27/12 | PNR | Review e-mails and ECF filings. | 0.10 |
| 08/28/12 | TJC | NO CHARGE - Emails re status and strategy. | 0.10 |
| 08/28/12 | KMW | Emails with J. Hoy regarding ███████████ ██████ | 0.30 |

**TOTAL HOURS**     **12.10**

**TOTAL FEES**     **$3,952.10**

----------------------------- **BILLING PROFESSIONALS** -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T. A. Connop | Partner | 600.00 | 0.50 | 300.00 |
| T.J. Cunningham | Partner | 585.00 | 1.10 | 643.50 |
| J. L. Sanders | Partner | 374.00 | 3.50 | 1,309.00 |
| K. M. Wolber | Associate | 244.00 | 6.70 | 1,634.80 |
| P. N. Richards | Paralegal | 216.00 | 0.30 | 64.80 |
| **TIMEKEEPER TOTALS** | | | **12.10** | **$3,952.10** |

| EXPENSES | VALUE |
|----------|-------|
| Filing Fee for Notice of Removal in Federal Court | 350.00 |
| **TOTAL EXPENSES** | **$350.00** |

Ally Financial Inc.
File No.: 1000304.00242

Invoice Date: September 28, 2012
Invoice No.: 962347
Page: 4

| | |
|---|---|
| TOTAL FEES | $3,952.10 |
| TOTAL EXPENSES | $350.00 |
| TOTAL FEES AND EXPENSES | $4,302.10 |
| **TOTAL BALANCE DUE** | **$4,302.10** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN

September 28, 2012
Invoice No.: 962349

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                  <u>$45.80</u>

File Number:   1000304.00244
RE:   Jahromi v. GMAC Mortgage, LLC, 728345

**Your File Number:**      728345

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | JMG | Review various emails updating on status and plaintiffs' counsel's filings in ResCap bankruptcy. | 0.10 |
| | | **TOTAL HOURS** | **0.10** |
| | | **TOTAL FEES** | **$45.80** |

--------------------------- BILLING PROFESSIONALS ---------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| J.Matthew Goodin | Partner | 458.00 | 0.10 | 45.80 |
| **TIMEKEEPER TOTALS** | | | **0.10** | **$45.80** |

| **TOTAL BALANCE DUE** | | | | **$45.80** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Alex Angelo
GMAC ResCap
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962350

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                          <u>$747.00</u>

File Number:   1000304.00247
RE:   Hernandez, Javier and Mariana v. GMAC Mortgage, LLC

Claim Number:          11506

Your File Number:      728939

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/07/12 | TJC | Conference with David Standa re █████████ | 0.30 |
| 08/07/12 | DFS | Attend hearing on motion to strike affirmative defenses. | 1.10 |
| 08/08/12 | TJC | E-mails re status and strategy and consideration of █████ | 0.30 |
| 08/08/12 | DFS | Email opposing counsel regarding loan modification. | 0.20 |
| 08/09/12 | DFS | Email client regarding ███████████ | 0.20 |
| | | **TOTAL HOURS** | **2.10** |
| | | **TOTAL FEES** | **$747.00** |

------------------------------  BILLING PROFESSIONALS  ------------------------------

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00247

Invoice Date: September 28, 2012
Invoice No.:  962350
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.60 | 351.00 |
| D. F. Standa | Associate | 264.00 | 1.50 | 396.00 |
| **TIMEKEEPER TOTALS** | | | **2.10** | **$747.00** |
| | | | | |
| **TOTAL BALANCE DUE** | | | | **$747.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jennifer Best
Ally Financial
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962351

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$2,541.54

File Number:   1000304.00248
RE:   Walker, Reuben and Karen v. GMAC Mortgage, #728755

**Claim Number:**        11506

**Your File Number:**        728755

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/06/12 | TJC | Email to Christy Hancock seeking ███████████ | 0.30 |
| 08/06/12 | TJC | Emails from/to Chethan Shetty re ██████████ | 0.20 |
| 08/06/12 | TJC | Emails to/from Peter King, insurance defense counsel retained by Stewart Title to appear for GMACM. | 0.30 |
| 08/06/12 | TJC | Emails to/from Jessica Thomas at Stewart Title re status of consideration of title claim. | 0.20 |
| 08/06/12 | CGS | Draft email to opposing counsel regarding extension of time for MERS and GMACM to answer complaint. | 0.30 |
| 08/08/12 | TJC | E-mail to coverage counsel re ██████████ | 0.10 |
| 08/08/12 | TJC | Review of correspondence from Jessica Thomas re GMACM's title claim. | 0.10 |
| 08/08/12 | TJC | E-mail to Jessica Thomas re same. | 0.10 |

Ally Financial Inc.
File No.: 1000304.00248

Invoice Date: September 28, 2012
Invoice No.: 962351
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/08/12 | TJC | E-mail to Christy Hancock re ███████████ | 0.20 |
| 08/09/12 | TJC | Emails to/from Christy Hancock re ███████ | 0.30 |
| 08/09/12 | TJC | Review of order entered on Tuesday obtained by coverage counsel. | 0.10 |
| 08/09/12 | TJC | Emails to/from Christy Hancock re ████████ | 0.20 |
| 08/10/12 | TJC | Email from Christy Hancock re ████████ | 0.10 |
| 08/10/12 | TJC | Email to Kim Bigler at Stewart Title once again seeking clarification of Stewart's position re coverage. | 0.10 |
| 08/13/12 | TJC | Email to Jessica Thomas at Stewart Title re coverage letter or reservation of rights. | 0.10 |
| 08/13/12 | TJC | Email to Christy Hancock re ████████ | 0.20 |
| 08/14/12 | TJC | Emails from/to Jessica Thomas at Stewart Title re whether Stewart is defending with a reservation of rights or not. | 0.30 |
| 08/14/12 | TJC | Emails to/from Christy Hancock re ████████ | 0.30 |
| 08/17/12 | TJC | Preparation of letter to Jessica Thomas at Stewart Title confirming they are defending with no reservation of rights. | 0.50 |
| 08/17/12 | TJC | Emails to/from Jessica Thomas and to Christy Hancock re confirmation Stewart is handling matter without reservation of rights. | 0.30 |
| 08/17/12 | TJC | Emails to/from insurance defense counsel retained by Stewart regarding ████████ | 0.20 |
| | | **TOTAL HOURS** | **4.50** |

**TOTAL FEES**                                    **$2,533.50**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 4.20 | 2,457.00 |

Ally Financial Inc.
File No.: 1000304.00248

Invoice Date: September 28, 2012
Invoice No.: 962351
Page: 4

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| C. G. Shetty | Associate | 255.00 | 0.30 | 76.50 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$2,533.50** |

| EXPENSES | VALUE |
|---|---|
| FedEx Shipments | 8.04 |
| **TOTAL EXPENSES** | **$8.04** |

| | |
|---|---|
| TOTAL FEES | $2,533.50 |
| TOTAL EXPENSES | $8.04 |
| TOTAL FEES AND EXPENSES | $2,541.54 |
| **TOTAL BALANCE DUE** | **$2,541.54** |

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Laren Delehey
Ally Financial
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962352

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$560.00

File Number:   1000304.00249
RE:   St. Clair County, IL Recording Fee Litigation

**Claim Number:**       11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/30/12 | SEM | Draft appearance; draft notice of bankruptcy; communicate with clerk regarding filing process; analyze docket. | 1.50 |
| | | **TOTAL HOURS** | **1.50** |
| | **TOTAL FEES** | | **$414.00** |

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| S. E. Maye | Associate | 276.00 | 1.50 | 414.00 |
| **TIMEKEEPER TOTALS** | | | **1.50** | **$414.00** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Hong Kong ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

Ally Financial Inc.
File No.: 1000304.00249

Invoice Date: September 28, 2012
Invoice No.: 962352
Page: 3

| EXPENSES | VALUE |
|---|---|
| Filing Fees - St. Claire County Circuit/Appearance for GMAC Mortgage LLC | 146.00 |
| **TOTAL EXPENSES** | **$146.00** |

| | |
|---|---|
| TOTAL FEES | $414.00 |
| TOTAL EXPENSES | $146.00 |
| TOTAL FEES AND EXPENSES | $560.00 |
| **TOTAL BALANCE DUE** | **$560.00** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Kathy Priore
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962353

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                        $234.00

    File Number:   1000304.00250
           RE:   Cary White / GMAC Mortgage, LLC

**Claim Number:**      11506

**Your File Number:**      727050

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/07/12 | TJC | E-mails from and to Kathy Priore re ████████ | 0.40 |
| | | **TOTAL HOURS** | **0.40** |
| | **TOTAL FEES** | | **$234.00** |

-------------------------- **BILLING PROFESSIONALS** --------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.40 | 234.00 |
| **TIMEKEEPER TOTALS** | | | **0.40** | **$234.00** |
| **TOTAL BALANCE DUE** | | | | **$234.00** |

**PLEASE REMIT PAYMENT:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                  September 28, 2012
Ally Financial                                      Invoice No.: 962354
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,      $1,750.41
2012

File Number:    1000304.00251
RE:    Rubino, Prosper v. GMAC Mortgage

Claim Number:         11506

Your File Number:     729705

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Emails re status of affidavit to support motion to dismiss we plan to file on Friday. | 0.20 |
| 08/01/12 | SEM | Finalize affidavit and accompanying documents. | 0.60 |
| 08/03/12 | SEM | Finalize brief and affidavit for filing. | 0.50 |
| 08/09/12 | SEM | Phone conference with borrower's counsel re deadlines. | 0.40 |
| 08/10/12 | TJC | Email to Sheila Gregory re ▮▮▮▮▮▮▮▮ | 0.30 |
| 08/13/12 | TJC | Email to Kathy Priore re ▮▮▮ | 0.10 |
| 08/27/12 | SEM | Phone conference with opposing counsel regarding deadlines for pending briefing. | 0.30 |
| 08/31/12 | TJC | Review, analysis of Rubino's opposition to our motion to dismiss and his reply to our opposition to his motion for summary judgment. | 0.50 |
| 08/31/12 | TJC | Emails from/to S. Maye re ▮▮▮▮▮▮▮▮ | 0.20 |

Ally Financial Inc.
File No.:  1000304.00251

Invoice Date: September 28, 2012
Invoice No.:  962354
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/31/12 | TJC | Emails to Sheila Gregory re ████████ | 0.30 |
| 08/31/12 | SEM | Communicate with opposing counsel regarding filing of briefs; read and analyze motion for summary judgment reply. | 1.10 |
| | | **TOTAL HOURS** | **4.50** |

**TOTAL FEES**                                         **$1,736.40**

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.60 | 936.00 |
| S. E. Maye | Associate | 276.00 | 2.90 | 800.40 |
| **TIMEKEEPER TOTALS** | | | **4.50** | **$1,736.40** |

| EXPENSES | VALUE |
|----------|-------|
| FedEx Shipments | 14.01 |
| **TOTAL EXPENSES** | **$14.01** |

TOTAL FEES                                              $1,736.40

TOTAL EXPENSES                                          $14.01

TOTAL FEES AND EXPENSES                                 $1,750.41

**TOTAL BALANCE DUE**                                   **$1,750.41**

PLEASE REMIT PAYMENT:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962355

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$1,449.59

File Number:    1000304.00252
RE:    Regan, Kim v. GMAC Mortgage

Claim Number:    11506

Your File Number:    729617

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/09/12 | TJC | Emails re affidavit to support motion for summary judgment and plan for filing either later today or tomorrow. | 0.20 |
| 08/09/12 | CGS | Revise motion for summary judgment. | 3.50 |
| 08/15/12 | CGS | Telephone call with foreclosure counsel regarding case status. | 0.40 |
| 08/17/12 | TJC | E-mail to Sheila Gregory re ██████████████ | 0.30 |
| 08/21/12 | CGS | Draft email to foreclosure counsel regarding ████████ | 0.20 |
| 08/30/12 | CGS | Phone call with foreclosure counsel to discuss ████████ | 0.40 |
| | | **TOTAL HOURS** | **5.00** |

**TOTAL FEES**    $1,440.00

Ally Financial Inc.
File No.: 1000304.00252

Invoice Date: September 28, 2012
Invoice No.: 962355
Page: 3

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| C. G. Shetty | Associate | 255.00 | 4.50 | 1,147.50 |
| **TIMEKEEPER TOTALS** | | | **5.00** | **$1,440.00** |

| EXPENSES | VALUE |
|---|---|
| FedEx Shipments | 9.59 |
| **TOTAL EXPENSES** | **$9.59** |

| | |
|---|---|
| TOTAL FEES | $1,440.00 |
| TOTAL EXPENSES | $9.59 |
| TOTAL FEES AND EXPENSES | $1,449.59 |
| **TOTAL BALANCE DUE** | **$1,449.59** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962356

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $320.40

File Number:   1000304.00253
RE:   Garcia, Minerva v. GMAC Mortgage

**Claim Number:**        11506

**Your File Number:**    729939

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/08/12 | TJC | E-mails re motion to dismiss. | 0.10 |
| 08/08/12 | DFS | Revise motion to dismiss. | 0.30 |
| 08/09/12 | DFS | File motion to dismiss. | 0.20 |
| 08/21/12 | TJC | Email re search for bankruptcy records. | 0.10 |
| 08/21/12 | TBT | Conduct search to determine whether the Defendant has filed for bankruptcy; E-mail findings to litigation team. | 0.30 |
| | | **TOTAL HOURS** | **1.00** |
| | | **TOTAL FEES** | **$320.40** |

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.20 | 117.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.:  1000304.00253

Invoice Date: September 28, 2012
Invoice No.: 962356
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| D. F. Standa | Associate | 264.00 | 0.50 | 132.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.30 | 71.40 |
| **TIMEKEEPER TOTALS** | | | **1.00** | **$320.40** |
| **TOTAL BALANCE DUE** | | | | **$320.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962357

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                    $3,650.90

File Number:   1000304.00254
RE:   Hodge v. GMAC - Rep of Jane Shivers at Dep, 729899

**Claim Number:**        11506

**Your File Number:**        729899

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/07/12 | TJC | E-mails re transcript of Shivers deposition. | 0.20 |
| 08/07/12 | JLS | Begin to review and analyze deposition transcript of Ms. Shivers; e-mails to Ms. Shivers and Mr. Jordan regarding ▮▮ | 1.20 |
| 08/08/12 | TJC | E-mails from and to Trey Jordan re ▮▮▮▮▮ | 0.20 |
| 08/08/12 | TJC | E-mails from and to Jason Sanders re ▮▮▮▮▮ | 0.20 |
| 08/08/12 | TJC | Review and analysis of transcript from deposition of Janey Shivers. | 2.00 |
| 08/08/12 | JLS | Continue to review and analyze deposition transcript of Ms. Shivers. | 1.00 |
| 08/10/12 | JLS | Call Ms. Shivers and e-mail Trey Jordan regarding ▮▮ | 0.10 |
| 08/15/12 | TJC | Email re proposed revisions to Shivers deposition transcript. | 0.10 |
| 08/20/12 | TJC | Emails re this morning's call with Janey Shivers and Page | 0.30 |

Ally Financial Inc.
File No.: 1000304.00254

Invoice Date: September 28, 2012
Invoice No.: 962357
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | Stokes re ▮▮▮▮▮▮▮ | |
| 08/20/12 | JLS | Consideration, analysis, and work on revisions to deposition transcript. | 0.90 |
| 08/21/12 | TJC | Emails re proposed revisions to Shivers testimony. | 0.10 |
| 08/21/12 | JLS | Continue to review and analyze deposition; draft Errata sheet; e-mail the same to Ms. Shivers. | 0.70 |
| 08/22/12 | JLS | E-mails regarding deposition revisions. | 0.10 |
| 08/23/12 | TJC | NO CHARGE - Emails re transcript. | 0.10 |
| 08/23/12 | JLS | Work on revisions to deposition transcript. | 0.30 |
| 08/24/12 | TJC | Emails re changes to deposition transcript. | 0.10 |
| 08/24/12 | JLS | Continue to work on revisions to deposition transcript. | 0.30 |
| | | **TOTAL HOURS** | **7.90** |

**TOTAL FEES**                                                    **$3,650.90**

----------------------------- BILLING PROFESSIONALS -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 3.30 | 1,930.50 |
| J. L. Sanders | Partner | 374.00 | 4.60 | 1,720.40 |
| **TIMEKEEPER TOTALS** | | | **7.90** | **$3,650.90** |

**TOTAL BALANCE DUE**                                             **$3,650.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962358

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $1,481.90

File Number:    1000304.00255
RE:    Green, Carla v. GMAC Mortgage

Claim Number:        11506

Your File Number:        729948

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Review of revised draft of motion to dismiss and emails re same. | 0.40 |
| 08/01/12 | CGS | Revise motion to strike affirmative defenses and for reasonable rescission procedures. | 0.60 |
| 08/02/12 | CGS | Draft email to Ally regarding ███████ ███████ | 0.20 |
| 08/03/12 | TJC | E-mails re affidavit supporting motion to dismiss. | 0.20 |
| 08/06/12 | CGS | Revise motion to strike affirmative defenses and for reasonable TILA rescission procedures. | 2.00 |
| 08/07/12 | TJC | E-mails re motion to strike affirmative defenses and motion to establish reasonable TILA rescission procedures. | 0.20 |
| 08/07/12 | CGS | Draft email to client ███████ ███████ | 0.20 |
| 08/21/12 | TJC | Email re search for bankruptcy records. | 0.10 |
| 08/21/12 | TBT | Conduct search to determine whether the Defendant has filed | 0.30 |

Ally Financial Inc.
File No.: 1000304.00255

Invoice Date: September 28, 2012
Invoice No.: 962358
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | for bankruptcy; E-mail findings to litigation team. | |
| 08/21/12 | TBT | Coordinate transfer of file from foreclosure counsel; Receipt and cursory review of file; Organize and upload pleadings as individual documents; E-mail to litigation team regarding same. | 0.50 |
| | | **TOTAL HOURS** | **4.70** |

**TOTAL FEES**                                                  **$1,481.90**

--------------------------- **BILLING PROFESSIONALS** ----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.90 | 526.50 |
| C. G. Shetty | Associate | 255.00 | 3.00 | 765.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.80 | 190.40 |
| **TIMEKEEPER TOTALS** | | | **4.70** | **$1,481.90** |

**TOTAL BALANCE DUE**                                          **$1,481.90**

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962359

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                              $677.40

    File Number:   1000304.00256
          RE:   1323 S. Millard, Chicago, IL (Denise Williamson)

**Claim Number:**   11506

**Your File Number:**   729854

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/08/12 | TJC | Review and revise draft letter to City of Chicago re willful violation of the automatic stay and e-mails re same. | 0.40 |
| 08/24/12 | TJC | Email from Sheila Gregory re ███████████████ | 0.40 |
| 08/24/12 | SEM | Review sales contract for property at issue. | 0.50 |
| 08/24/12 | TBT | Retrieve Hold Harmless Argeement from Ally's Cisco Registered Envelope Service; E-mail to litigation team regarding same. | 0.30 |
| | | **TOTAL HOURS** | **1.60** |
| | | **TOTAL FEES** | **$677.40** |

-------------------------  **BILLING PROFESSIONALS**  -------------------------

Ally Financial Inc.
File No.: 1000304.00256

Invoice Date: September 28, 2012
Invoice No.: 962359
Page: 3

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| S. E. Maye | Associate | 276.00 | 0.50 | 138.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.30 | 71.40 |
| **TIMEKEEPER TOTALS** | | | **1.60** | **$677.40** |
| **TOTAL BALANCE DUE** | | | | **$677.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                    September 28, 2012
Ally Financial                                        Invoice No.: 962360
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                    $3,970.60

     File Number:  1000304.00257
           RE:  1747 North Linder, Chicago, IL (Hunt), #730463

   **Claim Number:**        11506

   **Your File Number:**     730463

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Email from Jance Hoy re ███████████ | 0.10 |
| 08/01/12 | JCW | Conference regarding review of client file and creation of timeline. | 0.10 |
| 08/01/12 | JCW | Leave voicemail for Marie Dolandie. | 0.10 |
| 08/03/12 | TJC | Review of draft letter to City regarding our position on administrative notices and collection letters sent in violation of the automatic stay. | 0.30 |
| 08/03/12 | JCW | Prepare letter to City laying out our position with regard to collection letters based on administrative judgments. | 0.90 |
| 08/06/12 | TBT | Review client files and create time line of events. | 1.80 |
| 08/07/12 | TBT | Review client files and create time line of events. | 1.30 |
| 08/08/12 | JCW | E-mail to GMAC Mortgage regarding ███████████ | 0.10 |
| 08/09/12 | TJC | Email from Jance Hoy re ███████████ | 0.10 |

Ally Financial Inc.                                          Invoice Date: September 28, 2012
File No.: 1000304.00257                                             Invoice No.: 962360
                                                                              Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | ███████████████████████ | |
| 08/09/12 | JCW | E-mail to GMAC Mortgage regarding ████████████ | 0.20 |
| 08/09/12 | JCW | E-mails with GMAC Mortgage regarding ████████████ | 0.10 |
| 08/09/12 | JCW | Revise letter in response to collection notice. | 0.20 |
| 08/10/12 | JCW | Leave voicemail for Habitat for Humanity local chapter regarding potential donation. | 0.10 |
| 08/13/12 | JCW | E-mails with GMAC Mortgage regarding ████████████ | 0.10 |
| 08/13/12 | JCW | Listen to voicemail from Habitat for Humanity representative. | 0.10 |
| 08/15/12 | TJC | Emails re avoiding further penalties, status and strategy. | 0.20 |
| 08/15/12 | JCW | E-mail to GMAC Mortgage ████████████ | 0.20 |
| 08/15/12 | JCW | E-mails with GMAC Mortgage regarding ████████████ | 0.30 |
| 08/21/12 | TJC | Emails re strategy for resolving matter. | 0.20 |
| 08/21/12 | JCW | Visit property to take pictures of condition and talk to neighbors about potential donees. | 2.00 |
| 08/21/12 | JCW | Research organizations that may be interested in receiving property as a donation. | 0.80 |
| 08/21/12 | JCW | Telephone calls to potential donees. | 0.40 |
| 08/21/12 | JCW | E-mails with GMAC Mortgage regarding ████████████ | 0.40 |
| 08/23/12 | TJC | Emails re this morning's court appearance and status and strategy. | 0.20 |
| 08/23/12 | JCW | Prepare for administrative hearing. | 0.50 |
| 08/23/12 | JCW | Attend Administrative hearing on Motion to Vacate Default Judgment and liability for violation. | 1.20 |
| 08/23/12 | JCW | E-mail to J. Hoy regarding ████████████ | 0.10 |
| 08/23/12 | JCW | E-mails with GMAC Mortgage regarding ████████████ | 0.10 |
| 08/23/12 | JCW | Prepare spreadsheet of City of Chicago building code matters. | 0.10 |

Ally Financial Inc.
File No.: 1000304.00257

Invoice Date: September 28, 2012
Invoice No.: 962360
Page: 4

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/24/12 | TBT | Update internal chart. | 0.10 |
| 08/29/12 | TJC | Emails from/to Julie Webb, Jance Hoy and Florie Robertson re ██████████ | 0.20 |
| 08/29/12 | JCW | E-mails with GMAC Mortgage regarding ██████████ | 0.20 |

**TOTAL HOURS** 12.80

**TOTAL FEES** $3,970.60

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.30 | 760.50 |
| J.C. Webb | Associate | 295.00 | 8.30 | 2,448.50 |
| Tiffany B. Till | Paralegal | 238.00 | 3.20 | 761.60 |
| **TIMEKEEPER TOTALS** | | | **12.80** | **$3,970.60** |

**TOTAL BALANCE DUE** $3,970.60

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962361

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$1,130.82

File Number:   1000304.00258
RE:   4315 West Van Buren, Chicago, IL (Allen), #730588

**Claim Number:**   11506

**Your File Number:**   730588

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Emails re factual investigation and coordination with CoreLogic. | 0.20 |
| 08/01/12 | JCW | E-mails with GMAC Mortgage regarding ████████ ████████ | 0.10 |
| 08/02/12 | TJC | Review of draft notice of bankruptcy modified re City's police power and emails re same. | 0.30 |
| 08/02/12 | JCW | Prepare draft Notice of Bankruptcy and Suggestion of Automatic Stay. | 0.50 |
| 08/04/12 | JCW | E-mail regarding draft Notice of Bankruptcy. | 0.10 |
| 08/04/12 | JCW | E-mail to J. Hoy ████████ ████████ | 0.10 |
| 08/06/12 | TJC | Email from Jance Hoy re ████████ ████████ | 0.10 |
| 08/07/12 | TJC | E-mail from Jance Hoy re ████████ ████████ | 0.10 |

Ally Financial Inc.
File No.: 1000304.00258

Invoice Date: September 28, 2012
Invoice No.: 962361
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/08/12 | TJC | E-mail from Jance Hoy re ███████████████████ | 0.10 |
| 08/09/12 | JCW | E-mails with GMAC Mortgage regarding ████████ ████████ | 0.10 |
| 08/09/12 | JCW | Draft Notice of Bankruptcy. | 0.20 |
| 08/09/12 | JCW | Prepare Appearance. | 0.20 |
| 08/10/12 | JCW | E-mail to GMAC Mortgage regarding ████████████████████ | 0.20 |
| 08/23/12 | JCW | Prepare spreadsheet of City of Chicago building code matters. | 0.10 |
| | | **TOTAL HOURS** | **2.40** |

**TOTAL FEES**                                      **$940.00**

------------------------------ BILLING PROFESSIONALS ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.80 | 468.00 |
| J.C. Webb | Associate | 295.00 | 1.60 | 472.00 |
| **TIMEKEEPER TOTALS** | | | **2.40** | **$940.00** |

| EXPENSES | VALUE |
|----------|-------|
| Messenger Services | 4.82 |
| Clerk of the Circuit Court of Cook County - Appearance | 186.00 |
| **TOTAL EXPENSES** | **$190.82** |

| | |
|---|---|
| TOTAL FEES | $940.00 |
| TOTAL EXPENSES | $190.82 |
| TOTAL FEES AND EXPENSES | $1,130.82 |
| **TOTAL BALANCE DUE** | **$1,130.82** |



# Locke
# Lord
#### LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
Ally Financial
8400 Normandale Lake Blvd.
Suite 350
Minneapolis, MN 77437

September 28, 2012
Invoice No.: 962362

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$1,974.70

File Number:   1000304.00259
RE:   4717 South Bishop, Chicago, IL (Andino), #730593

**Claim Number:**      11506

**Your File Number:**      730593

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Emails re factual investigation and background, coordination with Codilis & Associates, and overall status and strategy. | 0.30 |
| 08/02/12 | TJC | Review of draft notice of bankruptcy modified re City's police power and emails re same. | 0.30 |
| 08/02/12 | TJC | Review of file received from client and emails re same. | 0.30 |
| 08/02/12 | JCW | Prepare draft Notice of Bankruptcy and Suggestion of Automatic Stay. | 0.50 |
| 08/02/12 | TBT | Receive, review, and upload contents of CD containing client file; E-mail to litigation team regarding same. | 0.40 |
| 08/04/12 | TJC | Emails re revised notice of bankruptcy re City's police power. | 0.10 |
| 08/04/12 | JCW | E-mail to J. Hoy with ███████████ | 0.10 |
| 08/04/12 | JCW | E-mail regarding draft Notice of Bankruptcy. | 0.10 |

Ally Financial Inc.
File No.:  1000304.00259

Invoice Date: September 28, 2012
Invoice No.:  962362
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/07/12 | TJC | E-mail from Jance Hoy re ████████ ████████████ | 0.10 |
| 08/08/12 | JCW | Leave voicemail for Codilis attorney to discuss ████ ████████████ | 0.10 |
| 08/09/12 | JCW | Prepare Appearance. | 0.20 |
| 08/09/12 | JCW | Draft Notice of Bankruptcy. | 0.30 |
| 08/09/12 | JCW | E-mails with GMAC Mortgage regarding ████████ ████ | 0.10 |
| 08/10/12 | JCW | E-mail to GMAC Mortgage regarding ████ ████████████ | 0.20 |
| 08/13/12 | TJC | Email re status and strategy. | 0.10 |
| 08/13/12 | JCW | Telephone conference with A. Arnold at Codilis regarding ████████ | 0.20 |
| 08/13/12 | JCW | E-mail to GMAC Mortgage regarding ████████ ████ | 0.10 |
| 08/13/12 | JCW | Leave voicemail for A. Arnold at Codilis regarding ████ | 0.10 |
| 08/14/12 | TJC | Email from Jance Hoy re ████████ | 0.10 |
| 08/16/12 | JCW | Leave voicemail for foreclosure counsel regarding ████ ████ | 0.20 |
| 08/17/12 | TJC | Email re communication from foreclosure counsel re ████ ████████ | 0.20 |
| 08/17/12 | JCW | Telephone conference with foreclosure counsel regarding ████████████ | 0.30 |
| 08/17/12 | JCW | E-mail to GMAC Mortgage regarding ████████ ████ | 0.20 |
| 08/23/12 | JCW | Prepare spreadsheet of City of Chicago building code matters. | 0.10 |
| | | **TOTAL HOURS** | **4.70** |

**TOTAL FEES**                                                    $1,798.70

----------------------------- BILLING PROFESSIONALS -----------------------------

Ally Financial Inc.
File No.: 1000304.00259

Invoice Date: September 28, 2012
Invoice No.: 962362
Page: 4

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.50 | 877.50 |
| J.C. Webb | Associate | 295.00 | 2.80 | 826.00 |
| Tiffany B. Till | Paralegal | 238.00 | 0.40 | 95.20 |
| **TIMEKEEPER TOTALS** | | | **4.70** | **$1,798.70** |

| EXPENSES | VALUE |
|---|---|
| Clerk of the Circuit Court of Cook County - Appearance | 176.00 |
| **TOTAL EXPENSES** | **$176.00** |

| | |
|---|---|
| TOTAL FEES | $1,798.70 |
| TOTAL EXPENSES | $176.00 |
| TOTAL FEES AND EXPENSES | $1,974.70 |
| **TOTAL BALANCE DUE** | **$1,974.70** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
Ally Financial Legal Staff
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962363

---

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                    $2,441.50

  File Number: 1000304.00260
  RE: 4935 W Hubbard, Chicago, IL (Clara Williamson)

**Claim Number:**  11506

**Your File Number:**  730893

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | TJC | Emails re status and strategy. | 0.20 |
| 08/01/12 | JCW | Conference with David Standa regarding ■■■■■■■■ | 0.20 |
| 08/03/12 | DFS | Review letter to city regarding collection efforts in violation of automatic stay. | 0.20 |
| 08/06/12 | TBT | Receive, review, and upload contents of CD containing client file; E-mail to litigation team regarding ■■■■ | 0.40 |
| 08/09/12 | DFS | Phone call with client regarding ■■■■■■■■ | 0.10 |
| 08/10/12 | DFS | Revise letter to city regarding debt collection activity in violation of bankruptcy stay. | 0.40 |
| 08/15/12 | DFS | Revise letter to city regarding collection efforts; mail letter. | 0.30 |
| 08/29/12 | TJC | Telephone conference with Ken Weiner (real estate partner) re ■■■■■■■■ | 0.20 |
| 08/29/12 | TJC | Review of four new notices of administrative violation and | 0.30 |

Ally Financial Inc.
File No.:  1000304.00260

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| | | emails from/to Jance Hoy re ███ | |
| 08/29/12 | TJC | Follow up emails re strategy for handling same. | 0.20 |
| 08/29/12 | TJC | Follow up emails to/from Ken re ███ | 0.10 |
| 08/29/12 | TJC | Conferences with David Standa and Julie Webb re ███████ | 0.30 |
| 08/29/12 | DFS | Review notice of violations from city. Draft letter to city regarding notices. | 1.50 |
| 08/29/12 | JCW | Review draft letter responding to latest Notices of Violation. | 0.10 |
| 08/29/12 | JCW | Conference with litigation team regarding ███████ | 0.30 |
| 08/29/12 | KIW | Conference regarding GMAC involuntary deed transaction; telephone conference with B. Touhill at Chicago Title regarding same; correspond regarding same; telephone conference with J. York regarding same. | 1.10 |
| 08/30/12 | TJC | Email from Jance Hoy re ████████ | 0.20 |
| 08/30/12 | TJC | Emails from/to Jance Hoy re ████████ | 0.20 |
| 08/30/12 | DFS | Revise and send letter to City of Chicago corporation counsel regarding vacant building notices. | 0.30 |
| | | **TOTAL HOURS** | **6.60** |

**TOTAL FEES**                                                    **$2,441.50**

-----------------------------  **BILLING PROFESSIONALS**  -----------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.70 | 994.50 |
| K. I. Weiner | Partner | 396.00 | 1.10 | 435.60 |
| J.C. Webb | Associate | 295.00 | 0.60 | 177.00 |
| D. F. Standa | Associate | 264.00 | 2.80 | 739.20 |
| Tiffany B. Till | Paralegal | 238.00 | 0.40 | 95.20 |
| **TIMEKEEPER TOTALS** | | | **6.60** | **$2,441.50** |

Ally Financial Inc.                                                                          Invoice Date: September 28, 2012
File No.: 1000304.00260                                                                      Invoice No.: 962363
                                                                                                          Page: 4

---

## TOTAL BALANCE DUE                                                                        $2,441.50

**PLEASE REMIT PAYMENT:**

**Via US Mail:**                    **Via Courier:**                      **Via Wire:**
Locke Lord LLP                      JPMorgan Chase                        ABA Routing: 021000021
24259 Network Place                 131 S. Dearborn, 6th Floor            Swift Code (International): CHASUS33
Chicago, IL 60673-1242              Chicago, IL 60603                     Account: 00101203546
                                    ATTN: Locke Lord Bissell & Liddell LLP, Bank: JPMorgan Chase Bank of Texas,
                                    Box #24259                            712 Main Street, Houston, TX 77002
                                                                          Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services
covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions
concerning payments on your account.  (Please note that this statement covers only those services and expenses described above.
It does not include the unpaid balance of any prior statement.)

### PRIVACY NOTICE

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in
the course of providing legal services.  Such information may be obtained from the client; may be
generated as a result of the services provided; or may be received from third parties involved in, or
affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal
information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know
that information to provide the applicable services.  Locke Lord maintains physical, electronic and
procedural safeguards that comply with federal regulations to guard the nonpublic personal information
of clients and former clients.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
Ally Financial Legal Staff
2711 N. Haskell Ave, Suite 900
Dallas, TX 75204

September 28, 2012
Invoice No.: 962364

Total amount due for the legal services rendered in connection with the
referenced matter through August 31, 2012                                   $709.40

File Number:   1000304.00261
RE:   Phillips, Ryan v. GMAC Mortgage

**Claim Number:**       11506

**Your File Number:**       731251

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/01/12 | KMC | Teleconference with Ms. Adams re background documents. | 0.10 |
| 08/06/12 | TJC | Email from Kirsten Castaneda re ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 08/06/12 | KMC | Initial teleconference with HUD investigator. | 0.20 |
| 08/06/12 | KMC | Email to Ms. Adams and Ms. Northrup re ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 08/07/12 | TJC | E-mail from Beth Northrup-Day re ▮▮▮▮▮▮▮▮ | 0.10 |
| 08/23/12 | TJC | Emails re status and strategy. | 0.30 |
| 08/23/12 | KMC | E-mail Ms. DeSilva and Ms. Northrup re ▮▮▮▮▮▮▮▮▮ | 0.40 |
| 08/29/12 | TJC | Email from Beth Northrop-Day re ▮▮▮▮▮▮▮▮ | 0.10 |
|  |  | **TOTAL HOURS** | **1.40** |
|  |  | **TOTAL FEES** | **$709.40** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Hong Kong ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

Ally Financial Inc.
File No.: 1000304.00261

Invoice Date: September 28, 2012
Invoice No.: 962364
Page: 3

------------------------------- **BILLING PROFESSIONALS** -------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.60 | 351.00 |
| K. M. Castaneda | Senior Counsel | 448.00 | 0.80 | 358.40 |
| **TIMEKEEPER TOTALS** | | | **1.40** | **$709.40** |
| **TOTAL BALANCE DUE** | | | | **$709.40** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord
### LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962365

---

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$1,433.70

File Number:   1000304.00262
RE:   953 N Drake, Chicago, IL (Guardiola)

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/08/12 | JCW | E-mails with GMAC Mortgage and Tom Cunningham regarding ███████████████████████ | 0.50 |
| 08/08/12 | JCW | Review and analyze Complaint and Order received from GMAC Mortgage. | 0.40 |
| 08/08/12 | JCW | Review docket sheet to determine additional pleadings to be obtained from courthouse. | 0.10 |
| 08/08/12 | JCW | Conference with docket clerk regarding obtaining additional pleadings from Courthouse. | 0.10 |
| 08/08/12 | JCW | Conference regarding search of recorded documents to try and locate Assignment of Mortgage. | 0.10 |
| 08/08/12 | JCW | Review printout of recorded documents to determine which to have pulled for analysis. | 0.20 |
| 08/08/12 | JCW | E-mails regarding plan for 9/4 hearing. | 0.10 |
| 08/08/12 | TBT | Retrieve and circulate recorder's records to litigation team. | 0.30 |
| 08/09/12 | JCW | Analyze select recorded documents. | 0.20 |

Ally Financial Inc.
File No.: 1000304.00262

Invoice Date: September 28, 2012
Invoice No.: 962365
Page: 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/09/12 | JCW | E-mail regarding recorded Partial Release of Mortgage. | 0.10 |
| 08/09/12 | TBT | Retrieve and circulate recorder's records to litigation team. | 0.30 |
| 08/10/12 | TJC | Review of title search results. | 0.10 |
| 08/10/12 | TJC | Review of partial satisfaction of mortgage recorded by Greentree releasing the mortgage. | 0.10 |
| 08/10/12 | TJC | Review of assignment of mortgage to GMAC. | 0.10 |
| 08/10/12 | TJC | Conference with Julie Webb about ███████████ | 0.20 |
| 08/13/12 | JCW | E-mail to GMAC Mortgage regarding ███████████ | 0.20 |
| 08/14/12 | TBT | Retrieve, organize, and upload contents of recorder's file; Circulate same to litigation team. | 0.80 |
| 08/23/12 | JCW | Prepare spreadsheet of City of Chicago building code matters. | 0.10 |
| 08/30/12 | JCW | Review documents and pleadings in preparation for 9/4 hearing. | 0.60 |
| | | **TOTAL HOURS** | **4.60** |

|  | **TOTAL FEES** | **$1,422.20** |
|--|--|--|

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 0.50 | 292.50 |
| J.C. Webb | Associate | 295.00 | 2.70 | 796.50 |
| Tiffany B. Till | Paralegal | 238.00 | 1.40 | 333.20 |
| **TIMEKEEPER TOTALS** | | | **4.60** | **$1,422.20** |

| EXPENSES | VALUE |
|----------|-------|
| 8/9/12 obtain copies of documents from Cook County Recorder of Deeds | 11.50 |
| **TOTAL EXPENSES** | **$11.50** |

| TOTAL FEES | $1,422.20 |
|-----------|-----------|

Ally Financial Inc.
File No.: 1000304.00262

Invoice Date: September 28, 2012
Invoice No.: 962365
Page: 4

---

TOTAL EXPENSES                                                    $11.50

TOTAL FEES AND EXPENSES                                      $1,433.70

**TOTAL BALANCE DUE**                                        **$1,433.70**

**PLEASE REMIT PAYMENT:**

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL  60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

<u>Via Wire:</u>
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX  77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement.  Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account.  (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



# Locke
# Lord

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962366

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$1,837.50

File Number:    1000304.00263
RE:    5936-48 S MLK Drive (Jackson, 5940-1W)

**Claim Number:**        11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/13/12 | JCW | Review e-mail from GMAC Mortgage ▮▮▮▮▮ ▮▮▮▮▮ | 0.10 |
| 08/13/12 | JCW | Analyze Complaint. | 0.20 |
| 08/13/12 | JCW | Conference with Tom Cunningham regarding ▮▮▮▮▮ | 0.10 |
| 08/13/12 | JCW | Conference with Tiffany Till regarding ▮▮▮▮▮ ▮▮▮▮▮ | 0.10 |
| 08/13/12 | JCW | Review list of recorded documents to identify specific documents to be pulled. | 0.10 |
| 08/13/12 | TBT | Retrieve and circulate contents of recorder's file to litigation team. | 0.20 |
| 08/14/12 | TJC | Emails from/to Jance Hoy and Beth McWilliams re ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 |
| 08/14/12 | TJC | Review and analysis of complaint and email to Jance Hoy and Beth McWilliams re ▮▮▮▮▮ | 0.20 |
| 08/14/12 | TBT | Retrieve, organize, and upload contents of recorder's file; Circulate same to litigation team. | 0.40 |

Ally Financial Inc.
File No.:  1000304.00263

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/15/12 | TJC | E-mails from and to Beth McWilliams re ███████████ | 0.20 |
| 08/16/12 | TJC | Telephone conference with Beth McWilliams and Jacqueline Ho re ███████ | 0.20 |
| 08/17/12 | TJC | Emails from/to Julie Webb re ███████ | 0.10 |
| 08/22/12 | TJC | Email from Beth McWilliams re ███████ | 0.10 |
| 08/22/12 | TBT | Retrieve documents from Ally's Cisco Registered Envelope Service; E-mail to litigation team regarding ██████ | 0.20 |
| 08/23/12 | JCW | Prepare spreadsheet of City of Chicago building code matters. | 0.10 |
| 08/24/12 | TBT | Update internal chart. | 0.10 |
| 08/27/12 | TBT | Retrieve documents from Ally's Cisco Registered Envelope Service; E-mail to litigation team regarding same. | 0.10 |
| 08/28/12 | TJC | E-mail from Julie Webb re ███████ | 0.20 |
| 08/28/12 | JCW | Analyze FACT file. | 1.20 |
| 08/28/12 | JCW | Analyze select recorded documents to determine status of record title. | 0.30 |
| 08/28/12 | JCW | E-mail regarding recommendation for handling. | 0.10 |
| 08/29/12 | TJC | Emails to/from Julie Webb re ███████ | 0.10 |
| 08/29/12 | TJC | Review of assignment of mortgage and consideration of whether ███████ | 0.20 |
| 08/29/12 | JCW | E-mail to GMAC Mortgage regarding ███████ | 0.10 |
|  |  | **TOTAL HOURS** | **4.90** |
|  |  | **TOTAL FEES** | **$1,823.50** |

------------------------------ **BILLING PROFESSIONALS** ------------------------------

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| T.J. Cunningham | Partner | 585.00 | 1.50 | 877.50 |

Ally Financial Inc.
File No.: 1000304.00263

Invoice Date: September 28, 2012
Invoice No.: 962366
Page: 4

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| J.C. Webb | Associate | 295.00 | 2.40 | 708.00 |
| Tiffany B. Till | Paralegal | 238.00 | 1.00 | 238.00 |
| **TIMEKEEPER TOTALS** | | | **4.90** | **$1,823.50** |

| EXPENSES | VALUE |
|---|---|
| 8/14 obtain copies of documents from Cook County Recorder of Deeds | 14.00 |
| **TOTAL EXPENSES** | **$14.00** |

| | |
|---|---|
| TOTAL FEES | $1,823.50 |
| TOTAL EXPENSES | $14.00 |
| TOTAL FEES AND EXPENSES | $1,837.50 |
| **TOTAL BALANCE DUE** | **$1,837.50** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

PRIVACY NOTICE
Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Janice Hoy
Ally Financial Legal Staff
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 28, 2012
Invoice No.: 962367

Total amount due for the legal services rendered and expenses
incurred in connection with the referenced matter through August 31,
2012

$1,701.60

File Number:   1000304.00264
RE:   5936-48 S MLK Drive (Sergenton, 5948-3), 731585

**Claim Number:**      11506

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/13/12 | JCW | Review e-mail from GMAC Mortgage regarding ███████ | 0.10 |
| 08/13/12 | JCW | Analyze Complaint. | 0.20 |
| 08/13/12 | JCW | Conference regarding action plan. | 0.10 |
| 08/13/12 | JCW | Conference regarding pulling list of recorded documents. | 0.10 |
| 08/13/12 | JCW | Review list of recorded documents to identify specific documents to be pulled. | 0.10 |
| 08/13/12 | TBT | Retrieve and circulate contents of recorder's file to litigation team. | 0.20 |
| 08/14/12 | TJC | Review and analysis of complaint and email to Jance Hoy and Beth McWilliams re ███████ | 0.20 |
| 08/14/12 | TJC | Emails from/to Jance Hoy and Beth McWilliams re ███████ ███████ | 0.20 |
| 08/14/12 | TBT | Retrieve, organize, and upload contents of recorder's file; Circulate same to litigation team. | 0.40 |

Ally Financial Inc.
File No.:  1000304.00264

Invoice Date: September 28, 2012
Invoice No.:  962367
Page:  3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 08/15/12 | TJC | E-mails from and to Beth McWilliams re ████████████ | 0.20 |
| 08/16/12 | TJC | Emails from/to Beth McWilliams re ████████████ | 0.30 |
| 08/16/12 | TJC | Telephone conference with Beth McWilliams and Jacqueline Ho re ████████████ | 0.20 |
| 08/17/12 | TJC | Emails from/to Julie Webb re ████████████ | 0.10 |
| 08/23/12 | JCW | Prepare spreadsheet of City of Chicago building code matters. | 0.10 |
| 08/27/12 | TJC | Email from Beth McWilliams re ████████████ | 0.10 |
| 08/27/12 | TBT | Retrieve documents from Ally's Cisco Registered Envelope Service; E-mail to litigation team regarding ████ | 0.10 |
| 08/28/12 | TJC | E-mail from Julie Webb re ████████████ | 0.20 |
| 08/28/12 | JCW | E-mail regarding recommendation for handling. | 0.10 |
| 08/28/12 | JCW | Analyze select recorded documents to determine status of record title. | 0.30 |
| 08/28/12 | TBT | Retrieve and circulate contents of recorder's file to litigation team. | 0.50 |
| 08/29/12 | TJC | Emails to/from Julie Webb re ████████████ | 0.10 |
| 08/29/12 | TJC | Review of assignment of mortgage and consideration of ████████████ | 0.20 |
| 08/29/12 | JCW | E-mail to GMAC Mortgage regarding ████████████ | 0.10 |
| | | **TOTAL HOURS** | **4.20** |

**TOTAL FEES**                                                $1,692.60

------------------------------  **BILLING PROFESSIONALS**  ------------------------------

Ally Financial Inc.
File No.: 1000304.00264

Invoice Date: September 28, 2012
Invoice No.: 962367
Page: 4

| TIMEKEEPER | CLASS | RATE | HOURS | VALUE |
|---|---|---|---|---|
| T.J. Cunningham | Partner | 585.00 | 1.80 | 1,053.00 |
| J.C. Webb | Associate | 295.00 | 1.20 | 354.00 |
| Tiffany B. Till | Paralegal | 238.00 | 1.20 | 285.60 |
| **TIMEKEEPER TOTALS** | | | **4.20** | **$1,692.60** |

| EXPENSES | VALUE |
|---|---|
| 8/14 obtain copies of documents from Cook County Recorder of Deeds | 9.00 |
| **TOTAL EXPENSES** | **$9.00** |

| | |
|---|---|
| TOTAL FEES | $1,692.60 |
| TOTAL EXPENSES | $9.00 |
| TOTAL FEES AND EXPENSES | $1,701.60 |
| **TOTAL BALANCE DUE** | **$1,701.60** |

**PLEASE REMIT PAYMENT:**

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
131 S. Dearborn, 6th Floor
Chicago, IL 60603
ATTN: Locke Lord Bissell & Liddell LLP,
Box #24259

**Via Wire:**
ABA Routing: 021000021
Swift Code (International): CHASUS33
Account: 00101203546
Bank: JPMorgan Chase Bank of Texas,
712 Main Street, Houston, TX 77002
Reference: LL Invoice Number / Matter

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by it or if you dispute the amount of the statement. Our Accounting Department, (713) 226-1129 can answer questions concerning payments on your account. (Please note that this statement covers only those services and expenses described above. It does not include the unpaid balance of any prior statement.)

**PRIVACY NOTICE**

Locke Lord may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.

Locke Lord does not disclose, nor does Locke Lord reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.

Locke Lord restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Locke Lord maintains physical, electronic and procedural safeguards that comply with federal regulations to guard the nonpublic personal information of clients and former clients.