# EXHIBIT 1

## Time Detail
## May 14, 2012 - August 31, 2012

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Dempsey  John B. | 1-Jun-12 | 1.00 | $748.20 | Review and revise UCC deck for Jordan Wishnew (counsel for debtors). |
| Dluhy  Bryan M. | 1-Jun-12 | 3.00 | $817.80 | Draft deck for UCC (1.5); begin drafting information for John Dempsey declaration in support of KEIP (1.5). |
| Dempsey  John B. | 4-Jun-12 | 1.00 | $748.20 | Draft June 5 report. |
| Dluhy  Bryan M. | 4-Jun-12 | 0.50 | $136.30 | Revise UCC KEIP analysis slides. |
| Dempsey  John B. | 5-Jun-12 | 1.00 | $748.20 | Continue drafting June 5 report. |
| Dluhy  Bryan M. | 5-Jun-12 | 2.50 | $681.50 | Additional revisions to UCC KEIP analysis slides. |
| Dluhy  Bryan M. | 11-Jun-12 | 0.50 | $136.30 | Additional revisions to John Dempsey declaration in support of KEIP. |
| Dempsey  John B. | 19-Jun-12 | 2.00 | $1,496.40 | Additional revisions to John Dempsey declaration in support of KEIP. |
| Mayer  Julie J. | 19-Jun-12 | 3.25 | $245.06 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Dluhy  Bryan M. | 20-Jun-12 | 2.00 | $545.20 | Revisions to UCC deck (1.25);  additional revisions to Dempsey declaration in support of KEIP (0.5); telephone conferences with Jordan Wishnew (counsel for debtors) regarding same (0.25). |
| Dluhy  Bryan M. | 21-Jun-12 | 5.50 | $1,499.30 | Revisions to UCC deck (4.5); revise Dempsey declaration in support of KEIP based upon same (1.0). |
| Dempsey  John B. | 22-Jun-12 | 2.00 | $1,496.40 | Review and prepare for telephone conference with UCC working group regarding proposed KEIP (1.25): participate in call with UCC working group regarding same (0.75) |
| Dluhy  Bryan M. | 25-Jun-12 | 2.50 | $681.50 | Revisions to Dempsey declaration  in support of KEIP (1.75); prepare responses to DD inquiries (0.75). |
| Dluhy  Bryan M. | 26-Jun-12 | 1.00 | $272.60 | Additional revisions to Dempsey declaration  in support of KEIP based upon DD inquiries (1.0). |
| Dempsey  John B. | 28-Jun-12 | 2.00 | $1,496.40 | Preparation for call with creditors committee working group regarding proposed KEIP (1.0); attend same (1.0). |
| Dluhy  Bryan M. | 28-Jun-12 | 1.50 | $408.90 | Additional revisions to Dempsey declaration (0.25); telepone conference with UCC working group regarding same (1.0). |
| Dempsey  John B. | 29-Jun-12 | 2.00 | $1,496.40 | Review and prepare for telephone conference with UCC working group regarding proposed KEIP (1.25): participate in call with UCC working group regarding same (0.75) |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Dluhy  Bryan M. | 29-Jun-12 | 1.50 | $408.90 | Additional revisions to Dempsey declaration in support of KEIP and underlying documentation for same (0.75); telephone conference with creditors committee working group regarding KEIP (0.75). |
| Dempsey  John B. | 9-Jul-12 | 1.50 | $1,122.30 | Review and revise Dempsey declaration in support of KEIP (1.25); telephone conference with Jordan Wishnew (counsel for debtors) regarding same (0.25). |
| Dluhy  Bryan M. | 9-Jul-12 | 2.00 | $545.20 | Analysis of market competitiveness for KEIP (1.25); revisions to deck on compensation deferral (0.25); updates to deck with updated compensation information (0.5). |
| Dempsey  John B. | 10-Jul-12 | 1.50 | $1,122.30 | Additional revisions to Dempsey declaration in support of KEIP (1.25); telephone conference with Jordan Wishnew (counsel for debtors) regarding same (0.25). |
| Dempsey  John B. | 11-Jul-12 | 1.00 | $748.20 | Review and additional revisions to declaration in support of KEIP. |
| Dluhy  Bryan M. | 11-Jul-12 | 1.00 | $272.60 | Additional analysis of market competitiveness for proposed KEIP (1.0). |
| Dluhy  Bryan M. | 12-Jul-12 | 2.25 | $613.36 | Analysis of market competitiveness (1.0); revisions to deck on compensation deferral (0.75); updates to deck with updated compensation information (0.5). |
| Dempsey  John B. | 13-Jul-12 | 2.00 | $1,496.40 | Review and prepare for hearing on retention application of Mercer (1.25); attend hearing regarding same (0.75). |
| Dluhy  Bryan M. | 16-Jul-12 | 2.50 | $681.50 | Additional revisions to Dempsey declaration for KEIP (1.0); additional revisions to deck for filing (1.5). |
| Dluhy  Bryan M. | 17-Jul-12 | 2.00 | $545.20 | Final revisions to Dempsey declaration for KEIP for filing (1.0); finalize deck for filing (1.0). |
| Mayer  Julie J. | 23-Jul-12 | 2.00 | $150.80 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Dempsey  John B. | 2-Aug-12 | 1.00 | $272.60 | KEIP/KERP call with client working group. |
| Dluhy  Bryan M. | 2-Aug-12 | 2.00 | $545.20 | Telephone conferences with Jordan Wishnew (counsel for debtors) regarding responding to US Trustee objection to KEIP (0.75); revisions to Dempsey supplemental declaration for KEIP (1.25). |
| Dluhy  Bryan M. | 3-Aug-12 | 0.50 | $136.30 | Telephone conference with Jordan Wishnew (counsel for debtors) regarding additional informtion for KEIP (0.25); additional revisions to Dempsey supplemental declaration based upon same (0.25). |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Dempsey  John B. | 4-Aug-12 | 2.00 | $1,496.40 | Telephone conferences with Brian Dluhy and Jordan Wishnew (counsel for debtors) regarding information for responding to US Trustee objection to KEIP (0.25); review and revise supplemental declaration based upon same (1.75). |
| Dluhy  Bryan M. | 4-Aug-12 | 2.50 | $681.50 | Telephone conferences with John Dempsey and Jordan Wishnew (counsel for debtors) regarding information for responding to US Trustee objection to KEIP (0.25); revise to Dempsey supplemental declaration based upon same (2.25). |
| Dempsey  John B. | 5-Aug-12 | 2.00 | $1,496.40 | Additional revisions to supplemental declaration in support of KEIP (1.25); telephone conference with Jordan Wishnew (counsel for debtors) regarding same (0.75). |
| Dluhy  Bryan M. | 5-Aug-12 | 4.00 | $1,090.40 | Substantially revise Dempsey supplemental declaration in support of KEIP. |
| Dluhy  Bryan M. | 6-Aug-12 | 1.00 | $272.60 | Drafting and revisions to Dempsey supplemental declaration. |
| Dempsey  John B. | 7-Aug-12 | 4.00 | $2,992.80 | Conference wit Jamie Levitt (counsel for debtors) regarding potential testimony at contested KEIP hearing (2.0); conference with Anne Janiczek of debtors regarding possible KEIP hearing and issues for same (2.0). |
| Dluhy  Bryan M. | 7-Aug-12 | 1.00 | $272.60 | Additional revisions to Dempsey supplemental declaration for KEIP. |
| Dempsey  John B. | 8-Aug-12 | 5.00 | $3,741.00 | Attend contested hearing on KEIP (4.0); review and prepare for same (1.0). |
| Dluhy  Bryan M. | 8-Aug-12 | 4.50 | $1,226.70 | Analysis of prepetition and bankruptcy compensation levels per judge request (4.5) |
| Dluhy  Bryan M. | 9-Aug-12 | 3.00 | $817.80 | Additional analysis of prepetition and bankruptcy compensation levels per judge request (3.0). |
| Dluhy  Bryan M. | 10-Aug-12 | 1.00 | $272.60 | Research on additive examples. |
| Mayer  Julie J. | 20-Aug-12 | 1.00 | $75.40 | Assistance by Mercer Washington Resource Group regarding discrete plan issues. |
| Dempsey  John B. | 22-Aug-12 | 1.00 | $748.20 | ResCap Compensation Plan Design conference call with Brian Dluhy and ResCap working group. |
| Dluhy  Bryan M. | 22-Aug-12 | 3.50 | $954.10 | Telephone conference with ResCap team and John Dempsey regarding compensation plan design (1.0); review client materials and research capital contribution plan designs based upon same (2.5). |
| Moriarty  Kimberly A. | 22-Aug-12 | 0.75 | $295.80 | Research capital contribution plan designs for ResCap team. |

| Employee | Date | Hours | Actual | Description |
|---|---|---|---|---|
| Dempsey  John B. | 23-Aug-12 | 0.50 | $374.10 | Telephone conference with Brian Dluhy and ResCap working group regarding compensation plan design. |
| Dluhy  Bryan M. | 23-Aug-12 | 2.00 | $545.20 | Telephone conference with John Dempsey and ResCap team (0.5); research on cap contribution plan designs based upon same (1.5). |
| Dluhy  Bryan M. | 28-Aug-12 | 0.50 | $136.30 | Telephone conferences with client working group regarding written opinion and KEIP redesign. |
| Dempsey  John B. | 29-Aug-12 | 1.00 | $748.20 | Telephone conference with Bryan Dluhy and ResCap working group regarding modified KEIP structures. |
| Dluhy  Bryan M. | 29-Aug-12 | 2.50 | $681.50 | Telephone conference with John Dempsey and client working group regarding KEIP redesign (1.0); prepare pay curve analysis based upon same (1.5). |
| Dempsey  John B. | 30-Aug-12 | 1.00 | $748.20 | Telephone conference with Bryan Dluhy and ResCap working group regarding modified KEIP  structure. |
| Dluhy  Bryan M. | 30-Aug-12 | 3.50 | $954.10 | Telephone conference with client working group and John Dempsey regarding KEIP redesign (1.0); additional pay curve analysis based upon same (1.0); analyze company financials for same (1.5). |
| Dluhy  Bryan M. | 31-Aug-12 | 2.50 | $681.50 | Additional pay curve analysis (2.0); review company financials for same (0.5). |
| | **Totals:** | **105.75** | **$43,618.92** | |