# EXHIBIT 2

**Expense Detail**
**May 14, 2012 to August 31, 2012**

| Date | Amount | Description |
|---|---|---|
| 22-May-12 | $22.85 | Taxi charge for working late. |
| 22-May-12 | $21.65 | Taxi charge for working late. |
| 31-May-12 | $1,729.35 | Legal Fees (detail attached) |
| 6-Jun-12 | $20.45 | Taxi charge for working late. |
| 21-Jun-12 | $22.65 | Taxi charge for working late. |
| 30-Jun-12 | $1,672.95 | Legal Fees (detail attached) |
| 17-Jul-12 | $19.25 | Taxi charge for working late. |
| 20-Jul-12 | $250.00 | Bankruptcy research charges for bankruptcydata.com |
| 31-Jul-12 | $2,042.30 | Legal Fees (detail attached) |
| 17-Aug-12 | $169.04 | Pacer Service Charges. |
| 31-Aug-12 | $148.25 | Legal Fees (detail attached) |
| **Total:** | **$6,118.74** | |

**Freeborn & Peters** LLP

2     June 20, 2012

No: 100067555

For professional services rendered with regard to:

Re: *Residential Capital, LLC*

### [L120] Analysis/Strategy

| | | | |
|---|---|---|---|
| *May 18, 2012* | **Eggert, Devon J.**<br>Review of background documents for preparation of retention application (0.4); multiple e-mail correspondence with John Dempsey regarding same (0.1); telephone conference with John Dempsey regarding retention application issues (0.1). | 0.60 | 183.00 |
| *May 21, 2012* | **Eggert, Devon J.**<br>Review and revise draft retention application (1.1); multiple e-mail correspondence with John Dempsey regarding same (0.2). | 1.30 | 396.50 |
| *May 22, 2012* | **Eggert, Devon J.**<br>Telephone conference with John Dempsey regarding open items for retention application (0.3); multiple e-mail correspondence with Jordan Wishnew (counsel for debtors) regarding same (0.1); preliminary review of revised retention application pleadings (0.2). | 0.60 | 183.00 |
| *May 23, 2012* | **Eggert, Devon J.**<br>Additional revisions to draft retention application (1.0); telephone call to Jordan Wishnew regarding same (0.1). | 1.10 | 335.50 |

Freeborn & Peters LLP

3                                           June 20, 2012

| | | | |
|---|---|---|---|
| *May 24, 2012* | *Eggert, Devon J.*<br>Multiple e-mail correspondence with Jordan Wishnew (counsel for debtors) regarding open items for retention application, declaration in support of same and order for same (0.5); review and revise draft retention application pleadings based upon same (0.9); multiple e-mail correspondence with John Dempsey regarding same (0.3). | 1.70 | 518.50 |
| *May 25, 2012* | *Eggert, Devon J.*<br>Revise retention application and declaration in support of same based upon comments of John Dempsey and Jordan Wishnew (counsel for debtors) (0.8); e-mail correspondence to Jordan Wishnew regarding open items for same (0.1). | 0.90 | 274.50 |
| *May 31, 2012* | *Eggert, Devon J.*<br>Telephone call to Jordan Wishnew (counsel for debtors) regarding open items for finalizing Mercer retention application (0.1). | 0.10 | 30.50 |
| Total [L120] Analysis/Strategy | | 6.30 | 1,921.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 6.30 | 305.00 | $1,921.50 |
| TOTAL HOURS | 6.30 | | |
| TOTAL FEES | | | $1,921.50 |

TOTAL FEES AND DISBURSEMENTS                                $1,921.50

2661061v1

**Freeborn & Peters LLP**

2                                                                                                July 31, 2012

No: 100070660

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| *Jun 1, 2012* | *Eggert, Devon J.*<br>E-mail correspondence with Jordan Wishnew (counsel for debtors) regarding status of draft retention application (0.1). | 0.10 | 30.50 |
| *Jun 5, 2012* | *Eggert, Devon J.*<br>Telephone conference with John Dempsey regarding status of retention application (0.1). | 0.10 | 30.50 |
| *Jun 6, 2012* | *Eggert, Devon J.*<br>Telephone conference with John Dempsey regarding amendments to retention application (0.1); e-mail correspondence to Tom Fawkes regarding same (0.1). | 0.20 | 61.00 |
| *Jun 7, 2012* | *Eggert, Devon J.*<br>Telephone conference with John Dempsey regarding retention documentation (0.1); review and revise same (0.6); e-mail correspondence to John Dempsey regarding same (0.2). | 0.90 | 274.50 |
| *Jun 24, 2012* | *Eggert, Devon J.*<br>Review and revise draft retention application, declaration in support and order for same (0.9); multiple e-mail correspondence with Jordan Wishnew and Naomi Moss (counsel for debtors) regarding same (0.3); telephone conference with Jordan Wishnew regarding same (0.1); e-mail correspondence to John Dempsey regarding same (0.1). | 1.40 | 427.00 |

# Freeborn & Peters LLP

                3                July 31, 2012

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Jun 25, 2012* | *Eggert, Devon J.*<br>Review and revise latest engagement letter between Mercer and debtors (0.8); multiple e-mail correspondence with Naomi Moss (counsel for debtors) regarding same and retention application (0.3); review and revise draft retention application (0.4); multiple e-mail correspondence with John Dempsey regarding same (0.2); telephone conference with John Dempsey regarding same (0.1). | 1.80 | 549.00 |
| *Jun 26, 2012* | *Eggert, Devon J.*<br>Finalize all retention application documents for filing (0.2); multiple e-mail correspondence with Naomi Moss (counsel for debtors) regarding same (0.6); telephone conference with John Dempsey regarding same (0.1); multiple e-mail correspondence with John Dempsey regarding same (0.2). | 1.10 | 335.50 |
| *Jun 27, 2012* | *Sheldon, Kathryn C.*<br>E-mail correspondence to Devon Eggert regarding retention application (0.2); draft appearances for Thomas Fawkes and Devon Eggert (0.3); e-mail correspondence to Devon Eggert regarding same (0.1); file same (0.1). | 0.70 | 150.50 |
| Total [L120] Analysis/Strategy | | 6.30 | 1,858.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 5.60 | 305.00 | $1,708.00 |
| Sheldon, Kathryn C. | 0.70 | 215.00 | $150.50 |
| TOTAL HOURS | 6.30 | | |
| TOTAL FEES | | | $1,858.50 |

TOTAL FEES AND DISBURSEMENTS                      $1,858.50

# Freeborn & Peters LLP

2    August 23, 2012

No: 100072958

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| | | | |
|---|---|---|---|
| *Jul 6, 2012* | **Eggert, Devon J.**<br>Review U.S. Trustee omnibus objection to retention applications (including Mercer's) (0.5); multiple e-mail correspondence with Jordan Wishnew and Naomi Moss (counsel for debtors) regarding responding to same (0.2); e-mail correspondence to John Dempsey summarizing objections to Mercer retention application and proposed responses to same (0.2); multiple e-mail correspondence with client working group regarding same (0.2). | 1.10 | 335.50 |
| *Jul 8, 2012* | **Eggert, Devon J.**<br>Review and prepare for telephone conference with Jordan Wishnew and Naomi Moss (counsel for debtors) regarding plan for responding to U.S. Trustee's omnibus objection to retention applications, including Mercer's (0.3); telephone conference with Jordan Wishnew and Naomi Moss regarding same (0.2); e-mail correspondence to Allison Brecher regarding same (0.1). | 0.60 | 183.00 |
| *Jul 9, 2012* | **Eggert, Devon J.**<br>Review U.S. Trustee's proposed revisions to Mercer retention order (0.2); multiple e-mail correspondence with John Dempsey regarding same (0.3); review debtors' proposed supplemental affidavit for John Dempsey based upon U.S. Trustee's objection to Mercer retention (0.4). | 0.90 | 274.50 |

**Freeborn & Peters LLP**

3 August 23, 2012

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| *Jul 10, 2012* | *Eggert, Devon J.*<br>Substantially revise draft supplemental affidavit based upon U.S. Trustee's objections to Mercer's retention (0.7); multiple e-mail correspondence with John Dempsey regarding same (0.3); multiple e-mail correspondence with Naomi Moss and Lorenzo Marinuzzi (counsel for debtors) regarding same (0.2). | 1.20 | 366.00 |
| *Jul 11, 2012* | *Eggert, Devon J.*<br>Review revised supplemental declaration for Mercer retention application (0.1); multiple e-mail correspondence with John Dempsey regarding same (0.1); telephone conference with John Dempsey regarding same (0.1); multiple e-mail correspondence with Jordan Wishnew and Naomi Moss regarding same (0.3). | 0.60 | 183.00 |
| *Jul 12, 2012* | *Eggert, Devon J.*<br>Review revised draft order for Mercer retention application (0.1); multiple e-mail correspondence to Naomi Moss (counsel for debtors) regarding same (0.1); review and prepare for July 13 contested hearing on Mercer retention application (0.5); e-mail correspondence to John Dempsey regarding same (0.1); telephone conference with Naomi Moss regarding same (0.1); telephone conference with John Dempsey regarding same (0.1). | 1.20 | 366.00 |
| *Jul 13, 2012* | *Eggert, Devon J.*<br>Review and prepare for contested hearing on Mercer retention application (0.3); attend and participate in portion of hearing regarding Mercer retention application (0.2); telephone conference with John Dempsey regarding same (0.1). | 0.60 | 183.00 |
| *Jul 18, 2012* | *Eggert, Devon J.*<br>Review interim compensation procedures order (0.1); e-mail correspondence to John Dempsey regarding preparing monthly and interim fee applications (0.1). | 0.20 | 61.00 |

Freeborn & Peters LLP

4   August 23, 2012

| | | | |
|---|---|---|---|
| *Jul 18, 2012* | *Sheldon, Kathryn C.*<br>Review interim compensation procedures order (0.2); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.30 | 64.50 |
| *Jul 19, 2012* | *Eggert, Devon J.*<br>Multiple e-mail correspondence with Jordan Wishnew and Naomi Moss (counsel for debtors) regarding coordinating of filing interm fee applications for debtors' professionals (0.1). | 0.10 | 30.50 |
| Total [L120] Analysis/Strategy | | 6.80 | 2,047.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 6.50 | 305.00 | $1,982.50 |
| Sheldon, Kathryn C. | 0.30 | 215.00 | $64.50 |
| TOTAL HOURS | 6.80 | | |

TOTAL FEES                                                              $2,047.00

**DISBURSEMENTS**

**DISBURSEMENT SUMMARY**

Filing Fee                                                                 200.00
TOTAL DISBURSEMENTS                                         $200.00

TOTAL FEES AND DISBURSEMENTS                         $2,247.00

2697174v1

# Freeborn & Peters LLP

2                                                   September 17, 2012

No: 100074606

For professional services rendered with regard to:
*Re: Residential Capital, LLC*

### [L120] Analysis/Strategy

| | | | |
|---|---|---|---|
| *Aug 6, 2012* | *Eggert, Devon J.*<br>Multiple e-mail correspondence with John Dempsey and Sonya Park regarding information for fee application (0.2). | 0.20 | 61.00 |
| *Aug 6, 2012* | *Sheldon, Kathryn C.*<br>E-mail correspondence to Devon Eggert regarding information needed to prepare fee application (0.1). | 0.10 | 21.50 |
| Total [L120] Analysis/Strategy | | 0.30 | 82.50 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.20 | 305.00 | $61.00 |
| Sheldon, Kathryn C. | 0.10 | 215.00 | $21.50 |
| TOTAL HOURS | 0.30 | | |
| TOTAL FEES | | | $82.50 |

**DISBURSEMENTS**

**DISBURSEMENT SUMMARY**

| | |
|---|---|
| Appearance fee | 74.00 |
| TOTAL DISBURSEMENTS | $74.00 |

TOTAL FEES AND DISBURSEMENTS                                           $156.50

2707829v1/06774-0072