**Hearing Date:  December 20, 2012 at 10:00 a.m. (ET)**
**Objection Deadline:  TBD**

**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
Maryann Gallagher

*Conflicts Counsel for the Debtors and*
  *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 12-12020 (MG) |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,[1] | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------x

**SUMMARY OF THE FIRST INTERIM APPLICATION OF**
**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP, AS CONFLICTS COUNSEL TO**
**THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND**
**PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**
**INCURRED FROM MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2012**

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in support of the Debtors' "first day" pleadings [Docket No. 6], dated May 14, 2012.

| | |
|---|---|
| NAME OF APPLICANT: | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO: | RESIDENTIAL CAPITAL, LLC., *ET AL.* DEBTORS AND DEBTORS-IN-POSSESSION |
| DATE CASE FILED: | MAY 14, 2012 |
| DATE OF RETENTION: | ORDER ENTERED ON JULY 16, 2012, RETAINING CURTIS, MALLET-PREVOST, COLT & MOSLE LLP *NUNC PRO TUNC* TO MAY 14, 2012 [DOCKET NO. 781] |
| PERIOD FOR WHICH COMPENSATION AND REIMBURSEMENT IS SOUGHT: | MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2012 |
| AMOUNT OF COMPENSATION SOUGHT AS ACTUAL, REASONABLE AND NECESSARY: | $496,548.50 |
| AMOUNT OF EXPENSE REIMBURSEMENT SOUGHT AS ACTUAL, REASONABLE AND NECESSARY: | $3,093.40 |
| TOTAL COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED: | $499,641.90 |
| TOTAL COMPENSATION AND EXPENSES PREVIOUSLY REQUESTED AND AWARDED: | NONE |
| BLENDED RATE OF PROFESSIONALS AND PARAPROFESSIONALS: | $490.29 |
| BLENDED RATE OF PROFESSIONALS: | $639.09 |

This is a(n): _____ monthly ___X___ interim _____ final application.

### Summary of Monthly Fee Statements For The First Interim Fee Period
### (May 14, 2012 Through and Including August 31, 2012)

| Date Served | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 8/1/12 | 5/14/12 – 6/30/12 | $272,421.00 | $2,612.70 | $0.00 | $0.00 | $54,484.20 |
| 9/12/12 | 7/1/12 – 7/31/12 | $147,453.50 | $211.11 | $0.00 | $0.00 | $29,490.70 |
| 10/17/12 | 8/1/12 – 8/31/12 | $76,674.00 | $269.59 | $0.00 | $0.00 | $15,334.80 |
| **TOTAL** | 5/14/12 – 8/31/12 | $496,548.50 | $3,093.40 | $0.00 | $0.00 | $99,309.70 |

# TABLE OF CONTENTS

**Page**

JURISDICTION ................................................................................................... **2**

COMPLIANCE WITH THE GUIDELINES .................................................................. **2**

DISCLOSURE OF COMPENSATION AND REQUESTED AWARD ………………….......... **3**

BACKGROUND ……………………................................................................................ **5**

SUMMARY OF PROFESSIONAL SERVICES ……………………............................................ **7**

REASONABLE AND NECESSARY SERVICES RENDERED BY
CURTIS……………………............................................................................................ **12**

ACTUAL AND NECESSARY EXPENSES INCURRED BY CURTIS ………………….......... **14**

CURTIS' REQUESTED COMPENSATION AND REIMBURSEMENT SHOULD BE
ALLOWED ……………………..................................................................................... **15**

NO PRIOR REQUEST ……………………..................................................................... **17**

NOTICE……………………............................................................................................ **17**

CONCLUSION ……………………................................................................................. **17**

# EXHIBITS

Exhibit A       Certification of Steven J. Reisman

Exhibit B       Summary of Time by Project Category for the First Interim Fee Period

Exhibit C       Summary of Time Billed by Attorneys and Paraprofessionals for the First Interim Fee
                Period

Exhibit D       Summary of Expenses and Disbursements for the First Interim Fee Period

Exhibit D-1     Detail of Expenses and Disbursements for the First Interim Fee Period

Exhibit E       Time Records for the First Interim Fee Period

## TABLE OF AUTHORITIES

| **Statutes** | **Page(s)** |
|---|---|
| 11 U.S.C. § 327 | **1, 2** |
| 11 U.S. C. § 330(a) | **1, 2, 16** |
| 11 U.S.C. § 331 | **1, 2** |
| 11 U.S.C. § 503(b) | **1, 2** |
| 28 U.S.C. § 157(b)(2) | **2** |
| 28 U.S.C. § 1334 | **2** |
| 28 U.S.C. § 1408 | **2** |
| **Other Authorities** | |
| Fed. R. Bankr. P. 2016 | **1, 2** |
| Local Bankruptcy Rule 2016-1 | **1, 2** |

**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
Maryann Gallagher
*Conflicts Counsel for the Debtors and*
  *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                   :    Case No. 12-12020 (MG)
                                                         :
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,[1]            :    Chapter 11
                                                         :
                              Debtors.                   :    Jointly Administered

------------------------------------------------------------x

## FIRST INTERIM APPLICATION OF CURTIS, MALLET-PREVOST, COLT & MOSLE LLP AS CONFLICTS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2012

Curtis, Mallet-Prevost, Colt & Mosle LLP ("<u>Curtis</u>"), conflicts counsel for the above-

captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), submits this first

interim fee application (the "<u>Application</u>") pursuant to sections 327, 330(a), 331, and 503(b) of

title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rule 2016-1 of the Local Bankruptcy Rules

for the Southern District of New York (the "<u>Local Bankruptcy Rules</u>") for (a) the interim

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in support of the Debtors' "first day" pleadings [Docket No. 6], dated May 14, 2012.

allowance of compensation in the aggregate amount of $496,548.50 for professional services performed and the reimbursement of actual and necessary expenses in the aggregate amount of $3,093.40 incurred by Curtis during the period from May 14, 2012 through and including August 31, 2012 (the "First Interim Fee Period") and (b) payment of the unpaid portion of such allowed fees and expenses, including amounts held back pursuant to the Interim Compensation Order (as defined herein) in the amount of $99,309.70 (the "Holdback").   In support of the Application, Curtis respectfully states as follows.

## Jurisdiction

1.     The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.     Venue is proper pursuant to 28 U.S.C. § 1408.

3.     The bases for the relief requested herein are sections 327, 330(a), 331, and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

## Compliance with the Guidelines

4.     The Application was prepared in accordance with (a) the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "Local Guidelines") established and adopted by the Court pursuant to *General Order M-389*, (b) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330*, adopted on January 30, 1996 (the "UST Guidelines"), and (c) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 797] (the "Interim Compensation Order" and, together with the Local Guidelines and the UST Guidelines, collectively, the "Guidelines").

2

5.      Pursuant to, and consistent with, the relevant requirements of the Guidelines, as applicable, the following exhibits are annexed hereto:

    a.      **Exhibit A** contains a certification by the undersigned counsel regarding compliance with the Guidelines;

    b.      **Exhibit B** contains a list of Curtis' project categories, in accordance with the activity codes recommended by the Guidelines, and the total time billed to each category;

    c.      **Exhibit C** contains a billing summary for the First Interim Fee Period that includes the name of each attorney and paraprofessional for whose work compensation is sought, each attorney's year of bar admission and area of practice concentration, the aggregate time expended by each professional and each paraprofessional and the corresponding hourly billing rate at Curtis' current billing rates, and an indication of the individual amounts requested as part of the Application; and

    d.      **Exhibit D** contains a summary of Curtis' total actual and necessary out-of-pocket expenses and disbursements during the First Interim Fee Period.  In addition, attached hereto as **Exhibit D-1** is a schedule of all the expenses incurred during the First Interim Fee Period.

    e.      **Exhibit E** contains Curtis' time records and expenses for the First Interim Fee Period prepared and submitted in accordance with the Guidelines.

**Disclosure of Compensation and Requested Award**

6.      By the Application, Curtis requests (a) an aggregate award for the First Interim Fee Period of $496,548.50 for fees for services rendered and $3,093.40 for reimbursement of actual expenses, for a total request of $499,641.90 and (b) payment of the Holdback.

7.      During the First Interim Fee Period, after internal review, as a courtesy to the Debtors, Curtis took voluntary reductions in fees in excess of $5,000.  In addition, Curtis incurred expenses totaling $6,233.68 that it has not charged to the Debtors in accordance with the terms of its engagement agreement with the Debtors.

8.      During the First Interim Fee Period, Curtis provided the "notice parties" (as defined by the Interim Compensation Order) with the following monthly fee statements:

a)      For May 14, 2012 through June 30, 2012 – fees of $272,421 and expenses of $2,612.70 (the "May 2012 Through June 2012 Fee Statement");

b)      For July 1, 2012 through July 31, 2012 – fees of $147,453.50 and expenses of $211.11 (the "July 2012 Fee Statement"); and

c)      For August 1, 2012 through August 31, 2012 – fees of $76,674 and expenses of $269.59 (the "August 2012 Fee Statement", and together with the May 2012 Through June 2012 Fee Statement and the July 2012 Fee Statement, the "Monthly Fee Statements").

9.     No objections to the Monthly Fee Statements have been made. Curtis has not yet received payment for any of its fees and expenses requested in the Monthly Fee Statements.

10.     The fees sought in the Application reflect an aggregate of 831.50 hours expended by Curtis professionals and paraprofessionals during the First Interim Fee Period rendering necessary and beneficial legal services to the Debtors at a blended average hourly rate of $490.29 for both attorneys and paraprofessionals (or $639.09 for attorneys only). Curtis maintains computerized records of the time expended in the performance of the professional services required by the Debtors and their estates. These records are maintained in the ordinary course of Curtis' practice.

11.     The hourly rates and corresponding rate structure utilized by Curtis in the chapter 11 cases are equivalent to the hourly rates and corresponding rate structure predominantly used by Curtis for restructuring, workout, bankruptcy, insolvency and comparable matters, and similar complex corporate matters whether in court or otherwise, regardless of whether a fee application is required. The rates and rate structure reflect that Curtis' matters are typically national in scope and generally involve great complexity, high stakes, and severe time pressures.

12.     Curtis' hourly rates are set at a level designed to compensate Curtis fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

13.     Curtis regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary. Moreover, in accordance with the Guidelines, Curtis regularly reduces its expenses, particularly expenses related to travel and overtime meals. In addition, in accordance with the terms of Curtis' engagement by the Debtors, Curtis has absorbed the cost of certain expenses that might otherwise be compensable under the Guidelines.

14.     The Application is Curtis' first interim request for compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors.

## Background

### *General Background*

15.     On May 14, 2012 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 14, 2012, the Court entered an order [Docket No. 59] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b). On May 16, 2012, the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "<u>Committee</u>") [Docket No. 102]. On June 28, 2012 the Court entered an order approving the appointment of an examiner pursuant to section 1104(c) of the Bankruptcy Code [Docket No. 536], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket No. 674]

5

### *Retention and Disinterestedness of Curtis*

16.    On July 16, 2012, the Court entered the *Order Authorizing the Retention and Employment of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 781] (the "Retention Order"), approving the Debtors' employment and retention of Curtis *nunc pro tunc* to the Petition Date.  Pursuant to the Retention Order, Curtis is authorized to be compensated on an hourly basis for professional services rendered to the Debtors and reimbursed for actual and necessary expenses incurred by Curtis in connection therewith.

17.    As disclosed in the *Declaration of Steven J. Reisman in Support of Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* (the "Declaration") [Docket No. 527, Ex. 2], Curtis does not hold or represent any interest adverse to the Debtors' estates and is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

18.    Curtis may have in the past represented, may currently represent, and likely in the future will represent, parties in interest in connection with matters unrelated to the Debtors in the chapter 11 cases.  In the Declaration, Curtis disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.  Curtis will file additional declarations, as appropriate, if Curtis becomes aware of relevant and material new information.

19.    Curtis performed the services for which it is seeking compensation by this Application on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor, or other entity.

6

20.    Curtis has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the chapter 11 cases.

21.    Pursuant to Bankruptcy Rule 2016(b), Curtis has not shared, nor has Curtis agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of Curtis or (b) any compensation another person or party has received or may receive from the Debtors.

### Summary of Professional Services

22.    To provide a meaningful summary of services rendered on behalf of the Debtors and their estates, Curtis has established, in accordance with the Guidelines and its internal billing procedures, the following matter numbers in connection with the chapter 11 cases that are applicable to this Application:

| Matter Number | Matter Description |
| --- | --- |
| 100 | Case Administration |
| 200 | General Corporate Matters |
| 210 | Asset Analysis, Sales and Recoveries |
| 300 | General Claims and Equity Matters |
| 350 | Hearings and Court Matters |
| 400 | General Litigation Matters |
| 410 | Adversary Proceedings and Contested Matters |
| 430 | Automatic Stay/Adequate Protection Matters |
| 700 | Curtis Retention/Billing/Fee Applications |

23.    The following is a summary, by matter, of the most significant professional services rendered by Curtis in connection with its role as conflicts counsel during the First

Interim Fee Period. This summary is organized in accordance with Curtis' internal system of matter numbers. The detailed descriptions set forth in the Monthly Fee Statements and incorporated herein by reference demonstrate that Curtis was involved in performing reasonable and necessary services for the Debtors on a regular basis to meet the Debtors' needs in the chapter 11 cases.[3]

## A.    Case Administration (Matter #100)

Total Fees:        $113,931

Total Hours:        208.80

24.    A total of 208.80 hours of services were performed and Curtis is seeking allowance of $113,931 in fees. This matter covers services undertaken by Curtis attorneys and paraprofessionals in the general administration of the Debtors' chapter 11 cases. During the First Interim Fee Period, to fulfill its role as conflicts counsel to the Debtors and to be able to step in at a moment's notice for the Debtors' lead bankruptcy counsel, Morrison & Foerster LLP ("MoFo"), Curtis attorneys and paraprofessionals spent time on case administration to stay informed with respect to matters for which MoFo, had or may potentially have had a conflict of interest. Services rendered by Curtis in connection with case administration tasks included the monitoring of the case docket for pleadings with potential conflicts implications, reviewing and maintaining a case docket of significant pleadings with conflicts implications that were filed with the Court, development of internal action plans, distribution of responsibilities and coordination

---

[3]    This summary of services rendered prior to and during the First Interim Fee Period is not intended to be a detailed or exhaustive description of the work performed by Curtis but, rather, is intended to highlight certain key areas where Curtis provided services to the Debtors during the First Interim Fee Period. A summary description of the work performed in the First Interim Fee Period, categorized by project code, and those day-to-day services and the time expended in performing such services, is set forth in the Monthly Fee Statements.

of assignments related to conflicts matters among Curtis attorneys and paraprofessionals, and keeping a calendar of critical dates in the Debtors' chapter 11 cases.

**B.        General Corporate Matters (Matter #200)**

Total Fees:        $1,413

Total Hours:        1.80

25.        A total of 1.80 hours of services were performed and Curtis is seeking allowance of $1,413 in fees.  During the First Interim Fee Period, Curtis attorneys reviewed the Debtors' cash collateral, cash management, and debtor-in-possession financing documents and motions for conflicts purposes.

**C.        Asset Analysis, Sales and Recoveries (Matter #210)**

Total Fees:        $17,289.50

Total Hours:        24.10

26.        A total of 24.10 hours of services were performed and Curtis is seeking allowance of $17,289.50 in fees.  During the First Interim Fee Period, Curtis attorneys reviewed numerous pleadings filed in connection with the sale of certain of the Debtors' assets for conflicts purposes. In addition, Curtis attorneys were involved with negotiations related to the transfer of certain real estate owned property of the Debtors.

**D.        General Claims and Equity Matters (Matter #300)**

Total Fees:        $125

Total Hours:        0.20

27.        A total of 0.20 hours of services were performed and Curtis is seeking allowance of $125 in fees.  During the First Interim Fee Period, Curtis attorneys reviewed the pleadings related to the establishment of bar dates for conflicts purposes.

**E.      Hearings and Court Matters (Matter #350)**

Total Fees:      $56,035.50

Total Hours:    79.50

28.      A total of 79.50 hours of services were performed and Curtis is seeking allowance of $56,035.50 in fees.  During the First Interim Fee Period, in connection with Curtis' role as conflicts counsel, Curtis attorneys prepared for and attended numerous hearings on behalf of the Debtors, including the Debtors' first day hearing, the Debtors' hearing regarding approval of debtor-in-possession financing, numerous hearings regarding motions for relief from the automatic stay, and various hearings and status conferences related to the Debtors' adversary proceeding seeking to extend the automatic stay to certain non-debtor affiliates.

**F.      General Litigation Matters (Matter #400)**

Total Fees:      $29,746

Total Hours:    43

29.      A total of 43 hours of services were performed and Curtis is seeking allowance of $29,746 in fees.  During the First Interim Fee Period, Curtis attorneys and paraprofessionals organized and reviewed numerous documents produced by the Debtors to certain conflict parties. In addition,  Curtis attorneys attended the depositions of several witnesses for the Debtors in connection with the Debtors' motions seeking: (a) authorization to obtain debtor-in-possession financing; (b) approval of sales procedures and related matters; and (c) Berkshire Hathaway's request to appoint an examiner.

### G.    Adversary Proceedings and Contested Matters (Matter #410)

Total Fees:        $103,941

Total Hours:       152.80

30.    A total of 152.80 hours of services were performed and Curtis is seeking allowance of $103,941 in fees.  During the First Interim Fee Period, Curtis attorneys spent time representing the Debtors in connection with an adversary proceeding commenced by the Debtors seeking to extend the automatic stay with respect to defendants Federal Home Loan Bank of Chicago and Federal Home Loan Bank of Boston.  In connection with such representation Curtis worked with MoFo in drafting and revising numerous pleadings, including the adversary complaint, the *Debtors' Motion to Extend Automatic Stay or, in the Alternative, For Injunctive Relief Enjoining Prosecution of Certain Pending Litigation Against Debtors' Directors and Officers and Non-Debtor Corporate Affiliates* [Adv. Pro. Docket No. 4], and stipulations resolving on a consensual basis the stay extension requested with certain conflicts parties.

31.    Additionally, Curtis attorneys spent time representing the Debtors in connection with a dispute involving the managing member of CMH Holdings LLC, a joint venture between one of the Debtors and a conflict party.

### H.    Automatic Stay/Adequate Protection Matters (Matter #430)

Total Fees:        $118,775

Total Hours:       206.80

32.    A total of 206.80 hours of services were performed and Curtis is seeking allowance of $118,775 in fees.  During the First Interim Fee Period, Curtis attorneys represented the Debtors in connection with Wells Fargo's motion for relief from the automatic stay in connection with a litigation pending in federal district court in California.  In connection with this representation, Curtis attorneys (i) drafted the *Debtors' Objection to Motion of Wells Fargo*

*Bank, N.A. for Relief From the Automatic Stay to Permit Non-Bankruptcy Forum Action Against Debtor Executive Trustee Services, LLC, or, to Permit Wells Fargo Bank, N.A. to Conduct Discovery and to Issue Trial Subpoenas Directed at Executive Trustee Services, LLC* [Docket No. 805], (ii) prepared the Declaration of Jennifer Scoliard in support of the Debtors' objection to Wells Fargo's motion, (iii) drafted and negotiated a consensual *Stipulation and Order Modifying Automatic Stay to Provide Declarations to Wells Fargo and to Allow Wells Fargo to Issue Trial Subpoenas Directed at Debtors* [Docket No. 1220], and (iv) responded to and resolved numerous informal requests and inquiries from Wells Fargo regarding relief from the automatic stay in other matters.

## I.    Curtis Retention/Billing/Fee Applications (Matter #700)

Total Fees:        $55,292.50

Total Hours:      114.50

33.    A total of 114.50 hours of services were performed and Curtis is seeking allowance of $55,292.50 in fees.  During the Interim Fee Period, Curtis prepared its Monthly Fee Statements, completed and filed the *Debtors' Application for Order Under Bankruptcy Code Sections 327(a) and 328(b), Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel Nunc Pro Tunc to the Petition Date*, and negotiated and resolved concerns of the U.S. Trustee with respect to the Retention Order.

### Reasonable and Necessary Services Rendered by Curtis

34.    The foregoing professional services rendered by Curtis on behalf of the Debtors during the First Interim Fee Period were reasonable, necessary, and appropriate to the administration of the Debtors' chapter 11 cases and related matters.

35.     Many of the services performed by partners and associates of Curtis were rendered by Curtis' Restructuring and Insolvency Group. Curtis has a prominent practice in this area and enjoys a national and international reputation for its expertise in financial reorganizations and restructurings of troubled companies, with more than 13 attorneys focusing on this area of law. The attorneys at Curtis working on the Debtors' chapter 11 cases have represented debtors and creditors' committees as either primary or conflicts counsel and have acted as special counsel to debtors and creditors' committees in many large chapter 11 cases. In addition, due to the facts and circumstances of the Debtors' chapter 11 cases, attorneys from Curtis' litigation and corporate practice groups were involved with Curtis' representation of the Debtors. These practice groups also enjoy a national and international reputation for their expertise. Overall, Curtis brings to the chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

36.     During the First Interim Fee Period, Curtis advised and assisted the Debtors in a number of phases of the chapter 11 cases. To this end, as set forth in detail in **Exhibit C** of the Application, Curtis partners, counsel, associates, and paraprofessionals from various Curtis practice groups expended time rendering professional services on behalf of the Debtors and their estates.

37.     During the First Interim Fee Period, Curtis' hourly billing rates for the attorneys primarily responsible for managing the Debtors' chapter 11 cases ranged from $345 to $830. Allowance of compensation in the amount requested would result in a blended hourly billing rate for attorneys of approximately $639.09 (based on 745 recorded attorney hours at Curtis' regular billing rates in effect at the time of the performance of services). The hourly rates and corresponding rate structure utilized by Curtis in the chapter 11 cases are equivalent to the hourly

13

rates and corresponding rate structure predominantly used by Curtis for restructuring, workout, bankruptcy, insolvency and comparable matters, and similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. These rates and rate structure reflect that such particular matters are typically national in scope and typically involve great complexity, high stakes, and severe time pressures.

## **Actual and Necessary Expenses Incurred by Curtis**

38.     As set forth in **Exhibit D** attached hereto, Curtis has invoiced a total of $3,093.40 in expenses on behalf of the Debtors during the First Interim Fee Period. Curtis states as follows regarding these expenses: Curtis charges $0.10 per page for internal black and white copying or printing charges at its copy centers in its U.S. offices and $0.50 per page for internal color copying or printing charges at its copy centers in its U.S. offices; and Curtis charges for external copying charges at the provider's cost without markup. The basis for these rates is Curtis' calculation of the actual cost of these services. The other expenses charged to the Debtors are at the provider's cost without markup. These expenses do not exceed and, in some instances, are well below the maximum rate set by the Guidelines. These charges are intended to cover Curtis' direct operating costs, which costs are not incorporated into Curtis' hourly billing rates. Only clients who actually use services of the types set forth in **Exhibit D** of the Application are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.

39.     The time constraints imposed by the circumstances of the chapter 11 cases sometimes required Curtis attorneys and other employees to devote time during the evenings and on weekends to perform legal services on behalf of the Debtors. These extraordinary services were essential to meet deadlines, timely respond to inquiries on a daily basis from various

creditors and other stakeholders, and to satisfy the demands of the Debtors' businesses and ensure the orderly administration of their estates.  Consistent with firm policy, as further disclosed in the Curtis retention application, attorneys and other Curtis employees who worked late in the evenings or on weekends were reimbursed for their reasonable meal and transportation costs.  Curtis' regular practice is not to include components for those charges in overhead when establishing billing rates, but rather to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of providing legal services.  However, in these cases, pursuant to the terms of Curtis' engagement with the Debtors, Curtis is absorbing these overtime meal and transportation expenses.

40.    In addition, on a number of occasions, overnight delivery of documents and other materials was required as a result of the exigencies and circumstances of these cases.  The disbursements for such services are not included in Curtis' overhead for the purpose of setting billing rates and Curtis has made every effort to minimize its disbursements in these cases.  The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors in the chapter 11 cases.

### Curtis' Requested Compensation and Reimbursement Should Be Allowed

41.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."

42.    Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement.  In determining the amount of reasonable compensation

to be awarded, the court should consider the nature, extent, and the value of such services, taking

into account all relevant factors, including:

    a.    the time spent on such services;

    b.    the rates charged for such services;

    c.    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    d.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue, or task addressed;

    e.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    f.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

43.    In the instant case, Curtis respectfully submits that the services for which it seeks

compensation in the Application were necessary for and beneficial to the Debtors and their

estates and were rendered to protect and preserve the Debtors' estates.  Curtis respectfully

submits that the services rendered to the Debtors were performed economically, effectively, and

efficiently and that the results obtained to date have benefited not only the Debtors but all

stakeholders in the Debtors' chapter 11 cases.  Curtis further submits that the compensation

requested herein is reasonable in light of the nature, extent, and value of such services to the

Debtors, their estates, and all parties in interest.

44.    Curtis attorneys and paraprofessionals spent a total of 831.50 hours during the

First Interim Fee Period, which services have a fair market value of $490.29.  As demonstrated

by the Application and all of the exhibits submitted in support hereof, Curtis spent its time

economically and without unnecessary duplication.  In addition, the work conducted was carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task.  In summary, the services rendered by Curtis were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty, and nature of the issues involved.

45.    Accordingly, Curtis respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

### No Prior Request

46.    No prior application for the relief requested herein has been made to this or any other court.

### Notice

47.    Curtis has provided a copy of the Application to:  (a) the Debtors; (b) lead counsel for the Debtors; (c) counsel to the Committee; (d); counsel to Ally Financial Inc.; (e) counsel to Barclays Bank PLC; and (f) the U.S. Trustee.

### Conclusion

48.    Curtis believes that the services rendered during the First Interim Fee Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses incurred for which reimbursement is requested were actual and necessary to the performance of Curtis' services.


[*remainder of page intentionally left blank*]


17

WHEREFORE, for the reasons set forth herein, Curtis respectfully requests that the Court enter an order (i) approving interim compensation in the amount of $496,548.50 and interim reimbursement of expenses in the amount of $3,093.40, (ii) directing payment of all compensation held back in connection with the Monthly Fee Statements, and (iii) granting such other and further relief as may be just and proper.

Respectfully submitted,

Dated: October 19, 2012  
    New York, New York

By:   */s/ Steven J. Reisman*
      Steven J. Reisman
      Maryann Gallagher
      **CURTIS, MALLET-PREVOST,**
        **COLT & MOSLE LLP**
      101 Park Avenue
      New York, New York 10178-0061
      Telephone: (212) 696-6000
      Facsimile: (212) 697-1559
      Email:     sreisman@curtis.com
                mgallagher@curtis.com

      *Conflicts Counsel for the Debtors and*
      *Debtors in Possession*

**<u>Exhibit A</u>**

**Certification of Compliance**

**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
Maryann Gallagher

*Conflicts Counsel for the Debtors and
  Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                       :    Case No. 12-12020 (MG)
                                                             :
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,[1]                  :    Chapter 11
                                                             :
                                      Debtors.               :    Jointly Administered
-------------------------------------------------------------x

**CERTIFICATION OF STEVEN J. REISMAN PURSUANT TO GENERAL ORDER M–
389 REGARDING THE FIRST INTERIM APPLICATION OF CURTIS, MALLET-
PREVOST, COLT & MOSLE LLP AS CONFLICTS COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM
MAY 14, 2012 THROUGH AND INCLUDING AUGUST JULY 31, 2012**

I, Steven J. Reisman, certify as follows:

1.      I am a partner at the law firm of Curtis, Mallet-Prevost, Colt & Mosle LLP

("<u>Curtis</u>"), with responsibility for the chapter 11 cases of Residential Capital, LLC and certain of

its affiliates, as debtors and debtors in possession (collectively, the "<u>Debtors</u>") in respect of,

among other things, compliance with (a) the Amended Guidelines for Fees and Disbursements

for Professionals in Southern District of New York Bankruptcy Cases (the "<u>Local Guidelines</u>")

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u>
       to the affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in support of the
       Debtors' "first day" pleadings [Docket No. 6], dated May 14, 2012.

established and adopted by the United States Bankruptcy Court for the Southern District of New

York pursuant to *General Order M-389*, (b) the *United States Trustee Guidelines for Reviewing*

*Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330,*

*adopted on January 30, 1996* (the "UST Guidelines") and (c) the *Order Establishing Procedures*

*for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 185]

(the "Interim Compensation Order" and, together with the Local Guidelines and UST Guidelines,

collectively, the "Guidelines").

    2.    With respect to Section A.1 of the Local Guidelines, I certify that:

    a.    I have read Curtis' first interim application for compensation and reimbursement of expenses (the "Application");[3]

    b.    to the best of my knowledge, information and belief, insofar as I can tell after reasonable inquiry, the fees and disbursements sought in the Application fall within the Guidelines, except as specifically noted in this Certification and described in the Application;

    c.    except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Curtis and generally accepted by Curtis' clients; and

    d.    in providing a reimbursable service, Curtis does not make a profit on the service, whether the service is performed by Curtis in-house or through a third party.

    3.    With respect to Section A.2 of the Local Guidelines, I certify that, in accordance

with the terms of the Interim Compensation Order, the Debtors, lead counsel to the Debtors,

counsel to the Committee, counsel to Barclays Bank, PLC, counsel to Ally Financial Inc., and

the U.S. Trustee have been provided with a statement of the fees and disbursements accrued

during each month of the First Interim Fee Period, which statement of fees and disbursements

contained a list of professionals and paraprofessionals providing services, their respective billing

---

[3]  All capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Application.

rates, the aggregate hours spent by each professional and paraprofessional, a general description of services rendered, a reasonably detailed breakdown of the disbursements incurred, and an explanation of billing practices.

4.      With respect to Section A.3 of the Local Guidelines, I certify that the Debtors, lead counsel to the Debtors, counsel to the Committee, counsel to Barclays Bank, PLC, counsel to Ally Financial Inc., and the U.S. Trustee have been provided with a copy of the Application at least 14 days before the date set by the Court and any applicable rules for filing fee applications.

Dated:  October 19, 2012
        New York, New York

                                            _/s/ Steven J. Reisman_
                                            STEVEN J. REISMAN
                                            A Member of the Firm

**Exhibit B**

**In re: RESIDENTIAL CAPITAL, LLC, *et al*.**
**CHAPTER 11**
**CASE NO. 12-12020**

**SUMMARY OF FEES AND EXPENSES BILLED BY SUBJECT MATTER**
**FOR THE FIRST INTERIM FEE PERIOD**
**(MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2012)**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 0100 | Case Administration | 208.80 | $113,931.00 | $2,682.65 | $116,613.65 |
| 0200 | General Corporate Matters | 1.80 | 1,413.00 | 0.00 | 1,413.00 |
| 0210 | Asset Analysis, Sales and Recoveries | 24.10 | 17,289.50 | 0.00 | 17,289.50 |
| 0300 | General Claims and Equity Matters | 0.20 | 125.00 | 0.00 | 125.00 |
| 0350 | Hearings and Court Matters | 79.50 | 56,035.50 | 0.00 | 56,035.50 |
| 0400 | General Litigation Matters | 43.00 | 29,746.00 | 0.00 | 29,746.00 |
| 0410 | Adversary Proceedings and Contested Matters | 152.80 | 103,941.00 | 305.85 | 104,246.85 |
| 0430 | Automatic Stay/Adequate Protection Matters | 206.80 | 118,775.00 | 64.50 | 118,839.50 |
| 0700 | Curtis Retention/Billing/Fee Applications | 114.50 | 55,292.50 | 40.40 | 55,332.90 |
| | **Totals**[1] | 831.50 | $496,548.50 | $3,093.40 | $499,641.90 |

---

[1] This amount reflects a $5,000 voluntary fee reduction in connection with fees incurred for matter #700 (Curtis Retention/Billing/Fee Statements) for the May 2012 Through June 2012 Fee Statement. Curtis has also voluntarily written off other fees as an accommodation to the Debtors.

**<u>Exhibit C</u>**

**In re: RESIDENTIAL CAPITAL, LLC,** *et al.*
**CHAPTER 11**
**CASE NO. 12-12020**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
DURING THE FIRST INTERIM FEE PERIOD
(MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2012)**

| Name | Department and Year Admitted (NY) | Hourly Billing Rate | Total Hours Worked | Total Compensation Requested |
|------|-----------------------------------|---------------------|--------------------|------------------------------|
| **Partners** | | | | |
| Steven J. Reisman | Restructuring and Insolvency Admitted 1991 | $830 | 98.70 | $81,921.00 |
| Turner P. Smith | Litigation Admitted 1981 | 830 | 44.50 | 36,935.00 |
| Daniel Lenhihan | Corporate Admitted 1982 | 785 | 1.80 | 1,413.00 |
| Michael A. Cohen | Restructuring and Insolvency Admitted 2000 | 730 | 83.40 | 60,882.00 |
| Theresa A. Foudy | Litigation Admitted 1994 | 730 | 52.20 | 38,106.00 |
| | **Total Partners** | | **280.60** | **$219,257.00** |
| **Of-Counsel** | | | | |
| Maryann Gallagher | Restructuring and Insolvency Admitted 1988 | $625 | 328.00 | $205,000.00 |
| | **Total Of-Counsel** | | **328.00** | **$205,000.00** |
| James V. Drew | Restructuring and Insolvency Admitted 2002 | $590 | 7.20 | $4,248.00 |
| Andrew Zinman | Litigation Admitted 1996 | 590 | 0.80 | 472.00 |
| Heather E. Saydah | Restructuring and Insolvency Admitted 2010[1] | 550 | 37.20 | 20,460.00 |
| Peter J. Buenger | Restructuring and Insolvency Admitted 2010[2] | 425 | 11.60 | 4,930.00 |
| James Zimmer | Restructuring and Insolvency Admitted 2011 | 345 | 79.60 | 27,462.00 |
| | **Total Associates** | | **136.40** | **$57,572.00** |

---

[1]  Heather E. Saydah was admitted in New Jersey in 2005.

[2]  Peter J. Buenger was admitted in Georgia in 2009.

| Name | Department and Year Admitted (NY) | Hourly Billing Rate | Total Hours Worked | Total Compensation Requested |
|---|---|---|---|---|
| **Paraprofessionals** | | | | |
| Neal Goodman | Not Applicable | $260 | 1.00 | $260.00 |
| Katerina Mantell | Not Applicable | 230 | 11.70 | 2,691.00 |
| Alana Dreiman | Not Applicable | 230 | 63.80 | 14,674.00 |
| Stephanie Morales | Not Applicable | 220 | 7.70 | 1,694.00 |
| Michael Malavarca | Not Applicable | 200 | 0.60 | 120.00 |
| Roberto Santamarina | Not Applicable | 165 | 1.70 | 280.50 |
| **Total Paraprofessionals** | | | **86.50** | **$19,719.50** |
| **Subtotal** | | | **831.50** | **$501,548.50** |
| **Less $5,000 Voluntary Fee Reduction [3]** | | | **831.50** | **$496,548.50** |
| **Total** | | | **831.50** | **$496,548.50** |

Total Billed Hours for Attorneys ................................. 745.00

Total Billed Hours for Paraprofessionals .................... 86.50

Total Billed Hours....................................................... 831.50

Total Fee Requested.................................................... $496,548.50

Blended Rate for Attorneys and Paraprofessionals..... $490.29

Blended Rate for Attorneys.................................... $639.09

---

[3]     As a courtesy to the Debtors, Curtis voluntarily reduced its fees in the amount of $5,000 for fees incurred in connection with matter #700 (Curtis Retention/Billing/Fee Applications) for the May 2012 Through June 2012 Fee Statement.  Curtis has also voluntarily written off other fees as an accommodation to the Debtors.

**Exhibit D**

**In re: RESIDENTIAL CAPITAL, LLC,** *et al.*
**CHAPTER 11**
**CASE NO. 12-12020**

**EXPENSE SUMMARY FOR THE FIRST INTERIM FEE PERIOD**
**(MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2012)**[1]

| Expense Category | Amount |
|---|---|
| External Photocopy Services | $2,734.90 |
| Courier Services | 88.10 |
| Secretary of State Business Entity Search Charges | 45.00 |
| Transportation (Subway to Court) | 49.50 |
| Court Call Services | 37.00 |
| Deposition/Reporting Transcripts | 138.00 |
| Postage | 0.90 |
| **Total** | **$3,093.40** |

---

[1] All expenses have been billed in accordance with the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

**<u>EXHIBIT D-1</u>**

**IN RE: RESIDENTIAL CAPITAL, LLC, *ET AL*.**

**CHAPTER 11**
**CASE NO. 12-12020 (MG)**

**DETAIL OF DISBURSEMENTS AND OTHER CHARGES**
**FOR THE FIRST INTERIM FEE PERIOD**
**(MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2012)**

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 5/14/12 | EXTERNAL PHOTOCOPY SERVICES | $546.60 |
| 5/29/12 | EXTERNAL PHOTOCOPY SERVICES | $305.40 |
| 6/5/12 | EXTERNAL PHOTOCOPY SERVICES | $74.20 |
| 6/5/12 | EXTERNAL PHOTOCOPY SERVICES | $66.40 |
| 6/5/12 | EXTERNAL PHOTOCOPY SERVICES | $89.70 |
| 6/5/12 | EXTERNAL PHOTOCOPY SERVICES | $105.60 |
| 6/15/12 | EXTERNAL PHOTOCOPY SERVICES | $344.10 |
| 6/15/12 | EXTERNAL PHOTOCOPY SERVICES | $167.50 |
| 6/15/12 | EXTERNAL PHOTOCOPY SERVICES | $818.40 |
| 6/16/12 | EXTERNAL PHOTOCOPY SERVICES | $36.30 |
| 7/12/12 | EXTERNAL PHOTOCOPY SERVICES | $75.80 |
| 7/20/12 | EXTERNAL PHOTOCOPY SERVICES | $64.50 |
| 8/1/12 | EXTERNAL PHOTOCOPY SERVICES | $40.40 |
| | **TOTAL EXTERNAL PHOTOCOPY SERVICES** | **$2,734.90** |
| | | |
| 7/17/2012 | COURIER SERVICE | $24.81 |
| 8/2/2012 | COURIER SERVICE | $14.69 |
| 8/2/2012 | COURIER SERVICE | $36.60 |
| 8/9/2012 | COURIER SERVICE | $12.00 |
| | **TOTAL COURIER SERVICES** | **$88.10** |
| | | |
| 5/27/12 | SECRETARY OF STATE BUSINESS ENTITY SEARCH CHARGES | $45.00 |
| | **TOTAL SEC. OF STATE BUS. ENTTITY SEARCH CHARGES** | **$45.00** |
| | | |
| 6/12/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 6/18/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 6/20/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 7/10/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 7/25/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 8/8/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 8/8/12 | TRANSPORTATION (SUBWAY TO COURT) – M. COHEN | $4.50 |
| 8/14/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 8/14/12 | TRANSPORTATION (SUBWAY TO COURT) – M. COHEN | $4.50 |
| 8/16/12 | TRANSPORTATION (SUBWAY TO COURT) – M. GALLAGHER | $4.50 |
| 8/16/12 | TRANSPORTATION (SUBWAY TO COURT) – M. COHEN | $4.50 |
| | **TOTAL TRANSPORTATION EXPENSE** | **$49.50** |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 6/27/2012 | COURT CALL SERVICES | $37.00 |
|  | **TOTAL COURT CALL SERVICES** | **$37.00** |
| | | |
| 8/23/12 | DEPOSITION/REPORTING TRANSCRIPTS | $138.00 |
|  | **TOTAL DEPOSITION/REPORTING TRANSCRIPTS** | **$138.00** |
| | | |
| 8/24/2012 | POSTAGE CHARGES | $0.45 |
| 8/29/2012 | POSTAGE CHARGES | $0.45 |
|  | **TOTAL POSTAGE CHARGE EXPENSES** | **$0.90** |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**     **$3,093.40**

## Exhibit E

13279691



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

July 30, 2012

Inv. # 1538615
Our Ref. 062108-000100
SJR

Attention:   Residential Capital, LLC

**Re:  Case Administration**

---

| | | | |
|---|---|---|---|
| 05/14/12 | SJR | Review First Day Pleadings in the Residential Capital bankruptcy case and prepare for and attend hearing on First Day motions where Curtis' representation may be necessary with respect to certain conflict counsel matters and objections (5.40) | 5.40 |
| 05/14/12 | SJR | Attend to brief review of first day docket activity (2.20) | 2.20 |
| 05/14/12 | SJR | Confer with M. Gallagher regarding hearing on First Day Motions (.40) | 0.40 |
| 05/14/12 | MG8 | Review Chapter 11 petitions filed, first day affidavit, list of 50 largest unsecured creditors, lists of debtors and first day pleadings on agenda for first day hearing for conflicts purposes (7.20) | 7.20 |
| 05/14/12 | MG8 | Follow up with Curtis team regarding Chapter 11 petitions filed, first day affidavit, list of 50 largest unsecured creditors, lists of debtors and agenda for first day hearing for conflicts purposes (.20) | 0.20 |
| 05/14/12 | MG8 | Attend initial hearing on first day motions before Judge Peck, including joint administration, cash management, two DIP financings and cash collateral motions for conflicts purposes (3.10) | 3.10 |
| 05/14/12 | MG8 | Travel to and from first day hearing (bill half time) (.60) | 0.60 |
| 05/14/12 | MG8 | Confer with S. Reisman regarding Chapter 11 filings, first day hearings and objections of Wells Fargo for potential conflict issues (.40) | 0.40 |
| 05/14/12 | MG8 | Review limited objections for Wells Fargo to Debtors' cash management and DIP Financing motions (.70) | 0.70 |
| 05/14/12 | MAC | Review first day pleadings and petitions in connection with Curtis' role as conflicts counsel to the Debtor (3.50) | 3.50 |
| 05/14/12 | KM | Attend to review of Court docket throughout the day as first day pleadings are filed on docket by lead counsel, including retrieve and assemble all relevant documentation for S. Reisman, M. Gallagher and M. Cohen to attend expedited First Day Hearing at the | 7.20 |

July 30, 2012
Inv # 1538615
Our Ref # 062108-000100

Page 2

|  |  |  |  |
|---|---|---|---|
|  |  | U.S. Bankruptcy S.D.N.Y. and attend to providing updates throughout the day re: same (7.20) |  |
| 05/15/12 | SJR | Confer with M. Gallagher regarding First Day Hearings and related follow up (.40) | 0.40 |
| 05/15/12 | MG8 | Travel to and from court for continued hearing on First Day Motions (bill half time) (.60) | 0.60 |
| 05/15/12 | MG8 | Review motion to approve sales procedures and sales transaction for potential conflicts purposes (1.40) | 1.40 |
| 05/15/12 | MG8 | Follow-up with S. Reisman regarding motion to approve sales procedures and sales transaction for potential conflicts purposes (.40) | 0.40 |
| 05/15/12 | MG8 | Attend remainder of hearing on First Day Relief for purposes related to Curtis' role as conflicts counsel (2.50) | 2.50 |
| 05/15/12 | MAC | Continue to review first day pleadings in connection with Curtis' role as conflicts counsel (1.60) | 1.60 |
| 05/15/12 | KM | Review docket re: newly filed documents that are needed for First Day hearings and draft e-mail correspondence to Curtis team re: update of same (.50) | 0.50 |
| 05/15/12 | KM | Review correspondence from M. Gallagher re: Notice of Appearance of M. Gallagher, S. Reisman and M. Cohen and Curtis as proposed Conflicts Counsel to Residential Capital, including draft Notice of Appearance and distribute same for attorney review (1.10) | 1.10 |
| 05/15/12 | KM | Research court docket and retrieve relevant court filings re: Sale Motions and related documentation needed for upcoming hearing per the request of M. Gallagher (.70) | 0.70 |
| 05/15/12 | KM | Review e-mail correspondence from Curtis team and provide updates re: upcoming organization meeting with outside counsel (.40) | 0.40 |
| 05/16/12 | MG8 | Attend organization meeting of unsecured creditors held by US Trustee (1.80) | 1.80 |
| 05/16/12 | MG8 | Review memorandum of law in support of sale transactions for conflicts purposes (.80) | 0.80 |
| 05/16/12 | MG8 | Meet with Morrison & Foerster, FTI teams and T. Hamzehpour following organization meeting (.30) | 0.30 |
| 05/16/12 | MAC | Attend organizational meeting of creditors  (2.50) | 2.50 |
| 05/16/12 | KM | Review court docket and retrieve relevant information re: same for M. Cohen for conflicts purposes (.30) | 0.30 |

July 30, 2012
Inv # 1538615
Our Ref #  062108-000100

Page  3

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/17/12 | MAC | Review docket and related pleadings in connection with Curtis' role as conflicts counsel (.90) | 0.90 |
| 05/17/12 | JZ | Review correspondence from M. Gallagher regarding appointment of creditors committee for purposes of updating list of conflict search parties (.10) | 0.10 |
| 05/18/12 | MG8 | Review daily docket activity for conflicts purposes (.30) | 0.30 |
| 05/21/12 | MG8 | Review powerpoint presentation regarding DIP facility for background and general conflicts purposes (1.50) | 1.50 |
| 05/22/12 | SJR | Confer with Curtis team regarding conflicts matters relating to Motion to Extend Automatic Stay (.10) | 0.10 |
| 05/22/12 | MAC | Review docket and related pleadings in connection with Curtis' role as conflicts counsel (1.20) | 1.20 |
| 05/23/12 | MG8 | Review daily docket activity for conflict purposes (.20) | 0.20 |
| 05/23/12 | MG8 | Follow up with Curtis team regarding conflicts matters relating to Motion to Extend Automatic Stay (.10) | 0.10 |
| 05/23/12 | MG8 | Review case management order entered by Judge Glenn (.50) | 0.50 |
| 05/23/12 | MAC | Review docket and related pleadings in connection with Curtis' role as conflicts counsel to the Debtors (1.00) | 1.00 |
| 05/29/12 | MAC | Review docket and recently filed pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.70) | 0.70 |
| 05/30/12 | MG8 | Briefly review agenda for May 31 hearing and utilities motion for potential conflicts purposes (.20) | 0.20 |
| 05/30/12 | MG8 | Coordinate with paralegals regarding scheduling of hearings and related issues (.20) | 0.20 |
| 05/30/12 | MG8 | Follow-up with Curtis team regarding agenda for May 31, 2012 hearing and utilities motion for potential conflicts purposes (.10) | 0.10 |
| 05/30/12 | SM | Retrieve and assemble court filings and related documentation in preparation for May 31, 2012 hearing for S. Reisman and M. Gallagher for conflicts purposes (.70) | 0.70 |
| 05/31/12 | MG8 | Prepare for and attend hearing on Utility motion and status conference with respect to first day motions and related matters for conflicts purposes (1.20) | 1.20 |
| 05/31/12 | MG8 | Complete notice of appearance for main case and confer with Curtis team regarding same (.20) | 0.20 |
| 05/31/12 | MG8 | Review and revise notice of appearance for main case (.50) | 0.50 |

July 30, 2012
Inv # 1538615
Our Ref #  062108-000100

Page  4

| | | |
|---|---|---|
| 05/31/12  KM | Attend to follow up re: filed Notices of Appearance in main and adversary proceeding cases, and attend communications with KCC re: service matters and follow up re: same (.70) | 0.70 |
| 05/31/12  AD | Review and revise a notice of appearance to be filed in the lead bankruptcy case per the request of M. Gallagher (.20) | 0.20 |
| | TOTAL HOURS | 56.80 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 8.50 | 830 | 7,055.00 |
| Michael Ari Cohen | Partner | 11.40 | 730 | 8,322.00 |
| Maryann Gallagher | Counsel | 25.00 | 625 | 15,625.00 |
| James Zimmer | Associate | 0.10 | 345 | 34.50 |
| Katerina Mantell | Legal Assistant | 10.90 | 230 | 2,507.00 |
| Alana Dreiman | Legal Assistant | 0.20 | 230 | 46.00 |
| Stephanie Morales | Legal Assistant | 0.70 | 220 | 154.00 |
| | | **56.80** | | **$33,743.50** |

**TOTAL SERVICES**                                           $33,743.50

### Summary of Expenses

| | | |
|---|---|---|
| External Photocopy Services | 546.60 | |
| **TOTAL EXPENSES** | | **$546.60** |

**TOTAL THIS INVOICE**                                       $34,290.10



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**    Bank:                Citibank
                       ABA Routing #:       021000089
                       F/B/O:               Curtis Mallet-Prevost Colt & Mosle LLP
                       Account#             40585074

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
                       General Post Office
                       P.O. Box 27930
                       New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1538615

| | |
|---|---:|
| Total Services | 33,743.50 |
| Total Expenses | 546.60 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$34,290.10** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

July 30, 2012

Inv. # 1538150
Our Ref. 062108-000200
SJR

Attention:    Residential Capital, LLC

Re:   **General Corporate Matters**

---

| | | | |
|---|---|---|---|
| 05/14/12  DRL | Review First day Motion papers on DIP financing, cash management and Citibank cash collateral for conflicts purposes (1.80) | | 1.80 |
| | TOTAL HOURS | | 1.80 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Daniel R. Lenihan | Partner | 1.80 | 785 | 1,413.00 |
| | | **1.80** | | **$1,413.00** |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | $1,413.00 |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | $1,413.00 |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1538150

| | |
|---|---|
| Total Services | 1,413.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$1,413.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

July 30, 2012

Inv. # 1538151
Our Ref. 062108-000210
SJR

Attention:    Residential Capital, LLC

Re:   **Asset Analysis, Sales and Recoveries**

---

| | | | |
|---|---|---|---|
| 05/16/12 | SJR | Review pleadings in Residential Capital case regarding asset sales in connection with Curtis' role as conflicts counsel for potential conflict matters (1.70) | 1.70 |
| 05/16/12 | MAC | Review Sale Motion and related pleadings in connection with Curtis' role as conflicts counsel (1.20) | 1.20 |
| | | TOTAL HOURS | 2.90 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 1.70 | 830 | 1,411.00 |
| Michael Ari Cohen | Partner | 1.20 | 730 | 876.00 |
| | | **2.90** | | **$2,287.00** |

**TOTAL SERVICES**                                    $2,287.00

**TOTAL THIS INVOICE**                               $2,287.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**       Bank:                    Citibank
                          ABA Routing #:           021000089
                          F/B/O:                   Curtis Mallet-Prevost Colt & Mosle LLP
                          Account#                 40585074

**Mail Checks to -**      Curtis Mallet-Prevost Colt & Mosle LLP
                          General Post Office
                          P.O. Box 27930
                          New York, NY 10087-7930


                          Residential Capital, LLC
                          Inv. # 1538151

                          Total Services                      2,287.00

                          Total Expenses                          0.00

                          Applied Credit                          0.00
                                                    _____
                          **Total This Invoice**            **$2,287.00**


**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                              July 30, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                    Inv. # 1538152
                                                             Our Ref. 062108-000350
                                                             SJR

Attention:    Residential Capital, LLC

**Re:    Hearings and Court Matters**

---

| 05/14/12 | MAC | Prepare for and attend first day hearing at United States Bankruptcy Court for the Southern District of New York for purposes related to Curtis' role as conflicts counsel (3.80) | 3.80 |
|---|---|---|---|
| 05/15/12 | MAC | Prepare for and attend continuation of first day hearing at USBC for the SDNY in connection with Curtis' role as conflicts counsel (3.20) | 3.20 |
| | | TOTAL HOURS | 7.00 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael Ari Cohen | Partner | 7.00 | 730 | 5,110.00 |
| | | **7.00** | | **$5,110.00** |

**TOTAL SERVICES**                                              $5,110.00

**TOTAL THIS INVOICE**                                          $5,110.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**     Bank:             Citibank
                        ABA Routing #:    021000089
                        F/B/O:            Curtis Mallet-Prevost Colt & Mosle LLP
                        Account#          40585074

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
                        General Post Office
                        P.O. Box 27930
                        New York, NY 10087-7930


                        Residential Capital, LLC
                        Inv. # 1538152

                        Total Services                    5,110.00

                        Total Expenses                        0.00

                        Applied Credit                        0.00
                                                    _____

**Total This Invoice**                              **$5,110.00**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK  10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

July 30, 2012

Inv. # 1538153
Our Ref. 062108-000410
SJR

Attention:    Residential Capital, LLC

**Re:    Adversary Proceedings and Contested Matters**

---

| | | | |
|---|---|---|---|
| 05/22/12  SJR | Attend to matters regarding litigation and extending automatic stay to directors and officers in review of documentation with respect to same and litigation pleadings and draft of motion in connection with same in the Residential Capital case where Curtis will act as conflicts counsel on certain matters (4.10) | 4.10 | |
| 05/22/12  SJR | Confer with M. Gallagher regarding status of Residential Capital case (.10) | 0.10 | |
| 05/22/12  MG8 | Confer with S. Reisman regarding potential for Curtis to review pleading to extend automatic stay and possibly be added as conflicts counsel with respect to certain plaintiffs in underlying litigation (.10) | 0.10 | |
| 05/22/12  MG8 | Review initial draft memorandum of law in support of motion to extend the automatic stay to prevent continuation of litigation against certain non-debtor affiliates circulated by J. Rothberg of Morrison & Foerster (1.90) | 1.90 | |
| 05/22/12  MG8 | Correspond with L. Nashelsky regarding initial draft and memorandum of law (.20) | 0.20 | |
| 05/23/12  SJR | Review draft Adversary Complaint and Motion to Extend Automatic Stay in connection with Residential Capital case to enjoin the prosecution of certain litigation against the Debtors, Officers and Directors and certain non-Debtor entities in connection with Curtis' role as Conflicts Counsel for certain of the Defendants in connection with the litigation (4.70) | 4.70 | |
| 05/23/12  MG8 | Review revised set of draft papers relating to motion/complaint seeking to extend automatic stay for purposes related to Curtis' role as conflicts counsel (3.50) | 3.50 | |
| 05/23/12  MG8 | Briefly review FHLB Chicago and FHLB Boston complaints to confirm language and nature of suits in connection with Curtis' role as counsel to Debtors in Adversary Proceeding with respect to FHLB Chicago and FHLB Boston (.40) | 0.40 | |
| 05/23/12  MG8 | Correspond with J. Rothenberg regarding the FHLB | 0.30 | |

July 30, 2012
Inv # 1538153
Our Ref #  062108-000410

Page  2

|  |  |  |  |
|---|---|---|---|
|  |  | Chicago and Boston complaints (.30) |  |
| 05/24/12 | SJR | Correspond with M. Gallagher regarding Curtis' comments to drafts relating to Adversary Proceeding seeking to extend automatic stay  in connection with Curtis' role as counsel to Debtors in Adversary Proceeding with respect to FHLB Chicago and FHLB Boston (.10) | 0.10 |
| 05/24/12 | SJR | Attend to matters regarding having the automatic stay extended to directors and officers and non-debtor affiliates and review documentation and follow-up regarding same for conflicts purposes (2.70) | 2.70 |
| 05/24/12 | TPS | Review motion to extend automatic stay related to FHL Bank of Boston and FHL Bank of Chicago and other RMBS litigations for purposes related to Curtis' role as conflicts counsel (.50) | 0.50 |
| 05/24/12 | TPS | Confer with Curtis team re: motion to extend automatic stay (.20) | 0.20 |
| 05/24/12 | MG8 | Verify complete FHLB Boston complaint against certain debtors to confirm control language (.30) | 0.30 |
| 05/24/12 | MG8 | Confer with M. Cohen regarding comments to Debtors' draft motion papers regarding extension of stay and related documents for conflicts purposes (.40) | 0.40 |
| 05/24/12 | MG8 | Correspond with S. Reisman regarding Debtors' draft motion papers for Adversary Proceeding seeking to extend automatic stay (.10) | 0.10 |
| 05/24/12 | MG8 | Confer with Curtis team regarding Debtors' complaint and relief to be requested in motion to extend automatic stay for conflicts counsel purposes (.20) | 0.20 |
| 05/24/12 | MG8 | Review updated draft motion papers, complaint and related materials for extension of stay or related relief and record comments with respect to same as Curtis will act as conflicts counsel with respect to certain defendants (2.50) | 2.50 |
| 05/24/12 | MG8 | Correspond with attorneys at Morrison & Foerster responsible for finalizing motion papers, complaint and related materials for adversary proceeding (.30) | 0.30 |
| 05/24/12 | MAC | Review pleadings for Motion and Complaint to have stay apply to certain litigation against Ds & Os and non-debtor affiliates and related complaints in connection with Curtis' role as conflicts counsel (2.50) | 2.50 |
| 05/24/12 | MAC | Internal conferences with M. Gallagher re: Debtors' draft motion papers for adversary proceeding (.40) | 0.40 |
| 05/24/12 | MAC | Research and analyze the application of stay to litigation against non-debtors for conflicts purposes (.60) | 0.60 |

July 30, 2012
Inv # 1538153
Our Ref #  062108-000410

Page  3

| 05/25/12 | SJR | Review final Adversary Proceeding Complaint, Motion to Extend Automatic Stay and related Declarations in connection with same, all in connection with Curtis' role as Conflicts Counsel for FHLB Boston and Chicago defendants in connection with adversary proceeding (4.30) | 4.30 |
|---|---|---|---|
| 05/25/12 | SJR | Review draft of Complaint for Declaratory and Injunctive Relief incorporating comments of Kirkland & Ellis and Morrison & Foerster and follow up regarding same (2.60) | 2.60 |
| 05/25/12 | TPS | Review final draft of motion to extend stay to non-Debtor affiliates for conflicts counsel (.80) | 0.80 |
| 05/25/12 | MG8 | Telephone conference with J. Haims of Morrison & Foerster regarding status of revisions and updates to documents for Motion to extend stay and related adversary proceeding for conflicts purposes (.30) | 0.30 |
| 05/25/12 | MG8 | Review filing for adversary proceeding, motion and related documents forwarded by R. Baehr of Morrison & Foerster (.20) | 0.20 |
| 05/25/12 | MG8 | Telephone conference with R. Baehr regarding filing for adversary proceeding, motion and related documents (.20) | 0.20 |
| 05/25/12 | MG8 | Correspond with R. Baehr regarding filing of adversary proceeding and related documents (.20) | 0.20 |
| 05/25/12 | MG8 | Correspond with J. Haims and J. Brown of Kirkland regarding Curtis sign-off on complaint (.20) | 0.20 |
| 05/25/12 | MG8 | Correspond with R. Baehr regarding status of documents and process for filing adversary proceeding and related pleadings and documents (.20) | 0.20 |
| 05/25/12 | MG8 | Review revised notice of motion to extend stay and follow up correspondence with R. Baehr regarding comments to same (.30) | 0.30 |
| 05/25/12 | MG8 | Correspond with J. Haims regarding Curtis' sign-off of motion to extend stay (.20) | 0.20 |
| 05/25/12 | MG8 | Telephone conference with M. Cohen regarding any comments on final draft of motion to extend stay (.30) | 0.30 |
| 05/25/12 | MG8 | Review final draft of motion to extend automatic stay for conflicts purposes (.40) | 0.40 |
| 05/25/12 | MG8 | Review corporate ownership statement for adversary proceeding relating to motion to extend stay and follow-up with R. Baehr of Morrison & Foerster regarding same (.30) | 0.30 |
| 05/25/12 | MG8 | Review updated draft complaint for adversary | 0.30 |

July 30, 2012
Inv # 1538153
Our Ref #  062108-000410

Page  4

|  |  |  |  |
|---|---|---|---|
|  |  | proceeding related to motion to extend automatic stay (.30) |  |
| 05/25/12 | MG8 | Correspond with J. Haims regarding Curtis' comments to draft complaint for adversary proceeding related to motion to extend automatic stay (.20) | 0.20 |
| 05/25/12 | MG8 | Confer with M. Cohen regarding draft complaint for adversary proceeding related to motion to extend automatic stay (.30) | 0.30 |
| 05/25/12 | MG8 | Review updated and revised complaint for adversary proceeding related to motion to extend automatic stay (.60) | 0.60 |
| 05/25/12 | MG8 | Telephone conference with J. Haims regarding Curtis' comments to the draft motion to extend automatic stay (.20) | 0.20 |
| 05/25/12 | MG8 | Review new draft of motion to extend automatic stay circulated by R. Baehr of Morrison & Foerster (.50) | 0.50 |
| 05/25/12 | MG8 | Follow-up with Curtis team regarding new draft of motion to extend automatic stay for conflicts purposes (.10) | 0.10 |
| 05/25/12 | MG8 | Confer with M. Cohen regarding draft motion to extend automatic stay for conflicts purposes (.20) | 0.20 |
| 05/25/12 | MG8 | Review blackline of motion to extend automatic stay including most recent comments from Ally (.80) | 0.80 |
| 05/25/12 | MG8 | Correspond with Curtis team regarding status of and timing for filing motion to extend automatic stay to litigation certain non-debtor affiliates, former officers, directors and related adversary proceeding (.30) | 0.30 |
| 05/25/12 | MAC | Confer with M. Gallagher regarding status and Ally's comments to motion to extend automatic stay, complaint for adversary proceeding related to same and provide final comments on draft motion to extend automatic stay for purposes related to Curtis' role as conflicts counsel (.80) | 0.80 |
| 05/26/12 | MG8 | Review docket in adversary proceeding filed against MBS litigation plaintiffs for purposes related to Curtis' role as conflicts counsel (.30) | 0.30 |
| 05/26/12 | MG8 | Correspond with R. Baehr in follow-up to commencement of adversary proceeding against MBS litigation plaintiffs and related motion to extend automatic stay (.20) | 0.20 |
| 05/29/12 | SJR | Review filed complaint and motion in connection with litigation filed to extend automatic stay to directors and officers where Curtis is acting as conflicts counsel in connection with particular parties (1.30) | 1.30 |

July 30, 2012
Inv # 1538153
Our Ref # 062108-000410

Page 5

| | | | |
|---|---|---|---|
| 05/29/12 | SJR | Follow up regarding matters related to Residential Capital litigation and claim by Federal Home Loan Bank of Boston, etc. where Curtis is acting as Conflicts Counsel for Residential Capital (.80) | 0.80 |
| 05/29/12 | MG8 | Confer and correspond with working group regarding documentation for adversary proceeding including motion to extend automatic stay (.30) | 0.30 |
| 05/29/12 | MAC | Review complaints in lawsuits that the Debtors' are seeking to have stay extended to in connection with Curtis' role as conflicts counsel to the Debtors (1.20) | 1.20 |
| 05/29/12 | AD | Retrieve and assemble court filings and related documentation for the upcoming adversary proceeding per the request of M. Gallagher (4.70) | 4.70 |
| 05/31/12 | SJR | Confer with M. Gallagher regarding Notice of Appearance and status of adversary proceeding for purposes related to Curtis' role as conflicts counsel (.20) | 0.20 |
| 05/31/12 | SJR | Follow-up regarding matters related to FHLB Boston case regarding extension of automatic stay (1.90) | 1.90 |
| 05/31/12 | SJR | Confer with T. Smith regarding matters related to FHLB Boston case regarding extension of automatic stay, as well as next steps to be taken (.30) | 0.30 |
| 05/31/12 | TPS | Follow up with J. Haims on requests from plaintiffs in D. Massachusetts case re: service and motions to dismiss (.20) | 0.20 |
| 05/31/12 | TPS | Confer with M. Gallagher and S. Reisman re: procedural steps for possible resolution of adversary proceedings (.60) | 0.60 |
| 05/31/12 | TPS | Review current state of pleadings in adversary proceeding seeking to extend automatic stay to certain non-debtor affiliates (.10) | 0.10 |
| 05/31/12 | MG8 | Complete notice of appearance for adversary proceeding (.30) | 0.30 |
| 05/31/12 | MG8 | Correspond with T. Smith regarding contacting counsel to FHLB Boston and Chicago (.10) | 0.10 |
| 05/31/12 | MG8 | Correspond with J. Haims regarding contacting counsel to FHLB Boston and Chicago regarding adversary proceeding (.10) | 0.10 |
| 05/31/12 | MG8 | Review message from J. Haims regarding motion to dismiss and Ally position with respect to motion to dismiss in FHLB Boston litigation (.20) | 0.20 |
| 05/31/12 | MG8 | Confer with T. Smith regarding adversary proceeding and issues with motion to dismiss in FHLB Boston case | 0.20 |

July 30, 2012
Inv # 1538153
Our Ref #  062108-000410

Page  6

(.20)

| Date | | Description | Hours |
|---|---|---|---|
| 05/31/12 | MG8 | Confer with S. Reisman regarding the status of the adversary proceeding case for conflicts purposes (.20) | 0.20 |
| 05/31/12 | AD | Review and revise a notice of appearance to be filed in the adversary proceeding case per the request of M. Gallagher (.30) | 0.30 |
| | | TOTAL HOURS | 54.40 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 23.10 | 830 | 19,173.00 |
| Turner P. Smith | Partner | 2.40 | 830 | 1,992.00 |
| Michael Ari Cohen | Partner | 5.50 | 730 | 4,015.00 |
| Maryann Gallagher | Counsel | 18.40 | 625 | 11,500.00 |
| Alana Dreiman | Legal Assistant | 5.00 | 230 | 1,150.00 |
| | | **54.40** | | **$37,830.00** |

TOTAL SERVICES                                             $37,830.00

### Summary of Expenses

External Photocopy Services                     305.40

TOTAL EXPENSES                                             $305.40

TOTAL THIS INVOICE                                        $38,135.40



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**    Bank:                      Citibank
                       ABA Routing #:             021000089
                       F/B/O:                     Curtis Mallet-Prevost Colt & Mosle LLP
                       Account#                   40585074

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
                       General Post Office
                       P.O. Box 27930
                       New York, NY 10087-7930


                       Residential Capital, LLC
                       Inv. # 1538153

                       Total Services              37,830.00

                       Total Expenses                 305.40

                       Applied Credit                   0.00

                       **Total This Invoice**     **$38,135.40**


**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                                          July 30, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                                Inv. # 1538155
                                                                         Our Ref. 062108-000700
                                                                         SJR

Attention:    Residential Capital, LLC

Re:   **Curtis Retention/Billing/Fee Applications**

---

| 05/14/12 | HES | Revise Curtis retention application per new information contained in petition (.70) | 0.70 |
|---|---|---|---|
| 05/14/12 | HES | Review petition for interested parties and compare against Curtis list for retention application (.90) | 0.90 |
| 05/14/12 | JZ | Confer and correspond with working group regarding issues related to preparation of retention application (.60) | 0.60 |
| 05/14/12 | JZ | Review additional conflicts reports and correspondence with conflicts department regarding same (.20) | 0.20 |
| 05/14/12 | JZ | Review and revise draft retention application (.20) | 0.20 |
| 05/15/12 | MG8 | Review revised list of top 50 unsecured creditors for purposes of determining additional search parties for conflicts (.20) | 0.20 |
| 05/15/12 | MG8 | Confer and correspond with J. Zimmer re: revised draft retention application (.30) | 0.30 |
| 05/15/12 | MG8 | Coordinate updating of Curtis Retention Application to reflect revised lists of debtors and top 50 unsecured creditors and arrange for conflicts searches with respect to same (.50) | 0.50 |
| 05/15/12 | JZ | Review and revise draft retention application to reflect updated list of 50 largest unsecured creditors (.40) | 0.40 |
| 05/15/12 | JZ | Review and revise draft of retention application (.40) | 0.40 |
| 05/15/12 | JZ | Confer and correspond with M. Gallagher regarding revisions to retention application (.30) | 0.30 |
| 05/16/12 | MG8 | Correspond with J. Zimmer relating to disclosures on exhibits to Curtis retention application (.30) | 0.30 |
| 05/16/12 | MG8 | Review and revise Curtis retention application to update disclosures and certain additional search parties (.70) | 0.70 |
| 05/16/12 | MG8 | Review Lehman claims register for status of Residential Capital/GMAC matters in Lehman (.50) | 0.50 |

July 30, 2012
Inv # 1538155
Our Ref #  062108-000700

Page  2

| | | | |
|---|---|---|---|
| 05/16/12 | MG8 | Confer with Curtis team regarding disclosure in Curtis retention application (.10) | 0.10 |
| 05/16/12 | JZ | Confer and correspond with M. Gallagher regarding issues related to drafting of retention application (.30) | 0.30 |
| 05/16/12 | JZ | Review and revise draft retention application (.50) | 0.50 |
| 05/17/12 | MG8 | Review preliminary results for additional conflicts parties sent by Morrison & Foerster for purposes of updating retention application (1.10) | 1.10 |
| 05/17/12 | MG8 | Attend to several communications with Curtis team and Conflicts Department regarding obtaining follow-up for conflicts search results (.40) | 0.40 |
| 05/17/12 | MG8 | Confer with J. Zimmer re: related changes to retention application (.20) | 0.20 |
| 05/17/12 | JZ | Confer and correspond with M. Gallagher regarding issues related to drafting the retention application (.20) | 0.20 |
| 05/17/12 | JZ | Review and revise draft retention application (.20) | 0.20 |
| 05/18/12 | SJR | Review and comment on draft application for Order Authorizing Retention of Curtis Mallet as Conflicts Counsel (1.80) | 1.80 |
| 05/18/12 | MG8 | Review additional conflicts reports related to parties first disclosed upon filing and/or appointment of Official Committee of Unsecured Creditors for purposes of completing retention application and associated disclosure (.20) | 0.20 |
| 05/18/12 | MG8 | Follow up with J. Zimmer regarding additional conflicts reports (.40) | 0.40 |
| 05/18/12 | MAC | Follow up with J. Zimmer regarding draft Curtis retention application and issues related to same (.20) | 0.20 |
| 05/18/12 | JZ | Confer and correspond with M. Gallagher regarding issues related to the drafting of the retention application and related conflicts issues (.40) | 0.40 |
| 05/18/12 | JZ | Attend to conflicts issues in connection with retention of Curtis as conflicts counsel (.40) | 0.40 |
| 05/18/12 | JZ | Confer with M. Cohen regarding conflicts issues in connection with retention of Curtis as conflicts counsel (.20) | 0.20 |
| 05/18/12 | JZ | Correspond with Curtis team regarding retention application issues (.10) | 0.10 |
| 05/18/12 | JZ | Review and revise draft of retention application (1.00) | 1.00 |
| 05/19/12 | JZ | Review conflicts results and attend to issues related to the drafting of the retention application (.40) | 0.40 |

July 30, 2012
Inv # 1538155
Our Ref #  062108-000700

Page  3

| | | | |
|---|---|---|---|
| 05/19/12 | JZ | Correspond with Curtis team regarding issues related to retention application (.10) | 0.10 |
| 05/20/12 | JZ | Attend to issues regarding preparation of retention application (.40) | 0.40 |
| 05/20/12 | JZ | Correspond with conflicts department regarding issues related to retention application (.20) | 0.20 |
| 05/21/12 | MG8 | Confer with T. Graham of the conflicts department and J. Zimmer re: the completion of conflicts searches for Committee members and newly disclosed entities for purposes of completing retention application (.50) | 0.50 |
| 05/21/12 | MG8 | Review updated conflicts reports with respect to Fortress and Deutsche Bank entities (.20) | 0.20 |
| 05/21/12 | JZ | Confer and correspond with M. Gallagher regarding issues related to retention application (.30) | 0.30 |
| 05/21/12 | JZ | Confer with Curtis team regarding issues related to retention application (.10) | 0.10 |
| 05/21/12 | JZ | Draft correspondence to S. Reisman regarding issues related to retention application (.10) | 0.10 |
| 05/21/12 | JZ | Review and revise draft retention application (.20) | 0.20 |
| 05/21/12 | JZ | Confer with conflicts department regarding issues related to retention application (.30) | 0.30 |
| 05/22/12 | MG8 | Follow-up on certain items raised by most recent updated conflicts searches for purposes of updating charts to retention application (.70) | 0.70 |
| 05/22/12 | JZ | Confer and correspond with Curtis team regarding issues related to retention application (.30) | 0.30 |
| 05/23/12 | MG8 | Review draft of Morrison & Foerster retention application for purposes of conforming Curtis application (.50) | 0.50 |
| 05/23/12 | MG8 | Follow up with H. Saydah and J. Zimmer regarding implementing conforming changes and issues to address same (.30) | 0.30 |
| 05/23/12 | HES | Confer with M. Gallagher and J. Zimmer regarding various conflict issues (.50) | 0.50 |
| 05/23/12 | HES | Update Curtis retention application to conform with case management order (.20) | 0.20 |
| 05/23/12 | PJB2 | Confer with J. Zimmer re: Curtis' retention application and matters related to same (.20) | 0.20 |
| 05/23/12 | JZ | Review files regarding retention application (.10) | 0.10 |
| 05/23/12 | JZ | Review and revise draft retention application (.30) | 0.30 |

July 30, 2012
Inv # 1538155
Our Ref #  062108-000700

Page  4

| | | | |
|---|---|---|---|
| 05/23/12 | JZ | Confer and correspond with M. Gallagher regarding revisions to retention application (.30) | 0.30 |
| 05/23/12 | JZ | Confer and correspond with H. Saydah regarding revisions to retention application (.20) | 0.20 |
| 05/23/12 | JZ | Confer with P. Buenger regarding issues relating to preparation of retention application (.20) | 0.20 |
| 05/24/12 | JD3 | Confer with H. Saydah regarding status of FGIC case and matters related to same for purposes related to Residential Capital's retention application (.40) | 0.40 |
| 05/24/12 | MG8 | Review and comment on revised draft of retention application updated to address information from Morrison & Foerster application and Case Management Order (.60) | 0.60 |
| 05/24/12 | MG8 | Review retention application and confer with H. Saydah regarding same (.40) | 0.40 |
| 05/24/12 | HES | Review bankruptcy counsel's draft retention application and revise Curtis retention application accordingly (1.20) | 1.20 |
| 05/24/12 | HES | Review Curtis' retention application (.40) | 0.40 |
| 05/24/12 | HES | Confer with J. Drew regarding representation of FGIC for purposes related to the drafting of Residential Capital's retention application (.40) | 0.40 |
| 05/24/12 | HES | Confer with M. Gallagher regarding retention application (.30) | 0.30 |
| 05/24/12 | HES | Briefly review additional conflicts results (.90) | 0.90 |
| 05/25/12 | MG8 | Confer with Curtis team regarding S. Reisman declaration in support of Curtis retention application (.40) | 0.40 |
| 05/25/12 | MG8 | Telephone conference with J. Wishnew regarding timing, US Trustee review and process for filing retention application (.20) | 0.20 |
| 05/25/12 | MG8 | Follow up with H. Saydah regarding retention application to update S. Reisman declaration to reflect additional information and initial comments of S. Reisman (.20) | 0.20 |
| 05/25/12 | MG8 | Review and revise retention application to update S. Reisman declaration to reflect additional information and initial comments of S. Reisman (.40) | 0.40 |
| 05/25/12 | MG8 | Confer with D. Adams regarding report from conflicts department regarding certain of his clients for potential disclosure in Reisman declaration (.10) | 0.10 |

July 30, 2012
Inv # 1538155
Our Ref # 062108-000700

Page 5

| 05/25/12 | MG8 | Review report from conflicts department regarding Deutsche Bank entities and follow up with respect to same with regard to Curtis retention application (.20) | 0.20 |
|---|---|---|---|
| 05/25/12 | HES | Perform final review of draft retention application and revise accordingly (1.70) | 1.70 |
| 05/25/12 | HES | Revise retention application per S. Reisman's comments (.70) | 0.70 |
| 05/25/12 | HES | Review conflicts issues and confer with M. Gallagher regarding same (.50) | 0.50 |
| 05/25/12 | HES | Review correspondence from lead counsel regarding retainer procedures (.20) | 0.20 |
| 05/29/12 | HES | Confer with Curtis team regarding changes to retention application and additional conflicts issues (.80) | 0.80 |
| 05/29/12 | HES | Review and revise retention application accordingly (1.00) | 1.00 |
| 05/30/12 | MG8 | Review all conflicts parties disclosed in draft retention application and additional diligence regarding same to ensure accuracy (.80) | 0.80 |
| 05/30/12 | HES | Correspond with Curtis team regarding additional conflicts issues (.70) | 0.70 |
| 05/30/12 | HES | Review retention application with respect to additional conflict matters (.50) | 0.50 |
| 05/30/12 | HES | Review reports regarding retention application (.50) | 0.50 |
| 05/31/12 | MG8 | Confer and correspond with H. Saydah regarding issues with respect to two search parties for disclosure on retention application (.60) | 0.60 |
| 05/31/12 | MG8 | Correspond with Curtis team regarding issues relating to certain search parties (.20) | 0.20 |
| 05/31/12 | HES | Review and analyze conflicts results per M. Gallagher's request (6.40) | 6.40 |
| 05/31/12 | HES | Confer with Curtis team regarding comments to retention application (.20) | 0.20 |
| 05/31/12 | HES | Revise Curtis' retention application (.20) | 0.20 |
| 05/31/12 | HES | Confer with M. Gallagher regarding results of conflicts review and analysis (.60) | 0.60 |
| 05/31/12 | JZ | Confer and correspond with Curtis team regarding issues related to completion of retention application for filing (.20) | 0.20 |

July 30, 2012
Inv # 1538155
Our Ref #  062108-000700

Page  6

TOTAL HOURS                          42.40

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 1.80 | 830 | 1,494.00 |
| Michael Ari Cohen | Partner | 0.20 | 730 | 146.00 |
| Maryann Gallagher | Counsel | 11.20 | 625 | 7,000.00 |
| James V. Drew | Associate | 0.40 | 590 | 236.00 |
| Heather Elizabeth Saydah | Associate | 19.50 | 550 | 10,725.00 |
| Peter Josef Buenger | Associate | 0.20 | 425 | 85.00 |
| James Zimmer | Associate | 9.10 | 345 | 3,139.50 |
| | | **42.40** | | **$22,825.50** |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | **$22,825.50** |
| **Less Discount** | | **$-5,000.00** |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$17,825.50** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**   Bank:              Citibank
                      ABA Routing #:     021000089
                      F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                      Account#           40585074

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
                      General Post Office
                      P.O. Box 27930
                      New York, NY 10087-7930


                      Residential Capital, LLC
                      Inv. # 1538155

                      Total Services                     22,825.50

                      Less Discount                      -5,000.00

                      Total Expenses                          0.00

                      Applied Credit                          0.00
                                                        _____
                      **Total This Invoice**             **$17,825.50**


**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC                                                July 31, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                               Inv. # 1544985
                                                                        Our Ref. 062108-000100
                                                                        SJR

Attention:    Residential Capital, LLC

Re:  **Case Administration**

---

| Date | | Description | Hours |
|------|------|-------------|-------|
| 06/01/12 | MG8 | Correspond with Court regarding transmission of Notices of Appearance for main case and adversary proceeding for motion to extend stay and preliminary injunction for conflicts purposes (.20) | 0.20 |
| 06/01/12 | MG8 | Confer with M. Cohen regarding Committee's 2004 motion (.20) | 0.20 |
| 06/01/12 | MG8 | Correspond with Curtis team regarding organizational and scheduling matters for case for conflicts purposes (.50) | 0.50 |
| 06/01/12 | MG8 | Review Committee's motion under Rule 2004 seeking authority to conduct discovery and issue subpoenas in connection with Debtors' prepetition transactions and related matters (1.20) | 1.20 |
| 06/01/12 | MG8 | Review order shortening time and Debtors' Motion for a Supplemental Order regarding continued implementation of loss mitigation programs for potential conflicts purposes (1.80) | 1.80 |
| 06/01/12 | MG8 | Review Debtors' notice of hearing on Motion to Approve Sales Procedures (.20) | 0.20 |
| 06/01/12 | MG8 | Review Shellpoint motion for relief from stay to effectuate termination of a servicing agreement for conflicts purposes (.30) | 0.30 |
| 06/01/12 | MG8 | Review declaration of P. Giampocaro in support of Sales Procedures Motion and follow-up with J. Wishnew regarding exhibits (.20) | 0.20 |
| 06/01/12 | MG8 | Draft correspondence to S. Reisman summarizing status of cases and providing an update re: May 31st status conference for purposes related to Curtis' role as conflicts counsel (1.20) | 1.20 |
| 06/01/12 | MAC | Review Chapter 11 docket and related pleadings in connection with Curtis' role as conflicts counsel to the Debtors (1.00) | 1.00 |
| 06/01/12 | MAC | Confer with M. Gallagher re: Committee's 2004 motion for conflicts purposes (.20) | 0.20 |

July 31, 2012
Inv # 1544985
Our Ref #  062108-000100

Page  2

| 06/01/12 | KM | Follow up re: communications with KCC re: service and parties to notice re: Notice of Appearances in lead bankruptcy and adversary proceeding cases and follow up with Curtis team re: same (.80) | 0.80 |
|---|---|---|---|
| 06/01/12 | SM | Amend internal calendar to reflect hearing dates and deadlines as set by Court (.30) | 0.30 |
| 06/04/12 | AD | Retrieve and assemble court filings and related documentation for M. Gallagher in re: to the Notice of Motion of the Official Committee of Unsecured Creditors (.40) | 0.40 |
| 06/05/12 | MG8 | Review for potential conflicts purposes the Motion of Berkshire Hathaway to appoint examiner and associated declaration and related motion to shorten time (.60) | 0.60 |
| 06/05/12 | MG8 | Review amended notice of hearing for June 18th hearing for conflicts purposes (.10) | 0.10 |
| 06/05/12 | AD | Retrieve and assemble court filings and related documentation for M. Gallagher re: depositions scheduled for June 6th, 7th, and 8th (5.00) | 5.00 |
| 06/06/12 | MG8 | Attend to review of daily docket activity for conflicts purposes (.20) | 0.20 |
| 06/06/12 | MG8 | Review Committee omnibus response and reservation of rights to certain first day motions for conflicts purposes (.80) | 0.80 |
| 06/06/12 | MG8 | Review UST objection to cash management motion (.30) | 0.30 |
| 06/08/12 | MG8 | Review notice of agenda for June 12th hearing and follow-up regarding same (.20) | 0.20 |
| 06/11/12 | SJR | Review pleadings for June 12, 2012 Hearing in Residential Capital Chapter 11 case regarding potential conflict matters including Pre-Petition Wages Motion, various affidavits, Omnibus Response and Reservation of Rights of Creditors' Committee as well as other pleadings in preparation for tomorrow's hearing (3.40) | 3.40 |
| 06/11/12 | SM | Retrieve and assemble court filings and related documentation for S. Reisman and M. Gallagher in preparation for June 12, 2012 hearing (5.40) | 5.40 |
| 06/12/12 | MG8 | Follow-up with S. Reisman regarding outcome of hearing (.30) | 0.30 |
| 06/12/12 | MG8 | Prepare for and attend hearing on final orders for certain first day motions including prepetition wages, cash management, taxes and regulatory fees, shared services with Ally Financial, motion to seal Freddie Mac document relating to GSE servicing motion, GSE | 3.30 |

July 31, 2012
Inv # 1544985
Our Ref # 062108-000100

Page 3

| | | | |
|---|---|---|---|
| | | Servicing Motion, Non-GSE servicing motion and supplemental servicing motion for purposes related to Curtis' role as conflicts counsel (3.30) | |
| 06/12/12 | MG8 | Review Debtors' motion for approval of RMBS Trust Settlement Agreements and exhibits thereto for potential conflict issues (2.50) | 2.50 |
| 06/12/12 | SM | Research case materials regarding authorization motions for M. Gallagher (.60) | 0.60 |
| 06/13/12 | MG8 | Prepare for and attend second day of hearings on final orders for certain first day motions for potential conflicts purposes (2.50) | 2.50 |
| 06/13/12 | MG8 | Review Motions to Assume plan support agreements with two groups of MBS investors and related materials (1.90) | 1.90 |
| 06/13/12 | MG8 | Review Debtors' sales procedure motion and support materials and exhibits for potential conflicts purposes raised by certain objections to that motion (1.60) | 1.60 |
| 06/13/12 | MAC | Review Chapter 11 case docket and related pleadings in connection with Curtis' role as conflicts counsel to the Debtors (1.80) | 1.80 |
| 06/14/12 | MG8 | Review recent docket activity for Residential Capital Chapter 11 cases for conflicts counsel purposes (.80) | 0.80 |
| 06/14/12 | MG8 | Review 2019 statement filed by White and case regarding ad hoc group of junior unsecured creditors (.10) | 0.10 |
| 06/14/12 | MAC | Review sale pleadings and examiner motion pleadings in connection with preparing for Curtis' role as conflicts counsel to the Debtors for the June 18th hearing (2.60) | 2.60 |
| 06/15/12 | MG8 | Attend to review of recent docket activity in Residential Capital Chapter 11 cases, including items relating to UST motion for examiner and other items scheduled for June 18th hearing in connection with Curtis' role as conflict counsel (.70) | 0.70 |
| 06/15/12 | MG8 | Attend to review of docket activity throughout the day regarding exhibits, various replies, supplements to and proposed order for motions for hearing on June 18th, including Sales Procedures, DIP Financing, Examiner Motion, Ally Servicing and Origination, and follow-up regarding the same in connection with Curtis' role as conflicts counsel (3.10) | 3.10 |
| 06/15/12 | MG8 | Briefly review Berkshire Hathaway's Exhibits for objection to Debtors' Sales procedures motion (.20) | 0.20 |
| 06/15/12 | MG8 | Correspond with A. Dreiman regarding completion of document binders for June 18th hearing and related preparation (.50) | 0.50 |

July 31, 2012
Inv # 1544985
Our Ref #  062108-000100

Page  4

| 06/15/12 | AD | Retrieve and assemble court filings and related documentation for S. Reisman, M. Gallagher, T. Foudy and M. Cohen for the June 18th Omnibus Hearing (11.50) | 11.50 |
|---|---|---|---|
| 06/15/12 | AD | Confer and correspond with Curtis team throughout the day re: court filings and related documentation for the June 18th Omnibus Hearing (2.00) | 2.00 |
| 06/15/12 | AD | Correspond with M. Gallagher re: documentation and court filings re: the June 18th Omnibus Hearing (.50) | 0.50 |
| 06/16/12 | AD | Retrieve and assemble court filings and related documentation per the request of M. Gallagher for the upcoming June 18th Omnibus Hearing (5.00) | 5.00 |
| 06/18/12 | MG8 | Briefly review docket activity for purposes related to Curtis' role as conflicts counsel (.50) | 0.50 |
| 06/18/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by Court for conflicts purposes (.30) | 0.30 |
| 06/19/12 | MG8 | Review daily docket activity for Residential Capital Chapter 11 cases for potential conflicts (.60) | 0.60 |
| 06/19/12 | MG8 | Prepare for and attend hearing on sales procedures (stalking horse bids) motion for potential conflict purposes (1.30) | 1.30 |
| 06/19/12 | MG8 | Correspond with Curtis team re: the outcome of the hearing on the sales procedures motion (.30) | 0.30 |
| 06/19/12 | MG8 | Follow-up correspondence with S. Reisman regarding the outcome of the hearing on the sales procedures motion (.30) | 0.30 |
| 06/19/12 | MAC | Review Chapter 11 case docket and pleadings in connection with Curtis' Role as conflicts counsel (1.00) | 1.00 |
| 06/19/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by Court (.10) | 0.10 |
| 06/20/12 | MG8 | Attend to various filings regarding claims and potential stay relief filed by various claimants, mostly pro se, in the Residential Capital bankruptcy cases in connection with potential conflicts issues (.80) | 0.80 |
| 06/20/12 | MG8 | Review notice of initial case conference for Debtors motion for assumption of plan support agreements with Talcott Franklin Claimants and RMBS Claimants (.20) | 0.20 |
| 06/20/12 | MG8 | Briefly review Judge Glenn's decision on Ally Examiner Motion for conflicts purposes (.30) | 0.30 |
| 06/20/12 | MAC | Review pleadings seeking relief from the automatic stay in connection with Curtis' role as conflicts counsel | 0.90 |

July 31, 2012
Inv # 1544985
Our Ref # 062108-000100

Page 5

|  |  |  | (.90) |  |
| --- | --- | --- | --- | --- |
| 06/21/12 | MAC | Review Chapter 11 case docket and related pleadings in connection with Curtis' role as conflicts counsel to the debtors (1.20) | 1.20 |
| 06/22/12 | MAC | Review pleadings regarding RMBS Settlement Motion and Objections to same and conduct analysis of related issues in connection with Curtis' role as conflicts counsel to the Debtors (1.90) | 1.90 |
| 06/22/12 | AD | Retrieve and assemble court documents for an upcoming case conference per the request of M. Gallagher for conflicts purposes (1.00) | 1.00 |
| 06/25/12 | MG8 | Review update on hearing on status conference relating Motions to Assume the plan support agreements and relating settlements (.20) | 0.20 |
| 06/25/12 | AD | Retrieve and assemble court documents re: the June 25, 2012 Case Conference (.50) | 0.50 |
| 06/26/12 | MG8 | Review recent docket activity, including complaint filed by Lewis parties against GMAC Mortgage, for potential conflicts purposes (.50) | 0.50 |
| 06/26/12 | MAC | Review Chapter 11 case docket and pleadings in connection with Curtis' role as conflicts counsel to the Debtors (1.00) | 1.00 |
| 06/27/12 | MAC | Review docket and related pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.80) | 0.80 |
| 06/28/12 | MG8 | Review Notice of Proposed Order and attached Proposed Order Approving Sale of Debtors' Assets Pursuant to Asset Purchase agreement with Berkshire Hathaway and related documents (.50) | 0.50 |
| 06/28/12 | MG8 | Review notices for matters to be heard on July 13, 2012 and follow-up re: same (.10) | 0.10 |
| 06/28/12 | MG8 | Review order directing appointment of an examiner for conflicts purposes (.20) | 0.20 |
| 06/28/12 | MG8 | Briefly review order approving sales procedures, scheduling and bid deadline, auction, and sale hearing, as well as establishing notice procedures and attached related documents for potential conflict purposes (.40) | 0.40 |
| 06/28/12 | MG8 | Review notice of filing of Amended Purchase Agreement Among Nationstar Mortgage and Certain of the Debtors and briefly scan the attached agreement (.50) | 0.50 |
| 06/28/12 | MG8 | Review notice of filing of Asset Purchase Agreement with Berkshire Hathawy and Certain Debtors and briefly scan the attached agreement for conflicts purposes (.50) | 0.50 |

| | | | |
|---|---|---|---|
| 06/28/12 SM | Amend internal calendar to reflect hearing dates and deadlines as set by Court (.30) | | 0.30 |
| 06/29/12 MG8 | For potential conflicts purposes, briefly review additional omnibus objection of Wendy Alison Nora regarding Debtors' Chapter 11 cases (.10) | | 0.10 |
| 06/29/12 MG8 | Review notice of filing of proposed final supplemental order authorizing Debtors to continue implementing loss mitigation procedures, approving procedures for settlements, granting limited stay relief relating to foreclosure, evictions and borrower bankruptcies, and authorizing and directing Debtors to pay securitizaton trustee fees and expenses (.30) | | 0.30 |
| 06/29/12 MG8 | Review notice of auction and sale hearing to sell certain of the Debtors' assets pursuant to ASAs with Nationstar Mortgage and Berkshire Hathaway (.30) | | 0.30 |
| 06/29/12 MG8 | Briefly review motion to Wells Fargo for relief from the automatic stay to allow action to continue in California and related filings for conflicts purposes (.30) | | 0.30 |

TOTAL HOURS    83.20

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 3.40 | 830 | 2,822.00 |
| Michael Ari Cohen | Partner | 12.40 | 730 | 9,052.00 |
| Maryann Gallagher | Counsel | 33.70 | 625 | 21,062.50 |
| Katerina Mantell | Legal Assistant | 0.80 | 230 | 184.00 |
| Alana Dreiman | Legal Assistant | 26.30 | 230 | 6,049.00 |
| Stephanie Morales | Legal Assistant | 6.60 | 220 | 1,452.00 |
| | | **83.20** | | **$40,621.50** |

TOTAL SERVICES    $40,621.50

### Summary of Expenses

| | |
|---|---|
| External Photocopy Services | 1,702.20 |
| Sec. of State Bus. Entity Search Charges | 45.00 |
| Transportation Expense (Subway to Court) | 13.50 |

TOTAL EXPENSES    $1,760.70

July 31, 2012
Inv # 1544985
Our Ref #  062108-000100

Page  7

**TOTAL THIS INVOICE**                                **$42,382.20**



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**      Bank:                Citibank
                                ABA Routing #:     021000089
                                F/B/O:           Curtis Mallet-Prevost Colt & Mosle LLP
                                Account#        40585074

**Mail Checks to -**      Curtis Mallet-Prevost Colt & Mosle LLP
                                General Post Office
                                P.O. Box 27930
                                New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1544985

| | |
|---|---:|
| Total Services | 40,621.50 |
| Total Expenses | 1,760.70 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$42,382.20** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                                    July 31, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                      Inv. # 1544986
                                                                                Our Ref. 062108-000210
                                                                                SJR

Attention:    Residential Capital, LLC

Re:    **Asset Analysis, Sales and Recoveries**

---

| Date | | Description | Hours |
|---|---|---|---|
| 06/11/12 | SJR | Review Objections to Asset Sales Procedure Motion in Residential Capital case regarding possible conflict matters (1.40) | 1.40 |
| 06/11/12 | SJR | Review of Objections filed by Deutsch Bank, Wells Fargo, U.S. Bank and Bank of New York Mellon Trust Company where those parties are potential conflict parties for MoFo and Curtis may need to act as Conflicts Counsel in the event Objections cannot be resolved (2.20) | 2.20 |
| 06/11/12 | SJR | Attend to review of Sales Procedures Motion and Objections filed to same regarding possible conflict matters (1.80) | 1.80 |
| 06/11/12 | TF1 | Review objections to Sales motion filed by Berkshire Hathaway and U.S. Trustee (.50) | 0.50 |
| 06/12/12 | TF1 | Review objections filed to Sales Procedures Order and information on alternative offers for conflicts purposes (1.20) | 1.20 |
| 06/12/12 | MG8 | Summarize basic terms of Lone Star and Berkshire offers for working group and conflicts purposes (.50) | 0.50 |
| 06/14/12 | SJR | Review various documentation including declarations and submissions in connection with motions for approval of orders related to sale of debtors assets and responding to Objections to Sale Motion and other matters where Curtis is serving as Conflicts Counsel (4.30) | 4.30 |

                                        TOTAL HOURS                    11.90

July 31, 2012
Inv # 1544986
Our Ref #  062108-000210

Page  2

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 9.70 | 830 | 8,051.00 |
| Theresa A. Foudy | Partner | 1.70 | 730 | 1,241.00 |
| Maryann Gallagher | Counsel | 0.50 | 625 | 312.50 |
| | | **11.90** | | **$9,604.50** |

**TOTAL SERVICES**                                        $9,604.50

**TOTAL THIS INVOICE**                        $9,604.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**       Bank:                    Citibank
                          ABA Routing #:           021000089
                          F/B/O:                   Curtis Mallet-Prevost Colt & Mosle LLP
                          Account#                 40585074

**Mail Checks to -**      Curtis Mallet-Prevost Colt & Mosle LLP
                          General Post Office
                          P.O. Box 27930
                          New York, NY 10087-7930


                          Residential Capital, LLC
                          Inv. # 1544986

                          Total Services                    9,604.50

                          Total Expenses                        0.00

                          Applied Credit                        0.00
                                                         _____
                          **Total This Invoice**              **$9,604.50**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

July 31, 2012

Inv. # 1544987
Our Ref. 062108-000350
SJR

Attention:    Residential Capital, LLC

**Re:   Hearings and Court Matters**

| | | | |
|---|---|---|---|
| 06/18/12 | SJR | Attend portion of Hearing on Motion to Appoint Examiner in Residential Capital case where Curtis may be needed on conflict matters (4.40) | 4.40 |
| 06/18/12 | TF1 | Prepare for and attend June 18th hearing, including initial case management conference in adversary proceeding for conflicts purposes (7.00) | 7.60 |
| 06/18/12 | MG8 | Prepare for and attend omnibus hearing in capacity as conflicts counsel to the Debtors on Debtors' motions for approval of DIP Financings and Sales Procedures, use of cash collateral, and continuation of origination business, as well as status conference for adversary proceeding seeking to extend the automatic stay and Berkshire Hathway's motion for an examiner (9.00) | 9.00 |
| 06/18/12 | MAC | Prepare for and attend hearing for purposes related to Curtis' role as conflicts purposes at the United States Bankruptcy Court for the Southern District of New York on Berkshire's motion to Appoint an Examiner, the Debtors' Bid Procedures Motion and the final relief on certain first day orders (10.00) | 10.00 |
| 06/19/12 | TF1 | Attend continued hearing on sale motion (.60) | 0.60 |
| 06/19/12 | TF1 | Participate in court-mandated "meet and confer" for the extend stay adversary proceeding (.50) | 1.00 |
| 06/19/12 | MAC | Prepare for and attend continued hearing on Debtors' sale motion in connection with Curtis' role as conflicts counsel to the Debtors (1.60) | 1.60 |
| 06/20/12 | MAC | Attend status conference on Debtors' Adversary Proceeding to extend automatic stay (.90) | 0.90 |
| 06/20/12 | MAC | Review pleadings in connection with status conference on the Debtors' Adversary Proceeding to extend the automatic stay (.50) | 0.50 |
| 06/25/12 | MAC | Prepare for and attend hearing on Residential Capital's motion to approve RMBS Settlement at SDNY Bankruptcy Court in connection with Curtis' role as conflicts counsel to the Debtors (2.00) | 2.00 |

July 31, 2012
Inv # 1544987
Our Ref #  062108-000350

Page  2

TOTAL HOURS                    37.60

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 4.40 | 830 | 3,652.00 |
| Theresa A. Foudy | Partner | 9.20 | 730 | 6,716.00 |
| Michael Ari Cohen | Partner | 15.00 | 730 | 10,950.00 |
| Maryann Gallagher | Counsel | 9.00 | 625 | 5,625.00 |
| | | **37.60** | | **$26,943.00** |

TOTAL SERVICES                              $26,943.00


TOTAL THIS INVOICE                          $26,943.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1544987

| | |
|---|---|
| Total Services | 26,943.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$26,943.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

July 31, 2012

Inv. # 1544988
Our Ref. 062108-000400
SJR

Attention:    Residential Capital, LLC

**Re:   General Litigation Matters**

| | | | |
|---|---|---|---|
| 06/05/12 | TPS | Coordinate with M. Gallagher and T. Foudy on coverage for depositions on pending motion for conflicts purposes (.40) | 0.40 |
| 06/05/12 | TF1 | Confer with M. Gallagher and T. Smith to discuss background/dynamics pertinent to covering depositions by Creditors' Committee in connection with DIP and Sale Procedures Motions for conflicts purposes (.80) | 0.80 |
| 06/05/12 | TF1 | Review court pleadings relevant to pertinent depositions (1.50) | 1.50 |
| 06/05/12 | MG8 | Confer with T. Smith and T. Foudy regarding various depositions (.80) | 0.80 |
| 06/06/12 | TF1 | Attend deposition of S. Greene for conflicts purposes (6.50) | 6.50 |
| 06/06/12 | TF1 | Review background documents pertinent to deposition topics (1.00) | 1.00 |
| 06/06/12 | TF1 | Compose draft summary re: deposition topics (.90) | 0.90 |
| 06/07/12 | TF1 | Attend deposition of M. Puntas for conflicts purposes (3.50) | 3.50 |
| 06/07/12 | TF1 | Review background material pertinent to the deposition of M. Puntas (.40) | 0.40 |
| 06/07/12 | TF1 | Begin draft summary memo for filing (.80) | 0.80 |
| 06/08/12 | SJR | Review documentation regarding litigation against Allstate regarding staying of claims against directors and officers and follow up regarding scheduling and other matters (.80) | 0.80 |
| 06/08/12 | TF1 | Review background information pertinent to deposition of J. Whitlinger, including first-day declaration (.90) | 0.90 |
| 06/08/12 | TF1 | Begin summary of J. Whitlinger deposition (.40) | 0.40 |
| 06/08/12 | TF1 | Attend deposition of J. Whitlinger for conflicts purposes (3.80) | 3.80 |

July 31, 2012
Inv # 1544988
Our Ref #  062108-000400

Page  2

| Date | Init | Description | Hours |
|---|---|---|---|
| 06/11/12 | TF1 | Finish and circulate deposition summaries for S. Greene, M. Puntas and J. Whitlinger (2.20) | 2.20 |
| 06/12/12 | TPS | Review recent developments and filings in the Berkshire matter (.30) | 0.30 |
| 06/12/12 | TF1 | Confer with Curtis team re: hearing update (.20) | 0.20 |
| 06/13/12 | TF1 | Review background information pertinent to attending R. Wechsler deposition for conflicts purposes, including Rule 2004 motion by Committee and Berkshire letters (1.50) | 1.50 |
| 06/14/12 | TF1 | Attend deposition of R. Weschler in connection with motion by Berkshire Hathaway to appoint an Examiner (5.10) | 5.10 |
| 06/14/12 | TF1 | Begin drafting summary of Weschler deposition testimony (.50) | 0.50 |
| 06/14/12 | TF1 | Review emails re: scheduling R. Millard and J. Dermont depositions (.10) | 0.10 |
| 06/14/12 | TF1 | Review and execute NDA with Berkshire (.30) | 0.30 |
| 06/15/12 | TF1 | Review court papers pertinent to June 18th conference, including J. Dermont affidavit, exhibit lists, and papers filed on examiner motion (1.20) | 1.20 |
| 06/19/12 | TF1 | Finish drafting memo summarizing R. Weschler deposition (1.00) | 1.00 |
| 06/19/12 | TF1 | Review underlying materials filed in adversary proceeding for conflicts purposes (.50) | 0.50 |
| 06/19/12 | TF1 | Coordinate court-ordered telephonic conference in connection with the adversary proceeding (.20) | 0.20 |
| 06/19/12 | TF1 | Review emails regarding briefing schedule in connection with same (.10) | 0.10 |
| 06/19/12 | MG8 | Review summary of R. Wechsler deposition prepared by T. Foudy (.30) | 0.30 |
| 06/20/12 | TF1 | Follow-up regarding court-scheduled conference in stay extension adversary proceeding (.10) | 0.10 |
| 06/21/12 | TF1 | Receive summary of telephonic conference with Judge Glenn in regards to extend stay adversary proceeding (.10) | 0.10 |
| 06/28/12 | SJR | Follow up regarding matters related to Residential Capital versus Allstate Insurance litigation related to extension of automatic stay and review of materials submitted in opposition by various parties as well as follow up regarding efforts to resolve matters related to conflict parties by Curtis, Mallet (.70) | 0.70 |

July 31, 2012
Inv # 1544988
Our Ref #  062108-000400

Page  3

TOTAL HOURS                        36.90

**Summary of Services**

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 1.50 | 830 | 1,245.00 |
| Turner P. Smith | Partner | 0.70 | 830 | 581.00 |
| Theresa A. Foudy | Partner | 33.60 | 730 | 24,528.00 |
| Maryann Gallagher | Counsel | 1.10 | 625 | 687.50 |
|  |  | **36.90** |  | **$27,041.50** |

TOTAL SERVICES                                $27,041.50


TOTAL THIS INVOICE                          $27,041.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -** Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1544988

| | |
|---|---|
| Total Services | 27,041.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$27,041.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

July 31, 2012

Inv. # 1544989
Our Ref. 062108-000410
SJR

Attention:    Residential Capital, LLC

**Re:   Adversary Proceedings and Contested Matters**

| | | | |
|---|---|---|---|
| 06/01/12 | SJR | Attend to review of materials regarding Federal Home Loan Bank of Chicago and Federal Home Loan Bank of Boston adversary proceeding in connection with motion to extend the automatic stay and review materials regarding same (.80) | 0.80 |
| 06/01/12 | TPS | Confer with M. Gallagher re: compliance with automatic stay, preservation of evidence and matters related to same (.20) | 0.20 |
| 06/01/12 | TPS | Attend telephone conference with counsel for FHLB Boston and FHLB Chicago re: complaint seeking to extend stay (.30) | 0.30 |
| 06/01/12 | TPS | Review series of document preservation letters sent by plaintiff's counsel in RMBS cases for conflicts purposes (.30) | 0.30 |
| 06/01/12 | MG8 | Review correspondence from Keller Rohrback, counsel to Federal Home Loan Bank of Chicago and Federal Home Loan Bank of Boston, regarding compliance with automatic stay and preservation of evidence for conflicts purposes (.30) | 0.30 |
| 06/01/12 | MG8 | Follow up with T. Smith regarding FHLB Boston and FHLB Chicago compliance with automatic stay and preservation of evidence and attend to matters related to same (.40) | 0.20 |
| 06/01/12 | AD | Review and revise letter to Judge Glenn re: the Notice of Apperance filed on 5/31/2012 per the request of M. Gallagher for conflicts purposes (.30) | 0.30 |
| 06/04/12 | SJR | Confer with Curtis team regarding matters related to adversary proceeding extending automatic stay and issues related to same (.40) | 0.40 |
| 06/04/12 | SJR | Review Notice of Initial Case Conference regarding Debtors Motion to Extend the Automatic Stay for Injunctive Relief related to Debtors Officers and Directors and certain non-Debtor Affiliates and scheduling of matters related to same (.80) | 0.80 |
| 06/04/12 | SJR | Confer with M. Gallagher regarding the status of | 0.50 |

July 31, 2012
Inv # 1544989
Our Ref # 062108-000410

Page 2

|          |     | adversary proceedings and next steps regarding same (.50)                                                                                                                                  |      |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 06/04/12 | TPS | Confer with M. Gallagher re: response to document preservation letters and matters related to same (.40)                                                                                   | 0.40 |
| 06/04/12 | TPS | Review dockets in FHLB Boston Massachusetts case against Non-Debtor affiliates and certain debtors for conflicts purposes (.20)                                                            | 0.20 |
| 06/04/12 | TPS | Provide updates on summons procedures and Motion to Dismiss in the FHLB Boston case (.20)                                                                                                  | 0.20 |
| 06/04/12 | MG8 | Confer with T. Smith regarding Debtors' response or reaction to correspondence from counsel to FHLB of Boston and FHLB of Chicago regarding document retention and related matters (.30)   | 0.30 |
| 06/04/12 | MG8 | Review notice of status conference on motion to extend automatic stay (.10)                                                                                                                | 0.10 |
| 06/04/12 | MG8 | Review updated notice for hearing on motion to extend automatic stay (.10)                                                                                                                 | 0.10 |
| 06/04/12 | MG8 | Draft follow-up correspondence to L. Nashelsky regarding hearing on motion to extend automatic stay (.20)                                                                                  | 0.20 |
| 06/04/12 | MG8 | Review notices of deposition filed by Committee related to examinations of Debtors' advisors and CFO in connection with investigation of DIP financings, use of cash collateral, and Sales Procedures Motions for conflicts purposes (.30) | 0.30 |
| 06/04/12 | MG8 | Review agenda for hearing on Committee's 2004 motion (.10)                                                                                                                                 | 0.10 |
| 06/04/12 | MG8 | Review summons for adversary proceeding and follow-up regarding same for conflicts purposes (.20)                                                                                          | 0.20 |
| 06/04/12 | MG8 | Draft update for Curtis team on status of adversary proceeding (.50)                                                                                                                       | 0.50 |
| 06/04/12 | MG8 | Telephone conference with T. Smith regarding status of adversary proceeding (.10)                                                                                                          | 0.10 |
| 06/04/12 | MG8 | Telephone conference with J. Haims regarding update on timing of issuance of summons and hearing date for motion to extend stay and related issues for purposes related to Curtis' role as conflicts counsel (.20) | 0.20 |
| 06/04/12 | MG8 | Confer with S. Reisman regarding status of adversary proceeding seeking to extend stay or provide for declaratory or injunctive relief, issues raised and service of same (.50)           | 0.50 |
| 06/05/12 | SJR | Attend to matters regarding automatic stay adversary proceeding, exchange e-mails regarding same and                                                                                       | 1.30 |

July 31, 2012
Inv # 1544989
Our Ref # 062108-000410

Page 3

|  |  | confer with M. Gallagher regarding same (1.30) |  |
|---|---|---|---|
| 06/05/12 | SJR | Confer with M. Gallagher regarding order for motion to extend the automatic stay, Committee depositions, Debtors' sales procedures and DIP financing motions (.10) | 0.10 |
| 06/05/12 | TPS | Confer with M. Gallagher regarding Debtors' sale procedures, DIP financing motions, upcoming depositions scheduled by the Committee and matters related to same for purposes related to Curtis' role as conflicts counsel (.30) | 0.30 |
| 06/05/12 | MG8 | Correspond with S. Reisman and L. Nashelsky regarding proposed order for motion to extend the automatic stay (.20) | 0.20 |
| 06/05/12 | MG8 | Prepare for and attend telephone conference with Curtis team to review background materials to prepare for Committee depositions regarding DIP financings, cash collateral and sales procedures for purposes related to Curtis' role as conflicts counsel (0.70) | 0.70 |
| 06/05/12 | MG8 | Review objection of individual to all motions based on claims of alleged constitutional violations (.10) | 0.10 |
| 06/05/12 | MG8 | Review order approving the Berkshire Hathaway Motion seeking to shorten time (.10) | 0.10 |
| 06/05/12 | MG8 | Review motion for order shortening time for Berkshire Hathaway motion seeking appointment of examiner (.20) | 0.20 |
| 06/05/12 | MG8 | Review Berkshire Hathaway's motion seeking appointment of examiner to conduct independent investigation of prepetition transactions and basis for settlements entered into by the Debtors for purposes related to Curtis' role as conflicts counsel (.50) | 0.50 |
| 06/05/12 | MG8 | Briefly review limited objections to supplemental servicing motion filed by individuals and by the National Association of Consumer Bankruptcy Attorneys, statement of US Attorney's office in support with respect to Ginnie Mae and two motions seeking to lift automatic stay by parties filing limited objection to subservicing motion (.60) | 0.60 |
| 06/05/12 | MG8 | Communicate with Curtis team regarding upcoming discovery and issues in dispute for conflicts purposes (.50) | 0.50 |
| 06/05/12 | MG8 | Confer with Curtis team regarding Residential Capital case and matters covered by Committee depositions with respect to DIP financings, Citibank Cash Collateral and Sales Procedures (.30) | 0.30 |
| 06/05/12 | MG8 | Confer with T. Smith regarding depositions scheduled by Committee (.30) | 0.20 |

July 31, 2012
Inv # 1544989
Our Ref #  062108-000410

Page  4

| | | | |
|---|---|---|---|
| 06/05/12 | MG8 | Follow-up with Curtis team regarding Debtors' sale procedures and DIP financing motions (.20) | 0.20 |
| 06/05/12 | MG8 | Review three notices of deposition filed by Committee regarding Debtors' sales procedures and DIP financing motions for conflicts purposes (.40) | 0.40 |
| 06/05/12 | MG8 | Correspond with Curtis team re: Committee depositions, timing and staffing (.30) | 0.30 |
| 06/05/12 | MG8 | Telephone conference with S. Reisman regarding Committee depositions for purposes related to Curtis' role as conflicts counsel (.20) | 0.20 |
| 06/06/12 | MG8 | Correspond with Curtis team regarding depositions relating to Sales Procedures and Financing Motions (.20) | 0.20 |
| 06/07/12 | TPS | Confer with M. Gallagher regarding request for information and issues relating to service from the counsel for FHLB Chicago and Boston (.10) | 0.10 |
| 06/07/12 | TPS | Confer with attorney in the legal affairs office of Allstate re: motion to extend stay and follow-up with list of Allstate cases for purposes related to Curtis' role as conflicts counsel (.50) | 0.50 |
| 06/07/12 | TPS | Telephone conference with counsel for FHLB Chicago and Boston to prepare pleading package for them (.70) | 0.70 |
| 06/07/12 | MG8 | Respond to requests for information and documents from counsel to adversary defendants of FHLB Boston and FHLB Chicago regarding adversary proceeding and issues relating to service and confer with T. Smith re: same (.50) | 0.50 |
| 06/07/12 | MG8 | Review notice of R. Weschler deposition (Berkshire Hathaway) and follow up with Curtis team regarding same (.10) | 0.10 |
| 06/07/12 | MG8 | Review correspondence between J. Haims and T. Smith regarding logistics and scheduling in adversary proceeding (.10) | 0.10 |
| 06/07/12 | MG8 | Attend to preparation of notice adjourning schedule for adversary proceeding and follow-up with Curtis team regarding same so that FHLB Boston and FHLB Chicago is notified (.20) | 0.20 |
| 06/07/12 | MG8 | Confer with Curtis team regarding depositions of Debtors and advisors with respect to DIP, cash collateral and sales procedures, and follow up re: same for conflicts purposes (.30) | 0.30 |
| 06/07/12 | MG8 | Confer with Curtis team regarding depositions of Debtors and advisors with respect to DIP, cash collateral and sales procedures for conflicts purposes | 0.10 |

July 31, 2012
Inv # 1544989
Our Ref #  062108-000410

Page 5

|  |  |  |  |
|---|---|---|---|
|  |  | (.10) |  |
| 06/07/12 | AD | Retrieve and assemble court filings and related documentation for T. Smith (.50) | 0.50 |
| 06/08/12 | SJR | Follow up regarding matters related to automatic stay adversary proceeding and addressing issues related to same (1.70) | 1.70 |
| 06/08/12 | MG8 | Correspond with Curtis team regarding supplemental declaration filed by Berkshire Hathaway and related follow-up (.30) | 0.30 |
| 06/08/12 | MG8 | Follow-up correspondence with Curtis team regarding outcome of depositions of M. Puntus and S. Green (.20) | 0.20 |
| 06/08/12 | MG8 | Review statement of Bank of America in Support of Contested Cash Management Motion for conflicts purposes (.20) | 0.20 |
| 06/08/12 | MG8 | Review declaration of Y. Gilmore of Freddy Mac in support of Debtors' motion to file under seal a certain agreement between Debtors and Freddy Mac (.20) | 0.20 |
| 06/08/12 | MG8 | Review Whitlinger, Crowley and Pensabene declarations in support of Debtors' omnibus reply to objections to certain first day motions (.90) | 0.90 |
| 06/08/12 | MG8 | Review Debtors' omnibus reply to objections to entry of final order for certain first day motions for purposes related to Curtis' role as conflicts counsel (.40) | 0.40 |
| 06/08/12 | MG8 | Review two motions to lift the stay related to litigation arising out of foreclosure actions (.50) | 0.50 |
| 06/08/12 | MAC | Conduct research re: pleadings filed in connection with Debtors' motion for relief from automatic stay for purposes related to Curtis' role as conflicts counsel (2.10) | 2.10 |
| 06/11/12 | MG8 | Review summaries of S. Green, M. Puntus and J. Whitlinger depositions (1.20) | 1.20 |
| 06/11/12 | MG8 | Briefly review limited objection of USA to DIP financing motion with respect to Ally financial (.20) | 0.20 |
| 06/11/12 | MG8 | Briefly review pleading of Loan Star U.S. regarding Debtors' sales procedure motion (.20) | 0.20 |
| 06/11/12 | MG8 | Review Committee's limited objection to origination motion and Ally Servicing motion (.40) | 0.40 |
| 06/11/12 | MG8 | Summarize responses and limited objections to sales procedure motion and DIP financing motions filed by potential conflicts parties and follow-up with respect to same (.80) | 0.80 |

July 31, 2012
Inv # 1544989
Our Ref # 062108-000410

Page 6

| 06/11/12 | MG8 | Briefly review statement of group of junior unsecured creditors to motion to appoint an examiner for conflicts purposes (.10) | 0.10 |
|---|---|---|---|
| 06/11/12 | MG8 | Review Statement of Ally with respect to Berkshire Hathaway motion for appointment of an examiner (.30) | 0.30 |
| 06/11/12 | MG8 | Review Debtors' objection to Berkshire Hathaway Motion for appointment of an examiner (.50) | 0.50 |
| 06/11/12 | MG8 | Review Committee objection to Berkshire Hathaway motion for appointment of an examiner (.40) | 0.40 |
| 06/11/12 | MG8 | Review limited objections to certain trustees to Sales Procedure Motion and DIP Financing Motions and Wells Fargo's joinder to the same in its capacity as master servicer (.70) | 0.70 |
| 06/11/12 | MG8 | Briefly review Omnibus Objection to certain first day pleadings filed by Green Planet Servicing relating to subservicing of a GPS Loan Pool under a servicing agreement allegedly terminated prepetition (.40) | 0.40 |
| 06/11/12 | MG8 | Briefly review Frost National Bank objection to sales procedure motion for conflicts purposes (.20) | 0.20 |
| 06/11/12 | MG8 | Follow-up correspondence with Curtis team regarding Frost National Bank objection to sales procedure motion (.30) | 0.30 |
| 06/11/12 | MG8 | Review Berkshire Hathaway's Objection to Debtors' Sales Procedure Motion and related declaration (1.20) | 1.20 |
| 06/11/12 | MG8 | Briefly review statement of Fannie Mae regarding Debtors' sale motion (.20) | 0.20 |
| 06/11/12 | MG8 | Briefly review statement of USA regarding Debtors' sales motion (.30) | 0.30 |
| 06/11/12 | MG8 | Briefly review Freddie Mac's objection to sales procedure motion (.20) | 0.20 |
| 06/11/12 | MG8 | Briefly review limited objection of US Bank to sales procedures motions with respect to limitations on credit bidding (.30) | 0.30 |
| 06/11/12 | MG8 | Briefly review Wells Fargo Bank reservation of rights regarding sales procedures motion regarding Ally guaranty for conflicts purposes (.30) | 0.30 |
| 06/11/12 | MG8 | Briefly review limited objection to lessor Digital Lewisville to sales procedures relating to assumption and assignment provisions of APA (.30) | 0.30 |
| 06/11/12 | MG8 | Review Gilbert's motion to Dismiss or for stay relief regarding foreclosure litigation (.30) | 0.30 |

July 31, 2012
Inv # 1544989
Our Ref #  062108-000410

Page  7

| | | | |
|---|---|---|---|
| 06/11/12 | MG8 | Review UST Objection to Sales procedures motion and correspond with Curtis team regarding same for conflicts purposes (.40) | 0.40 |
| 06/13/12 | TPS | Confer with M. Gallgher re: status of service on motion to extend stay and follow-up with docket review for conflicts purposes (.30) | 0.30 |
| 06/13/12 | MG8 | Communicate with Curtis team in preparation for deposition of Berkshire Hathaway's R. Wechsler and follow-up regarding same (.40) | 0.40 |
| 06/13/12 | MG8 | Confer with T. Smith re: motion to extend the automatic stay (.20) | 0.20 |
| 06/14/12 | SJR | Confer with M. Gallagher regarding upcoming June 18, 2012 hearing and matters related to same (.40) | 0.40 |
| 06/14/12 | MG8 | Review for potential conflicts purposes notice of deposition of J. Dermont regarding Committee objection to sales procedures motion and follow-up with Curtis team regarding same (.20) | 0.20 |
| 06/14/12 | MG8 | Telephone conference with Curtis team regarding Berkshire Hathaway's R. Wechsler deposition, an additional Berkshire Hathaway witness deposition and the J. Dermont deposition on June 15th (.30) | 0.30 |
| 06/14/12 | MG8 | Confer with S. Reisman regarding matters for hearing on June 18, 2012 for purposes related to Curtis' role as conflicts counsel (.40) | 0.40 |
| 06/14/12 | MG8 | Review Statement and Limited Joinder of Certain Unsecured Noteholders to the Debtors' Objection to Motion of Berkshire Hathaway Inc. for Appointment of an Examiner Pursuant to 11 U.S.C. section 1104(C) filed by Canyon Balanced Master Fund, Ltd., Canyon Distressed Opportunity Master Fund, L.P., Canyon Distressed Opportunity Investing Fund, L.P., The Canyon Value Realization Master Fund, L.P., Canyon Value Realization Fund, L.P., CO Moore, LP, ES Moore, Ltd., King Street Capital, L.P., King Street Capital Master Fund, Ltd., Lonestar Partners, L.P., and Redwood Master Fund, LTD (.10) | 0.10 |
| 06/14/12 | MG8 | Review amended notice of deposition of J. Dermont in connection with the Committee's objection to the Sales Procedures motion (.10) | 0.10 |
| 06/14/12 | MG8 | Review filed agenda for June 18th hearing and follow-up regarding same (.20) | 0.20 |
| 06/14/12 | MG8 | Review supplemental declaration of S. Green in support of proposed sale of Debtors' assets (.20) | 0.20 |
| 06/14/12 | MG8 | Review debtors' omnibus reply to objections to sales procedures motion for conflicts purposes (.80) | 0.80 |

July 31, 2012
Inv # 1544989
Our Ref #  062108-000410

Page  8

| | | | |
|---|---|---|---|
| 06/14/12 | MG8 | Review debtors omnibus reply to objections to DIP financing and cash collateral motions (.40) | 0.40 |
| 06/14/12 | MG8 | Review supplemental declaration of M. Puntus in support of DIP financings for conflicts purposes (.30) | 0.30 |
| 06/14/12 | MG8 | Review debtors' reply to limited objections of Committee regarding origination motion and Ally servicing motion (.30) | 0.30 |
| 06/14/12 | MG8 | Review second supplemental declaration of J. Whitlinger in support of certain first day motions (.40) | 0.40 |
| 06/14/12 | MG8 | Review Nationstar response to Debtors' motion for approval of sales procedures for conflicts purposes (.70) | 0.70 |
| 06/14/12 | MG8 | Review Ally Financial consolidated response to certain objections to Debtors' sale procedures motion (.40) | 0.40 |
| 06/14/12 | MG8 | Review Citibank omnibus reply to objections to Debtors' sale motion and reservation of rights (.10) | 0.10 |
| 06/14/12 | MG8 | Review for potential conflicts purposes reply of Citibank to omnibus committee objection to DIP financing and cash collateral motion (.30) | 0.30 |
| 06/14/12 | MG8 | Review Berkshire Hathaway's reply in support of its motion to appoint an examiner for conflicts purposes (.50) | 0.50 |
| 06/15/12 | SJR | Attend to matters regarding adversary proceeding regarding automatic stay and matters related to same where Curtis is acting as Conflicts Counsel (1.40) | 1.40 |
| 06/15/12 | TPS | Briefly confer with Curtis team re: FHLB stay issues in advance of case management conference (.50) | 0.50 |
| 06/15/12 | TPS | Prepare for initial case management conference and confer with T. Foudy and M. Gallagher regarding the conference and matters related to same for conflicts purposes (1.80) | 1.80 |
| 06/15/12 | TF1 | Prepare for initial case management conference to extend stay adversary proceeding, including beginning review of complaint, reviewing judge's procedures on adversary proceedings, and conferring with M. Gallagher and T. Smith re: same (1.80) | 1.80 |
| 06/15/12 | MG8 | Confer with Curtis team regarding background on adversary proceeding seeking to extend the automatic stay to former officers and directors as well as to certain non-debtor affiliates (.40) | 0.40 |
| 06/15/12 | MG8 | Correspond with J. Haims of Morrison & Foerster and Curtis team regarding status conference for adversary proceeding and related follow-up for conflicts purposes | 0.40 |

July 31, 2012
Inv # 1544989
Our Ref #  062108-000410

Page 9

| | | | |
|---|---|---|---|
| | | (.40) | |
| 06/15/12 | MG8 | Correspond with Curtis team regarding status conference in adversary proceeding and rules re: same (.50) | 0.50 |
| 06/15/12 | MG8 | Confer with T. Smith and T. Foudy regarding initial case management conference and matters related to same for conflicts purposes (1.80) | 1.80 |
| 06/15/12 | JZ | Correspond with Curtis team regarding procedures for adversary proceeding status conference in connection with Curtis' role as conflicts counsel (.60) | 0.60 |
| 06/15/12 | JZ | Review case docket, local rules, and relevant pleadings for purposes related to adversary proceeding (.60) | 0.60 |
| 06/18/12 | TPS | Confer with Curtis team to coordinate meeting re: status hearing at court (.30) | 0.30 |
| 06/18/12 | TF1 | Continue review of complaint and related filings in adversary proceeding to extend the stay in preparation for initial case management conference (1.30) | 1.30 |
| 06/18/12 | MG8 | Correspond with J. Haims of Morrison & Foerster re: adversary defendants in action seeking to extend stay regarding outcome of status conference and arranging upcoming discovery calls per the instructions of Judge Glenn (.20) | 0.20 |
| 06/19/12 | TPS | Coordinate with M. Gallagher re: meetings and conferences re: FHLB Boston and Chicago for conflicts purposes (.20) | 0.20 |
| 06/19/12 | MG8 | Correspond with Curtis team regarding scheduling changes for adversary proceeding to extend response and reply deadlines (.50) | 0.50 |
| 06/19/12 | MG8 | Review complaints filed by FHLB Boston and FHLB Chicago to determine if officers and directors were named for conflicts purposes (.30) | 0.30 |
| 06/19/12 | MG8 | Attend to matters relating to preparations for conference call with court regarding adversary proceeding and discovery issues scheduled for June 20th (.30) | 0.30 |
| 06/19/12 | MG8 | Follow-up with T. Smith regarding meetings and conference calls with Morrison & Foerster and counsel to FHLB defendants in adversary proceeding (.20) | 0.20 |
| 06/19/12 | MG8 | Participate in meetings and conference calls with Morrison & Foerster and counsel to the defendants in the adversary proceeding in order to discuss discovery related issues for conflicts purposes (.60) | 0.60 |
| 06/20/12 | SJR | Attend to matters related to adversary proceeding seeking extension of automatic stay and confer with | 0.60 |

July 31, 2012
Inv # 1544989
Our Ref # 062108-000410

Page  10

| | | | |
|---|---|---|---|
| | | Curtis team regarding same (.60) | |
| 06/20/12 | TPS | Attend conference call with Court re: motion to extend stay discovery issues (.80) | 0.80 |
| 06/20/12 | MG8 | Participate in case management conference with Judge Glenn and counsel to adversary defendants regarding issues relating to scheduling and discovery in adversary proceeding (.80) | 0.80 |
| 06/20/12 | MG8 | Follow-up with Curtis team regarding case management conference (.10) | 0.10 |
| 06/21/12 | TPS | Coordinate open litigation matters with Curtis team (.20) | 0.20 |
| 06/22/12 | SJR | Attend to review of draft Stipulation resolving Motion to Extend Automatic Stay and follow up regarding matters related to same (.40) | 0.40 |
| 06/22/12 | TF1 | Attend conference call with J. Haims re: settlement to extend stay adversary proceeding (.20) | 0.20 |
| 06/22/12 | TF1 | Review and provide comments on stipulation settling extend stay adversary proceeding (1.30) | 1.30 |
| 06/22/12 | MG8 | Attend to follow-up correspondence with Curtis team and J. Haims of Morrison & Foerster regarding comments to draft stipulation resolving issues with motion to extend automatic stay (.20) | 0.20 |
| 06/22/12 | MG8 | Review and comment on draft stipulation resolving Debtors' motion to extend the automatic stay with respect to several plaintiffs in litigations that Debtors' seek to extend stay to non-debtors affiliates and former officers and directors (.50) | 0.50 |
| 06/25/12 | TF1 | Follow-up in regards to settlement of extend stay adversary proceeding with respect to conflicts parties (.10) | 0.10 |
| 06/25/12 | MG8 | Further review and comment on draft stipulation circulated by J. Rothberg of Morrison & Foerster resolving motion to extend stay for certain defendants to adversary proceeding (.40) | 0.40 |
| 06/25/12 | MG8 | Correspond with Curtis team regarding document and data retention request made by counsel to FHLB Boston and FHLB Chicago (.20) | 0.20 |
| 06/26/12 | TF1 | Review revised stipulation resolving extend stay adversary proceeding (.20) | 0.20 |
| 06/26/12 | MG8 | Review correspondence related to adversary proceeding seeking to extend stay filed by parties at the request of the Court updating the Court on the status of the underlying litigations subject of the adversary proceeding and confirming the parties willingness to | 0.80 |

July 31, 2012
Inv # 1544989
Our Ref #  062108-000410

Page  11

|  |  |  |  |
|---|---|---|---|
|  |  | allow the Court to contact courts presiding over litigations subject of the adversary regarding scheduling matters (.80) |  |
| 06/27/12 | TF1 | Review stipulation resolving extend stay motion, comments from stipulating defendants regarding same, and debtors' response to comments (.50) | 0.50 |
| 06/27/12 | MG8 | Review docket activity in adversary proceeding, including several correspondences from the defendants to adversary proceeding regarding their consent to have Judge Glenn contact the respective courts involved in the underlying MBS actions regarding scheduling issues for conflicts purposes (.30) | 0.30 |
| 06/27/12 | MG8 | Draft correspondence to attorneys at Keller Rohrback responding to request relating to confirmation of document and data in information retention during the pendency of the automatic stay (1.20) | 1.20 |
| 06/27/12 | MG8 | Revise stipulation resolving for several defendants matters relating to Adversary Proceeding seeking to extend automatic stay (.40) | 0.40 |
| 06/27/12 | MG8 | Review numerous communications from counsel to adversary defendants transmitting comments to proposed stipulation and order for purposes related to Curtis' role as conflicts counsel (1.50) | 1.50 |
| 06/28/12 | SJR | Follow up regarding matters related to Stipulation Extending Automatic Stay and provisions of same in connection with adversary proceeding which Curtis is handling as Conflicts Counsel (.80) | 0.80 |
| 06/28/12 | TF1 | Review multiple comments and revised drafts of stipulation resolving extend stay motion as to conflict parties (.50) | 0.50 |
| 06/28/12 | TF1 | Review and analyze motions to withdraw and dismiss certain defendants for possible effects on stipulation with conflict parties (.50) | 0.50 |
| 06/28/12 | TF1 | Attend conference call with J. Haims re: motions to withdraw and dismiss certain defendants (.20) | 0.20 |
| 06/28/12 | MG8 | Review numerous drafts of proposed stipulation extending stay as to numerous parties to adversary proceeding and follow up with J. Rothberg regarding same (.50) | 0.50 |
| 06/28/12 | MG8 | Confer with M. Cohen regarding filings opposing motion to extend stay and seeking to withdraw reference (.10) | 0.10 |
| 06/28/12 | MG8 | Correspond with Curtis team regarding filings opposing motion to extend stay and seeking to withdraw reference (.10) | 0.10 |
| 06/28/12 | MG8 | Review motion to dismiss adversary complaint filed by | 0.70 |

|  |  | Federal Housing Finance Agency for conflicts purposes (.70) |  |
|---|---|---|---|
| 06/28/12 | MG8 | Review motion to withdraw the reference filed on behalf of Federal Housing Finance Agency (.50) | 0.50 |
| 06/28/12 | MG8 | Review opposition of FDIC as receiver for two banks to Debtors' motion to extend the automatic stay for conflicts purposes (.40) | 0.40 |
| 06/28/12 | MG8 | Review objection of New Jersey Carpenter's Health Fund and numerous joinders to Debtors' adversary complaint for injunctive relief and/or motion to extend the stay (.80) | 0.80 |
| 06/28/12 | MAC | Confer with M. Gallagher regarding motion to extend automatic stay and seeking to withdraw reference in connection with Curtis' role as conflicts counsel (.10) | 0.10 |
| 06/29/12 | TF1 | Follow-up in regards to finalization and filing of stipulation resolving extend stay motion as to conflicts parties (.20) | 0.20 |
| 06/29/12 | MG8 | Briefly review joinder and objection to Debtors' motion to extend the automatic stay filed by Columbus Life, Fort Washington Advisors, Integrity Life, National Integrity, Western and Southern Life and Western-Southern Life Assurance (.30) | 0.30 |
| 06/29/12 | MG8 | Review final stipulation and proposed order with respect to Adversary Proceeding seeking to extend automatic stay or for injunctive relief with respect to defendants FHLB Boston and FHLB Chicago being handled by Curtis as conflicts counsel and related correspondence with Curtis team regarding filing of the executed proposed stipulation and order (.30) | 0.30 |
|  |  | TOTAL HOURS | 70.10 |

### Summary of Services

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 9.20 | 830 | 7,636.00 |
| Turner P. Smith | Partner | 7.30 | 830 | 6,059.00 |
| Theresa A. Foudy | Partner | 6.80 | 730 | 4,964.00 |
| Michael Ari Cohen | Partner | 2.20 | 730 | 1,606.00 |
| Maryann Gallagher | Counsel | 42.60 | 625 | 26,625.00 |
| James Zimmer | Associate | 1.20 | 345 | 414.00 |
| Alana Dreiman | Legal Assistant | 0.80 | 230 | 184.00 |
|  |  | **70.10** |  | **$47,488.00** |

July 31, 2012
Inv # 1544989
Our Ref #  062108-000410

Page  13

| | |
|---|---|
| **TOTAL SERVICES** | **$47,488.00** |
| **TOTAL THIS INVOICE** | **$47,488.00** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1544989

| | |
|---|---|
| Total Services | 47,488.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$47,488.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                                    July 31, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                          Inv. # 1544991
                                                                                    Our Ref. 062108-000700
                                                                                    SJR

Attention:     Residential Capital, LLC

Re:   **Curtis Retention/Billing/Fee Applications**

| | | | |
|---|---|---|---|
| 06/04/12 | HES | Confer with J. Zimmer regarding upcoming retention application (.10) | 0.10 |
| 06/04/12 | JZ | Confer with H. Saydah regarding issues related to preparation of retention application (.10) | 0.10 |
| 06/05/12 | SJR | Confer with M. Gallagher regarding correspondence with J. Shank of Residential Capital regarding the status of the retainer (.10) | 0.10 |
| 06/05/12 | MG8 | Correspond with J. Shank of Residential Capital regarding status of retainer and follow up with S. Reisman re: same (.10) | 0.10 |
| 06/05/12 | MG8 | Follow up with H. Saydah, J. Zimmer and Conflicts Department with respect to resolving disclosures for certain search parties for retention application (.30) | 0.30 |
| 06/05/12 | HES | Confer with M. Gallagher and J. Zimmer regarding resolving disclosures for certain search parties with respect to the retention application (.30) | 0.30 |
| 06/05/12 | JZ | Confer with M. Gallagher and H. Saydah regarding revisions to retention application and conflicts related issues (.30) | 0.30 |
| 06/06/12 | SJR | Attend to review and comment on Retention Application of Curtis, Mallet-Prevost as Conflicts Counsel and follow up regarding comments and revisions to same (1.20) | 1.20 |
| 06/06/12 | MG8 | Attend to resolution and disclosure issues regarding certain search parties for Curtis retention application (.50) | 0.50 |
| 06/06/12 | MG8 | Confer with H. Saydah regarding resolution and disclosure issues regarding certain search parties for Curtis retention application (.20) | 0.20 |
| 06/06/12 | HES | Confer with M. Gallagher regarding disclosures for certain search parties as it relates to Curtis retention application (.20) | 0.20 |
| 06/08/12 | MG8 | Confer with H. Saydah regarding status of Curtis | 0.10 |

July 31, 2012
Inv # 1544991
Our Ref # 062108-000700

Page 2

|  |  |  |  |
|---|---|---|---|
|  |  | retention application (.10) |  |
| 06/08/12 | HES | Confer with M. Gallagher regarding status of retention application (.10) | 0.10 |
| 06/11/12 | JZ | Confer and correspond with working group regarding notice issues related to retention application (.20) | 0.20 |
| 06/11/12 | JZ | Review local rules in connection with Curtis retention application (.10) | 0.10 |
| 06/15/12 | HES | Confer with working group regarding status of retention application (.30) | 0.30 |
| 06/18/12 | MG8 | Review conflicts search report for Lone Star entities parties in connection with Curtis retention application (.30) | 0.30 |
| 06/18/12 | HES | Review sale pleadings for names of potential bidders and run names through conflict's system for purposes related to preparation of retention application (.60) | 0.60 |
| 06/18/12 | JZ | Confer and correspond with working group regarding additional conflicts parties for inclusion in retention application (.40) | 0.40 |
| 06/18/12 | JZ | Review case docket regarding additional conflicts parties for inclusion in retention application (.20) | 0.20 |
| 06/19/12 | HES | Review additional conflicts results, update retention application and confer with J. Zimmer re: same (.50) | 0.50 |
| 06/19/12 | HES | Review motion of Aurora Bank for stay relief for purposes related to adding additional search parties for disclosure on retention application (.20) | 0.20 |
| 06/19/12 | HES | Confer with conflicts department regarding running additional search party (.10) | 0.10 |
| 06/19/12 | JZ | Confer with H. Saydah regarding revisions to retention application (.10) | 0.10 |
| 06/19/12 | JZ | Correspond with working group regarding issues related to preparation of retention application (.10) | 0.10 |
| 06/20/12 | MG8 | Address issues relating to new conflict search parties and draft appropriate disclosures for inclusion in retention application regarding same (1.50) | 1.50 |
| 06/20/12 | HES | Review correspondence regarding conflicts issues and disclosure of same (.50) | 0.50 |
| 06/20/12 | HES | Revise retention application (.40) | 0.40 |
| 06/20/12 | JZ | Confer with working group regarding issues related to the preparation of the retention application for filing (.20) | 0.20 |
| 06/21/12 | TPS | Prepare summary of engagement for co-defendant to | 0.80 |

July 31, 2012
Inv # 1544991
Our Ref #  062108-000700

Page  3

|  |  | Residential Capital in the FHLB Boston matter for inclusion in retention application (.80) |  |
|---|---|---|---|
| 06/21/12 | HES | Review correspondences from S. Reisman, T. Smith, and M. Gallagher regarding additional disclosures relating to recent litigation (.70) | 0.70 |
| 06/22/12 | TPS | Confer with H. Saydah regarding additional disclosures relating to recent litigation (.30) | 0.30 |
| 06/22/12 | MG8 | Correspond with J. Wishnew regarding completion and filing of retention applications as well as the provision for additional conflicts parties to search for disclosure purposes in retention applications (.20) | 0.20 |
| 06/22/12 | MG8 | Confer with H. Saydah regarding additional disclosures as they relate to recent litigation (.10) | 0.10 |
| 06/22/12 | MG8 | Review conflicts report for additional search parties provided by Morrison & Foerster and follow-up with H. Saydah regarding same for appropriate disclosure in retention application (.40) | 0.40 |
| 06/22/12 | MAC | Confer with H. Saydah regarding additional disclosures as related to recent litigation (.10) | 0.10 |
| 06/22/12 | MAC | Review and revise Curtis' Retention Application as Conflicts Counsel to the Debtors (1.50) | 1.50 |
| 06/22/12 | MAC | Confer with H. Saydah re: Curtis Retention Application (.50) | 0.50 |
| 06/22/12 | HES | Telephone conference with J. Wishnew regarding filing retention application (.20) | 0.20 |
| 06/22/12 | HES | Confer with M. Cohen, M. Gallagher and T. Smith regarding additional disclosures to be made regarding recent litigation (.50) | 0.50 |
| 06/22/12 | HES | Review and revise retention application in accordance with M. Cohen's comments (1.50) | 1.50 |
| 06/22/12 | HES | Confer with M. Cohen regarding revised retention application (.50) | 0.50 |
| 06/22/12 | HES | Review, investigate and analyze search results for additional parties (2.20) | 2.20 |
| 06/22/12 | HES | Confer with M. Gallagher and Conflicts Department regarding additional parties for disclosure in retention application (.40) | 0.40 |
| 06/22/12 | HES | Review correspondence from J. Wishnew regarding additional conflict search parties (.10) | 0.10 |
| 06/25/12 | MG8 | Review correspondence from J. Wishnew regarding additional conflict parties from Committee's Rule 2004 application (.30) | 0.30 |

July 31, 2012
Inv # 1544991
Our Ref #  062108-000700

Page  4

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 06/25/12 | MG8 | Review results of conflicts reports for additional parties and confer with H. Saydah re: appropriate follow-up and disclosure in retention application (.80) | 0.80 |
| 06/25/12 | MG8 | Check for additional conflicts parties relating to Committee 2004 application and arrange for necessary searches with Conflicts Department (.40) | 0.40 |
| 06/25/12 | HES | Review and analyze additional conflicts search results for purposes of updating disclosures in retention application (1.10) | 1.10 |
| 06/25/12 | HES | Revise retention application in accordance with M. Gallagher's comments (.50) | 0.50 |
| 06/25/12 | HES | Review correspondence from Morrison & Foerster regarding changes to retention application and confer with M. Gallagher regarding same (.40) | 0.40 |
| 06/25/12 | HES | Review and revise retention application (.70) | 0.70 |
| 06/25/12 | HES | Confer with Curtis team regarding retention application (.70) | 0.70 |
| 06/25/12 | HES | Confer with billing partners regarding retention application (.40) | 0.40 |
| 06/26/12 | SJR | Attend to review and revision of Retention Application of Curtis, Mallet-Prevost as Conflicts Counsel for Residential Capital and confer with M. Gallagher regarding comments and revisions to same (1.40) | 1.40 |
| 06/26/12 | MG8 | Finalize Curtis retention application for forwarding to Morrison & Foerster and client for review and comment before filing (.70) | 0.70 |
| 06/26/12 | MG8 | Correspond with S. Reisman and M. Cohen regarding matters related to the Curtis retention application (.40) | 0.40 |
| 06/26/12 | MG8 | Review correspondence from J. Wishnew regarding Residential Capital's comments to Curtis application (.20) | 0.20 |
| 06/26/12 | MG8 | Revise Curtis retention application to implement comments from Morrison & Foerster, including numerous follow-up communications with working group regarding same (1.50) | 1.50 |
| 06/26/12 | MG8 | Telephone conference with J. Wishnew regarding Morrison & Foerster's comments to Curtis retention application (.20) | 0.20 |
| 06/26/12 | MAC | Review and revise Curtis' retention application as conflicts counsel to the Debtors (.70) | 0.70 |
| 06/26/12 | MAC | Correspond and confer with Morrison & Foerster and working group re: finalizing and filing the retention | 0.20 |

July 31, 2012
Inv # 1544991
Our Ref # 062108-000700

Page 5

| | | application (.20) | |
|---|---|---|---|
| 06/26/12 | HES | Review correspondence from J. Wishnew regarding comments to draft retention application (.20) | 0.20 |
| 06/27/12 | SJR | Confer with M. Gallagher and M. Cohen regarding status of Curtis retention application (.10) | 0.10 |
| 06/27/12 | SJR | Confer with H. Saydah and M. Cohen regarding client and J. Wishnew's comments to Curtis retention application (.20) | 0.20 |
| 06/27/12 | SJR | Review and sign-off on final filed Application of Curtis Mallet as Conflicts Counsel (.60) | 0.60 |
| 06/27/12 | MG8 | Edit and complete Curtis retention application to reflect comments from client, S. Reisman and confirmation of retainer balance as of Petition Date (2.10) | 2.10 |
| 06/27/12 | MG8 | Confer with S. Reisman and M. Cohen regarding retention application status (.20) | 0.20 |
| 06/27/12 | MG8 | Communicate with J. Wishnew of Morrison & Foerster regarding Curtis retention application (.30) | 0.30 |
| 06/27/12 | MAC | Review and revise, finalize and prepare Curtis' retention application for filing (1.00) | 1.00 |
| 06/27/12 | MAC | Confer with S. Reisman and M. Gallagher regarding status of retention application (.20) | 0.10 |
| 06/27/12 | MAC | Confer with H. Saydah and S. Reisman regarding J. Wishnew's comments to retention application (.30) | 0.10 |
| 06/27/12 | HES | Revise retention application in accordance with J. Wishnew and the client's comments (.40) | 0.40 |
| 06/27/12 | HES | Prepare transmittal email for revised application (.20) | 0.20 |
| 06/27/12 | HES | Confer with M. Cohen and S. Reisman regarding comments to retention application (.30) | 0.30 |
| 06/27/12 | HES | Confer with working group regarding retention application (.40) | 0.40 |
| 06/29/12 | MG8 | Correspond with J. Shank of Residential Capital regarding status of retainer paid to Curtis prepetition for Chapter 11 preparation (.20) | 0.20 |
| | | TOTAL HOURS | 36.30 |

July 31, 2012
Inv # 1544991
Our Ref #  062108-000700

Page  6

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 3.60 | 830 | 2,988.00 |
| Turner P. Smith | Partner | 1.10 | 830 | 913.00 |
| Michael Ari Cohen | Partner | 4.20 | 730 | 3,066.00 |
| Maryann Gallagher | Counsel | 11.00 | 625 | 6,875.00 |
| Heather Elizabeth Saydah | Associate | 14.70 | 550 | 8,085.00 |
| James Zimmer | Associate | 1.70 | 345 | 586.50 |
| | | **36.30** | | **$22,513.50** |

**TOTAL SERVICES**                                    $22,513.50

**TOTAL THIS INVOICE**                                $22,513.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**      Bank:                    Citibank
                         ABA Routing #:           021000089
                         F/B/O:                   Curtis Mallet-Prevost Colt & Mosle LLP
                         Account#                 40585074

**Mail Checks to -**     Curtis Mallet-Prevost Colt & Mosle LLP
                         General Post Office
                         P.O. Box 27930
                         New York, NY 10087-7930


                         Residential Capital, LLC
                         Inv. # 1544991

                         Total Services                    22,513.50

                         Total Expenses                         0.00

                         Applied Credit                         0.00
                                                   _____
                         **Total This Invoice**            **$22,513.50**


**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

September 12, 2012

Inv. # 1547991
Our Ref. 062108-000100
SJR

Attention:   Residential Capital, LLC

**Re:  Case Administration**

| | | | |
|---|---|---|---:|
| 07/02/12 | MG8 | Attend to review of recently filed motions for relief from stay filed by Green Planet Servicing and Community South Bank for potential conflicts issues (.50) | 0.50 |
| 07/02/12 | MG8 | Review notice of public auction and sale hearing pursuant to APAs with Nationstar and Berkshire Hathaway forwarded by KCC (.20) | 0.20 |
| 07/02/12 | MG8 | Review final motion to file under seal matrix relating to certain governmental servicing agreements (.10) | 0.10 |
| 07/02/12 | MG8 | Review adversary complaint by Green Planet Servicing against GMAC Mortgage for possible conflicts issues (.30) | 0.30 |
| 07/03/12 | MG8 | Review Citibank objection to Gilbert motion to dismiss Debtors' Chapter 11 case (.10) | 0.10 |
| 07/03/12 | MG8 | Review miscellaneous filing of Lewis parties regarding alleged evidence and related motion for contempt (.20) | 0.20 |
| 07/03/12 | MG8 | Review Debtors' omnibus response to various motions for stay relief scheduled for hearing on July 10, 2012 for conflicts purposes (.40) | 0.40 |
| 07/03/12 | MG8 | Review other recent docket activity and related pleadings, including amended schedules and numerous pleadings related to lift stay motions (1.80) | 1.80 |
| 07/03/12 | MG8 | Attend to review of docket activity related to filing amended schedules and review notice relating to same (.30) | 0.30 |
| 07/03/12 | MG8 | Review notice of appointment of Arthur Gonzalez as examiner, related application and order (.20) | 0.20 |
| 07/03/12 | MG8 | Review Committee member Allstate's motion for order approving blocking procedures and permitting trading of claims against the Debtors and notice of presentment with respect to same (.30) | 0.30 |
| 07/03/12 | SM | Amend internal calendar to reflect hearing dates and deadlines by Court (.40) | 0.40 |

September 12, 2012
Inv # 1547991
Our Ref # 062108-000100

Page 2

| 07/05/12 MG8 | Attend to review of recent docket activity and related pleadings in connection with Curtis' role as conflicts counsel (1.80) | 1.80 |
|---|---|---|
| 07/09/12 MG8 | Review agenda and related pleadings in preparation for July 10, 2012 hearing, including Debtors' reply in support of motion to extend automatic stay and Debtors' omnibus reply to objections to motion to extend the automatic stay to certain non-debtors affiliates and former officers and directors, supplemental Lipps declaration, Debtors' reply in support amended reply filed by Wendy Alison Nora, and proposed final order for implementation of supplemental loss mitigation programs in connection with Curtis' role as conflicts counsel (1.80) | 1.80 |
| 07/10/12 MG8 | Correspond with working group regarding hearing agenda and related matters for conflicts purposes (.30) | 0.30 |
| 07/12/12 MG8 | Draft correspondence to T. Hamzehpour regarding Wells Fargo conflicts matters and related follow-up with working group (.80) | 0.80 |
| 07/12/12 AD | Retrieve and assemble court documents for the July 13, 2012 Hearing per the request of M. Gallagher (2.00) | 2.00 |
| 07/12/12 AD | Retrieve and format the Declaration of Jennifer Scoliard per the request of M. Gallagher (.30) | 0.30 |
| 07/13/12 MG8 | Review recent docket activity in Bankruptcy Court for potential conflicts purposes (.80) | 0.80 |
| 07/16/12 MG8 | Review daily docket activity in connection with Curtis' role as conflicts counsel, including declaration of Residential Capital's CEO Thomas Marano in support of Ally Servicing Motion, Notice of Omnibus Hearing date and updated monthly servicing list (.80) | 0.80 |
| 07/16/12 MG8 | Attend to correspondence from T. Hamzehpour re: conflicts matters assigned to Curtis (.20) | 0.20 |
| 07/17/12 MG8 | Attend to daily docket activity and review pleadings for potential conflicts purposes (.50) | 0.50 |
| 07/18/12 MG8 | Review daily docket activity in connection with Curtis' role as conflicts counsel to Debtors (1.70) | 1.70 |
| 07/18/12 AD | Amend internal case calendar to reflect hearing dates and deadlines as set by Court (.30) | 0.30 |
| 07/19/12 MG8 | Review daily docket activity in Residential Capital's Chapter 11 cases, including review of amended schedules and statements of financial affairs for conflicts purposes, as well as briefly review the district court's decision to allow FHFA to take discovery of non-debtor affiliates of Debtors (1.70) | 1.70 |

September 12, 2012
Inv # 1547991
Our Ref #  062108-000100

Page  3

| | | | |
|---|---|---|---|
| 07/19/12 | MAC | Review revised Schedules in connection with Curtis' role as conflicts counsel (.70) | 0.70 |
| 07/20/12 | MG8 | Review docket for conflicts counsel purposes, including review filed agenda for July 24th omnibus hearing, numerous motions for stay relief, various filings relating to RMBS settlement, filings of FHFA regarding discovery related motion, reply of Aurora Bank in connection with stay relief motion and supplemental declarations and affidavits in support of retention applications (2.40) | 2.40 |
| 07/23/12 | MG8 | Briefly review docket activity in Chapter 11 cases in connection with Curtis' role as conflicts counsel (.50) | 0.50 |
| 07/24/12 | MG8 | Review daily docket activity including revised hearing agenda for today's hearing, several stay relief motions, a motion to convert the case, and filings by FHGA regarding discovery in connection with Curtis' role as conflicts counsel to debtors (.80) | 0.80 |
| 07/25/12 | MG8 | Review daily docket activity in connection with Curtis' role as conflicts counsel to Debtors (1.20) | 1.20 |
| 07/30/12 | MG8 | Review revised proposed scheduling order relating to RMBS Trust Settlement for conflicts counsel purposes (.30) | 0.30 |
| 07/30/12 | MG8 | Review order outlining scope of Examiner's investigation in connection with Curtis' role as conflicts counsel (.40) | 0.40 |
| 07/31/12 | MG8 | Review daily docket activity, including statement of Ally regarding termination of servicing of certain mortgage, revised joint omnibus scheduling order regarding RMBS settlements and notice of hearings (.80) | 0.80 |

TOTAL HOURS          24.90

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael Ari Cohen | Partner | 0.70 | 730 | 511.00 |
| Maryann Gallagher | Counsel | 21.20 | 625 | 13,250.00 |
| Alana Dreiman | Legal Assistant | 2.60 | 230 | 598.00 |
| Stephanie Morales | Legal Assistant | 0.40 | 220 | 88.00 |
| | | **24.90** | | **$14,447.00** |

**TOTAL SERVICES**                          $14,447.00

September 12, 2012
Inv # 1547991
Our Ref #  062108-000100

Page  4

**Summary of Expenses**

| | |
|---|---|
| Courier Service | 24.81 |
| External Photocopying Services | 75.80 |
| Misc Court Fees | 37.00 |
| Transportation Expense | 9.00 |
| **TOTAL EXPENSES** | **$146.61** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$14,593.61** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**       Bank:                Citibank
                          ABA Routing #:       021000089
                          F/B/O:               Curtis Mallet-Prevost Colt & Mosle LLP
                          Account#             40585074

**Mail Checks to -**      Curtis Mallet-Prevost Colt & Mosle LLP
                          General Post Office
                          P.O. Box 27930
                          New York, NY 10087-7930


                          Residential Capital, LLC
                          Inv. # 1547991

                          Total Services                    14,447.00

                          Total Expenses                       146.61

                          Applied Credit                         0.00
                                                        _____
                          **Total This Invoice**             **$14,593.61**


**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK  10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

September 12, 2012

Inv. # 1547992
Our Ref. 062108-000210
SJR

Attention:    Residential Capital, LLC

**Re:    Asset Analysis, Sales and Recoveries**

| | | | |
|---|---|---|---|
| 07/03/12 | SJR | Attend to matters related to Calpine conflict matter and review materials, e-mails and follow up regarding same (.70) | 0.70 |
| 07/03/12 | JD3 | Prepare and circulate draft e-mail to L. Nashelsky re: Calpine matter for conflicts purposes (.60) | 0.60 |
| 07/03/12 | JD3 | Prepare for and participate in call with K. Piper at Calpine re: potential new matter re: obtaining approval of sale by GMAC of property to Calpine to settle state court litigation (.60) | 0.60 |
| 07/03/12 | JD3 | Briefly confer with M. Gallagher re: status of case and order authorizing claims settlements (.20) | 0.20 |
| 07/03/12 | MG8 | Confer with J. Drew regarding status of case and matters related to potential settlement and property purchase by Calpine (.20) | 0.20 |
| 07/05/12 | JD3 | Prepare and circulate draft e-mail to client re: request for authority to handle Calpine conflicts matter (.40) | 0.40 |
| 07/06/12 | JD3 | Briefly confer with P. Buenger re: Calpine matter and preparation of pleadings for conflicts purposes (.30) | 0.30 |
| 07/06/12 | PJB2 | Review case management order and similar pleadings in relation to filing of motion seeking court's approval of settlement and purchase of property by Debtors (.90) | 0.90 |
| 07/06/12 | PJB2 | Confer with J. Drew re: preparation of motion, notice and order to approve settlement agreement and background facts concerning same for conflicts purposes (.30) | 0.30 |
| 07/10/12 | JD3 | Prepare and circulate draft follow up e-mail to client re: authority to handle Calpine matter for conflicts purposes (.40) | 0.40 |
| 07/10/12 | PJB2 | Correspond with working group re: case management order and service of potential settlement motion (.20) | 0.20 |
| 07/12/12 | JD3 | Review case management order for purposes of determining correct procedure for obtaining approval of Calpine settlement (.40) | 0.40 |

September 12, 2012
Inv # 1547992
Our Ref #  062108-000210

Page  2

| 07/12/12 | JD3 | Confer with P. Buenger re: procedures for obtaining approval of Calpine settlement (.20) | 0.20 |
|---|---|---|---|
| 07/12/12 | PJB2 | Confer with J. Drew re: Calpine settlement and 363 motion for use of Debtors' property and procedure for same for purposes related to Curtis' role as conflicts counsel (.20) | 0.20 |
| 07/13/12 | JD3 | Follow up correspondence re: authority to handle Calpine matter re: sale of foreclosed property for conflicts purposes (.30) | 0.30 |
| 07/16/12 | JD3 | Review correspondence from client re: Calpine matter and prepare and circulate draft e-mail response re: same (.30) | 0.30 |
| 07/17/12 | JD3 | Review correspondence re: Non-GA Servicing Order in connection with Calpine matter and correspond and discuss re: same (.30) | 0.30 |
| 07/17/12 | JD3 | Review Non-GA Servicing Order, GA Servicing Order and Supplemental Servicing Order and related pleadings in connection with Calpine matter (1.20) | 1.20 |
| 07/19/12 | JD3 | Prepare and circulate draft e-mail to GMAC Mortgage counsel re: Calpine matter (.60) | 0.60 |
| 07/20/12 | JD3 | Review and circulate e-mail to J. Lowenthal re: Calpine matter requesting information why sale of REO property would not be ordinary course (.30) | 0.30 |
| 07/26/12 | JD3 | Correspond with Calpine counsel re: Court Order authorizing REO sale for conflicts purposes (.40) | 0.40 |
| 07/27/12 | JD3 | Correspond with K. Piper and J. Lowenthal re: Calpine purchase of REO property (.30) | 0.30 |
| | | TOTAL HOURS | 9.30 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 0.70 | 830 | 581.00 |
| Maryann Gallagher | Counsel | 0.20 | 625 | 125.00 |
| James V. Drew | Associate | 6.80 | 590 | 4,012.00 |
| Peter Josef Buenger | Associate | 1.60 | 425 | 680.00 |
| | | **9.30** | | **$5,398.00** |

**TOTAL SERVICES**                          **$5,398.00**

September 12, 2012
Inv # 1547992
Our Ref #  062108-000210

Page  3

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$5,398.00** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1547992

| | |
|---|---|
| Total Services | 5,398.00 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$5,398.00** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

September 12, 2012

Inv. # 1547993
Our Ref. 062108-000350
SJR

Attention:    Residential Capital, LLC

**Re:    Hearings and Court Matters**

| | | | |
|---|---|---|---|
| 07/10/12 | MG8 | Attend hearing on several stay relief motions, a status conference for the RMBS trust settlement motion, the Debtors' motion for a supplemental order regarding servicing issues, including loss mitigation programs, settlement procedures and contested hearing on Debtors' motion to extend automatic stay, or alternatively for a preliminary injunction to prevent continuation of certain litigation against non-debtor affiliates and certain former officers and directors for conflicts purposes (4.50) | 4.50 |
| 07/24/12 | TPS | Attend omnibus hearing at Court, with argument on Wells Fargo's motion to lift stay in CD California action for conflicts purposes (6.80) | 6.80 |
| 07/24/12 | TPS | Follow-up re: hearing outcome with counsel for ET Services in California action (.20) | 0.20 |
| 07/24/12 | MG8 | Prepare for and attend omnibus hearing, including Wells Fargo motion seeking relief from stay that was handled by Curtis as conflicts counsel and confer with Curtis team, M. Bunin and J. Shulman throughout the day (6.80) | 6.80 |

TOTAL HOURS                 18.30

<u>**Summary of Services**</u>

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Turner P. Smith | Partner | 7.00 | 830 | 5,810.00 |
| Maryann Gallagher | Counsel | 11.30 | 625 | 7,062.50 |
| | | **18.30** | | **$12,872.50** |

**TOTAL SERVICES**                              **$12,872.50**

September 12, 2012
Inv # 1547993
Our Ref #  062108-000350

Page  2

**TOTAL THIS INVOICE**                                     **$12,872.50**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

|  |  |  |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
|  | ABA Routing #: | 021000089 |
|  | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
|  | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1547993

| | |
|---|---|
| Total Services | 12,872.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$12,872.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

September 12, 2012

Inv. # 1547994
Our Ref. 062108-000400
SJR

Attention:    Residential Capital, LLC

Re:    General Litigation Matters

| | | | |
|---|---|---|---|
| 07/03/12 | TF1 | Follow-up with Debtors' counsel concerning reply papers on motion to extend stay for conflicts purposes (.20) | 0.20 |
| 07/05/12 | MAC | Review pleadings filed in connection with the July 10th Hearing on the Debtors motion to extend the automatic stay in connection with Curtis' role as conflicts counsel (1.90) | 1.90 |
| 07/10/12 | TF1 | Review summary from M. Gallagher regarding outcome of hearing on motion to extend stay, a matter in which Curtis acted as counsel to Debtors with respect to FHLB Boston and FHLB Chicago (.10) | 0.10 |
| 07/16/12 | TF1 | Attend to downloading and storage of files produced by Debtors to parties, including conflict parties, in extend stay adversary proceeding (.30) | 0.30 |
| 07/16/12 | RS | Organize, edit and load Residential Capital email and loose file data to Concordance for attorney review for conflicts purposes (1.20) | 1.20 |
| 07/16/12 | RS | Create OCR and load to database for attorney review (.50) | 0.50 |
| 07/16/12 | NG1 | Correspond with working group regarding documents produced by Debtors in the Adversary proceeding (.40) | 0.40 |
| 07/16/12 | NG1 | Prepare documents for attorney review for conflicts purposes (.40) | 0.40 |
| 07/16/12 | NG1 | Review documents received from FTP site (.20) | 0.20 |
| 07/16/12 | MM9 | Process documents produced by Debtors in the Adversary proceeding (.20). | 0.20 |
| 07/16/12 | MM9 | Create Concordance database per the request of T. Foudy for conflicts purposes (0.40) | 0.40 |
| 07/18/12 | TF1 | Review Order entered in Extend Stay Adversary Proceeding (.10) | 0.10 |
| 07/20/12 | TF1 | Review final version of stipulation and attachment resolving extend stay adversary proceeding (.10) | 0.10 |

September 12, 2012
Inv # 1547994
Our Ref #  062108-000400

Page  2

| | | | | |
|---|---|---|---|---|
| 07/23/12 | TF1 | Review "so ordered" stipulation extending stay to conflict parties FHLB Boston and FHLB Chicago (.10) | | 0.10 |
| | | TOTAL HOURS | | 6.10 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Theresa A. Foudy | Partner | 0.90 | 730 | 657.00 |
| Michael Ari Cohen | Partner | 1.90 | 730 | 1,387.00 |
| Neal Goodman | Litigation Support Sp | 1.00 | 260 | 260.00 |
| Michael Malavarca | Litigation Support Sp | 0.60 | 200 | 120.00 |
| Roberto Santamarina | Litigation Support Sp | 1.70 | 165 | 280.50 |
| | | **6.10** | | **$2,704.50** |

**TOTAL SERVICES**                    $2,704.50

**TOTAL THIS INVOICE**                    $2,704.50



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1547994

Total Services                                              2,704.50

Total Expenses                                                 0.00

Applied Credit                                                 0.00
                                                      _____
**Total This Invoice**                            **$2,704.50**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

September 12, 2012

Inv. # 1547996
Our Ref. 062108-000430
SJR

Attention:    Residential Capital, LLC

Re:  **Automatic Stay/Adequate Protection Matters**

---

| Date | Init. | Description | Hours |
|---|---|---|---|
| 06/19/12 | MG8 | Review motion for relief from stay filed by Aurora Bank for potential conflicts purposes and related follow up (.50) | 0.50 |
| 07/02/12 | SJR | Review various motions to Lift the Automatic Stay where Curtis, Mallet is serving as Conflicts Counsel and follow up regarding same (.70) | 0.70 |
| 07/03/12 | MG8 | Draft correspondence to N. Rosenbaum of Morrison & Foerster regarding motion for relief from stay and related declaration filed by Wells Fargo to allow continued prosecution of action in California, or in the alternative, to allow discovery with respect to the same and Curtis' involvement as conflicts counsel (.30) | 0.30 |
| 07/03/12 | MG8 | Review motion for relief from stay and related declaration filed by Wells Fargo to allow continued prosecution of action in California, or in the alternative, to allow discovery with respect to same (.70) | 0.70 |
| 07/06/12 | MG8 | Briefly review motion of Paul Papas seeking relief from stay for potential conflict purposes (.10) | 0.10 |
| 07/06/12 | MG8 | Attend to correspondence from N. Rosenbaum of Morrison & Foerster regarding conflict issues with Wells Fargo motion to lift stay in California foreclosure-related and other similar matters (.20) | 0.20 |
| 07/10/12 | SJR | Confer with M. Gallagher regarding matters related to Motion for Relief from Stay, follow up regarding same where Curtis is acting as Conflicts Counsel and review pleadings related to same (1.30) | 1.30 |
| 07/10/12 | TPS | Review Wells Fargo's motion to lift stay in CD California action with ETS Services LLC (.70) | 0.70 |
| 07/10/12 | TPS | Participate in telephone conference with Wells Fargo's counsel and M. Gallagher in CD California case (.50) | 0.50 |
| 07/10/12 | TPS | Participate in telephone conference with N. Rosenbaum, N. Moss and M. Gallagher re: handling various Wells Fargo matters for conflicts purposes (.50) | 0.50 |
| 07/10/12 | TPS | Confer with M. Gallagher re: ETS Wells Fargo stay | 0.30 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 2

|            |     | relief request (.30) |      |
|------------|-----|----------------------|------|
| 07/10/12 | MG8 | Participate in telephone conference with T. Smith, N. Moss and N. Rosenbaum to discuss background for Wells Fargo's motion for stay relief and other Wells Fargo stay related matters (.50) | 0.50 |
| 07/10/12 | MG8 | Update T. Smith regarding Wells Fargo's motion for stay relief and next steps for conflicts purposes (.30) | 0.30 |
| 07/10/12 | MG8 | Correspond with J. Zimmer regarding preparation of response to Wells Fargo's motion for stay relief (.40) | 0.40 |
| 07/10/12 | MG8 | Confer with S. Reisman regarding issues raised by Wells Fargo's motion for relief from stay (.20) | 0.20 |
| 07/10/12 | MG8 | Confer with J. Zimmer regarding research needed in connection with response to motion for relief from stay (.30) | 0.30 |
| 07/10/12 | MG8 | Correspond with S. Reisman regarding response to Wells Fargo's motion for stay relief (.30) | 0.30 |
| 07/10/12 | MG8 | Review docket for action in Central District of California relating to Wells Fargo's motion seeking relief from stay to confirm status of and scheduling for case for conflicts purposes (.30) | 0.30 |
| 07/10/12 | MG8 | Participate in telephone conference with T. Smith and J. Shulman, counsel to Wells Fargo, to discuss motion for relief from stay, underlying litigation and issues relating to motion seeking relief from stay (.50) | 0.50 |
| 07/10/12 | MG8 | Correspond with J. Shulman regarding Wells Fargo's motion seeking relief from stay (.20) | 0.20 |
| 07/10/12 | JZ | Confer and correspond with working group regarding drafting objection to Wells Fargo's motion for relief from automatic stay for purposes related to Curtis' role as conflicts counsel (.70) | 0.70 |
| 07/10/12 | JZ | Review and revise draft of objection to automatic stay, review relevant case law for purposes related to same and confer with M. Gallagher re: same (4.70) | 4.70 |
| 07/10/12 | JZ | Review case docket and case management order for purposes related to filing of objection for Wells Fargo's motion to lift automatic stay (.60) | 0.60 |
| 07/11/12 | TPS | Review docketed decisions in CD California case with Wells Fargo to establish which claims continue against ETS Services for purposes related to objection to Wells Fargo's lift stay motion (.30) | 0.30 |
| 07/11/12 | MG8 | Research issue of insurance being property of the estate in connection with Wells Fargo's stay relief motion (.60) | 0.60 |

September 12, 2012
Inv # 1547996
Our Ref #  062108-000430

Page  3

| | | | |
|---|---|---|---|
| 07/11/12 | MG8 | Revise and draft objection to Wells Fargo's motion seeking relief from stay to allow cross claim to proceed (3.50) | 3.50 |
| 07/11/12 | MG8 | Research equitable indemnity claims under California law (.80) | 0.80 |
| 07/11/12 | MG8 | Confer with J. Zimmer regarding research and content of objection to stay relief (.30) | 0.30 |
| 07/11/12 | MG8 | Review transcript from July 10th hearing for statement regarding Court's refusal to lift stay to permit claims for monetary damages to go forward (.40) | 0.40 |
| 07/11/12 | MG8 | Confer with M. Cohen regarding Wells Fargo's stay relief motion and drafting of objection to same for conflicts purposes (.20) | 0.20 |
| 07/11/12 | MG8 | Correspond with N. Moss and N. Rosenbaum of Morrison & Foerster regarding stay relief issues with Wells Fargo (.50) | 0.50 |
| 07/11/12 | MAC | Confer with M. Gallagher re: Wells Fargo's Motion for Relief from Stay and objection related to same (.20) | 0.20 |
| 07/11/12 | JZ | Review and revise draft objection to motion for relief from automatic stay (3.20) | 3.20 |
| 07/11/12 | JZ | Conduct research regarding issues regarding drafting of same including insurance as property of the estate and numerous automatic stay matters (2.20) | 2.20 |
| 07/11/12 | JZ | Confer and correspond with working group regarding research into issue of automatic stay and issues related to objection to Wells Fargo's automatic stay motion and confer with M. Gallagher re: same (1.20) | 1.20 |
| 07/12/12 | SJR | Review pleadings and research automatic stay regarding Wells Fargo's stay litigation and update same where Curtis is acting as Conflicts Counsel (1.10) | 1.10 |
| 07/12/12 | TPS | Attend to correspondence and calls connected to dispute with Wells Fargo re: lifting stay in California case (.90) | 0.90 |
| 07/12/12 | MG8 | Review correspondence forwarded from C. DiCicco regarding litigation related to Wells Fargo's stay relief (.30) | 0.30 |
| 07/12/12 | MG8 | Review and further revise up-dated objection to Wells Fargo's objection (.90) | 0.90 |
| 07/12/12 | MG8 | Participate in telephone conference with C. DiCicco in order to gather information for objection to Wells Fargo's stay relief motion and related objection (.50) | 0.50 |
| 07/12/12 | MG8 | Confer with Curtis team regarding J. Shulman's email | 0.50 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 4

| | | | |
|---|---|---|---|
| | | declining to adjourn Wells Fargo's stay motion and attend to related follow-up with Curtis team and N. Rosenbaum (.50) | |
| 07/12/12 | MG8 | Participate in telephone conference with I. Bolton, counsel to Wells Fargo, in quiet title action commenced in Michigan (.20) | 0.20 |
| 07/12/12 | MG8 | Attend to correspondence with N. Moss relating to Wells Fargo's quiet title action (.20) | 0.20 |
| 07/12/12 | MG8 | Confer with P. Buenger regarding completion of objection to Wells Fargo's motion and declaration in support of the objection (.30) | 0.30 |
| 07/12/12 | MG8 | Confer with Curtis team regarding strategy for approaching Wells Fargo's counsel relating to request to continue motion for relief from stay (.20) | 0.20 |
| 07/12/12 | MG8 | Participate in telephone conference with N. Rosenbaum and C. DiCicco regarding preparation of objection to Wells Fargo's motion seeking stay relief and related declaration and confer with P. Buenger re: same (.40) | 0.40 |
| 07/12/12 | MG8 | Participate in telephone conference with N. Rosenbaum regarding contact person at Residential Capital's Legal Department responsible for Wells Fargo's litigation against Debtors ETS, and review correspondence relating to same (.40) | 0.40 |
| 07/12/12 | MG8 | Review declaration in support of Debtors' omnibus objection to stay relief requests and begin drafting declaration in support of ETS objection to Wells Fargo's motion for stay relief for conflicts purposes (1.80) | 1.80 |
| 07/12/12 | MG8 | Draft correspondence to J. Shulman regarding request for adjournment of motion for relief from stay (.20) | 0.20 |
| 07/12/12 | MG8 | Correspond with J. Shulman, counsel to Wells Fargo, regarding his client's unwillingness to adjourn motion seeking stay relief to next omnibus date (.20) | 0.20 |
| 07/12/12 | MG8 | Follow-up correspondence to N. Campbell of Residential Capital's legal counsel regarding Wells Fargo's unwillingness to adjourn motion seeking stay relief to next omnibus date (.30) | 0.30 |
| 07/12/12 | MG8 | Confer with J. Zimmer regarding status of next draft of objection to Wells Fargo's stay motion (.20) | 0.20 |
| 07/12/12 | MG8 | Review quiet title complaint filed by Wells Fargo against GMAC Mortgage, LLC (.30) | 0.30 |
| 07/12/12 | MG8 | Review and revise current draft of objection to Wells Fargo's motion seeking relief from stay for conflicts purposes (1.50) | 1.50 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 5

| 07/12/12 | HES | Review motion for relief from stay to determine whether movant is a conflict party (.20) | 0.20 |
|---|---|---|---|
| 07/12/12 | PJB2 | Confer with J. Zimmer re: Objection to Motion for Relief from Stay and drafting of Declaration in Support thereof (.10) | 0.10 |
| 07/12/12 | PJB2 | Confer with M. Gallagher re: drafting Declaration in support of Objection to Lift Stay Motion and follow up on matters related to same (.50) | 0.50 |
| 07/12/12 | PJB2 | Review and revise Debtors' Objection to Wells Fargo's Motion for Relief from Stay and Declaration of C. DiCicco in Support of Objection to Motion for Relief from Stay (3.70) | 3.70 |
| 07/12/12 | JZ | Confer and correspond with working group regarding drafting of objection to automatic stay motion of Wells Fargo for conflicts purposes and confer with P. Buenger re: same (.70) | 0.70 |
| 07/12/12 | JZ | Conduct research regarding automatic stay issues and insurance proceeds being property of the estate for conflicts purposes (.70) | 0.70 |
| 07/12/12 | JZ | Review and revise draft of objection to automatic stay motion of Wells Fargo for conflicts purposes (2.40) | 2.40 |
| 07/12/12 | JZ | Confer and correspond with M. Gallagher regarding revisions and comments to draft of objection for relief from Automatic Stay and follow up on matters related to same (.20) | 0.20 |
| 07/13/12 | SJR | Review revised Declaration In Support of Objection to Wells Fargo's Motion to Lift the Automatic Stay (1.30) | 1.30 |
| 07/13/12 | TPS | Attend to review of draft opposition brief on Wells Fargo's lift stay motion (1.10) | 1.10 |
| 07/13/12 | TPS | Review draft declaration related to objection to Wells Fargo's lift stay motion (.40) | 0.40 |
| 07/13/12 | TPS | Confer with N. Rosenbaum, and later N. Rosenbaum and M. Gallagher, re: overall lift stay strategy and motion for relief from stay for conflicts purposes (.70) | 0.70 |
| 07/13/12 | MG8 | Attend to further revision to objection to Wells Fargo's stay relief motion and declaration in support, including numerous communications with working group re: same (1.50) | 1.50 |
| 07/13/12 | MG8 | Participate in telephone conference with J. Schulman regarding request for additional two days to respond to Wells Fargo's motion for stay relief (.20) | 0.20 |
| 07/13/12 | MG8 | Participate in telephone conference with counsel to Wells Fargo, J. Shulman, regarding request to adjourn | 0.20 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 6

| | | |
|---|---|---|
| | hearing on Wells Fargo's stay relief motion (.20) | |
| 07/13/12 MG8 | Correspond with C. DiCicco regarding his declaration in support of objection to Wells Fargo's motion for relief from stay and review of objection by in-house counsel at Residential Capital (.40) | 0.40 |
| 07/13/12 MG8 | Participate in conference call with T. Smith and N. Rosenbaum of Morrison & Foerster regarding objection to Wells Fargo's motion for relief from stay (.30) | 0.30 |
| 07/13/12 MG8 | Research issues relating to collateral estoppel, stare decision and automatic stay in connection with preparation of objection to Wells Fargo's motion for relief from stay for conflicts purposes (1.80) | 1.80 |
| 07/13/12 MG8 | Attend to correspondence with Curtis and Morrison & Foerster teams regarding Wells Fargo's refusal to allow additional time to respond to Wells Fargo's stay relief motion (.20) | 0.20 |
| 07/13/12 MG8 | Attend to matters relating to comment to, drafting and revision of C. DiCicco declaration in support of objection to Wells Fargo, including review of underlying documents and numerous communications with Curtis team regarding same (3.20) | 3.20 |
| 07/13/12 MG8 | Review final supplemental servicing order in connection with Curtis' role as conflicts counsel for purposes related to Debtors' objection to Wells Fargo's lift stay motion (.50) | 0.50 |
| 07/13/12 MG8 | Correspond with Morrison & Foerster and Curtis teams regarding Wells Fargo's refusal to adjourn hearing on motion for stay relief (.20) | 0.20 |
| 07/13/12 PJB2 | Research collateral estoppel as factor to deny relief from the automatic stay as applied by the bankruptcy courts concerning the debtor and nondebtor codefendants (1.70) | 1.70 |
| 07/13/12 PJB2 | Further revise Objection to Wells Fargo's Motion to Lift Stay and Declaration in Support Thereof (2.20) | 2.20 |
| 07/13/12 PJB2 | Attend to multiple discussions throughout the day with working group re: revisions to Objection to Motion for Relief from Stay and Declaration in support thereof (.40) | 0.40 |
| 07/13/12 JZ | Confer and correspond with working group regarding comments and revisions to draft of objection to Wells Fargo's motion regarding automatic stay for purposes related to Curtis' role as conflicts counsel (.80) | 0.80 |
| 07/14/12 MG8 | Review and revise latest version of objection to Wells Fargo motion for relief from stay and declaration in support, and follow-up with Curtis team regarding same (.60) | 0.60 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 7

| | | | |
|---|---|---|---|
| 07/14/12 | MG8 | Correspond with N. Rosenbaum regarding review of objection to Wells Fargo's motion for relief from stay (.20) | 0.20 |
| 07/14/12 | PJB2 | Further review and revise Objection to Wells Fargo's Motion for Relief from Stay and Declaration in Support Thereof (.80) | 0.80 |
| 07/14/12 | PJB2 | Correspond with working group re: follow-up to Objection to Wells Fargo's Motion to Lift Stay and Declaration and further revisions to same (.20) | 0.20 |
| 07/14/12 | JZ | Confer and correspond with working group regarding comments to draft objection regarding automatic stay for conflicts purposes (.40) | 0.40 |
| 07/14/12 | JZ | Review and revise draft of automatic stay objection for conflicts purposes (.60) | 0.60 |
| 07/15/12 | JZ | Review and revise draft of automatic stay objection (.50) | 0.50 |
| 07/15/12 | JZ | Confer and correspond with working group regarding drafting automatic stay objection for conflicts purposes (.30) | 0.30 |
| 07/16/12 | TPS | Attend to Debtors' papers opposing Wells Fargo's motion seeking to lift stay in ETC cross-claim for conflicts purposes (3.20) | 3.20 |
| 07/16/12 | TPS | Finalize documents for new declarant, J. Scoliard, replacing C. DiCicco (.60) | 0.60 |
| 07/16/12 | MG8 | Correspond with working group regarding preparation for filing and service of objection (.30) | 0.30 |
| 07/16/12 | MG8 | Review and comment on updated drafts of objection and declaration in support of Wells Fargo's Stay Relief Motion for conflicts purposes and related follow-up with J. Zimmer (.70) | 0.70 |
| 07/16/12 | MG8 | Confer with working group regarding status of objection, strategy, remaining drafting and exhibits (.40) | 0.40 |
| 07/16/12 | MG8 | Revise C. DiCicco declaration and replace declarant with J. Scoliard per conversation with C. Hancock and follow-up with Curtis team re: same (.40) | 0.40 |
| 07/16/12 | MG8 | Correspond with N. Rosenbaum re: review by Residential Capital Objection to Wells Fargo's Stay Relief Motion (.30) | 0.30 |
| 07/16/12 | MG8 | Confer with working group regarding declarations in support of objection to Wells Fargo's motion and review his comments to C. DiCicco Declaration (.40) | 0.40 |
| 07/16/12 | MG8 | Revise J. Scoliard declaration to incorporate J. | 0.50 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 8

| | | | |
|---|---|---|---|
| | | Scoliard's comments (.50) | |
| 07/16/12 | MG8 | Participate in telephone conference with working group re: comments to objection and completion of revisions (.20) | 0.20 |
| 07/16/12 | MG8 | Review M. Cohen's comments to objection to Wells Fargo's motion and discuss same with working group (.40) | 0.40 |
| 07/16/12 | MG8 | Review drafts of Debtors' Objection to Aurora's Stay Relief Motion and incorporate relevant language in objection to Wells Fargo's Stay Relief Motion and supporting declaration (1.80) | 1.80 |
| 07/16/12 | MG8 | Participate in telephone conference with J. Shulman, counsel to Wells Fargo, re: Debtors' objection to Wells Fargo motion for stay relief (.20) | 0.20 |
| 07/16/12 | MG8 | Attend to several correspondences with J. Scoliard regarding her review and timing for comments (.30) | 0.30 |
| 07/16/12 | MG8 | Review comments of J. Scoliard to draft objection and declaration in support (.30) | 0.30 |
| 07/16/12 | MG8 | Review docket of action pending in C.D. CA commenced by Susilo and subject of Wells Fargo's stay relief motion (.30) | 0.30 |
| 07/16/12 | MG8 | Correspond with J. Scoliard regarding revised drafts and possible additional review with respect to same (.20) | 0.20 |
| 07/16/12 | MG8 | Participate in telephone conference with J. Scoliard and C. Hancock of Residential Capital's Legal Department regarding Scoliard declaration in support of objection to Wells Fargo's Stay Relief Motion (.30) | 0.30 |
| 07/16/12 | MG8 | Confer with working group regarding status of objection to Wells Fargo's stay relief motion (.30) | 0.30 |
| 07/16/12 | MG8 | Correspond with KCC regarding service of objection to Wells Fargo's motion (.20) | 0.20 |
| 07/16/12 | MG8 | Participate in telephone conference with C. Hancock of Residential Capital's Legal Department regarding issues relating to objection to Wells Fargo's Stay Relief Motion (.20) | 0.20 |
| 07/16/12 | MG8 | Confer with working group regarding contents of appendix to objection to Wells Fargo's motion and review draft index of same (.30) | 0.30 |
| 07/16/12 | MG8 | Further revise Scoliard declaration in support of objection to Wells Fargo's motion in support of objection (.80) | 0.80 |
| 07/16/12 | MG8 | Participate in telephone conference with N. | 0.20 |

September 12, 2012
Inv # 1547996
Our Ref #  062108-000430

Page 9

|  |  |  |  |
|---|---|---|---|
|  |  | Rosenbaum re: status of objection to Wells Fargo's motion and declaration in support thereof (.20) |  |
| 07/16/12 | MAC | Confer with M. Gallagher re: Debtor's Objection to Wells Fargo's for Relief from Stay (.30) | 0.30 |
| 07/16/12 | MAC | Review and revise Debtors' Objection to Wells Fargo's Motion for Relief from Stay (.90) | 0.90 |
| 07/16/12 | PJB2 | Confer with working group re: additional revisions to Objection to Wells Fargo Motion to Lift Stay and Declaration in support (.20) | 0.20 |
| 07/16/12 | JZ | Confer and correspond with working group regarding revisions to draft of objection and declarations in support regarding motion for lifting of automatic stay and issues related to preparation of same for filing and confer with working group re: index of same (1.80) | 1.80 |
| 07/16/12 | JZ | Review and revise draft of Scoliard declaration for purposes related to objection for relief from automatic stay (1.40) | 1.40 |
| 07/16/12 | JZ | Review and revise draft declaration of T. Smith in connection with objection to Wells Fargo's motion regarding the automatic stay (.70) | 0.70 |
| 07/16/12 | JZ | Review and revise draft of objection to Wells Fargo's motion for lifting of automatic stay (4.30) | 4.30 |
| 07/17/12 | TPS | Review final form of declaration and brief in support of objection to Wells Fargo's lift stay motion (.70) | 0.70 |
| 07/17/12 | MG8 | Correspond with J. Scoliard regarding finalizing Debtors' objection to Wells Fargo's motion and related declaration (.30) | 0.30 |
| 07/17/12 | MG8 | Attend to corresponding changes to Debtors' Wells Fargo's objection to match certain changes made to objection to Aurora stay relief motion and declaration in support (.50) | 0.50 |
| 07/17/12 | MG8 | Confer with working group regarding finalizing the declaration and Debtors' objection to Wells Fargo's stay relief motion for conflicts purposes (.40) | 0.40 |
| 07/17/12 | MG8 | Attend to management of filing process for and service of Debtors' objection to Wells Fargo's stay relief motion, including numerous correspondences with working group and KCC regarding same (.60) | 0.60 |
| 07/17/12 | MG8 | Review additional changes from J. Scoliard of Residential Capital to objection to Wells Fargo's stay relief motion and declaration in support of the same and implement the same in the Scoliard Declaration (.80) | 0.80 |
| 07/17/12 | MG8 | Review and revise final draft objection to Wells Fargo's | 1.50 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 10

stay relief to incorporate comments of J. Scoliard, including numerous follow-ups with working group regarding same (1.50)

| | | | |
|---|---|---|---|
| 07/17/12 | MG8 | Attend to brief review of several lift stay motions or motions seeking similar relief including the motion of Hitoshi & Wakana Inoue, motion of FHFA for relief from stay for limited discovery and motion of FHFA for order seeking limited discovery from debtors and related documents and declarations for conflicts purposes (.80) | 0.80 |
| 07/17/12 | MG8 | Final review and revision to Debtors' objection to Wells Fargo's stay relief motion and related follow-up with working group (1.50) | 1.50 |
| 07/17/12 | MG8 | Attend to additional correspondence with J. Scoliard regarding content of her declaration (.30) | 0.30 |
| 07/17/12 | MG8 | Participate in teleconference with N. Rosenbaum regarding status of objection to Wells Fargo's motion and related declaration, timing for filing the same and Aurora's objection seeking stay relief (.20) | 0.20 |
| 07/17/12 | MG8 | Review revised objection and declaration in support of Aurora's motion seeking relief from stay for conflicts purposes (.50) | 0.50 |
| 07/17/12 | MAC | Review objections to motions for relief from automatic stay in connection with Curtis' role as conflicts counsel (.90) | 0.90 |
| 07/17/12 | HES | Review motions for relief from stay to determine whether movants are conflict parties (.40) | 0.40 |
| 07/17/12 | AD | File Debtors' Objection to Motion to Relief from Stay (.50) | 0.50 |
| 07/17/12 | AD | Attend to the service of the Debtors' Objection to Motion to Relief from Stay (.50) | 0.50 |
| 07/17/12 | JZ | Review and revise draft of Scoliard declaration in connection with objection to Wells Fargo's motion for relief from automatic stay (1.50) | 1.50 |
| 07/17/12 | JZ | Confer and correspond with working group regarding final comments to draft objection and declarations in support in connection with Wells Fargo's motion for relief from the automatic stay (.70) | 0.70 |
| 07/17/12 | JZ | Review and revise final draft of objection to Wells Fargo's motion from relief from the automatic stay (2.70) | 2.70 |
| 07/17/12 | JZ | Attend to issues related to filing and service of objection to Wells Fargo's motion for relief from stay in connection with Curtis' role as conflicts counsel (.50) | 0.50 |
| 07/18/12 | MG8 | Attend to follow-up relating to confirmation of filing and | 0.20 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 11

| | | | |
|---|---|---|---|
| | | service of Debtors' objection to Wells Fargo's motion seeking relief from the automatic stay (.20) | |
| 07/18/12 | HES | Review motion for relief from stay to determine whether movant is a conflict party (.20) | 0.20 |
| 07/18/12 | JZ | Confer and correspond with working group regarding preparation of script and outline for upcoming hearing regarding Wells Fargo's motion for relief from automatic stay (.30) | 0.30 |
| 07/18/12 | JZ | Review and revise outline and script for upcoming hearing regarding Wells Fargo's motion for relief from automatic stay and prepare documents for purposes related to same (4.40) | 4.40 |
| 07/18/12 | JZ | Correspond with working group regarding service related issues for objection to Wells Fargo's stay relief motion (.10) | 0.10 |
| 07/19/12 | MG8 | Review and revise detailed hearing script for Wells Fargo's stay relief motion and related follow-up with working group (1.20) | 1.20 |
| 07/19/12 | MG8 | Review and revise draft transmittal letter to Judge Glenn for Chambers copies of Debtors' Objection to Wells Fargo Motion (.30) | 0.30 |
| 07/19/12 | MG8 | Attend to preparation of materials for hearing on Wells Fargo's motion for stay relief (.40) | 0.40 |
| 07/19/12 | AD | Review, revise, and attend to the transmittal of the letter to Judge Glenn re: the Debtor's Objection to Motion of Wells Fargo Bank filed on 7/17/2012 and accompanying papers per the request of M. Gallagher (1.50) | 1.50 |
| 07/19/12 | JZ | Review and revise draft of outline for hearing regarding Wells Fargo's motion for relief from the automatic stay (.90) | 0.90 |
| 07/19/12 | JZ | Confer and correspond with working group regarding upcoming hearing regarding Wells Fargo's motion for relief from the automatic stay and issues related to preparation for same (.40) | 0.40 |
| 07/19/12 | JZ | Confer and correspond with working group regarding preparation of transmittal letter to chambers regarding objection to Wells Fargo's automatic stay motion and issues related to delivery of same to chambers (.20) | 0.20 |
| 07/20/12 | SJR | Follow up regarding matters related to Wells Fargo and the Motion to Lift the Automatic Stay regarding seeking discovery in connection with litigation and review research regarding same (2.30) | 2.30 |
| 07/20/12 | MG8 | Review reply of Wells Fargo in connection with Debtors' objection to Wells Fargo's Motion for Relief from Stay | 0.60 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page  12

|  |  |  |  |
|---|---|---|---|
|  |  | (.60) |  |
| 07/20/12 | MG8 | Participate in telephone conference with N. Rosenbaum of Morrison & Foerster to update the status of Wells Fargo's stay relief motion and related matters for conflicts purposes (.20) | 0.20 |
| 07/20/12 | MG8 | Review and revise research memo prepared by J. Zimmer relating to applicability of automatic stay to discovery of debtors and related issues, read cited cases and take notes in connection with Wells Fargo's motion for stay relief and related reply (3.10) | 3.10 |
| 07/20/12 | MG8 | Attend to correspondence with T. Smith and J. Scoliard, in house bankruptcy counsel at Residential Capital, regarding open issue for hearing on Wells Fargo's lift stay motion (.20) | 0.20 |
| 07/20/12 | MG8 | Correspond with J. Scoliard regarding Wells Fargo's reply and statements regarding her declaration (.20) | 0.20 |
| 07/20/12 | MG8 | Correspond with Morrison & Foerster regarding agenda for July 24th hearing with respect to Wells Fargo's lift stay motion (.20) | 0.20 |
| 07/20/12 | MAC | Review reply to Residential Capital's Objection to Wells Fargo's Motion for Relief from Stay in connection with the ETS litigation and conduct analysis of issues for response (1.00) | 1.00 |
| 07/20/12 | AD | Review, revise, and compile court documents and related information re: Motion from Relief from Stay per the request of J. Zimmer and correspond with J. Zimmer re: same (2.50) | 2.50 |
| 07/20/12 | JZ | Review and revise outline, script and related materials for use at upcoming hearing regarding Wells Fargo's motion for relief from the automatic stay (.40) | 0.40 |
| 07/20/12 | JZ | Confer and correspond with working group regarding reply to objection regarding Wells Fargo's motion for relief from the automatic stay and issues related to preparation for hearing in connection with same (.30) | 0.30 |
| 07/20/12 | JZ | Research and draft memorandum regarding relevancy of case law cited in reply to objection of Wells Fargo's motion for relief from the automatic stay with respect to discovery issue (4.50) | 4.50 |
| 07/20/12 | JZ | Correspond with A. Dreiman regarding preparation of materials in connection with upcoming hearing regarding Wells Fargo's motion for relief from the automatic stay (.20) | 0.20 |
| 07/21/12 | JZ | Correspond with working group regarding revisions to hearing script regarding automatic stay motion (.20) | 0.20 |
| 07/21/12 | JZ | Research discovery and automatic stay application in | 0.80 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 13

| | | | |
|---|---|---|---|
| | | preparation for hearing regarding Wells Fargo's motion for relief from automatic stay (.80) | |
| 07/22/12 | JZ | Review and revise script and outline to address new cases cited in reply of Wells Fargo for purposes related to upcoming hearing on automatic stay (2.00) | 2.00 |
| 07/23/12 | SJR | Review documents related to Wells Fargo's Motion for Relief from the Automatic Stay, including case law materials in preparation for today's hearing, and provide guidance to litigators who are arguing Motion on behalf of Residential Capital and strategy regarding potentially resolving matters related to same (3.20) | 3.20 |
| 07/23/12 | SJR | Attend to matters regarding tomorrow's Motion to Lift the Automatic Stay, review e-mails regarding same and follow up regarding possible resolutions to issues related to same (2.70) | 2.70 |
| 07/23/12 | TPS | Participate in conference call with J. Scoliard and M. Gallagher re: the review of the Wells Fargo's motion and follow up with M. Gallagher re: next steps (.60) | 0.60 |
| 07/23/12 | TPS | Participate in conference call with M. Gallagher and V. Tsoong, counsel to ETS in Susilio litigation involving ETS, re: status of discovery and how to obtain extension of trial date (.20) | 0.20 |
| 07/23/12 | TPS | Participate in conference call with M. Gallagher, J. Shulman and M. Bunin to further discuss compromise options (.50) | 0.50 |
| 07/23/12 | TPS | Review Wells Fargo's reply brief in preparation for call with J. Scoliard (.70) | 0.70 |
| 07/23/12 | TPS | Participate in conference call with M. Gallagher, J. Shulman and M. Bunin regarding resolving stay motion (.30) | 0.30 |
| 07/23/12 | TPS | Participate in conference call with J. Scoliard and M. Gallagher regarding alternative points of compromise for stay relief motion (.30) | 0.30 |
| 07/23/12 | TPS | Attend to the final preparation for hearing on Wells Fargo's motion for relief from stay (.70) | 0.70 |
| 07/23/12 | TPS | Confer with C. DiCicco, J. Scoliard and M. Gallagher regarding underlying case in California that is suspect of Wells Fargo's motion (.30) | 0.30 |
| 07/23/12 | MG8 | Confer with T. Smith, C. DiCicco and J. Scoliard to discuss issues relating to underlying litigation with respect to Wells Fargo's stay relief motion (.30) | 0.30 |
| 07/23/12 | MG8 | Revise script for hearing to update for new information from J. Scoliard and research on stay applicability to discovery and trial subpoenas (1.50) | 1.50 |

September 12, 2012
Inv # 1547996
Our Ref #  062108-000430

Page  14

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/23/12 | MG8 | Attend to further research on issue of automatic stay to trial subpoenas to a debtor for claims against a third party that are related to claims against debtor for conflicts purposes (.60) | 0.60 |
| 07/23/12 | MG8 | Participate in call with J. Shulman, M. Bunin and T. Smith to further explore consensual resolutions to Wells Fargo's stay relief motion (.50) | 0.50 |
| 07/23/12 | MG8 | Participate in call with J. Scoliard and T. Smith regarding additional thoughts on approaches to resolve Wells Fargo's stay relief motion and issues raised by related litigation (.30) | 0.30 |
| 07/23/12 | MG8 | Correspond with N. Rosenbaum and T. Smith regarding issues relating to potential resolution to Wells Fargo's stay relief motion (.30) | 0.30 |
| 07/23/12 | MG8 | Attend to further correspondence with T. Smith and J. Scoliard regarding status of Wells Fargo's stay relief motion (.20) | 0.20 |
| 07/23/12 | MG8 | Participate in call with J. Scoliard and T. Smith to discuss Wells Fargo's stay relief motion and follow-up discussion with T. Smith regarding same (.60) | 0.60 |
| 07/23/12 | MG8 | Participate in call with T. Smith, J. Shulman and M. Bunin, counsel to Wells Fargo, regarding potential solutions to Wells Fargo's stay relief motion (.30) | 0.30 |
| 07/23/12 | MG8 | Complete review of cases and update research memorandum on applicability of automatic stay to discovery of debtor and related issues (1.20) | 1.20 |
| 07/23/12 | MG8 | Review ETS production in Susilo litigation from V. Tsoong for conflicts purposes (.50) | 0.50 |
| 07/23/12 | MG8 | Check section 362(e) of bankruptcy code and case management order regarding impact of adjournment on stay and related issue (.30) | 0.30 |
| 07/23/12 | MG8 | Participate in call with T. Smith and V. Tsoong regarding status of discovery in Susilo litigation and procedures for seeking the continue trial date (.20) | 0.20 |
| 07/23/12 | MG8 | Participate in call with V. Tsoong, counsel to ETS in Susilo litigation, regarding discovery produced by ETS (.30) | 0.30 |
| 07/23/12 | HES | Review motion for relief from stay to determine whether movant is a conflict party (.20) | 0.20 |
| 07/23/12 | JZ | Conduct research regarding automatic stay and discovery issues for purposes related to Wells Fargo's motion for relief from the automatic stay (.30) | 0.30 |
| 07/23/12 | JZ | Confer and correspond with working group regarding | 0.20 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 15

|  |  | documents to be included in binders for upcoming hearing regarding Wells Fargo's motion for relief from automatic stay (.20) |  |
|---|---|---|---|
| 07/23/12 | JZ | Correspond with working group regarding drafting outline and script for upcoming hearing and research of interest for purposes of the automatic stay and discovery for purposes related to Wells Fargo's motion for relief from stay (.20) | 0.20 |
| 07/23/12 | JZ | Review and revise script and outline for upcoming hearing regarding Wells Fargo's motion for relief from automatic stay (.30) | 0.30 |
| 07/24/12 | MG8 | Draft correspondence to case manager at Residential Capital and counsel in California in ETS-Susilo litigation about outcome of hearing on Wells Fargo's stay relief motion (.40) | 0.40 |
| 07/24/12 | HES | Review motions for relief from stay to determine whether movants are conflict parties (.40) | 0.40 |
| 07/24/12 | JZ | Confer with working group regarding hearing involving automatic stay motion of Wells Fargo's and need for follow up in connection with same for conflicts purposes (.20) | 0.20 |
| 07/25/12 | TPS | Work on draft stipulation resolving Wells Fargo's motion to lift stay (.60) | 0.60 |
| 07/25/12 | TPS | Participate in telephone conference with M. Gallagher and J. Shulman re: stipulations resolving Wells Fargo's motion (.30) | 0.30 |
| 07/25/12 | TPS | Participate in telephone conference with M. Gallagher and V. Tsoong re: next steps in Susilo action in C.D. California court (.30) | 0.30 |
| 07/25/12 | MG8 | Participate in telephone conference with N. Moss regarding stipulation for Wells Fargo's stay relief motion (.20) | 0.20 |
| 07/25/12 | MG8 | Draft proposed stipulation and order for resolution to Wells Fargo's stay relief motion for conflicts purposes (3.50) | 3.50 |
| 07/25/12 | MG8 | Correspond with J. Shulman regarding issues relating to the resolution of the Wells Fargo stay relief motion and related follow-up with Curtis team (.50) | 0.50 |
| 07/25/12 | MG8 | Participate in telephone conference with T. Smith and J. Shulman to go over details of proposed stipulation and order resolving Wells Fargo's stay relief motion and related issues and follow up on matters related to same (.40) | 0.40 |
| 07/25/12 | MG8 | Participate in telephone conference with V. Tsoong, counsel to ETS, and T. Smith regarding preparation of | 0.30 |

September 12, 2012
Inv # 1547996
Our Ref #  062108-000430

Page  16

|  |  |  |  |
|---|---|---|---|
|  |  | declarations of ETS employees in accordance with agreement with Wells Fargo and related issues (.30) |  |
| 07/25/12 | HES | Review motion for relief from stay to determine whether movant is a conflict party (.20) | 0.20 |
| 07/25/12 | JZ | Confer and correspond with working group regarding review of stipulation in connection with stay relief motion of Wells Fargo (.20) | 0.20 |
| 07/25/12 | JZ | Review and comment on draft of proposed stipulation in connection with Wells Fargo's Motion for automatic stay relief (.40) | 0.40 |
| 07/26/12 | TPS | Collaborate with Wells Fargo's counsel to agree on extending automatic stay in Susilo and draft stipulation resolving motion for conflicts purposes (1.20) | 1.20 |
| 07/26/12 | MG8 | Attend to matters relating to settlement with Wells Fargo and procedure for resolving matter, including telephone conference with J. Shulman, counsel to Wells Fargo (1.20) | 1.20 |
| 07/26/12 | MG8 | Confer with M. Cohen regarding correspondences between Curtis and opposing counsel for Wells Fargo (.20) | 0.20 |
| 07/26/12 | MAC | Review Stipulation and related pleadings in connection with Wells Fargo's automatic stay motion (.70) | 0.70 |
| 07/26/12 | MAC | Review correspondence between Curtis and opposing counsel (.20) | 0.20 |
| 07/26/12 | MAC | Confer with M. Gallagher re: correspondence between Curtis and opposing counsel (.20) | 0.20 |
| 07/27/12 | TPS | Follow-up with Wells Fargo to procure agreement on extension of the automatic stay (.50) | 0.50 |
| 07/27/12 | TPS | Confer with M. Gallagher and M. Cohen on how to resolve extension of stay (.30) | 0.30 |
| 07/27/12 | TPS | Review draft stipulation memorializing agreement reprinted from the court at the July 24th hearing (.50) | 0.50 |
| 07/27/12 | MG8 | Attend to matters relating to completing draft stipulation and order resolving Wells Fargo's lift stay motion for transmission to J. Shulman, counsel to Wells Fargo and confer with T. Smith and M. Cohen re: same (1.50) | 1.50 |
| 07/27/12 | MAC | Review and revise Wells Fargo's stay relief stipulation (.60) | 0.60 |
| 07/27/12 | MAC | Confer with M. Gallagher and T. Smith re: extension of stay and follow up on matters related to same (.40) | 0.40 |
| 07/27/12 | JZ | Confer and correspond with working group regarding issues regarding preparation of stipulation and order for | 0.40 |

September 12, 2012
Inv # 1547996
Our Ref # 062108-000430

Page 17

|  |  |  |  |
|---|---|---|---|
|  |  | conflics purposes (.40) |  |
| 07/27/12 | JZ | Confer with chambers regarding Wells Fargo's automatic stay motion (.20) | 0.20 |
| 07/30/12 | MG8 | Participate in telephone conference with M. Bunin, bankruptcy counsel to Wells Fargo, in connection with stipulation and order resolving Wells Fargo's stay relief motion (.20) | 0.20 |
| 07/30/12 | JZ | Confer with working group regarding issues related to stipulation and order for Wells Fargo's relief from stay motion (.10) | 0.10 |
| 07/31/12 | MG8 | Participate in telephone conference with E. Frejka of Kramer Levin regarding stipulation resolving Wells Fargo's stay relief motion (.20) | 0.20 |
| 07/31/12 | MG8 | Participate in telephone conference with M. Bunin regarding comments to stipulation resolving Wells Fargo's stay relief moiton (.20) | 0.20 |
| 07/31/12 | MG8 | Attend to correspondence with J. Shulman regarding stipulation and order to Wells Fargo's stay relief motion (.20) | 0.20 |

TOTAL HOURS      169.50

### Summary of Services

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 12.60 | 830 | 10,458.00 |
| Turner P. Smith | Partner | 17.20 | 830 | 14,276.00 |
| Michael Ari Cohen | Partner | 5.40 | 730 | 3,942.00 |
| Maryann Gallagher | Counsel | 67.90 | 625 | 42,437.50 |
| Heather Elizabeth Saydah | Associate | 1.60 | 550 | 880.00 |
| Peter Josef Buenger | Associate | 9.80 | 425 | 4,165.00 |
| James Zimmer | Associate | 50.00 | 345 | 17,250.00 |
| Alana Dreiman | Legal Assistant | 5.00 | 230 | 1,150.00 |
|  |  | **169.50** |  | **$94,558.50** |

TOTAL SERVICES      $94,558.50

### Summary of Expenses

| External Photocopying Services | 64.50 |
|---|---|

TOTAL EXPENSES      $64.50

September 12, 2012
Inv # 1547996
Our Ref #  062108-000430

Page  18

**TOTAL THIS INVOICE**                                    **$94,623.00**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**        Bank:              Citibank
                           ABA Routing #:     021000089
                           F/B/O:             Curtis Mallet-Prevost Colt & Mosle LLP
                           Account#           40585074

**Mail Checks to -**       Curtis Mallet-Prevost Colt & Mosle LLP
                           General Post Office
                           P.O. Box 27930
                           New York, NY 10087-7930


                           Residential Capital, LLC
                           Inv. # 1547996

                           Total Services                        94,558.50

                           Total Expenses                            64.50

                           Applied Credit                            0.00
                                                         _____

                           **Total This Invoice**          **$94,623.00**


**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

### ATTORNEYS AND COUNSELLORS AT LAW
### 101 PARK AVENUE
### NEW YORK, NEW YORK  10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

September 12, 2012

Inv. # 1547997
Our Ref. 062108-000700
SJR

Attention:    Residential Capital, LLC

**Re:    Curtis Retention/Billing/Fee Applications**

---

| | | | |
|---|---|---|---|
| 07/06/12  SJR | Review Omnibus Objection to Retention Application filed by U.S. Trustee regarding Curtis' involvement and attend to resolve limited Objection to same (.30) | | 0.30 |
| 07/06/12  MG8 | Review U.S. Trustee's omnibus objection to retention applications (.40) | | 0.40 |
| 07/06/12  MG8 | Correspond with M. Cohen and H. Saydah regarding U.S. Trustee's objection to retention and plan to resolve same with respect to limited objection to Curtis retention (.20) | | 0.20 |
| 07/06/12  MAC | Confer and correspond with J. Zimmer regarding U.S. Trustee's objection to retention application and matters related to same (.40) | | 0.40 |
| 07/06/12  JZ | Confer and correspond with M. Cohen regarding U.S. Trustee's objection to retention application (.40) | | 0.40 |
| 07/06/12  JZ | Review and summarize objection of same for M. Cohen and working group (.30) | | 0.30 |
| 07/07/12  MG8 | Confer with H. Saydah regarding U.S. Trustee's objection to Curtis' retention application (.10) | | 0.10 |
| 07/07/12  MG8 | Correspond with J. Wishnew of Morrison & Foerster regarding U.S. Trustee's omnibus objection to retention applications of professionals (.20) | | 0.20 |
| 07/07/12  MG8 | Attend to follow-up correspondence with working group and J. Wishnew regarding same (.20) | | 0.20 |
| 07/07/12  HES | Review Case Management Order for reply deadline to U.S. Trustee's objection to retention application (.20) | | 0.20 |
| 07/07/12  HES | Review U.S. Trustee's objection to Curtis retention application (.50) | | 0.50 |
| 07/07/12  HES | Confer with M. Gallagher regarding U.S. Trustee's objection to retention application (.10) | | 0.10 |
| 07/10/12  MG8 | Review Morrison & Foerster's response to objections to professional retention application and provide comments to L. Marinuzzi regarding same (.30) | | 0.30 |

September 12, 2012
Inv # 1547997
Our Ref #  062108-000700

Page  2

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/10/12 | MG8 | Confer with B. Matsumoto regarding objection to retention applications and potential resolution (.10) | 0.10 |
| 07/10/12 | MG8 | Review proposed order authorizing Curtis' retention application revised to include language suggested by UST regarding retainer application and notice of fee increases (.30) | 0.30 |
| 07/10/12 | MG8 | Correspond with J. Wishnew and L. Marinuzzi regarding agreed language for retention order on retainers and notice of fee increases (.20) | 0.20 |
| 07/10/12 | MG8 | Confer with H. Saydah regarding changes to proposed order authorizing Curtis retention as conflicts counsel needed to address UST objections and attend to matters related to same (.20) | 0.20 |
| 07/10/12 | HES | Revise retention order to conform to U.S. Trustee's proposed language (.40) | 0.40 |
| 07/10/12 | HES | Confer with M. Gallagher regarding revised language for retention order (.20) | 0.20 |
| 07/11/12 | MG8 | Correspond with L. Marinuzzi of Morrison & Foerster regarding finalization of Curtis' retention orders (.20) | 0.20 |
| 07/11/12 | MG8 | Review filed reply to objections to retention applications (.40) | 0.40 |
| 07/11/12 | MG8 | Review Lewis pleading relating to retention applications (.20) | 0.20 |
| 07/11/12 | MG8 | Review agenda for July 13th hearing on retention applications and follow-up regarding same (.20) | 0.20 |
| 07/12/12 | SJR | Confer with working group regarding matters related to Curtis retention application (.20) | 0.20 |
| 07/12/12 | MG8 | Prepare for hearing on retention applications and related matters (.50) | 0.50 |
| 07/12/12 | MG8 | Correspondence with N. Moss relating to final orders for Curtis' retention and UST sign off regarding the same and follow-up with S. Reisman re: same (.60) | 0.60 |
| 07/13/12 | SJR | Review materials in connection with the July 13, 2012 Hearing and Residential Capital case regarding the retention of Curtis, Mallet as Conflicts Counsel for Debtors and attend Hearing at U.S. Bankruptcy Court, Southern District of New York regarding matters related to same (3.20) | 3.20 |
| 07/13/12 | MG8 | Prepare summary of matters that Curtis has been handling as proposed conflicts counsel to Residential Capital in preparation for hearing on Curtis' Retention Application and related follow-up with Curtis team (.60) | 0.60 |

September 12, 2012
Inv # 1547997
Our Ref # 062108-000700

Page 3

| 07/16/12 | MG8 | Correspond with N. Moss of Morrison & Foerster regarding materials for the retention orders (.20) | 0.20 |
| 07/17/12 | MG8 | Review interim compensation order entered by Bankruptcy Court and update Curtis team with respect to same (.30) | 0.30 |
| 07/17/12 | JZ | Correspond with working group regarding filing Interim and Monthly Fee Applications and procedures related to same (.10) | 0.10 |
| 07/18/12 | JZ | Confer and correspond with working group regarding preparation of June Monthly Fee Statement and issues related to same (.20) | 0.20 |
| 07/23/12 | JZ | Confer with working group regarding issues related to preparation of June Fee Statement (.10) | 0.10 |
| 07/24/12 | JZ | Review and revise draft of May and June Fee Statement (.30) | 0.30 |
| 07/24/12 | JZ | Confer with working group regarding issues related to preparation of June Fee Statement (.20) | 0.20 |
| 07/25/12 | JZ | Confer with working group regarding issues related to preparation of June Fee Statement (.20) | 0.20 |
| 07/25/12 | JZ | Attend to issues regarding preparation of June Fee Statement (.40) | 0.40 |
| 07/26/12 | JZ | Review and revise draft June Fee Statement (.20) | 0.20 |
| 07/26/12 | JZ | Confer with working group regarding preparation of June Fee Statement (.20) | 0.20 |
| 07/27/12 | JZ | Confer and correspond with working group regarding preparation of June Fee Statement (.10) | 0.10 |
| 07/27/12 | JZ | Review and revise draft June Fee Statement (.10) | 0.10 |
| 07/30/12 | MG8 | Correspond with J. Wishnew regarding procedures for Monthly Fee Statements and related follow-up with Curtis team (.30) | 0.30 |
| 07/30/12 | AD | Review and revise Monthly Fee Statement Cover Letter and Tables for May 14, 2012 through and including June 30, 2012 (5.00) | 5.00 |
| 07/30/12 | JZ | Review and revise draft May and June Fee Statement (.60) | 0.60 |
| 07/30/12 | JZ | Confer and correspond with working group regarding preparation of May and June Fee Statement (.40) | 0.40 |
| 07/31/12 | MG8 | Attend to review and revision of Curtis' first Monthly Fee Statement for Residential Capital Chapter 11 cases for compliance with Interim Fee Order (1.70) | 1.70 |

September 12, 2012
Inv # 1547997
Our Ref #  062108-000700

Page  4

| | | | |
|---|---|---|---|
| 07/31/12 | AD | Continue reviewing and revising Monthly Fee Statement Cover Letter and Tables for May 14, 2012 through and including June 30, 2012 (6.00) | 6.00 |
| 07/31/12 | JZ | Confer and correspond with working group regarding preparation of May and June Fee Statement (.50) | 0.50 |
| 07/31/12 | JZ | Review and revise draft May and June Fee Statement (.50) | 0.50 |
| | | TOTAL HOURS | 28.70 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 3.70 | 830 | 3,071.00 |
| Michael Ari Cohen | Partner | 0.40 | 730 | 292.00 |
| Maryann Gallagher | Counsel | 7.40 | 625 | 4,625.00 |
| Heather Elizabeth Saydah | Associate | 1.40 | 550 | 770.00 |
| James Zimmer | Associate | 4.80 | 345 | 1,656.00 |
| Alana Dreiman | Legal Assistant | 11.00 | 230 | 2,530.00 |
| | | **28.70** | | **$12,944.00** |

**TOTAL SERVICES**                                          $12,944.00

**TOTAL THIS INVOICE**                                     $12,944.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**    Bank:                    Citibank
                        ABA Routing #:           021000089
                        F/B/O:                   Curtis Mallet-Prevost Colt & Mosle LLP
                        Account#                 40585074

**Mail Checks to -**    Curtis Mallet-Prevost Colt & Mosle LLP
                        General Post Office
                        P.O. Box 27930
                        New York, NY 10087-7930


                        Residential Capital, LLC
                        Inv. # 1547997

                        Total Services                    12,944.00

                        Total Expenses                         0.00

                        Applied Credit                         0.00
                                                      _____
                        **Total This Invoice**             **$12,944.00**


**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



## CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

October 16, 2012

Inv. # 1552235
Our Ref. 062108-000100
SJR

Attention:    Residential Capital, LLC

**Re:  Case Administration**

---

| 08/01/12 | SJR | Review docket in Residential Capital bankruptcy case regarding conflict matters and conduct a general update on case and restructuring (.70) | 0.70 |
|---|---|---|---|
| 08/01/12 | MG8 | Review heavy docket activity for the day for potential conflicts purposes (1.70) | 1.70 |
| 08/02/12 | MG8 | Review substantial docket activity for potential conflicts purposes, including UST objection to Debtors key employee compensation motion, objections to professional retentions, numerous affidavits, a district court order denying the Debtors' request to extend the automatic stay to certain non-debtors affiliates, and a motion for relief from stay filed by Citibank (1.60) | 1.60 |
| 08/02/12 | MAC | Review docket and recently filed pleadings in the Chapter 11 case in connection with Curtis' role as conflicts counsel to the Debtors (.90) | 0.90 |
| 08/06/12 | MG8 | Review heavy docket activity in connection with Curtis' role as conflicts counsel, including motion to set bar date, Examiner's proposed work plan, reply to objection of US Trustee regarding KERP and KEIP plans and related declaration, Debtors' objection to motion to convert and pleading relating to retentions (1.40) | 1.40 |
| 08/07/12 | MG8 | Review recent docket activity including briefly review numerous motions, statements, declarations, notices and agenda for hearing on August 8 and 9, 2012 for conflicts purposes (1.60) | 1.60 |
| 08/07/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by Court (.50) | 0.50 |
| 08/08/12 | MG8 | Review voluminous daily docket activity for conflicts counsel purposes (1.40) | 1.40 |
| 08/08/12 | MAC | Review Chapter 11 case docket and related pleadings (.50) | 0.50 |
| 08/09/12 | MG8 | Review recent docket activity for potential conflicts purposes (1.20) | 1.20 |
| 08/10/12 | MG8 | Review heavy daily docket activity for potential conflicts | 2.30 |

October 16, 2012
Inv # 1552235
Our Ref # 062108-000100

Page 2

|  |  |  |  |
|---|---|---|---|
| | | purposes, including numerous filings relating to automatic stay matters, Examiner's 2004 requests, Debtors' motion tor procedures to sell de minimus assets, and various notices and agenda for August 14th hearing (2.30) | |
| 08/10/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by Court (.20) | 0.20 |
| 08/13/12 | SJR | Conduct a general update in the Residential Capital case regarding conflict matters including Wells Fargo, CMFG Life Insurance and other pleadings files regarding stay relief's bearing upon Curtis' role as Conflicts Counsel (.80) | 0.80 |
| 08/13/12 | MG8 | Review docket activity in connection with Curtis' role as conflicts counsel, including, among other pleadings, motions for relief from stay, reply to omnibus objection to certain stay relief motions, and the notice of proposed stipulation and order modifying automatic stay to allow CMFG life insurance to take limited third party discovery, and amended agenda for August 15th hearing (.70) | 0.70 |
| 08/13/12 | MAC | Review docket and pleadings re: potential conflicts issues (.70) | 0.70 |
| 08/13/12 | AD | Prepare and assemble August 14, 2012 Hearing Binder per the request of M. Gallagher (6.00) | 6.00 |
| 08/13/12 | JZ | Review case docket regarding recent developments of interest for conflicts purposes (.10) | 0.10 |
| 08/14/12 | MG8 | Briefly review numerous affidavits of disinterestedness filed by various Debtors' counsel (.30) | 0.30 |
| 08/14/12 | MG8 | Review Agenda for August 16th hearing and notice of future omnibus hearing dates, and related follow-up in connection with Curtis' role as conflicts counsel (.30) | 0.30 |
| 08/14/12 | MG8 | Review heavy docket activity during day, including motions for relief from stay, motions under Rule 2004, including Examiner's requests and TRIAXX motion related to RMBS settlement, motion for sanctions, motions to withdraw motions for relief from stay, declarations in support of employment applications, motion for clarification regarding order denying Aurora Bank motion for stay relief, stipulation and proposed order extending stay to John Hancock, Cerberus limited objection to motion of examiner to issue subpoenas and related issues, all in connection with Curtis' role as conflicts counsel to Debtors (2.30) | 2.30 |
| 08/14/12 | MAC | Review pleadings and opinions in connection with potential conflicts matters (.90) | 0.90 |
| 08/14/12 | JZ | Correspond with M. Gallagher regarding upcoming omnibus hearing dates and attendance required at | 0.10 |

October 16, 2012
Inv # 1552235
Our Ref # 062108-000100

Page 3

| | | | |
|---|---|---|---|
| | | same for conflicts purposes (.10) | |
| 08/14/12 | JZ | Confer and correspond with working group regarding upcoming evidentiary hearing at which Curtis' attendance is necessary for conflicts purposes (.40) | 0.40 |
| 08/14/12 | JZ | Review case docket and Judge Glenn's calendar regarding same (.30) | 0.30 |
| 08/14/12 | JZ | Correspond with M. Gallagher regarding upcoming omnibus hearing dates and attendance required at same for conflicts purposes (.10) | 0.10 |
| 08/16/12 | MG8 | Review recent docket activity for August 15th in connection with Curtis' role as conflicts counsel, including several requests for stay relief, agendas and notices relating to August 16th hearing, responses to Examiner's motion relating to protective order for materials produced pursuant to Rule 2004 and related matters, USA response to Ally Subservicing motion, order approving Debtors' Key employee retention plan and Debtors supplemental motion relating to RMBS Trust Settlement (2.50) | 2.50 |
| 08/16/12 | AD | Amend internal case calendar to reflect hearing dates and deadlines as set by Court (.20) | 0.20 |
| 08/17/12 | MG8 | Review daily docket activity in connection with Curtis' role as conflicts counsel to the Debtors (.80) | 0.80 |
| 08/20/12 | MG8 | Review daily docket activity for potential conflicts purposes (.80) | 0.80 |
| 08/21/12 | MG8 | Review daily docket activity for potential conflicts matters in connection with Curtis' role as conflicts counsel to the Debtors (.70) | 0.70 |
| 08/21/12 | MG8 | Participate in telephone conference with N. Rosenbaum regarding potential conflict matter relating to a dispute involving a joint venture between debtor and a Cerberus entity and follow-up re: same (.80) | 0.80 |
| 08/22/12 | JZ | Review docket regarding recent conflict developments of interest (.10) | 0.10 |
| 08/22/12 | JZ | Correspond with working group regarding calendaring of same (.10) | 0.10 |
| 08/23/12 | MG8 | Review heavy daily docket activity for potential conflicts purposes, with particular attention to certain filings relating to relief from the automatic stay, pre-auction objections of the RMBS trustees to Debtors' sale motion, examiner's supplemental work plan, and motion seeking to extend time in connection with Debtors' exclusivity and lease assumption and rejection (1.70) | 1.70 |
| 08/23/12 | MG8 | Draft correspondence to T. Hamzehpour regarding new | 0.50 |

October 16, 2012
Inv # 1552235
Our Ref # 062108-000100

Page 4

|  |  |  |  |
|---|---|---|---|
|  |  | conflicts matter referred by Morrison & Foerster regarding CMH Holdings JV (.50) |  |
| 08/23/12 | MAC | Review sale motion re: objections in connection with Curtis' role as conflicts counsel (.40) | 0.40 |
| 08/23/12 | MAC | Review examiner pleadings in connection with Curtis' role as conflicts counsel (.30) | 0.30 |
| 08/23/12 | MAC | Confer with working group re: conflicts matters (.20) | 0.20 |
| 08/24/12 | AD | Amend internal case calendar to reflect matters scheduled to be heard at the September 11, 2012 Omnibus Hearing (.20) | 0.20 |
| 08/27/12 | MG8 | Review docket activity for conflicts purposes, including review pleadings relating to Ally servicing motion, pleading filed in response to 2004 motion by certain certificate holdings relating to RMBS settlement, stipulations and orders relating to stay relief requests, pleadings relating to request for a homeowners' committee and notices and agenda for August 29th hearing (1.40) | 1.40 |
| 08/28/12 | MG8 | Review for potential conflicts purposes substantial docket activity in Residential Capital Chapter 11 Cases, including motions seeking relief from stay, numerous pleadings relating to FHFA request for relief from the stay filed by the FHFA, the Debtors and the certain non-debtor defendants, pleadings relating to Ally servicing agreement, pleadings relating to Ally shared services agreement, pleadings relating to the Debtors' supplemental motion relating to the RMBS settlement and the motion for reconsideration submitted by counsel to certain trustees, the Court's decision denying without prejudice the Debtors' KEIP motion, notices of hearing and the revised agenda for the August 29th hearing (3.70) | 3.70 |
| 08/28/12 | MAC | Review docket and relief from stay pleadings in connection with Curtis' role as conflicts counsel (1.00) | 1.00 |
| 08/29/12 | MG8 | Review daily docket activity in connection with Curtis' role as conflicts counsel, with particular attention to orders relating to lift stay matters (1.20) | 1.20 |
| 08/30/12 | MG8 | Review recent docket activity for potential conflicts issues (.30) | 0.30 |
|  |  | TOTAL HOURS | 43.90 |

October 16, 2012
Inv # 1552235
Our Ref #  062108-000100

Page  5

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 1.50 | 830 | 1,245.00 |
| Michael Ari Cohen | Partner | 4.90 | 730 | 3,577.00 |
| Maryann Gallagher | Counsel | 29.20 | 625 | 18,250.00 |
| James Zimmer | Associate | 1.20 | 345 | 414.00 |
| Alana Dreiman | Legal Assistant | 7.10 | 230 | 1,633.00 |
| | | **43.90** | | **$25,119.00** |

**TOTAL SERVICES**                                                          $25,119.00

**Summary of Expenses**

| | |
|---|---|
| Courier Expense | 63.29 |
| Deposition Reporting/Transcripts | 138.00 |
| Postage | 0.45 |
| Subway to Court | 27.00 |

**TOTAL EXPENSES**                                                          $228.74

**TOTAL THIS INVOICE**                                                      $25,347.74



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538615 | 34,290.10 | 0.00 | 34,290.10 |
| 07/31/12 | 1544985 | 42,382.20 | 0.00 | 42,382.20 |
| 09/12/12 | 1547991 | 14,593.61 | 0.00 | 14,593.61 |
| | | Prior Balance | | **$91,265.91** |
| | | Balance Due | | **$116,613.65** |



Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552235

| | |
|---|---|
| Total Services | 25,119.00 |
| Total Expenses | 228.74 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$25,347.74** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 14,593.61 | 76,672.30 | | | 91,265.91 |

| | |
|---|---|
| **Balance Due** | **$116,613.65** |

**If you require further information regarding past due accounts, please contact
Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC                                                                    October 16, 2012
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034                                                         Inv. # 1552236
                                                                                                        Our Ref. 062108-000300
                                                                                                        SJR

Attention:    Residential Capital, LLC

**Re:    General Claims and Equity Matters**

---

| | | | |
|---|---|---|---|
| 08/07/12  MG8 | Review motion papers seeking to establish bar dates and related matters for conflicts purposes (.20) | | 0.20 |
| | TOTAL HOURS | | 0.20 |

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.20 | 625 | 125.00 |
| | | **0.20** | | **$125.00** |

**TOTAL SERVICES** $125.00

**TOTAL THIS INVOICE** $125.00



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**    Bank:                Citibank
                       ABA Routing #:       021000089
                       F/B/O:               Curtis Mallet-Prevost Colt & Mosle LLP
                       Account#             40585074

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
                       General Post Office
                       P.O. Box 27930
                       New York, NY 10087-7930


                       Residential Capital, LLC
                       Inv. # 1552236

                       Total Services                    125.00

                       Total Expenses                      0.00

                       Applied Credit                      0.00
                                                  _____
                       **Total This Invoice**          **$125.00**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

October 16, 2012

Inv. # 1552237
Our Ref. 062108-000350
SJR

Attention:    Residential Capital, LLC

**Re:    Hearings and Court Matters**

| | | | |
|---|---|---|---|
| 08/08/12 | MG8 | Prepare for and attend hearing with respect to status conference on motion seeking final approval of Ally shared services agreement, motion regarding employee bonus plans and initial case conference on Lewis adversary proceeding in connection with Curtis' role as conflicts counsel (2.60) | 2.60 |
| 08/09/12 | MAC | Prepare for and attend Omnibus Hearing in connection with Curtis' role as conflicts counsel to the Debtors (1.60) | 1.60 |
| 08/14/12 | MG8 | Prepare for and attend hearing on various stay relief motions and status conference on Green Planet adversary proceeding as Debtors' conflict counsel (2.70) | 2.70 |
| 08/14/12 | MAC | Prepare for and attend Residential Capital Hearing in connection with Curtis' role as conflicts counsel to the Debtors (2.70) | 2.70 |
| 08/16/12 | MG8 | Prepare for and attend hearing on Examiner's 2004 motion and related objections and responses, as well as status conference on Ally Subservicing agreement (2.70) | 2.70 |
| 08/16/12 | MAC | Prepare for and attend hearing at Bankruptcy Court for SDNY in connection with Curtis' role as conflicts counsel to the Debtors (2.70) | 2.70 |
| 08/29/12 | MG8 | Prepare for and attend omnibus hearing in connection with Curtis' role as conflicts counsel to the Debtors (1.60) | 1.60 |
| | | TOTAL HOURS | 16.60 |

October 16, 2012
Inv # 1552237
Our Ref #  062108-000350

Page  2

**Summary of Services**

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael Ari Cohen | Partner | 7.00 | 730 | 5,110.00 |
| Maryann Gallagher | Counsel | 9.60 | 625 | 6,000.00 |
|  |  | **16.60** |  | **$11,110.00** |

**TOTAL SERVICES**          **$11,110.00**

**TOTAL THIS INVOICE**          **$11,110.00**



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538152 | 5,110.00 | 0.00 | 5,110.00 |
| 07/31/12 | 1544987 | 26,943.00 | 0.00 | 26,943.00 |
| 09/12/12 | 1547993 | 12,872.50 | 0.00 | 12,872.50 |
| | Prior Balance | | | **$44,925.50** |
| | Balance Due | | | **$56,035.50** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

**Wire Funds to -**  Bank:                  Citibank
                     ABA Routing #:         021000089
                     F/B/O:                 Curtis Mallet-Prevost Colt & Mosle LLP
                     Account#               40585074

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
                      General Post Office
                      P.O. Box 27930
                      New York, NY 10087-7930


                      Residential Capital, LLC
                      Inv. # 1552237

                      Total Services                    11,110.00

                      Total Expenses                         0.00

                      Applied Credit                         0.00
                                                      _____
                      **Total This Invoice**           **$11,110.00**

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 12,872.50 | 32,053.00 | | | 44,925.50 |

**Balance Due**        **$56,035.50**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

October 16, 2012

Inv. # 1552239
Our Ref. 062108-000410
SJR

Attention:    Residential Capital, LLC

Re:   **Adversary Proceedings and Contested Matters**

| | | | |
|---|---|---|---|
| 08/22/12 | SJR | Follow up regarding matters related to GMAC Model Home Finance joint venture and issues related to same (1.80) | 1.80 |
| 08/23/12 | SJR | Confer with M. Gallagher regarding CMH Holdings JV and debtor GMAC Model Home Finance, LLC and matters related to same (.30) | 0.30 |
| 08/23/12 | SJR | Review underlying correspondence and prior materials including Purchase Agreement among Residential Capital, GMAC Model Home Finance and CMH Holdings (1.40) | 1.40 |
| 08/23/12 | SJR | Confer with Curtis team regarding representation of Residential Capital's potential claims against manager to joint venture and follow up regarding same (.40) | 0.40 |
| 08/23/12 | TPS | Prepare documents for review by A. Zinman in connection with CMH Holdings matter (.30) | 0.30 |
| 08/23/12 | TPS | Participate in conference call with N. Rosenbaum, E. Richards and M. Gallgher to obtain update on background to CMH Holdings dispute (.30) | 0.30 |
| 08/23/12 | TPS | Coordinate transfer of representation from Morrison & Foerster with M. Gallagher (.20) | 0.20 |
| 08/23/12 | TPS | Review documents underlying CMH Holdings - GMAC Model Home dispute for conflicts purposes (1.40) | 1.40 |
| 08/23/12 | MG8 | Meet with J. Zimmer to discuss review of documents and fact checking of draft demand letter to counsel to Cerberus (.30) | 0.30 |
| 08/23/12 | MG8 | Review document and email materials sent by Morrison and Foerster regarding potential dispute involving CMH Holdings for purposes of updating draft demand letter for conflicts purposes (2.50) | 2.50 |
| 08/23/12 | MG8 | Participate in several telephone conferences with Erica Richards about issues relating to potential dispute involving CMH Holdings for conflicts purposes (.40) | 0.40 |
| 08/23/12 | MG8 | Confer with S. Reisman regarding new conflict matter | 0.30 |

October 16, 2012
Inv # 1552239
Our Ref #  062108-000410

Page  2

| | | | |
|---|---|---|---|
| | | involving CMH Holdings JV and debtor GMAC Model Home Finance I, LLC (.30) | |
| 08/23/12 | MG8 | Participate in conference call with N. Rosenbaum, E. Richards and T. Smith to obtain background on dispute involving CMH Holdings in order to prepare demand letter and follow up on matters regarding same (.40) | 0.40 |
| 08/23/12 | AD | Assemble purchase agreements and emails and attachments re: CMH Holdings per M. Gallagher's request (1.00) | 1.00 |
| 08/23/12 | JZ | Confer and correspond with working group regarding potential conflicts matters involving CMH Holdings and need for assistance in connection with same (.50) | 0.50 |
| 08/23/12 | JZ | Review files in connection with potential new conflicts matter involving CMH Holdings (.30) | 0.30 |
| 08/24/12 | JZ | Review and revise draft demand letter to counsel to Cerberus (.30) | 0.30 |
| 08/24/12 | JZ | Review files in connection with CMH Holdings matter for conflicts purposes (1.50) | 1.50 |
| 08/24/12 | JZ | Correspond with working group regarding issues related to CMH Holdings matter (.30) | 0.30 |
| 08/26/12 | JZ | Review LLC documents and operating agreement of CMH for purposes related to CMH Holdings conflicts matter (.30) | 0.30 |
| 08/27/12 | TPS | Review revised draft of demand letter re: distribution from CMH joint venture and follow-up with M. Gallagher (.90) | 0.90 |
| 08/27/12 | MG8 | Participate in telephone conference with L. Delehey of Residential Capital's Legal Department regarding letter to opposing counsel regarding CMH Holdings joint venture for conflicts purposes (.20) | 0.20 |
| 08/27/12 | MG8 | Revise draft demand letter to opposing counsel relating to CMH Holdings joint venture and follow-up with T. Smith and J. Zimmer re: same (.70) | 0.70 |
| 08/27/12 | MG8 | Participate in telephone conference with B. Tyson regarding letter to opposing counsel regarding dispute involving CMH Holdings (.20) | 0.20 |
| 08/27/12 | MG8 | Draft correspondence to B. Tyson and L. Delehey of Residential Capital explaining revisions to draft demand letter to opposing counsel and related issues (.60) | 0.60 |
| 08/27/12 | ABZ | Review correspondence and emails re: dispute background and draft demand letter (.40) | 0.40 |
| 08/27/12 | ABZ | Review draft demand letter regarding CMH Holdings (.20) | 0.20 |

October 16, 2012
Inv # 1552239
Our Ref #  062108-000410

Page 3

| 08/27/12 | JZ | Review CMH Holdings' operating agreement and related LLC documents for purposes related to dispute with joint venture managing partner matter for conflicts purposes (.30) | 0.30 |
|---|---|---|---|
| 08/27/12 | JZ | Review and revise draft of demand letter to opposing counsel in CMH Holdings dispute (.30) | 0.30 |
| 08/27/12 | JZ | Correspond with working group regarding comments to draft of demand letter to be sent to counsel to Schulte, Roth (.10) | 0.10 |
| 08/27/12 | JZ | Confer and correspond with M. Gallagher regarding comments to demand letter related to CMH Holdings' matter and follow up regarding same (.40) | 0.40 |
| 08/28/12 | TPS | Finalize letter to Schulte, Roth re: CMH distributions to GMAC Model Home Finance for conflicts purposes (.40) | 0.40 |
| 08/28/12 | MG8 | Correspond with working group regarding completion and transmittal of demand letter regarding CMH Holdings (.20) | 0.20 |
| 08/28/12 | MG8 | Review comments from B. Tyson and L. Delehey of Residential Capital to draft demand letter regarding CMH and revise draft demand letter accordingly and correspond with working group regarding completion and transmittal of demand letter regarding CMH Holdings (.50) | 0.50 |
| 08/29/12 | SJR | Review correspondence to John Pollack at Schulte Roth and underlying documentation regarding CMH Holdings matter and conflicts litigation being handled by Curtis (.30) | 1.30 |
| 08/29/12 | MG8 | Attend to matters relating to completion of T. Smith's letter to Schulte, Roth regarding CMH Holdings situation and related follow-up with working group (.80) | 0.80 |
| 08/29/12 | MG8 | Correspond with N. Rosenbaum regarding CMH Holdings matter and other conflicts matters, and follow-up regarding same (.40) | 0.40 |
| 08/29/12 | ABZ | Finalize and transmit demand letter to Schulte, Roth (.20) | 0.20 |

TOTAL HOURS          22.30

October 16, 2012
Inv # 1552239
Our Ref #  062108-000410

Page  4

**Summary of Services**

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 5.20 | 830 | 4,316.00 |
| Turner P. Smith | Partner | 3.50 | 830 | 2,905.00 |
| Maryann Gallagher | Counsel | 7.50 | 625 | 4,687.50 |
| Andrew B. Zinman | Associate | 0.80 | 590 | 472.00 |
| James Zimmer | Associate | 4.30 | 345 | 1,483.50 |
| Alana Dreiman | Legal Assistant | 1.00 | 230 | 230.00 |
|  |  | **22.30** |  | **$14,094.00** |

TOTAL SERVICES                                    $14,094.00

**Summary of Expenses**

Postage                                                     0.45

TOTAL EXPENSES                                     $0.45


TOTAL THIS INVOICE                          $14,094.45



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538153 | 38,135.40 | 0.00 | 38,135.40 |
| 07/31/12 | 1544989 | 47,488.00 | 0.00 | 47,488.00 |
| 09/12/12 | 1547995 | 4,529.00 | 0.00 | 4,529.00 |
| | Prior Balance | | | **$90,152.40** |
| | Balance Due | | | **$104,246.85** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**   Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552239

| | |
|---|---|
| Total Services | 14,094.00 |
| Total Expenses | 0.45 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$14,094.45** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 4,529.00 | 85,623.40 | | | 90,152.40 |

| | |
|---|---|
| **Balance Due** | **$104,246.85** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington  PA 19034

October 16, 2012

Inv. # 1552240
Our Ref. 062108-000430
SJR

Attention:    Residential Capital, LLC

**Re:   Automatic Stay/Adequate Protection Matters**

| | | | |
|---|---|---|---|
| 08/01/12 | SJR | Review draft Stipulation regarding Wells Fargo's Relief from Stay Motion and follow up regarding matters related to same (.70) | 0.70 |
| 08/01/12 | SJR | Review correspondence regarding Declarations for Wells Fargo regarding Lift Stay Motion related to Susilo litigation (.60) | 0.60 |
| 08/01/12 | TPS | Review Wells Fargo comments to draft stipulation and order for Wells Fargo's stay relief motion with respect to Susilio action (.30) | 0.30 |
| 08/01/12 | TPS | Confer with M. Gallagher re: Wells Fargo's lift stay requests in two unrelated cases, i.e. Susilo and Dexter (.20) | 0.20 |
| 08/01/12 | MG8 | Confer with J. Shulman regarding Wells Fargo's comments to stipulation resolving lift stay motion related to Susilo litigation in federal court in California (.20) | 0.20 |
| 08/01/12 | MG8 | Confer with T. Smith regarding issue with proposed stipulation and order resolving Wells Fargo lift stay motion with respect to Susilio litigation for conflicts purposes (.20) | 0.20 |
| 08/01/12 | MG8 | Participate in telephone conference with B. Holman, counsel to Wells Fargo, in California Dexter landlord dispute, regarding potential motion seeking relief from stay, and review lengthy draft declaration in support of same for conflicts purposes (1.10) | 1.10 |
| 08/01/12 | MG8 | Correspond with Curtis team and N. Rosenbaum regarding Wells Fargo's proposed stay relief motion seeking to allow California litigation involving landlord dispute to go forward (.60) | 0.60 |
| 08/01/12 | MG8 | Correspond with C. DiCicco at Residential Capital and V. Tsoong regarding declarations for Wells Fargo per the resolution of Wells Fargo's lift stay motion relating to Susilo litigation (.30) | 0.30 |
| 08/01/12 | MG8 | Participate in telephone conference with V. Tsoong, counsel to debtor ETS in Susilo litigation involving | 0.30 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page 2

| | | | |
|---|---|---|---|
| | | Wells Fargo, regarding declarations for Wells Fargo and related issues (.30) | |
| 08/02/12 | SJR | Follow up regarding matters related to Wells Fargo litigation being handled by Curtis, Mallet as Conflicts Counsel and issues related to same and conduct a general update regarding same (.90) | 0.90 |
| 08/02/12 | TPS | Attend to new lift stay dispute in California action of Dexter v. Wells Fargo, et al. (.40) | 0.40 |
| 08/02/12 | TPS | Follow-up on the selection of ETS witnesses for declarations by Wells Fargo and review revisions to the draft stipulation for conflicts purposes (.40) | 0.40 |
| 08/02/12 | MG8 | Revise stipulation and order for Wells Fargo's stay relief motion regarding Susilio litigation and confer with Curtis team regarding J. Schulman's comments (.40) | 0.40 |
| 08/02/12 | MG8 | Correspond with J. Shulman regarding revised stipulation and order resolving Wells Fargo's stay relief motion in connection with Susilio litigation (.20) | 0.20 |
| 08/02/12 | MG8 | Participate in telephone conference with C. DiCicco regarding ETS employees to be witnesses/declarants for Wells Fargo in Susilo litigation and follow-up re: same (.40) | 0.40 |
| 08/02/12 | MG8 | Correspond with J. Scoliard and N. Campbell regarding Wells Fargo's potential request for stay relief related to California landlord litigation (.30) | 0.30 |
| 08/02/12 | MG8 | Participate in telephone conference with J. Scoliard, J. Hoy, and outside counsel to GMAC Mortgage, regarding a potential stay relief request from Wells Fargo regarding landlord litigation pending in California for conflicts purposes (.50) | 0.50 |
| 08/02/12 | MG8 | Correspond with N. Rosenbaum regarding Wells Fargo's informal request for stay relief related to California landlord litigation (.20) | 0.20 |
| 08/02/12 | MG8 | Correspond with T. Hamzehpour regarding Wells Fargo's informal request for stay relief in connection with Dexter litigation and confer with M. Cohen re: same (.30) | 0.30 |
| 08/02/12 | MG8 | Follow-up with N. Campbell and J. Hoy regarding potential request for stay relief by Wells Fargo in connection with the Dexter litigation (.30) | 0.30 |
| 08/02/12 | MG8 | Participate in telephone conference with J. Shulman regarding changes to stipulation and order relating to identity of witnesses/declarants for Susilo litigation for conflicts purposes (.20) | 0.20 |
| 08/02/12 | MAC | Review and revise stipulation resolving Wells Fargo's stay relief motion for Susilio litigation (.80) | 0.80 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page  3

| | | | |
|---|---|---|---|
| 08/02/12 | MAC | Confer with M. Gallagher re: Stipulation resolving Wells Fargo's stay relief motion (.20) | 0.20 |
| 08/02/12 | JZ | Confer with working group regarding potential new matters with Wells Fargo in connection with proposed stay relief motion for stay relief for conflicts purposes (.20) | 0.20 |
| 08/03/12 | TPS | Confer with M. Gallagher re: next steps in Susilo stay relief matter (.10) | 0.10 |
| 08/03/12 | TPS | Confer with M. Gallagher re: the Dexter - Wells Fargo's stay relief matter (.20) | 0.20 |
| 08/03/12 | MG8 | Correspond with J. Shulman regarding final comments to sign off on stipulation and order for sending to Committee (.20) | 0.20 |
| 08/03/12 | MG8 | Correspond with B. Holman, counsel to Wells Fargo, regarding likely time frame for discovery and trial in Dexter litigation and follow-up re: same (.20) | 0.20 |
| 08/03/12 | MG8 | Review correspondence from Ken Skogg and his associate, counsel to GMAC Mortgage in Dexter Street litigation, and review docket activity and relevant orders vacating dates and staying proceedings attached to same (.60) | 0.60 |
| 08/03/12 | MG8 | Correspond with J. Zimmer regarding research on automatic stay issue relating to discovery in connection with California landlord litigation for conflicts purposes (.30) | 0.30 |
| 08/03/12 | MG8 | Draft correspondence to Elise Frejka of Kramer, Levin transmitting stipulation and order resolving Wells Fargo's stay relief motion for Susilio litigation and requesting review of and Committee consent to same (.30) | 0.30 |
| 08/03/12 | MG8 | Correspond with attorneys at Residential Capital's Legal Department regarding Wells Fargo stipulation and order with respect to Susilio matter (.20) | 0.20 |
| 08/03/12 | MG8 | Correspond with J. Hoy of Residential Capital regarding communications with B. Holman and K. Skogg regarding potential request for stay relief by Wells Fargo in Dexter matter and confer with T. Smith re: same (.30) | 0.30 |
| 08/03/12 | MG8 | Participate in telephone conference with B. Holman, counsel to Wells Fargo in California landlord litigation, regarding potential resolutions to informal request for stay relief (.30) | 0.30 |
| 08/03/12 | MG8 | Confer with T. Smith regarding legal issue relating to Wells Fargo informal request for discovery in California landlord litigation and Susilio case and follow up | 0.20 |

October 16, 2012
Inv # 1552240
Our Ref # 062108-000430

Page 4

|          |     | regarding same (.20) | |
|----------|-----|----------------------|------|
| 08/03/12 | JZ  | Confer and correspond with M. Gallagher regarding issues related to delivery and submission of stipulation and order in connection with Wells Fargo's motion for relief from automatic stay and research related to same for conflicts purposes (.30) | 0.30 |
| 08/03/12 | JZ  | Correspond with chambers regarding delivery of stipulation and order related to Wells Fargo's motion for relief from automatic stay (.20) | 0.20 |
| 08/04/12 | MG8 | Research issues relating to consensual relief from stay and follow-up regarding more detailed research regarding same (.70) | 0.70 |
| 08/04/12 | JZ  | Correspond with M. Gallagher regarding research related to Section 362(d) of the Bankruptcy Code and relief from automatic stay without order of court for conflicts purposes (.30) | 0.30 |
| 08/04/12 | JZ  | Conduct research regarding relief from automatic stay without order of court and related issues under Section 362(d) of the Bankruptcy Code for conflicts purposes (2.90) | 2.90 |
| 08/05/12 | MG8 | Participate in telephone conference with N. Rosenbaum regarding potential new lift stay request from Wells Fargo and follow-up re: same (.40) | 0.40 |
| 08/06/12 | TPS | Attend to procedural questions for resolving lift stay dispute in Dexter case with Wells Fargo for conflicts purposes (.30) | 0.30 |
| 08/06/12 | MG8 | Correspond with N. Campbell of Legal Department regarding potential solutions to Wells Fargo's request in connection with California landlord litigation (.30) | 0.30 |
| 08/06/12 | MG8 | Update J. Zimmer's research on automatic stay issue relating Wells Fargo informal request relating to automatic stay and California landlord litigation (.60) | 0.60 |
| 08/06/12 | MAC | Review issues in connection with Wells Fargo's informal requests for discovery (.40) | 0.40 |
| 08/06/12 | MAC | Confer with working group re: Wells Fargo's informal requests for discovery (.20) | 0.20 |
| 08/06/12 | JZ  | Correspond with M. Gallagher regarding research related to automatic stay under Section 362(d) of the Bankruptcy Code and precedent related to same (.30) | 0.30 |
| 08/07/12 | SJR | Review Objections to Stay Relief requests in connection with Curtis' representation of Residential Capital and Wells Fargo matters (1.30) | 1.30 |
| 08/07/12 | SJR | Review underlying Wells Fargo litigation claims and responses (.70) | 0.70 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page  5

| | | | |
|---|---|---|---|
| 08/07/12 | TPS | Confer with M. Gallagher re: Wells Fargo's Dexter potential stay relief status for conflicts purposes (.20) | 0.20 |
| 08/07/12 | TPS | Review Judge Glenn's ruling on Aurora lift stay motion (.50) | 0.50 |
| 08/07/12 | MG8 | Review Debtors' three objections to stay relief requests, including objection to FHFA request, objection to Ulrich request, and omnibus objection to three other requests and confer with M. Cohen re: same (1.60) | 1.60 |
| 08/07/12 | MG8 | Confer with T. Smith on strategy for Wells Fargo informal stay relief request regarding landlord litigation in California (.20) | 0.20 |
| 08/07/12 | MG8 | Review Judge Glenn's decision denying Aurora request for stay relief (.40) | 0.40 |
| 08/07/12 | MAC | Review automatic stay relief motions and recent opinions relating to same and confer with M. Gallagher re: same (.90) | 0.90 |
| 08/07/12 | JZ | Conduct research regarding automatic stay issues under 362(d) in connection with Wells Fargo's motion for relief from stay (.60) | 0.60 |
| 08/08/12 | SJR | Review final Stipulation regarding Wells Fargo's Susilio stay relief matter (.70) | 0.70 |
| 08/08/12 | MG8 | Correspond with E. Frejka, counsel to the Committee, regarding the Committee's sign off on proposed stipulation and order resolving Wells Fargo's stay relief request in connection with Susilo litigation (.20) | 0.20 |
| 08/08/12 | MG8 | Participate in telephone conference with B. Holman, counsel to Wells Fargo in Dexter litigation pending in California, regarding potential request for stay relief and issues and problems related to same (.40) | 0.40 |
| 08/08/12 | MG8 | Correspond with counsel to Wells Fargo regarding recent opinions of Bankruptcy Court on automatic stay motions (.20) | 0.20 |
| 08/08/12 | MG8 | Correspond with J. Scoliard and C. Hancock at Residential Capital regarding Committee sign off and any final comments to proposed stipulation and order resolving Wells Fargo's request for stay relief with respect to Susilo litigation for conflicts purposes (.30) | 0.30 |
| 08/08/12 | MG8 | Review memorandum opinion issued today by Judge Glenn denying Gilbert's request for stay relief and motion to dismiss Chapter 11 cases for conflicts counsel purposes (.30) | 0.30 |
| 08/08/12 | JZ | Review recently entered order in Residential Capital regarding relief from automatic stay for purposes related to Wells Fargo's motion for relief from | 0.30 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page  6

|  |  |  |  |
|---|---|---|---|
|  |  | automatic stay for conflicts purposes (.30) |  |
| 08/09/12 | SJR | Attend to matters regarding resolving Susilo matter related to Wells Fargo's litigation where Curtis is acting as Conflicts Counsel and various e-mails and follow up regarding same (1.10) | 1.10 |
| 08/09/12 | TPS | Attend to changes to proposed Wells Fargo stipulation (.20) | 0.20 |
| 08/09/12 | MG8 | Correspond with Curtis team regarding J. Scoliard's comments to proposed stipulation and order resolving Wells Fargo's stay relief motion regarding Susilo action (.30) | 0.30 |
| 08/09/12 | MG8 | Review revised proposed stipulation and order resolving Wells Fargo's motion for stay relief with respect to Susilo action and circulate the same to Curtis team, Committee and counsel to Wells Fargo (.30) | 0.30 |
| 08/09/12 | MG8 | Participate in telephone conference with J. Shulman, counsel to Wells Fargo, regarding additional changes to the draft stipulation and order (.20) | 0.20 |
| 08/09/12 | MG8 | Participate in telephone conference with Judge Glenn's chambers regarding transmittal of proposed stipulation and order resolving Wells Fargo's stay relief motion with respect to Susilo litigation for conflicts purposes (.10) | 0.10 |
| 08/09/12 | MG8 | Review and incorporate new stipulation language proposed by J. Shulman, counsel to Wells Fargo in Susilo matter, regarding withdrawal of motion with prejudice and follow-up regarding same (.50) | 0.50 |
| 08/09/12 | MG8 | Participate in telephone conference with J. Scoliard regarding stipulation and order resolving Wells Fargo's Stay Relief Motion in connection with Susilo litigation and related stay relief matters (.40) | 0.40 |
| 08/09/12 | MG8 | Participate in telephone conference with E. Frejke, counsel to Committee, regarding changes to stipulation and order resolving Wells Fargo's motion for stay relief with respect to Susilo Action (.20) | 0.20 |
| 08/09/12 | MG8 | Revise transmittal to chambers regarding proposed stipulation and order resolving Wells Fargo motion for stay relief with respect to Susilo Action and submit same to chambers (.20) | 0.20 |
| 08/10/12 | SJR | Confer with Curtis team regarding matters related to Wells Fargo Motion for Relief from Stay (.20) | 0.20 |
| 08/10/12 | MAC | Review automatic stay pleadings and FHFA pleadings in connection with Curtis' role as conflicts counsel (.80) | 0.80 |
| 08/14/12 | MG8 | Review memorandum opinion granting and denying in | 0.30 |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page  7

|  |  | part Taggart's stay relief motion in connection with Curtis' role as Debtors' conflicts counsel (.30) |  |
|---|---|---|---|
| 08/16/12 | SJR | Follow up regarding matters regarding Wells Fargo's Automatic Stay litigation in efforts to resolve same (.60) | 0.60 |
| 08/16/12 | MG8 | Correspond with B. Holman, counsel to Wells Fargo, in connection with informal automatic stay request relating to Dexter landlord litigation for conflicts purposes (.30) | 0.30 |
| 08/16/12 | MG8 | Review opinions denying Ulbrich and Jackson stay relief motions for conflicts counsel purposes (.30) | 0.30 |
| 08/16/12 | MAC | Review automatic stay pleadings in connection with Curtis' role as conflicts counsel to the Debtors (.70) | 0.70 |
| 08/17/12 | MG8 | Correspond with J. Scoliard regarding strategy for Wells Fargo's stay relief request relating to Dexter landlord litigation (.10) | 0.10 |
| 08/20/12 | MG8 | Review entered stipulation and order resolving Wells Fargo's stay relief motion with respect to Susilo action and attend to related follow-up correspondence to client, ETS outside counsel in Susilo action and members of Residential Capital's Legal Department (.70) | 0.70 |
| 08/20/12 | MG8 | Communicate with Curtis team regarding reminder for entry of stipulation and order resolving Wells Fargo's stay relief motion for conflicts purposes (.30) | 0.30 |
| 08/21/12 | MG8 | Participate in telephone conference with J. Scoliard and N. Campbell regarding Wells Fargo's stay relief issues with respect to the Dexter landlord litigation pending in California and related follow-up (.50) | 0.50 |
| 08/21/12 | JZ | Confer with working group regarding issues related to upcoming automatic stay hearing and potential need for Curtis at hearing (.20) | 0.20 |

TOTAL HOURS            37.30

**Summary of Services**

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Steven J. Reisman | Partner | 6.80 | 830 | 5,644.00 |
| Turner P. Smith | Partner | 2.80 | 830 | 2,324.00 |
| Michael Ari Cohen | Partner | 4.00 | 730 | 2,920.00 |
| Maryann Gallagher | Counsel | 18.40 | 625 | 11,500.00 |
| James Zimmer | Associate | 5.30 | 345 | 1,828.50 |
| | | **37.30** | | **$24,216.50** |

October 16, 2012
Inv # 1552240
Our Ref #  062108-000430

Page  8

| | |
|---|---|
| **TOTAL SERVICES** | **$24,216.50** |
| **TOTAL THIS INVOICE** | **$24,216.50** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 09/12/12 | 1547996 | 94,623.00 | 0.00 | 94,623.00 |
| | | Prior Balance | | **$94,623.00** |
| | | Balance Due | | **$118,839.50** |



**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -**  Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552240

| | |
|---|---|
| Total Services | 24,216.50 |
| Total Expenses | 0.00 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$24,216.50** |

**ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE**

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 94,623.00 | | | | 94,623.00 |

| | |
|---|---|
| **Balance Due** | **$118,839.50** |

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.



**CURTIS**

Curtis, Mallet-Prevost, Colt & Mosle LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

Residential Capital, LLC
1100 Virginia Drive
MC: 190_FTW-M01
Fort Washington PA 19034

October 16, 2012

Inv. # 1552241
Our Ref. 062108-000700
SJR

Attention:    Residential Capital, LLC

**Re:  Curtis Retention/Billing/Fee Applications**

| | | | |
|---|---|---|---|
| 08/01/12 | MG8 | Attend to final review of and logistics relating to the service of the Monthly Fee Statement and numerous consultations with Curtis team regarding same (.40) | 0.40 |
| 08/01/12 | AD | Finish reviewing and revising the Monthly Fee Statement Cover Letter and related Charts for May 14, 2012 through and including June 30, 2012 (.50) | 0.50 |
| 08/01/12 | AD | Prepare and send Curtis' Monthly Fee Statement to Residential Capital, LLC via Overnight Mail (.80) | 0.80 |
| 08/02/12 | AD | Attend to the service of the May 14th through and including June 30th Monthly Fee Statement (.50) | 0.50 |
| 08/02/12 | JZ | Confer with working group regarding May and June Monthly Fee Statement issues (.10) | 0.10 |
| 08/06/12 | JZ | Confer with working group regarding preparation of July Monthly Fee Statement (.10) | 0.10 |
| 08/08/12 | JZ | Confer with working group regarding issues related to preparation of July Monthly Fee Statement (.10) | 0.10 |
| 08/16/12 | JZ | Attend to preparation of July Monthly Fee Statement and issues related to same (.40) | 0.40 |
| 08/20/12 | JZ | Confer with working group regarding preparation of July Monthly Fee Statement and issues related to same (.20) | 0.20 |
| 08/21/12 | JZ | Confer and correspond with working group regarding additional conflicts search parties for CMH matter and Curtis' ability to represent debtors in connection with action for conflicts purposes (.30) | 0.30 |
| 08/21/12 | JZ | Review conflicts searches in connection with CMH matter (.20) | 0.20 |
| 08/22/12 | AD | Update July 2012 Monthly Fee Statement Charts and related Cover Letter (1.00) | 1.00 |
| 08/29/12 | AD | Prepare Ally's "Request to Add or Modify Timekeepers/Billing Rates" chart per the request of M. Gallagher (2.00) | 2.00 |

October 16, 2012
Inv # 1552241
Our Ref #  062108-000700

Page  2

| | | | |
|---|---|---|---|
| 08/29/12 | JZ | Confer and correspond with working group regarding preparation of July Monthly Fee Statement and related issues (.20) | 0.20 |
| 08/29/12 | JZ | Confer and correspond with working group regarding preparation of July Monthly Fee Statement (.10) | 0.10 |
| 08/29/12 | JZ | Review and revise July Monthly Fee Statement (.20) | 0.20 |
| | | TOTAL HOURS | 7.10 |

### Summary of Services

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maryann Gallagher | Counsel | 0.40 | 625 | 250.00 |
| James Zimmer | Associate | 1.90 | 345 | 655.50 |
| Alana Dreiman | Legal Assistant | 4.80 | 230 | 1,104.00 |
| | | **7.10** | | **$2,009.50** |

TOTAL SERVICES                                         $2,009.50

### Summary of Expenses

| | |
|---|---|
| External Photocopy Services | 40.40 |

TOTAL EXPENSES                                          $40.40

TOTAL THIS INVOICE                                    $2,049.90



### CURTIS
Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK  10178-0061**

**Outstanding Accounts Receivable**

| Invoice Date | Invoice Number | Invoice Amount | Payment Amount | Balance Due |
|---|---|---|---|---|
| 07/30/12 | 1538155 | 17,825.50 | 0.00 | 17,825.50 |
| 07/31/12 | 1544991 | 22,513.50 | 0.00 | 22,513.50 |
| 09/12/12 | 1547997 | 12,944.00 | 0.00 | 12,944.00 |
| | | Prior Balance | | **$53,283.00** |
| | | Balance Due | | **$55,332.90** |



# CURTIS

Curtis, Mallet-Prevost, Colt & Mosle LLP

**ATTORNEYS AND COUNSELLORS AT LAW**
**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178-0061**

## PLEASE RETURN THIS REMITTANCE WITH YOUR PAYMENT

**Payment Instructions:**

| | | |
|---|---|---|
| **Wire Funds to -** | Bank: | Citibank |
| | ABA Routing #: | 021000089 |
| | F/B/O: | Curtis Mallet-Prevost Colt & Mosle LLP |
| | Account# | 40585074 |

**Mail Checks to -** Curtis Mallet-Prevost Colt & Mosle LLP
General Post Office
P.O. Box 27930
New York, NY 10087-7930

Residential Capital, LLC
Inv. # 1552241

| | |
|---|---|
| Total Services | 2,009.50 |
| Total Expenses | 40.40 |
| Applied Credit | 0.00 |
| **Total This Invoice** | **$2,049.90** |

## ACCOUNTS RECEIVABLE AGING - PRIOR BALANCE

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| | 12,944.00 | 40,339.00 | | | 53,283.00 |

**Balance Due**    **$55,332.90**

**If you require further information regarding past due accounts, please contact**
**Chandanie Doma (Accounts Receivable Coordinator) at (212)839-6807.**

Federal & New York State
Identification Number 13-5018900

This Statement is payable when rendered
in USD.