**Exhibit 2**

12-12020-mg    Doc 1892-2    Filed 10/19/12    Entered 10/19/12 17:26:03    Exhibit 2
Pg 1 of 2

Reed Smith, LLP
John L. Scott, Esquire
Leonard A. Bernstein, Esquire
599 Lexington Avenue
22nd Floor
New York, NY 10022

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF MONTHLY
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of Application for Allowance of Monthly Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing July 1, 2012 through July 31, 2012; and a hearing having been held before this Court to consider the Application on _____, 20__; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Application is granted to the extent set forth in Exhibit 4.

Dated: New York, New York

_____
Martin Glenn
United States Bankruptcy Judge