**Exhibit 3**

Pg 2 of 3

Reed Smith, LLP
John L. Scott, Esquire
Leonard A. Bernstein, Esquire
599 Lexington Avenue
22nd Florr
New York, NY 10022

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused a true and correct copy of the

**APPLICATION OF REED SMITH, LLP FOR AN AWARD OF COMPENSATION FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS FOR THE PERIOD JULY 1, 2012 THROUGH JULY 31, 2012** and notice

thereof to be served upon the entities on the attached list by ECF and/or first class mail

By: /s/ Lauren S. Zabel
Lauren S. Zabel

Dated: October 19, 2012

# Service List

| | |
|---|---|
| **Counsel to Debtor**<br>Morrison & Foerster LLP<br>Attn: Larren M. Nashelsky<br>Gary S. Lee and Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **United States Trustee**<br>Office of the U.S. Trustee for the Southern District of New York<br>Attn: Tracy Hope Davis<br>Linda A. Rifkin and<br>Brian S. Masumoto<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| **Counsel for Creditors' Committee**<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein and<br>Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Counsel for Ally Financial Inc**.<br>Kirkland & Ellis<br>Attn: Richard M. Cieri and Ray C. Schrock<br>601 Lexington Avenue<br>New York, NY 10022 |
| **Counsel for Barclays Bank PLC**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kenneth S. Ziman and Jonathan H. Hofer<br>4 Times Square<br>New York, NY 10036 | |