**Exhibit 4**

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                          August 13, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart Foreclosure (09-25338 Montgo CCP)**          Invoice Number:    2301139
                                                           Client Number:      887669
Client's Reference No: 695146                               Matter Number:       60007

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/17/12 | Bernstein | Assist strategy of defense law. | 0.50 |
| 07/18/12 | Bernstein | Strategize PA          defense | 0.50 |
| 07/18/12 | Bernstein | Further strategy :          defense of foreclosures. | 0.70 |
| 07/11/12 | Bettino | Confer on the strategy for the case..7 | 0.40 |
| 07/12/12 | Bettino | Confer internally on the strategy for the bankruptcy case. | 0.60 |
| 07/12/12 | Bettino | Call with the client. | 1.00 |
| 07/13/12 | Bettino | Confer on the strategy for the case. | 0.30 |
| 07/16/12 | Bettino | Review the submission draft. | 1.00 |
| 07/16/12 | Bettino | Confer internally and with other parties concerning the bankruptcy and foreclosure action and which claims can proceed. | 1.00 |
| 07/17/12 | Bettino | Review and revise the papers for the bankruptcy court and confer with other counsel re: same. | 1.20 |
| 07/18/12 | Bettino | Review the latest filings and analyze. | 1.40 |
| 07/19/12 | Bettino | Review the new claims. | 0.80 |
| 07/19/12 | Bettino | Confer with the attorneys at Mo Fo concerning the filings. | 1.00 |
| 07/19/12 | Bettino | Confer with the client on strategy issues. | 1.00 |

887669    Ally Bank                                                      Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)                    Invoice Number  2301139
August 13, 2012                                                         Page     2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/19/12 | Bettino | Confer on the underlying facts of the case. | 0.40 |
| 07/20/12 | Bettino | Confer on the QWR request. | 0.30 |
| 07/24/12 | Bettino | Confer on the status of the case and potential resolution issues. | 0.70 |
| 07/26/12 | Bettino | Communicate on ___ analysis. | 0.20 |
| 07/26/12 | Bettino | Review the proposed settlement ___ respond to client re: same. | 0.20 |
| 07/12/12 | Gwynne | Reviewed transcript of Sec. 362 hearing re: Taggart's assertions concerning stay relief and PA state court counterclaims | 0.70 |
| 07/12/12 | Gwynne | Conference with GMACM's in-house and bankruptcy counsel re: Taggart brief and PA foreclosure law | 0.60 |
| 07/12/12 | Gwynne | Reviewed cases in research file r ___ | 0.50 |
| 07/12/12 | Gwynne | Conference with D. Bettino and M. Geurin re: ___ defenses in PA foreclosure action and preparation of brief | 0.30 |
| 07/15/12 | Jaworski | Review e-mails from M. Guerin and D. Bettino re ___ and respond. | 0.60 |
| 07/16/12 | Jaworski | Review file, e-mail change and expert report; provide comments to M. Guerin re expert report; ___ | 2.60 |
| 07/17/12 | Jaworski | Review follow-up from D. Bettino ___ respond. | 0.10 |
| 07/17/12 | Jaworski | Review e-mail from J. Newton ___ nd respond. | 0.10 |
| 07/17/12 | Jaworski | Review e-mail and mark-up of draft brief from D. Bettino and respond. | 0.50 |
| 07/19/12 | Jaworski | Review e-mail and attachment from D. Bettino and respond | 0.20 |
| 07/20/12 | Jaworski | Review e-mail from M. Guerin ___ nd respond; review e-mail from D. Bettino re same and respond. | 0.50 |
| 07/24/12 | Jaworski | Review e-mail from M. Guerin re ___ ent and respond. | 0.20 |

887669    Ally Bank                                          Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)           Invoice Number  2301139
August 13, 2012                                              Page     3

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/26/12 | Jaworski | Review e-mail from D. Bettino -- and respond. | 0.10 |
| 07/26/12 | Jaworski | Review e-mail from M. Guerin re who should respond to QWR, and respond. | 0.10 |
| 07/27/12 | Jaworski | Review e-mail from M. Guerin re H eview perform analysis and e-mail M. Guerin with results. | 1.20 |
| 07/27/12 | Jaworski | Review e-mail from D. Bettino re citations for HOEPA analysis; review Reg. Z and provide comments. | 0.20 |
| 07/16/12 | Hager | Reviewed emails from and drafted emails to M. Guerin and D. Bettino re:court ordered request to stipulate to applicable defenses to foreclosure | 0.70 |
| 07/16/12 | Hager | Reviewed counterclaims and letter to borrower and provided advice to M. Guerin and D. Bettino re:same | 1.30 |
| 07/17/12 | Hager | Conf with M. Gurein re:issues for draft brief | 0.30 |
| 07/17/12 | Hager | Phone call with D. Bettino re:issues for brief | 0.20 |
| 07/17/12 | Hager | Reviewed and revised brief and provided law concerning TILA rescission as permissible counterclaim in foreclosure | 2.70 |
| 07/03/12 | Axe | Review case file in connection with motion for summary judgment. | 1.00 |
| 07/06/12 | Axe | Prepare opposition to Defendant's Motion to Compel. | 3.20 |
| 07/10/12 | Axe | Review casefile to document all affirmative defenses and counterclaims raised. | 2.00 |
| 07/11/12 | Axe | Prepare opposition to Motion to Compel Discovery and Motion to Extend Discovery deadlines. | 3.50 |
| 07/12/12 | Axe | Prepare opposition to Motion to Compel Discovery and Motion to Extend Discovery deadlines. | 2.00 |
| 07/13/12 | Axe | Conduct research relating to \ efense to foreclosure action. | 2.20 |
| 07/15/12 | Axe | Conduct research relating to the validity of Defendant's counterclaims in support of Motion for Summary Judgment. | 5.50 |
| 07/16/12 | Axe | Review Taggart's Answers and Counterclaims and prepare outline of affirmative defenses raised. | 2.10 |
| 07/17/12 | Axe | Review provisions of Mortgage Property Insurance Coverage Act in connection with affirmative defenses raised by Taggart. | 0.50 |

887669    Ally Bank                                          Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)          Invoice Number  2301139
August 13, 2012                                             Page    4

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/19/12 | Axe | Review and organize files received from opposing counsel in connection with preparation of dispositive motions. | 3.20 |
| 07/19/12 | Axe | Review case file and prepare draft of facts applicable to motion for summary judgment. | 2.00 |
| 07/24/12 | Axe | Review supplemental discovery responses and compare with prior responses for consistency and discrepancies. | 0.80 |
| 07/24/12 | Axe | Confer with M. Guerin regarding case preparation status. | 0.40 |
| 07/26/12 | Axe | Prepare Affidavit in Support of Motion for Summary Judgment. | 3.00 |
| 07/27/12 | Axe | Compare documents produced by all parties in litigation and generate master inventory. | 6.50 |
| 07/30/12 | Axe | Conduct research relating .    ¨    in connection with motion for summary judgment. | 3.50 |
| 07/30/12 | Axe | Review and revise affidavit in support of motion for summary judgment and prepare supporting exhibits. | 1.90 |
| 07/30/12 | Axe | Compare documents produced by all parties in litigation and generate master inventory. | 2.00 |
| 07/31/12 | Axe | Review and revise affidavit in support of motion for summary judgment and prepare supporting exhibits. | 0.80 |
| 07/31/12 | Axe | Review and revise supplemental discovery responses and generate index of documents needed from client. | 1.70 |
| 07/01/12 | Guerin | Attend to correspondence from Bankruptcy counsel, and review of counterclaims relating to same. | 0.40 |
| 07/01/12 | Guerin | Attend to file administration. | 0.20 |
| 07/02/12 | Guerin | Attend to billing from court reporter. | 0.10 |
| 07/02/12 | Guerin | Review notice of new court filing quashing appeal 1305 EDA 2012 and review appellate files regarding same. | 0.20 |
| 07/02/12 | Guerin | Email communications with J.Newton regarding bankruptcy and Taggart's counterclaims. | 0.10 |
| 07/03/12 | Guerin | Communications with J.Newton and C.Bonello regarding case status for purposes of bankruptcy filing. | 0.30 |
| 07/05/12 | Guerin | Internal communications regarding Motion to Compel. | 0.10 |
| 07/09/12 | Guerin | Review letter correspondence from Mr. Taggart, and prior analysis and communications; Email communications with C.Bonello and D.Bettino regarding same. | 0.70 |
| 07/09/12 | Guerin | Attend to Taggart's recent settlement proposal and communications with client and D.Bettino regarding same. | 0.30 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
August 13, 2012

Invoice Number  2301139
Page    5

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/09/12 | Guerin | Attend to case management and confer with B.Axe regarding same. | 0.20 |
| 07/10/12 | Guerin | Review legal analyses for purposes of summary judgment motion. | 0.30 |
| 07/10/12 | Guerin | Email communications from C.Bonello regarding Taggart's revised modification settlement offer and affiant for Motion for Summary Judgment. | 0.10 |
| 07/10/12 | Guerin | Attend to opposition to Taggart Motions to Extend Discovery and to Compel GMAC to give further discovery. | 0.20 |
| 07/10/12 | Guerin | Email communications with D.Bettino and B.Axe regarding opposing Motion to Compel and Motion for Summary Judgment. | 0.20 |
| 07/10/12 | Guerin | Attend to Motion for Summary Judgment and work on affidavit in support of same. | 1.00 |
| 07/10/12 | Guerin | Attend to discovery issues; Email communications with Defendant regarding same purported sending of supplemental request to Mr. Suglia. | 1.80 |
| 07/10/12 | Guerin | Attend to Motion for Summary Judgment planning; Confer with B.Axe regarding same. | 0.30 |
| 07/11/12 | Guerin | Draft Suglia Affidavit in Support of Opposition to Motions to Compel and Extend Discovery; and communications internally and with prior counsel regarding same. | 1.20 |
| 07/11/12 | Guerin | Confer with B.Axe regarding opposition to Motion to Extend Discovery Deadline. | 0.10 |
| 07/11/12 | Guerin | Attend to Opposition to Motion to Compel and Motion to Extend Discovery; Communications with Bankruptcy Counsel J. regarding same; Confer with prior counsel regarding same. | 1.50 |
| 07/11/12 | Guerin | Attend to supplemental unverified discovery responses. | 1.90 |
| 07/11/12 | Guerin | Review and edit draft opposition brief regarding extension; Confer with B.Axe regarding same. | 1.20 |
| 07/11/12 | Guerin | Receive and review Bankruptcy Notice from Princeton office and internal communications regarding same. | 0.10 |
| 07/11/12 | Guerin | Document review and internal communications regarding escrow analysis and Taggart's expert report. | 0.80 |
| 07/12/12 | Guerin | Email communications with C.Bonello regarding strategy | 0.20 |
| 07/12/12 | Guerin | Email communications with J.Newton regarding Bankruptcy hearing. | 0.10 |

887669   Ally Bank                                          Reed Smith LLP

60007   Taggart Foreclosure (09-25338 Montgo CCP)           Invoice Number  2301139
August 13, 2012                                             Page     6

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/12/12 | Guerin | Prepare for conference call regarding Bankruptcy hearing. | 0.40 |
| 07/12/12 | Guerin | Edit and revise opposition to Taggart Discovery Extension Motion and Motion to Compel, accompanying exhibits; Confer with C.Bonello, D.Bettino and B.Axe regarding same; Facilitate filing and service of same. | 6.10 |
| 07/12/12 | Guerin | Attend to bankruptcy court requirements, bankruptcy counsel's requests, and communications regarding bankruptcy court directives. | 1.60 |
| 07/12/12 | Guerin | Attend to Bankruptcy counsel's request to draft letter to Mr. Taggart addressing every counterclaim for presentation to the bankruptcy court and in response to court's requirement that we attempt to stipulate to claims properly proceeding in foreclosure action. | 2.30 |
| 07/13/12 | Guerin | Email communications with C.Bonello regarding loan ownership for , and coordination of loan and other documents needed for summary judgment preparation. | 1.50 |
| 07/13/12 | Guerin | Attend to filing issues and follow up with court notices. | 0.30 |
| 07/13/12 | Guerin | Work on issues relating to and draft letter to Defendant per BK counsel request and related court order. | 3.40 |
| 07/13/12 | Guerin | Confer with B.Axe regarding Motion for Summary Judgment issues. | 0.20 |
| 07/16/12 | Guerin | Attend to bankruptcy related issues, including phone calls and communications with bankruptcy counsel, internally, and with Defendant, drafting mutual request for extension for foreclosure action and facilitating filing of same. | 10.40 |
| 07/17/12 | Guerin | Confer with B.Axe, L.Bernstein and L.Abbott on research needs including | 0.40 |
| 07/17/12 | Guerin | Attend to case administration and internal communications relating to same. | 2.40 |
| 07/17/12 | Guerin | Work on briefing for bankruptcy court. | 3.00 |
| 07/18/12 | Guerin | Internal communications regarding bankruptcy court briefing. | 0.30 |
| 07/18/12 | Guerin | Attend to summary judgment preparation. | 0.30 |
| 07/18/12 | Guerin | Conduct and review research regarding foreclosure defense, | 1.40 |

887669    Ally Bank                                              Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)               Invoice Number  2301139
August 13, 2012                                                  Page      7

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/19/12 | Guerin | Perform research regarding third amended counterclaims. | 2.10 |
| 07/19/12 | Guerin | Attend to bankruptcy issues, new federal filing, related foreclosure issues and internal communications regarding same. | 7.20 |
| 07/19/12 | Guerin | Conference call with D.Bettino and Bankruptcy counsel regarding stipulations and briefing before bankruptcy court. | 0.80 |
| 07/20/12 | Guerin | Attend to summary judgment and outlining legal arguments addressing 32 counterclaims. | 4.90 |
| 07/20/12 | Guerin | Attend to case administration, including as regards Taggart's June correspondence and appeal. | 1.10 |
| 07/21/12 | Guerin | Review and annotate caselaw ; defense to foreclosure. | 1.20 |
| 07/23/12 | Guerin | Attend to breach of contract argument relating to lender placed insurance and review of recent HSBC case relating to lender placed insurance issues. | 1.30 |
| 07/23/12 | Guerin | Review research results, ( insurance. | 0.90 |
| 07/23/12 | Guerin | Confer with J.Martin and B.Axe re: tasks to complete in support of summary judgment. | 0.10 |
| 07/23/12 | Guerin | Prepare for call with counsel for J.Stephan and email communications with C.Bonello and N.Campbell regarding same. | 0.40 |
| 07/23/12 | Guerin | Attend to drafting motion for summary judgment, including TILA argument and HOEPA secondary/alternative analysis. | 1.70 |
| 07/23/12 | Guerin | Attend to file and internal communications relating to same. | 0.10 |
| 07/23/12 | Guerin | Confer with J.Martin regarding discovery responses relating to Taggart's principal place of residence. | 0.30 |
| 07/24/12 | Guerin | Attend to new federal case and confer with H.Reichner regarding same. | 0.60 |
| 07/24/12 | Guerin | Attend to strategy and motion task planning; Internal communications relating to same; Meet with B.Axe regarding same. | 1.50 |
| 07/24/12 | Guerin | Attend conference call regarding newly filed suit with counsel for Phelan. | 0.30 |
| 07/24/12 | Guerin | Attend to drafting affidavit in support of summary judgment. | 1.40 |
| 07/24/12 | Guerin | Attend to Notice issues and review research regarding same. | 0.90 |
| 07/24/12 | Guerin | Return call to G.Schwab, counsel for J.Stephan. | 0.10 |

887669    Ally Bank                                                    Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)                     Invoice Number  2301139
August 13, 2012                                                        Page      8

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/24/12 | Guerin | Attend to summary judgment issues; ; Internal communications regarding same. | 6.80 |
| 07/24/12 | Guerin | Attend to Taggart correspondence relating to recent change to lender placed insurance effective date. | 0.40 |
| 07/25/12 | Guerin | Attend to strategy concerns, | 0.30 |
| 07/25/12 | Guerin | Attend to drafting summary judgment motion. | 3.20 |
| 07/25/12 | Guerin | Review research results and incorporate questions for analysis into the chronology | 2.10 |
| 07/25/12 | Guerin | Attend to Taggart correspondence, drafting acknowledgement and facilitate calendaring and substantive response. | 0.30 |
| 07/25/12 | Guerin | Review and annotate relevant caselaw. | 2.00 |
| 07/25/12 | Guerin | Attend to file administration and preparation of exhibit lists, and internal communications with B.Axe and J.Martin regarding same. | 0.40 |
| 07/26/12 | Guerin | Attend to case management and strategy issues relating to discovery, motions practice, discovery motions, and bankruptcy counsel's requests regarding stipulation as to stay relief. | 0.80 |
| 07/26/12 | Guerin | Attend to Taggart correspondence regarding lender placed insurance notice and communication response. | 0.60 |
| 07/26/12 | Guerin | Attend to bankruptcy counsel's communications and intended proposal for stipulation regarding foreclosure. | 0.40 |
| 07/26/12 | Guerin | Confer with B.Axe and work on development of affidavit in support of Motion for Summary Judgment. | 0.90 |
| 07/26/12 | Guerin | Attend to legal arguments for summary judgment motion and work with B.Axe on development of exhibits for affidavit in support. | 5.80 |
| 07/26/12 | Guerin | Review Taggart discovery responses. | 0.60 |
| 07/27/12 | Guerin | Attend to review and edit of affidavit in support summary judgment and exhibits. | 0.80 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
August 13, 2012

Invoice Number  2301139
Page    9

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/27/12 | Guerin | Attend to Superior Court notice of docketing of appeal for 1972-EDA 2012, and internal communications regarding same. | 0.30 |
| 07/27/12 | Guerin | Attend to Bankruptcy and summary judgment briefing and internal communications relating to same, along with incorporation of authorities from and into motion for summary judgment. | 5.80 |
| 07/27/12 | Guerin | Attend to supplemental discovery production issues including collateral file and insurance documentation, and confer with B.Axe regarding same, as well as development of exhibit list. | 0.70 |
| 07/27/12 | Guerin | Attend to summary judgment planning and tasks management. | 0.50 |
| 07/30/12 | Guerin | Call with Taggart oppos counsel regarding pending litigation. | 0.40 |
| 07/15/12 | Prather | Researched Pennsylvania case law re: defense to foreclosure | 2.30 |
| 07/16/12 | Prather | Researched Pennsylvania case law re: defense to foreclosure | 1.30 |
| 07/19/12 | Prather | Reviewed Pennsylvania case law re: PA consumer protection law | 1.80 |
| 07/20/12 | Prather | Reviewed Pennsylvania case law re: foreclosure defenses | 0.70 |
| 07/27/12 | Prather | Research re: RESPA | 1.10 |
| 07/17/12 | Abbott | Research Mortgage Property Insurance Coverage Act. | 1.80 |
| 07/17/12 | Abbott | Communicate with L. Bernstein regarding research. | 0.10 |
| 07/17/12 | Abbott | Communicate with B. Axe and M. Guerin regarding resaerch. | 0.30 |
| 07/17/12 | Abbott | Draft summary of research | 0.40 |
| 07/19/12 | Abbott | Draft outline of argument for M. Guerin and B. Axe. | 0.50 |
| 07/30/12 | Abbott | Research statutory interpretation. | 1.30 |
| 07/31/12 | Abbott | Draft/revise summary of I | 2.30 |
| 07/23/12 | Martin | Discussed case and strategy with M. Guerin and began to compile and review documets regarding the same. | 0.90 |

887669    Ally Bank                                      Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)        Invoice Number  2301139
August 13, 2012                                           Page     10

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/24/12 | Martin | Draft summary of                          deposition of K. Taggert | 2.20 |
| 07/25/12 | Martin | Reviewed Taggart's first and second sets of discovery responses | 4.20 |
| 07/26/12 | Martin | Reviewed GMAC's responses to Taggarts interrogatories and | 2.70 |
| 07/27/12 | Martin | Reviewed GMAC discover responses | 2.90 |
| 07/17/12 | DeMaris | GUERIN - Case pull: | 0.20 |
| 07/20/12 | DeMaris | GUERIN - Secondary sources research: | 0.20 |

Total Hours    209.50

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Leonard A. Bernstein | 1.70 | at $ 530.00 = | 901.00 |
| Diane A. Bettino | 11.50 | at $ 475.00 = | 5,462.50 |
| Kurt F. Gwynne | 2.10 | at $ 550.00 = | 1,155.00 |
| Robert M. Jaworski | 6.40 | at $ 475.00 = | 3,040.00 |
| Barbara K. Hager | 5.20 | at $ 350.00 = | 1,820.00 |
| Bailey E. Axe | 47.80 | at $ 295.00 = | 14,101.00 |
| Maria T. Guerin | 107.60 | at $ 345.00 = | 37,122.00 |
| Roy Prather | 7.20 | at $ 295.00 = | 2,124.00 |
| Lauren A. Abbott | 6.70 | at $ 295.00 = | 1,976.50 |
| Josh Martin | 12.90 | at $ 175.00 = | 2,257.50 |
| Scott DeMaris | 0.40 | at $ 150.00 = | 60.00 |

Total Fees    70,019.50

**Total this Invoice**    $ 70,019.50

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

## *REMITTANCE PAGE*
### Please return this page with your payment

Carol Bonello                                                      August 13, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

**Re: Taggart Foreclosure (09-25338 Montgo CCP)**          Invoice Number:    2301139
                                                           Client Number:     887669
Client's Reference No: 695146                              Matter Number:     60007

### STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Jul 12, 2012 | 2288440 | 14,359.00 | 0.00 | $ 14,359.00 |
| Sep 21, 2012 | 2316349 | 2,107.95 | 0.00 | 2,107.95 |
| Sep 25, 2012 | 2317249 | 8,935.50 | 0.00 | 8,935.50 |
| Sep 25, 2012 | 2317253 | 53,962.92 | 0.00 | 53,962.92 |
| Oct 11, 2012 | 2325032 | 5,398.50 | 0.00 | 5,398.50 |
| Oct 11, 2012 | 2325036 | 20,475.00 | 0.00 | 20,475.00 |
| Aug 13, 2012 | 2301139 | 70,019.50 | 0.00 | 70,019.50 |
| | | Total Fees and Expenses Due | | $ 175,258.37 |
| | | ***Total Balance Due Upon Receipt*** | | **$ 175,258.37** |

Please Remit to:

*Mail To:*                    *Wire Instructions:*
*Reed Smith LLP*              *Mellon Bank N.A.*
*P.O. Box 7777-W4055*         *Philadelphia, PA*
*Philadelphia, PA 19175-4055* *ABA Number: 031000037*
                             *Swift Code: MELNUS3P (International)*
                             *Account #2-022-986*
                             **(Please Reference Invoice Number)**

*Un paid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                    August 13, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart, Kenneth Federal Suit**                    Invoice Number:    2301128
                                                         Client Number:     887669
Client's Reference No: 728968                            Matter Number:      60017

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/17/12 | Axe | Review Waiver of Service received by Taggart and prepare suggested changes for review of M. Guerin. | 0.30 |
| 07/18/12 | Axe | Review Waiver of Service received by Taggart, conduct research under applicable Bankruptcy Code and prepare suggested changes for review of M. Guerin. | 0.90 |
| 07/27/12 | Axe | Review Waiver of Service received by Taggart and correspondence re. same. | 0.30 |
| 07/10/12 | Guerin | Review and revise entry of appearance, Rule 7.1 Disclosures, and Notice of Bankruptcy filing; Internal communications regarding same. | 0.30 |
| 07/17/12 | Guerin | Attend to court notifications and correspondence from U.S. DOJ. | 0.20 |
| 07/19/12 | Guerin | Attend to Mr. Taggart's request for execution of waiver of summons for federal action and confer with B.Axe regarding same. | 0.40 |
| 07/20/12 | Guerin | Internal communications regarding complaint documents and acceptance of service. | 0.50 |
| 07/27/12 | Guerin | Attend to federal court issues relating to service in EDPA 2012-1913, and internal communications relating to same; communications with Mr. Taggart regarding same. | 0.50 |

Total Hours    3.40

887669   Ally Bank                                        Reed Smith LLP

60017    Taggart, Kenneth Federal Suit            Invoice Number  2301128
August 13, 2012                                    Page        2

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| Bailey E. Axe | 1.50 | at $ 325.00 = | 487.50 |
| Maria T. Guerin | 1.90 | at $ 345.00 = | 655.50 |

Total Fees                                                    1,143.00

**_Total this Invoice_**                                 **$ 1,143.00**

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                               September 25, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart Foreclosure (09-25338 Montgo CCP)**          Invoice Number:    2317249
                                                           Client Number:      887669
Client's Reference No: 695146                              Matter Number:       60007

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/14/12 | Guerin | Draft Taggart letter addressing all counterclaims and PA law, per Morrison Foerster; draft Bankruptcy brief and conduct related research. | 6.60 |
| 07/14/12 | Guerin | Attend to Motion for Summary Judgment and internal communications relating to same. | 0.50 |
| 07/15/12 | Guerin | Attend to Motion for extension to file motion for summary judgment and related issues; internal communications relating to same. | 0.90 |
| 07/15/12 | Guerin | Attend to Bankruptcy Court order and written submissions required by Court and requested by Morrison Foerster. | 3.80 |
| 07/30/12 | Guerin | Review authority | 1.00 |
| 07/30/12 | Guerin | Attend to summary judgment issues, including internal communications relating to outstanding research issues and exhibit redaction and preparation. | 2.60 |
| 07/30/12 | Guerin | Review guidelines | 0.60 |
| 07/30/12 | Guerin | Continue drafting affidavit in support of summary judgment, | 5.30 |

Confer with B.Axe regarding same
and regarding affidavit exhibits.

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
September 25, 2012

Invoice Number  2317249
Page      2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/30/12 | Guerin | Attend to call with client et alia, including case management and preparation for client call, including summarizing relevant concerns and issues to cover on call. | 1.80 |
| 07/31/12 | Guerin | Internal communications regarding case management and motion for summary judgment issues to address, | 1.80 |
| 07/31/12 | Guerin | Attend to mail received from court with opinion and brief received from Mr. Taggart regarding appeal of receivership issue; Internal communications relating to same and relating to calendaring appellate issues. | 0.30 |
| 07/31/12 | Guerin | Attend to Mortgage Protection Insurance Coverage Act issue. | 0.20 |
| 07/31/12 | Guerin | Review Morrison Foerster comments and perform edits to Bankruptcy Court briefing. | 0.50 |

Total Hours    25.90

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Maria T. Guerin | 25.90 at $ 345.00 = | | 8,935.50 |

Total Fees                                        8,935.50

**Total this Invoice**                         **$ 8,935.50**

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Lauren Graham Delehey, Esquire                                  August 13, 2012
Legal Counsel
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Laura Graham Delehey, Esquir
**Re: YOUNG, DEBORAH M.**                    Invoice Number:    2301126
                                             Client Number:      887669
Client's Reference No: 714113                Matter Number:       60008

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/02/12 | Kim | Review email re: case file archives | 0.10 |
| 07/03/12 | Kim | Phone call w/ client re: depositions | 0.20 |
| 07/05/12 | Kim | Phone call w/ client re: case status | 0.20 |
| 07/09/12 | Kim | Call w/ client re: case status | 0.50 |
| 07/12/12 | Kim | Draft letter to counsel confirming deposition | 0.20 |
| 07/12/12 | Kim | Call counsel and email client to confirm depo dates | 0.20 |
| 07/31/12 | Kim | Email counsel re: deposition date | 0.20 |
| | | Total Hours | 1.60 |

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Elizabeth J. Kim | 1.60 | at $ 375.00 = | 600.00 |

Total Fees                                                      600.00

Duplicating/Printing/Scanning                      0.00

**Total this Invoice**                          **$ 600.00**

Unpaid

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Natasha Campbell, Esq.                                        August 13, 2012
Ally Bank
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA  19034

Client/Matter Contact: Sharon Sims
**Re: Moffitt Class Action Litigation**            Invoice Number:    2301129
                                                   Client Number:     887669
                                                   Matter Number:      60176

---

For Professional Services Rendered Through July 31, 2012

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/13/12 | Bird | Review recent Ninth Circuit decision | 0.70 |
| | | Total Hours | 0.70 |

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| David J. Bird | 0.70 at | $ 350.00 = | 245.00 |

Total Fees                                                     245.00

***Total this Invoice***                                    **$ 245.00**

| | | | |
|---|---|---|---|
| Inception to Date Fees: | 18,480.00 | Year to Date Fees: | 18,480.00 |
| Inception to Date Expenses: | 910.82 | Year to Date Expenses: | 910.82 |

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                       August 13, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart, Kenneth  Civil Rights Complaint**          Invoice Number:    2301127
                                                          Client Number:      887669
Client's Reference No: 729708                             Matter Number:       60016

For Professional Services Rendered Through July 31, 2012

**TIME DETAIL**

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/17/12 | Axe | Conduct research relating to                affirmative defense in a foreclosure action. | 2.30 |
| 07/17/12 | Guerin | Review of and communications with Mr. Taggart regarding revisions to waiver of service form; Internal communications with B.Axe regarding same. | 0.20 |
| 07/27/12 | Guerin | Confer with R.Prather | 0.20 |
| | | Total Hours | 2.70 |

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Bailey E. Axe | 2.30 | at $ 325.00 = | 747.50 |
| Maria T. Guerin | 0.40 | at $ 345.00 = | 138.00 |

Total Fees                                                              885.50

***Total this Invoice***                                              **$ 885.50**

*Un paid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                September 25, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart, 12-4077 EDPA**             Invoice Number:     2317241
    **(Taggart v. RS et al - RICO)**         Client Number:      887669
Client's Reference No: 730610             Matter Number:      60018

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/24/12 | Axe | Review Complaint and outline causes of action. | 1.50 |
| 07/25/12 | Axe | Conduct research relating to extension of bankruptcy stay to non-debtors and actions brought against counsel in connection with response pleading to Complaint. | 6.50 |
| 07/27/12 | Axe | Conduct research relating to extension of bankruptcy stay to non-debtors and actions brought against counsel in connection with response pleading to Complaint. | 1.50 |
| 07/31/12 | Axe | Conduct research relating to extension of bankruptcy stay to non-debtors and actions brought against counsel in connection with response pleading to Complaint. | 2.00 |
| | | Total Hours | 11.50 |

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Bailey E. Axe | 11.50 | at $ 295.00 = | 3,392.50 |

Total Fees                                                3,392.50

***Total Balance Due Upon Receipt***        **$ 3,392.50**

# ReedSmith

*Unpaid*

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Natasha Campbell, Esq.                                                   August 13, 2012
Ally Bank
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA  19034

Client/Matter Contact: David G. Hagens
**Re: Dalton**

| | |
|---|---|
| Invoice Number: | 2301130 |
| Client Number: | 887669 |
| Matter Number: | 60177 |

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/03/12 | Lefton | Review recent court filings. | 0.10 |
| 07/10/12 | Lefton | Review recent Ninth Circuit filings. | 0.50 |
| 07/11/12 | Lefton | Review recent Ninth Circuit filings. | 1.60 |
| 07/12/12 | Lefton | Review recent filings. | 1.40 |
| 07/13/12 | Lefton | Review recent filings. | 1.50 |
| 07/30/12 | Lefton | Review recent Ninth Circuit filings. | 2.80 |
| 07/31/12 | Lefton | Review recent Ninth Circuit filings. | 1.50 |
| | | Total Hours | 9.40 |

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Ira S. Lefton | 9.40 | at $ 475.00 = | 4,465.00 |

Total Fees                                                           4,465.00

***Total this Invoice***                                         **$ 4,465.00**

| | | | |
|---|---|---|---|
| Inception to Date Fees: | 11,542.50 | Year to Date Fees: | 11,542.50 |
| Inception to Date Expenses: | 0.00 | Year to Date Expenses: | 0.00 |