Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUMMARY OF**
**APPLICATION OF TROUTMAN SANDERS LLP**
**FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR**
**THE DEBTORS FOR THE PERIOD OF AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

**AND**

**FIRST INTERIM APPLICATION OF TROUTMAN SANDERS LLP**
**FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR**
**THE DEBTORS FOR THE PERIOD OF MAY 14, 2012 THROUGH AUGUST 31, 2012**

| | |
|---|---|
| Name of Applicant: | Troutman Sanders LLP ("**Applicant**") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession, as ordinary course professional |
| Date of Retention: | October 2006 |
| Application Periods: | August 1, 2012 through August 31, 2012 ("**August Period**") |
| | May 14, 2012 through August 31, 2012 ("**Interim Period**") |

<u>August Period</u>

| | |
|---|---|
| Amount of Compensation Sought for August Period: | $125,540.50  (a total of $175,540.50 is sought for August 2012 but as set forth below, $50,000 is payable upon approval of the Debtors under the OCP Order, as defined below) |
| Amount of Expense Reimbursement Sought for August Period: | $3,086.97 |
| Total Amount of Compensation and Expense Sought for August Period: | $128,627.47  ($178,627.47 less $50,000 approved by the Debtors pursuant to the OCP Order as defined below) |

<u>Interim Period</u>

| | |
|---|---|
| Amount of Compensation Sought for Interim Period: | $218,509.74 |
| Amount of Expense Reimbursement Sought for Interim Period: | $3,714.82 |
| Total Amount of Compensation and Expense Sought for Interim Period: | $222,224.56 |

| | |
|---|---|
| This is a: | **X** Monthly **X** Interim __ Final Application |

## Summary of Fees and Expenses for August Period

### August 2012

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 10/19/12 | 08/01/12-08/31/12 | $175,540.50 | $3,086.97 | $97,897.50 | $44.90 | $35,108.10 |

## Summary of Fees and Expenses for Interim Period

### May 14, 2012 - August 31, 2012

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| n/a | 05/14/12-06/30/12 | $3,294.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| n/a | 07/01/12-07/31/12 | $39,675.24 | $627.85 | $33,592.24 | $406.39 | $0.00 |
| 10/19/12 | 08/01/12-08/31/12 | $175,540.50 | $3,086.97 | $97,897.50 | $44.90 | $35,108.10 |
| **TOTAL** | 05/14/12-08/31/12 | $218,509.74 | $3,714.82 | $131,489.74 | $451.29 | $35,108.10 |

# Timekeeper Summary for August Period

## August 1 – 31, 2012

| Name of Professional Individual | Position | Department | Year of Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brooks, Matthew Ray | Associate | Financial Services Litigation | 2008 | $275.00 | 15.5 | $4,262.50 |
| Cheshire, Harrilee | Paralegal | Business Litigation | n/a | $290.00 | 1.5 | $435.00 |
| Derby, Erin Rigney | Paralegal | Financial Services Litigation | n/a | $120.00 | 42.5 | $4,884.00 |
| Flowers, Elizabeth Spain | Associate | Financial Services Litigation | 2009 | $230.00 | 10.9 | $2,507.00 |
| Loeffler, A. William | Partner | Financial Services Litigation | 1989 | $450.00 | 3.4 | $1,485.00 |
| Lynch, John C. | Partner | Financial Services Litigation | 1995 | $400.00 | 2.6 | $960.00 |
| Manning, Jason E. | Partner | Financial Services Litigation | 2004 | $365.00 | 55.4 | $20,002.00 |
| Ostroff, Ethan G. | Associate | Financial Services Litigation | 2005 | $265.00 | 0.7 | $185.50 |
| Pittman, Andrew B. | Associate | Financial Services Litigation | 2001 | $290.00 | 94.7 | $26,593.00 |
| Reyes, Alexandria J. | Associate | Financial Services Litigation | 2009 | $285.00 | 143.5 | $40,384.50 |
| Ruhling, Bill B. | Associate | Financial Services Litigation | 2000 | $265.00 | 0.8 | $212.00 |
| Russell, Karen L. | Paralegal | Financial Services Litigation | n/a | $175.00 | 0.3 | $52.50 |
| Schlesinger, Mark I. | Of Counsel | Business Litigation | 1975 | $400.00 | 0.5 | $200.00 |
| Windham, Mark J. | Associate | Financial Services Litigation | 2008 | $275.00 | 267.7 | $73,377.50 |
| **Professionals Totals** | | | | **Blended Rate** | | |
| **Total Fees Incurred** | | | | **$274.28** | **640.0** | **$175,540.50** |

# Timekeeper Summary for Interim Period

## May 14, 2012 – August 31, 2012

| Name of Professional Individual | Position | Department | Year of Bar Admission | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Brooks, Matthew Ray | Associate | Financial Services Litigation | 2008 | $275.00 | 30.2 | $8,155.08 |
| Cheshire, Harrilee | Paralegal | Business Litigation | n/a | $290.00 | 2.9 | $805.72 |
| Derby, Erin Rigney | Paralegal | Financial Services Litigation | n/a | $120.00 | 62.3 | $8,061.68 |
| Flowers, Elizabeth Spain | Associate | Financial Services Litigation | 2009 | $230.00 | 20.5 | $4,715.00 |
| Jones, Maryia Y. | Associate | Financial Services Litigation | 2009 | $230.00 | 0.7 | $193.55 |
| Loeffler, A. William | Partner | Financial Services Litigation | 1989 | $450.00 | 4.7 | $2,144.75 |
| Lynch, John C. | Partner | Financial Services Litigation | 1995 | $400.00 | 4.4 | $1,910.41 |
| Manning, Jason E. | Partner | Financial Services Litigation | 2004 | $365.00 | 69.5 | $28,010.52 |
| Ostroff, Ethan G. | Associate | Financial Services Litigation | 2005 | $265.00 | 16.8 | $4,452.00 |
| Pittman, Andrew B. | Associate | Financial Services Litigation | 2001 | $290.00 | 122.4 | $34,294.63 |
| Poole, Alan G. | Summer Clerk | Financial Services Litigation | n/a | $200.00 | 8.7 | $0.00 |
| Reyes, Alexandria J. | Associate | Financial Services Litigation | 2009 | $285.00 | 168.3 | $46,622.86 |
| Ruhling, Bill B. | Associate | Business Litigation | 2000 | $265.00 | 0.8 | $212.00 |
| Russell, Karen L. | Paralegal | Financial Services Litigation | n/a | $175.00 | 0.3 | $52.50 |
| Schlesinger, Mark I. | Of Counsel | Financial Services Litigation | 1975 | $400.00 | 2.8 | $1,120.00 |
| Windham, Mark J. | Associate | Business Litigation | 2008 | $275.00 | 333.9 | $77,759.04 |
| **Professionals Totals** | | | | **Blended Rate** | | |
| **Total Fees Incurred** | | | | **$257.31** | **849.2** | **$218,509.74** |

# Billing Category Summary for August Period

## August 1 – 31, 2012

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| C400 | Third Party Communications | 0.4 | $160.00 |
| L110 | Fact Investigation/Development | 60.7 | $14,501.00 |
| L120 | Analysis/Strategy | 149.4 | $42,319.00 |
| L130 | Experts/Consultants | 2.8 | $770.00 |
| L160 | Settlement/Non-Binding ADR | 17.8 | $5,311.00 |
| L190 | Other Case Assessment, Development & Administration | 88.6 | $23,147.50 |
| L210 | Pleadings | 171 | $47,632.50 |
| L230 | Court Mandated Conferences | 0.2 | $57.00 |
| L240 | Dispositive Motions | 11 | $3,135.00 |
| L250 | Other Written Motions/Submissions | 33.3 | $9,236.50 |
| L310 | Written Discovery | 14.8 | $4,185.00 |
| L320 | Document Production | 0.6 | $72.00 |
| L330 | Depositions | 0.5 | $142.00 |
| L350 | Discovery Motions | 5.8 | $1,596.00 |
| L390 | Other Discovery | 1.4 | $394.00 |
| L410 | Fact Witnesses | 0.1 | $27.50 |
| L430 | Written Motions/Submission | 3.4 | $969.00 |
| L440 | Other Trial Preparation/Support | 3.7 | $1,017.50 |
| L450 | Trial and Hearing Attendance | 3.8 | $1,040.00 |
| L510 | Appellate Motions/Submissions | 32.8 | $9,371.00 |
| L520 | Appellate Briefs | 35.9 | $9,876.00 |
| P500 | Negotiation/Revision/Responses | 0.8 | $262.00 |
| P600 | Completion/Closing | 1.2 | $319.00 |
| **Total Fees Incurred** | | **640.0** | **$175,540.50** |

20166889v1

# Billing Category Summary for Interim Period

## May 14, 2012 – August 31, 2012

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| C200 | Researching Law | 30.0 | $1,688.52 |
| C300 | Analysis and Advice | 28.3 | $1,940.23 |
| C400 | Third Party Communications | 0.7 | $280.00 |
| L110 | Fact Investigation/Development | 71.1 | $16,521.01 |
| L120 | Analysis/Strategy | 177.2 | $50,242.95 |
| L130 | Experts/Consultants | 2.8 | $770.00 |
| L160 | Settlement/Non-Binding ADR | 21.5 | $6,453.02 |
| L190 | Other Case Assessment, Development & Administration | 126.7 | $35,434.04 |
| L210 | Pleadings | 194.1 | $52,688.43 |
| L230 | Court Mandated Conferences | 0.2 | $57.00 |
| L240 | Dispositive Motions | 11.9 | $3,361.37 |
| L250 | Other Written Motions/Submissions | 50.0 | $13,595.04 |
| L310 | Written Discovery | 16.8 | $4,678.46 |
| L320 | Document Production | 0.6 | $72.00 |
| L330 | Depositions | 2.9 | $801.34 |
| L350 | Discovery Motions | 6.4 | $1,635.72 |
| L390 | Other Discovery | 1.4 | $394.00 |
| L410 | Fact Witnesses | 0.1 | $27.50 |
| L430 | Written Motions/Submission | 4.6 | $1,449.00 |
| L440 | Other Trial Preparation/Support | 6.9 | $1,865.50 |
| L450 | Trial and Hearing Attendance | 8.3 | $2,232.50 |
| L460 | Post-Trial Motions/Submission | 2.0 | $132.40 |
| L510 | Appellate Motions/Submissions | 36.6 | $10,385.15 |
| L520 | Appellate Briefs | 35.9 | $9,876.00 |
| P500 | Negotiation/Revision/Responses | 0.8 | $262.00 |
| P600 | Completion/Closing | 1.2 | $319.00 |
| P700 | Post-Completion/Post-Closing | 1.4 | $765.00 |
| R102 | Replevin/Sequestration Complaint | 8.8 | $582.56 |
| **Total Fees Incurred** | | **849.2** | **$218,509.74** |

# Expense Category Summary for August Period

## August 1 – 31, 2012

| Expense Category | Amount |
|---|---|
| Associate Counsel Fees & Expenses | $1,562.50 |
| Copies - Court/Governmental Entities | $1.35 |
| Court Reporter/Deposition Costs | $20.00 |
| Filing Fees | $250.00 |
| Outside Courier Services | $1,236.12 |
| Taxi/Train/Parking | $17.00 |
| **Total** | **$3,086.97** |

# Expense Category Summary for Interim Period

## May 14, 2012 – August 31, 2012

| Expense Category | Amount |
|---|---|
| Associate Counsel Fees & Expenses | $1,562.50 |
| Copies - Court/Governmental Entities | $13.05 |
| Court Reporter/Deposition Costs | $20.00 |
| Filing Fees | $426.00 |
| Outside Courier Services | $1,307.92 |
| Professional Services | $6.80 |
| Meals and Entertainment | $129.09 |
| Personal Car Mileage | $216.46 |
| Taxi/Train/Parking | $33.00 |
| **Total** | **$3,714.82** |

Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------
|                                                        )
In re:                                                   )        Case No. 12-12020 (MG)
                                                         )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                )        Chapter 11
                                                         )
                                       Debtors.          )        Jointly Administered
                                                         )
-------------------------------------------------------------------------

**APPLICATION OF TROUTMAN SANDERS LLP
FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR
THE DEBTORS FOR THE PERIOD OF AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

**AND**

**FIRST INTERIM APPLICATION OF TROUTMAN SANDERS LLP
FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR
THE DEBTORS FOR THE PERIOD OF MAY 14, 2012 THROUGH AUGUST 31, 2012**

By this application (the "**Application**") pursuant to Sections 327, 330 and 331 of title 11

of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of the United

States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the Order

Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing

Employment and Payment of Professionals Utilized in Ordinary Course of Business *Nunc Pro*

*Tunc* to the Petition Date [Docket No. 799], dated July 17, 2012 (the "**OCP Order**"), Troutman

Sanders LLP ("**Applicant**"), an ordinary course professional for the above-captioned debtors

(the "**Debtors**"), hereby seeks reasonable compensation for professional legal services in the

amount of $175,540.50, for the August Period, but, because under the OCP Order, $50,000 is

payable by the Debtors upon the Debtors' approval without Court approval, Applicant seeks

approval of the $125,540.50 of fees that exceed the OCP Order's $50,000 monthly cap, together

with reimbursement for actual and necessary expenses incurred in the amount of $3,086.97 for

the period of August 1, 2012 through August 31, 2012.  August was the only month in which

Applicant's invoices exceeded the OCP $50,000 monthly cap.

Further, Applicant seeks approval of reasonable compensation for professional legal

services in the amount of $218,509.74 for the Interim Period, together with reimbursement for

actual and necessary expenses incurred in the amount of $3,714.82 for the period of May 14,

2012 through August 31, 2012.

In support of this Application, Applicant respectfully represents as follows:

<u>**JURISDICTION**</u>

1.      This Court has subject matter jurisdiction to consider and determine this matter

pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue

is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      This Application has been prepared by John C. Lynch in accordance with the

Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New

York Bankruptcy Cases adopted by the Court on November 25, 2009 (the "<u>Local Guidelines</u>"),

the United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses filed under 11 U.S.C. § 330, adopted on January 30, 1996 (the

"UST Guidelines"), and the OCP Order. Pursuant to the Local Guidelines, a certification

regarding compliance with same is attached hereto as **Exhibit 1**.

## BACKGROUND

3.      On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary

petition with the Court for relief under Chapter 11 of the Bankruptcy Code. The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code

Sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy

Rule 1015(b). No trustee has been appointed in these Chapter 11 cases.

4.      On May 16, 2012, the United States Trustee for the Southern District of New

York (the "**U.S. Trustee**") appointed a nine-member official committee of unsecured creditors

(the "**Creditors' Committee**").

5.      On June 20, 2012, the Court directed that an examiner be appointed [Docket No.

454], and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket No.

674].

6.      The Debtors are a leading residential real estate finance company indirectly

owned by Ally Financial Inc. ("**AFI**"), which is not a Debtor. The Debtors and their non-debtor

affiliates operate the fifth largest mortgage servicing business and the tenth largest mortgage

origination business in the United States. A more detailed description of the Debtors, including

their business operations, their capital and debt structure, and the events leading to the filing of

these bankruptcy cases, is set forth in the Whitlinger Affidavit.

7.      On August 14, 2012, pursuant to paragraph 3(b) of the OCP Order, the Debtors

filed the Affidavit of Disinterestedness sworn to by John C. Lynch, a partner of Applicant, on

August 7, 2012 (the "**Applicant Affidavit**"), along with the accompanying Retention

Questionnaire [Docket No. 1127]. Pursuant to the Applicant Affidavit, the Debtors sought to

retain Applicant as an ordinary course professional under the OCP Order to provide legal

services to the Debtors, including regarding defense of claims brought by individual borrowers

pertaining to consumer lending issues, *nunc pro tunc* to the Petition Date.  Because no objections

to the employment of Applicant as an ordinary course professional were filed, under the OCP

Order, the retention of Applicant was deemed approved.

8.      Pursuant to paragraph 3(c) of the OCP Order, the Debtors may pay Applicant

without prior application to the Court 100% of its fees and disbursements incurred, upon

submission to, and approval by, the Debtors of invoices setting forth in reasonable detail the

nature of the services rendered and disbursements actually incurred up to $50,000 per month

("**OCP Monthly Limit**").  Applicant submitted invoices for its fees and expenses in the May 14,

2012 through June 30, 2012, and the July 1-31, 2012 time periods.  The monthly invoices for

fees and expenses submitted during these time periods were less than the OCP Monthly Limit.

The Summaries of Fees and Expenses charts for the August and Interim Periods, located above

in the Application Summary summarize the total amount of fees and expenses sought during

those periods, and the amounts that have been paid by the Debtors as of October 18, 2012.

9.      Paragraph 3(c) of the OCP Order also provides that if an ordinary course

professional's monthly invoice exceeds the OCP Monthly Limit, then payments to such ordinary

course professional for any such excess amounts shall be subject to the prior approval of the

Court in accordance with sections 330 and 331 of the Bankruptcy Code as well as the applicable

provisions of the Bankruptcy Rules and the Local Rules.

### **RELIEF REQUESTED**

10.      Applicant's invoices submitted during the August 1-31, 2012 period totaled

$175,540.50, exceeding the $50,000 OCP Monthly Limit by $125,540.50.  Accordingly,

Applicant submits this Application in accordance with the OCP Order.  All services for which

Applicant requests compensation were performed for, or on behalf of, the Debtors.  Applicant

seeks reimbursement of all amounts exceeding the $50,000 OCP Monthly Limit.

11.    This Application is the first application filed by Applicant in these chapter 11

cases.  In connection with the professional services rendered, by this Application Applicant seeks

approval for interim compensation in the amount of $218,509.74 and reimbursement of expenses

in the amount of $3,714.82 for a total of $222,224.56.  Per the OCP Order, Applicant has

submitted its invoices to the Debtors for payment of $50,000.

12.    The invoices that comprise the August Period are attached hereto as **Exhibit 2**.

The invoices contain detailed statements of hours spent rendering legal services to the Debtors in

support of Applicant's request of compensation for fees incurred during the August Period.  The

monthly fee invoices contained in Exhibit 2 (i) identify the professionals who rendered services,

(ii) describe each service such professional or paraprofessional performed; and (iii) set forth the

number of hours in increments of one-tenth of an hour spent by each individual providing the

services.  Applicant maintains computerized records of the time spent by all of Applicant's

professionals in connection with its representation of the Debtors.  The rates described in the

invoices contained in Exhibit 2 are Applicant's customary hourly rates for services of this type.

## SERVICES RENDERED BY APPLICANT

13.    During the Interim Period, Applicant performed work defending the Debtors in

litigation in various jurisdictions including Virginia, West Virginia and Georgia.  In general,

Applicant defended Debtor against claims brought by individual borrowers pertaining to

consumer lending issues, including, but not limited to, allegations of wrongful foreclosure,

irregularities in the foreclosure process, violation of applicable statutes related to foreclosure

requirements, breach of alleged oral modification, breach of promises to forbear from

foreclosing, quiet title, partition actions, unfair business practices claims, state statutory

consumer protection violations, loan origination claims, loan servicing claims, and other claims related to mortgage lending and servicing.

    14.    A summary of the work performed is set forth below:

(a)  Researching Law – Task Code C200

**Fees:  $1,688.52; Total Hours:  30.0**

(b)  Analysis and Advice – Task Code C300

**Fees:  $1,940.23; Total Hours:  28.3**

(c)  Third Party Communication – Task Code C400

**Fees:  $280.00; Total Hours:  0.7**

(d)  Fact Investigation/Development – Task Code L110

**Fees:  $16,521.01; Total Hours:  71.1**

(e)  Analysis/Strategy – Task Code L210

**Fees:  $50,242.95; Total Hours:  177.2**

(f)  Experts/Consultants – Task Code L130

**Fees:  $770.00; Total Hours:  2.8**

(g)  Settlement/Non-Binding ADR – Task Code L160

**Fees:  $6,453.02; Total Hours:  21.5**

(h)  Other Case Assessment, Development & Administration – Task Code L190

**Fees:  $35,434.04; Total Hours:  126.7**

(i)  Pleadings – Task Code L210

**Fees:  $52,688.43; Total Hours:  194.1**

(j)  Court Mandated Conferences – Task Code L230

**Fees:  $57.00; Total Hours:  0.2**

(k) Dispositive Motions – Task Code L240

**Fees:  $3.361.37; Total Hours:  11.9**

(l)  Other Written Motions/Submissions – Task Code L250

**Fees:  $13,595.04; Total Hours:  50.0**

(m) Written Discovery – Task Code L310

**Fees:  $4,678.46; Total Hours:  16.8**

(n) Document Production – Task Code L320

**Fees:  $72.00; Total Hours:  0.6**

(o) Depositions – Task Code L330

**Fees:  $801.34; Total Hours:  2.9**

(p) Discovery Motions – Task Code L350

**Fees:  $1.635.72; Total Hours:  6.4**

(q) Other Discovery – Task Code L390

**Fees:  $394.00; Total Hours:  1.4**

(r)  Fact Witnesses – Task Code L410

**Fees:  $27.50; Total Hours:  0.1**

(s)  Written Motions/Submission – Task Code L430

**Fees:  $1,449.00; Total Hours:  4.6**

(t)  Other Trial Preparation/Support – Task Code L440

**Fees:  $1,865.50; Total Hours:  6.9**

(u) Trial and Hearing Attendance – Task Code L450

**Fees:  $2,232.50; Total Hours:  8.3**

(v) Post-Trial Motions/Submission – Task Code L460

**Fees: $132.40; Total Hours: 2.0**

(w) Appellate Motions/Submissions – Task Code L510

**Fees: $10,385.15; Total Hours: 36.6**

(x) Appellate Briefs – Task Code L520

**Fees: $9,876.00; Total Hours: 35.9**

(y) Negotiation/Revisions/Responses – Task Code P500

**Fees: $262.00; Total Hours: 0.8**

(z) Completion/Closing – Task Code P600

**Fees: $319.00; Total Hours: 1.2**

(aa)        Post-Completion/Post-Closing – Task Code P700

**Fees: $765.00; Total Hours: 1.4**

(bb)        Replevin/Sequestration Complaint – Task Code R102

**Fees: $582.56; Total Hours: 8.8**

15.     The foregoing descriptions of services rendered by Applicant in specific areas are not intended to be exhaustive of the scope of Applicant's activities in the various litigation matters in which Applicant has performed services on behalf of one or more of the Debtor entities.

16.     The Summary to this Application provides information regarding Applicant's billing attorneys and law clerks and a summary of the hours and services rendered by each attorney and law clerk and the hourly rates of each individual during the Interim and August Periods.

17.     The rates charged by Applicant for services rendered by attorneys and law clerks in this case are the same as rates charged by Applicant's attorneys and law clerks on similar

matters, without considering the size and degree of responsibility, difficulty, complexity, and results achieved.  Accordingly, and based on such rates, the value of Applicant's professional services for the Interim Period totals $218,509.74, representing a total of 849.2 hours expended by Applicant's attorneys.  For the August Period, the value of Applicant's professional services totals $175,540.50, representing a total of 640 hours.

18.    In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given:  (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.  *See e.g., In re Borders Group, Inc.*, 456 B.R. 195, 211 (Bankr. S.D.N.Y. 2011); *In re Mesa Air Group, Inc.*, 449 B.R. 441, 444 (Bankr. S.D.N.Y. 2011); *In re Moss*, 320 B.R. 143, 156-57 (Bankr. E.D. Mich. 2005); *In re Ray*, 314 B.R. 643, 662-63 (Bankr. M.D. Tenn. 2004).

## AMOUNTS REQUESTED

19.    Applicant seeks 100% of its compensation for the August Period in the amount of $125,540.50, representing the excess amounts over the OCP Monthly Limit, in connection with the professional services detailed in Exhibit 2.

20.    By this Application, Applicant also seeks expense reimbursement of $3,086.97 for the August Period.  Detailed descriptions of disbursements made by Applicant, in support of Applicant's request for expense reimbursement for the August Period, are contained in the Summary of this Application and in the invoices attached hereto as Exhibit 2.

21.    It is Applicant's policy to charge its clients in all areas of practice the amounts incurred by Applicant for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.

## CONCLUSION

22.    Applicant believes that the services rendered on behalf of Debtor were reasonable and necessary within the meaning of Bankruptcy Code Section 330.  Further, the expenses requested were actual and necessary to the performance of Applicant's services.

23.    By this Application, Applicant requests allowance and payment of fees and expenses for the August Period in the total amount of $128,627.47, representing the difference between the OCP Monthly Limit, which does not require Court approval in order to be paid, and total fees of $175,540.50, plus $3,086.97 for actual and necessary costs and expenses.

24.    Further, Applicant requests approval of its fees and expenses for the Interim Period in the total amount of $222,224.56, representing total fees of $218,509.74, plus $3,714.82 for actual and necessary costs and expenses.

25.    Applicant requests the Court to direct payment of all compensation held back in connection with monthly fee applications, and to award Applicant such other and further relief as may be just and proper.

WHEREFORE, Applicant respectfully requests the entry of an order (a) allowing an administrative expense claim for Applicant's compensation and reimbursement for its fees and expenses incurred during the August and Interim Periods, (b) authorizing and directing payment of such amounts and (c) granting such other and further relief as is just and proper.

Dated:  October 19, 2012

TROUTMAN SANDERS LLP

By:       /s/ Jason E. Manning
            Jason E. Manning (NY Bar #4207288)
            TROUTMAN SANDERS LLP
            222 Central Park Avenue
            Suite 2000
            Virginia Beach, VA  23462
            Telephone: (757) 687-7500

Facsimile: (757) 687-7510
Email:  jason.manning@troutmansanders.com

**Ordinary Course Professional For The Debtors
and Debtors in Possession**

**Exhibit 1**

Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------
                                                    )
In re:                                              )        Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,            )        Chapter 11
                                                    )
                                  Debtors.          )        Jointly Administered
-------------------------------------------------------------------  )

**CERTIFICATION OF TROUTMAN SANDERS LLP IN SUPPORT OF
APPLICATION OF TROUTMAN SANDERS LLP
FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR
THE DEBTORS FOR THE PERIOD OF AUGUST 1, 2012 THROUGH AUGUST 31, 2012**


**AND**


**FIRST INTERIM APPLICATION OF TROUTMAN SANDERS LLP
FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR
THE DEBTORS FOR THE PERIOD OF MAY 14, 2012 THROUGH AUGUST 31, 2012**


I, Jason E. Manning, hereby certify that:

1.      I am a member of the applicant firm, Troutman Sanders LLP ("**Applicant**"), with

responsibility for compliance with the Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April

20166889v1

19, 1995 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Under Bankruptcy Code

Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment

of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date

[Docket No. 799], dated July 17, 2012 (the "**OCP Order**"), and collectively with the Local

Guidelines and UST Guidelines, the "**Guidelines**") in the jointly administered chapter 11 cases

of Residential Capital, LLC, *et al.* (collectively, the "**Debtors**"), pursuant to Sections 327, 330

and 331 of the Bankruptcy Code, Fed. R. Bank P. 2016, and Local Bankruptcy Rule 2016-1.

       2.      This certification is made in respect of Applicant's application, dated October 19,

2012 (the "**Application**"), for compensation and reimbursement of expenses for the period of

August 1-31, 2012, and for interim compensation and reimbursement of expenses for the period

commencing May 14, 2012 through and including August 31, 2012.

       3.      I certify that:

       a.      I have read the Application;

       b.      to the best of my knowledge, information, and belief formed after

reasonable inquiry, the fees and disbursements sought fall within the

Guidelines;

       c.      the fees and disbursements sought are billed at rates in accordance with

those customarily charged by Applicant and generally accepted by

Applicant's clients; and

   d.  in providing a reimbursable service, Applicant does not make a profit on that service, whether the service is performed by Applicant in-house or through a third party.

  4.  I certify that the Debtors, the Creditors Committee and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application, along with the parties entitled to receive the Application.

Dated:  October 19, 2012

        TROUTMAN SANDERS LLP


        By:  /s/ Jason E. Manning
          Jason E. Manning (NY Bar #4207288)
          TROUTMAN SANDERS LLP
          222 Central Park Avenue
          Suite 2000
          Virginia Beach, VA  23462
          Telephone: (757) 687-7500
          Facsimile: (757) 687-7510
          Email:  jason.manning@troutmansanders.com

          **Ordinary Course Professional For The Debtors and Debtors in Possession**