# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1434708 |
| File No. | 040540.000321 |

**RE:    advs. McCay, Jessie**

| | |
|---|---|
| **Total Amount of This Invoice** | **$0.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1434708
File No. 040540.000321
Page 2

GMAC ResCap

advs. McCay, Jessie

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 05/11/12 | ABP | L210 | Review pleadings and discovery | 0.4 | 0.00 |
| 05/11/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding loan file, pleadings and loan documents | 0.2 | 0.00 |
| 05/11/12 | ABP | L120 | Review Summons and Civil Cover Sheet | 0.2 | 0.00 |
| 05/11/12 | ABP | L120 | Review file correspondence and case notes | 0.4 | 0.00 |
| 05/11/12 | ABP | L120 | Review documents received from client | 0.5 | 0.00 |
| 05/14/12 | ABP | L190 | Exchange correspondence with client Katie Dutill regarding loan and servicing documents | 0.1 | 0.00 |
| 05/14/12 | ABP | L190 | Review documents received from client | 0.6 | 0.00 |
| 05/14/12 | ERD | L190 | Review Complaint | 0.5 | 0.00 |
| 05/14/12 | ERD | L190 | Telephone conference with Court regarding upcoming deadlines and hearings | 0.3 | 0.00 |
| 05/14/12 | ERD | L190 | Review and organize documents from client | 0.3 | 0.00 |
| 05/16/12 | JEM | L190 | Advise client on effect of bankruptcy | 0.3 | 0.00 |
| 05/16/12 | ABP | L190 | Develop litigation strategies | 0.2 | 0.00 |
| 05/16/12 | ERD | L210 | Draft Notice of Bankruptcy and Effect of Automatic Stay | 0.2 | 0.00 |
| 05/17/12 | ERD | L210 | Compose correspondence to Clerk's office enclosing Notice of Bankruptcy | 0.2 | 0.00 |
| 05/18/12 | ABP | L210 | Plan and prepare Notice of Bankruptcy and Stay of Litigation | 0.1 | 0.00 |
| 05/21/12 | ABP | L120 | Plan and prepare Notice of Bankruptcy and Stay of Litigation | 0.1 | 0.00 |
| 05/22/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding filing of Notice of Bankruptcy and Stay of Litigation | 0.2 | 0.00 |
| 05/22/12 | ABP | L120 | Plan and prepare to file Notice of Bankruptcy and Stay of Litigation | 0.2 | 0.00 |
| 05/22/12 | ERD | L210 | Draft Bankruptcy Notice | 0.3 | 0.00 |
| 05/23/12 | ABP | L210 | Revise, plan and prepare to file Notice of Bankruptcy and Stay of Litigation | 0.2 | 0.00 |
| | | | Totals | 5.5 | 0.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1434708
File No. 040540.000321
Page 3

GMAC ResCap

advs. McCay, Jessie

**TIMEKEEPER TIME SUMMARY THROUGH 05/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|------|--------|
| ERD | Derby | Paralegal | 1.8 | 0.00 | 0.00 |
| JEM | Manning | Partner | 0.3 | 0.00 | 0.00 |
| ABP | Pittman | Associate | 3.4 | 0.00 | 0.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1434708 |
| File No. | 040540.000321 |

RE:    **advs. McCay, Jessie**

**Total Amount of This Invoice**                    $0.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date        08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by        J C Lynch |
| One Meridian Crossings | Direct Dial        757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.        1440181 |
| | File No.        040540.000320 |

**RE:    advs. Dianne Peoples**

**Total Amount of This Invoice        $0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1440181
File No. 040540.000320
Page 2

GMAC ResCap

advs. Dianne Peoples

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 05/10/12 | JCL | L190 | Receive confirmation of assignment of case | 0.2 | 0.00 |
| 05/10/12 | JCL | L210 | Review Complaint | 0.2 | 0.00 |
| 05/16/12 | JEM | L190 | Advise client on effect of bankruptcy | 0.3 | 0.00 |
| 06/13/12 | JCL | L210 | Review Court's Docket and receive notice of voluntary dismissal | 0.2 | 0.00 |
| | | | Totals | 0.9 | 0.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JCL | Lynch | Partner | 0.6 | 0.00 | 0.00 |
| JEM | Manning | Partner | 0.3 | 0.00 | 0.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1440181 |
| File No. | 040540.000320 |

RE:    advs. Dianne Peoples

**Total Amount of This Invoice**                    $0.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441179 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

RE:    (GA) Windham, Andrew

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $82.00 |
| **Total Amount of This Invoice** | **$82.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441179
File No. 040540.000244
Claim/Client File No. 715128
Page 2

GMAC ResCap

(GA) Windham, Andrew

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| | | | Totals | 0.4 | 82.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441179 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

**RE:    (GA) Windham, Andrew**

**Total Amount of This Invoice**             $82.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441180 |
| File No. | 040540.000245 |
| Claim/Client File No. | 715524 |

RE:    (GA) Macaulay, Clayton

Fees for Professional Services Rendered Through 06/30/12          $29.00

**Total Amount of This Invoice**          **$29.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441180
File No. 040540.000245
Claim/Client File No. 715524
Page 2

GMAC ResCap

(GA) Macaulay, Clayton

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| | | | Totals | 0.1 | 29.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441180 |
| File No. | 040540.000245 |
| Claim/Client File No. | 715524 |

**RE:    (GA) Macaulay, Clayton**

**Total Amount of This Invoice**                $29.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441181 |
| File No. | 040540.000228 |
| Claim/Client File No. | 712786 |

RE:    (GA) Phillpott, Patricia

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $58.00 |
| **Total Amount of This Invoice** | **$58.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441181
File No. 040540.000228
Claim/Client File No. 712786
Page 2

GMAC ResCap

(GA) Phillpott, Patricia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| | | | Totals | 0.2 | 58.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441181 |
| File No. | 040540.000228 |
| Claim/Client File No. | 712786 |

**RE:    (GA) Phillpott, Patricia**

**Total Amount of This Invoice**                    $58.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/06/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1441182 |
| | File No. | 040540.000074 |
| | Claim/Client File No. | 698459 |

**RE:    (GA) Gude, Thandiwe & Derrick**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $116.00 |
| **Total Amount of This Invoice** | **$116.00** |

IN ACCOUNT WITH

Troutman Sanders LLP
ATTORNEYS AT LAW

Invoice Date 08/06/12
Invoice Number 1441182
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| | | | Totals | 0.4 | 116.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.4 | 290.00 | 116.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441182 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

**RE:    (GA) Gude, Thandiwe & Derrick**

**Total Amount of This Invoice**                    $116.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/06/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1441183 |
| | File No. 040540.000189 |
| | Claim/Client File No. 706160 |

**RE:    (GA) Majette, Deborah S.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $742.50 |
| **Total Amount of This Invoice** | **$742.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/06/12
Invoice Number 1441183
File No. 040540.000189
Claim/Client File No. 706160
Page 2

GMAC ResCap

(GA) Majette, Deborah S.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/01/12 | MRB | L250 | Revise and file petition for rehearing en banc and communicate with Jennifer Scoliard regarding same | 2.7 | 742.50 |
| | | | Totals | 2.7 | 742.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 2.7 | 275.00 | 742.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441183 |
| File No. | 040540.000189 |
| Claim/Client File No. | 706160 |

RE:    (GA) Majette, Deborah S.

**Total Amount of This Invoice**                    $742.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/06/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1441184 |
| | File No. | 040540.000128 |
| | Claim/Client File No. | 685466 |
| | Policy No. | Loan No. |

**RE:    (WV) Dawson, Carol and Terry Clark**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $72.00 |
| **Total Amount of This Invoice** | **$72.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441184
File No. 040540.000128
Claim/Client File No. 685466
Page 2

GMAC ResCap

(WV) Dawson, Carol andTerry Clark

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/01/12 | ERD | L210 | Review Notice of Appearance of Sean Higgins for Decision One | 0.2 | 24.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| | | | Totals | 0.6 | 72.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441184 |
| File No. | 040540.000128 |
| Claim/Client File No. | 685466 |
| Policy No. | |
| Loan No. | |

RE:    (WV) Dawson, Carol and Terry Clark

**Total Amount of This Invoice**          $72.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**