# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441185 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

RE:    (WV) Posey, Janet M.

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $170.00 |
| **Total Amount of This Invoice** | **$170.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441185
File No. 040540.000127
Claim/Client File No. 682623
Page 2

GMAC ResCap

(WV) Posey, Janet M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/12/12 | JEM | L120 | Correspond with opposing counsel regarding repurchase demand | 0.2 | 73.00 |
| | | | Totals | 0.6 | 170.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441185 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

**RE:    (WV) Posey, Janet M.**

**Total Amount of This Invoice**                $170.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441186 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

**RE:    (WV) Lester, Donna F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $485.00 |
| **Total Amount of This Invoice** | **$485.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/06/12
Invoice Number 1441186
File No. 040540.000136
Claim/Client File No. 696557
Page 2

GMAC ResCap

(WV) Lester, Donna F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/13/12 | ERD | L320 | Review produced documents to locate acceleration letter from GMAC | 0.6 | 72.00 |
| 06/21/12 | JEM | L120 | Correspond with client regarding bankruptcy and demand letters | 0.2 | 73.00 |
| 06/26/12 | JEM | L120 | Telephone conference with client regarding revisions to opposition to Motion to Amend and assertion of bankruptcy stay and revise letters accordingly | 0.2 | 73.00 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| | | | Totals | 2.0 | 485.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.0 | 120.00 | 120.00 |
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441186 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

**RE:** **(WV) Lester, Donna F.**

**Total Amount of This Invoice**                    $485.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/06/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1441187 |
| | File No. | 040540.000234 |
| | Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $691.00 |
| **Total Amount of This Invoice** | **$691.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441187
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/06/12 | ERD | L110 | Case assessment regarding loan modification | 0.3 | 36.00 |
| 06/07/12 | JEM | L120 | Conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/11/12 | JEM | L120 | Case analysis and preparation of letters to opposing counsel | 0.4 | 146.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft Letter to opposing counsel regarding potential settlement offer in light of bankruptcy | 0.2 | 24.00 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding stay issues | 0.1 | 36.50 |
| 06/29/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement negotiations | 0.3 | 109.50 |
| 06/29/12 | ERD | L110 | case assessment regarding status of loan modification offer | 0.3 | 36.00 |
| 06/29/12 | ERD | L190 | Compose correspondence to opposing counsel regarding offer of loan modification | 0.3 | 36.00 |
| | | | Totals | 2.9 | 691.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.5 | 120.00 | 180.00 |
| JEM | Manning | Partner | 1.4 | 365.00 | 511.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441187 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

**Total Amount of This Invoice**         $691.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/06/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1441188 |
| | File No. | 040540.000247 |
| | Claim/Client File No. | 715572 |

**RE:    (WV) Edwin R.& Steffanie D. Simpson**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $24.00 |
| **Total Amount of This Invoice** | **$24.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441188
File No. 040540.000247
Claim/Client File No. 715572
Page 2

GMAC ResCap

(WV) Edwin R.& Steffanie D. Simpson

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441188 |
| File No. | 040540.000247 |
| Claim/Client File No. | 715572 |

**RE:**    **(WV) Edwin R.& Steffanie D. Simpson**

**Total Amount of This Invoice**                $24.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441189 |
| File No. | 040540.000162 |
| Claim/Client File No. | 700869 |

**RE:    (GA) Williams, G. Anne**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $212.00 |
| **Total Amount of This Invoice** | **$212.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/06/12
Invoice Number 1441189
File No. 040540.000162
Claim/Client File No. 700869
Page 2

GMAC ResCap

(GA) Williams, G. Anne

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/10/12 | ABP | L160 | Develop settlement strategies | 0.1 | 29.00 |
| 06/11/12 | MRB | L110 | Research regarding appeal | 0.1 | 27.50 |
| 06/14/12 | MRB | L110 | Conference with Alex Reyes regarding dismissal and loan modification | 0.1 | 27.50 |
| 06/14/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding litigation status | 0.1 | 29.00 |
| 06/14/12 | ABP | P600 | Review Dismissal Order entered by the Court | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Verify litigation status | 0.1 | 29.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding status of dismissal order | 0.1 | 12.00 |
| | | | Totals | 0.8 | 212.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 0.2 | 275.00 | 55.00 |
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441189 |
| File No. | 040540.000162 |
| Claim/Client File No. | 700869 |

**RE:**   (GA) Williams, G. Anne

**Total Amount of This Invoice**                    $212.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441190 |
| File No. | 040540.000133 |
| Claim/Client File No. | 715654 |

RE:    **(WV) Gedney, Nieltje**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $121.00 |
| **Total Amount of This Invoice** | **$121.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441190
File No. 040540.000133
Claim/Client File No. 715654
Page 2

GMAC ResCap

(WV) Gedney, Nieltje

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| | | | Totals | 0.6 | 121.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441190 |
| File No. | 040540.000133 |
| Claim/Client File No. | 715654 |

**RE:    (WV) Gedney, Nieltje**

**Total Amount of This Invoice**               $121.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC Mortgage | |
| Attn: Sheila Gregory | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441191 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:     (WV) advs. Keiffer, Gary R.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $935.00 |
| **Total Amount of This Invoice** | **$935.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441191
File No. 040540.000224
Claim/Client File No. 711867
Page 2

GMAC Mortgage

(WV) advs. Keiffer, Gary R.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Telephone conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft letter to opposing counsel regarding improper Motions practice with regards to Motion to Amend Complaint | 0.2 | 24.00 |
| 06/12/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement and bankruptcy, and correspond with client regarding same | 0.4 | 146.00 |
| 06/21/12 | JEM | L120 | Correspond with client regarding bankruptcy and demand letters | 0.2 | 73.00 |
| 06/25/12 | JEM | L120 | Revise letters, email with client and opposing counsel and call client regarding opposition to add investors as defendants | 0.5 | 182.50 |
| 06/25/12 | ERD | L210 | Review notice of hearing on Plaintiff's Motion to Amend Complaint | 0.2 | 24.00 |
| 06/25/12 | ERD | L210 | Draft correspondence to opposing counsel regarding improper motions practice | 0.2 | 24.00 |
| 06/25/12 | ERD | L110 | Case assessment regarding Plaintiff's improper Motions practice | 0.1 | 12.00 |
| 06/26/12 | JEM | L120 | Telephone conference with client regarding revisions to opposition to Motion to Amend and assertion of bankruptcy stay and revise letters accordingly | 0.2 | 73.00 |
| 06/27/12 | JEM | L210 | Revise opposition letter to Motion to Amend per client instructions | 0.3 | 109.50 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| | | | Totals | 3.3 | 935.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/06/12
Invoice Number 1441191
File No. 040540.000224
Claim/Client File No. 711867
Page 3

GMAC  Mortgage

(WV) advs. Keiffer, Gary R.

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ERD | Derby | Paralegal | 1.1 | 120.00 | 132.00 |
| JEM | Manning | Partner | 2.2 | 365.00 | 803.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC Mortgage
Attn: Sheila Gregory
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441191 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

**Total Amount of This Invoice**                                            $935.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441192 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

**RE:    (WV)  advs. Bennett, Colin, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $267.00 |
| **Total Amount of This Invoice** | **$267.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/06/12
Invoice Number 1441192
File No. 040540.000046
Claim/Client File No. 694624
Page 2

GMAC ResCap

(WV) advs. Bennett, Colin, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| | | | Totals | 1.0 | 267.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441192 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:    (WV)  advs. Bennett, Colin, et al.

Total Amount of This Invoice                    $267.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**