# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/06/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1441193 |
| | File No. | 040540.000033 |
| | Claim/Client File No. | 720446 |

**RE:    (WV) advs Marvin & Janet L. Looney**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $1,042.50 |
| **Total Amount of This Invoice** | **$1,042.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441193
File No. 040540.000033
Claim/Client File No. 720446
Page 2

GMAC ResCap

(WV) advs Marvin & Janet L. Looney

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/08/12 | ERD | L110 | Case assessment regarding previous offers of settlement | 0.4 | 48.00 |
| 06/11/12 | JEM | L120 | Case analysis and preparation of letters to opposing counsel | 0.4 | 146.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft Letter to opposing counsel regarding potential settlement offer in light of bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft letter to opposing counsel regarding improper Motions practice with regards to Motion to Amend Complaint | 0.2 | 24.00 |
| 06/12/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement and bankruptcy, and correspond with client regarding same | 0.4 | 146.00 |
| 06/25/12 | JEM | L120 | Revise letters, email with client and opposing counsel and call client regarding opposition to add investors as defendants | 0.5 | 182.50 |
| 06/26/12 | JEM | L120 | Telephone conference with client regarding revisions to opposition to Motion to Amend and assertion of bankruptcy stay and revise letters accordingly | 0.2 | 73.00 |
| 06/26/12 | ERD | L210 | Review correspondence from Plaintiff regarding Motion to Amend complaint | 0.2 | 24.00 |
| 06/26/12 | ERD | L210 | Draft correspondence to opposing counsel regarding improper motions practice | 0.2 | 24.00 |
| 06/26/12 | ERD | L110 | case assessment regarding Plaintiff's improper Motions practice | 0.1 | 12.00 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding stay issues | 0.1 | 36.50 |
| 06/29/12 | JEM | L160 | Revise letters to opposing counsel regarding | 0.3 | 109.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441193
File No. 040540.000033
Claim/Client File No. 720446
Page 3

GMAC ResCap

(WV) advs Marvin & Janet L. Looney

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | settlement negotiations | | |
| 06/29/12 | ERD | L110 | Revise correspondence to opposing counsel regarding improper motions practice | 0.3 | 36.00 |
| 06/29/12 | ERD | L110 | Revise correspondence to opposing counsel regarding settlement in light of bankruptcy | 0.3 | 36.00 |
| | | | | Totals | 4.4 | 1,042.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 2.3 | 120.00 | 276.00 |
| JEM | Manning | Partner | 2.1 | 365.00 | 766.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441193 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

**RE:**     **(WV) advs Marvin & Janet L. Looney**

**Total Amount of This Invoice**     $1,042.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441194 |
| File No. | 040540.000007 |
| Claim/Client File No. | 686376 |

RE:    (WV) Rexyall Wade & Deanna Wade

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $945.50 |
| **Total Amount of This Invoice** | **$945.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV) Rexyall Wade & Deanna Wade

Invoice Date 08/06/12
Invoice Number 1441194
File No. 040540.000007
Claim/Client File No. 686376
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/11/12 | JEM | L120 | Case analysis and preparation of letters to opposing counsel | 0.4 | 146.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft Letter to opposing counsel regarding potential settlement offer in light of bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft letter to opposing counsel regarding improper Motions practice with regards to Motion to Amend Complaint | 0.2 | 24.00 |
| 06/12/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement and bankruptcy, and correspond with client regarding same | 0.4 | 146.00 |
| 06/25/12 | JEM | L120 | Revise letters, email with client and opposing counsel and call client regarding opposition to add investors as defendants | 0.5 | 182.50 |
| 06/25/12 | ERD | L210 | Review correspondence from opposing counsel regarding Plaintiff's Motion to Amend Complaint | 0.1 | 12.00 |
| 06/25/12 | ERD | L210 | Compose correspondence to Plaintiff regarding improper Motions practice | 0.2 | 24.00 |
| 06/25/12 | ERD | L110 | Case assessment regarding Plaintiff's improper Motions practice | 0.1 | 12.00 |
| 06/26/12 | JEM | L120 | Telephone conference with client regarding revisions to opposition to Motion to Amend and assertion of bankruptcy stay and revise letters accordingly | 0.2 | 73.00 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding stay issues | 0.1 | 36.50 |
| 06/29/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement negotiations | 0.3 | 109.50 |
| 06/29/12 | ERD | L110 | Revise correspondence to opposing counsel regarding improper Motions practice | 0.3 | 36.00 |
| 06/29/12 | ERD | L110 | Revise correspondence to opposing counsel | 0.3 | 36.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/06/12
Invoice Number 1441194
File No. 040540.000007
Claim/Client File No. 686376
Page 3

GMAC ResCap

(WV) Rexyall Wade & Deanna Wade

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | regarding potential settlement | | |
| 06/29/12 | ERD | L110 | Case assessment regarding Order granting Plaintiff's Motion to Amend Complaint and remove GMAC as a party | 0.3 | 36.00 |
| | | | Totals | 4.0 | 945.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ERD | Derby | Paralegal | 2.1 | 120.00 | 252.00 |
| JEM | Manning | Partner | 1.9 | 365.00 | 693.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441194 |
| File No. | 040540.000007 |
| Claim/Client File No. | 686376 |

RE:     (WV) Rexyall Wade & Deanna Wade

**Total Amount of This Invoice**                    $945.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441290 |
| File No. | 040540.000314 |
| Claim/Client File No. | 726148 |

**RE:    (WV)  Hood, Marcella Mae**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $437.00 |
| **Total Amount of This Invoice** | **$437.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV)  Hood, Marcella Mae

Invoice Date 08/06/12
Invoice Number 1441290
File No. 040540.000314
Claim/Client File No. 726148
Page 2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Telephone conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/27/12 | JEM | P500 | Settlement negotiations with opposing counsel and update client regarding same | 0.4 | 146.00 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| 06/29/12 | ERD | L110 | Compose correspondence to opposing counsel regarding settlement in light of bankruptcy | 0.3 | 36.00 |
| 06/29/12 | ERD | L110 | Case assessment regarding status of loan modification for Plaintiff | 0.3 | 36.00 |
| | | | Totals | 1.6 | 437.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441290 |
| File No. | 040540.000314 |
| Claim/Client File No. | 726148 |

**RE:    (WV)  Hood, Marcella Mae**

**Total Amount of This Invoice**                         $437.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/07/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1441296 |
| File No. | 040540.000270 |
| Claim/Client File No. | 718677 |

**RE:    advs. Bonesteel, John P.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 05/31/12 | $209.00 |
| **Total Amount of This Invoice** | **$209.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/07/12
Invoice Number 1441296
File No. 040540.000270
Claim/Client File No. 718677
Page 2

GMAC ResCap

advs. Bonesteel, John P.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 05/15/12 | ESF | L160 | Phone conference with Plaintiff's counsel | 0.2 | 46.00 |
| 05/15/12 | ESF | L160 | Review correspondence from opposing counsel regarding terms of settlement agreement | 0.2 | 46.00 |
| 05/16/12 | ESF | L160 | Correspondence to opposing counsel regarding notice of bankruptcy | 0.1 | 23.00 |
| 05/16/12 | ERD | L210 | Draft Notice of Bankruptcy and Effect of Automatic Stay | 0.2 | 24.00 |
| 05/17/12 | ERD | L210 | Compose correspondence to Clerk's office enclosing Notice of Bankruptcy | 0.2 | 24.00 |
| 05/31/12 | ESF | L190 | Phone conference with counsel for plaintiff Union First Market Bank regarding bankruptcy stay | 0.2 | 46.00 |
| | | | Totals | 1.1 | 209.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 05/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ESF | Flowers | Associate | 0.7 | 230.00 | 161.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/07/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1441296 |
| | File No. | 040540.000270 |
| | Claim/Client File No. | 718677 |

**RE:    advs. Bonesteel, John P.**

**Total Amount of This Invoice**                    $209.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/13/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1442429 |
| | File No. | 040540.000322 |
| | Claim/Client File No. | 713753 |

**RE:   (WV) Belcher, James and Willa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $279.50 |
| **Total Amount of This Invoice** | **$279.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/13/12
Invoice Number 1442429
File No. 040540.000322
Claim/Client File No. 713753
Page 2

GMAC ResCap

(WV) Belcher, James and Willa

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/22/12 | JEM | L120 | Telephone conference with client regarding bankruptcy order and case status | 0.3 | 109.50 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| | | | Totals | 0.9 | 279.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 0.7 | 365.00 | 255.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442429 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

**Total Amount of This Invoice**                    $279.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442430 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

**RE:    (WV) Lowe, John Robert**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $594.00 |
| **Total Amount of This Invoice** | **$594.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/13/12
Invoice Number 1442430
File No. 040540.000292
Claim/Client File No. 722383
Page 2

GMAC ResCap

(WV) Lowe, John Robert

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | JEM | L120 | Telephone conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/08/12 | ERD | L110 | Compose correspondence to opposing counsel regarding settlement proposal in light of RESCAP Bankruptcy | 0.4 | 48.00 |
| 06/11/12 | JEM | L120 | Case analysis and preparation of letters to opposing counsel | 0.4 | 146.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft Letter to opposing counsel regarding potential settlement offer in light of bankruptcy | 0.2 | 24.00 |
| 06/12/12 | JEM | L120 | Advise client on bankruptcy impact | 0.2 | 73.00 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding stay issues | 0.1 | 36.50 |
| 06/29/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement negotiations | 0.3 | 109.50 |
| 06/29/12 | ERD | L110 | Revise correspondence to opposing counsel regarding settlement in light of bankruptcy | 0.3 | 36.00 |
| | | | Totals | 2.5 | 594.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.3 | 120.00 | 156.00 |
| JEM | Manning | Partner | 1.2 | 365.00 | 438.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442430 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

RE:    (WV) Lowe, John Robert

**Total Amount of This Invoice**          $594.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/13/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1442431 |
| | File No. | 040540.000305 |
| | Claim/Client File No. | 723792 |

RE:    **(GA) White, Clarence vs GMAC et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $161.50 |
| **Total Amount of This Invoice** | **$161.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/13/12
Invoice Number 1442431
File No. 040540.000305
Claim/Client File No. 723792
Page 2

GMAC ResCap

(GA) White, Clarence vs GMAC et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | JCL | L190 | Prepare for and attend call with Christy Handcock at Bradley Arent regarding impact of bankruptcy case including defense of trustee and defense of claims if involving property and foreclosure | 0.1 | 40.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding forfeiture | 0.1 | 12.00 |
| 06/15/12 | JEM | L110 | Correspond with opposing counsel and client regarding sale of property to satisfy full payment of liens | 0.3 | 109.50 |
| | | | Totals | 0.5 | 161.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| JCL | Lynch | Partner | 0.1 | 400.00 | 40.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442431 |
| File No. | 040540.000305 |
| Claim/Client File No. | 723792 |

RE:     (GA) White, Clarence vs GMAC et al.

**Total Amount of This Invoice**            $161.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442432 |
| File No. | 040540.000086 |
| Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $986.50 |
| **Total Amount of This Invoice** | **$986.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/13/12
Invoice Number 1442432
File No. 040540.000086
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/01/12 | ABP | L210 | Exchange correspondence with counsel for MERS regarding service of Complaint | 0.1 | 29.00 |
| 06/05/12 | ABP | L120 | Research and analyze case law regarding wrongful foreclosure | 0.4 | 116.00 |
| 06/07/12 | ABP | L210 | Plan and prepare responsive pleadings and develop defensive strategies | 0.2 | 58.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding proposed responsive pleadings | 0.1 | 29.00 |
| 06/11/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding proposed responsive pleadings | 0.1 | 29.00 |
| 06/13/12 | ERD | L210 | Case assessment regarding upcoming deadline to file responsive pleadings | 0.1 | 12.00 |
| 06/15/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding proposed responsive pleadings | 0.2 | 58.00 |
| 06/15/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding proposed responsive pleadings | 0.1 | 29.00 |
| 06/15/12 | ABP | L120 | Develop litigation strategies regarding responsive pleadings | 0.2 | 58.00 |
| 06/18/12 | JEM | L210 | Prepare client correspondence regarding Answer | 0.3 | 109.50 |
| 06/18/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding responsive pleadings and Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/18/12 | ABP | L120 | Develop strategies regarding possible amendments to MERS responsive pleadings | 0.2 | 58.00 |
| 06/21/12 | ABP | L120 | Develop strategies regarding responsive pleadings on behalf of MERS | 0.2 | 58.00 |
| 06/22/12 | ABP | L110 | Verify litigation status | 0.1 | 29.00 |