IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/13/12
Invoice Number 1442432
File No. 040540.000086
Claim/Client File No. 728771
Page 3

GMAC ResCap

(GA) Roberts, Lenworth L.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/25/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 06/28/12 | ABP | L120 | Develop strategies regarding settlement of case through possible loan modification | 0.2 | 58.00 |
| 06/29/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding proposed resolution of case through loan modification | 0.2 | 58.00 |
| 06/29/12 | ABP | L120 | Develop strategies for settlement of case | 0.1 | 29.00 |
| | | | Totals | 3.5 | 986.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 2.9 | 290.00 | 841.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442432 |
| File No. | 040540.000086 |
| Claim/Client File No. | 728771 |

RE:    (GA) Roberts, Lenworth L.

**Total Amount of This Invoice**          $986.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW | Office Address |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442442 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

**RE:    (GA) Richard C. Flippin - Foreclosure**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $82.00 |
| **Total Amount of This Invoice** | **$82.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/13/12
Invoice Number 1442442
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| | | | Totals | 0.4 | 82.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442442 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:   (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**          $82.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW | Office Address |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

GMAC ResCap  
Attn: Sheila Gregory  
One Meridian Crossings  
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442443 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

**RE:** (WV) Bragg, Virginia and Gregory

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $606.50 |
| **Total Amount of This Invoice** | **$606.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/13/12
Invoice Number 1442443
File No. 040540.000289
Claim/Client File No. 721577
Page 2

GMAC ResCap

(WV) Bragg, Virginia and Gregory

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/12 | ERD | L110 | Case assessment regarding correspondence from Decision One's counsel regarding appearance of Sean Higgins | 0.2 | 24.00 |
| 06/04/12 | ERD | L110 | Draft correspondence to Decision One counsel enclosing GMAC documents filed with the Court | 0.3 | 36.00 |
| 06/07/12 | JEM | L120 | Telephone conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft letter to opposing counsel regarding improper Motions practice with regards to Motion to Amend Complaint | 0.2 | 24.00 |
| 06/12/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement and bankruptcy, and correspond with client regarding same | 0.4 | 146.00 |
| 06/22/12 | JEM | L120 | Telephone calls with client regarding bankruptcy order and case status | 0.3 | 109.50 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| | | | Totals | 2.4 | 606.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 1.1 | 120.00 | 132.00 |
| JEM | Manning | Partner | 1.3 | 365.00 | 474.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Sheila Gregory
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442443 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

RE:    (WV) Bragg, Virginia and Gregory

**Total Amount of This Invoice**        $606.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW | Office Address |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/13/12 |
| Attn: Sheila Gregory | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1442444 |
| | File No. | 040540.000311 |
| | Claim/Client File No. | 725270 |

**RE:   (WV) Smith, Maryann**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $521.00 |
| **Total Amount of This Invoice** | **$521.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/13/12
Invoice Number 1442444
File No. 040540.000311
Claim/Client File No. 725270
Page 2

GMAC ResCap

(WV) Smith, Maryann

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/12 | JEM | L120 | Conference call with client regarding case strategy and analysis summary, including discussion of bankruptcy impact | 0.2 | 73.00 |
| 06/07/12 | ERD | L110 | Case assessment regarding status of case in light of RESCAP Bankruptcy Stay | 0.2 | 24.00 |
| 06/08/12 | ERD | L110 | Compose correspondence to opposing counsel regarding settlement proposal in light of RESCAP Bankruptcy | 0.4 | 48.00 |
| 06/11/12 | JEM | L120 | Case analysis and preparation of letters to opposing counsel | 0.4 | 146.00 |
| 06/12/12 | ERD | L120 | Case assessment regarding strategy for case in light of GMAC bankruptcy | 0.2 | 24.00 |
| 06/12/12 | ERD | L120 | Draft Letter to opposing counsel regarding potential settlement offer in light of bankruptcy | 0.2 | 24.00 |
| 06/12/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement and bankruptcy, and correspond with client regarding same | 0.4 | 146.00 |
| 06/29/12 | ERD | L110 | Revise correspondence to opposing counsel regarding settlement in light of bankruptcy | 0.3 | 36.00 |
| | | | Totals | 2.3 | 521.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 1.3 | 120.00 | 156.00 |
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/13/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442444 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

RE:    (WV) Smith, Maryann

**Total Amount of This Invoice**          $521.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW | Office Address |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---:|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442711 |
| File No. | 040540.000268 |
| Claim/Client File No. | 718472 |

**RE:** (NJ) advs Makker, Hemant

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $80.00 |
| **Total Amount of This Invoice** | **$80.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/06/12
Invoice Number 1442711
File No. 040540.000268
Claim/Client File No. 718472
Page 2

GMAC ResCap

(NJ) advs Makker, Hemant

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/12 | MIS | C400 | Telephone call with Christine Buen concerning short sale request | 0.1 | 40.00 |
| 06/04/12 | MIS | C400 | Telephone call with adversary concerning short sale request | 0.1 | 40.00 |
| | | | Totals | 0.2 | 80.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| MIS | Schlesinger | Of Counsel | 0.2 | 400.00 | 80.00 |

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW<br>A LIMITED LIABILITY PARTNERSHIP<br>FEDERAL ID No. 58-0946915 | **Electronic Payments** |
| Troutman Sanders LLP | | Wells Fargo Bank, N.A., Atlanta, Georgia |
| P.O. Box 933652 | | ACH/ABA #061000227 |
| Atlanta, Georgia 31193-3652 | | WIRE/ABA #121000248 |
| | Office Location: | To Credit Troutman Sanders LLP |
| | 222 Central Park Avenue | Operating Account #2052700305792 |
| | Suite 2000 | Reference Attorney: J C Lynch |
| | Virginia Beach, VA 23462 | Reference Client: 040540 |
| | | From International Locations please add Swift Address/Code: WFBI US 6S |

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/06/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442711 |
| File No. | 040540.000268 |
| Claim/Client File No. | 718472 |

RE:    (NJ) advs Makker, Hemant

**Total Amount of This Invoice**              $80.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442843 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

**RE:**   (WV)  advs. Bennett, Colin, et al.

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $606.50 |
| **Total Amount of This Invoice** | **$606.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1442843
File No. 040540.000046
Claim/Client File No. 694624
Page 2

GMAC ResCap

(WV) advs. Bennett, Colin, et al.

#### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/12 | JEM | L120 | Conference call with client regarding letter bifurcating claims per bankruptcy order | 0.2 | 73.00 |
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.1 | 12.00 |
| 07/12/12 | JEM | L120 | Prepare letter to Court regarding bifurcation of claims and request for new trial | 0.6 | 219.00 |
| 07/13/12 | JEM | L210 | Finalize and send letter to Court regarding proceeding to trial; correspond with counsel for Equitable | 0.4 | 146.00 |
| 07/16/12 | ERD | L110 | Review correspondence to Equitable Trust | 0.1 | 12.00 |
| 07/26/12 | KLR | L190 | Review Court Order setting Scheduling Conference | 0.2 | 35.00 |
| 07/27/12 | JEM | L450 | Correspondence with court and opposing counsel regarding scheduling conference for new trial date | 0.3 | 109.50 |
| | | | Totals | 1.9 | 606.50 |

#### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 1.5 | 365.00 | 547.50 |
| KLR | Russell | Paralegal | 0.2 | 175.00 | 35.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442843 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:    (WV) advs. Bennett, Colin, et al.

**Total Amount of This Invoice**    $606.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442853 |
| File No. | 040540.000098 |
| Claim/Client File No. | 694256 |

**RE:    (GA) Howard, Matthew W.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $256.50 |
| **Total Amount of This Invoice** | **$256.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/21/12
Invoice Number 1442853
File No. 040540.000098
Claim/Client File No. 694256
Page 2

GMAC ResCap

(GA) Howard, Matthew W.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/03/12 | ABP | L110 | Verify status of Court ruling on Plaintiff's Motion for Reconsideration | 0.1 | 29.00 |
| 07/17/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/30/12 | AJR | L190 | Check docket regarding status of case per client's request | 0.1 | 28.50 |
| 07/30/12 | AJR | L190 | Email to client regarding case status | 0.1 | 28.50 |
| 07/30/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding status of pending Court Order and dispossessory action | 0.2 | 58.00 |
| 07/31/12 | AJR | L190 | Emails with client regarding status of ruling on motion for reconsideration | 0.1 | 28.50 |
| 07/31/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding status of Court ruling on Motion for Reconsideration | 0.1 | 29.00 |
| | | | Totals | 0.9 | 256.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 0.4 | 290.00 | 116.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442853 |
| File No. | 040540.000098 |
| Claim/Client File No. | 694256 |

RE:    (GA) Howard, Matthew W.

**Total Amount of This Invoice**         $256.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**