# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442856 |
| File No. | 040540.000104 |
| Claim/Client File No. | 695250 |

**RE:    (GA)  Peter B. Mancuso**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $2,689.50 |
| **Total Amount of This Invoice** | **$2,689.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1442856
File No. 040540.000104
Claim/Client File No. 695250
Page 2

GMAC ResCap

(GA)  Peter B. Mancuso

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/04/12 | MJW | L190 | Check docket for order | 0.2 | 55.00 |
| 06/11/12 | AJR | L250 | Prepare and file notice of substitution of counsel | 0.1 | 28.50 |
| 06/12/12 | ABP | L110 | Verify status of appeal | 0.1 | 29.00 |
| 06/13/12 | MJW | L190 | Identify proper GMAC parties | 0.1 | 27.50 |
| 06/13/12 | MJW | L190 | Review and respond to email correspondence regarding proper parties | 0.1 | 27.50 |
| 06/19/12 | AJR | L120 | Summarize case strategy for client | 0.9 | 256.50 |
| 06/19/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding litigation status and strategies | 0.4 | 116.00 |
| 06/19/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy and review case file to advise client on strategy | 0.7 | 192.50 |
| 06/19/12 | MJW | L190 | Draft case summary | 1.3 | 357.50 |
| 06/20/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding proposed Motion to Strike Lis Pendens | 0.1 | 29.00 |
| 06/21/12 | AJR | L510 | Receive and review court of appeals order affirming ruling in client's favor and email to client regarding same and regarding strategy for filing motion to cancel lis pendens | 0.2 | 57.00 |
| 06/21/12 | ABP | L510 | Review correspondence exchanged with client Christy Hancock regarding Court of Appeals Order affirming trial court judgment and review Order | 0.1 | 29.00 |
| 06/21/12 | ABP | L120 | Develop strategies regarding cancellation of lis pendens | 0.1 | 29.00 |
| 06/21/12 | MJW | L210 | Review and respond to email correspondence regarding entered order | 0.2 | 55.00 |
| 06/21/12 | MJW | L210 | Review entered order | 0.4 | 110.00 |
| 06/22/12 | ABP | L510 | Review Court of Appeals Order affirming trial court judgment | 0.1 | 29.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding status of appeal | 0.1 | 12.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding dismissal of case | 0.1 | 12.00 |
| 06/25/12 | AJR | L510 | Receive and review correspondence from the court | 0.1 | 28.50 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 08/20/12
Invoice Number 1442856
File No. 040540.000104
Claim/Client File No. 695250
Page 3

GMAC ResCap
(GA) Peter B. Mancuso

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | regarding notice of appearance and substitution of counsel | | |
| 06/25/12 | AJR | L190 | Update case tasks in client chart | 0.5 | 142.50 |
| 06/26/12 | AJR | L120 | Analyze strategy for case and for filing motion to cancel lis pendens | 0.1 | 28.50 |
| 06/26/12 | AWL | L510 | Review Court of Appeals decision and consider and comment on lis pendens issues | 0.2 | 90.00 |
| 06/26/12 | MJW | L210 | Review and respond to email correspondence regarding lis pendens | 0.2 | 55.00 |
| 06/26/12 | MJW | L210 | Draft supplemental motion to cancel lis pendens | 1.6 | 440.00 |
| 06/26/12 | MJW | L120 | Review case file | 0.4 | 110.00 |
| 06/27/12 | AJR | L190 | Prepare and revise chart of cases for bankruptcy and email with client regarding same | 1.0 | 285.00 |
| 06/27/12 | ABP | L120 | Develop strategies regarding Motion to Cancel Lis Pendens | 0.2 | 58.00 |
| | | | Totals | 9.6 | 2,689.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 2.9 | 285.00 | 826.50 |
| MJW | Windham | Associate | 5.2 | 275.00 | 1,430.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1442856 |
| File No. | 040540.000104 |
| Claim/Client File No. | 695250 |

RE:    (GA)  Peter B. Mancuso

**Total Amount of This Invoice**            $2,689.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444357 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

RE:    (GA) Kenneth Reaves

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $479.00 |
| **Total Amount of This Invoice** | **$479.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444357
File No. 040540.000281
Claim/Client File No. 720590
Page 2

GMAC ResCap

(GA) Kenneth Reaves

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/04/12 | MJW | L210 | Conference regarding substitution of counsel; review and respond to email correspondence regarding same | 0.4 | 110.00 |
| 06/04/12 | MJW | L210 | Research substitution of counsel rules | 0.5 | 137.50 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | AJR | L120 | Emails with Bill Loeffler regarding status of case and strategy for same in light of bankruptcy | 0.1 | 28.50 |
| 06/22/12 | ABP | P600 | Review litigation case file and file correspondence regarding obtaining entry of Dismissal Order from Court | 0.1 | 29.00 |
| 06/22/12 | ABP | P600 | Exchange correspondence with client Heather Franchi regarding status of Order granting Motion to Dismiss | 0.2 | 58.00 |
| 06/29/12 | ABP | L120 | Review correspondence from client Beth Northrup-Day regarding litigation strategy | 0.1 | 29.00 |
| 06/30/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| | | | Totals | 1.7 | 479.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.7 | 290.00 | 203.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 0.9 | 275.00 | 247.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444357 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

**RE:**    **(GA) Kenneth Reaves**

**Total Amount of This Invoice**                     $479.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444366 |
| | File No. | 040540.000102 |
| | Claim/Client File No. | 720750 |

RE:    (GA) Sampson, Rodney

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $810.00 |
| **Total Amount of This Invoice** | **$810.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444366
File No. 040540.000102
Claim/Client File No. 720750
Page 2

GMAC ResCap

(GA) Sampson, Rodney

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/08/12 | ABP | L120 | Review litigation case assessment | 0.1 | 29.00 |
| 06/11/12 | AJR | L250 | Prepare and file notice of substitution of counsel | 0.1 | 28.50 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | MJW | L190 | Review case file and docket | 0.5 | 137.50 |
| 06/12/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy | 0.2 | 55.00 |
| 06/14/12 | AJR | L250 | Prepare and file notice of bankruptcy | 0.1 | 28.50 |
| 06/14/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding Notice of Bankruptcy and Stay of Litigation, and review Notice | 0.1 | 29.00 |
| 06/14/12 | MJW | L210 | Draft notice of bankruptcy | 0.6 | 165.00 |
| 06/14/12 | MJW | L210 | Review and respond to email correspondence regarding notice of bankruptcy | 0.3 | 82.50 |
| 06/20/12 | AJR | L250 | Email notice of bankruptcy to client | 0.1 | 28.50 |
| 06/20/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding Notice of Bankruptcy and Stay of Litigation and review same | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Verify litigation status | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Review Notice of Lis Pendens | 0.1 | 29.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding lis pendens | 0.1 | 12.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding status of filing notice of bankruptcy | 0.1 | 12.00 |
| 06/28/12 | AJR | L250 | Email to client regarding notice of bankruptcy | 0.1 | 28.50 |
| | | | Totals | 3.0 | 810.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444366
File No. 040540.000102
Claim/Client File No. 720750
Page 3

GMAC ResCap

(GA) Sampson, Rodney

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.8 | 290.00 | 232.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |
| MJW | Windham | Associate | 1.6 | 275.00 | 440.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444366 |
| File No. | 040540.000102 |
| Claim/Client File No. | 720750 |

**RE:**    **(GA) Sampson, Rodney**

**Total Amount of This Invoice**              $810.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444367 |
| File No. | 040540.000107 |
| Claim/Client File No. | 690612 |

RE:    (GA) Steed, Ellery

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $1,177.50 |
| **Total Amount of This Invoice** | **$1,177.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/20/12
Invoice Number 1444367
File No. 040540.000107
Claim/Client File No. 690612
Page 2

GMAC ResCap

(GA) Steed, Ellery

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/12/12 | ABP | L110 | Verify appeal status | 0.1 | 29.00 |
| 06/13/12 | MJW | L190 | Identify proper GMAC parties | 0.2 | 55.00 |
| 06/13/12 | MJW | L190 | Review and respond to email correspondence regarding proper parties | 0.1 | 27.50 |
| 06/19/12 | AJR | L190 | Summarize case status for client and email to client regarding filing notice of bankruptcy and prepare and file substitution of counsel | 0.5 | 142.50 |
| 06/19/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding Notice of Bankruptcy and Stay of Litigation | 0.2 | 58.00 |
| 06/19/12 | ABP | L120 | Develop litigation and Appellate strategies | 0.2 | 58.00 |
| 06/19/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy and review case file and docket to advise client on strategy | 1.6 | 440.00 |
| 06/19/12 | MJW | L210 | Draft notice of bankruptcy | 0.5 | 137.50 |
| 06/20/12 | AJR | L250 | Email notice of bankruptcy to client | 0.2 | 57.00 |
| 06/20/12 | AWL | L210 | Edit and file amended certificate of interested persons | 0.1 | 45.00 |
| 06/20/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding filed Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/20/12 | ABP | L110 | Review filed Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Verify litigation status | 0.1 | 29.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding status of appeal | 0.1 | 12.00 |
| | | | Totals | 4.2 | 1,177.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444367
File No. 040540.000107
Claim/Client File No. 690612
Page 3

GMAC ResCap
(GA) Steed, Ellery

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 0.7 | 285.00 | 199.50 |
| MJW | Windham | Associate | 2.4 | 275.00 | 660.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444367 |
| File No. | 040540.000107 |
| Claim/Client File No. | 690612 |

RE:    (GA) Steed, Ellery

**Total Amount of This Invoice**                $1,177.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC Mortgage
Attn: David G. Hagens, Esq.
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444374 |
| File No. | 040540.000324 |
| Claim/Client File No. | 729137 |

**RE:    (GA) advs. Willis, Calvin E.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $5,888.50 |
| **Total Amount of This Invoice** | **$5,888.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444374
File No. 040540.000324
Claim/Client File No. 729137
Page 2

GMAC  Mortgage

(GA) advs. Willis, Calvin E.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/04/12 | MJW | L190 | Review case file | 0.4 | 110.00 |
| 06/04/12 | MJW | L190 | Draft assessment | 0.6 | 165.00 |
| 06/05/12 | ABP | L120 | Research and analyze case law regarding wrongful foreclosure | 0.3 | 87.00 |
| 06/06/12 | ERD | L210 | Case assessment regarding status of responsive pleadings | 0.2 | 24.00 |
| 06/07/12 | AJR | L110 | Email to Frank Olson regarding foreclosure file | 0.1 | 28.50 |
| 06/07/12 | AJR | L120 | Emails with Katie Dutill regarding fact package and eviction | 0.1 | 28.50 |
| 06/07/12 | ABP | L210 | Plan and prepare responsive pleadings | 0.2 | 58.00 |
| 06/07/12 | MJW | L120 | Review file; review and respond to email correspondence regarding strategy and deadlines | 0.7 | 192.50 |
| 06/08/12 | AJR | L110 | Email with client regarding fact package | 0.1 | 28.50 |
| 06/08/12 | JCL | L190 | Prepare for and attend call with Christy Hancock at Bradley Arent regarding impact of bankruptcy case including defense of trustee and defense of claims if involving property and foreclosure | 0.2 | 80.00 |
| 06/08/12 | ERD | L110 | Plan and prepare case strategy in light of RESCAP bankruptcy on conference call with client | 0.3 | 36.00 |
| 06/08/12 | MJW | L190 | Review and respond to email correspondence regarding eviction | 0.2 | 55.00 |
| 06/10/12 | ABP | L160 | Develop settlement strategies | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L190 | Review and respond to email correspondence regarding case deadlines | 0.2 | 55.00 |
| 06/12/12 | MJW | L190 | Draft case assessment | 0.9 | 247.50 |
| 06/13/12 | ERD | L210 | Case assessment regarding upcoming deadline to file responsive pleadings | 0.1 | 12.00 |
| 06/13/12 | MJW | L190 | Review case file | 0.2 | 55.00 |
| 06/13/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy | 0.3 | 82.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444374
File No. 040540.000324
Claim/Client File No. 729137
Page 3

GMAC Mortgage
(GA) advs. Willis, Calvin E.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/14/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 06/14/12 | MJW | L210 | Draft answer | 0.2 | 55.00 |
| 06/14/12 | MJW | L190 | Review and respond to email correspondence regarding case deadlines | 0.2 | 55.00 |
| 06/15/12 | AJR | L110 | Receive and review foreclosure file from Frank Olson | 0.1 | 28.50 |
| 06/19/12 | MJW | L210 | Draft case assessment; draft motion to dismiss | 1.5 | 412.50 |
| 06/20/12 | MJW | L190 | Telephone conference regarding fact package | 0.1 | 27.50 |
| 06/20/12 | MJW | L210 | Draft motion to dismiss | 1.4 | 385.00 |
| 06/21/12 | AJR | L210 | Revise answer and motion to dismiss and email to client regarding same | 1.3 | 370.50 |
| 06/21/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding draft responsive pleadings and Motion to Dismiss | 0.1 | 29.00 |
| 06/21/12 | MJW | L210 | Draft answer; draft motion to dismiss | 4.9 | 1,347.50 |
| 06/21/12 | MJW | L210 | Review and respond to email correspondence regarding pleadings and deadline | 0.2 | 55.00 |
| 06/25/12 | AJR | L210 | Revise answer; file answer and motion to dismiss; revise verification and analyze strategy for same | 0.7 | 199.50 |
| 06/25/12 | AJR | L120 | Analyze strategy for filing answer and motion to dismiss and email to client regarding same; legal research regarding procedures for answering under Georgia law at request of client | 1.1 | 313.50 |
| 06/25/12 | MJW | L210 | Review and respond to email correspondence regarding verification of answer | 0.3 | 82.50 |
| 06/25/12 | MJW | L210 | Edit answer | 0.4 | 110.00 |
| 06/25/12 | ABP | L210 | Review Verified Complaint | 0.4 | 116.00 |
| 06/25/12 | ABP | L210 | Review and revise proposed responsive pleadings and special appearance Motion to Dismiss | 0.3 | 87.00 |
| 06/25/12 | ABP | L120 | Develop litigation strategies in response to Plaintiff's Complaint | 0.3 | 87.00 |
| 06/25/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding responsive pleadings | 0.2 | 58.00 |
| 06/26/12 | AJR | L210 | Email stamped filed copies of answer and motion to dismiss to client | 0.1 | 28.50 |
| 06/26/12 | AJR | L120 | Analyze strategy for filing proof of claim in light of | 0.3 | 85.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444374
File No. 040540.000324
Claim/Client File No. 729137
Page 4

GMAC Mortgage
(GA) advs. Willis, Calvin E.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | borrower's bankruptcy; revise amended answer and prepare same for filing | | |
| 06/26/12 | MJW | L210 | Draft amended answer | 0.6 | 165.00 |
| 06/26/12 | MJW | L210 | Review and respond to email correspondence regarding amended answer | 0.1 | 27.50 |
| 06/27/12 | AJR | L210 | Prepare and file amended answer | 0.1 | 28.50 |
| 06/27/12 | MRB | L110 | Research and review chapter 13 bankruptcy in connection with Henry County State Court Action; draft email to Alex Reyes and Christy Hancock regarding same | 0.7 | 192.50 |
| 06/27/12 | AJR | L120 | Analyze strategy for filing proof of claim | 0.2 | 57.00 |
| | | | Totals | 21.5 | 5,888.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 0.7 | 275.00 | 192.50 |
| ERD | Derby | Paralegal | 0.8 | 120.00 | 96.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| ABP | Pittman | Associate | 2.2 | 290.00 | 638.00 |
| AJR | Reyes | Associate | 4.2 | 285.00 | 1,197.00 |
| MJW | Windham | Associate | 13.4 | 275.00 | 3,685.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC Mortgage
Attn: David G. Hagens, Esq.
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444374 |
| File No. | 040540.000324 |
| Claim/Client File No. | 729137 |

**RE:**    **(GA) advs. Willis, Calvin E.**

**Total Amount of This Invoice**        $5,888.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444376 |
| File No. | 040540.000230 |
| Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $2,537.50 |
| **Total Amount of This Invoice** | **$2,537.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444376
File No. 040540.000230
Claim/Client File No. 712855
Page 2

GMAC ResCap

(GA) Smith, Yvette

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/04/12 | MJW | L510 | Review and respond to email correspondence regarding appeal index | 0.2 | 55.00 |
| 06/05/12 | AJR | L510 | Receive and review docketing notice and plaintiff's index of record | 0.3 | 85.50 |
| 06/05/12 | ERD | L110 | Case assessment regarding docketing in the Court of Appeals in GA. | 0.2 | 24.00 |
| 06/07/12 | AJR | L250 | Receive and review plaintiff's motion and affidavit to stay enforcement of judgment/order pending appeal | 0.2 | 57.00 |
| 06/07/12 | ABP | L120 | Develop strategies and response to borrower's Motion to Stay Enforcement of Judgment | 0.2 | 58.00 |
| 06/07/12 | MJW | L210 | Review and respond to email correspondence regarding motion; review plaintiff's motion | 0.6 | 165.00 |
| 06/08/12 | AJR | L250 | Email to client regarding plaintiff's motion and affidavit to stay enforcement of judgment/order pending appeal | 0.1 | 28.50 |
| 06/08/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding Borrower's Motion to Stay Enforcement of Judgment | 0.1 | 29.00 |
| 06/08/12 | ABP | L110 | Verify foreclosure status | 0.1 | 29.00 |
| 06/08/12 | ERD | L110 | Review Plaintiff's Motion and Affidavit to Stay enforcement of the judgment order | 0.2 | 24.00 |
| 06/08/12 | ERD | L110 | Plan and prepare for strategy regarding handling of case in light of RESCAP bankruptcy on conference call with client | 0.3 | 36.00 |
| 06/11/12 | AJR | L510 | Email to Bill Loeffler regarding status of and strategy for case in light of appeal | 0.1 | 28.50 |
| 06/11/12 | AJR | L510 | Email to Heather Franchi regarding notice of docketing | 0.1 | 28.50 |
| 06/11/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L520 | Review and respond to email correspondence regarding appellate briefing schedule | 0.2 | 55.00 |
| 06/13/12 | ERD | L520 | Case assessment regarding upcoming deadlines for file appellate briefs | 0.1 | 12.00 |