IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444376
File No. 040540.000230
Claim/Client File No. 712855
Page 3

GMAC ResCap

(GA) Smith, Yvette

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/18/12 | ABP | L110 | Review correspondence from client Heather Franchi regarding litigation status | 0.1 | 29.00 |
| 06/18/12 | MJW | L510 | Research issue regarding motion on appeal | 1.9 | 522.50 |
| 06/18/12 | MJW | L510 | Draft response | 0.5 | 137.50 |
| 06/18/12 | MJW | L510 | Telephone conference regarding response motion | 0.1 | 27.50 |
| 06/19/12 | AJR | L120 | Summarize status update for client | 0.2 | 57.00 |
| 06/19/12 | ABP | L110 | Review correspondence exchanged with client Heather Franchi regarding litigation status | 0.1 | 29.00 |
| 06/21/12 | AJR | L120 | Analyze case strategy and email to client regarding same | 0.2 | 57.00 |
| 06/21/12 | ABP | L110 | Review correspondence from client Heather Franchi regarding Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/21/12 | MJW | L190 | Review and respond to email correspondence regarding notice of bankruptcy; conference regarding effect of stay on appeal | 0.3 | 82.50 |
| 06/22/12 | AJR | L250 | Sign and file notice of substitution of counsel | 0.1 | 28.50 |
| 06/22/12 | AJR | L520 | Review and analyze plaintiff's appeal brief; calendar deadline for responding to same; update task lists | 0.6 | 171.00 |
| 06/22/12 | MJW | L190 | Pull appellate brief from docket; review and respond to email correspondence regarding appellate briefing schedule | 0.3 | 82.50 |
| 06/22/12 | ERD | L110 | Case assessment regarding filing of appeal | 0.1 | 12.00 |
| 06/27/12 | AJR | L190 | Email with client regarding strategy for filing notice of bankruptcy | 0.1 | 28.50 |
| 06/27/12 | MJW | L520 | Draft response brief | 0.6 | 165.00 |
| 06/30/12 | ABP | L120 | Review file correspondence exchanged with client Heather Franchi regarding Notice of Bankruptcy and appellate strategies | 0.1 | 29.00 |
| 06/30/12 | ABP | L210 | Review Plaintiff's Motion for Stay of Enforcement of Trial Court Judgment and Plaintiff's Affidavit in support of Motion | 0.3 | 87.00 |
| 06/30/12 | ABP | L510 | Review Plaintiff's Brief on Appeal | 0.4 | 116.00 |
| 06/30/12 | ABP | L510 | Develop appellate strategies | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444376
File No. 040540.000230
Claim/Client File No. 712855
Page 4

GMAC ResCap

(GA) Smith, Yvette

| | | |
|---|---|---|
| Totals | 9.5 | 2,537.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.9 | 120.00 | 108.00 |
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| ABP | Pittman | Associate | 1.8 | 290.00 | 522.00 |
| AJR | Reyes | Associate | 2.0 | 285.00 | 570.00 |
| MJW | Windham | Associate | 4.7 | 275.00 | 1,292.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444376 |
| File No. | 040540.000230 |
| Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

**Total Amount of This Invoice**         $2,537.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444381 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

RE:    **(GA) Demilio, Thomas J.**

Fees for Professional Services Rendered Through 06/30/12                     $406.50

**Total Amount of This Invoice**          **$406.50**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444381
File No. 040540.000318
Claim/Client File No. 728466
Page 2

GMAC ResCap

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | ABP | L110 | Review Voluntary Dismissal Order entered by Court | 0.1 | 29.00 |
| 06/12/12 | MJW | L190 | Review case file and docket | 0.6 | 165.00 |
| 06/12/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy | 0.3 | 82.50 |
| 06/13/12 | ERD | L190 | Review correspondence from client regarding Plaintiff's voluntary dismissal | 0.1 | 12.00 |
| 06/13/12 | ABP | P600 | Review correspondence exchanged with client Christy Hancock regarding dismissal of case | 0.1 | 29.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding foreclosure deed and dismissal order | 0.2 | 24.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding service of RFC/Dismissal | 0.1 | 12.00 |
| | | | Totals | 1.8 | 406.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| MJW | Windham | Associate | 0.9 | 275.00 | 247.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444381 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

RE:   (GA) Demilio, Thomas J.

**Total Amount of This Invoice**          $406.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444386 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

**RE:    (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $3,364.00 |
| **Total Amount of This Invoice** | **$3,364.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Carmouche, Thomasine

Invoice Date 08/20/12
Invoice Number 1444386
File No. 040540.000302
Claim/Client File No. 723376
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/12 | AJR | L250 | Email to Sheila Gregory regarding filing of Notice of Bankruptcy | 0.1 | 28.50 |
| 06/01/12 | AJR | L120 | Review and analyze file | 0.3 | 85.50 |
| 06/01/12 | AJR | L190 | Draft notice of bankruptcy; file same | 0.5 | 142.50 |
| 06/01/12 | ABP | L110 | Review correspondence exchanged with client Sheila Gregory regarding filing of Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/05/12 | AJR | L190 | Revise and file substitution of counsel | 0.1 | 28.50 |
| 06/05/12 | MJW | L190 | Draft case assessment | 1.1 | 302.50 |
| 06/06/12 | AJR | L190 | Email to Sheila Gregory regarding court's order regarding stay of case only as to GMAC | 0.2 | 57.00 |
| 06/06/12 | AJR | L190 | Receive and review court's order regarding stay of case only as to GMAC and analyze strategy for case in light of same | 0.4 | 114.00 |
| 06/06/12 | ABP | L120 | Develop strategies regarding potential to dismiss clients Bank of America and MERS from the underlying litigation | 0.3 | 87.00 |
| 06/06/12 | ABP | L120 | Review litigation case assessment | 0.4 | 116.00 |
| 06/06/12 | ABP | L120 | Review Order entered by the Court implementing stay in light of GMAC bankruptcy | 0.2 | 58.00 |
| 06/06/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding Order entered by the Court staying litigation | 0.1 | 29.00 |
| 06/06/12 | ERD | L110 | Case assessment regarding staying of entire case in light of the bankruptcy | 0.2 | 24.00 |
| 06/06/12 | MJW | L190 | Review and respond to email correspondence regarding effect of bankruptcy stay | 0.2 | 55.00 |
| 06/06/12 | MJW | L210 | Review entered order | 0.3 | 82.50 |
| 06/06/12 | MJW | L190 | Research applicability of stay to non-GMAC defendants | 2.5 | 687.50 |
| 06/06/12 | MJW | L120 | Review case file; draft case assessment | 4.7 | 1,292.50 |
| 06/07/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444386
File No. 040540.000302
Claim/Client File No. 723376
Page 3

GMAC ResCap

(GA) Carmouche, Thomasine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | | Hours | Amount |
|------|------|------|------------------------------|---|-------|--------|
| 06/10/12 | ABP | L160 | Develop settlement strategies | | 0.1 | 29.00 |
| | | | | Totals | 12.2 | 3,364.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 1.6 | 290.00 | 464.00 |
| AJR | Reyes | Associate | 1.6 | 285.00 | 456.00 |
| MJW | Windham | Associate | 8.8 | 275.00 | 2,420.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444386 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

**RE:**    **(GA) Carmouche, Thomasine**

**Total Amount of This Invoice**              $3,364.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444395 |
| | File No. | 040540.000278 |
| | Claim/Client File No. | 719777 |

**RE:    (GA) Stanley, Shelley**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $389.50 |
| **Total Amount of This Invoice** | **$389.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444395
File No. 040540.000278
Claim/Client File No. 719777
Page 2

GMAC ResCap

(GA) Stanley, Shelley

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | AJR | L250 | File notice of appearance and substitution of counsel | 0.1 | 28.50 |
| 06/08/12 | ABP | L120 | Review litigation case assessment | 0.1 | 29.00 |
| 06/08/12 | JCL | L190 | Prepare for an attend call with Christy Handcock at Bradley Arent regarding impact of bankruptcy case including defense of trustee and defense of claims if involving property and foreclosure | 0.1 | 40.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L190 | Review and respond to email correspondence regarding bankruptcy | 0.1 | 27.50 |
| 06/12/12 | ABP | L120 | Verify litigation status | 0.1 | 29.00 |
| 06/12/12 | MJW | L210 | Review and respond to email correspondence regarding notice of bankruptcy | 0.2 | 55.00 |
| 06/18/12 | AJR | L190 | Telephone conference and emails with opposing counsel regarding allowing plaintiff time to read and sign deposition | 0.1 | 28.50 |
| 06/22/12 | ERD | L110 | Case assessment regarding GMAC Bankruptcy filing | 0.1 | 12.00 |
| 06/25/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| | | | Totals | 1.5 | 389.50 |

IN ACCOUNT WITH

Troutman Sanders llp
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444395
File No. 040540.000278
Claim/Client File No. 719777
Page 3

GMAC ResCap

(GA) Stanley, Shelley

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JCL | Lynch | Partner | 0.1 | 400.00 | 40.00 |
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444395 |
| File No. | 040540.000278 |
| Claim/Client File No. | 719777 |

RE:     (GA) Stanley, Shelley

**Total Amount of This Invoice**          $389.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444396 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

RE:    (GA) Williams, Charlotte vs. GMAC

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $1,893.50 |
| **Total Amount of This Invoice** | **$1,893.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444396
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/10/12 | ABP | L160 | Develop settlement strategies | 0.1 | 29.00 |
| 06/11/12 | AJR | L120 | Review and analyze status of case and email to MERS counsel regarding same | 0.4 | 114.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | MJW | L210 | Draft notice of bankruptcy | 0.5 | 137.50 |
| 06/12/12 | MJW | L210 | Review and respond to email correspondence regarding notice of bankruptcy | 0.1 | 27.50 |
| 06/14/12 | AJR | L120 | Emails with Christy Hancock and Andy Pittman regarding status of and strategy for cases | 3.2 | 912.00 |
| 06/14/12 | ABP | L160 | Review correspondence exchanged with client Christy Hancock regarding settlement authority | 0.2 | 58.00 |
| 06/19/12 | AJR | L250 | Receive and review report and recommendation; calendar deadline for plaintiff to file objections to same; email to client regarding same | 0.5 | 142.50 |
| 06/19/12 | AWL | L120 | Review order and consider and comment on case strategy | 0.1 | 45.00 |
| 06/19/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding Magistrate's report and recommendation and Order granting same | 0.1 | 29.00 |
| 06/20/12 | ABP | L160 | Review correspondence from client Christy Hancock regarding settlement strategies | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Review Magistrate's report and recommendation to dismiss case and review Court Order regarding report and recommendation | 0.1 | 29.00 |
| 06/22/12 | ABP | L120 | Develop litigation and settlement strategies | 0.1 | 29.00 |
| 06/25/12 | AJR | L120 | Analyze case status and email to client regarding same | 0.3 | 85.50 |
| 06/25/12 | ABP | L160 | Review correspondence exchanged with client Christy Hancock regarding settlement | 0.2 | 58.00 |
| 06/26/12 | AJR | L160 | Email with client regarding cash for keys offer | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444396
File No. 040540.000310
Claim/Client File No. 724879
Page 3

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/26/12 | ABP | L160 | Review correspondence exchanged with client Christy Hancock regarding settlement | 0.2 | 58.00 |
| | | | Totals | 6.7 | 1,893.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| ABP | Pittman | Associate | 1.3 | 290.00 | 377.00 |
| AJR | Reyes | Associate | 4.5 | 285.00 | 1,282.50 |
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444396 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:**    **(GA) Williams, Charlotte vs. GMAC**

**Total Amount of This Invoice**          $1,893.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444397 |
| | File No. | 040540.000312 |
| | Claim/Client File No. | 725652 |

RE:    (GA) Richard J. Ackerman

Fees for Professional Services Rendered Through 06/30/12          $484.50

**Total Amount of This Invoice**          **$484.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444397
File No. 040540.000312
Claim/Client File No. 725652
Page 2

GMAC ResCap

(GA) Richard J. Ackerman

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/13/12 | AJR | L190 | Prepare case list for Christy Hancock and emails with Christy Hancock regarding same and regarding status of cases | 1.7 | 484.50 |
| | | | Totals | 1.7 | 484.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 1.7 | 285.00 | 484.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444397 |
| File No. | 040540.000312 |
| Claim/Client File No. | 725652 |

RE:     (GA) Richard J. Ackerman

**Total Amount of This Invoice**                    $484.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444451 |
| | File No. | 040540.000270 |
| | Claim/Client File No. | 718677 |

**RE:    advs. Bonesteel, John P.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $73.00 |
| **Total Amount of This Invoice** | **$73.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444451
File No. 040540.000270
Claim/Client File No. 718677
Page 2

GMAC ResCap

advs. Bonesteel, John P.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/11/12 | JEM | L160 | Correspond with client regarding settlement as subject to bankruptcy | 0.2 | 73.00 |
| | | | Totals | 0.2 | 73.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444451 |
| File No. | 040540.000270 |
| Claim/Client File No. | 718677 |

**RE:    advs. Bonesteel, John P.**

**Total Amount of This Invoice**                        $73.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444453 |
| File No. | 040540.000276 |
| Claim/Client File No. | 719354 |

**RE:    Advs. White, Kathy Dishman and William**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $442.00 |
| **Total Amount of This Invoice** | **$442.00** |