IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444453
File No. 040540.000276
Claim/Client File No. 719354
Page 2

GMAC ResCap

Advs. White, Kathy Dishman and William

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/05/12 | ABP | L110 | Exchange correspondence and telephone calls with Shelley Cottrell of Fidelity National Title regarding plans to sell property and payoff demand request | 0.4 | 116.00 |
| 07/05/12 | ABP | L110 | Review file correspondence, pleadings, litigation case file, Court Orders and Settlement Agreement regarding amounts owed by federal government to GMAC | 0.5 | 145.00 |
| 07/05/12 | ABP | L110 | Review payoff request received from Fidelity National Title | 0.2 | 58.00 |
| 07/05/12 | ABP | L110 | Exchange correspondence and telephone calls with client Beth Northrup-Day regarding Fidelity National Title's payoff demand request | 0.3 | 87.00 |
| 07/05/12 | ERD | L110 | Review client documents to update AUSA on status of forfeiture | 0.3 | 36.00 |
| | | | Totals | 1.7 | 442.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| ABP | Pittman | Associate | 1.4 | 290.00 | 406.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444453 |
| File No. | 040540.000276 |
| Claim/Client File No. | 719354 |

**RE:    Advs. White, Kathy Dishman and William**

**Total Amount of This Invoice**                $442.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444456 |
| | File No. | 040540.000278 |
| | Claim/Client File No. | 719777 |

**RE:    (GA) Stanley, Shelley**

Fees for Professional Services Rendered Through 07/31/12 ............ $108.00

**Total Amount of This Invoice**  **$108.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444456
File No. 040540.000278
Claim/Client File No. 719777
Page 2

GMAC ResCap

(GA) Stanley, Shelley

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify litigation case status | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| | | | Totals | 0.5 | 108.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1444456 |
| | File No. 040540.000278 |
| | Claim/Client File No. 719777 |

**RE:    (GA) Stanley, Shelley**

**Total Amount of This Invoice**                 $108.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC Mortgage | Invoice Date | 08/20/12 |
| Attn: Christine A. Buen, Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1444458 |
| Minneapolis, MN 55437 | File No. | 040540.000279 |
| | Claim/Client File No. | 720187 |

**RE:    Advs. Dente, Ralph and Maria**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $120.00 |
| **Total Amount of This Invoice** | **$120.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444458
File No. 040540.000279
Claim/Client File No. 720187
Page 2

GMAC  Mortgage

Advs. Dente, Ralph and Maria

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/24/12 | MIS | L120 | Review administrative dismissal order received from adversary | 0.1 | 40.00 |
| 07/24/12 | MIS | C400 | Email, telephone call with Christine Buen concerning dismissal order | 0.2 | 80.00 |
| | | | Totals | 0.3 | 120.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MIS | Schlesinger | Of Counsel | 0.3 | 400.00 | 120.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC Mortgage
Attn: Christine A. Buen, Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444458 |
| File No. | 040540.000279 |
| Claim/Client File No. | 720187 |

**RE:    Advs. Dente, Ralph and Maria**

**Total Amount of This Invoice**            $120.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444462 |
| | File No. | 040540.000281 |
| | Claim/Client File No. | 720590 |

RE:    (GA) Kenneth Reaves

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $402.50 |
| **Total Amount of This Invoice** | **$402.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444462
File No. 040540.000281
Claim/Client File No. 720590
Page 2

GMAC ResCap

(GA) Kenneth Reaves

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Review file correspondence regarding Carita Bowers' deposition and review deposition summary | 0.2 | 58.00 |
| 07/03/12 | ABP | L110 | Verify litigation status | 0.1 | 29.00 |
| 07/03/12 | ABP | L120 | Exchange correspondence with client Beth Northrup-Day regarding litigation status and Carita Bowers' deposition testimony | 0.1 | 29.00 |
| 07/05/12 | MJW | L210 | Telephone conference regarding complaint; review and respond to email correspondence regarding same | 0.2 | 55.00 |
| 07/05/12 | ABP | L330 | Review litigation case file and file correspondence regarding Carina Bowers' deposition testimony | 0.1 | 29.00 |
| 07/05/12 | ABP | L330 | Review summary report of Carita Bowers' deposition testimony | 0.1 | 29.00 |
| 07/05/12 | ABP | L120 | Develop settlement strategies | 0.1 | 29.00 |
| 07/05/12 | ABP | L110 | Exchange telephone calls and correspondence with client Beth Northrup-Day regarding case status and potential for settlement | 0.2 | 58.00 |
| 07/11/12 | AJR | L160 | Analyze strategy for loan modification | 0.1 | 28.50 |
| 07/11/12 | ABP | L160 | Develop settlement strategy | 0.1 | 29.00 |
| 07/26/12 | ABP | L120 | Exchange correspondence with client Beth Northrup-Day regarding case status | 0.1 | 29.00 |
| | | | Totals | 1.4 | 402.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444462 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

**RE:**    **(GA) Kenneth Reaves**

**Total Amount of This Invoice**                                    $402.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Christine Buen, Senior Litigation Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444463 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

**RE:    advs. Canterbury, Stephen J.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $980.00 |
| **Total Amount of This Invoice** | **$980.00** |

IN ACCOUNT WITH

Invoice Date 08/20/12
Invoice Number 1444463
File No. 040540.000287
Claim/Client File No. 721582
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

advs. Canterbury, Stephen J.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/09/12 | ERD | L210 | Review JP Morgan's Motion to Lift Stay | 0.2 | 24.00 |
| 07/10/12 | ESF | L210 | Analyze Co-Defendant JP Morgan's Motion to Lift Automatic Stay | 0.3 | 69.00 |
| 07/10/12 | ESF | L160 | Determine whether to oppose JP Morgan's motion to lift stay | 0.4 | 92.00 |
| 07/10/12 | JEM | L210 | Prepare strategy on Opposition to Motion to Lift Stay with supporting case law | 0.4 | 146.00 |
| 07/11/12 | ESF | L160 | Phone conference with counsel for JP Morgan regarding motion to lift stay and Gilbert case | 0.2 | 46.00 |
| 07/11/12 | ESF | L210 | Prepare opposition to motion to lift stay | 1.3 | 299.00 |
| 07/11/12 | ESF | L210 | Analyze federal law regarding the district court's lack of authority to lift a stay of a bankruptcy case | 0.5 | 115.00 |
| 07/11/12 | ESF | L210 | Finalize opposition brief in preparation for filing | 0.2 | 46.00 |
| 07/11/12 | JEM | L120 | Correspond with opposing counsel regarding bankruptcy stay | 0.2 | 73.00 |
| 07/11/12 | ERD | L210 | Prepare Memo in Opposition to JP Morgan's Motion to Lift Stay for filing | 0.2 | 24.00 |
| 07/16/12 | ESF | L160 | Phone conference with counsel for co-defendant JP Morgan regarding withdrawal of motion to lift stay | 0.2 | 46.00 |
| | | | Totals | 4.1 | 980.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ESF | Flowers | Associate | 3.1 | 230.00 | 713.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Christine Buen, Senior Litigation Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444463 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

**RE:    advs. Canterbury, Stephen J.**

**Total Amount of This Invoice**                                      $980.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444477 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $1,411.00 |
| **Total Amount of This Invoice** | **$1,411.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444477
File No. 040540.000289
Claim/Client File No. 721577
Page 2

GMAC ResCap

(WV) Bragg, Virginia and Gregory

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/06/12 | ERD | L110 | Case assessment regarding status of letters to opposing counsel regarding bankruptcy stay | 0.1 | 12.00 |
| 07/11/12 | JEM | L120 | Conference call with client regarding letter bifurcating claims per bankruptcy order | 0.2 | 73.00 |
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.1 | 12.00 |
| 07/26/12 | JEM | L210 | Prepare and revise Motion to Stay with legal authority and exhibits in support | 1.8 | 657.00 |
| 07/26/12 | JEM | L210 | Correspond with client regarding approval of Motion to Stay and supporting documents | 0.4 | 146.00 |
| 07/27/12 | JEM | L210 | Telephone and email correspondence with client and bankruptcy counsel regarding motion to stay litigation | 0.6 | 219.00 |
| 07/27/12 | JEM | L210 | Revise motion to stay litigation pursuant to discussions and update client regarding same | 0.4 | 146.00 |
| 07/30/12 | JEM | L210 | Revise Motion to Stay per client comments | 0.4 | 146.00 |
| | | | Totals | 4.0 | 1,411.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 3.8 | 365.00 | 1,387.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Sheila Gregory
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444477 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

RE:    (WV) Bragg, Virginia and Gregory

**Total Amount of This Invoice**          $1,411.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: Sheila Gregory | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444486 |
| | File No. | 040540.000303 |
| | Claim/Client File No. | 723448 |

**RE:    advs. Woollard, Susan L.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $96.00 |
| **Total Amount of This Invoice** | **$96.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444486
File No. 040540.000303
Claim/Client File No. 723448
Page 2

GMAC ResCap

advs. Woollard, Susan L.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/23/12 | ERD | L110 | Case assessment regarding new Complaint and upcoming deadlines | 0.3 | 36.00 |
| 07/24/12 | ERD | L210 | Draft consent motion for extension of time and proposed order | 0.5 | 60.00 |
| | | | Totals | 0.8 | 96.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.8 | 120.00 | 96.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444486 |
| File No. | 040540.000303 |
| Claim/Client File No. | 723448 |

**RE:     advs. Woollard, Susan L.**

**Total Amount of This Invoice**                                    $96.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Joe Edlund
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444487 |
| File No. | 040540.000304 |
| Claim/Client File No. | 723903 |

**RE:    advs. Pruett, Franklin M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $587.00 |
| **Total Amount of This Invoice** | **$587.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444487
File No. 040540.000304
Claim/Client File No. 723903
Page 2

GMAC ResCap

advs. Pruett, Franklin M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/17/12 | ESF | L160 | Prepare status update regarding Plaintiff's request for mediation | 0.3 | 69.00 |
| 07/17/12 | ESF | L190 | Analyze whether an IRS tax lien has priority over a mortgage | 0.7 | 161.00 |
| 07/17/12 | JEM | L120 | Analyze claim and IRS tax lien and foreclosure issue for advice to client regarding demand for mediation | 0.6 | 219.00 |
| 07/23/12 | ESF | L190 | Analyze whether lender is required to honor the purchase agreement in light of the IRS tax lien to respond to plaintiff's request for mediation | 0.6 | 138.00 |
| | | | Totals | 2.2 | 587.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 1.6 | 230.00 | 368.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Joe Edlund
One Meridian Crossings
Minneapolis, MN 55423

Invoice Date                              08/20/12
Submitted by                          J C Lynch
Direct Dial                      757-687-7765
Invoice No.                            1444487
File No.                       040540.000304
Claim/Client File No.               723903

**RE:    advs. Pruett, Franklin M.**

**Total Amount of This Invoice**                    $587.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444521 |
| | File No. | 040540.000305 |
| | Claim/Client File No. | 723792 |

**RE:    (GA) White, Clarence vs GMAC et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $1,363.00 |
| **Total Amount of This Invoice** | **$1,363.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444521
File No. 040540.000305
Claim/Client File No. 723792
Page 2

GMAC ResCap

(GA) White, Clarence vs GMAC et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/06/12 | ABP | L110 | Exchange correspondence with client Beth Northrup-Day regarding payoff demand statement and review same | 0.3 | 87.00 |
| 07/06/12 | ABP | L110 | Exchange telephone calls and correspondence with Shelley Cottrell of Fidelity National Title Company regarding payoff demand statement and verification of authorization to sell property on behalf of United States | 0.4 | 116.00 |
| 07/09/12 | ABP | L120 | Review correspondence from Fidelity National Title regarding total payoff amount and authority to sell on behalf of the United States (Virginia) | 0.1 | 29.00 |
| 07/17/12 | ABP | L110 | Review correspondence exchanged with Fidelity National regarding payoff statement and authority to sell the property | 0.1 | 29.00 |
| 07/17/12 | ABP | L110 | Exchange telephone calls and correspondence with Shelley Cottrell regarding payoff amount and authority to sell property | 0.6 | 174.00 |
| 07/17/12 | ABP | L110 | Review payoff demand statements | 0.2 | 58.00 |
| 07/18/12 | ABP | L110 | Exchange correspondence with Shelley Cottrell of Fidelity National regarding written authorization to sell property and review same | 0.2 | 58.00 |
| 07/18/12 | ABP | L110 | Exchange telephone calls with Assistant U.S. Attorney Jerri Jackson regarding discrepancies between Settlement Agreement and payoff demand statement | 0.3 | 87.00 |
| 07/19/12 | ABP | L110 | Exchange correspondence with Shelley Cottrell of Fidelity National regarding payoff demand statement | 0.2 | 58.00 |
| 07/19/12 | ABP | L110 | Exchange correspondence with client Beth Northrup-Day regarding Fidelity National's written authorization to sell property | 0.2 | 58.00 |
| 07/19/12 | ABP | L110 | Review written authorization to sell property obtained from Fidelity National | 0.2 | 58.00 |
| 07/19/12 | ABP | L110 | Exchange telephone calls with Assistant U.S. Attorney Jerri Jackson regarding discrepancies between payoff demand statement and settlement terms | 0.2 | 58.00 |