IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444521
File No. 040540.000305
Claim/Client File No. 723792
Page 3

GMAC ResCap

(GA) White, Clarence vs GMAC et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/24/12 | ABP | L110 | Exchange correspondence with client Beth Northrup-Day regarding status of sale of property and distribution of sale proceeds | 0.2 | 58.00 |
| 07/27/12 | ABP | L110 | Exchange correspondence and telephone calls with client Jennifer Holtgren regarding revised payoff demand statement | 0.6 | 174.00 |
| 07/27/12 | ABP | L110 | Exchange telephone calls with Assistant U.S. Attorney Jerri Jackson regarding revised payoff demand statement and sale of property | 0.2 | 58.00 |
| 07/27/12 | ABP | L110 | Review payoff statement received from client | 0.3 | 87.00 |
| 07/31/12 | ABP | L110 | Exchange correspondence with client Jennifer Holtgren regarding revised payoff demand statement | 0.2 | 58.00 |
| 07/31/12 | ABP | L110 | Exchange correspondence with Assistant US Attorney Jerri Jackson regarding revised and updated payoff demand statement | 0.2 | 58.00 |
| | | | Totals | 4.7 | 1,363.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 4.7 | 290.00 | 1,363.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444521 |
| File No. | 040540.000305 |
| Claim/Client File No. | 723792 |

**RE:**    **(GA) White, Clarence vs GMAC et al.**

**Total Amount of This Invoice**          $1,363.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444524 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

RE:    **(GA) Williams, Charlotte vs. GMAC**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $6,252.00 |
| **Total Amount of This Invoice** | **$6,252.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444524
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Develop discovery strategies | 0.1 | 29.00 |
| 07/03/12 | AJR | L120 | Analyze case strategy and update case tasks | 0.4 | 114.00 |
| 07/09/12 | AJR | L210 | Check docket for status of case and for whether borrower filed objections to court's report & recommendation; update case tasks | 0.2 | 57.00 |
| 07/09/12 | ABP | L330 | Review Notices of Deposition to depose plaintiffs | 0.1 | 29.00 |
| 07/09/12 | MJW | L250 | Draft deposition notice for Charlotte Williams; draft same for Bryant Wright | 1.0 | 275.00 |
| 07/09/12 | MJW | L330 | Review and respond to email correspondence regarding depositions | 0.2 | 55.00 |
| 07/10/12 | AJR | L210 | Receive and review order adopting report and recommendation denying the plaintiff's motion for reconsideration | 0.1 | 28.50 |
| 07/10/12 | AJR | L210 | Email to client regarding order adopting report and recommendation denying the plaintiff's motion for reconsideration | 0.1 | 28.50 |
| 07/10/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding Order adopting magistrate report and recommendation to deny Plaintiff's Motion for Reconsideration and review Order | 0.1 | 29.00 |
| 07/10/12 | MJW | L210 | Review court order | 0.2 | 55.00 |
| 07/10/12 | MJW | L210 | Review and respond to email correspondence regarding dismissal | 0.1 | 27.50 |
| 07/11/12 | AJR | L120 | Legal research regarding appealing order denying motion for reconsideration | 0.5 | 142.50 |
| 07/11/12 | ABP | L120 | Verify appellate deadlines | 0.1 | 29.00 |
| 07/11/12 | MJW | L210 | Review and respond to email correspondence regarding dismissal | 0.1 | 27.50 |
| 07/12/12 | MJW | L210 | Research basis for appeal of court order | 1.3 | 357.50 |
| 07/12/12 | MJW | L190 | Review and respond to email correspondence regarding base for appeal | 0.5 | 137.50 |
| 07/13/12 | AJR | L120 | Analyze possible appeal by borrower and case strategy in light of same | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444524
File No. 040540.000310
Claim/Client File No. 724879
Page 3

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/13/12 | ABP | L210 | Analyze research regarding appealability of Court order adopting magistrate report and recommendation | 0.1 | 29.00 |
| 07/13/12 | MJW | L210 | Telephone conference regarding deposition notice | 0.1 | 27.50 |
| 07/17/12 | MJW | L310 | Draft discovery requests to plaintiffs | 1.9 | 522.50 |
| 07/17/12 | MJW | L310 | Review and respond to email correspondence regarding discovery requests | 0.2 | 55.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/19/12 | AJR | L190 | Receive and review correspondence from plaintiff | 0.3 | 85.50 |
| 07/20/12 | AJR | L190 | Analyze case and foreclosure strategy with client; email to client regarding plaintiff's objections to magistrate's report and recommendation | 0.5 | 142.50 |
| 07/20/12 | AJR | L210 | Review and analyze plaintiff's objections to magistrate's report and recommendation; analyze strategy for responding to same; update case tasks | 0.3 | 85.50 |
| 07/20/12 | AJR | L190 | Analyze strategy for responding to plaintiff's correspondence with firm's general counsel Dan Reinhardt | 0.5 | 142.50 |
| 07/20/12 | AJR | L190 | Emails with client regarding correspondence from plaintiff threatening lawsuit and status of property and dispossessory action; advise in light of same | 0.6 | 171.00 |
| 07/20/12 | ABP | L120 | Review Plaintiff's objections to Magistrate's Report and Recommendation to dismiss case | 0.2 | 58.00 |
| 07/20/12 | ABP | L110 | Review correspondence from Plaintiff Charlotte Williams regarding Plaintiff's claims, foreclosure of Plaintiff's property and allegations that counsel participated in "theft" of her property | 0.3 | 87.00 |
| 07/20/12 | ABP | L120 | Develop strategies in response to Plaintiff's objections to Magistrate Report and Recommendation | 0.2 | 58.00 |
| 07/20/12 | ABP | L110 | Develop strategies in response to Plaintiff's letter regarding Plaintiff's claims, foreclosure, and complaints of counsel's representation of foreclosure process | 0.3 | 87.00 |
| 07/20/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding case history, status update and eviction status | 0.2 | 58.00 |
| 07/20/12 | MJW | L120 | Review plaintiff's objections | 0.3 | 82.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444524
File No. 040540.000310
Claim/Client File No. 724879
Page 4

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/23/12 | AJR | L190 | Draft response to plaintiff's correspondence from plaintiff threatening lawsuit and status of property and dispossessory action | 0.9 | 256.50 |
| 07/23/12 | AJR | L120 | Analyze strategy for responding to plaintiff's objections to report and recommendation | 0.1 | 28.50 |
| 07/23/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding Plaintiff's objections to Magistrate's Report and Recommendation | 0.1 | 29.00 |
| 07/24/12 | AJR | L190 | Email to client regarding response to plaintiff's correspondence from plaintiff threatening lawsuit and status of property and dispossessory action | 0.1 | 28.50 |
| 07/24/12 | AJR | L190 | Draft response to plaintiff's correspondence from plaintiff threatening lawsuit and status of property and dispossessory action | 0.4 | 114.00 |
| 07/24/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 07/24/12 | AWL | L120 | Review and revise correspondence to Williams | 0.1 | 45.00 |
| 07/24/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding proposed letter in response to Plaintiff's claims of attorney malpractice | 0.1 | 29.00 |
| 07/24/12 | ABP | L120 | Review proposed letter | 0.1 | 29.00 |
| 07/25/12 | AJR | L120 | Emails with counsel for FNMA regarding status of lease and property, and strategy for case and dispossessory action in light of same | 0.3 | 85.50 |
| 07/25/12 | AJR | L190 | Telephone conference with borrower regarding settlement and extending discovery period | 0.2 | 57.00 |
| 07/25/12 | AJR | L190 | Analyze strategy for dispossessory action and advise client regarding same | 0.2 | 57.00 |
| 07/25/12 | MJW | L190 | Conference regarding case | 0.1 | 27.50 |
| 07/25/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill and counsel for MERS regarding status of eviction proceedings | 0.1 | 29.00 |
| 07/26/12 | AJR | L390 | Analyze strategy for extending discovery period and prepare motion regarding same | 0.3 | 85.50 |
| 07/26/12 | AJR | L190 | Telephone call to borrower regarding settlement and discovery period | 0.1 | 28.50 |
| 07/26/12 | MJW | L210 | Draft motion; draft good faith letter; draft order; draft response | 4.3 | 1,182.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 08/20/12
Invoice Number 1444524
File No. 040540.000310
Claim/Client File No. 724879
Page 5

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/26/12 | MJW | L120 | Review and respond to email correspondence regarding case; conference regarding deadlines | 0.3 | 82.50 |
| 07/27/12 | AJR | L190 | Telephone conference with borrower regarding settlement and extending discovery period | 0.2 | 57.00 |
| 07/27/12 | MJW | L210 | Review and respond to email correspondence regarding motion | 0.2 | 55.00 |
| 07/27/12 | MJW | L210 | Revise motion | 0.9 | 247.50 |
| 07/27/12 | AJR | L390 | Draft and revise joint motion to extend discovery period; file same | 0.5 | 142.50 |
| 07/30/12 | AJR | L390 | Analyze strategy for extending discovery and sending good faith discovery letter to borrower | 0.1 | 28.50 |
| 07/31/12 | AJR | L210 | Revise defendants' response in opposition to plaintiff's objections to report and recommendation; prepare and file same | 0.5 | 142.50 |
| 07/31/12 | AJR | L310 | Revise and send good faith discovery letter to plaintiff | 0.2 | 57.00 |
| 07/31/12 | AJR | L250 | Email to client regarding defendants' response in opposition to plaintiff's objections to report and recommendation; send stamped filed copy of same | 0.2 | 57.00 |
| 07/31/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding plaintiff's objections to Magistrate's Report and Recommendation | 0.1 | 29.00 |
| | | | Totals | 22.2 | 6,252.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| ABP | Pittman | Associate | 2.2 | 290.00 | 638.00 |
| AJR | Reyes | Associate | 7.9 | 285.00 | 2,251.50 |
| MJW | Windham | Associate | 11.9 | 275.00 | 3,272.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444524 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:** (GA) Williams, Charlotte vs. GMAC

**Total Amount of This Invoice**          $6,252.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444525 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

RE:    (WV) Smith, Maryann

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $1,605.00 |
| **Total Amount of This Invoice** | **$1,605.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/20/12
Invoice Number 1444525
File No. 040540.000311
Claim/Client File No. 725270
Page 2

GMAC ResCap

(WV) Smith, Maryann

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/11/12 | JEM | L120 | Update client on case status during conference call | 0.1 | 36.50 |
| 07/16/12 | JEM | L210 | Prepare response Motion to Amend | 0.3 | 109.50 |
| 07/16/12 | JEM | L210 | Update client regarding Motion to Amend and strategy | 0.2 | 73.00 |
| 07/16/12 | ERD | L210 | Review Plaintiff's Motion to Amend | 0.2 | 24.00 |
| 07/17/12 | JEM | L210 | Prepare Motion to Stay Litigation pursuant to bankruptcy | 0.6 | 219.00 |
| 07/18/12 | JEM | L120 | Analyze grounds for stay by investor, motion to add and motion to enjoin | 0.3 | 109.50 |
| 07/23/12 | ERD | L110 | Case assessment regarding approach for handling Motion to Stay | 0.2 | 24.00 |
| 07/25/12 | JEM | L210 | Revise Motion to Stay per bankruptcy | 1.6 | 584.00 |
| 07/25/12 | JEM | L210 | Correspond with bankruptcy counsel and client regarding approval of Motion to Stay per bankruptcy | 0.8 | 292.00 |
| 07/26/12 | JEM | L210 | Revise proposed orders for Motion to Stay | 0.3 | 109.50 |
| 07/26/12 | ERD | L210 | Draft proposed order granting motion to stay | 0.2 | 24.00 |
| | | | Totals | 4.8 | 1,605.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |
| JEM | Manning | Partner | 4.2 | 365.00 | 1,533.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444525 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:**    **(WV) Smith, Maryann**

**Total Amount of This Invoice**        $1,605.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date          08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by          J C Lynch |
| One Meridian Crossings | Direct Dial          757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.          1444605 |
| | File No.          040540.000313 |
| | Claim/Client File No.          725550 |

RE:    (GA) Antoinette Sanders

Fees for Professional Services Rendered Through 07/31/12                $620.00

**Total Amount of This Invoice**                **$620.00**

IN ACCOUNT WITH

### Troutman Sanders LLP
ATTORNEYS AT LAW

| | Invoice Date 08/21/12 |
| --- | --- |
| | Invoice Number 1444605 |
| | File No. 040540.000313 |
| | Claim/Client File No. 725550 |
| | Page 2 |

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/03/12 | ABP | L120 | Develop strategies regarding filing of Notice of Bankruptcy | 0.1 | 29.00 |
| 07/03/12 | AJR | L120 | Analyze case strategy and update case tasks | 0.4 | 114.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/23/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding status of litigation and whether foreclosure proceedings may proceed | 0.1 | 29.00 |
| 07/31/12 | AJR | L120 | Analyze strategy for case and whether to proceed with foreclosure; update case tasks | 0.8 | 228.00 |
| 07/31/12 | MJW | L210 | Review and respond to email correspondence regarding motion to dismiss | 0.1 | 27.50 |
| 07/31/12 | MJW | L210 | Review case file for potential motion to dismiss | 0.5 | 137.50 |
| | | | Totals | 2.2 | 620.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 1.2 | 285.00 | 342.00 |
| MJW | Windham | Associate | 0.8 | 275.00 | 220.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444605 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

RE:    (GA) Antoinette Sanders

**Total Amount of This Invoice**                     $620.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1444607 |
| | File No. 040540.000314 |
| | Claim/Client File No. 726148 |

RE:   (WV)  Hood, Marcella Mae

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $1,107.00 |
| **Total Amount of This Invoice** | **$1,107.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV)  Hood, Marcella Mae

Invoice Date 08/21/12
Invoice Number 1444607
File No. 040540.000314
Claim/Client File No. 726148
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/11/12 | JEM | L120 | Update client on case status during conference call | 0.1 | 36.50 |
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.1 | 12.00 |
| 07/26/12 | JEM | L110 | Prepare letter to opposing counsel regarding bifurcated claims and application of automatic bankruptcy stay in part | 0.4 | 146.00 |
| 07/27/12 | JEM | L210 | Telephone and email correspondence with client and bankruptcy counsel regarding motion to stay litigation | 0.6 | 219.00 |
| 07/27/12 | JEM | L210 | Revise motion to stay litigation pursuant to discussions and update client regarding same | 0.4 | 146.00 |
| 07/30/12 | JEM | L110 | Prepare letter to opposing counsel regarding application of bankruptcy stay to litigation | 1.2 | 438.00 |
| 07/30/12 | JEM | L120 | Correspond with bankruptcy counsel and client concerning strategy regarding application of bankruptcy to litigation | 0.3 | 109.50 |
| | | | Totals | 3.1 | 1,107.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| JEM | Manning | Partner | 3.0 | 365.00 | 1,095.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444607 |
| File No. | 040540.000314 |
| Claim/Client File No. | 726148 |

**RE:    (WV)  Hood, Marcella Mae**

**Total Amount of This Invoice**          $1,107.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444610 |
| | File No. | 040540.000316 |
| | Claim/Client File No. | 727046 |

RE:    (GA) Raymond, Erma

Fees for Professional Services Rendered Through 07/31/12                    $8,329.50

**Total Amount of This Invoice**          **$8,329.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444610
File No. 040540.000316
Claim/Client File No. 727046
Page 2

GMAC ResCap

(GA) Raymond, Erma

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/02/12 | AJR | L210 | Email to client regarding notice of hearing | 0.1 | 28.50 |
| 07/03/12 | AJR | L190 | Analyze strategy for hearing on plaintiff's request for temporary restraining order | 0.2 | 57.00 |
| 07/03/12 | MJW | L190 | Review and respond to email correspondence regarding fact package | 0.1 | 27.50 |
| 07/03/12 | ABP | L190 | Review correspondence exchanged with client Christy Hancock regarding TRO hearing | 0.1 | 29.00 |
| 07/03/12 | ABP | L190 | Develop discovery strategies | 0.1 | 29.00 |
| 07/05/12 | AJR | L190 | Review and analyze strategy for TRO hearing and email to client regarding same | 0.2 | 57.00 |
| 07/05/12 | ABP | L190 | Review correspondence exchanged with client Christy Hancock regarding implications of potential grant of borrower's requested Temporary Restraining Order and strategies and response should Court grant TRO | 0.2 | 58.00 |
| 07/13/12 | AJR | L120 | Analyze strategy for upcoming hearing on TRO; analyze strategy for responding to discovery requests | 0.3 | 85.50 |
| 07/13/12 | MJW | L350 | Draft discovery responses for MERS; draft discovery responses for Bony of New York | 3.3 | 907.50 |
| 07/13/12 | MJW | L350 | Conference regarding discovery responses | 0.2 | 55.00 |
| 07/16/12 | AJR | L110 | Review and analyze file and prepare outline for hearing | 1.9 | 541.50 |
| 07/16/12 | AJR | L110 | Email to foreclosure counsel regarding foreclosure file | 0.1 | 28.50 |
| 07/16/12 | AJR | L310 | Emails with client regarding revisions to discovery responses, and upcoming hearing | 0.3 | 85.50 |
| 07/16/12 | AJR | L310 | Draft and revise discovery responses | 2.6 | 741.00 |
| 07/16/12 | AJR | L310 | Email to counsel for MERS regarding discovery responses | 0.1 | 28.50 |
| 07/16/12 | ABP | L120 | Develop strategies in defense of Plaintiff's Motion for Temporary Restraining Order in preparation for upcoming hearing | 0.2 | 58.00 |
| 07/16/12 | ABP | L190 | Review correspondence exchanged with foreclosure counsel regarding foreclosure file | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444610
File No. 040540.000316
Claim/Client File No. 727046
Page 3

GMAC ResCap

(GA) Raymond, Erma

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/16/12 | ABP | L310 | Revise proposed responses to Plaintiff's discovery requests on behalf of Bank of New York and MERS | 1.1 | 319.00 |
| 07/16/12 | ABP | L310 | Review multiple correspondence exchanged with client Katie Dutill and counsel for MERS regarding proposed discovery responses | 0.6 | 174.00 |
| 07/16/12 | MJW | L120 | Telephone conference with Judge's Chambers regarding hearing | 0.1 | 27.50 |
| 07/16/12 | MJW | L120 | Review and respond to email correspondence regarding hearing | 0.2 | 55.00 |
| 07/16/12 | MJW | L310 | Edit discovery responses | 0.5 | 137.50 |
| 07/17/12 | AJR | L310 | Email to and telephone conference with counsel for MERS regarding drafts of discovery responses | 0.5 | 142.50 |
| 07/17/12 | AJR | L310 | Revise discovery responses and serve same | 2.3 | 655.50 |
| 07/17/12 | AJR | L310 | Emails and telephone conference with client regarding drafts of discovery responses | 0.3 | 85.50 |
| 07/17/12 | AJR | L190 | Prepare for TRO hearing | 0.4 | 114.00 |
| 07/17/12 | AJR | L110 | Email to client requesting chain of title information needed for hearing | 0.1 | 28.50 |
| 07/17/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 07/17/12 | ABP | L310 | Review multiple correspondence exchanged with counsel for MERS and client Katie Dutill regarding proposed discovery responses | 0.4 | 116.00 |
| 07/17/12 | ABP | L310 | Review revised responses to Plaintiff's discovery requests on behalf of Bank of New York and MERS | 0.6 | 174.00 |
| 07/17/12 | MJW | L310 | Revise discovery responses | 1.6 | 440.00 |
| 07/17/12 | MJW | L120 | Conference regarding discovery responses | 0.2 | 55.00 |
| 07/17/12 | MJW | L310 | Review and respond to email correspondence regarding discovery responses | 0.5 | 137.50 |
| 07/17/12 | MJW | L120 | Research regarding assignment | 0.3 | 82.50 |
| 07/18/12 | AJR | L430 | Advise client regarding hearing on TRO | 0.3 | 85.50 |
| 07/18/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding temporary restraining order and note | 0.1 | 29.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/19/12 | AJR | L110 | Emails with client regarding chain of title of note | 0.3 | 85.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444610
File No. 040540.000316
Claim/Client File No. 727046
Page 4

GMAC ResCap

(GA) Raymond, Erma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | and payoff and reinstatement quotes in preparation for TRO hearing | | |
| 07/19/12 | AJR | L190 | Prepare for TRO hearing | 1.1 | 313.50 |
| 07/19/12 | AJR | L110 | Telephone call to foreclosure counsel regarding foreclosure file in preparation for TRO hearing | 0.1 | 28.50 |
| 07/19/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding total payoff amount, reinstatement amount and note | 0.2 | 58.00 |
| 07/19/12 | MJW | L120 | Conference regarding assignment | 0.2 | 55.00 |
| 07/20/12 | AJR | L450 | Attend TRO hearing | 2.1 | 598.50 |
| 07/20/12 | AJR | L190 | Review and analyze foreclosure file; prepare for TRO hearing | 3.3 | 940.50 |
| 07/20/12 | AJR | L450 | Email client regarding TRO hearing and update case tasks | 0.4 | 114.00 |
| 07/20/12 | AWL | L120 | Consider and comment on case and hearing strategy | 0.2 | 90.00 |
| 07/20/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding breach letter and review same | 0.1 | 29.00 |
| 07/20/12 | ABP | L110 | Review report regarding hearing on temporary restraining order | 0.1 | 29.00 |
| 07/25/12 | AJR | L190 | Check docket for status of ruling on TRO | 0.2 | 57.00 |
| 07/31/12 | AJR | L190 | Check docket for status of ruling on motion for TRO | 0.1 | 28.50 |
| 07/31/12 | AJR | L310 | Analyze strategy for amending discovery responses | 0.1 | 28.50 |
| 07/31/12 | MJW | L350 | Review and respond to email correspondence regarding discovery requests | 0.1 | 27.50 |
| | | | Totals | 29.3 | 8,329.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/21/12
Invoice Number 1444610
File No. 040540.000316
Claim/Client File No. 727046
Page 5

GMAC ResCap

(GA) Raymond, Erma

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| ABP | Pittman | Associate | 4.2 | 290.00 | 1,218.00 |
| AJR | Reyes | Associate | 17.4 | 285.00 | 4,959.00 |
| MJW | Windham | Associate | 7.5 | 275.00 | 2,062.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444610 |
| File No. | 040540.000316 |
| Claim/Client File No. | 727046 |

**RE:**     **(GA) Raymond, Erma**

**Total Amount of This Invoice**          $8,329.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date         08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by         J C Lynch |
| One Meridian Crossings | Direct Dial         757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.         1444632 |
| | File No.         040540.000318 |
| | Claim/Client File No.         728466 |

RE:     **(GA) Demilio, Thomas J.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $1,735.00 |
| **Total Amount of This Invoice** | **$1,735.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444632
File No. 040540.000318
Claim/Client File No. 728466
Page 2

GMAC ResCap

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/13/12 | AJR | L120 | Emails to client regarding case strategy for new case filed by plaintiff | 0.1 | 28.50 |
| 07/13/12 | AJR | L210 | Review and analyze pleadings served in new case; update case tasks | 0.4 | 114.00 |
| 07/13/12 | ABP | L210 | Review correspondence exchanged with Katie Dutill regarding filing of new Complaint and status of service | 0.2 | 58.00 |
| 07/16/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding lack of service of second Complaint | 0.1 | 29.00 |
| 07/18/12 | AJR | L120 | Email to client regarding case strategy | 0.1 | 28.50 |
| 07/18/12 | AJR | L120 | Review and analyze pleadings; analyze strategy for case | 1.0 | 285.00 |
| 07/18/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding filing of new Complaint, and proposed responsive pleadings and Motion to Dismiss | 0.1 | 29.00 |
| 07/18/12 | ABP | L210 | Review Notice of Removal and Motion to Dismiss filed by Co-Defendants Aurora and Deutsche Bank | 0.2 | 58.00 |
| 07/24/12 | MJW | L120 | Review case file | 0.7 | 192.50 |
| 07/24/12 | MJW | L120 | Review and respond to email correspondence regarding new case | 0.2 | 55.00 |
| 07/25/12 | AJR | L120 | Analyze case strategy in light of filing of new complaint | 0.2 | 57.00 |
| 07/25/12 | MJW | L210 | Draft answer; draft corporate disclosures; draft notice of bankruptcy | 1.7 | 467.50 |
| 07/25/12 | MJW | L210 | Conference regarding case strategy; review and respond to email correspondence regarding notice of bankruptcy | 0.5 | 137.50 |
| 07/25/12 | ABP | L120 | Develop strategies regarding potential to file Notice of Bankruptcy in new lawsuit | 0.1 | 29.00 |
| 07/25/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding new Complaint and defensive strategies | 0.1 | 29.00 |
| 07/26/12 | AJR | L120 | Email to client regarding case strategy and filing | 0.2 | 57.00 |