IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/21/12
Invoice Number 1444632
File No. 040540.000318
Claim/Client File No. 728466
Page 3

GMAC ResCap

(GA) Demilio, Thomas J.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | notice of bankruptcy | | |
| 07/26/12 | MJW | L120 | Review and respond to email correspondence regarding case | 0.1 | 27.50 |
| 07/26/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding strategies in response to filing of second Complaint by Plaintiff | 0.1 | 29.00 |
| | | | Totals | 6.3 | 1,735.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 2.0 | 285.00 | 570.00 |
| MJW | Windham | Associate | 3.2 | 275.00 | 880.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444632 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

RE:     (GA) Demilio, Thomas J.

**Total Amount of This Invoice**          $1,735.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444635 |
| | File No. | 040540.000322 |
| | Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $972.50 |
| **Total Amount of This Invoice** | **$972.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444635
File No. 040540.000322
Claim/Client File No. 713753
Page 2

GMAC ResCap

(WV) Belcher, James and Willa

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/11/12 | JEM | L120 | Conference call with client regarding letter bifurcating claims per bankruptcy order | 0.2 | 73.00 |
| 07/26/12 | JEM | L110 | Prepare letter to opposing counsel regarding bifurcated claims and application of automatic bankruptcy stay in part | 0.4 | 146.00 |
| 07/27/12 | JEM | L110 | Revise letters to opposing counsel regarding automatic stay and affect on claims complaint | 1.2 | 438.00 |
| 07/27/12 | JEM | L110 | Correspond with client and bankruptcy counsel regarding automatic stay and affect on claims complaint | 0.3 | 109.50 |
| 07/27/12 | ERD | L190 | Telephone conference with court to determine counsel of record for serving letter regarding bankruptcy | 0.3 | 36.00 |
| 07/27/12 | ERD | L210 | Review correspondence to counsel regarding status of case in bankruptcy | 0.2 | 24.00 |
| 07/30/12 | JEM | L210 | Revise Motion to Stay per client comments | 0.4 | 146.00 |
| | | | Totals | 3.0 | 972.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.5 | 120.00 | 60.00 |
| JEM | Manning | Partner | 2.5 | 365.00 | 912.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444635 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

                                        **Total Amount of This Invoice**        $972.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC  Mortgage | |
| Attn: Sheila Gregory | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444638 |
| File No. | 040540.000329 |
| Claim/Client File No. | 723448 |

RE:    (VA) advs. Woollard, Susan L./2nd

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $1,501.50 |
| **Total Amount of This Invoice** | **$1,501.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444638
File No. 040540.000329
Claim/Client File No. 723448
Page 2

GMAC Mortgage

(VA) advs. Woollard, Susan L./2nd

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/12/12 | ESF | L210 | Analyze Complaint | 0.6 | 138.00 |
| 07/12/12 | ESF | L210 | Analyze temporary injunction order | 0.2 | 46.00 |
| 07/12/12 | ESF | L160 | Correspondence to client regarding case assessment | 0.3 | 69.00 |
| 07/12/12 | ESF | L160 | Analyze whether case is removable to federal court | 0.3 | 69.00 |
| 07/17/12 | ESF | L160 | Phone conference with opposing counsel regarding settlement demand | 0.2 | 46.00 |
| 07/17/12 | ESF | L160 | Phone conference with client regarding Plaintiff's settlement demand | 0.2 | 46.00 |
| 07/17/12 | ESF | L190 | Prepare case summary and analysis | 1.4 | 322.00 |
| 07/18/12 | ESF | L190 | Prepare recommendation for client for second lawsuit | 1.0 | 230.00 |
| 07/18/12 | JEM | L120 | Analyze documents from client | 0.3 | 109.50 |
| 07/18/12 | JEM | L120 | Revise case assessment and recommendation | 0.3 | 109.50 |
| 07/18/12 | KLR | L190 | Review Non-HAMP Modification Agreement | 0.1 | 17.50 |
| 07/24/12 | ESF | L190 | Correspondence to client regarding responsive pleading | 0.2 | 46.00 |
| 07/24/12 | ESF | L190 | Phone conference with client regarding extension on responsive pleading deadline and loan modification | 0.2 | 46.00 |
| 07/24/12 | ESF | L190 | Correspondence to opposing counsel regarding extension to responsive pleading deadline | 0.2 | 46.00 |
| 07/25/12 | ESF | L190 | Revise consent motion and agreed order for extension of time | 0.3 | 69.00 |
| 07/25/12 | ESF | L190 | Correspondence to opposing counsel regarding draft consent motion to extension of time | 0.1 | 23.00 |
| 07/27/12 | ESF | L190 | Phone conference with Plaintiff's counsel regarding draft agreed order for extension of time | 0.2 | 46.00 |
| 07/31/12 | ESF | L190 | Correspondence to client regarding agreed order extensive responsive pleading deadline | 0.1 | 23.00 |
| | | | Totals | 6.2 | 1,501.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444638
File No. 040540.000329
Claim/Client File No. 723448
Page 3

GMAC Mortgage

(VA) advs. Woollard, Susan L./2nd

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| ESF | Flowers | Associate | 5.5 | 230.00 | 1,265.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| KLR | Russell | Paralegal | 0.1 | 175.00 | 17.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC Mortgage
Attn: Sheila Gregory
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444638 |
| File No. | 040540.000329 |
| Claim/Client File No. | 723448 |

RE:     (VA) advs. Woollard, Susan L./2nd

**Total Amount of This Invoice**        $1,501.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444640 |
| File No. | 040540.000210 |
| Claim/Client File No. | 709202 |

RE:    advs. Mohamed E. Hassan, et al.

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $493.50 |
| **Total Amount of This Invoice** | **$493.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444640
File No. 040540.000210
Claim/Client File No. 709202
Page 2

GMAC ResCap

advs. Mohamed E. Hassan, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/02/12 | ERD | L110 | Review electronic copies of documents from client to check for allonge to the Note | 0.8 | 96.00 |
| 07/27/12 | EGO | L190 | Telephone conversation with Jennifer Scoliard regarding amended proof of claim | 0.1 | 26.50 |
| 07/30/12 | EGO | L190 | Telephone conversation with Chris Hawking concerning amended proof of claim | 0.1 | 26.50 |
| 07/30/12 | EGO | L190 | Review proposed addendum for amended proof of claim | 0.2 | 53.00 |
| 07/30/12 | EGO | L190 | Prepare correspondence to Chris Hawking regarding revisions to addendum for amended proof of claim | 0.3 | 79.50 |
| 07/31/12 | BBR | L210 | Prepare Proof of Claim | 0.8 | 212.00 |
| | | | Totals | 2.3 | 493.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.8 | 120.00 | 96.00 |
| EGO | Ostroff | Associate | 0.7 | 265.00 | 185.50 |
| BBR | Ruhling | Associate | 0.8 | 265.00 | 212.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444640 |
| File No. | 040540.000210 |
| Claim/Client File No. | 709202 |

**RE:    advs. Mohamed E. Hassan, et al.**

**Total Amount of This Invoice**                          $493.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC Mortgage | |
| Attn: Sheila Gregory | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444644 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $3,367.00 |
| **Total Amount of This Invoice** | **$3,367.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444644
File No. 040540.000224
Claim/Client File No. 711867
Page 2

GMAC Mortgage

(WV) advs. Keiffer, Gary R.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/05/12 | JEM | L120 | Correspond with client and bankruptcy counsel regarding letters involving stay of litigation | 0.1 | 36.50 |
| 07/06/12 | ERD | L110 | Case assessment regarding status of letters to opposing counsel regarding bankruptcy stay | 0.1 | 12.00 |
| 07/11/12 | JEM | L120 | Conference call with client regarding letter bifurcating claims per bankruptcy order | 0.2 | 73.00 |
| 07/11/12 | JEM | L120 | Correspond with opposing counsel regarding bankruptcy stay | 0.2 | 73.00 |
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.2 | 24.00 |
| 07/12/12 | JEM | L120 | Revise bifurcation of claims letter and send to court and opposing counsel | 0.8 | 292.00 |
| 07/12/12 | JEM | L120 | Oppose hearing with additional case law | 0.5 | 182.50 |
| 07/13/12 | JEM | L120 | Conference call with opposing counsel regarding bifurcation of stay and claims | 0.4 | 146.00 |
| 07/13/12 | JEM | L210 | Prepare strategy for motion to stay per bankruptcy | 0.5 | 182.50 |
| 07/16/12 | ERD | L110 | case assessment regarding filing motion to stay | 0.2 | 24.00 |
| 07/17/12 | JEM | L210 | Prepare Motion to Stay Litigation pursuant to bankruptcy | 0.6 | 219.00 |
| 07/18/12 | JEM | L120 | Analyze grounds for stay by investor, motion to add and motion to enjoin | 0.3 | 109.50 |
| 07/24/12 | JEM | L210 | Revise case law and exhibits in support of motion to stay and add GMAC as indispensable party | 0.9 | 328.50 |
| 07/24/12 | ERD | L210 | Draft motion to stay | 0.6 | 72.00 |
| 07/24/12 | ERD | L210 | Prepare exhibits to Motion to Stay | 0.4 | 48.00 |
| 07/25/12 | JEM | L210 | Revise Motion to Stay per bankruptcy | 1.6 | 584.00 |
| 07/25/12 | JEM | L210 | Correspond with bankruptcy counsel and client regarding approval of Motion to Stay per bankruptcy | 0.8 | 292.00 |
| 07/26/12 | JEM | L210 | Revise proposed orders for Motion to Stay | 0.3 | 109.50 |
| 07/26/12 | ERD | L210 | Draft proposed order granting motion to stay | 0.2 | 24.00 |
| 07/27/12 | JEM | L210 | Telephone and email correspondence with client and bankruptcy counsel regarding motion to stay | 0.6 | 219.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444644
File No. 040540.000224
Claim/Client File No. 711867
Page 3

GMAC  Mortgage

(WV) advs. Keiffer, Gary R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | litigation | | |
| 07/27/12 | JEM | L210 | Revise motion to stay pursuant to discussions and update client regarding same | 0.4 | 146.00 |
| 07/27/12 | ERD | L190 | Case assessment regarding amended complaint and acceptance of service on behalf of BONYM | 0.2 | 24.00 |
| 07/31/12 | JEM | L210 | Revise Motion to Stay per client comments | 0.4 | 146.00 |
| | | | Totals | 10.5 | 3,367.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.9 | 120.00 | 228.00 |
| JEM | Manning | Partner | 8.6 | 365.00 | 3,139.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC Mortgage
Attn: Sheila Gregory
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444644 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:**    **(WV) advs. Keiffer, Gary R.**

**Total Amount of This Invoice**                $3,367.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444649 |
| | File No. | 040540.000228 |
| | Claim/Client File No. | 712786 |

RE:    (GA) Phillpott, Patricia

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $115.00 |
| **Total Amount of This Invoice** | **$115.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444649
File No. 040540.000228
Claim/Client File No. 712786
Page 2

GMAC ResCap

(GA) Phillpott, Patricia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of recording of Quit Claim Deed | 0.1 | 29.00 |
| 07/05/12 | AJR | L120 | Review and analyze case and email to client regarding original quitclaim deed | 0.2 | 57.00 |
| 07/05/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding Quit Claim Deed and review same | 0.1 | 29.00 |
| | | | Totals | 0.4 | 115.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444649 |
| File No. | 040540.000228 |
| Claim/Client File No. | 712786 |

RE:    (GA) Phillpott, Patricia

**Total Amount of This Invoice**                    $115.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444653 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $790.50 |
| **Total Amount of This Invoice** | **$790.50** |