IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444653
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/11/12 | JEM | L120 | Conference call with client regarding letter bifurcating claims per bankruptcy order | 0.2 | 73.00 |
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.2 | 24.00 |
| 07/26/12 | JEM | L110 | Prepare letter to opposing counsel regarding bifurcated claims and application of automatic bankruptcy stay in part | 0.4 | 146.00 |
| 07/27/12 | JEM | L110 | Revise letters to opposing counsel regarding automatic stay and affect on claims complaint | 1.2 | 438.00 |
| 07/27/12 | JEM | L110 | Correspond with client and bankruptcy counsel regarding automatic stay and affect on claims complaint | 0.3 | 109.50 |
| | | | Totals | 2.3 | 790.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 2.1 | 365.00 | 766.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444653 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

**Total Amount of This Invoice**                          $790.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444654 |
| File No. | 040540.000238 |
| Claim/Client File No. | 713697 |

**RE:    (GA) Reid, Kenneth**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $28.50 |
| **Total Amount of This Invoice** | **$28.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Reid, Kenneth

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/23/12 | AJR | L240 | Email with client regarding status of motion to dismiss | 0.1 | 28.50 |
| | | | Totals | 0.1 | 28.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444654 |
| File No. | 040540.000238 |
| Claim/Client File No. | 713697 |

**RE:** **(GA) Reid, Kenneth**

**Total Amount of This Invoice**       $28.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444655 |
| | File No. | 040540.000244 |
| | Claim/Client File No. | 715128 |

**RE:    (GA) Windham, Andrew**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $504.50 |
| **Total Amount of This Invoice** | **$504.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444655
File No. 040540.000244
Claim/Client File No. 715128
Page 2

GMAC ResCap

(GA) Windham, Andrew

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Verify status of entry of Order granting summary judgment | 0.1 | 29.00 |
| 07/12/12 | AJR | L190 | Telephone conference with judge's law clerk regarding pending motion for summary judgment | 0.1 | 28.50 |
| 07/12/12 | MJW | L250 | Review and revise claims and arguments for summary judgment hearing | 0.7 | 192.50 |
| 07/13/12 | AJR | L120 | Analyze strategy for hearing on motion for summary judgment | 0.2 | 57.00 |
| 07/13/12 | MJW | L210 | Telephone conference regarding motion for summary judgment | 0.2 | 55.00 |
| 07/17/12 | AJR | L240 | Analyze strategy for hearing on motion for summary judgment | 0.2 | 57.00 |
| 07/17/12 | ABP | L120 | Develop strategies in support of hearing for Motion for Summary Judgment | 0.2 | 58.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.1 | 27.50 |
| | | | Totals | 1.8 | 504.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 1.0 | 275.00 | 275.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444655 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

**RE:     (GA) Windham, Andrew**

**Total Amount of This Invoice**                    $504.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444656 |
| | File No. | 040540.000254 |
| | Claim/Client File No. | 716264 |

**RE:    (GA) Richard C. Flippin - Foreclosure**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $84.00 |
| **Total Amount of This Invoice** | **$84.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444656
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify litigation case status | 0.1 | 29.00 |
| 07/17/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| | | | | Totals  0.3 | 84.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444656 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:    (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**          $84.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444657 |
| File No. | 040540.000071 |
| Claim/Client File No. | 698837 |

RE:    (GA) Douglas Wagner

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $969.00 |
| **Total Amount of This Invoice** | **$969.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444657
File No. 040540.000071
Claim/Client File No. 698837
Page 2

GMAC ResCap

(GA) Douglas Wagner

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L210 | Review and respond to email correspondence regarding consent order | 0.1 | 27.50 |
| 06/14/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding litigation status | 0.2 | 58.00 |
| 06/18/12 | ABP | P600 | Review correspondence exchanged with client Christy Hancock regarding dismissal of case | 0.1 | 29.00 |
| 06/19/12 | AJR | L190 | Emails with Christy Hancock and Michael Albino (foreclosure counsel) regarding case status | 0.2 | 57.00 |
| 06/21/12 | ABP | P600 | Review Dismissal Order entered by Court | 0.1 | 29.00 |
| 06/21/12 | AJR | L190 | Email with client regarding chart of Georgia cases for bankruptcy; revise chart | 0.9 | 256.50 |
| 06/22/12 | ABP | L110 | Verify litigation status | 0.1 | 29.00 |
| 06/22/12 | ABP | P600 | Review Dismissal Order entered by Court | 0.1 | 29.00 |
| 06/22/12 | AJR | L190 | Email with client regarding chart of Georgia cases for bankruptcy; revise chart | 0.3 | 85.50 |
| 06/26/12 | AJR | L190 | Email with foreclosure counsel regarding status of rescinding foreclosure deed | 0.1 | 28.50 |
| 06/26/12 | AJR | L190 | Email to client regarding status of rescinding foreclosure deed and regarding May 2011 Settlement Agreement | 0.3 | 85.50 |
| 06/26/12 | ABP | L110 | Review correspondence exchanged with clients Christy Hancock and foreclosure counsel regarding status of settlement and foreclosure | 0.2 | 58.00 |
| 06/27/12 | AJR | L120 | Review and analyze pleadings sent by client; telephone conference with clerk regarding case status | 0.1 | 28.50 |
| 06/28/12 | AJR | L120 | Request file from court; receive and review pleadings | 0.2 | 57.00 |
| 06/30/12 | ABP | L160 | Review prior Settlement Agreement | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444657
File No. 040540.000071
Claim/Client File No. 698837
Page 3

GMAC ResCap

(GA) Douglas Wagner

| | Totals | 3.5 | 969.00 |
|---|---|---|---|

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 2.1 | 285.00 | 598.50 |
| MJW | Windham | Associate | 0.1 | 275.00 | 27.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1444657 |
| | File No. 040540.000071 |
| | Claim/Client File No. 698837 |

**RE:**    (GA) Douglas Wagner

**Total Amount of This Invoice**                     $969.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444659 |
| File No. | 040540.000145 |
| Claim/Client File No. | 698808 |

**RE:    (GA) Ramsey, Joseph A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $193.00 |
| **Total Amount of This Invoice** | **$193.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444659
File No. 040540.000145
Claim/Client File No. 698808
Page 2

GMAC ResCap

(GA) Ramsey, Joseph A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | AJR | L120 | Analyze strategy for filing motion for costs | 0.1 | 28.50 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | MJW | L510 | Review and respond to email correspondence regarding appeal deadline | 0.1 | 27.50 |
| 06/12/12 | MJW | L510 | Check time for time to appeal | 0.2 | 55.00 |
| | | | Totals | 0.8 | 193.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444659 |
| File No. | 040540.000145 |
| Claim/Client File No. | 698808 |

RE:    (GA) Ramsey, Joseph A.

**Total Amount of This Invoice**                    $193.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444662 |
| | File No. | 040540.000147 |
| | Claim/Client File No. | 719681 |

**RE:    (GA) Joseph, Sean**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $2,699.00 |
| **Total Amount of This Invoice** | **$2,699.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444662
File No. 040540.000147
Claim/Client File No. 719681
Page 2

GMAC ResCap

(GA) Joseph, Sean

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/01/12 | AJR | L190 | Email to Crystal Flores regarding status of and strategy for case | 0.2 | 57.00 |
| 06/05/12 | AJR | L190 | Revise and file substitution of counsel | 0.1 | 28.50 |
| 06/06/12 | AJR | L120 | Email to Katie Dutill regarding status of and strategy for case | 0.1 | 28.50 |
| 06/06/12 | AJR | L120 | Email to Crystal Flores from First American Title Insurance Company regarding status of and strategy for case | 0.1 | 28.50 |
| 06/06/12 | AJR | L190 | Email to borrower regarding new counsel | 0.1 | 28.50 |
| 06/06/12 | AJR | L120 | Review pleadings | 0.5 | 142.50 |
| 06/06/12 | AJR | L120 | Analyze status of case | 0.3 | 85.50 |
| 06/07/12 | AJR | L120 | Analyze strategy for case and email to Mark Windham regarding same | 0.4 | 114.00 |
| 06/07/12 | AJR | L190 | Emails with plaintiff regarding new attorney's contact information | 0.1 | 28.50 |
| 06/07/12 | AJR | L120 | Telephone conference with client regarding status of and strategy for case | 0.1 | 28.50 |
| 06/07/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 06/07/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding stay of litigation, discovery and case status | 0.2 | 58.00 |
| 06/07/12 | MJW | L210 | Review and respond to email correspondence regarding motion | 0.2 | 55.00 |
| 06/07/12 | MJW | L190 | Review case file | 0.4 | 110.00 |
| 06/07/12 | MJW | L210 | Draft motion lifting stay | 0.7 | 192.50 |
| 06/07/12 | MJW | L350 | Prepare discovery responses | 1.1 | 302.50 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/08/12 | MJW | L350 | Prepare discovery responses | 0.6 | 165.00 |
| 06/08/12 | MJW | L210 | Draft motion lifting stay | 0.3 | 82.50 |
| 06/08/12 | MJW | L190 | Review case file | 0.3 | 82.50 |
| 06/10/12 | ABP | L160 | Develop settlement strategies | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444662
File No. 040540.000147
Claim/Client File No. 719681
Page 3

GMAC ResCap

(GA) Joseph, Sean

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/11/12 | AJR | L190 | Prepare for conference call with Christy Hancock; telephone call with Christy Hancock regarding Georgia case list | 2.8 | 798.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/13/12 | AJR | L190 | Calendar deadline for plaintiff to appeal and email to Christy Hancock regarding same | 0.3 | 85.50 |
| 06/21/12 | AJR | L190 | Email to Crystal Flores (First American Title Insurance Company) regarding case status | 0.1 | 28.50 |
| | | | Totals | 9.7 | 2,699.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.7 | 290.00 | 203.00 |
| AJR | Reyes | Associate | 5.2 | 285.00 | 1,482.00 |
| MJW | Windham | Associate | 3.6 | 275.00 | 990.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444662 |
| File No. | 040540.000147 |
| Claim/Client File No. | 719681 |

RE:    (GA) Joseph, Sean

**Total Amount of This Invoice**                    $2,699.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**