# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444665 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

**RE:    (GA) Browder, Harold Jr. and Melissa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $948.00 |
| **Total Amount of This Invoice** | **$948.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444665
File No. 040540.000164
Claim/Client File No. 701919
Page 2

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/04/12 | MJW | L190 | Check docket for order | 0.2 | 55.00 |
| 06/07/12 | AJR | L250 | File notice of appearance and substitution of counsel | 0.1 | 28.50 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | AJR | L190 | Prepare case list for Christy Hancock | 1.9 | 541.50 |
| 06/12/12 | ABP | L110 | Verify status of occupancy of property | 0.1 | 29.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding status of appeal | 0.1 | 12.00 |
| 06/26/12 | AJR | L120 | Analyze case strategy and email to client regarding same | 0.1 | 28.50 |
| 06/26/12 | MJW | L120 | Review case file | 0.2 | 55.00 |
| 06/26/12 | MJW | L210 | Review and respond to email correspondence regarding lis pendens | 0.3 | 82.50 |
| 06/26/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding sale of property and lis pendens | 0.1 | 29.00 |
| 06/26/12 | ABP | L110 | Verify sale of property and filing of lis pendens | 0.1 | 29.00 |
| | | | Totals | 3.4 | 948.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| AJR | Reyes | Associate | 2.1 | 285.00 | 598.50 |
| MJW | Windham | Associate | 0.7 | 275.00 | 192.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444665 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

RE:    (GA) Browder, Harold Jr. and Melissa

**Total Amount of This Invoice**          $948.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1444667 |
| | File No. 040540.000213 |
| | Claim/Client File No. 709510 |

RE:    (GA) Crouch, Kate

Fees for Professional Services Rendered Through 06/30/12          $195.00

**Total Amount of This Invoice**          **$195.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444667
File No. 040540.000213
Claim/Client File No. 709510
Page 2

GMAC ResCap

(GA) Crouch, Kate

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/21/12 | AJR | L190 | Email with counsel for MERS regarding case status | 0.1 | 28.50 |
| 06/21/12 | ABP | P600 | Review correspondence from counsel for MERS regarding Dismissal Order and status of litigation | 0.1 | 29.00 |
| 06/21/12 | MJW | L210 | Review and respond to email correspondence regarding entered order | 0.3 | 82.50 |
| 06/21/12 | MJW | L190 | Pull entered order from docket | 0.2 | 55.00 |
| | | | Totals | 0.7 | 195.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 0.5 | 275.00 | 137.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444667 |
| File No. | 040540.000213 |
| Claim/Client File No. | 709510 |

**RE:**    **(GA) Crouch, Kate**

**Total Amount of This Invoice**                    $195.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1444672 |
| | File No. 040540.000239 |
| | Claim/Client File No. 714217 |

**RE:    (GA) Bishop, Sharon D.**

**Total Amount of This Invoice        $0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1444672
File No. 040540.000239
Claim/Client File No. 714217
Page 2

GMAC ResCap

(GA) Bishop, Sharon D.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/21/12 | AJR | L190 | Email with counsel for MERS regarding case status | 0.2 | 0.00 |
| 06/21/12 | ABP | P600 | Review correspondence from counsel for MERS regarding Dismissal Order and status of litigation | 0.1 | 0.00 |
| 06/21/12 | MJW | L210 | Review and respond to email correspondence regarding entered order | 0.3 | 0.00 |
| 06/21/12 | MJW | L190 | Pull entered order from docket | 0.2 | 0.00 |
| | | | Totals | 0.8 | 0.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 0.00 | 0.00 |
| AJR | Reyes | Associate | 0.2 | 0.00 | 0.00 |
| MJW | Windham | Associate | 0.5 | 0.00 | 0.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444672 |
| File No. | 040540.000239 |
| Claim/Client File No. | 714217 |

**RE:    (GA) Bishop, Sharon D.**

**Total Amount of This Invoice**    $0.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444675 |
| | File No. | 040540.000233 |
| | Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $4,909.50 |
| **Total Amount of This Invoice** | **$4,909.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Owens, Thelma

Invoice Date 08/21/12
Invoice Number 1444675
File No. 040540.000233
Claim/Client File No. 713629
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/05/12 | AJR | L190 | Revise and file substitution of counsel | 0.1 | 28.50 |
| 06/07/12 | AJR | L510 | Receive and review plaintiff's appeal brief and analyze strategy for case in light of same | 0.3 | 85.50 |
| 06/07/12 | MJW | L250 | Review and respond to email correspondence regarding notice of bankruptcy | 0.2 | 55.00 |
| 06/07/12 | MJW | L250 | Prepare notice of bankruptcy | 0.5 | 137.50 |
| 06/08/12 | AJR | L510 | Email to client regarding plaintiff's appeal brief and strategy for responding to same | 0.1 | 28.50 |
| 06/08/12 | ERD | L110 | Review GMAC's Appellate Brief | 0.2 | 24.00 |
| 06/08/12 | ERD | L110 | Plan and prepare case strategy in light of RESCAP bankruptcy on conference call with client | 0.3 | 36.00 |
| 06/08/12 | MJW | L520 | Review and respond to email correspondence regarding appellate brief | 0.3 | 82.50 |
| 06/15/12 | AJR | L250 | Email to Mark Windham regarding notice of bankruptcy | 0.2 | 57.00 |
| 06/20/12 | AJR | L190 | Calendar deadlines for filing response to appeal brief and update task list | 0.3 | 85.50 |
| 06/25/12 | AJR | L190 | Analyze strategy for filing notice of bankruptcy | 0.1 | 28.50 |
| 06/25/12 | MJW | L520 | Review case file for drafting appellate brief | 0.8 | 220.00 |
| 06/25/12 | MJW | L520 | Draft appellate brief | 1.3 | 357.50 |
| 06/26/12 | AJR | L120 | Analyze case strategy regarding filing notice of bankruptcy and motion to cancel lis pendens and email to client regarding same | 0.4 | 114.00 |
| 06/27/12 | AJR | L520 | Analyze strategy for filing appeal brief | 0.2 | 57.00 |
| 06/27/12 | HC | L110 | Assist in research regarding premature appeal and email correspondence regarding same | 1.0 | 290.00 |
| 06/27/12 | MJW | L520 | Draft appellate brief | 1.2 | 330.00 |
| 06/27/12 | MJW | L510 | Research regarding appellate jurisdiction | 1.7 | 467.50 |
| 06/28/12 | AJR | L510 | Analyze strategy for filing motion to dismiss appeal | 0.2 | 57.00 |
| 06/28/12 | MJW | L510 | Review and respond to email correspondence regarding jurisdiction of appeal | 0.5 | 137.50 |
| 06/28/12 | MJW | L510 | Research appellate jurisdiction | 1.0 | 275.00 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444675
File No. 040540.000233
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Thelma

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/29/12 | AJR | L510 | Analyze strategy for response brief | 0.3 | 85.50 |
| 06/29/12 | MJW | L520 | Review case history from brief | 0.4 | 110.00 |
| 06/29/12 | MJW | L520 | Review and respond to email correspondence regarding response brief | 0.5 | 137.50 |
| 06/29/12 | MJW | L520 | Draft response brief | 3.7 | 1,017.50 |
| 06/29/12 | MJW | L520 | Conference regarding due process issue for appellate brief | 0.2 | 55.00 |
| 06/29/12 | MJW | L520 | Research due process issue | 1.1 | 302.50 |
| 06/30/12 | MJW | L520 | Draft appellate brief | 0.9 | 247.50 |
| | | | Totals | 18.0 | 4,909.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| HC | Cheshire | Paralegal | 1.0 | 290.00 | 290.00 |
| ERD | Derby | Paralegal | 0.5 | 120.00 | 60.00 |
| AJR | Reyes | Associate | 2.2 | 285.00 | 627.00 |
| MJW | Windham | Associate | 14.3 | 275.00 | 3,932.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444675 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:**    **(GA) Owens, Thelma**

**Total Amount of This Invoice**    $4,909.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444676 |
| | File No. | 040540.000256 |
| | Claim/Client File No. | 716715 |

**RE:    (GA) Merceron, Viking, et al.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $114.50 |
| **Total Amount of This Invoice** | **$114.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/21/12
Invoice Number 1444676
File No. 040540.000256
Claim/Client File No. 716715
Page 2

GMAC ResCap

(GA) Merceron, Viking, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/21/12 | AJR | L190 | Check status of case and email to client regarding same | 0.3 | 85.50 |
| 06/21/12 | ABP | L120 | Review correspondence exchanged with client Heather Franchi regarding objections to Magistrate report and recommendation | 0.1 | 29.00 |
| | | | Totals | 0.4 | 114.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date                08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by                J C Lynch |
| One Meridian Crossings | Direct Dial            757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.                  1444676 |
| | File No.              040540.000256 |
| | Claim/Client File No.            716715 |

**RE:**    **(GA) Merceron, Viking, et al.**

**Total Amount of This Invoice**                               $114.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444685 |
| | File No. | 040540.000256 |
| | Claim/Client File No. | 716715 |

**RE:    (GA) Merceron, Viking, et al.**

Fees for Professional Services Rendered Through 07/31/12                     $144.00

**Total Amount of This Invoice          $144.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444685
File No. 040540.000256
Claim/Client File No. 716715
Page 2

GMAC ResCap

(GA) Merceron, Viking, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of Court ruling adopting Magistrate's Report and Recommendation | 0.1 | 29.00 |
| 07/19/12 | AJR | L190 | Email to client regarding case status | 0.1 | 28.50 |
| 07/19/12 | AJR | L190 | Check docket for case status per request of client | 0.1 | 28.50 |
| 07/19/12 | ABP | L110 | Review correspondence exchanged with client Heather Franchi regarding status of Court's adoption of Magistrate's Report and Recommendation to dismiss case | 0.2 | 58.00 |
| | | | Totals | 0.5 | 144.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444685 |
| File No. | 040540.000256 |
| Claim/Client File No. | 716715 |

RE:    (GA) Merceron, Viking, et al.

**Total Amount of This Invoice**                              $144.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date                08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by              J C Lynch |
| One Meridian Crossings | Direct Dial              757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.                 1444691 |
| | File No.              040540.000168 |
| | Claim/Client File No.          703860 |

RE:     (GA) McNeal, Lorraine

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $2,174.00 |
| **Total Amount of This Invoice** | **$2,174.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444691
File No. 040540.000168
Claim/Client File No. 703860
Page 2

GMAC ResCap

(GA) McNeal, Lorraine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of appeal | 0.1 | 29.00 |
| 07/09/12 | MRB | L250 | Research and draft reply brief to appellant's response in opposition to notice of bankruptcy | 4.9 | 1,347.50 |
| 07/11/12 | MRB | L250 | Conference with Norman Rosenbaum regarding reply to appellant's response in opposition to notice of stay; research and analysis regarding same | 1.4 | 385.00 |
| 07/12/12 | MRB | L250 | Legal research and drafting regarding letter to clerk responding to stay notice filed by appellant | 1.3 | 357.50 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| | | | Totals | 7.9 | 2,174.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 7.6 | 275.00 | 2,090.00 |
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444691 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

**RE:**    **(GA) McNeal, Lorraine**

**Total Amount of This Invoice**                           $2,174.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444694 |
| | File No. | 040540.000164 |
| | Claim/Client File No. | 701919 |

**RE:    (GA) Browder, Harold Jr. and Melissa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $9,999.00 |
| **Total Amount of This Invoice** | **$9,999.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444694
File No. 040540.000164
Claim/Client File No. 701919
Page 2

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify litigation case status | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/13/12 | AJR | L190 | Receive and review order vacating judgment and remanding case to state court; review and analyze case law cited as rationale for decision by court of appeals; analyze case strategy in light of same | 1.3 | 370.50 |
| 07/13/12 | ABP | L120 | Review Court of Appeals Opinion and Order vacating judgment and remanding case to state court | 0.2 | 58.00 |
| 07/13/12 | ABP | L120 | Develop appellate strategies | 0.3 | 87.00 |
| 07/13/12 | ABP | L120 | Research and analyze recent Court of Appeals Opinion and Order in Reese case regarding requirements for notice and advertisement of foreclosure | 0.6 | 174.00 |
| 07/13/12 | AWL | L120 | Review remand order and consider and comment on case strategy | 0.2 | 90.00 |
| 07/13/12 | MJW | L210 | Review order; review Reese decision for impact | 0.6 | 165.00 |
| 07/13/12 | MJW | L120 | Telephone conference regarding case status | 0.3 | 82.50 |
| 07/16/12 | AJR | L120 | Analyze case strategy in light of court of appeals order | 0.2 | 57.00 |
| 07/16/12 | MJW | L120 | Draft/revise motion for reconsideration | 1.5 | 412.50 |
| 07/16/12 | MJW | L120 | Conference regarding motion for reconsideration | 0.1 | 27.50 |
| 07/16/12 | MJW | L120 | Review and respond to email correspondence regarding motion | 0.2 | 55.00 |
| 07/17/12 | AWL | L120 | Consider and comment on issues regarding motion to reconsider | 0.1 | 45.00 |
| 07/17/12 | ABP | L120 | Analyze research regarding requirements of statutory foreclosure notice and inclusion of identity of holder of loan in foreclosure notice | 0.1 | 29.00 |
| 07/17/12 | MJW | L120 | Analyze facts for motion for reconsideration | 0.7 | 192.50 |
| 07/17/12 | MJW | L120 | Draft email with recommendation | 0.4 | 110.00 |
| 07/17/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/18/12 | ABP | L510 | Develop strategies in response to Court of Appeals | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444694
File No. 040540.000164
Claim/Client File No. 701919
Page 3

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Order remanding appeal in light of recent Opinion in Reese | | |
| 07/18/12 | MJW | L120 | Review and respond to email correspondence regarding motion for reconsideration | 0.3 | 82.50 |
| 07/18/12 | MJW | L120 | Summarize arguments for motion for reconsideration | 0.8 | 220.00 |
| 07/18/12 | MJW | L120 | Draft motion for reconsideration | 2.8 | 770.00 |
| 07/19/12 | AJR | L120 | Analyze case strategy in light of court of appeals ruling and update case chart | 0.2 | 57.00 |
| 07/19/12 | ABP | L120 | Develop strategies in response to Court of Appeal's Order Remanding Case to Trial Court | 0.3 | 87.00 |
| 07/19/12 | ABP | L510 | Plan and prepare Motion to Reconsider Court of Appeal's Order | 0.6 | 174.00 |
| 07/19/12 | ABP | L210 | Exchange correspondence with client Katie Dutill regarding proposed Motion to Reconsider | 0.4 | 116.00 |
| 07/19/12 | MJW | L120 | Research case law for motion | 3.1 | 852.50 |
| 07/19/12 | MJW | L120 | Draft motion for reconsideration | 5.3 | 1,457.50 |
| 07/19/12 | MJW | L130 | Revise motion for reconsideration | 2.8 | 770.00 |
| 07/19/12 | MJW | L120 | Conference regarding motion | 0.4 | 110.00 |
| 07/19/12 | MJW | L120 | Review and respond to email correspondence regarding motion for reconsideration | 0.3 | 82.50 |
| 07/20/12 | JCL | L190 | Review of Court of Appeals Opinion adopting Judge Totenberg's analysis | 0.4 | 160.00 |
| 07/20/12 | JCL | L190 | Work on various issues relating to next steps in case | 0.4 | 160.00 |
| 07/20/12 | AJR | L120 | Analyze strategy for motion for reconsideration | 0.1 | 28.50 |
| 07/20/12 | ABP | L510 | Revise and finalize Motion to Reconsider Court of Appeals' ruling | 2.1 | 609.00 |
| 07/20/12 | ABP | L120 | Plan and prepare status report | 0.6 | 174.00 |
| 07/20/12 | ABP | L210 | Exchange correspondence with clients Katie Dutill and counsel for MERS regarding proposed Motion to Reconsider | 0.4 | 116.00 |
| 07/20/12 | MJW | L120 | Conference regarding case status | 0.2 | 55.00 |
| 07/23/12 | AJR | L510 | Email to client regarding stamped filed motion for reconsideration | 0.1 | 28.50 |