IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444694
File No. 040540.000164
Claim/Client File No. 701919
Page 4

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/12 | AJR | L510 | Analyze strategy for motion for reconsideration; prepare and file same | 0.4 | 114.00 |
| 07/23/12 | ABP | L210 | Exchange correspondence with client Katie Dutill regarding Motion for Reconsideration | 0.3 | 87.00 |
| 07/23/12 | ABP | L120 | Prepare case report regarding Georgia Court of Appeals decision in Reese | 0.4 | 116.00 |
| 07/23/12 | ABP | L120 | Exchange correspondence with clients Natasha Campbell and Katie Dutill regarding Georgia Court of Appeals decision in Reese | 0.2 | 58.00 |
| 07/23/12 | ABP | L210 | Revise and finalize Motion for Reconsideration | 0.6 | 174.00 |
| 07/23/12 | ABP | L210 | Prepare to file Motion for Reconsideration | 0.1 | 29.00 |
| 07/24/12 | AJR | L510 | Receive and review correspondence from court regarding filed motion for reconsideration | 0.2 | 57.00 |
| 07/24/12 | AJR | L510 | Email to client regarding correspondence from court regarding filed motion for reconsideration | 0.1 | 28.50 |
| 07/24/12 | AJR | L120 | Analyze case strategy | 0.1 | 28.50 |
| 07/24/12 | MJW | L120 | Conference regarding case | 0.2 | 55.00 |
| 07/24/12 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding Judge Blackwell's appointment to the Georgia State Supreme Court and possible impact on outcome of pending litigation | 0.1 | 29.00 |
| 07/24/12 | ABP | L510 | Review Court of Appeals Order reassigning case | 0.1 | 29.00 |
| 07/26/12 | JEM | L120 | Correspond with counsel for defendant in Reese regarding Motion for Reconsideration and appeal strategy | 0.6 | 219.00 |
| 07/26/12 | MJW | L120 | Conference regarding case strategy | 0.1 | 27.50 |
| 07/26/12 | MJW | L210 | Review motion for reconsideration | 0.4 | 110.00 |
| 07/26/12 | ABP | L510 | Telephone call with Clerk of Court of Georgia Court of Appeals regarding status of appeal in Reese | 0.3 | 87.00 |
| 07/26/12 | ABP | L510 | Exchange telephone calls with counsel for Defendant Provident in Reese appeal concerning Motion for Reconsideration and appellate strategies | 0.5 | 145.00 |
| 07/26/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 07/30/12 | ABP | L120 | Analyze and research case law in support of arguments on Motion for Reconsideration | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/21/12
Invoice Number 1444694
File No. 040540.000164
Claim/Client File No. 701919
Page 5

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/31/12 | AJR | L510 | Receive and review order denying motion for reconsideration and analyze case strategy in light of same | 0.4 | 114.00 |
| 07/31/12 | AJR | L510 | Email client and counsel for MERS regarding order denying motion for reconsideration and case strategy in light of same | 0.2 | 57.00 |
| 07/31/12 | ABP | L510 | Review correspondence exchanged with client Katie Dutill regarding Court of Appeals denial of Motion for Reconsideration | 0.1 | 29.00 |
| 07/31/12 | ABP | L510 | Review correspondence exchanged with counsel for MERS regarding Court of Appeals denial of Motion for Reconsideration | 0.1 | 29.00 |
| 07/31/12 | ABP | L510 | Review Court of Appeal's Order denying Motion for Reconsideration | 0.1 | 29.00 |
| | | | Totals | 35.1 | 9,999.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.3 | 450.00 | 135.00 |
| JCL | Lynch | Partner | 0.8 | 400.00 | 320.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| ABP | Pittman | Associate | 9.2 | 290.00 | 2,668.00 |
| AJR | Reyes | Associate | 3.3 | 285.00 | 940.50 |
| MJW | Windham | Associate | 20.7 | 275.00 | 5,692.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444694 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

**RE:**    **(GA) Browder, Harold Jr. and Melissa**

**Total Amount of This Invoice**          $9,999.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444697 |
| File No. | 040540.000162 |
| Claim/Client File No. | 700869 |

**RE:    (GA) Williams, G. Anne**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $79.00 |
| **Total Amount of This Invoice** | **$79.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/21/12
Invoice Number 1444697
File No. 040540.000162
Claim/Client File No. 700869
Page 2

GMAC ResCap

(GA) Williams, G. Anne

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| | | | Totals | 0.4 | 79.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444697 |
| File No. | 040540.000162 |
| Claim/Client File No. | 700869 |

RE:     (GA) Williams, G. Anne

**Total Amount of This Invoice**             $79.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444698 |
| | File No. | 040540.000112 |
| | Claim/Client File No. | 687488 |

**RE:    (GA) Evans, Neville E., et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $763.00 |
| **Total Amount of This Invoice** | **$763.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/21/12
Invoice Number 1444698
File No. 040540.000112
Claim/Client File No. 687488
Page 2

GMAC ResCap

(GA) Evans, Neville E., et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/05/12 | AJR | L190 | Email to client regarding strategy for filing notice of bankruptcy and dismissing cross claims | 0.2 | 57.00 |
| 07/05/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding dismissal of cross-claims and proposed Notice of Bankruptcy | 0.1 | 29.00 |
| 07/09/12 | AJR | L190 | Revise and file notice of bankruptcy; review and analyze order denying motion for exemption from mediation | 0.2 | 57.00 |
| 07/09/12 | AJR | L190 | Telephone calls and emails with counsel for cross-claim defendants regarding notice of dismissal of cross-claims | 0.3 | 85.50 |
| 07/09/12 | AJR | L210 | Draft notice of dismissal of cross-claims | 0.6 | 171.00 |
| 07/09/12 | AJR | L210 | Email to client regarding order denying motion for exemption from mediation | 0.1 | 28.50 |
| 07/09/12 | MJW | L210 | Review and respond to email correspondence regarding bankruptcy; review and respond to email correspondence regarding case history; conference regarding case status | 0.5 | 137.50 |
| 07/11/12 | AJR | L120 | Analyze strategy for case in light of telephone call from plaintiffs' counsel following filing of notice of bankruptcy | 0.1 | 28.50 |
| 07/11/12 | AJR | L190 | Telephone conference with plaintiffs' counsel regarding filing of notice of bankruptcy | 0.1 | 28.50 |
| 07/12/12 | AJR | L250 | Email with client regarding status of filing of notice of bankruptcy | 0.1 | 28.50 |
| 07/17/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/18/12 | AJR | L250 | Email to client regarding plaintiffs' notice of stay | 0.1 | 28.50 |
| 07/18/12 | AJR | L250 | Receive and review plaintiffs' notice of stay | 0.1 | 28.50 |
| | | | Totals | 2.7 | 763.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444698
File No. 040540.000112
Claim/Client File No. 687488
Page 3

GMAC ResCap

(GA) Evans, Neville E., et al.

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| AJR | Reyes | Associate | 1.9 | 285.00 | 541.50 |
| MJW | Windham | Associate | 0.7 | 275.00 | 192.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444698 |
| File No. | 040540.000112 |
| Claim/Client File No. | 687488 |

**RE:     (GA) Evans, Neville E., et al.**

**Total Amount of This Invoice**          $763.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1444699 |
| | File No. 040540.000121 |
| | Claim/Client File No. 708470 |

RE:     **(GA) Lamb, Linda Faye**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $24.00 |
| **Total Amount of This Invoice** | **$24.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444699
File No. 040540.000121
Claim/Client File No. 708470
Page 2

GMAC ResCap

(GA) Lamb, Linda Faye

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1444699 |
| | File No. 040540.000121 |
| | Claim/Client File No. 708470 |

**RE:    (GA) Lamb, Linda Faye**

Total Amount of This Invoice                $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444706 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:     **(GA) Madzimoyo, Wekesa O.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $426.00 |
| **Total Amount of This Invoice** | **$426.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444706
File No. 040540.000123
Claim/Client File No. 718235
Page 2

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Develop strategies regarding filing Amended Notice of Bankruptcy and develop discovery strategies | 0.1 | 29.00 |
| 07/17/12 | AJR | L190 | Prepare chart and analyze cases stayed by bankruptcy at request of client | 0.3 | 85.50 |
| 07/17/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/18/12 | AJR | L190 | Prepare chart and analyze cases stayed by bankruptcy at request of client | 0.5 | 142.50 |
| 07/25/12 | AJR | L120 | Analyze case strategy in light of bankruptcy order and Reese v. Provident Funding Associates case | 0.4 | 114.00 |
| | | | Totals | 1.5 | 426.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| AJR | Reyes | Associate | 1.2 | 285.00 | 342.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444706 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    (GA) Madzimoyo, Wekesa O.

Total Amount of This Invoice                $426.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444709 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

RE:     (WV) Posey, Janet M.

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $488.50 |
| **Total Amount of This Invoice** | **$488.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444709
File No. 040540.000127
Claim/Client File No. 682623
Page 2

GMAC ResCap

(WV) Posey, Janet M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/17/12 | JCL | L190 | Review correspondence from client and opposing counsel and work on settlement strategies | 0.4 | 160.00 |
| 07/17/12 | JEM | L160 | Settlement negotiations with opposing counsel and client regarding repurchase demand | 0.6 | 219.00 |
| 07/18/12 | JEM | L160 | Telephone and email settlement communications with client and opposing counsel | 0.3 | 109.50 |
| | | | Totals | 1.3 | 488.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JCL | Lynch | Partner | 0.4 | 400.00 | 160.00 |
| JEM | Manning | Partner | 0.9 | 365.00 | 328.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444709 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

RE:    (WV) Posey, Janet M.

**Total Amount of This Invoice**                    $488.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1444714 |
| | File No. | 040540.000128 |
| | Claim/Client File No. | 685466 |
| | Policy No. | Loan No. |

**RE:    (WV) Dawson, Carol andTerry Clark**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $24.00 |
| **Total Amount of This Invoice** | **$24.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/21/12
Invoice Number 1444714
File No. 040540.000128
Claim/Client File No. 685466
Page 2

GMAC ResCap

(WV) Dawson, Carol andTerry Clark

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1444714 |
| File No. | 040540.000128 |
| Claim/Client File No. | 685466 |
| Policy No. | |
| Loan No. | |

RE:    (WV) Dawson, Carol and Terry Clark

**Total Amount of This Invoice**                                    $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445550 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    **(GA) Rainey, Deidrenne and Esell**

Fees for Professional Services Rendered Through 07/31/12        $11,192.00

**Total Amount of This Invoice**        **$11,372.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445550
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/02/12 | AJR | L120 | Legal research regarding requirements to set aside a foreclosure sale under Georgia law | 0.7 | 199.50 |
| 07/02/12 | AJR | L250 | Email to client regarding strategy for trial brief | 0.2 | 57.00 |
| 07/02/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding Court's Order directing Plaintiffs to file amended Trial Brief and loan modification discussions with opposing counsel | 0.1 | 29.00 |
| 07/02/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 07/02/12 | ABP | L120 | Plan and prepare arguments to include in response Trial Brief on chilling effect issue | 0.1 | 29.00 |
| 07/03/12 | ABP | L110 | Verify status of filing of Plaintiff's Amended Trial Brief and develop strategies regarding chilling effect issue | 0.1 | 29.00 |
| 07/05/12 | AJR | L250 | Review and analyze plaintiff's amended trial brief | 0.2 | 57.00 |
| 07/05/12 | AJR | L190 | Review and analyze plaintiff's amended trial brief; legal research regarding chilling effect on bids and setting aside foreclosure sales | 1.1 | 313.50 |
| 07/05/12 | MJW | L210 | Review and respond to email correspondence regarding trial brief | 0.2 | 55.00 |
| 07/05/12 | MJW | L210 | Review trial brief | 0.4 | 110.00 |
| 07/05/12 | ABP | L210 | Review correspondence from Court regarding filing of Plaintiff's Amended Trial Brief | 0.1 | 29.00 |
| 07/05/12 | ABP | L120 | Develop strategies and response to arguments asserted by Plaintiff in Amended Trial Brief | 0.1 | 29.00 |
| 07/07/12 | MJW | L120 | Review case file | 0.7 | 192.50 |
| 07/07/12 | MJW | L210 | Review orders | 0.6 | 165.00 |
| 07/07/12 | MJW | L120 | Research case law regarding chilling effect | 2.1 | 577.50 |
| 07/07/12 | MJW | L210 | Draft trial brief | 2.3 | 632.50 |
| 07/09/12 | ABP | L210 | Review Plaintiff's Amended Trial Brief and develop strategies in response thereto | 0.3 | 87.00 |
| 07/09/12 | MJW | L210 | Draft trial brief | 3.7 | 1,017.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445550
File No. 040540.000179
Claim/Client File No. 708378
Page 3

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/10/12 | AJR | L120 | Analyze strategy for responding to plaintiffs' trial brief | 0.2 | 57.00 |
| 07/10/12 | MJW | L250 | Research and summarize case law for trial brief | 7.2 | 1,980.00 |
| 07/11/12 | AJR | L190 | Analyze strategy for responding to plaintiffs' amended trial brief | 0.2 | 57.00 |
| 07/11/12 | ABP | L120 | Develop strategies and plan and prepare arguments in response to Plaintiff's Amended Trial Brief on chilling effect of the bid price | 0.5 | 145.00 |
| 07/11/12 | MJW | L210 | Draft trial brief | 6.4 | 1,760.00 |
| 07/11/12 | MJW | L210 | Conference regarding strategy for trial brief; review and respond to email correspondence regarding same | 0.6 | 165.00 |
| 07/12/12 | AJR | L120 | Receive and review motion for withdrawal from plaintiff's counsel; analyze strategy for case in light of same; update case tasks | 0.2 | 57.00 |
| 07/12/12 | ABP | L210 | Review correspondence from court regarding plaintiff's attorney's Motion to Withdraw from case and review Motion | 0.2 | 58.00 |
| 07/12/12 | ABP | L210 | Revise draft Brief in Response to Plaintiff's Amended Trial Brief | 0.5 | 145.00 |
| 07/12/12 | ABP | L120 | Develop trial strategies | 0.2 | 58.00 |
| 07/12/12 | MJW | L210 | Draft trial brief | 2.7 | 742.50 |
| 07/13/12 | AJR | L430 | Revise trial brief | 2.2 | 627.00 |
| 07/13/12 | AJR | L250 | Analyze case strategy in light of plaintiffs' counsel's motion to withdraw; receive and review order denying plaintiffs' counsel's motion to withdraw | 0.2 | 57.00 |
| 07/16/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's Trial Brief and Motion to Reconsider | 0.2 | 58.00 |
| 07/16/12 | ABP | L210 | Revise and finalize draft Trial Brief | 0.4 | 116.00 |
| 07/16/12 | MJW | L440 | Revise trial brief | 3.7 | 1,017.50 |
| 07/17/12 | AJR | L430 | email to client regarding defendants' trial brief | 0.1 | 28.50 |
| 07/17/12 | AJR | L430 | Revise trial brief and file same | 0.5 | 142.50 |
| 07/17/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding filed trial memorandum and review same | 0.1 | 29.00 |