IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445550
File No. 040540.000179
Claim/Client File No. 708378
Page 4

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/17/12 | MJW | L410 | Review and respond to email correspondence regarding trial brief | 0.1 | 27.50 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/30/12 | AJR | L190 | Email to counsel for MERS regarding case status | 0.1 | 28.50 |
| 07/30/12 | AJR | L190 | Check docket for status of case per client's request | 0.1 | 28.50 |
| 07/30/12 | AJR | L160 | Emails with client regarding new form settlement agreement | 0.3 | 85.50 |
| 07/30/12 | ABP | L160 | Review correspondence exchanged with counsel for MERS regarding trial status and settlement discussions with opposing counsel | 0.1 | 29.00 |
| | | | Totals | 40.3 | 11,372.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 3.1 | 290.00 | 899.00 |
| AJR | Reyes | Associate | 6.3 | 285.00 | 1,795.50 |
| MJW | Windham | Associate | 30.9 | 275.00 | 8,497.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445550 |
| | File No. 040540.000179 |
| | Claim/Client File No. 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**          $11,372.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/27/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445552 |
| | File No. | 040540.000074 |
| | Claim/Client File No. | 698459 |

**RE:    (GA) Gude, Thandiwe & Derrick**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $29.00 |
| **Total Amount of This Invoice** | **$29.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445552
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of Court ruling on Motion for Summary Judgment | 0.1 | 29.00 |
| | | | Totals | 0.1 | 29.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445552 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

RE:    (GA) Gude, Thandiwe & Derrick

**Total Amount of This Invoice**                $29.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/27/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445554 |
| | File No. | 040540.000098 |
| | Claim/Client File No. | 694256 |

**RE:    (GA) Howard, Matthew W.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $260.50 |
| **Total Amount of This Invoice** | **$260.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445554
File No. 040540.000098
Claim/Client File No. 694256
Page 2

GMAC ResCap

(GA) Howard, Matthew W.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L190 | Review and respond to email correspondence regarding eviction | 0.1 | 27.50 |
| 06/18/12 | MJW | L190 | Review and respond to email correspondence regarding new address | 0.1 | 7.50 |
| 06/20/12 | AJR | L190 | Email to dispossessory counsel regarding status of dispossessory action | 0.1 | 28.50 |
| 06/22/12 | AJR | L190 | Email to client regarding status of dispossessory action | 0.2 | 57.00 |
| 06/22/12 | ABP | L110 | Review correspondence exchanged with dispossessory counsel and client Christy Hancock regarding litigation status | 0.2 | 58.00 |
| | | | Totals | 1.1 | 260.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.4 | 290.00 | 116.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 0.1 | 275.00 | 27.50 |
| MJW | Windham | Associate | 0.1 | 75.00 | 7.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445554 |
| File No. | 040540.000098 |
| Claim/Client File No. | 694256 |

RE:     (GA) Howard, Matthew W.

**Total Amount of This Invoice**                    $260.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/27/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445555 |
| | File No. | 040540.000102 |
| | Claim/Client File No. | 720750 |

**RE:    (GA) Sampson, Rodney**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $446.50 |
| **Total Amount of This Invoice** | **$446.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445555
File No. 040540.000102
Claim/Client File No. 720750
Page 2

GMAC ResCap

(GA) Sampson, Rodney

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Develop strategies regarding removal of lis pendens | 0.1 | 29.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/30/12 | AJR | L190 | Email to client regarding cancellation of lis pendens | 0.1 | 28.50 |
| 07/30/12 | AJR | L190 | Analyze strategy for canceling lis pendens | 0.1 | 28.50 |
| 07/30/12 | MJW | L210 | Telephone conference with clerk regarding lis pendens | 0.2 | 55.00 |
| 07/30/12 | MJW | L210 | Draft motion | 0.4 | 110.00 |
| 07/30/12 | MJW | L120 | Review and respond to email correspondence regarding case disposition | 0.3 | 82.50 |
| 07/30/12 | ABP | L110 | Review Notice of Cancellation of Lis Pendens | 0.1 | 29.00 |
| 07/30/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding cancellation of lis pendens | 0.1 | 29.00 |
| | | | Totals | 1.6 | 446.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |
| MJW | Windham | Associate | 1.1 | 275.00 | 302.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445555 |
| File No. | 040540.000102 |
| Claim/Client File No. | 720750 |

**RE:**    **(GA) Sampson, Rodney**

**Total Amount of This Invoice**                    $446.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445557 |
| File No. | 040540.000107 |
| Claim/Client File No. | 690612 |

RE:    (GA) Steed, Ellery

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $485.50 |
| **Total Amount of This Invoice** | **$485.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445557
File No. 040540.000107
Claim/Client File No. 690612
Page 2

GMAC ResCap

(GA) Steed, Ellery

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of appeal and filing of Notice of Bankruptcy | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/11/12 | AJR | L510 | Receive and review order affirming dismissal of claims; calendar deadline for plaintiff to file petition for rehearing; update case tasks | 0.4 | 114.00 |
| 07/11/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding 11th Circuit's Order affirming dismissal of case | 0.1 | 29.00 |
| 07/11/12 | ABP | L120 | Review opinion and order entered by the 11th Circuit Court of Appeals dismissing case | 0.4 | 116.00 |
| 07/12/12 | AJR | L510 | Email to client regarding order affirming dismissal of claims | 0.1 | 28.50 |
| 07/12/12 | AWL | L510 | Review 11th Circuit Opinion | 0.2 | 90.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| | | | Totals | 1.7 | 485.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445557 |
| File No. | 040540.000107 |
| Claim/Client File No. | 690612 |

RE:    (GA) Steed, Ellery

**Total Amount of This Invoice**                    $485.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445559 |
| File No. | 040540.000145 |
| Claim/Client File No. | 698808 |

**RE:     (GA) Ramsey, Joseph A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $52.50 |
| **Total Amount of This Invoice** | **$52.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445559
File No. 040540.000145
Claim/Client File No. 698808
Page 2

GMAC ResCap
(GA) Ramsey, Joseph A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/23/12 | AJR | L510 | Email to client regarding failure of plaintiff to file an appeal | 0.1 | 28.50 |
| | | | Totals | 0.3 | 52.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445559 |
| File No. | 040540.000145 |
| Claim/Client File No. | 698808 |

RE:    (GA) Ramsey, Joseph A.

**Total Amount of This Invoice**                    $52.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/27/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445560 |
| | File No. | 040540.000136 |
| | Claim/Client File No. | 696557 |

**RE:    (WV) Lester, Donna F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $838.50 |
| **Total Amount of This Invoice** | **$838.50** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445560
File No. 040540.000136
Claim/Client File No. 696557
Page 2

GMAC ResCap

(WV) Lester, Donna F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/09/12 | ERD | L110 | case assessment regarding current trial schedule | 0.2 | 24.00 |
| 07/11/12 | JEM | L120 | Conference call with client regarding letter bifurcating claims per bankruptcy order | 0.2 | 73.00 |
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.2 | 24.00 |
| 07/26/12 | JEM | L110 | Prepare letter to opposing counsel regarding bifurcated claims and application of automatic bankruptcy stay in part | 0.4 | 146.00 |
| 07/30/12 | ERD | L110 | Review draft letter to opposing counsel regarding proceeding with the case in light of bankruptcy | 0.2 | 24.00 |
| 07/30/12 | JEM | L110 | Prepare letter to opposing counsel regarding application of bankruptcy stay to litigation | 1.2 | 438.00 |
| 07/30/12 | JEM | L120 | Correspond with bankruptcy counsel and client concerning strategy regarding application of bankruptcy to litigation | 0.3 | 109.50 |
| | | | Totals | 2.7 | 838.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |
| JEM | Manning | Partner | 2.1 | 365.00 | 766.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445560 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

RE:     (WV) Lester, Donna F.

**Total Amount of This Invoice**        $838.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445561 |
| File No. | 040540.000147 |
| Claim/Client File No. | 719681 |

RE:    (GA) Joseph, Sean

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $115.00 |
| **Total Amount of This Invoice** | **$115.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445561
File No. 040540.000147
Claim/Client File No. 719681
Page 2

GMAC ResCap

(GA) Joseph, Sean

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of dismissal and appeal | 0.1 | 29.00 |
| 07/16/12 | AJR | L190 | Check docket for appeal by plaintiff | 0.1 | 28.50 |
| 07/16/12 | AJR | L190 | Email to client regarding plaintiff's failure to appeal order dismissing case | 0.1 | 28.50 |
| 07/16/12 | ABP | P600 | Review correspondence exchanged with client Katie Dutill regarding dismissal | 0.1 | 29.00 |
| | | | Totals | 0.4 | 115.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445561 |
| File No. | 040540.000147 |
| Claim/Client File No. | 719681 |

**RE:     (GA) Joseph, Sean**

**Total Amount of This Invoice**                    $115.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/27/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445562 |
| | File No. | 040540.000071 |
| | Claim/Client File No. | 698837 |

**RE:    (GA) Douglas Wagner**

Fees for Professional Services Rendered Through 07/31/12     $141.50

**Total Amount of This Invoice**     **$141.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445562
File No. 040540.000071
Claim/Client File No. 698837
Page 2

GMAC ResCap

(GA) Douglas Wagner

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/05/12 | AJR | L190 | Email with client regarding rescission of foreclosure deed | 0.1 | 28.50 |
| 07/05/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding rescission of foreclosure | 0.2 | 58.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| | | | Totals | 0.5 | 141.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |