# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445562 |
| File No. | 040540.000071 |
| Claim/Client File No. | 698837 |

RE:   (GA) Douglas Wagner

**Total Amount of This Invoice**          $141.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445564 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

**RE:    (WV) advs Marvin & Janet L. Looney**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $2,745.50 |
| **Total Amount of This Invoice** | **$2,745.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445564
File No. 040540.000033
Claim/Client File No. 720446
Page 2

GMAC ResCap

(WV) advs Marvin & Janet L. Looney

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/06/12 | ERD | L110 | Case assessment regarding status of letters to opposing counsel regarding bankruptcy stay | 0.1 | 12.00 |
| 07/11/12 | JEM | L120 | Update client on case status during conference call | 0.1 | 36.50 |
| 07/11/12 | ERD | L110 | Case assessment with client regarding how to proceed in the bankruptcy | 0.2 | 24.00 |
| 07/12/12 | JEM | L120 | Analyze Motion to Stay or Enjoin Suit against investors | 0.4 | 146.00 |
| 07/12/12 | JEM | L120 | Prepare summary and recommendation for client | 0.5 | 182.50 |
| 07/12/12 | ERD | L210 | Review Order granting Plaintiff's Motion to Amend | 0.1 | 12.00 |
| 07/16/12 | ERD | L110 | Case assessment regarding filing Motion to Stay | 0.2 | 24.00 |
| 07/17/12 | JEM | L210 | Prepare Motion to Stay Litigation pursuant to bankruptcy | 0.6 | 219.00 |
| 07/23/12 | JEM | L210 | Revise arguments for Motion to Stay Litigation | 1.3 | 474.50 |
| 07/23/12 | ERD | L110 | Case assessment regarding approach for handling Motion to Stay | 0.2 | 24.00 |
| 07/24/12 | JEM | L210 | Revise case law and exhibits in support of motion to stay and add GMAC as indispensable party | 0.9 | 328.50 |
| 07/24/12 | ERD | L210 | Draft motion to stay | 0.6 | 72.00 |
| 07/24/12 | ERD | L210 | Prepare exhibits to Motion to Stay | 0.4 | 48.00 |
| 07/25/12 | JEM | L210 | Revise Answer and Affirmative Defenses | 1.2 | 438.00 |
| 07/26/12 | JEM | L110 | Revise Answers for investor with client comments and changes | 0.4 | 146.00 |
| 07/26/12 | JEM | L210 | Revise proposed orders for Motion to Stay | 0.3 | 109.50 |
| 07/26/12 | ERD | L210 | Draft proposed order granting motion to stay | 0.2 | 24.00 |
| 07/27/12 | JEM | L210 | Telephone and email correspondence with client and bankruptcy counsel regarding motion to stay litigation | 0.6 | 219.00 |
| 07/27/12 | JEM | L210 | Revise motion to stay pursuant to discussions and update client regarding same | 0.4 | 146.00 |
| 07/30/12 | ERD | L210 | Revise Answer to Amended Complaint using client comments | 0.5 | 60.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445564
File No. 040540.000033
Claim/Client File No. 720446
Page 3

GMAC ResCap

(WV) advs Marvin & Janet L. Looney

|  | Totals | 9.2 | 2,745.50 |
|---|---|---|---|

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 2.5 | 120.00 | 300.00 |
| JEM | Manning | Partner | 6.7 | 365.00 | 2,445.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445564 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

RE:    (WV) advs Marvin & Janet L. Looney

**Total Amount of This Invoice**        $2,745.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445566 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

**RE:**  (GA) Roberts, Lenworth L. & Frances A.

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $2,833.00 |
| **Total Amount of This Invoice** | **$2,833.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445566
File No. 040540.000323
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/12 | ERD | L110 | Case assessment regarding service of Complaint on GMAC | 0.2 | 24.00 |
| 06/04/12 | MJW | L250 | Draft case summary | 1.1 | 302.50 |
| 06/06/12 | ERD | L210 | Case assessment regarding status of responsive pleadings | 0.2 | 24.00 |
| 06/07/12 | AJR | L120 | Analyze strategy for filing answer | 0.2 | 57.00 |
| 06/07/12 | MJW | L190 | Review file; review and respond to email correspondence regarding case strategy and deadlines | 0.5 | 137.50 |
| 06/08/12 | JCL | L190 | Prepare for an attend call with Christy Handcock at Bradley Arent regarding impact of bankruptcy case including defense of trustee and defense of claims if involving property and foreclosure | 0.2 | 80.00 |
| 06/08/12 | ERD | L110 | Plan and prepare case strategy in light of RESCAP bankruptcy on conferencee call with client | 0.3 | 36.00 |
| 06/11/12 | AJR | L120 | Review and analyze answer; email to Christy Hancock regarding same; email to counsel for MERS regarding same | 0.9 | 256.50 |
| 06/14/12 | AJR | L190 | Email with Frank Olson regarding status of case | 0.1 | 28.50 |
| 06/15/12 | AJR | L120 | Revise answer; email with Christy Hancock and Mark Windham regarding same; email to counsel for MERS regarding same; draft notice of bankruptcy | 1.1 | 313.50 |
| 06/15/12 | MJW | L210 | Edit answer | 0.5 | 137.50 |
| 06/15/12 | MJW | L210 | Review and respond to email correspondence regarding answer | 0.1 | 27.50 |
| 06/18/12 | AJR | L190 | Email to Christy Hancock regarding answer filed on behalf of MERS and notice of bankruptcy filed on behalf of RAHI Real Estate; analyze strategy for filing amended answer on behalf of MERS | 0.4 | 114.00 |
| 06/18/12 | AJR | L210 | Revise answer; prepare answer and notice of bankruptcy for filing | 0.4 | 114.00 |
| 06/19/12 | AJR | L120 | Analyze case strategy and update task list | 0.4 | 114.00 |
| 06/20/12 | AJR | L190 | Review and analyze revisions to answer from counsel for MERS; telephone conference with | 1.0 | 285.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445566
File No. 040540.000323
Claim/Client File No. 728771
Page 3

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| | | | counsel for MERS regarding same and regarding filing amended answer | | |
| 06/21/12 | AJR | L120 | Analyze strategy for case; review and analyze "Common Claims and Defenses" document provided by counsel for MERS | 1.6 | 456.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding filing of notice of bankruptcy | 0.1 | 12.00 |
| 06/27/12 | AJR | L120 | Review and analyze pleadings sent by client; telephone conference with clerk regarding case status | 0.1 | 28.50 |
| 06/28/12 | AJR | L160 | Analyze strategy for settlement; email to client regarding same | 0.5 | 142.50 |
| 06/28/12 | AJR | L120 | Request file from court; receive and review pleadings | 0.2 | 57.00 |
| 06/29/12 | AJR | L120 | Email to foreclosure counsel regarding case strategy | 0.1 | 28.50 |
| 06/29/12 | AJR | L120 | Email client regarding settlement strategy; receive and review order dismissing RAHI as a party | 0.2 | 57.00 |
| | | | Totals | 10.4 | 2,833.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.8 | 120.00 | 96.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| AJR | Reyes | Associate | 7.2 | 285.00 | 2,052.00 |
| MJW | Windham | Associate | 2.2 | 275.00 | 605.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445566 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

RE:    (GA) Roberts, Lenworth L. & Frances A.

**Total Amount of This Invoice**         $2,833.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445567 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

**RE:    (GA) McNeal, Lorraine**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $2,133.00 |
| **Total Amount of This Invoice** | **$2,133.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445567
File No. 040540.000168
Claim/Client File No. 703860
Page 2

GMAC ResCap
(GA) McNeal, Lorraine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/12 | ABP | L120 | Exchange correspondence with client Jennifer Scoliard regarding revisions to Petition for Rehearing En Banc | 0.3 | 87.00 |
| 06/01/12 | ABP | L120 | Revise and finalize Petition for Rehearing En Banc | 0.3 | 87.00 |
| 06/01/12 | ABP | L110 | Review Statement of Interest and disclosures received from client | 0.2 | 58.00 |
| 06/01/12 | ABP | L120 | Review correspondence from Court regarding filing of Petition for Rehearing En Banc | 0.1 | 29.00 |
| 06/01/12 | MJW | L210 | Draft petition for rehearing; draft notice of bankruptcy | 1.6 | 440.00 |
| 06/01/12 | MJW | L210 | Conference regarding petition | 0.5 | 137.50 |
| 06/04/12 | ABP | L120 | Review filed Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/04/12 | ABP | L120 | Review filed Petition for Rehearing En Banc | 0.1 | 29.00 |
| 06/08/12 | JCL | L190 | Prepare for and attend call with Christy Handcock at Bradley Arent regarding impact of bankruptcy case including defense of trustee and defense of claims if involving property and foreclosure | 0.2 | 80.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/19/12 | MRB | L250 | Conference with 11th circuit clerk regarding reply to stay motion; draft email to Jennifer Scoliard regarding same | 0.5 | 137.50 |
| 06/25/12 | MRB | L110 | Conference with Jennifer Scoliard and clerk for 11th circuit court of appeals regarding reply to debtor's response to motion to stay appeal | 0.6 | 165.00 |
| 06/26/12 | MRB | L250 | Research and draft motion to extend time to file reply to appellant's response to notice of bankruptcy | 2.7 | 742.50 |
| 06/29/12 | MRB | L110 | Review order extending time to file stay response; communicate with Jennifer Scoliard regarding same | 0.3 | 82.50 |
| | | | Totals | 7.6 | 2,133.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445567
File No. 040540.000168
Claim/Client File No. 703860
Page 3

GMAC ResCap

(GA) McNeal, Lorraine

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name    | Status    | Hours | Rate   | Amount   |
|----------|---------|-----------|-------|--------|----------|
| MRB      | Brooks  | Associate | 4.1   | 275.00 | 1,127.50 |
| JCL      | Lynch   | Partner   | 0.2   | 400.00 | 80.00    |
| ABP      | Pittman | Associate | 1.2   | 290.00 | 348.00   |
| MJW      | Windham | Associate | 2.1   | 275.00 | 577.50   |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445567 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

RE:    (GA) McNeal, Lorraine

**Total Amount of This Invoice**    $2,133.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445568 |
| File No. | 040540.000238 |
| Claim/Client File No. | 713697 |

**RE:    (GA) Reid, Kenneth**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $352.50 |
| **Total Amount of This Invoice** | **$352.50** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445568
File No. 040540.000238
Claim/Client File No. 713697
Page 2

GMAC ResCap
(GA) Reid, Kenneth

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/08/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 06/11/12 | MJW | L190 | Review and respond to email correspondence regarding case status | 0.2 | 55.00 |
| 06/12/12 | AJR | L250 | Email with Heather Franchi regarding status of ruling on motion for summary judgment | 0.2 | 57.00 |
| 06/12/12 | MJW | L210 | Telephone conference with chambers regarding pending motion | 0.3 | 82.50 |
| 06/12/12 | MJW | L210 | Review and respond to email correspondence regarding pending motion | 0.1 | 27.50 |
| 06/21/12 | AJR | L250 | Analyze strategy for motion for summary judgment; email with client regarding same | 0.1 | 28.50 |
| 06/24/12 | AJR | L250 | Analyze strategy for obtaining order on motion for summary judgment | 0.1 | 28.50 |
| 06/27/12 | AJR | L250 | Email to foreclosure counsel regarding status of order on motion for summary judgment | 0.1 | 28.50 |
| | | | Totals | 1.2 | 352.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW<br>A LIMITED LIABILITY PARTNERSHIP<br>FEDERAL ID No. 58-0946915 | Electronic Payments |
|---|---|---|
| Troutman Sanders LLP<br>P.O. Box 933652<br>Atlanta, Georgia 31193-3652 | | Wells Fargo Bank, N.A., Atlanta, Georgia<br>ACH/ABA #061000227<br>WIRE/ABA #121000248 |
| | Office Location:<br>222 Central Park Avenue<br>Suite 2000<br>Virginia Beach, VA 23462 | To Credit Troutman Sanders LLP<br>Operating Account #2052700305792<br>Reference Attorney: J C Lynch<br>Reference Client: 040540<br>From International Locations please add Swift<br>Address/Code: WFBI US 6S |

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445568 |
| File No. | 040540.000238 |
| Claim/Client File No. | 713697 |

RE:    (GA) Reid, Kenneth

**Total Amount of This Invoice**          $352.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| **Payment Remittance Address** | ATTORNEYS AT LAW | **Office Address** |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID NO. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |
| | BILLING INQUIRIES: | |
| | 404-885-2508 | |

GMAC Mortgage  
Attn: Katie Dutill  
8400 Normandale Lake Boulevard  
Suite 350  
Minneapolis, MN 55437  

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445569 |
| File No. | 040540.000325 |
| Claim/Client File No. | 729218 |

**RE:**   (GA) advs. Valdez, Peter and Norma

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $4,967.00 |
| **Total Amount of This Invoice** | **$4,967.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445569
File No. 040540.000325
Claim/Client File No. 729218
Page 2

GMAC Mortgage

(GA) advs. Valdez, Peter and Norma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/12 | ABP | L210 | Exchange correspondence with client Katie Dutill regarding filing of new Complaint | 0.1 | 29.00 |
| 06/01/12 | ABP | L210 | Review pro se Complaint and Summons | 0.4 | 116.00 |
| 06/01/12 | ABP | L120 | Develop litigation and defensive strategies | 0.2 | 58.00 |
| 06/04/12 | AJR | L210 | Receive and review complaint | 0.2 | 57.00 |
| 06/04/12 | MJW | L190 | Review case file | 0.4 | 110.00 |
| 06/04/12 | MJW | L190 | Draft assessment | 0.7 | 192.50 |
| 06/05/12 | ABP | L120 | Research and analyze case law regarding wrongful foreclosure | 0.4 | 116.00 |
| 06/06/12 | ERD | L210 | Case assessment regarding status of responsive pleadings | 0.2 | 24.00 |
| 06/06/12 | MJW | L190 | Draft case assessment | 1.3 | 357.50 |
| 06/07/12 | AJR | L120 | Analyze strategy for filing answer | 0.1 | 28.50 |
| 06/07/12 | ABP | L210 | Plan and prepare responsive pleadings and develop defensive strategies | 0.2 | 58.00 |
| 06/07/12 | MJW | L120 | Review file | 0.4 | 110.00 |
| 06/07/12 | MJW | L190 | Review and respond to email correspondence regarding case strategy and deadlines | 0.3 | 82.50 |
| 06/08/12 | JCL | L190 | Prepare for and attend call with Christy Handcock at Bradley Arent regarding impact of bankruptcy case including defense of trustee and defense of claims if involving property and foreclosure | 0.2 | 80.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy | 0.3 | 82.50 |
| 06/12/12 | ABP | L210 | Review pleadings | 0.1 | 29.00 |
| 06/12/12 | MJW | L210 | Review and respond to email correspondence regarding complaint | 0.1 | 27.50 |
| 06/13/12 | ERD | L210 | Case assessment regarding upcoming deadline to file responsive pleadings | 0.1 | 12.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445569
File No. 040540.000325
Claim/Client File No. 729218
Page 3

GMAC Mortgage

(GA) advs. Valdez, Peter and Norma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/13/12 | MJW | L190 | Review case file | 0.5 | 137.50 |
| 06/13/12 | MJW | L190 | Draft case assessment | 2.5 | 687.50 |
| 06/13/12 | MJW | L210 | Draft answer | 0.5 | 137.50 |
| 06/13/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy | 0.4 | 110.00 |
| 06/14/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy | 0.3 | 82.50 |
| 06/15/12 | AJR | L120 | Emails with Mark Windham, Andy Pittman, and Christy Hancock regarding strategy for cases | 0.7 | 199.50 |
| 06/15/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding responsive pleadings | 0.1 | 29.00 |
| 06/15/12 | MJW | L210 | Draft answer; draft notice of bankruptcy | 1.9 | 522.50 |
| 06/15/12 | MJW | L190 | Research service issue | 1.1 | 302.50 |
| 06/15/12 | MJW | L210 | Research motion to dismiss issue | 0.5 | 137.50 |
| 06/15/12 | MJW | L190 | Review and respond to email correspondence regarding filing deadline | 0.2 | 55.00 |
| 06/18/12 | AJR | L120 | Emails with Christy Hancock regarding status of Georgia and Nevada loans and analyze strategy for answering complaint in light of same; revise notice of bankruptcy | 0.2 | 57.00 |
| 06/18/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding fact package, representation of Co-Defendants, and proposed Notice of Bankruptcy and Stay of Litigation | 0.2 | 58.00 |
| 06/18/12 | MJW | L210 | Draft answer | 1.1 | 302.50 |
| 06/18/12 | MJW | L190 | Review client documents regarding loan | 0.8 | 220.00 |
| 06/18/12 | MJW | L210 | Telephone conference regarding answer; review and respond to email correspondence regarding bankruptcy | 0.5 | 137.50 |
| 06/19/12 | AJR | L250 | Email notice of bankruptcy to client | 0.2 | 57.00 |
| 06/19/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Review filed Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/22/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/27/12
Invoice Number 1445569
File No. 040540.000325
Claim/Client File No. 729218
Page 4

GMAC Mortgage

(GA) advs. Valdez, Peter and Norma

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/12 | ERD | L110 | Case assessment regarding status of responsive pleadings | 0.1 | 12.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding status filing of notice of bankruptcy | 0.1 | 12.00 |
| | | | Totals | 18.2 | 4,967.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.7 | 120.00 | 84.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| ABP | Pittman | Associate | 2.1 | 290.00 | 609.00 |
| AJR | Reyes | Associate | 1.4 | 285.00 | 399.00 |
| MJW | Windham | Associate | 13.8 | 275.00 | 3,795.00 |