# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC Mortgage | Invoice Date          08/27/12 |
| Attn: Katie Dutill | Submitted by          J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial          757-687-7765 |
| Suite 350 | Invoice No.          1445569 |
| Minneapolis, MN 55437 | File No.          040540.000325 |
| | Claim/Client File No.          729218 |

**RE:**     **(GA) advs. Valdez, Peter and Norma**

                                   **Total Amount of This Invoice**          $4,967.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445570 |
| File No. | 040540.000316 |
| Claim/Client File No. | 727046 |

RE:    (GA) Raymond, Erma

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $1,026.50 |
| **Total Amount of This Invoice** | **$1,026.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/27/12
Invoice Number 1445570
File No. 040540.000316
Claim/Client File No. 727046
Page 2

GMAC ResCap

(GA) Raymond, Erma

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L210 | Review and respond to email correspondence regarding motion to dismiss | 0.1 | 27.50 |
| 06/12/12 | MJW | L210 | Review and respond email correspondence regarding motion to dismiss | 0.2 | 55.00 |
| 06/15/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 06/25/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 06/26/12 | MJW | L190 | Review and respond to email correspondence regarding plaintiff's bankruptcy | 0.3 | 82.50 |
| 06/26/12 | MJW | L120 | Review case file | 0.3 | 82.50 |
| 06/26/12 | MJW | L120 | Review bankruptcy docket | 0.2 | 55.00 |
| 06/26/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding status of underlying bankruptcy proceedings | 0.1 | 29.00 |
| 06/26/12 | ABP | L120 | Develop strategies regarding Motion to Dismiss | 0.1 | 29.00 |
| 06/27/12 | AJR | L120 | Email to client regarding case strategy in light of dismissal of borrower's bankruptcy petition | 0.1 | 28.50 |
| 06/27/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding dismissal of underlying bankruptcy proceeding and strategies for Motion to Dismiss | 0.1 | 29.00 |
| 06/28/12 | AJR | L310 | Receive and review discovery requests; calendar deadline to respond to same; update task lists | 0.6 | 171.00 |
| 06/28/12 | ABP | L310 | Review correspondence exchanged with client Christy Hancock regarding discovery | 0.1 | 29.00 |
| 06/29/12 | AJR | L210 | Receive and review notice of hearing; calendar same | 0.2 | 57.00 |
| 06/29/12 | MJW | L390 | Review and respond to email correspondence regarding discovery | 0.2 | 55.00 |
| 06/29/12 | MJW | L210 | Review complaint | 0.1 | 27.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445570
File No. 040540.000316
Claim/Client File No. 727046
Page 3

GMAC ResCap

(GA) Raymond, Erma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/29/12 | MJW | L190 | Telephone conference with chambers regarding hearing | 0.2 | 55.00 |
| 06/29/12 | ABP | L210 | Review Notice of Hearing received from Court | 0.1 | 29.00 |
| | | | Totals | 3.7 | 1,026.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 0.9 | 285.00 | 256.50 |
| MJW | Windham | Associate | 1.6 | 275.00 | 440.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/27/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445570 |
| | File No. 040540.000316 |
| | Claim/Client File No. 727046 |

RE:     (GA) Raymond, Erma

**Total Amount of This Invoice**                 $1,026.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445571 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

RE:    (GA) Antoinette Sanders

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $1,750.50 |
| **Total Amount of This Invoice** | **$1,750.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445571
File No. 040540.000313
Claim/Client File No. 725550
Page 2

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/10/12 | ABP | L160 | Develop settlement strategies | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | ABP | L110 | Verify occupancy of property | 0.1 | 29.00 |
| 06/14/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding litigation status and litigation strategies | 0.1 | 29.00 |
| 06/14/12 | MJW | L190 | Review case file | 0.6 | 165.00 |
| 06/14/12 | MJW | L190 | Draft case assessment | 3.8 | 1,045.00 |
| 06/14/12 | MJW | L190 | Review and respond to email correspondence regarding case assessment | 0.1 | 27.50 |
| 06/19/12 | AJR | L120 | Analyze case strategy and email to Christy Hancock regarding same | 0.6 | 171.00 |
| 06/20/12 | AJR | L120 | Email with client regarding strategy for filing motion to dismiss | 0.2 | 57.00 |
| 06/20/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding litigation strategies | 0.2 | 58.00 |
| 06/22/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding litigation status | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Review case assessment | 0.1 | 29.00 |
| | | | Totals | 6.4 | 1,750.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445571
File No. 040540.000313
Claim/Client File No. 725550
Page 3

GMAC ResCap

(GA) Antoinette Sanders

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |
| MJW | Windham | Associate | 4.5 | 275.00 | 1,237.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445571 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

RE:     (GA) Antoinette Sanders

**Total Amount of This Invoice**          $1,750.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/27/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445574 |
| File No. | 040540.000112 |
| Claim/Client File No. | 687488 |

RE:    (GA) Evans, Neville E., et al.

| | |
|---|---:|
| Fees for Professional Services Rendered Through 06/30/12 | $1,122.50 |
| **Total Amount of This Invoice** | **$1,122.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445574
File No. 040540.000112
Claim/Client File No. 687488
Page 2

GMAC ResCap

(GA) Evans, Neville E., et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/06/12 | AJR | L250 | Revise and file notices of substitution of counsel | 0.1 | 28.50 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/14/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding litigation status | 0.1 | 29.00 |
| 06/15/12 | AJR | L120 | Email to Mark Windham regarding strategy for following up on motion for exemption from mediation and drafting motion for summary judgment | 0.3 | 85.50 |
| 06/15/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/18/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding Motion for Exemption from Mediation | 0.1 | 29.00 |
| 06/25/12 | MJW | L120 | Review case file | 0.3 | 82.50 |
| 06/25/12 | MJW | L210 | Telephone conference with chambers regarding pending motion | 0.2 | 55.00 |
| 06/27/12 | AJR | L120 | Email to client regarding case strategy | 0.1 | 28.50 |
| 06/27/12 | MJW | L210 | Review case file; review and respond to email correspondence regarding case status for Christy Hancock; draft notice of bankruptcy; draft dismissal | 1.8 | 495.00 |
| 06/28/12 | AJR | L120 | Analyze case strategy; email to client regarding same | 0.3 | 85.50 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding stay issues | 0.1 | 36.50 |
| 06/29/12 | JEM | L160 | Revise letters to opposing counsel regarding settlement negotiations | 0.3 | 109.50 |
| | | | Totals | 3.9 | 1,122.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/27/12
Invoice Number 1445574
File No. 040540.000112
Claim/Client File No. 687488
Page 3

GMAC ResCap

(GA) Evans, Neville E., et al.

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 0.4 | 290.00 | 116.00 |
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |
| MJW | Windham | Associate | 2.3 | 275.00 | 632.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/27/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445574 |
| | File No. 040540.000112 |
| | Claim/Client File No. 687488 |

RE:    (GA) Evans, Neville E., et al.

**Total Amount of This Invoice**                    $1,122.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445867 |
| File No. | 040540.000108 |
| Claim/Client File No. | 696787 |

RE:    (GA) Chambers, Terri

**Total Amount of This Invoice**                    **$0.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445867
File No. 040540.000108
Claim/Client File No. 696787
Page 2

GMAC ResCap

(GA) Chambers, Terri

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/27/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding verification of parties | 0.1 | 0.00 |
| | | | Totals | 0.1 | 0.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 0.00 | 0.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445867 |
| File No. | 040540.000108 |
| Claim/Client File No. | 696787 |

RE:     (GA) Chambers, Terri

**Total Amount of This Invoice**               $0.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445868 |
| | File No. | 040540.000085 |
| | Claim/Client File No. | 696620 |

**RE:    (GA) Bree, Brian J. and Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $7,126.00 |
| **Total Amount of This Invoice** | **$7,261.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445868
File No. 040540.000085
Claim/Client File No. 696620
Page 2

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 06/13/12 | AJR | L510 | Receive and review plaintiff's response to GMAC's notice of bankruptcy stay; analyze strategy for responding to same; email to Kathy Priore regarding same | 0.4 | 114.00 |
| 06/13/12 | ERD | L210 | Review response to Notice of Bankruptcy | 0.1 | 12.00 |
| 06/13/12 | ABP | L120 | Review correspondence exchanged with client Kathy Priore regarding Plaintiff's response to filing of Notice of Bankruptcy and Stay of Litigation | 0.1 | 29.00 |
| 06/20/12 | AJR | L510 | Review and analyze order from court of appeals; email to and telephone conference with client regarding same | 0.4 | 114.00 |
| 06/20/12 | ABP | L510 | Review correspondence exchanged with clients Kathy Priore and Heather Franchi regarding Court of Appeals Order remanding case to trial court pending bankruptcy stay of litigation | 0.2 | 58.00 |
| 06/20/12 | MJW | L190 | Conference regarding bankruptcy case | 0.2 | 55.00 |
| 06/20/12 | MJW | L190 | Research regarding potential effect of bankruptcy stay on appeal | 2.1 | 577.50 |
| 06/20/12 | MJW | L190 | Review and respond to email correspondence regarding bankruptcy stay | 0.3 | 82.50 |
| 06/21/12 | AJR | L510 | Review and analyze plaintiffs' motion for reconsideration; analyze strategy for responding to same | 1.3 | 370.50 |
| 06/21/12 | ABP | L120 | Develop litigation strategies in response to Plaintiff's Motion to Reconsider bankruptcy stay | 0.1 | 29.00 |
| 06/21/12 | MJW | L210 | Review motion for reconsideration; draft response | 0.8 | 220.00 |
| 06/22/12 | AJR | L510 | Analyze strategy for responding to plaintiffs' motion for reconsideration and email to client regarding same | 0.3 | 85.50 |
| 06/22/12 | AJR | L510 | Revise response to plaintiffs' motion for reconsideration and email to client regarding same | 1.1 | 313.50 |
| 06/22/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding Plaintiff's Motion to Reconsider Court's Order regarding bankruptcy stay of litigation | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445868
File No. 040540.000085
Claim/Client File No. 696620
Page 3

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/22/12 | ABP | L120 | Develop strategies in response to Plaintiff's Motion for Reconsideration | 0.2 | 58.00 |
| 06/22/12 | ABP | L110 | Review Court Order remanding interlocutory appeal to trial court during pendency of bankruptcy stay of litigation | 0.2 | 58.00 |
| 06/22/12 | ABP | L210 | Review Plaintiff's Brief in Response to filing of Notice of Bankruptcy and Stay of Litigation | 0.2 | 58.00 |
| 06/22/12 | ABP | L510 | Review Court of Appeals Order regarding stay of litigation | 0.1 | 29.00 |
| 06/22/12 | ABP | L110 | Review Notice of Withdrawal of GMAC Mortgage Company | 0.1 | 29.00 |
| 06/22/12 | ABP | L210 | Review draft response to Plaintiff's Motion for Reconsideration | 0.1 | 29.00 |
| 06/22/12 | MJW | L210 | Research and draft response to motion for reconsideration | 2.3 | 632.50 |
| 06/22/12 | MJW | L210 | Review and respond to email correspondence regarding response | 0.2 | 55.00 |
| 06/22/12 | ERD | L110 | Case assessment regarding Court of Appeals order | 0.1 | 12.00 |
| 06/22/12 | ERD | L110 | Review Plaintiff's motion for Reconsideration regarding Notice of Stay | 0.1 | 12.00 |
| 06/24/12 | AJR | L510 | Analyze strategy for filing response to plaintiff's motion for reconsideration; revise motion | 0.3 | 85.50 |
| 06/25/12 | AJR | L510 | Receive and review order to respond to Brees' motion for reconsideration; analyze strategy for responding to same; calendar deadline to respond to same; update task lists | 0.3 | 85.50 |
| 06/25/12 | ERD | L110 | Review appellate docketing notice | 0.2 | 24.00 |
| 06/25/12 | ABP | L110 | Review Court Order directing GMAC to file response to Plaintiff's Motion for Reconsideration of stay | 0.1 | 29.00 |
| 06/25/12 | ABP | L110 | Exchange correspondence with clients Sheila Gregory and Kathy Priore regarding response to Plaintiff's Motion for Reconsideration | 0.2 | 58.00 |
| 06/25/12 | ABP | L210 | Revise draft response to Plaintiff's Motion for Reconsideration | 0.2 | 58.00 |
| 06/25/12 | ABP | L120 | Develop strategies in response to Plaintiff's Motion for Reconsideration | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445868
File No. 040540.000085
Claim/Client File No. 696620
Page 4

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/26/12 | AJR | L510 | Receive and review plaintiffs' "supplement" to their motion for reconsideration; analyze strategy for responding to same | 0.4 | 114.00 |
| 06/26/12 | ABP | L210 | Review Supplemental Motion for Reconsideration of Stay filed by Plaintiffs | 0.1 | 29.00 |
| 06/26/12 | ABP | L120 | Develop strategies in response to Plaintiff's Supplemental Motion | 0.1 | 29.00 |
| 06/27/12 | AJR | L510 | Revise response to plaintiffs' motion for reconsideration and analyze strategy for same | 0.3 | 85.50 |
| 06/27/12 | MJW | L210 | Review and respond to email correspondence regarding supplemental motion for reconsideration | 0.1 | 27.50 |
| 06/27/12 | ABP | L120 | Develop strategies and response to Plaintiff's Supplemental Motion for Reconsideration of Entry of Bankruptcy Stay | 0.3 | 87.00 |
| 06/28/12 | AJR | L510 | Analyze strategy for response to motion for reconsideration | 0.2 | 57.00 |
| 06/28/12 | MJW | L210 | Review borrower's motion for reconsideration | 0.5 | 137.50 |
| 06/28/12 | MJW | L210 | Edit response brief | 3.8 | 1,045.00 |
| 06/28/12 | MJW | L210 | Research merger issue for response brief | 2.5 | 687.50 |
| 06/28/12 | MJW | L210 | Review and respond to email correspondence regarding response brief | 0.4 | 110.00 |
| 06/28/12 | MJW | L210 | Conference regarding arguments for response brief | 0.4 | 110.00 |
| 06/28/12 | ABP | L120 | Develop strategies in response to Plaintiff's Motion and Supplemental Motion for Reconsideration of entry of stay pending underlying bankruptcy | 0.1 | 29.00 |
| 06/29/12 | AJR | L510 | Revise response to motion for reconsideration; prepare exhibits for same | 1.3 | 370.50 |
| 06/29/12 | JEM | L110 | Telephone conference with client and bankruptcy counsel regarding impact of stay | 0.1 | 36.50 |
| 06/29/12 | JEM | L110 | Revise letters to opposing counsel and court regarding stay of litigation | 0.3 | 109.50 |
| 06/29/12 | MJW | L120 | Review and respond to email correspondence regarding merger issue | 0.2 | 55.00 |
| 06/29/12 | MJW | L120 | Review research regarding merger issue | 0.3 | 82.50 |
| 06/29/12 | ABP | L210 | Review Plaintiff's Supplemental Motion for Reconsideration of entry of stay pending bankruptcy | 0.4 | 116.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445868
File No. 040540.000085
Claim/Client File No. 696620
Page 5

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/29/12 | ABP | L210 | Revise proposed response to Plaintiff's Motion and Supplemental Motion for Reconsideration | 0.4 | 116.00 |
| 06/29/12 | ABP | L210 | Exchange correspondence and telephone calls with clients Sheila Gregory and Kathy Priore and Norm Rosenbaum of Morrison & Foerster regarding proposed response to Plaintiff's Motion and Supplemental Motion to Reconsider entry of stay | 0.4 | 116.00 |
| 06/30/12 | ABP | L120 | Develop strategies regarding proposed letter in response to Plaintiff's Motion to Reconsider Stay Pending ResCap bankruptcy | 0.1 | 29.00 |
| | | | Totals | 25.6 | 7,261.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.5 | 120.00 | 60.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| ABP | Pittman | Associate | 4.3 | 290.00 | 1,247.00 |
| AJR | Reyes | Associate | 6.3 | 285.00 | 1,795.50 |
| MJW | Windham | Associate | 14.1 | 275.00 | 3,877.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445868 |
| | File No. 040540.000085 |
| | Claim/Client File No. 696620 |

**RE:** **(GA) Bree, Brian J. and Cynthia**

**Total Amount of This Invoice** $7,261.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**