# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445870 |
| | File No. | 040540.000121 |
| | Claim/Client File No. | 708470 |

**RE:    (GA) Lamb, Linda Faye**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $401.00 |
| **Total Amount of This Invoice** | **$401.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Lamb, Linda Faye

Invoice Date 08/31/12
Invoice Number 1445870
File No. 040540.000121
Claim/Client File No. 708470
Page 2

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.2 | 58.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L210 | Review and respond to email correspondence regarding entered orders | 0.2 | 55.00 |
| 06/12/12 | ABP | L110 | Review Court Order granting Motion to Dismiss | 0.1 | 29.00 |
| 06/12/12 | MJW | L510 | Review and respond to email correspondence regarding appeal deadline | 0.4 | 110.00 |
| 06/12/12 | MJW | L510 | Check time for time to appeal | 0.2 | 55.00 |
| 06/22/12 | ERD | L110 | Review Motion to Dismiss Order | 0.1 | 12.00 |
| 06/27/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding verification of parties | 0.1 | 29.00 |
| | | | Totals | 1.6 | 401.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| MJW | Windham | Associate | 0.8 | 275.00 | 220.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445870 |
| File No. | 040540.000121 |
| Claim/Client File No. | 708470 |

**RE:** (GA) Lamb, Linda Faye

**Total Amount of This Invoice** $401.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445871 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    (GA) Madzimoyo, Wekesa O.

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $1,906.00 |
| Costs and Expenses Through 06/30/12 | $35.90 |
| **Total Amount of This Invoice** | **$1,941.90** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445871
File No. 040540.000123
Claim/Client File No. 718235
Page 2

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/01/12 | AJR | L310 | Analyze strategy for discovery responses with Mark Windham | 0.1 | 28.50 |
| 06/01/12 | MJW | L210 | Draft discovery objections; draft notice of bankruptcy | 2.0 | 550.00 |
| 06/01/12 | MJW | L350 | Review and respond to email correspondence regarding discovery objections | 0.2 | 55.00 |
| 06/04/12 | AJR | L250 | Revise notice of bankruptcy and discovery responses; file and serve same | 0.2 | 57.00 |
| 06/04/12 | MJW | L350 | Review and respond to email correspondence regarding discovery objections | 0.2 | 55.00 |
| 06/05/12 | AJR | L350 | Receive and review McCurdy & Candler's Motion for Protective Order | 0.1 | 28.50 |
| 06/05/12 | AJR | L310 | Email discovery responses to counsel for JP Morgan Chase | 0.2 | 57.00 |
| 06/05/12 | AJR | L120 | Emails and telephone conference with Andy Pittman regarding effect of bankruptcy on cases | 0.2 | 57.00 |
| 06/05/12 | ABP | L120 | Research and analyze case law regarding wrongful foreclosure | 0.2 | 58.00 |
| 06/07/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/08/12 | JCL | L190 | Prepare for an attend call with Christy Handcock at Bradley Arent regarding impact of bankruptcy case including defense of trustee and defense of claims if involving property and foreclosure | 0.2 | 80.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/12/12 | MJW | L190 | Review and respond to email correspondence regarding consolidated cases | 0.2 | 55.00 |
| 06/26/12 | AJR | L120 | Email with client regarding filing notice of lifting of stay as to contested foreclosures; analyze case | 0.3 | 85.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445871
File No. 040540.000123
Claim/Client File No. 718235
Page 3

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | strategy in light of same | | |
| 06/26/12 | MJW | L390 | Review and respond to email correspondence regarding discovery strategy | 0.3 | 82.50 |
| 06/26/12 | MJW | L210 | Draft amended notice of bankruptcy | 0.6 | 165.00 |
| 06/26/12 | MJW | L210 | Draft proposed order | 0.5 | 137.50 |
| 06/26/12 | MJW | L120 | Review case file | 0.3 | 82.50 |
| 06/26/12 | ABP | L120 | Develop discovery strategies | 0.1 | 29.00 |
| 06/30/12 | ABP | L210 | Review draft Amended Notice of Bankruptcy and proposed Consent Order regarding discovery | 0.1 | 29.00 |
| 06/30/12 | ABP | L120 | Develop discovery strategies | 0.1 | 29.00 |
| | | | Totals | 6.8 | 1,906.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 1.1 | 285.00 | 313.50 |
| MJW | Windham | Associate | 4.3 | 275.00 | 1,182.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/12**

| Date | Description | Amount |
|------|-------------|--------|
| 06/18/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269157 DATE: 6/8/2012 Date: 06/04/2012; Job Code: REYES; To: DEKALB SUPERIOR CT | 35.90 |
| | Total: | 35.90 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

Invoice Date 08/31/12
Invoice Number 1445871
File No. 040540.000123
Claim/Client File No. 718235
Page 4

Total Fees & Costs:          $1,941.90

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445871 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    (GA) Madzimoyo, Wekesa O.

**Total Amount of This Invoice**        $1,941.90

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445872 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

RE:    (GA) Wheeler, Michael

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $4,041.50 |
| Costs and Expenses Through 06/30/12 | $20.00 |
| **Total Amount of This Invoice** | **$4,061.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445872
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/07/12 | AJR | L190 | Email to Katie Dutill and Christy Hancock regarding litigation case summaries | 0.1 | 28.50 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/08/12 | ABP | L120 | Review litigation case assessment | 0.1 | 29.00 |
| 06/10/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | AJR | L120 | Emails with Bill Loeffler regarding strategy for hearing | 0.1 | 28.50 |
| 06/11/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/11/12 | MJW | L120 | Review and respond to email correspondence regarding case summary | 0.1 | 27.50 |
| 06/12/12 | ABP | L110 | Verify status of occupancy of property | 0.1 | 29.00 |
| 06/12/12 | MJW | L190 | Review and respond to email correspondence regarding case summary | 0.3 | 82.50 |
| 06/14/12 | ABP | L450 | Review correspondence exchanged with client Christy Hancock regarding summary judgment hearing | 0.1 | 29.00 |
| 06/15/12 | AJR | L240 | Review and analyze file and prepare for hearing on motion for summary judgment | 2.5 | 712.50 |
| 06/17/12 | AJR | L240 | Prepare for hearing on motion for summary judgment | 1.2 | 342.00 |
| 06/18/12 | AJR | L240 | Travel to and attend hearing on GMAC's motion for summary judgment | 3.1 | 883.50 |
| 06/18/12 | AJR | L240 | Prepare for hearing on motion for summary judgment | 2.9 | 826.50 |
| 06/18/12 | ABP | L450 | Review correspondence exchanged with client Christy Hancock regarding outcome of summary judgment hearing | 0.1 | 29.00 |
| 06/18/12 | MJW | L190 | Telephone conference regarding summary judgment hearing | 0.3 | 82.50 |
| 06/19/12 | AJR | L250 | Analyze case strategy in light of hearing on motion | 0.4 | 114.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445872
File No. 040540.000110
Claim/Client File No. 693591
Page 3

GMAC ResCap

(GA) Wheeler, Michael

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | for summary judgment and email to Christy Hancock regarding same | | |
| 06/19/12 | JEM | L450 | Correspond with client regarding hearing status | 0.2 | 73.00 |
| 06/19/12 | ABP | L450 | Review correspondence exchanged with client Christy Hancock regarding summary judgment hearing | 0.1 | 29.00 |
| 06/20/12 | MJW | L190 | Review online docket | 0.1 | 27.50 |
| 06/20/12 | MJW | L190 | Telephone conference with clerk's office regarding case status | 0.3 | 82.50 |
| 06/22/12 | AJR | L120 | Analyze case strategy | 0.1 | 28.50 |
| 06/25/12 | ABP | L120 | Develop litigation strategies and strategies regarding filing of Notice of Bankruptcy | 0.2 | 58.00 |
| 06/26/12 | AJR | L120 | Analyze case strategy and strategy for filing notice of bankruptcy; email to client regarding same | 0.6 | 171.00 |
| 06/26/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding litigation status and strategy pertaining to filing of Notice of Bankruptcy | 0.1 | 29.00 |
| 06/27/12 | AJR | L120 | Review and analyze pleadings sent by client; telephone conference with clerk regarding case status | 0.1 | 28.50 |
| 06/28/12 | AJR | L120 | Request file from court; receive and review pleadings | 0.3 | 85.50 |
| 06/29/12 | ABP | L110 | Review correspondence from client Christy Hancock regarding Notice of Bankruptcy and Foreclosure | 0.1 | 29.00 |
| | | | Totals | 14.2 | 4,041.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445872
File No. 040540.000110
Claim/Client File No. 693591
Page 4

GMAC ResCap

(GA) Wheeler, Michael

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |
| ABP | Pittman | Associate | 1.2 | 290.00 | 348.00 |
| AJR | Reyes | Associate | 11.4 | 285.00 | 3,249.00 |
| MJW | Windham | Associate | 1.1 | 275.00 | 302.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/12**

| Date | Description | Amount |
|------|-------------|--------|
| 06/27/12 | Court Reporter/Deposition Costs – VENDOR: Rhonda L. Eubanks, RPR; INVOICE#: 12117; DATE: 6/19/2012 - Takedown fee, Inv no. 12117 | 20.00 |
| | Total: | 20.00 |
| | Total Fees & Costs: | $4,061.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445872 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

**RE:**    **(GA) Wheeler, Michael**

**Total Amount of This Invoice**              $4,061.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445873 |
| | File No. 040540.000179 |
| | Claim/Client File No. 708378 |

**RE:    (GA) Rainey, Deidrenne and Esell**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $1,478.50 |
| **Total Amount of This Invoice** | **$1,478.50** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445873
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/07/12 | AJR | L160 | Review and analyze new financial packet; email to opposing counsel regarding same | 0.4 | 114.00 |
| 06/07/12 | AWL | L210 | Consider and comment on case strategy and review court's order | 0.1 | 45.00 |
| 06/07/12 | AJR | L120 | Telephone conference with client regarding status of and strategy for case | 0.1 | 28.50 |
| 06/07/12 | AJR | L190 | Email to counsel for MERS regarding status of case | 0.2 | 57.00 |
| 06/07/12 | ABP | L120 | Develop litigation and settlement strategies | 0.3 | 87.00 |
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/08/12 | ABP | L120 | Review litigation case assessment | 0.1 | 29.00 |
| 06/11/12 | AJR | L120 | Emails with Bill Loeffler regarding status of and strategy for case | 0.1 | 28.50 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L160 | Develop settlement strategies | 0.2 | 58.00 |
| 06/12/12 | AJR | L190 | Emails with Christy Hancock regarding schedule of assets and liabilities for filing with the bankruptcy court | 0.3 | 85.50 |
| 06/13/12 | AWL | L120 | Consider and comment on case strategy and review order regarding trial briefs | 0.2 | 90.00 |
| 06/14/12 | AJR | L160 | Email to opposing counsel regarding loan modification application | 0.1 | 28.50 |
| 06/14/12 | AJR | L190 | Receive and review order regarding trial briefs; email to Mark Windham regarding research for same; email to Christy Hancock regarding status of case and strategy for same | 0.9 | 256.50 |
| 06/14/12 | ABP | L120 | Develop litigation and settlement strategies | 0.2 | 58.00 |
| 06/18/12 | ABP | L120 | Review correspondence from client Christy Hancock regarding litigation and settlement strategies | 0.1 | 29.00 |
| 06/19/12 | AJR | L120 | Analyze strategy for case with Christy Hancock | 0.3 | 85.50 |
| 06/19/12 | AJR | L160 | Email with opposing counsel regarding | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445873
File No. 040540.000179
Claim/Client File No. 708378
Page 3

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | documentation needed for loan modification | | |
| 06/19/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding trial date and litigation status | 0.2 | 58.00 |
| 06/21/12 | ABP | L210 | Review Court Order regarding deadline to file trial briefs | 0.1 | 29.00 |
| 06/24/12 | AJR | L160 | Email with opposing counsel regarding loan modification application | 0.1 | 28.50 |
| 06/25/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 06/28/12 | AJR | L430 | Receive and review trial brief | 0.3 | 85.50 |
| 06/29/12 | ABP | L450 | Review correspondence from Court regarding Order directing Plaintiff to refile Trial Brief concerning chilling effect of price bids | 0.1 | 29.00 |
| 06/30/12 | ABP | L450 | Review correspondence from Court directing Plaintiff to file a new Brief regarding chilling effect of price bid and develop litigation strategies regarding same | 0.1 | 29.00 |
| | | | Totals | 5.1 | 1,478.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.3 | 450.00 | 135.00 |
| ABP | Pittman | Associate | 1.7 | 290.00 | 493.00 |
| AJR | Reyes | Associate | 2.9 | 285.00 | 826.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445873 |
| | File No. 040540.000179 |
| | Claim/Client File No. 708378 |

RE:     (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**              $1,478.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445874 |
| File No. | 040540.000225 |
| Claim/Client File No. | 713697 |

**RE:    (GA) Reed, Bobby**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $58.00 |
| **Total Amount of This Invoice** | **$58.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445874
File No. 040540.000225
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reed, Bobby

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/08/12 | ABP | L120 | Review litigation case file and verify foreclosure status | 0.1 | 29.00 |
| 06/21/12 | ABP | P600 | Review correspondence from client Heather Franchi regarding status of Dismissal Order | 0.1 | 29.00 |
| | | | | Totals | 0.2 | 58.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445874 |
| File No. | 040540.000225 |
| Claim/Client File No. | 713697 |

**RE:    (GA) Reed, Bobby**

**Total Amount of This Invoice**                     $58.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445876 |
| | File No. | 040540.000257 |

**RE:    (GA) Gouch-Davis, Linda**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $637.50 |
| **Total Amount of This Invoice** | **$637.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445876
File No. 040540.000257
Page 2

GMAC ResCap

(GA) Gouch-Davis, Linda

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/04/12 | MJW | L190 | Check docket for order | 0.2 | 55.00 |
| 06/13/12 | MJW | L210 | Telephone conference with chambers regarding proposed order | 0.2 | 55.00 |
| 06/13/12 | MJW | L210 | Review and respond to email correspondence from chambers regarding proposed order | 0.3 | 82.50 |
| 06/15/12 | MJW | L210 | Telephone conference with chambers regarding proposed order | 0.2 | 55.00 |
| 06/18/12 | AJR | L120 | Email with Mark Windham regarding order granting application for default judgment and regarding scheduling hearing on damages | 0.2 | 57.00 |
| 06/18/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 06/18/12 | MJW | L210 | Telephone conference with chambers regarding motion | 0.3 | 82.50 |
| 06/18/12 | MJW | L210 | Review and respond to email correspondence from chambers regarding motion | 0.4 | 110.00 |
| 06/20/12 | MJW | L210 | Review entered order | 0.3 | 82.50 |
| | | | Totals | 2.3 | 637.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |
| MJW | Windham | Associate | 1.9 | 275.00 | 522.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445876 |
| File No. | 040540.000257 |

RE:    (GA) Gouch-Davis, Linda

**Total Amount of This Invoice**                    $637.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445877 |
| | File No. | 040540.000259 |
| | Claim/Client File No. | 716727 |

**RE:**    **(GA) Duluth Place Condominium Assoc.**

**Total Amount of This Invoice**                                    **$0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445877
File No. 040540.000259
Claim/Client File No. 716727
Page 2

GMAC ResCap

(GA) Duluth Place Condominium Assoc.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/21/12 | AJR | L190 | Receive and review trial calendar notice; review and analyze file; email to clients regarding same | 1.2 | 0.00 |
| 06/21/12 | ABP | L450 | Review Notice of Trial Calendar received from Court | 0.1 | 0.00 |
| 06/21/12 | ABP | L110 | Review docket report | 0.1 | 0.00 |
| 06/21/12 | ABP | L190 | Review file correspondence exchanged with client Christine Buen regarding dismissal of GMAC and representation of MERS | 0.1 | 0.00 |
| 06/21/12 | ABP | L450 | Review correspondence exchanged with client Christy Hancock regarding trial calendar notice | 0.1 | 0.00 |
| 06/21/12 | ABP | L120 | Develop strategies in response to Court trial calendar notice | 0.1 | 0.00 |
| 06/21/12 | ABP | L450 | Review correspondence exchanged with counsel for MERS regarding Court trial calendar notice | 0.1 | 0.00 |
| 06/21/12 | MJW | L190 | Review and respond to email correspondence regarding case status; conference regarding case status | 0.3 | 0.00 |
| 06/22/12 | AJR | L190 | Email with counsel for MERS regarding service on wrong MERS entity and regarding trial calendar notice | 0.2 | 0.00 |
| 06/22/12 | ABP | L110 | Review correspondence exchanged with counsel for MERS regarding service of lawsuit and representation of MERS | 0.1 | 0.00 |
| | | | Totals | 2.4 | 0.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.7 | 0.00 | 0.00 |
| AJR | Reyes | Associate | 1.4 | 0.00 | 0.00 |
| MJW | Windham | Associate | 0.3 | 0.00 | 0.00 |