# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445877 |
| | File No. 040540.000259 |
| | Claim/Client File No. 716727 |

RE:     (GA) Duluth Place Condominium Assoc.

**Total Amount of This Invoice**          $0.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445880 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:    (GA) Owens, Terrence

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $916.50 |
| **Total Amount of This Invoice** | **$916.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445880
File No. 040540.000315
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Terrence

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 06/05/12 | MRB | L250 | Review appellant's response to district court order; communicate with Alex Reyes regarding same | 0.2 | 55.00 |
| 06/05/12 | AJR | L250 | Receive and review "Appellant's Response to Appellee's Request to File a Tardy Brief" | 0.3 | 85.50 |
| 06/05/12 | AJR | L250 | Draft notice of substitution of counsel; legal research regarding procedural requirements in federal court for filing same | 0.4 | 114.00 |
| 06/07/12 | ABP | L210 | Review Owens' Appellant Brief filed in the 11th Circuit Court of Appeals | 0.2 | 58.00 |
| 06/07/12 | ABP | L120 | Develop strategies in response to Appellant Brief | 0.1 | 29.00 |
| 06/08/12 | ABP | L510 | Develop strategies for appeal | 0.2 | 58.00 |
| 06/08/12 | ABP | L110 | Verify foreclosure status | 0.1 | 29.00 |
| 06/08/12 | ABP | L110 | Review litigation case assessment | 0.1 | 29.00 |
| 06/08/12 | ABP | L510 | Review correspondence exchanged with client Christy Hancock regarding appeal | 0.1 | 29.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |
| 06/11/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 06/25/12 | ABP | L120 | Develop appellate strategies and strategies regarding filing of proposed Notice of Bankruptcy | 0.3 | 87.00 |
| 06/26/12 | ABP | L510 | Exchange correspondence with client Christy Hancock regarding status of appeal | 0.1 | 29.00 |
| 06/26/12 | ABP | L510 | Develop appellate strategies and strategies regarding filing of Notice of Bankruptcy | 0.2 | 58.00 |
| 06/27/12 | ABP | L120 | Develop appellate strategies | 0.2 | 58.00 |
| 06/28/12 | ABP | L510 | Develop appellate strategies | 0.2 | 58.00 |
| 06/29/12 | ABP | L120 | Develop appellate strategies | 0.2 | 58.00 |
| 06/30/12 | ABP | L120 | Develop appellate strategies | 0.1 | 29.00 |
| | | | Totals | 3.3 | 916.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445880
File No. 040540.000315
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Terrence

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|--------|-----------|-------|--------|--------|
| MRB | Brooks | Associate | 0.2 | 275.00 | 55.00 |
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 2.2 | 290.00 | 638.00 |
| AJR | Reyes | Associate | 0.7 | 285.00 | 199.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445880 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:    (GA) Owens, Terrence

**Total Amount of This Invoice**                    $916.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445882 |
| | File No. | 040540.000319 |
| | Claim/Client File No. | 728476 |

RE:    **(GA) Madriz – Forfeiture Action**

| | |
|---|---|
| Fees for Professional Services Rendered Through 06/30/12 | $3,227.00 |
| Costs and Expenses Through 06/30/12 | $304.02 |
| **Total Amount of This Invoice** | **$3,531.02** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445882
File No. 040540.000319
Claim/Client File No. 728476
Page 2

GMAC ResCap

(GA) Madriz – Forfeiture Action

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/01/12 | AJR | L250 | Email with Andy Pittman regarding strategy for filing Verified Claim | 0.1 | 28.50 |
| 06/01/12 | ABP | L120 | Exchange correspondence with Assistant U.S. Attorney Stan Ragsdale regarding verified claim | 0.1 | 29.00 |
| 06/01/12 | ERD | L110 | Case assessment regarding status of filing verified claim | 0.2 | 24.00 |
| 06/04/12 | ABP | L120 | Develop strategies for filing verified claim in forfeiture action | 0.2 | 58.00 |
| 06/05/12 | AJR | L190 | Review emails with local counsel regarding pro hac vice application and filing verified claim | 0.1 | 28.50 |
| 06/05/12 | ABP | L120 | Exchange correspondence and telephone calls with local counsel regarding filing of verified claim | 0.7 | 203.00 |
| 06/05/12 | ABP | L120 | Review documents produced by local counsel | 0.5 | 145.00 |
| 06/05/12 | ABP | L210 | Develop strategies regarding filing of verified claim and responsive pleadings to forfeiture action | 0.3 | 87.00 |
| 06/05/12 | ERD | L110 | Case assessment regarding verified claim | 0.3 | 36.00 |
| 06/05/12 | ERD | L110 | Case assessment regarding admission of Alex Reyes Pro Hac Vice | 0.4 | 48.00 |
| 06/06/12 | ERD | L210 | Case assessment regarding filing of verified claim | 0.2 | 24.00 |
| 06/07/12 | AJR | L190 | Email with Andy Pittman and Erin Derby regarding pro hac vice application | 0.1 | 28.50 |
| 06/07/12 | AJR | L190 | Draft pro hac vice application | 0.1 | 28.50 |
| 06/07/12 | ABP | L120 | Exchange telephone calls and correspondence with local counsel regarding case status and filing of verified claim | 0.3 | 87.00 |
| 06/07/12 | ABP | L120 | Develop strategies regarding filing of verified claim | 0.3 | 87.00 |
| 06/07/12 | ABP | P500 | Revise and execute Representation Agreement with local counsel | 0.4 | 116.00 |
| 06/07/12 | MJW | L190 | Review and respond to email correspondence regarding verified claim | 0.2 | 55.00 |
| 06/11/12 | AJR | L120 | Revise verified claim and email to Bill Padgett regarding same | 0.4 | 114.00 |
| 06/11/12 | ERD | L120 | Case assessment regarding strategy for case proceeding in light of bankruptcy | 0.2 | 24.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445882
File No. 040540.000319
Claim/Client File No. 728476
Page 3

GMAC ResCap

(GA) Madriz – Forfeiture Action

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 06/11/12 | ABP | L120 | Plan and prepare filing of verified claim | 0.2 | 58.00 |
| 06/11/12 | ABP | L120 | Verify litigation status | 0.1 | 29.00 |
| 06/11/12 | ABP | L120 | Review correspondence exchanged with local counsel regarding filing of verified claim | 0.1 | 29.00 |
| 06/11/12 | MJW | L190 | Review and respond to email correspondence regarding claim | 0.2 | 55.00 |
| 06/11/12 | MJW | L250 | Edit verified claim | 0.6 | 165.00 |
| 06/12/12 | AJR | L190 | Email with local counsel regarding filing verified claim; calendar deadline for filing answer | 0.2 | 57.00 |
| 06/12/12 | ABP | L110 | Plan and prepare to file verified claim | 0.2 | 58.00 |
| 06/12/12 | ABP | L110 | Review correspondence from Court regarding filing of verified claim | 0.1 | 29.00 |
| 06/12/12 | MJW | L190 | Review and respond to email correspondence regarding verified claim | 0.2 | 55.00 |
| 06/12/12 | MJW | L250 | Edit verified claim | 0.4 | 110.00 |
| 06/13/12 | ERD | L120 | Complete all information for Alex Reyes' pro hac vice admittance to USDC SC | 0.7 | 84.00 |
| 06/14/12 | AJR | L190 | Revise pro hac vice application; emails with Bill Padget regarding same | 0.8 | 228.00 |
| 06/14/12 | ABP | L120 | Plan and prepare Pro Hac Vice Application | 0.1 | 29.00 |
| 06/14/12 | ABP | L120 | Review Pro Hac Vice Application and Motion for Pro Hac Vice Admission | 0.2 | 58.00 |
| 06/14/12 | ABP | L120 | Review correspondence from Court regarding filed Motion for Pro Hac Vice Admission | 0.1 | 29.00 |
| 06/14/12 | ABP | L120 | Review correspondence exchanged with client Christy Hancock regarding filed verified proof of claim | 0.1 | 29.00 |
| 06/15/12 | ABP | L110 | Review Court Order granting Pro Hac Vice Application | 0.1 | 29.00 |
| 06/21/12 | ABP | L110 | Review correspondence from Court regarding filing of verified claim | 0.1 | 29.00 |
| 06/21/12 | ABP | L110 | Review verified claim filed with the Court | 0.2 | 58.00 |
| 06/25/12 | AJR | L120 | Analyze strategy for filing answer | 0.1 | 28.50 |
| 06/25/12 | MJW | L210 | Edit answer | 1.1 | 302.50 |
| 06/25/12 | MJW | L210 | Review and respond to email correspondence | 0.2 | 55.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445882
File No. 040540.000319
Claim/Client File No. 728476
Page 4

GMAC ResCap

(GA) Madriz – Forfeiture Action

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | regarding answer | | |
| 06/25/12 | ABP | L120 | Develop strategies regarding potential amendments to verified claim to update total amount due on lien | 0.2 | 58.00 |
| 06/25/12 | ABP | L210 | Plan and prepare responsive pleadings | 0.1 | 29.00 |
| 06/26/12 | AJR | L210 | Receive and review service of publication filed by USA | 0.1 | 28.50 |
| 06/28/12 | AJR | L250 | Revise answer and email to client regarding same | 0.4 | 114.00 |
| 06/28/12 | MJW | L120 | Review and respond to email correspondence regarding claim | 0.1 | 27.50 |
| 06/28/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding responsive pleadings | 0.1 | 29.00 |
| 06/28/12 | ABP | L110 | Review correspondence from local counsel regarding case status | 0.1 | 29.00 |
| 06/29/12 | AJR | L190 | Update case tasks | 0.2 | 57.00 |
| | | | Totals | 12.5 | 3,227.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 06/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 2.0 | 120.00 | 240.00 |
| ABP | Pittman | Associate | 4.9 | 290.00 | 1,421.00 |
| AJR | Reyes | Associate | 2.6 | 285.00 | 741.00 |
| MJW | Windham | Associate | 3.0 | 275.00 | 825.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445882
File No. 040540.000319
Claim/Client File No. 728476
Page 5

GMAC ResCap

(GA) Madriz – Forfeiture Action

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/12**

| Date | Description | Amount |
|------|-------------|--------|
| 06/15/12 | Filing Fees – PAYEE: Finkel Law Firm LLC; REQUEST#: 382777; DATE: 6/15/2012. Pro Hac Vice filing fee | 250.00 |
| 06/18/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269157 DATE: 6/8/2012 Date: 06/08/2012; Job Code: REYES; To: TROUTMAN SANDERS LLP | 54.02 |

Total: 304.02

Total Fees & Costs: $3,531.02

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | **Invoice Date** 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | **Submitted by** J C Lynch |
| One Meridian Crossings | **Direct Dial** 757-687-7765 |
| Minneapolis, MN 55423 | **Invoice No.** 1445882 |
| | **File No.** 040540.000319 |
| | **Claim/Client File No.** 728476 |

RE:    (GA) Madriz – Forfeiture Action

**Total Amount of This Invoice**                $3,531.02

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1445883 |
| | File No. 040540.000133 |
| | Claim/Client File No. 715654 |

**RE:    (WV) Gedney, Nieltje**

Costs and Expenses Through 07/31/12      $1.35

**Total Amount of This Invoice**      **$1.35**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(WV) Gedney, Nieltje

Invoice Date 08/31/12
Invoice Number 1445883
File No. 040540.000133
Claim/Client File No. 715654
Page 2

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 07/10/12 | Copies - Court/Governmental Entities – VENDOR: Circuit Court of Jefferson County, Clerk; INVOICE#: 0109790; DATE: 6/29/2012  -  Postage for documents from court | 1.35 |
| | Total: | 1.35 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445883 |
| File No. | 040540.000133 |
| Claim/Client File No. | 715654 |

**RE:     (WV) Gedney, Nieltje**

**Total Amount of This Invoice**                          $1.35

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445885 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

RE:    **(GA) Bree, Brian J. and Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $2,524.50 |
| **Total Amount of This Invoice** | **$2,524.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445885
File No. 040540.000085
Claim/Client File No. 696620
Page 2

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/02/12 | AJR | L510 | Analyze strategy for response to plaintiffs' motion for reconsideration; revise letter | 1.0 | 285.00 |
| 07/02/12 | ABP | L120 | Review file correspondence regarding underlying bankruptcy and appeal to the Georgia Court of Appeals | 0.2 | 58.00 |
| 07/02/12 | ABP | L120 | Develop strategies regarding letter and response to Plaintiffs' Motion to Reconsider Entry of Stay Pending Bankruptcy | 0.3 | 87.00 |
| 07/02/12 | ABP | L120 | Review Bankruptcy Court Orders | 0.1 | 29.00 |
| 07/02/12 | ABP | L120 | Review Georgia Court of Appeals Orders | 0.1 | 29.00 |
| 07/02/12 | ABP | L120 | Draft letter in response to Plaintiffs' Motion for Reconsideration | 0.7 | 203.00 |
| 07/02/12 | ABP | L120 | Exchange correspondence and telephone calls with clients Kathy Priore and Sheila Gregory regarding proposed draft letter | 0.3 | 87.00 |
| 07/02/12 | ABP | L120 | Revise and edit draft letter in response to Plaintiffs' Motion for Reconsideration | 0.3 | 87.00 |
| 07/02/12 | ABP | L120 | Exchange correspondence and telephone calls with Norm Rosenbaum of Morrison & Foerster regarding proposed draft letter | 0.4 | 116.00 |
| 07/03/12 | AJR | L510 | Receive and review Farmers & Merchants' Response to the Brees' Motion for Reconsideration; update case tasks | 0.2 | 57.00 |
| 07/03/12 | AJR | L510 | Email to client regarding Farmers & Merchants' Response to the Brees' Motion for Reconsideration and regarding GMAC's letter to opposing counsel regarding same | 0.1 | 28.50 |
| 07/03/12 | ABP | L110 | Review correspondence exchanged with client Sheila Gregory regarding Farmers & Merchants Bank's response to Plaintiffs' Motion to Reconsider Bankruptcy Stay and review same | 0.2 | 58.00 |
| 07/03/12 | ABP | L110 | Review correspondence received from counsel for Farmers & Merchants Bank regarding response brief | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/05/12 | AJR | L510 | Review and analyze plaintiffs' amended request to | 0.3 | 85.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445885
File No. 040540.000085
Claim/Client File No. 696620
Page 3

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | reconsider order staying proceedings | | |
| 07/12/12 | AJR | L510 | Email to client regarding order denying plaintiffs' motion for reconsideration | 0.1 | 28.50 |
| 07/12/12 | AJR | L510 | Receive and review order denying plaintiffs' motion for reconsideration; calculate deadlines for borrower to appeal | 0.3 | 85.50 |
| 07/12/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding George Court of Appeals dismissal of Plaintiff's Motion for Reconsideration | 0.1 | 29.00 |
| 07/12/12 | ABP | L210 | Review Court of Appeals Order dismissing Plaintiff's Motion for Reconsideration | 0.1 | 29.00 |
| 07/13/12 | AJR | L510 | Receive and review plaintiffs' request to file motion to vacate stay | 0.2 | 57.00 |
| 07/16/12 | AJR | L120 | Analyze strategy for responding to plaintiffs' request to permit filing of motion to vacate stay | 0.3 | 85.50 |
| 07/16/12 | AJR | L510 | Email to client regarding plaintiffs' request to permit filing of motion to vacate stay | 0.1 | 28.50 |
| 07/16/12 | ABP | L120 | Review Plaintiffs' request to file Motion to Vacate Bankruptcy Stay | 0.2 | 58.00 |
| 07/16/12 | ABP | L120 | Develop strategies in response to Plaintiffs' Request to Vacate Stay | 0.2 | 58.00 |
| 07/16/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding Plaintiffs' request to file Motion to Vacate Stay | 0.1 | 29.00 |
| 07/17/12 | AJR | L510 | Email opposing counsel regarding plaintiffs' request to permit filing of motion to vacate stay | 0.1 | 28.50 |
| 07/18/12 | ABP | L210 | Develop strategies in response to Plaintiff's request to file Motion to Vacate Bankruptcy Stay | 0.2 | 58.00 |
| 07/19/12 | AJR | L120 | Analyze strategy for responding to plaintiffs' request to permit filing of motion to vacate stay | 0.1 | 28.50 |
| 07/19/12 | ABP | L120 | Develop strategies in response to Plaintiff's request to file Motion to Vacate Bankruptcy Stay | 0.2 | 58.00 |
| 07/19/12 | ABP | L210 | Plan and prepare correspondence in response to Plaintiff's request and motion | 0.1 | 29.00 |
| 07/23/12 | AJR | L510 | Analyze strategy for responding to plaintiffs' request to permit filing motion to vacate stay | 0.1 | 28.50 |
| 07/23/12 | ABP | L210 | Prepare response to Plaintiff's request to file | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445885
File No. 040540.000085
Claim/Client File No. 696620
Page 4

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Motion to Reconsider Bankruptcy Stay | | |
| 07/24/12 | AJR | L510 | Receive and review order denying plaintiffs' request to file motion to vacate stay | 0.2 | 57.00 |
| 07/24/12 | AJR | L510 | Email to client regarding order denying plaintiffs' request to file motion to vacate stay | 0.1 | 28.50 |
| 07/24/12 | ABP | L210 | Prepare letter in response to Plaintiff's request to file Motion to Reconsider Stay in light of bankruptcy proceedings | 0.2 | 58.00 |
| 07/24/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding Court Order denying Plaintiff's request to file Motion for Reconsideration | 0.1 | 29.00 |
| 07/24/12 | ABP | L210 | Review Order entered by Court denying Plaintiff's request to file Motion for Reconsideration | 0.1 | 29.00 |
| 07/30/12 | AJR | L510 | Receive and review borrowers' notice of intention to petition for certiorari to the Georgia Supreme Court and analyze strategy for responding to same | 0.5 | 142.50 |
| 07/30/12 | MJW | L510 | Review and respond to email correspondence regarding appeal | 0.2 | 55.00 |
| 07/30/12 | ABP | L510 | Review Bree's Notice of Intent to File Petition of Certification in appeal to Georgia Supreme Court | 0.1 | 29.00 |
| 07/30/12 | ABP | L120 | Develop strategies in response to Bree's Notice | 0.1 | 29.00 |
| 07/31/12 | AJR | L120 | Analyze strategy for responding to borrowers' petition for certiorari; check Supreme Court docket | 0.2 | 57.00 |
| | | | Totals | 8.9 | 2,524.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 4.6 | 290.00 | 1,334.00 |
| AJR | Reyes | Associate | 3.9 | 285.00 | 1,111.50 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445885 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

**RE:    (GA) Bree, Brian J. and Cynthia**

**Total Amount of This Invoice**          $2,524.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445886 |
| | File No. | 040540.000104 |
| | Claim/Client File No. | 695250 |

RE:    (GA)  Peter B. Mancuso

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $868.00 |
| Costs and Expenses Through 07/31/12 | $429.78 |
| **Total Amount of This Invoice** | **$1,297.78** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445886
File No. 040540.000104
Claim/Client File No. 695250
Page 2

GMAC ResCap

(GA)  Peter B. Mancuso

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Develop strategies regarding removal of lis pendens and verify dismissal of case and status of appeal | 0.1 | 29.00 |
| 07/09/12 | AJR | L510 | Receive and review notice of remittitur from court of appeals | 0.2 | 57.00 |
| 07/09/12 | AJR | L120 | Analyze case strategy and strategy for supplemental motion to cancel lis pendens in light of court's notice of remittitur | 0.2 | 57.00 |
| 07/09/12 | ABP | L210 | Review Notice of Remittitur filed in George Court of Appeals | 0.1 | 29.00 |
| 07/11/12 | MJW | L210 | Revise supplemental motion to cancel lis pendens | 1.0 | 275.00 |
| 07/12/12 | AJR | L250 | Revise supplemental motion to cancel lis pendens; prepare and file same | 0.2 | 57.00 |
| 07/12/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Supplemental Motion to Cancel Lis Pendens and review same | 0.1 | 29.00 |
| 07/17/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/30/12 | AJR | L250 | Receive and review order granting motion to cancel lis pendens | 0.1 | 28.50 |
| 07/30/12 | AJR | L250 | Email to client regarding order granting motion to cancel lis pendens | 0.1 | 28.50 |
| 07/30/12 | MJW | L210 | Review court order | 0.3 | 82.50 |
| 07/30/12 | MJW | L190 | Review and respond to email correspondence regarding case disposition | 0.3 | 82.50 |
| 07/30/12 | ABP | L210 | Review Order canceling lis pendens | 0.1 | 29.00 |
| 07/30/12 | ABP | L510 | Review correspondence exchanged with client Katie Dutill regarding Order canceling lis pendens and Court of Appeals ruling | 0.1 | 29.00 |

|  |  |  | Totals | 3.1 | 868.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445886
File No. 040540.000104
Claim/Client File No. 695250
Page 3

GMAC ResCap
(GA)  Peter B. Mancuso

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |
| MJW | Windham | Associate | 1.8 | 275.00 | 495.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount |
|---|---|---|
| 07/05/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269485 DATE: 6/29/2012<br>Date: 06/28/2012; Job Code: REYES; To: HALL COUNTY SUPERIOR CT | 228.80 |
| 07/05/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269485 DATE: 6/29/2012<br>Date: 06/29/2012; Job Code: WINDHAM; To: FULTON SUPERIOR | 35.90 |
| 07/05/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269485 DATE: 6/29/2012<br>Date: 06/29/2012; Job Code: WINDHAM; To: GA. COURT OF APPEALS | 30.40 |
| 07/23/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269730 DATE: 7/13/2012<br>Date: 07/12/2012; Job Code: REYES; To: FAYETTE SUPERIOR COURT | 134.68 |

Total:  429.78

Total Fees & Costs:  $1,297.78

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445886 |
| File No. | 040540.000104 |
| Claim/Client File No. | 695250 |

RE:    (GA)  Peter B. Mancuso

**Total Amount of This Invoice**            $1,297.78

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445887 |
| | File No. | 040540.000086 |
| | Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $142.00 |
| **Total Amount of This Invoice** | **$142.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445887
File No. 040540.000086
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/20/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding loan modification packet completed by borrower and review same | 0.1 | 29.00 |
| 07/20/12 | ABP | L110 | Review loan modification packet completed by borrower | 0.1 | 29.00 |
| | | | Totals | 0.5 | 142.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |