# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445887 |
| File No. | 040540.000086 |
| Claim/Client File No. | 728771 |

RE:      (GA) Roberts, Lenworth L.

**Total Amount of This Invoice**                    $142.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445888 |
| | File No. | 040540.000110 |
| | Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $1,209.00 |
| **Total Amount of This Invoice** | **$1,209.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445888
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/02/12 | AJR | L120 | Email with client regarding case strategy; revise notice of bankruptcy | 0.3 | 85.50 |
| 07/02/12 | MJW | L210 | Review and respond to email correspondence regarding notice of bankruptcy | 0.3 | 82.50 |
| 07/02/12 | MJW | L210 | Draft notice of bankruptcy | 0.4 | 110.00 |
| 07/03/12 | ABP | L120 | Develop strategies in response to Plaintiff's Amended Complaint | 0.1 | 29.00 |
| 07/05/12 | AJR | L250 | Email to client regarding stamped filed notice of bankruptcy | 0.2 | 57.00 |
| 07/05/12 | ABP | L110 | Review filed Notice of Bankruptcy and correspondence exchanged with client Christy Hancock regarding same | 0.1 | 29.00 |
| 07/17/12 | AJR | L210 | Review and analyze plaintiff's motion for leave to file amended complaint | 0.2 | 57.00 |
| 07/17/12 | AJR | L120 | Advise client regarding moving forward with foreclosure on property | 0.2 | 57.00 |
| 07/17/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding foreclosure | 0.2 | 58.00 |
| 07/18/12 | AJR | L240 | Receive and review order on motion for summary judgment; analyze case strategy in light of same | 0.6 | 171.00 |
| 07/18/12 | AWL | L120 | Review motion for summary judgment order and consider and comment on case strategy | 0.1 | 45.00 |
| 07/18/12 | ABP | L210 | Review Court Order granting in part and denying in part GMAC's Motion for Summary Judgment | 0.2 | 58.00 |
| 07/18/12 | ABP | L120 | Develop strategies in response to Court Order | 0.1 | 29.00 |
| 07/18/12 | ABP | L110 | Review correspondence from client Katie Dutill regarding payment histories for both Wheeler loans | 0.1 | 29.00 |
| 07/18/12 | MJW | L120 | Review and respond to email correspondence regarding case status | 0.3 | 82.50 |
| 07/19/12 | AJR | L240 | Email to client regarding order on motion for summary judgment and case strategy in light of same | 0.4 | 114.00 |
| 07/19/12 | AJR | L120 | Analyze case strategy in light of ruling on motion for summary judgment | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445888
File No. 040540.000110
Claim/Client File No. 693591
Page 3

GMAC ResCap

(GA) Wheeler, Michael

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/19/12 | ABP | L210 | Develop strategies in response to Court's ruling granting in part and denying in part Motion for Summary Judgment | 0.2 | 58.00 |
| 07/19/12 | ABP | L510 | Review correspondence exchanged with client Katie Dutill regarding Court of Appeals Order granting in part and denying in part Summary Judgment Motion | 0.1 | 29.00 |
| | | | Totals | 4.2 | 1,209.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 2.0 | 285.00 | 570.00 |
| MJW | Windham | Associate | 1.0 | 275.00 | 275.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445888 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

RE:    (GA) Wheeler, Michael

**Total Amount of This Invoice**                     $1,209.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445889 |
| | File No. | 040540.000220 |
| | Claim/Client File No. | 712764 |

**RE:     (GA) Jonathan Thorntona**

**Total Amount of This Invoice**                                   **$0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445889
File No. 040540.000220
Claim/Client File No. 712764
Page 2

GMAC ResCap

(GA) Jonathan Thorntona

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of removal of lis pendens | 0.1 | 0.00 |
| | | | Totals | 0.1 | 0.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 0.00 | 0.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445889 |
| File No. | 040540.000220 |
| Claim/Client File No. | 712764 |

**RE:**    **(GA) Jonathan Thorntona**

**Total Amount of This Invoice**          $0.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date | 08/31/12 |
| One Meridian Crossings | Submitted by | J C Lynch |
| Minneapolis, MN 55423 | Direct Dial | 757-687-7765 |
| | Invoice No. | 1445890 |
| | File No. | 040540.000225 |
| | Claim/Client File No. | 713697 |

RE:    (GA) Reed, Bobby

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $87.00 |
| **Total Amount of This Invoice** | **$87.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445890
File No. 040540.000225
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reed, Bobby

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/03/12 | ABP | L110 | Verify status of entry of Court Order granting Motion to Dismiss | 0.1 | 29.00 |
| 07/19/12 | ABP | L110 | Review correspondence exchanged with client Heather Franchi regarding status of Court's adoption of Magistrate's Report and Recommendation to dismiss case | 0.1 | 29.00 |
| 07/23/12 | ABP | L210 | Exchange correspondence with client Heather Franchi regarding status of Dismissal Order | 0.1 | 29.00 |
| | | | Totals | 0.3 | 87.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445890 |
| File No. | 040540.000225 |
| Claim/Client File No. | 713697 |

**RE:    (GA) Reed, Bobby**

**Total Amount of This Invoice**                    $87.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445891 |
| | File No. | 040540.000230 |
| | Claim/Client File No. | 712855 |

RE:    (GA) Smith, Yvette

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $8,441.50 |
| Costs and Expenses Through 07/31/12 | $141.52 |
| **Total Amount of This Invoice** | **$8,583.02** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

GMAC ResCap

(GA) Smith, Yvette

Invoice Date 08/31/12
Invoice Number 1445891
File No. 040540.000230
Claim/Client File No. 712855
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/02/12 | MJW | L210 | Draft response brief | 1.8 | 495.00 |
| 07/03/12 | AJR | L510 | Analyze strategy for reply in support of motion for supersedeas bond | 0.2 | 57.00 |
| 07/03/12 | MJW | L210 | Draft response brief | 3.5 | 962.50 |
| 07/03/12 | MJW | L210 | Research response supersedeas issue for response brief | 1.5 | 412.50 |
| 07/03/12 | MJW | L210 | Conference regarding response brief | 0.4 | 110.00 |
| 07/03/12 | MJW | L210 | Review and respond to email correspondence regarding response brief | 0.2 | 55.00 |
| 07/03/12 | ABP | L120 | Develop strategies regarding response to Plaintiff's Motion to Remove Supersedeas Bond | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/04/12 | MJW | L520 | Draft outline for appellate brief | 1.4 | 385.00 |
| 07/04/12 | MJW | L190 | Review case file | 1.1 | 302.50 |
| 07/04/12 | MJW | L510 | Research appellate issues | 0.6 | 165.00 |
| 07/05/12 | AJR | L250 | Revise Defendants' Response in Opposition to Plaintiff's Motion to Stay Enforcement of Judgment and Reply in Support of Motion for Supersedeas Bond; email to client regarding same; update case tasks | 0.7 | 199.50 |
| 07/05/12 | MJW | L520 | Research appellate brief | 2.2 | 605.00 |
| 07/05/12 | MJW | L520 | Draft appellate brief | 6.1 | 1,677.50 |
| 07/05/12 | MJW | L520 | Conference regarding appellate brief | 0.4 | 110.00 |
| 07/05/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding response to Plaintiff's Motion to Stay Enforcement of Judgment and review same | 0.1 | 29.00 |
| 07/06/12 | MJW | L520 | Edit appellate brief | 4.0 | 1,100.00 |
| 07/06/12 | MJW | L520 | Travel to and from court of appeals | 0.8 | 220.00 |
| 07/06/12 | MJW | L520 | Review record at court of appeals for appellate brief | 1.1 | 302.50 |
| 07/06/12 | MJW | L520 | Review and respond to email correspondence regarding appellate brief | 0.3 | 82.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/31/12
Invoice Number 1445891
File No. 040540.000230
Claim/Client File No. 712855
Page 3

GMAC ResCap

(GA) Smith, Yvette

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/06/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding response to borrower's Motion to Stay Enforcement of Judgment | 0.1 | 29.00 |
| 07/09/12 | AJR | L520 | Revise appellee's brief and email to client regarding same | 0.8 | 228.00 |
| 07/09/12 | AJR | L190 | Email to client regarding response to plaintiff's motion for stay | 0.1 | 28.50 |
| 07/09/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding response to Plaintiff's Motion to Stay Enforcement of Judgment | 0.1 | 29.00 |
| 07/09/12 | ABP | L210 | Review brief filed in response to Plaintiff's Motion to Stay Enforcement of Judgment | 0.1 | 29.00 |
| 07/09/12 | ABP | L210 | Review draft Appellee brief | 0.1 | 29.00 |
| 07/11/12 | AJR | L510 | Revise appeal brief and file same | 0.9 | 256.50 |
| 07/11/12 | ABP | L210 | Revise Appellee Brief | 0.6 | 174.00 |
| 07/12/12 | AJR | L510 | Email to client regarding stamped filed copy of appellees' brief; calendar deadline for appellant to file reply brief; update case tasks | 0.2 | 57.00 |
| 07/12/12 | ABP | L120 | Review correspondence exchanged with clients Christy Hancock and Heather Franchi regarding filed appellee brief | 0.2 | 58.00 |
| 07/20/12 | AJR | L190 | Check docket for status of case at client's request and email to client regarding same | 0.2 | 57.00 |
| 07/31/12 | AJR | L510 | Receive and review borrower's reply brief | 0.3 | 85.50 |
| 07/31/12 | AJR | L510 | Email to client regarding borrower's reply brief | 0.1 | 28.50 |
| 07/31/12 | ABP | L510 | Review correspondence exchanged with client Katie Dutill regarding borrower's Reply Brief filed in Court of Appeals | 0.1 | 29.00 |

|  |  |  | Totals | 30.6 | 8,441.50 |

IN ACCOUNT WITH

Invoice Date 08/31/12
Invoice Number 1445891
File No. 040540.000230
Claim/Client File No. 712855
Page 4

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap
(GA) Smith, Yvette

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 1.5 | 290.00 | 435.00 |
| AJR | Reyes | Associate | 3.5 | 285.00 | 997.50 |
| MJW | Windham | Associate | 25.4 | 275.00 | 6,985.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 07/23/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269730 DATE: 7/13/2012 Date: 07/09/2012; Job Code: REYES; To: GWINNETT SUPERIOR CT. | 133.52 |
| 07/31/12 | Taxi/Train/Parking – PAYEE: Thelma Fox, Petty Cash; REQUEST#: 387080; DATE: 7/31/2012. Parking at Court of Appeals and Parking | 8.00 |

Total:  141.52

Total Fees & Costs:  $8,583.02

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445891 |
| File No. | 040540.000230 |
| Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

**Total Amount of This Invoice**                $8,583.02

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445892 |
| | File No. | 040540.000233 |
| | Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $4,803.50 |
| Costs and Expenses Through 07/31/12 | $35.90 |
| **Total Amount of This Invoice** | **$4,839.40** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445892
File No. 040540.000233
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Thelma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/02/12 | AJR | L510 | Revise appellee's brief and motion to dismiss appeal and email to client regarding same | 1.8 | 513.00 |
| 07/02/12 | MJW | L520 | Edit appellate brief | 1.8 | 495.00 |
| 07/02/12 | MJW | L520 | Draft motion to dismiss appeal | 4.4 | 1,210.00 |
| 07/02/12 | MJW | L520 | Review and respond to email correspondence regarding brief and motion | 0.2 | 55.00 |
| 07/02/12 | ABP | L120 | Develop appellate strategies | 0.1 | 29.00 |
| 07/02/12 | ABP | L120 | Plan and prepare Appellee Brief | 0.1 | 29.00 |
| 07/02/12 | ABP | L110 | Review correspondence exchanged with client Christy Hancock regarding proposed Appellee Brief and Motion to Dismiss borrower's appeal | 0.1 | 29.00 |
| 07/03/12 | AJR | L510 | Analyze strategy for filing motion to dismiss appeal | 0.1 | 28.50 |
| 07/03/12 | ABP | L120 | Develop appellate strategies | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/05/12 | AJR | L520 | Prepare and file appellee's brief and motion to dismiss appeal | 0.3 | 85.50 |
| 07/05/12 | AWL | L120 | Consider and comment on appeal issues | 0.1 | 45.00 |
| 07/06/12 | AWL | L120 | Review motion to dismiss appeal | 0.1 | 45.00 |
| 07/09/12 | AJR | L210 | Prepare and file substitution of counsel and research regarding court rules for same | 0.4 | 114.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/26/12 | MJW | L210 | Review response brief | 0.4 | 110.00 |
| 07/26/12 | AJR | L510 | Receive and review appellant's response to GMAC's motion to dismiss appeal | 0.2 | 57.00 |
| 07/27/12 | AWL | L210 | Review Owens' response brief and consider and comment on case strategy | 0.1 | 45.00 |
| 07/30/12 | AJR | L510 | Review and analyze appellant's response to GMAC's motion to dismiss appeal and analyze strategy for responding to same | 0.5 | 142.50 |
| 07/30/12 | ABP | L210 | Review Plaintiff's Brief in Opposition to Motion to Dismiss appeal | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 08/31/12
Invoice Number 1445892
File No. 040540.000233
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Thelma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/30/12 | ABP | L120 | Develop strategies regarding arguments to include in Reply Brief in response to Plaintiff's Brief in Opposition | 0.1 | 29.00 |
| 07/31/12 | AJR | L510 | Email to client regarding plaintiff's response to motion to dismiss appeal and strategy for filing reply | 0.1 | 28.50 |
| 07/31/12 | AJR | L510 | Analyze strategy for reply in support of motion to dismiss appeal | 0.3 | 85.50 |
| 07/31/12 | MJW | L210 | Review and respond to email correspondence regarding reply brief; conference regarding reply brief | 0.4 | 110.00 |
| 07/31/12 | MJW | L210 | Draft reply brief | 3.5 | 962.50 |
| 07/31/12 | MJW | L190 | Research deadlines | 1.1 | 302.50 |
| 07/31/12 | ABP | L510 | Review correspondence exchanged with client Katie Dutill regarding plaintiff's Brief in Response to Motion to Dismiss Appeal and whether defendant can compel plaintiff to provide monthly escrow payments | 0.1 | 29.00 |
| 07/31/12 | ABP | L120 | Develop strategies regarding arguments to include in Reply Brief in Support of Motion to Dismiss | 0.2 | 58.00 |
| 07/31/12 | ABP | L510 | Revise draft Reply Brief | 0.1 | 29.00 |
| | | | Totals | 17.2 | 4,803.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AWL | Loeffler | Partner | 0.3 | 450.00 | 135.00 |
| ABP | Pittman | Associate | 1.0 | 290.00 | 290.00 |
| AJR | Reyes | Associate | 3.7 | 285.00 | 1,054.50 |
| MJW | Windham | Associate | 12.0 | 275.00 | 3,300.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Owens, Thelma

Invoice Date 08/31/12
Invoice Number 1445892
File No. 040540.000233
Claim/Client File No. 713629
Page 4

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 07/12/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269629 DATE: 7/6/2012<br>Date: 07/06/2012; Job Code: REYES; To: 11TH CIRCUIT OF APPEALS | 35.90 |
| | Total: | 35.90 |
| | Total Fees & Costs: | $4,839.40 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445892 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

**Total Amount of This Invoice**                                    $4,839.40

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date          08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by          J C Lynch |
| One Meridian Crossings | Direct Dial          757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.          1445894 |
| | File No.          040540.000257 |

**RE:    (GA) Gouch-Davis, Linda**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $503.50 |
| Costs and Expenses Through 07/31/12 | $134.68 |
| **Total Amount of This Invoice** | **$638.18** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445894
File No. 040540.000257
Page 2

GMAC ResCap

(GA) Gouch-Davis, Linda

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ABP | L120 | Develop strategies for planned default judgment damages hearing | 0.1 | 29.00 |
| 07/12/12 | AJR | L190 | Schedule hearing on damages | 0.1 | 28.50 |
| 07/12/12 | ABP | L120 | Review Notice of Hearing and develop strategies regarding damages hearing | 0.1 | 29.00 |
| 07/12/12 | MJW | L190 | Telephone conference with judges' chambers regarding hearing; schedule hearing date | 0.5 | 137.50 |
| 07/12/12 | MJW | L210 | Draft notice of hearing | 0.4 | 110.00 |
| 07/12/12 | MJW | L190 | Review and respond to email correspondence regarding hearing date | 0.2 | 55.00 |
| 07/17/12 | AJR | L250 | Prepare and file notice of hearing | 0.2 | 57.00 |
| 07/17/12 | ABP | L120 | Develop strategies in preparation for damages hearing | 0.1 | 29.00 |
| 07/18/12 | AJR | L190 | Calendar hearing date and update case tasks | 0.1 | 28.50 |
| | | | Totals | 1.8 | 503.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |
| MJW | Windham | Associate | 1.1 | 275.00 | 302.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445894
File No. 040540.000257
Page 3

GMAC ResCap

(GA) Gouch-Davis, Linda

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 07/26/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269855 DATE: 7/20/2012<br>Date: 07/17/2012; Job Code: REYES; To: FAYETTE SUPERIOR COURT | 134.68 |
| | Total: | 134.68 |
| | Total Fees & Costs: | $638.18 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445894 |
| File No. | 040540.000257 |

RE:    (GA) Gouch-Davis, Linda

**Total Amount of This Invoice**                    $638.18

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**