# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445895 |
| File No. | 040540.000258 |
| Claim/Client File No. | 716988 |

**RE:    advs. Johnson, Waldo & Cynthia**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $73.00 |
| **Total Amount of This Invoice** | **$73.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445895
File No. 040540.000258
Claim/Client File No. 716988
Page 2

GMAC ResCap
advs. Johnson, Waldo & Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/11/12 | JEM | L120 | Prepare strategy for proceeding to foreclosure (claims not subject to bankruptcy stay) | 0.2 | 73.00 |
| | | | Totals | 0.2 | 73.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445895 |
| File No. | 040540.000258 |
| Claim/Client File No. | 716988 |

RE:    advs. Johnson, Waldo & Cynthia

**Total Amount of This Invoice**            $73.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW | Office Address |
|---|---|---|
| Troutman Sanders LLP | A LIMITED LIABILITY PARTNERSHIP | 222 Central Park Avenue |
| P.O. Box 933652 | FEDERAL ID No. 58-0946915 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445896 |
| File No. | 040540.000259 |
| Claim/Client File No. | 716727 |

**RE:**   **(GA) Duluth Place Condominium Assoc.**

**Total Amount of This Invoice**     **$0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445896
File No. 040540.000259
Claim/Client File No. 716727
Page 2

GMAC ResCap

(GA) Duluth Place Condominium Assoc.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/12 | AJR | L190 | Email with counsel for MERS regarding preliminary injunction granted against individual accepting service of process on behalf of MERS and review and analyze order granting same | 0.2 | 0.00 |
| 07/13/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding preliminary injunction | 0.1 | 0.00 |
| 07/16/12 | ABP | L210 | Review Order granting MERS' Motion for Preliminary Injunction | 0.2 | 0.00 |
|  |  |  | Totals | 0.5 | 0.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 0.3 | 0.00 | 0.00 |
| AJR | Reyes | Associate | 0.2 | 0.00 | 0.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445896 |
| File No. | 040540.000259 |
| Claim/Client File No. | 716727 |

RE:    (GA) Duluth Place Condominium Assoc.

**Total Amount of This Invoice**        $0.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| **Payment Remittance Address** | A LIMITED LIABILITY PARTNERSHIP | **Office Address** |
| Troutman Sanders LLP | FEDERAL ID No. 58-0946915 | 222 Central Park Avenue |
| P.O. Box 933652 | | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |
| | BILLING INQUIRIES: | |
| | 404-885-2508 | |

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445898 |
| | File No. | 040540.000302 |
| | Claim/Client File No. | 723376 |

**RE:    (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $82.00 |
| **Total Amount of This Invoice** | **$82.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445898
File No. 040540.000302
Claim/Client File No. 723376
Page 2

GMAC ResCap
(GA) Carmouche, Thomasine

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/03/12 | ABP | L110 | Verify litigation case status | 0.1 | 29.00 |
| 07/03/12 | ABP | L110 | Verify service of Complaint | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| | | | Totals | 0.4 | 82.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445898 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

RE:   (GA) Carmouche, Thomasine

**Total Amount of This Invoice**         $82.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| **Payment Remittance Address** | A LIMITED LIABILITY PARTNERSHIP | **Office Address** |
| Troutman Sanders LLP | FEDERAL ID No. 58-0946915 | 222 Central Park Avenue |
| P.O. Box 933652 | | Suite 2000 |
| Atlanta, Georgia 31193-3652 | | Virginia Beach, VA 23462 |
| | BILLING INQUIRIES: | |
| | 404-885-2508 | |

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445900 |
| | File No. | 040540.000319 |
| | Claim/Client File No. | 728476 |

**RE:   (GA) Madriz – Forfeiture Action**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $4,381.50 |
| Costs and Expenses Through 07/31/12 | $1,562.50 |
| **Total Amount of This Invoice** | **$5,944.00** |

| | | | | | |
|---|---|---|---|---|---|
| IN ACCOUNT WITH | | | | | Invoice Date 08/31/12 |
| TROUTMAN SANDERS LLP | | | | | Invoice Number 1445900 |
| ATTORNEYS AT LAW | | | | | File No. 040540.000319 |
| | | | | | Claim/Client File No. 728476 |
| | | | | | Page 2 |

GMAC ResCap

(GA) Madriz – Forfeiture Action

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/03/12 | AJR | L210 | Revise answer; email with local counsel regarding filing same; update case tasks | 0.7 | 199.50 |
| 07/03/12 | ABP | L120 | Plan and prepare to file Answer | 0.2 | 58.00 |
| 07/03/12 | ABP | L120 | Revise proposed Answer | 0.3 | 87.00 |
| 07/03/12 | ABP | L120 | Review correspondence from Court regarding filing of Answer | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/05/12 | AJR | L160 | Review and analyze draft expedited settlement agreement from DOJ; email to client regarding same | 0.8 | 228.00 |
| 07/05/12 | ABP | L210 | Review correspondence exchanged with client Christy Hancock regarding filed Answer and Scheduling Order | 0.1 | 29.00 |
| 07/05/12 | ABP | L120 | Review Scheduling Order and develop settlement strategies | 0.2 | 58.00 |
| 07/09/12 | AJR | L160 | Review and analyze policies and procedures on expedited settlement | 0.3 | 85.50 |
| 07/09/12 | AJR | L160 | Email to counsel for DOJ regarding expedited settlement; analyze strategy for same | 0.3 | 85.50 |
| 07/09/12 | ABP | L120 | Review correspondence exchanged with Assistant U.S. Attorney Stan Ragsdale regarding proposed extension of scheduling order deadlines | 0.1 | 29.00 |
| 07/10/12 | ABP | L210 | Review Scheduling Order | 0.1 | 29.00 |
| 07/11/12 | ABP | L120 | Develop settlement strategies | 0.4 | 116.00 |
| 07/11/12 | ABP | L120 | Draft correspondence to client Christy Hancock regarding filed Answer, Scheduling Order, and proposed settlement | 0.2 | 58.00 |
| 07/11/12 | ABP | L120 | Review Scheduling Order | 0.1 | 29.00 |
| 07/12/12 | AJR | L160 | Analyze strategy for settlement | 0.3 | 85.50 |
| 07/17/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/20/12 | AJR | L190 | Emails with AUSA Stan Ragsdale extending deadlines in scheduling order pending possible | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445900
File No. 040540.000319
Claim/Client File No. 728476
Page 3

GMAC ResCap

(GA) Madriz – Forfeiture Action

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| | | | expedited settlement | | |
| 07/23/12 | AJR | L160 | Email and telephone conference with AUSA Stan Ragsdale extending deadlines in scheduling order pending possible expedited settlement | 0.3 | 85.50 |
| 07/23/12 | AJR | L190 | Review and analyze consent motion to extend deadlines in scheduling order pending possible expedited settlement | 0.1 | 28.50 |
| 07/24/12 | AJR | L230 | Telephone conference with AUSA Stan Ragsdale for 26(f) conference | 0.2 | 57.00 |
| 07/24/12 | AJR | L160 | Review and analyze expedited settlement procedures | 0.7 | 199.50 |
| 07/24/12 | AJR | L160 | Draft request for expedited settlement agreement | 1.8 | 513.00 |
| 07/24/12 | AJR | L160 | Email to client regarding fact package, payoff statement, and other information needed for request for expedited settlement agreement | 0.4 | 114.00 |
| 07/24/12 | MJW | L120 | Conference regarding case | 0.2 | 55.00 |
| 07/24/12 | ABP | L160 | Review correspondence exchanged with client Katie Dutill regarding proposed expedited settlement and total payoff demand | 0.1 | 29.00 |
| 07/24/12 | ABP | L160 | Develop strategies regarding obtaining expedited settlement of government forfeiture action | 0.2 | 58.00 |
| 07/25/12 | AJR | L110 | Review and analyze fact package | 0.5 | 142.50 |
| 07/25/12 | AJR | L160 | Revise request for expedited settlement agreement | 0.1 | 28.50 |
| 07/25/12 | MJW | L190 | Review and respond to email correspondence regarding settlement | 0.2 | 55.00 |
| 07/25/12 | MJW | L120 | Conference regarding case | 0.1 | 27.50 |
| 07/27/12 | MJW | L190 | Review case file | 0.4 | 110.00 |
| 07/27/12 | MJW | L210 | Prepare settlement request with exhibits | 1.7 | 467.50 |
| 07/27/12 | MJW | L210 | Draft settlement agreement | 1.4 | 385.00 |
| 07/27/12 | MJW | L210 | Review and respond to email correspondence regarding settlement | 0.2 | 55.00 |
| 07/27/12 | AJR | L190 | Emails with client regarding strategy for borrower's attorney's calls to GMAC | 0.1 | 28.50 |
| 07/27/12 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding borrower telephone calls to customer service department | 0.2 | 58.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445900
File No. 040540.000319
Claim/Client File No. 728476
Page 4

GMAC ResCap

(GA) Madriz – Forfeiture Action

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/27/12 | ABP | L110 | Review correspondence from local counsel regarding case status report | 0.2 | 58.00 |
| 07/29/12 | ABP | L160 | Revise proposed Settlement Agreement and request to expedite settlement | 0.5 | 145.00 |
| 07/29/12 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 07/30/12 | AJR | L120 | Analyze strategy for expedited settlement; update case tasks | 0.3 | 85.50 |
| 07/30/12 | ABP | L110 | Review correspondence from client Katie Dutill regarding Hello Letter and review Hello Letter | 0.1 | 29.00 |
| 07/31/12 | AJR | L160 | Email to client regarding information needed for settlement request | 0.1 | 28.50 |
| 07/31/12 | AJR | L160 | Emails with AUSA Stan Ragsdale regarding submitting request for expedited settlement | 0.2 | 57.00 |
| 07/31/12 | AJR | L160 | Review and analyze client documents for settlement agreement | 0.2 | 57.00 |
| 07/31/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding welcome letter and property maintenance expenses | 0.1 | 29.00 |
| | | | Totals | 15.7 | 4,381.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ABP | Pittman | Associate | 3.4 | 290.00 | 986.00 |
| AJR | Reyes | Associate | 7.5 | 285.00 | 2,137.50 |
| MJW | Windham | Associate | 4.4 | 275.00 | 1,210.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445900
File No. 040540.000319
Claim/Client File No. 728476
Page 5

GMAC ResCap

(GA) Madriz – Forfeiture Action

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount | |
|---|---|---|---|
| 07/27/12 | Associate Counsel Fees & Expenses – VENDOR: Finkel Law Firm LLC; INVOICE#: 169495; DATE: 6/19/2012 - Associate Counsel Fees/ Expenses | 1,562.50 | |
| | | Total: | 1,562.50 |
| | | Total Fees & Costs: | $5,944.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445900 |
| File No. | 040540.000319 |
| Claim/Client File No. | 728476 |

RE:    (GA) Madriz – Forfeiture Action

**Total Amount of This Invoice**     $5,944.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445901 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

**RE:** (GA) Roberts, Lenworth L. & Frances A.

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $366.00 |
| Costs and Expenses Through 07/31/12 | $133.52 |
| **Total Amount of This Invoice** | **$499.52** |

| | | | | | |
|---|---|---|---|---|---|
| IN ACCOUNT WITH | | | | Invoice Date 08/31/12 | |
| **TROUTMAN SANDERS LLP** | | | | Invoice Number 1445901 | |
| ATTORNEYS AT LAW | | | | File No. 040540.000323 | |
| | | | | Claim/Client File No. 728771 | |
| | | | | Page 2 | |

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/12 | AJR | L160 | Review file and telephone call to borrower's counsel regarding financial analysis packet | 0.2 | 57.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/03/12 | AJR | L120 | Analyze case strategy and update case tasks | 0.4 | 114.00 |
| 07/13/12 | AJR | L160 | Email to opposing counsel regarding financial analysis packet | 0.1 | 28.50 |
| 07/20/12 | AJR | L160 | Receive loan modification packet from plaintiff and emails with opposing counsel regarding same | 0.2 | 57.00 |
| 07/20/12 | AJR | L160 | Email to client regarding plaintiff's loan modification packet | 0.3 | 85.50 |
| | | | Totals | 1.4 | 366.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AJR | Reyes | Associate | 1.2 | 285.00 | 342.00 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12

| Date | Description | Amount |
|---|---|---|
| 07/05/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269372 DATE: 6/22/2012<br>Date: 06/18/2012; Job Code: REYES; To: GWINNETT SUPERIOR CT. | 133.52 |
| | Total: | 133.52 |
| | Total Fees & Costs: | $499.52 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445901 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

RE:   (GA) Roberts, Lenworth L. & Frances A.

**Total Amount of This Invoice**         $499.52

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC Mortgage
Attn: David G. Hagens, Esq.
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---:|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445902 |
| File No. | 040540.000324 |
| Claim/Client File No. | 729137 |

**RE:** (GA) advs. Willis, Calvin E.

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $308.50 |
| Costs and Expenses Through 07/31/12 | $278.80 |
| **Total Amount of This Invoice** | **$587.30** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 08/31/12
Invoice Number 1445902
File No. 040540.000324
Claim/Client File No. 729137
Page 2

GMAC Mortgage

(GA) advs. Willis, Calvin E.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/03/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| 07/31/12 | AJR | L210 | Receive and review plaintiff's voluntary dismissal; check docket regarding same | 0.4 | 114.00 |
| 07/31/12 | AJR | L190 | Email to client regarding plaintiff's voluntary dismissal and second case filed by plaintiff | 0.1 | 28.50 |
| 07/31/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding plaintiff's voluntary dismissal of case and filing of new Complaint | 0.1 | 29.00 |
| 07/31/12 | ABP | L110 | Review Petition for Voluntary Dismissal filed by Plaintiff | 0.1 | 29.00 |
| | | | Totals | 1.2 | 308.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 07/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |