IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445902
File No. 040540.000324
Claim/Client File No. 729137
Page 3

GMAC  Mortgage

(GA) advs. Willis, Calvin E.

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 07/05/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269485 DATE: 6/29/2012 Date: 06/25/2012; Job Code: REYES; To: HENRY CO SUP. COURT | 152.60 |
| 07/05/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269485 DATE: 6/29/2012 Date: 06/27/2012; Job Code: REYES; To: HENRY CO SUP. COURT | 126.20 |
| | Total: | 278.80 |
| | Total Fees & Costs: | $587.30 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC Mortgage
Attn: David G. Hagens, Esq.
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445902 |
| File No. | 040540.000324 |
| Claim/Client File No. | 729137 |

**RE:**    **(GA) advs. Willis, Calvin E.**

**Total Amount of This Invoice**                    $587.30

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC  Mortgage
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445903 |
| File No. | 040540.000325 |
| Claim/Client File No. | 729218 |

RE:    **(GA) advs. Valdez, Peter and Norma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $79.00 |
| **Total Amount of This Invoice** | **$79.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445903
File No. 040540.000325
Claim/Client File No. 729218
Page 2

GMAC  Mortgage

(GA) advs. Valdez, Peter and Norma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | ERD | L110 | Case assessment regarding status of case | 0.2 | 24.00 |
| 07/18/12 | MJW | L120 | Review case file to create active case list, per client request | 0.2 | 55.00 |
| | | | Totals | 0.4 | 79.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC Mortgage
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445903 |
| File No. | 040540.000325 |
| Claim/Client File No. | 729218 |

**RE:**    **(GA) advs. Valdez, Peter and Norma**

**Total Amount of This Invoice**     $79.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445904 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $84.00 |
| Costs and Expenses Through 07/31/12 | $9.00 |
| **Total Amount of This Invoice** | **$93.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

GMAC ResCap

advs. Irvin, Valerie

Invoice Date 08/31/12
Invoice Number 1445904
File No. 040540.000326
Claim/Client File No. 729296
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/10/12 | ERD | L110 | Telephone call with opposing counsel regarding new dates for Motion for Relief from Stay | 0.3 | 36.00 |
| 07/25/12 | ERD | L190 | Case assessment regarding upcoming hearing on various motions | 0.4 | 48.00 |
| | | | Totals | 0.7 | 84.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.7 | 120.00 | 84.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 07/09/12 | Taxi/Train/Parking – VENDOR: St. George, Tim; INVOICE#: 062812STGEORGE; DATE: 6/28/2012 - 06/27- Reimbursement for parking to attend and participate in Hearing on Motion to Continue | 9.00 |
| | Total: | 9.00 |
| | Total Fees & Costs: | $93.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date            08/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by            J C Lynch |
| One Meridian Crossings | Direct Dial            757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.            1445904 |
| | File No.            040540.000326 |
| | Claim/Client File No.            729296 |

**RE:    advs. Irvin, Valerie**

**Total Amount of This Invoice**                                    $93.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Manish Verma, Esq., Litigation Case Manager | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445905 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $5,023.50 |
| **Total Amount of This Invoice** | **$5,023.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445905
File No. 040540.000327
Claim/Client File No. 730108
Page 2

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/03/12 | MJW | L120 | Review and respond to email correspondence regarding new case | 0.2 | 55.00 |
| 07/03/12 | ABP | L120 | Exchange correspondence with client Manish Verma regarding Plaintiff's Complaint | 0.1 | 29.00 |
| 07/03/12 | ABP | L120 | Review Complaint and Summons | 0.2 | 58.00 |
| 07/05/12 | AJR | L210 | Review and analyze complaint; calculate deadline to answer; update case tasks; email to client regarding same | 0.6 | 171.00 |
| 07/05/12 | ABP | L210 | Review correspondence exchanged with clients Manish Verma and Brenda Ehrgott regarding possible filing of Notice of Bankruptcy, Plaintiff's Complaint, and Loan Fact Package | 0.2 | 58.00 |
| 07/06/12 | MJW | L120 | Review case file | 0.6 | 165.00 |
| 07/06/12 | MJW | L210 | Draft litigation assessment; draft answer | 2.3 | 632.50 |
| 07/11/12 | ABP | L210 | Review Summons, Notice of Lis Pendens, Complaint, and Deed of Trust | 1.0 | 290.00 |
| 07/11/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 07/13/12 | MJW | L210 | Telephone conference regarding complaint | 0.1 | 27.50 |
| 07/20/12 | ABP | L210 | Plan and prepare responsive pleadings | 0.1 | 29.00 |
| 07/20/12 | MJW | L120 | Conference regarding case status | 0.1 | 27.50 |
| 07/23/12 | MJW | L190 | Review case file | 0.3 | 82.50 |
| 07/23/12 | MJW | L210 | Draft answer | 2.1 | 577.50 |
| 07/23/12 | MJW | L210 | Review and respond to email correspondence regarding answer | 0.2 | 55.00 |
| 07/23/12 | ABP | L120 | Develop defensive strategies in response to Plaintiff's pleadings | 0.1 | 29.00 |
| 07/24/12 | AJR | L210 | Draft and revise answer | 1.0 | 285.00 |
| 07/24/12 | AJR | L210 | Email to client regarding draft of answer | 0.1 | 28.50 |
| 07/24/12 | AJR | L210 | Email to counsel for MERS regarding draft of answer | 0.1 | 28.50 |
| 07/24/12 | MJW | L210 | Edit answer | 0.2 | 55.00 |
| 07/24/12 | MJW | L210 | Review and respond to email correspondence | 0.2 | 55.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445905
File No. 040540.000327
Claim/Client File No. 730108
Page 3

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | regarding answer | | |
| 07/24/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 07/24/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding draft responsive pleadings | 0.1 | 29.00 |
| 07/24/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding draft responsive pleadings | 0.1 | 29.00 |
| 07/24/12 | ABP | L120 | Develop defensive strategies in response to Plaintiff's claims | 0.1 | 29.00 |
| 07/25/12 | ERD | L110 | Review and organize loan file from client | 1.5 | 180.00 |
| 07/25/12 | ABP | L120 | Review correspondence from client Manish Verma regarding loan fact package | 0.1 | 29.00 |
| 07/26/12 | MJW | L120 | Draft case assessment | 0.5 | 137.50 |
| 07/27/12 | MJW | L190 | Review file | 0.8 | 220.00 |
| 07/27/12 | MJW | L120 | Draft case assessment | 1.1 | 302.50 |
| 07/27/12 | MJW | L120 | Review and respond to email correspondence from foreclosure counsel | 0.1 | 27.50 |
| 07/30/12 | AJR | L210 | Email to client regarding draft of answer | 0.2 | 57.00 |
| 07/30/12 | MJW | L120 | Prepare case assessment | 1.9 | 522.50 |
| 07/30/12 | MJW | L190 | Review and respond to email correspondence regarding case assessment | 0.2 | 55.00 |
| 07/30/12 | MJW | L190 | Research defenses | 1.9 | 522.50 |
| 07/31/12 | AJR | L210 | Email to client regarding stamped filed answer | 0.1 | 28.50 |
| 07/31/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding filed responsive pleadings | 0.1 | 29.00 |
| | | | Totals | 18.9 | 5,023.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445905
File No. 040540.000327
Claim/Client File No. 730108
Page 4

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| ERD | Derby | Paralegal | 1.5 | 120.00 | 180.00 |
| ABP | Pittman | Associate | 2.5 | 290.00 | 725.00 |
| AJR | Reyes | Associate | 2.1 | 285.00 | 598.50 |
| MJW | Windham | Associate | 12.8 | 275.00 | 3,520.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445905 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

**Total Amount of This Invoice**             $5,023.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 08/31/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1445906 |
| | File No. | 040540.000328 |
| | Claim/Client File No. | 730198 |

**RE:    (GA) advs. Stabb, Linda**

| | |
|---|---|
| Fees for Professional Services Rendered Through 07/31/12 | $7,493.00 |
| **Total Amount of This Invoice** | **$7,493.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445906
File No. 040540.000328
Claim/Client File No. 730198
Page 2

GMAC ResCap

(GA) advs. Stabb, Linda

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/09/12 | AJR | L210 | Review and analyze complaint | 0.2 | 57.00 |
| 07/09/12 | ABP | L210 | Exchange correspondence with client Manish Verma regarding Complaint filed against GMAC | 0.3 | 87.00 |
| 07/10/12 | AJR | L120 | Receive and review foreclosure file from foreclosure counsel; analyze case strategy in light of same | 0.3 | 85.50 |
| 07/10/12 | ABP | L120 | Review Notice of Lis Pendens | 0.1 | 29.00 |
| 07/10/12 | ABP | L110 | Review foreclosure file | 0.3 | 87.00 |
| 07/10/12 | ABP | L120 | Review Plaintiff's Motion for Temporary Restraining Order, Permanent Injunction, and Memorandum in Support | 0.7 | 203.00 |
| 07/10/12 | ABP | L110 | Develop litigation strategies in defense of Temporary Restraining Order | 0.3 | 87.00 |
| 07/10/12 | ABP | L120 | Review correspondence exchanged with foreclosure counsel regarding status of foreclosure | 0.2 | 58.00 |
| 07/10/12 | ABP | L120 | Telephone call with client Manish Verma regarding litigation status and strategies | 0.1 | 29.00 |
| 07/10/12 | MJW | L210 | Review complaint | 0.4 | 110.00 |
| 07/10/12 | MJW | L210 | Review and respond to email correspondence regarding complaint | 0.2 | 55.00 |
| 07/11/12 | AJR | L120 | Analyze case strategy; update case tasks | 0.2 | 57.00 |
| 07/11/12 | ABP | L120 | Develop strategies to overturn Temporary Restraining Order | 0.3 | 87.00 |
| 07/11/12 | MJW | L210 | Telephone conference regarding complaint and case strategy; conference regarding complaint and case | 0.8 | 220.00 |
| 07/12/12 | ABP | L120 | Review state court file | 0.2 | 58.00 |
| 07/12/12 | MJW | L210 | Telephone conference with clerk's office regarding docket; telephone conference with judge's chambers regarding missing order | 0.5 | 137.50 |
| 07/13/12 | ABP | L210 | Review Temporary Restraining Order, pleadings, summons, state court file | 0.3 | 87.00 |
| 07/13/12 | ABP | L210 | Develop strategies regarding proposed Motion to Quash Temporary Restraining Order | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445906
File No. 040540.000328
Claim/Client File No. 730198
Page 3

GMAC ResCap

(GA) advs. Stabb, Linda

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/12 | MJW | L210 | Review and respond to email correspondence from judge's chambers regarding order | 0.2 | 55.00 |
| 07/13/12 | MJW | L210 | Review and respond to email correspondence regarding petition and order | 0.2 | 55.00 |
| 07/17/12 | ABP | L210 | Verify service of Complaint | 0.1 | 29.00 |
| 07/17/12 | MJW | L120 | Draft case assessment | 0.5 | 137.50 |
| 07/18/12 | ABP | L120 | Develop strategies regarding proposed Motion to Quash Temporary Restraining Order | 0.1 | 29.00 |
| 07/20/12 | ABP | L120 | Develop strategies regarding Motion to Quash Temporary Restraining Order | 0.1 | 29.00 |
| 07/20/12 | MJW | L120 | Draft case assessment | 0.3 | 82.50 |
| 07/23/12 | MJW | L190 | Review case file | 0.8 | 220.00 |
| 07/23/12 | MJW | L210 | Draft motion | 2.6 | 715.00 |
| 07/23/12 | MJW | L210 | Conference regarding research for motion; review and respond to email correspondence regarding research | 0.3 | 82.50 |
| 07/23/12 | MJW | L210 | Research case law for motion | 2.5 | 687.50 |
| 07/23/12 | HC | L120 | Research regarding certification of notice to adverse party for TRO | 0.3 | 87.00 |
| 07/23/12 | HC | L120 | Conference and emails regarding certification of notice to adverse party for TRO | 0.2 | 58.00 |
| 07/24/12 | AJR | L210 | Revise emergency motion to dissolve TRO | 0.8 | 228.00 |
| 07/24/12 | AJR | L110 | Review and analyze file | 1.2 | 342.00 |
| 07/24/12 | AJR | L120 | Email to client regarding case strategy and emergency motion to dissolve TRO | 0.1 | 28.50 |
| 07/24/12 | MJW | L210 | Draft motion; revise same | 2.5 | 687.50 |
| 07/24/12 | MJW | L210 | Review and respond to email correspondence regarding motion; conference regarding case strategy | 0.2 | 55.00 |
| 07/24/12 | MJW | L190 | Draft case assessment | 0.6 | 165.00 |
| 07/24/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding draft Motion to Dissolve Temporary Restraining Order | 0.1 | 29.00 |
| 07/25/12 | AJR | L110 | Email with client regarding accessing fact packages on CDs | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445906
File No. 040540.000328
Claim/Client File No. 730198
Page 4

GMAC ResCap

(GA) advs. Stabb, Linda

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 07/25/12 | MJW | L120 | Prepare case assessment | 3.6 | 990.00 |
| 07/25/12 | MJW | L190 | Review and respond to email correspondence regarding case assessment | 0.1 | 27.50 |
| 07/25/12 | ABP | L110 | Review litigation case assessment | 0.3 | 87.00 |
| 07/25/12 | ABP | L210 | Review draft Emergency Motion to Dissolve Temporary Restraining Order | 0.3 | 87.00 |
| 07/25/12 | ABP | L120 | Develop litigation and discovery strategies | 0.1 | 29.00 |
| 07/26/12 | AJR | L120 | Analyze case strategy and strategy for motion to dissolve TRO and/or loan modification | 0.5 | 142.50 |
| 07/26/12 | AJR | L120 | Telephone conference and emails with client regarding motion to dissolve TRO, loan modification, and case strategy | 0.7 | 199.50 |
| 07/26/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy; conference regarding case strategy | 0.3 | 82.50 |
| 07/26/12 | MJW | L210 | Revise motion | 0.2 | 55.00 |
| 07/26/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding Motion to Dissolve Temporary Restraining Order and proposed loan modification | 0.1 | 29.00 |
| 07/26/12 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 07/26/12 | ABP | L120 | Develop strategies regarding potential for Motion to Dismiss Plaintiff's claims | 0.2 | 58.00 |
| 07/26/12 | ABP | L210 | Review Motion to Dissolve Temporary Restraining Order | 0.2 | 58.00 |
| 07/27/12 | MJW | L210 | Review and respond to email correspondence regarding motion | 0.2 | 55.00 |
| 07/27/12 | MJW | L120 | Update case status | 0.2 | 55.00 |
| 07/30/12 | AJR | L250 | Email to client regarding stamped filed copy of motion to dissolve TRO | 0.1 | 28.50 |
| 07/30/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding filed Motion to Dissolve Temporary Restraining Order | 0.1 | 29.00 |

| | | | Totals | 26.8 | 7,493.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/31/12
Invoice Number 1445906
File No. 040540.000328
Claim/Client File No. 730198
Page 5

GMAC ResCap

(GA) advs. Stabb, Linda

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| HC | Cheshire | Paralegal | 0.5 | 290.00 | 145.00 |
| ABP | Pittman | Associate | 4.9 | 290.00 | 1,421.00 |
| AJR | Reyes | Associate | 4.2 | 285.00 | 1,197.00 |
| MJW | Windham | Associate | 17.2 | 275.00 | 4,730.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1445906 |
| File No. | 040540.000328 |
| Claim/Client File No. | 730198 |

**RE:    (GA) advs. Stabb, Linda**

**Total Amount of This Invoice**          $7,493.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 08/21/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452975 |
| | File No. | 040540.000212 |
| | Claim/Client File No. | 709505 |

**RE:    (GA) Felder, Yolanda**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 07/31/12 | $302.50 |
| **Total Amount of This Invoice** | **$302.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Felder, Yolanda

Invoice Date 08/21/12
Invoice Number 1452975
File No. 040540.000212
Claim/Client File No. 709505
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/13/12 | AJR | L250 | Receive and review order denying motion to strike as moot | 0.1 | 28.50 |
| 07/16/12 | AJR | L250 | Email to client regarding order striking plaintiff's dismissal without prejudice and order granting in part and denying in party McCurdy & Candler's motion for leave, and case strategy in light of same | 0.2 | 57.00 |
| 07/16/12 | AJR | L120 | Emails with client regarding case strategy and motion for reconsideration | 0.2 | 57.00 |
| 07/16/12 | AWL | L120 | Review orders and consider and comment on case strategy | 0.1 | 45.00 |
| 07/16/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding Court Order | 0.1 | 29.00 |
| 07/16/12 | ABP | L210 | Review Order entered by Court striking Plaintiff's dismissal without prejudice and denying Co-Defendant McCurdy's Motion for Leave | 0.1 | 29.00 |
| 07/31/12 | AJR | L250 | Review and analyze McCurdy & Candler's motion for summary judgment | 0.2 | 57.00 |
| | | | Totals | 1.0 | 302.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.7 | 285.00 | 199.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 08/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452975 |
| File No. | 040540.000212 |
| Claim/Client File No. | 709505 |

**RE:   (GA) Felder, Yolanda**

**Total Amount of This Invoice**              $302.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**