**Exhibit 2**

Reed Smith, LLP
John L. Scott, Esquire
Leonard A. Bernstein, Esquire
599 Lexington Avenue
22nd Floor
New York, NY 10022

*Ordinary Course Professional for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------
                                                      )
  In re:                                              )       Case No. 12-12020 (MG)
                                                      )
  RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,     )       Chapter 11
                                                      )
                                   Debtors.           )       Jointly Administered
                                                      )
-----------------------------------------------------------------------------  )

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES

       Upon consideration of Application for Allowance of Monthly Compensation and
Reimbursement of Expenses (the "Application") for professional services rendered and expenses
incurred during the period commencing August 1, 2012 through August 31, 2012; and a
hearing having been held before this Court to consider the Application on _____,
20__; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7)
and (c)(2); and due consideration having been given to any responses thereto; and sufficient
cause having been shown therefor; it is hereby

ORDERED, that the Application is granted to the extent set forth in Exhibit 4.


Dated: New York, New York


                                          _____
                                          Martin Glenn
                                          United States Bankruptcy Judge