**Exhibit 3**

12-12020-mg Doc 1895-3 Filed 10/19/12 Entered 10/19/12 17:40:59 Exhibit 3 Pg 1 of 3

Reed Smith, LLP
John L. Scott, Esquire
Leonard A. Bernstein, Esquire
Reed Smith, LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused a true and correct copy of the

**APPLICATION OF REED SMITH, LLP FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS FOR THE PERIOD OF AUGUST 1, 2012 THROUGH AUGUST 31, 2012** and notice thereof to be served upon the entities on the attached list by ECF and/or first class mail

By: /s/ Lauren S. Zabel
Lauren S. Zabel

October 19, 2012

# Service List

**Counsel to Debtor**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky
Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**United States Trustee**
Office of the U.S. Trustee for the Southern District of New York
Attn: Tracy Hope Davis
Linda A. Rifkin and
Brian S. Masumoto
33 Whitehall Street
21st Floor
New York, NY 10004

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and
Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

**Counsel for Ally Financial Inc**.
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

**Counsel for Barclays Bank PLC**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036