**Exhibit 4**

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Natasha Campbell, Esq.                                          September 18, 2012
Ally Bank
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA  19034

Client/Matter Contact: David G. Hagens
**Re: Dalton**

| | |
|---|---|
| Invoice Number: | 2314788 |
| Client Number: | 887669 |
| Matter Number: | 60177 |

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/02/12 | Lefton | Review recent Ninth Circuit filings. | 4.00 |
| | | Total Hours | 4.00 |

| Time Summary | Hours | Rate | Value | |
|---|---|---|---|---|
| Ira S. Lefton | 4.00 | at $ 475.00 = | 1,900.00 | |
| | | Total Fees | | 1,900.00 |
| | | ***Total this Invoice*** | | **$ 1,900.00** |

| | | | |
|---|---|---|---|
| Inception to Date Fees: | 13,442.50 | Year to Date Fees: | 13,442.50 |
| Inception to Date Expenses: | 0.00 | Year to Date Expenses: | 0.00 |

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Natasha Campbell, Esq.                                                September 18, 2012
Ally Bank
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA  19034

Client/Matter Contact: Sharon Sims
**Re: Moffitt Class Action Litigation**

| | |
|---|---|
| Invoice Number: | 2314787 |
| Client Number: | 887669 |
| Matter Number: | 60176 |

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/01/12 | Martin | Review court of appeals decision | 0.40 |
| 08/11/12 | Martin | Provide input on possible publication of Court of Appeals opinion. | 0.10 |
| 08/14/12 | Martin | Review petition for rehearing and order on stay of mandate regarding same. | 0.20 |
| 08/28/12 | Martin | Review order denying rehearing. | 0.10 |
| 08/01/12 | McIntyre | Prepare and forward analysis of Fourth Circuit decision to B Thompson. | 0.70 |
| 08/01/12 | McIntyre | Discuss Fourth Circuit decision with B Thompson. | 0.40 |
| 08/09/12 | McIntyre | Respond to request for information from B Yanci. | 1.10 |
| | | Total Hours | 3.00 |

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| James C. Martin | 0.80 at $ 550.00 = | | 440.00 |
| John M McIntyre | 2.20 at $ 475.00 = | | 1,045.00 |

| | |
|---|---|
| Total Fees | 1,485.00 |
| ***Total this Invoice*** | **$ 1,485.00** |

| | | | |
|---|---|---|---|
| Inception to Date Fees: | 19,965.00 | Year to Date Fees: | 19,965.00 |

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Lauren Graham Delehey, Esquire                                  September 18, 2012
Legal Counsel
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Laura Graham Delehey, Esquir
**Re: YOUNG, DEBORAH M.**                          Invoice Number:    2314786
                                                   Client Number:      887669
Client's Reference No: 714113                      Matter Number:       60008

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/02/12 | Kim | Call w/ client re: bankruptcy filing | 0.30 |
| 08/02/12 | Kim | Conference call w/ client re: case | 0.20 |
| 08/03/12 | Kim | Complete bankruptcy notice | 0.50 |
| 08/03/12 | Kim | Email client re: bankruptcy notice | 0.20 |
| 08/07/12 | Kim | Email client re: bankruptcy notice | 0.20 |
| 08/07/12 | Kim | Review arbitration notice | 0.20 |
| 08/08/12 | Kim | Review bankruptcy notice | 0.20 |
| 08/08/12 | Kim | Call w/ client re: bankruptcy | 0.20 |
| 08/09/12 | Kim | Review and review bankruptcy notices and draft letters to Court and counsel enclosing same | 1.20 |
| 08/10/12 | Kim | Email counsel re: bankruptcy status and settlement | 0.20 |
| 08/14/12 | Kim | Email client re: bankruptcy filing | 0.10 |
| 08/15/12 | Kim | Call w/ counsel re: settlement | 0.20 |
| 08/15/12 | Kim | Call w/ counsel re: bankruptcy | 0.20 |
| 08/27/12 | Kim | Email client re: bankruptcy status | 0.20 |
| 08/27/12 | Kim | Draft certification of service enclosing Order to counsel | 0.20 |
| 08/27/12 | Kim | Draft letter to mediator re: cancellation | 0.20 |
| 08/27/12 | Kim | Review discovery Order | 0.20 |

887669   Ally Bank                                          Reed Smith LLP

60008    YOUNG, DEBORAH M.                                  Invoice Number  2314786
September 18, 2012                                          Page    2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/28/12 | Kim | Email counsel re: Order and deposition | 0.20 |
| 08/28/12 | Kim | Email client re: bankruptcy and loan modification | 0.20 |
| 08/28/12 | Kim | Draft certification of service and prepare Order for serving | 0.30 |
| 08/29/12 | Kim | Email counsel re: settlement | 0.20 |
| 08/30/12 | Kim | Email client re: bankruptcy Order | 0.20 |
| | | Total Hours | 5.80 |

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Elizabeth J. Kim | 5.80 at $ 375.00 = | | 2,175.00 |

Total Fees                                                              2,175.00

Duplicating/Printing/Scanning                              0.00

***Total this Invoice***                                   **$ 2,175.00**

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                              October 11, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart Foreclosure (09-25338 Montgo CCP)**          Invoice Number:    2325032
                                                           Client Number:      887669
Client's Reference No: 695146                              Matter Number:       60007

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/07/12 | Axe | Review casefile and docket and revise chart reflecting all motions, pleadings and appeals filed by Taggart per request of client. | 3.50 |
| 08/07/12 | Axe | Confirm status of pending discovery motions and report to M. Guerin and re. same. | 0.60 |
| 08/09/12 | Axe | Draft argument relating to motion for summary judgment. | 1.00 |
| 08/10/12 | Axe | Review and revise brief in support of motion for summary | 1.50 |
| 08/10/12 | Axe | Draft argument relating to motion for summary judgment. | 3.50 |
| 08/13/12 | Axe | Review and revise brief in support of motion for summary | 0.70 |
| 08/14/12 | Axe | | 0.60 |
| 08/14/12 | Axe | Preparation of MSJ affidavit and supporting documentation for review of client. | 3.80 |
| 08/21/12 | Axe | Conduct docket research relating to status of all appeals. | 0.50 |
| 08/21/12 | Axe | Review pending discovery motions to determine status of outstanding requests. | 0.50 |
| 08/21/12 | Axe | Draft proposed CMO reflecting extended discovery deadlines. | 0.50 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
October 11, 2012

Invoice Number  2325032
Page    2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/21/12 | Axe | Review discovery responses to determine scope of information produced per request of D. Bettino. | 1.30 |
| 08/22/12 | Axe | Review documents produced and identify version of Note produced to Taggart per request of B. Hager. | 0.30 |
|  |  | Total Hours | 18.30 |

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Bailey E. Axe | 18.30 | at $ 295.00 = | 5,398.50 |

Total Fees                                                    5,398.50

For Cost Advanced and Expenses Incurred:

Documentation Charge                              1.30
Taxi Expense                                          0.00

Current Disbursements                                          1.30

***Total this Invoice***                              **$ 5,399.80**

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                               September 25, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart 12-1913 EDPA**                    Invoice Number:    2317240
    **(Taggart v. Montgo Prothy et al - 14th Am.)**    Client Number:    887669
Client's Reference No: 729708                    Matter Number:    60016

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 1.00 |
| 08/10/12 | Guerin | Conference call with bankruptcy counsel et al. | 0.80 |
| 08/10/12 | Guerin | Review Taggart Bankruptcy filing and prepare for call. | 0.30 |
| 08/10/12 | Guerin | Attend to mail received from K.Taggart enclosing second motion for extension of time to respond in 12-0415. | 0.20 |
| 08/10/12 | Guerin | Internal communications relating to Bankruptcy Hearing and second motion for relief from stay for federal matter. | 0.20 |
| 08/23/12 | Guerin | Review and respond to email communications relating to case and court order issued. | 0.20 |
| | | Total Hours | 2.70 |

| Time Summary | Hours | Rate | Value | |
|--------------|-------|------|-------|--|
| Maria T. Guerin | 2.70 | at $ 345.00 = | 931.50 | |
| | | Total Fees | | 931.50 |

| | |
|--|--|
| Duplicating/Printing/Scanning | 0.00 |
| Postage Expense | 0.00 |

887669    Ally Bank

60016    Taggart 12-1913 EDPA
       (Taggart v. Montgo Prothy et al - 14th Am.)

September 25, 2012

Reed Smith LLP

Invoice Number  2317240

Page        2

*Total this Invoice*                                    **$ 931.50**

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

September 25, 2012

Carol Bonello
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart, 12-4077 EDPA**
    **(Taggart v. RS et al - RICO)**
Client's Reference No: 730610

Invoice Number:    2317242
Client Number:     887669
Matter Number:      60018

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/04/12 | Reichner | Review and analysis of complaint and exhibits and address avenues of motion to dismiss or stay | 4.40 |
| 08/05/12 | Reichner | Address entry, suggestion of bankruptcy, and application for more time | 0.60 |
| 08/10/12 | Reichner | Work on motion to dismiss | 2.30 |
| 08/16/12 | Reichner | Address research status | 0.40 |
| 08/17/12 | Reichner | Meeting with B. Axe regarding drafting of motion to dismiss | 0.20 |
| 08/17/12 | Reichner | Work on motion to dismiss, | 5.30 |
| 08/19/12 | Reichner | Revise our motion to dismiss in connection with a review of the motion to dismiss filed by Montgomery County in related case. | 1.20 |
| 08/21/12 | Reichner | Review entries and request for extension of co-defendants | 0.20 |
| 08/24/12 | Axe | Review Complaint and outline factual allegations special to conduct of attorneys. | 1.50 |
| 08/24/12 | Axe | Draft factual and legal sections of motion to dismiss. | 5.50 |
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 2.00 |

887669    Ally Bank                                    Reed Smith LLP

60018    Taggart, 12-4077 EDPA                         Invoice Number  2317242
         (Taggart v. RS et al - RICO)
September 25, 2012                                     Page    2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/10/12 | Guerin | Call with Saul Ewing counsel for J. Stephan, and internal communications relating to same as to the foreclosure matter and as to the third federal case. | 0.90 |

|  |  | Total Hours | 24.50 |
|--|--|-------------|-------|

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Henry F. Reichner | 14.60 | at $ 475.00 = | 6,935.00 |
| Bailey E. Axe | 7.00 | at $ 295.00 = | 2,065.00 |
| Maria T. Guerin | 2.90 | at $ 345.00 = | 1,000.50 |

|  | Total Fees |  | 10,000.50 |
|--|-----------|--|-----------|

For Cost Advanced and Expenses Incurred:

| Parking/Tolls/Other Transportation | 0.00 |
|------------------------------------|------|
| Rail Travel Expense | 30.00 |
| Meal Expense | 0.00 |
| Telephone - Outside | 0.00 |

|  | Current Disbursements | 30.00 |
|--|----------------------|-------|

|  | *Total this Invoice* | **$ 10,030.50** |
|--|----------------------|-----------------|

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                    September 25, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart, 12-0415 EDPA**                   Invoice Number:     2317243
   **(Taggart v. HUD, FHA, GMAC et al -due process)**   Client Number:      887669
Client's Reference No: 728968                         Matter Number:       60017

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 1.00 |
| 08/06/12 | Guerin | Attend to case management of federal and state cases. | 0.30 |
| 08/13/12 | Guerin | Confer with B.Axe regarding federal claims, legal authorities and state pleadings history. | 0.60 |
| 08/20/12 | Guerin | Review and manage email communications. | 0.20 |
| 08/21/12 | Guerin | Review and respond to email communications | 0.40 |
| 08/22/12 | Guerin | Attend to email communications relating to federal actions. | 0.20 |
| 08/27/12 | Guerin | Attend to internal communications and review of County's Motion to Dismiss. | 0.30 |
| 08/03/12 | Phillips | Prepare three chronologies of federal court filings for three U.S. District Court cases. | 2.00 |
| 08/06/12 | Phillips | Revise and update chronology of Montgomery County foreclosure action. | 2.00 |

Total Hours    7.00

| Time Summary | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Maria T. Guerin | 3.00 | at $ | 345.00 | = | 1,035.00 |
| Christine M. Phillips | 4.00 | at $ | 175.00 | = | 700.00 |

887669    Ally Bank                                    Reed Smith LLP

60017    Taggart, 12-0415 EDPA                   Invoice Number  2317243
         (Taggart v. HUD, FHA, GMAC et al -due process)
September 25, 2012                                  Page       2

                        Total Fees                                    1,735.00

   PACER                                                0.00


                  ***Total this Invoice***                    **$ 1,735.00**

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                               September 25, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart Foreclosure (09-25338 Montgo CCP)**          Invoice Number:    2317253
                                                           Client Number:     887669
Client's Reference No: 695146                              Matter Number:      60007

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/02/12 | Bettino | Confer with Hank on strategy and staffing for the foreclosure case. | 0.50 |
| 08/03/12 | Bettino | Confer on the summary judgment and upcoming hearing on the stay. | 0.40 |
| 08/06/12 | Bettino | Confer with B. Hager on assistance with the case and SJ. | 0.40 |
| 08/08/12 | Bettino | Review the relevant materials in preparation for call with the client. | 1.40 |
| 08/08/12 | Bettino | Confer with the client on the factual background. | 1.00 |
| 08/08/12 | Bettino | Communicate internally on the issues and next steps. | 1.30 |
| 08/10/12 | Bettino | Review Taggart's filings with the bankruptcy court. | 0.80 |
| 08/10/12 | Bettino | Confer in preparation for the hearing at the bankruptcy court. | 1.00 |
| 08/11/12 | Bettino | Prepare for the hearing with the Court. | 1.50 |
| 08/14/12 | Bettino | Appear for the hearing on the Motions to Lift the Automatic Stays in the Foreclosure Action, the Pre-Petition Action and the Post-Petition Action. | 6.50 |
| 08/17/12 | Bettino | Review the latest Motion for Sanctions filed by Taggart. | 0.20 |
| 08/20/12 | Bettino | Confer on the status of the discovery and what we need from Taggart for our SJ motion to be complete. | 0.20 |
| 08/21/12 | Bettino | Confer on discovery issues. | 0.30 |

887669    Ally Bank                                                          Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)                Invoice Number  2317253
September 25, 2012                                                         Page      2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/22/12 | Bettino | Confer on strategy for the case and outstanding discovery that we need from Taggart concerning his financial condition at the time of the default. | 0.40 |
| 08/23/12 | Bettino | Confer on the discovery status and the extension of time, as well as Taggart's objection. | 0.30 |
| 08/30/12 | Bettino | Confer . | 0.20 |
| 08/14/12 | Jaworski | Review materials re Taggart QWR and provide comments to M. Guerin. | 1.00 |
| 08/06/12 | Hager | Phone call with D. Bettino re:status of case and issues for summary judgment | 0.20 |
| 08/07/12 | Hager | Conf with M. Guerin re:issues to be addressed in summary judgment motion | 1.00 |
| 08/07/12 | Hager | Reviewed and analyzed pleadings and client documents | 3.50 |
| 08/08/12 | Hager | Conf with Bettino and Guerin re:background, default and drafting msj and affidavit | 1.30 |
| 08/08/12 | Hager | Conf call with Bettino, Guerin and client re:overview of escrow account | 1.00 |
| 08/10/12 | Hager | Conf call with Bettino, Guerin and debtors counsel re : prep for hearing on Taggerts motions filed in the bankruptcy court | 0.70 |
| 08/13/12 | Hager | Reviewed and revised motion for summary judgment and affidavit | 2.20 |
| 08/14/12 | Hager | Phone call with Maria Guerin re:arguments in msj | 0.60 |
| 08/14/12 | Hager | Reviewed and revised motion for summary judgment | 1.90 |
| 08/20/12 | Hager | Phone call to James Newton. | 0.10 |
| 08/21/12 | Hager | Drafted letter to Judge Tilson re:status of bk case and taggart mfr | 0.30 |
| 08/21/12 | Hager | Phone call with J. Newton re:outcome of August 14 hearing and new motion for sanctions | 0.30 |
| 08/21/12 | Hager | Analyzed issues with motion for sanctions fined in bk court by Taggart | 0.30 |
| 08/21/12 | Hager | Reviewed and analyzed bankruptcy court memorandum opinion concerning Taggart's mfr | 0.50 |
| 08/22/12 | Hager | Phone call with D. Bettino re:discovery planning | 0.20 |
| 08/22/12 | Hager | Phone call with court re:case management conference | 0.20 |

887669   Ally Bank                                          Reed Smith LLP

60007   Taggart Foreclosure (09-25338 Montgo CCP)           Invoice Number  2317253
September 25, 2012                                          Page     3

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/22/12 | Hager | Reviewed draft affidavit, responses to discovery and motion for summary judgment and analyzed what discovery still needed from client and Taggert | 1.50 |
| 08/22/12 | Hager | Phone call with C. Bonello and D. Bettino | 0.20 |
| 08/23/12 | Hager | Conf call with client to clarify                    issues | 0.80 |
| 08/24/12 | Hager | Reviewed and analyzed proposed draft order to motion to lift stay and drafted response to J. Wilson at Morreson Forester re:same | 0.40 |
| 08/28/12 | Hager | Reviewed and analyzed discovery documents | 2.30 |
| 08/28/12 | Hager | Conf with M. Guerin re:status of montco action, bk action and action items needed to be addressed | 0.50 |
| 08/29/12 | Hager | Reviewed and analyzed Taggart's responses to GMAC's first set of Interrogatories and RFP's, together with responsive documents | 2.30 |
| 08/29/12 | Hager | Reviewed and analyzed Taggart's responses to Second Set of Interrogatories and RFPs' | 0.30 |
| 08/29/12 | Hager | Reviewed and analyzed motion to compel responses to second set of interrogatories and rfp's, motion to compel deposition and motio to deem RFA's admited and determined what additional documents still needed from Taggart | 1.10 |
| 08/29/12 | Hager | Reviewed and analyzed chron logs from Balboa Insurance | 0.50 |
| 08/29/12 | Hager | Reviewed and analyzed deposition of GMAC corporate witness | 1.30 |
| 08/02/12 | Axe | Prepare application to quash appeal relating to order appointing receiver. | 2.00 |
| 08/03/12 | Axe | Prepare for filing application to quash appeal relating to order appointing receiver. | 1.20 |
| 08/03/12 | Axe | Review file relating to documents and/or discovery produced by Greenpoint Mortgage. | 0.80 |
| 08/20/12 | Axe | Review and summarize previous appeals filed by Taggart. | 0.40 |
| 08/20/12 | Axe | Prepare proposed case management order regarding discovery deadlines. | 0.60 |
| 08/22/12 | Axe | Review discovery responses provided by Taggart and previous motions to compel to identify outstanding discovery. | 0.90 |
| 08/22/12 | Axe | Confer with Court Administrator (.1) and draft letter to chambers requesting a case management conference (.4). | 0.50 |

887669    Ally Bank                                             Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)              Invoice Number  2317253
September 25, 2012                                              Page    4

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/01/12 | Guerin | Attend to appeal and facilitate filing objection to jurisdiction and internal communications relating to same. | 0.50 |
| 08/01/12 | Guerin | Attend to pro hac vice admission issues. | 0.20 |
| 08/01/12 | Guerin | Revise bankruptcy brief per MoFo's requests; Internal communications relating to same. | 6.50 |
| 08/01/12 | Guerin | Attend to drafting summary judgment arguments. | 3.70 |
| 08/02/12 | Guerin | Attend to affidavit in support of summary judgment. | 1.40 |
| 08/02/12 | Guerin | Attend to bankruptcy case and communications with counsel regarding same; Review counsel's motion response filed with the court. | 0.50 |
| 08/02/12 | Guerin | Attend to recent case re GMAC, Reed Smith et al. | 0.10 |
| 08/02/12 | Guerin | Attend to outstanding discovery issues; Confer with H. Reichner regarding same. | 1.00 |
| 08/02/12 | Guerin | Confer with B.Axe regarding opposition to Taggart's pending appeal in Superior Court, and perform edits regarding same. | 0.60 |
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 3.30 |
| 08/03/12 | Guerin | Internal communications and work with S.McNeal to select appropriate docket entries for inclusion in chronology requested by Bankruptcy counsel; Review of state and federal chronologies provided. | 0.50 |
| 08/03/12 | Guerin | Communications regarding client business records and discovery issues. | 0.70 |
| 08/03/12 | Guerin | Finalize objection to jurisdiction of the appellate court in appeal regarding appointment of receiver. | 0.80 |
| 08/03/12 | Guerin | Attend to drafting affidavit and motion for summary judgment. | 5.90 |
| 08/04/12 | Guerin | Draft          argument and develop affidavit, including additions to exhibit list. | 5.90 |
| 08/05/12 | Guerin | Attend to drafting summary judgment motion including | 6.90 |
| 08/06/12 | Guerin | Update and edit loan chronology and case issues summary. | 1.10 |

887669    Ally Bank                                              Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)               Invoice Number  2317253
September 25, 2012                                               Page      5

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/06/12 | Guerin | Attend to review of and editing list of Taggart motions, petitions and appeals requested by bankruptcy counsel. | 1.00 |
| 08/06/12 | Guerin | Attend to drafting affidavit and motion for summary judgment, and confer with D.Bettino and internally regarding same. | 7.40 |
| 08/06/12 | Guerin | Attend to communications and review of J.Martin's findings on other pending or prior cases and representations as to primary residence. | 0.90 |
| 08/07/12 | Guerin | Draft memorandum summarizing case issues and tasks for D.Bettino and B.Hager. | 1.10 |
| 08/07/12 | Guerin | Attend to pleadings and chronology requested for Bankruptcy proceeding and internal communications relating to same. | 0.70 |
| 08/07/12 | Guerin | Draft and Motion for Summary Judgment and Affidavit in Support. | 4.90 |
| 08/07/12 | Guerin | Internal communications with B.Axe, J.Martin regarding motion and exhibits. | 0.30 |
| 08/07/12 | Guerin | Confer with B.Hager regarding case issues and calendar. | 0.50 |
| 08/08/12 | Guerin | Attend to drafting affidavit and motion for summary judgment and internal communications regarding same and regarding exhibits and production. | 2.40 |
| 08/08/12 | Guerin | Attend to Consent Order and 49 state AG agreement questions. | 0.40 |
| 08/08/12 | Guerin | Attend to prior case discovery issues and strategy regarding potential extension of discovery. | 0.20 |
| 08/08/12 | Guerin | Attend to FHA regulations. | 0.70 |
| 08/08/12 | Guerin | Confer with D.Bettino and prepare for call with client. | 0.70 |
| 08/08/12 | Guerin | Conference call with D.Bettino, B.Hager, C.Bonello and Amy regarding escrow history. | 1.00 |
| 08/08/12 | Guerin | Follow up call with B.Hager and D.Bettino regarding account history and strategy. | 1.30 |
| 08/09/12 | Guerin | Communications with client and internally : | 0.40 |
| 08/09/12 | Guerin | Draft and revise affidavit and summary judgment brief. | 2.20 |
| 08/09/12 | Guerin | Analyze content of affidavit for strategy on initial versus reply briefing. | 0.90 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)

Invoice Number  2317253

September 25, 2012

Page    6

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/09/12 | Guerin | Review and revise brief in support of Motion for Summary Judgment. | 0.70 |
| 08/10/12 | Guerin | Attend to motion, affidavit and exhibits & internal communications with B. Axe, B.Hager and D.Bettino regarding same. | 4.50 |
| 08/10/12 | Guerin | Confer with B.Axe regarding notices of default issues. | 0.20 |
| 08/10/12 | Guerin | Attend to new filing notices from court, | 0.10 |
| 08/11/12 | Guerin | Attend to caselaw review. | 0.40 |
| 08/12/12 | Guerin | Attend to motion arguments including review and annotation of caselaw for motion arguments, | 5.10 |
| 08/13/12 | Guerin | Review civil rules and local rules regarding summary judgment and briefing requirements. | 0.20 |
| 08/13/12 | Guerin | Attend to affidavit | 1.10 |
| 08/13/12 | Guerin | Attend to mail received from K.Taggart and Montgomery County Protonotary; Attend to pleadings. | 0.20 |
| 08/13/12 | Guerin | Internal communications with B.Hager regarding Motion for Summary Judgment and Affidavit in Support. | 0.20 |
| 08/13/12 | Guerin | Review and revise B.Axe's affidavit entries. | 0.40 |
| 08/13/12 | Guerin | Draft update for court regarding bankruptcy proceedings and status of Taggart's Motions for relief from stay potentially affecting foreclosure action. | 0.40 |
| 08/13/12 | Guerin | Communications with B.Hager and perform edits to memorandum and internal communications relating to same. | 0.60 |
| 08/14/12 | Guerin | Call with B.Hager regarding Motion issues. | 0.50 |
| 08/14/12 | Guerin | Communications with client regarding affidavit and motion for summary judgment. | 0.80 |
| 08/14/12 | Guerin | Attend to supplemental discovery responses and production and confer with B.Axe regarding same. | 1.70 |
| 08/14/12 | Guerin | Attend to QWR team response to Taggart inquiry following LPI refund and internal communications relating to same. | 0.70 |
| 08/14/12 | Guerin | Finalize revisions to affidavit in support of summary judgment and coordinate exhibit list with B.Axe & J.Martin. | 1.40 |
| 08/14/12 | Guerin | Attend to correspondence to Judge Tilson regarding Bankruptcy hearing and internal communications relating to same. | 0.60 |

887669    Ally Bank                                                    Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)                     Invoice Number  2317253
September 25, 2012                                                     Page     7

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/14/12 | Guerin | Internal communications with D.Bettino regarding case management and outstanding tasks. | 0.10 |
| 08/16/12 | Guerin | Internal communications relating to notice to Court of Common Pleas and status of Bankruptcy action. | 0.30 |
| 08/16/12 | Guerin | Communications with Bankruptcy Counsel and internally regarding Taggart appeal regarding receiver and bankruptcy issues. | 0.30 |
| 08/17/12 | Guerin | Review and respond to email communications relating to bankruptcy and foreclosure proceedings. | 0.30 |
| 08/17/12 | Guerin | Review order of bankruptcy court relating to Taggart motions and email communications relating to same. | 0.40 |
| 08/17/12 | Guerin | Review email communications and Taggart's BK motion for sanctions. | 0.10 |
| 08/21/12 | Guerin | Email communications relating to court orders issued, discovery, and other file and case management. | 0.80 |
| 08/22/12 | Guerin | Review and respond to email communications relating to foreclosure action and appeals. | 0.30 |
| 08/23/12 | Guerin | Review email communications relating to foreclosure discovery and related matters. | 0.30 |
| 08/27/12 | Guerin | Attend to pleadings file. | 0.10 |
| 08/27/12 | Guerin | Attend to review of email trails regarding bankruptcy proceedings and loan documentation for purposes of motion for summary judgment. | 1.20 |
| 08/28/12 | Guerin | Attend to file and documents. | 0.10 |
| 08/28/12 | Guerin | Attend to client provided information prepare for meeting with B.Hager. | 0.80 |
| 08/28/12 | Guerin | Confer with B.Hager regarding same and strategy regarding discovery and bankruptcy issues. | 0.50 |
| 08/30/12 | Guerin | Internal communications ; | 0.20 |
| 08/30/12 | Guerin | Email communications with C.Bonello and internally | 0.20 |
| 08/31/12 | Guerin | Email communications with client | 0.10 |
| 08/02/12 | Martin | Began reviewing and preparing exhibits for motion for summary judgment. | 1.10 |

887669    Ally Bank                                    Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)    Invoice Number  2317253
September 25, 2012                                     Page        8

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/03/12 | Martin | Court dockets and and pulled relevant documents related to | 3.10 |
| 08/06/12 | Martin | Reviewed motion for summary judgment and supporting evidence ... responded to emails and gather additional information regarding the same. | 3.40 |
| 08/08/12 | Martin | Began reviewing exhibits for Motion for Summary Judgment and redacting confidential information. | 0.90 |
| 08/09/12 | Martin | Reviewing all GMAC exhibits used in the Motion for Summary Judgment for confidential information and redacting the same. | 4.30 |
| 08/14/12 | Martin | Reviewed additional exhibits added to the motion for summary judgment and redacted the same; reviewed exhibits for consistency. | 2.10 |
| 08/28/12 | Martin | Compiled all responses to discovery requests by K. Taggart; reviewed and sent to Barbara Hager. | 1.80 |

Total Hours            158.50

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| Diane A. Bettino | 16.40 | at $ 475.00 = | 7,790.00 |
| Robert M. Jaworski | 1.00 | at $ 475.00 = | 475.00 |
| Barbara K. Hager | 25.50 | at $ 350.00 = | 8,925.00 |
| Bailey E. Axe | 6.40 | at $ 295.00 = | 1,888.00 |
| Maria T. Guerin | 92.50 | at $ 345.00 = | 31,912.50 |
| Josh Martin | 16.70 | at $ 175.00 = | 2,922.50 |

Total Fees                                          53,913.00

For Cost Advanced and Expenses Incurred:

| Duplicating/Printing/Scanning | 0.00 |
|---|---|
| Postage Expense | 0.00 |
| Transcript Expense | 33.00 |
| Legal Services | 16.92 |

Current Disbursements                               49.92

**Total this Invoice**                          **$ 53,962.92**