# EXHIBIT B

**RESIDENTIAL CAPITAL, LLC, et al.**

**SUMMARY OF HOURS**

**July 11, 2012 through August 31, 2012**

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Partner*** | | | | | |
| Howard Seife (1997) | Bankruptcy and Financial Restructuring | 1979 (NY) | $995 | 215.70 | $214,621.50 |
| David M. LeMay (2001) | Bankruptcy and Financial Restructuring | 1982 (NY) | 925 | 215.30 | 199,152.50 |
| Andrew Coronios (1987) | Corporate | 1978 (NY) | 875 | 68.40 | 59,850.00 |
| Thomas J. McCormack (1992) | Litigation | 1983 (NY) | 875 | 153.00 | 133,875.00 |
| N. Theodore Zink (1997) | Bankruptcy & Financial Restructuring | 1984 (MS) 1991 (IL) 1996 (NY) | 855 | 230.90 | 197,419.50 |
| William A. Greason (1996) | Corporate | 1988 (NY) | 845 | 81.10 | 68,529.50 |
| Vincent Dunn (1998) | Corporate | 1989 (NY) | 825 | 39.20 | 32,340.00 |
| Robert A. Schwinger (1994) | Litigation | 1985 (NY) | 825 | 196.50 | 162,112.50 |
| Marian Baldwin Fuerst (2000) | Corporate | 1992 (NY) | 795 | 55.10 | 43,804.50 |
| John F. Finnegan (2008) | Insurance/ Reinsurance | 1983 (NY) | 755 | 66.10 | 49,905.50 |
| Scott Berson (2004) | Corporate | 1996 (NY) | 745 | 86.30 | 64,293.50 |
| Seven Rivera (2009) | Bankruptcy and Financial Restructuring | 2001 (NY) | 745 | 146.90 | 109,440.50 |
| Robin Ball (2005) | Litigation | 1986 (AR) 1992 (CA) | 725 | 52.40 | 37,990.00 |
| | | | | | |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Counsel:** | | | | | |
| Jay Henneberry | Litigation | 1983 (NY) 1988 (CA) | 795 | 6.10 | 4,849.50 |
| Mark D. Ashley | Litigation | 1995 (NY) | 695 | 250.20 | 173,889.00 |
| Carey Child | Insurance/ Reinsurance | 1992 (VA) 1993 (DC) | 695 | 63.60 | 44,202.00 |
| Philip J. Goodman | Litigation | 1992 (PA) 1994 (DC) | 696 | 60.10 | 41,769.50 |
| Christy L. Rivera | Bankruptcy and Financial Restructuring | 2002 (NY) | 665 | 119.30 | 79,334.50 |
| Francisco Vazquez | Bankruptcy and Financial Restructuring | 1995 (NJ) 1996 (NY) | 665 | 196.60 | 130,739.00 |
| James Stenger | Corporate | 1978 (DC) | 645 | 3.20 | 2,064.00 |
| | | | | | |
| **Associate:** | | | | | |
| Marcelo Blackburn | Litigation | 2005 (NY) | 655 | 44.20 | 28,951.00 |
| Ted P. Castell | Corporate | 2003 (NJ) 2004 (NY) | 655 | 5.10 | 3,340.50 |
| Robert J. Gayda | Bankruptcy & Financial Restructuring | 2005 (NY) | 655 | 457.20 | 299,466.00 |
| Adam Price | Corporate | 2000 (NY) | 655 | 140.90 | 92,289.50 |
| Jean Migdal | Corporate | 1999 (NY/NJ) | 655 | 125.60 | 82,268.00 |
| Elizabeth M. Miller | Corporate | 1989 (CA) 1996 (DC) 1997 (NY) | 655 | 185.10 | 121,240.50 |
| Joseph Ramadei | Corporate | 2003 (MA) 2008 (NY) | 655 | 11.40 | 7,467.00 |
| Monika Szymanski | Litigation | 2004 (NJ) 2005 (NY) | 655 | 13.40 | 8,777.00 |
| Aaron M. Bartell | Corporate | 2007 (NY) 2008 (DC) | 625 | 11.10 | 6,937.50 |
| Christopher Bugel | Corporate | 2004 (MD) 2006 (DC) | 625 | 66.10 | 41,312.50 |
| Robert M. Kirby | Litigation | 2008 (NY) | 595 | 65.90 | 39,210.50 |
| LeeAnn O'Neill | Insurance/ Reinsurance | 2008 (NY/DC) | 595 | 56.70 | 33,736.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Megan Towers | Bankruptcy & Financial Restructuring | 2008 (NY) | 595 | 210.10 | 125,009.50 |
| Bonnie Dye | Bankruptcy & Financial Restructuring | 2009 (NY) | 565 | 45.60 | 25,764.00 |
| Patrick Narvaez | Corporate | 2007 (NJ) 2008 (NY) | 565 | 23.50 | 13,277.50 |
| Kimberly Zafran | Litigation | 2009 (NY) | 565 | 22.20 | 12,543.00 |
| Marc Roitman | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 198.60 | 98,307.00 |
| Andrea Voelker | Litigation | 2010 (NY) | 495 | 65.00 | 32,175.00 |
| Pooja Asnani | Litigation | 2011 (NY) | 435 | 86.80 | 37,758.00 |
| Michael Distefano | Bankruptcy & Financial Restructuring | 2011 (NY) | 435 | 205.50 | 89,392.50 |
| Yan Kuznetsov | Corporate | 2001 (NY) | 435 | 196.00 | 85,260.00 |
| Zaid Mohiuddin | Corporate | 2012 (NY) | 435 | 29.20 | 12,702.00 |
| Coleman Miller | Corporate | 2012 (NY) | 395 | 2.80 | 1,106.00 |
| | | | | | |
| **Law Clerks:** | | | | | |
| Seth Bloomfield | n/a | n/a | 285 | 11.00 | 3,135.00 |
| | | | | | |
| **Paraprofessional:** | | | | | |
| Lori Moloney | Litigation | n/a | 330 | 48.60 | 16,038.00 |
| David Bava | Bankruptcy & Financial Restructuring | n/a | 295 | 80.10 | 23,629.50 |
| Helen M. Lamb | Bankruptcy and Financial Restructuring | n/a | 295 | 48.30 | 14,248.50 |
| Tom Scott | Corporate | n/a | 285 | 2.40 | 684.00 |
| Sandra Buzaglo | Corporate | n/a | 280 | 6.30 | 1,764.00 |
| Sarah Chan | Corporate | n/a | 280 | 43.30 | 12,124.00 |
| Mariana Fradman | Corporate | n/a | 280 | 98.20 | 27,496.00 |
| Lissette Mendoza | Litigation | n/a | 270 | 25.20 | 6,804.00 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Ellen Weissman | Litigation | n/a | 270 | 4.10 | 1,107.00 |
| Justine Carr | Corporate | n/a | 265 | 16.20 | 4,293.00 |
| Wale Bakare | Litigation | n/a | 260 | 79.80 | 20,748.00 |
| Gregory Goodwin | Litigation | n/a | 260 | 22.70 | 5,902.00 |
| Jason Lopez | Litigation | n/a | 235 | 22.10 | 5,193.50 |
| Isida Tushe | Corporate | n/a | 180 | 3.10 | 558.00 |
|  |  |  |  |  |  |
| **Librarian:** |  |  |  |  |  |
| Tania Danielson | n/a | n/a | 220 | 2.10 | 462.00 |
| Marjorie Richmond | n/a | n/a | 220 | 2.00 | 440.00 |
| Barbara Schubeck | n/a | n/a | 220 | 12.50 | 2,750.00 |
|  |  |  |  |  |  |
| **TOTAL:** |  |  |  | **5,102.00** | **$3,295,849.50** |

BLENDED RATE:    $645.99

_____

\*  Includes year elected Partner at firm or joined firm as Partner.