# EXHIBIT D

**RESIDENTIAL CAPITAL, LLC, et al**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**July 11, 2012 through August 31, 2012**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 337.80 | $  187,831.50 |
| Report Drafting and Legal Research | 003 | 629.70 | 410,205.50 |
| Document Management and Review | 005 | 2,133.90 | 1,231,775.00 |
| Witness Interviews and Discovery | 006 | 571.90 | 413,826.50 |
| Substantive Investigation Planning and Coordination | 007 | 1,172.10 | 882,780.00 |
| Fee/Retention Applications | 010 | 256.60 | 169,431.00 |
| **Total** | | **5,102.00** | **$3,295,849.50** |

# EXHIBIT E

**RESIDENTIAL CAPITAL, LLC, <u>et al</u>**

**DAILY TIME RECORDS**

**<u>July 11, 2012 through August 31, 2012</u>**

\

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012

Page    1

For Services Through August 31, 2012

Our Matter #21955.002
          RESCAP - CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS

| | | | |
|---|---|---|---|
| 07/12/12 | D. BAVA | Review and preparation of Examiner Guidebook for distribution (.60); research to find other examiners' reports for distribution (3.60); prepare certain reports (1.20) and draft related index (.40). | 5.80 hrs. |
| 07/13/12 | M. DISTEFANO | Research on professionals to identify potential Examiner finanancial advisor (2.7) | 2.70 hrs. |
| 07/13/12 | M. S. TOWERS | Prepared for (.2) and attended ResCap hearing (.5); drafted summary re: same (.5); presented summary to working group re: same (.4); researched possible meet and confer parties (1.1) | 2.70 hrs. |
| 07/13/12 | D. BAVA | Continue research re: retaining other examiners' reports and work plans (2.30); prepare and distribute related reports for team (1.20). | 3.50 hrs. |
| 07/13/12 | N. T. ZINK | Review Debtor petition and related first day pleadings (2.6); review Memorandum Opinion and Order Directing the Appointment of an Examiner (.3); review order appointing Judge Gonzalez as Examiner (.1). | 3.00 hrs. |
| 07/16/12 | M. S. TOWERS | Researched financial accounting and forensic accounting firms and related issues re: D. LeMay requests (2.6). | 2.60 hrs. |
| 07/16/12 | M. DISTEFANO | Review articles re examiner and status of ResCap case (.3); reviewed case filings (.7); reviewed ███████████ (.6); reviewed SEC filings for consent orders with federal government (.8); research on Examiner fees (2.7); | 5.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    2
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/16/12 | M. S. TOWERS | Prepare shared folders for team (.7); researched and revised list of meet and confer parties (.9). | 1.60 hrs. |
| 07/16/12 | M. D. ASHLEY | Reviewed pleadings relating to ResCap Examiner proceeding (.9). | 0.90 hrs. |
| 07/16/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); review and preparation of materials related to potential investigation (1.70); review large case dockets re: forms of fee applications (.40); finalize and electronically file notice of appearance (.40); review large case docket sheet re: examiner research (.80). | 3.70 hrs. |
| 07/16/12 | S. R. RIVERA | Reviewed various background documents and materials including first day affidavit (.9); examiner pleadings (1.3); sale documents (.8); 2004 pleadings (.8); general case docket (.3); conferences and emails with C&P team re issues in connection with same (.6). | 4.70 hrs. |
| 07/16/12 | T. SCOTT | Research various SEC filings for Residential Capital LLC (1.2). Emails with team re same (.4). | 1.60 hrs. |
| 07/17/12 | R. J. GAYDA | Review Berkshire Hathaway motion for appointment of examiner (1.1); review various transaction details as set forth in declaration and committee 2004 motion (3.5). | 4.60 hrs. |
| 07/17/12 | D. BAVA | Research re: form of examiners report (.30); review and analysis of case docket sheet re: retention of financial advisors (.20). | 0.50 hrs. |
| 07/17/12 | M. DISTEFANO | Reviewed docket filings (.2); revised task list (.8). | 1.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    3
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/17/12 | M. S. TOWERS | Drafted and revised proposed timeline of major activities (2.6); drafted legal issues task list (.8); review and compiled documents to shared folder (.5) | 3.90 hrs. |
| 07/17/12 | T. SCOTT | Research additional filings from the SEC website. | 0.80 hrs. |
| 07/17/12 | R. A. SCHWINGER | Review introductory set of background materials from M. Roitman (first-day affidavit, examiner order/decision, plan of investigation). | 2.70 hrs. |
| 07/18/12 | R. J. GAYDA | Review and summarize Wells Fargo motion for relief for D. LeMay (.9); telephone call (.2) and email correspondence (.2) with D. Bava re special service list; telephone call with Judge Glenn's chambers re chambers conference 7/24 (.4); telephone call (.2) and email correspondence (.3) with Judge Gonzalez, H. Seife and D. LeMay re same. | 2.20 hrs. |
| 07/18/12 | M. DISTEFANO | Reviewed case docket filings (.5); revised Examiner cost survey (1.7). | 2.20 hrs. |
| 07/18/12 | M. S. TOWERS | Conference with H. Seife and D. LeMay regarding coordination of tasks for investigation (.4); researched and drafted materials for meetings (.6); created and updated case calendar (.5); created and updated daily agenda (.5). | 2.00 hrs. |
| 07/18/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); review similar large case docket sheets re: examiner fee applications (1.80); revise working group list (.60). | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    4
NEW YORK, NY 10036


| 07/18/12 | D. M. LeMAY | Meeting with H. Seife and M. Towers regarding team coordination issues (.6). | 0.60 hrs. |
|---|---|---|---|
| 07/18/12 | R. A. SCHWINGER | Review motion for appointment of Examiner and order granting same (0.8); review Whitlinger Affidavit re background of bankruptcy filing (2.1). | 2.90 hrs. |
| 07/19/12 | M. DISTEFANO | Reviewed and updated working group list (.4) reviewed docket re new pleadings filed (.2); | 0.60 hrs. |
| 07/19/12 | M. S. TOWERS | Reviewed and revised master task list (1.1); prepared materials for daily meetings, including agendas (.5); reviewed and revised master contact list (.9); created and revised master case calendar (1.2); created and revised master project tracker (.8). | 4.50 hrs. |
| 07/19/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); review and analysis of similar large case docket sheets re: 2004 orders and Examiner authority (1.30). | 2.30 hrs. |
| 07/19/12 | R. A. SCHWINGER | Finish reviewing Whitlinger Affidavit re background of bankruptcy filing (1.4). | 1.40 hrs. |
| 07/19/12 | R. J. GAYDA | Email correspondence with MoFo re special service list (.4) and conference with D. Bava re same (.3). | 0.70 hrs. |
| 07/20/12 | M. DISTEFANO | Reviewed ResCap case docket filings (.3); reviewed first day affidavit (.7). | 1.00 hrs. |
| 07/20/12 | M. S. TOWERS | Review and update daily agenda (.6) and case calendar (.3); drafted and revised master project overview (4.8). | 5.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    5
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/20/12 | M. S. TOWERS | Prepared for (.2) and met with M. Roitman re: certain case status issues (.3). | 0.50 hrs. |
| 07/20/12 | D. BAVA | Review and preparation of amended/supplement schedules and SOFA (1.20); review and analysis of similar large case docket sheet re: depository motions and orders (1.0). | 2.20 hrs. |
| 07/20/12 | M. ROITMAN | Meet with M. Towers re: corporate staffing and master task list issues (0.4); | 0.40 hrs. |
| 07/20/12 | M. BLACKBURN | Review of case background materials in connection with investigation. | 1.30 hrs. |
| 07/23/12 | M. DISTEFANO | Reviewed case docket filings (.4). | 0.40 hrs. |
| 07/23/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20). | 0.40 hrs. |
| 07/23/12 | H. SEIFE | Prepare for Chambers conference. | 1.30 hrs. |
| 07/24/12 | R. J. GAYDA | Review case docket and orders entered after omnibus hearing (.5); telephone call with D. Bava re case management order and interpretation (.3). | 0.80 hrs. |
| 07/24/12 | M. DISTEFANO | Attended omnibus hearing (6.9); drafted summary of same (2.3). | 9.20 hrs. |
| 07/24/12 | M. ROITMAN | Telephonic participation (partial) in Bankruptcy Court hearing (0.5) | 0.50 hrs. |
| 07/24/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.30); draft case calendar based on current docket entries (.20); conference with R.Gayda regarding various case management issues (.3). | 0.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    6
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/25/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40). | 1.00 hrs. |
| 07/25/12 | M. DISTEFANO | Reviewed summaries of meetings with interested parties (.4); reviewed case docket items (.7). | 1.10 hrs. |
| 07/25/12 | M. BALDWIN | Review background materials on Debtor. | 0.50 hrs. |
| 07/25/12 | D. M. LeMAY | Review and organize tasks teams for document review (.9). | 0.90 hrs. |
| 07/26/12 | M. DISTEFANO | Reviewed case docket items (.4); reviewed committee presentation to the examiner (.6); | 1.00 hrs. |
| 07/26/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); draft (.40) and electronically file (0.2) affidavit of service re: C&P's retention; review and preparation of schedules, statements, amendments and supplements thereto for distribution to team (3.60). | 4.60 hrs. |
| 07/26/12 | R. J. GAYDA | Review hearing transcript from 7/24 hearing (.8); review pleadings regarding subservicing indemnification dispute (1.7). | 2.50 hrs. |
| 07/27/12 | M. ROITMAN | Attend ResCap 341 Meeting (1.3) | 1.30 hrs. |
| 07/27/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); review docket sheet re: notices of appearance filed (.40); prepare comprehensive listing of appearances (1.30). | 2.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    7
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/27/12 | A. CORONIOS | Review order appointing examiner and other background materials. | 1.80 hrs. |
| 07/27/12 | B. DYE | Researching declaration submission issues for R. Gayda. | 0.70 hrs. |
| 07/29/12 | R. J. GAYDA | Review Marano declaration re subservicing agreement issues (1.1); review 1/30 letter re same (.3). | 1.40 hrs. |
| 07/30/12 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 07/30/12 | M. ROITMAN | Meet with M. Towers re: case issue (0.3); Confer/correspond with D. LeMay and H. Seife re: upcoming meetings (0.4). | 0.70 hrs. |
| 07/30/12 | M. DISTEFANO | Prepared for status conference re RMBS settlement (.3); attend status conference (3.2); drafted summary of hearing (1.1). | 4.60 hrs. |
| 07/30/12 | M. S. TOWERS | Review and update case calendars (.8); review and update case task lists (.9); review and address various case items (.7); meeting with M.Roitman re: case management issue (.2). | 2.60 hrs. |
| 07/30/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); prepare schedules for distribution to team (1.20); draft index of schedules and statements (.60). | 2.20 hrs. |
| 07/31/12 | M. DISTEFANO | Reviewed case docket items (.3); | 0.30 hrs. |
| 07/31/12 | M. S. TOWERS | Revised case task list (.5); provided new team members with access and information (.4); and responded to team inquiries re: scheduling, hearings, transactional analysis and other related issues (.7); revised case timeline (.6) | 2.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    8
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/31/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); complete preparation of schedules and statements for distribution to team (2.10); draft index of schedules and statements (.80). | 3.30 hrs. |
| 08/01/12 | M. S. TOWERS | Review and update master task list (.5); review and prepare updates to case calendar (.5); address shared folder and calendar matters for new members of project group teams (.6) | 1.60 hrs. |
| 08/01/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.60); review and preparation of Ally Servicing Motion materials for hearing (.80); draft related index (.30); preparation of case materials (.80); draft related index (.40). | 3.30 hrs. |
| 08/01/12 | M. DISTEFANO | Reviewed docket filings, calendar items and drafted emails to team re same (.5) | 0.50 hrs. |
| 08/01/12 | R. J. GAYDA | Telephone call and email correspondence with D. LeMay re subservicing dispute status conference (.5); review documents related to subservicing dispute (4.1); draft summary of dispute for H. Seife and D. LeMay (1.7); telephone call with H. Seife re same (.2); participate in status conference (1.0); telephone call with K. Zafran re same (.2). | 7.70 hrs. |
| 08/01/12 | D. M. LeMAY | Conference with H. Seife regarding subservicing issues (.4). Review court papers regarding subservicing dispute for 4PM hearing (1.7). Emails with R.Gayda regarding same (.4). Attend telephonic hearing regarding | 3.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                        August 31, 2012
1177 AVENUE OF THE AMERICAS                             Page    9
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | subservicing agreement (1.0). |  |
| 08/01/12 | H. SEIFE | Prepare for court conference (1.7); conference with D.LeMay regarding subservicing issues (.4); status conference with J.Glenn regarding subservicing and indemnity (1.0). | 3.10 hrs. |
| 08/01/12 | S. R. RIVERA | Reviewed RMBS Settlement pleadings and materials (1.3); correspondence and phone calls w/working group re: same (.4). | 1.70 hrs. |
| 08/02/12 | M. DISTEFANO | Reviewed case docket filings (.3); prepare for telephonic status conference (.2); atttend telephonic status conference on KERP and KEIP motions (.7); drafted summary of hearing (.6). | 1.80 hrs. |
| 08/02/12 | M. S. TOWERS | Review and updated case calendar (.3); review and updated shared drive; (.2); review and revise master task list (.2) | 0.70 hrs. |
| 08/02/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.50); review and prepare "key documents" for distribution to team (1.60); prepare related index (.20). | 2.70 hrs. |
| 08/03/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare additional "key documents" for internal distribution (.70); draft notice of filing re: filing of Examiner's work plan (.40). | 2.10 hrs. |
| 08/03/12 | M. S. TOWERS | Attended meeting on Snythesis project management system presented by Mesirow (1.2); review and coordinate certain issues with corporate group partners (.5); review and prepare updates to case calendar (.2); responded to emails | 3.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    10
NEW YORK, NY 10036


|            |               | from various project teams regarding document issues (.7); responded to emails from various project teams regarding summary template issues (.4); met with D. LeMay and M. Roitman re: various project matters (.4); review and coordinate subservicing interview issues (.3); |           |
|------------|---------------|---|-----------|
| 08/03/12   | M. ROITMAN    | Conference call with Mesirow re: Synthesis program (1.2); confer with M. Towers following call (0.1); conference with M.Towers and D.LeMay re: investigation planning (0.4). | 1.70 hrs. |
| 08/03/12   | M. DISTEFANO  | Reviewed case docket filings (.2) | 0.20 hrs. |
| 08/03/12   | A. CORONIOS   | Office conferences with M Towers and D LeMay re investigation issues (0.4). | 0.40 hrs. |
| 08/03/12   | I. TUSHE      | Research re: certain SEC documents per J. Finnegan's request. | 1.00 hrs. |
| 08/03/12   | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.4). | 6.40 hrs. |
| 08/05/12   | M. ROITMAN    | Review local rules re: form of court filings (0.2); correspond with F. Vazquez re: same (0.2) | 0.40 hrs. |
| 08/06/12   | M. DISTEFANO  | Reviewed case docket filings (.3); | 0.30 hrs. |
| 08/06/12   | D. BAVA       | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.40); revise notice of filing re: filing of Examiner's work plan (.20); prepare and electronically file Examiner's Work Plan and notice of filing (.40); service of notice of filing and Examiner's Work Plan by e-mail, hand and regular mail (.80); update/revise Master Assignment List (.30). | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   11
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/06/12 | M. S. TOWERS | Exchange emails with Kirkland re: document production and reviewer questions (.3); review and update case calendar (.2); review and revise master task list (.3) | 0.80 hrs. |
| 08/07/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.40); review and analysis of docket entries re: amended and/or supplemental exhibits filed to RMBS 9019 motion (.20); preparation of materials related to RMBS Settlements (1.80). | 2.80 hrs. |
| 08/07/12 | M. DISTEFANO | Reviewed docket filings (.4); reviewed hearing agenda (.2); | 0.60 hrs. |
| 08/07/12 | M. S. TOWERS | Attended meeting with D. LeMay re: investigation open items (.4); drafted email to project group team leaders re: open items (.3); attended meeting with T. Zink re: legal analysis status (.3); review and updated master task list (2.1); review and updated case calendar (.3); respond to inquiries from project group team members re: status of documents (.5); exchange emails with Kirkland re: assistance with document production (.5); | 4.40 hrs. |
| 08/07/12 | D. M. LeMAY | Meeting w/M. Towers regarding status of projects, deadlines, and related issues. (.4). Conference w/H. Seife regarding same (.3). Review all latest court filings (1.1). | 1.80 hrs. |
| 08/07/12 | M. ROITMAN | Correspond with M. Towers re: Synthesis program (0.3). | 0.30 hrs. |
| 08/07/12 | R. J. GAYDA | Email correspondence with team re coverage of subservicing hearing. | 0.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    12
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/07/12 | H. SEIFE | Emails with creditor regarding investigation (.2); conference with D.LeMay regarding status of investigation projects and related issues (.3); preparation for status conference including review sub servicing papers (3.2); conference with J.Gonzalez regarding same (.5). | 4.20 hrs. |
| 08/08/12 | H. SEIFE | Prepare for status conference (1.2); status conference before J. Glenn regarding subservicing issues (3.1). | 4.30 hrs. |
| 08/08/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); review and analysis of docket entries related to third party complaints involving Ally Financial re: motions to dismiss and supporting memoranda (1.80). | 2.80 hrs. |
| 08/08/12 | M. S. TOWERS | Exchange emails with Mesirow regarding team issues (.6); correspond with internal C&P teams to coordinate team meetings (.8); revised the Master Task List (1.1); revised the Case Calendar (.3); exchange emails with Judge Gonzalez regarding investigation status and billing issues (.4); review and update shared drive for newly added team members (.7) | 3.90 hrs. |
| 08/08/12 | M. DISTEFANO | Reviewed case docket filings (.3); reviewed hearing agendas (.1); attended hearing on servicing motion and KEIP/KERP (3.9); | 4.30 hrs. |
| 08/09/12 | M. S. TOWERS | Review and update case calendar (.3); revise master task list (.6); review and update shared drive, case calendar and other administrative tools for new team members (.4); | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   13
NEW YORK, NY 10036


| 08/10/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare and electronically file Examiner 2004 motion, exhibits and notice (.80); service of notice and motion pursuant to case management order (1.30). | 3.10 hrs. |
| --- | --- | --- | --- |
| 08/10/12 | M. DISTEFANO | Reviewed docket filings (.4) and sent emails to team re important items (.7) drafted summary of 8/8/12 hearing (1.3). | 2.40 hrs. |
| 08/10/12 | M. S. TOWERS | Review and update master task list (.8); review and update case calendar (.2); provided background materials and access to new team members (1.1); provided update emails to team members regarding shared folder and other case matters (.4); review and update shared folder (.5); calls with C&P team members to arrange Synthesis training (.5) | 3.50 hrs. |
| 08/10/12 | R. J. GAYDA | Email correspondence with team re status conference on servicing motion (.5); telephone call with D. LeMay and M. Distefano re same (.3). | 0.80 hrs. |
| 08/13/12 | D. M. LeMAY | Review of all latest court filings. | 1.10 hrs. |
| 08/13/12 | M. DISTEFANO | Reviewed case docket filings (.8). | 0.80 hrs. |
| 08/13/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare materials for hearing re: Examiner's discovery motion (.80); prepare and electronically file affidavit of service re: Examiner's Discovery motion (.40); draft notice of hearing re: Mesirow's retention (.40); prepare and electronically file Mesirow's retention application (.70); | 4.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page    14
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | service of notice and retention application pursuant to case management order (1.60). |  |
| 08/13/12 | M. S. TOWERS | Review and updated case calendar (.5); responded to internal inquiries re: various case issues (.6); reviewed and updated master task list (.5); reviewed and updated substantive timeline (.6) | 2.20 hrs. |
| 08/13/12 | B. SCHUBECK | Research re corporate entity history for Y. Kuznetsov. | 0.80 hrs. |
| 08/14/12 | M. DISTEFANO | Reviewed third party litigation against Ally (.5). | 0.50 hrs. |
| 08/14/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.80); draft case calendar based on current docket entries (.40). | 1.20 hrs. |
| 08/14/12 | M. S. TOWERS | Reviewed proposed email to internal Chadbourne team re: substantive document production (.2); drafted proposed email to internal Chadbourne team re: overview of investigation (.6); review and update case calendar (.5); revise and update master task list (.5); responded to internal questions regarding various case issues (.3) | 2.10 hrs. |
| 08/15/12 | Y. KUZNETSOV | Attended training in Synthesis with Mesirow. | 1.20 hrs. |
| 08/15/12 | M. S. TOWERS | Responded to internal C&P inquiries re: status of document production and other related issues (.5); review and update case calendar (.3); review and update master task list (.3); drafted reminder emails to C&P internal parties re: initial meetings with parties (.2); arranged Synthesis training with Mesirow (.2) | 1.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                      August 31, 2012
1177 AVENUE OF THE AMERICAS                           Page   15
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/15/12 | C. L. RIVERA | Attend training session for Synthesis with Mesirow (1.2). | 1.20 hrs. |
| 08/15/12 | M. ROITMAN | Review Plan Support Agreements re: releases contemplated therein (0.5); Confer/correspond with C. Rivera re: same (0.3); Call with R. Gayda re: same (0.2) | 1.00 hrs. |
| 08/15/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare and electronically file Examiner's reply to objections to discovery motion (.40); service of notice and motion pursuant to case management order (1.40). | 2.80 hrs. |
| 08/15/12 | M. B. SZYMANSKI | Attend Synthesis training session with Mesirow. | 1.10 hrs. |
| 08/15/12 | A. PRICE | Attending training session for use of Sythensis work product management software. | 1.10 hrs. |
| 08/15/12 | A. CORONIOS | Attend Synthesis training by Mesirow | 1.20 hrs. |
| 08/15/12 | P. GOODMAN | Attend Synthesis training by Mesirow. | 1.00 hrs. |
| 08/15/12 | J. M. MIGDAL | Attend Mesirow training session on Synthesis. | 1.20 hrs. |
| 08/15/12 | J. F. FINNEGAN | Attend Synthesis training by Mesirow. | 1.00 hrs. |
| 08/15/12 | S. R. RIVERA | Attend Synthesis Training with Mesirow | 1.10 hrs. |
| 08/15/12 | N. T. ZINK | Attend Synthesis training session. | 1.00 hrs. |
| 08/15/12 | M. DISTEFANO | Attend Mesirow session on Synthesis (1.2); reviewed case docket filings (.7). | 1.90 hrs. |
| 08/15/12 | R. A. SCHWINGER | Attend training/orientation meeting re MFC's "Synthesis" program (1.0). | 1.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   16
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/15/12 | E. M. MILLER | Attend Synthesis training session in connection with document management (1.1). | 1.10 hrs. |
| 08/15/12 | L. F. MOLONEY | Meeting with Mesirow and Chadbourne to review the Synthesis platform (1.3). | 1.30 hrs. |
| 08/16/12 | H. SEIFE | Review of supplemental motion on RMBS settlement. | 0.40 hrs. |
| 08/16/12 | M. DISTEFANO | Reviewed case docket filings (.3). | 0.30 hrs. |
| 08/16/12 | M. S. TOWERS | Review and updated case calendar (.3) | 0.30 hrs. |
| 08/16/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.80); draft case calendar based on current docket entries (.40). | 1.20 hrs. |
| 08/17/12 | M. DISTEFANO | Reviewed case docket filings (.2). | 0.20 hrs. |
| 08/17/12 | M. S. TOWERS | Review and update case calendar (.4); respond to internal inquiries re: shared folder access and status of investiation (.4); provided case information to new team members (.2); exchanged emails to team leaders regarding open items (.3); review and update shared drive (.3) | 1.60 hrs. |
| 08/17/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare updated list of appearances for the period July 27, 2012 through August 17, 2012 (.60); Westlaw research/case retrieval re: ███████ (.80). | 2.40 hrs. |
| 08/20/12 | M. DISTEFANO | Reviewed docket filings (.4) | 0.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   17
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/20/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/20/12 | C. CHILD | Review of procedural and factual background materials in connection with investigation. | 5.60 hrs. |
| 08/20/12 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 08/21/12 | M. S. TOWERS | Review and updated agendas (.3) and master task list (.7) based on input from team leaders; provided requested materials to Examiner (.2); review and update case calendar (.4); provided additional information to new team members (.2); exchange emails with Jr. Secured Noteholder Group and internal team members re: intial meeting (.3); exchange emails with ███████████████ team members re: intial meeting (.3); exchange emails with Debtors re: interim fee application question (.2); exchange emails with Mesirow re: Synthesis preparation (.3). | 2.90 hrs. |
| 08/21/12 | M. DISTEFANO | Reviewed docket filings (.3). | 0.30 hrs. |
| 08/21/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/21/12 | R. J. GAYDA | Email correspondence (.3) and telephone call (.3) with S. Rivera re H. Seife declaration and disclosure of Deutsche Bank representations; research re interpretation of protective order (.8); email correspondence with R. Schwinger re same (.4). | 1.80 hrs. |
| 08/22/12 | M. S. TOWERS | Review and update master task list (.8); arranged meeting with ████ ███████████ (.3); reviewed document review tagging memo (.3); discussions with internal working | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   18
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| | | groups re: Project Bounce documents (1.0); respond to internal inquiries re: new team members and various related matters (.4) | |
| 08/22/12 | M. DISTEFANO | Reviewed docket items (.1); | 0.10 hrs. |
| 08/22/12 | H. LAMB | Review case docket and prepare daily report of new pleadings filed (.4); update case calendar in accordance with same (.4). | 0.80 hrs. |
| 08/23/12 | H. LAMB | Review docket and prepared additional filed RMBS documents for distribution to attorneys (1.3); conference with R.Gayda regarding filing of Supplement to Examiner's Work Plan (.4); prepare and electronically file Supplement to Examiner's Work Plan (.4); service of same (.9); prepare affidavit of service for same (.3). | 3.30 hrs. |
| 08/23/12 | M. S. TOWERS | Attended call with Mesirow, E. Miller and L. Moloney re: Snythesis (1.3); make various calls to arrange meeting with Bondholder group (.5) | 1.80 hrs. |
| 08/23/12 | R. J. GAYDA | Email correspondence with D. LeMay re filing of supplement to work plan (.3); email and conference with H. Lamb re same (.5). | 0.80 hrs. |
| 08/23/12 | E. M. MILLER | Attend phone meeting with Mesirow and M Towers regarding Synthesis and document review (1.1). | 1.10 hrs. |
| 08/23/12 | L. F. MOLONEY | Meeting with Mesirow, M. Towers and E. Miller to review Synthesis in connection with document production (1.2). | 1.20 hrs. |
| 08/23/12 | H. SEIFE | Review of objection to settlement by RMBS Trustees. | 0.70 hrs. |
| 08/24/12 | H. LAMB | Review of court docket (.2); prepare updated report of new pleadings filed (.4); prepare updated case calendar in accordance with same (.3).  Review | 1.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                        August 31, 2012
1177 AVENUE OF THE AMERICAS                             Page   19
NEW YORK, NY 10036


|            |              | docket for responses to RMBS motion (.2) and prepare new filings regarding same for attorney review (.6). |           |
|------------|--------------|---|-----------|
| 08/24/12   | M. S. TOWERS | Review and update master task list (.2); review and updated case calendar (.2) | 0.40 hrs. |
| 08/24/12   | M. DISTEFANO | Reviewed docket filings (.2); reviewed objection and joinder of RMBS Trustees to sale motion (1.4); | 1.60 hrs. |
| 08/25/12   | M. DISTEFANO | Drafted email to team re various docket filings (.4). | 0.40 hrs. |
| 08/27/12   | M. DISTEFANO | Reviewed docket filings and hearing agenda (2.0). | 2.00 hrs. |
| 08/27/12   | M. S. TOWERS | Calls with Ad Hoc RMBS Holder Group to arrange meeting (.5); review and update case calendar (.3); review and update master task list (.6); review and update substantive timeline (.4); respond to team member inquiries re: shared drive issues and various other matters (.6); drafted and revised agenda for professional update meeting (.4); review and update transaction review teams on new Mesirow counterparts (.4); emailed Judge Gonzalez re: proposed asset sale deadlines (.3); discussed updated working group list with Mesirow (.2) | 3.70 hrs. |
| 08/27/12   | S. R. RIVERA | Reviewed RMBS Settlement pleadings and materials (2.1); phone calls and correspondence w/working group re: same (.6). | 2.70 hrs. |
| 08/27/12   | H. SEIFE     | Review of exclusivity motion (.4); review of motion for homeowner committee (.4); review of subservicing stipulation and statements (1.7). | 2.50 hrs. |
| 08/28/12   | H. SEIFE     | Review of Wilmington Trust motion regarding subservicing. | 0.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   20
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/28/12 | S. R. RIVERA | Reviewed objections and responses re: RMBS discovery dispute and scheduling (1.7); correspondence (.1) and phone calls with R.Gayda and J.Moon re same (.3). | 2.10 hrs. |
| 08/28/12 | J. RAMADEI | Review of first day affidavit and case background facts | 3.00 hrs. |
| 08/28/12 | M. S. TOWERS | Exchange emails with Mesirow and internal working group re: Synthesis (.8); review and update case calendar (.3); review and update working group list (.3); respond to internal inquiries re: administrative issues (.8); reviewed pleading for appointment of borrower's committee (.6) | 2.80 hrs. |
| 08/28/12 | H. LAMB | Review of case docket (.2) prepare daily report of new pleadings filed (.3); prepare updated case calendar in accordance with same (.3). | 0.80 hrs. |
| 08/28/12 | M. DISTEFANO | Review docket filings (1.6). | 1.60 hrs. |
| 08/28/12 | R. J. GAYDA | Telephone call with J. Moon re RMBS issues (.2); meet with S. Rivera re same (.2); telephone call with J. Moon and S. Rivera (.3). | 0.70 hrs. |
| 08/28/12 | D. M. LeMAY | Review all latest court filings. | 1.20 hrs. |
| 08/29/12 | M. DISTEFANO | Reviewed docket filings (.2). | 0.20 hrs. |
| 08/29/12 | H. LAMB | Review case docket report (.2); prepare daily report of new pleadings filed (.3); prepare updated case calendar in accordance with same (.4). | 0.90 hrs. |
| 08/29/12 | M. S. TOWERS | Review and update master task list (.4); review and update case calendar (.2); call with ▓▓▓▓▓ ▓▓▓▓ to arrange meeting (.2); respond to internal inquiries re: shared drive issues (.5). | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    21
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/29/12 | A. M. BARTELL | Review background materials in connection with investigation. | 3.00 hrs. |
| 08/30/12 | M. DISTEFANO | Review docket filings (.1). | 0.10 hrs. |
| 08/30/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/30/12 | M. S. TOWERS | Exchange emails with internal working group and Mesirow re: Synthesis (.6); drafted C&P Synthesis team list and assigned designations (.6); drafted and sent email to Examiner re: transaction summaries and interviews (.4); prepare for internal meetings re: interviews, Synthesis training and other issues (.5); review and update shared drive (.4); respond to internal inquiries re: board minutes and other matters (.4); discussed status of board minute review with E. Miller (.4); updated case calendar (.3); drafted agenda for professionals' update meeting (.4) | 4.00 hrs. |
| 08/31/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.20); review and analysis of ███████ ██████ (.40); prepare materials for attorney review (1.20). | 2.20 hrs. |
| 08/31/12 | M. S. TOWERS | Review and update master task list (.4); arranged meetings with parties (.3); review and updated case calendar (.2) | 0.90 hrs. |
| 08/31/12 | M. DISTEFANO | Reviewed docket filings (.2); email to S. Rivera about various projects' status (.2). | 0.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   22
NEW YORK, NY 10036


08/31/12   A. PRICE          Review of background documents in          7.40 hrs.
                             connection with investigation.


                **Total Fees for Professional Services............. $187,831.50**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. CORONIOS | 875.00 | 3.40 | 2975.00 |
| D. M. LeMAY | 925.00 | 11.40 | 10545.00 |
| H. SEIFE | 995.00 | 16.90 | 16815.50 |
| J. F. FINNEGAN | 755.00 | 1.00 | 755.00 |
| N. T. ZINK | 855.00 | 4.00 | 3420.00 |
| R. A. SCHWINGER | 825.00 | 8.00 | 6600.00 |
| W. A. GREASON | 845.00 | 6.40 | 5408.00 |
| M. D. ASHLEY | 695.00 | .90 | 625.50 |
| A. PRICE | 655.00 | 8.50 | 5567.50 |
| C. CHILD | 695.00 | 5.60 | 3892.00 |
| E. M. MILLER | 655.00 | 2.20 | 1441.00 |
| J. M. MIGDAL | 655.00 | 1.20 | 786.00 |
| J. RAMADEI | 655.00 | 3.00 | 1965.00 |
| M. BALDWIN | 795.00 | .50 | 397.50 |
| M. BLACKBURN | 655.00 | 1.30 | 851.50 |
| P. GOODMAN | 695.00 | 1.00 | 695.00 |
| D. BAVA | 295.00 | 71.40 | 21063.00 |
| T. SCOTT | 285.00 | 2.40 | 684.00 |
| A. M. BARTELL | 625.00 | 3.00 | 1875.00 |
| C. L. RIVERA | 665.00 | 1.20 | 798.00 |
| M. B. SZYMANSKI | 655.00 | 1.10 | 720.50 |
| M. S. TOWERS | 595.00 | 76.50 | 45517.50 |
| R. J. GAYDA | 655.00 | 24.50 | 16047.50 |
| S. R. RIVERA | 745.00 | 12.30 | 9163.50 |
| B. DYE | 565.00 | .70 | 395.50 |
| B. SCHUBECK | 220.00 | .80 | 176.00 |
| H. LAMB | 295.00 | 7.50 | 2212.50 |
| I. TUSHE | 180.00 | 1.00 | 180.00 |
| L. F. MOLONEY | 330.00 | 2.50 | 825.00 |
| M. DISTEFANO | 435.00 | 50.10 | 21793.50 |
| M. ROITMAN | 495.00 | 6.30 | 3118.50 |
| Y. KUZNETSOV | 435.00 | 1.20 | 522.00 |
| TOTALS | | 337.80 | 187831.50 |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                  Page    1

                              For Services Through August 31, 2012

Our Matter #21955.003
          RESCAP: REPORT PREPARATION AND RESEARCH

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/16/12 | B. DYE | Call with C. Rivera to discuss legal research needed for report | 0.20 hrs. |
| 07/16/12 | N. T. ZINK | Conference with F. Vazquez re preparation of legal analysis section of examiner report (.4). | 0.40 hrs. |
| 07/16/12 | F. VAZQUEZ | Review Examiner reports filed in other chapter 11 cases (.8); conference with Zink re approach to Examiner's report (.4); draft glossary for examiner report (.9). | 2.10 hrs. |
| 07/19/12 | B. DYE | Preparing ███████ research in connection with report | 1.80 hrs. |
| 07/30/12 | M. RICHMOND | Extensive research for materials on ███████ (RMBS). | 2.00 hrs. |
| 07/30/12 | M. S. TOWERS | Drafted legal analysis section on ███████ | 0.80 hrs. |
| 07/31/12 | M. S. TOWERS | Drafted ███████ (.6); prepared for (.2) and attended working group meeting re: legal analysis (.4); drafted template for legal analysis sections (.5) | 1.70 hrs. |
| 07/31/12 | R. M. KIRBY | Review of ███████ (2.8); Call w/M. Towers re: plan for research (.1). | 2.90 hrs. |
| 07/31/12 | C. L. RIVERA | Prepare for (0.1) and meeting with F. Vazquez, M. Towers and B. Dye re: legal analysis (0.4); ███████ (0.9). | 1.40 hrs. |
| 07/31/12 | F. VAZQUEZ | Attend meeting w/Rivera, Dye and Towers re report and related research (.5). | 0.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    2
NEW YORK, NY 10036

| 07/31/12 | B. SCHUBECK | Research certain transaction documents regarding ███████ | 0.80 hrs. |
| 07/31/12 | B. DYE | Meeting with working group to discuss research in preparation for report. | 0.60 hrs. |
| 08/01/12 | B. SCHUBECK | Research ███████ | 1.30 hrs. |
| 08/01/12 | R. M. KIRBY | Meeting w/M. Ashley re: ███████ | 0.50 hrs. |
| 08/01/12 | F. VAZQUEZ | Research ███████ (1.3); draft section re ███████ (.4). | 1.70 hrs. |
| 08/01/12 | C. L. RIVERA | Legal research re: ███████ | 1.30 hrs. |
| 08/01/12 | N. T. ZINK | Preparation of outline of Examiner's Report (.8). | 0.80 hrs. |
| 08/01/12 | S. R. RIVERA | Reviewed and revised ███████ (1.7); correspondence and phone calls w/working group re: same (.4). | 2.10 hrs. |
| 08/01/12 | M. D. ASHLEY | Meeting with R. Kirby regarding ███████ (.5). | 0.50 hrs. |
| 08/02/12 | N. T. ZINK | Preparation of draft outline of Examiner's Report (.8). | 0.80 hrs. |
| 08/02/12 | B. SCHUBECK | Further research re ███████ | 2.90 hrs. |
| 08/02/12 | F. VAZQUEZ | Conf w/Towers re examiners report (.2); email to/from Rivera re report (.1); review and revise ███████ (.5). | 0.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    3
NEW YORK, NY 10036


| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 08/02/12 | R. M. KIRBY | Legal research concerning ▮▮▮▮▮ | 3.10 hrs. |
| 08/02/12 | C. L. RIVERA | Researching ▮▮▮▮▮ | 2.10 hrs. |
| 08/03/12 | F. VAZQUEZ | Draft section re ▮▮▮ (4.0); review ▮▮▮ (.8); conf w/Zink re report (.3). | 5.10 hrs. |
| 08/03/12 | R. M. KIRBY | Legal research concerning ▮▮▮▮▮ | 6.20 hrs. |
| 08/03/12 | C. L. RIVERA | Legal research re: ▮▮▮ | 2.40 hrs. |
| 08/03/12 | N. T. ZINK | Review ▮▮▮▮▮ (5.4). | 5.40 hrs. |
| 08/03/12 | B. SCHUBECK | Research ▮▮▮ | 0.80 hrs. |
| 08/04/12 | N. T. ZINK | Further preparation of outline of Examiner's Report (1.6). | 1.60 hrs. |
| 08/04/12 | C. L. RIVERA | Legal research re: ▮▮▮ | 1.20 hrs. |
| 08/05/12 | M. S. TOWERS | Researched ▮▮▮ (5.1); drafted ▮▮▮ (4.2) | 9.30 hrs. |
| 08/05/12 | N. T. ZINK | Further preparation of outline of Examiner's Report (1.7). | 1.70 hrs. |
| 08/06/12 | B. SCHUBECK | Research ▮▮▮ | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    4
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/06/12 | R. M. KIRBY | Research ▮▮▮ (1.2); research ▮▮▮ (5.8) | 7.00 hrs. |
| 08/06/12 | M. S. TOWERS | ▮▮▮ | 2.40 hrs. |
| 08/06/12 | C. L. RIVERA | ▮▮▮ | 0.90 hrs. |
| 08/06/12 | F. VAZQUEZ | Conf w/Roitman and Towers re ▮▮▮ (.2); ▮▮▮ (1.1); ▮▮▮ (2.7). | 4.00 hrs. |
| 08/07/12 | F. VAZQUEZ | Conf w/Zink re examiner report outline (.1); ▮▮▮ (.7); email to/from Zink re legal section of report (.1). | 0.90 hrs. |
| 08/07/12 | R. M. KIRBY | Research ▮▮▮ (4.3). | 4.30 hrs. |
| 08/07/12 | C. L. RIVERA | ▮▮▮ (2.3); confer with T. Zink re: status (0.1). | 2.40 hrs. |
| 08/07/12 | N. T. ZINK | ▮▮▮ (3.1). | 3.10 hrs. |
| 08/07/12 | B. SCHUBECK | ▮▮▮ | 3.10 hrs. |
| 08/08/12 | N. T. ZINK | Review and revise outline of Examiner's Report (2.2); review and revise Glossary (1.4); conference with F.Vazquez re: same (.3). | 3.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    5
NEW YORK, NY 10036


08/08/12   R. M. KIRBY        Drafting outline of legal and      5.40 hrs.
                              factual elements █████████

08/08/12   C. L. RIVERA       █████████████████ (2.9); drafting relating   4.80 hrs.
                              analysis (1.9).

08/08/12   F. VAZQUEZ         Conf w/Zink re report (.5); review   2.10 hrs.
                              index (.4); conf w/Towers re
                              status of report and next steps
                              (.3); email to/from Zink re
                              glossary (.1); revise glossary
                              (.8).

08/09/12   F. VAZQUEZ         Research ████████████████   2.80 hrs.
                              ████ (1.8); ██████████
                              ████████ (1.0).

08/09/12   C. L. RIVERA       Legal research re: ████████   4.80 hrs.
                              ██████████ (3.4);
                              drafting related analysis (1.4).

08/09/12   N. T. ZINK         Review and revise outline of    5.10 hrs.
                              Examiner's Report (1.4); review
                              case materials, witness summaries,
                              and presentations
                              ██████████████████
                              ██████████ (3.7).

08/10/12   N. T. ZINK         Review memorandum ████████   1.40 hrs.
                              ██████████████ (.3);
                              further revision to outline of
                              Examiner's Report (1.1).

08/10/12   M. DISTEFANO       Meeting with research team re    1.10 hrs.
                              legal research and drafting of
                              report (1.1).

08/10/12   R. M. KIRBY        Meeting w/T. Zink, M. Towers, and   0.90 hrs.
                              other members of team concerning
                              outline for Examiner's report and
                              research and drafting
                              responsibilities for various
                              sections thereof.

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    6
NEW YORK, NY 10036


08/10/12    M. ROITMAN        Research re: ███████████        1.50 hrs.
                              ██████████████ (1.1);
                              Meet with T. Zink re: same (0.4)

08/10/12    C. L. RIVERA      Legal research re: ████████      6.50 hrs.
                              █████████████ (3.1);
                              meeting with T. Zink re: same
                              (.4); meeting with research teams
                              re: status, issues, arguments
                              (.9); drafting analysis (2.1)

08/10/12    N. T. ZINK        Prepare for meeting with legal   2.10 hrs.
                              analysis team members re
                              preparation of Examiner's Report
                              legal sections (.4); conference
                              with legal analysis team members
                              (1.1); conference with M. Roitman
                              re additional research re
                              █████████████████████████
                              (.3); conference with B. Gayda re
                              ████████████████████
                              (.3).

08/10/12    M. S. TOWERS      Met with legal analysis team re:  1.00 hrs.
                              updated report outline and legal
                              research assignments (1.0).

08/10/12    F. VAZQUEZ        Attend meeting with research team 9.30 hrs.
                              re Examiner report (1.0); conf
                              w/Zink and Gayda re ████████████
                              █████████████ (.3); ███████████
                              ██████████████████████
                              ██████ (4.3);
                              ███████ (3.5); email to/from Zink
                              re glossary (.2).

08/10/12    R. J. GAYDA       Meeting with T. Zink and F.       4.50 hrs.
                              Vazquez re ██████████████████
                              ████████████ (.4);
                              █████████████████ (1.2);
                              preliminary review of case law re
                              same (2.9).

08/10/12    B. DYE            Meeting with research team to     1.10 hrs.
                              discuss status of the report

08/10/12    H. SEIFE          Review of legal memo on █████████ 0.80 hrs.
                              ██████████

RESIDENTIAL CAPITAL LLC, DEBTORS                        August 31, 2012
1177 AVENUE OF THE AMERICAS                             Page      7
NEW YORK, NY 10036


| 08/11/12 | N. T. ZINK | Review pleadings, presentations and other materials in connection with preparation of outline of Examiner's Report (3.8); review and revise outline of Examiner's Report (2.8); research estate issues relating to ██████████ (1.7). | 8.30 hrs. |

| 08/11/12 | M. S. TOWERS | Drafted ██████████ | 3.70 hrs. |

| 08/11/12 | C. L. RIVERA | Legal research re: ████████ | 2.00 hrs. |

| 08/11/12 | M. ROITMAN | Research re: ████████ (4.3); Call with T. Zink re: same (0.3) | 4.60 hrs. |

| 08/11/12 | F. VAZQUEZ | Review and revise examiner report discussion re ████████ (3.4); review glossary (.4); review constructive cases (1.0). | 4.80 hrs. |

| 08/12/12 | N. T. ZINK | Review and revise outline of Examiner's Report (2.2). | 2.20 hrs. |

| 08/12/12 | M. ROITMAN | Research re: ██████████ (5.2); Draft memorandum re: ██████████ (2.9) | 8.10 hrs. |

| 08/12/12 | F. VAZQUEZ | Research ████████ | 1.30 hrs. |

| 08/13/12 | M. ROITMAN | Research re: ████████ (1.4); Meet with T. Zink re: same (0.5) | 1.90 hrs. |

| 08/13/12 | C. L. RIVERA | Legal research re: ████████ (1.2); mtg with M. Roitman re: ████████ (0.1). | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    8
NEW YORK, NY 10036

08/13/12    F. VAZQUEZ          ██████████████████████████    11.20 hrs.
                                (1.3); Review first day pleadings
                                (3.9); Review and revise outline
                                of report, including glossary
                                (5.6); Conference with Zink
                                regarding examiner report (.3);
                                E-mail to and from Roitman and
                                DeStefano regarding
                                ████████████ (.1).

08/13/12    N. T. ZINK          Conference with M. Roitman re     2.40 hrs.
                                ████████████ (.4);
                                further legal research and factual
                                analysis in connection with
                                preparation of outline of
                                Examiner's Report (1.4);
                                conference with H.Seife regarding
                                ████████████ (.6).

08/13/12    H. SEIFE            Conference with T.Zink regarding   0.60 hrs.
                                ████████████

08/13/12    R. J. GAYDA         Research re ██████████████        8.70 hrs.
                                (5.3); research re █████████
                                ████████ (3.2); telephone
                                call with B. Kirby re
                                ████████████ (.2).

08/14/12    N. T. ZINK          Conference with B. Gayda re        3.40 hrs.
                                ████████████████████████ (.5);
                                review and revise Glossary for
                                Examiner's Report (.6); conference
                                with F. Vazquez re Glossary
                                revisions and additions (.2);
                                conference with M. Towers re
                                ████████████████████████
                                (.2); review and revise outline
                                for Examiner's Report (1.9).

08/14/12    F. VAZQUEZ          Review first days regarding key    9.90 hrs.
                                transactions and definitions
                                (1.8); Review and revise glossary
                                and outline (3.7); Review and
                                revise discussion regarding
                                ████████████ (4.2);
                                conference with Zink regarding
                                glossary (.2).

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    9
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/14/12 | C. L. RIVERA | Legal research re: ▮▮▮▮ | 3.60 hrs. |
| 08/14/12 | R. J. GAYDA | Meeting with T. Zink re ▮▮▮ (.6); continued research ▮▮▮ (3.2); research regarding ▮▮▮ (2.7). | 6.50 hrs. |
| 08/15/12 | M. ROITMAN | Meet with T. Zink, R. Gayda re: ▮▮▮ (0.3). | 0.30 hrs. |
| 08/15/12 | R. J. GAYDA | Research regarding ▮▮▮ and ▮▮▮ (5.2); conference with T.Zink regarding same (.3). | 5.50 hrs. |
| 08/15/12 | F. VAZQUEZ | Review and revise glossary (1.2); Conference with Zink regarding outline of report (.3); Review ▮▮▮ (2.2); ▮▮▮ (2.3); Review and revise outline (.8). | 5.80 hrs. |
| 08/15/12 | S. R. RIVERA | ▮▮▮ | 1.20 hrs. |
| 08/15/12 | N. T. ZINK | Review and revise draft outline of Examiner's Report (3.1); conference with M.Roitman and R.Gayda regarding ▮▮▮ (.3). | 3.40 hrs. |
| 08/16/12 | H. SEIFE | Review draft outline of report. | 0.80 hrs. |
| 08/16/12 | C. L. RIVERA | Legal research re: ▮▮▮ | 4.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   10
NEW YORK, NY 10036

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 08/16/12 | F. VAZQUEZ | Conference with DiStefano regarding report (.1); Conference with Voelker regarding ███████ (.2); Research ███████ (3.6); Review and revise ███████ (3.7). | 7.60 hrs. |
| 08/16/12 | R. J. GAYDA | Research re ███████ (4.3). | 4.30 hrs. |
| 08/17/12 | M. S. TOWERS | Researched ███████ (2.8); ███████ (2.3); conference with F.Vazquez re same (.2). | 5.30 hrs. |
| 08/17/12 | S. R. RIVERA | ███████ | 2.10 hrs. |
| 08/17/12 | F. VAZQUEZ | Review ███████ (2.5); ███████ (3.3); Conference with Towers ███████ (.3). | 6.10 hrs. |
| 08/17/12 | R. J. GAYDA | Research regarding ███████ (7.9); conference with H. Seife to discuss same (.3). | 8.20 hrs. |
| 08/18/12 | M. S. TOWERS | Researched section of legal analysis on ███████ (2.4); drafted section of legal analysis on ███████ (2.2) | 4.60 hrs. |
| 08/18/12 | H. SEIFE | Review and revise draft outline of report. | 1.40 hrs. |
| 08/18/12 | F. VAZQUEZ | Review and revise ███████ (1.2); email to Volker re ███████ (.1); email to Zink re ███████ (.1). | 1.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   11
NEW YORK, NY 10036


| 08/19/12 | F. VAZQUEZ | Research ███████████ (1.0); ███████████ (2.6). | 3.60 hrs. |
| 08/20/12 | M. S. TOWERS | Researched law on ███████ (3.8); drafted section of legal analysis on ███████ (3.1) | 6.90 hrs. |
| 08/20/12 | D. M. LeMAY | Review and comment on Glossary and outline. | 2.60 hrs. |
| 08/20/12 | S. R. RIVERA | Reviewed and revised ███████ | 0.80 hrs. |
| 08/20/12 | S. R. RIVERA | Reviewed and revised ███████ | 4.40 hrs. |
| 08/20/12 | H. SEIFE | Review and revise report outline. | 2.20 hrs. |
| 08/20/12 | R. J. GAYDA | Research regarding ███████ (9.4); email correspondence with T. Zink re same (.2); draft summary of same (1.1). | 10.70 hrs. |
| 08/20/12 | F. VAZQUEZ | Research ███████ (1.5); review and revise ███████ (2.7). | 4.20 hrs. |
| 08/21/12 | B. DYE | Legal research discussion with M. Roitman and C. Rivera (.4); researching and drafting memo insert on ███████ (3.9) | 4.30 hrs. |
| 08/21/12 | R. J. GAYDA | Research regarding ███████ (2.6); research ███████ (3.3); research re ███████ (1.8). | 7.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    12
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/21/12 | F. VAZQUEZ | Review and revise ██████████ ██████. (2.3); ████████████ (1.0); E-mail to and from Zink regarding examiner report (.1); Conference with Zink regarding outline (.2). | 3.60 hrs. |
| 08/21/12 | H. SEIFE | Review and revise report outline. | 1.20 hrs. |
| 08/21/12 | N. T. ZINK | Phone conference with S. Rivera re ████████████ (.1); emails with B. Gayda re ██████ ████████ (.2); emails to and from legal research and analysis team re timing and status (.2). | 0.50 hrs. |
| 08/21/12 | D. M. LeMAY | Review report outline and Glossary and comment on same. | 2.80 hrs. |
| 08/21/12 | S. R. RIVERA | Reviewed and revised narrative summaries and transaction charts re: ████████████; | 2.30 hrs. |
| 08/21/12 | M. DISTEFANO | Revised ████████████ (1.4). | 1.40 hrs. |
| 08/21/12 | D. BAVA | Revise summary chart of ████ ████████████ | 1.10 hrs. |
| 08/21/12 | M. ROITMAN | Meet with C. Rivera and B. Dye re: legal research (0.4) | 0.40 hrs. |
| 08/21/12 | M. S. TOWERS | Researched ████████████ (5.2); drafted legal analysis section on ████ (2.1) | 7.30 hrs. |
| 08/21/12 | C. L. RIVERA | Legal research and drafting of analysis on ████████ (6.2); conference with M.Roitman and B.Dye regarding research (.4). | 6.60 hrs. |
| 08/22/12 | R. M. KIRBY | Meeting w/P. Asnani re: ████████████ | 0.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   13
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/22/12 | M. DISTEFANO | Revised narrative summary of ████ ████████ (1.10); | 1.10 hrs. |
| 08/22/12 | M. S. TOWERS | Researched ████████████ (3.3); drafted legal analysis section on ████████████ (2.1) | 5.40 hrs. |
| 08/22/12 | N. T. ZINK | Review draft ████████████ (.3); emails with M. Ashley re preparation of chronology of transactions and events for inclusion in the Examiner's Report (.1); review of ██ (.2). | 0.60 hrs. |
| 08/22/12 | C. L. RIVERA | Legal research re: ████████████ | 2.10 hrs. |
| 08/22/12 | P. ASNANI | Legal research re: ████████████ (.8); conference with R.Kirby re: same (.3). | 1.10 hrs. |
| 08/22/12 | R. J. GAYDA | Research re ████████ (2.1); research re ████████████ (1.7); research re ████ (3.6); draft summary of same (1.7). | 9.10 hrs. |
| 08/22/12 | B. DYE | Researching and drafting memo insert ████████████ | 1.30 hrs. |
| 08/23/12 | B. DYE | Researching and drafting memo insert ████████████. | 5.10 hrs. |
| 08/23/12 | C. L. RIVERA | Legal research re: ████████████. | 5.60 hrs. |
| 08/23/12 | R. J. GAYDA | Research re ████████ (3.3); ████████████ (1.7). | 5.00 hrs. |
| 08/23/12 | M. DISTEFANO | Revised ████████████ (.5). | 0.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   14
NEW YORK, NY 10036


| | | | |
|---|---|---|---|
| 08/23/12 | N. T. ZINK | Prepare for call with the Examiner regarding the draft report outline (.3); phone conference with the Examiner re comments to report outline (.2); review MFC comments to outline of Examiner's Report (.3). | 0.80 hrs. |
| 08/23/12 | H. SEIFE | Review of Mesirow comments to report outline. | 0.80 hrs. |
| 08/23/12 | S. R. RIVERA | Reviewed and revised ▮▮▮▮ ▮▮▮▮ (.8), ▮▮▮▮ (1.1) and written narratives (1.2). | 3.10 hrs. |
| 08/24/12 | C. L. RIVERA | Drafting/revising ▮▮▮▮ (6.2); correspondence to T. Zink re: same (0.2). | 6.40 hrs. |
| 08/24/12 | R. M. KIRBY | Meeting w/M. Ashley and P. Asnani re: ▮▮▮▮ | 1.40 hrs. |
| 08/24/12 | P. ASNANI | Researched ▮▮▮▮ (2.7); meeting with M Ashley and Bob Kirby re: same (1.3). | 4.00 hrs. |
| 08/24/12 | B. DYE | Researching and drafting memo insert ▮▮▮▮ | 4.30 hrs. |
| 08/24/12 | R. J. GAYDA | Research ▮▮▮▮ (5.3). | 5.30 hrs. |
| 08/24/12 | M. D. ASHLEY | Meeting with R. Kirby, P. Asnani regarding ▮▮▮▮ (1.3); reviewed materials regarding investigation planning ▮▮▮▮ (2.2); emails with team regarding same (.7). | 4.20 hrs. |
| 08/25/12 | R. J. GAYDA | Review materials re ▮▮▮▮ (2.3); review materials (.5). | 2.80 hrs. |
| 08/26/12 | R. J. GAYDA | Review ▮▮▮▮ (2.0). | 2.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   15
NEW YORK, NY 10036


| 08/26/12 | R. M. KIRBY | Drafting sections of Examiner's Report setting forth applicable law concerning ▓▓▓ | 7.60 hrs. |

| 08/27/12 | P. ASNANI | Research regarding ▓▓▓. | 1.60 hrs. |

| 08/27/12 | N. T. ZINK | Review and revision of ▓▓▓ (1.6); review of case pleadings and related documents in connection with preparation of Examiner's report (1.2); conference with F.Vazquez regarding outline of Examiner's report (.3). | 3.10 hrs. |

| 08/27/12 | R. M. KIRBY | Drafting sections of Examiner's Report setting forth applicable law concerning ▓▓▓ | 8.20 hrs. |

| 08/27/12 | R. J. GAYDA | Research re ▓▓▓ (4.1); research re ▓▓▓ (2.1). | 6.20 hrs. |

| 08/27/12 | C. L. RIVERA | Research/drafting analysis on ▓▓▓. | 2.60 hrs. |

| 08/27/12 | F. VAZQUEZ | Conf w/Rivera re report (.3); review and revise glossary (2.3); conf w/Zink re glossary and outline (.4)  review and revise outline (1.8); conf w/Towers re: ▓▓▓ (.2). | 5.00 hrs. |

| 08/28/12 | F. VAZQUEZ | Conf w/Zink re ▓▓▓ (.3); ▓▓▓ (.8); ▓▓▓ (1.2); conf w/Towers re ▓▓▓ (.3); email to and from Voelker re: ▓▓▓ (.1); review master task list (.1); review and revise transaction review template (.5); email to and from Zink re: ▓▓▓ (.1). | 3.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   16
NEW YORK, NY 10036


08/28/12   T. DANIELSON      Research case dockets for          2.10 hrs.
                             ██████████████████████████

08/28/12   H. SEIFE          Review of revised report outline.  1.40 hrs.

08/28/12   B. DYE            Researching caselaw on ████         5.40 hrs.
                             ██████████████████

08/28/12   R. J. GAYDA       Research re ████████████ (2.2);     5.00 hrs.
                             draft outline of section regarding
                             same (2.8).

08/28/12   R. M. KIRBY       Drafting sections of Examiner's     11.30 hrs.
                             Report setting forth applicable
                             law concerning ████████████
                             ██████████████████████████

08/28/12   C. L. RIVERA      Researching and drafting analysis   3.40 hrs.
                             on ████████████████████

08/28/12   M. S. TOWERS      Researched ████████████             1.50 hrs.
                             ████████████████████

08/28/12   N. T. ZINK        Review and revise legal analysis    4.50 hrs.
                             re ██████████████████████
                             (1.0); review and revise legal
                             analysis re ████████████
                             (.6); conference with F.Vazquez
                             regarding same (.3); review and
                             revise legal analysis re
                             ██████████████████████████
                             ██████████████ (1.4);
                             ████████████████ (1.2).

08/29/12   N. T. ZINK        Review and revise legal analysis    5.30 hrs.
                             re ██████████████████████
                             (1.6); phone conference with C.
                             Rivera re legal analysis re
                             ██████████████████████
                             (.5); review and revise legal
                             analysis re ████████████
                             (.7); conference with F. Vazquez
                             re ████████████ (.4); review and revise
                             legal analysis re ████████████
                             ██████████████ (1.8); phone
                             conference with C. Rivera and B.

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    17
NEW YORK, NY 10036


                          Dye re legal research issues (.3).

08/29/12   M. DISTEFANO   Researched ██████████████████        0.80 hrs.
                          ████████████████████ (.8).

08/29/12   B. DYE         Researching caselaw regarding        1.10 hrs.
                          ██████████████████████████

08/29/12   F. VAZQUEZ     Conference with Zink re ████████     4.90 hrs.
                          ████████████ (.5); conference with
                          DiStefano re ███████████████████
                          █████████ (.1) review
                          ███████████████████ (1.3);
                          conference with Zink re █████████
                          ████████████ (.2); research
                          ████████ (2.2); email to and from Zink re:
                          glossary (.1); review email re:
                          ████████████████ (.1);
                          draft task chart (.4).

08/29/12   C. L. RIVERA   Call with T. Zink re: comments to    2.50 hrs.
                          ████████████████████ (0.4);
                          ███████████████████████████
                          ████████ (2.1).

08/29/12   M. S. TOWERS   Researched ███████████████████       9.70 hrs.
                          ████ (4.1);
                          ████████████████ (5.6)

08/29/12   H. SEIFE       Review of revised report outline     1.20 hrs.
                          and comments.

08/29/12   R. J. GAYDA    Research and review materials re     6.20 hrs.
                          ████████████ (5.9); email correspondence
                          with R. Schwinger re same (.3).

08/30/12   R. J. GAYDA    Research and review case law re      9.80 hrs.
                          ████████████████ (4.6); draft
                          report section re ████████████████
                          ████████████ (5.2).

08/30/12   F. VAZQUEZ     Insert discussion re █████████       7.20 hrs.
                          ███████████████████ (.5);
                          review ████████████████████
                          ████████ (2.1);

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   18
NEW YORK, NY 10036


                                    (4.6).

08/30/12    S. R. RIVERA       Reviewed ███████████████            1.30 hrs.
                               ██████████████████████

08/30/12    F. VAZQUEZ        Review and revise matrix re causes   0.80 hrs.
                              of action.

08/30/12    N. T. ZINK        Review and revise various legal      6.40 hrs.
                              sections of report (6.2); phone
                              conference with J. Atkinson re
                              report preparation (.2).

08/30/12    M. S. TOWERS      Revised ████████████████             1.30 hrs.
                              █████████████████

08/30/12    C. L. RIVERA      Reviewing ███████████████            3.20 hrs.
                              █████████████████████████
                              █████████████████████████

08/30/12    A. VOELKER        Conducted research on ██████         8.10 hrs.
                              █████████████████████████
                              █████████████████████████
                              █████████████████████████

08/30/12    T. J. MCCORMACK   Analyze/review all summaries of      3.60 hrs.
                              transactions prepared by C&P,
                              revised report draft and related
                              legal sections (3.6).

08/30/12    B. DYE            Researching and drafting summary     4.10 hrs.
                              of ████████████████████████
                              ████████████████████████

08/31/12    B. DYE            Meeting with T. Zink to discuss      5.70 hrs.
                              researching ███████████████
                              ████████████████████ of
                              █████████████████ (.3); researching
                              and drafting summary of ██████████
                              ██████████████ (5.4).

08/31/12    C. L. RIVERA      Email with T. Zink re: █████████     0.70 hrs.
                              █████████████ (0.2); call with B. Dye
                              re: █████████████
                              █████████████ (0.2); review article
                              ██████████████████ (0.3).

RESIDENTIAL CAPITAL LLC, DEBTORS            August 31, 2012
1177 AVENUE OF THE AMERICAS                 Page   19
NEW YORK, NY 10036


08/31/12   F. VAZQUEZ        Conf. w/Zink re:                        2.70 hrs.
                                            (.1); conf.
                            w/Gayda re:            (.1);
                            review
                            (1.7);
                                    (.8).

08/31/12   A. VOELKER        Conducted research on                  7.90 hrs.

                                            (7.9).

08/31/12   N. T. ZINK        Review and revise legal analysis       1.70 hrs.
                            section on
                                      (1.3); email to C.
                            Rivera re same (.1); conference
                            with B. Dye re
                            (.3).

08/31/12   R. J. GAYDA       Research re        (2.3);             10.50 hrs.
                            research re
                                      (3.5); draft report
                            section re
                                      (4.7).

08/31/12   M. D. ASHLEY      Call with M. Distefano regarding       0.30 hrs.
                                            (.1);
                            call with P. Asnani regarding
                                            (.2).


            Total Fees for Professional Services............  $410,205.50



                        TIMEKEEPER SUMMARY

    Timekeeper's Name          Rate    Hours        Amount

    D. M. LeMAY               925.00    5.40         4995.00
    H. SEIFE                  995.00   10.40        10348.00
    N. T. ZINK                855.00   68.90        58909.50
    T. J. MCCORMACK           875.00    3.60         3150.00
    M. D. ASHLEY              695.00    5.00         3475.00

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    20
NEW YORK, NY 10036

| | | | |
|---|---:|---:|---:|
| F. VAZQUEZ | 665.00 | 112.80 | 75012.00 |
| D. BAVA | 295.00 | 1.10 | 324.50 |
| A. VOELKER | 495.00 | 16.00 | 7920.00 |
| C. L. RIVERA | 665.00 | 72.00 | 47880.00 |
| M. S. TOWERS | 595.00 | 60.90 | 36235.50 |
| R. J. GAYDA | 655.00 | 118.00 | 77290.00 |
| R. M. KIRBY | 595.00 | 59.10 | 35164.50 |
| S. R. RIVERA | 745.00 | 17.30 | 12888.50 |
| B. DYE | 565.00 | 35.00 | 19775.00 |
| B. SCHUBECK | 220.00 | 11.70 | 2574.00 |
| M. DISTEFANO | 435.00 | 4.90 | 2131.50 |
| M. ROITMAN | 495.00 | 16.80 | 8316.00 |
| M. RICHMOND | 220.00 | 2.00 | 440.00 |
| P. ASNANI | 435.00 | 6.70 | 2914.50 |
| T. DANIELSON | 220.00 | 2.10 | 462.00 |
| TOTALS | | 629.70 | 410205.50 |