RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                  Page    1

                                    For Services Through August 31, 2012

Our Matter #21955.005
              DOCUMENT REVIEW AND ANALYSIS


| Date | Name | Description | Hours |
|---|---|---|---|
| 07/13/12 | M. ROITMAN | Review SEC filings in connection with review of prepetition transactions (1.6); Confer/correspond with T. Scott re: same (0.5). | 2.10 hrs. |
| 07/16/12 | M. ROITMAN | Review of SEC filings re: significant prepetition transactions (3.4); Confer/correspond with D. LeMay and C. Rivera re: significant prepetition transactions (0.7). | 4.10 hrs. |
| 07/19/12 | M. DISTEFANO | Reviewed ███████████ ██████████████ (2.6); drafted confidentiality and protective order (1.3); | 3.90 hrs. |
| 07/20/12 | M. DISTEFANO | Reviewed filings re ███ █████ (.8). | 0.80 hrs. |
| 07/23/12 | R. J. GAYDA | Review ████████ (3.1); ████████████ (2.8). | 5.90 hrs. |
| 07/23/12 | R. A. SCHWINGER | Further review of "first day" affidavit, Examiner order, proposed scope of investigation. | 2.30 hrs. |
| 07/24/12 | R. A. SCHWINGER | E-mails with team re call with ████████ (0.5); Review scope of Examiner investigation documents (0.9). | 1.40 hrs. |
| 07/25/12 | R. A. SCHWINGER | Conference call with ████████ ██████████████ (with M. Ashley, R. Gayda) (1.3). | 1.30 hrs. |
| 07/25/12 | R. A. SCHWINGER | Further review of ████████ of ████ (0.8); Meeting with L. Moloney re planning for management of documents to be received as | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page      2
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | part of Examiner investigation (0.5). |  |
| 07/25/12 | M. DISTEFANO | Began review of schedules and statements of financial affairs (.7); | 0.70 hrs. |
| 07/25/12 | R. J. GAYDA | Call with ███████ ████████████████ document production isssues and confidentiality protocol (1.3). | 1.30 hrs. |
| 07/25/12 | Y. KUZNETSOV | Conference with Andrew Coronios regarding investigation and new assignment (0.2); review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (5.2). | 5.40 hrs. |
| 07/25/12 | L. F. MOLONEY | Review and update user groups for the ResCap document review team (.4) and provided instruction to team members for accessing shared data drive. (.6) | 1.00 hrs. |
| 07/25/12 | M. D. ASHLEY | Conference call with ██████████ (Committee counsel), R.Schwinger and R.Gayda regarding document production/ discovery issues (1.3). | 1.30 hrs. |
| 07/26/12 | M. D. ASHLEY | Calls with P. Asnani regarding document review issues (.5); conference with L.Moloney re: document database issues (.2). | 0.70 hrs. |
| 07/26/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.3); preparation of binders of key documents for initial distribution to team (1.4); conferences with M.Ashley re: same (.4). | 6.10 hrs. |
| 07/26/12 | L. F. MOLONEY | Confer with M. Ashley re. documents to be loaded onto Relativity database (.3); Correspondence with CDS re. loading debtors documents and | 4.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page     3
NEW YORK, NY 10036

creating additional user access
(.6); Confer with R. Schwinger re.
case management issues (.3);
follow-up T/C with Mesirow
Financial and R. Schwinger re.
document database issues (.7);
Reviewed DVD from MoFo and located
presentation documents and
interview notes as per M. Ashley's
request (2.1).

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/26/12 | M. ROITMAN | Review █████████ (1.3); Update shared drive with ████████ (0.3) | 1.60 hrs. |
| 07/26/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (5.7). | 5.70 hrs. |
| 07/26/12 | L. MENDOZA | Review of ████████ for ████████ (1.4); prepare ████████ (1.0); and prepare related index of ████████ (1.1) | 3.50 hrs. |
| 07/26/12 | R. A. SCHWINGER | Review ████████ (1.7); Review lengthy e-mail and attachments from ████████ re ████████ on ████████ (1.2); Conference call with Mesirow Financial (Melissa Kroll, Liam Ferguson) and L. Moloney re plans for document depository and for Relativity database to be used by C&P and Mesirow (0.6). | 3.50 hrs. |
| 07/26/12 | M. BALDWIN | Review background materials in connection with investigation. | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    4
NEW YORK, NY 10036

| 07/26/12 | S. R. RIVERA | Reviewed ███████████████ ████████████ (3.6); reviewed debtor presentation materials and first batch of related documents produced (1.7); | 5.30 hrs. |
|---|---|---|---|
| 07/27/12 | W. A. GREASON | Worked on review of background materials (1.6). | 1.60 hrs. |
| 07/27/12 | R. A. SCHWINGER | E-mails with L. Moloney, M. Baldwin re Relativity database issues (0.8); E-mail from Mesirow, and to L. Moloney, re potential platforms to use for Document Depository (0.5). | 1.30 hrs. |
| 07/27/12 | N. T. ZINK | Review Debtor document production received to date (1.2). | 1.20 hrs. |
| 07/27/12 | R. A. SCHWINGER | Review document review and document depository issues. | 0.60 hrs. |
| 07/27/12 | R. A. SCHWINGER | Review binders circulated of key documents from Debtors initial production (1.7); email Jennifer Rochon re production of Committee documents (0.5). | 2.20 hrs. |
| 07/27/12 | E. M. MILLER | Emails with L.Moloney and vendor regarding shared drive and data room access issues. | 0.30 hrs. |
| 07/27/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (7.9). | 7.90 hrs. |
| 07/27/12 | L. MENDOZA | Review of produced ████████████ (.9) and preparation of binders of key documents for distribution to team (.8). | 1.70 hrs. |
| 07/27/12 | M. ROITMAN | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page    5
NEW YORK, NY 10036


| Date | Name | Description | Hours |
|---|---|---|---|
| 07/27/12 | L. F. MOLONEY | E-mail correspondence (.5) and T/C (.7) with CDS Legal re. set-up of Relativity database and user access for team members at Chadbourne as well as Mesirow Financial; Review of database and functionality prior to launch of document review (.6); emails with R.Schwinger re Relativity issues (.5); review and update user groups for network share access as per M. Ashley's requests (.5). | 2.80 hrs. |
| 07/27/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 3.60 hrs. |
| 07/27/12 | M. D. ASHLEY | Call with P. Asnani regarding document review issues (.3). | 0.30 hrs. |
| 07/28/12 | M. ROITMAN | Review documents in connection with review of prepetition transactions (4.7); confer/correspond with H. Seife and D. LeMay re: same (0.5) | 5.20 hrs. |
| 07/28/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.4). | 3.40 hrs. |
| 07/28/12 | W. A. GREASON | Worked on review of Rescap background materials (.8). | 0.80 hrs. |
| 07/29/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.2). | 4.20 hrs. |
| 07/30/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (5.6). | 5.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    6
NEW YORK, NY 10036


| 07/30/12 | E. M. MILLER | Review document review template (0.2) and transactional document index (0.2) in connection with document review. | 0.40 hrs. |
|---|---|---|---|
| 07/30/12 | A. CORONIOS | Review ██████████████ ████████████. | 0.40 hrs. |
| 07/30/12 | L. MENDOZA | Review of ████████████ (1.6) and prepare binders of same for initial distribution to team (.8). | 2.40 hrs. |
| 07/30/12 | T. J. MCCORMACK | Follow-up emails with team on document production and related tasks (0.8); review and organize document review teams (0.7). | 1.50 hrs. |
| 07/30/12 | S. R. RIVERA | Reviewed background materials and presentations prepared by Committee and Debtors; | 1.70 hrs. |
| 07/30/12 | S. R. RIVERA | Reviewed pleadings and materials re: ████████████; | 1.20 hrs. |
| 07/30/12 | R. A. SCHWINGER | Meeting with K. Zafran re consulting on supervision of document review (0.3); review additional staffing issues for document review (0.2). | 0.50 hrs. |
| 07/30/12 | M. BALDWIN | Review ██████████████████. | 1.00 hrs. |
| 07/30/12 | N. T. ZINK | Review materials provided by counsel for Debtors re transaction review and investigation (4.3). | 4.30 hrs. |
| 07/30/12 | L. F. MOLONEY | Working with debtors new document productions including downloading and accessing zip files and coordination of uploading to Relativity database (3.2); review and update user groups and permissions for case team members as per M. Towers (.6); | 3.80 hrs. |
| 07/30/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.2); prepare index of transactional documents (1.7); | 9.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page    7

|  |  | preparation of key documents for meeting with team (1.2). |  |
| --- | --- | --- | --- |
| 07/31/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.1); prepared and circulated relevant documents to various team attorneys (.9); phone calls with Marc Roitman (.3) and Marc Ashely (.3) re same. | 4.60 hrs. |
| 07/31/12 | M. D. ASHLEY | Meeting with T. McCormack, R. Schwinger regarding investigation document review and litigation planning (.6); conference with E.Miller re: document review planning (.3). | 0.90 hrs. |
| 07/31/12 | M. D. ASHLEY | Call with P. Asnani regarding investigation document review issues (.4). | 0.40 hrs. |
| 07/31/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.9). | 6.90 hrs. |
| 07/31/12 | L. F. MOLONEY | Correspondence (.5) and T/C (.4) with CDS re. instructions for loading of additional Debtors documents in Relativity database and foldering (.9); Emails with M. Ashley re. summary of documents and data loaded into Relativity (.4); Review of Relativity database and associated load files to ascertain what metadata has been provided with debtors' documents (1.1); Call with L. Ferguson from Mesirow re. document depository issues (.5). | 3.40 hrs. |
| 07/31/12 | M. ROITMAN | Confer/correspond with P. Asnani re: document productions ▮▮▮▮ (0.3). | 0.30 hrs. |
| 07/31/12 | N. T. ZINK | Review materials produced by ▮▮▮▮ (2.8). | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    8
NEW YORK, NY 10036

| 07/31/12 | R. A. SCHWINGER | Meeting with ███████ ██████████████████████ ████████████ (with M. Ashley, D. LeMay, H. Seife) (0.5); E-mails with L. Moloney re status of document depository (0.4). | 0.90 hrs. |
|---|---|---|---|
| 07/31/12 | R. A. SCHWINGER | Meeting with T. McCormack, M. Ashley re preparation and staffing for litigation team projects in case plan (0.6). | 0.60 hrs. |
| 07/31/12 | S. R. RIVERA | Reviewed complaints, pleadings and related materials re: 3rd Party Claims (2.9); correspondence and phone calls w/working group re: same (.6). | 3.50 hrs. |
| 07/31/12 | T. J. MCCORMACK | Meeting with litigation team on document review issues, stipulation and 2004 motion (0.6) | 0.60 hrs. |
| 07/31/12 | W. A. GREASON | Worked on ████████ ████████████ (1.6) ████████ (1.8) . | 3.40 hrs. |
| 07/31/12 | A. CORONIOS | Review of documents produced in connection with ████████████ | 1.30 hrs. |
| 07/31/12 | E. M. MILLER | Phone call with M Ashley regarding document management and review (0.4) | 0.40 hrs. |
| 07/31/12 | R. J. GAYDA | Review documents related to ████████████ (2.2); telephone call with M. Blackburn re ████████████████ (.2) . | 2.40 hrs. |
| 08/01/12 | M. DISTEFANO | Review of existing ███████████ ██████████ (3.6) . | 3.60 hrs. |
| 08/01/12 | E. M. MILLER | Review ████████████████████ ████████████ (1.4) Review documents in Relativity (0.5) Attend meeting with transactional team leaders and D LeMay and M Towers, in connection with | 4.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    9
NEW YORK, NY 10036


|            |                  | document management (1.1)  Attend meeting with L Moloney and CDS (vendor) regarding Relativity (1.1) Review and exchange emails with L Moloney and M Ashley regarding tagging documents in Relativity (0.4). |             |
|------------|------------------|---|---|
| 08/01/12   | L. MENDOZA       | Review and Update agreements from document production on shared drive database (2.2); prepare additional binders materials of witness interviews (2.7). | 4.90 hrs. |
| 08/01/12   | C. L. RIVERA     | Reviewing ██████████ (1.2); reviewing related documents (0.5). | 1.70 hrs. |
| 08/01/12   | W. A. GREASON    | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (2.4). | 2.40 hrs. |
| 08/01/12   | T. J. MCCORMACK  | Review protocols for document productions, means to process and staffing issues (0.8); review Relativity options (0.8). | 1.60 hrs. |
| 08/01/12   | S. BERSON        | Review of documents produced in connection with ██████████ (1.8). | 1.80 hrs. |
| 08/01/12   | S. R. RIVERA     | Reviewed presentations, materials and transaction documents re: ██████ (3.2); ██████ (.3) ██████ (.3) w/working group and transaction team re: same. | 3.80 hrs. |
| 08/01/12   | M. BALDWIN       | Review of background documents in connection with investigation. | 1.40 hrs. |
| 08/01/12   | M. ROITMAN       | Review of ██████████ (4.2); confer/correspond with D. LeMay re: same (0.3) | 4.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   10
NEW YORK, NY 10036

| 08/01/12 | L. F. MOLONEY | Confer with CDS re coordination of training session (.2); Meeting with case team and CDS re Relativity database and review protocols (1.2); Correspondence with E. Miller and M. Ashley re. tagging panel layout and provided sample templates for comparison (.6); review and resolve user access issues to network shared folder and updated user groups as per M. Towers' request (.8) | 2.80 hrs. |
| 08/01/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.8). | 4.80 hrs. |
| 08/01/12 | Y. KUZNETSOV | Attend meeting with review team re:document review in Relativity (1.0); review of materials in advance of the meeting (0.4). | 1.40 hrs. |
| 08/01/12 | M. D. ASHLEY | Call with P. Asnani regarding document review issues (.2); call with ███████████████ (.1). | 0.30 hrs. |
| 08/01/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.10 hrs. |
| 08/01/12 | M. D. ASHLEY | Attended team meeting re Relativity and document review (1.0); reviewed materials relating to investigation document review (.4); emails with L.Moloney re document review issues (.4). | 1.80 hrs. |
| 08/01/12 | S. BLOOMFIELD | Review and revise summary chart of ████████████ (1.1); conference with M.Distefano re same (.1). | 1.20 hrs. |
| 08/01/12 | J. M. MIGDAL | Meeting with review team regarding document review and Relativity usage (1.2). | 1.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    11
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/01/12 | J. LOPEZ | Reviw and identify certain documents from list provided by P.Asnani and prepare PDFs of documents (1.1). | 1.10 hrs. |
| 08/02/12 | A. PRICE | C&P team meeting with W. Greason to discuss document review assignment. | 0.70 hrs. |
| 08/02/12 | A. PRICE | Review documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.20 hrs. |
| 08/02/12 | M. BLACKBURN | Review bankruptcy filings (1.5); call with M. Roitman re: transaction summaries (.3) | 1.80 hrs. |
| 08/02/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.1); spoke to counsel from MoFo regarding questions connection with production (.4); emails wth E.Miller re document review (.5). | 4.00 hrs. |
| 08/02/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (7.6). | 7.60 hrs. |
| 08/02/12 | M. ROITMAN | Review ███████ ██████ (0.7); correspond with C. Rivera and M. Baldwin Fuerst re: same (0.3). | 1.00 hrs. |
| 08/02/12 | J. F. FINNEGAN | Review of documents produced in connection with investigation of related party transactions, ██████ ████████████████ (3.4); conference with W.Greason re same (.5). | 3.90 hrs. |
| 08/02/12 | J. P. NARVAEZ | Meeting with W. Greason to discuss background of investigation and required analysis. | 0.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    12
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/02/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (3.2). | 3.20 hrs. |
| 08/02/12 | W. A. GREASON | Call with C. Miller re: work on document review (.2); conference with A. Price re: details of project (.7); conference with R. Gayda and J. Finnegan to review team assignments (.6); office conference with P. Narvaez re: document review (.5); review organizational issues in connection with review (.3). | 2.30 hrs. |
| 08/02/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.6). | 3.60 hrs. |
| 08/02/12 | E. M. MILLER | Review and exchange emails with M Towers and M Ashley regarding sharing documents with Mesirow (0.3)  Phone call with P Asnani regarding same (0.2)  Review and exchange emails with P Asnani regarding same (0.6) Review and revise letter regarding same (0.2)  Phone call with Mesirow regarding sharing documents (0.3)  Review and exchange emails with Mesirow regarding same (0.2)  Review and exchange emails with M Ashley regarding document productions (0.2)  Review document productions (0.3)  Draft and send email to transactional team leaders regarding missing documents (0.2) Phone call with L Moloney regarding Relativity issues (0.4) Review documents in Relativity (0.8)  Review emails regarding missing documents from productions (0.6) Draft list regarding same (0.2)  Draft and send email to M Ashley regarding missing documents (0.2). | 4.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   13
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/02/12 | A. CORONIOS | Review timeline for initial transaction review and related preparation of transaction summaries (0.5); review and coordination of relevant document distribution and additional back up and presentations from K&E (0.3). | 0.80 hrs. |
| 08/02/12 | M. DISTEFANO | Review of ███████████ ████████████ (2.3). | 2.30 hrs. |
| 08/02/12 | R. J. GAYDA | Review of documents produced in connection with investigation of related party transactions (2.6); conference with W.Greason re document review (.5). | 3.10 hrs. |
| 08/03/12 | R. J. GAYDA | Meeting with ██████ ████████ (.5); review of documents produced in connection with investigation of related party transactions (3.7). | 4.20 hrs. |
| 08/03/12 | M. DISTEFANO | Reviewed pre-existing summaries of █████████ (.6); analysis of ██████ (2.6); meeting with S. Rivera re same (.2); reviewed ████████████████████ (.4); | 3.80 hrs. |
| 08/03/12 | A. CORONIOS | Office conference with Y Kuznetsov re documentation (0.3). Review ███████████████ ██████████████ (0.6). | 0.90 hrs. |
| 08/03/12 | W. A. GREASON | Conference with J. Finnegan and R. Gayda to allocate documents review (.6). | 0.60 hrs. |
| 08/03/12 | E. M. MILLER | Call with M Ashley regarding document production and shared drive (0.7)  Review and exchange emails with transactional team leaders regarding missing documents (0.8)  Meeting with M.Ashley re document review protocols (0.6) Draft missing document list (0.9)  Phone call with L.Moloney re  document | 5.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   14
NEW YORK, NY 10036

|            |                |                                                                                                                                          |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | productions (0.3) Review Kramer ▮▮▮▮▮▮ (1.4)  Phone call with M Ashley regarding same (0.3)                                                |           |
| 08/03/12   | C. L. RIVERA   | Confer with M. Roitman re: ▮▮▮▮ (0.3); ▮▮▮▮ (0.6).                                                                                        | 0.90 hrs. |
| 08/03/12   | D. M. LeMAY    | Review and coordination of Review Team deadlines (.6).                                                                                    | 0.60 hrs. |
| 08/03/12   | T. J. MCCORMACK| Review status of document review/protocols, logistics (1.6).                                                                              | 1.60 hrs. |
| 08/03/12   | S. BERSON      | Review and preparation of materials relating to Financing Documents (1.2) and preparation of document request list (1.0); review of documents produced in connection with ▮▮▮▮ (2.6); preparation of transaction summaries (1.3). | 6.10 hrs. |
| 08/03/12   | S. R. RIVERA   | Reviewed and analyzed complaints regarding third-party claims (1.2); conference with M.Distefano re research on same (.2).                | 1.40 hrs. |
| 08/03/12   | M. BALDWIN     | Review of background materials in connection with investigation.                                                                         | 2.50 hrs. |
| 08/03/12   | J. F. FINNEGAN | Completed review of selected pleadings and orders (2.6); conference with W.Greason re: same (0.5); reviewed ▮▮▮▮ (0.7).                    | 3.80 hrs. |
| 08/03/12   | M. ROITMAN     | Review ▮▮▮▮ (0.6); confer/correspond with C. Rivera and M. Baldwin Fuerst re: same (0.4)                                                  | 1.00 hrs. |
| 08/03/12   | M. ROITMAN     | Review transactional documents on shared folder (1.5) and correspond with ResCap team re: same (.3)                                       | 1.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   15
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/03/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (5.6); conference with A.Coronios re █████ ██████ (.3). | 5.90 hrs. |
| 08/03/12 | M. D. ASHLEY | Call with E. Miller regarding document review coordination issues (.8); meeting with E. Miller regarding document review protocol (.5). | 1.30 hrs. |
| 08/03/12 | M. BLACKBURN | Call with T. McCormack re: █████ ██████████ (.2); email with S. Rivera and A. Coronios re: transaction summaries (.2); review related documents (.5). | 0.90 hrs. |
| 08/03/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 9.10 hrs. |
| 08/03/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 2.40 hrs. |
| 08/04/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 5.70 hrs. |
| 08/04/12 | M. DISTEFANO | Review of █████████████ (1.5); ████████████ (.8) | 2.30 hrs. |
| 08/05/12 | R. J. GAYDA | Review of documents produced in connection with investigation of related party transactions (3.7). | 3.70 hrs. |
| 08/05/12 | E. M. MILLER | Draft Relativity tags for document management and review. | 0.90 hrs. |
| 08/05/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 7.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   16
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/05/12 | M. D. ASHLEY | Reviewed background materials relating to investigation issues (.8). | 0.80 hrs. |
| 08/06/12 | M. D. ASHLEY | Call with R. Schwinger, E. Miller, Mesirow team regarding discovery coordination issues (.9); follow-up meeting with R.Schwinger and E.Miller regarding issued raised at call (.4). | 1.30 hrs. |
| 08/06/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.2). | 4.20 hrs. |
| 08/06/12 | M. BLACKBURN | Emails with C. Rivera and team re: ███████████████████. | 0.20 hrs. |
| 08/06/12 | P. ASNANI | Phone call with Aaron Klein from MoFo re: documents sent to us | 0.50 hrs. |
| 08/06/12 | J. M. MIGDAL | Review and analysis of ███████████████████████████. | 7.50 hrs. |
| 08/06/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 10.20 hrs. |
| 08/06/12 | J. F. FINNEGAN | Review of documents produced in connection with investigation of ████████████████ | 4.80 hrs. |
| 08/06/12 | L. F. MOLONEY | Confer with E. Miller re. adding additional documents to Relativity database (.5); Discussion with E. Miller re. database preparation and organization and working with Mesirow (.9); Review and prepared copy of production disc from Kramer Levin (.5) and corresponded with CDS re. adding additional documents to database and preparing hard-copy set of selected materials for attorney review (.6). | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   17
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/06/12 | E. M. MILLER | Review disk with document production received from committee (0.8)  Draft index regarding same (0.5) Draft and send email to M Ashley regarding same (0.1)  Meeting with L Moloney regarding documents received from Committee (0.3)  Phone calls with Mesirow regarding document production (0.3) Review and search documents in Relativity, in preparation for call with Mesirow regarding same (0.7)  Review and exchange emails with M Towers regarding document request (0.1) Review Relativity regarding same (0.4) Attend conference call with R Schwinger, M Ashley and Mesirow regarding Relativity and document production (1.1); follow up meeting with R.Schwinger and M.Ashley re issues raised at call (.4); Review and exchange emails with P Asnani regarding review of board materials (0.2) Review and exchange emails with M Towers regarding transactional review (0.2)  Meeting with L Moloney regarding document database issues (0.8) Review emails from transactional team members regarding missing documents (0.5) Review Relativity regarding same (0.4)  Draft missing document list (0.3)  Review and exchange emails with M Ashley regarding document indices (0.3)  Draft and send email to Mesirow regarding same (0.2) Draft outline for tagging documents in Relativity (0.6) Draft and send email to M Ashley regarding same (0.1). | 8.30 hrs. |
| 08/06/12 | R. J. GAYDA | Review of documents produced in connection with investigation of ██████████████████ (3.1). | 3.10 hrs. |
| 08/06/12 | M. DISTEFANO | Analysis of ██████████████ (1.6). | 1.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   18
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/06/12 | C. L. RIVERA | Correspondence re: status of documents with M. Blackburn (0.2); review correspondence re: transaction summaries from other parties (0.3); review Ally "key facts" and "examiner presentation" materials (0.9). | 1.40 hrs. |
| 08/06/12 | L. MENDOZA | Review produced documents and update documents in shared drive. | 3.60 hrs. |
| 08/06/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.2). | 6.20 hrs. |
| 08/06/12 | A. CORONIOS | Review, revise █████████ ██████ (1.6) and summary of key transactions (1.1). | 2.70 hrs. |
| 08/06/12 | H. SEIFE | Review of ███████████████ ███████████. | 1.70 hrs. |
| 08/06/12 | R. A. SCHWINGER | Conference call with MFC (Melissa Knoll, Jim Felton, Tim Martin, Shante George, Jack Williams), M. Ashley, E. Miller re issues as to document organization for review by MFC and C&P teams (1.0); Follow-up meeting with M. Ashley, E. Miller re issues from MFC conference call and other document organization issues (0.4). | 1.40 hrs. |
| 08/06/12 | S. R. RIVERA | Reviewed documentation, pleadings and materials re: ██████████████ ████████████████████; | 4.10 hrs. |
| 08/06/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (4.6); preparation of summaries of transactions (4.3). | 8.90 hrs. |
| 08/07/12 | S. BERSON | Review of documents produced in connection with investigation of ██████████████████████ (1.3); █████████████████ (5.4). | 6.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   19
NEW YORK, NY 10036

| 08/07/12 | S. R. RIVERA | Reviewed ███████████████ (2.8); correspond. and phone calls w/working group re: same (.9). | 3.70 hrs. |
|---|---|---|---|
| 08/07/12 | R. A. SCHWINGER | Various e-mails with M. Ashley re status of document collection from various parties (0.7); E-mail to ████████████████████ (0.2). | 0.90 hrs. |
| 08/07/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.7). | 4.70 hrs. |
| 08/07/12 | L. MENDOZA | Review and analysis of █████████ (2.8) and prepare binders of key board materials for attorney review (1.8). | 4.60 hrs. |
| 08/07/12 | M. DISTEFANO | Reviewed emails re ████████ (.2); ███████████████████ (1.4); | 1.60 hrs. |
| 08/07/12 | E. M. MILLER | Review and exchange emails from transactional team members regarding missing documents (0.8) Follow-up phone calls with team members regarding same (0.8). Review Relativity regarding missing documents (0.9) Draft missing document list (2.2) Phone call with Ally's counsel regarding missing documents (0.2) Review and exchange emails with M Ashley regarding same (0.3) Draft and send email to Ally's counsel regarding same (0.2) Review Examiner's work plan, in connection with document management (0.3) ███████████████ (0.4). | 6.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    20
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/07/12 | M. ROITMAN | Confer/correspond with M. Ashley, M. Towers, and P. Asnani re: documents ancillary to transactional review (0.5); Review MoFo presentation re: same (0.7). | 1.20 hrs. |
| 08/07/12 | A. PRICE | Review of documents produced in connection with Examiner Investigation in accordance with Court Order Approving Scope of Investigation. | 8.40 hrs. |
| 08/07/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 6.90 hrs. |
| 08/07/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 0.50 hrs. |
| 08/07/12 | M. BLACKBURN | Call with M. Ashley re: Rescap transaction summaries and document review. | 0.30 hrs. |
| 08/07/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (7.6). | 7.60 hrs. |
| 08/07/12 | M. D. ASHLEY | Emails with E. Miller regarding document production and review issues (.3); emails with R.Schwinger regarding document production status (.5); call with M. Blackburn regarding transaction summary issues (.2); reviewed materials relating to investigation and document issues (2.3); emails with team regarding same (.5). | 3.80 hrs. |
| 08/08/12 | M. D. ASHLEY | Meeting with E. Miller regarding document production and review issues (1.1);  conference with R.Schwinger and Kramer document production and confidentiality issues (.3); reviewed related materials (1.1); various emails with team and parties' counsel | 3.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   21
NEW YORK, NY 10036


                              regarding same (.9).

08/08/12    P. ASNANI         Met with Marc Roitman re          0.40 hrs.
                              transactional document review.

08/08/12    Y. KUZNETSOV      Review of documents produced in   5.70 hrs.
                              connection with Examiner
                              investigation in accordance with
                              Court Order Approving Scope of
                              Investigation (5.7).

08/08/12    J. M. MIGDAL      Review and analysis of financing  4.70 hrs.
                              documents and preparation of
                              related transaction summaries.

08/08/12    A. PRICE          Review of documents produced in   6.60 hrs.
                              connection with Examiner
                              investigation in accordance with
                              Court Order Approving Scope of
                              Investigation

08/08/12    C. MILLER         Review of documents produced in   1.30 hrs.
                              connection with Examiner
                              investigation in accordance with
                              Court Order Approving Scope of
                              Investigation.

08/08/12    M. ROITMAN        Correspond with M. Towers and W.  1.40 hrs.
                              Greason re: ███████████████████
                              ███████████████████ (0.4);
                              Correspond with C. Rivera and M.
                              Knoll re: postpetition transaction
                              review (0.7); Call with C. Rivera
                              re: same (0.3).

08/08/12    L. F. MOLONEY     Meeting with R. Schwinger re.     2.40 hrs.
                              document management, document
                              depository and and Relativity set
                              up issues (.9); Reviewed and
                              downloaded documents provided by
                              MoFo for loading onto Relativity
                              (1.2) and corresponded with CDS
                              re. instructions for loading new
                              materials (.3).

08/08/12    M. ROITMAN        Review presentations re: documents  0.70 hrs.
                              ancillary to transactional review
                              (0.3); Meet with P. Asnani re:
                              same (0.4);

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   22

| | | | |
|---|---|---|---|
| 08/08/12 | J. P. NARVAEZ | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 2.10 hrs. |
| 08/08/12 | J. P. NARVAEZ | Calls with A. Coronios and M. Towers re: background for review and scope of required analysis. | 0.50 hrs. |
| 08/08/12 | M. S. TOWERS | Email correspondence with team regarding document review (.4); correspond with Mesirow regarding document review and timeline (.4). | 0.80 hrs. |
| 08/08/12 | E. M. MILLER | Draft notes regarding status of document review and send to M Ashley (0.7)  Review and exchange emails with L Moloney regarding document production from Committee (0.2)  Review and exchange emails with M Ashley regarding document request from Debtors' counsel (0.2) Review and exchange emails with T Zink regarding legal analysis for document reviewer's guidance document (0.2) Phone call with T.Zink regarding same (0.2) Review debtors, committee's and Ally's presentations, in connections with drafting document reviewer's guidance document (1.2) Draft document reviewer's guidance document (1.0) Review Relativity regarding same (0.6) Review and exchange emails with team members and M Ashley regarding missing documents (0.8) Meeting with M Ashley regarding document management and Relativity (1.2). | 6.30 hrs. |
| 08/08/12 | R. J. GAYDA | Review of documents produced in connection with investigation of ██████████████ (6.2). | 6.20 hrs. |
| 08/08/12 | M. DISTEFANO | Review of data room documents re ██████████████ (1.0); review of documents re ██████████ (.3). | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   23
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/08/12 | F. VAZQUEZ | Review template (.3); conf w/Zink and Miller re discovery (.4). | 0.70 hrs. |
| 08/08/12 | C. L. RIVERA | Call with M. Roitman re: Mesirow emails, documents (0.2); correspondence with M. Knoll re documents (0.5). | 0.70 hrs. |
| 08/08/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.20). | 3.20 hrs. |
| 08/08/12 | A. CORONIOS | Review ▮▮▮▮▮▮▮▮ | 1.90 hrs. |
| 08/08/12 | R. A. SCHWINGER | Reviewing binder of transaction documents re ▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.7); TC with ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (0.3); ▮▮▮▮▮▮▮▮ (0.1); Meeting with L. Moloney re document depository issues in connection with document productions received to date (0.8); Review e-mails re privilege issues as to documents shared with MFC (0.4); meeting with A. Voelker re preparation for document review (0.3). | 3.60 hrs. |
| 08/08/12 | N. T. ZINK | Emails with M. Towers re transaction review template (.2); emails with E. Miller re document review tagging issues (.3). | 0.50 hrs. |
| 08/08/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (1.8); preparation of transaction summaries (2.1); meeting with V. Dunn re document review (.4). | 4.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    24
NEW YORK, NY 10036


| | | | |
|---|---|---|---|
| 08/08/12 | V. DUNN | Met w/Berson re transaction document review. | 0.50 hrs. |
| 08/08/12 | S. R. RIVERA | Reviewed ███████████ (2.8); phone calls and correspondence w/working group re: same (.8). | 3.60 hrs. |
| 08/09/12 | V. DUNN | Review of documents produced in connection w/Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 5.30 hrs. |
| 08/09/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (1.1); preparation of transaction summaries (1.3). | 2.40 hrs. |
| 08/09/12 | R. A. SCHWINGER | Prepare protocol re ████████ (1.3); TC with L. Moloney re ████████ (0.3); Review e-mails re ████████ (0.5). | 2.10 hrs. |
| 08/09/12 | R. A. SCHWINGER | Continued review of transaction documents re ████████ | 1.50 hrs. |
| 08/09/12 | H. SEIFE | Review of produced documents. | 3.20 hrs. |
| 08/09/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.2). | 1.20 hrs. |
| 08/09/12 | M. DISTEFANO | Reviewed ████████ (.8); reviewed ████████ (.4); prepared narrative re ████████ (3.9); | 5.10 hrs. |
| 08/09/12 | R. J. GAYDA | Detailed review of transaction summaries provided by Greason (3.1). | 3.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    25
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/09/12 | E. M. MILLER | Draft and send email to L Moloney regarding confidentiality designations in Relativity (0.4) Review email from L.Moloney in response to same (0.4)  Review Relativity regarding document productions (0.7)  Draft and send email to M Ashley regarding same (0.2)  Meeting with M Ashley  and A Volker regarding document review (0.6)  Review document indices produced by debtors and Ally (0.5)  Draft document index for Relativity (1.0) | 3.80 hrs. |
| 08/09/12 | J. P. NARVAEZ | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 2.40 hrs. |
| 08/09/12 | A. VOELKER | Met with M. Ashley and B. Miller regarding upcoming assignments for case (0.7) | 0.70 hrs. |
| 08/09/12 | L. F. MOLONEY | Review and prepare ▮▮▮▮▮ ▮▮▮▮▮ (.9) and provided to CDS for loading onto Relativity database (.5); Correspondence with CDS re. ▮▮▮▮▮▮▮▮▮▮▮▮▮ (.7); T/c with R.Schwinger re document production and ▮▮▮▮ (.2); Emails with E. Miller re. Relativity database set up and collaboration capabilities (.3). | 2.60 hrs. |
| 08/09/12 | J. F. FINNEGAN | Review of documents produced in connection with investigation of related party transactions. | 5.10 hrs. |
| 08/09/12 | J. M. MIGDAL | Review of background materials relating to financing transactions in connection with Investigation (1.8); review and analysis of financing documents and preparation of related transaction summaries (4.3) | 6.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                 August 31, 2012
1177 AVENUE OF THE AMERICAS                      Page   26
NEW YORK, NY 10036


| 08/09/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.4); review ████████ (.8). | 2.20 hrs. |
| 08/09/12 | M. D. ASHLEY | Meeting with E. Miller, A. Voelker regarding document production and review issues (.7); call with ████ ████ (.3); reviewed related materials (2.1); emails with team and parties' counsel regarding discovery issues (.6). | 3.70 hrs. |
| 08/09/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.2). | 6.20 hrs. |
| 08/10/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (8.4). | 8.40 hrs. |
| 08/10/12 | P. ASNANI | ██████████ and documents in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.10 hrs. |
| 08/10/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 4.70 hrs. |
| 08/10/12 | L. F. MOLONEY | Correspondence with CDS re. status of processing additional ████████ (.6); Conf. with E. Miller re. document management issues and protocols (.4); emails with R.Schwinger re ████████ (.3); Reviewed spreadsheet summarizing data deliveries and provided comments (.4). | 1.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   27
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/10/12 | M. ROITMAN | Review ███████ ████ (0.9); Correspond with ResCap team re: same (0.2); Correspond with P. Asnani re: same (0.1) | 1.20 hrs. |
| 08/10/12 | J. P. NARVAEZ | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 3.30 hrs. |
| 08/10/12 | E. M. MILLER | Phone call with L Moloney regarding document productions and index for Relativity (0.4) Review and revise index for ████ ████ (0.3) Draft and send email to Ashley regarding same (0.2) Draft and send email to M Towers regarding document index (0.2) Draft list of potential interviewees (1.9) Review and exchange emails with transactional team members regarding missing documents (0.4). | 3.40 hrs. |
| 08/10/12 | M. B. SZYMANSKI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 2.40 hrs. |
| 08/10/12 | M. DISTEFANO | Prepared narrative summary of ████ ████ (.5); ████ (.2). | 0.70 hrs. |
| 08/10/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.1). | 1.10 hrs. |
| 08/10/12 | M. BALDWIN | Review and analysis of documents | 1.30 hrs. |
| 08/10/12 | R. A. SCHWINGER | TC with ████████ (0.2); Prepare request form for parties seeking access to Document Depository (1.3); E-mails with L. Moloney re ████ | 3.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   28

███████████████████ (0.4); Draft
text for proposed e-mail to

█████████████████████████████
(1.3); E-mails re ███████████

████████████ (0.5).

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/10/12 | S. R. RIVERA | Reviewed bank transaction documentation. | 1.10 hrs. |
| 08/10/12 | S. R. RIVERA | Reviewed and analyzed ███████████ ███████████. | 1.30 hrs. |
| 08/10/12 | V. DUNN | Review of documents produced in connection w/Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.20 hrs. |
| 08/11/12 | T. J. MCCORMACK | Review information on additional documents from ███████████ (0.3); review index of documents (0.2). | 0.50 hrs. |
| 08/12/12 | M. BALDWIN | Review of documents produced in connection with investigation | 0.50 hrs. |
| 08/12/12 | M. DISTEFANO | Reviewed ████████████████ ███████████ (6.1). | 6.10 hrs. |
| 08/13/12 | M. DISTEFANO | Reviewed ████████████████ ███████████ (2.7); ███████████ (2.6). | 5.30 hrs. |
| 08/13/12 | M. B. SZYMANSKI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 1.30 hrs. |
| 08/13/12 | E. M. MILLER | Review and update index for documents in Relativity (0.5) Revise Relativity tagging outline /document reviewer guidance document (1.0) Review and exchange emails with B Schwinger regarding document depository (0.2) Phone call with L Moloney regarding same (0.3) Phone call with ███████████ | 2.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   29
NEW YORK, NY 10036

███████████████████████████████ (0.3) Draft and send email to M
Ashley and M Towers regarding same
(0.1)   Revise Relativity tagging
outline /document reviewer
guidance document (0.3)

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/13/12 | C. L. RIVERA | Review ████████████████████████████ █. | 0.90 hrs. |
| 08/13/12 | R. A. SCHWINGER | E-mails to ███████████, for ████████ (1.2); E-mail to ███████████ (1.2); E-mail with E.Miller re: document depository (0.2); TC with L. Moloney re ████████ (0.4); E-mails with H. Seife, L. Moloney re ████████████ (0.7). | 3.70 hrs. |
| 08/13/12 | V. DUNN | Review of documents produced in connection w/Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.60 hrs. |
| 08/13/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (1.4); preparation of transaction summaries (.9). | 2.30 hrs. |
| 08/13/12 | E. WEISSMAN | Preparation of share drive for attorney access. | 0.50 hrs. |
| 08/13/12 | M. ROITMAN | Review ████████████████████ ████████████ (0.8); Correspond with Y. Kuznetsov re: same (0.1) | 0.90 hrs. |
| 08/13/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries (1.4) and review of background materials in connection with investigation (.9). | 2.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   30
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/13/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.3). | 6.30 hrs. |
| 08/14/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (8.4). | 8.40 hrs. |
| 08/14/12 | M. D. ASHLEY | Call with T. McCormack regarding discovery and document production issues (.4); call with MoFo regarding discovery and confidentiality issues (.8); call with Mesirow discovery team regarding document production and review issues (.9); email with R.Schwinger re document request issues (.3); emails with E.Miller re: potential interview list (.4); reviewed materials relating to discovery and investigation issues (2.8); various emails with team, Mesirow and parties' counsel regarding discovery and investigation issues (.8). | 6.40 hrs. |
| 08/14/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 4.40 hrs. |
| 08/14/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation | 5.20 hrs. |
| 08/14/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation | 0.50 hrs. |
| 08/14/12 | L. F. MOLONEY | Reviewing relativity database entries as per R. Schwinger (.4); T/C with Chadbourne and Morrison & Forester attorneys re. document collection, production protocols, data room issues and time frames | 1.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   31
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | for receiving additional productions (.8), |  |
| 08/14/12 | J. F. FINNEGAN | Review of documents pertaining to ████████████ . | 4.00 hrs. |
| 08/14/12 | S. BERSON | Review of documents produced in connection with investigation of ████████ preparation of transaction summaries. | 2.80 hrs. |
| 08/14/12 | S. R. RIVERA | Reviewed and analyzed ████████ | 2.10 hrs. |
| 08/14/12 | V. DUNN | Review of documents produced in connection with investigation of ████████ . | 6.80 hrs. |
| 08/14/12 | T. J. MCCORMACK | Review document requests, protocols for asserting Examiner requests (0.5); conference with M.Ashley re same (0.3). | 0.80 hrs. |
| 08/14/12 | R. A. SCHWINGER | E-mails with ████████ ████████ (0.2); Conference call with ████████ ██ re document production issues (0.7); Conference call with MFC discovery team (Tim Martin, Jim Feltman, Jack Williams), M. Ashley, E. Miller re supplementing existing document requests and identifying new ones (0.9); Reviewing Committee's search terms for e-mail productions (0.4); Analyzing next steps needed to progress document production and e-mail production (0.6); Prepare e-mail to team leaders re supplementing existing document requests and identifying new ones (0.7); TC with M. Towers re e-mail to team leaders re supplementing existing document requests and identifying new ones (0.2); | 3.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                   August 31, 2012
1177 AVENUE OF THE AMERICAS                        Page    32
NEW YORK, NY 10036

|            |                 | E-mails with M. Ashley re same (0.2). |            |
|------------|-----------------|------|------------|
| 08/14/12   | C. L. RIVERA    | Review correspondence re: ████████ (.3); ████████████████████ (.2). | 0.50 hrs. |
| 08/14/12   | W. A. GREASON   | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (2.4). | 2.40 hrs. |
| 08/14/12   | A. CORONIOS     | Review ██████████████████████ ██████████ | 1.10 hrs. |
| 08/14/12   | E. M. MILLER    | Revise potential interview witness list and send to M Ashley (0.7) Attend phone conference with M Ashley, R Schwinger and counsel for debtors regarding document production (0.7)  Attend phone conference M Ashley, R Schwinger and Mesirow regarding document productions and discovery requests (1.0)  Review emails regarding document production and discovery requests from debtors' and Ally's counsel (0.3)  Review and exchange emails from P Asnani regarding ████████████████████ (0.3) ████████████████████████ ████████████████████ (0.3) Review documents in Relativity, and update Relativity index (0.3) Draft document reviewer's guide (2.2) | 5.80 hrs. |
| 08/14/12   | M. B. SZYMANSKI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.30 hrs. |
| 08/14/12   | M. DISTEFANO    | Attended hearing re: lift stay and 2004 motions (3.2); drafted summary of hearing (.6); reviewed docket filings (.8). | 4.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                        August 31, 2012
1177 AVENUE OF THE AMERICAS                             Page    33
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/14/12 | M. DISTEFANO | Reviewed ███████ ███ (3.5); drafted narrative summary of ██████ ███████ (1.2). | 4.70 hrs. |
| 08/15/12 | M. DISTEFANO | Continued analysis of ███████ ██████ (.8); drafted email re ███████ (.2). | 1.00 hrs. |
| 08/15/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.2). | 6.20 hrs. |
| 08/15/12 | M. B. SZYMANSKI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.10 hrs. |
| 08/15/12 | E. M. MILLER | Review documents in ██████ ████████ (1.7)  Review and exchange emails with M Ashley regarding same (0.5) Draft document reviewer guide (1.7) ████████ (0.3) Phone call with L Moloney regarding same (0.3). | 4.50 hrs. |
| 08/15/12 | A. CORONIOS | Review documents for ████████ ██████ | 2.70 hrs. |
| 08/15/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.6). | 4.60 hrs. |
| 08/15/12 | C. L. RIVERA | Review first day affidavit (.7), articles re: post-petition transactions proposed (.6). | 1.30 hrs. |
| 08/15/12 | C. L. RIVERA | Correspondence with D. LeMay re: ████████ (0.2); ████████ ██████ (0.3); confer with M. Roitman re: same (0.2); | 0.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    34
NEW YORK, NY 10036


| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/15/12 | L. MENDOZA | Review and update shared drive documents (1.8); review and prepare certain dcouments from document production for attorney review (2.7). | 4.50 hrs. |
| 08/15/12 | R. A. SCHWINGER | E-mails w/MFC "Discovery Team" (Tim Martin, Jim Feltman, Jack Williams, Ralph Tuliano), M. Ashley, E. Miller re search term list issues re Debtors and Cerberus (0.8); Review MFC and Committee discovery-related materials in connection with preparing supplemental/additional discovery requests (1.4); E-mails w/Patrick Bryan, L. Moloney re technical requirements for Ally document production (0.5). | 2.70 hrs. |
| 08/15/12 | M. BALDWIN | Review draft transaction summary | 0.30 hrs. |
| 08/15/12 | T. J. MCCORMACK | Confer R. Schwinger on document review issues, protocols (0.2); review index of documents received to date (0.7). | 0.90 hrs. |
| 08/15/12 | V. DUNN | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.20 hrs. |
| 08/15/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (1.6); preparation of transaction summaries (2.2). | 3.80 hrs. |
| 08/15/12 | L. F. MOLONEY | Correspondence and T/C with █████████ ████████ (.8); ███████████████ (1.1); Correspondence with CDS re. adding user ID's and database setup (.6); ██████████ (.4). | 2.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   35
NEW YORK, NY 10036

| 08/15/12 | J. P. NARVAEZ | Review and analysis of ███████ | 5.30 hrs. |
| 08/15/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 7.40 hrs. |
| 08/15/12 | J. M. MIGDAL | Research and review financing documents in connection with preparation of transaction summaries (1.4); review and analysis of financing documents and preparation of related transaction summaries (2.3). | 3.70 hrs. |
| 08/15/12 | M. D. ASHLEY | Emails with team and and Mesirow discovery team regarding discovery issues (.8); reviewed materials relating to document production and investigation issues (1.2); emails with ████████ (.4). | 2.40 hrs. |
| 08/16/12 | M. D. ASHLEY | Emails with ████████ (.5); ████████ (.6); reviewed materials relating to document production and review issues (.8); emails with ████████ (.6). Calls with T. McCormack regarding document review, investigation discovery and interview planning (.7). | 3.20 hrs. |
| 08/16/12 | J. M. MIGDAL | Research and review financing documents in connection with summaries (2.7); review and analysis of financing documents and preparation of related transaction summaries (3.8). | 6.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                      August 31, 2012
1177 AVENUE OF THE AMERICAS                           Page   36
NEW YORK, NY 10036

| 08/16/12 | M. FRADMAN | Meeting with ███████ (.6); ████████████ (.9). | 1.50 hrs. |
| 08/16/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation | 5.90 hrs. |
| 08/16/12 | P. ASNANI | Review of ████████████ ████████████ (2.1); ████████████ (.9). | 3.00 hrs. |
| 08/16/12 | J. P. NARVAEZ | Review and analysis of documents and preparation of related transaction summaries. | 2.50 hrs. |
| 08/16/12 | M. S. TOWERS | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation | 1.10 hrs. |
| 08/16/12 | A. VOELKER | Reviewed relevant ResCap documents in preparation of document review (0.2); met with ████████ (0.6) | 0.80 hrs. |
| 08/16/12 | L. F. MOLONEY | Correspondence with CDS re. loading new materials provided by Morrison & Foerster (.8); Reviewed Relativity database re. loading statistics (.3); ████████████ (.3); ████████████ | 2.50 hrs. |
| 08/16/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (2.6); preparation of transaction summaries (2.2); conference with V.Dunn re status of review (.3). | 5.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   37
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/16/12 | S. R. RIVERA | Reviewed primary transaction documents and materials regarding ████████████. | 1.90 hrs. |
| 08/16/12 | S. R. RIVERA | Reviewed and analyzed ████████ ████████████ | 2.40 hrs. |
| 08/16/12 | V. DUNN | Review of documents produced in connection with investigation of ████████ (4.9); call w/Scott Berson re status of docs reviewed (.4). | 5.30 hrs. |
| 08/16/12 | T. J. MCCORMACK | Conferences with M. Ashley re: discovery/document review status, tasks (0.7); review summary of document review status (0.6); review index of documents (0.4); review Committee discovery requests (0.8); conference with H. Seife on document review process (0.2). | 2.70 hrs. |
| 08/16/12 | M. BALDWIN | Review of background documents in connection with investigation | 1.00 hrs. |
| 08/16/12 | R. A. SCHWINGER | Draft e-mails to counsel for ████████████████████ (0.7); Review, analyze e-mails from Tim Martin (MFC) re discovery requests and search terms for ████████ (1.3); ████████ (0.6); ████ (1.2); ████████ (0.6). | 4.40 hrs. |
| 08/16/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.2). | 4.20 hrs. |
| 08/16/12 | A. CORONIOS | Review of ████████████████ | 2.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   38
NEW YORK, NY 10036

| 08/16/12 | E. M. MILLER | Review and exchange emails with M Ashley regarding potential interviewees (0.5) Review documents in ██████████ (0.7) ████████ (0.5)  Review and exchange emails with M Ashley regarding same (0.5)  Phone call with Mesirow regarding order approving Debtors' data roon (0.3) Review and exchange emails with Mesirow regarding same (0.4) Draft and send email to team regarding same (0.5) Phone conference with M Ashley and P Asnani regarding ██████ (0.7) ████████ (0.5) ████████ (0.5)  Review and exchange emails with P Asnani regarding same (0.4) ████ (2.1) Review and exchange emails with L Moloney regarding ███████ (0.3)  Review documents in Relativity in connection with updating Relativity index (0.6)  Review and exchange emails with B Schwinger and M Ashley regarding same (0.5) Draft document reviewer guide and send to M Ashley (2.6) | 11.60 hrs. |
| 08/16/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.4). | 6.40 hrs. |
| 08/16/12 | M. DISTEFANO | Reviewed ████████ (.8); ████ (.3). | 1.10 hrs. |
| 08/17/12 | M. DISTEFANO | Review of ████████ (4.6). | 4.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS               Page   39
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/17/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (7.3). | 7.30 hrs. |
| 08/17/12 | E. M. MILLER | Review draft search term document for ███████ (1.6) Review transaction list in connection with same (0.6)  Review and exchange emails with B Schwinger and M Ashley regarding search terms for ███████ (0.9) Meetings with transaction team regarding seach terms (0.5) Revise search terms (1.1)  Phone call with A Voelker regarding ███████ (0.4) ███████ (0.7)  Review and exchange emails with M Fradman and W Bakare regarding same (0.5) Phone call with Mesirow regarding Synthesis (0.3) Phone call with ███████ (0.4)  Review and exchange emails with M Ashley and M Towers regarding same (0.2) Review and exchange emails with M Ashley regarding document reviewers guidance memo (0.3) Revise same (0.7) | 8.20 hrs. |
| 08/17/12 | A. CORONIOS | Review ███████ | 2.70 hrs. |
| 08/17/12 | C. CHILD | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 0.40 hrs. |
| 08/17/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (2.4). | 2.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   40
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/17/12 | R. A. SCHWINGER | Work on preparing proposed search terms ████████████ (0.9); e-mails with M. Ashley, E. Miller re ████████████████████ (0.8); TC with W. Greason re adding terms to document requests (0.1); Drafting document requests and instructions for advisors (2.1); Further work on supplemental search requests for ████████ (0.8); E-mails with MFC Discovery Team re search terms and documents requests (0.4); E-mails with L. Moloney re Document Depository issues (0.5); review Document Depository procedures and functionality (0.8); Revise draft of e-mail to counsel for Depository Designees re procedures for the Document Depository (0.4); E-mails to ████████████ re ████████ (0.4); Review e-mails re ████████ (0.3). | 7.50 hrs. |
| 08/17/12 | P. GOODMAN | Reviewing high level documents, e.g., submissions to Examiner by ████████████ (1.7) and consult with Tom McCormack in connection with investigation (.3). | 2.00 hrs. |
| 08/17/12 | T. J. MCCORMACK | Conference with P.Goodman re background and document review issues (0.3); review emails with team regarding discovery issues (0.8); reviewed draft document requests (0.6);  review outline of report (0.5); review master task list (1.1); | 3.30 hrs. |
| 08/17/12 | S. R. RIVERA | Reviewed and analyzed ████████ ████████████████ (1.1); prepare summary memo regarding same (1.3). | 2.40 hrs. |
| 08/17/12 | L. F. MOLONEY | Meeting with ████████████████ ████████ (1.7); | 3.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   41
NEW YORK, NY 10036

███████████████ (.3);
Prepared production discs and
correspondence with CDS re.
loading instructions for new data
and documents (.8);

(.9)

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/17/12 | W. BAKARE | Review/analyze and identify ████ ████████████████████████ | 8.90 hrs. |
| 08/17/12 | A. VOELKER | Reviewed ████████ ███████████████ same (4.7); conference with B. Miller re summary memo (.4). | 5.10 hrs. |
| 08/17/12 | J. P. NARVAEZ | Review and analysis of transaction documents and preparation of related transaction summaries. | 1.10 hrs. |
| 08/17/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 7.40 hrs. |
| 08/17/12 | M. FRADMAN | Review ████████████████████ ███████████████████████ | 5.50 hrs. |
| 08/17/12 | J. M. MIGDAL | Research and review financing documents in connection with summaries (1.6); review and analysis of financing documents and preparation of related transaction summaries (1.9). | 3.50 hrs. |
| 08/17/12 | M. D. ASHLEY | Revised document review guide (.8) and reviewed related materials (.5); emails with E.Miller regarding same (.3); reviewed draft document requests and related materials (1.3); emails with R.Schwinger and E.Miller regarding ████████████ ███████████ (.7); | 4.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   42
NEW YORK, NY 10036

|            |                 |                                                                                                              |            |
|------------|-----------------|--------------------------------------------------------------------------------------------------------------|------------|
|            |                 | ████████████████ (.9).                                                                                       |            |
| 08/17/12   | M. BLACKBURN    | Emails with ███████████████ (.3); calls with P. Goodman and C Child re: Rescap background information (.4); emails with P. Goodman and C Child re: same (.3); call with T. McCormack re: same (.1) | 1.10 hrs.  |
| 08/18/12   | W. BAKARE       | Review/analyze and identify ████████████████████████████. | 13.20 hrs. |
| 08/18/12   | E. M. MILLER    | Review emails from R Schwinger regarding ███████████████ (0.2)  Draft and send email to transaction teams regarding ████████ (0.3) | 0.50 hrs.  |
| 08/19/12   | E. M. MILLER    | Draft document reviewer guidance memorandum and send to M Ashley (1.2) | 1.20 hrs.  |
| 08/19/12   | T. J. MCCORMACK | E-mails with M. Ashley on document review issues (0.2). | 0.20 hrs.  |
| 08/19/12   | W. BAKARE       | Review/analyze and identify █████████████████████████. | 9.80 hrs.  |
| 08/19/12   | A. VOELKER      | Reviewed ████████████████████ (2.8); reviewed ███████████████ (1.4). | 4.20 hrs.  |
| 08/19/12   | M. D. ASHLEY    | Reviewed document review tagging guide (.8) and related transaction background materials (.7); emails with E.Miller regarding review guide (.4); emails with T. McCormack re document review issues (.2). | 2.10 hrs.  |
| 08/19/12   | J. M. MIGDAL    | Review and analysis of financing documents and preparation of related transaction summaries. | 4.50 hrs.  |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   43
NEW YORK, NY 10036

| 08/19/12 | M. FRADMAN | Review and identify ██████████ ████████████████████ (8.6); emails with E. Miller and W. Bakare re same (.3). | 8.90 hrs. |
|---|---|---|---|
| 08/20/12 | M. FRADMAN | Review and identify ██████████ ███████ (7.8); prepare related index of documents (2.0); meeting with E.Miller re same (.7). | 10.50 hrs. |
| 08/20/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries (2.5); review financing documents in connection with commenting on search terms for ██████████ █████ (1.3). | 3.80 hrs. |
| 08/20/12 | A. PRICE | Review █████████████████ ██████████ | 2.40 hrs. |
| 08/20/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.60 hrs. |
| 08/20/12 | M. D. ASHLEY | Emails with R.Schwinger and E.Miller regarding document production and review issues (.5); review related materials (.9); email with E.Miller regarding ██████████ (.4); review document reviewer guide (.7) and emails with E.Miller regarding same (.3); review document production status (.4) and email with R.Schwinger and E.Miller regarding same (.3), | 3.50 hrs. |
| 08/20/12 | P. ASNANI | Met with Beth Miller regarding ████████████ | 0.80 hrs. |
| 08/20/12 | A. VOELKER | Met with E. Miller and A. Asnani ████████████ | 0.70 hrs. |