RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   44
NEW YORK, NY 10036


| 08/20/12 | M. S. TOWERS | Attended meeting with M. Roitman, E. Miller and L. Moloney regarding Synthesis and document review (.9); emailed Mesirow regarding Synthesis creation and use (.3). | 1.20 hrs. |
|---|---|---|---|
| 08/20/12 | J. P. NARVAEZ | Review and analysis of documents relating to Government Settlement and preparation of related transaction summaries. | 0.50 hrs. |
| 08/20/12 | M. S. TOWERS | Review and update case calendar (.2); communicated with various teams re: status of projects and updated master task list (.9); communicated with various teams and created agenda for professionals update call (.5); respond to questions from team members regarding administrative issues, including shared folder (.5). | 2.10 hrs. |
| 08/20/12 | W. BAKARE | Review/analyze and identify ███████ ███████████████████████████ ████████████████(7.9); meeting with E.Miller regarding review (.7). | 8.60 hrs. |
| 08/20/12 | L. F. MOLONEY | Correspondence with CDS re. set-up issues and adding new users to database (.6); Conf. with R.Schwinger re procedures for document depository (.4); Meeting with M. Towers, M. Roitman and E. Miller to discuss Synthesis, database issues in connection with document review (1.1) | 2.10 hrs. |
| 08/20/12 | M. ROITMAN | Meet with E. Miller, M. Towers and L. Moloney re: Synthesis and document review (1.1); | 1.10 hrs. |
| 08/20/12 | M. ROITMAN | Review and analyze ███████████ ████████████(4.2) | 4.20 hrs. |
| 08/20/12 | P. GOODMAN | Further analysis based on overview documents, e.g., First Day Affidavit in connection with investigation (0.4); ██████████ ████████████(1.5), interview | 4.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    45
NEW YORK, NY 10036

notes (1.1) ███████████
(1.3) in connection with
investigation.

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/20/12 | M. BALDWIN | Review and analysis of documents and preparation of related transactions summaries | 3.70 hrs. |
| 08/20/12 | R. A. SCHWINGER | E-mail to counsel for Depository Designees re procedures for Document Depository (0.4); Meeting with L. Moloney, J. Lopez re plans/procedures for operation and maintenance of Document Depository (0.5); various e-mails with team re finalizing list of proposed search terms ███████ (.8); E-mail ██████████████████ ███████ (0.2); ███████ (0.2); ███████████ (0.3); E-mails with Melissa Knoll (MFC) re █████████████ (0.4); E-mails with M.Ashley regarding status of document production (0.4). | 3.20 hrs. |
| 08/20/12 | E. M. MILLER | Review and exchange emails with M Ashley and R Schwinger regarding ██████ (0.5) Review and exchange emails with transaction team members regarding same (0.5) Revise same and send to R Schwinger (0.8) Meeting with W Bakare and M Fradman regarding ██████ (0.8) Review and exchange emails with W Bakare and M Fradman regarding same (0.4) Draft index ██████ (0.8); ███████ (0.8) Draft and send email to M Ashley regarding same (0.3) Review and | 9.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   46
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| | | exchange follow-up emails with M.Ashley regarding same (0.4); Review and exchange emails with M Ashley regarding Relativity document reviewer's guide (0.4) Revise same (0.8)  Meeting with M Towers, M Roitman and L Moloney regarding use of Synthesis and document review (1.0) Phone call with M Ashley regarding Relativity document reviewer's guide and board materials review (0.5) Review and exchange emails with B Schwinger and M Roitman regarding debtors' Intralinks data room (0.4)  Review same (0.3) Review document production status in Relativity (0.5)  Revise index regarding same (0.4)  Draft and send email to M Ashley and R Schwinger regarding same (0.2) | |
| 08/20/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.8). | 3.80 hrs. |
| 08/20/12 | M. DISTEFANO | Review of ███████████████ (3.8); review of ████████████ ███████ (.5) | 4.30 hrs. |
| 08/21/12 | M. DISTEFANO | Reviewed ████████████████ (4.4); review of documents in ████████████████████████████ (1.5). | 5.90 hrs. |
| 08/21/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.3). | 1.30 hrs. |
| 08/21/12 | Y. KUZNETSOV | Review of background materials in connection with investigation. | 2.40 hrs. |
| 08/21/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (2.7). | 2.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                      August 31, 2012
1177 AVENUE OF THE AMERICAS                           Page   47
NEW YORK, NY 10036

| 08/21/12 | R. J. GAYDA | Review ███████ (2.3); review email correspondence and documents distributed by E. Miller re dataroom and related index (.8). | 3.10 hrs. |

| 08/21/12 | E. M. MILLER | Review and exchange emails with M Ashley regarding status of document production and ███████ (0.9) Review and exchange emails with M Roitman and M Towers regarding index to debtors' Intralinks data room (0.3)  Draft related index (0.4) Review and exchange emails with M Ashley regarding potential interviewees (0.3)  Review and exchange emails with  A Voelker regarding ███████ (0.6)  Phone call with A.Voelker regarding same (0.3) Review and exchange emails with M Towers and Mesirow regarding ███████ (0.2)  Phone call with debtors' counsel regarding ███████ (0.4)  Draft and send email to M Ashley regarding same (0.3) Review and exchange emails with R Schwinger, ███████ (0.4)  Review and exchange emails with litigation team regarding document reviewer's guide (0.5)  Revise same (1.0) Review and exchange emails with R Schwinger regarding document depository (0.4) Phone call with L Moloney regarding same (0.5) Follow-up email to R Schwinger regarding same (0.5) Meeting with litigation team regarding document review (0.8).  Meeting with R Schwinger regarding document requests (0.3) Phone call with C Child regarding discovery and document production (0.4)  Draft notes regarding compare transaction list with document requests (1.1) ███████ (0.6) | 10.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   48
NEW YORK, NY 10036

|            |                  | Review and exchange emails with new reviewing team members regarding document review (0.3) |            |
|------------|------------------|--------------------------------------------------------------------|------------|
| 08/21/12   | C. CHILD         | Review and analysis of factual background materials in connections with investigation. | 0.80 hrs.  |
| 08/21/12   | C. CHILD         | Meeting with T.McCormack and litigation team regarding document review and interview planning. | 1.10 hrs.  |
| 08/21/12   | A. CORONIOS      | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮. | 0.80 hrs.  |
| 08/21/12   | R. A. SCHWINGER  | Various emails with team and with counsel for ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.6); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.6); Meeting with E. Miller re expanding list of transactions on document requests (0.3); E-mail with Jennifer Rochon re forms for access to Document Depository (0.3); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.4); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.5); E-mails with E. Miller, L. Moloney re identifying discovery materials for document depository (0.5); follow up emails with E.Miller regarding document depository issues (0.5). | 4.70 hrs.  |
| 08/21/12   | R. A. SCHWINGER  | Attend meeting/conference call of litigation team to discuss document review and tasks for this team going forward (0.8). | 0.80 hrs.  |
| 08/21/12   | R. BALL          | Reviewed, report outline (.4); research/analysis re ▮▮▮▮▮▮▮▮ (1.4); conferred with M.Blackburn re ▮▮▮▮▮▮▮▮▮▮ (.2); obtained and reviewed same (.7); reviewed ▮▮▮▮▮▮▮▮ (.3); emails with E.Miller, M.Baldwin re | 4.00 hrs.  |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   49
NEW YORK, NY 10036

|  |  | misc. document issues (.3); emails/confers with C.Child and T.McCormack re potential areas for discovery (.4); confer with Mesirow re ███████ (.3). |  |
|---|---|---|---|
| 08/21/12 | M. BALDWIN | Review of documents on shared drive (1.3) and prepare index of relevant documents (1.2). | 2.50 hrs. |
| 08/21/12 | M. BALDWIN | Review and analysis of documents and preparation of related transaction summaries | 1.00 hrs. |
| 08/21/12 | P. GOODMAN | Attend Relativity training session in connection with document review. | 0.50 hrs. |
| 08/21/12 | P. GOODMAN | Telecon with T. McCormack and team regarding planning, interviews and related work in conjunction with investigation (0.8); reviewing background materials in conjunction with investigation (3.3). | 4.10 hrs. |
| 08/21/12 | T. J. MCCORMACK | Meeting with litigation team re: document review, investigation, timing and related topics (0.9). | 0.90 hrs. |
| 08/21/12 | S. R. RIVERA | Reviewed ████████████ (1.8) and ████████████ (1.5). | 3.30 hrs. |
| 08/21/12 | M. ROITMAN | Review and analyze ████████ (1.3) | 1.30 hrs. |
| 08/21/12 | L. O'NEILL | Attend team meeting regarding document review and status. | 0.70 hrs. |
| 08/21/12 | L. F. MOLONEY | Emails with E. Miller and R. Schwinger re Relativity data to document depository (.9); Reviewing documents in Relativity re confidentiality issues (.8); | 1.70 hrs. |
| 08/21/12 | W. BAKARE | Review/analyze and identify ████████████ | 8.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   50

| 08/21/12 | C. BUGEL | Prepare for (.2) attend meeting with team re: document review (1.0); Review background materials (2.4). | 3.60 hrs. |
|---|---|---|---|
| 08/21/12 | R. M. KIRBY | Litigation team meeting w/T. McCormack, M. Ashley, and R. Schwinger re: document review, upcoming projects and deadlines. | 0.70 hrs. |
| 08/21/12 | A. VOELKER | Attended team meeting for ResCap with T. McCormack, M. Ashley and E. Miller (0.8) | 0.80 hrs. |
| 08/21/12 | M. BLACKBURN | Emails to R. Ball and others re: interview memos (.3); review ▮▮▮▮ (1.9) | 2.20 hrs. |
| 08/21/12 | M. D. ASHLEY | Litigation team meeting regarding document review, investigation discovery and interview planning issues (.8); emails with E.Miller regarding status of document production and ▮▮▮▮ (.9); reviewed related materials regarding investigation and discovery issues (1.2); email with E.Miller regarding interviewee list (.3); follow-up emails with team regarding document production issues (.7). | 3.90 hrs. |
| 08/21/12 | M. FRADMAN | Review/analyze and ▮▮▮▮ and prepare for attorney use | 7.80 hrs. |
| 08/21/12 | J. M. MIGDAL | Review financing documents in connection with commenting on search terms for ▮▮▮▮ (1.8); review of background documents relating to the investigation (1.4). | 3.20 hrs. |
| 08/21/12 | A. PRICE | Review of background documents and materials in connection with investigation. | 4.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    51
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/21/12 | A. PRICE | Review and analysis of documents and preparation of related transaction summaries. | 2.20 hrs. |
| 08/21/12 | P. ASNANI | Attend meeting with team regarding document review status. | 0.80 hrs. |
| 08/22/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 1.50 hrs. |
| 08/22/12 | A. PRICE | Review of background documents in connection with investigation. | 3.60 hrs. |
| 08/22/12 | A. PRICE | Review and analysis of documents and preparation of related transaction summaries. | 3.40 hrs. |
| 08/22/12 | J. LOPEZ | Review and prepare ███████ ██████████████████ (2.2). | 2.20 hrs. |
| 08/22/12 | M. FRADMAN | Continue to review/analyze ██████ (5.7); prepare summary index of documents (1.4). | 7.10 hrs. |
| 08/22/12 | Z. MOHIUDDIN | Meeting with M. Baldwin (.4) and Y. Kuznetsov (.7) regarding planning in connection with investigation. | 1.10 hrs. |
| 08/22/12 | Z. MOHIUDDIN | Review of background materials in connection with investigation. | 1.50 hrs. |
| 08/22/12 | M. BLACKBURN | Review and revise Relativity Document Review Guidance Memorandum. | 0.40 hrs. |
| 08/22/12 | M. D. ASHLEY | Call with R. Schwinger regarding document production issues (.3); reviewed related materials (.9); emails with team regarding document production and review issues (.5); revised draft document review guide (.4); call with E.Miller regarding review guide (.4). | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   52
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/22/12 | C. BUGEL | Attend meeting re: Relativity and initial document review (.8); Review background materials including examiner presentations and Affidavit (6.2). | 7.00 hrs. |
| 08/22/12 | J. F. FINNEGAN | Review and comment on relativity work plan (0.6); continued review of source documents pertaining to inter-company finance transactions (5.1). | 5.70 hrs. |
| 08/22/12 | L. F. MOLONEY | Correspondence with CDS re. coding panel set-up and adding new users to Relativity database (.7); Confer with R. Schwinger re. document depository set-up issues (.4); Confer with E. Miller re. Relativity database (.4); review and updated shared drive user groups (.2) | 1.70 hrs. |
| 08/22/12 | L. O'NEILL | Teleconference with Beth Miller regarding document review (.5); follow-up emails with Beth Miller regarding same (.4); review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (.5); review of background documents in connection with investigation (3.8). | 5.20 hrs. |
| 08/22/12 | S. R. RIVERA | Review and analysis of ████████████ | 6.30 hrs. |
| 08/22/12 | T. J. MCCORMACK | Review/comment on document review tagging guide (0.5); review document review guide (0.3); review emails with team on document review requirements/review logistics, timing (0.5). | 1.30 hrs. |
| 08/22/12 | H. SEIFE | Review team emails regarding document production status (.8). | 0.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    53
NEW YORK, NY 10036


| Date | Name | Description | Hours |
|---|---|---|---|
| 08/22/12 | M. BALDWIN | Review and analysis of documents and preparation of related transaction summaries (3.5); conference with Mr. Mohiuddin in connection with document review (.4); prepare search terms for Relativity document review (.3) | 4.20 hrs. |
| 08/22/12 | P. GOODMAN | Reviewing Relativity issues in preparation for examining financial condition. | 0.60 hrs. |
| 08/22/12 | R. BALL | Reviewed and revised narrative summary and charts for ▮▮▮▮ (.9); ▮▮▮▮ (1.2); t/cs and emails with team re same (.3); revised transaction charts (.5). | 2.90 hrs. |
| 08/22/12 | R. A. SCHWINGER | Meeting with L. Moloney re procedures for posting documents into the Document Depository (0.5); E-mail to ▮▮▮▮ (0.3); Detailed review of material prepared by E. Miller and T. Zink's draft of master outline re definitions used/needed for the next wave of document requests (1.6); Compare latest drafts of document requests to advisors with E. Miller memo on definitions (0.7); TC with C. Child re tasks needed as to completing the drafting of the definitions for the next wave of document requests (0.3); E-mails to C. Child re background materials on drafting document requests (0.3); E-mails with Tim Martin (MFC) re ▮▮▮▮ (0.2); E-mail to MoFo re same (0.2); E-mail to transactional teams re procedures re ▮▮▮▮ (0.3); Review e-mail from ▮▮▮▮ (0.2). | 4.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    54
NEW YORK, NY 10036

| 08/22/12 | C. CHILD | Analysis of background legal standard documents in connection with investigation. | 1.20 hrs. |
|---|---|---|---|
| 08/22/12 | A. CORONIOS | Review, revise ███████████ (3.2); office conference with Y Kuznetsov re revisions to transaction summaries (1.1) | 4.30 hrs. |
| 08/22/12 | E. M. MILLER | Attend meeting with Mesirow and ███████████ (1.9)  Review and exchange emails with M Ashley regarding meeting (0.3) Draft notes regarding compare transaction list with document requests (1.5)  Review and exchange emails with A Voelker and M Ashley regarding ███████████ (0.4) Review Relativity for transaction team documents (1.1); phone call with new team member (0.4) follow-up email to team member regarding procedures for document review (0.8); Review and exchange emails with transaction team members regarding document reviewer's guide (0.8) Phone call with M Ashley regarding same (0.4) Revise same (1.7). | 9.30 hrs. |
| 08/22/12 | R. J. GAYDA | Review document review guidance memo (.5); review and analysis of ███████████ (3.2). | 4.70 hrs. |
| 08/22/12 | Y. KUZNETSOV | Attendance at meeting with ███████████ (0.6); conversation with Marian Baldwin Fuerst regarding investigation status (0.2); Attendance at meeting with A.Coronios regarding investigation status (1.1); conversation with M.Distefano regarding investigation status (0.2). | 2.10 hrs. |
| 08/22/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (8.7). | 8.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   55
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/22/12 | M. DISTEFANO | Meeting with S. Rivera re ▉▉▉▉▉ (.4); ▉▉▉▉▉▉▉▉▉▉ (3.1); reviewed document review guidance document (.5); drafted various emails to team re ▉▉▉▉▉ (.5). | 4.50 hrs. |
| 08/23/12 | M. DISTEFANO | Reviewed ▉▉▉▉▉ (1.1); drafted emails re ▉▉▉▉▉ (.3); reviewed ▉▉▉▉▉ (.5). | 1.90 hrs. |
| 08/23/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (7.6); conversations with Z.Mohiuddin regarding investigation materials (0.3); correspondence with J.Migdal regarding investigation materials (0.2). | 8.10 hrs. |
| 08/23/12 | E. M. MILLER | Phone calls with L Moloney regarding documents productions and Relativity (0.3)  Review and exchange emails with M Ashley regarding interview outline preparation (0.3)  Review Relativity regarding same (0.4)  Review and exchange emails with M Ashley and L Moloney regarding Relativity tagging and document reviewer's guide memo (0.7)  Phone call with Ally's counsel regarding document production (0.3) | 2.00 hrs. |
| 08/23/12 | A. CORONIOS | Review of ▉▉▉▉▉ (1.6); review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.3) | 4.90 hrs. |
| 08/23/12 | R. A. SCHWINGER | Further review of material prepared by E. Miller and T. Zink's draft of master outline re definitions used/needed for the next wave of document requests | 1.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   56
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | (0.5); conference with M. Towers re master task list and items listed in draft document requests (0.3); Review, ███████ ████████ (0.2). |  |
| 08/23/12 | R. BALL | Reviewed and revised charts (.3) and narrative summary (.5); reviewed Mesirow ██████████ (.6); ██████████ (1.1); t/c w/M. Blackburn re litigator tasks, deliverables (.3). | 2.80 hrs. |
| 08/23/12 | M. BALDWIN | Review and analysis of documents and preparation of related transaction summaries (4.5); correspondence with team concerning same (.2) | 4.70 hrs. |
| 08/23/12 | S. R. RIVERA | Reviewed ██████████ | 3.70 hrs. |
| 08/23/12 | L. O'NEILL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.20 hrs. |
| 08/23/12 | L. F. MOLONEY | Worked with CDS to prepare coding panel in connection with document review as per M. Ashley and E. Miller (.4). | 0.40 hrs. |
| 08/23/12 | C. BUGEL | Conduct preliminary document review to determine general topics covered in ██████ (5.4); prepare summary chart w/ topics (2.8). | 8.20 hrs. |
| 08/23/12 | M. S. TOWERS | Review and analysis of ██████████ | 4.60 hrs. |
| 08/23/12 | M. D. ASHLEY | Call with E. Miller regarding document production and review issues (.3); reviewed related materials (1.1); email with E.Miller regarding interview outline (.4); emails with E.Miller | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   57
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| | | and L.Moloney regarding document review issues and review guide (.7). | |
| 08/23/12 | M. BLACKBURN | Call with R. Ball re: ▮▮▮▮▮▮ (.2); review documents concerning same (.8). | 1.00 hrs. |
| 08/23/12 | Z. MOHIUDDIN | Review of background documents in connection with investigation (2.8); Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.5); conferences with Y.Kuznetsov regarding same (.3). | 4.60 hrs. |
| 08/23/12 | M. FRADMAN | Continue to review/analzye board minutes and supporting documents (4.5); prepare related summary index of documents (1.8). | 6.30 hrs. |
| 08/23/12 | J. LOPEZ | Review and prepare ▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.3). | 1.30 hrs. |
| 08/23/12 | A. PRICE | Review of background documents and materials in connection with transaction review. | 3.80 hrs. |
| 08/23/12 | A. PRICE | Review of background documents and materials in connection with investigation - including review of certain SEC filings related to affiliate transactions. | 3.20 hrs. |
| 08/23/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.00 hrs. |
| 08/24/12 | A. PRICE | Preliminary review of updated document index lists and new materials added in connection with affiliate transaction review. | 1.80 hrs. |
| 08/24/12 | A. PRICE | Review of background documents in connection with investigation. | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   58
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/24/12 | A. PRICE | Review and analysis of documents and preparation of related transaction summaries. | 2.40 hrs. |
| 08/24/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries (4.4); review of background documents relating to the investigation (1.8). | 6.20 hrs. |
| 08/24/12 | M. FRADMAN | Review/analysis of ████████ ██████ (2.4); prepare binders of key documents for attorney review (1.3); preparation of summary index of same (1.6). | 5.30 hrs. |
| 08/24/12 | Z. MOHIUDDIN | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation | 1.20 hrs. |
| 08/24/12 | M. BLACKBURN | Review ████████████████ ████████████████████████ | 2.30 hrs. |
| 08/24/12 | M. D. ASHLEY | Emails E. Miller regarding document production and review issues (.8); reviewed related materials (.5); conference with E.Miller regarding preparation for team meeting and document repository issues (.4); follow-up emails with E.Miller and R.Schwinger regarding meeting with team regarding document repository (.5). | 2.20 hrs. |
| 08/24/12 | M. S. TOWERS | Review and analysis of ████████████ ████████████████ | 7.20 hrs. |
| 08/24/12 | M. S. TOWERS | Discussed document production issues with E. Miller (.2); reviewed terms for subpoena for further document production (.4). | 0.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   59
NEW YORK, NY 10036


| | | | |
|---|---|---|---|
| 08/24/12 | C. BUGEL | Conduct preliminary document review to determine general topics covered in ███████ ███████ (4.8); Prepare working notes re: same (1.6); update chart w/ relevant topics covered (2.4). | 8.80 hrs. |
| 08/24/12 | L. F. MOLONEY | Correspondence with ███████ ███████ (.4); Confer with E. Miller re. Relativity and Document Depository procedure (1.1); Correspondence with CDS re. Relativity procedures, adding new users, and database access issues (1.4). | 2.90 hrs. |
| 08/24/12 | L. O'NEILL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 7.90 hrs. |
| 08/24/12 | S. R. RIVERA | Reviewed ███████████████████ | 2.40 hrs. |
| 08/24/12 | T. J. MCCORMACK | Confers with team members on overall status, interview options, document review and analysis status (0.8); review summaries of legal issues (0.7); review ███████ ███████ (0.6); ███████ (1.3). | 3.40 hrs. |
| 08/24/12 | V. DUNN | Review and analysis of transaction documents and preparation of related transaction summaries. | 2.30 hrs. |
| 08/24/12 | M. BALDWIN | Review and analysis of documents and preparation of related transaction summaries (5.7) | 5.70 hrs. |
| 08/24/12 | H. SEIFE | Review team emails regarding status of document production. | 0.80 hrs. |
| 08/24/12 | R. BALL | Reviewed materials and analysis re ███████████████ | 2.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    60
NEW YORK, NY 10036


| 08/24/12 | R. A. SCHWINGER | E-mails with E.Miller and L.Moloney re Document Depository procedure issues (0.4); E-mails with team and ████████████ ██████████████████ (0.6). | 1.00 hrs. |
|---|---|---|---|
| 08/24/12 | G. GODWIN | Review and identify and prepare key production documents for use by attorneys. | 6.60 hrs. |
| 08/24/12 | A. CORONIOS | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation ██████████ (3.8) | 3.80 hrs. |
| 08/24/12 | E. M. MILLER | Review ████████████████████ ████ (0.7) Review and exchange emails with M Ashley regarding Relativity tagging and document reviewer's guide (0.9) Revise and finalize reviewer's guide (1.5)  Prepare background materials for document reviewer's meeting (0.8) Review and exchange emails with ████████ ████████████ (0.5) Review and exchange emails with L Moloney and J Lopez regarding document reviewer's meeting (0.3) Conference with L Moloney and J Lopez regarding document depository and document reviewers' meeting (1.0)  Phone call with M Ashley regarding same (0.5); further emails with M Ashley and B Schwinger regarding same (0.5) Review and exchange emails with A Voelker, M Fradman and P Asnani regarding ████████████ (0.5) Review and exchange emails with Mesirow regarding document request (0.4) | 7.60 hrs. |
| 08/24/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (0.8); conversation | 1.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   61

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | with J.Migdal regarding investigation materials (0.3). | |
| 08/24/12 | M. DISTEFANO | Review of documents re ███████ ███ (.8) | 0.80 hrs. |
| 08/24/12 | R. J. GAYDA | Review ████████ (3.1); review email correspondence from E. Miller re relevant documents (.2); ████ (.4); ████ (.8); review various documents in relativity re asset sales (1.4). | 5.90 hrs. |
| 08/25/12 | M. DISTEFANO | Call with P. Asnani re ██████ ████ (.4). | 0.40 hrs. |
| 08/25/12 | M. BALDWIN | Review and analysis of documents and preparation of related transaction summaries (.9). | 0.90 hrs. |
| 08/25/12 | M. S. TOWERS | Review of background materials in connection with investigation | 2.20 hrs. |
| 08/25/12 | Y. KUZNETSOV | Review of background documents in connection with investigation (1.4). | 1.40 hrs. |
| 08/25/12 | J. LOPEZ | ███████████████ (1.7); review and prepare documents to Relativity review site (1.1); review and compare August 25th production to August 9th production (2.3). | 5.10 hrs. |
| 08/25/12 | P. ASNANI | Phone call with M Distefano re: ████████ | 0.50 hrs. |
| 08/26/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries (3.8); review of background documents relating to the investigation (2.9). | 6.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   62
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/26/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 1.50 hrs. |
| 08/26/12 | A. VOELKER | ████████████████████ (4.6) | 4.60 hrs. |
| 08/26/12 | L. O'NEILL | Review of background documents in connection with investigation (2.2); review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.1). | 6.30 hrs. |
| 08/26/12 | T. J. MCCORMACK | Review materials summarizing ████ (0.5). | 0.50 hrs. |
| 08/26/12 | Y. KUZNETSOV | Review of background documents in connection with investigation (3.6) | 3.60 hrs. |
| 08/26/12 | E. M. MILLER | Review and exchange emails with M Ashley regarding ████ (0.2); Draft and send email to J Lopez regarding same (0.2)  Draft weekly document production status report (0.4)  Revise Relativity document index (0.3)  Draft and send email to J Lopez regarding same (0.1) | 1.20 hrs. |
| 08/27/12 | C. L. RIVERA | Call (0.1) and correspondence (0.2); with C. Child re: ████; correspondence to M. Baldwin re: ████ (0.2); call with M. Blackburn re: same (0.1). | 0.60 hrs. |
| 08/27/12 | E. M. MILLER | Prepare for meeting with reviewers regarding review of documents in Relativity (0.9)  Attend meeting with review team regarding same (1.6)  Review and exchange emails with paralegal team regarding review and preparation of ████ (0.8) | 9.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   63

██████████████████████████
(0.6)   Review and exchange emails
with reviewers regarding review of
documents in Relativity (0.6)
Review and exchange emails with
team regarding ████████████
█████████████████████   (0.5)
Meeting with J Lopez regarding
████████████████████
████, Relativity review, weekly
document status report and index
to documents in Relativity (1.0)
Revise weekly document production
status report (0.8)   Revise index
to documents in Relativity (0.4)
Phone call with Mesirow regarding
███████████████████████
(0.5)
██████
(0.3)
███████████████████████  (0.4)
██████████████████████
(0.8)   Review
and exchange emails with B
Schwinger regarding same (0.2)
Revise summary memo regarding
██████████████████████████
███████   (0.5).

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/27/12 | D. M. LeMAY | Two emails to C&P team re ██████████ | 0.80 hrs. |
| 08/27/12 | W. A. GREASON | Meeting with A. Price to discuss status and new documents (.4); review and analysis of documents and preparation of related transaction summary (.8); review ████ (1.7). | 2.90 hrs. |
| 08/27/12 | G. GODWIN | Review and preparation of various key review documents for attorney review (3.8); prepare related indices (1.6) | 5.40 hrs. |
| 08/27/12 | A. CORONIOS | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation ██████████ | 2.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   64
NEW YORK, NY 10036


| 08/27/12 | M. DISTEFANO | Preparation for document review meeting (.2); attend document review team meeting (1.4); conference with S. Rivera re Ally bank transaction and third party claims team progress (.5); drafted emails to team re same (.7). | 2.80 hrs. |
|---|---|---|---|
| 08/27/12 | R. J. GAYDA | Email correspondence with Asset sales and subservicing teams re meetings (.3); review subservicing stipulation and related statements (2.3); prepare report for same (1.1). | 3.70 hrs. |
| 08/27/12 | T. J. MCCORMACK | Review/analyze issues re: production of documents from ResCap and affiliates and other entities (1.3); review request to advisors (0.4). | 1.70 hrs. |
| 08/27/12 | S. R. RIVERA | Reviewed materials re: Bank Transaction. | 1.20 hrs. |
| 08/27/12 | M. BALDWIN | Review and analyze documents and prepare related summaries (1.5); review background documents in connection with investigation (.5); correspondence with team regarding review (.5). | 2.50 hrs. |
| 08/27/12 | P. GOODMAN | Attend meeting to address document review in connection with investigation. | 1.40 hrs. |
| 08/27/12 | R. A. SCHWINGER | Attend portion of meeting with document reviewers (led by M. Ashley, E. Miller) (0.7); Review, mark up C. Child's latest revised versions of document requests to advisors (0.9); TCs, e-mails with E. Miller, J. Lopez re ███████ (0.4); various e-mails with team and to ███████ (1.6); ██████ list of additional document categories to request from ███████ (0.6); E-mails with J. Lopez re access rights to Document Depository | 5.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   65
NEW YORK, NY 10036

|            |                |                                                                                                                                                                                                                           |           |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | (0.3); Meeting with J. Lopez re documents produced ██████ (0.2); Review, revise document production/review chart (0.7).                                                                                                    |           |
| 08/27/12   | L. O'NEILL      | Team meeting re document review status and planning (1.3); review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.9).                    | 6.20 hrs. |
| 08/27/12   | B. DYE          | Attend team meeting to discuss status of document review.                                                                                                                                                                   | 1.40 hrs. |
| 08/27/12   | A. M. BARTELL   | Review background materials in connection with investigation in preparation for document review meeting (0.8); participate in document review meeting (1.4).                                                                | 2.20 hrs. |
| 08/27/12   | C. BUGEL        | Attend meeting with document reviw team regarding status and planning (1.4); Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.4). | 7.80 hrs. |
| 08/27/12   | W. BAKARE       | Review and analyzis of ██████████████████████████ (6.4); meeting with E.Miller re status of review (.4).                                                                                                                   | 6.80 hrs. |
| 08/27/12   | T. P. CASTELL   | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation.                                                                                    | 2.10 hrs. |
| 08/27/12   | A. VOELKER      | Attended ResCap document review meeting (1.3); reviewed ResCap board minutes and prepared related summary of board meetings (5.6).                                                                                          | 6.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   66
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/27/12 | M. S. TOWERS | Attended FirstTier substantive document review internal team meeting (1.3); review of background materials in connection with investigation (4.3) | 5.60 hrs. |
| 08/27/12 | R. M. KIRBY | Attendance at meeting hosted by M. Ashley for document review and interview preparation teams concerning document review process. | 1.40 hrs. |
| 08/27/12 | E. WEISSMAN | Attend meeting with team and vendor rep re: Relativity document review (1.5) | 1.50 hrs. |
| 08/27/12 | J. P. NARVAEZ | Internal Meeting to discuss Document Review/Interview Preparation process and requirements (1.4). Reviewed background materials and presentations (1.3). | 2.70 hrs. |
| 08/27/12 | J. RAMADEI | Meeting with document review team to review guidelines, case background and investigation planning (1.4); review related background materials and guidelines (.9). | 2.30 hrs. |
| 08/27/12 | M. BLACKBURN | Meeting with M. Ashley, B. Miller and team re: document review and Relativity database. | 1.50 hrs. |
| 08/27/12 | Y. KUZNETSOV | Review and analysis of documents and preparation of related transaction summaries (2.8); conference with Z.Mohiuddin regarding review process (.2). | 2.80 hrs. |
| 08/27/12 | M. D. ASHLEY | Reviewed materials relating to document review planning and protocol meeting and interview issues (2.9); meeting with E. Miller in preparation for team document review planning and protocol meeting (.4); led document review planning and protocol meeting (1.4). | 4.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   67
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/27/12 | Z. MOHIUDDIN | Attend meeting of document review team (1.4). Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.1). | 5.50 hrs. |
| 08/27/12 | J. M. MIGDAL | Attend Relativity training session regarding document identification in connection with Examiner investigation (1.4); preparation of detailed chart summarizing financing documents reviewed to date including missing documents (3.1); review and analysis of financing documents and preparation of related transaction summaries (3.7). | 8.20 hrs. |
| 08/27/12 | M. FRADMAN | Continue to review/analyzie ResCap documents (4.7) and preparing binders with key documents (3.2); meeting with E. Miller regarding: document review status and next steps (.5). | 8.40 hrs. |
| 08/27/12 | J. LOPEZ | Review team meeting re Relativity and document production (1.6); Meeting with E. Miller re received and loaded documents in Relativity and Depository (1.0); prepare updated weekly review production status report (0.6); prepared updated production tracking spreadsheet (0.8); prepare and upload Schulte Roth & Zabel confidential documents to depository (0.5); prepare and upload documents to Relativity review site (0.6) | 5.10 hrs. |
| 08/27/12 | P. ASNANI | Attend team meeting to discuss review of documents and planning. | 1.20 hrs. |
| 08/27/12 | A. PRICE | Review and revisions to transaction summaries of affiliate transactions. | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                      August 31, 2012
1177 AVENUE OF THE AMERICAS                           Page   68
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/27/12 | A. PRICE | Meeting with B. Greason to discuss status of corporate transaction review and strategy for coming week. | 0.40 hrs. |
| 08/27/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 3.80 hrs. |
| 08/27/12 | C. MILLER | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 1.50 hrs. |
| 08/28/12 | A. PRICE | Review of background documents ██████████ in connection with investigation. | 4.80 hrs. |
| 08/28/12 | A. PRICE | Review and analysis of documentation and prepare related transaction summaries. | 2.10 hrs. |
| 08/28/12 | M. FRADMAN | Meeting with E. Miller regarding: document review and steps going forward (.5); review/analysis of ██████ (3.7); prepare binders of key ████████ (2.8); emails with team regarding work plan (.4). | 7.40 hrs. |
| 08/28/12 | J. M. MIGDAL | Prepare for Financing Transaction Group Team meeting (.4); revise chart summarizing financing document reviews (2.7); review of background documents relating to the investigation (2.1). | 5.20 hrs. |
| 08/28/12 | Z. MOHIUDDIN | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.2). | 4.20 hrs. |
| 08/28/12 | M. BLACKBURN | Review transaction documentation. | 1.70 hrs. |
| 08/28/12 | P. ASNANI | Review of third party pleadings | 4.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page    69
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/28/12 | M. S. TOWERS | Review of background documents in connection with Examiner's investigation | 0.80 hrs. |
| 08/28/12 | A. VOELKER | Reviewed ██████████████ (11.4); conferences with B.Miller re same (.4). | 11.80 hrs. |
| 08/28/12 | J. LOPEZ | Conference call with E. Miller and Kirkland & Ellis re ████████ ████████████ (1.1). | 1.10 hrs. |
| 08/28/12 | J. F. FINNEGAN | Meeting of Asset Sales team re status transaction analysis and interview preparation (0.8). | 0.80 hrs. |
| 08/28/12 | W. BAKARE | Review/analysis of ████████ ████████████████ (9.1); conference with B.Miller re status of review (.3). | 9.40 hrs. |
| 08/28/12 | C. BUGEL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 7.20 hrs. |
| 08/28/12 | A. M. BARTELL | Review background materials in connection with investigation. | 4.20 hrs. |
| 08/28/12 | L. O'NEILL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 10.80 hrs. |
| 08/28/12 | R. A. SCHWINGER | TCs with E. Miller ████████ ████████████ (0.4); E-mails, TC to ████████████ (0.7); conference with T.McCormack regarding document review issues (1.2). | 2.30 hrs. |
| 08/28/12 | P. GOODMAN | Analysis of documents in connection with investigation. | 1.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    70
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/28/12 | H. SEIFE | Review of ████████████████. | 2.30 hrs. |
| 08/28/12 | M. BALDWIN | Telephone calls with Ms. Rivera (.2); prepare document templates (1.2); correspondence with team regarding same (.4); review and analyses of documents (1.0). | 2.80 hrs. |
| 08/28/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (loan agreements) and prepared related summaries. | 3.60 hrs. |
| 08/28/12 | S. CHAN | Conference with E.Miller re: ██████ (0.5); review and analysis of ██████ (5.7) and prepare binders of key documents for attorney review (1.7). | 7.90 hrs. |
| 08/28/12 | T. J. MCCORMACK | Confer R. Schwinger on discovery/document issues (1.1); confer E. Miller on ██████ (1.0); t/c with J. Atkinson at Mesirow on investigation, legal/financial analysis and upcoming tasks (1.4); ██████ (2.1). | 5.60 hrs. |
| 08/28/12 | R. J. GAYDA | ██████ (3.1); meeting with Greason and J. Finnegan re same (.5). | 3.60 hrs. |
| 08/28/12 | M. DISTEFANO | Review of background documents re Ally bank transaction (.7); review of documents re third party claims (1.1). | 1.80 hrs. |
| 08/28/12 | Y. KUZNETSOV | Review and analysis of documents and preparation of related transaction summaries (4.7). | 4.70 hrs. |
| 08/28/12 | G. GODWIN | Review and preparation of various key produced documents for attorney review (2.8) prepare related indices (1.1). | 3.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   71
NEW YORK, NY 10036


08/28/12   W. A. GREASON        ██████████████████ (4.2);        4.90 hrs.
                                conference with J. Finnegan and R.
                                Gayda to discuss status of asset
                                sale reviews (.7)

08/28/12   C. L. RIVERA         Call with S. Berson re:          1.60 hrs.
                                postpetition docs for review
                                (0.2); reviewing case
                                activity/docket/documents in
                                connection with postpetition
                                review (0.9); correspondence to M.
                                Blackburn and M. Baldwin re:
                                questions on docs for interviews
                                (0.5).

08/28/12   E. M. MILLER         Review and exchange emails with   10.20 hrs.
                                paralegal team regarding ██████
                                ██████████
                                ██████████ (0.4)  Conferences
                                with paralegal team regarding same
                                (1.1)  Phone call with T McCormack
                                regarding ████████████████████
                                ████████████████ (0.9)  Draft
                                and send email to team regarding
                                same (0.3)  Review and exchange
                                emails with ██████████████████
                                ████████ (0.3) Phone calls
                                with A Voelker regarding ████████
                                ██████████████████ (0.5)
                                ████████████████████████████████
                                (1.5)  Draft and send email to T
                                McCormack regarding same (0.2)
                                Review emails from Mesirow
                                regarding missing documents (0.4)
                                Phone call with Mesirow regarding
                                same (0.7) Draft and send email to
                                B Schwinger and C Child regarding
                                same (0.2) Phone call with C Child
                                regarding same (0.2) Review and
                                exchange emails with B Schwinger
                                and C Child regarding document
                                requests (0.3)  Review and
                                exchange emails with document
                                reviewers and J Lopez regarding
                                further Relativity training (0.4)
                                 Review and exchange emails with
                                team regarding ██████████████████
                                ██████████████████████ (0.4)
                                ██████████ (0.5)

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page    72
NEW YORK, NY 10036


███████ and J Lopez regarding
re-production of documents (0.9)
Phone call with J Lopez regarding
same (0.3)  Review and exchange
emails with B Schwinger regarding
same (0.3)   Review and exchange
emails with document reviewers in
responsed to document questions
(0.4)

| | | | |
|---|---|---|---|
| 08/29/12 | C. L. RIVERA | Reviewing postpetition financing and sale documentation (1.3); correspondence re: same to S. Berson (0.4) | 1.70 hrs. |
| 08/29/12 | E. M. MILLER | Review and exchange emails with paralegal team regarding review and preparation of ███████ (0.7)  Follow-up meetings with paralegal team regarding same (1.6)  Phone calls with M Ashley and A Voelker regarding ███████ (0.8)  Review and exchange emails with M Ashley regarding Relativity document review (0.3)  Review and exchange emails with reviewers regarding same and regarding Relativity issues (0.4)  Draft and send email to M Ashley and T McCormack regarding review ███████ (0.4)   Phone call with ███████ (0.3)  Review and exchange emails with B Schwinger regarding same (0.2)  Phone call with B Schwinger and ███████ (0.8)  Review and exchange emails with Mesirow and C Child regarding document requests (0.4)   Phone call with M Ashley regarding board material review and preparation for interviews (0.5)  Phone call with T McCormack and team regarding same (0.8) | 7.20 hrs. |
| 08/29/12 | D. M. LeMAY | Review Stage 1 transactional summaries. | 3.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    73
NEW YORK, NY 10036


| 08/29/12 | G. GODWIN | Review and prepare ██████████ | 1.60 hrs. |

| 08/29/12 | C. CHILD | Meeting with T.McCormack and team re litigation planning of upcoming tasks. | 1.10 hrs. |

| 08/29/12 | Y. KUZNETSOV | Review and analysis of documents and preparation of related transaction summaries (7.4). | 7.40 hrs. |

| 08/29/12 | M. DISTEFANO | Review of background filings re ████████ (1.2); drafted memo re same (3.7); drafted emails to third party team re third party claims document review (.3). | 5.20 hrs. |

| 08/29/12 | R. J. GAYDA | ████████ (3.6). | 3.60 hrs. |

| 08/29/12 | S. R. RIVERA | Reviewed and analyzed ████████ (3.1); phone calls and correspondence w/working group re: same (.5). | 3.60 hrs. |

| 08/29/12 | S. R. RIVERA | Reviewed and analyzed ████ (.9); review related discovery documents (.5). | 1.40 hrs. |

| 08/29/12 | T. J. MCCORMACK | Confer litigation team on overall factual analysis/development, discovery and interview planning (1.0). | 1.00 hrs. |

| 08/29/12 | W. A. GREASON | ████████ (3.8); meeting with B. Miller to review ████████ (.4); ████ (.8). | 5.00 hrs. |

| 08/29/12 | S. CHAN | Attended meeting with E.Miller re: ████ (0.5); ████ (7.8); prepare binders of ████ for attorney use (4.7). | 13.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   74
NEW YORK, NY 10036

08/29/12    S. BERSON          Prepared list of potential            5.90 hrs.
                               interview questions relating to
                               ▓▓▓▓▓▓▓▓▓▓▓ (3.3).  Review of
                               documents produced in connection
                               with ▓
                               ▓▓▓▓▓▓▓ and prepared summaries
                               ▓ (2.6)

08/29/12    M. BALDWIN         Various correspondence with team      0.50 hrs.
                               regarding document review.

08/29/12    H. SEIFE           Review of RMBS motion (Trustee).      0.40 hrs.

08/29/12    H. SEIFE           Review of ▓▓▓▓▓▓.                     2.70 hrs.

08/29/12    N. T. ZINK         Review of ▓▓▓▓▓▓▓▓ (.3).             0.30 hrs.

08/29/12    R. A. SCHWINGER    TC with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             5.50 hrs.
                               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                               ▓ (0.1); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                               ▓ (0.8); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.4);
                               ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                               ▓▓▓▓▓▓▓▓▓▓▓▓ (1.3),
                               and meet-and-confer re same (1.2);
                               E-mail to M. Towers re tracking of
                               subpoenas (0.2), and meeting with
                               K. Zafran managing tracking of
                               subpoenas and document productions
                               (0.5).

08/29/12    R. A. SCHWINGER    E-mail to M. Towers re additional     0.40 hrs.
                               information gathering for
                               ▓▓▓▓▓▓▓▓ (0.4).

08/29/12    R. BALL            Conf. call w/T. McCormack and team    2.10 hrs.
                               re ▓▓▓▓▓▓▓▓▓ (.9); follow-up emails with
                               T. McCormack re same (.3);
                               conferred w/paralegal re status of
                               ▓▓▓▓▓▓▓▓▓▓▓ (.1);
                               ▓▓▓▓▓▓▓▓▓▓▓▓▓ (.8).

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   75
NEW YORK, NY 10036


| 08/29/12 | L. O'NEILL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (2.9); review and summarize ███████ (4.5). | 7.40 hrs. |

| 08/29/12 | M. FRADMAN | Meeting with E. Miller regarding: ██████ (.4); ███████ (6.2); prepare binders of key board documents for attorney review (4.2). | 10.80 hrs. |

| 08/29/12 | K. ZAFRAN | Review document production from ███████ (.6); prepare same for production folder (.3). | 0.90 hrs. |

| 08/29/12 | W. BAKARE | Review/analysis of ███████ (7.7); conference with B.Miller regarding status of review (.4). | 8.10 hrs. |

| 08/29/12 | C. BUGEL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 8.70 hrs. |

| 08/29/12 | M. S. TOWERS | Call with E. Miller re: ██████ (.4); drafted and sent emails to ███████ (.3) | 0.70 hrs. |

| 08/29/12 | A. VOELKER | Reviewed ███████ (11.4); conf. with E. Miller and paralegals to discuss status of document review (0.5) | 11.90 hrs. |

| 08/29/12 | E. WEISSMAN | Review Relativity upgrade issues in connection with document review w/J. Lopez. | 2.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   76
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/29/12 | M. D. ASHLEY | Call with T. McCormack, R. Ball and team regarding status of review, interview planning and preparation (1.0). | 1.00 hrs. |
| 08/29/12 | J. RAMADEI | Review presentations to examiner by debtors, Ally and unsecured creditors committee | 5.20 hrs. |
| 08/29/12 | Z. MOHIUDDIN | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (5.2). | 5.20 hrs. |
| 08/29/12 | M. D. ASHLEY | Conferences with B.Miller and team regarding ████████████████ (.6); conference with B.Miller regarding interview preparation (.4); emails with B.Miller regarding status of document review (.4). | 1.40 hrs. |
| 08/29/12 | J. M. MIGDAL | Review of Mesirow background materials relating to the investigation (.8); review list of witness questions relating to Financing Documents (.6). | 1.40 hrs. |
| 08/29/12 | I. TUSHE | Review and prepare financial and transaction documents for P.Goodman. | 2.10 hrs. |
| 08/29/12 | J. LOPEZ | Review and prepare ████████████████ (0.7); prepare and upload documents to Relativity review site(0.6) | 1.30 hrs. |
| 08/29/12 | P. ASNANI | Review and analysis of Third Party litigation cases (5.9). | 5.90 hrs. |
| 08/29/12 | A. PRICE | Review of ████████████████ | 6.60 hrs. |
| 08/30/12 | A. PRICE | Review of background materials in connection with investigation. | 4.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    77
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/30/12 | A. PRICE | Updating transaction summaries of affiliate transactions following review of ████ | 2.40 hrs. |
| 08/30/12 | P. ASNANI | Review and analysis of ████ ████ | 7.10 hrs. |
| 08/30/12 | J. CARR | Meeting with Elizabeth Miller to discuss ████ (.8), ████ (5.9) and prepare binders of documents for attorney review (2.6). | 9.30 hrs. |
| 08/30/12 | J. LOPEZ | ████ (2.7); prepare documents to Relativity review site (1.6); attendance at Relativity session re document review (0.6). | 4.90 hrs. |
| 08/30/12 | M. FRADMAN | Meeting with E. Miller regarding: document review scope and steps going forward (.2); ████ (7.6); prepare binders of key documents for attorney review (4.7); emails with team regarding work plan (.3). | 12.80 hrs. |
| 08/30/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 4.90 hrs. |
| 08/30/12 | Z. MOHIUDDIN | Attend team meeting on Relativity in connection with document review (.7); review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.6). | 5.30 hrs. |
| 08/30/12 | J. RAMADEI | Attend meeting with review team to review Relativity procedures in connection with document review. | 0.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   78
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/30/12 | M. BLACKBURN | Attend Relativity document review session. | 0.80 hrs. |
| 08/30/12 | A. VOELKER | Review and revise chart reflecting summaries of ResCap board of directors meetings (0.9). | 0.90 hrs. |
| 08/30/12 | W. BAKARE | Review/analysis of ████████ ██████████████████████ | 6.30 hrs. |
| 08/30/12 | T. P. CASTELL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 1.50 hrs. |
| 08/30/12 | C. BUGEL | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.10 hrs. |
| 08/30/12 | L. O'NEILL | Attend Relativity session for document review. | 0.80 hrs. |
| 08/30/12 | A. M. BARTELL | Review background materials in connection with investigation (0.7); attend Relativity session regarding document review (0.6); telephone call with E. Miller re: document review and Relativity tagging (0.4). | 1.70 hrs. |
| 08/30/12 | R. BALL | Reviewed ███████████ (3.2); emails w/E. Miller re ████████████ (.2). | 3.40 hrs. |
| 08/30/12 | P. GOODMAN | Preparing capsule summaries for bank and financing transaction outlines (3.4); preparing transaction capsule summary for sale transaction outlines (1.8); preparing transaction capsule summary for goverment transaction outlines (2.0). | 7.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   79
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/30/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (loan agreements) and prepared related summaries. | 6.30 hrs. |
| 08/30/12 | S. CHAN | Attended team meeting re: ▮▮▮ (0.8); review and analysis of ▮▮▮ (7.2); prepare binders of key ▮▮▮ for attorney review (4.4). | 12.40 hrs. |
| 08/30/12 | S. R. RIVERA | Reviewed and analyzed ▮▮▮ | 2.30 hrs. |
| 08/30/12 | W. A. GREASON | Worked on review of ▮▮▮ (1.3); ▮▮▮ (.2); review and analysis of documents and preparation of related summaries (1.6). | 3.10 hrs. |
| 08/30/12 | R. J. GAYDA | Review and analysis of ▮▮▮ | 2.50 hrs. |
| 08/30/12 | M. DISTEFANO | Drafted emails to team re ▮▮▮ (.3); ▮▮▮ (6.8); ▮▮▮ (.2); ▮▮▮ (4.4); call with A. Voelker re choice of law analysis (.2). | 11.90 hrs. |
| 08/30/12 | Y. KUZNETSOV | Review and analysis of documents and preparation of related transaction summaries (6.4). | 6.40 hrs. |
| 08/30/12 | Y. KUZNETSOV | Attend team meeting with review team re: document review in Relativity (0.7). | 0.70 hrs. |
| 08/30/12 | C. CHILD | Review of background materials in connection with investigation and ▮▮▮. | 0.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    80
NEW YORK, NY 10036


08/30/12   E. M. MILLER          Phone conference with Mesirow         8.90 hrs.
                                 regarding ███████████████████
                                 ████████████████ (0.7) Phone
                                 call with ████████████████████
                                 ███████████ (0.2) Review
                                 and exchange emails with paralegal
                                 team regarding review and
                                 preparation of ████████████████
                                 ████████ (0.3) ████████████████
                                 ████████████████████████████
                                 ████████████ (0.8)  Phone calls
                                 with A Voelker regarding ██████
                                 ████████████████████ (0.4)
                                 Phone with M Ashley regarding same
                                 (0.3) Phone call with court
                                 reporter regarding
                                 recording/transcription of
                                 interviews (0.4) Draft and send
                                 emails to M Ashley and team
                                 regarding same (0.3) ████████████
                                 ████████████████████████████████
                                 ███████████ (0.3) follow up calls with
                                 team regarding same (0.3)  Attend
                                 Relativity session in connection
                                 with document review (0.8) Phone
                                 call with reviewer regarding
                                 document review issues (0.2) ██████
                                 ████████████████████████ (0.4)
                                 Draft and send email to M Ashley
                                 regarding same (0.1)  Phone call
                                 with M Towers regarding Synthesis
                                 issues (0.3)  Phone call with C
                                 Child regarding ████████████████
                                 ████████████████████████ (0.4)
                                 Phone call with A Bartell re same
                                 (0.5)  Meeting with P Asnani
                                 regarding posting of ResCap
                                 supplemental materials to shared
                                 drive (0.2) ████████████████████
                                 ████ (1.2)  Draft and send email to M
                                 Ashley regarding same (0.3)
                                 Review Mesirow draft chart
                                 regarding ████████████████████████
                                 (0.5).


08/31/12   E. M. MILLER          Meetings with paralegal team         10.30 hrs.
                                 regarding ████████████████████
                                 ████████████████ (1.2)  Draft table
                                 of contents for ████████████████
                                 ████████████████

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   81
NEW YORK, NY 10036

(0.8) ███████████████
██████████████████ (1.1)
Phone call with M Ashley regarding
interview planning and related
issues (0.3)  Phone call with M
Towers regarding same (0.2) Phone
call with ████████████████████
████████████ (0.4)  Meeting with J
Lopez regarding regarding weekly
status report on document
production (0.5) ████████████████
███████████ (0.5)  Follow-up email
to M Ashley regarding same (0.3)
Review pdfs of ████████████████
same to shared drive (0.3)   Review
Relativity regarding ████████████
██████ (0.6)  Phone call with J
Lopez regarding Relativity search
issues (0.2) Follow-up email with
J.Lopez regarding same (0.2)
Phone call with M Ashley regarding
Relativity issues (0.2)  Meeting
with R Schwinger regarding
document productions (0.3) Draft
and send email to ████████████████
(0.3)  Draft and send email to
team regarding ███████████████
████ (0.2)  Phone calls with
team members regarding Relativity
document review (0.6) Phone call
with R Ball regarding ResCap board
materials (0.3) Review Relativity
regarding same (0.7)  Draft and
send email to R Ball regarding
█████████████ (0.2)  Draft and
send email to reviewers regarding
Relativity document review issues
(0.4).

08/31/12   D. M. LeMAY        Review of ████████████.          1.40 hrs.

08/31/12   S. BUZAGLO         Meeting with team regarding       6.30 hrs.
                             preparation of ██████████████
                             ███████████████
                             ███ (.8);
                             █████████████ (3.2) and prepare
                             binders of documents for attorney

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    82
NEW YORK, NY 10036

review (2.3).

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/31/12 | C. CHILD | ███████████████████████ | 0.90 hrs. |
| 08/31/12 | G. GODWIN | ███████████████████████ and related materials for attorney review. | 0.90 hrs. |
| 08/31/12 | Y. KUZNETSOV | Review of team emails in connection with document review process (0.4). | 0.40 hrs. |
| 08/31/12 | M. DISTEFANO | Review of documents with respect █████████ (.4); calls with T. McCormick and M. Ashley re █████████ (.2); Review of ██ (.6); review of █████ (1.9); review of emails and documents related to the ███ ██████████ (.9). | 4.00 hrs. |
| 08/31/12 | T. J. MCCORMACK | Status conference with M. Ashley re: interviews, document review and related issues (0.4). | 0.40 hrs. |
| 08/31/12 | S. CHAN | Attended meeting re: document review (0.5); review and identify █████████████ from production for attorney review (9.5). | 10.00 hrs. |
| 08/31/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (loan agreements) and prepared summaries. | 3.80 hrs. |
| 08/31/12 | P. GOODMAN | Conference with McSweeny and Stenger regarding investiation background for document review. | 0.30 hrs. |
| 08/31/12 | H. SEIFE | Review of ███████████████. | 3.40 hrs. |
| 08/31/12 | M. BALDWIN | Various correspondence with team regarding review of documents. | 0.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    83
NEW YORK, NY 10036


08/31/12    R. A. SCHWINGER      Preparing summary of document        3.80 hrs.
                                 production status from all
                                 subpoenaed parties to date (1.3);
                                 Revising report re document
                                 production/review statistics
                                 (0.7); E-mails with ██████████
                                 ████████████████████ (0.5);
                                 Meeting with E. Miller re latest
                                 documents received (0.3);
                                 follow-up call with ██████████
                                 ████ (0.2); ████████████████████
                                 ████████████████████████████████
                                 ████████████████████████████████
                                 ████████ (0.4); ████████████████
                                 ████ (0.4).

08/31/12    R. BALL              ██████████ (3.6); prepared/reviewed notes re    4.30 hrs.
                                 same (.4); emails w/E. Miller re
                                 ██████████ (.3).

08/31/12    L. O'NEILL           Review and analysis of ████████    5.20 hrs.
                                 ████████████████████████████████
                                 ████ (4.4); Review of documents
                                 produced in connection with
                                 Examiner investigation in
                                 accordance with Court Order
                                 Approving Scope of Investigation
                                 (.8).

08/31/12    C. BUGEL             Review of documents produced in    3.60 hrs.
                                 connection with Examiner
                                 investigation in accordance with
                                 Court Order Approving Scope of
                                 Investigation.

08/31/12    C. BUGEL             ████████████████████████████████.    7.10 hrs.

08/31/12    T. P. CASTELL         Review of documents produced in    1.50 hrs.
                                 connection with Examiner
                                 investigation in accordance with
                                 Court Order Approving Scope of
                                 Investigation.

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    84
NEW YORK, NY 10036


| 08/31/12 | J. A. STENGER | Conference with Phil Goodman regarding background of review (0.4); review First Day Affidavit and presentations to examiner regarding preparation for document review (2.8). | 3.20 hrs. |
|---|---|---|---|
| 08/31/12 | A. VOELKER | Phone conference with E. Miller and L. O'Neill ████████ (0.4); follow up conference with L.O'Neill re same (0.2). | 0.60 hrs. |
| 08/31/12 | Z. MOHIUDDIN | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (.6). | 0.60 hrs. |
| 08/31/12 | M. D. ASHLEY | Call with E. Miller regarding document production and review issues (.3); meeting with R. Schwinger regarding discovery requests to parties (.2); reviewed related materials (.5); call with E.Miller regarding interview preparation and related issues (.3); call with T.McCormack regarding document review status and interview preparation (.4). | 1.70 hrs. |
| 08/31/12 | J. M. MIGDAL | Research Relativity for missing financing documents (1.2); update chart summarizing financing document review (.8); prepare transaction summaries for Mesirow review (2.6); review and analysis of financing documents and preparation of related transaction summaries (2.8) | 7.40 hrs. |
| 08/31/12 | M. FRADMAN | Meeting with E. Miller regarding: ████████ (.9); ████████████████████ (4.6); emails with team regarding work plan (.4) | 5.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   85
NEW YORK, NY 10036


08/31/12   J. CARR          Review/analysis of ██████████          6.90 hrs.
                            ██████████
                            (4.3); prepare binders of
                            materials for attorney review
                            (2.6).


        Total Fees for Professional Services............$1,231,775.00



                    TIMEKEEPER SUMMARY

  Timekeeper's Name          Rate      Hours           Amount

  A. CORONIOS                875.00     32.90           28787.50
  D. M. LeMAY                925.00      6.50            6012.50
  H. SEIFE                   995.00     15.30           15223.50
  J. F. FINNEGAN             755.00     28.10           21215.50
  N. T. ZINK                 855.00      9.10            7780.50
  R. A. SCHWINGER            825.00     84.00           69300.00
  T. J. MCCORMACK            875.00     28.50           24937.50
  W. A. GREASON              845.00     60.60           51207.00
  J. A. STENGER              645.00      3.20            2064.00
  M. D. ASHLEY               695.00     62.00           43090.00
  A. PRICE                   655.00    129.80           85019.00
  C. BUGEL                   625.00     66.10           41312.50
  C. CHILD                   695.00      6.30            4378.50
  E. M. MILLER               655.00    165.50          108402.50
  F. VAZQUEZ                 665.00       .70             465.50
  J. M. MIGDAL               655.00    118.80           77814.00
  J. RAMADEI                 655.00      8.40            5502.00
  M. BALDWIN                 795.00     38.30           30448.50
  M. BLACKBURN               655.00     14.20            9301.00
  P. GOODMAN                 695.00     22.10           15359.50
  R. BALL                    725.00     21.70           15732.50
  S. BERSON                  745.00     67.00           49915.00
  T. P. CASTELL              655.00      5.10            3340.50
  V. DUNN                    825.00     39.20           32340.00
  G. GODWIN                  260.00     18.40            4784.00
  J. CARR                    265.00     16.20            4293.00
  J. LOPEZ                   235.00     22.10            5193.50
  L. MENDOZA                 270.00     25.20            6804.00
  M. FRADMAN                 280.00     98.20           27496.00
  S. BUZAGLO                 280.00      6.30            1764.00
  S. CHAN                    280.00     43.30           12124.00
  W. BAKARE                  260.00     79.80           20748.00
  A. M. BARTELL              625.00      8.10            5062.50
  A. VOELKER                 495.00     49.00           24255.00
  C. L. RIVERA               665.00     12.00            7980.00

RESIDENTIAL CAPITAL LLC, DEBTORS                 August 31, 2012
1177 AVENUE OF THE AMERICAS                      Page   86
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| J. P. NARVAEZ | 565.00 | 21.00 | 11865.00 |
| L. O'NEILL | 595.00 | 56.70 | 33736.50 |
| M. B. SZYMANSKI | 655.00 | 12.10 | 7925.50 |
| M. S. TOWERS | 595.00 | 26.90 | 16005.50 |
| R. J. GAYDA | 655.00 | 60.10 | 39365.50 |
| R. M. KIRBY | 595.00 | 2.10 | 1249.50 |
| S. BLOOMFIELD | 285.00 | 1.20 | 342.00 |
| S. R. RIVERA | 745.00 | 63.70 | 47456.50 |
| B. DYE | 565.00 | 1.40 | 791.00 |
| C. MILLER | 395.00 | 2.80 | 1106.00 |
| E. WEISSMAN | 270.00 | 4.10 | 1107.00 |
| I. TUSHE | 180.00 | 2.10 | 378.00 |
| K. ZAFRAN | 565.00 | .90 | 508.50 |
| L. F. MOLONEY | 330.00 | 46.10 | 15213.00 |
| M. DISTEFANO | 435.00 | 98.60 | 42891.00 |
| M. ROITMAN | 495.00 | 37.80 | 18711.00 |
| P. ASNANI | 435.00 | 72.00 | 31320.00 |
| Y. KUZNETSOV | 435.00 | 183.10 | 79648.50 |
| Z. MOHIUDDIN | 435.00 | 29.20 | 12702.00 |
| TOTALS | | 2133.90 | 1231775.00 |