RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                  Page    1


                              For Services Through August 31, 2012

Our Matter #21955.006
          RESCAP: WITNESS INTERVIEWS AND DISCOVERY


| 07/16/12 | R. J. GAYDA | Research re Rule 2004 subpoena issues (1.8). | 1.80 hrs. |
|---|---|---|---|
| 07/17/12 | R. J. GAYDA | Draft Rule 2004 subpoena motion (1.4). | 1.40 hrs. |
| 07/18/12 | R. J. GAYDA | Review and research 2004 subpoena order issues (2.3); discuss scope of Committee's 2004 motion with C. Rivera and M. Roitman (.3); draft 2004 motion for blanket subpoena power (4.6). | 7.20 hrs. |
| 07/19/12 | R. J. GAYDA | Research re Examiner 2004 motion and related orders (2.3); review, revise and finalize Rule 2004 subpoena motion and related order (5.9). | 8.20 hrs. |
| 07/19/12 | M. DISTEFANO | Conference with B. Gayda re standard confidentiality agreement (.1); researched same in context of prior examiner cases (.7). | 0.80 hrs. |
| 07/19/12 | M. ROITMAN | Review of Examiner interview process in similar Ch 11 case for consideration in ResCap examination (0.5); Correspond with H. Seife and D. LeMay re: same (0.2). | 0.70 hrs. |
| 07/20/12 | M. DISTEFANO | Reviewed various confidentiality stipulations (.8); conference with R.Gayda re: same (.3); drafted confidentiality agreement (1.2). | 2.30 hrs. |
| 07/20/12 | M. ROITMAN | ███████████ ███████(0.1); Review confidentiality agreement (0.5); confer with D. LeMay re: same (0.1); Review Examiner's approach to confidentiality agreements in similar ch 11 case (0.3); Correspond with D. LeMay re: same (0.2) | 1.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    2
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/20/12 | D. M. LeMAY | Review and revise Morrison & Foerster form of confidentiality agreement (1.4).  Conference w/R. Gayda regarding preparation of standard confidentiality for all producing parties (.4). | 1.80 hrs. |
| 07/20/12 | D. M. LeMAY | Work on NDA and protocol for document production (.7); conference with R.Gayda re: confidentiality agreement (.3). | 1.00 hrs. |
| 07/20/12 | R. J. GAYDA | Review draft protective agreement drafted by M. Distefano (1.2); review confidentiality agreements and protective orders filed in numerous other cases (2.2); review document depository agreement in similar ch. 11 case (.7); meet with D. LeMay re incorporating standard confidentiality agreement into Examiner Rule 2004 motion (.4); review MoFo confi (1.5); telephone call re MoFo confi with M. Distefano (.3); revise Rule 2004 motion to incorporate standard confi (2.1); conference with M.Ashley re: same (.2). | 8.60 hrs. |
| 07/20/12 | M. D. ASHLEY | Call with R. Gayda regarding confidentiality agreement issues (.2); reviewed materials relating to protective order (.6). | 0.80 hrs. |
| 07/21/12 | M. DISTEFANO | Drafted Omnibus Protective Order (1.4) | 1.40 hrs. |
| 07/22/12 | D. M. LeMAY | Review and comment on Morrison & Foerster confidentiality agreement (1.6).  Conference with M. Ashley and R. Gayda regarding same (.5). | 2.10 hrs. |
| 07/22/12 | R. J. GAYDA | Conference with D. LeMay and M. Ashley on MoFo confi agreement revisions (.6); review and revise agreement (1.6); email correspondence with D.LeMay and M.Ashley re same (.4). | 2.60 hrs. |
| 07/22/12 | H. SEIFE | Review of draft confidentiality agreement. | 0.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page     3
NEW YORK, NY 10036


| Date | Person | Description | Hours |
|---|---|---|---|
| 07/22/12 | M. D. ASHLEY | Emails (.2) and conference (.5) with D. LeMay, R. Gayda, Debtors' counsel regarding draft protective order; revised draft protective order (1.9) and reviewed related materials (.9). | 3.50 hrs. |
| 07/23/12 | R. A. SCHWINGER | Review M. Ashley's proposed revisions to confidentiality agreement tendered by Debtors (0.9); E-mails with M. Ashley re proposed revisions to confi with Debtors (0.7); conferences with M. Ashley re issues as to confi negotiations with Debtors (0.3). | 1.90 hrs. |
| 07/23/12 | D. M. LeMAY | Telephone conference w/M. Ashley regarding confidentiality agreement (.5). Email w/M. Ashley re: protective order (.4). | 0.90 hrs. |
| 07/23/12 | R. J. GAYDA | Review email correspondence with M.Ashley and team re revised confidentiality agreement with Debtors (.6) revised agreement (2.6); research re timing of draft Examiner 2004 motion (1.4). | 4.60 hrs. |
| 07/23/12 | R. M. KIRBY | E-mails w/M. Ashley re: confidentiality and non-disclosure issues concerning documents disclosed to Examiner. | 0.70 hrs. |
| 07/23/12 | M. D. ASHLEY | Conference with R. Schwinger regarding issues related to draft discovery protective order (.2); call with R. Gayda regarding draft discovery protective order (.3); call with D. LeMay regarding same (.4); call with J. Levitt (Debtors' counsel) regarding protective order issues (.3); revised drafts of discovery protective order (1.3); emails with R.Kirby re: confidentialty issues (.6); emails with D. LeMay, R. Schwinger, R. Gayda, MoFo regarding protective order issues (.8). | 3.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                      August 31, 2012
1177 AVENUE OF THE AMERICAS                           Page     4
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/24/12 | M. D. ASHLEY | Revised draft confidentiality agreement with Debtors (1.3); conference with R.Gayda re: same (.4); conference with R.Schwinger re: confidentiality negotiations with Debtors (.4); emails with Examiner (.4) and MoFo (.3) regarding draft confidentiality agreement. | 2.80 hrs. |
| 07/24/12 | R. M. KIRBY | Revising draft confidentiality agreement with Debtor as per M. Ashley. | 0.70 hrs. |
| 07/24/12 | R. J. GAYDA | Telephone call (.5) and email correspondence (.4) with M. Ashley re finalizing Mofo confi agreement; review and revise Rule 2004 motion (2.5). | 3.40 hrs. |
| 07/24/12 | R. A. SCHWINGER | Review proposed revisions to confi with Debtors (0.6); emails with M.Ashley re proposed revisions to confi with Debtors (0.6); conference with M. Ashley re issues as to confi negotiations with Debtors (0.3); review models for document depository order (1.3). | 2.80 hrs. |
| 07/25/12 | R. A. SCHWINGER | Work on drafting depository provisions for Examiner authorization order (2.1); Review draft of Examiner authorization order (0.4); Conference with M.Ashley re same (0.3). | 2.80 hrs. |
| 07/25/12 | R. J. GAYDA | Email correspondence with B. Schwinger and M. Ashley re confidentiality agreement (.4); review finalized MoFo confi (.4); review Committee confi (.8); draft revised Rule 2004 subpoena/confidentiality motion (2.4); draft global confidentiality order and related acknowledgement (2.4); research re same (1.7). | 8.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    5
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/25/12 | M. D. ASHLEY | Meeting with R. Schwinger regarding discovery and protective order issues (.3); reviewed materials relating to protective order (.6); emails with team regarding same (.4). | 1.30 hrs. |
| 07/26/12 | R. J. GAYDA | Meeting (.3) and telephone call with B. Schwinger (.4) re: document depository and protective order; draft 2004 subpoena, document depository and uniform protective order motion (6.6). | 7.30 hrs. |
| 07/26/12 | M. D. ASHLEY | Meeting with R. Schwinger regarding protective order issues (.4); call with R. Gayda regarding same (.1); various emails with team, counsel for parties regarding protective order and discovery issues (1.3); reviewed draft protective order motion papers and related materials (1.0). | 2.80 hrs. |
| 07/26/12 | R. A. SCHWINGER | Continued work on drafting insert for Examiner order re document depository (2.4); Draft additional text for Examiner motion addressing document depository (0.6); Review revised Examiner motion and revised protective order drafts from R. Gayda (0.7); Mark up revised Examiner motion (0.7) and revised protective order drafts from R. Gayda (0.4); Conference with M.Ashley re: protective order issues (.3); Meeting with R. Gayda re markups to his revised Examiner motion and revised protective order drafts (0.3). | 5.40 hrs. |
| 07/27/12 | R. A. SCHWINGER | Review and revisions of order and protective order for Examiner's motion (1.9);  E-mails re order and protective order for Examiner's motion with R. Gayda, D. LeMay, Mesirow (0.7); ███████ ███████████ (0.7); conference with | 4.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page     6
NEW YORK, NY 10036


                              M.Ashley re: protective order
                              issues (.4); ████████████
                              ███████████████████████████
                              ███████████████████████████
                              ███████████████████████████
                              ███████████████████████████
                              (0.3).

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/27/12 | M. D. ASHLEY | Meeting with R. Schwinger regarding discovery protective order issues (.3); emails with team regarding protective order and discovery issues (1.0); reviewed draft protective order papers (.7). | 2.00 hrs. |
| 07/27/12 | D. M. LeMAY | Review and revise Rule 2004 motion. | 2.10 hrs. |
| 07/27/12 | R. J. GAYDA | Review, revise and circulate draft Examiner Rule 2004/Protective Order motion (5.6); email correspondence with H. Seife, D. LeMay, R. Schwinger, M. Ashley and Mesirow team re comments to same (.9). | 6.50 hrs. |
| 07/29/12 | R. J. GAYDA | Review and revise Examiner draft 2004 motion (.7); ████████ ██████████████████████████ (.7); email correspondence with B. Schwinger re same (.2). | 1.60 hrs. |
| 07/29/12 | H. SEIFE | ██████████████████████████ | 2.10 hrs. |
| 07/30/12 | R. J. GAYDA | Prepare for (.3) and meeting with D. LeMay, R. Schwinger and M. Ashley re uniform protective order (1.1); telephone call with Committee re same (.9); review proposed changes to protective order (.7); review and revise protective order and related documents (1.6). | 4.60 hrs. |
| 07/30/12 | D. M. LeMAY | Meeting with R. Gayda, M. Ashley, and R. Schwinger regarding open issues on Rule 2004 motion. | 1.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    7
NEW YORK, NY 10036

07/30/12   R. A. SCHWINGER     Conference call with ███████        6.60 hrs.
                               ████████████████████████████
                               ██████ (with M. Ashley, R. Gayda)
                               (1.0); Meeting (1.1) and e-mails
                               (1.2) with D. LeMay, M. Ashley, R.
                               Gayda re ████
                               ███████████████████████████████
                               ███████████████████████████████
                               ███████████████████████████████
                               ███████████████████████████████
                               (0.2).

07/30/12   M. D. ASHLEY        Conference with R. Schwinger, R.        3.80 hrs.
                               Gayda, ████████████████████████
                               ████████ (1.0); meeting with R.
                               Schwinger regarding same (.2);
                               meeting with D. LeMay, R.
                               Schwinger, R. Gayda regarding
                               protective order motion issues
                               (1.0); reviewed draft protective
                               order papers and related materials
                               (.9); emails with team regarding
                               same (.7).

07/31/12   M. BLACKBURN        Confer with B. Schwinger re:           2.10 hrs.
                               depositions for ███████████
                               issue (.2); confer with M. Ashley
                               re: discovery and depositions for
                               ██████████████ (.3); call
                               with B. Gayda re: discovery and
                               depositions for ████████
                               ████████ (.4); review briefs and
                               other materials re: ████████████
                               ████████ (1.2).

07/31/12   R. A. SCHWINGER     ███████████████████████████████        5.40 hrs.
                               ███████████████████████████████
                               ███████████████████████████████
                               (3.1); confs/ e-mails with M.
                               Ashley, R. Gayda re further
                               revisions to draft of protective
                               order (1.2); Revising draft text
                               for cover note to use when
                               distributing revised draft of

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page     8
NEW YORK, NY 10036

|  |  | protective order and document depository order (1.1). |  |
| 07/31/12 | M. D. ASHLEY | Meeting with R. Schwinger, ███ ███████████████████ (.5); call with R. Gayda regarding protective order issues (.3); emails with R.Schwinger re same (.3). | 1.10 hrs. |
| 07/31/12 | M. DISTEFANO | Drafted order shortening notice for Examiner 2004 motion (4.1) | 4.10 hrs. |
| 07/31/12 | R. J. GAYDA | Email correspondence with UST re Examiner Discovery Motion (.4); review and revise Examiner Discovery Motion (4.7); review and revise draft motion to shorten notice (1.3); email correspondence with with R.Schwinger and M.Ashley re: revised Examiner Discovery Motion and the Protective Order (.5). | 6.90 hrs. |
| 07/31/12 | R. J. GAYDA | Email correspondence with M.Blackburn re subservicing dispute depositions (.4). | 0.40 hrs. |
| 08/01/12 | R. J. GAYDA | Review email correspondence from team and counsel re comments to Examiner Discovery Motion (1.1); email correspondence with M. Ashley re same (.3); review draft motion to shorten time (.6); discuss same with M. Distefano (.2). | 2.20 hrs. |
| 08/01/12 | T. J. MCCORMACK | Review issues on protective order and Examiner 2004 motion (0.8). | 0.80 hrs. |
| 08/01/12 | M. D. ASHLEY | Review comments from team, parties' counsel on protective order and discovery motion (1.3); conference with R.Gayda regarding same (.3). | 1.60 hrs. |
| 08/01/12 | M. BLACKBURN | Meeting with K. Zafran re: background of case and subservicing discovery (.5). | 0.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    9
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/12 | M. DISTEFANO | Revised motion to shorten notice re 2004 motion (.7). | 0.70 hrs. |
| 08/01/12 | K. ZAFRAN | Meet with M. Blackburn to discuss background of case and servicing discovery issues (.5); review background materials related to subservicing issues (1.9). | 2.40 hrs. |
| 08/01/12 | H. SEIFE | Review emails frm various parties regarding (.3) and revisions to 2004 motion (.9). | 1.20 hrs. |
| 08/01/12 | T. J. MCCORMACK | Review list of witnesses interviewed (0.3); ███████ (0.7). | 1.00 hrs. |
| 08/02/12 | T. J. MCCORMACK | Review process of document review/development of protocols (0.8); review/comment on protective order issues (0.6); status conference with M. Ashley (0.2). | 1.60 hrs. |
| 08/02/12 | H. SEIFE | Review of comments from various parties regarding Examiner 2004 motion. | 1.00 hrs. |
| 08/02/12 | K. ZAFRAN | Review of subservicing materials in connection with attendance at deposition re: same. | 4.70 hrs. |
| 08/02/12 | R. J. GAYDA | Conference with K.Zafran to coordinate deposition coverage (.4); email correspondence with K.Zafran re same (.5). | 0.90 hrs. |
| 08/02/12 | R. J. GAYDA | Email correspondence with M. Ashley and counsel to parties re revisions to Examiner Discovery Order (.9); review proposed changes to same (1.4); review and revise Examiner Discovery order (2.2); conferences with M.Ashley re same (.6). | 5.10 hrs. |
| 08/02/12 | M. D. ASHLEY | Meeting with ███████ (.3); calls with R. Gayda regarding protective order and discovery issues (.5); emails with team, parties' counsel regarding | 2.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                 August 31, 2012
1177 AVENUE OF THE AMERICAS                      Page    10
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | investigation discovery issues (.9); reviewed protective order papers (.6). |  |
| 08/03/12 | M. D. ASHLEY | Meeting with D. LeMay, R. Gayda regarding protective order issues (.6); conference with R. Gayda regarding protective order and Rule 2004 motion papers (.3); emails with team and parties' counsel regarding discovery issues (.6); reviewed draft protective order papers (.6). | 2.10 hrs. |
| 08/03/12 | R. J. GAYDA | Review and address coverage of depositions (.4); ███████ ███████ (.5); discuss same with M. Ashley (.3); prepare for (.4) and meeting with D. LeMay and M. Ashley (.6) re proposed changes; review and revise Examiner Discovery Motion per Debtors and Committee (3.1); circulate Examiner Discovery Motion and changes to various parties (.8). | 6.10 hrs. |
| 08/03/12 | K. ZAFRAN | Prepare for (.8) and attend deposition of ████████ (6.2); begin to draft summary of deposition (1.2). | 8.20 hrs. |
| 08/03/12 | H. SEIFE | Review of revised 2004 motion and order. | 1.40 hrs. |
| 08/03/12 | D. M. LeMAY | Further review and comment on draft Rule 2004 motion (.7). Conference with M.Ashley and R.Gayda regarding same (.6). | 1.30 hrs. |
| 08/03/12 | T. J. MCCORMACK | ██████████████████████ ██████████████ (1.0). | 1.90 hrs. |
| 08/05/12 | K. ZAFRAN | Review of rough transcript of the deposition of ████████ (.8); draft summary of same (1.6). | 2.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   11
NEW YORK, NY 10036

| 08/05/12 | M. D. ASHLEY | Reviewed parties' comments on draft protective order and related papers (.9); emails with parties' counsel and team regarding revisions to draft papers (.5). | 1.40 hrs. |

| 08/06/12 | M. D. ASHLEY | Meeting with R. Schwinger, R. Gayda regarding protective order discovery issues (.5); call with R. Schwinger, R. Gayda, ██████ ███████ (.7); call with R. Schwinger, R. Gayda, ████████ (.8); meeting with R.Schwinger and R.Gayda regarding revisions to Examiner motion (1.2); call with ████████ (.4); reviewed revisions to draft protective order and related papers (1.1); emails with team and parties' counsel regarding discovery confidentiality issues (1.0). | 5.70 hrs. |

| 08/06/12 | R. J. GAYDA | Review comments from ████████ (.4); review comments from ████████ (.2); review comments from ████ on Examiner motion (.3); prepare for (.5) and telephone call with ████ M.Ashley and R.Schwinger re open issues (.8); prepare for (.6) and telephone call with ████ R.Schwinger and M.Ashley re protective order (.7); meeting with R. Schwinger and M. Ashley re revisions to Examiner Discovery Motion (1.3); meeting with H. Seife re same (.4); review and revise Examiner Discover Motion (1.6); review and revise Protective Order (1.2); telephone call with ████████ (.4); research re potential procedural motion practice (.8). | 9.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    12
NEW YORK, NY 10036

| 08/06/12 | R. A. SCHWINGER | Confs. with K. Zafran re latest status of ██████████████████ (0.5). | 0.50 hrs. |
| 08/06/12 | R. A. SCHWINGER | Reviewing latest drafts of Examiner's Rule 2004 motion and proposed uniform protective order (0.9); Meeting with M. Ashley, R. Gayda re accumulated issues from various parties as to protective order (0.4); Conference call with ████████████████ (0.7); Follow-up conference with M.Ashley, R.Gayda re ██████████ (0.3); conference call ██████ _____ with M. Ashley, R. Gayda re ████████████ (0.8); Follow-up meeting with M. Ashley, R. Gayda re ██████████████ (1.2); TC with ██████████ (0.1). | 4.40 hrs. |
| 08/06/12 | K. ZAFRAN | Review and edit summary of deposition ████████ (.7); conference with debtors counsel and Committee counsel to confirm that depositions of ████████ (.2). | 0.90 hrs. |
| 08/06/12 | H. SEIFE | Review of summaries of witness interviews. | 2.40 hrs. |
| 08/06/12 | H. SEIFE | Review and revise Examiner 2004 motion (1.1); review comments from parties regarding same (.6); conference with R.Gayda regarding revisons to motion (.3). | 2.00 hrs. |
| 08/06/12 | M. BLACKBURN | Emails with K. Zafran re: ████████████████ | 0.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   13
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/07/12 | H. SEIFE | Review of revised 2004 motion. | 1.30 hrs. |
| 08/07/12 | R. J. GAYDA | Review proposed changes to Examiner Discovery Motion (1.6); meeting with R. Schwinger and M. Ashley re potential revisions (1.9); meeting with H. Seife, R. Schwinger and M. Ashley re changes (.6); review and revise Examiner Discovery Motion (3.8); further revisions (.5) and draft related emails to H.Seife, M.Ashley and R.Schwinger re same (.4); conference with R.Schwinger and M.Ashley re finalizing same and steps going forward (.4). | 9.20 hrs. |
| 08/07/12 | R. A. SCHWINGER | Meeting with M. Ashley, R. Gayda re accumulated issues from various parties as to protective order and revisions to Rule 2004 motion and protective order drafts in light of same (1.8); Various e-mails with M. Ashley, R. Gayda re accumulated issues from various parties as to protective order and revisions to Rule 2004 motion and protective order drafts in light of same (0.6); Meeting with H. Seife (with M. Ashley, R. Gayda) re proposed course of action as to various issues re protective order (0.6); TC with ██████████ (0.4); Meeting with M. Ashley, R. Gayda re Debtors and Committee final decisions as to Rule 2004 motion and protective order drafts and plans for proceeding with same (0.4); Draft cover note for circulation of final copies of Rule 2004 motion and protective order (0.2) and internal follow-up e-mails with M. Ashley, R. Gayda re same (0.3). | 4.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   14
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/07/12 | M. D. ASHLEY | Meeting with R. Schwinger, R. Gayda regarding protective order and discovery confidentiality issues (1.7); call with R. Schwinger, D. LeMay, R. Gayda regarding draft protective order (.2); meeting with H. Seife, R. Schwinger, R. Gayda regarding discovery confidentiality issues (.5); meeting with R. Schwinger, R. Gayda regarding confidentiality revisions to draft protective order papers (.4); reviewed materials relating to protective order papers (.9); various follow-up emails with R.Gayda and R.Schwinger and parties' counsel regarding discovery issues (1.1). | 4.80 hrs. |
| 08/08/12 | M. D. ASHLEY | Call with R. Schwinger, R. Gayda, ███████ regarding draft protective order and discovery confidentiality issues (.3); follow-up conference with R. Gayda regarding same (.2); reviewed related materials (.7); various emails with team, parties' counsel regarding same (.7). | 1.90 hrs. |
| 08/08/12 | R. J. GAYDA | Email correspondence and telephone call with Committee re changes to Examiner Discovery Motion (.3); email correspondence and telephone call with Debtors re same (.4); review and revise Examiner Discovery Motion (.7). | 1.40 hrs. |
| 08/08/12 | H. SEIFE | Emails with J.Gonzalez regarding 2004 motion. | 0.30 hrs. |
| 08/09/12 | M. DISTEFANO | Prepared notice of hearing and order shortening notice re Examiner Discovery Motion (2.4). | 2.40 hrs. |
| 08/09/12 | R. J. GAYDA | Review committee comments to examiner discovery motion and protective order (.4); prepare for (.4) and meeting with B. Schwinger and M. Ashley re same (.8); email correspondence with M.Ashley and R.Schwinger re open issues (.6); telephone call with Judge Glenn's | 4.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   15
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
| | | chambers re procedural issues relating to Examiner Discovery Motion (.7); review and revise draft notice of hearing and order shortening time (.7); discuss same with M. Distefano (.4); research re same (.5); email correspondence with Committee re Committee's final position on Examiner Discovery Motion (.3). | |
| 08/09/12 | R. A. SCHWINGER | Meeting with R.Gayda and M.Ashley regarding revisions to Examiner motion and protective order (0.8). | 0.80 hrs. |
| 08/09/12 | M. D. ASHLEY | Meeting with R. Schwinger regarding draft protective order papers (.8); call with ▮▮▮▮ ▮▮▮▮▮▮▮▮ (.3); reviewed related materials (.6); emails with R.Schwinger and R.Gayda regarding open issues (.4). | 2.10 hrs. |
| 08/10/12 | M. D. ASHLEY | Call with R. Gayda and R.Schwinger regarding ▮▮▮▮▮▮ (.5); conference with R. Schwinger regarding discovery issues (.3); reviewed related materials (.8); emails with R.Schwinger and R.Gayda and parties' counsel regarding comments to discovery motion and confidentiality issues (.6). | 2.20 hrs. |
| 08/10/12 | R. A. SCHWINGER | TC with R. Gayda, M. Ashley re ▮▮▮▮▮▮▮ (0.5); conf. with M.Ashley re discovery issues (0.3). | 0.80 hrs. |
| 08/10/12 | R. J. GAYDA | Review August 8 and 9 hearing transcripts (.5); review summary of August 8 hearing (.4); review and revise Examiner Discovery Motion and related papers (.9)and circulate to H. Seife and D. LeMay for comment (.2); email correspondence with Committee and M. Ashley re comments to Examiner | 7.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   16
NEW YORK, NY 10036

|          |                 | Discovery Motion (.4); meet with H. Seife and D. LeMay to discuss comments to Examiner Discovery Motion (.5); review and revise motion per comments (1.7); telephone call with B. Schwinger and M. Ashley re comments (.4); finalize and file Examiner Discovery Motion and related procedural papers (1.2); circulate blacklines to Debtors and Committee re revisions to motion (1.3). |            |
|----------|-----------------|----|------------|
| 08/10/12 | D. M. LeMAY     | Review Rule 2004 Motion and add final revision (.4). Conference with R.Gayda and H.Seife regarding revisions (.5). | 0.90 hrs. |
| 08/10/12 | H. SEIFE        | Review of draft Examiner 2004 motion (.9); conference with D.LeMay and R.Gayda regarding revisions to same (.5). | 1.40 hrs. |
| 08/11/12 | H. SEIFE        | Review of memo ███████████ ████████ | 0.50 hrs. |
| 08/13/12 | H. SEIFE        | Review and revise outline for hearing on Examiner motion (1.1). | 1.10 hrs. |
| 08/13/12 | R. J. GAYDA     | Review and revise summary of Examiner Discovery Motion presentation for H. Seife (.7) email correspondence with chambers re order shortening time (.3); email correspondence with H. Seife and D. LeMay re rescheduling of 8/16 hearing (.4). | 1.40 hrs. |
| 08/13/12 | R. A. SCHWINGER | Conference with J.Finnegan re discovery issues (.3). | 0.30 hrs. |
| 08/13/12 | J. F. FINNEGAN  | Conf with Bob Schwinger re discovery and related issues (0.3). | 0.30 hrs. |
| 08/13/12 | M. DISTEFANO    | Drafted outline for H. Seife re hearing on Examiner Discovery Motion (1.8). | 1.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   17
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/13/12 | E. M. MILLER | Review Mesirow's potential interviewee list (0.7)  Revise potential interviewee list (0.8). | 1.50 hrs. |
| 08/13/12 | M. D. ASHLEY | Emails with R.Gayda and parties' counsel regarding discovery and confidentiality issues (.6); reviewed related materials (.7). | 1.30 hrs. |
| 08/14/12 | T. J. MCCORMACK | T/c with ███████████ (1.1). | 1.10 hrs. |
| 08/14/12 | R. A. SCHWINGER | Review Cerberus's limited objection to Examiner's motion (0.4); E-mails with team re recommended responses to Cerberus's limited objection to Examiner's motion (0.9). | 1.30 hrs. |
| 08/14/12 | H. SEIFE | Review of Cerberus objection to Examiner motion (.7); preparation for hearing on Examiner motion (1.2). | 1.90 hrs. |
| 08/14/12 | H. SEIFE | Review of interview materials. | 2.50 hrs. |
| 08/14/12 | M. BLACKBURN | Telephone interview ████████ (1.1); follow-up confer with T. McCormack re: interview (.4). | 1.50 hrs. |
| 08/14/12 | D. M. LeMAY | Review Cerberus Rule 2004 Motion Objection (1.6) and multiple e-mails with R. Gayda, M. Ashley and R. Schwinger regarding same (1.2). | 2.80 hrs. |
| 08/14/12 | M. ROITMAN | Review Cerberus limited objection to Examiner's motion for 2004 subpoena power (0.5); Correspond with C&P team re: same (0.3) | 0.80 hrs. |
| 08/14/12 | R. J. GAYDA | Telephone call with H. Seife re Examiner Discovery Motion (.2); conference with D.Bava re service of order shortening time (.4); review Cerberus objection to Examiner Discovery Motion (1.2); e-mail correspondence with R.Schwinger and D.LeMay re response to same (.9); draft email | 3.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   18
NEW YORK, NY 10036

|            |                 | summarizing and responding to same (.9). | |
|------------|-----------------|------------------------------------------|--------------|
| 08/15/12   | D. M. LeMAY     | Review Cerberus and Ally Objection to Rule 2004 Motion (.8). ███████████ (.9). Meeting with R. Schwinger and R. Gayda to formulate reply (.8). Work on Reply to Cerberus objection (1.8). | 4.30 hrs. |
| 08/15/12   | R. J. GAYDA     | Prepare for (1.3) and meeting with D. LeMay, R. Schwinger and M. Ashley re Cerberus limited objection to Examiner Discovery Motion (.9); research re reply issues (1.4); review Ally limited objection (.8); draft reply to Ally and Cerberus limited objections (2.1); review and revise draft reply per comments (4.1). | 10.60 hrs. |
| 08/15/12   | M. BLACKBURN    | Further call ███████████ (.7); email to T. McCormack re: call (.1). | 0.80 hrs. |
| 08/15/12   | M. DISTEFANO    | Drafted response to limited objection of Cerberus to the Examiner discovery motion (3.4). | 3.40 hrs. |
| 08/15/12   | H. SEIFE        | Preparation for court hearing on Examiner motion (2.3); preparation of reply to Cerberus (1.1); review of Ally objection to Examiner motion (.5); review and revise reply to same (.7). | 4.60 hrs. |
| 08/15/12   | T. J. MCCORMACK | Review ███████████ (0.8). | 0.80 hrs. |
| 08/15/12   | R. A. SCHWINGER | Meeting w/D. LeMay, R. Gayda, M. Ashley (by phone) re analysis of and plan for responding to limited objections of Cerberus and Ally to Examiner's Rule 2004 motion (0.8); Reviewing, commenting on drafts of Examiner's reply to limited objections of Cerberus and Ally to Examiner's Rule 2004 motion (0.8). | 1.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS            August 31, 2012
1177 AVENUE OF THE AMERICAS                 Page   19
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/15/12 | M. D. ASHLEY | Emails with E.Miller re potential interviewees (.5). | 0.50 hrs. |
| 08/15/12 | E. M. MILLER | Review Mesirow's potential interview list (0.6) Review documents in Relativity regarding potential interviews (0.7)  Review presentations regarding potential interviews (0.7)  Review and exchange emails with M Ashley regarding potential interviewees (0.5)  Draft and send email to M Towers regarding same (0.5). | 3.00 hrs. |
| 08/15/12 | M. D. ASHLEY | Call with D. LeMay, R. Schwinger, R. Gayda regarding preparation for court hearing regarding discovery protective order (.7); reviewed related materials (2.1); revised draft Examiner response to limited objections to protective order (.8); follow-up emails with team regarding same (.4). | 4.00 hrs. |
| 08/16/12 | R. A. SCHWINGER | Attend hearing on Examiner's motion re Rule 2004 powers, document depository and protective order (3.7); Review, mark up drafts of changes to Rule 2004 order and protective order to conform to rulings at hearing (0.5); Conference w/R. Gayda re Ally response to revised Rule 2004 order and protective order (0.1). | 4.30 hrs. |
| 08/16/12 | H. SEIFE | Preparation for court hearing on Examiner 2004 motion (.8); hearing before J.Glenn on Examiner 2004 motion (3.6); review and revised proposed order (.8). | 5.20 hrs. |
| 08/16/12 | R. J. GAYDA | Prepare for hearing on Examiner's motion (.8); attend Hearing on Examiner's motion (3.7); review and revise Examiner Discovery Order and Protective Order (1.4); review and further revise per comments of H. Seife, D. LeMay and B. Schwinger (1.4); draft email correspondence and circulate revisions to H.Seife, D.LeMay and | 8.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                 August 31, 2012
1177 AVENUE OF THE AMERICAS                      Page    20
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | R.Swinger (.4); arrange filing with Court of same (.5). |  |
| 08/16/12 | D. M. LeMAY | Review and comment on Rule 2004 documents as revised to reflect court rulings. | 0.70 hrs. |
| 08/17/12 | R. J. GAYDA | Finalize Examiner Discovery Motion and related orders (.8); email correspondence with Judge Glenn's chambers re same (.4); email correspondence with D. Bava re preparing orders for chambers (.3); follow up conference with H. Seife re same (.4); review case docket re same (.5); discuss entry of order with R. Schwinger (.2); review email correspondence from R. Schwinger re same (.2). | 2.80 hrs. |
| 08/17/12 | H. SEIFE | Review of comments to revised proposed 2004 order (.3); conference with R.Gayda regarding same (.4). | 0.70 hrs. |
| 08/17/12 | E. M. MILLER | Review and exchange emails with M Ashley regarding potential interviewees (0.5) Review draft potential interviewee list (0.9) Send comments to M Ashley regarding same (0.3). | 1.70 hrs. |
| 08/17/12 | M. D. ASHLEY | Reviewed materials relating to potential interview preparation (.9). Emails with E.Miller regarding potential interviewees (.5); review potential interviewee list (.6). | 2.00 hrs. |
| 08/20/12 | E. M. MILLER | Review and exchange emails with M Ashley regarding potential interviewees (0.3) Revise list regarding same and send to M Ashley (0.6). | 0.90 hrs. |
| 08/20/12 | M. D. ASHLEY | Emails E.Miller regarding potential interviewees (.3); review list of interviewees (.4). | 0.70 hrs. |
| 08/20/12 | M. BALDWIN | Review and revise search descriptions for subpoena | 0.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   21
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/20/12 | R. J. GAYDA | Email correspondence with H. Seife re Examiner Order (.2); telephone call with Judge Glenn's chambers re same (.2); review case docket (.2); finalize order and send to chambers (.3); prepare for 8/24 telephonic hearing (.5); review email correspondence from R. Schwinger for depository designees (.6). | 2.00 hrs. |
| 08/20/12 | H. SEIFE | Review of proposed witness list (.7); prepare for witness interviews (2.3). | 3.00 hrs. |
| 08/21/12 | H. SEIFE | Review emails with team regarding discovery status. | 0.80 hrs. |
| 08/21/12 | R. A. SCHWINGER | Research and circulate ▮▮▮▮▮ | 0.30 hrs. |
| 08/21/12 | T. J. MCCORMACK | Review options on early interviews (1.0); emails with M.Ashley re same (0.3). | 1.30 hrs. |
| 08/21/12 | M. D. ASHLEY | Reviewed materials relating to potential interviews and third-party claims issues (3.3); emails with T.McCormack regarding same (.4). | 3.70 hrs. |
| 08/22/12 | M. D. ASHLEY | Call with E. Miller regarding interview preparation issues (.6); call with T. McCormack regarding interview planning and preparation (.3); reviewed materials relating to potential interviews (3.4); emails with team regarding same (.8). | 5.10 hrs. |
| 08/22/12 | T. J. MCCORMACK | Conference with H.Seife re discovery and interview planning and discovery (.9); conference with M.Ashley regarding interview planning and preparation (.4). | 1.30 hrs. |
| 08/22/12 | H. SEIFE | Conference with T.McCormack regarding discovery and interviews (.8); review of revised interview list (.5). | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   22
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/22/12 | P. GOODMAN | Reviewing additional background documents in preparation for interviews (2.6). | 2.60 hrs. |
| 08/22/12 | C. CHILD | Review and analysis of existing document requests. | 2.20 hrs. |
| 08/22/12 | E. M. MILLER | Review documents in connection with potential interviewee list (1.1)  Revise list (0.5)  Conference with M Ashley regarding same (0.5). | 2.10 hrs. |
| 08/23/12 | E. M. MILLER | Call with M Ashley regarding interview list (0.4)  Review materials regarding same (1.0)  Revise interview list (0.7). | 2.10 hrs. |
| 08/23/12 | C. CHILD | Review and prepare reconciliation analysis and verification of Committee subpoenas for completeness (3.3). Review and identification of all transactions for which advisor and other respondent documents should be sought (4.2). Conferences with R.Schwinger re same (.4). | 7.90 hrs. |
| 08/23/12 | N. T. ZINK | Review first phase interviewee list (.2). | 0.20 hrs. |
| 08/23/12 | H. SEIFE | Emails with ███████ ██████████ (.4); ████████████ (.7). | 1.10 hrs. |
| 08/23/12 | T. J. MCCORMACK | Analysis of options for interviews of ███████ (1.2); confer M. Ashley re: same (0.8); review draft interview list (0.5). | 2.50 hrs. |
| 08/23/12 | R. J. GAYDA | Prepare for hearing re subservicing agreement (.6); participate in subservicing hearing (.6); follow up conference with H.Seife re same (.3). | 1.50 hrs. |
| 08/23/12 | R. A. SCHWINGER | TC with C. Child re tasks needed as to completing the drafting of the definitions for the next wave of document requests (0.5); E-mails to C. Child re background materials on drafting document | 0.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   23
NEW YORK, NY 10036

|            |                  | requests (0.3).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |            |
|------------|------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 08/23/12   | M. D. ASHLEY     | Call with E. Miller regarding discovery issues and interview preparation (.5); call with T. McCormack regarding interview planning and preparation (.7); call with D. LeMay regarding proposed interview list (.1); revised draft interview list (.7).                                                                                                                                                                                                                                            | 2.00 hrs.  |
| 08/24/12   | M. BLACKBURN     | Draft interview memorandum for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                                                                                                                                                                                                                                                                                                                                                                                                              | 3.50 hrs.  |
| 08/24/12   | C. CHILD         | Draft revised document request definitions for template, incorporating and reconciling with various transaction lists.                                                                                                                                                                                                                                                                                                                                                                         | 8.30 hrs.  |
| 08/24/12   | C. CHILD         | Review and analysis of Mesirow request suggestions (.4); emails with T.McCormack re same (.2).                                                                                                                                                                                                                                                                                                                                                                                                  | 0.60 hrs.  |
| 08/24/12   | T. J. MCCORMACK  | Review status of discovery directed to ▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.8); e-mails with C. Child re: same (0.2).                                                                                                                                                                                                                                                                                                                                                                                              | 1.00 hrs.  |
| 08/25/12   | C. CHILD         | Review and revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 2.60 hrs.  |
| 08/25/12   | R. A. SCHWINGER  | Review, analysis of C. Child's revisions to ▓▓▓▓▓▓▓▓▓▓▓ (1.7); Prepare notes on questions/changes as to C. Child's revisions to draft document request definitions (0.8); Detailed e-mail to C. Child re my questions/changes as to his revisions to draft document request definitions (1.4); Draft the form of transmittal letter to be used with document requests (1.8); E-mails with D. LeMay re form of transmittal letter to be used with document requests (0.4).                            | 6.10 hrs.  |
| 08/25/12   | D. M. LeMAY      | Review draft letter to producing parties and provide comments on same to Schwinger.                                                                                                                                                                                                                                                                                                                                                                                                             | 0.60 hrs.  |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    24
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/26/12 | R. A. SCHWINGER | Review C. Child's revised draft of document requests to advisors (0.3). | 0.30 hrs. |
| 08/26/12 | E. M. MILLER | Draft memorandum summarizing Aug. 22, 2012 meeting of Mesirow and FTI (2.9) | 2.90 hrs. |
| 08/27/12 | M. BLACKBURN | Calls and emails with R. Ball, M. Ashley, C. Rivera, and M. DiStefano re: potential witnesses concerning the Ally Bank and Derivatives transactions (1.2); review transaction document re: same (2.2). | 3.40 hrs. |
| 08/27/12 | R. BALL | Emails, t/cs w/M. Blackburn re request for interview questions (.4); emails w/Bank Team re same (.3); prepared, analyzed draft interview questions (2.6). | 3.30 hrs. |
| 08/27/12 | M. BALDWIN | Review and revise proposed document request. | 0.40 hrs. |
| 08/27/12 | H. SEIFE | Review of ▮▮▮ (.3); ▮▮▮ (.4); review of interview list (.7); ▮▮▮ (.2). | 1.60 hrs. |
| 08/27/12 | M. D. ASHLEY | Reviewed materials relating to document requests to parties (.9); emails with team regarding same (.6). | 1.50 hrs. |
| 08/27/12 | R. A. SCHWINGER | E-mail to Examiner re document requests ▮▮▮ (0.2); Revising transmittal letter for document requests ▮▮▮ (0.4); TC with C. Child re revisions needed to draft document requests ▮▮▮ (0.3); TC with H. Seife re document requests ▮▮▮ (0.2); TC with Tim ▮▮▮ (0.2); review and determe contact information to relevant individuals ▮▮▮ (0.8); e-mails with E. Miller re | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

| | | same (0.2);TC with C. Child re drafting supplemental document requests to ███████ (0.2). | |
|---|---|---|---|
| 08/27/12 | W. A. GREASON | Prepare questions for interviewees relating to ████████ (1.1). Worked on document request with C. Child (1.3). | 2.40 hrs. |
| 08/27/12 | C. CHILD | Meeting with W.Greason re document requests. | 1.30 hrs. |
| 08/27/12 | C. CHILD | Review and revisions to template re ███████████. | 4.30 hrs. |
| 08/27/12 | C. CHILD | Analysis of Mesirow comments for inclusion into supplemental document requests. | 1.80 hrs. |
| 08/27/12 | P. GOODMAN | Consult with T. McCormack regarding interview planning (0.4). Consult with M. Ashley regarding interview planning and related issues (0.3). | 0.70 hrs. |
| 08/27/12 | T. J. MCCORMACK | Review issues on interviews of ████████████ (0.9). | 0.90 hrs. |
| 08/28/12 | W. A. GREASON | Conference with A. Price re: comments on questions for interviewees (.3); revise questions (.3). | 0.60 hrs. |
| 08/28/12 | M. DISTEFANO | Review draft questions re Ally ██████████████ (.8) | 0.80 hrs. |
| 08/28/12 | C. CHILD | Drafting supplemental document requests for ███████████ based on first round of information requests received from Mesirow. | 7.40 hrs. |
| 08/28/12 | A. PRICE | Meeting with B. Greason to discuss formulating questions to ask interviewees ████████████████. | 0.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   26
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/28/12 | R. BALL | Drafted, analyzed, questions for interviews (3.9); t/cs, emails ████████ (.6); emails w/M. Distefano re call w/Mesirow (.1). | 4.60 hrs. |
| 08/28/12 | R. A. SCHWINGER | Meetings with K. Zafran re preparation and serving subpoenas on ████████ (0.6); Review, mark up C. Child's latest revised versions of document requests ████████ (0.9); Further work on determining contact information at ████████ (0.3); E-mails with ████████ (0.3); TC/e-mails with C. Child re work on supplemental document requests to Debtors (0.4); Revising form of transmittal letter for subpoenas ████████ (0.8); Preparing schedules and transmittal letters for subpoenas ████████ (0.8); Meeting with R. Gayda re service/filing obligations as to Examiner's subpoenas under Examiner Discovery Order (0.2); Meeting with K. Zafran re service/filing procedures for Examiner's subpoenas under Examiner Discovery Order (0.4). | 4.70 hrs. |
| 08/28/12 | M. D. ASHLEY | Reviewed materials relating to potential interview list and interview preparation (2.3); emails with team regarding same (.7). | 3.00 hrs. |
| 08/28/12 | H. SEIFE | Review of summary of ████████ (.7); ████████ (.5). | 1.20 hrs. |
| 08/28/12 | K. ZAFRAN | Conference with R. Schwinger re subpoenas (.3); Prepare subpoenas ████████ (1.9); prepare related cover letters (.5). | 2.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    27
NEW YORK, NY 10036


08/29/12    H. SEIFE          Emails with ████████████████        0.70 hrs.
                              ███████████ (.4); ██████████████
                              ████ (.3).

08/29/12    M. BLACKBURN      Meeting with ████████████          1.70 hrs.
                              ████ (1.0); ████████████████
                              ██████████████ (.3);
                              ████████████ (.4)

08/29/12    R. BALL           Reviewed draft derivative           3.60 hrs.
                              transaction summaries (.5);
                              reviewed draft interview questions
                              (.6); conference call ████████
                              ████████████ (.8); reviewed Mesirow
                              draft questions (.5); emails with
                              C.Child re Mesirow document demand
                              issues (.4); t/c and emails w/T.
                              Martin re Mesirow document demands
                              (.4); emails w/P. Goodman re ██████
                              ████ (.4).

08/29/12    S. R. RIVERA      Reviewed and revised witness lists  1.30 hrs.
                              and question lists re: Bank
                              Transaction (.9); corresp. and
                              phone calls w/working group and
                              Mesirow re: same (.4).

08/29/12    M. D. ASHLEY      Calls with E. Miller regarding      8.10 hrs.
                              discovery issues and interview
                              preparation (.9); call with T.
                              Martin (Mesirow) regarding
                              interview preparation (.3); call
                              with P. Goodman regarding
                              interview preparation and outline
                              (.2); meeting with T. McCormack
                              and P. Goodman regarding interview
                              planning and preparation (1.3);
                              reviewed materials relating to
                              interview preparation and
                              substantive claims (4.3); emails
                              with team regarding same (1.1).

08/29/12    R. A. SCHWINGER   TC with C. Child re supplemental    1.40 hrs.
                              document requests ████████████
                              ████ (0.2); ██████████ (0.9); ████
                              ████████████████ re ████████
                              ██████████████

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    28
NEW YORK, NY 10036

████████████  (0.3).

08/29/12   W. A. GREASON    ███████████████████████   0.50 hrs.
                           ███████████████████████
                           ████████  (.5).

08/29/12   T. J. MCCORMACK   Analysis of options on interviews   2.20 hrs.
                             of witnesses (0.7); confer M.
                             Ashley and P.Goodman re: interview
                             planning (1.3); ███████████████
                             (0.2).

08/29/12   P. GOODMAN    Consult with M. Ashley regarding     9.20 hrs.
                         interview outline prep (0.2);
                         telecon with T. McCormack and
                         M.Ashley regarding interview
                         planning and strategy (1.4);
                         e-mails with R.Ball regarding Ally
                         ██████████████████████  (.4);
                         drafting transactional input for
                         interview outlines (7.2).

08/29/12   A. PRICE    Meeting with B. Greason to discuss    0.40 hrs.
                       questions to be asked of ███████████
                       ████████████████████

08/29/12   J. F. FINNEGAN   Review and comment on additional   1.40 hrs.
                            proposed questions for outline
                            (0.3); develop questions (1.1).

08/29/12   C. CHILD    Drafting additional discovery   1.40 hrs.
                       requests to ██████████████████
                       ████████████

08/29/12   M. DISTEFANO   Reviewed pre-interview questions   0.80 hrs.
                          (.5); drafted email to Mesirow re
                          same (.3).

08/30/12   C. CHILD    Further drafting of second      5.90 hrs.
                       requests to ███████████████████
                       ██████████  (2.9). Incorporate
                       comments and ████████████████████
                       ██████████  (2.2). Various t/cs and
                       emails with R.Schwinger regarding
                       same (.8).

08/30/12   R. A. SCHWINGER   Review, mark up C. Child's drafts   6.60 hrs.
                            of template for second-round
                            document requests to ████████████
                            ██████████  (1.9); TCs/e-mails with
                            C. Child re drafts of template for

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   29
NEW YORK, NY 10036

second-round document requests to
███████████ (1.4);

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

(0.6); Prepare record of
production letters received to
date ████████████████ (0.5);
Review and update status of
productions received to date (0.7).

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/30/12 | M. DISTEFANO | Call with ████████████ ████████████ (.1); reviewed same (.2); | 0.30 hrs. |
| 08/30/12 | T. J. MCCORMACK | Analyze potential parties for seeking documents, including ████████████ ████████████ (1.3); conference with R. Schwinger on all discovery issues (0.7); conference with M.Ashley re interview planning and related issues (0.5); review additional document requests to be served by Examiner (0.9). | 3.40 hrs. |
| 08/30/12 | M. D. ASHLEY | Call with E. Miller regarding discovery issues and interview preparation (.5); call with T. McCormack regarding interview planning and preparation (.5); meeting with P. Asnani regarding third-party claims issues (.2); reviewed board and other materials relating to interview preparation and substantive claims (6.2); emails with team regarding interview planning and preparation (1.3); reviewed materials relating to document requests to parties (.6); emails with R.Schwinger and C.Child regarding same (.4). | 9.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   30
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/30/12 | M. BALDWIN | Correspondence with team regarding interviews. | 0.30 hrs. |
| 08/30/12 | H. SEIFE | Preparation for meeting ████████ (1.2); ██████████████████████ (1.7). | 2.90 hrs. |
| 08/30/12 | S. R. RIVERA | Reviewed, revised and finalized interview sample questions re: ████████████ (.8); correspondence and phone calls w/transaction team re: same (.3). | 1.10 hrs. |
| 08/30/12 | R. BALL | T/cs/emails w/C. Child re Mesirow document requests, revisions to same (.3); emails w/P. Goodman re ██████████████ (.2); reviewed P. Goodman's summary ████ (.3); █████████████████ (.5); prepared high-level interview questions (.7). | 2.00 hrs. |
| 08/31/12 | R. BALL | Reviewed Mesirow high level questions (.6); t/c w/T. Martin re additional potential questions (.3); emails w/M. Distefano re editing/integrating Mesirow questions and additional questions (.3); emails. w/Bank Team, Mesirow re interviews requested (.4). | 1.60 hrs. |
| 08/31/12 | D. M. LeMAY | Respond to HS question ████████ ████ | 0.30 hrs. |
| 08/31/12 | P. GOODMAN | Prepare summaries ██████████████ ██████████ (3.2); ███████████████ (1.8); ████████████████ (2.6); | 7.60 hrs. |
| 08/31/12 | J. F. FINNEGAN | ██████████████████████████ ████████████ | 4.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                      August 31, 2012
1177 AVENUE OF THE AMERICAS                           Page   31
NEW YORK, NY 10036


08/31/12   M. D. ASHLEY        Calls with T. McCormack regarding      5.20 hrs.
                               interview planning and preparation
                               (.6); call with Mesirow regarding
                               interview preparation (.2); call
                               with ████████████████████████████
                               ███████████ (.3); reviewed materials
                               relating to interview preparation
                               and substantive claims (2.8);
                               emails with team and parties'
                               counsel regarding interview issues
                               (1.3).

08/31/12   R. A. SCHWINGER     Review ███████████████████████████     4.50 hrs.
                               ███████████████████████████████
                               (0.7); ████████████████████████
                               ████████████████████████████████
                               ████████████████████████████ (1.8);
                               Review revised definitions as
                               between original Committee
                               subpoenas and Examiner's
                               second-wave document requests
                               (0.6); ████████████████████████
                               ████████ (0.5); ████████████████
                               ██████████ (0.4); ████████████████
                               ████ (0.2); ██████████████████████
                               (0.3).

08/31/12   C. CHILD            Prepare materials for use in           6.40 hrs.
                               following up with ████████████████
                               ████████████ (1.2). Revisions to second round
                               document requests (5.2).

08/31/12   M. DISTEFANO        Reviewed preliminary interview         1.50 hrs.
                               questions (.9) and drafted email
                               to Mesirow re same (.3); emails
                               with R.Ball re same (.3).



           Total Fees for Professional Services.............. $413,826.50

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   32
NEW YORK, NY 10036

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 19.80 | 18315.00 |
| H. SEIFE | 995.00 | 42.70 | 42486.50 |
| J. F. FINNEGAN | 755.00 | 5.70 | 4303.50 |
| N. T. ZINK | 855.00 | .20 | 171.00 |
| R. A. SCHWINGER | 825.00 | 74.70 | 61627.50 |
| T. J. MCCORMACK | 875.00 | 19.80 | 17325.00 |
| W. A. GREASON | 845.00 | 3.50 | 2957.50 |
| M. D. ASHLEY | 695.00 | 92.90 | 64565.50 |
| A. PRICE | 655.00 | .70 | 458.50 |
| C. CHILD | 695.00 | 50.10 | 34819.50 |
| E. M. MILLER | 655.00 | 14.20 | 9301.00 |
| M. BALDWIN | 795.00 | 1.00 | 795.00 |
| M. BLACKBURN | 655.00 | 13.60 | 8908.00 |
| P. GOODMAN | 695.00 | 20.10 | 13969.50 |
| R. BALL | 725.00 | 15.10 | 10947.50 |
| R. J. GAYDA | 655.00 | 149.70 | 98053.50 |
| R. M. KIRBY | 595.00 | 1.40 | 833.00 |
| S. R. RIVERA | 745.00 | 2.40 | 1788.00 |
| K. ZAFRAN | 565.00 | 21.30 | 12034.50 |
| M. DISTEFANO | 435.00 | 20.30 | 8830.50 |
| M. ROITMAN | 495.00 | 2.70 | 1336.50 |
| TOTALS | | 571.90 | 413826.50 |