RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                   Page     1

                                 For Services Through August 31, 2012

Our Matter #21955.007
            RESCAP: INVESTIGATION PLANNING AND COORDINATION


| Date | Name | Description | Hours |
|---|---|---|---|
| 07/12/12 | N. T. ZINK | Review memorandum and order re appointment of examiner (.3); review examiner reports for potential guidance and relevancy to Res Cap examiner investigation (.8); prepare short outline re examiner work plan and investigation topics (.3). | 1.40 hrs. |
| 07/13/12 | N. T. ZINK | Review docketed pleadings for relevancy to Examiner's investigation (.1); conference with H. Seife, D. LeMay, F. Vazquez, M. Roitman and B. Gayda re tasks, planning and next steps (1.5); review sample work plans (.4). | 2.00 hrs. |
| 07/13/12 | F. VAZQUEZ | Conference with Seife, LeMay and Zink re examiner re retention by examiner, scope of investigation, work plan and next steps (1.5); conference with Gayda re work plan and next steps (.6); review work plans filed in other chapter 11 cases (1.8); draft examiner work plan (2.8); conf w/Dye re work plan and notice for approval (.2). | 6.90 hrs. |
| 07/13/12 | D. M. LeMAY | Meeting of C&P ResCap team to begin allocating tasks and coordinating work stream (1.4). | 1.40 hrs. |
| 07/13/12 | R. J. GAYDA | Team meeting regarding case to date and potential tasks going forward (1.4); review various examiner reports and work plans provided by F. Vazquez and M. Towers (2.4); meeting with F. Vazquez regarding work plan issues (.5). | 4.30 hrs. |
| 07/13/12 | M. ROITMAN | Meeting with C&P team re: preparation for investigation (1.4); Confer with D. LeMay and M.DiStefano re: review of public record and press reports (0.4); Prepare internal task list for Chadbourne team (1.2); Review | 3.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    2
NEW YORK, NY 10036

|  |  | Examiner motion pleadings (0.6); Correspond with F. Vazquez re: same (0.2). |  |
|---|---|---|---|
| 07/13/12 | B. DYE | Meeting with F. Vazquez to discuss work plan (.2); researching bankruptcy cases for motions to approve work plans (.8); researching bankruptcy code and bankruptcy rules for work plan requirements (.3) | 1.30 hrs. |
| 07/14/12 | F. VAZQUEZ | Review and revise work plan (1.7); conf w/Zink re work plan and revisions thereto (.4); email to/from Zink re scope of work plan (.3). | 2.40 hrs. |
| 07/14/12 | N. T. ZINK | Review and revise draft work plan (.8); conference with F. Vazquez re draft work plan (.4); review first day pleadings, Committee 2004 motion and Examiner motion (2.3). | 3.50 hrs. |
| 07/15/12 | N. T. ZINK | Review and revise draft preliminary work plan (2.9); various phone conferences with F. Vazquez re draft work plan (.6); review case pleadings to inform preparation of draft work plan (1.6); email to Judge Gonzalez re work plans in other cases (.2). | 5.30 hrs. |
| 07/15/12 | F. VAZQUEZ | Confs w/Zink re work plan (.7); review and revise work plan (2.1); review examiner orders entered in other Ch. 11 cases (.8); circulate to team work plans filed in other cases (.5); email to/from Gayda re work plan (.1); email to/from LeMay re work plan and notice of approval (.1); email to/from Dye re motion to approve work plan (.2); email to Seife, LeMay and Zink re: draft work plan (.3); email to/from Roitman re scope of investigation (.1); review draft motion to approve work plan (.2); email to/from Zink re motion to approve work plan and scope of investigation (.2). | 5.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    3
NEW YORK, NY 10036


| Date | Name | Description | Hours |
|---|---|---|---|
| 07/15/12 | D. M. LeMAY | Begin work on outline of task list and examination topics (2.5) | 2.50 hrs. |
| 07/15/12 | B. DYE | Reviewing and drafting motion to approve work plan (1.4); emails with F.Vazquez re: same (.2); researching court decisions relating to examiner motions (.6) | 2.20 hrs. |
| 07/15/12 | M. ROITMAN | Correspond with D. LeMay and T. Scott re: ResCap SEC filings (0.3); Review transcript of Examiner motion hearing re: scope of investigation and retention of financial professionals (0.8) | 1.10 hrs. |
| 07/16/12 | M. S. TOWERS | Attended meeting with working group re: examination plan (1.5); attended meeting with legal issue sub-group re: strategy and assignments (.5). | 2.00 hrs. |
| 07/16/12 | M. ROITMAN | Meeting with C&P team re: coordination of investigation (1.4); Meet with J. Gonzalez re: coordination and  proposed scope of investigation (2.0); Meet with C&P team after meeting with J.Gonzalez (0.8); conference with C.Rivera re: review of transactions (0.3); ██████████ ████████████████████ (2.3); Draft master investigation task overview (1.2). | 8.00 hrs. |
| 07/16/12 | D. M. LeMAY | Prepare agenda for meeting with Examiner (1.2). Meeting of C&P team to begin work on Examination (1.4).  Meeting with Examiner (2.1).  Follow up meeting of C&P team to work on immediate to-do items (.9).  Telephone conferences and e-mails to parties regarding meet and confer on scope of examination (.4). | 6.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    4
NEW YORK, NY 10036


| Date | Name | Description | Hours |
|---|---|---|---|
| 07/16/12 | R. J. GAYDA | Prepare for (.7) and meeting with C&P team in preparation for meeting with Examiner (1.4); prepare for (.8) and meeting with Judge Gonzalez and C&P Examiner team (2.1); review first day Debtor declaration (2.1). | 7.10 hrs. |
| 07/16/12 | M. DISTEFANO | Attend team meeting re examination planning (1.3). | 1.30 hrs. |
| 07/16/12 | F. VAZQUEZ | Conference with LeMay, Zink and Seife re examiner's investigation, meeting with examiner and next steps (1.5); review 2004 motion and examiner motion to ascertain appropriate scope of investigation (1.4); draft scope of investigation (2.8); conference with Zink re scope (.5). | 6.20 hrs. |
| 07/16/12 | F. VAZQUEZ | Conference with Zink, C.Rivera and Towers re Examiner's report and approach thereto (.5). | 0.50 hrs. |
| 07/16/12 | C. L. RIVERA | Meeting with Chadbourne team re: organization, investigation, next steps (1.4); meeting with T. Zink, F. Vazquez and M. Towers re: research on legal analysis needed for examination (0.5); conference with B. Dye re: same (0.2); conference with D. LeMay and M. Roitman re: transactions to be reviewed, next steps (0.3); review related emails (.4) | 2.80 hrs. |
| 07/16/12 | S. R. RIVERA | Prepared for (.7) and participated in Team Meeting re investigation (1.4); | 2.10 hrs. |
| 07/16/12 | N. T. ZINK | Prepare for meeting with Res Cap team (.7); meeting with H. Seife, D. LeMay, B. Gayda, M. Roitman, S. Rivera, M. DiStefano, C. Rivera, F. Vazquez and M. Towers re planning for Examiner engagement and work product development and timeline (1.4); review order appointing examiner ( .2) and email with D. LeMay re same (.2); review docketed pleadings for | 7.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    5
NEW YORK, NY 10036

|  |  |  |  |
|--|--|--|--|
|  |  | relevancy to examiner investigation (.8); conference with Examiner, H. Seife, D. LeMay, M. Roitman and B. Gayda re examination and related issues (2.0); conference with H. Seife, D. LeMay, M. Roitman and B. Gayda re next steps and task assignments (.7); review pleadings in preparation of scope of examiner's investigation (1.0); conference with F. Vazquez re preparation of scope of Examiner's investigation (.4). |  |
| 07/16/12 | H. SEIFE | Meeting with C&P team in preparation for meeting with Examiner (1.3); meeting with J.Gonzalez, Examiner (2.1); follow-up meeting with D.LeMay and Team regarding next steps (.7). | 4.10 hrs. |
| 07/17/12 | H. SEIFE | ▮▮▮▮▮▮ (.6); review and revised investigation scope and time line (1.2); conference with D.LeMay regarding scope and budget issues (.6). | 2.40 hrs. |
| 07/17/12 | N. T. ZINK | Review docket for pleadings relevant to Examiner's Investigation (1.2); prepare comprehensive Chadbourne work plan (1.8); conference with C. Rivera, M. Roitman and D. LeMay re Chadbourne work plan (.7); further conferences with C. Rivera and M. Roitman re work plan formulation (.7); review and revise scope of Examiner investigation (.9); conference with F. Vazquez re scope of Examiner investigation (.2); begin outlining Examiner report (1.3); review draft glossary (.2); review and comment on task timeline (.2); | 7.20 hrs. |
| 07/17/12 | C. L. RIVERA | Meeting with D. LeMay, T. Zink and M. Roitman re: review protocol and transaction administration (0.7); follow-up confer with M.Roitman re: same (.2); confer with T. Zink | 7.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page     6
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| | | and M. Roitman re: transactions, organization and related strategy (0.8); ███████ (0.6); review past examiner reports for template (1.1); drafting template for transaction review (1.8); related research of COAs for template (1.1); reviewing chart re: tasks, transactions, template (0.9). | |
| 07/17/12 | F. VAZQUEZ | Review and revise glossary for Examiner Report (1.5); review and revise scope (2.1); conf w/Zink re scope (.3); review timeline of examination (.2); review chart re timing of examiner's work plan in open cases (.3). | 4.40 hrs. |
| 07/17/12 | M. DISTEFANO | Review and revised survey of examiner costs (2.2). | 2.20 hrs. |
| 07/17/12 | D. M. LeMAY | Conference with C&P team to prepare detailed internal work plan and task list (.8). Work on detailed timeline for investigation (2.7). Meeting w/H. Seife regarding scope, timing and budget issues (.6). | 4.10 hrs. |
| 07/17/12 | D. M. LeMAY | Review work plans and budgets from previous examinations. | 2.20 hrs. |
| 07/17/12 | M. ROITMAN | ████████████████████████████ (1.4). | 1.40 hrs. |
| 07/17/12 | B. DYE | ████████████████████████████ | 3.10 hrs. |
| 07/17/12 | M. ROITMAN | Prepare for (0.5) and meet with T. Zink, D. LeMay, and C. Rivera re: scope of investigation and report (0.7); Call with C. Rivera re: same (0.3); Revise master investigation task overview (2.3); Meet with T. Zink, C. Rivera re: same (0.7). | 4.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    7
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/18/12 | M. ROITMAN | Meet with C. Rivera re: draft proposed scope of investigation (0.4); ███████████████ (0.2); Revise master investigation task chart (1.2); Confer/correspond with T. Zink and C. Rivera re: same (0.4). | 2.20 hrs. |
| 07/18/12 | M. ROITMAN | Meeting with C&P team and Judge Gonzalez re: preparation for meet and confers (0.8); ██████████████ (1.1); Confer with C&P team and Judge Gonzalez after meeting (0.4); Draft summary of ████████ (2.8); Confer with D. LeMay re: same (0.2); | 5.30 hrs. |
| 07/18/12 | B. DYE | Preparing summary of relevant examiner motions and orders for F. Vazquez | 1.60 hrs. |
| 07/18/12 | D. M. LeMAY | Review and comment on Work Plan draft (1.1) and conference w/T. Zink regarding same (0.3). | 1.40 hrs. |
| 07/18/12 | D. M. LeMAY | Meeting with Examiner (.7).  Meet and confer with ██████████ (1.2). Follow-up conference with Examiner and team (.4). | 2.30 hrs. |
| 07/18/12 | C. L. RIVERA | Drafting/revising template for transaction review (1.6); meeting with M. Roitman re: same (0.4); ████████████████ (0.7); correspondence with T. Zink re: same (0.3). | 3.00 hrs. |
| 07/18/12 | F. VAZQUEZ | Review and revise work plan (1.8); conf w/Zink re work plan (.3); review and revise chart summarizing timing of other work plans (.5); conf w/Dye re timing issues (.1); review preliminary work plan based on current draft work plan (.4). | 3.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS               Page    8
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/18/12 | T. J. MCCORMACK | E-mails with H. Seife on status (0.3). | 0.30 hrs. |
| 07/18/12 | N. T. ZINK | Prepare for ███████ (.6); ███████ (.1); review and revise scope of Examiner's investigation (1.1); conference with M.Roitman and C.Rivera re same (.3); review pleadings for relevancy to scope of Examiner's investigation (1.8); ███████ (1.0); review and revise master task planner (.5); review work plans in other cases (.4); review and revise work plan (.8); conference with D.LeMay re same (.3). | 6.90 hrs. |
| 07/18/12 | H. SEIFE | Meeting with J.Gonzalez (.8); ███████ (.2); ███████ (1.2); conference with G.Gonzalez regarding work plan and timing (.4). | 2.60 hrs. |
| 07/18/12 | R. A. SCHWINGER | Review Committee's Rule 2004 motion and order granting same (0.7); Review C&P memo re Summary of Principal Issues Relevant to Examiner's Investigation (1.2). | 1.90 hrs. |
| 07/19/12 | N. T. ZINK | ███████ | 2.70 hrs. |
| 07/19/12 | N. T. ZINK | Conference with Examiner, H. Seife, D. LeMay, M. Roitman and M. Towers re preparation of scope of examination (.8); review and revise draft scope of examination (1.1); ███████ (.3); further review and revision to scope of examination (1.2); conference with F. Vazquez re examination scope (.3); review pleadings for relevancy to scope of investigation (1.6). | 5.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page     9
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/19/12 | H. SEIFE | ▓▓▓▓▓▓▓▓ (2.8); follow-up meeting with J.Gonzalez (.6). | 3.40 hrs. |
| 07/19/12 | H. SEIFE | Preparation and organization of investigation. | 1.70 hrs. |
| 07/19/12 | T. J. MCCORMACK | ▓▓▓▓▓▓▓▓ (2.7); review scope of work, transactions at issue (0.7); follow-up meeting with team re staffing and various issues in connection with investigation planning (0.6). | 4.00 hrs. |
| 07/19/12 | F. VAZQUEZ | ▓▓▓▓▓▓▓▓ (1.1); review and revise work plan (2.8); conf w/Zink re work plan (.4). | 4.30 hrs. |
| 07/19/12 | D. M. LeMAY | ▓▓▓▓▓▓▓▓ | 3.40 hrs. |
| 07/19/12 | D. M. LeMAY | ▓▓▓▓▓▓▓▓ (2.7). Follow up meeting with Examiner and C&P team (.6). ▓▓▓▓ (.4). | 3.70 hrs. |
| 07/19/12 | C. L. RIVERA | Revising template for investigations (0.6); related research on COAs (0.5); confer with T. Zink and M. Roitman re: same (0.2); confer with D. LeMay (0.1) and M. Towers (0.3) re: master organization chart,info; review update on activity in main case with possible timing implications for investigation (0.2). | 1.90 hrs. |
| 07/19/12 | M. ROITMAN | ▓▓▓▓▓▓▓▓ (2.7); ▓▓▓▓ (0.6); ▓▓▓▓ (3.7); confer with D. LeMay re: same (0.2) | 7.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   10
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/19/12 | M. D. ASHLEY | ███████████████████████ (.9). | 0.90 hrs. |
| 07/19/12 | M. S. TOWERS | Prepared for (.3) and attended status meeting with Examiner and working group (.5); | 0.80 hrs. |
| 07/20/12 | M. D. ASHLEY | Reviewed pleadings and background materials relating to Examiner investigation (2.2); emails with team regarding investigation coordination and planning (.5); ████████████████ (2.9). | 5.60 hrs. |
| 07/20/12 | M. ROITMAN | ███████████████ (0.6); ██████████ (0.8); █████████ (1.6); confer/correspond with D. LeMay re: same (0.3); █████████ (3.0); confer with C&P team and Examiner after meeting (0.7). | 6.70 hrs. |
| 07/20/12 | B. DYE | Correspondence with F. Vazquez relating to examiner research | 0.30 hrs. |
| 07/20/12 | D. M. LeMAY | ████████████ (.9) revise memo regarding same.  Prepare for (.4) █████ ████████ (3.2). Follow up meeting w/Examiner and C&P team (.6). | 5.10 hrs. |
| 07/20/12 | D. M. LeMAY | Review draft internal Work Plan (1.1) and review template (.3). Two conferences w/T. Zink regarding draft report on scope and timing (.5). Update investigation task deadline list (.6). | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   11
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/20/12 | C. L. RIVERA | Reviewing examiner papers, committee papers and principal issues list for background, context in investigation. | 2.10 hrs. |
| 07/20/12 | F. VAZQUEZ | Review and revise preliminary statement re work plan (3.4); conf w/Zink re preliminary statement (.5); review examiner opinions in similar Ch 11 cases (.7); email w/Dye re related research (.2); conf w/LeMay and Seife re preliminary statement (.2); ▮▮▮▮ (.1); confer w/Zink re today's meet and confer (.2). | 5.30 hrs. |
| 07/20/12 | T. J. MCCORMACK | Prepare for (0.5) and meet with Debtors' counsel on all issues (3.0); attend follow-up meeting with Examiner (0.6). | 4.10 hrs. |
| 07/20/12 | H. SEIFE | ▮▮▮▮ (.8); ▮▮▮▮ (3.2); follow-up meeting with Examiner re next steps (.6); ▮▮▮▮ (.3); ▮▮▮▮ (.7). | 5.60 hrs. |
| 07/20/12 | N. T. ZINK | ▮▮▮▮ (.8); conference with counsel for Debtors re scope of investigation (3.2). | 4.00 hrs. |
| 07/20/12 | N. T. ZINK | Review and revise scope of investigation including reviewing all pleadings related to examiner motion (3.7); conferences with D. LeMay re scope (.4); conference with F.Vazquez re preliminary statement (.4); conference with Examiner, H. Seife, D. LeMay, M. Roitman and T. McCormack re next steps re scope and other investigation issues (.6). | 5.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   12
NEW YORK, NY 10036


07/21/12   H. SEIFE          Review of revised preliminary          1.50 hrs.
                             statement.

07/21/12   N. T. ZINK        ████████████████████████████          4.90 hrs.
                             ████████████████████████████
                             (1.8); emails with D. LeMay re
                             scope issues (.2); emails with F.
                             Vazquez re scope issues (.3);
                             review case pleadings and
                             affidavits for relevancy to
                             investigation planning and
                             coordination (2.2); conference
                             with F.Vazquez re: preliminary
                             statement (.4).

07/21/12   F. VAZQUEZ        Email to/from Zink re schedules        6.40 hrs.
                             (.1); review schedules (.7); email
                             to/from LeMay re preliminary
                             statement (.3); review and revise
                             preliminary statement (3.4); email
                             to/from Zink re order approving
                             scope (.2); draft order approving
                             scope (1.3); conf w/Zink re
                             preliminary statement (.4).

07/21/12   D. M. LeMAY       Review and comment on draft scope      2.50 hrs.
                             and timing report (2.2); emails
                             with T.Zink regarding scope issues
                             (.3).

07/21/12   M. ROITMAN        Review and comment upon draft          2.10 hrs.
                             proposed scope of investigation
                             (1.8); Confer/correspond with D.
                             LeMay and Judge Gonzalez re:
                             ████████████████████████████
                             (0.3);

07/22/12   M. ROITMAN        ████████████████████████(4.8)         4.80 hrs.

07/22/12   M. D. ASHLEY      Reviewed background materials          2.20 hrs.
                             relating to investigation (1.8);
                             reviewed draft Examiner scope
                             order (.4).

07/22/12   D. M. LeMAY       Review and comment on draft order      4.30 hrs.
                             regarding scope and timing (.6).
                             Work on internal master task list
                             (2.4).  Meeting with H. Seife re:
                             work plan (1.0).  E-mail to T.
                             Zink and F. Vazquez re: work plan

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS                               Page   13
NEW YORK, NY 10036

|            |                |                                                                                                                                                                                                          |           |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | (.3).                                                                                                                                                                                                     |           |
| 07/22/12   | F. VAZQUEZ     | Email to/from Zink re order approving preliminary statement (.4); review and revise order approving preliminary statement (1.6); draft cover email re order approving scope to Debtors, committee counsel and other parties attending conference (.7). | 2.70 hrs. |
| 07/22/12   | T. J. MCCORMACK| █████████████████ (0.3); review scope of order draft (0.6).                                                                                                                                               | 0.90 hrs. |
| 07/22/12   | N. T. ZINK     | Continue review of pleadings for relevancy to Examiner's investigation (1.0); review and revise order approving scope and timing of investigation (.8).                                                    | 1.80 hrs. |
| 07/22/12   | H. SEIFE       | Review and revise work plan report and order (1.8); conference with D.LeMay regarding work plan (.9).                                                                                                     | 2.70 hrs. |
| 07/22/12   | N. T. ZINK     | Prepare emails to parties in interest re scope and timing (.9) including various emails to and from the Examiner, D. LeMay and F. Vazquez re same (.7).                                                     | 1.60 hrs. |
| 07/23/12   | N. T. ZINK     | Continue review of pleadings and debtor information for relevancy to investigation (3.3); further review of and revision to order setting forth scope of Examiner's investigation (.6); phone conferences with Debtors' counsel re scope and timing issues (.4); phone conference with Creditors' Committee counsel re same (.5); phone conference with Examiner re scope and timing issues (.5); conference with H. Seife and D. LeMay re scope of investigation (.6). | 5.90 hrs. |
| 07/23/12   | H. SEIFE       | █████████████████ (.8); conference with D.LeMay and T.Zink regarding scope and next steps (.6); conference wth Examiner regarding                                                                         | 1.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   14
NEW YORK, NY 10036


|            |                |                                                                                                                                                                                 |           |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | 7/24 Chambers conference (.5).                                                                                                                                                   |           |
| 07/23/12   | T. J. MCCORMACK | Review materials, background documents in connection with investigation (2.3); conferences/emails with team re: tasks, timing, scope and related matters (0.8); ███████ (0.8). | 3.90 hrs. |
| 07/23/12   | F. VAZQUEZ     | Conf w/Zink re order approving scope (.3); review and revise order approving scope (.8); conf w/Gayda re scope (.1); review schedules (1.4).                                     | 2.60 hrs. |
| 07/23/12   | D. M. LeMAY    | ███████ (.8). ███████ (.3); follow-up meeting with C&P team (.6); telephone conference to Chambers re: submissions for tomorrow (.2); prepare e-mail to Chambers regarding Examiner's submission (.7); conference with Examiner re: scope, timing and tomorrow's Chambers conference (.5). | 3.10 hrs. |
| 07/23/12   | R. J. GAYDA    | Review draft scope of examination order (.8); email correspondence with F. Vazquez re same (.2); telephone call with Judge Glenn's chambers re same (.4).                       | 1.40 hrs. |
| 07/23/12   | C. L. RIVERA   | ███████                                                                                                                                                                         | 0.70 hrs. |
| 07/23/12   | M. D. ASHLEY   | ███████ (.8); ███ call with Examiner regarding investigation planning (.5); reviewed investigation background materials (2.8).                                                   | 4.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   15
NEW YORK, NY 10036

| 07/23/12 | M. ROITMAN | ████████████████ (0.8); ████ (0.6). | 1.40 hrs. |
| 07/24/12 | M. ROITMAN | ████████████████ (1.9) | 1.90 hrs. |
| 07/24/12 | M. ROITMAN | Confer/correspond with S. Rivera and corporate team re: review of prepetition transactions (0.7) | 0.70 hrs. |
| 07/24/12 | M. D. ASHLEY | Meeting with T. McCormack regarding Litigation investigation planning and coordination (.5); reviewed investigation background materials (1.6). | 2.10 hrs. |
| 07/24/12 | D. M. LeMAY | Prepare for (.7) and attend (1.0) Chambers conference.  Partial attendance at omnibus hearing in USBC (2.9); follow up conference with Examiner regarding Chambers conference (.2). | 4.80 hrs. |
| 07/24/12 | D. M. LeMAY | Meet with H. Seife and T. Zink regarding changes to order on scope (.4).  Review revised draft (.8) and comments to T. Zink (.4). Meeting with H. Seife regarding task list and staffing (.4). ████████████████ (.4).  Prepare briefing book for Examiner (1.5) and meeting w/S. Rivera regarding same (.7). | 4.60 hrs. |
| 07/24/12 | F. VAZQUEZ | Conf w/Roitman re today's hearing (.2); review and revise order approving scope (2.8); conf w/Zink re revised scope (.2); review comments re scope (.3). | 3.50 hrs. |
| 07/24/12 | T. J. MCCORMACK | Review all background materials (2.2); conference with M.Ashley re: document review and litigation investigation planning (.6) | 2.80 hrs. |
| 07/24/12 | H. SEIFE | Preparation for Chambers conference (1.2); Chambers conference with Judge Glenn (1.1); follow up conference with Examiner regarding same (.2). | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                  August 31, 2012
1177 AVENUE OF THE AMERICAS                       Page    16
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/24/12 | H. SEIFE | Review and revised preliminary work plan (1.4); conference with D.LeMay regarding investigation planning (.4); conference with D.LeMay and T.Zink regarding scope (.3); emails with Mesirow regarding investigation (.3). | 2.40 hrs. |
| 07/24/12 | N. T. ZINK | Review previously and recently docketed pleadings for relevancy to Examiner's investigation (3.3); conference with H. Seife and D. LeMay re chambers conference and necessary revisions to scope and timing (.3); review and revise draft pleading re scope and timing (2.2); exchange emails with D. LeMay re revisions to scope and timing (.2); further conferences with D. LeMay re scope issues (.2); email to Examiner re scope (.1); review summary of June 24 hearing for relevancy to scope (.2); review master task list (.2). | 6.70 hrs. |
| 07/24/12 | S. R. RIVERA | Meeting with D.LeMay re: briefing book for Examiner (.8); conferences with corporate and litigation teams on coordination of specific transaction investigation and background materials (.7). | 1.50 hrs. |
| 07/25/12 | S. R. RIVERA | Prepared for (.9) and participated in kickoff meeting with Mesirow (1.2); follow-up meeting with working group re: preparation, scheduling, organization and other issues in connection with Examiner investigation (1.5). | 3.60 hrs. |
| 07/25/12 | N. T. ZINK | Prepare for (.4) and phone conference with Mesirow Financial team re investigation planning and current tasks (1.0). | 1.40 hrs. |
| 07/25/12 | N. T. ZINK | Review and revise scope order (.8) and prepare email to parties (.4); conference with H. Seife re scope order (.3); | 7.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    17
NEW YORK, NY 10036

|            |                  |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |            |
|------------|------------------|----------|------------|
|            |                  | ████████ (.2); ████████ (.3); further review of pleadings and agreements re scope of Examiner's investigation (3.1); meeting with Chadbourne team re investigation planning process and structure (1.6); phone conference with T. McCormack re investigation process (.2); conference with with B. Schwinger re Examiner Work Plan submission (.2). | |
| 07/25/12   | R. A. SCHWINGER   | Meeting with T. Zink re preliminary work plan and section in plan re document management and review (0.3); Review draft of preliminary work plan (0.4); Conference call with Mesirow Financial re planning for the investigation (with bankruptcy and litigation teams) (1.1); Meeting of bankruptcy and litigation teams regaring approaches investigation, including factual and legal issues and issues in connection with the Chapter 11 cases (1.3); Meeting with T. McCormack and M. Ashley to address issues in document review process in connection with investigation (0.6). | 3.70 hrs. |
| 07/25/12   | H. SEIFE          | ████████ (1.1); conference call with Mesirow regarding investigation (1.0); conference with T.Zink regarding scope (.3). | 2.40 hrs. |
| 07/25/12   | T. J. MCCORMACK   | Conf. with T.Zink re approaches to investigation (0.4); prepare for (0.4) and meeting with Mesirow re: investigation planning (1.1); follow-up meeting with C&P team regarding preparation and planning of investigation (1.4); meeting with M.Ashley and R.Schwinger re: document review issues (0.6). | 3.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    18
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/25/12 | F. VAZQUEZ | Review and revise order re scope (1.9); conf w/Zink re order approving scope (.3); conf w/Seife re scope (.1); conf w/Zink re meeting and next steps (.3); email to/from Schwinger re work plan (.1). | 2.70 hrs. |
| 07/25/12 | D. M. LeMAY | Prepare for (.6) and participate in initial coordinating conference with Mesirow (1.1). Internal C&P meeting regarding work plan and tasks (1.5). Review comments received on draft scope order and discuss same with T. Zink (.8). Review and revise e-mail to parties regarding scope order (.5); follow-up conferences with C&P team re: investigation planning and related issues (.8). | 5.30 hrs. |
| 07/25/12 | C. L. RIVERA | Confer with T. Zink re: transaction review template, organization. | 0.20 hrs. |
| 07/25/12 | M. D. ASHLEY | Conference call with Mesirow regarding investigation planning and coordination (1.2); team meeting regarding investigation planning (1.3); meeting with T. McCormack, R. Schwinger regarding Litigation investigation planning issues (.6); reviewed investigation background materials (1.5); emails with team regarding investigation issues (.4). | 5.00 hrs. |
| 07/25/12 | M. BLACKBURN | Review background documents in connection with investigation. | 0.90 hrs. |
| 07/25/12 | M. ROITMAN | Conference call with Mesirow team (1.2); Meet with C&P team following call with Mesirow (1.4); Revise master task list (1.1); Confer/correspond with C&P team members re: planning of investigation (0.8) | 4.50 hrs. |
| 07/26/12 | M. ROITMAN | Correspond with Chadbourne and Mesirow teams re: professionals meeting (0.3). | 0.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   19
NEW YORK, NY 10036


| Date | Name | Description | Hours |
|---|---|---|---|
| 07/26/12 | M. D. ASHLEY | ████████ (2.4); conference with M.Blackburn re: scope of investigation and related tasks (.3). | 2.70 hrs. |
| 07/26/12 | M. BLACKBURN | Meeting with M. Ashley re: scope of investigation and tasks. | 0.30 hrs. |
| 07/26/12 | S. BLOOMFIELD | Meeting with M. Distefano re research on Debtor litigation (.3); research pending litigation on ResCap Debtors (2.7). | 3.00 hrs. |
| 07/26/12 | D. M. LeMAY | ████████ (.3); ████ (3.4). | 3.70 hrs. |
| 07/26/12 | D. M. LeMAY | ████████ (.6). ████ (.4). Further versions to scope order (.2) and review memo to Chambers (.4). | 1.60 hrs. |
| 07/26/12 | M. DISTEFANO | ████████ (3.2). | 3.20 hrs. |
| 07/26/12 | F. VAZQUEZ | Review and revise order re scope (1.2); conf w/Zink re scope of order and transmittal to chambers (.3); draft transmittal email to Debtors' counsel (.2). | 1.70 hrs. |
| 07/26/12 | H. SEIFE | Review and revise scope of work (.7); conference with T.Zink and D.LeMay regarding same (.3); ████ (.3). | 1.30 hrs. |
| 07/26/12 | N. T. ZINK | ████████ (.2); review plan support agreement re debtor and third party releases and implications for scope of investigation (.8); | 6.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    20
NEW YORK, NY 10036

various emails with D. LeMay and
H. Seife re scope issues and party
comments thereto (.2); conference
with H. Seife and D. LeMay re
comments to scope order (.4);
revise scope order (.8); email to
Debtors' counsel re revised scope
order (.2); phone conference with
A. Klein of MoFo re revised scope
order (.2); ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇ (.3); prepare email to
Chambers re transmittal of scope
order (.8); conference with F.
Vazquez re scope order and
transmission to Chambers (.3);
prepare transaction review
template (1.2); review pleadings
for relevance to scope order (1.2).

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/26/12 | T. J. MCCORMACK | Review background materials on claims and tasks (1.4); ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ (1.0); emails with R. Schwinger on investigation tasks, approach (0.3). | 2.70 hrs. |
| 07/27/12 | S. BERSON | Met with D. LeMay, T. Zink, A. Coronios, M. Baldwin and Y. Kuznetsov re: overall planning and coordination of investigation (1.2).  Met with A. Coronios, M. Baldwin and Y. Kuznetsov re: planning of debt review (.3). | 1.50 hrs. |
| 07/27/12 | N. T. ZINK | Conference with D. LeMay, M. Baldwin Fuerst, S. Berson, A. Coronios re corporate review of subject transaction (1.2); conference with F. Vazquez, C. Rivera and B. Dye re preparation of legal section of Examiner's Report (.5); conference with H. Seife, D. LeMay re investigation planning and coordination (2.0). | 3.70 hrs. |
| 07/27/12 | H. SEIFE | Conference with T.Zink and D.LeMay regarding organization of investigation (2.1); ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (1.2). | 3.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                      August 31, 2012
1177 AVENUE OF THE AMERICAS                           Page   21
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/27/12 | M. BALDWIN | Review of background materials (.5); conference w/Messrs. LeMay, Zink, Coronois, Berson and Kutzmevov regarding background and investigation planning (1.2); follow-up conference with Messrs. Berson and Coronios (.3). | 2.00 hrs. |
| 07/27/12 | F. VAZQUEZ | Finalize and circulate order approving scope (.6); conf w/Zink re order approving scope (.3); review and revise work plan (1.8); conf w/Zink re work plan (.3); conf w/Zink, Dye and Rivera re report and next steps (.5); conf w/LeMay re investigation (.3); email to/from LeMay and Zink re order approving scope (.2). | 4.00 hrs. |
| 07/27/12 | T. J. MCCORMACK | Review tasks/staffing issues for investigation (0.7); meeting with M.Blackburn re: scope/investigation (0.5); review legal/factual materials (1.1). | 2.30 hrs. |
| 07/27/12 | A. CORONIOS | Office conference with D. LeMay, T. Zink, M. Baldwin Fuerst, S. Berson and Y. Kuznetzov re background and areas of investigations (1.2); follow-up conference with M. Baldwin and S. Berson re same (0.3). | 1.50 hrs. |
| 07/27/12 | Y. KUZNETSOV | Meeting with T.Zink, D.LeMay, M.Baldwin Fuerst, A.Coronios, S.Berson re: work planning (1.2). | 1.20 hrs. |
| 07/27/12 | D. M. LeMAY | Meeting with C&P corporate team to discuss project, scope, assignments and staffing (1.2). Work on investigation team assignment chart (.6). Meeting with H. Seife and T. Zink regarding investigation work planning and staffing (2.2); conference with M.Roitman re: pre-petition transactions (.6). | 4.60 hrs. |
| 07/27/12 | S. BLOOMFIELD | ██████████████████ | 4.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    22
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/27/12 | M. BLACKBURN | Meeting with T. McCormack re: scope of work (.4); conference with M. Ashley re: scope of work (.2). | 0.60 hrs. |
| 07/27/12 | M. D. ASHLEY | Emails with Mesirow and transaction teams regarding investigation document issues (.3); reviewed investigation background materials (1.1); conference with M.Blackburn re: scope (.2). | 1.60 hrs. |
| 07/27/12 | M. ROITMAN | Meet with D. LeMay re: Review of Prepetition Transactions (0.5) | 0.50 hrs. |
| 07/28/12 | F. VAZQUEZ | Review and revise work plan. | 0.40 hrs. |
| 07/28/12 | H. SEIFE | ██████████████████████████ | 2.70 hrs. |
| 07/28/12 | N. T. ZINK | Prepare transaction review template (2.7) and checklist (1.5). | 4.20 hrs. |
| 07/28/12 | T. J. MCCORMACK | Review various background materials including first day affidavit, ████████████████████████████████ | 5.60 hrs. |
| 07/29/12 | T. J. MCCORMACK | Continued review of background materials (3.1). | 3.10 hrs. |
| 07/29/12 | N. T. ZINK | Review and revise transaction review template (4.9); review and revise Examiner Work Plan (1.9); emails with R.Gayda re same (.4). | 7.20 hrs. |
| 07/29/12 | R. J. GAYDA | Email correspondence with T. Zink re insert into Examiner work plan (.4); draft work plan insert (1.1). | 1.50 hrs. |
| 07/29/12 | M. D. ASHLEY | ████████████████████████████ (1.1); emails with team regarding investigation planning (.3). | 1.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   23
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/30/12 | M. D. ASHLEY | Team meeting with Mesirow regarding investigation planning and coordination (1.9); reviewed investigation background materials (1.3); email with M.Roitman re: transactional review template (.3). | 3.50 hrs. |
| 07/30/12 | S. BLOOMFIELD | (1.3); ████████ (.9). | 2.20 hrs. |
| 07/30/12 | J. F. FINNEGAN | Conference with T.McCormack re: investigation (.3); ████████ (3.2). | 3.50 hrs. |
| 07/30/12 | M. ROITMAN | Review of prepetition transactions (0.4) and review and revise master task list re: same (0.5); attendance at meeting with C&P team and financial team advisors re investigation issues and planning (2.2); Correspond with M. Ashley re: transactional review template (0.4). | 3.50 hrs. |
| 07/30/12 | M. S. TOWERS | Prepared for meeting with financial advisors (.6); attended meeting with C&P team and financial advisors re: investigation issues and planning (2.1). | 2.70 hrs. |
| 07/30/12 | R. J. GAYDA | Prepare for (.4)and meeting with Mesirow re open issues and status of case (2.1). | 2.50 hrs. |
| 07/30/12 | M. DISTEFANO | ████████ (.2); meeting with S. Rivera re same (.2); ████████ (.5). | 0.90 hrs. |
| 07/30/12 | D. M. LeMAY | Prepare for (1.1) and participate in (2.3) meeting with Mesirow. | 3.40 hrs. |
| 07/30/12 | C. L. RIVERA | Preparation for (0.7) and attend organizational meeting with Mesirow and Chadbourne teams (2.1). | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                         August 31, 2012
1177 AVENUE OF THE AMERICAS                              Page    24
NEW YORK, NY 10036


| 07/30/12 | F. VAZQUEZ | Review and revise work plan (1.3); conf w/Zink re work plan (.3); email to/from Zink re work plan (.1). | 1.70 hrs. |
| 07/30/12 | J. HENNEBERRY | T/cs T. McCormack re: investigation issues and logistics (.2); review of background documents (5.9). | 6.10 hrs. |
| 07/30/12 | A. CORONIOS | Attend meeting with financial advisors (Mesirow), C&P team re investigation planning and issues | 2.30 hrs. |
| 07/30/12 | W. A. GREASON | Worked on review of background materials for meeting with Mesirow (2.8); office conference with T. Zink re: process of investigation (.4); attend meeting with Mesirow and C&P team re: planning and issues to investigate (2.1). | 5.30 hrs. |
| 07/30/12 | H. SEIFE | Preparation for meeting with Mesirow (1.2); meeting with Mesirow regarding investigation (2.4); work on organization and approach to investigation (2.3). | 5.90 hrs. |
| 07/30/12 | T. J. MCCORMACK | Telephone conferences with J. Finnegan and J. Henneberry re: case background, tasks (0.7); prepare for (.6) and meeting with Mesirow on all issues (2.2). | 3.50 hrs. |
| 07/30/12 | S. R. RIVERA | Prepared for (.7) and attended meeting with financial advisor re: organization and investigation kickoff (2.1). | 2.80 hrs. |
| 07/30/12 | S. BERSON | Prepared for meeting with financial advisors (1.8); attendance at meeting with C&P team and financial advisors re: investigation issues and planning (2.1). | 3.90 hrs. |
| 07/30/12 | R. A. SCHWINGER | Attendance at meeting of C&P team and financial advisors re investigation issues and planning (2.3); Draft insert for Examiner's Work Plan re document depository plans and procedures (0.5). | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   25
NEW YORK, NY 10036


| | | | |
|---|---|---|---|
| 07/30/12 | N. T. ZINK | Review and revise Work Plan (.4); conference with F. Vazquez re Work Plan (.2); conference with W.Greason re: investigation background (.4); prepare for meeting with financial advisors (.4); attendance at meeting with C&P team and financial advisors re investigation issues and planning (2.1); further revision to Work Plan (.4). | 3.90 hrs. |
| 07/31/12 | R. A. SCHWINGER | Attendance (in part) at meeting with C&P team and Debtors' counsel re background of matters and transactions for investigation issues and planning. | 2.20 hrs. |
| 07/31/12 | R. A. SCHWINGER | Meeting with H. Seife, D. LeMay, T. McCormack, M. Ashley re document production issues and investigation planning (0.9); follow-up conference with M.Ashley re: same (0.3). | 1.20 hrs. |
| 07/31/12 | S. BERSON | ▮▮▮▮ (1.2); ▮▮▮▮ (3.6). | 4.80 hrs. |
| 07/31/12 | S. R. RIVERA | ▮▮▮▮ (.4) ▮▮▮▮ (3.7). | 4.10 hrs. |
| 07/31/12 | S. R. RIVERA | Meeting with A.Coronios and Bank Transaction Team re: transaction issues. | 0.70 hrs. |
| 07/31/12 | T. J. MCCORMACK | Prepare for (0.6) ▮▮▮▮ (3.7); | 4.30 hrs. |
| 07/31/12 | H. SEIFE | ▮▮▮▮ (.8); ▮▮▮▮ (3.8); follow up meeting with Examiner regarding same (.4); meeting with D.LeMay and litigation team re: document review and investigation planning | 6.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   26
NEW YORK, NY 10036

|            |                 | (.9); work on organization of investigation (.7). |           |
|------------|-----------------|---------------------------------------------------|-----------|
| 07/31/12   | N. T. ZINK      | Prepare for meeting with counsel for Debtors (.8); attend meeting with counsel for Debtors re: background and investigation planning (3.7). | 4.50 hrs. |
| 07/31/12   | M. BALDWIN      | ███████████ (3.7); review index of documents to determine relevant documents (.5); e-mails Mr. Roitman regarding documents (.3); e-mails Mr. LeMay regarding next steps (.2); ████ (.4). | 5.10 hrs. |
| 07/31/12   | N. T. ZINK      | Review and revise formal work plan (1.2); phone conference with G. Sasson re filing of work plan (.1). | 1.30 hrs. |
| 07/31/12   | T. J. MCCORMACK | Meeting with H. Seife and D. LeMay re: investigation planning including discovery issues, document production. | 0.90 hrs. |
| 07/31/12   | A. CORONIOS     | Meeting with bank transaction team re: background materials to date, scope of investigation (0.6); ████████ (3.9). | 4.50 hrs. |
| 07/31/12   | F. VAZQUEZ      | Conf w/Zink re work plan (.4); review and revise work plan (1.1); conf w/Gayda re work plan (.1); ████ (2.4); ████ (.7). | 4.70 hrs. |
| 07/31/12   | D. M. LeMAY     | Prepare for (1.3) and attend (3.9) ████████ Follow up meeting with H. Seife and A.J. Gonzalez (.4). Meeting with M. Towers and M. Roitman regarding document review preparation (.4). Meeting with | 9.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   27
NEW YORK, NY 10036

Litigation Team re: investigation
planning (.9).
█████████████████████████
████████████ (2.5).

| 07/31/12 | C. L. RIVERA | Confer with M Roitman re: ████████████████████ (0.6); begin review of materials (0.7). | 1.30 hrs. |
| 07/31/12 | M. DISTEFANO | Review of ██████████████ (1.1); meeting with S.Rivera and A.Coronios re transaction issues (.6). | 1.70 hrs. |
| 07/31/12 | Y. KUZNETSOV | Meeting with A.Coronios, S.Rivera, M.Distefano re: investigation planning (0.6). | 0.60 hrs. |
| 07/31/12 | R. J. GAYDA | Review and revise work plan with respect to Examiner Discovery Motion (1.5). | 1.50 hrs. |
| 07/31/12 | M. S. TOWERS | Met with M. Roitman and D. LeMay re: C&P internal meeting to plan transactional review (.5); drafted agenda and related items for C&P internal meeting to plan transactional review (.7) | 1.20 hrs. |
| 07/31/12 | M. ROITMAN | ███████████████████████ (3.8) | 3.80 hrs. |
| 07/31/12 | M. ROITMAN | Meet with D. LeMay and M. Towers re: C&P internal meeting to plan transactional review (0.5); ██████████ (2.2); Confer with C. Rivera re: same (0.6); Correspond with M. Baldwin Fuerst and C. Rivera re: same (0.3). | 3.60 hrs. |
| 07/31/12 | J. F. FINNEGAN | Continued review of background material (2.1); ████████████████████ (3.5). | 5.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   28
NEW YORK, NY 10036


07/31/12   M. D. ASHLEY       Meeting with H. Seife, D. LeMay,        8.20 hrs.
                              T. McCormack, R. Schwinger
                              regarding investigation planning
                              and coordination issues (.9);
                              conference with R. Schwinger
                              regarding same (.3); ███████████
                              ████████████████████████ (3.6);
                              █████████████████
                              ████ (.3); emails with team,
                              parties' counsel regarding
                              protective order and discovery
                              issues (1.4); reviewed related
                              investigative background materials
                              (1.7).

08/01/12   M. D. ASHLEY       Emails with T. Zink regarding          3.60 hrs.
                              Examiner workplan (.3); call with
                              T. McCormack regarding
                              investigation litigation planning
                              and coordination (.3); attend team
                              meeting regarding investigation
                              timeline and document review
                              process issues (1.2); reviewed
                              investigation background materials
                              (1.8).

08/01/12   M. BLACKBURN       ███████████████████████████████        3.30 hrs.
                              ███████████████████████████████
                              ████ (1.4); █████████████████
                              ███████████████████████ (.8);
                              ███████████████████████ (1.1).

08/01/12   J. F. FINNEGAN     Attend internal organizational         2.30 hrs.
                              meeting to discuss timing and
                              comparable logistical issues
                              (1.1); █████████████████
                              ██████████ (1.2).

08/01/12   J. M. MIGDAL       Meeting with S. Berson and team to     1.30 hrs.
                              discuss stategy for document
                              review (1.3).

08/01/12   M. ROITMAN         Preparation for meeting with           2.50 hrs.
                              transactional team leaders (0.9);
                              Meet with M. Towers re: same
                              (0.4); Meeting with transactional
                              team leaders re: first steps on
                              investigation (1.2).

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    29
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/01/12 | M. S. TOWERS | Revised agenda and other materials for internal C&P meeting regarding initial review and summarization of transactional documents (.8); discussed agenda and other materials for internal C&P meeting regarding initial review and summarization of transactional documents with M. Roitman and D. LeMay (.6); prepared for (.5) and presented at (1.2) interal C&P meeting regarding initial review and summarization of transactional documents; responded to email communications from team members following up on interal C&P meeting regarding initial review and summarization of transactional documents (1.0). | 4.10 hrs. |
| 08/01/12 | R. M. KIRBY | Attendance at Team Leader meeting led by M. Towers and D. LeMay re: tasks and scheduling. | 1.20 hrs. |
| 08/01/12 | R. J. GAYDA | Attend team leader meeting (1.1); prepare for same (.3); review various documents relating to investigation preparation (.7). | 2.10 hrs. |
| 08/01/12 | Y. KUZNETSOV | Attend team leader meeting re: investigation process and timeline (1.2). | 1.20 hrs. |
| 08/01/12 | M. DISTEFANO | Attend team leader meeting re organization and planning for investigation (1.2). | 1.20 hrs. |
| 08/01/12 | D. M. LeMAY | Prepare for (.3) and lead (1.3) internal meeting regarding timetable and deliverable for transaction review. | 1.60 hrs. |
| 08/01/12 | D. M. LeMAY | Review and comment on draft Work Plan. | 2.20 hrs. |
| 08/01/12 | F. VAZQUEZ | Review and revise work plan (3.6); email to/from Zink re work plan (.1); conf w/Ashley re work plan (.1); conference with H.Seife re work plan (.3). | 4.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   30
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/01/12 | A. CORONIOS | Team leader meeting re scope of review and organization (1.2); review transaction template summaries (.4) and currently produced major documents (.6). | 2.20 hrs. |
| 08/01/12 | T. J. MCCORMACK | Review current draft of work plan (0.9); review all background materials on Ally/ResCap organization/operations (1.3) and conference with M.Blackburn re: same (0.6); conference with M.Ashley re: planning for investigation litigation (0.3). | 3.10 hrs. |
| 08/01/12 | W. A. GREASON | Group meeting to discuss approach to document review (1.2). | 1.20 hrs. |
| 08/01/12 | N. T. ZINK | Conference with Chadbourne team members re team assignments and transaction review (1.0); review and revise draft Examiner work plan (1.8); review M. Ashley comments to draft work plan (.1); email F. Vazquez re Ashley comments to draft work plan (.2); review D. LeMay comment to work plan (.1). | 3.20 hrs. |
| 08/01/12 | M. BALDWIN | Attend team meeting re: investigation strategy (1.1); t/c w/Mr. Coronois re: same (.2). | 1.30 hrs. |
| 08/01/12 | H. SEIFE | Review and revised work plan (1.5); conference with F.Vazquez regarding plan (.3). | 1.80 hrs. |
| 08/01/12 | S. BERSON | Met with overall team to discuss organization and planning (1.3). | 1.30 hrs. |
| 08/02/12 | S. BERSON | Met with Financing Transaction team to discuss document review and organization (0.8); met with J. Migdal and J.Finnegan re:  same (1.2). | 2.00 hrs. |
| 08/02/12 | N. T. ZINK | Prepare for meeting with MFC re investigation planning and coordination (.7); meeting with MFC re investigation issues and coordination of work streams (1.0); | 7.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   31
NEW YORK, NY 10036

▮▮▮▮▮▮▮▮▮▮▮ (4.2); further
revisions to Examiner's draft work
plan (.4); conference with
F.Vazquez regarding same (.4);
▮▮▮▮▮▮▮ (.5).

| 08/02/12 | H. SEIFE | Review of revised work plan. | 0.60 hrs. |

| 08/02/12 | H. SEIFE | Meeting with Mesirow regarding investigation (1.0); ▮▮▮ (1.8); ▮▮▮ (4.3); ▮▮▮ (1.7). | 8.80 hrs. |

| 08/02/12 | M. BALDWIN | Review preliminary set of documents provided by MoFo (1.3); compare list of assigned transactions to documents provided (.5); review MoFo presentation to reconcile documents (.5); e-mails Ms. Rivera to plan review (.2); ▮▮▮ (.3). | 2.80 hrs. |

| 08/02/12 | T. J. MCCORMACK | Prep for (0.7) ▮▮▮ (4.3); ▮▮▮ (0.5). | 5.50 hrs. |

| 08/02/12 | F. VAZQUEZ | Review and revise work plan (2.6); conf w/Zink re work plan and next steps (.5); email to/from Zink re work plan (.3); email to/from Towers re work plan (.2). | 3.60 hrs. |

| 08/02/12 | D. M. LeMAY | Attend meeting with Mesirow (1.0). ▮▮▮ (1.2) ▮▮▮ (4.5). | 6.70 hrs. |

| 08/02/12 | D. M. LeMAY | Review and revise Examiner's Work Plan. | 0.60 hrs. |

| 08/02/12 | M. S. TOWERS | Telephone conversation with J. Atkinson of Mesirow regarding project group coordination and document review (.5); attended telephonically meeting with | 1.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   32
NEW YORK, NY 10036

|  |  | Mesirow and C&P team regarding transactional investigation planning and coordination (1.1). |  |
|---|---|---|---|
| 08/02/12 | M. S. TOWERS | Attended meeting with Financing transactional group regarding administration, strategy and other issues associated with transactional review (.8). | 0.80 hrs. |
| 08/02/12 | M. ROITMAN | Preparation for meeting with Mesirow and Examiner (0.6); Meet with Mesirow re: Investigation coordination (1.0); ▮▮▮▮▮ (4.5) | 6.10 hrs. |
| 08/02/12 | J. M. MIGDAL | Meeting with transaction team re: document review and timing (.7); follow-up meeting with S.Berson and J.Finnegan re same (1.2). | 1.90 hrs. |
| 08/02/12 | J. F. FINNEGAN | Participate in organizational meetings with Asset Sales Group (0.8) and Financing Transactions Group (1.0) re: transactional document review. | 1.80 hrs. |
| 08/02/12 | M. D. ASHLEY | Attend team meeting with Mesirow regarding investigation planning and coordination (1.0); ▮▮▮▮▮ (4.2); reviewed investigation transaction materials (2.3). | 7.50 hrs. |
| 08/03/12 | M. D. ASHLEY | Meeting with T. McCormack regarding investigation litigation planning and coordination (.4); reviewed materials related to investigation issues (1.8). | 2.20 hrs. |
| 08/03/12 | D. M. LeMAY | Final review of Examiner Work Plan (1.3). | 1.30 hrs. |
| 08/03/12 | F. VAZQUEZ | Review and revise work plan. (1.7); email to/from Zink re work plan (.3); email to/from LeMay re work plan (.1); review and revise Notice of Filing of work plan (.1); conf with Zink re Notice of Filing (.1). | 2.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    33
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/03/12 | T. J. MCCORMACK | ████ (0.8), ████ (0.6) ████ (0.4); confer M. Ashley re litigation issues and tasks (0.3). | 2.10 hrs. |
| 08/03/12 | M. BALDWIN | E-mails to team concerning transaction document review. | 0.30 hrs. |
| 08/03/12 | H. SEIFE | ████████ | 3.20 hrs. |
| 08/03/12 | N. T. ZINK | Review and revise Examiner's work plan in light of D. LeMay and H. Seife comment (.7); emails with the Examiner re work plan (.2); emails from H. Seife re same (.2); conference with F.Vazquez re revisions to work plan (.2); further revisions to work plan (.3). | 1.60 hrs. |
| 08/04/12 | N. T. ZINK | Further review and revision of Examiner's draft work plan (.6). | 0.60 hrs. |
| 08/04/12 | F. VAZQUEZ | Email to/from Zink re work plan. | 0.10 hrs. |
| 08/04/12 | M. BLACKBURN | Review bankruptcy filings and presentations from counsel for unsecured creditors committee and other parties. | 6.40 hrs. |
| 08/05/12 | F. VAZQUEZ | Conf w/Zink re workplan (.2); review and revise workplan (.3); email to/from Zink re notice of workplan (.1). | 0.60 hrs. |
| 08/05/12 | N. T. ZINK | Further revisions to work plan (.4); emails with the Examiner re work plan (.2); conference with F.Vazquez re same (.2). | 0.80 hrs. |
| 08/05/12 | H. SEIFE | Review of revised work plan (.9); Review of Kirkland presentation (1.8). | 2.70 hrs. |
| 08/06/12 | H. SEIFE | Review and revised work plan. | 1.80 hrs. |
| 08/06/12 | R. A. SCHWINGER | Review latest draft of work plan (0.6). | 0.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   34
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/06/12 | S. R. RIVERA | Prepared for (.3) and participated in Bank Transaction Team meeting re: coordination and investigation (1.1). | 1.40 hrs. |
| 08/06/12 | S. R. RIVERA | Participated in 3rd Party Claim Team meeting re: coordination and strategy; | 1.30 hrs. |
| 08/06/12 | F. VAZQUEZ | Finalize work plan (1.3); finalize notice of filing work plan (.3); conf w/Seife re work plan (.2); conf w/Zink re work plan (.2); conf w/Roitman re work plan and next steps (.3). | 2.30 hrs. |
| 08/06/12 | A. CORONIOS | Office conference with ███████████ | 1.10 hrs. |
| 08/06/12 | M. DISTEFANO | Prepare for █████ (.2); ███████ (1.1); ██████ (.2); ███████ (1.3); | 2.80 hrs. |
| 08/06/12 | M. D. ASHLEY | Prepare for (.3) and meeting with S. Rivera, M. Distefano regarding ████████ (1.3); reviewed related materials (.5). | 2.10 hrs. |
| 08/06/12 | Y. KUZNETSOV | Meeting with A. Coronios and bank transaction team regarding document review and investigation planning. | 1.10 hrs. |
| 08/06/12 | M. ROITMAN | Review Examiner's work plan (0.6); Confer/correspond with F. Vazquez re: same (0.2); confer/correspond with M. Towers and E. Miller re: investigation planning (0.3). | 1.10 hrs. |
| 08/07/12 | A. CORONIOS | Office conferences with S Rivera re scheduling, scope of work (0.2) and draft email memo re same (0.2); review Y Kuznetsov list of missing documents ██████ (0.2); ████████ ████████████ (0.6) | 1.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   35
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/07/12 | F. VAZQUEZ | Conf w/Zink re work plan and next steps. | 0.30 hrs. |
| 08/07/12 | H. SEIFE | Telephone conference with ███████ ████████████ (.3); review of revised investigation assignment chart (.8). | 1.10 hrs. |
| 08/07/12 | N. T. ZINK | Prepare for internal Chadbourne team meeting re investigation planning and coordination (.5); conference with F.Vazquez re work plan (.2). | 0.70 hrs. |
| 08/08/12 | N. T. ZINK | Prepare for group update meeting (.8); attend group update meeting regarding investigation planning and coordination (1.2); review master task list for completeness and status of tasks (.3). | 2.30 hrs. |
| 08/08/12 | H. SEIFE | Prepare for team meeting (1.4); meeting with team regarding investigation and responsibilities (1.2); ██████████████████████ ██████████████ (.3). | 2.90 hrs. |
| 08/08/12 | P. GOODMAN | Review certain background documents in connection with investigation (2.1); emails with R.Schwinger re same (.3). | 2.40 hrs. |
| 08/08/12 | S. R. RIVERA | Attended overall team scheduling and coordination meeting. | 1.10 hrs. |
| 08/08/12 | S. R. RIVERA | Prepared for (.5) and attended ██████████████████████ (.7). | 1.20 hrs. |
| 08/08/12 | R. A. SCHWINGER | Team meeting re status of investigation and various projects and timelines (1.2); conference with M. Towers re ████████████████ (0.4); E-mails with P. Goodman re ████████████ (0.4). | 2.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                        August 31, 2012
1177 AVENUE OF THE AMERICAS                             Page   36
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/08/12 | S. BERSON | Met with V. Dunn to discuss planning and organization of further review. | 0.50 hrs. |
| 08/08/12 | A. CORONIOS | Conference call with Mesirow and C&P ████ (0.4); office conference with ████ (0.7); review staffing of various teams (0.4). | 1.50 hrs. |
| 08/08/12 | M. DISTEFANO | Prepared for team meeting (.5); attend ████ (.8); drafted email to Mesirow re team contacts and document acquisition to date (.5) | 1.80 hrs. |
| 08/08/12 | R. J. GAYDA | Prepare for (.6) and meeting with C&P Examiner team re: status and coordination of investigation (1.1). | 1.70 hrs. |
| 08/08/12 | E. M. MILLER | Attend team meeting, in connection with investigation planning and document management (1.1). | 1.10 hrs. |
| 08/08/12 | D. M. LeMAY | Prepare for (.4) and attend (1.3) meeting of C&P team regarding projects, deadlines and assignments. | 1.70 hrs. |
| 08/08/12 | M. ROITMAN | Draft summary of Examiner's meeting with Debtors' Counsel (2.9) | 2.90 hrs. |
| 08/08/12 | M. S. TOWERS | Prepared for internal C&P meeting regarding investigation status (1.1); attended internal C&P meeting regarding investigation status (1.3); | 2.40 hrs. |
| 08/08/12 | Y. KUZNETSOV | Prepare for (.3) and attend meeting with A.Coronios; S.Rivera; M.Distefano; M.Blackburn regarding document review and investigation planning (.7). | 1.00 hrs. |
| 08/08/12 | M. D. ASHLEY | Team meeting regarding investigation planning and coordination (1.1); reviewed related materials (2.1). | 3.20 hrs. |