RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    37
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/08/12 | M. BLACKBURN | Attend ▮▮▮▮▮▮ meeting with A. Coronios, S. Rivera, Y. Kuznetsov, and M. Distefano re: investigation status. | 0.60 hrs. |
| 08/09/12 | J. M. MIGDAL | Meeting with S. Berson Financing Transactions team re planning of investigation. | 0.60 hrs. |
| 08/09/12 | J. F. FINNEGAN | Attend status meeting of Financing Transactions group. | 0.60 hrs. |
| 08/09/12 | M. S. TOWERS | Met with D. LeMay regarding agenda for 8/13 Examiner's professionals meeting (.2); met with T. Zink regarding substantive timeline of investigation (1.4); drafted substantive timeline of investigation (2.1); met with C&P working group for financing transactional review status update (.6); began drafting agenda for 8/13 Examiner's professionals meeting (.7). | 5.00 hrs. |
| 08/09/12 | M. ROITMAN | Meet with C. Rivera re: ▮▮▮▮▮▮ ▮▮▮▮▮▮ (1.1); ▮▮▮▮ ▮▮▮▮▮▮ (0.8); ▮▮▮▮▮▮ (2.8); ▮▮▮▮ (1.4) | 6.10 hrs. |
| 08/09/12 | D. M. LeMAY | ▮▮▮▮▮▮▮▮ | 0.40 hrs. |
| 08/09/12 | C. L. RIVERA | ▮▮▮▮▮▮▮▮ (1.1); reviewing APA summary form (0.4). | 1.50 hrs. |
| 08/09/12 | S. BERSON | Meeting with Financing Transactions team re: investigation planning. | 0.60 hrs. |
| 08/09/12 | T. J. MCCORMACK | Review team e-mails and correspondence on status of all tasks, organizational process and logistics for marshalling facts, documents and other materials. | 0.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   38
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/09/12 | P. GOODMAN | Reviewing certain background documents in connection with investigation. | 2.20 hrs. |
| 08/09/12 | H. SEIFE | Review of memo on meeting with Debtors' counsel (.6); review of presentation from parties regarding investigation issues (2.1). | 2.70 hrs. |
| 08/09/12 | N. T. ZINK | Conference with M. Towers re preparation of task and event timeline (1.4); review summary of meeting with debtors' counsel (.2). | 1.60 hrs. |
| 08/10/12 | N. T. ZINK | Conference with M. Towers and M.Ashley re timeline and agenda for ███████ (.8); conference with H. Seife, D. LeMay and M. Towers re ███████ (1.7); ███████ (.2). | 2.70 hrs. |
| 08/10/12 | H. SEIFE | Meeting with D.LeMay and team regarding status and preparation for meeting with Mesirow (1.7); follow up meeting with M.Towers and D.LeMay regarding agenda for meeting (.4). | 2.10 hrs. |
| 08/10/12 | M. BALDWIN | Telephone conference with Ms. Szymanski in connection with investigation | 0.30 hrs. |
| 08/10/12 | T. J. MCCORMACK | Review additional information on Ally/ResCap organizational structure (0.7). | 0.70 hrs. |
| 08/10/12 | S. R. RIVERA | Participate in ███████ ███████. | 0.70 hrs. |
| 08/10/12 | R. A. SCHWINGER | Review, analyze draft of proposed timeline for investigation (0.7); Meeting with M. Ashley re issues as to proposed timeline for investigation (0.4). | 1.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    39
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/10/12 | D. M. LeMAY | Meeting w/H. Seife, T. Zink and M. Towers to prepare for Monday's working session w/Mesirow and the Examiner (1.8). Follow-up w/M. Towers regarding Monday agenda (.5). | 2.30 hrs. |
| 08/10/12 | M. DISTEFANO | Participate ▮▮▮▮▮▮▮ team meeting re status (.7). | 0.70 hrs. |
| 08/10/12 | A. CORONIOS | Prepare for (.4) and participate ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.7). | 1.10 hrs. |
| 08/10/12 | M. ROITMAN | ▮▮▮▮▮▮▮▮▮▮ (4.7); Review various documents in connection with same (1.5) | 6.20 hrs. |
| 08/10/12 | M. S. TOWERS | Drafted and revised agenda for C&P and Mesirow team meeting on 8/13 (1.1); meeting with H.Seife, D.LeMay and T.Zink re: case status and preparation for 8/13 meetings (1.7); revised timeline regarding investigation (1.1); met with M. Ashley and T. Zink re: timeline regarding investigation (.8); follow-up meeting with H. Seife, D. LeMay and D.LeMay re: meeting agenda (.4). | 5.10 hrs. |
| 08/10/12 | M. D. ASHLEY | Meeting with T. Zink, M. Towers regarding investigation discovery planning issues (.9); conference with R.Schwinger regarding timeline (.4); reviewed materials relating to discovery planning issues (.4). | 1.70 hrs. |
| 08/10/12 | M. BLACKBURN | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.60 hrs. |
| 08/10/12 | Y. KUZNETSOV | Meeting with A.Coronios; S.Rivera; M.Distefano; M.Blackburn regarding investigation status and planning (0.6). | 0.60 hrs. |
| 08/10/12 | M. B. SZYMANSKI | Conference call w/ M.Baldwin re: background of transaction. | 0.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   40
NEW YORK, NY 10036


| 08/11/12 | M. S. TOWERS | Revised agenda for 8/13 Mesirow and C&P meeting | 0.50 hrs. |
|---|---|---|---|
| 08/11/12 | H. SEIFE | Review and revised draft investigation timeline | 0.80 hrs. |
| 08/12/12 | M. S. TOWERS | Revised substantive timeline of investigation, including milestones | 0.50 hrs. |
| 08/12/12 | M. D. ASHLEY | Reviewed materials relating to investigation substantive issues (1.3). | 1.30 hrs. |
| 08/13/12 | M. D. ASHLEY | Team meeting with Mesirow team regarding investigation planning and coordination issues (2.4); team meeting with Mesirow and Examiner regarding investigation status and planning (1.6); reviewed materials relating to investigation issues (3.8); meeting with S. Rivera, R. Kirby, M. Distefano regarding ███████ (.6); emails with team regarding investigation issues (.7). | 9.10 hrs. |
| 08/13/12 | Y. KUZNETSOV | Review of transaction summary template in preparation for team meeting for A.Coronios. | 0.30 hrs. |
| 08/13/12 | J. F. FINNEGAN | Participate in group meeting with Mesirow (2.2); participate in meeting of ███████ (.8) ███████ (1.1). | 4.10 hrs. |
| 08/13/12 | J. M. MIGDAL | Meeting with S. Berson, M. Towers and ███████ re ███████ (.8); ███████ (1.0). | 1.80 hrs. |
| 08/13/12 | M. BLACKBURN | Prepare for (.2) and participate in portion of meeting with Mesirow re: investigation (1.5). | 1.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    41
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/13/12 | M. S. TOWERS | Prepared for (.9) and attended Mesirow and C&P transactional team leader meeting (2.2); prepared for (.8) and attended Mesirow, C&P and examiner update meeting (1.8); attended Financing transaction group team meeting (.8) ████████ ████████████████ (1.1). | 7.60 hrs. |
| 08/13/12 | R. M. KIRBY | Meeting w/S. Rivera and M. Ashley re: research and analysis concerning ████████. | 0.50 hrs. |
| 08/13/12 | M. ROITMAN | Meet with C. Rivera re: █████████ (0.5); | 0.50 hrs. |
| 08/13/12 | H. SEIFE | Preparation for meeting with Mesirow (1.1); meeting with Mesirow regarding coordination of investigation (2.4); preparation for meeting with Examiner (1.3); meeting with J.Gonzalez (1.7); review of Mesirow work plan (.9). | 7.40 hrs. |
| 08/13/12 | M. BALDWIN | Attend meeting with Mesirow via conference call (2.1); review template and agenda (.3). | 2.40 hrs. |
| 08/13/12 | P. GOODMAN | Review and analysis and background documents for investigation. | 1.90 hrs. |
| 08/13/12 | N. T. ZINK | Prepare for meeting with team leaders from Chadbourne and MFC (.7); attend and participate at meeting with team leaders from Chadbourne and MFC (2.4); conference with A. Gonzalez, H. Seife and team re investigation planning and coordination (1.5). | 4.60 hrs. |
| 08/13/12 | R. A. SCHWINGER | Attend meeting with MFC team re planned course of investigation and steps in same (2.2). | 2.20 hrs. |
| 08/13/12 | S. BERSON | Attended team meeting with Mesirow (2.3); ████████████████████ (1.0); ████████████████████████ | 4.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   42
NEW YORK, NY 10036

|            |                  | ███████████████████ (.8). |            |
|------------|------------------|------|------------|
| 08/13/12   | T. J. MCCORMACK  | Prep for meetings with Examiner and Mesirow (1.1); attend meeting with Mesirow re: investigation planning (2.3); attend meeting with C&P team and Examiner re: investigation status and planning (1.6); review/analyze background/transaction materials (1.6). | 6.60 hrs. |
| 08/13/12   | S. R. RIVERA     | Participated in meeting with financial advisors and working group. | 2.10 hrs. |
| 08/13/12   | S. R. RIVERA     | Prepared for (.2) and participated in meeting with examiner and working group (1.8). | 2.00 hrs. |
| 08/13/12   | S. R. RIVERA     | Prepared for (.3) and participated in meeting with third-party claims group regarding claim summary chart (.6). | 0.90 hrs. |
| 08/13/12   | A. CORONIOS      | Prepare for (.5) and attend meeting with C&P team leaders, Mesirow team leaders re discussion of scope process, document requests (2.3). | 2.80 hrs. |
| 08/13/12   | W. A. GREASON    | Participate in meeting with Mesirow re: review process. | 2.10 hrs. |
| 08/13/12   | M. DISTEFANO     | ██████████████████████ (.6). | 0.60 hrs. |
| 08/13/12   | R. J. GAYDA      | Meeting with C&P and Mesirow teams re investigation planning (2.2). | 2.20 hrs. |
| 08/13/12   | E. M. MILLER     | Attend meeting with Mesirow and Chadbourne reviewer teams, in connection with document management for same (2.1). | 2.10 hrs. |
| 08/13/12   | C. L. RIVERA     | Prepare for (0.5) and meeting with Chadbourne and Mesirow teams re: report, analysis (2.3); ██████████ (0.6); ██████████ | 3.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   43
NEW YORK, NY 10036

|            |                 | (0.5).                                                                                                                                                                                        |           |
|------------|-----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 08/13/12   | D. M. LeMAY     | Working session of C&P and Mesirow teams (2.3). Meeting with Examiner to report on progress and update him on pending matters, deadlines (1.8). Conference with H. Seife regarding assignments and deadlines (.3). | 4.40 hrs. |
| 08/14/12   | R. J. GAYDA     | Prepare for (.4) and meeting with C&P asset sales team and Mesirow asset sales team (1.9).                                                                                                      | 2.30 hrs. |
| 08/14/12   | W. A. GREASON   | Meeting Mesirow Asset Sale team to review status of document review.                                                                                                                           | 2.00 hrs. |
| 08/14/12   | A. CORONIOS     | ████████████████████████ and additional documents requested (0.4); review updated transaction summary template form (0.5); review timeline for stage 1 deliverables (0.2)                     | 1.10 hrs. |
| 08/14/12   | T. J. MCCORMACK | ████████████████████ (3.1); review investigation timeline (0.7).                                                                                                                               | 3.80 hrs. |
| 08/14/12   | R. A. SCHWINGER | TC with P. Goodman re tasks on investigation (0.3).                                                                                                                                            | 0.30 hrs. |
| 08/14/12   | P. GOODMAN      | Consult with Bob Schwinger regarding ████████████████.                                                                                                                                         | 0.30 hrs. |
| 08/14/12   | P. GOODMAN      | Review of background documents in connection with investigation.                                                                                                                              | 0.80 hrs. |
| 08/14/12   | J. F. FINNEGAN  | Participate in meeting of Asset Sales working group.                                                                                                                                           | 1.80 hrs. |
| 08/14/12   | A. PRICE        | Meeting with Mesirow to discuss review of ████████████████                                                                                                                                     | 1.90 hrs. |
| 08/15/12   | M. S. TOWERS    | Conference with S. Berson re: ████████████████ (.2); ████████████████████████████                                                                                                              | 0.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   44
NEW YORK, NY 10036


                                    ██████████ (.3)

08/15/12   P. GOODMAN        Review of engagement overview (.3)    0.70 hrs.
                             and review of transcripts (.4).

08/15/12   M. BALDWIN        Correspondence with team regarding    0.30 hrs.
                             investigation

08/15/12   N. T. ZINK        Conference with H. Seife re           0.50 hrs.
                             ████████████
                             (.2); conference with B. Gayda re
                             same (.3).

08/15/12   T. J. MCCORMACK   Continued review/analysis of ██████   5.50 hrs.
                             █████████████████████████████
                             █████████████ (4.2);
                             confer M. Ashley re: status of
                             investigation, issues, assignments
                             (0.4); review info on ████████
                             ████████████ (0.9).

08/15/12   A. CORONIOS       Review engagement overview (0.2);     1.20 hrs.
                             preparation for Mesirow meeting
                             with ████████████ (0.4); review
                             and organize staffing Corporate
                             Department members on various
                             teams (0.6)

08/16/12   T. J. MCCORMACK   Review all background data on         3.40 hrs.
                             █████████████████████████████
                             █████████████████████████████
                             ██████████ (1.6); ████████████
                             (.4); conference with H.Seife,
                             M.Ashley and R.Schwinger re:
                             investigation, discovery and next
                             steps (1.4).

08/16/12   R. BALL           Conferred w/T. McCormack (.4) and     3.50 hrs.
                             other team members (.7) re
                             project, background materials, and
                             tasks re ████████████████████
                             █████████████████████ (2.4).

08/16/12   R. A. SCHWINGER   Meeting w/H. Seife, T. McCormack      1.30 hrs.
                             M. Ashley (by phone) re
                             investigation and discovery status
                             and next steps (1.3).

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   45
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/16/12 | H. SEIFE | Conference with T.McCormack, M.Ashley, R.Schwinger regarding investigation and discovery (1.5). | 1.50 hrs. |
| 08/16/12 | M. ROITMAN | Confer/correspond with E. Miller re: ███████ (0.4) | 0.40 hrs. |
| 08/16/12 | M. BLACKBURN | Calls and emails with R. Ball re: ███████ | 0.70 hrs. |
| 08/16/12 | M. D. ASHLEY | Conference with H. Seife, T. McCormack, R. Schwinger regarding discovery planning and coordination (1.4); reviewed materials relating to investigation issues (2.2); emails with team regarding same (.6). | 4.20 hrs. |
| 08/17/12 | Y. KUZNETSOV | Preparation for upcoming meeting with Mesirow. | 0.30 hrs. |
| 08/17/12 | R. BALL | Reviewed first day affidavit (1.4); ███████ (3.2); ███████ (1.3); emails w/M. Blackburn re misc. factual issues (.3); prep for meeting with Mesirow (.2). | 6.40 hrs. |
| 08/17/12 | R. A. SCHWINGER | ███████ (0.4); Meeting with T. McCormack re litigation staffing needs for investigation (0.3). | 0.70 hrs. |
| 08/17/12 | C. CHILD | Analysis of status of investigation and related tasks. | 0.20 hrs. |
| 08/19/12 | P. GOODMAN | Review and analysis based on overview document, e.g., First Day Affidavit in connection with investigation. | 4.80 hrs. |
| 08/20/12 | P. GOODMAN | Conference with T.McCormack and litigation team re: planning, strategy and analysis. | 1.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   46
NEW YORK, NY 10036

| 08/20/12 | D. BAVA | Review and analysis of ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ (1.40). | 1.40 hrs. |
| 08/20/12 | M. BALDWIN | Conference with C.Rivera and M.Roitman re: ▓▓▓▓▓ ▓▓▓▓. | 0.60 hrs. |
| 08/20/12 | H. SEIFE | Review and revise task list for investigation. | 0.80 hrs. |
| 08/20/12 | N. T. ZINK | Prepare email to M. Towers re agendas for MFC and Chadbourne call and call with the Examiner (.3). | 0.30 hrs. |
| 08/20/12 | R. BALL | Reviewed materials in preparation for ▓▓▓▓▓▓▓ call (.6); attend conf. call ▓▓▓▓▓▓▓ (.6) and further call with team and w/Mesirow re investigation status and strategy (1.6); reviewed, circulated comments on narrative summary (.7); conf. call w/T. McCormack and team regarding status of transaction review (1.3); ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ (.9). | 5.70 hrs. |
| 08/20/12 | S. R. RIVERA | Prepared for (.4) and participated in ▓▓▓▓▓▓▓▓▓▓▓▓▓ (.6); participate in team meeting with financial advisor regarding bank transaction review (1.4); participate in call with M.Ashley and M.Distefano re ▓▓▓▓▓ ▓▓▓▓▓ (.5). | 2.90 hrs. |
| 08/20/12 | A. CORONIOS | Meeting with ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ (0.5); ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ (1.6). | 2.10 hrs. |
| 08/20/12 | C. CHILD | Meeting with litigation team regarding planning investigation tasks. | 1.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   47
NEW YORK, NY 10036


08/20/12   T. J. MCCORMACK      Review/identify tasks for              5.90 hrs.
                                legal/factual inquiry (1.4);
                                conferences with litigation team
                                regarding same (0.5); conferences
                                w/M. Ashley on document
                                review/information synthesis for
                                investigation (0.9); meeting with
                                litigation team re: tasks,
                                transaction review and schedule
                                (1.4); review ██████████████
                                █████████████████████████████
                                ██████████████████ (1.7).

08/20/12   M. DISTEFANO         Prepared for ███████████████           2.90 hrs.
                                ██████████ (.3); internal
                                ████████████ (.6); meeting re same
                                with Mesirow (1.4); meeting with
                                S.Rivera and M.Ashley re
                                █████████████ (.6).

08/20/12   D. M. LeMAY          Prepare agendas (.3) and               0.80 hrs.
                                presentations (.5) for tomorrow
                                meetings with Mesirow.

08/20/12   C. L. RIVERA         Mtg with M. Baldwin and M. Roitman     0.70 hrs.
                                re: █████████████████████ (0.7).

08/20/12   Y. KUZNETSOV         Attendance at meeting with ████████    0.50 hrs.
                                ███████████████████ (0.5).

08/20/12   M. D. ASHLEY         Call with T. McCormack regarding       6.00 hrs.
                                investigation discovery and
                                interview planning (.8); call with
                                T. McCormack, R. Ball and team
                                regarding investigation interview
                                preparation issues (1.5); reviewed
                                materials relating to
                                investigation interview issues
                                (1.2); call with S. Rivera, R.
                                Kirby, M. Distefano regarding
                                ████████████████████ (.5);
                                reviewed materials relating to
                                ████████████████████████████████
                                (1.3); emails with team regarding
                                investigation planning issues (.7).

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   48
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/20/12 | J. F. FINNEGAN | Attend Ally team meeting (.5); conference call with ███████ (1.5). | 2.00 hrs. |
| 08/20/12 | M. ROITMAN | Meet with C. Rivera and M. Baldwin re: ███████ (0.7). | 0.70 hrs. |
| 08/20/12 | M. S. TOWERS | Email to ███████ (.4) | 0.40 hrs. |
| 08/20/12 | R. M. KIRBY | Meeting w/S. Rivera and M. Ashley re: ███████. | 0.50 hrs. |
| 08/21/12 | M. S. TOWERS | Prepared for internal Professionals' update call (.3); attended internal Professional's update call (1.5); conference with H. Seife re issues on internal Professional's update call (.5); prepared for Examiner's update call (.3); attended Examiner's update call (.8); follow up meeting with team regarding same (.4). | 3.80 hrs. |
| 08/21/12 | M. ROITMAN | Conference call with Examiner's Professionals (1.5); Conference call with Judge Gonzalez and Professionals (0.7); Confer with C&P team following call (0.3); | 2.50 hrs. |
| 08/21/12 | J. F. FINNEGAN | Review background documents, ███████. | 5.10 hrs. |
| 08/21/12 | M. D. ASHLEY | Team call with Mesirow regarding investigation planning and status (1.5); team call with Mesirow and Examiner re investigation (.7); follow-up Chadbourne team meeting regarding investigation planning issues (.2). | 2.40 hrs. |
| 08/21/12 | Y. KUZNETSOV | Prepare for meeting with Mesirow and C&P team (0.2); attendance at meeting with Mesirow and C&P team regarding investigation status (1.3). | 1.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   49
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/21/12 | D. M. LeMAY | Prepare for (.9) and participate in (1.5) weekly meeting with Mesirow.  Participate in weekly update call with the Examiner (.7) and follow up meeting with team (.4).  Review ███████████████████ (2.2). Conference with S. Rivera regarding same (.2). | 5.90 hrs. |
| 08/21/12 | T. J. MCCORMACK | Prepare for (0.7) and meeting with Examiner's professionals on all issues (1.5); follow-up meeting with C&P Team on (0.4); meeting with Judge Gonzalez on status (0.5). | 3.10 hrs. |
| 08/21/12 | A. CORONIOS | Review ███████████████████ | 0.70 hrs. |
| 08/21/12 | G. GODWIN | Review and prepare binders of ResCap background materials and transaction drafts for attorney review. | 1.40 hrs. |
| 08/21/12 | S. R. RIVERA | Prepared for (.3) and participated in meeting with financial advisor and working group re: update and status (1.4). | 1.70 hrs. |
| 08/21/12 | S. R. RIVERA | Prepared for (.3) and participated in meeting with working group and Examiner re: update and status (.6). | 0.90 hrs. |
| 08/21/12 | R. A. SCHWINGER | Attend conference call/meeting of Examiner's professionals (1.5); Attend conference call with Examiner to report on current status and upcoming plans (0.7); Follow-up meeting of C&P team following conference call with Examiner (0.3). | 2.50 hrs. |
| 08/21/12 | N. T. ZINK | Prepare for call with MFC and Chadbourne teams re investigation planning and coordination (.8); attend and participate on call with teams and Mesirow (1.5); prepare for call with the Examiner (.4); participate on call with the | 3.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   50
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | Examiner and MFC and Chadbourne teams (.6); review master task list (.3). |  |
| 08/21/12 | H. SEIFE | Preparation for meeting with team (1.3); meeting with senior team members and Mesirow (1.5); preparation for meeting with Examiner (.8); meeting with Examiner regarding investigation (.6); meeting with M.Towers regarding certain issues raised at professionals meeting (.5). | 4.70 hrs. |
| 08/22/12 | H. SEIFE | Telephone conferences with team members regarding status (.8); review and revise timeline (.7). | 1.50 hrs. |
| 08/22/12 | S. R. RIVERA | Reviewed, revised and finalized ████████████████████ (.9) and ████████ (1.2); conference with D.LeMay re same (.3). | 2.40 hrs. |
| 08/22/12 | S. R. RIVERA | Reviewed and revised ████████████ (.9); correspondence/phone calls w/working group re same (.3). | 1.20 hrs. |
| 08/22/12 | T. J. MCCORMACK | Review and evaluate all options for completing all tasks for investigation (1.3); | 1.30 hrs. |
| 08/22/12 | D. M. LeMAY | Review ████████████████████ (.2) ████████ (1.1). Conf. S. Rivera (.3) re same. | 1.60 hrs. |
| 08/22/12 | C. L. RIVERA | Review correspondence re: ████████ | 0.40 hrs. |
| 08/23/12 | C. L. RIVERA | Confer with M. Roitman re: ████████████ (0.4); correspondence re: same with Mesirow (0.2); ████████ (0.3). | 0.90 hrs. |
| 08/23/12 | D. M. LeMAY | Prepare, revise and finalize Supplement to Examiner's Work Plan. | 2.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   51
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/23/12 | D. M. LeMAY | T/C with ██████████ ████████████████ | 0.30 hrs. |
| 08/23/12 | T. J. MCCORMACK | Confer H. Seife re: status, tasks underway, timing and logistics (0.3); telephone conferences/meetings with team members on fact-gathering and analytical tasks including drafting of discovery requests, identification of potential witnesses for interviews and training of reviewers for document analysis (3.1). | 3.40 hrs. |
| 08/23/12 | G. GODWIN | Review and prepare supplements to transaction materials binder for attorney review. | 2.90 hrs. |
| 08/23/12 | H. SEIFE | Review and revise supplement to work plan (.4); conference with T.McCormack regarding status of litigation tasks (.3). | 0.70 hrs. |
| 08/23/12 | M. D. ASHLEY | Reviewed materials relating to investigation planning, ████████ (2.8); emails with team regarding same (.6). | 3.40 hrs. |
| 08/23/12 | M. ROITMAN | Call with Mesirow re: ██████ ████████████ (0.2); Confer/correspond with C. Rivera re: ██████████ (0.4); | 0.60 hrs. |
| 08/24/12 | M. ROITMAN | Correspond with C. Rivera and M. Knoll re: ████████████ (0.2); Conference call with Mesirow re: same (0.7); Review transcripts re: ████████████ (0.5); Correspond with Mesirow and C. Rivera re: same (0.2) | 1.60 hrs. |
| 08/24/12 | C. L. RIVERA | Call with M. Roitman and Mesirow re: ████████ (0.7); call with M. Roitman re: follow-up on same (0.2). | 0.90 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   52
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/26/12 | P. GOODMAN | Review various plan support documents in connection with investigation. | 2.40 hrs. |
| 08/26/12 | R. A. SCHWINGER | Review summary on ▮▮▮▮▮ (0.3); Review summary on ▮▮▮▮▮ (1.4). | 1.70 hrs. |
| 08/27/12 | R. A. SCHWINGER | C&P internal team meeting re status of current and upcoming tasks (1.2); Review ▮▮▮▮▮ (0.7). | 1.90 hrs. |
| 08/27/12 | S. R. RIVERA | Prepare for (.4) and participated in meeting w/Chadbourne team re: status updates and issues (1.3). | 1.70 hrs. |
| 08/27/12 | T. J. MCCORMACK | Review ongoing tasks, progress and schedule against work plan (1.3); confer M. Ashley and R. Schwinger on investigation discovery matters (0.5); meet with C&P team on all issues (1.0). | 2.80 hrs. |
| 08/27/12 | H. SEIFE | Meeting with Chadbourne team regarding investigation coordination and updates. | 1.20 hrs. |
| 08/27/12 | N. T. ZINK | Review investigation timeline (.1); review agenda for all professionals' call tomorrow and email to M. Towers relating thereto (.2); conference with internal Chadbourne team re investigation planning and coordination (1.1); emails with M. Towers re agenda for tomorrow's professional call with MFC (.1). | 1.50 hrs. |
| 08/27/12 | C. L. RIVERA | Review correspondence re: ▮▮▮▮▮ (0.2); prepare for (0.3) and meeting with Chadbourne team re: status, process (1.4); confer with T. Zink re: related follow-up (0.2). | 2.10 hrs. |
| 08/27/12 | M. DISTEFANO | Reviewed filings re sale deadlines. | 0.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   53
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/27/12 | R. J. GAYDA | Prepare for (.5) and attend C&P team meeting (1.3). | 1.80 hrs. |
| 08/27/12 | A. CORONIOS | Review ███████████ (0.6) | 0.60 hrs. |
| 08/27/12 | P. ASNANI | Meeting with C&P team re: status of investigation. | 1.40 hrs. |
| 08/27/12 | M. D. ASHLEY | Team meeting regarding investigation planning and status (1.2); meeting with T. McCormack regarding investigation discovery and interview preparation (.4); emails with team regarding investigation planning and coordination issues (1.3). | 2.90 hrs. |
| 08/27/12 | M. D. ASHLEY | Meeting with P. Goodman, E. Miller regarding investigation status, document review and interview planning (.4). | 0.40 hrs. |
| 08/27/12 | Y. KUZNETSOV | Prepare for meeting with C&P relativity review team (.2); attendance at meeting with C&P relativity review team (1.5); follow up conversation with E.Miller regarding review process(.2). | 1.90 hrs. |
| 08/27/12 | M. S. TOWERS | Prepared for internal C&P update meeting (.5); attended internal C&P team update meeting (1.3) | 1.80 hrs. |
| 08/28/12 | M. S. TOWERS | Prepared for professionals' update call (.3); attended professionals' update call (1.0); prepared for examiner update call (.3); attended examiner update call (.8); ███████████ (1.2); ███████████ (.6); discussed stage two of transaction review with R. Schwinger (.2); discussed stage two of transaction review with D. LeMay (.2); drafted email to | 5.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    54
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | transaction groups re: stage two of transaction review with (.4) |  |
| 08/28/12 | J. P. NARVAEZ | Reviewed summary of ▮▮▮▮ ▮▮▮▮▮▮ (1.3).  T/C with Mesirow and Chadbourne team re: ▮▮▮▮ (1.2). | 2.50 hrs. |
| 08/28/12 | J. F. FINNEGAN | Meeting of Financing team (0.6); work on draft outline of interview questions (2.1); review others work in this regard (0.5). | 3.20 hrs. |
| 08/28/12 | M. ROITMAN | Correspond with C. Rivera re: proposed interview questions relating to postpetition transactions (1.2) | 1.20 hrs. |
| 08/28/12 | A. CORONIOS | ▮▮▮▮▮▮▮▮▮▮ (1.2); ▮▮▮▮▮ (0.2); review summaries and background materials on ▮▮▮▮ (0.5) | 1.90 hrs. |
| 08/28/12 | R. J. GAYDA | Prepare for (.5) and meeting with Mesirow and C&P teams (1.0); meeting with Mesirow, C&P and Examiner (.9). | 2.40 hrs. |
| 08/28/12 | M. DISTEFANO | Drafted emails to team re team meeting scheduling (.2); prepared for ▮▮▮▮ (.3); ▮▮▮▮ (.8); draft emails to Chadbourne and Mesirow re interview planning (.6); meeting with S. Rivera re ▮▮▮ ▮▮▮▮ (.4); | 2.30 hrs. |
| 08/28/12 | Y. KUZNETSOV | Prepare for meeting with C&P team (0.3); attendance at meeting with C&P team regarding investigation status (0.5). | 0.80 hrs. |
| 08/28/12 | C. L. RIVERA | Correspondence with M.Roitman regarding ▮▮▮▮▮▮▮ ▮▮▮. | 1.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    55
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/28/12 | D. M. LeMAY | Prepare for (1.1) and attend (1.1) weekly meeting of C&P and Mesirow team to review progress, deadlines, open items.  Follow up meeting with C&P litigation partners (.4). Weekly report meeting with Examiner (.8). | 3.40 hrs. |
| 08/28/12 | N. T. ZINK | Prepare for Chadbourne and MFC teams call re investigation planning and coordination (.5); participate on Chadbourne and MFC teams call (1.0); further internal Chadbourne team meeting re investigation coordination and planning (.3); participate on call with the Examiner re status of tasks and issues (.6). | 2.40 hrs. |
| 08/28/12 | H. SEIFE | Conference call with Mesirow regarding coordination of investigation (1.0); conference with T.McCormack regarding investigation litigation status (.3). | 1.30 hrs. |
| 08/28/12 | T. J. MCCORMACK | Meeting of professionals on all subject matters (1.0); confer H. Seife re: tasks, timing and related issues (0.3). | 1.30 hrs. |
| 08/28/12 | S. R. RIVERA | Participated in meeting w/Mesirow and working group re: update and status. | 0.90 hrs. |
| 08/28/12 | S. R. RIVERA | Prepared for (.3) and participated in conference call w/Examiner re: update and status of projects (.7). | 1.00 hrs. |
| 08/28/12 | S. R. RIVERA | Participated in meeting w/Bank Transaction Team re: interview questions and doc requests (.7); ████████████████████████ (.3). | 1.00 hrs. |
| 08/28/12 | R. A. SCHWINGER | Attend professionals' meeting/conference call (1.0); Attend update conference call with Examiner (0.8); ████████████ ████████████ (1.4). | 3.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   56
NEW YORK, NY 10036


08/28/12   S. BERSON        Met with ███████████████        0.60 hrs.
                            ██████████████████.

08/29/12   S. R. RIVERA     Participated in meeting          1.40 hrs.
                            ██████████████████████
                            (1.0); conference with M.Distefano
                            re same (.4).

08/29/12   T. J. MCCORMACK  ████████████████████████         2.90 hrs.
                            ████████████████ (2.1); confer
                            M. Ashley re: information on
                            financial analysis, coordination
                            with Mesirow and other subjects
                            (0.8).

08/29/12   S. R. RIVERA     Prepared for (.3) and participated   1.00 hrs.
                            in meeting with ████████████
                            █████████████████ (.7)

08/29/12   H. SEIFE         Emails with ████████████          0.40 hrs.
                            █████████████████.

08/29/12   N. T. ZINK       Review ███████████████████        0.30 hrs.
                            ████████████████ (.3).

08/29/12   C. L. RIVERA     Call with M. Blackburn re:        0.60 hrs.
                            inquiries on ████████████
                            █████████████ (0.2);
                            correspondence re: same with
                            internal teams (0.4).

08/29/12   M. DISTEFANO     Meeting with S. Rivera re ResCap  2.70 hrs.
                            tasks (.4); meeting with ████████
                            ██████████████████████████
                            ████████████ (1.5); ██████████
                            ██████████████████████████████
                            (.8).

08/29/12   A. CORONIOS      Conference call with Mesirow and  2.80 hrs.
                            C&P third party claim teams re
                            RMBS settlement matters (1.4);
                            conference call with Mesirow and
                            C&P Ally Bank teams re transaction
                            summaries, proposed questions for
                            interview preparation (1.0);
                            review third party claim summary
                            chart (0.4)

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   57
NEW YORK, NY 10036


| | | | |
|---|---|---|---|
| 08/29/12 | F. VAZQUEZ | Draft cause of action matrix. | 1.00 hrs. |
| 08/29/12 | J. F. FINNEGAN | ████████████████ (0.3); ████ (1.0). | 1.30 hrs. |
| 08/29/12 | P. ASNANI | Attend team meeting regarding ████ (.6). | 0.60 hrs. |
| 08/29/12 | Y. KUZNETSOV | Attendance at meeting with ████ ████ and Mesirow team (0.7). | 0.70 hrs. |
| 08/29/12 | M. D. ASHLEY | Call with M. Distefano regarding ████ (.2); meeting with Chadbourne and Mesirow ████ (1.2); conference with T.McCormack regarding ████ (.7). | 2.10 hrs. |
| 08/29/12 | R. M. KIRBY | Meeting w/S. Rivera, M. Ashley, A. Coronius, ████ for ████. | 1.10 hrs. |
| 08/30/12 | A. CORONIOS | Review Y Kuznetsov updated list of ████ (0.4); ████ (1.2); | 1.60 hrs. |
| 08/30/12 | D. M. LeMAY | Review Stage 1 transaction summaries. | 2.80 hrs. |
| 08/30/12 | R. A. SCHWINGER | E-mail to M. Towers re discussion topics for ████ (0.2). | 0.20 hrs. |
| 08/31/12 | R. A. SCHWINGER | Review team e-mails re ████ (0.3). | 0.30 hrs. |
| 08/31/12 | T. J. MCCORMACK | ████ (4.3); ████ (0.3); review | 6.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    58
NEW YORK, NY 10036



e-mail on legal issues relevant to
such claims (0.8); ███████ (1.1).

08/31/12    M. BALDWIN       Correspondence with Ms. Towers        0.20 hrs.
                            regarding next phase of review.

08/31/12    A. CORONIOS      Review materials regarding            1.90 hrs.
                            ████████████ (1.3);
                            ████████████████████████
                            ████████ (0.6)

08/31/12    P. ASNANI        ████████████████████████████████      6.10 hrs.

        **Total Fees for Professional Services.............. $882,780.00**

                        <u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. CORONIOS | 875.00 | 32.10 | 28087.50 |
| D. M. LeMAY | 925.00 | 120.80 | 111740.00 |
| H. SEIFE | 995.00 | 101.00 | 100495.00 |
| J. F. FINNEGAN | 755.00 | 31.30 | 23631.50 |
| J. HENNEBERRY | 795.00 | 6.10 | 4849.50 |
| N. T. ZINK | 855.00 | 145.50 | 124402.50 |
| R. A. SCHWINGER | 825.00 | 29.80 | 24585.00 |
| T. J. MCCORMACK | 875.00 | 101.10 | 88462.50 |
| W. A. GREASON | 845.00 | 10.60 | 8957.00 |
| M. D. ASHLEY | 695.00 | 89.40 | 62133.00 |
| A. PRICE | 655.00 | 1.90 | 1244.50 |
| C. CHILD | 695.00 | 1.60 | 1112.00 |
| E. M. MILLER | 655.00 | 3.20 | 2096.00 |
| F. VAZQUEZ | 665.00 | 83.10 | 55261.50 |
| J. M. MIGDAL | 655.00 | 5.60 | 3668.00 |
| M. BALDWIN | 795.00 | 15.30 | 12163.50 |
| M. BLACKBURN | 655.00 | 15.10 | 9890.50 |
| P. GOODMAN | 695.00 | 16.90 | 11745.50 |
| R. BALL | 725.00 | 15.60 | 11310.00 |
| S. BERSON | 745.00 | 19.30 | 14378.50 |
| D. BAVA | 295.00 | 1.40 | 413.00 |
| G. GODWIN | 260.00 | 4.30 | 1118.00 |
| C. L. RIVERA | 665.00 | 34.10 | 22676.50 |
| J. P. NARVAEZ | 565.00 | 2.50 | 1412.50 |
| M. B. SZYMANSKI | 655.00 | .20 | 131.00 |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   59
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| M. S. TOWERS | 595.00 | 45.80 | 27251.00 |
| R. J. GAYDA | 655.00 | 30.80 | 20174.00 |
| R. M. KIRBY | 595.00 | 3.30 | 1963.50 |
| S. BLOOMFIELD | 285.00 | 9.80 | 2793.00 |
| S. R. RIVERA | 745.00 | 41.60 | 30992.00 |
| B. DYE | 565.00 | 8.50 | 4802.50 |
| M. DISTEFANO | 435.00 | 25.00 | 10875.00 |
| M. ROITMAN | 495.00 | 99.70 | 49351.50 |
| P. ASNANI | 435.00 | 8.10 | 3523.50 |
| Y. KUZNETSOV | 435.00 | 11.70 | 5089.50 |
| TOTALS | | 1172.10 | 882780.00 |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                  Page    1

                              For Services Through August 31, 2012

Our Matter #21955.010
          RESCAP: FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 07/11/12 | H. LAMB | Meeting with H.Seife and R.Gayda regarding representation of ResCap Examiner and conflict disclosure (.5); review of substantial conflict reports on ResCap interested parties and prepare summary chart regarding party disclosure (5.4); conferences with D.LeMay regarding conflict issues (.8). | 6.70 hrs. |
| 07/11/12 | D. M. LeMAY | Review of conflict issues (3.4); conferences with M.Roitman regarding same (.4). Work on Rescap conflict affidavit (3.7). | 7.50 hrs. |
| 07/11/12 | R. J. GAYDA | Meeting with H. Seife and H. Lamb re representation of examiner (.5); email correspondence with M. Roitman re examiner retention applications (.3); review examiner counsel retention order in similar cases (2.3); discuss with D. LeMay (.3); review disclosure affidavit in similar large case (1.1); draft Seife declaration disclosing potential conflicts in Examiner representation (4.3). | 8.80 hrs. |
| 07/11/12 | H. SEIFE | Telephone conferences with J.Gonzalez (.6); work on Seife declaration (1.2) and conflict review (2.3). | 4.10 hrs. |
| 07/11/12 | M. ROITMAN | Research re: disclosure requirements for professional retention (1.8); Confer/correspond with D. LeMay re: same (0.4); Draft inserts for Seife declaration in support of Chadbourne retention (2.9); Confer/correspond with R. Gayda re: same (0.4); | 5.50 hrs. |
| 07/12/12 | H. SEIFE | Work on Seife declaration (2.8); telephone conferences with J.Gonzalez (.8). | 3.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    2
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/12/12 | R. J. GAYDA | Review and revise draft Seife declaration per comments of D. LeMay and M. Roitman (3.3); review Alix, Moelis and Kramer Levin retention applications (1.4); detailed review of conflicts report and related chart prepared by H. Lamb (2.3); revise Seife declaration per conflicts found by H. Lamb (2.1). | 9.10 hrs. |
| 07/12/12 | D. M. LeMAY | Work on Rescap connections review and conflict issues (5.2); and preparation of draft affidavit regarding same (3.3). | 8.50 hrs. |
| 07/12/12 | M. ROITMAN | Draft Retention Application and Proposed Order (6.8); Revise Seife Declaration (0.5); Confer/correspond with D. LeMay re: same (0.6); Draft firm-wide connections check email (1.5); confer/correspond with various attorneys re: potential connections for disclosure (0.8); Confer/correspond with D. LeMay and H. Lamb re: same (0.5) | 10.70 hrs. |
| 07/12/12 | H. LAMB | Continue review of substantial conflict reports on ResCap interested parties and prepare summary chart re party disclosure. | 10.50 hrs. |
| 07/13/12 | D. M. LeMAY | Completion of reviewing and checking on C&P connections (6.2) and preparation of Seife Affidavit (1.8). Call with US Trustee regarding retention/disclosure (.5). Review and revise draft retention application and form of order (1.6). | 10.10 hrs. |
| 07/13/12 | M. ROITMAN | Draft retention application and proposed order (2.1). | 2.10 hrs. |
| 07/13/12 | H. LAMB | Further review and preparation of updates to conflict disclosure. | 2.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    3
NEW YORK, NY 10036

| 07/13/12 | R. J. GAYDA | Review proposed application and order prepared by M. Roitman (1.1); telephone call with UST office, H. Seife and D. LeMay re supplemental disclosures (.5); review and revise Seife declaration as per comments (2.3); discuss supplemental conflicts with D. LeMay and H. Lamb (.8); prepare and circulate final version of Seife declaration (.7). | 5.40 hrs. |

| 07/13/12 | H. SEIFE | Work on declaration and retention issues (3.3); conference call with US Trustee (.8); telephone conferences with J.Gonzalez (.9); emails with J.Gonzalez regarding declaration (1.1). | 6.10 hrs. |

| 07/14/12 | H. SEIFE | Work on declaration and retention issues. | 1.50 hrs. |

| 07/14/12 | R. J. GAYDA | Revise Seife declaration, application and order per comments of UST and H. Seife (2.7); prepare and circulate blacklines of same (.5); email correspondence with UST, Examiner Gonzalez and H. Seife and D. LeMay re Sunday morning call (.4). | 3.60 hrs. |

| 07/14/12 | D. M. LeMAY | Telephone conferences with C. Johnson (.2); P. Weber (.2) re: connections disclosure chart. Telephone conferences w/H. Seife re: status of documents and schedule for US Trustee call (.3). Review and revise retention documents (.6) and cover e-mail (.2) to US Trustee. | 1.50 hrs. |

| 07/14/12 | M. ROITMAN | Revise Seife Declaration in support of Chadbourne retention (0.8); Correspond with H. Seife, D. LeMay and R. Gayda re: same (0.3) | 1.10 hrs. |

| 07/15/12 | D. M. LeMAY | Conference call with US Trustee and Examiner regarding C&P retention (.5). Follow up call with Examiner and H. Seife (.3). Revise Chadbourne retention papers | 2.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   4
NEW YORK, NY 10036


                              (1.8).

07/15/12    M. ROITMAN        Revise Chadbourne retention            1.30 hrs.
                              application (1.3);

07/15/12    R. J. GAYDA       Prepare for (.5) and call with         3.60 hrs.
                              UST, Examiner Gonzalez and C&P
                              team re: C&P retention (.5);
                              review and revise application,
                              order and declaration re UST and
                              internal comments (1.3); further
                              research on potential conflicts
                              (.8); email correspondence and
                              telephone call with C&P team re
                              same (.5).

07/15/12    H. SEIFE          Work on declaration and retention      1.80 hrs.
                              issues (1.3); conference call with
                              US Trustee regarding C&P retention
                              (.5).

07/16/12    D. M. LeMAY       Further revisions to C&P retention     2.10 hrs.
                              papers (1.0) and cover note to US
                              Trustee (.1).  Review and
                              preparation of list of investment
                              banker and financial advisor
                              candidates to be interviewed (.4).
                               Further follow up on connections
                              check (.6).

07/16/12    H. SEIFE          Review and revise retention            2.10 hrs.
                              application (.8); work on
                              disclosures (1.3).

07/16/12    D. BAVA           Draft notice of application re:        0.60 hrs.
                              Chadbourne & Parke LLP's retention
                              application (.60).

07/16/12    R. J. GAYDA       Review and revise C&P retention        2.00 hrs.
                              application, order and declaration
                              per H. Seife and other comments
                              (1.4); finalize retention
                              application, order and declaration
                              and send to US Trustee (.6).

07/17/12    D. BAVA           Draft notice of application re:        1.90 hrs.
                              C&P's retention (.40);
                              electronically file notice,
                              application and declaration re:
                              C&P's retention (.40); service of
                              C&P's retention application by
                              e-mail, hand delivery and first

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    5
NEW YORK, NY 10036

|            |              | class mail (1.10). |            |
|------------|--------------|--------------------|------------|
| 07/17/12   | R. J. GAYDA  | Finalize C&P retention application, order and declaration (1.8); review Centerview and Moelis applications (.7); review UST's omnibus objections to separate retention applications (.4); draft email correspondence to H. Seife and D. LeMay re Investment Banker fees and scope of Examiner's report (1.2). | 4.10 hrs. |
| 07/17/12   | H. SEIFE     | Review and sign retention application and declaration. | 1.10 hrs. |
| 07/17/12   | D. M. LeMAY  | Finalize and file Application to retain C&P (1.7). Arrange investment banker interviews and conflict review (.4). | 2.10 hrs. |
| 07/18/12   | H. SEIFE     | Prepare for (.9) and interviews with ▮▮▮▮ (1.1) and ▮▮▮▮ (1.2) as potential investment banker candidates; follow up meeting with Examiner regarding interviews (.4). | 3.60 hrs. |
| 07/18/12   | D. M. LeMAY  | Interviews with investment banker candidates ▮▮▮▮ (1.0) and ▮▮▮▮ (1.1). Follow up meeting with Examiner (.4). Organize interviews with Financial Advisors for Monday (1.1). | 3.60 hrs. |
| 07/20/12   | D. M. LeMAY  | Arrange interviews with J. H. Cohn and Mesirow (.4). Conference w/H. Seife regarding status of same (.4). | 0.80 hrs. |
| 07/20/12   | H. SEIFE     | Telephone conferences with potential financial advisors (.8); conference with D.LeMay regarding status of interviews with financial advisors (.4). | 1.20 hrs. |
| 07/23/12   | M. ROITMAN   | Meet with D. LeMay and S. Rivera re: potential objection to Chadbourne retention (0.4); Review transcripts of similar case proceedings and related filings re: potential objection in | 4.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    6
NEW YORK, NY 10036

|            |                 |                                                                                                                                      |            |
|------------|-----------------|--------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                 | connection with preparation of reply in support of Chadbourne retention (3.7); Confer/correspond with D. LeMay, S. Rivera and D. Bava re: same (0.6) |            |
| 07/23/12   | M. ROITMAN      | Confer/correspond with D. LeMay and Judge Gonzalez re: financial advisor interviews (0.4).                                            | 0.40 hrs.  |
| 07/23/12   | N. T. ZINK      | Interviews with JH Cohn (1.0), Mesirow Financial (1.1) and Zolfo Cooper (1.1) for possible engagement by the Examiner.                | 3.20 hrs.  |
| 07/23/12   | D. BAVA         | Preparation of materials related possible objection to C&P's retention (1.80).                                                        | 1.80 hrs.  |
| 07/23/12   | S. R. RIVERA    | Meet with D.LeMay and M.Roitman re: potential objection to retention (.4); reviewed materials re: potential objection to C&P retention incl. publications, transcripts and pleadings (1.2). | 1.60 hrs.  |
| 07/23/12   | H. SEIFE        | Interviews with JH Cohn (.9), Mesirow (1.0) and Zolfo (.9) as potential financial advisors to Examiner; call with J.Gonzalez regarding selection (.6). | 3.40 hrs.  |
| 07/23/12   | D. M. LeMAY     | Interviews with J.H. Cohn (.9), Mesirow (1.0); and Zolfo Cooper (1.0) as potential financial advisor to the Examiner.  Follow up call with Examiner regarding selection of financial advisor (.5). Meet with T. Zink (.3) on next steps and Morrison & Foerster meeting. | 3.70 hrs.  |
| 07/23/12   | D. M. LeMAY     | Meeting with S. Rivera and M. Roitman to prepare response to anticipated objection to C&P retention.                                  | 0.50 hrs.  |
| 07/24/12   | S. R. RIVERA    | Reviewed materials re: potential objection to C&P retention objection, incl. pleadings and publications (3.8); correspondence and phone calls w/working group | 4.70 hrs.  |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    7
NEW YORK, NY 10036

|            |                |                                                                                                                                                                                                                          |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | re: same (.9).                                                                                                                                                                                                            |            |
| 07/24/12   | R. J. GAYDA    | Review retention applications for Examiner financial advisors from various cases (2.1); discuss same with M. Distefano (.3); review Mesirow documents (.5); discuss Mesirow retention with H. Seife and F. Vazquez (.4); telephone call with Melissa Knoll of Mesirow (.2). | 3.50 hrs.  |
| 07/24/12   | D. BAVA        | Review and analysis of similar large case docket sheets re: forms of retention applications related to financial advisors (.80); revise/update materials re potential objection to retention (.60). | 1.40 hrs.  |
| 07/24/12   | M. DISTEFANO   | Meeting with B. Gayda re Mesirow retention (.3); drafted retention application (.8);                                                                                                                                      | 1.10 hrs.  |
| 07/24/12   | M. ROITMAN     | Preparation of reply in support of Chadbourne retention (0.6); draft memorandum to Judge Gonzalez re: same (2.4).                                                                                                         | 3.00 hrs.  |
| 07/25/12   | R. J. GAYDA    | Email correspondence with H. Seife re Mesirow retention papers (.3); telephone call with M. Knoll re same (.3); telephone call with M. Distefano re Mesirow retention papers (.3); email correspondence with Judge Gonzalez re Mesirow conflicts (.4). | 1.30 hrs.  |
| 07/25/12   | S. R. RIVERA   | Finalized memo re: potential objection to retention (.7); correspondence and phone calls w/working group re: same (.4); prepare materials in connection with same (.6).                                                   | 1.70 hrs.  |
| 07/25/12   | M. ROITMAN     | Draft memorandum to Judge Gonzalez re: potential objection to Chadbourne retention (3.8); Confer/correspond with D. LeMay and S. Rivera re: same (0.5)                                                                     | 4.30 hrs.  |

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    8
NEW YORK, NY 10036

| 07/25/12 | D. M. LeMAY | Review and revise memo to client regarding counsel retention issue (1.5); emails with S.Rivera and M.Roitman regarding same (.4). | 1.90 hrs. |
|---|---|---|---|
| 07/25/12 | M. DISTEFANO | Reviewed pleadings and materials in connection with potential objection to C&P retention. | 1.60 hrs. |
| 07/26/12 | D. M. LeMAY | Finalize memo to client regarding retention issues (.5). Review transcripts of prior hearings regarding potential objection to C&P retention (1.8). Conferences with S.Rivera and M.Roitman re same (.3). | 2.60 hrs. |
| 07/26/12 | S. R. RIVERA | Research and preparation for potential objection to C&P retention (1.2); phone calls and correspondence w/working group re: same (.4). | 1.60 hrs. |
| 07/26/12 | M. ROITMAN | Revise memorandum to Judge Gonzalez re: threatened objection to Chadbourne retention (0.9); Review transcripts of hearings in connection with same (0.5); Confer/correspond with D. LeMay and S. Rivera re: same (0.4). | 1.80 hrs. |
| 07/27/12 | M. ROITMAN | Correspond with H. Seife re: memorandum re: potential objection to C&P retention (0.2) | 0.20 hrs. |
| 07/27/12 | D. M. LeMAY | Review Mesirow retention application (.9). Conference with R. Gayda regarding open issues in same (.5). | 1.40 hrs. |
| 07/27/12 | R. J. GAYDA | Review and revise Mesirow draft retention application (3.3); discuss same with D. LeMay (.6) and M. Knoll (.8); review fee applications of Moelis, FTI, Centerview and Alix (1.6). | 6.30 hrs. |
| 07/28/12 | R. J. GAYDA | Review and revise Mesirow retention papers (.6); email correspondence (.3) and telephone call (.2) with D. LeMay and Mesirow re same. | 1.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   9

| | | | |
|---|---|---|---|
| 07/30/12 | R. J. GAYDA | Review and revise Mesirow retention papers (1.5); meet with D. LeMay and M. Knoll re same (.6); email correspondence with Judge Gonzalez re retention papers (.5). | 2.60 hrs. |
| 07/30/12 | M. ROITMAN | Confer/correspond with D. LeMay re: retention application objection deadline (0.2) | 0.20 hrs. |
| 07/30/12 | M. DISTEFANO | Review and revised Mesirow retention documents (1.2); | 1.70 hrs. |
| 07/31/12 | D. BAVA | Prepare (.20) and electronically file certificate of no objection re: Chadbourne's retention application (.30). | 0.50 hrs. |
| 07/31/12 | D. M. LeMAY | Revise and finalize CNO regarding Chadbourne Retention (.3). E-mails with R.Gayda regarding same (.2). E-mails with Examiner and US Trustee regarding Mesirow application status (.3). | 0.80 hrs. |
| 07/31/12 | R. J. GAYDA | Email correspondence with UST re Mesirow retention papers (.4); draft certificate of no objection re Chadbourne retention papers (.5); review case management order re same (.4); email correspondence with D. LeMay re same (.3). | 1.60 hrs. |
| 08/02/12 | D. M. LeMAY | Review US Trustee comments on Mesirow retention (.2) and e-mail Mesirow regarding same (.2). | 0.40 hrs. |
| 08/02/12 | R. J. GAYDA | Email correspondence with US Trustee re Mesirow retention papers (.8); email correspondence with Mesirow re same (.5); research re Mesirow retention papers (.7). | 2.00 hrs. |
| 08/07/12 | R. J. GAYDA | Review revisions to Mesirow retention documentation (1.5); email correspondence with Mesirow re same (.4); draft email correspondence and circulate revised Mesirow documentation to | 3.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   10
NEW YORK, NY 10036

|            |                |                                                                                                                                                                |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Judge Gonzalez and US Trustee (1.2).                                                                                                                            |            |
| 08/07/12   | H. SEIFE       | Review of Mesirow retention documents.                                                                                                                          | 0.50 hrs.  |
| 08/08/12   | R. J. GAYDA    | Email correspondence with with Mesirow re retention documentation (.4).                                                                                         | 0.40 hrs.  |
| 08/08/12   | H. LAMB        | Begin comprehensive review of billing proformas/daily time detail in preparation of first monthly fee application.                                              | 5.40 hrs.  |
| 08/09/12   | R. J. GAYDA    | Telephone call (.2) and email correspondence (.3) with chambers re Chadbourne retention.                                                                        | 0.50 hrs.  |
| 08/10/12   | D. M. LeMAY    | Conference w/R. Gayda regarding filing of Mesirow retention application.                                                                                        | 0.30 hrs.  |
| 08/10/12   | R. J. GAYDA    | Telephone call with M. Knoll re Mesirow retention papers (.3); review US Trustee email re same (.3); draft and send email to Debtors re retention motion (.5); conference with D. LeMay re same (.3). | 1.40 hrs.  |
| 08/13/12   | R. J. GAYDA    | Finalize and file Mesirow retention application (1.4); email correspondence (.3) and meeting with D. LeMay re same (.2).                                         | 1.90 hrs.  |
| 08/13/12   | D. M. LeMAY    | Finalize Mesirow retention papers (.5); conference with R.Gayda regarding same (.2).                                                                            | 0.70 hrs.  |
| 08/14/12   | R. J. GAYDA    | Review general fee procedure issues (.6).                                                                                                                       | 0.60 hrs.  |
| 08/21/12   | H. LAMB        | Conference with J.Velasco of Mesirow regarding procedures/time for filing first fee application (.3); conference with E.Richards at MoFo regarding same (.2).   | 0.50 hrs.  |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   11
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/22/12 | H. LAMB | Conference with H.Seife regarding timing of filing first fee application and confidentiality issues (.2); conference with R.Gayda regarding same (.2). | 0.40 hrs. |
| 08/22/12 | D. M. LeMAY | Review draft CNO re Mesirow retention and provide comments to R. Gayda. | 0.30 hrs. |
| 08/22/12 | M. DISTEFANO | Drafted certificate of no objection for Mesirow retention (.6). | 0.60 hrs. |
| 08/22/12 | H. SEIFE | Review of fee procedures (.2); conference with H.Lamb regarding billing requirements (.2). | 0.40 hrs. |
| 08/23/12 | R. J. GAYDA | Email correspondence with M. Distefano re certificate of no objection (.3); review draft CNO (.5); email correspondence with D. LeMay re draft CNO (.3); email correspondence (.3) and meeting with H. Lamb (.3) re same; telephone call with H. Seife re fee application and confi issues (.3); email correspondence (.2) and telephone call (.3) with H. Lamb re same; review past Examiner fee applications (1.4); review UST and SDNY fee guidelines (.6); review case dockets re interim fee reports (1.4). | 5.90 hrs. |
| 08/23/12 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of first monthly fee application (1.9); conference with R.Gayda regarding fee application/confidentiality issues (.4). | 2.30 hrs. |
| 08/23/12 | H. LAMB | Conference with R.Gayda regarding filing of certification of no objection to Mesirow retention (.3); prepare and electronically file certification of no objection (.5); prepare letter to chambers enclosing same and proposed order (.3). | 1.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   12
NEW YORK, NY 10036

| 08/24/12 | R. J. GAYDA | Review case docket for Mesirow retention order and objections to Mesirow papers (.3). | 0.30 hrs. |
|---|---|---|---|
| 08/26/12 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of first fee application. | 4.80 hrs. |
| 08/27/12 | R. J. GAYDA | Email correspondence with H. Seife and D. LeMay re Mesirow retention papers (.3); meeting re same (.2); telephone call with chambers re same (.2). | 0.70 hrs. |
| 08/27/12 | H. LAMB | Begin preparation of first monthly/interim fee application. | 2.40 hrs. |
| 08/28/12 | R. J. GAYDA | Email correspondence and telephone call with chambers re Mesirow retention papers (.3); prepare for 8/29 hearing (1.1). | 1.40 hrs. |
| 08/28/12 | M. DISTEFANO | Research confidentiality issues of examiner fee statements (1.1) | 1.10 hrs. |
| 08/29/12 | M. DISTEFANO | Meeting with B. Gayda re confidentiality issues in fee statements (.2); further research re same (.4). | 0.50 hrs. |
| 08/29/12 | R. J. GAYDA | Participate in omnibus hearing with respect to Mesirow retention order (2.6); email correspondence with Mesirow re same (.3). | 2.90 hrs. |
| 08/31/12 | H. LAMB | Further review of billing and daily time detail in preparation of first fee application. | 4.40 hrs. |

Total Fees for Professional Services.............. $169,431.00

RESIDENTIAL CAPITAL LLC, DEBTORS                 August 31, 2012
1177 AVENUE OF THE AMERICAS                      Page   13
NEW YORK, NY 10036


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 51.40 | 47545.00 |
| H. SEIFE | 995.00 | 29.40 | 29253.00 |
| N. T. ZINK | 855.00 | 3.20 | 2736.00 |
| D. BAVA | 295.00 | 6.20 | 1829.00 |
| R. J. GAYDA | 655.00 | 74.10 | 48535.50 |
| S. R. RIVERA | 745.00 | 9.60 | 7152.00 |
| H. LAMB | 295.00 | 40.80 | 12036.00 |
| M. DISTEFANO | 435.00 | 6.60 | 2871.00 |
| M. ROITMAN | 495.00 | 35.30 | 17473.50 |
| TOTALS | | 256.60 | 169431.00 |