**Hearing Date and Time: December 20, 2012 at 10:00 a.m.**
**Objection Deadline: To Be Determined**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**FIRST INTERIM FEE APPLICATION OF ARTHUR J. GONZALEZ,**
**AS CHAPTER 11 EXAMINER, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD JULY 3, 2012 THROUGH AND INCLUDING AUGUST 31, 2012**

| | |
|---|---|
| Name of Applicant: | Arthur J. Gonzalez, Examiner |
| Authorized to Provide Professional Services To: | As Chapter 11 Examiner |
| Date of Retention: | July 3, 2012 |
| Period for Which Compensation and Reimbursement is Sought: | July 3, 2012 through August 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary:[2] | $86,137.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $        .00 |

This is a(n):        ____ Monthly                  x    Interim                  ____ Final Application

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012.  Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

[2]    Total amount reflects application of voluntary deduction in the amount of $21,225.00 as further described herein

Prior Monthly Fee Statements:

| Date Served | Period Covered | Fees Requested | Expenses Requested | Fees Approved (80%) | Expenses Approved |
|---|---|---|---|---|---|
| 9/28/2012* | 7/3/2012 - 8/31/2012 | $86,137.50 | .00 | $68,910.00 | .00 |

_____

* Both a redacted and unredacted copy of the Monthly Fee Statement were provided to the U.S. Trustee.  The Examiner requested that the U.S. Trustee destroy the unredacted copy of the Monthly Fee Statement following the U.S. Trustee's review.

2

**Hearing Date and Time: December 20, 2012 at 10:00 a.m.**
**Objection Deadline: To Be Determined**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**FIRST INTERIM FEE APPLICATION OF ARTHUR J. GONZALEZ,**
**AS CHAPTER 11 EXAMINER, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD JULY 3, 2011 THROUGH AND INCLUDING AUGUST 31, 2012**

Arthur J. Gonzalez, as the Court-appointed Examiner (the "Examiner") in the Chapter 11

cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession

(collectively, the "Debtors"), hereby submits this First Interim Fee Application (the

"Application") for Allowance of Compensation and Reimbursement of Expenses For the Period

July 3, 2012 Through August 31, 2012 (the "Application Period"). This Application is submitted

pursuant to sections 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy

Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")

and the Order Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals, dated July 17, 2012 (the "Interim Compensation Order"). In support

of the Application, the Examiner respectfully represents as follows:

## BACKGROUND

1.      The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on May 14, 2012, and the Court authorized joint administration of the cases.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On June 4, 2012, Berkshire Hathaway, Inc. filed a motion (the "Examiner Motion") for the appointment of an examiner pursuant to 11 U.S.C. § 1104(c).  On June 20, 2012, the Court issued a Memorandum Opinion and Order granting the Examiner Motion (the "Memorandum Decision").  On June 28, 2012, the Court entered the Order Directing the Appointment of an Examiner Pursuant to Section 1104(c) of the Bankruptcy Code (the "Examiner Order").

3.      On July 3, 2012, the United States Trustee for the Southern District of New York appointed Arthur J. Gonzalez as Examiner in the Chapter 11 Cases, subject to Court approval. On that same date, the Court entered an order approving the appointment.

4.      On July 17, 2012, Arthur J. Gonzalez filed the Application of the Examiner for Order Authorizing the Retention and Employment of Chadbourne & Parke LLP ("Chadbourne") as Counsel to the Examiner *Nunc Pro Tunc* to July 11, 2012.  On August 9, 2012, the Court entered an order approving Chadbourne's retention.

5.      Pursuant to the Examiner Order, and in accordance with the Memorandum Decision, the Examiner was directed to conduct an investigation of a scope, timing, and budget to be set by the Court after the Examiner had conferred with other parties in interest.  Examiner Order at p. 2.  After the requisite consultations, the Court mandated that the Examiner conduct an

2

investigation covering the topics set forth in the Order Approving Scope of Investigation of

Arthur J. Gonzalez, Examiner, dated July 27, 2012 (the "Scope Order").

## JURISDICTION AND VENUE

6.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding

within the meaning of 28 U.S.C. § 157(b)(2).

## COMPLIANCE WITH GUIDELINES AND ORDER GOVERNING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

7.      This Application has been prepared in accordance with the Amended Guidelines

for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy

Cases effective as of December 4, 2009 (the "Local Guidelines") and the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "UST Guidelines" and, together with

the Local Guidelines, the "Guidelines").  Pursuant to the Guidelines, a certification regarding

compliance with same is attached hereto as Exhibit A.

## SUMMARY OF APPLICATION

8.      The Examiner seeks compensation for professional services rendered to the

Examiner during the Application Period in the aggregate amount of $86,137.50.  During the

Application Period, the Examiner expended a total of 117.30 hours for which compensation is

requested.

9.      A summary of the hours spent by the Examiner, his regular customary billing rate

and the total value of time incurred rendering services during the Application Period is attached

hereto as Exhibit B.

3

10.    Pursuant to the UST Guidelines, a schedule setting forth a description of the project categories utilized in this case, the number of hours expended by the Examiner  by project category, and the aggregate fees associated with each project category is attached hereto as Exhibit C.

11.    The Examiner maintains computerized records of the time spent rendering services during the Application Period.  Redacted copies of these computerized records are attached hereto as Exhibit D.

## SUMMARY OF SERVICES
## DURING THE APPLICATION PERIOD

12.    As set forth in the detailed computerized records attached hereto as Exhibit D, fees incurred by the Examiner during the Application Period total $86,137.50.  The services rendered by the Examiner during the Application Period are grouped into specific project categories as set forth in Exhibit C.  The following is a summary of the activities performed by the Examiner during the Application Period

- Review and research various firms seeking to be retained as counsel to the Examiner.

- Participated in discussions with Chadbourne and the U.S. Trustee regarding retention issues.

- Interviews of financial advisor candidates.  Selection of Mesirow Financial Consulting ("Mesirow") to assist in the investigation.

- Participation in meetings and/or telephone conferences with representatives of the Debtors, the Official Committee of Unsecured Creditors, Berkshire Hathaway, Ally Financial Inc., and certain holders of the Debtors' unsecured notes to learn about the cases and to ascertain each party's preliminary views regarding the scope and timing of the investigation.

- Participation in a July 24, 2012 Chambers conference where the Examiner's counsel and counsel for various parties in interest presented their respective views regarding the appropriate scope of, and time frame for, the investigation and

4

preparing the related report.  Thereafter, participated in further consultations with various parties.  Ultimately, the Bankruptcy Court entered the Scope Order on July 27, 2012.

- Working with Chadbourne to develop the work plan (the "Examiner Work Plan"). On August 6, 2012, the Examiner Work Plan was filed.  To address certain inquiries regarding the Examiner Work Plan, worked on certain additions to the Examiner Work Plan which were incorporated into the Examiner Work Plan Supplement (as filed with the Bankruptcy Court on August 23, 2012).

- Participation in general planning sessions with Chadbourne and Mesirow.

## DETERMINATION OF THE EXAMINER'S REQUESTED FEE

13.    The compensation sought herein is requested without prejudice to the Examiner's entitlement to seek such additional and reasonable compensation for any additional services rendered in these Chapter 11 Cases at the conclusion thereof upon the filing of an appropriate application therefor.

14.    The Examiner's fees during the Application Period are also reasonable under the prevailing legal standard and should be allowed.  The amount of these fees is not unusual given the complexity and size of these Chapter 11 Cases.  The Examiner's fees are commensurate with fees that other Examiners of comparable experience and expertise have charged and been awarded in similar chapter 11 cases.  Accordingly, the Examiner's fees are reasonable pursuant to section 330 of the Bankruptcy Code.[3]

---

[3] Section 330(a)(1) of the Bankruptcy Code allows the payment of:

    (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B)    reimbursement for actual, necessary expenses.

11 U.S.C. §330(a)(1).  Reasonableness of compensation is driven by the "market-driven approach" which considers the nature, extent and value of services provided by the professional and the cost of comparable services in non-bankruptcy contexts.  See Zolfo Cooper & Co. v. Sunbeam-Oster Co., 50 F.3d 253, 258 (3d Cir. 1995); In re Busy Beaver Bldg. Ctr., Inc., 19 F.3d 833, 849 (3d Cir. 1994).  Thus, the "baseline rule is for firms to receive their customary rates." Zolfo Cooper, 50 F.3d at 259.

15.   Section 330(a)(1)(B) of the Bankruptcy Code permits for reimbursement for actual, necessary expenses.  The Examiner does not seek reimbursement for expenses during the Application Period.

16.   Except as permitted by rule 2016 of the Federal Rules of Bankruptcy Procedure, no agreement or undertaking exists between the Examiner and/or any third person for the sharing or division of compensation.  All of the services for which compensation is requested in this Application were rendered by the Examiner solely in furtherance of his duties and functions as the Examiner.

17.   Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, the Examiner submits that the compensation requested is for actual and necessary services and expenses, and is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services in a case under the Bankruptcy Code.

## NOTICE AND NO PRIOR APPLICATION

18.   Pursuant to the Interim Compensation Order, notice of this Application has been served upon the following parties (collectively, as further defined in the Interim Compensation Order, the "Notice Parties"):  (i) counsel for the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York; (iii) counsel for the Official Committee of Unsecured Creditors; (iv) counsel for Ally Financial Inc.; and (v) counsel for Barclays Bank PLC.   In light of the nature of the relief requested herein, the Examiner submits that no further or other notice is required.

19.   No previous application for relief sought herein has been made to this or any other court.

6

WHEREFORE, the Examiner respectfully requests that this Court issue and enter an order (i) authorizing compensation in the amount of $86,137.50 for professional services rendered during the Application Period; (ii) authorizing and directing the Debtors to remit payment to the Examiner as set forth herein, less all amounts previously paid on account of such fees; and (ii) granting such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        October 19, 2012

By: */s/ Arthur J. Gonzalez*
    Arthur J. Gonzalez
    *The Examiner*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,[1] | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIRST INTERIM
FEE APPLICATION OF ARTHUR J. GONZALEZ, AS CHAPTER 11
EXAMINER, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 3, 2012
THROUGH AND INCLUDING AUGUST 31, 2012**

Arthur J. Gonzalez, as the Court-appointed Examiner in the Chapter 11 cases of

the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby

certifies, pursuant to the Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases effective as of December 4, 2009 (the "<u>Local

Guidelines</u>") and the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "<u>UST Guidelines</u>" and, together with the Local Guidelines, the

"<u>Guidelines</u>"), that:

---

[1]    The names of the Debtors in these cases and their respective tax identification numbers are identified on
Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support
of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012.  Additional subsidiaries
and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors"
includes any such entities.

1.      I am the Court-appointed examiner (the "Examiner") in the Debtors'

Chapter 11 cases.

2.      This certification is made in respect of the First Interim Application of

Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and

Reimbursement of Expenses for the Period July 3, 2012 Through and Including August 31, 2012

(the "Application") in accordance with the Local Guidelines.

3.      In respect of Section A.1 of the Local Guidelines, I certify that:

(a)     I have read the Application;

(b)     to the best of my knowledge, information and belief formed after
        reasonable inquiry, the fees sought fall within the Local Guidelines and
        the UST Guidelines;

(c)     the fees sought are billed at a rate and in accordance with practices
        customarily employed by me; and

(d)     I have no disbursements for which I seek reimbursement during the
        application period.

4.      I certify that I have provided to counsel to the Debtors, counsel to the

Official Committee of Unsecured Creditors and the Office of the United States Trustee for the

Southern District of New York (the "U.S. Trustee") with, on a monthly basis, a statement of my

fees and disbursements accrued during the previous month.

5.      In respect of section A.3 of the Local Guidelines, I certify that the

Debtors, counsel to the Debtors and the U.S. Trustee, are each being provided with a copy of the

Application at least ten (10) days before the hearing on the Application.


Dated:      New York, New York
            October 19, 2012

                              _/s/ Arthur J. Gonzalez_
                              Arthur J. Gonzalez

## EXHIBIT B

### RESIDENTIAL CAPITAL, LLC, et al.

### SUMMARY OF HOURS

### July 3, 2012 through August 31, 2012

| NAME | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|------|-------------------|------------------|-------------|-------|
| | | | | |
| Arthur J. Gonzalez, Examiner | 1983 | $750 | 117.30 | $86,137.50 |
| | | | | |

# EXHIBIT C

## RESIDENTIAL CAPITAL, LLC, et al

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### July 3, 2012 through August 31, 2012

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 0.70 | $    525.00 |
| Investigation Planning and Review | 003 | 98.60 | 73,950.00 |
| Witness Interviews and Discovery | 004 | 1.70 | 1,275.00 |
| Fee/Retention Applications [1] | 006 | 11.40 | 8,550.00 |
| Non-Working Travel [2] | 007 | 4.90 | 1,837.50 |
| **Total** | | **117.30** | **$86,137.50** |

----

1. Represents a voluntary deduction of 38.30 hours.

2. Non-working travel billed at 50% of normal hourly rates.

## EXHIBIT D

**RESIDENTIAL CAPITAL, LLC, et al**

**DETAILED TIME RECORDS**

**July 3, 2012 through August 31, 2012**

RESIDENTIAL CAPITAL LLC, DEBTORS                        August 31, 2012
1177 AVENUE OF THE AMERICAS    ·
NEW YORK, NY 10036                                      Page    1


                              For Services Through August 31, 2012

Our Matter #21955.002
            CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS


08/02/12   A. GONZALEZ        Discussion with H.Seife regarding      0.20 hrs.
                              status of Ally subservicing
                              pending motion and parties'
                              efforts to resolve it.

08/07/12   A. GONZALEZ        Conference with H.Seife regarding      0.50 hrs.
                              status conference on subservicing
                              motion.



            Total Fees for Professional Services.............    $525.00



                        TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate    Hours        Amount

   A. GONZALEZ                   750.00    .70         525.00
                        TOTALS             .70         525.00

RESIDENTIAL CAPITAL LLC, DEBTORS                                    August 31, 2012
1177 AVENUE OF THE AMERICAS .
NEW YORK, NY 10036                                                  Page    1


                                    For Services Through August 31, 2012

Our Matter #21955.003
             INVESTIGATION PLANNING AND REVIEW


07/03/12   A. GONZALEZ          Outline issues for first meeting        1.40 hrs.
                                with parties focusing on scope and
                                timing of report (1.4).

07/05/12   A. GONZALEZ          Draft scope of examination based        2.30 hrs.
                                upon 2004 order, examiner motion
                                and memorandum opinion (2.3).

07/10/12   A. GONZALEZ          Continued efforts to develop plan       3.20 hrs.
                                for meeting with parties from the
                                various documents (2004 order,
                                examiner motion, memorandum
                                opinion) (3.2).

07/16/12   A. GONZALEZ          Review outline for meeting with         9.90 hrs.
                                Chadbourne regarding scope, team
                                set-up and general approach to
                                report (4.3); attend meeting at
                                Chadbourne regarding outline above
                                (2.2); review "best practice"
                                letter in Lehman case (.4);
                                examine potential transactions
                                based upon documents submitted to
                                date (1.2).

07/17/12   A. GONZALEZ          Prepare for meeting with                2.70 hrs.
                                Berkshire's counsel (2.7).

07/18/12   A. GONZALEZ          Meeting at Chadbourne with              1.60 hrs.
                                Berkshire counsel (1.2); follow-up
                                discussion with H.Seife and
                                D.LeMay regarding discussions with
                                Berkshire counsel (.4).

07/19/12   A. GONZALEZ          Participate in meeting and             10.30 hrs.
                                discussion with Committee
                                regarding scope (2.7); discussion
                                with counsel regarding meeting and
                                follow-up (.6); review and study
                                outline forwarded by Committee
                                regarding general scope and
                                efforts of Committee, including
                                outline of key issues (4.3);
                                re-read case documents regarding
                                Debtors' early pleadings in
                                preparation for meeting with
                                Debtors' counsel (2.7).

RESIDENTIAL CAPITAL LLC, DEBTORS.                              August 31, 2012
1177 AVENUE OF THE AMERICAS.                                   Page    2
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/20/12 | A. GONZALEZ | Conference call with Cleary regarding view of case (.9); meeting at Chadbourne with MoFo regarding view of case and scope of examination (3.2); follow-up discussion with H.Seife and D.LeMay regarding MoFo meeting (.5). | 4.60 hrs. |
| 07/22/12 | A. GONZALEZ | Review draft order and exhibit regarding scope of examination (.7); prepare issues to be discussed for chambers conference, including outline (1.2); review other Examiner's structure and plans for preparation of report (2.2); review and outline presentation materials provided by Kramer Levin regarding related-party transactions (1.5). | 5.60 hrs. |
| 07/23/12 | A. GONZALEZ | Review of draft order detailing scope of examination (2.8); conference call with counsel for Ally and H.Seife and D.LeMay (.7); conference call with H.Seife and D.LeMay discussing chambers conference for tomorrow including adressing issues as to scope (.3). | 3.80 hrs. |
| 07/24/12 | A. GONZALEZ | Review material for chambers' conference (.8); consult with counsel prior to conference (.4); attend chambers' conference (.8); consult with H.Seife and D.LeMay about conference and financial advisor retention (.3); review confidentiality agreement and email to M.Ashley (.4); review draft of scope order (.4). | 3.10 hrs. |
| 07/25/12 | A. GONZALEZ | Continue review of scope order and email changes to T.Zink (1.2). | 1.20 hrs. |
| 07/27/12 | A. GONZALEZ | Review and outline presentation report provided by Debtors' counsel in preparation for meeting (9.4). | 9.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Invoice *****
NEW YORK, NY 10036                                  Page    3

| 07/31/12 | A. GONZALEZ | Prepare for meeting with MoFo regarding ▓▓▓▓ (2.8); meeting with MoFo and H.Seife and D.LeMay regarding same (3.9); follow-up discussions with H.Seife (.4); outline issue from presentation that require follow-up (2.7). | 9.80 hrs. |
| 08/02/12 | A. GONZALEZ | Preparation for meeting with K&E regarding presentation of issues in case (2.3); participate in meeting with Mesirow group regarding update on issues in case and work plan (1.0); participate in meeting with K&E regarding presentation of issues (4.3); review of proposed work flow (1.5); outline issues to discuss regarding legal theories relevant to issues in case focusing on unique factual issues that have been presented by parties to date (1.8). | 10.90 hrs. |
| 08/03/12 | A. GONZALEZ | Review and prepare comments to T.Zink regarding work plan. | 3.60 hrs. |
| 08/05/12 | A. GONZALEZ | Emails with T.Zink regarding work plan. | 0.30 hrs. |
| 08/13/12 | A. GONZALEZ | Prepare for meeting with C&P and Mesirow regarding status of investigation (2.2); participate in meeting with C&P and Mesirow regarding status of investigation (1.7). | 3.90 hrs. |
| 08/15/12 | A. GONZALEZ | Review article regarding ▓▓▓▓ ▓▓▓▓ and outline same. | 1.80 hrs. |
| 08/21/12 | A. GONZALEZ | Participate in status conference with C&P and Mesirow regarding work plan (.7); review of draft outline of Examiner's report (1.9). | 2.60 hrs. |
| 08/28/12 | A. GONZALEZ | Participate in meeting with C&P team regarding status of investigation. | 0.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                         August 31, 2012
1177 AVENUE OF THE AMERICAS                              Page    4
NEW YORK, NY 10036


08/31/12   A. GONZALEZ        Review outlines and summaries to          5.80 hrs.
                              date of various transactions to be
                              reported upon.


        **Total Fees for Professional Services.............. $73,950.00**


                         TIMEKEEPER SUMMARY

    Timekeeper's Name            Rate     Hours          Amount

    A. GONZALEZ                 750.00     98.60         73950.00
                        TOTALS             98.60         73950.00

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                        Page    1

                                    For Services Through August 31, 2012
Our Matter #21955.004
           WITNESS INTERVIEWS AND DISCOVERY


07/16/12   A. GONZALEZ        Prepare questions for interviews      0.70 hrs.
                              with parties (.7).

08/08/12   A. GONZALEZ        Emails with H.Seife regarding 2004    0.30 hrs.
                              motion.

08/15/12   A. GONZALEZ        Review response to Cerberus           0.30 hrs.
                              limited objection to 2004 motion.

08/31/12   A. GONZALEZ        Review potential interview list.      0.40 hrs.


        Total Fees for Professional Services.............  $1,275.00



                        TIMEKEEPER SUMMARY

   Timekeeper's Name           Rate     Hours        Amount

   A. GONZALEZ                750.00     1.70         1275.00
                       TOTALS            1.70         1275.00

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                   Page     1


                                    For Services Through August 31, 2012

    Our Matter #21955.006
              FEE/RETENTION APPLICATIONS


07/03/12   A. GONZALEZ        Order signed appointing Examiner -      7.00 hrs.
                              Retention of counsel issues (7.0)
                              (No charge to Estate)

07/04/12   A. GONZALEZ        Review certain issues regarding         1.30 hrs.
                              preferred counsel (1.3) (No charge
                              to Estate)

07/05/12   A. GONZALEZ        Review information from various         8.70 hrs.
                              counsel seeking to be retained as
                              counsel to Examiner, including
                              various calls, etc. (8.7) (No
                              charge to Estate)

07/06/12   A. GONZALEZ        Follow-up calls with counsel            1.60 hrs.
                              candidates, etc. (1.6) (No charge
                              to Estate).

07/08/12   A. GONZALEZ        Internet research for information       1.80 hrs.
                              on various firms and analysis
                              (1.8) (No charge to Estate)

07/09/12   A. GONZALEZ        Discussions and email exchanges         5.20 hrs.
                              with counsel candidates and US
                              Trustee's office (1.1) (No charge
                              to Estate). Continued efforts to
                              address issues regarding various
                              connections, etc. (4.1) (No charge
                              to Estate)

07/10/12   A. GONZALEZ        Continued efforts at clarifying         2.70 hrs.
                              retention connection issues (2.7).
                              (No charge to Estate)

07/11/12   A. GONZALEZ        Discussions with H.Seife regarding      0.40 hrs.
                              retention of firm and connections
                              with case (.4).

07/17/12   A. GONZALEZ        Review materials on financial          1.30 hrs.
                              advisors.

07/18/12   A. GONZALEZ        Interview with investment banker       2.40 hrs.
                              candidate (1.0); interview with
                              additonal investment
                              banker/financial advisor firm
                              (1.1); discussion with H.Seife and
                              D.LeMay regarding candidates (.3).

RESIDENTIAL CAPITAL LLC, DEBTORS                        August 31, 2012
1177 AVENUE OF THE AMERICAS                             Page    2
NEW YORK, NY 10036

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/19/12 | A. GONZALEZ | Review investment banker materials and prepare outline for future discussions on issue (3.1). | 3.10 hrs. |
| 07/23/12 | A. GONZALEZ | Interview at Chadbourne with various candidates for financial advisors with H.Seife, D.LeMay and T.Zink (3.1); conference call with H.Seife and D.LeMay discussing financial advisor retention (.5). | 3.60 hrs. |
| 08/02/12 | A. GONZALEZ | Review Mesirow revised retention application. | 0.60 hrs. |

**Total Fees for Professional Services.............. $29,775.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. GONZALEZ | 750.00 | 39.70 | 29775.00 |
| TOTALS | | 39.70 | 29775.00 |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                  Page    1


                        For Services Through August 31, 2012

Our Matter #21955.007
          NON-WORKING TRAVEL


07/16/12   A. GONZALEZ      Non-working travel to/from meeting      1.00 hrs.
                            at Chadbourne (1.0).

07/19/12   A. GONZALEZ      Non-working travel to Chadbourne        0.60 hrs.
                            for meeting with Committee (.6).

07/24/12   A. GONZALEZ      Non-working travel to/from             1.30 hrs.
                            Chadbourne (1.3).

07/31/12   A. GONZALEZ      Non-working travel to/from meeting      1.20 hrs.
                            with MoFo at Chadbourne's offices
                            (1.2).

08/02/12   A. GONZALEZ      Non-working travel to/from meeting      0.80 hrs.
                            with K&E.


          **Total Fees for Professional Services.............   $3,675.00**


                        TIMEKEEPER SUMMARY

Timekeeper's Name              Rate    Hours        Amount

A. GONZALEZ                  750.00    4.90         3675.00
                    TOTALS            4.90          3675.00