**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
Residential Capital, LLC, et al.,               :   Case No. 12-12020 (MG)
                                                :
                    Debtors.                    :   Jointly Administered
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

Robert A. Schwinger, being duly sworn, deposes and says:

1. I am an attorney-at-law admitted to practice before the bar of this Court and am a member of the law firm of Chadbourne & Parke LLP, counsel to Arthur J. Gonzalez, the court-appointed Examiner (the "Examiner") for Residential Capital, LLC and its affiliated debtors in the above-captioned cases. I am not a party to this action and am over the age of eighteen.

2. On the date specified below, I caused to be served in the manner set forth below, a true and correct copy of the Examiner's *Subpoena for Rule 2004 Examination* upon:

   (i) General Motors LLC ("GM")
       Subpoena for Rule 2004 Examination dated October 19, 2012

       I sent this a copy of this subpoena by electronic mail on October 19, 2012 at 3:09 p.m. to Lawrence S. Buonomo, Esq., of the GM Legal Staff, who earlier that day verbally advised me by telephone that he would accept service of such subpoena on behalf of GM if e-mailed to him, which statement was memorialized in my transmittal e-mail to Mr. Buonomo.

CPAM: 5016556.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

_____
Robert A. Schwinger

Sworn to before me this
19th day of October, 2012

_____
Notary Public

DAVID M. BAVA
NOTARY PUBLIC, State of New York
No. 01BA6175197
Qualified in New York County
Commission Expires Oct. 9, 20 15

2

CPAM: 5016556.1