# EXHIBIT C

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

TAMMY HAMZEHPOUR, GENERAL COUNSEL
GMAC RESCAP
ONE MERIDIAN CROSSINGS, SUITE 100
MINNEAPOLIS, MN 55423

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| TASK CODE | B110 | Case Administration | | |
| 05/14/12 | MW | DRAFT NOTICE OF APPEARANCE (.8), SERVE SAME (.1); FILE SAME (.1); PREPARE PRO HAC VICE APPLICATION FOR M. CONNOLLY (1.0); FORWARD SAME TO COURT IN WORD FORMAT (.1); T/C WITH CHAMBERS RE: HEARING ON FIRST DAY MOTIONS (.2); RETRIEVE ALL DOCUMENTS FILED IN CASE ON 5/14/12 (1.8). | 4.10 | 881.50 |
| 05/16/12 | MW | REVIEW COURT FILINGS FOR 5/16/12 (1.0); RETRIEVE UPDATED DOCKET SHEET (.2); CALENDAR UPCOMING DEADLINES PER SCHEDULING ORDERS (.3); RETRIEVE SHEET SECOND TIME (.1). | 1.60 | 344.00 |
| 05/17/12 | MW | PREPARE WORKING GROUP CONTACT LIST. | 0.70 | 150.50 |
| 05/17/12 | MW | REVIEW COURT FILINGS FOR 5/17/12. | 0.60 | 129.00 |
| 05/21/12 | MW | REVIEW COURT FILINGS FOR MAY 18 THROUGH MAY 21. | 0.40 | 86.00 |
| 05/23/12 | MW | REVIEW COURT FILINGS FOR 5/23/12. | 0.40 | 86.00 |
| 06/01/12 | MW | REVIEW COURT FILINGS FOR 6/1/12 (.5); DIARY DEADLINES (.1). | 0.60 | 129.00 |
| 06/04/12 | MW | REVIEW COURT FILINGS FOR 6/2 - 6/4. | 0.40 | 86.00 |
| 06/05/12 | MW | REVIEW COURT FILINGS FOR 6/12/12. | 0.40 | 86.00 |
| 06/11/12 | MW | REVIEW COURT FILINGS FOR 6/09 - 6/11. | 0.60 | 129.00 |
| 06/12/12 | MW | RETRIEVE AND REVIEW COURT FILINGS FOR 6/12/12 (.3); ARRANGE FOR JTM TELEPHONE APPEARANCE AT OMNIBUS HEARING (.1). | 0.40 | 86.00 |
| 06/14/12 | MW | REVIEW COURT FILINGS FOR 6/14/12. | 0.50 | 107.50 |
| 06/15/12 | MW | REVIEW COURT PLEADINGS FOR 6/15/12 (.5); UPDATE DEPT CALENDAR ACCORDINGLY (.1); ARRANGE FOR JTM TELEPHONE APPEARANCE AT THE HEARING DATED 6/18/12 (.1). | 0.70 | 150.50 |
| 06/27/12 | MW | REVIEW COURT PLEADINGS (.4); UPDATE CALENDAR ACCORDINGLY (.2). | 0.60 | 129.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE #: 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 06/28/12 | MW | REVIEW COURT PLEADINGS FOR 6/28/12. | 0.40 | 86.00 |
| 06/29/12 | MW | REVIEW COURT PLEADINGS FOR 6/30 - 7/2/12. | 0.70 | 150.50 |
| 07/02/12 | MW | RETRIEVE COPIES OF SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS FILED FOR ALL DEBTORS. | 1.00 | 215.00 |
| 07/05/12 | MW | REVIEW COURT FILINGS FOR 7/5/12. | 0.60 | 129.00 |
| 07/06/12 | MW | REVIEW COURT FILINGS FOR 7/6/12. | 0.40 | 86.00 |
| 07/11/12 | MW | REVIEW COURT FILING FOR 7/11/12. | 0.50 | 107.50 |
| 07/12/12 | MW | REVIEW PLEADINGS FILED IN CASE FOR 7/12/12. | 0.40 | 86.00 |
| 07/13/12 | MW | RETRIEVE DAILY COURT FILINGS (.3); UPDATE CALENDAR ACCORDINGLY (.1). | 0.40 | 86.00 |
| 07/20/12 | MW | REVIEW COURT FILINGS FOR 7/20/12. | 0.50 | 107.50 |
| 07/23/12 | MW | REVIEW COURT FILINGS FOR 7/21 - 7/23 (.5); UPDATE CALENDAR (.1). | 0.60 | 129.00 |
| 07/30/12 | MW | REVIEW COURT FILINGS FOR 7/28 - 7/30. | 0.60 | 129.00 |
| 07/31/12 | MW | REVIEW COURT FOR 7/31/12 (.3); ARRANGE JTM APPEARANCE AT COURT TELEPHONE CONF RE: KERP (.1). | 0.40 | 86.00 |
| 08/01/12 | MW | REVIEW DAILY COURT FILINGS (8/1/12). | 0.40 | 86.00 |
| 08/02/12 | MW | REVIEW COURT FILINGS (8/1/12). | 0.50 | 107.50 |
| 08/03/12 | MW | REVIEW DAILY COURT FILINGS (8/3/12). | 0.40 | 86.00 |
| 08/06/12 | MW | REVIEW DAILY COURT FILINGS (8/6/12). | 0.50 | 107.50 |
| 08/07/12 | MW | REVIEW DAILY COURT FILINGS (8/7/12). | 0.50 | 107.50 |
| 08/09/12 | MW | REVIEW PLEADINGS FOR 8/9/12. | 0.40 | 86.00 |
| 08/10/12 | MW | REVIEW COURT FILINGS FOR 8/10/12 (.4); ARRANGE JTM TELEPHONE APPEARANCE AT 3 UPCOMING HEARINGS (.2). | 0.60 | 129.00 |
| 08/28/12 | MW | REVIEW COURT FILINGS FOR THE PERIOD 8/11 - 8/28/12 (1.40); UPDATE CALENDAR ACCORDINGLY (.3). | 1.70 | 365.50 |
| 08/29/12 | MW | REVIEW COURT FILINGS FOR 8/29/12. | 0.40 | 86.00 |
| 08/30/12 | MW | REVIEW COURT FILINGS FOR 8/30/12 (.5); UPDATE DEPT. CALENDAR (.1). | 0.60 | 129.00 |
| 08/31/12 | MW | REVIEW COURT FILINGS FOR 8/31/12. | 0.40 | 86.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE #: 227904 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL TASK CODE | | B110 | Case Administration | 24.90 | 5353.50 |
| TASK CODE | B160 | | Fee/Employment Applications | | |
| 05/24/12 | | RKD | BEGIN DRAFTING APPLICATION FOR SECTION 327(E) RETENTION. | 3.10 | 1,627.50 |
| 05/25/12 | | RKD | CONTINUE DRAFTING 327(E) RETENTION APPLICATION. | 2.90 | 1,522.50 |
| 05/31/12 | | RKD | COMPLETE RETENTION APPLICATION (.2); BEGIN DRAFTING AFFIDAVIT IN SUPPORT OF SAME (1.9). | 2.10 | 1,102.50 |
| 06/04/12 | | RKD | CONTINUE DRAFTING AFFIDAVIT IN SUPPORT OF RETENTION APPLICATION (1.3). | 1.30 | 682.50 |
| 06/05/12 | | RKD | CONTINUE DRAFTING AFFIDAVIT IN SUPPORT OF RETENTION APPLICATION. | 0.60 | 315.00 |
| 06/06/12 | | MW | E-MAIL EXCHANGE WITH RKD RE MC RETENTION APP. | 0.20 | 43.00 |
| 06/06/12 | | RKD | REVIEW INFORMATION REGARDING COMPLIANCE WITH LOCAL AND BANKRUPTCY RULES REGARDING DISCLOSURE IN RETENTION APPLICATIONS (2.1); CONTINUE DRAFTING RETENTION APPLICATION (.3). | 2.40 | 1,260.00 |
| 06/11/12 | | RKD | COMPLETE REVIEW OF INFORMATION REGARDING COMPLIANCE WITH LOCAL AND BANKRUPTCY RULES REGARDING DISCLOSURE IN RETENTION APPLICATIONS (3.1); REVISE RETENTION APPLICATION TO INCORPORATE RESULTS OF SAME (1.7). | 4.80 | 2,520.00 |
| 07/11/12 | | RKD | EMAILS WITH J. WISHNEW REGARDING MOCO RETENTION. | 0.30 | 157.50 |
| 07/25/12 | | RKD | REVISE DRAFT RETENTION MOTION PREPARED BY MOFO. | 1.10 | 577.50 |
| 08/03/12 | | RKD | REVISE MOFO DRAFT OF MOCO RETENTION APPLICATION. | 1.30 | 682.50 |
| 08/06/12 | | RKD | FINALIZE COMMENTS TO DRAFT OF MOCO RETENTION APPLICATION (.7); EMAILS WITH N. MOSS (MOFO) REGARDING SAME (.4). | 1.10 | 577.50 |
| 08/17/12 | | RKD | REVIEW REVISED MOCO RETENTION APPLICATION/ 363 MOTION (.7); EMAILS WITH J. MOLDOVAN REGARDING SAME (.3); EMAILS WITH N. MOSS REGARDING SAME (.3). | 1.30 | 682.50 |
| 08/20/12 | | RKD | REVIEW MOLDOVAN DECLARATION IN SUPPORT OF MOCO RETENTION (.6); EMAILS WITH J. MOLDOVAN REGARDING SAME (.2); EMAILS WITH N. MOSS REGARDING SAME (.4); REVIEW PAYMENT HISTORY IN CONNECTION WITH SAME (.7); OFFICE CONFERENCE WITH J. MOLDOVAN REGARDING SAME (.4). | 2.30 | 1,207.50 |
| 08/31/12 | | RKD | TELEPHONE CONFERENCE WITH G. LEE (MOFO), J. MOLDOVAN, D. PIEDRA, AND CHADBOURNE ATTORNEYS REGARDING EXAMINER'S INTERVIEWS (.6). | 0.60 | 315.00 |
| TOTAL TASK CODE | | B160 | Fee/Employment Applications | 25.40 | 13273.00 |

909 Third Avenue, New York, NY  10022-4731 * p:212.735.8600 * f:212.735.8708 * www.morrisoncohen.com

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

| TASK CODE | B260 | Board of Directors Matters | | |
|---|---|---|---|---|
| 05/14/12 | DAP | REVIEW MATERIALS CONCERNING FIRST-DAY MOTIONS (1.1); CONFS WITH JTM REGARDING FIRST DAY MOTIONS (.2); MEETING WITH INDEPENDENT DIRECTORS CONCERNING FIRST DAY MOTIONS (.5); ATTEND HEARING ON FIRST DAY MOTIONS ON BEHALF OF INDEPENDENT DIRECTORS (3.4); MEETING JTM CONCERNING ANTICIPATED DISCOVERY CONCERNING ALLY SETTLEMENT (.5). | 5.70 | 3,277.50 |
| 05/14/12 | JTM | REVIEW MATERIALS FOR FIRST DAY HEARINGS INCLUDING OBJECTIONS FILED (3.2); APPEAR AT FIRST DAY HEARING ON BEHALF OF INDEPENDENT DIRECTORS (3.4); CALLS AND CONFERENCES WITH INDEPENDENT DIRECTORS POST HEARING RE ISSUES RAISED AT HEARING AND PROCESS FORWARD (2.1). | 8.70 | 5,959.50 |
| 05/14/12 | MC | ATTEND AT FIRST DAY HEARING IN BANKRUPTCY COURT (3.4); ATTEND MEETINGS W/ INDEPENDENT DIRECTORS (2.1). | 5.50 | 3,135.00 |
| 05/15/12 | DAP | CONF JTM RE: CONTINUED FIRST DAY MOTIONS (.5); ATTEND FIRST DAY MOTIONS ON BEHALF OF INDEPENDENT DIRECTORS (2.5); TELEPHONE CONFERENCE CALL WITH INDEPENDENT DIRECTORS CONCERNING STATUS AND PROCESS MOVING FORWARD (.8). | 3.80 | 2,185.00 |
| 05/15/12 | JTM | COURT APPEARANCE RE CONTINUED FIRST DAYS (2.5); CALL WITH INDIES RE STATUS (1.0); OCS TEAM RE BANKRUPTCY ISSUES AND ALLY SETTLEMENT (2.1); REVIEW MATERIALS IN CONNECTION WITH SAME (3.8). | 9.40 | 6,439.00 |
| 05/15/12 | MC | ATTENDANCE AT FIRST DAY HEARINGS (2.5); MEETING W/ INDEPENDENT DIRECTORS (3.2); CONFERENCE CALLS W/ INDEPENDENT DIRECTORS (.8). | 6.50 | 3,705.00 |
| 05/16/12 | DAP | REVIEW MATERIALS CONCERNING FIRST DAY MOTIONS (1.5); CONFS JTM RE: PROCEDURE, PROCESS AND STRATEGY (1.0). | 2.50 | 1,437.50 |
| 05/16/12 | JTM | OC DAP RE ALLY SETTLEMENT (1.0); ANALYSIS OF MATERIAL IN CONNECTION WITH SAME (7.4). | 8.90 | 6,096.50 |
| 05/16/12 | MC | FOLLOW UP W/ INDEPENDENT DIRECTORS RE: FIRST DAY HEARINGS, APPOINTMENT OF SPECIAL COMMITTEE (2.0); MEETINGS RE: ALLY SETTLEMENT (.9); REVIEW SAME (1.6). | 4.50 | 2,565.00 |
| 05/17/12 | DAP | ATTEND MEETING WITH JTM & MC RE: PROCESS IN THE BANKRUPTCY CASE CONCERNING THE ALLY SETTLEMENT AND DISCOVERY RELATED THERETO (2.0); REV MOFO MATERIALS CONCERNING ALLY CLAIMS (2.0); CONF JTM AND RD CONCERNING DISCOVERY PROCESS (.5). | 4.50 | 2,587.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/17/12 | JTM | MEETING WITH DAP AND MC RE ALLY SETTLEMENT. | 2.00 | 1,370.00 |
| 05/17/12 | MC | MEETING WITH JTM & DAP RE: ALLY SETTLEMENT (2.0); T/C'S W/ INDEPENDENT DIRECTORS RE SAME(1.5). | 3.50 | 1,995.00 |
| 05/17/12 | NS | ATTEND PART OF MEETING WITH JOSEPH MOLDOVAN, OTHER ATTORNEYS (.5); FOLLOW-UP CONFERENCE WITH MARIOLA WIATRAK RE: INITIAL TASKS TO BE COMPLETED (.2). | 0.70 | 315.00 |
| 05/17/12 | RKD | OFFICE CONFERENCE WITH J. MOLDOVAN, D. PIEDRA, M. CONNOLLY, AND N. SIEGEL REGARDING ALLY SETTLEMENT AND POTENTIAL DOCUMENT PRODUCTIONS. | 2.00 | 1,050.00 |
| 05/18/12 | DAP | MEETING RE: DISCOVERY CONCERNING ALLY SETTLEMENT JTM/RD (1.0); REV. MATERIALS IN CONNECTION THERETO (.5). | 1.50 | 862.50 |
| 05/18/12 | JTM | MTG WITH DAP, MC RE ALLY SETTLEMENT ISSUES (1.0); REVIEW FILING MATERIALS AND SETTLEMENT MATERIALS (2.4). | 3.40 | 2,329.00 |
| 05/18/12 | MC | REVIEW FILES (1.0); PREPARATION FOR MEETING AT MOFO (1.0); FOLLOW UP W/ INDEPENDENT DIRECTORS (.5). | 2.50 | 1,425.00 |
| 05/18/12 | NS | CONFERENCE WITH JTM, RKD, DAP RE: ISSUES TO ADDRESS IN FACT/DOCUMENT COLLECTION, REVIEW PREPARING FOR EXPECTED DISCOVERY DEMANDS (1.0); REVIEW RELEVANT SECTIONS OF 102 PAGE RULE 1007 AFFIDAVIT GATHERING BACKGROUND PREPARING FOR EXPECTED DISCOVERY DEMANDS (1.2). | 2.20 | 990.00 |
| 05/18/12 | RKD | MEETING WITH J. MOLDOVAN, D. PIEDRA, N. SIEGEL REGARDING ALLY SETTLEMENT AND DOCUMENT COLLECTION ISSUES (.5); EMAILS WITH J. MOLDOVAN AND D. PIEDRA REGARDING ELECTRONIC STORAGE (.1). | 0.60 | 315.00 |
| 05/21/12 | DAP | ATTEND MEETING AT MORRISON FOERSTER REGARDING ALLY SETTLEMENT AND EXPECTED DISCOVERY (2.0); CONFERENCE WITH J. MOLDOVAN RE: ALLY SETTLEMENT ISSUES WITH CREDITOR'S COMMITTEE (.2); CORRESPONDENCE WITH INDEPENDENT DIRECTORS REGARDING ALLY SETTLEMENT NEGOTIATIONS (.7). | 2.90 | 1,667.50 |
| 05/21/12 | JTM | MEETING AT MOFO RE PREP FOR CC REQUESTS (2.0); TEAM MTGS RE SAME AND ORGANIZATION OF ANTICIPATED PRODUCTION (.2); CALLS WITH GOLDIN RE SAME (.4); REVIEW RECENT COURT FILINGS (1.7); CALL WITH INDIES RE CASE STATUS (.5). | 4.80 | 3,288.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/21/12 | MC | ATTEND AT MEETING AT MOFO RE CRED. COMMITTEE INFORMATION REQUEST (2.0); REVIEW FILES RE SAME (.5). | 2.50 | 1,425.00 |
| 05/21/12 | RKD | ATTEND MEETING WITH J. MOLDOVAN, D. PIEDRA, M. CONNOLLY, ET AL., REGARDING COMMITTEE DOCUMENT REQUESTS (2.0); FOLLOW UP CONFERENCE WITH D. PIEDRA AND J. MOLDOVAN REGARDING SAME (.2). | 2.20 | 1,155.00 |
| 05/23/12 | DAP | DRAFT SLIDES FOR PRESENTATION TO CREDITOR'S COMMITTEE COUNSEL REGARDING ALLY SETTLEMENT (3.5); EMAIL CORRESPONDENCE J. ILANY (.3); TELEPHONE CALL J. ILANY (1.0). | 4.80 | 2,760.00 |
| 05/23/12 | MC | MEETINGS W/ INDEPENDENT DIRECTORS IN PREPARATION FOR MEETING AT MOFO (2.5); REVIEW FILES (.5). | 3.00 | 1,710.00 |
| 05/24/12 | DAP | PREP FOR MEETING WITH INDEPENDENT DIRECTORS (.3); MEET WITH INDEPENDENT DIRECTORS ILANY AND MACK AT MOFO CONCERNING ALLY SETTLEMENT (2.5). | 2.80 | 1,610.00 |
| 05/24/12 | MC | PARTICIPATE IN MEETINGS W/ INDEPENDENT DIRECTORS AND MOFO (2.5); FOLLOW UP MEETINGS (2.0). | 4.50 | 2,565.00 |
| 05/25/12 | MC | REVIEW REQUESTS FOR INFORMATION FROM INDEPENDENT DIRECTORS (1.0); REVIEW FILE (.3); CORRESPONDENCE WITH INDEPENDENT DIRECTORS RE: SAME (.2). | 1.50 | 855.00 |
| 05/29/12 | MC | CORRESPONDENCE WITH INDEPENDENT DIRECTORS RE: CASE STATUS (1.0); RESPONSE TO INQUIRIES (.2); CORRESPONDENCE WITH INDEPENDENT DIRECTOR RE: STATUS OF SETTLEMENTS(.3). | 1.50 | 855.00 |
| 05/30/12 | MC | CORRESPONDENCE WITH INDEPENDENT DIRECTORS RE: COMMITTEE MEETINGS AND CASE STATUS (.6); RESPONSE TO INQUIRIES (.2); FOLLOW UP WITH INDEPENDENT DIRECTOR RE: CASE ISSUES (.2). | 1.00 | 570.00 |
| 05/31/12 | MC | REVIEW FILE RE: DOJ PROCEEDINGS (1.0); CORRESPONDENCE WITH INDEPENDENT DIRECTOR RE: DISCOVERY ISSUES AND CASE STATUS (.5); DRAFT RESPONSE TO INDEPENDENT DIRECTOR INQUIRIES (1.0). | 2.50 | 1,425.00 |
| 06/01/12 | DAP | REC/REV DRAFT 2004 (.3); CORRESPONDENCE WITH R. DAKIS RE: DISCOVERY OBLIGATIONS (.3); EMAIL CORRESPONDENCE WITH DEBTOR'S COUNSEL (.4); REC/REV DRAFT OF DEBTOR'S DRAFT PRESENTATION TO CREDITOR'S COMMITTEE (.4). | 1.40 | 805.00 |
| 06/01/12 | JTM | REVIEW COMMITTEE DRAFT 2004. | 2.60 | 1,781.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 06/01/12 | JTM | REVIEW DEBTORS' FILED MOTIONS RE SALE AND RELATED DOCUMENTS (1.7); COMMITTEE MOTION FOR 2004 EXAM (.9). | 2.40 | 1,644.00 |
| 06/01/12 | MC | REVIEW CREDITORS COMMITTEE 2004 PAPERS. | 1.50 | 855.00 |
| 06/01/12 | NS | REVIEW DRAFT RULE 2004 SUBPOENA, ORDER AND MOTION. | 2.70 | 1,215.00 |
| 06/03/12 | JTM | REVIEW DRAFT PRESENTATION TO CC RE CLAIMS, INVESTIGATION. | 2.60 | 1,781.00 |
| 06/04/12 | DAP | REVIEW DRAFT 2004 MOTION AND PROPOSED AGREED ORDER (.5); MEETING WITH R. DAKIS REGARDING DOCUMENT COLLECTION PURSUANT TO DRAFT 2004 (.5); REVIEW DEBTOR'S PROPOSED PRESENTATION TO CREDITOR'S COMMITTEE COUNSEL (2.5); DRAFT PROPOSED REVISIONS TO PRESENTATION AND EMAIL TO DEBTOR'S COUNSEL (.8); EMAIL CORRESPONDENCE WITH DEBTOR'S COUNSEL CONCERNING SCHEDULING (.3). | 4.60 | 2,645.00 |
| 06/04/12 | JTM | REVIEW REVISED 2004 ORDER (.7); STATUS REPORTS (.2). | 0.90 | 616.50 |
| 06/04/12 | NS | PLANNING CONFERENCE FOR WORK ALLOCATION, LIKELY ISSUES TO BE ADDRESSED. | 0.50 | 225.00 |
| 06/04/12 | RKD | MEETING WITH D. PIEDRA AND N. SIEGEL REGARDING DISCOVERY FROM INDEPENDENT DIRECTORS (.5); OFFICE CONFERENCE WITH LIT SUPPORT REGARDING SAME (.4). | 0.90 | 472.50 |
| 06/05/12 | DAP | REVIEW MOTION FOR APPOINTMENT OF AN EXAMINER (.8); CONF. R. DAKIS RE: SAME (.3); CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING CREDITOR'S COMMITTEE MEETING (.3); EMAIL CORRESPONDENCE WITH JTM REGARDING STATUS AND STRATEGY (.2). | 1.40 | 805.00 |
| 06/05/12 | JTM | REVIEW BERKSHIRE MOTION FOR APPOINTMENT OF EXAMINE AND ANCILLARY MATERIALS (1.3); DISCUSSION OF SAME WITH TEAM (.6). | 1.90 | 1,301.50 |
| 06/05/12 | MC | REVIEW PLEADINGS RE: SALE AND EXAMINER. | 1.50 | 855.00 |
| 06/05/12 | NS | CONFERENCE WITH JTM RE: EXAMINER MOTION. | 0.40 | 180.00 |
| 06/05/12 | RKD | OFFICE CONFERENCE WITH J. RIED REGARDING DISCOVERY FROM INDEPENDENT DIRECTORS (.3); REVIEW EXAMINER MOTION (.8); T/C WITH ROBERT DAKIS RE SAME (.3); EMAILS WITH J. MOLDOVAN, M. CONNOLLY, AND D. PIEDRA REGARDING SAME (.2). | 1.60 | 840.00 |
| 06/06/12 | DAP | PREPARE PRODUCTION FOR UNSECURED CREDITOR'S COMMITTEE COUNSEL DOCUMENT REQUEST. | 0.80 | 460.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC |
|---|---|
| 020530-0002 | CHAPTER 11 |

DATE: 10/04/12
INVOICE # : 227904

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 06/06/12 | JTM | REVIEW MATERIALS IN CONNECTION WITH BOARD MEETING (.7); DETERMINE STRATEGY GOING FORWARD (.6). | 1.30 | 890.50 |
| 06/06/12 | MC | RESPOND TO INDEPENDENT DIRECTOR INQUIRIES RE: SALE PROCESS (1.0); REVIEW BOARD MATERIALS IN ADVANCE OF BD MEETING (.5). | 1.50 | 855.00 |
| 06/07/12 | DAP | PREP FOR MEETING WITH CREDITOR'S COMMITTEE COUNSEL (.5); MEETING WITH JTM, MC, ET AL. RE: DISCOVERY (.9). | 1.40 | 805.00 |
| 06/07/12 | JTM | REVIEW EXAMINER AND OTHER MOTIONS, PLEADINGS AND FILINGS (3.5); MTG WITH MC, DAP, RKD, ET AL RE: SAME (.9); TC BOARD MEMBERS RE: DISCOVERY AND EXAMINERS ISSUES (.4); REVIEW MATERIALS FOR BOARD MTG (.8). | 5.60 | 3,836.00 |
| 06/07/12 | MC | REVIEW COMMITTEE PROPOSED DOCUMENT REQUESTS (1.0); REVIEW BOARD MATERIALS IN LIGHT OF SAME (.6); MEETING WITH JTM, RKD, ET AL RE: CASE STATUS (.9). | 2.50 | 1,425.00 |
| 06/07/12 | RKD | OFFICE CONFERENCE WITH J. MOLDOVAN, M. CONNOLLY, AND D. PIEDRA REGARDING DISCOVERY ISSUES AND CASE STATUS (.9). | 0.90 | 472.50 |
| 06/08/12 | DAP | ATTEND MEETING WITH CREDITOR'S COMMITTEE COUNSEL CONCERNING ALLY CLAIMS (4.0); REVIEW MATERIALS RE: SAME (.5); TELEPHONE CONFERENCE CALL WITH INDEPENDENT DIRECTORS (.5). | 5.00 | 2,875.00 |
| 06/08/12 | JTM | PREPARATION FOR BOARD MEETING (1.4); ATTEND BOARD MEETING (1.5); ATTEND AND PARTICIPATE IN MEETING WITH CREDITORS COMMITTEE (2.0); CALLS WITH INDEPENDENT DIRECTORS AND TEAM MEMBERS CONCERNING DOCUMENT PRODUCTION AND OTHER MATTERS (1.4). | 6.30 | 4,315.50 |
| 06/08/12 | MC | PARTICIPATE IN BOARD MEETING (1.4); ATTEND MEETING W/ CREDITOR'S COMMITTEE RE: SETTLEMENT (4.0); FOLLOW UP CALLS W/ INDEPENDENT DIRECTORS (.6). | 6.00 | 3,420.00 |
| 06/08/12 | RKD | ATTEND MEETING WITH CREDITORS' COMMITTEE REPRESENTATIVES, J. MOLDOVAN, D. PEIDRA, G. GANNS, ETC., REGARDING SETTLEMENT (4.0); OFFICE CONFERENCE WITH J. MOLDOVAN, D. PIEDRA, AND M. CONNOLLY REGARDING DISCOVERY ISSUES (.3); PARTICIPATE IN UPDATE CALL WITH SAME AND INDEPENDENT DIRECTORS (.4); OFFICE CONFERENCE WITH J. RIED REGARDING DATA COLLECTION (.3). | 5.00 | 2,625.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE #: 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 06/10/12 | JTM | REVIEW CORR FROM DEBTORS COUNSEL RE CASE STATUS. | 0.10 | 68.50 |
| 06/11/12 | DAP | TELEPHONE CALL WITH JAMIE LEVITT CONCERNING DISCOVERY TO COMMITTEE (.3); TELEPHONE CALL WITH BOB SALERNO FROM MOFO REGARDING DISCOVERY (.8); TELEPHONE CALL WITH PAM WEST (1.0); EMAIL CORRESPONDENCE WITH INDEPENDENT DIRECTORS CONCERNING DISCOVERY (.8). | 2.90 | 1,667.50 |
| 06/11/12 | JTM | REVIEW LONESTAR RESPONSE TO SALE MOTION (.9); FREDDIE MAC OBJECTIONS TO SALES PROCEDURES (1.2); FANNIE MAE RESPONSE. ALLY LIMITED OBJECTION TO BERKSHIRE (.7); GREEN PLANET OBJECTION TO FIRST DAYS (.8). | 3.60 | 2,466.00 |
| 06/11/12 | MC | REVIEW DOCUMENTS RE: STATUS OF SALE (2.0); BERKSHIRE REQUEST TO APPOINT AN EXAMINER AND HUD MEETINGS (1.0). | 3.00 | 1,710.00 |
| 06/12/12 | JTM | ATTEND OMNIBUS COURT HEARING RE STATUS OF SETTLEMENT AND SALE. | 3.40 | 2,329.00 |
| 06/12/12 | MC | REVIEW PLEADINGS RE: SALE HEARING (1.9); REVIEW EXAMINER PLEADINGS (.6). | 2.50 | 1,425.00 |
| 06/13/12 | DAP | REVIEW OF FILED DOCUMENTS CONCERNING BID PROCEDURES, ETC (1.8); O/C WITH JTM, MC RE: 2004 RESPONSE 2004 (.4); COMMUNICATIONS WITH INDEPENDENT DIRECTORS CONCERNING DISCOVERY RESPONSE (1.6). | 3.80 | 2,185.00 |
| 06/13/12 | JTM | REVIEW FILED PLEADINGS (1.8); OC WITH DAP, MC RE 2004 RESPONSE (.4); EMAILS WITH IDS STATUS AND DEVELOPMENTS (.6). | 2.80 | 1,918.00 |
| 06/13/12 | MC | RESPOND TO INDEPENDENT DIRECTOR RE: CASE STATUS (1.5); REVIEW INFORMATION FROM MOFO RE: COMPENSATION AND RETENTION PLANS (2.0). | 3.50 | 1,995.00 |
| 06/14/12 | JTM | REVIEW PLEADING RE: DIP, SALE MOTION, DEBTORS REPLIES, LIMITED OBJECTIONS, SUPP WHITLINGER DEC, ALL RELATED DOCS IN PREPARATION FOR STATUS CONFERENCE. | 2.80 | 1,918.00 |
| 06/14/12 | MC | REVIEW COURT FILINGS (.8); PROVIDE STATUS UPDATE TO INDEPENDENT DIRECTORS RE: SAME (1.7). | 2.50 | 1,425.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 06/15/12 | JTM | PARTICIPATE IN SPECIAL MEETING OF BOARD OF DIRECTORS (1); REVIEW ISSUES RELATING TO EXECUTIVE COMPENSATION AND CHANGES IN OFFERS AND OTHER MATERIALS (2.8). | 3.80 | 2,603.00 |
| 06/15/12 | JTM | OC DAP RE DISCLOSURE STATEMENT INSERT, REVIEW SAME. | 0.80 | 548.00 |
| 06/15/12 | MC | REVIEW ALLY SETTLEMENT (1.6); REVIEW COUNTER OFFERS RE: SALE (.8); PARTICIPATE IN BOARD MEETING (1.0); FOLLOW UP WITH DIR. RE: BD MATTERS (1.1). | 4.50 | 2,565.00 |
| 06/17/12 | JTM | COMMS INDEPENDENT BD MEMBER RE STATUS OF CH 11 CASE. | 0.60 | 411.00 |
| 06/18/12 | DAP | REVIEW PLAN AND DISCLOSURE STATEMENT (.8); CONF JTM RE: HEARING RE: EXAMINER (.7); ATTEND CONFERENCE CALL RE: BIDS (.3). | 1.80 | 1,035.00 |
| 06/18/12 | JTM | TELEPHONIC ATTENDANCE AT HEARING CONCERNING 363 MOTION, POSTPETITION FINANCING, BANK SERVICING AGREEMENTS, USE OF CASH COLLATERAL MORTGAGE LOAN COMMITMENTS, SALES PROCEDURES, BERKSHIRE MOTION FOR APPOINTMENT OF EXAMINER. | 5.60 | 3,836.00 |
| 06/18/12 | JTM | NUMEROUS CALLS AND EMAILS WITH TEAM, MOFO, INDIES RE LATEST DEVELOPMENTS IN COURT AND ACTION ITEMS (3.0), REVIEW MATERIALS FOR BOARD CALL (1.6). | 4.60 | 3,151.00 |
| 06/18/12 | MC | ATTEND SPECIAL MEETING OF INDEPENDENT DIRECTORS; COMMENT ON ALLY SETTLEMENT (3.3); T/C DAP RE: EXAMINER (.7). | 4.00 | 2,280.00 |
| 06/18/12 | RKD | ATTEND HEARING REGARDING EXAMINER AND SALE MOTIONS (7.4); TELEPHONE CONFERENCE WITH J. MOLDOVAN REGARDING UPDATE TO INDEPENDENT DIRECTORS REGARDING SAME (.2). | 7.60 | 3,990.00 |
| 06/19/12 | JTM | TEAM DISCUSSIONS CONCERNING IMPACT OF EXAMINER DECISION AND DISCOVERY ISSUES (1.4); BOARD MEETING TO DISCUSS STALKING HORSE BIDS (1.1); DISCUSSION OF ARGUMENT RE VARIOUS BID AND JUDICIAL DETERMINATIONS POST HEARING (1.1). | 3.60 | 2,466.00 |
| 06/19/12 | JTM | NUMEROUS CALLS WITH INDIES (2.0); FOLLOW UP WITH MOCO TEAM MEMBERS RE DEVELOPMENTS IN COURT (1.2). | 3.20 | 2,192.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : | 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 06/19/12 | MC | ATTEND SPECIAL BOARD MEETING (.9); FOLLOW UP WITH INDEPENDENT DIRECTORS REGARDING JUNE 18 HEARING (2.4). | 3.50 | 1,995.00 |
| 06/19/12 | RKD | ATTEND BOARD CALL REGARDING SALE PROCESS (.9); ATTEND HEARING REGARDING SAME (1.1). | 2.00 | 1,050.00 |
| 06/20/12 | MC | REVIEW HSR DOCUMENT REQUEST. | 0.50 | 285.00 |
| 06/21/12 | JTM | RESPOND TO HSR REQUEST. | 0.10 | 68.50 |
| 06/23/12 | JTM | REVIEW COURT FILINGS IN CONNECTION WITH CASE CONFERENCE RE: SALE DISCOVERY PROCESS. | 2.00 | 1,370.00 |
| 06/25/12 | JTM | ATTEND OMNIBUS HEARING. | 2.70 | 1,849.50 |
| 06/26/12 | DAP | REVIEW DOCUMENTS FROM INDEPENDENT DIRECTORS FOR PRODUCTION FOR 2004 TO CREDITOR'S COMMITTEE (.8). | 0.80 | 460.00 |
| 06/26/12 | MC | UPDATE INDEPENDENT DIRECTOR RE: CASE STATUS. | 0.50 | 285.00 |
| 06/27/12 | DAP | EMAIL CORRESPONDENCE PAM WEST RE: DISCOVERY ISSUES. | 0.30 | 172.50 |
| 06/27/12 | JTM | REVIEW AUDIT COM MATERIALS. | 2.20 | 1,507.00 |
| 06/27/12 | JTM | REVIEW DEBTORS LATEST FILINGS. | 0.60 | 411.00 |
| 06/28/12 | JTM | UPDATE CALL WITH INDEPENDENT DIRECTORS AND MC. | 0.80 | 548.00 |
| 06/28/12 | MC | CONFERENCE CALL W/ INDEPENDENT DIRECTORS (.8); REVIEW AUDIT COMMITTEE MATERIALS (1.7). | 2.50 | 1,425.00 |
| 06/29/12 | JL | REVIEW MATERIAL AND ATTEND RESCAP AUDIT COMMITTEE MEETING. | 3.50 | 2,117.50 |
| 06/29/12 | JTM | REVIEW RECENT FILINGS (1.0); CALL WITH INDEPENDENT DIRECTORS RE SAME (.8). | 1.80 | 1,233.00 |
| 06/29/12 | JTM | REV REVISED AUDIT COM MATERIALS. | 1.20 | 822.00 |
| 06/29/12 | MC | PARTICIPATE IN AUDIT COMMITTEE MEETING. | 3.50 | 1,995.00 |
| 07/02/12 | DL | CONF. MC, JTM, DAP, RKD RE: UPDATE ON STATUS (.5); DISCUSSION RE: SUPER-INDEPENDENT MEMBERS MEETING WITH ALLY (.3). | 0.80 | 468.00 |
| 07/02/12 | DAP | MEETING WITH TEAM CONCERNING INDEPENDENT BOARD MEMBER ISSUES (.5); CONF JTM & MC RE: DISCOVERY (.2); REVIEW COMPENSATION CORRESPONDENCE (.2). | 0.90 | 517.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/12 | JTM | ALL HANDS STATUS CALL (.9); REVIEW CORRESPONDENCE AND FILINGS (1.2); NUMEROUS EMAILS RE DIRECTOR ISSUES THROUGHOUT DAY (1.5); O/C WITH DAP RE: DISCOVERY (.2). | 3.80 | 2,603.00 |
| 07/02/12 | MC | PREPARATION FOR AND PARTICIPATION ON CALL W/ INDEPENDENT DIRECTORS AND MOFO (.9); FOLLOW UP AND E-MAILS RE: SAME (1.4); O/C'S WITH JTM & DAP RE SAME.(.2). | 2.50 | 1,425.00 |
| 07/02/12 | RKD | PARTICIPATE IN BOARD CALL WITH J. MOLDOVAN AND M. CONNOLLY (.9); REVIEW LETTERS REGARDING EXECUTIVE COMPENSATION (1.1); OFFICE CONFERENCE WITH JTM AND MC AND DAP REGARDING SAME (.7). | 2.70 | 1,417.50 |
| 07/03/12 | JTM | REVIEW RECENT FILINGS (.8); EMAILS AND CALLS THROUGHOUT DAY RE SENIOR MGMT AND DIRECTOR ISSUES AND COMMUNICATIONS RE SAME (2.4). | 3.20 | 2,192.00 |
| 07/03/12 | MC | UPDATE INDEPENDENT DIRECTOR RE CASE STATUS (.9); O/C'S WITH JTM RE SAME (1.1). | 2.00 | 1,140.00 |
| 07/06/12 | JTM | CASE UPDATE (.2); REVIEW RECENT FILINGS RE MBIA AND OTHER MATTERS (1.1). | 1.30 | 890.50 |
| 07/06/12 | MC | REVIEW RECENT FILINGS IN PREPARATION FOR BOARD MEETING. | 0.50 | 285.00 |
| 07/08/12 | JTM | REVIEW MATERIAL IN CONNECTIONS WITH BOARD CALL (1.7); BOARD CALL (2.0). | 3.70 | 2,534.50 |
| 07/08/12 | MC | PARTICIPATE IN SPECIAL BOARD MEETING. | 2.00 | 1,140.00 |
| 07/09/12 | DAP | EMAIL NILENE AT MOFO RE: BOARD MEETING. | 0.20 | 115.00 |
| 07/09/12 | JTM | PARTICIPATE IN COMP COM CALL (1.5); ANALYSIS OF MATERIALS FOR EXAMINER (2.8). | 4.30 | 2,945.50 |
| 07/09/12 | MC | PARTICIPATE IN COMPENSATION COMMITTEE MEETING. | 1.50 | 855.00 |
| 07/12/12 | DAP | REVIEW BOARD MATERIALS, PREP FOR AND ATTEND BOARD MEETING (1.8); CONF M. CONNOLLY AND J. MOLDOVAN RE: SAME (.4). | 2.20 | 1,265.00 |
| 07/12/12 | JL | ATTEND BOARD CALL. | 1.00 | 605.00 |
| 07/12/12 | JTM | REVIEW FILINGS IN CONNECTION WITH FRIDAY HEARING RE RETENTION OF DEBTORS PROFESSIONALS, COMMITTEE AND OTHER OBJECTIONS TO SAME (1.2); BOARD CALL (1.0); PREP FOR BOARD CALL (.9). | 3.10 | 2,123.50 |
| 07/12/12 | MC | PREPARATION FOR AND PARTICIPATION IN BOARD MEETING. | 2.50 | 1,425.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC |
|---|---|
| 020530-0002 | CHAPTER 11 |

DATE: 10/04/12
INVOICE # : 227904

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/12 | JTM | REVIEW COURT FILINGS FOR 7/17/12. | 1.40 | 959.00 |
| 07/20/12 | JL | PREPARE FOR BOARD CALL, COMPENSATION COMMITTEE CALL. | 1.80 | 1,089.00 |
| 07/20/12 | JTM | REVIEW MATERIALS FOR BOARD MEETING AND ATTEND COMP COM MTG (2.2). | 2.20 | 1,507.00 |
| 07/20/12 | MC | PARTICIPATE IN BOARD MEETING AND MEETING OF COMPENSATION COMMITTEE (2.2); FOLLOW UP W/ INDEPENDENT DIRECTORS (.1). | 2.30 | 1,311.00 |
| 07/21/12 | MC | T/C'S W/ INDEPENDENT DIRECTORS RE: COMPENSATION ISSUES. | 1.50 | 855.00 |
| 07/22/12 | DAP | REVIEW PROPOSED EXAMINER ORDER. | 0.20 | 115.00 |
| 07/22/12 | JTM | REV MATERIAL RE EXAMINER SCOPE AND EMAILS RE SAME. | 0.90 | 616.50 |
| 07/23/12 | JL | MEET W/ INDEPENDENT DIRECTOR, MOLDOVAN, CONNOLLY. | 2.00 | 1,210.00 |
| 07/23/12 | JTM | MTG W MOFO TEAM RE EXAMINER ISSUES (2.3); CALLS WITH INDIES RE SAME (1.2); MTG W JL, MC & RKD RE SAME AND FILE PREP (1.4). | 4.90 | 3,356.50 |
| 07/23/12 | MC | MEETINGS AND CONFERENCE CALLS W INDEPENDENT DIRECTORS (3.5); CONFERENCE CALL W COMPANY COUNSEL (1.0). | 4.50 | 2,565.00 |
| 07/23/12 | RKD | OFFICE CONFERENCE WITH J. MACK, J. MOLDOVAN AND M. CONNOLLY REGARDING CASE STATUS (.3); PREPARE FOR AN PARTICIPATE IN BOARD UPDATE CALL (.6). | 0.90 | 472.50 |
| 07/24/12 | JTM | CT CONFERENCE RE EXAMINER (.2); ATTEND HEARINGS ON BEHALF OF INDEPENDENT DIRECTORS (5.0). | 5.20 | 3,562.00 |
| 07/24/12 | MC | ATTENDANCE HEARING AT BANKRUPTCY COURT (2.6); CONFERENCE CALLS W/ INDEPENDENT DIRECTORS (2.4). | 5.00 | 2,850.00 |
| 07/24/12 | RKD | ATTEND OMNIBUS HEARING REGARDING DISPUTES RE SCHEDULING SETTLEMENT MOTIONS, SUBSERVICING MOTIONS, RETENTION ISSUES. | 2.60 | 1,365.00 |
| 07/25/12 | JTM | REVIEW REVISED EXAMINER ORDER AND EMAILS FROM PARTIES RE SAME. | 0.60 | 411.00 |
| 07/26/12 | JTM | REVIEW EXAMINER MATERIAL; COMP MATERIAL (1.1); CALLS WITH INDIES (.8); COMP CALL (.8); REVIEW SUBSERVICING TR AND EMAILS RE SAME FROM DEBTORS (1.2). | 3.90 | 2,671.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 10/04/12 |
|---|---|---|---|---|
| 020530-0002 | CHAPTER 11 | | INVOICE #: | 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 07/26/12 | MC | T/C'S W/ INDEPENDENT DIRECTORS RE: SUBSERVICING AND COMP. (.8); FOLLOW UP CORRESPONDENCE WITH DIRECTORS RE: SAME (.9). | 1.70 | 969.00 |
| 07/27/12 | JTM | PREP FOR COMP COM MTG (.7) OC MC RE SAME (.4) CALL RE SAME (.8). | 1.90 | 1,301.50 |
| 07/27/12 | JTM | REVIEW BOARD PACKAGE IN CONNECTION WITH AFI ISSUES. | 0.60 | 411.00 |
| 07/27/12 | MC | PREPARE FOR MEETING OF COMPENSATION COMMITTEE (.8); ATTEND MEETING (.3); FOLLOW UP WITH JTM (.4). | 1.50 | 855.00 |
| 07/30/12 | DAP | REVIEW EXAMINER DISCOVERY PROTOCOL MOTION (.3); CONF JTM RE: EXAMINER DISCLOSURE (.3); CONFERENCE CALL IN PREPARATION FOR EXAMINER PRESENTATION (.4). | 1.00 | 575.00 |
| 07/30/12 | JTM | REVIEW MATERIALS FOR MEETING WITH EXAMINER (7.1); O/C WITH DAP RE: SAME (.3). | 7.40 | 5,069.00 |
| 07/30/12 | MC | REVIEW MORRISON FOERSTER CASE UPDATE (1.2); RESPOND TO INDEPENDENT DIRECTORS INQUIRIES RE: SAME (1.3). | 2.50 | 1,425.00 |
| 07/30/12 | RKD | PARTICIPATE IN CALL WITH G. LEE, J. MOLDOVAN, A. HOFFINGER, ET AL., REGARDING MEETING WITH EXAMINER AND COUNSEL (.4); REVIEW DOCUMENTS IN PREPARATION FOR SAME (.3). | 0.70 | 367.50 |
| 07/31/12 | DAP | PREP FOR MEETING WITH EXAMINER AND COUNSEL (1.7); MEETING WITH EXAMINER AND COUNSEL (3.8); MEETING WITH JTM AND RD RE: SAME (.3). | 5.80 | 3,335.00 |
| 07/31/12 | JTM | PREP FOR MTG WITH EXAMINER AND TEAM (2.6); MTG WITH EXAMINER AND TEAM (3.8). | 6.40 | 4,384.00 |
| 07/31/12 | MC | RESPOND TO INQUIRIES FROM INDEPENDENT DIRECTORS RE: EXAMINER ISSUES. | 2.00 | 1,140.00 |
| 07/31/12 | RKD | REVIEW NOTES AND PRESENTATIONS IN PREPARATION FOR MEETING WITH EXAMINER AND COUNSEL; (1.2); ATTEND MEETING WITH EXAMINER AND COUNSEL(3.8); FOLLOW UP CONFERENCE WITH J. MOLDOVAN AND D. PIEDRA REGARDING INVESTIGATION (.2). | 5.20 | 2,730.00 |
| 08/01/12 | JL | REVIEW MATERIAL FOR AUDIT COMMITTEE CALL. | 1.20 | 726.00 |
| 08/01/12 | JPR | COORDINATE GETTING USERS SET UP TO REVIEW RESCAP RELATIVITY DATA. | 0.70 | 252.00 |
| 08/01/12 | MC | REVIEW RECENT COURT FILINGS TO PREPARE FOR CALL WITH INDEPENDENT DIRECTORS. | 2.50 | 1,425.00 |

# MorrisonCohen LLP

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 10/04/12 |
| 020530-0002 | CHAPTER 11 | | INVOICE #: | 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/12 | NS | INITIATE REVIEW OF DOCUMENT DATABASE RE: EXAMINER ISSUES. | 1.20 | 540.00 |
| 08/02/12 | JL | REVIEW MATERIAL FOR AUDIT COMMITTEE (1.0); AUDIT COMMITTEE CALL (1.0). | 2.00 | 1,210.00 |
| 08/02/12 | JTM | COURT CALL RE KEIP/KERP STATUS (.30); REV UST OBJECTION TO KEIP KERP (.9); (COMMS INDIES RE KEIP ISSUES (.6); REVIEW AND ANALYSIS OF UST OBJECTIONS (1.6). | 3.40 | 2,329.00 |
| 08/02/12 | MC | CALLS W/ INDEPENDENT DIRECTORS RE: KERP/KEIP ISSUES (1.0); REVIEW REPORTS AND COURT FILINGS RE: SAME (1.5). | 2.50 | 1,425.00 |
| 08/02/12 | NS | REVIEW DOCUMENTS IN FIRM'S ELECTRONIC DATABASE RE: EXAMINER ISSUES. | 1.70 | 765.00 |
| 08/03/12 | NS | CONTINUED REVIEW OF IC MEETING MINUTES IN ELECTRONIC DATABASE. | 1.80 | 810.00 |
| 08/06/12 | MC | REVIEW COURT FILINGS, INCLUDING EXAMINER'S WORK PLAN AND OBJECTIONS OF US TRUSTEE (2.4); CORRESPONDENCE WITH INDEPENDENT DIRECTOR RE: SAME (1.6). | 4.00 | 2,280.00 |
| 08/07/12 | MC | PREPARATION FOR BANKRUPTCY HEARING (1.0); MEETINGS W/ INDEPENDENT DIRECTORS (1.0); FOLLOW UP WITH INDEPENDENT RE: COMPENSATION ISSUES (1.5). | 3.50 | 1,995.00 |
| 08/08/12 | JTM | APPEAR IN COURT RE HEARINGS ON KEIP AND ALLY SERVICING AGREEMENT (2.6); MEETINGS WITH INDIES RE SAME (1.1); MEETINGS WITH INDIES RE GO FORWARD ISSUES (1.2); ANALYSIS OF KEIP ISSUES (3.2). | 8.10 | 5,548.50 |
| 08/08/12 | MC | ATTEND BANKRUPTCY HEARING RE: KERP & KEIP (2.6); FOLLOW UP WITH INDEPENDENT DIRECTORS RE: SAME (2.3); REVIEW DOCS RE: COMPENSATION ISSUES (.6). | 6.50 | 3,705.00 |
| 08/09/12 | JTM | REVIEW BOARD PACKAGE. | 0.60 | 411.00 |
| 08/09/12 | MC | RESPOND TO INDEPENDENT DIRECTOR QUERIES ON NUMEROUS ISSUES. | 2.00 | 1,140.00 |
| 08/09/12 | NS | CONTINUED REVIEW OF INDEPENDENT TRUSTEE MEETING MINUTES RE: EXAMINER REQUESTS. | 0.60 | 270.00 |
| 08/10/12 | JTM | BOARD CALL (1); REVIEW EXAMINER MOTION, MEMORANDA TO BOARD, RECENT FILINGS (3.2). | 4.20 | 2,877.00 |
| 08/10/12 | MC | ATTEND BOARD MEETING (1.0); FOLLOW UP W/ INDEPENDENT DIRECTORS RE: ISSUES RAISED ON BOARD CALL (1.5). | 2.50 | 1,425.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 10/04/12 |
|---|---|---|---|---|
| 020530-0002 | CHAPTER 11 | | INVOICE #: | 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 08/10/12 | NS | CONTINUED REVIEW INDEPENDENT DIRECTORS' COMMITTEE MEETING MINUTES RE CASE EXAMINER ISSUES. | 2.20 | 990.00 |
| 08/12/12 | JTM | TCF FORMER INDIE - GARVEY RE STATUS. | 0.50 | 342.50 |
| 08/13/12 | JTM | TCF FORMER DIRECTOR RE STATUS AND EXAMINER (.4); TC G LEE RE SAME (.2); REVIEW FILE MATERIALS IN CONNECTION WITH EXAMINER INVESTIGATION (6.4); REVIEW RECENT COURT FILINGS (.3). | 7.30 | 5,000.50 |
| 08/13/12 | NS | FURTHER REVIEW OF ELECTRONIC DATABASE DOCUMENTS RE EXAMINER ISSUES. | 3.70 | 1,665.00 |
| 08/14/12 | MC | CORRESPONDENCE WITH INDEPENDENT DIRECTOR RE: EXAMINER (1.6); FOLLOW UP RE: HEARING AND RMBS SETTLEMENT (.4). | 2.00 | 1,140.00 |
| 08/14/12 | NS | FURTHER REVIEW ELECTRONIC DATABASE DOCUMENTS RE EXAMINER ISSUES. | 1.00 | 450.00 |
| 08/15/12 | JTM | REVIEW MATERIAL RE SETTLEMENTS PER INDEPENDANT DIRECTOR REQUEST. | 4.20 | 2,877.00 |
| 08/16/12 | DL | CONF. JTM, MC, DAP, RD RE: DOCUMENTS REQUIRED BY EXAMINER. | 1.20 | 702.00 |
| 08/16/12 | DAP | OFFICE CONFERENCE RE: EXAMINER DOCUMENT PRODUCTION AND INTERVIEWS. | 1.20 | 690.00 |
| 08/16/12 | JTM | COURT CONFERENCE RE DISCOVERY AND EXAMINER (1.6); MTG WITH DAP, RD, MC, DL RE PREPARATION OF MATERIALS FOR TURNOVER TO EXAMINER AND COMMITTEE (1.2); REVIEW CERBERUS OBJECTION AND EXAMINER REPLY RE SAME (1.1). | 3.30 | 2,260.50 |
| 08/16/12 | MC | MEETING RE: EXAMINER'S REQUEST FOR INFORMATION (1.2); FOLLOW UP RE SAME (.8). | 2.00 | 1,140.00 |
| 08/16/12 | RKD | REVIEW REVISED MOTION REGARDING RMBS SETTLEMENT IN PREPARATION FOR PROVIDING UPDATE TO INDEPENDENT DIRECTORS (.7); REVIEW RMBS SCHEDULING ORDER IN CONNECTION WITH SAME (.4); DRAFT EMAIL TO JTM REGARDING STATUS AND SCHEDULE FOR RMBS SETTLEMENT (.7); OFFICE CONFERENCE WITH J. MOLDOVAN, D. PIEDRA, M. CONNOLLY, AND D. LERNER REGARDING EXAMINER SCHEDULE AND SCOPE (1.2). | 3.00 | 1,575.00 |
| 08/17/12 | MC | REVIEW REVISED MOTION REGARDING RMBS SETTLEMENT. | 1.50 | 855.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: 10/04/12 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 08/21/12 | JTM | ANALYSIS OF INDEPENDANT DIRECTOR ISSUES RE TRANSACTION HISTORY. | 1.30 | 890.50 |
| 08/22/12 | JL | NEW AUDIT COMMITTEE MEETING MATERIAL. | 1.40 | 847.00 |
| 08/23/12 | JL | CALLS W/ TED SMITH (.4); CONTINUE REVIEW OF COMMITTEE PACKAGE (.8); AUDIT COMMITTEE CALL (2.4); FOLLOW UP WITH PAM (.1). | 3.70 | 2,238.50 |
| 08/23/12 | JTM | REVIEW RECENT FILINGS FOR INDIES INCLUDING PRE-AUCTION OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE MOTION (1.3); WELLS JOINDER TO "PRE-AUCTION OBJECTIONS OF THE RMBS TRUSTEES TO THE DEBTORS' SALE MOTION (.5); EXAMINER SUPP WORK PLAN (1.0). | 2.80 | 1,918.00 |
| 08/23/12 | NS | REVIEW, ANALYSIS OF DOCUMENTS IN DATABASE RE EXAMINER ISSUES. | 1.40 | 630.00 |
| 08/24/12 | JTM | REVIEW BOARD MEMO (.6), RECENT FILINGS (.3). | 0.90 | 616.50 |
| 08/24/12 | NS | REVIEW, ANALYSIS OF DATABASE DOCUMENTS RE EXAMINER ISSUES. | 3.10 | 1,395.00 |
| 08/27/12 | JTM | REVIEW MOTION TO ESTABLISH BORROWER COMMITTEE, DEBTORS' STATEMENTS AND PROPOSED ORDERS. | 0.70 | 479.50 |
| 08/27/12 | NS | REVIEW OVER 360 DOCUMENTS IN DATABASE. | 6.40 | 2,880.00 |
| 08/28/12 | JTM | COMMS MOFO RE INDIE ISSUES AND RETENTION MATTERS (.7); MEMO TO BOARD RE OPEN ITEMS (.3); REVIEW SUBSERVICING ISSUES (.3). | 1.30 | 890.50 |
| 08/29/12 | JTM | COMMS MOFO AND CHADBOURNE RE EXAMINER REQUESTS FOR INTERVIEWS (.3); COMMS FORMER INDIES - NR (.3). | 0.60 | 411.00 |
| 08/29/12 | MC | REVIEW UPDATE MATERIALS INCLUDING STATEMENTS OF CREDITORS COMMITTEE (1.3); FOLLOW UP WITH INDEPENDENT DIRECTOR (.7). | 2.00 | 1,140.00 |
| 08/30/12 | DL | REVIEW EMAIL FORWARDED FROM MOFO RE: DOCUMENT SUBPOENA. | 0.60 | 351.00 |
| 08/30/12 | DAP | REVIEW EXAMINER DISCOVERY SUBPOENAS (.1); TELEPHONE CALL RESCAP MOFO RE: DOCUMENTS INDEPENDENTS (.2). | 0.30 | 172.50 |
| 08/30/12 | JTM | REVIEW EXAMINER SUBPOENAS, ANALYSIS OF SAME. | 2.40 | 1,644.00 |

# MorrisonCohen LLP

| 020530       | RESCAP, LLC |  | DATE: | 10/04/12 |
|--------------|-------------|--|-------|----------|
| 020530-0002  | CHAPTER 11  |  | INVOICE # : | 227904 |

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2012

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 08/30/12 | MC | ATTENTION TO INDEPENDENT DIRECTOR ISSUES (.8); REVIEW DRAFT RESOLUTIONS (.9); T/C'S, CORRESPONDENCE (.8). | 2.50 | 1,425.00 |
| 08/31/12 | DAP | CONF. CALL WITH EXAMINER'S COUNSEL REGARDING WITNESS INTERVIEWS. | 0.50 | 287.50 |
| 08/31/12 | JTM | CALLS WITH CHADBOURNE RE EXAMINER INTERVIEWS AND CALLS TO FORMER INDEPENDANT DIRECTORS RE PRODUCTION (.3); CALL WITH MC RE FORMER DIRECTOR REPRESENTATION (.2). | 0.80 | 548.00 |
| 08/31/12 | MC | CALL WITH JTM RE FORMERS DIRECTOR REPRESENTATION. | 0.50 | 285.00 |

| TOTAL TASK CODE | B260 | Board of Directors Matters | 505.20 | 306999.00 |
|---|---|---|---|---|
| GRAND TOTAL FEES | | | 555.50 | 325,625.50 |
| | | TOTAL FEES SERVICES    $ | | 325,625.50 |