# EXHIBIT D

**Morrison & Foerster LLP**
**May 14, 2012 to August 31, 2012**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Expense Detail | | |
| Row Number | Date of Service | Nature of Expense | Timekeeper Last Name | Timekeeper First Name | Expense Description | Expense ($) |
| 1. | 5/15/2012 | Court Filings and Misc Fees | Moldovan | Joseph | CourtCall charge for telephonic hearing | $200.00 |
| 2. | 6/18/2012 | Court Filings and Misc Fees | Moldovan | Joseph | CourtCall charge for telephonic hearing | $86.00 |
| 3. | 6/21/2012 | Court Filings and Misc Fees | Moldovan | Joseph | CourtCall charge for telephonic hearing | $86.00 |
| 4. | 6/28/2012 | Court Filings and Misc Fees | Moldovan | Joseph | CourtCall charge for telephonic hearing | $58.00 |
| | | | | | | **$430.00** |
| | | | | | | |
| 5. | 5/15/2012 | Professional Fees | Reid | Ivonne | Charge for hosting conference call with Ind. Dir. | $242.72 |
| 6. | 5/21/2012 | Professional Fees | Moldovan | Joseph | Charge for hosting conference call with Ind. Dir. | $85.28 |
| 7. | 5/22/2012 | Telephone/Facsimile | Piedra | David | Charge for hosting conference call with Ind. Dir. | $55.76 |
| 8. | 6/8/2012 | Telephone/Facsimile | Teran | Gina | Charge for hosting conference call with Ind. Dir. | $93.48 |
| 9. | 7/23/2012 | Telephone/Facsimile | Connolly | Michael | Charge for hosting conference call with Ind. Dir. | $91.84 |
| | | | | | | **$569.08** |
| | | | | | | |
| 10. | 5/30/2012 | Mail | Murray | Tameka | First class postage | **$4.50** |
| | | | | | | |
| 11. | 8/30/2012 | Professional Fees | Reid | Jason | Vendor charge for hosting document database | **$494.56** |
| | | | | | | |
| 12. | 5/14/2012 | Travel | Moldovan | Joseph | Car Service-Office to Court | $39.36 |
| 19. | 5/14/2012 | Travel | West | Pamela | Car Service-Pamela West from Office to Airport | $75.68 |
| 15. | 5/14/2012 | Travel | Moldovan | Joseph | Car Service-from Home to Court | $148.10 |
| 12. | 5/14/2012 | Travel | Moldovan | Joseph | Car Service-Office to Court | $39.36 |
| 13. | 5/14/2012 | Travel | Piedra | David | Parking near Court | $63.00 |
| 14. | 5/15/2012 | Travel | Moldovan | Joseph | Car Service-Home to Court | $78.94 |
| 15. | 5/15/2012 | Travel | Moldovan | Joseph | Car Service Duane Street to Office | $189.15 |
| 16. | 5/15/2012 | Travel | Connolly | Michael | Taxi from Office to Meeting | $16.94 |
| 17. | 5/15/2012 | Travel | Connolly | Michael | Taxi from Ofice to Home | $10.80 |
| 18. | 5/21/2012 | Travel | Reid | Ivonne | Car Service-Office-Home after 8 pm | $71.96 |
| 19. | 5/21/2012 | Travel | Connolly | Michael | Taxi from Office to Meeting | $9.00 |
| 20. | 5/21/2012 | Travel | Piedra | David | Taxi from Office to Meeting | $9.36 |
| 21. | 5/22/2012 | Travel | Reid | Ivonne | Car Service-Office-Home after 8 pm | $58.76 |
| 22. | 5/24/2012 | Travel | Mack | John | Car Service-Office to Airport | $75.68 |
| 23. | 5/25/2012 | Travel | Piedra | David | Taxi from Office to Meeting | $9.62 |
| 24. | 6/8/2012 | Travel | Moldovan | Joseph | Taxi from Committee Meeting to Office | $6.80 |
| 25. | 7/24/2012 | Travel | Connolly | Michael | Taxi to Meeting | $19.44 |
| 26. | 7/24/2012 | Travel | Moldovan | Joseph | Taxi from Office to Court | 16.05 |

| 27. | 7/24/2012 | Travel | Moldovan | Joseph | Taxi from Office to Court | $10.50 |
|-----|-----------|--------|----------|--------|---------------------------|--------|
| 28. | 8/8/2012 | Travel | Moldovan | Joseph | Car Service 54 Pearl Street to Penn Station | $55.44 |
| 29. | 8/8/2012 | Travel | Connolly | Michael | Car Service- Office to Court | $56.83 |
| 30. | 1/25/2012 | Travel | Moldovan | Joseph | Car Service- the Board Meeting to Office | $26.00 |
| 31. | 5/13/2012 | Travel | Connolly | Michael | Taxi to Meeting | $12.14 |
| 32. | 5/13/2012 | Travel | Connolly | Michael | Taxi to Meeting | $11.78 |
| 33. | 5/13/2012 | Travel | Moldovan | Joseph | Taxi to Court | $11.30 |
| 34. | 5/13/2012 | Travel | Moldovan | Joseph | Taxi from Court to Office | $12.05 |
| 35. | 5/14/2012 | Travel | Moldovan | Joseph | Taxi from Court to Office | $29.16 |
| 36. | 5/11/2012 | Travel | Wiatrak | Mariola | Car Serivce-Office to Home after 8 pm | $35.87 |
| 37. | 3/29/2012 | Travel | Moldovan | Joseph | Taxi from Home to Court | $18.40 |
| 38. | 3/29/2012 | Travel | Moldovan | Joseph | Taxi from Office to Home | $25.30 |
| 39. | 3/1/2012 | Travel | Moldovan | Joseph | Taxi from Offie to Home | $14.70 |
| 40. | 4/5/2012 | Travel | Moldovan | Joseph | Taxi to Meeting at Morrison Foerester | $9.74 |
| 41. | 7/23/2012 | Travel | Connolly | Michael | Taxi to Court | $10.00 |
| | | | | | | **$1,277.21** |
| | | | | | | |
| 42. | 8/22/2012 | In House Volume Printing | Schweit | Joann | Photocopying-1 page@ $0.07 p/p | $0.07 |
| 43. | 8/22/2012 | In House Volume Printing | Schweit | Joann | Photocopying- 8 pages @ $0.07 p/p | $0.56 |
| 44. | 8/22/2012 | In House Volume Printing | Rivera | Tilson | Photocopying- 5 pages@ $0.07 p/p | $0.35 |
| 45. | 8/22/2012 | In House Volume Printing | Rivera | Tilson | Photocopying- 5 pages@ $0.07 p/p | $0.35 |
| 46. | 8/22/2012 | In House Volume Printing | Rivera | Tilson | Photocopying- 73 pages@ 0.07 p/p | $5.11 |
| | | | | | | **$6.44** |
| | | | | | | |
| 47. | 5/23/2012 | Volume Color Printing | Piedra | David | Laser Photocopying-4 pages @ $0.07 p/p | $0.28 |
| 48. | 7/31/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying- 8 pages@$0.07 p/p | $0.56 |
| 49. | 7/31/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-35 pages@$0.07 p/p | $2.45 |
| 50. | 7/31/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying- 4 pages@$0.07 p/p | $0.28 |
| 51. | 7/31/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-84 pages@$0.07 p/p | $5.88 |
| 52. | 7/31/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-84 pages@$0.07 p/p | $5.88 |
| 53. | 7/31/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-127 pages@$0.07 p/p | $8.89 |
| 54. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying- 6 pages@$0.07 p/p | $0.42 |
| 55. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-26 pages@$0.07 p/p | $1.82 |
| 56. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-16 pages@$0.07 p/p | $1.12 |
| 57. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-8 pages@$0.07 p/p | $0.56 |
| 58. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-2 pages@$0.07 p/p | $0.14 |
| 59. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-1 page@$0.07p/p | $0.07 |
| 60. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-26 pages@$0.07 p/p | $1.82 |
| 61. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-1 page@$0.07p/p | $0.07 |
| 62. | 8/22/2012 | Volume Color Printing | Schweit | Joann | Laser Photocopying-78 pages@$0.07 p/p | $5.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 63. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-16 pages@$0.07 p/p | $1.12 |
| 64. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-6 pages@$0.07 p/p | $0.42 |
| 65. | 8/22/2012 | Volume Color Printing | Rivera | Tilson | Laser Photocopying-26 pages@$0.07 p/p | $1.82 |
| | | | | | | **$39.06** |
| | | | | | | |
| 66. | 5/14/2012 | Meals | Connoly | Michael | Lunch with J. Mack and Pam West | $161.37 |
| 67. | 5/14/2012 | Meals | Connoly | Michael | Dinner with John Mack and Joseph Moldovan | $514.21 |
| 68. | 5/15/2012 | Meals | Connoly | Michael | Lunch with J. Mack | $104.01 |
| 69. | 2/21/2012 | Meals | Connoly | Michael | Lunch with Ted Smith | $120.29 |
| 70. | 5/13/2012 | Meals | Connoly | Michael | Meeting refreshments with J. Mack and J. Moldovan | $40.00 |
| | | | | | | **$939.88** |
| | | | | | | |
| 71. | 5/30/2012 | Court Services | Wiatrak | Mariola | Pacer access | $15.20 |
| 72. | 6/30/2012 | Court Services | Wiatrak | Mariola | Pacer access | $10.00 |
| 73. | 7/31/2012 | Court Services | Wiatrak | Mariola | Pacer access | $8.90 |
| 74. | 8/31/2012 | Court Services | Wiatrak | Mariola | Pacer access | $453.90 |
| | | | | | | **$488.00** |