# EXHIBIT E

**Residential Capital, LLC,** *et al.,*
**Case No. 12-12020 (MG)**


**CURRENT FEE PERIOD: MAY 14, 2012 TO AUGUST 31, 2012**

| Applicant | Date/Document No. of Application | Fees Requested | Fees Allowed | Fees to be Paid for Current Period | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|
| Morrison Cohen LLP | October 19, 2012 Docket No. [---] | $325, 625.50 | | | $4,248.73 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SCHEDULE A (1)                    DATE:_____                    INITIALS _____ USBJ