12-12020-mg    Doc 1906-1    Filed 10/19/12    Entered 10/19/12 19:49:39    Exhibit A
Pg 1 of 1

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Summary Sheet

| In re: | ) IN PROCEEDINGS UNDER | Fees Previously Requested | $ - | Name of Applicant: |
|---|---|---|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | ) CHAPTER 11<br>) (Jointly Administered)<br>) | Fees Previously Paid | $ - | Mesirow Financial Consulting, LLC |
|  | ) Case No. 12-12020 (MG)<br>) | Expenses Previously Requested | $ - | Role in the Case: |
| Debtors. | ) | Expenses Previously Paid | $ - | Financial Advisor to the Examiner |

**INTERIM FEE APPLICATION**

Current Application:
(July 24, 2012 through August 31, 2012)
Total Fees Requested       $ 3,007,275
Total Expenses Requested  $    30,048

| PROFESSIONALS | | HOURS BILLED IN APPLICATION | RATE | FEES BILLED IN APPLICATION |
|---|---|---|---|---|
| Name | Position | | | |
| Tuliano, Ralph | Exec. Managing Director | 143.1 | $ 895 | $ 128,075 |
| Atkinson, James | Sr. Managing Director | 211.6 | 895 | 189,382 |
| Feltman, James | Sr. Managing Director | 91.2 | 895 | 81,624 |
| Kehl, Monty | Sr. Managing Director | 30.5 | 895 | 27,298 |
| Knoll, Melissa | Sr. Managing Director | 256.9 | 895 | 229,926 |
| Lacativo, Bert | Sr. Managing Director | 51.6 | 895 | 46,182 |
| Williams, Jack | Sr. Managing Director | 237.2 | 895 | 212,294 |
| Kerr, William | Managing Director | 85.5 | 855 | 73,103 |
| King, David | Managing Director | 119.9 | 855 | 102,515 |
| Martin, Timothy | Managing Director | 191.6 | 855 | 163,818 |
| Mathieu, Ken | Managing Director | 131.3 | 855 | 112,262 |
| McColgan, Kevin | Managing Director | 163.5 | 855 | 139,793 |
| Seabury, Susan | Managing Director | 36.3 | 855 | 31,037 |
| Steele, Mathew | Managing Director | 50.6 | 855 | 43,263 |
| Troia, Donna | Managing Director | 15.1 | 855 | 12,911 |
| Vahey, Brian | Managing Director | 61.9 | 855 | 52,925 |
| Woodford, David | Managing Director | 26.5 | 855 | 22,658 |
| Faulkner, Kevin | Sr. Vice President | 17.3 | 755 | 13,062 |
| Ortega, Adam | Sr. Vice President | 99.8 | 755 | 75,349 |
| Pachmayer, Bob | Sr. Vice President | 102.4 | 755 | 77,312 |
| Sartori, Elisa | Sr. Vice President | 30.3 | 755 | 22,877 |
| Tan, Ching Wei | Sr. Vice President | 131.3 | 755 | 99,132 |
| Vanderkamp, Anne | Sr. Vice President | 99.6 | 755 | 75,198 |
| Vidal, Adriana | Sr. Vice President | 48.6 | 755 | 36,693 |
| George, Shante | Sr. Vice President | 215.0 | 695 | 149,425 |
| Hughes, Ruth | Sr. Vice President | 27.3 | 695 | 18,974 |
| Korycki, Mary | Sr. Vice President | 159.4 | 695 | 110,783 |
| Lorch, Mark | Sr. Vice President | 41.0 | 695 | 28,495 |
| Weinberg, Jonathan | Sr. Vice President | 142.0 | 695 | 98,690 |
| Zembillas, Michael | Sr. Vice President | 90.2 | 695 | 62,689 |
| Ozgozukara, Omer | Vice President | 106.4 | 655 | 69,692 |
| Rychalsky, David | Vice President | 135.5 | 655 | 88,753 |
| Fish, Rachel | Vice President | 47.5 | 595 | 28,263 |
| Jones, Teag | Sr. Associate | 42.9 | 495 | 21,236 |
| Meegan, Sara | Sr. Associate | 146.9 | 495 | 72,716 |
| Ruegg, Daniel | Sr. Associate | 68.8 | 495 | 34,056 |
| Sitomer, Alex | Sr. Associate | 141.1 | 495 | 69,845 |
| Crisman, Daniel | Associate | 37.0 | 355 | 13,135 |
| Saitta, Joseph | Associate | 76.7 | 355 | 27,229 |
| Blake, Eric | Associate | 193.2 | 315 | 60,858 |
| Han, Elijah | Associate | 148.9 | 315 | 46,904 |
| Duncan, Oneika | Analyst | 156.0 | 210 | 32,760 |
| Cummings, Colleen | Paraprofessional | 10.8 | 210 | 2,268 |
| Velasco, Jin | Paraprofessional | 99.5 | 210 | 20,895 |
| **SUBTOTAL** | | **4,519.7** | | **$ 3,126,344** |
| Less 50% Reduction in Travel | | | | (34,849) |
| Less Voluntary Reduction [1] | | | | (84,221) |
| **TOTAL PROFESSIONAL HOURS AND FEES** | | **4,519.7** | | **$ 3,007,275** |
| **TOTAL EXPENSES** | | | | **30,048** |
| **TOTAL FEES AND EXPENSES** | | | | **$ 3,037,323** |
| TOTAL BLENDED HOURLY RATE [2] | | | $ 665 | |
| TOTAL BLENDED HOURLY RATE (excluding Paraprofessionals/Analysts) | | | $ 694 | |

[1] Voluntary reduction for 75% of fees related to retention application.

[2] MFC is not seeking compensation for 171.9 hours and $104,358 in fees or reimbursement for $18,596 in expenses incurred in this matter during the First Interim Fee Period but voluntarily excluded from this First Interim Fee Application. MFC's average hourly rate including these voluntarily reduced hours is $641.