**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.,
Summary of Hours and Fees Incurred by Category
July 24, 2012 through August 31, 2012

| **Category** | **Hours** | **Fees** |
|---|---:|---:|
| Case Administration/General Bankruptcy Matters | 394.3 | $ 269,003 |
| Document Review and Analysis | 3,079.9 | 2,024,799 |
| Fee/Retention Applications | 216.0 | 133,600 |
| Report Drafting | 28.6 | 24,433 |
| Substantive Investigation Planning and Coordination | 506.9 | 431,134 |
| Travel Time | 88.9 | 69,698 |
| Witness Interviews and Discovery | 205.1 | 173,679 |
| **Subtotal** | **4,519.7** | **$ 3,126,344** |
| **Less 50% Reduction in Travel** | | (34,849) |
| **Less Voluntary Reduction** [1] | | (84,221) |
| **TOTAL HOURS AND FEES** | **4,519.7** | **$ 3,007,275** |

[1] Voluntary reduction for 75% of fees related to retention application.