# EXHIBIT C

RESIDENTIAL CAPITAL, LLC, et al.,
Summary of Expenses
July 24, 2012 through August 31, 2012

| Category | Expenses |
|---|---|
| Air | $ 13,249 |
| Ground Transportation | 2,691 |
| Lodging | 12,484 |
| Meals | 1,220 |
| Other | 30,138 |
| **Total Expenses** [1] | **$ 59,782** |

[1] MFC is not seeking compensation for approximately $17,384 in expenses incurred in this matter during the Statement Period but voluntarily excluded from this Monthly Fee Statement.