**EXHIBIT E**

RESIDENTIAL CAPITAL, LLC, et al.,
Detailed Description of Expenses
July 24, 2012 through August 31, 2012

| Name | Date | Description | Amount |
|---|---|---|---:|
| Knoll, Melissa | 07/30/12 | Air (Round trip from Chicago, IL to New York, NY) | $ 625 |
| Pachmayer, Robert | 07/31/12 | Air (Round trip from Chicago, IL to New York, NY) | 1,070 |
| Sitomer, Alex | 08/05/12 | Air (One way from Dallas, TX to Chicago, IL) | 346 |
| Sitomer, Alex | 08/10/12 | Air (Round trip from Chicago, IL to Dallas, TX) | 823 |
| Lacativo, Bert | 08/12/12 | Air (Round trip from Dallas, TX to New York, NY) | 2,116 |
| Mathieu, Ken | 08/12/12 | Air (Round trip from Chicago, IL to New York, NY) | 409 |
| King, David | 08/13/12 | Air (Round trip from Chicago, IL to New York, NY) | 597 |
| Knoll, Melissa | 08/13/12 | Air (Round trip from Chicago, IL to New York, NY) | 819 |
| Martin, Tim | 08/13/12 | Air (Round trip from Boston, MA to New York, NY) | 886 |
| Vanderkamp, Anne | 08/13/12 | Air (Round trip from Chicago, IL to New York, NY) | 597 |
| Pachmayer, Robert | 08/14/12 | Air (Round trip from Chicago, IL to New York, NY) | 690 |
| Kerr, William | 08/19/12 | Air (Round trip from Pittsburgh, PA to New York, NY) | 636 |
| Martin, Tim | 08/20/12 | Air (Round trip from Boston, MA to New York, NY) | 863 |
| Knoll, Melissa | 08/21/12 | Air (Round trip from Chicago, IL to New York, NY) | 491 |
| Sitomer, Alex | 08/24/12 | Air (Round trip from Chicago, IL to Dallas, TX) | 803 |
| Ortega, Adam | 08/27/12 | Air (Round trip from Chicago, IL to New York, NY) | 491 |
| Steele, Matthew | 08/27/12 | Air (Round trip from Chicago, IL to New York, NY) | 597 |
| Sitomer, Alex | 08/31/12 | Air (One way from Chicago, IL to Dallas, TX) | 390 |
| | | ***Airfare Subtotal*** | $ 13,249 |
| Tan, Ching Wei | 07/26/12 | Ground Transportation (Overtime car service from office to home) | $ 58 |
| Knoll, Melissa | 07/30/12 | Ground Transportation (Cabfare from New York airport to office) | 32 |
| Knoll, Melissa | 07/30/12 | Ground Transportation (Car service from home to Chicago airport) | 55 |
| Pachmayer, Robert | 07/31/12 | Ground Transportation (Cabfare from New York airport to office) | 32 |
| Martin, Tim | 08/02/12 | Ground Transportation (Parking at Boston airport - 1 day) | 27 |
| Pachmayer, Robert | 08/02/12 | Ground Transportation (Car service from office to New York airport) | 45 |
| Pachmayer, Robert | 08/02/12 | Ground Transportation (Parking at Chicago airport - 3 days) | 75 |
| Knoll, Melissa | 08/03/12 | Ground Transportation (Cabfare from office to New York airport) | 34 |
| Knoll, Melissa | 08/03/12 | Ground Transportation (Car service from Chicago airport to home) | 55 |
| Sitomer, Alex | 08/05/12 | Ground Transportation (Cabfare from home to Dallas airport) | 30 |
| Sitomer, Alex | 08/05/12 | Ground Transportation (Cabfare from Chicago airport to hotel) | 38 |
| Rychalsky, David | 08/07/12 | Ground Transportation (Overtime cabfare from office to home) | 30 |
| King, David | 08/09/12 | Ground Transportation (Overtime cabfare from office to train station) | 6 |
| Sitomer, Alex | 08/10/12 | Ground Transportation (Cabfare from Dallas airport to home) | 30 |
| Sitomer, Alex | 08/10/12 | Ground Transportation (Cabfare from hotel to Chicago airport) | 38 |
| Mathieu, Ken | 08/11/12 | Ground Transportation (Weekend parking at office) | 29 |
| King, David | 08/12/12 | Ground Transportation (Weekend parking at office) | 20 |
| King, David | 08/12/12 | Ground Transportation (Weekend roundtrip mileage from home to office) | 17 |
| Lacativo, Bert | 08/12/12 | Ground Transportation (Cabfare from New York airport to hotel) | 35 |
| Lacativo, Bert | 08/12/12 | Ground Transportation (Mileage and toll from home to Dallas airport) | 12 |
| Mathieu, Ken | 08/12/12 | Ground Transportation (Cabfare from New York airport to office) | 30 |
| Mathieu, Ken | 08/12/12 | Ground Transportation (Weekend parking at office) | 29 |
| Sitomer, Alex | 08/12/12 | Ground Transportation (Cabfare from home to Dallas airport) | 33 |
| Sitomer, Alex | 08/12/12 | Ground Transportation (Cabfare from Chicago airport to hotel) | 50 |
| King, David | 08/13/12 | Ground Transportation (Cabfare from home to Chicago airport) | 40 |
| Knoll, Melissa | 08/13/12 | Ground Transportation (Car service from home to Chicago airport) | 55 |
| Lacativo, Bert | 08/13/12 | Ground Transportation (Cabfare from hotel to New York airport) | 35 |
| Lacativo, Bert | 08/13/12 | Ground Transportation (Mileage and toll from Dallas airport to home) | 12 |
| McColgan, Kevin | 08/13/12 | Ground Transportation (Cabfare from MFC office to Chadbourne office) | 8 |

**EXHIBIT E**

RESIDENTIAL CAPITAL, LLC, et al.,
Detailed Description of Expenses
July 24, 2012 through August 31, 2012

| Name | Date | Description | Amount |
|---|---|---|---:|
| Vanderkamp, Anne | 08/13/12 | Ground Transportation (Cabfare from home to Chicago airport) | 40 |
| Vanderkamp, Anne | 08/13/12 | Ground Transportation (Cabfare from New York airport to Chadbourne) | 38 |
| King, David | 08/14/12 | Ground Transportation (Cabfare from Chicago airport to home) | 40 |
| Knoll, Melissa | 08/14/12 | Ground Transportation (Cabfare from MFC office to Chadbourne office) | 7 |
| Pachmayer, Robert | 08/14/12 | Ground Transportation (Cabfare from New York airport to hotel) | 36 |
| Vanderkamp, Anne | 08/14/12 | Ground Transportation (Cabfare from Chicago airport to office) | 44 |
| Vanderkamp, Anne | 08/14/12 | Ground Transportation (Cabfare from hotel to New York airport) | 35 |
| Martin, Tim | 08/15/12 | Ground Transportation (Parking at Boston airport - 2 days) | 81 |
| Pachmayer, Robert | 08/15/12 | Ground Transportation (Car service from office to New York airport) | 49 |
| Pachmayer, Robert | 08/15/12 | Ground Transportation (Parking at Chicago airport - 3 days) | 72 |
| Rychalsky, David | 08/15/12 | Ground Transportation (Overtime cabfare from office to home) | 30 |
| Knoll, Melissa | 08/16/12 | Ground Transportation (Cabfare from office to New York airport) | 35 |
| Knoll, Melissa | 08/16/12 | Ground Transportation (Car service from Chicago airport to home) | 55 |
| Kerr, William | 08/19/12 | Ground Transportation (Cabfare from New York airport to hotel) | 30 |
| Duncan, Oneika | 08/20/12 | Ground Transportation (Overtime cabfare from office to home) | 48 |
| Kerr, William | 08/20/12 | Ground Transportation (Cabfare from hotel to office) | 5 |
| Kerr, William | 08/20/12 | Ground Transportation (Car service from office to New York airport) | 47 |
| Martin, Tim | 08/20/12 | Ground Transportation (Parking at Boston airport - 1 day) | 32 |
| Duncan, Oneika | 08/21/12 | Ground Transportation (Overtime cabfare from office to home) | 47 |
| Kerr, William | 08/21/12 | Ground Transportation (Parking at Pittsburgh airport - 2 days) | 26 |
| Kerr, William | 08/21/12 | Ground Transportation (Roundtrip mileage from home to Pittsburgh airport) | 78 |
| Knoll, Melissa | 08/21/12 | Ground Transportation (Car service from office to Chicago airport - 2 people) | 45 |
| Knoll, Melissa | 08/22/12 | Ground Transportation (Car service from Chicago airport to home) | 55 |
| Duncan, Oneika | 08/24/12 | Ground Transportation (Overtime cabfare from office to home) | 48 |
| Sitomer, Alex | 08/24/12 | Ground Transportation (Cabfare from Dallas airport to home) | 33 |
| Sitomer, Alex | 08/24/12 | Ground Transportation (Cabfare from hotel to Chicago airport) | 38 |
| Ortega, Adam | 08/27/12 | Ground Transportation (Cabfare from Chicago airport to home) | 85 |
| Ortega, Adam | 08/27/12 | Ground Transportation (Cabfare from home to Chicago airport) | 72 |
| Ortega, Adam | 08/27/12 | Ground Transportation (Cabfare from New York airport to office) | 38 |
| Ortega, Adam | 08/27/12 | Ground Transportation (Cabfare from office to New York airport) | 35 |
| Sitomer, Alex | 08/27/12 | Ground Transportation (Cabfare from home to Dallas airport) | 30 |
| Sitomer, Alex | 08/27/12 | Ground Transportation (Cabfare from Chicago airport to hotel) | 38 |
| Steele, Matthew | 08/27/12 | Ground Transportation (Cabfare from Chicago airport to home) | 45 |
| Steele, Matthew | 08/27/12 | Ground Transportation (Cabfare from home to Chicago airport) | 45 |
| Steele, Matthew | 08/27/12 | Ground Transportation (Cabfare from New York airport to office) | 40 |
| Vanderkamp, Anne | 08/28/12 | Ground Transportation (Overtime cabfare from office to home) | 18 |
| Sitomer, Alex | 08/31/12 | Ground Transportation (Cabfare from Dallas airport to home) | 33 |
| Sitomer, Alex | 08/31/12 | Ground Transportation (Cabfare from office to Chicago airport) | 44 |
| | | ***Ground Transportation Subtotal*** $ | 2,601 |
| Pachmayer, Robert | 08/02/12 | Lodging (New York, NY - 2 nights) | $ 675 |
| Knoll, Melissa | 08/03/12 | Lodging (New York, NY - 4 nights) | 1,570 |
| Sitomer, Alex | 08/10/12 | Lodging (Chicago, IL - 5 nights) | 1,682 |
| Lacativo, Bert | 08/13/12 | Lodging (New York, NY - 1 night) | 174 |
| King, David | 08/14/12 | Lodging (New York, NY - 1 night) | 400 |
| Mathieu, Ken | 08/14/12 | Lodging (New York, NY - 2 nights) | 636 |
| Vanderkamp, Anne | 08/14/12 | Lodging (New York, NY - 1 night) | 400 |
| Knoll, Melissa | 08/15/12 | Lodging (New York, NY - 3 nights) | 1,200 |
| Martin, Tim | 08/15/12 | Lodging (New York, NY - 2 nights) | 800 |

**EXHIBIT E**

RESIDENTIAL CAPITAL, LLC, et al.,
Detailed Description of Expenses
July 24, 2012 through August 31, 2012

| Name | Date | Description | Amount |
|---|---|---|---:|
| Pachmayer, Robert | 08/15/12 | Lodging (New York, NY - 1 night) | 337 |
| Sitomer, Alex | 08/17/12 | Lodging (Chicago, IL - 5 nights) | 1,624 |
| Kerr, William | 08/20/12 | Lodging (New York, NY - 1 night) | 174 |
| Sitomer, Alex | 08/21/12 | Lodging (Chicago, IL - 4 nights) | 1,513 |
| Knoll, Melissa | 08/22/12 | Lodging (New York, NY - 1 night) | 372 |
| Sitomer, Alex | 08/31/12 | Lodging (Chicago, IL - 4 nights) | 927 |
| | | **Lodging Subtotal** [1]  $ | 12,484 |
| Knoll, Melissa | 07/30/12 | Meals (one person) - out of town breakfast  $ | 9 |
| Knoll, Melissa | 07/31/12 | Meals (one person) - out of town breakfast | 8 |
| Pachmayer, Robert | 07/31/12 | Meals (one person) - out of town dinner | 50 |
| Knoll, Melissa | 08/01/12 | Meals (one person) - out of town breakfast | 16 |
| Pachmayer, Robert | 08/01/12 | Meals (one person) - out of town breakfast | 25 |
| Pachmayer, Robert | 08/01/12 | Meals (one person) - out of town dinner | 50 |
| Knoll, Melissa | 08/02/12 | Meals (one person) - out of town breakfast | 11 |
| Knoll, Melissa | 08/03/12 | Meals (one person) - out of town breakfast | 16 |
| Sitomer, Alex | 08/06/12 | Meals (one person) - out of town dinner | 50 |
| Sitomer, Alex | 08/07/12 | Meals (one person) - out of town dinner | 50 |
| Sitomer, Alex | 08/08/12 | Meals (one person) - out of town dinner | 50 |
| Mathieu, Ken | 08/11/12 | Meals (one person) - weekend lunch | 8 |
| Mathieu, Ken | 08/12/12 | Meals (one person) - weekend lunch | 9 |
| Mathieu, Ken | 08/12/12 | Meals (one person) - out of town dinner | 10 |
| King, David | 08/13/12 | Meals (one person) - out of town breakfast | 4 |
| King, David | 08/13/12 | Meals (one person) - out of town dinner | 50 |
| Knoll, Melissa | 08/13/12 | Meals (one person) - out of town breakfast | 9 |
| Lacativo, Bert | 08/13/12 | Meals (two people) - out of town breakfast - B. Lacativo, J. Feltman | 55 |
| Mathieu, Ken | 08/13/12 | Meals (one person) - out of town breakfast | 8 |
| Mathieu, Ken | 08/13/12 | Meals (one person) - out of town dinner | 43 |
| Vanderkamp, Anne | 08/13/12 | Meals (one person) - out of town breakfast | 6 |
| King, David | 08/14/12 | Meals (one person) - out of town breakfast | 5 |
| King, David | 08/14/12 | Meals (one person) - out of town dinner | 13 |
| Knoll, Melissa | 08/14/12 | Meals (one person) - out of town breakfast | 17 |
| Mathieu, Ken | 08/14/12 | Meals (one person) - out of town dinner | 8 |
| Sitomer, Alex | 08/14/12 | Meals (one person) - out of town dinner | 50 |
| Vanderkamp, Anne | 08/14/12 | Meals (one person) - out of town breakfast | 6 |
| Knoll, Melissa | 08/15/12 | Meals (one person) - out of town breakfast | 13 |
| Meegan, Sara | 08/15/12 | Meals (two people) - overtime dinner - E. Blake, S. Meegan | 39 |
| Rychalsky, David | 08/15/12 | Meals (one person) - overtime dinner | 20 |
| Knoll, Melissa | 08/16/12 | Meals (one person) - out of town breakfast | 17 |
| Meegan, Sara | 08/16/12 | Meals (one person) - overtime dinner | 13 |
| Sitomer, Alex | 08/17/12 | Meals (one person) - out of town dinner | 50 |
| Sitomer, Alex | 08/18/12 | Meals (one person) - out of town dinner | 50 |
| Kerr, William | 08/19/12 | Meals (one person) - out of town dinner | 45 |
| Sitomer, Alex | 08/19/12 | Meals (one person) - out of town breakfast | 25 |
| Kerr, William | 08/20/12 | Meals (one person) - out of town dinner | 28 |
| Sitomer, Alex | 08/20/12 | Meals (one person) - out of town dinner | 50 |
| Knoll, Melissa | 08/22/12 | Meals (one person) - out of town breakfast | 18 |
| Blake, Eric | 08/23/12 | Meals (two people) - overtime dinner - E. Blake, S. Meegan | 40 |
| Sitomer, Alex | 08/23/12 | Meals (one person) - out of town dinner | 39 |

**EXHIBIT E**

RESIDENTIAL CAPITAL, LLC, et al.,
Detailed Description of Expenses
July 24, 2012 through August 31, 2012

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Ortega, Adam | 08/27/12 | Meals (one person) - out of town breakfast | | 17 |
| Ortega, Adam | 08/27/12 | Meals (one person) - out of town dinner | | 18 |
| Sitomer, Alex | 08/27/12 | Meals (one person) - out of town dinner | | 48 |
| Sitomer, Alex | 08/28/12 | Meals (one person) - out of town dinner | | 44 |
| Vanderkamp, Anne | 08/28/12 | Meals (one person) - overtime dinner | | 10 |
| | | | *Meals Subtotal* [2]  $ | 1,220 |
| Villageprint | 08/17/12 | Printing and binding charges | $ | 476 |
| Vanderkamp, Anne | 08/30/12 | Other (Research: Data download fees) | | 14 |
| Vanderkamp, Anne | 08/30/12 | Other (Research: Data download fees) | | 4 |
| | | | *Other Subtotal*  $ | 494 |
| | | | **$** | **30,048** |

[1] Amounts billed for hotel have been voluntarily capped at $400 per night.

[2] Amounts billed for out of town dinners have been voluntarily capped at $50.