MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the hearing on the *Motion for Relief from Stay* [Docket No. 1818] (the "Motion") filed by M. Nawaz Raja and Neelum Nawaz Raja (the "Movants), will be heard on **November 5, 2012 at 10:00 a.m. (ET)**, to be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall have until October 29, 2012 at 4:00 p.m. (ET) to file an objection to the Motion. Any reply by the Movants shall be filed by November 1, 2012 at 12:00 p.m. (ET).

i

ny-1062821

Dated: October 22, 2012

  /s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

ny-1062821