**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
Maryann Gallagher

*Conflicts Counsel for the Debtors and*
  *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 12-12020 (MG) |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK     )

Alana Dreiman, being duly sworn, deposes and says:

1.    I am an employee of Curtis, Mallet-Prevost, Colt & Mosle, LLP, having offices at 101

Park Avenue, New York, New York 10178.  I am not a party to this action, am over 18 years of age,

and reside in New York County, New York.

*[Remainder of page intentionally left blank.]*

13292009

2.    On October 19, 2012, I served the *Summary of the First Interim Application of Curtis,*

*Mallet-Prevost, Colt & Mosle LLP, as Conflicts Counsel to the Debtors and Debtors in Possession, for*

*Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of*

*Actual and Necessary Expenses Incurred from May 14, 2012 through and Including August 31, 2012* **[Case**

**No. 12-12020 (MG), Docket No. 1890]** upon the parties and at the addresses listed on **Exhibit A**

attached hereto in the manner specified therein.


/s/ Alana Dreiman
*Alana Dreiman*


Sworn to before me this
22nd day of October 2012

/s/ Beth Forman
Notary Public

BETH FORMAN
Notary Public, State of New York
No. 01FO6095302
Qualified in New York County
Commission Expires July 7, 2015

BETH FORMAN
Notary Public, State of New York
NO. 01FO6095302
Qualified in New York County
Commission Expires July 7, 2015

## EXHIBIT A

| VIA FIRST CLASS MAIL | |
|---|---|
| Morrison & Foerster LLP<br>1290 Ave of the Americas, #41<br>New York, NY 10104<br>Attention: Larren M. Nashelsky, Esq.<br>　　　　　　Gary S. Lee, Esq.<br>　　　　　　Lorenzo Marinuzzi, Esq. | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attention: Tracy Hope Davis, Esq.<br>　　　　　　Linda A. Riffkin, Esq.<br>　　　　　　Brian S. Masumoto, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attention: Kenneth H. Eckstein, Esq.<br>　　　　　　Douglas H. Mannal, Esq. | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022<br>Attention: Richard M. Cieri, Esq.<br>　　　　　　Ray C. Schrock, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, New York 10036<br>Attention: Kenneth S. Ziman, Esq.<br>　　　　　　Jonathan H. Hofer, Esq. | Residential Capital, LLC<br>1100 Virginia Drive<br>MC: 190_FTW-M01<br>Fort Washington, PA 19034<br>Attention: Tammy Hamzehpour, Esq. |

13292009