Bryan F. Duggan
BBO# 676409
Kellem & Kellem, LLP
100 Recreation Park Drive
Hingham, MA 02043
(p) 781-804-1300/ (f) 781-804-1322
bduggan@kellemandkellem.com

*Counsel for creditor/statutory lien holder, Trustees of Greentree Condominium Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**Residential Capital LLC, et al.**[1]<br><br>Debtor. | **Chapter 11**<br>**Case No. 12-12020 (MG)**<br><br>**Jointly Administered** |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bryan F. Duggan, hereby move this Court for an Order for admission *Pro Hac Vice*, to appear as counsel for the Trustees of Greentree Condominium Trust in the above-captioned action.

I certify that I am a member in good standing of the bar of the State of Massachusetts, and the U.S. District Court, District of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court.

My contact information is:

---

[1] Includes Debtor, GMAC Mortgage, LLC, a/k/a GMAC Mortgage Corporation, bankruptcy petition # 12-12032-mg, jointly administered.

Bryan F. Duggan
Kellem & Kellem, LLP
100 Recreation Park Drive
Hingham, MA 02043
(p) 781-804-1300/ (f) 781-804-1322
bduggan@kellemandkellem.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 22, 2012
Hingham, Massachusetts

                                  Respectfully submitted,

                                  Bryan F. Duggan
                                  BBO# 676409
                                  Kellem & Kellem, LLP
                                  100 Recreation Park Drive
                                  Hingham, MA 02043
                                  (p) 781-804-1300/ (f) 781-804-1322
                                  bduggan@kellemandkellem.com

                                  *Counsel for Trustees of Greentree*
                                  *Condominium Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) <br> ) <br> **Residential Capital LLC, et al.** ) <br> ) <br> **Debtor.** ) <br> ) <br> ) | **Chapter 11** <br> **Case No. 12-12020 (MG)** <br> <br> **Jointly Administered** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

The motion of Bryan F. Duggan, for admission to practice *Pro Hac Vice* in the above captioned case action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts, and the U.S. District Court, District of Massachusetts, and that his contact information is as follows:

> Bryan F. Duggan
> Kellem & Kellem, LLP
> 100 Recreation Park Drive
> Hingham, MA 02043
> (p) 781-804-1300/ (f) 781-804-1322
> bduggan@kellemandkellem.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Trustees of Greentree Condominium Trust in the above entitled action.

**IT IS HEREBY ORDERED,** that Bryan F. Duggan is admitted to practice *Pro Hac Vice* in the above captioned case, in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2012
      New York, New York

                                                Honorable Martin Glenn
                                                United States Bankruptcy Judge