Martin G. Bunin
William Hao
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

*Counsel to Wells Fargo Bank, N.A.,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                         )    ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On October 12, 2012, I caused a true and correct copy of the Response of the RMBS Trustees in Support of their Pre-Auction Objections to the Debtors' Sale

LEGAL02/33673272v1

Motion, to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
22nd day of October, 2012.

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

**Exhibit A**

**Via First Class Mail**

| | | |
|---|---|---|
| **Chadbourne & Parke LLP**<br>Attn Howard Seife & David M LeMay &<br>Robert J Gayda & Marc B Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **Deutsche Bank Trust Company Americas**<br>c/o Kelvin Vargas<br>25 De Forest Ave<br>Summit, NJ 07901 |
| **Fannie Mae**<br>Attn Peter McGonigle<br>1835 Market St Ste 2300<br>Philadelphia, PA 19103 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 |
| **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H Eckstein, Thomas Moers Mayer<br>& Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Kurtzman Carson Consultants**<br>Alison M. Tearnen Schepper<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| **Milbank, Tweed, Hadley & McCloy LLP**<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | **Morrison & Foerster LLP**<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee &<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| **Nationstar Mortgage LLC**<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 | **Office of the NY State Attorney General**<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>12:00:00 AM<br>Albany, NY 12224-0341 | **Office of the US Attorney for the Southern District of NY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>12:00:00 AM<br>New York, NY 10007 |
| **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | **Sidley Austin LLP**<br>Larry J Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 |

| | | |
|---|---|---|
| **Skadden Arps Slate Meagher & Flom LLP**<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | **U.S. Bank National Association**<br>Attn: George Rayzis<br>50 South 16 th Street<br>12:00:00 AM<br>Philadelphia, PA 19102 |
| **U.S. Bank National Association**<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>12:00:00 AM<br>St. Paul, MN 55107 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | **United States Attorney's Office for the Southern District of New York Civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |
| **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **Wells Fargo Bank NA**<br>Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | **Wilmington Trust NA**<br>Attn Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544 |
| **Wells Fargo Bank NA**<br>Attn Corporate Trust Services – GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | **Secretary of State, Division of Corporations**<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 |
| **Secretary of State**<br>123 William St<br>New York, NY 10038-3804 | **Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al**<br>3725 N Indiana<br>Kansas City, MO 64117 | **Office of the US Attorney for the Southern District of NY**<br>Attn United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 |
| **Nationstar Mortgage LLC**<br>Attn General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 | **MBIA Insurance Corporation**<br>Attn Mitchell Sonkin<br>113 King St<br>Armonk, NY 10504 | **M&TCC**<br>1 M&T Plaza<br>7th Floor<br>Buffalo, NY 14203 |
| **Law Offices of Christopher Green**<br>Attn Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street<br>Seattle WA 98101 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz<br>Rm 1150<br>Baltimore, MD 21201 | **IBM Corporation**<br>Attn Shawn Konig<br>1360 Rene Levesque W<br>Ste 400<br>Montreal, QC H3G 2W6 | **Financial Guaranty Insurance Company**<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 |
| **Fedelina Roybal-DeAguero 2008 Trust**<br>42265 Little Lake Rd<br>Medocino, CA 94560 | **David P Stich Esq**<br>521 Fifth Ave<br>17th Fl<br>New York, NY 10175 | **Attorney General of the State of New York, Eric T Schneiderman**<br>Attn Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd,    Ste 240<br>Mineola NY 11501 |

| | | |
|---|---|---|
| **Allstate Life Insurance Company**<br>Attn Peter A McElvain<br>3075 Sanders Rd<br>Ste G5A<br>Northbrook, IL 60062 | **AIG Asset Management US LLC**<br>Attn: Russell Lipman<br>80 Pine Street<br>New York, NY 10038 | |

**Via E- Mail**
abehlmann@lowenstein.com; abehlmann@lowenstein.com; accesslegalservices@gmail.com; adam.harris@srz.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; adoshi@magnozzikye.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; alicia.borys@barclays.com; patrick.kerner@barclays.com; amuller@stinson.com; ana.damonte@pillsburylaw.com; andrea.hartley@akerman.com; AskDOJ@usdoj.gov; austin.bankruptcy@publicans.com; ayala.hassell@hp.com; bankruptcy@clm.com; bankruptcy2@ironmountain.com; bateman@sewkis.com; bbeskanos@aol.com; bbressler@schnader.com; rbarkasy@schnader.com; bdeutsch@schnader.com; bdk@schlamstone.com; bill.macurda@alston.com; bnkatty@aldine.k12.tx.us; bobbie.theivakumaran@citi.com; Brendan.meyer@db.com; broylesmk@rgcattys.com; catherine_lasher@fanniemae.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; ceblack@jonesday.com; choward@lockelord.com; cmomjian@attorneygeneral.gov; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; courtney.lowman@ally.com; cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com; cwood@rgrdlaw.com; dallas.bankruptcy@publicans.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; david.powlen@btlaw.com; david.tillem@wilsonelser.com; davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com; dcaley@wongfleming.com; dearly@fdic.gov; deggert@freebornpeters.com; derek@talcottfranklin.com; dflanigan@polsinelli.com; jnagi@polsinelli.com; dhall@siwpc.com; diem.home@gmail.com; dneier@winston.com; dneier@winston.com; cschreiber@winston.com; almoskowitz@winston.com; dprather@iglou.com; dsasser@siwpc.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; ebcalvo@pbfcm.com; ecf@kaalaw.com; ecfmail@aclawllp.com; eciolko@ktmc.com; dmoffa@ktmc.com; fsosnick@shearman.com; sfennessey@shearman.com; gary.holtzer@weil.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; george.rayzis@usbank.com; ggraber@hodgsonruss.com; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; Glenn.Gillett@usdoj.gov; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; guzzi@milbank.com; harrisj12@michigan.gov; houston_bankruptcy@lgbs.com; howard.godnick@srz.com; hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; igoldstein@proskauer.com; irina.palchuk@usbank.com; jai@blbglaw.com;

jberkowitz@gibbonslaw.com; jeff.brown@gmacfs.com ; william.b.solomon@ally.com; jgarrity@morganlewis.com; jglucksman@scarincihollenbeck.com; jhaake@wbsvlaw.com; jhofer@skadden.com; nikolay.kodes@skadden.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; jlawlor@wmd-law.com; jleibowitz@kandfllp.com; jmiller@tcfbank.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com; joel@shafeldlaw.com; john.stern@texasattorneygeneral.gov; joseph.cordaro@usdoj.gov; jteitelbaum@tblawllp.com; kay.brock@co.travis.tx.us; kdwbankruptcydepartment@kelleydrye.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com; kelvin.vargas@db.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; ken.ziman@skadden.com; kenton_hambrick@freddiemac.com; kgiannelli@gibbonslaw.com; kit.weitnauer@alston.com; kpatrick@gibbsbruns.com; kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com; kristi.garcia@wellsfargo.com; lberkoff@moritthock.com; lgordon@mvbalaw.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; lnyhan@sidley.com; jboelter@sidley.com; bmyrick@sidley.com; macohen@curtis.com; mamta.scott@usbank.com ; david.jason@usbank.com; maofiling@cgsh.com ; tmoloney@cgsh.com; soneal@cgsh.com; marguerite.gardiner@srz.com; mark.ellenberg@cwt.com; mcarney@mckoolsmith.com; metkin@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; mgallagher@curtis.com; michael.cutini@srz.com; michelle.moeller@usbank.com; mkraut@morganlewis.com; mrollin@rplaw.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; mwarner@coleschotz.com; echou@coleschotz.com; Nancy.Lord@OAG.State.NY.US; enid.stuart@OAG.State.NY.US; Paul_Papas@mylegalhelpusa.com; pdatta@hhstein.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; peter_mcgonigle@fanniemae.com; pfleming@morganlewis.com; pmoak@McKoolSmith.com; pmoak@McKoolSmith.com; ppascuzzi@ffwplaw.com; rajohnson@akingump.com; ccarty@akingump.com; fhodara@akingump.com; ra-li-ucts-bankrupt@state.pa.us; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; rbrown@robertbrownlaw.com; rescapinfo@kccllc.com; richard.cieri@kirkland.com; rmaney@wilmingtontrust.com; rnorton@hunton.com; rrich2@hunton.com; robert.major@bnymellon.com; romero@mromerolawfirm.com; rosa.mendez@db.com; Ross.martin@ropesgray.com; Ross.martin@ropesgray.com; keith.wofford@ropesgray.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; sarah.ward@skadden.com; sdnyecf@dor.mo.gov; secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov; seth.goldman@mto.com; sheehan@txschoollaw.com; sreisman@curtis.com; srutsky@proskauer.com; jzajac@proskauer.com; stevep@rgrdlaw.com; susan.balaschak@akerman.com; hadi.khatib@akerman.com; susanp@taxcollector.com; susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; suzanne.lovett@skadden.com; taconrad@sbwlawfirm.com; tal@talcottfranklin.com; Tammy.Hamzehpour@gmacrescap.com; diane.citron@ally.com; tanveer.ashraf@usbank.com; tfawkes@freebornpeters.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; theodore.w.tozer@hud.gov; Thomas.walper@mto.com;

tklestadt@klestadt.com; jcorneau@klestadt.com; tlallier@foleymansfield.com; tom.houghton@ally.com; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com; whazeltine@sha-llc.com; will.hoch@crowedunlevy.com; xrausloanops5@barclays.com; AskDOJ@usdoj.gov; bobbie.theivakumaran@citi.com; george.rayzis@usbank.com; guzzi@milbank.com; hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com; irina.palchuk@usbank.com; jhofer@skadden.com; nikolay.kodes@skadden.com; joseph.cordaro@usdoj.gov; kdwbankruptcydepartment@kelleydrye.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; kelvin.vargas@db.com; ken.ziman@skadden.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; lnyhan@sidley.com; jboelter@sidley.com; bmyrick@sidley.com; Nancy.Lord@OAG.State.NY.US; enid.stuart@OAG.State.NY.US; peter_mcgonigle@fanniemae.com; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; rescapinfo@kccllc.com; richard.cieri@kirkland.com; sarah.ward@skadden.com; secbankruptcy@sec.gov; secbankruptcy@sec.gov; newyork@sec.gov; suzanne.lovett@skadden.com; Tammy.Hamzehpour@gmacrescap.com; diane.citron@ally.com; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov ; Brian.Masumoto@usdoj.gov;