Marc Abrams
Richard Choi
Jennifer J. Hardy
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Monarch Alternative Capital LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Charles Tricomi, being duly sworn, deposes and says:

(I)    That he is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)   That on October 17, 2012, he caused to be served the following document: *Notice of Appearance of and Request for Service of Papers* [Docket No. 1851] via email to the parties listed in Exhibit "A".

_____
Charles Tricomi

Sworn to before me this
22nd day of October, 2012

_____
Notary Public

CHRISTOPHER R. SCAVONE
Notary Public, State of New York
No. 01SC6263647
Qualified in New York County
Commission Expires June 11, 2016

## **EXHIBIT A**

lnashelsky@mofo.com

Glee@mofo.com

LMarinuzzi@mofo.com

RescapInfo@kccllc.com