**Federal Housing Finance Agency**
1700 G Street, N.W., Washington, D.C. 20552-0003
Telephone: (202) 414-3800
Facsimile: (202) 414-3823
www.fhfa.gov

July 8, 2010

**VIA FEDEX**

The Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Registered Agent for
Residential Funding Company, LLC

Subject: FHFA Conservator Subpoena FRE-022

Dear Sir or Madam:

The enclosed subpoena from the Federal Housing Finance Agency, as Conservator for Freddie Mac, is issued under Title 12 United States Code, Section 4617(b)(2)(I). This subpoena commands production of various loan files and other documents related to certain private label securities in which the Federal Home Loan Mortgage Corporation ("Freddie Mac") has invested. The loan files and documents sought are associated with mortgage loans pools listed by Bloomberg deal name and corresponding CUSIP number. There is also a list of specific loans attached. These documents are specified in Attachments A and A1 and are also provided electronically on a disc that is enclosed for your convenience.

You are required to furnish all of the records and documents set forth in the enclosed subpoena within 30 days of its receipt. All responses to this subpoena must be identified and marked with the Subpoena Number FRE-022.

This subpoena may be complied with by forwarding the requested material to:

Federal Housing Finance Agency (As Conservator)
c/o Iron Mountain, Inc.
7605 Dorsey Run Road
Suite A
Jessup, MD 20794

Page 2

Please direct any questions regarding this subpoena to (202) 414-8946. Thank you for your cooperation in this matter.

Sincerely,

Stephen E. Hart
Managing Associate General Counsel

FRE-022

# UNITED STATES OF AMERICA
# FEDERAL HOUSING FINANCE AGENCY

| | |
|---|---|
| In Re Conservatorship of: | ) |
| | ) |
| Federal Home Loan Mortgage Corporation | ) |
| "Freddie Mac" | ) |
| | ) |
| | ) |

## SUBPOENA *DUCES TECUM*

To:    The Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Registered Agent for

Residential Funding Company, LLC
8400 Normandale Blvd.
Suite 250
Minneapolis, MN 55437

Pursuant to Title 12, United States Code § 4617(b)(2)(I), you are hereby required to produce the documents designated in this Subpoena *Duces Tecum* within **thirty** (30) days of the service of this subpoena. These documents are to be produced to:

**Federal Housing Finance Agency (As Conservator)
c/o Iron Mountain, Inc.
7605 Dorsey Run Road
Suite A
Jessup, MD 20794**

in the form specified below.

A.    **Instructions**

1. All documents should be delivered via a secure method to FHFA at the address above. Acceptable methods include: servicer maintained secure viewing portal, servicer maintained secure File Transfer Protocol ("FTP"), secure FTP designated by FHFA, or encrypted CD or DVD.

1

2. All documents called for by this subpoena are to be produced in un-redacted form. If you make redactions based upon a claim of privilege, such redactions must be clearly marked.

3. If any document requested herein is withheld under a claim of privilege, identify each such document and state the date of the document, identify its author and addressee, each person to whom copies of the document were furnished or to whom the contents thereof were communicated, a summary of the subject matter of the document, its present location and custodian, the basis upon which the asserted privilege is claimed and the paragraph number of the document request to which the document is responsive.

4. If any of the documents requested herein has been destroyed, furnish a list identifying each such document its author and addressee, each person to whom copies of the document were furnished or to whom the contents thereof were communicated, a summary of the substance of the document, the date upon which it was destroyed, the reason it was destroyed, and the paragraph number of the document request to which the document was responsive.

5. If any of the documents requested herein is known by you to exist, but is not within your care, custody, control or possession, identify each such document, identify the whereabouts of such document, the person who is in current possession of such document, and describe what action, if any, you have taken to acquire such document.

6. Documents shall be produced as they are kept in the regular course of business or, in the alternative, shall be organized and labeled so as to correspond to the paragraph number of the document requests to which they relate. Where applicable, documents should be labeled according to the corresponding loan number (i.e., loan number.tif or loan number.pdf).

7. Definitions relating to the terms used in this Subpoena *Duces Tecum* and to the documents requested by this Subpoena can be found in Attachment B to this document.

8. Unless otherwise stated in a specific request, these requests seek responsive information and documents authored, generated, disseminated, drafted, produced, reproduced, or otherwise created or distributed or relating to the period from the date of the origination of each mortgage loan underlying the securities/securitization transactions listed in Attachments A and A1 to this Subpoena *Duces Tecum* through the present.

9. If you fail to comply with this subpoena, the agency may seek a court order requiring you to do so. If such an order is obtained and you thereafter fail to comply, you may be subject to civil or criminal sanctions, or both, for contempt of court. (See 12 U.S.C. § 4588).

B. **Documents Requested**

1. Copies of all documents used in connection with, and relating to the origination, underwriting and servicing of all mortgage loans underlying the securities/securitization

2

FRE-022

transactions listed in Attachments A and A1 to this Subpoena *Duces Tecum,* including, but not limited to, the following for each mortgage loan:

Complete Appraisals
Certificate of completion (442)
AVM, desktop/field review
All internal appraisal forms/reviews
All documents contained in any credit and/or origination files regarding the subject loan
Complete copies of all loan applications and supporting materials for all borrowers (including initial, final and all other applications and draft applications)
All uniform underwriting & transmittal summary (FM/FNMA Form 1008)
Copies of all determinations, feedback and/or other responses/output from any automated underwriting systems
Full credit report for all borrowers
Verification of rent (VOR) or mortgage (VOM) (if applicable)
All underwriting review(s), approval(s) and conversation log(s), including re-underwriting performed by aggregators
Preliminary title reports and communications
Final settlement statement (HUD-1)
Final TIL (from lender)
Final title policy
Flood certification
Evidence of hazard insurance
Flood insurance
All asset verifications, including verification of source of down payment (if applicable)
Complete purchase agreement, including any addenda (if applicable)
All income documentation from all sources
All telephone verifications of employment or self-employment
All verifications of self-employment
Notes
Mortgages or deeds of trust
Right to cancel
Borrower's certification and authorization
All applicable disclosures
All underwriting, funding, compliance checklists
All termite reports
All letters of explanation (LOE)
All applicable riders
Internal appraisal forms
Condominium certifications (if applicable)
Divorce decrees
Evidence of satisfaction/release of judgments and liens
Copy of driver's license or other proof of identity supplied at closing
All contractor bids/invoices/certifications
All trailing documents
All communications with any borrower
All communications regarding the subject loan
All documents relating to any review or investigation of the subject loans by any party

3

All documents relating to any modification or request for modification of any terms of the subject loans by any party

2. Copies of all origination, underwriting, and servicing policies, directives, guidelines or similar type documents in effect and applicable to the mortgage loans underlying the securities/securitization transactions listed in Attachments A and A1 to this Subpoena *Duces Tecum* from the time such loans were originated to the date of this Subpoena *Duces Tecum*;

3. All communications to or from the entity that originated any loan underlying the securities/securities transactions identified in Attachments A and A1 to this Subpoena *Duces Tecum* regarding the: (i) mortgage loans underlying the securities/securitization transactions listed in Attachments A and A1, and (ii) the securities/securities transactions indentified in Attachments A and A1 to this Subpoena *Duces Tecum*.

4. All servicing files, payment histories, collection notes, mortgage loan schedules, and related documents maintained with respect to the mortgage loans underlying the securitization transactions listed in Attachments A and A1 to this Subpoena *Duces Tecum*.

5. All ratings, assessments and/or evaluations of the securities/securitization transactions identified in Attachments A and A1 to this Subpoena *Duces Tecum*.

6. All communications, including but not limited to, third-party communications referring or relating to any rating, assessment, evaluation, or performance of the securities/securitization transactions identified in Attachments A and A1 to this Subpoena *Duces Tecum*.

7. Any and all analyses of the performance and/or anticipated or expected performance of the securities/securitization transactions identified in Attachments A and A1 to this Subpoena *Duces Tecum*.

July 8, 2010

Alfred M. Pollard
General Counsel
Federal Housing Finance Agency
Conservator for Fannie Mae and Freddie Mac
1700 G Street, N.W., 4th Floor
Washington, D.C. 20552
Tel: (202) 414-3800

4

FRE-022

## **ATTACHMENT A**

FRE-022

## **ATTACHMENT A1**

## **ATTACHMENT A1**

## ATTACHMENT B

**The following are definitions relating to the terms used in this Subpoena *Duces Tecum* and to the documents requested by this Subpoena.**

1. The terms "Freddie Mac" and "Federal Home Loan Mortgage Corporation" mean the entity doing business under the name of Federal Home Loan Mortgage Corporation or Freddie Mac, and all of its parents, successors, predecessors, subsidiaries, related corporations, partnerships or professional associations, affiliates, divisions, groups, committees, principals, officers, directors, general or limited partners, associates, employees, agents, independent contractors, persons acting on its behalf, and any aliases, code names, or trade or business names used by any of the foregoing.

2. The terms "Fannie Mae" and "Federal National Mortgage Association" mean the entity doing business under the name of Federal National Mortgage Association or Fannie Mae, and all of its parents, successors, predecessors, subsidiaries, related corporations, partnerships or professional associations, affiliates, divisions, groups, committees, principals, officers, directors, general or limited partners, associates, employees, agents, independent contractors, persons acting on its behalf, and any aliases, code names, or trade or business names used by any of the foregoing.

3. "Residential Funding," "you" and "your" means Residential Funding Company, LLC, including any of its directors, officers, employees, affiliates, representatives, fund custodians, investment bankers, advisors, agents, trustees, principals, agents, attorneys, associates, associations or any other person acting on its behalf.

4. The term "document" is intended to have the broadest possible meaning under Rule 34 of the Federal Rules of Civil Procedure and includes, without limitation, any writings, drawings, graphs, charts, photographs, phone records, electronic, recorded, digitally encoded, encryptions, graphic, and/or other data compilations from which information can be obtained, translated if necessary, by the respondent through detection devices into reasonably usable form, or other information, including final or finished versions, originals, translations and drafts thereof and all copies bearing notations and marks not found on the original, back-up copies, back-up logs, identical copies from different files, however and by whomever created, compiled, produced, sent, received, dated, used, maintained or stored (manually, mechanically, electronically, or otherwise), and including but not limited to books, papers, all "writings and recordings" as defined by Rule 1001 of the Federal Rules of Evidence, illustrations, lists, numerical data, encryption keys, decryption keys, graphics, pictures, symbolic representations, files, notes, transcriptions, offers, solicitations, audio and video recordings. The term "document" further includes, without limitation, trade tickets, analyses, appointment books, appraisals, calculations (whether in paper, database, electronic or other format(s)), books, account statements, bank statements, cables, calendars, date books, schedules, agendas, time tables, itineraries, travel logs, checks (cancelled or un-cancelled), check

FRE-022

stubs, confirmations, contracts, correspondence, diaries, diskettes, drafts, estimates, evaluations, filings, financial statements, financial analysis, financial and marketing reviews, press releases, news stories, forms, invoices, bills, records of billing, wire transfers, drafts of money, records of payments, journals, ledgers, letters, memoranda, notations, opinions, orders, pamphlets, papers, projections, prospectuses, publications, receipts, recordings of conferences, conversations or meetings, reports, statements, statistical records, studies, summaries, budgets, tabulations, telegrams, telephone records, telex messages, transcripts, videotapes, vouchers, work papers, copies of records and documents, and sheets or things similar to any of the foregoing however denominated. The term "document" further includes email, email headers, word processor documents, hypertext (text containing HTML, SGML, XHTML, DHTML, XML, or any other text formatting markup, and or control tags), website data, database files, electronic newsletters, computer data, confirmations, reports, presentations, memoranda, opinions, information packages, worksheets, telegrams, telexes, faxes, wire messages, telephone bills, messages, logs, notes or minutes of conversations or meetings, contracts, agreements, proposals, advice, letters of intent, date books, and electronic communication whether stored on a personal computer, network computer system, backup computer tape and/or hard disk, diskette, CD-ROM, DVD, or other disc, microfilm, magnetic tape, microfiche, any electronic media, any magnetic media, laser media, or any other storage device, or by some other storage mechanism. The term "document" further means any document now or at any time in the possession, custody, or control of the entity to whom this subpoena is directed (together with any predecessors, successors, affiliates, subsidiaries or divisions thereof, and their officers, directors, employees, agents and attorneys). Without limiting the term "control" as used in the preceding sentence, a person is deemed to be in control of a document if the person has the right to secure the document or a copy thereof from another person having actual possession thereof, including, but not limited to, work product contracted by you from professional firms.

5. The terms "and" and "or" shall be both conjunctive and disjunctive.