**From:** Schrock, Ray C. [mailto:rschrock@kirkland.com]
**Sent:** Thursday, August 09, 2012 3:05 PM
**To:** Daniel A. Fliman; Cieri, Richard M.; Hessler, Stephen E.
**Cc:** Andrew K. Glenn; Kanchana W. Leung
**Subject:** RE: ResCap

Dan,

Thank you for your e-mail.  Ally is aware of Judge Cote's direction and will comply with that direction.

Ray.


Ray C. Schrock
KIRKLAND & ELLIS LLP

1

601 Lexington Avenue
New York, NY 10022
(Tel) (212) 446-4828
(Fax) (212) 446-4900
(Cell) (917) 446-1009
ray.schrock@kirkland.com

IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**From:** Daniel A. Fliman [mailto:DFliman@kasowitz.com]
**Sent:** Wednesday, August 08, 2012 2:01 PM
**To:** Cieri, Richard M.; Schrock, Ray C.; Hessler, Stephen E.
**Cc:** Andrew K. Glenn; kleung@kasowitz.com
**Subject:** ResCap

Counsel,

As you know, we represent FHFA in the ResCap bankruptcy cases and in the SDNY action against, among others, Ally Financial, Inc. (Case No. 11- Civ. 7010).  At conferences held on July 11 and 17, 2012, Judge Cote directed FHFA to submit an application to the bankruptcy court to obtain access to loan tapes and loan files in the Debtors' possession. Judge Cote directed "Ally to cooperate fully in that application that FHFA would be making to the bankruptcy court."

FHFA has filed its application concerning the loan tapes [Docket No. 810] and a supplemental application concerning the loan files [Docket No. 859].  A non-evidentiary hearing is scheduled for Tuesday, August 14, 2012 at 10:00 a.m.  Please confirm how Ally intends to cooperate.

Thanks,
Dan


Daniel A. Fliman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1713
Fax (212) 835-5013
DFliman@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to [postmaster@kirkland.com](mailto:postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*