**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
                                                              :
In re:                                                        :        Chapter 11
                                                              :
RESIDENTIAL CAPITAL, LLC, et al.,                             :        Case No. 12-12020 (MG)
                                                              :
                                        Debtors.              :        Jointly Administered
                                                              :
-------------------------------------------------------------- X

### STIPULATION AND ORDER ADOPTING UNIFORM PROTECTIVE ORDER FOR EXAMINER DISCOVERY FOR PURPOSES OF DISCOVERY OF CERBERUS CAPITAL MANAGEMENT, L.P. BY THE TRIAXX ENTITIES

Non-Debtor Cerberus Capital Management, L.P. ("Cerberus") and Triaxx Prime CDO 2006-1, LLC, Triaxx Prime CDO 2006-2, LLC and Triaxx Prime CDO 2007-1, LLC (collectively, "Triaxx") hereby stipulate to and adopt by reference the terms and conditions of the Order [Docket 1223] and Uniform Protective Order for Examiner Discovery [Docket No. 1223-1] such that these terms and conditions shall govern the disclosure, discovery, production, and use of documents and other information provided by Cerberus to Triaxx in the above referenced chapter 11 cases.

For the avoidance of doubt, Triaxx stipulates and agrees that its legal or financial Advisor may receive material designated Professionals' Eyes Only if such legal or financial Advisor is not (a) currently assisting and will not later assist Triaxx or any party in any mortgage related litigation against the Debtors, Ally Financial Inc., Cerberus, or their affiliates, and (b) is not itself a party nor does it intend to be a party in any mortgage-backed securities litigation against the Debtors, Ally Financial Inc., Cerberus, or their affiliates; provided, however, that the legal or financial Advisor will not share the Professionals' Eyes Only information with Triaxx or

Triaxx's legal or financial advisors who are assisting Triaxx or any party in any mortgage-backed securities litigation against the Debtors, Ally Financial Inc., Cerberus, or their affiliates.

Triaxx further stipulates that all materials contained in the Examiner's Document Repository that do not relate to Debtors' RMBS Settlement/9019 Motion shall be treated as outside counsels' eyes only notwithstanding any provision of the Protective Order to the contrary.

Respectfully submitted,

Dated:  October 17, 2012          MILLER & WRUBEL P.C.

By: /s/: Claire L. Huene
    Claire L. Huene
    Miller & Wrubel P.C.
    570 Lexington Avenue
    New York, NY 10022
    (212) 336-3519

    *Attorneys for the Triaxx Entities*

Dated:  October  17, 2012         SCHULTE ROTH & ZABEL LLP

By: /s/: Howard O. Godnick
    Howard O. Godnick
    Marguerite E. Gardiner
    Schulte Roth & Zabel LLP
    919 Third Avenue
    New York, New York 10022
    Tel:  (212) 756-2000
    Fax:  (212) 593-5955
    howard.godnick@srz.com
    marguerite.gardiner@srz.com

    *Attorneys for Cerberus Capital Management, L.P.*

- 3 -

**SO ORDERED:**

Dated: October 23, 2012
          New York, New York

                                    _____/s/Martin Glenn_____
                                    MARTIN GLENN
                                    United States Bankruptcy Judge