**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
N. Theodore Zink, Jr.
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Proposed Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                                          :    Chapter 11
                                                                                    :
Residential Capital, LLC, et al.,                                  :    Case No. 12-12020 (MG)
                                                                                    :
                                    Debtors.                         :    Jointly Administered
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

Helen M. Lamb, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On October 22, 2012, I caused to be served true and correct copies of the following documents  upon the parties listed on the annexed service list by Federal Express:

> *First Interim  Fee Application of Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period July 3, 2012 Through and Including August 31, 2012;*

> *First Interim  Fee Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period July 11, 2012 Through and Including August 31, 2012;* and

CPAM: 5019193.1

*First Interim Fee Application of Mesirow Financial Consulting, LLC, for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner for the Period July 241, 2012 Through and Including August 31, 2012.*

3.   I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                     */s/ Helen M. Lamb*
                                                      Helen M. Lamb

Sworn to before me this
22nd day of October 2012

*/s/ Francisco Vazquez*
       Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

# SERVICE LIST

| | |
|---|---|
| Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kenneth H. Eckstein<br>Douglas H. Mannal<br>Kramer Levin Naftallis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto<br>Office of the US Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor | Richard M. Cieri<br>Ray C. Schrock<br>Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY  10022 |
| Kenneth S. Ziman<br>Jonathan H. Hofer<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, New York  10036 | |

CPAM: 5019193.1