NICHOLS KASTER, LLP
Robert L. Schug (admitted *pro hac vice*)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: rschug@nka.com

*Bankruptcy Counsel for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| **Residential Capital, LLC, *et al*.,** | : |
| | : **Case No. 12-12020 (MG)** |
| Debtors. | : |
| | : **Jointly Administered** |

-------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Robert L. Schug, of Nichols Kaster, LLP, hereby withdraws his appearance with regard to the above-captioned bankruptcy case and requests that he be removed from the CM/ECF noticing list and any other service list in this case. Matthew C. Helland of Nichols Kaster, LLP, will continue to represent creditors Deborah Bollinger and Bryan Bubnick in the above-captioned bankruptcy case.

1

Dated: October 23, 2012
San Francisco, California

Respectfully Submitted,

**NICHOLS KASTER, LLP**

/s/ Robert L. Schug
Robert L. Schug, CA Bar No. 249640*
  *(admitted *pro hac vice*)
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail:  rschug@nka.com

*Bankruptcy Counsel for Plaintiffs*