NICHOLS KASTER, LLP
Matthew C. Helland (admitted *pro hac vice*)
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail: helland@nka.com

*Bankruptcy Counsel for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| **Residential Capital, LLC**, *et al.*, | : |
| | : **Case No. 12-12020 (MG)** |
| **Debtors.** | : |
| | : **Jointly Administered** |

-------------------------------------------------------X

### VERIFIED STATEMENT OF NICHOLS KASTER, LLP
### PURSUANT TO BANKRUPTCY RULE 2019

Matthew C. Helland of Nichols Kaster, LLP ("Mr. Helland"), counsel for Plaintiffs Deborah Bollinger and Bryan Bubnick and the opt-in Plaintiffs in *Bollinger et al. v. Residential Capital, LLC et al.*, Civ No. 2:10-01123 (RSM) (W.D. Wa.), files this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure. The *Bollinger* action was conditionally certified under the Fair Labor Standards Act, 29 U.S.C. § 216(b), on January 5, 2011. A copy of the district court's order granting conditional certification is attached as Exhibit A. Mr. Helland represents Plaintiffs and the opt-in Plaintiffs in connection with the above-referenced case. The Plaintiffs and opt-in Plaintiffs, along with their addresses and disclosable economic interest, are listed in Exhibit B.

Mr. Helland certifies that this verified statement is true and accurate to the best of his knowledge, information, and belief. Mr. Helland will file an amended and supplemental statement setting forth any material changes in the facts contained in this verified statement should any such changes occur.

Dated:  October 23, 2012
San Francisco, California

Respectfully Submitted,

**NICHOLS KASTER, LLP**

/s/ Matthew C. Helland
Matthew C. Helland, CA Bar No. 250451*
  *(admitted *pro hac vice*)
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Fax: (415) 277-7238
E-Mail:  helland@nka.com

*Bankruptcy Counsel for Plaintiffs*