# Exhibit B

| Last_Name | First_Name | Address1 | City | State | Zip | Total Claim |
|---|---|---|---|---|---|---|
| Abbott | Christine | 89 Lakewood Cir N | Manchester | CT | 06040 | $216,366.10 |
| Adams | Allan | 10304 NE 189th St Apt 7 | Bothell | WA | 98011 | $29,174.92 |
| Akins | James | 15083 W Edgemont Ave | Goodyear | AZ | 85395 | $193,789.50 |
| Alter | Deborah | 659 Churchill Dr | Newington | CT | 06111 | $12,609.17 |
| Alves | Caroline | 120 Woodmont Dr | East Hartford | CT | 06118 | $38,508.74 |
| Autuori | Robert | 3267 E Sports Dr | Gilbert | AZ | 85298 | $32,158.55 |
| Belcher | DeAnn | 2232 E Cactus Wren Dr | Phoenix | AZ | 85020 | $134,592.27 |
| Bilger | Heather | 618 Cypress Rd | Newington | CT | 06111 | $65,691.47 |
| Bollinger | Deborah | 1304 227th Pl SW | Bothell | WA | 98021 | $26,148.57 |
| Bothel | Julie | 10422 168th Ave NE | Redmond | WA | 98052 | $39,449.23 |
| Braga | Miriam | 51 William St | New Britain | CT | 06051 | $141,347.49 |
| Brohard | Christy | 1064 W Aspen Ave | Gilbert | AZ | 85233 | $30,344.16 |
| Bubnick | Bryan | 9020 W Tony Ct | Peoria | AZ | 85382 | $123,959.39 |
| Chambers | Lisa | 3413 Mapleleaf Ln | Richardson | TX | 75082 | $16,204.63 |
| Coleman | Melissa | 5715 S 21st Pl | Phoenix | AZ | 85040 | $137,308.89 |
| Condran | Frances | 505 Evergreen Ln | Catawissa | PA | 17820 | $134,460.74 |
| Cook | Charlotte | 265 Laurel Ct | Whitehouse Station | NJ | 08889 | $102,219.45 |
| Cote | Susan | 21 Ridge Rd | West Brookfield | MA | 01585 | $119,209.78 |
| Daniel | Diane | 2357 Amity Ave | Gastonia | NC | 28054 | $24,575.79 |
| Diangelo | Ross | 8 Touchstone Ct | Sicklerville | NJ | 08081 | $152,603.04 |
| DiBenedetto | Maryann | 76 Prince Ave | Newington | CT | 06111 | $53,724.06 |
| Dickson | Jeryl | 209 Henry St | Manchester | CT | 06042 | $137,044.42 |
| Dinsdale | Lili | 29401 110th Ave SE | Auburn | WA | 98092 | $47,457.13 |
| Figueroa | David | 16250 W Davis Rd | Surprise | AZ | 85374 | $169,428.82 |
| Franklin | Carol | 2332 E Roeser Rd | Phoenix | AZ | 85040 | $83,099.06 |
| Goines | Kathrin | 104 Blue Meadow Ln | Sicklerville | NJ | 08081 | $29,723.85 |
| Gullo | Steven | 20 Booth Ter | Hamden | CT | 06518 | $96,640.69 |
| Hart | Joan | 120 Osborn Rd | Naugatuck | CT | 06770 | $215,027.70 |
| Henley | Christina | 2832 Elm Fork Dr | Lewisville | TX | 75056 | $2,637.34 |
| Hirsch | Carol | 2820 San Juan Ln | Costa Mesa | CA | 92626 | $70,707.90 |
| Honour | Karen | 1716 Peary Way | Livermore | CA | 94550 | $51,711.03 |
| Jamieson | Angelique | 245 Regency Park Dr | Agawam | MA | 01001 | $62,841.59 |
| Johnson | Robyn | 404 NE Mission Ct | Ankeny | IA | 50021 | $39,077.63 |
| Kimbriel | Anthony | 1536 Harrington Dr | Plano | TX | 75075 | $13,422.49 |
| Knibbs | Suzanne | 706 Spring St | Southington | CT | 06489 | $75,116.57 |

| Last_Name | First_Name | Address1 | City | State | Zip | Total Claim |
|---|---|---|---|---|---|---|
| Kopen | Minh Chau | 7 Clematis St | Ladera Ranch | CA | 92694 | $87,631.42 |
| Krueger | Conan | 2307 W Lompoc Cir | Mesa | AZ | 85202 | $11,366.76 |
| LaBonte | Mary | 10620 Bruns Dr | Tustin | CA | 92782 | $199,037.62 |
| Lee | Sally | 885 E Tyson St | Chandler | AZ | 85225 | $100,487.68 |
| Leon | Kathleen | 13028 Hunting Birds Ln | Charlotte | NC | 28278 | $17,936.82 |
| Lunceford | Sophia | 10715 E Sahuaro Dr | Scottsdale | AZ | 85259 | $18,937.28 |
| Madgwick | Sharon | 16028 Kirsten Nicole Rd | Charlotte | NC | 28278 | $10,993.84 |
| Madrid | Andrea | 21991 Birchwood | Mission Viejo | CA | 92692 | $52,995.08 |
| Marker | Ella | 22 Wilson Ln | Bethpage | NY | 11714 | $98,894.70 |
| Maskey | Jill | 46788 Springhill Dr | Shelby Township | MI | 48317 | $42,999.62 |
| Mayhew | Elizabeth | 9389 E Caribbean Ln | Scottsdale | AZ | 85260 | $227,844.07 |
| McArdle | James | 1 Mansfield Grove Rd Apt 110 | East Haven | CT | 06512 | $50,063.92 |
| McCutchen | Debbie | 29114 15th Ave NE | Stanwood | WA | 98292 | $7,473.30 |
| Metzger | Renee | 14 Hotchkiss Dr | Bristol | CT | 06010 | $19,918.00 |
| Mockbee | William | 2711 W Plata Ave | Mesa | AZ | 85202 | $122,383.25 |
| Moore | Julie | 2441 W 70th Cir | Anchorage | AK | 99502 | $65,711.09 |
| Morgan | John | 8 Cartier Aisle | Irvine | CA | 92620 | $23,424.64 |
| Norris | Tracy | 1908 Silver Leaf Dr | Little Elm | TX | 75068 | $3,886.61 |
| Pannell | Ray | 3861 W Ivanhoe St | Chandler | AZ | 85226 | $16,638.41 |
| Phan | Tony | 9382 Lombardi Ave | Fountain Valley | CA | 92708 | $137,363.78 |
| Pho | Viet | 4 Toribeth St | Ladera Ranch | CA | 92694 | $199,279.64 |
| Pruitt | Heather | 5926 NE 1st Ct | Renton | WA | 98059 | $134,449.83 |
| Pruzin | Aurelia | 184 Hawthorne Dr | Berlin | CT | 06037 | $45,216.91 |
| Ridgley | Ellie | 2255 N Azurite | Mesa | AZ | 85207 | $96,910.50 |
| Rubio | Judy | 261 Crownsgate Ct | Charlotte | NC | 28207 | $49,878.80 |
| Sammon | Steven | 3265 W Stephens Pl | Chandler | AZ | 85226 | $71,791.22 |
| Schatz | Steve | 20831 President Point Rd NE | Kingston | WA | 98346 | $174,633.66 |
| Schwinck | Rebecca | 170 Bremerton Pl NE | Renton | WA | 98059 | $17,205.18 |
| Scott | Beth | 18133 Stratford Grand St | Orlando | FL | 32820 | $196,793.23 |
| Shurtlieff | Beth | 6907 NE 205th St | Kenmore | WA | 98028 | $81,034.80 |
| Skroly | Thomas | 103 Pebble Creek Xing | Fort Mill | SC | 29715 | $11,764.10 |
| Stephens | Kathleen | 1115 Stratford Dr | Richardson | TX | 75080 | $37,208.83 |
| Sullivan II | Michael | 4203 236th St SW Apt G307 | Mountlake Terrace | WA | 98043 | $74,879.38 |
| Sweatt | Catherine | PO Box 9415 | Spokane | WA | 99209 | $25,865.67 |
| Syat | Gail | 50 Long Hill Rd | Wallingford | CT | 06492 | $150,195.23 |

| Last_Name | First_Name | Address1 | City | State | Zip | Total Claim |
|---|---|---|---|---|---|---|
| Thomas | Charles | 706 Granada Dr | Duncanville | TX | 75116 | $52,890.13 |
| Trottier | Deborah | 26810 N 41st St | Cave Creek | AZ | 85331 | $18,245.48 |
| Vasquez | Allison | 9173 W Runion Dr | Peoria | AZ | 85382 | $19,017.85 |
| Vo | Donna | 3580 W Eureka Dr | Anaheim | CA | 92804 | $52,100.46 |
| Wallace | Sean | 848 E La Costa Pl | Chandler | AZ | 85249 | $48,980.71 |
| Whatmore | Stephanie | 19318 84th Ave W | Edmonds | WA | 98026 | $3,053.76 |
| White | Karen | 27329 Paseo Ravenna | San Juan Capistrano | CA | 92675 | $31,943.58 |
| Whittaker | Michelle | 300 E Edna Pl | Covina | CA | 91723 | $24,615.21 |
| Wigley | Kathleen | 201 Pin Oak Ct | Shamong | NJ | 08088 | $151,970.62 |
| Wright | Molly | 8332 N 10th Ave | Phoenix | AZ | 85021 | $28,118.41 |
| Ziemba | Paula | 70 Hanks Hill Rd | Storrs Mansfield | CT | 06268 | $45,690.25 |
| Zorrilla | Imelda | 16636 Echo Hill Way | Hacienda Heights | CA | 91745 | $136,726.22 |