APPENDIX C
PAGE 63 OF 65

SUPPLIER PERFORMANCE REVIEW  (con't)

| C) EQUIPMENT / SUPPLIES | XEROX | KODAK | PITNEY-BOWES | CANON |
|---|---|---|---|---|
| 1) Reliability | _____ | _____ | _____ | _____ |
| 2) User Friendly | _____ | _____ | _____ | _____ |
| 3) Overall Copy Quality | _____ | _____ | _____ | _____ |
| 4) Overall Opinion of Machines | _____ | _____ | _____ | _____ |
| 5) On Time Delivery of Equipment | _____ | _____ | _____ | _____ |
| 6) Ease of Ordering Supplies | _____ | _____ | _____ | _____ |
| 7) On time Delivery of Supplies | _____ | _____ | _____ | _____ |
| Total ÷ 7 = Average | _____ | _____ | _____ | _____ |

| D) SERVICE | | | | |
|---|---|---|---|---|
| 1) Repair Response Time | _____ | _____ | _____ | _____ |
| 2) Quality of Repair | _____ | _____ | _____ | _____ |
| 3) Parts Availability | _____ | _____ | _____ | _____ |
| 4) Notification of Repair Delay | _____ | _____ | _____ | _____ |
| 5) Notification of Repair Completion | _____ | _____ | _____ | _____ |
| 6) Professionalism | _____ | _____ | _____ | _____ |
| 7) Ability to Resolve Service Issues | _____ | _____ | _____ | _____ |
| 8) Receipt of Reports | _____ | _____ | _____ | _____ |
| 9) Overall Service | _____ | _____ | _____ | _____ |
| Total ÷ 9 = Average | _____ | _____ | _____ | _____ |

COMMENTS_____
_____
_____
_____

## YEAR 2000 COMPLIANCE

Seller, and any goods and services supplied by Seller shall be Year 2000 Compliant and Compatible, and shall function without error or fault in the processing (including but not limited to calculating, managing, manipulating, comparing and sequencing) of date and date-related data, for the years 2000 and beyond.  At Buyers request, Seller shall certify in writing its compliance with the foregoing.

## ENTIRE AGREEMENT

This contract, including the purchase orders and /or releases issued pursuant hereto, shall constitute the entire agreement between Seller and Buyer with respect to the matter contained herein and supersedes all prior oral or written representations and agreements.  In the event of any conflict between the preprinted terms and conditions of the purchase orders and/or releases (Appendix A,B, C) and this Contract, the terms shall prevail.  No provisions of this Contract shall be deemed waived, amended or modified by either party unless suach waiver, amendment or modification is in writing, and signed by an authorized representative of each party.

PAGE 65 OF 65

In WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed and delivered, in duplicate, by their duly authorized officers, effective as of the Effective Date.

GENERAL MOTORS CORPORATION

By: _Catherine Loria_

Title _Buyer -WW Purchasing_

By: _____

Title _____


SUPPLIER

By: _A. Annicelli_

Title _Director of Operations_

By: _____

Title _____

PAGE 65 OF 65

In WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed and delivered, in duplicate, by their duly authorized officers, effective as of the Effective Date.


GENERAL MOTORS CORPORATION          SUPPLIER

By: _Catherine Loua_                By: _J. Cimmicelli_
Title _Buyer -WW Purchasing_        Title _Director of Operations_

By: _____         By: _____
Title _____         Title _____

# CANON

# CANADA

# PRICING

Corporate Contract 4019
Appendix A

**Price List Schedule**
**Toner Inclusive Rental Pricing - Copiers**

**General Motors Corporation**
**March 21, 1997**
**Canon Canada Pricing**

| | 36-Month Rental | |
|---|---|---|
| | Monthly Base | Meter Charge |
| NP6012 | $ 55 | $ 0.0269 |
| NP2120 (Includes ADF-D1 and MS-A1 Sorter) | 155 | 0.0216 |
| NP4050 (Includes RDF-B1 and Sorter-A1) | 291 | 0.0173 |
| NP4080 | 355 | 0.0173 |
| NP6050 (Includes Stapler Sorter-E1) | 665 | 0.0121 |
| NP6060 (Includes Stapler Sorter-A1) | 667 | 0.0121 |
| NP6080 (Includes Stapler Sorter-A1) | 768 | 0.0115 |
| NP9800 (Includes Stapler Sorter-A1) | 1049 | 0.0116 |
| NP9850 (Includes Finisher-FN1) | 2007 | 0.0100 |

| Model | Standard Accessories |
|---|---|
| NP6012 | (1 Cassette - Statement/Letter/Letter R/Legal, NP Cartridge-B1) |
| NP2120 | (2 Cassettes - 1 Letter, 1 Legal, Drum Unit) |
| NP4050 | (3 Cassettes - 1 Letter, 1 Letter R, 1 Legal, Drum Unit) |
| NP4080 | (3 Cassettes - 1 Letter, 1 Letter R, 1 Legal, CD Unit, Drum Unit) |
| NP6050 | (2 Cassettes - Statement/Letter/Legal/Ledger, 2 Paper Drawers, RDF-D1, Drum Unit) |
| NP6060 | (2 Paper Drawers, Paper Deck, RDF-A1, Drum Unit) |
| NP6080 | (3 Cassettes - 1 Letter R, 1 Legal, 1 Ledger, Paper Deck, RDF-A1, Drum Unit) |
| NP9800 | (1 Paper Feeding Unit - Letter/Letter R/Ledger, RDF-A1, Sub-Feeder,  Stapler Sorter-A1, Drum Unit) |
| NP9850 | (1 Dual Drawer Paper Feeding System) |

**Service Rates are subject to up to 7% annual escalator.**

01/01/97

Corporate Contract 4019
Appendix A

**Price List Schedule**
**Purchase Pricing-Contract Level Program**

**General Motors Corporation**
*March 21, 1997*
*Canon Canada Pricing*

| Model | Standard Accessories | Canadian Pricing |
|---|---|---|
| NP6012 | (1 Cassette - Statement/Letter/Letter R/Legal, NP Cartridge-B1) | $1,545 |
| NP2120 | (2 Cassettes - 1 Letter, 1 Legal, Drum Unit) | 3,534 |
| NP4050 | (3 Cassettes - 1 Letter, 1 Letter R, 1 Legal, Drum Unit) | 7,044 |
| NP4080 | (3 Cassettes - 1 Letter, 1 Letter R, 1 Legal, CD Unit, Drum Unit) | 9,126 |
| NP6050 | (2 Cassettes - Statement/Letter/Legal/Ledger, 2 Paper Decks, RDF-D1, Drum Unit) | 19,398 |
| NP6060 | (2 Paper Drawers, Paper Deck, RDF-A1, Drum Unit) | 19,548 |
| NP6080 | (3 Cassettes - 1 Letter R, 1 Legal, 1 Ledger, Paper Deck, RDF-A1, Drum Unit) | 22,419 |
| NP9800 | (1 Paper Feeding Unit - Letter/Letter R/Ledger, RDF-A1, Sub-Feeder, Stapler Sorter-A1, Drum Unit) | 34,380 |
| **Accessories** | | |
| **Document Feeders** | | |
| ADF-A1 (2120) | | $1,072 |
| RDF-B1 (4050/4080) | | 1,308 |
| RDF-B1 Editor II (4080) | | 1,700 |
| Computer Form Feeder-A2 (6060) | | 1,005 |
| Sub Feeder-A1 (6060/6060) | | 922 |
| **Sorters** | | |
| MS-A1 Sorter (2120) | | $1,636 |
| Sorter-A1 (2120/4050/4080) | | 1,507 |
| Sorter-B1 (4050/4080/6060/6080) | | 1,853 |
| Stapler Sorter-A1 (4050/4080/6060/9800) | | 2,676 |
| Stapler Sorter-A1 (6080) | | INC |
| Stapler Sorter-D2 (2120) | | 928 |
| Stapler Sorter-E2 (6050) | | INC |
| Auto Stapler-A1 (4050/4080) | | 1,703 |
| Auto Stapler Folder-A1 (4050/4080) | | 3,179 |
| Tandem Kit for Sorter-B1/Stapler Sorter-A1 (6060/6080/9800) | | 456 |
| **Paper Decks** | | |
| Paper Deck Pedestal-C1 (2120) | | $980 |
| Paper Deck Pedestal-D1 (4050/4080) | | 1,336 |
| **Cabinets** | | |
| Cabinet (6012) | | $129 |
| Cabinet (2120) | | 221 |
| Cabinet (4050/4080) | | 168 |
| Cassette Feeding Unit-D1 (4050/4080) | | 950 |
| **Cassettes** | | |
| Cassette (6012) | | $65 |
| Cassette (2120) | | INC |
| Cassette (4050/4080) | | INC |
| Cassette (6050) | | 139 |
| Cassette (6080 - Ltr/Legal/Ledger/Statement R) | | 105 |
| Cassette (6080 - Ltr R) | | 153 |
| **Color Developing Units** | | |
| CD Unit (4080) | | $338 |
| CD Unit Changer-A1 (4080) | | 1,630 |

01/01/97

Corporate Contract 4019
Appendix A

**Price List Schedule**
**Purchase Pricing-Contract Level Program**

**General Motors Corporation**
**March 21, 1997**
**Canon Canada Pricing**

| Accessories Miscellaneous | Canadian Pricing |
|---|---|
| Image Editing Unit-B1 (4080) | $ 552 |
| Supporting Plate (9800) | 110 |
| Control Card V | 229 |
| Control Card V Kit for Sub Feeder (6060/6080/9800) | 229 |
| Basic Card Set | 141 |
| Card Set 1 (1-30) | 131 |
| Card Set 2 (31-100) | 281 |
| Card Set 3 (101-200) | 406 |
| Copy Data Controller-A1 (6050) | 612 |
| Keypad-A1 (6050) | 595 |
| Control Card Printer-A1 | 126 |
| IC Card Unit 1 (4080) | 417 |
| IC Card AM-1 (4080) | 126 |
| 200 DPI Board (4080) | 127 |
| Copy Tray Type B (6060/6080) | 56 |
| Copy Tray-C2 (6050) | 48 |
| Platen Cover Type B (4050/4080) | 236.10 |

01/01/97

Corporate Contract 4019
Appendix A

*Price List Schedule*
*Maintenance Rates-Contract Level Program-Toner Inclusive*

**General Motors Corporation**
**March 21, 1997**
**Canon Canada Pricing**

Includes periodic service calls, all intervening service calls, all replacement parts (including photoreceptor drums, except as noted), service labor and black toner.

| Model | Monthly Charge | Copies Included | Excess Copies |
|-------|---------------|----------------|---------------|
| NP6012[1] | $ 26.90 | 1,000 | .0269 |
| NP2120 | 108 | 5,000 | .0216 |
| NP4050 | 121 | 7,000 | .0163 |
| NP4080 | 173 | 10,000 | .0163 |
| NP6050 | 0 | 0 | .0121 |
| NP6060 | 484 | 50,000 | .0115 |
| NP6080 | 0 | 0 | .0115 |
| NP9800 | 290 | 25,000 | .0116 |

[1] Does not include drum cartridge.

Accessory service pricing is inlcuded in basic monthly service charge in Canada.

01/01/97

Corporate Contract 4019
Appendix A

*Price List Schedule*
*Supply Pricing*

**General Motors Corporation**
**March 21, 1997**
**Canon Canada Pricing**

| Black Toner | Packaging | Price |
|---|---|---|
| NP6012 | 1 cartridge/case | $ 45.20/case |
| NP2120 | 4 cartridges/case | 98/case |
| NP4050/4080 | 1 cartridge/case | 75/case |
| NP6050 | 1 bottle/case | 154/case |
| NP6060 | 1 bottle/case | 158/case |
| NP6080 | 1 bottle/case | 96/case |
| NP9800 | 1 bottle/case | 97/case |
| **Colored Toner** | | |
| NP2120[1] | CT Unit | $ 152/unit |
| NP4080[1] | 4 cartridges/case | 45/case |
| **Initiator** | | |
| Initiator (4080)[1] | 1 bottle/case | $ INC |
| **Miscellaneous** | | |
| NP Cartridge-B1 (6012) | 1 cartridge/case | $ 350.88/case |
| NP Label Type D | 100 sheets/box | 43/box |
| NP Transparency Type E | 100 sheets/box | 51/box |
| Staple Cartridge-A1 (Stapler Sorter-A1/Stapler Sorter-C1) | 3 cartridges/case (5,000/cartridge) | 58/case |
| Staple Cartridge-D2 (Stapler Sorter-D2) | 3 cartridges/case (2,000/cartridge) | 42/case |
| Staple-E1 for Stapler Sorter-E2 | 3 inserts/case (5,000 staples/insert) | 75/case |
| Roll Paper for Control Card Printer-A1 | 5 rolls/case | 10/case |

[1] Available in brown, blue, green, and red.

01/01/97

**GENERAL MOTORS CORPORATION**
Canon Canada Pricing

<u>**PURCHASE PRICING**</u>

| <u>Model</u> | <u>Canadian Pricing</u> |
|---|---|
| CLC350[1] | $ 18,688 |
| CLC700 | 32,438 |
| CLC800 | 41,188 |
| BJ2436 | N/A |
| CJ7 Color Bubble Jet Copier | 3,702 |
| CJ10 Color Bubble Jet Copier | 4,742 |

**<u>Accessories</u>**

| | |
|---|---|
| Film Scanner II (350)[2] | 8,422 |
| Film Scanner III (700/800)[3] | 12,618 |
| Film Scanner Cabinet (350) | 317 |
| Film Projector | |
| (Auto Focus 8"x10" copy) (350) | 3,136 |
| Film Projector–A1 (700/800) | 3,767 |
| Film Projector (CJ7/CJ10) | 885 |
| Film Projector (2436) | N/A |
| Editor–F1 (700) | 1,340 |
| Rotary Changer–A1 (700/800) | 748 |
| Rotary Changer (350) | 650 |
| Rotary Changer (2436) | N/A |
| Interface Board (350) | 1,500 |
| Image Editing Unit VII (350) | 1,025 |
| Image Editing Unit Separating Kit (350) | 298 |
| Intelligent Editor (CJ7/CJ10) | 1,072 |
| RDF III (350) | 2,012 |
| RDF–E1 (700/800)[3] | 2,879 |
| Sorter–D1 (700/800)[3] | 3,614 |
| Video Adaptor 10 (NTSC) (CJ7/CJ10) | 1,326 |
| Paper Deck IX (350) | 351 |
| Offset Tray II (350) | 254 |
| Cassette (350) | 90 |
| Cassette lg (700/800) | 191 |
| Cassette sm (700/800) | 163 |
| Cassette (2436) | N/A |
| Control Card V (350/700/800/2436) | 229 |
| Control Card V Kit (2436) | N/A |
| Control Card Printer (350/700/800/2436) | 126 |
| Basic Card Set (350/700/800/2436) | 141 |
| Card Set 1 (1–30) (350/700/800/2436) | 126 |
| Card Set 2 (31–100) (350/700/800/2436) | 417 |
| Card Set 3 (101–200) (350/700/800/2436) | 317 |
| IC Card Unit 1 (350) | 417 |
| IC Card AM–1 (350) | 126 |

Installation charges included in pricing.

## GENERAL MOTORS CORPORATION
### Canon Canada Pricing

### PURCHASE PRICING

| Accessory | Canadian Pricing |
|---|---|

**Intelligent
Processing Units**

| | |
|---|---|
| PS-IPU (350/700/800) | $ 11,638 |
| IPU-10 (350/700/800)[4] | 4,309 |
| CJ PS-IPU (CJ10) | 3,978 |
| IPU SS (2MB SCSI) (CJ10) | 1,957 |
| IPU DG (16MB GPIB) (CJ10) | 3,975 |

**CJ IPU Kits**

| | |
|---|---|
| IPU Kit for Macintosh (CJ10) | 473 |
| IPU Kit for Windows/AT Bus (CJ10) | 568 |
| IPU Kit for Windows/MCA Bus (CJ10) | 790 |

**Accessories for IPU-10**

| | |
|---|---|
| Digital (GPIB) Interface Board | 225 |
| Digital (SCSI) Interface Board | 225 |
| Analog (NTSC) Interface Board | 625 |
| Monitor (NTSC) Interface Board | 1,696 |
| Text Memory Board 32 (TM-32I) | 2,757 |
| Image Memory Board 48 (IM-48) | 2,328 |
| Image Memory Board 192 (IM-192) | 7,595 |
| IPU Cabinet | 406 |
| Extension Board | 568 |
| IPU-10 ROM Kit | 54 |

[1] Includes Cabinet.
[2] Requires Interface Board.
[3] Available in 1995.
[4] Requires IPU-10 ROM Kit when used with CLC700 or CLC800.

NOTE: In order to use the Control Card System, the following items are required: Control Card and the Basic Card Set. Card Sets 1, 2, and 3 and Control Card Printer are optional. The IC Card Unit 1 includes one (1) IC Card AMI.

Listed below are the cassettes provided with each model copier:

CLC350 (3) Cassettes – 1 Cassette (pre-set at Letter R), 1 Cassette (pre-set at Legal),
                                        and 1 Cassette (pre-set at Ledger)
CLC700 (2) Cassettes – 1 Letter, 1 Letter/Letter R/Legal/Ledger
CLC800 (3) Cassettes – 1 Letter, 2 Letter/Letter R/Legal/Ledger
CJ7 (1) Cassette – Letter
CJ10 (1) Cassette – Letter

Corporate Contract 4019
Appendix A
Page 46 of 56

**GENERAL MOTORS CORPORATION**
**Canon Canada Pricing**

**CANON INVOICED**
**MAINTENANCE RATES – FULL COVERAGE**

Includes periodic service calls, all intervening service calls, all replacement parts (including photoreceptor drums), and service labor.

| Model | Payment Plan | Canadian Pricing |
|---|---|---|
| CLC350 1,000 copies/mo. | Monthly service contract budget fee<br>Plus $0.26 per copy from 1,001 to 3,000 copies per mo.<br>Plus $0.23 per copy over 3,000 copies per mo. | $ 284 |
| CLC700 2,000 copies/mo. | Monthly service contract budget fee<br>Plus $0.20 per copy from 2,001 to 5,000 copies per mo.<br>Plus $0.18 per copy over 5,000 copies per mo. | 400 |
| CLC800 5,000 copies/mo. | Monthly service contract budget fee<br>Plus $0.16 per copy from 5,001 to 10,000 copies per mo.<br>Plus $0.13 per copy over 10,001 copies per mo. | 980 |
| BJ2436 | N/A | |
| BJ2436 | N/A | |
| CJ7 | Monthly service contract budget fee | 18 |
| CJ10 | Monthly service contract budget fee | 18 |

**Accessories**

| | | |
|---|---|---|
| Film Scanner II (350) | Monthly service contract budget fee | 40 |
| Film Scanner III (700/800) | Monthly service contract budget fee | 60 |
| Film Projector (Auto Focus 8"x10" copy) (350) | Monthly service contract budget fee | 15 |

### GENERAL MOTORS CORPORATION
#### Canon Canada Pricing

**CANON INVOICED**
**MAINTENANCE RATES – FULL COVERAGE (Cont'd)**

| Model | Payment Plan | Canadian Pricing |
|---|---|---|
| Film Projector–A1 (700/800) | Monthly service contract budget fee | 18 |
| Film Projector (CJ7/CJ10) | Monthly service contract budget fee | 5 |
| Film Projector (2436) | N/A | |
| Editor–F1 (700/800) | Monthly service contract budget fee | 10 |
| Rotary Changer–A1 (700/800) | Monthly service contract budget fee | 5 |
| Rotary Changer (2436) | N/A | |
| Image Editing Unit VII (350) | Monthly service contract budget fee | 10 |
| Intelligent Editor (CJ7/CJ10) | Monthly service contract budget fee | 5 |
| RDF III (350) | Monthly service contract budget fee | 10 |
| RDF–E1 (700/800) | Monthly service contract budget fee | 10 |
| Sorter–D1 (700/800) | Monthly service contract budget fee | 10 |

**GENERAL MOTORS CORPORATION**
Canon Canada Pricing

Corporate Contract 4019
Appendix A
Page 48 of 56

**CANON INVOICED**
**MAINTENANCE RATES – FULL COVERAGE (Cont'd)**

| Model | Payment Plan | Canadian Pricing |
|-------|-------------|------------------|
| Video Adapter 10 (NTSC) (CJ7/CJ10) | Monthly service contract budget fee | 5 |
| **Intelligent Processing Units** | | |
| PS–IPU (350/ 700/800) | Monthly service contract budget fee | 111 |
| IPU–10 (350/ 700/800) | Monthly service contract budget fee | 45 |
| CJ PS–IPU (CJ10) | Monthly service contract budget fee | 41 |
| IPU SS (2MB SCSI) (CJ10) | Monthly service contract budget fee | 10 |
| IPU DG (16MB GPIB) (CJ10) | Monthly service contract budget fee | 37 |
| **Accessories for IPU–10** | | |
| Digital (GPIB) Interface Board | Monthly service contract budget fee | 3 |
| Digital (SCSI) Interface Board | Monthly service contract budget fee | 3 |
| Analog (NTSC) Interface Board | Monthly service contract budget fee | 7 |
| Monitor (NTSC) Interface Board | Monthly service contract budget fee | 20 |
| Text Memory Board 32 (TM–32I) | Monthly service contract budget fee | 40 |

**GENERAL MOTORS CORPORATION**
Canon Canada Pricing

**CANON INVOICED**
**MAINTENANCE RATES – FULL COVERAGE (Cont'd)**

| Model | Payment Plan | Canadian Pricing |
|---|---|---|
| Image Memory Board 48 (IM–48) | Monthly service contract budget fee | $ 45 |
| Image Memory Board 192 (IM–192) | Monthly service contract budget fee | 80 |

**GENERAL MOTORS CORPORATION**
**Canon Canada Pricing**

### SUPPLY PRICING

| Supply | Packaging | Price |
|---|---|---|
| Toner (350)[1] | 1 bottle/case | $ 146.00/case |
| Toner (700/800)[1] | 1 bottle/case | 107.00/case |
| Starter (350)[1] | 1 bottle/case | 45.00/case |
| Starter (700/800)[1] | 1 bottle/case | 76.00/case |
| **BJ Cartridges** | | |
| BJ Cartridge BC-40 (CJ7/CJ10)[1] | 1 cartridge/box | 80.00/box |
| BJ Cartridge (2436)[1] | N/A | |
| **BJ Paper** | | |
| Color BJ Paper LC-201 LTR (CJ7/CJ10) | 200 sheets/box | 29.00/box |
| Color BJ Paper LC-201 STMT (CJ7/CJ10) | 200 sheets/box | 12.00/box |
| Roll Paper (2436) | N/A | |
| **BJ Label** | | |
| Color BJ Label Sheet LS-101 LTR (CJ7/CJ10) | 10 sheets/box | 5.00/box |
| **BJ Card Stock** | | |
| Color BJ Card Sheet CS-101 (CJ7/CJ10) | 50 sheets/box | 28.00/box |
| Color BJ Glossy Card Sheet NS-101 (CJ7) | 50 sheets/box | 28.00/box |
| Color BJ Glossy Card Sheet NS-201 (CJ7/CJ10) | 50 sheets/box | 28.00/box |
| **BJ Photo–Sheet Film** | | |
| BJ Photo–Sheet Film CA-101 (CJ7) | N/A | |
| **Transparencies** | | |
| Transparency Film (350) | 50 sheets/box | 64.00/box |
| Transparency Film (700/800) | 50 sheets/box | 50.00/box |
| Color BJ OHP Transparencies | | |
|  CT-101 LTR (CJ7/CJ10) | 50 sheets/box | 96.00/box |
| BJ Transparencies (2436) | N/A | |
| Canon Transparency Protectors | N/A | |
| **CLC Card Sheet** | | |
| Card Sheet NS-700 Ledger (700/800) | 500 sheets/box | 77.00/case |
| Card Sheet NS-700 Legal (700/800) | 500 sheets/box | 62.00/case |
| Card Sheet NS-700 Letter (700/800) | 500 sheets/box | 50.00/case |

[1] Available in Black, Cyan, Magenta, and Yellow.

**GENERAL MOTORS CORPORATION**
Canon Canada Pricing

Corporate Contract 4019
Appendix A
Page 51 of 56

**GRAPHICS TONER INCLUSIVE**
**RENTAL PRICING**

**TONER INCLUSIVE SERVICE RATES ARE NOT OFFERED IN CANADA**

**TONER SUPPLIES ARE SOLD SEPARATELY**

**GENERAL MOTORS CORPORATION**
**Canon Canada Pricing**

**PURCHASE PRICING**

| Model | Canadian Pricing |
|-------|------------------|
| GP55  | $ 15,296 |
| GP55F | 17,425 |

Listed below are the cassettes provided with each model:

GP55/GP55F -- Dual Front-Loading Cassettes (500 sheets each)

Limited Service Availability

Installation charge is included in the equipment pricing.

## GENERAL MOTORS CORPORATION
### Canon Canada Pricing

### Accessory Purchase Pricing

| Accessory | Canadian Pricing |
|---|---|
| RDF–C1 Editor | $ 2,371 |
| Film Projector | 1,318 |

### Connectivity Accessories

| | |
|---|---|
| MDC–A1 | 2,635 |
| Interface Board–A1[3] | 807 |
| G3 Fax Board[1] | 3,043 |
| GP Handset–A1[1] | 161 |
| Printer Board–P1 (PCL)[3] | 2,614 |
| Network Interface Board–P1 (Ethrnet)[3] | 1,045 |
| PS GP Unit | 8,891 |

### Document Feeders

| | |
|---|---|
| ADF–C1 | 1,632 |
| RDF–C1 | 1,814 |

### Sorters

| | |
|---|---|
| Sorter–C1[2] | 2,792 |

### Finishers

| | |
|---|---|
| Stapler Sorter–C1[2] | 3,863 |
| Stapler Sorter–D1 | 1,288 |

### Paper Decks

| | |
|---|---|
| Paper Deck Pedestal w/Duplexing–G1 | 3,043 |
| Paper Deck Pedestal–H1 | 2,154 |

### Cabinets

| | |
|---|---|
| Pedestal w/ Duplexing Unit–A1 Cabinet | 1,853 |

### GENERAL MOTORS CORPORATION
#### Canon Canada Pricing

#### Accessory Purchase Pricing – Continued

| Accessory | Canadian Pricing |
|---|---|
| **Miscellaneous** | |
| Image Editing Unit-A2 | $ 572 |
| Control Card V (GP55) | 246 |
| Control Card for GP55F | 246 |
| Control Card Printer | 136 |
| Basic Card Set | 152 |
| Card Set 1 | 141 |
| Card Set 2 | 302 |
| Card Set 3 | 436 |

[1] Requires GP55F and MDC.
[2] Requires Cabinet, Paper Deck Pedestal-H1, Paper Deck Pedestal with Duplexing-G1, or Pedestal with Duplexing-A1 for installation.
[3] Requires MDC.

Corporate Contract 4019
Appendix A
Page 55 of 56

**GENERAL MOTORS CORPORATION**
Canon Canada Pricing

**CANON INVOICED**
**MAINTENANCE RATES – FULL COVERAGE**

Includes periodic service calls, all intervening service calls, all replacement parts (including photoreceptor drums), and service labor.

| <u>Model</u> | <u>Payment Plan</u> | <u>Canadian Pricing</u> |
|---|---|---|
| GP55 | **PENDING: Service rates will be issued in Canada by 2/1/95.** | |
| GP55F | **PENDING: Service rates will be issued in Canada by 2/1/95.** | |

**<u>Accessories</u>**

Accessory service pricing is included in the base service cost per month.
It is not an extra charge per item.

Corporate Contract 4019
Appendix A
Page 56 of   56

**GENERAL MOTORS CORPORATION**
**Canon Canada Pricing**

**SUPPLY PRICING**

| Black Toner | Packaging | Canadian Pricing |
|---|---|---|
| GP55/GP55F | 1 cartridge/case | $53.00/case |

| Miscellaneous | | |
|---|---|---|
| Staple Cartridge–A1 | 3 cartridges/case  (5,000/cartridg | 61.00/case |
| Staple Cartridge–D1 | 5 cartridges/case  (1,000/cartridg | 45.00/case |

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>1</u> OF <u>27</u>

## GENERAL MOTORS CORPORATION

This is a Contract, dated the <u>first</u> day of January, <u>1995</u> between <u>_____</u>
<u>CANON USA, INC., LAKE SUCCESS, NY a Corporation of the State of</u>
<u>NEW YORK, NY</u> hereafter referred to as the "Seller" and General
Motors Corporation, Detroit, Michigan, a Corporation of the State of
Delaware and its wholly owned subsidiaries hereinafter referred to as
the "Buyer" and its purchasing locations, hereinafter, referred to as
the "Purchaser", WITNESSETH:

### Three Year Contract

Seller agrees that Purchaser's locations may order Seller's <u>FACSIMILE</u>
<u>EQUIPMENT AND/OR SERVICES</u> identified herein "Equipment" for the period
commencing January 1, 1995 through December 31, 1997 upon and subject to
the terms and conditions stated herein.

This Corporate Purchase Contract constitutes the entire Corporate
Standards Program covering FACSIMILE EQUIPMENT AND/OR SERVICES, whereby,
all GM locations shall have the latitude of selecting from those
products included therein.

### TABLE OF CONTENTS

|      |                              |
|------|------------------------------|
| I.   | General Terms and Conditions |
| II.  | Purchase                     |
| III. | Rental                       |
| IV.  | Maintenance                  |
| V.   | Supplies                     |
| VI.  | Appendix                     |

TERMS OF PAYMENTS: <u>GM - Net 25th Prox.; EDS & Hughes - Net 30 Days</u>
F.O.B. <u>Our Plant</u>
DELIVERIES: Delivery shall be made between the date hereof and <u>_____</u>
<u>January 31, 1998</u> as may be specified from time to time on Purchaser's
purchase orders, on or before the Contract expiration date of <u>December</u>
<u>31, 1997.</u>

GM CONFIDENTIAL

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>2</u> OF <u>27</u>

GENERAL MOTORS CORPORATION

Section I - General Terms and Conditions

| 1.0 | Implementation of Contract |
| 2.0 | Commitments |
| 3.0 | Order Placement |
| 4.0 | Delivery |
| 5.0 | Installation |
| 6.0 | Condition of Equipment |
| 7.0 | Acceptance of Equipment |
| 8.0 | Pricing |
| 9.0 | Taxes |
| 10.0 | Invoicing |
| 11.0 | Verification |
| 12.0 | Payment |
| 13.0 | Reports |
| 14.0 | Notices |
| 15.0 | Individual Equipment Term |
| 16.0 | Incorporation by Reference |
| 17.0 | Contract Termination Without Charge |
| 18.0 | Foreign Counterpurchase Program |
| 19.0 | Confidentiality |
| 20.0 | GM Terms and Conditions |
| 21.0 | Corporate Divestment |
| 22.0 | Addendum to General Motors' Standard Terms and Conditions |

CORPORATE PURCHASE CONTRACT __4023__
PAGE __3__ OF __27__

GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

1.0    IMPLEMENTATION OF CONTRACT

1.1    Any Purchaser's location may participate in this Contract at any time during the term of this Contract by the issuance of a purchase order(s)/release(s) referencing this Contract.

1.2    In the event that Seller cannot meet delivery, performance criteria, technology, or technical requirements, the Purchaser shall have the alternative to solicit and place the requirement with an alternative approved supplier.

2.0    COMMITMENTS

It is recognized by Purchaser that Seller is one of __four__ authorized vendors for Purchaser. However, Purchaser and Seller recognize and agree that Purchaser equipment requirements may fluctuate.  Seller agrees that Purchaser has made no representation, warranty, guarantee or commitment that Purchaser will purchase any minimum quantity of products or services under this Contract. Seller further agrees that any inventories which Seller may establish or which may otherwise arise from Seller's performance under this Contract shall be at the sole risk and responsibility of Seller.  Purchaser has made no representation, warranty, guarantee or commitment that Purchaser will be obligated to purchase all or any part of such inventories.

3.0    ORDER PLACEMENT

The Purchaser shall issue individual purchase orders, releases or amendments referencing this contract number to Seller at the following address:

Canon USA, Inc.
100 Park Blvd.
Itasca, IL 60143
Attn:  Milt Ward
1-800-457-2751, Ext. 7760

CORPORATE PURCHASE CONTRACT 4023

PAGE  4  OF  27

GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

4.0   DELIVERY

4.1 Seller shall make deliveries in accordance with the date
(s) specifically negotiated by Purchaser and Seller.
If Seller is unable to furnish the total quantity as
requested, Seller shall immediately advise Purchaser.
Seller shall not delay shipment(s) without Purchaser's
authorization. If Seller cannot make deliveries in accord-
ance with Purchaser's purchase order or suborder release
under this Contract by the date(s) specified, Purchaser in
addition to any other remedies contained in this Contract
shall have the option to cancel, at no charge, the individ-
ual purchase order/release or any portion thereof.

4.2 Seller shall deliver, at no charge, install, and put into
operating condition Equipment at the installation site(s)
designated by the Purchaser.  Equipment shall be delivered
by Seller's nearest authorized dealer.

5.0   INSTALLATION

5.1 Purchaser shall provide electrical connections and electri-
city for the Equipment furnished hereunder that complies
with the electrical requirements specified by Seller.
Purchaser shall also provide a suitable place for the
Equipment furnished hereunder that conforms with the envir-
onmental limitations, ventilation statistics, physical
dimensions, and space requirements set forth by Seller.

5.2 Seller shall waive all equipment removal and relocation
charges.

6.0   CONDITION OF EQUIPMENT

SELLER AGREES TO PROVIDE BRAND NEW CURRENTLY MANUFACTURED
EQUIPMENT.

CORPORATE PURCHASE CONTRACT 4023
PAGE  5  OF  27

GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

7.0  STANDARD OF PERFORMANCE AND ACCEPTANCE OF EQUIPMENT

7.1  Purchaser shall accept each item of Equipment on the date
(the "Acceptance Date") when (i)necessary documentation has
been received. (ii) such Equipment performs in accordance with
and/or conforms to its applicable specifications, and (iii)
such Equipment successfully completes thirty (30) working day
performance and reliability testing period described in
section 7.2

7.2  In additional to the warranties set forth in this Contract,
Equipment must complete a thirty (30)consecutive working day
performance and reliability testing period.  If Equipment does
not perform in accordance with its applicable specifications
for at least ninety-seven percent (97%) of Purchaser's normal
working hours for thirty (30) consecutive days during a forty-
five (45) day testing period following the actual installation
date of the Equipment, then Purchaser shall so inform Seller
in writing.  Upon receipt of such notice, Seller shall, at
Purchaser's option, repair or replace the unacceptable Equip-
ment at no additional cost to Purchaser.  The repaired or
replacement Equipment shall be subject to the performance and
reliability tests set forth in this paragraph.

7.3  Equipment which has been accepted by Purchaser and then
modified or replaced shall be deemed to have met Purchaser's
standard performance if it operates in conformance with
Seller's published technical specifications at an average
effectiveness level of ninety-seven percent (97%) or more
during a thirty (30) consecutive day period.  The average
effectiveness level is a percentage figure determined by
dividing the accumulated actual productive operational use
time of the additional equipment by the sum of actual produc-
tive operational use time plus downtime resulting from failure
of the equipment being tested.

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>6</u> OF <u>27</u>

### GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

**7.0  STANDARD OF PERFORMANCE AND ACCEPTANCE OF EQUIPMENT CONTINUED**

   7.4  Seller shall maintain daily records to satisfy all require-
        ments of this Section 7.0.

   7.5  In the event that the cumulative inoperativeness for a unit of
        Equipment exceeds ten percent (10%) in any calendar month,
        Purchaser may request a replacement unit or terminate the
        portion of the order covering the inoperative unit of equip-
        ment at no charge. Purchaser may terminate the P.O., replace
        the equipment or request technical assistance until such time
        that the Seller meets the requirements.

   7.6  Replacement Equipment shall be installed within two (2)
        working days after existing equipment has been classified as
        inoperative and/or unrepairable.

**8.0  PRICING**

   8.1  Prices, charges and rates applicable to this Contract are
        contained within the attached Appendices. All prices are net
        prices. Prices are firm for the duration of this Contact.

   8.2  Seller agrees to deliver, install, or remove those items
        specified in Section VI Appendices A at no charge to the
        Purchaser.

   8.3  Seller warrants that any unit prices charged herein do
        not exceed the unit prices charged by Seller to other
        customers in substantially similar transactions.

   8.4  Seller represents and warrants that the prices set forth in
        the attached Appendices are as low as those Seller has charged
        to its other customers for the same or similar products or
        services of the same quality for delivery during the same
        periods of time in the same general geographical area under
        the same or similar conditions. In the event that during the
        period of this Contract Seller reduces said prices to any of
        its other customers or Purchaser's organizations for the same
        or similar products or services of the same or similar
        quantity for delivery within the same geographical area and
        under the same or similar conditions, then Seller shall notify

CORPORATE PURCHASE CONTRACT 4023
PAGE  7  OF  27

·GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

8.0  PRICING CONTINUED

8.4 CONTINUED

the Buyer in writing of such reductions or increases and the
Purchaser shall modify in writing the prices specified in the
attached Appendices to reflect the reduced prices or markups or
increased prices effective as of the date the lower prices
shall have been established.

8.5  Seller also represents and warrants that the prices set forth
the attached Appendices do not and will not violate any
federal, state, country or municipal law or regulation relative
to price discrimination, price fixing or price stabilization.
Seller agrees to indemnify, exonerate and hold Purchaser harm-
less from any such violations.

8.6  Non-U.S. Pricing, Canadian:  All terms and conditions for
equipment to be placed in Canada will be governed by this
contract.  Pricing for such placements are contained within
Section VI, Appendix A.  Invoicing and payment shall be made
in the local currency.  Taxes will be invoiced separately.

8.7  Non-U.S. Pricing, Mexican:  Pricing mutually beneficial to
both parties shall be negotiated with Sellers representative,
subject to the terms and conditions of that country.  Invoicing
and payment shall be made in the local currency.  Taxes will
be invoiced separately.

9.0  TAXES

Seller shall pay all applicable taxes on equipment, accessories and
supplies covered hereunder, except for sales or use taxes which
shall be paid by the Purchaser.

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>  8  </u> OF <u> 27 </u>

GENERAL MOTORS CORPORATION

10.0 INVOICING

Seller shall submit the following minimum information with each
invoice.

10.1  Contract Number.
10.2  Purchase Order/Release Number
10.3  Item Number/Model Number/Serial Number and/or Description
10.4  Unit Net Price
10.5  Name of person issuing Purchase Order/Release Number

SECTION I - GENERAL TERMS AND CONDITIONS

11.0 VERIFICATION

11.1  Purchaser shall have the right to request appropriate
      computer information, records and catalogs pertaining to this
      Contract and work hereunder at all reasonable times, and
      shall have the right to determine the correctness and
      propriety of the charges billed by Seller.  If any such
      inspection discloses any mispricing resulting in overpayment
      by Purchaser, the amount thereof shall be refunded to
      Purchaser promptly upon demand.  Purchaser may, at its
      option, withhold such payments from any amounts otherwise due
      from Purchaser to Seller.

11.2  Seller shall maintain a copy of all books, records and
      catalogs utilized for pricing under this Contract for at
      least four (4) years after termination of this contract, and
      or purchase order.

11.3  If, after examination of twenty-five percent or more of the
      total dollars invoiced for the specified period, it is deter-
      mined that pricing errors exists, it is mutually understood
      and agreed that the error factor will be extrapolated over
      the remaining billings.  Seller may elect to perform a
      review of invoices referred to in Purchaser's report.  Within
      thirty (30) days or such additional time thereafter as
      Purchaser may agree as reasonable, Seller may bring to
      Purchaser's attention errors or discrepancies, if any, in
      Purchaser's audit findings.  The error factor will then be
      adjusted, as required.  Sell shall promptly thereafter
      submit proper debit or credit memos in accordance with the
      instructions of the Purchaser.

CORPORATE PURCHASE CONTRACT 4023
PAGE  9  OF  27

GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

12.0  PAYMENT
Purchaser will make payment on a monthly basis, subject to
alternative arrangements as may be mutually agreed to between
Seller and Purchaser.  Accumulation of releases for the purpose of
a single invoice is permissible, provided, however that the
release number and date of order placement is so identified.  Co-
mingling of different purchase orders or implementing agreements
for the purpose of a single invoice, however, is not permitted.

13.0  REPORTS

13.1  Seller shall prepare and distribute to Buyer the following
reports by major subdivision and in summary form, by the
15th day of the second month following each calendar
quarter.

   13.1.1  Contract Status Report - A report which identifies
           the Buyer's current rental and purchased population
           of Seller's equipment segregated by model numbers.

   13.1.2  Sales Report - A report which identifies generated
           sales per current quarter and contract year-to-date.

   13.1.3  Savings Report - A report with savings resulting
           from utilization of this contract vs. the pricing in
           effect October 31, 199 4.

13.2  The reports described in 13.0 are to be provided to the
Corporate Contract Administrator at the address identified
within Section 14.1 and as requested to the Buyer at the
individual buying location.

CORPORATE PURCHASE CONTRACT 4023
PAGE 10 OF 27

GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

14.0  NOTICES

14.1  Notices and reports to Buyer transmitted by mail or telegram
shall be addressed to:

Purchasing Agent
General Motors Acceptance Corporation
3044 West Grand Blvd.
Rm. 3-101
Detroit, MI 48202

NOTE:  Copies to be mailed to the following:

Senior Buyer
Corporate Purchase Contracts
General Motors Corporation
3044 West Grand Blvd.
GM Bldg., Room 5-136
Detroit, MI 48202

Contract Negotiator
EDS
5400 Legacy Drive
Plano, TX 75024
Mail Stop H1-10-36

Contract Administrator
Hughes
Bldg. E04 MS 155
P O Box 902
2000 E. El Segundo Blvd.
El Segundo, CA 90245

14.2  Notices to Seller transmitted by mail or faxes shall
be addressed to:

Contract Manager
National Account Manager
Canon USA, Inc.
One Canon Plaza
Lake Success, NY 11042
Attn:  Joseph J. Annicelli

CORPORATE PURCHASE CONTRACT  4023
PAGE  11  OF  27

NOTE:  Copies to be mailed to the following:
Administrator Coordinator
National Account Division
Canon USA, Inc.
100 Park Blvd.
Itasca, IL 60143

## SECTION I - GENERAL TERMS AND CONDITIONS

**15.0  INDIVIDUAL EQUIPMENT TERM**

In the event of termination or expiration of this Contract as set
forth herein, the prices, terms and conditions for individual unit
purchase orders issued hereunder shall survive for the balance of
their initial or renewal term subject to any possible price
increase or decrease which may take place during the initial term
of this Contract or any renewal option.

**16.0  INCORPORATION BY REFERENCE**

All documents cited and referred to in this Contract are incorpo-
rated herein  by such reference and made in integral part hereof.

**17.0  CONTRACT TERMINATION WITHOUT CHANGE**

Any portion of or all of this Contract may be canceled for cause
by either party upon thirty (30) day written notification.  Seller
shall be given reasonable notice of such cause and a reasonable
period of time to correct any such error or cause.  If Seller
cannot correct such cause to satisfaction of Buyer, then Buyer can
terminate this Contract without penalty.

**18.0  FOREIGN COUNTERPURCHASE PROGRAM**

Seller's participation in this program is not possible at the
outset of this Contract.  If Seller's participation later becomes
possible, during the term of this Contract, discussions will
promptly be re-opened between Seller and Purchaser to implement
that participation.

CORPORATE PURCHASE CONTRACT 4023
PAGE 12 OF 27

GENERAL MOTORS CORPORATION

19.0  CONFIDENTIALITY

Seller acknowledges that in the course of performance of its
obligations pursuant to this Contract, Seller may obtain certain
confidential and/or proprietary information of Buyer of its
affiliates or customers, including the terms and conditions of
this Contract.  Seller hereby agrees that all information
communicated to it by Buyer, its affiliates, or customers, whether
before or after the Effective Date, shall be received in strict
confidence, and shall be used only for purposes of this Contract.
Information shall not be disclosed by Seller, its agents or
or employees without the prior written consent of Buyer, except as
may be necessary by reason of legal, accounting or regulatory
requirements beyond the reasonable control of Seller.  The
provisions of this Section shall survive the term or termination
of this Contract for any reason.

20.0                                   TERMS AND CONDITIONS

PAGE  15  OF  27

IN WITNESS WHEREOF the parties hereto have caused these presents to be executed in duplicate the year and date first above written.

GENERAL MOTORS CORPORATION

By: _M. G. Clark_____
                                   Corporate Purchase Contracts Staff Manager

By: _Sam L. Nowar_____
                                   Corporate Purchase Contracts Staff Purchasing Buyer

By: _James C. Eck_____
        James C. Eck

Title: Director & General Manager

CORPORATE PURCHASE CONTRACT 4023
PAGE 14 OF 27

### GENERAL MOTORS CORPORATION

SECTION I - GENERAL TERMS AND CONDITIONS

21.0  CORPORATE DIVESTMENT

21.1  Buyer and its Subsidiaries, affiliates and Divisions are
currently procuring products and services from Seller based
on the Terms and Conditions of this Contract.

21.2  In the event that ant Buyer, Subsidiary, Affiliate or
Division is sold to or merged with a third party, such new
entity shall separately and independetly be allowed to con-
tinue to utilize such products or services and to procure
any new or additional products or services from Supplier
under the Terms and Conditions of this Contract at no
at no additional charge.  Such right shall continue for the
remaining term of this Contract.  Such new entity shall
separately and independently assume the rights and obliga-
tions set forth in this Contract.

22.0  ADDENDUM TO GM STANDARD TERMS AND CONDITIONS

Indemnification:  Reference applicable paragraph 16.  GM Terms and
Conditions except change arising out of the sole to "proximately caused by".

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>15</u> OF <u>27</u>

GENERAL MOTORS CORPORATION

SECTION II - PURCHASE TERMS AND CONDITIONS

1.0          PRICING

2.0          TITLE

3.0`         WARRANTY

4.0          RELOCATION OF EQUIPMENT

CORPORATE PURCHASE CONTRACT  4023

PAGE  16  OF  27

GENERAL MOTORS CORPORATION

SECTION II - PURCHASE TERMS AND CONDITIONS

1.0    PRICING

Pricing and identification of equipment available for purchase are
contained within Section VI, Appendix A.  Purchased equipment
shall be in new condition with minimum meter readings resulting
from initial set-up and installation trials.

2.0    TITLE

2.1    Seller represents and warrants that at the time of sale of
Equipment to Purchaser, Seller shall transfer title to
Purchaser free and clear of all claims, liens, encumbrances,
judgments, taxes or fees or whatever nature, and shall, at
any time requested by Purchaser and at Seller's expense,
provide necessary papers to transfer title to purchaser and
to remove  any uncertainty which may interfere with
Purchaser's title.

2.2    Seller hereby agrees to indemnify, hold harmless, and exoner-
ate the Purchaser, its officers, agents and employees, from
and against any and all claims, liens, encumbrances,
judgments, liabilities, losses, taxes or fees, costs,
penalties and damages of any nature whatsoever, including
costs and expenses incidental hereto, arising out of the
following:

2.2.1      Any failure by Seller to transfer free and clear
title to Purchaser of all Equipment purchased.

2.2.2      Any violation by Seller of applicable laws,
ordinances, codes and regulations which apply to
Equipment covered under this Contract prior to
the time of transfer of title to Purchaser.

2.2.3      Any payments for the costs of all taxes, excises
or governmental charges of any nature assessed
on Equipment purchase hereunder, prior to the
time of transfer of title to Purchaser.

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>17</u> OF <u>27</u>

### GENERAL MOTORS CORPORATION

SECTION II - PURCHASE TERMS AND CONDITIONS

**3.0 WARRANTY**

3.1 Seller's Equipment is warranted to be free from manufacturing
and material defects for a period of one year from the date of
the Equipment's installation. Any Equipment purchased from
Seller which becomes defective during the period will be
repaired or replaced at Seller's discretion either at the
Purchaser's site or at Seller's plant with shipping costs to
be borne by Seller.

3.2 Claims by the Purchaser in regard to any defect in Equipment
must be made within the warranty period. Seller will either
replace the defective Equipment or correct the error, but
Equipment may not be returned without the consent of Seller.

3.3 Except as otherwise provided in this Contract, the above
represents Seller's sole warranty with respect to purchased
items. THE WARRANTIES CONTAINED IN THIS CONTRACT ARE IN LIEU
OF ALL OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY
REGARDING MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE,
RELATING TO THE USE OR PERFORMANCE OF THE EQUIPMENT. SELLER
WILL NOT BE LIABLE FOR PERSONAL INJURY OR PROPERTY DAMAGE
(UNLESS CAUSED SELLER'S NEGLIGENCE), LOSS OR PROFIT OR OTHER
INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR
INABILITY TO USE THE EQUIPMENT, EVEN IF SELLER HAS BEEN
ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, which exceed the
aforestated obligation are hereby disclaimed by Seller and
excluded from this contract.

3.4 Any alterations, additional, changes or improper use or care
of the Equipment by the Purchaser will void the above stated
warranty provisions.

CORPORATE PURCHASE CONTRACT  4023
PAGE  18  OF  27

GENERAL MOTORS CORPORATION

SECTION II - PURCHASE TERMS AND CONDITIONS

4.0   RELOCATION OF EQUIPMENT

Seller shall be responsible for transporting Seller's installed
Equipment at no charge.  Seller shall assist Purchaser with such
relocation by performing the following tasks provided the Equipment
was covered at the time of relocation by a FSM purchase order in
accordance with Section IV, Paragraph 2.0.

4.1   Ascertain that the new location complies with Equipment's
      electrical requirements.

4.2   Prepare Equipment for movement.

4.3   Install Equipment at new location.

CORPORATE PURCHASE CONTRACT  4023
PAGE  19  OF  27

GENERAL MOTORS CORPORATION

SECTION III - RENTAL TERMS AND CONDITIONS

1.0  Pricing

2.0  Maintenance and Supplies

3.0  Equipment Liability

4.0  Use

5.0  Title

6.0  Relocation

7.0  Termination of Equipment

8.0  General

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>20</u> OF <u>27</u>

### GENERAL MOTORS CORPORATION

SECTION III - RENTAL TERMS AND CONDITIONS

1.0   PRICING

Rental prices and identification of equipment available for rental
are contained within Section VI, Appendix A.  Rental plans are
based upon a flat monthly charge of either a two or three year
duration.

2.0   MAINTENANCE AND SUPPLIES

All rental plans include Full Service Maintenance (FSM).  Supplies
are not included.

3.0   EQUIPMENT LIABILITY

The Purchaser is relieved of all risks of physical loss or damage
to said Equipment, except when such loss or damage is caused by
Purchaser's negligence.  In any event, Purchaser's total liability
shall not exceed the cost of Equipment lost or damaged, less depre-
ciation.

4.0   USE

The Equipment shall in all events, and though attached to realty,
be deemed Seller's personal property.  Purchaser will keep the
rented Equipment free from all liens and encumbrances which may
arise solely due to the fact that rented equipment is in the
possession of Purchaser.

5.0   TITLE

Title to Equipment shall remain with the Seller; and unless other-
wise expressly provided herein, risk of loss shall follow title.
Purchaser shall, whenever requested by Seller, advise Seller of the
location of Equipment.

6.0   RELOCATION

6.1   Seller shall move Equipment on the date(s) specified by
Purchaser provided, however, that Purchaser shall furnish ten
(10) days advance written notice for the movement of Equip-
ment.

CORPORATE PURCHASE CONTRACT  4023
PAGE  21  OF  27

GENERAL MOTORS CORPORATION

SECTION III - RENTAL TERMS AND CONDITIONS

6.0   RELOCATION CONTINUED

   6.2   Purchaser shall not alter, remove or dispose of any Equipment
         covered hereunder without prior written approval of Seller.

   6.3   Upon Purchaser's issuance of notice to relocate Equipment,
         Seller shall:

      6.3.1        Ascertain that the new location complies with
                   the Equipment's electrical requirements.

      6.3.2        Prepare Equipment for movement.

      6.3.3        Install Equipment at a new location.

7.0   TERMINATION OF EQUIPMENT

   7.1   Early Termination Charges will not be assessed for any unit
         (s) terminated due to business closing, and/or major employee
         redeployment which has been installed a minimum of ninety
         (90) days.  Thirty (30) days prior to written notice of
         termination is required and the Equipment canceled cannot be
         replaced by a competitive unit.  Early Termination
         Charges will not be assessed for any unit(s) terminated
         that to meet uptime performance requirements hereunder.

   7.2   Seller shall remove Equipment on the date(s) specified by
         Purchaser provided, however, that Purchaser shall furnish
         ten (10) days advance written notice for the movement of
         Equipment.

   7.3   Early Termination Charges for Equipment cancelled due to the
         installation of competitive equipment shall be an amount equal
         to the Purchaser's monthly minimum charges in effect for the
         Equipment at the time of cancellation multiplied by the number
         of months remaining in the contract, not to exceed four (4)
         months plus all unpaid meter charges.

CORPORATE PURCHASE CONTRACT <u>4023</u>
PAGE <u>22</u> OF <u>27</u>

GENERAL MOTORS CORPORATION

**7.0   TERMINATION OF EQUIPMENT CONTINUED**

7.4   Within thirty (30) days of the termination or expiration of
any implementing purchase order/release issued under this
Contract, Seller shall promptly remove the rented Equipment
from the premises of the Purchaser.  Seller shall be respon-
sible for all loss or damage to such premises of property of
Purchaser caused by the negligent acts of Seller in so
removing the rented Equipment.  The rented Equipment shall be
returned to Seller in as good condition as when received,
except for reasonable wear and tear resulting from any lawful
use hereunder.

**SECTION III - RENTAL TERMS AND CONDITIONS**

**8.0   GENERAL**

8.1   Purchase agrees to bear all risks of theft, loss or damage to
Equipment not caused by Seller's employees or agents.  Pur-
chaser's total liability shall not exceed the cost of
Equipment lost or damaged, less depreciation.

8.2   Purchaser agrees not to or allow other to alter or remove
Seller's Equipment or remove Seller's insignia or label.

8.3   Purchaser agrees to provide Seller access, subject to security
requirements, to Purchaser's premises to accommodate Seller's
delivery, installation service, inspection of equipment, meter
readings and delivery of supplies.

CORPORATE PURCHASE CONTRACT  4023
PAGE  23  OF  27

GENERAL MOTORS CORPORATION

SECTION IV - MAINTENANCE TERMS AND CONDITIONS

1.0  Plans Available

2.0  Full Service Maintenance (FSM)

3.0  Per Call Maintenance (PCM)