# EXHIBIT B

## G41K - GMAC MORTGAGE BANKRUPTCY PRE-PETITION..... AS OF OCTOBER 16, 2012

| \<Cust Ref Num\> | \<Summary Billing Num\> | \<Trx T | \<Trx Date\> | \<Due Date\> | \<Cust PO Num\> | \<Bill to\> | \<Sell to\> | \<Pmt Term\> | \<Balance\> | \<Status\> | Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CK1763553OV | some duplicate pymts | ACC:C | 5/5/2011 | 5/5/2011 | | G41K | G41K | NN | -$84.80 | U:Unappl | 523 |
| V4525807DP | NJE40539 - OPEN INVS | ACC:C | 7/5/2011 | 7/5/2011 | | G41K | G41K | NN | -$273.46 | U:Unappl | 462 |
| R3378318 | NJE35809-no open invs | CRM:( | 11/10/2008 | 12/25/2008 | A84971-23261 | G41K | G41KL3 | NG | -$568.30 | U:Unappl | 1429 |
| R3405986 | VSG00328-no open invs | CRM:( | 11/10/2008 | 12/25/2008 | 38543 | G41K | G41KL3 | NG | -$643.14 | U:Unappl | 1429 |
| R3453859 | VFM06298-no open invs | CRM:( | 12/30/2008 | 2/13/2009 | AR 09801 | G41K | G41KL3 | NG | -$162.47 | U:Unappl | 1379 |
| R5498296 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $515.03 | U:Unappl | 195 |
| R5498298 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $517.39 | U:Unappl | 195 |
| R5498299 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $359.16 | U:Unappl | 195 |
| R5498301 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $357.27 | U:Unappl | 195 |
| R5498302 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $475.00 | U:Unappl | 195 |
| R5498303 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $816.84 | U:Unappl | 195 |
| R5498304 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $875.58 | U:Unappl | 195 |
| R5498305 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $852.49 | U:Unappl | 195 |
| R5498308 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $116.06 | U:Unappl | 195 |
| R5498310 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $463.73 | U:Unappl | 195 |
| R5498311 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $440.49 | U:Unappl | 195 |
| R5498313 | | INV:IN | 3/28/2012 | 5/27/2012 | 18764 | G41K | G41KL3 | 14 | $618.92 | U:Unappl | 195 |
| R6458941 | | INV:IN | 9/12/2012 | 11/11/2012 | 40323 | G41K | G41KL3 | 14 | $50.66 | U:Unappl | 27 |
| R6460241 | | INV:IN | 9/12/2012 | 11/11/2012 | A84971-21550 | G41K | G41KL3 | 14 | $17.95 | U:Unappl | 27 |
| R6460421 | | INV:IN | 9/12/2012 | 11/11/2012 | AR 10705 | G41K | G41KL3 | 14 | $41.89 | U:Unappl | 27 |
| R6460661 | | INV:IN | 9/12/2012 | 11/11/2012 | AR 12474 | G41K | G41KL3 | 14 | $45.67 | U:Unappl | 27 |
| R6460725 | | INV:IN | 9/12/2012 | 11/11/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $101.86 | U:Unappl | 27 |
| R6460841 | | INV:IN | 9/12/2012 | 11/11/2012 | 713101 | G41K | G41KL3 | 14 | $41.42 | U:Unappl | 27 |
| R6461001 | | INV:IN | 9/12/2012 | 11/11/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $38.52 | U:Unappl | 27 |
| R6461081 | | INV:IN | 9/12/2012 | 11/11/2012 | A84971-24387 | G41K | G41KL3 | 14 | $43.45 | U:Unappl | 27 |
| R6538528 | | INV:IN | 9/26/2012 | 11/25/2012 | 42694 | G41K | G41KL3 | 14 | $32.86 | U:Unappl | 13 |
| V4569720 | S4456274 | INV:IN | 11/18/2010 | 1/17/2011 | AR 11582 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 691 |
| V4569727 | S4456278 | INV:IN | 11/18/2010 | 1/17/2011 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 691 |
| V4569728 | S4456278 | INV:IN | 11/18/2010 | 1/17/2011 | AR 12474 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 691 |
| V4569730 | S4456278 | INV:IN | 11/18/2010 | 1/17/2011 | 39209 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 691 |
| V4569731 | S4456278 | INV:IN | 11/18/2010 | 1/17/2011 | 39209 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 691 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V4570171 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 35180 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 691 |
| V4570172 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | A84971-24414 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 691 |
| V4570173 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 33666 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 691 |
| V4570174 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 33651 | G41K | G41KL3 | 14 | $69.91 | U:Unappl | 691 |
| V4570175 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 32862 | G41K | G41KL3 | 14 | $75.82 | U:Unappl | 691 |
| V4570176 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 38333 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 691 |
| V4570177 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 691 |
| V4570178 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 691 |
| V4570179 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 44387 | G41K | G41KL3 | 14 | $86.40 | U:Unappl | 691 |
| V4570180 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 51223 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 691 |
| V4570181 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 51593 | G41K | G41KL3 | 14 | $87.00 | U:Unappl | 691 |
| V4570182 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 51435 | G41K | G41KL3 | 14 | $261.00 | U:Unappl | 691 |
| V4570183 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 54103 | G41K | G41KL3 | 14 | $84.80 | U:Unappl | 691 |
| V4570184 | S4456276 | INV:IN | 11/18/2010 | 1/17/2011 | 56432 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 691 |
| V4612527 | S4513982 | INV:IN | 12/17/2010 | 2/15/2011 | AR 11582 | G41K | G41KL3 | 14 | $34.34 | U:Unappl | 662 |
| V4612529 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 35180 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 662 |
| V4612530 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | A84971-24414 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 662 |
| V4612531 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 33666 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 662 |
| V4612532 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 33651 | G41K | G41KL3 | 14 | $68.90 | U:Unappl | 662 |
| V4612533 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 32862 | G41K | G41KL3 | 14 | $69.55 | U:Unappl | 662 |
| V4612534 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 38333 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 662 |
| V4612535 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 662 |
| V4612536 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 42694 | G41K | G41KL3 | 14 | $87.93 | U:Unappl | 662 |
| V4612537 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 44387 | G41K | G41KL3 | 14 | $86.40 | U:Unappl | 662 |
| V4612538 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 51223 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 662 |
| V4612539 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 51593 | G41K | G41KL3 | 14 | $87.00 | U:Unappl | 662 |
| V4612540 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 51435 | G41K | G41KL3 | 14 | $261.00 | U:Unappl | 662 |
| V4612541 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 54103 | G41K | G41KL3 | 14 | $84.80 | U:Unappl | 662 |
| V4612542 | S4513984 | INV:IN | 12/17/2010 | 2/15/2011 | 56432 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 662 |
| V4612544 | S4513985 | INV:IN | 12/17/2010 | 2/15/2011 | 713101 | G41K | G41KL3 | 14 | $85.59 | U:Unappl | 662 |
| V4612545 | S4513986 | INV:IN | 12/17/2010 | 2/15/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 662 |
| V4612546 | S4513986 | INV:IN | 12/17/2010 | 2/15/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $86.32 | U:Unappl | 662 |
| V4612547 | S4513986 | INV:IN | 12/17/2010 | 2/15/2011 | A84971-24387 | G41K | G41KL3 | | $127.94 | U:Unappl | 662 |
| V4612548 | S4513986 | INV:IN | 12/17/2010 | 2/15/2011 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $189.64 | U:Unappl | 662 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V4612549 | S4513986 | | 12/17/2010 | | G41K | G41KL3 | 14 | $257.32 | U:Unappl | 662 |
| V4612551 | S4513986 | INV:IN | 12/17/2010 | | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 662 |
| V4612552 | S4513986 | INV:IN | 12/17/2010 | | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 662 |
| V4612553 | S4513987 | INV:IN | 12/17/2010 | | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 662 |
| V4612554 | S4513987 | INV:IN | 12/17/2010 | | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 662 |
| V4612555 | S4513987 | INV:IN | 12/17/2010 | | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 662 |
| V4612556 | S4513987 | INV:IN | 12/17/2010 | 2/15/2011 AR 12474 | G41K | G41KL3 | 14 | $34.34 | U:Unappl | 662 |
| V4652988 | S4563643 | INV:IN | 1/20/2011 | 2/15/2011 39209 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 628 |
| V4652991 | S4563645 | INV:IN | 1/20/2011 | 2/15/2011 39209 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 628 |
| V4652992 | S4563645 | INV:IN | 1/20/2011 | 2/15/2011 18496 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 628 |
| V4652993 | S4563645 | INV:IN | 1/20/2011 | 2/15/2011 18496 | G41K | G41KL3 | 14 | $68.90 | U:Unappl | 628 |
| V4652994 | S4563645 | INV:IN | 1/20/2011 | 2/15/2011 18496 | G41K | G41KL3 | 14 | $80.37 | U:Unappl | 628 |
| V4652995 | S4563645 | INV:IN | 1/20/2011 | 2/15/2011 18496 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 628 |
| V4652996 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 AR 11582 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 628 |
| V4652997 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 35180 | G41K | G41KL3 | 14 | $87.93 | U:Unappl | 628 |
| V4652998 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 A84971-24414 | G41K | G41KL3 | 14 | $86.40 | U:Unappl | 628 |
| V4652999 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 33666 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 628 |
| V4653000 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 33651 | G41K | G41KL3 | 14 | $87.00 | U:Unappl | 628 |
| V4653001 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 32862 | G41K | G41KL3 | 14 | $261.00 | U:Unappl | 628 |
| V4653002 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 38333 | G41K | G41KL3 | 14 | $84.80 | U:Unappl | 628 |
| V4653003 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 40323 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 628 |
| V4653004 | S4563645 | INV:IN | 1/20/2011 | 3/21/2011 42694 | G41K | G41KL3 | 14 | $95.35 | U:Unappl | 628 |
| V4653005 | S4563646 | INV:IN | 1/20/2011 | 3/21/2011 44387 | G41K | G41KL3 | 14 | $77.47 | U:Unappl | 628 |
| V4653006 | S4563646 | INV:IN | 1/20/2011 | 3/21/2011 51223 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 628 |
| V4653007 | S4563647 | INV:IN | 1/20/2011 | 3/21/2011 51593 | G41K | G41KL3 | 14 | $89.77 | U:Unappl | 628 |
| V4653008 | S4563647 | INV:IN | 1/20/2011 | 3/21/2011 51435 | G41K | G41KL3 | 14 | $112.40 | U:Unappl | 628 |
| V4653009 | S4563647 | INV:IN | 1/20/2011 | 3/21/2011 54103 | G41K | G41KL3 | 14 | $96.29 | U:Unappl | 628 |
| V4653010 | S4563647 | INV:IN | 1/20/2011 | 3/21/2011 56432 | G41K | G41KL3 | 14 | $137.66 | U:Unappl | 628 |
| V4653011 | S4563647 | INV:IN | 1/20/2011 | 3/21/2011 713101 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 628 |
| V4653013 | S4563647 | INV:IN | 1/20/2011 | 3/21/2011 713101 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 628 |
| V4653014 | S4563647 | INV:IN | 1/20/2011 | 3/21/2011 DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 628 |
| V4653015 | S4563648 | INV:IN | 1/20/2011 | 3/21/2011 DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 628 |
| V4653016 | S4563648 | INV:IN | 1/20/2011 | 3/21/2011 A84971-24387 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 628 |
| V4653017 | S4563648 | INV:IN | 1/20/2011 | 3/21/2011 DEB THOME 08/01/00 | G41K | G41KL3 | 14 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V4653018 | S4563648 | INV:IN | 1/20/2011 | 3/21/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 628 |
| V4737707 | S4688492 | INV:IN | 3/18/2011 | 5/17/2011 | AR 11582 | G41K | G41KL3 | 14 | $35.31 | U:Unappl | 571 |
| V4737709 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 35180 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 571 |
| V4737710 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | A84971-24414 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 571 |
| V4737711 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 33666 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 571 |
| V4737712 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 33651 | G41K | G41KL3 | 14 | $71.12 | U:Unappl | 571 |
| V4737713 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 32862 | G41K | G41KL3 | 14 | $78.50 | U:Unappl | 571 |
| V4737714 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 38333 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 571 |
| V4737715 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 571 |
| V4737716 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 42694 | G41K | G41KL3 | 14 | $89.17 | U:Unappl | 571 |
| V4737717 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 44387 | G41K | G41KL3 | 14 | $86.40 | U:Unappl | 571 |
| V4737718 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 51223 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 571 |
| V4737719 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 51593 | G41K | G41KL3 | 14 | $87.00 | U:Unappl | 571 |
| V4737720 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 51435 | G41K | G41KL3 | 14 | $261.00 | U:Unappl | 571 |
| V4737721 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 54103 | G41K | G41KL3 | 14 | $84.80 | U:Unappl | 571 |
| V4737722 | S4688494 | INV:IN | 3/18/2011 | 5/17/2011 | 56432 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 571 |
| V4737723 | S4688495 | INV:IN | 3/18/2011 | 5/17/2011 | 713101 | G41K | G41KL3 | 14 | $110.69 | U:Unappl | 571 |
| V4737724 | S4688495 | INV:IN | 3/18/2011 | 5/17/2011 | 713101 | G41K | G41KL3 | 14 | $73.12 | U:Unappl | 571 |
| V4737725 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 571 |
| V4737726 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.69 | U:Unappl | 571 |
| V4737727 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | A84971-24387 | G41K | G41KL3 | 14 | $100.79 | U:Unappl | 571 |
| V4737728 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $121.00 | U:Unappl | 571 |
| V4737729 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | AR 12474 | G41K | G41KL3 | 14 | $177.88 | U:Unappl | 571 |
| V4737730 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | AR 10705 | G41K | G41KL3 | 14 | $153.84 | U:Unappl | 571 |
| V4737731 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | 39209 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 571 |
| V4737732 | S4688496 | INV:IN | 3/18/2011 | 5/17/2011 | 39209 | G41K | G41KL3 | 14 | $85.63 | U:Unappl | 571 |
| V4737733 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |
| V4737734 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |
| V4737735 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |
| V4737736 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |
| V4737738 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |
| V4737739 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |
| V4737740 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |
| V4737741 | S4688497 | INV:IN | 3/18/2011 | 5/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 571 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V4822919 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822920 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822921 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822922 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822923 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822924 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822925 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822926 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4822927 | S4807489 | INV:IN | 5/18/2011 | 7/17/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 510 |
| V4867369 | S4876720 | INV:IN | 6/21/2011 | 8/20/2011 | AR 11582 | G41K | G41KL3 | 14 | $33.78 | U:Unappl | 476 |
| V4867377 | S4876721 | INV:IN | 6/21/2011 | 8/20/2011 | A84971-21550 | G41K | G41KL3 | 14 | $47.73 | U:Unappl | 476 |
| V4867379 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 35180 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 476 |
| V4867380 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | A84971-24414 | G41K | G41KL3 | 14 | $88.51 | U:Unappl | 476 |
| V4867381 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 33666 | G41K | G41KL3 | 14 | $87.80 | U:Unappl | 476 |
| V4867382 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 33651 | G41K | G41KL3 | 14 | $85.78 | U:Unappl | 476 |
| V4867383 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 32862 | G41K | G41KL3 | 14 | $69.55 | U:Unappl | 476 |
| V4867384 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 38333 | G41K | G41KL3 | 14 | $90.62 | U:Unappl | 476 |
| V4867385 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 476 |
| V4867386 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 476 |
| V4867387 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 44387 | G41K | G41KL3 | 14 | $86.40 | U:Unappl | 476 |
| V4867388 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 51223 | G41K | G41KL3 | 14 | $86.40 | U:Unappl | 476 |
| V4867389 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 51593 | G41K | G41KL3 | 14 | $87.00 | U:Unappl | 476 |
| V4867390 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 51435 | G41K | G41KL3 | 14 | $262.31 | U:Unappl | 476 |
| V4867391 | S4876722 | INV:IN | 6/21/2011 | 8/20/2011 | 54103 | G41K | G41KL3 | 14 | $84.80 | U:Unappl | 476 |
| V4867398 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867399 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867400 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867401 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867402 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867403 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867404 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867405 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4867406 | S4876725 | INV:IN | 6/21/2011 | 8/20/2011 | 18496 | G41K | G41KL3 | 14 | $21.20 | U:Unappl | 476 |
| V4903432 | S4939169 | INV:IN | 7/20/2011 | 9/18/2011 | A84971-21550 | G41K | G41KL3 | 14 | $50.81 | U:Unappl | 447 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| V4903441 | S4939170 | INV:IN | 7/20/2011 | 9/18/2011 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 447 |
| V4903442 | S4939170 | INV:IN | 7/20/2011 | 9/18/2011 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 447 |
| V4903448 | S4939171 | INV:IN | 7/20/2011 | 9/18/2011 | 713101 | G41K | G41KL3 | 14 | $99.26 | U:Unappl | 447 |
| V4903449 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903450 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903451 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903452 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903453 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903454 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903455 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903456 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4903457 | S4939173 | INV:IN | 7/20/2011 | 9/18/2011 | 18496 | G41K | G41KL3 | 14 | $20.63 | U:Unappl | 447 |
| V4904083 | S4939172 | INV:IN | 7/20/2011 | 9/18/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $87.00 | U:Unappl | 447 |
| V4904084 | S4939172 | INV:IN | 7/20/2011 | 9/18/2011 | A84971-24387 | G41K | G41KL3 | 14 | $121.57 | U:Unappl | 447 |
| V4904085 | S4939172 | INV:IN | 7/20/2011 | 9/18/2011 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $103.73 | U:Unappl | 447 |
| V4904086 | S4939172 | INV:IN | 7/20/2011 | 9/18/2011 | AR 12474 | G41K | G41KL3 | 14 | $244.07 | U:Unappl | 447 |
| V4904087 | S4939172 | INV:IN | 7/20/2011 | 9/18/2011 | AR 10705 | G41K | G41KL3 | 14 | $105.31 | U:Unappl | 447 |
| V4941920 | S5002608 | INV:IN | 8/17/2011 | 10/16/2011 | A84971-21550 | G41K | G41KL3 | 14 | $57.48 | U:Unappl | 419 |
| V4941927 | S5002609 | INV:IN | 8/17/2011 | 10/16/2011 | 40323 | G41K | G41KL3 | 14 | $93.33 | U:Unappl | 419 |
| V4941928 | S5002609 | INV:IN | 8/17/2011 | 10/16/2011 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 419 |
| V4941934 | S5002610 | INV:IN | 8/17/2011 | 10/16/2011 | 713101 | G41K | G41KL3 | 14 | $89.55 | U:Unappl | 419 |
| V4942028 | S5002611 | INV:IN | 8/17/2011 | 10/16/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $92.13 | U:Unappl | 419 |
| V4942029 | S5002611 | INV:IN | 8/17/2011 | 10/16/2011 | A84971-24387 | G41K | G41KL3 | 14 | $87.31 | U:Unappl | 419 |
| V4942030 | S5002611 | INV:IN | 8/17/2011 | 10/16/2011 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $113.38 | U:Unappl | 419 |
| V4942031 | S5002611 | INV:IN | 8/17/2011 | 10/16/2011 | AR 12474 | G41K | G41KL3 | 14 | $179.24 | U:Unappl | 419 |
| V4942032 | S5002611 | INV:IN | 8/17/2011 | 10/16/2011 | AR 10705 | G41K | G41KL3 | 14 | $97.66 | U:Unappl | 419 |
| V4985447 | S5067007 | INV:IN | 9/20/2011 | 11/19/2011 | A84971-21550 | G41K | G41KL3 | 14 | $39.76 | U:Unappl | 385 |
| V4985454 | S5067008 | INV:IN | 9/20/2011 | 11/19/2011 | 40323 | G41K | G41KL3 | 14 | $98.55 | U:Unappl | 385 |
| V4985455 | S5067008 | INV:IN | 9/20/2011 | 11/19/2011 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 385 |
| V4985461 | S5067009 | INV:IN | 9/20/2011 | 11/19/2011 | 713101 | G41K | G41KL3 | 14 | $89.87 | U:Unappl | 385 |
| V4985462 | S5067010 | INV:IN | 9/20/2011 | 11/19/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 385 |
| V4985463 | S5067010 | INV:IN | 9/20/2011 | 11/19/2011 | A84971-24387 | G41K | G41KL3 | 14 | $89.28 | U:Unappl | 385 |
| V4985464 | S5067010 | INV:IN | 9/20/2011 | 11/19/2011 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $90.44 | U:Unappl | 385 |
| V4985465 | S5067010 | INV:IN | 9/20/2011 | 11/19/2011 | AR 12474 | G41K | G41KL3 | 14 | $116.96 | U:Unappl | 385 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| V4985466 | S5067010 | INV:IN | 9/20/2011 | 11/19/2011 | AR 10705 | G41K | G41KL3 | 14 | $93.20 | U:Unappl | 385 |
| V5034944 | S5127398 | INV:IN | 10/25/2011 | 12/24/2011 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 350 |
| V5034945 | S5127398 | INV:IN | 10/25/2011 | 12/24/2011 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 350 |
| V5034951 | S5127399 | INV:IN | 10/25/2011 | 12/24/2011 | 713101 | G41K | G41KL3 | 14 | $87.37 | U:Unappl | 350 |
| V5034952 | S5127400 | INV:IN | 10/25/2011 | 12/24/2011 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.84 | U:Unappl | 350 |
| V5034953 | S5127400 | INV:IN | 10/25/2011 | 12/24/2011 | A84971-24387 | G41K | G41KL3 | 14 | $135.09 | U:Unappl | 350 |
| V5034954 | S5127400 | INV:IN | 10/25/2011 | 12/24/2011 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $103.15 | U:Unappl | 350 |
| V5034955 | S5127400 | INV:IN | 10/25/2011 | 12/24/2011 | AR 12474 | G41K | G41KL3 | 14 | $103.91 | U:Unappl | 350 |
| V5034956 | S5127400 | INV:IN | 10/25/2011 | 12/24/2011 | AR 10705 | G41K | G41KL3 | 14 | $93.66 | U:Unappl | 350 |
| V5048498 | S5127397 | INV:IN | 10/25/2011 | 12/24/2011 | A84971-21550 | G41K | G41KL3 | 14 | $32.86 | U:Unappl | 350 |
| V5070251 | S5198586 | INV:IN | 11/18/2011 | 1/17/2012 | A84971-21550 | G41K | G41KL3 | 14 | $38.65 | U:Unappl | 326 |
| V5070258 | S5198587 | INV:IN | 11/18/2011 | 1/17/2012 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 326 |
| V5070259 | S5198587 | INV:IN | 11/18/2011 | 1/17/2012 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 326 |
| V5070265 | S5198588 | INV:IN | 11/18/2011 | 1/17/2012 | 713101 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 326 |
| V5070769 | S5198589 | INV:IN | 11/18/2011 | 1/17/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 326 |
| V5070770 | S5198589 | INV:IN | 11/18/2011 | 1/17/2012 | A84971-24387 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 326 |
| V5070771 | S5198589 | INV:IN | 11/18/2011 | 1/17/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 326 |
| V5070772 | S5198589 | INV:IN | 11/18/2011 | 1/17/2012 | AR 12474 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 326 |
| V5070773 | S5198589 | INV:IN | 11/18/2011 | 1/17/2012 | AR 10705 | G41K | G41KL3 | 14 | $93.09 | U:Unappl | 326 |
| V5112392 | S5264621 | INV:IN | 12/19/2011 | 2/17/2012 | A84971-21550 | G41K | G41KL3 | 14 | $113.22 | U:Unappl | 295 |
| V5112399 | S5264622 | INV:IN | 12/19/2011 | 2/17/2012 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 295 |
| V5112400 | S5264622 | INV:IN | 12/19/2011 | 2/17/2012 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 295 |
| V5112406 | S5264623 | INV:IN | 12/19/2011 | 2/17/2012 | 713101 | G41K | G41KL3 | 14 | $95.47 | U:Unappl | 295 |
| V5112407 | S5264624 | INV:IN | 12/19/2011 | 2/17/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.65 | U:Unappl | 295 |
| V5112408 | S5264624 | INV:IN | 12/19/2011 | 2/17/2012 | A84971-24387 | G41K | G41KL3 | 14 | $235.12 | U:Unappl | 295 |
| V5112409 | S5264624 | INV:IN | 12/19/2011 | 2/17/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $156.50 | U:Unappl | 295 |
| V5112410 | S5264624 | INV:IN | 12/19/2011 | 2/17/2012 | AR 12474 | G41K | G41KL3 | 14 | $143.95 | U:Unappl | 295 |
| V5112411 | S5264624 | INV:IN | 12/19/2011 | 2/17/2012 | AR 10705 | G41K | G41KL3 | 14 | $113.92 | U:Unappl | 295 |
| V5146809 | S5321848 | INV:IN | 1/20/2012 | 3/20/2012 | A84971-21550 | G41K | G41KL3 | 14 | $32.86 | U:Unappl | 263 |
| V5146816 | S5321849 | INV:IN | 1/20/2012 | 3/20/2012 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 263 |
| V5146817 | S5321849 | INV:IN | 1/20/2012 | 3/20/2012 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 263 |
| V5146823 | S5321851 | INV:IN | 1/20/2012 | 3/20/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 263 |
| V5146824 | S5321851 | INV:IN | 1/20/2012 | 3/20/2012 | A84971-24387 | G41K | G41KL3 | 14 | $114.61 | U:Unappl | 263 |
| V5146825 | S5321851 | INV:IN | 1/20/2012 | 3/20/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $102.33 | U:Unappl | 263 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V5146826 | S5321851 | | 1/20/2012 | 3/20/2012 | AR 12474 | G41K | G41KL3 | 14 | $108.21 U:Unappl 263 |
| V5146827 | S5321851 | INV:IN | 1/20/2012 | 3/20/2012 | AR 10705 | G41K | G41KL3 | 14 | $93.45 U:Unappl 263 |
| V5148803 | S5321850 | INV:IN | 1/20/2012 | 3/20/2012 | 713101 | G41K | G41KL3 | 14 | $91.30 U:Unappl 263 |
| V5194759 | S5393730 | INV:IN | 2/17/2012 | 4/17/2012 | A84971-21550 | G41K | G41KL3 | 14 | $41.32 U:Unappl 235 |
| V5194766 | S5393731 | INV:IN | 2/17/2012 | 4/17/2012 | 40323 | G41K | G41KL3 | 14 | $80.00 U:Unappl 235 |
| V5194767 | S5393731 | INV:IN | 2/17/2012 | 4/17/2012 | 42694 | G41K | G41KL3 | 14 | $86.90 U:Unappl 235 |
| V5194773 | S5393732 | INV:IN | 2/17/2012 | 4/17/2012 | 713101 | G41K | G41KL3 | 14 | $92.94 U:Unappl 235 |
| V5194774 | S5393733 | INV:IN | 2/17/2012 | 4/17/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 U:Unappl 235 |
| V5194775 | S5393733 | INV:IN | 2/17/2012 | 4/17/2012 | A84971-24387 | G41K | G41KL3 | 14 | $154.08 U:Unappl 235 |
| V5194776 | S5393733 | INV:IN | 2/17/2012 | 4/17/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $97.48 U:Unappl 235 |
| V5194777 | S5393733 | INV:IN | 2/17/2012 | 4/17/2012 | AR 12474 | G41K | G41KL3 | 14 | $102.13 U:Unappl 235 |
| V5194778 | S5393733 | INV:IN | 2/17/2012 | 4/17/2012 | AR 10705 | G41K | G41KL3 | 14 | $93.09 U:Unappl 235 |
| V5234073 | S5460418 | INV:IN | 3/19/2012 | 5/18/2012 | A84971-21550 | G41K | G41KL3 | 14 | $37.09 U:Unappl 204 |
| V5234080 | S5460419 | INV:IN | 3/19/2012 | 5/18/2012 | 40323 | G41K | G41KL3 | 14 | $80.00 U:Unappl 204 |
| V5234081 | S5460419 | INV:IN | 3/19/2012 | 5/18/2012 | 42694 | G41K | G41KL3 | 14 | $86.90 U:Unappl 204 |
| V5234087 | S5460420 | INV:IN | 3/19/2012 | 5/18/2012 | 713101 | G41K | G41KL3 | 14 | $89.56 U:Unappl 204 |
| V5234088 | S5460421 | INV:IN | 3/19/2012 | 5/18/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 U:Unappl 204 |
| V5234089 | S5460421 | INV:IN | 3/19/2012 | 5/18/2012 | A84971-24387 | G41K | G41KL3 | 14 | $145.32 U:Unappl 204 |
| V5234090 | S5460421 | INV:IN | 3/19/2012 | 5/18/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $88.07 U:Unappl 204 |
| V5234091 | S5460421 | INV:IN | 3/19/2012 | 5/18/2012 | AR 12474 | G41K | G41KL3 | 14 | $101.56 U:Unappl 204 |
| V5234092 | S5460421 | INV:IN | 3/19/2012 | 5/18/2012 | AR 10705 | G41K | G41KL3 | 14 | $93.09 U:Unappl 204 |
| V5266351 | S5500299 | INV:IN | 4/20/2012 | 6/19/2012 | 40323 | G41K | G41KL3 | 14 | $115.17 U:Unappl 172 |
| V5266352 | S5500299 | INV:IN | 4/20/2012 | 6/19/2012 | 42694 | G41K | G41KL3 | 14 | $86.90 U:Unappl 172 |
| V5266440 | S5500300 | INV:IN | 4/20/2012 | 6/19/2012 | 713101 | G41K | G41KL3 | 14 | $91.77 U:Unappl 172 |
| V5266441 | S5500298 | INV:IN | 4/20/2012 | 6/19/2012 | A84971-21550 | G41K | G41KL3 | 14 | $37.09 U:Unappl 172 |
| V5266810 | S5500301 | INV:IN | 4/20/2012 | 6/19/2012 | A84971-24387 | G41K | G41KL3 | 14 | $90.67 U:Unappl 172 |
| V5266811 | S5500301 | INV:IN | 4/20/2012 | 6/19/2012 | AR 10705 | G41K | G41KL3 | 14 | $93.09 U:Unappl 172 |
| V5266812 | S5500301 | INV:IN | 4/20/2012 | 6/19/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $154.81 U:Unappl 172 |
| V5266813 | S5500301 | INV:IN | 4/20/2012 | 6/19/2012 | AR 12474 | G41K | G41KL3 | 14 | $108.19 U:Unappl 172 |
| V5266814 | S5500301 | INV:IN | 4/20/2012 | 6/19/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 U:Unappl 172 |
| V5314776 | S5501694 | INV:IN | 5/18/2012 | 7/17/2012 | 713101 | G41K | G41KL3 | 14 | $90.24 U:Unappl 144 |
| V5314790 | S5501690 | INV:IN | 5/18/2012 | 7/17/2012 | A84971-21550 | G41K | G41KL3 | 14 | $32.86 U:Unappl 144 |
| V5314972 | S5501695 | INV:IN | 5/18/2012 | 7/17/2012 | DEB THOME 01/05/01 | G41K | G41KL3 | 14 | $85.60 U:Unappl 144 |
| V5314973 | S5501695 | INV:IN | 5/18/2012 | 7/17/2012 | AR 10705 | G41K | G41KL3 | 14 | $93.09 U:Unappl 144 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| V5314974 | S5501695 | INV:IN | 5/18/2012 | 7/17/2012 | A84971-24387 | G41K | G41KL3 | 14 | $91.22 | U:Unappl | 144 |
| V5314975 | S5501695 | INV:IN | 5/18/2012 | 7/17/2012 | AR 12474 | G41K | G41KL3 | 14 | $96.60 | U:Unappl | 144 |
| V5314976 | S5501695 | INV:IN | 5/18/2012 | 7/17/2012 | DEB THOME 08/01/00 | G41K | G41KL3 | 14 | $85.60 | U:Unappl | 144 |
| V5315012 | S5501692 | INV:IN | 5/18/2012 | 7/17/2012 | 42694 | G41K | G41KL3 | 14 | $86.90 | U:Unappl | 144 |
| V5315013 | S5501692 | INV:IN | 5/18/2012 | 7/17/2012 | 40323 | G41K | G41KL3 | 14 | $80.00 | U:Unappl | 144 |
| R5134403 | | INV:IN | 10/17/2011 | 12/16/2011 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 358 |
| R5200038 | | INV:IN | 11/16/2011 | 1/15/2012 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 328 |
| R5267377 | | INV:IN | 12/16/2011 | 2/14/2012 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 298 |
| R5330939 | | INV:IN | 1/17/2012 | 3/17/2012 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 266 |
| R5394950 | | INV:IN | 2/16/2012 | 4/16/2012 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 236 |
| R5462209 | | INV:IN | 3/16/2012 | 5/15/2012 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 207 |
| R6036990 | | INV:IN | 4/16/2012 | 6/15/2012 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 176 |
| R6138149 | | INV:IN | 5/16/2012 | 7/15/2012 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 146 |
| R6538622 | | INV:IN | 9/26/2012 | 11/25/2012 | 10 | G41K | R26X14 | 14 | $46.11 | U:Unappl | 13 |
| V4869334 | S4876773 | INV:IN | 6/21/2011 | 8/20/2011 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 476 |
| V4904088 | S4939208 | INV:IN | 7/20/2011 | 9/18/2011 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 447 |
| V4941953 | S5002622 | INV:IN | 8/17/2011 | 10/16/2011 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 419 |
| V4985490 | S5067065 | INV:IN | 9/20/2011 | 11/19/2011 | 10 | G41K | R26X14 | 14 | $92.22 | U:Unappl | 385 |
| | | | | | | | | | $26,684.90 | | |