# EXHIBIT C

| G4MC GMAC MORTGAGE D.I.P. | | AS OF OCT 19, 2012 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| &lt;Cust Ref N&gt; | &lt;Summary Billi | &lt;Trx T | &lt;Trx Date&gt; | &lt;Due Date&gt; | &lt;Cust PO Num&gt; | &lt;Bill to&gt; | &lt;Sell to&gt; | &lt;Pmt T | &lt;Balance&gt; | &lt;Status&gt; | Days |
| R6458841 | | INV:IN | 9/12/2012 | 11/11/2012 | 40323 | G4MC | G4MC01 | 14 | $48.89 | U:Unapplied | 37 |
| R6459002 | | INV:IN | 9/12/2012 | 11/11/2012 | 40323 | G4MC | G4MC01 | 14 | $96.36 | U:Unapplied | 37 |
| R6460381 | | INV:IN | 9/12/2012 | 11/11/2012 | A84971-21550 | G4MC | G4MC01 | 14 | $19.14 | U:Unapplied | 37 |
| R6460382 | | INV:IN | 9/12/2012 | 11/11/2012 | A84971-21550 | G4MC | G4MC01 | 14 | $32.86 | U:Unapplied | 37 |
| R6460461 | | INV:IN | 9/12/2012 | 11/11/2012 | AR 10705 | G4MC | G4MC01 | 14 | $51.20 | U:Unapplied | 37 |
| R6460481 | | INV:IN | 9/12/2012 | 11/11/2012 | AR 10705 | G4MC | G4MC01 | 14 | $93.33 | U:Unapplied | 37 |
| R6460682 | | INV:IN | 9/12/2012 | 11/11/2012 | AR 12474 | G4MC | G4MC01 | 14 | $54.24 | U:Unapplied | 37 |
| R6460704 | | INV:IN | 9/12/2012 | 11/11/2012 | AR 12474 | G4MC | G4MC01 | 14 | $88.56 | U:Unapplied | 37 |
| R6460781 | | INV:IN | 9/12/2012 | 11/11/2012 | DEB THOME 08/01/00 | G4MC | G4MC01 | 14 | $110.44 | U:Unapplied | 37 |
| R6460804 | | INV:IN | 9/12/2012 | 11/11/2012 | DEB THOME 08/01/00 | G4MC | G4MC01 | 14 | $147.71 | U:Unapplied | 37 |
| R6460901 | | INV:IN | 9/12/2012 | 11/11/2012 | 713101 | G4MC | G4MC01 | 14 | $49.98 | U:Unapplied | 37 |
| R6460921 | | INV:IN | 9/12/2012 | 11/11/2012 | 713101 | G4MC | G4MC01 | 14 | $88.33 | U:Unapplied | 37 |
| R6461041 | | INV:IN | 9/12/2012 | 11/11/2012 | DEB THOME 01/05/01 | G4MC | G4MC01 | 14 | $47.08 | U:Unapplied | 37 |
| R6461061 | | INV:IN | 9/12/2012 | 11/11/2012 | DEB THOME 01/05/01 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 37 |
| R6461083 | | INV:IN | 9/12/2012 | 11/11/2012 | A84971-24387 | G4MC | G4MC01 | 14 | $47.08 | U:Unapplied | 37 |
| R6461102 | | INV:IN | 9/12/2012 | 11/11/2012 | A84971-24387 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 37 |
| R6494721 | | INV:IN | 9/21/2012 | 11/20/2012 | AR 10705 | G4MC | G4MC01 | 14 | $93.09 | U:Unapplied | 28 |
| R6494847 | | INV:IN | 9/21/2012 | 11/20/2012 | AR 12474 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 28 |
| R6494861 | | INV:IN | 9/26/2012 | 11/25/2012 | DEB THOME 08/01/00 | G4MC | G4MC01 | 14 | $100.53 | U:Unapplied | 23 |
| R6494863 | | INV:IN | 9/21/2012 | 11/20/2012 | 713101 | G4MC | G4MC01 | 14 | $106.93 | U:Unapplied | 28 |
| R6494981 | | INV:IN | 9/21/2012 | 11/20/2012 | DEB THOME 01/05/01 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 28 |
| R6494984 | | INV:IN | 9/21/2012 | 11/20/2012 | A84971-24387 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 28 |
| R6495022 | | INV:IN | 9/21/2012 | 11/20/2012 | A84971-21550 | G4MC | G4MC01 | 14 | $44.07 | U:Unapplied | 28 |
| R6495108 | | INV:IN | 9/21/2012 | 11/20/2012 | 40323 | G4MC | G4MC01 | 14 | $80.00 | U:Unapplied | 28 |
| R6495124 | | INV:IN | 9/21/2012 | 11/20/2012 | 42694 | G4MC | G4MC01 | 14 | $86.90 | U:Unapplied | 28 |
| R6498721 | | INV:IN | 9/26/2012 | 11/25/2012 | A84971-21550 | G4MC | G4MC01 | 14 | $32.86 | U:Unapplied | 23 |
| R6498742 | | INV:IN | 9/21/2012 | 11/20/2012 | 40323 | G4MC | G4MC01 | 14 | $80.00 | U:Unapplied | 28 |
| R6498762 | | INV:IN | 9/21/2012 | 11/20/2012 | 42694 | G4MC | G4MC01 | 14 | $86.90 | U:Unapplied | 28 |
| R6499201 | | INV:IN | 9/21/2012 | 11/20/2012 | 713101 | G4MC | G4MC01 | 14 | $87.38 | U:Unapplied | 28 |
| R6499203 | | INV:IN | 9/21/2012 | 11/20/2012 | AR 10705 | G4MC | G4MC01 | 14 | $93.20 | U:Unapplied | 28 |
| R6499261 | | INV:IN | 9/21/2012 | 11/20/2012 | AR 12474 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 28 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| R6499281 | | INV:IN | 9/21/2012 | 11/20/2012 | DEB THOME 08/01/00 | G4MC | G4MC01 | 14 | $123.76 | U:Unapplied | 28 |
| R6499302 | | INV:IN | 9/21/2012 | 11/20/2012 | DEB THOME 01/05/01 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 28 |
| R6499307 | | INV:IN | 9/21/2012 | 11/20/2012 | A84971-24387 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 28 |
| R6538524 | | INV:IN | 9/26/2012 | 11/25/2012 | 42694 | G4MC | G4MC01 | 14 | $43.45 | U:Unapplied | 23 |
| R6538581 | | INV:IN | 9/26/2012 | 11/25/2012 | 42694 | G4MC | G4MC01 | 14 | $86.90 | U:Unapplied | 23 |
| R6538645 | | INV:IN | 9/26/2012 | 11/25/2012 | 10 | G4MC | G4MC01 | 14 | $46.11 | U:Unapplied | 23 |
| R6538669 | | INV:IN | 9/26/2012 | 11/25/2012 | 10 | G4MC | G4MC01 | 14 | $92.22 | U:Unapplied | 23 |
| R6538681 | | INV:IN | 9/26/2012 | 11/25/2012 | 10 | G4MC | G4MC01 | 14 | $92.22 | U:Unapplied | 23 |
| R6538701 | | INV:IN | 9/26/2012 | 11/25/2012 | 10 | G4MC | G4MC01 | 14 | $92.22 | U:Unapplied | 23 |
| R6588578 | | INV:IN | 10/16/2012 | 12/15/2012 | 10 | G4MC | G4MC01 | 14 | $92.22 | U:Unapplied | 3 |
| V5508721 | S5508842 | INV:IN | 10/18/2012 | 12/17/2012 | 40323 | G4MC | G4MC01 | 14 | $80.00 | U:Unapplied | 1 |
| V5508722 | S5508842 | INV:IN | 10/18/2012 | 12/17/2012 | 42694 | G4MC | G4MC01 | 14 | $86.90 | U:Unapplied | 1 |
| V5509542 | S5508840 | INV:IN | 10/18/2012 | 12/17/2012 | A84971-21550 | G4MC | G4MC01 | 14 | $32.86 | U:Unapplied | 1 |
| V5509544 | S5508846 | INV:IN | 10/18/2012 | 12/17/2012 | AR 12474 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 1 |
| V5509545 | S5508846 | INV:IN | 10/18/2012 | 12/17/2012 | DEB THOME 08/01/00 | G4MC | G4MC01 | 14 | $112.80 | U:Unapplied | 1 |
| V5509546 | S5508846 | INV:IN | 10/18/2012 | 12/17/2012 | AR 10705 | G4MC | G4MC01 | 14 | $93.09 | U:Unapplied | 1 |
| V5509547 | S5508846 | INV:IN | 10/18/2012 | 12/17/2012 | A84971-24387 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 1 |
| V5509548 | S5508846 | INV:IN | 10/18/2012 | 12/17/2012 | DEB THOME 01/05/01 | G4MC | G4MC01 | 14 | $85.60 | U:Unapplied | 1 |
| V5509908 | S5508844 | INV:IN | 10/18/2012 | 12/17/2012 | 713101 | G4MC | G4MC01 | 14 | $88.55 | U:Unapplied | 1 |
| | | | | | | | | | $3,971.96 | | |