Howard O. Godnick
Marguerite E. Gardiner
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Attorneys for Cerberus Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
                           Debtors.                          :    Jointly Administered
                                                             :
------------------------------------------------------------ X

**NOTICE OF STIPULATION ADOPTING UNIFORM PROTECTIVE ORDER FOR
EXAMINER DISCOVERY FOR PURPOSES OF DISCOVERY OF
CERBERUS CAPITAL MANAGEMENT, L.P. BY
THE STEERING COMMITTEE GROUP OF RMBS INVESTORS**

PLEASE TAKE NOTICE that non-Debtors Cerberus Capital Management, L.P. ("Cerberus") and the Steering Committee Group of RMBS Investors (the "Steering Committee") hereby file the *Stipulation Adopting Uniform Protective Order for Examiner Discovery for Purposes of Discovery of Cerberus Capital Management, L.P. by the Steering Committee Croup of RMBS Investors*, attached hereto as Exhibit A, in connection with the *Order (I) Granting Examiner Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, (II) Establishing Procedures for Responding to Those Subpoenas, (III) Approving Establishment of a Document Depository and Procedures to Govern Use, and (IV) Approving Protective Order,* dated August 20, 2012 [ECF No. 1223].

- 2 -

                    Respectfully Submitted,

Dated: October 24, 2012          SCHULTE ROTH & ZABEL LLP
       New York, New York

                              By: /s/: Howard O. Godnick
                                  Howard O. Godnick
                                  Marguerite E. Gardiner
                                  Schulte Roth & Zabel LLP
                                  919 Third Avenue
                                  New York, New York  10022
                                  Tel: (212) 756-2000
                                  Fax: (212) 593-5955

                                  *Attorneys for Cerberus Capital Management, L.P.*