Kelley Drye & Warren LLP
James S. Carr, Esq.
Eric R. Wilson, Esq.
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7987

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) |
|  | ) |
|  | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., et al., | ) |
|  | ) Case No. 12-12020 (MG) |
| Debtors. | ) |
|  | ) Jointly Administered |

**NOTICE TO BE REMOVED FROM CASE, REQUEST TO STOP
ELECTRONIC NOTICE AND TO BE REMOVED FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that Kelley Drye & Warren LLP files this notice to remove the appearance of U.S. Bank National Association ("U.S. Bank"), **solely in its capacity as the Indenture Trustee with respect to the 9.625% Junior Secured Guaranteed Notes due 2015 pursuant to the Indenture dated June 6, 2008**, from this case and further requests that the Clerk remove it from all service lists and stop electronic notices addressed to it in these cases with respect to its role as the Indenture Trustee.

**PLEASE TAKE FURTHER NOTICE** that, for the avoidance of doubt, U.S. Bank's requested removal is solely with respect to U.S. Bank's appearance in these bankruptcy cases as **Indenture Trustee with respect to the 9.625% Junior Secured Guaranteed Notes due 2015 pursuant to the Indenture dated June 6, 2008**, as filed on May 15, 2012, a copy of which is attached hereto as Exhibit A.[1]  Nothing in this notice should be deemed to be or

---
[1]    Docket Entry No. 72.

constitute the withdrawal of any other appearance(s) of U.S. Bank in connection with any other role in these bankruptcy cases.

Dated: New York, New York
October 24, 2012

                              KELLEY DRYE & WARREN LLP

                              By: */s/ James S. Carr*
                                    James S. Carr (JC 1603)
                              101 Park Avenue
                              New York, New York 10178
                              Tel: (212) 808-7800
                              Fax: (212) 808-7897