10/18/2012

# ATTENTION
## Please Take Note

United States Bankrupty Court for the
Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

From Leroy Walker
&
Grace Walker
311 W. Steins Street
St. Louis, Mo. 63111
Cell Phone 1-314-517-7164

Supra
I Leroy Walker being concerned because my money order enclosed was sent back to us.
Therefore I am sending a copy of such for your attention.

Thank You
Sincerely
Leroy Walker
Husband and
Grace Walker Spouse
Who have this
Mortgage with
GMAC.

RECEIVED
OCT 23 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

10/12/12

LEROY R WALKER
GRACE ANN WALKER
311 WEST STEINS STREET

ST. LOUIS     MO 63111

RE:   Account Number       0602035334
      Property Address     311 WEST STEINS STREET

                           ST. LOUIS     MO 63111

Dear   LEROY R WALKER
       GRACE ANN WALKER

Enclosed is your mortgage payment we recently received. Unfortunately, the check was damaged during handling and cannot be processed.

Please return a new check or money order, along with this letter, to
GMAC Mortgage, LLC at the following address:

> Payment Processing
> GMAC Mortgage, LLC
> PO Box 780
> Waterloo IA  50704-0780

If you have any further questions, please contact Customer Care at 800-766-4622
Monday through Friday, 6:00 a.m. to 10:00 p.m. CT; Saturday, 9:00 a.m. to 1:00 p.m.

Customer Care
Loan Servicing

Enclosure

7:03

