UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
GMNY1269

| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC AKA RESIDENTIAL CAPITAL CORPORATION<br><br>Debtor(s). | Chapter: 11<br><br>Case No.: 12-12020 MG<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
|---|---|

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE LLP is appearing for the following party in the above named bankruptcy case:

GMAC MORTGAGE, LLC

This party is a party in interest in this case and is a secured creditor in the foreclosure action of the Debtor(s):

RESIDENTIAL CAPITAL, LLC AKA RESIDENTIAL CAPITAL CORPORATION

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: October 25, 2012

    FEIN, SUCH & CRANE, LLP
    Attorneys for Movant

By: /S/ MELISSA N. LICKER, ESQ.
    MELISSA N. LICKER, ESQ.
    (ML-5973)
    747 CHESTNUT RIDGE RD, STE 200
    CHESTNUT RIDGE, NY 10977
    845-371-4700
    and
    7 CENTURY DRIVE, SUITE 201
    PARSIPPANY, NEW JERSEY 07054
    973-538-4700