UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC., et al., | ) |
| | ) Case No. 12-12020 (MG) |
| Debtors. | ) |
| | ) Jointly Administered |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of UMB Bank, N.A. ("UMB Bank"), as Successor Indenture Trustee with respect to certain 9.625% Junior Secured Guaranteed Notes Due 2015, a creditor and party in interest in this case. Pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request is hereby made that the parties identified below be added to the Master Service List and that all notices given or required to be given and all pleadings, motions, applications, and papers served or required to be served in this case by given to and served upon the following address:

> Mark B. Flannagan
> UMB Bank, N.A.
> 1010 Grand Blvd. 4th Floor
> Kansas City, MO 64106
> Tel: 816-860-3009
> Fax: 816-860-3029
> Email: Mark.Flannagan@umb.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

NY01\ViciM\1608179.2

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive UMB Bank's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which UMB Bank is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 25, 2012

Mark B. Flannagan
UMB Bank, N.A.
1010 Grand Blvd. 4th Floor
Kansas City, MO 64106
Tel: 816-860-3009
Fax: 816-860-3029
Email: Mark.Flannagan@umb.com

NY01\ViciM\1608179.2