Case # 12-12020 GM

Debtor: In re Residential Capital, LLC, et al, Debtors

Claimant: Henry A. Gustaf Jr.

10/9/2012

To whom it may concern,

My name is Henry A. Gustaf Jr. attached you will find a claim register for attorney's fees due from the results of me the defendant prevailing judgment (dismissed) from a foreclosure court case in the Charlotte County, Florida. The Action for recovery of the attorney's fees in question have been filed under case no. 2009-6450-CA in The Circuit Court of the Twentieth Judicial Circuit In And For Charlotte County, Florida.

Also attached is an affidavit regarding the Attorney fees as well as detailed statements off the charges. Please accept this notice as a request for attorney fees to be paid by the debtor to me Henry A Gustaf Jr.

Sincerely,

*Henry A Gustaf Jr* (signature)

Henry A. Gustaf Jr.

RECEIVED
OCT 22 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# CLAIMS REGISTER

Page No. 1

| NAME OF DEBTOR | | | |
|---|---|---|---|
| In re Residential Capital, LLC, et al, Debtors | | | CASE NUMBER 12-12020 (MG) |
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (AND NAME AND ADDRESS OF ATTORNEY, IF ANY) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| | Henry A. Gustaf Jr<br>398 Spring lake Blvd NW<br>Port Charlotte FL 33952 | FILED $ 7,005.50<br>ALLOWED $ | Attached:<br>1) Affidavit Regarding Attorneys fee<br>2) Attorneys fee's |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |
| CLAIM NO. | | FILED $<br>ALLOWED $ | |
| DATE FILED | | | |