IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

GMAC MORTGAGE, LLC,

    Plaintiff,

vs.                                        Case No. 2009-6450-CA

HENRY A. GUSTAF, JR.,

    Defendant.

_____/

## NOTICE OF FILING AFFIDAVIT REGARDING ATTORNEY'S FEES

Defendant HENRY A. GUSTAF, JR, hereby gives notice of filing the attached Affidavit of Gregg M. Horowitz, Esq. regarding attorney's fees sought as the prevailing party.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished U.S. mail to Stanley M. Kurek, III, Esq., Florida Default Law Group, P.L., P.O. Box 25018, Tampa, FL 33622-5018, on this 6th day of July, 2011.

                                            **LAW OFFICES OF MICHAEL MORAN**
                                            2197 Ringling Blvd.
                                            Sarasota, FL 34237
                                            P: (941) 366-1800

                                            **MICHAEL MORAN**
                                            Florida Bar No. 0714925

                                            _/s/ C. Ryan Violette_
                                            **C. Ryan Violette**
                                            Florida Bar No. 0071018
                                            Attorneys for Defendant

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

**GMAC MORTGAGE, LLC,**

    Plaintiff,

vs.                                      Case No. 2009-6450-CA

**HENRY A. GUSTAF, JR.,**

    Defendant.

_____/

## AFFIDAVIT REGARDING ATTORNEY'S FEES

STATE OF FLORIDA

COUNTY OF SARASOTA

    BEFORE ME, the undersigned authority, personally appeared, Gregg M. Horowitz, who, upon first being duly sworn, swears and affirms as follows:

    1.    Affiant is a member in good standing with the Florida Bar, and has been actively engaged in the practice of law for over 21 years, and has substantial experience in causes of action similar to that in this case.

    2.    Affiant is familiar with attorney's fees usually and customarily charged and allowed attorneys in actions such as those involved in this case.

    3.    Affiant has examined the files of counsel for Defendant and has reviewed the scope of the work and time devoted by counsel in this litigation.

    4.    Affiant has been informed that 37.7 hours have been devoted to this action by counsel for the Defendant, a copy attached.

    5.    All of the foregoing hours are reasonable for the work performed.

    6.    A reasonable rate to be charged in this matter is between $175.00 and $250.00 per hour for the attorney handling this case.

2

7. Affiant is familiar with charges made by attorneys for like services in this Circuit, and an hourly rate between $175.00 and $250.00 is commensurate with the charges of attorneys having comparable experience for similar services.

8. Affiant has considered all of the factors and guidelines set forth in the Florida Bar Code of Professional Responsibility and *Florida Patients Compensation Fund v. Row*, 472 So.2d 1145 (FLA. 1985) and its progeny.

9. Accordingly, applying the foregoing, Affiant states that a reasonable fee for the services rendered by counsel for Defendant is $7,005.50.

FURTHER AFFIANT SAYETH NOT.

*[signature]*
GREGG M. HOROWITZ

STATE OF FLORIDA

COUNTY OF SARASOTA

The foregoing was acknowledged before me this 22 day of June, 2011, by GREGG M. HOROWITZ, who is personally known to me and who did take an oath.

ERICA KELTY
MY COMMISSION # DD 896921
EXPIRES: May 22, 2013
Bonded Thru Budget Notary Services

*[signature]*
Notary Public
My Commission expires:

3

# Law Offices of Michael Moran
**2197 Ringling Blvd.**
**Sarasota, FL 34237**

# Statement

| Date |
|---|
| 6/20/2011 |

**Bill To**

Mr. Henry Gustaf Jr.
398 Spring Lake Blvd.
Port Charlotte, FL 33952
Gustaf vs. GMAC

| Terms | Due Date | Attorney | Account # | Amount Due |
|---|---|---|---|---|
|  | 6/20/2011 | Ryan | 1210 | $7,005.50 |

| Date | Time | Description | Rate | Amount | Balance |
|---|---|---|---|---|---|
| 11/30/2009 |  | Balance forward |  |  | 0.00 |
| 12/10/2009 | 2.2 | Gustaf vs. GMAC- Read lawsuit carefully and mortgage, promissory note and two (2) assignments attached; draft Notice of Appearance on behalf of Henry Gustav, Jr. and Henry Gustav III; read Florida Statute 159 and 170.09 referred in paragraph II. | 250.00 | 550.00 | 550.00 |
| 12/18/2009 | 1.3 | Draft Notice File Costs Bond, RESPA letter, Debt Dispute letter. Copy, file and mail same. | 200.00 | 260.00 | 810.00 |
| 12/21/2009 | 2.8 | First and second draft of Motion to Dismiss after legal research on defective acceleration; lack of standing and failure to properly assign mortgage. | 200.00 | 560.00 | 1,370.00 |
| 12/22/2009 | 1.9 | Draft Interrogatories, Request for Production, Request for admissions. Notices. Copy, mail and file same. | 200.00 | 380.00 | 1,750.00 |
| 01/25/2010 | 0.3 | Receive and review Plaintiff's Response to Request for Admissions. Copy and mail same. | 200.00 | 60.00 | 1,810.00 |
| 01/25/2010 | 0.1 | Receive and review Plaintiff's Motion for Extension of Time to Respond. Copy and mail same. | 200.00 | 20.00 | 1,830.00 |
| 01/25/2010 | 0.1 | Receive and review correspondence from opposing counsel. | 200.00 | 20.00 | 1,850.00 |
| 02/02/2010 | 0.3 | Receive and review Verification of Debt Letter. Mortgage, Reinstatement Letter and Payoff Letter. Copy and mail same. | 200.00 | 60.00 | 1,910.00 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 157.50 | 192.50 | 1,855.00 | 0.00 | 4,800.50 | $7,005.50 |

| Phone # | Fax # |
|---|---|
| 941-366-1800 | 941-954-7101 |

**Law Offices of Michael Moran**
*2197 Ringling Blvd.*
*Sarasota, FL 34237*

# Statement

Date: 6/20/2011

**Bill To**

Mr. Henry Gustaf Jr.
398 Spring Lake Blvd.
Port Charlotte, FL 33952
Gustaf vs. GMAC

| Terms | Due Date | Attorney | Account # | Amount Due |
|---|---|---|---|---|
|  | 6/20/2011 | Ryan | 1210 | $7,005.50 |

| Date | Time | Description | Rate | Amount | Balance |
|---|---|---|---|---|---|
| 02/25/2010 | 0.1 | Receive and review Plaintiff's Notice of Filing Affidavit as to Attorney's Fees. | 200.00 | 20.00 | 1,930.00 |
| 02/25/2010 | 0.4 | Receive and review Plaintiff's Motion for Summary Judgment and Attorney's Fees with accompanying Affidavit and Notice of Voluntary Dismissal. | 200.00 | 80.00 | 2,010.00 |
| 02/25/2010 | 0.2 | Receive and review letter from opposing counsel (regarding payment listing with attached payment history. | 200.00 | 40.00 | 2,050.00 |
| 02/25/2010 | 0.2 | Receive and review Plaintiff's Notice of Filing Original Mortgage and Note. | 200.00 | 40.00 | 2,090.00 |
| 04/20/2010 | 1.4 | Read Plaintiff's Response to Request for Production and read Fla.R.Civ.P cited in Motion and legal research on same. | 200.00 | 280.00 | 2,370.00 |
| 05/04/2010 | 0.4 | Receive and review Plaintiff's Answers to Interrogatories. | 200.00 | 80.00 | 2,450.00 |
| 05/04/2010 | 0.2 | Review Plaintiff's Notice of Filing Affidavit of Amounts Due. | 200.00 | 40.00 | 2,490.00 |
| 06/11/2010 | 0.1 | Read Order Granting Hearing by Telephone. | 180.00 | 18.00 | 2,508.00 |
| 06/25/2010 | 1.2 | Receive and review 200 pages of produced documents including Assignments, Affidavit of Amounts Due, Invoices, Collection Notes and Payment History in Response to Defendant's First Request for Production. | 175.00 | 210.00 | 2,718.00 |
| 08/06/2010 | 0.9 | Receive and review GMAC's filed Response to our Motion to Dismiss. Conduct legal research on same. Copy and forward same to Client. | 175.00 | 157.50 | 2,875.50 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 157.50 | 192.50 | 1,855.00 | 0.00 | 4,800.50 | $7,005.50 |

| Phone # | Fax # |
|---|---|
| 941-366-1800 | 941-954-7101 |

## Law Offices of Michael Moran
**2197 Ringling Blvd.**
**Sarasota, FL 34237**

# Statement

| Date |
|---|
| 6/20/2011 |

**Bill To**

Mr. Henry Gustaf Jr.
398 Spring Lake Blvd.
Port Charlotte, FL 33952
Gustaf vs. GMAC

| Terms | Due Date | Attorney | Account # | Amount Due |
|---|---|---|---|---|
|  | 6/20/2011 | Ryan | 1210 | $7,005.50 |

| Date | Time | Description | Rate | Amount | Balance |
|---|---|---|---|---|---|
| 08/22/2010 | 1.2 | Conduct legal research and prepare outline for the hearing on our Motion to Dismiss. | 175.00 | 210.00 | 3,085.50 |
| 08/23/2010 | 2.4 | Attend hearing on our Motion to Dismiss GMAC's Complaint. Travel to and from Charlotte County Courthouse. | 175.00 | 420.00 | 3,505.50 |
| 08/27/2010 | 1.8 | Receive and review GMAC's 200 page Response to our Request for Production of Documents including the loan application, HUD statements and entire loan history file. | 175.00 | 315.00 | 3,820.50 |
| 09/10/2010 | 2.2 | 1st and 2nd draft of Answer and Affirmative Defenses to GMAC's Complaint. Conduct legal research on same. Copy and forward same to Client. | 175.00 | 385.00 | 4,205.50 |
| 09/13/2010 | 0.3 | Receive and review GMAC's Notice of Withdrawal of their filed Affidavit of Indebtedness. Copy and forward same to Client. | 175.00 | 52.50 | 4,258.00 |
| 10/20/2010 | 0.5 | Receive and review GMAC's filed Affidavit as to Amounts Due and Owing. Copy and forward same to Client. | 175.00 | 87.50 | 4,345.50 |
| 12/07/2010 | 0.7 | Receive and review GMAC's Request for Telephonic Mediation and attached 10 page Financial Questionnaire. Conduct legal research same. | 175.00 | 122.50 | 4,468.00 |
| 01/21/2011 | 0.6 | 1st and 2nd draft of Notice of Taking GMAC's Deposition Duces Tecum. Copy and forward same to Client. | 175.00 | 105.00 | 4,573.00 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 157.50 | 192.50 | 1,855.00 | 0.00 | 4,800.50 | $7,005.50 |

| Phone # | Fax # |
|---|---|
| 941-366-1800 | 941-954-7101 |

# Law Offices of Michael Moran
**2197 Ringling Blvd.**
**Sarasota, FL 34237**

**Statement**

| Date |
|---|
| 6/20/2011 |

**Bill To**

Mr. Henry Gustaf Jr.
398 Spring Lake Blvd.
Port Charlotte, FL 33952
Gustaf vs. GMAC

| Terms | Due Date | Attorney | Account # | Amount Due |
|---|---|---|---|---|
|  | 6/20/2011 | Ryan | 1210 | $7,005.50 |

| Date | Time | Description | Rate | Amount | Balance |
|---|---|---|---|---|---|
| 02/07/2011 | 0.7 | Receive and review GMAC's Motion for Telephonic Hearing. Proposed Order and letter to Judge Richards. Copy and forward same to Client. | 175.00 | 122.50 | 4,695.50 |
| 02/10/2011 | 0.6 | Receive and review GMAC's Response to our Request for Production of Documents including the HUD-1 statement. Conduct legal research on same. | 175.00 | 105.00 | 4,800.50 |
| 04/13/2011 | 1.2 | Conduct legal research in preparing Outline for the Deposition Duces Tecum of GMAC's Corporate Representative. | 175.00 | 210.00 | 5,010.50 |
| 04/14/2011 | 3.4 | Conduct the Deposition Duces Tecum of the Corporate Representative of GMAC. Draft Summary of same. Travel to and from the Punta Gorda Court Reporter. | 175.00 | 595.00 | 5,605.50 |
| 04/19/2011 | 1.4 | 1st and 2nd draft of Affidavit in Opposition to GMAC's Motion for Summary Judgment. Conduct legal research on same. | 175.00 | 245.00 | 5,850.50 |
| 04/25/2011 | 0.6 | Receive and review GMAC's Affidavit of Attorney's Fees and Costs. Conduct legal research on same. | 175.00 | 105.00 | 5,955.50 |
| 04/27/2011 | 1.6 | Conduct legal research in preparing Outline for the hearing on GMAC's Motion for Summary Judgment including Sandoro v. HSBC and Progressive v. McGrath. Confirm the lack of recording of loan documents in Charlotte County Official Records. | 175.00 | 280.00 | 6,235.50 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 157.50 | 192.50 | 1,855.00 | 0.00 | 4,800.50 | $7,005.50 |

| Phone # | Fax # |
|---|---|
| 941-366-1800 | 941-954-7101 |

| | | |
|---|---|---|
| Residential Funding Mortgage Exchange, LLC | 12-12059 (MG) | 41-1674247 |
| Residential Funding Mortgage Securities I, Inc. | 12-12060 (MG) | 75-2006294 |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 (MG) | 41-1808858 |
| Residential Funding Real Estate Holdings, LLC | 12-12062 (MG) | 26-2736505 |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 (MG) | 26-2737180 |
| RFC-GSAP Servicer Advance, LLC | 12-12064 (MG) | 26-1960289 |
| RFC Asset Holdings II, LLC | 12-12065 (MG) | 41-1984034 |
| RFC Asset Management, LLC | 12-12066 (MG) | 06-1664678 |
| RFC Borrower LLC | 12-12068 (MG) | 45-5065558 |
| RFC Construction Funding, LLC | 12-12069 (MG) | 41-1925730 |
| RFC REO LLC | 12-12070 (MG) | 45-5222407 |
| RFC SFJV-2002, LLC | 12-12071 (MG) | 06-1664670 |

| Proposed Attorneys for Debtors<br>Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | DATE, TIME, AND LOCATION OF MEETING OF CREDITORS PURSUANT TO BANKRUPTCY CODE SECTION 341(a)<br>June 25, 2012 at 1:00 p.m. (ET)<br>80 Broad Street, Fourth Floor<br>New York, New York 10004 |
|---|---|

**DEADLINE TO FILE A PROOF OF CLAIM** None at this time. When the Bankruptcy Court sets a claims deadline, you will be notified and provided a proof of claim form by mail.

**DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**
None at this time.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS AGAINST THE DEBTORS IN MOST INSTANCES, BECAUSE THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS AND THE DEBTORS' PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTORS CAN REQUEST THE BANKRUPTCY COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE.

| Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 | For the Bankruptcy Court: Vito Genna Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. |
|---|---|
| Hours Open: 8:30 a.m. – 5:00 p.m. | Date: May 24, 2012 |
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this Bankruptcy Court by each of the Debtors named above, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Bankruptcy Court. You may be sent a copy of the plan and disclosure statement telling you about the plan, and you might have an opportunity to vote on the plan. You will be sent a notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate their business. |
| Legal Advice | Staff of the office of the Clerk of the Bankruptcy Court cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand |

| | |
|---|---|
| Take Certain Actions | repayment; taking actions to collect money or obtain property from the Debtors; repossessing the Debtors' property; and starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed above. *The Debtors' representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Notice | You will not receive notice of all documents filed in these chapter 11 cases. On May 23, 2012, the Bankruptcy Court entered its Order Under bankruptcy Code Sections (102)(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures (the "Notice Procedures Order"). The Notice Procedures Order describes the notice procedures that apply in these chapter 11 cases. All parties who desire to participate in these chapter 11 cases must follow the procedures set forth in the Notice Procedures Order. Parties can obtain a copy of the Notice Procedures Order and all other documents filed electronically with the Bankruptcy Court in these cases, including lists of the Debtors' property and debts, by (i) contacting the office of the Clerk of the Bankruptcy Court at One Bowling Green, New York, New York 10004-1408, (ii) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov, (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website; (iii) accessing the website maintained by the Debtors' claims and noticing agent at www.kccllc.net/rescap; or (iv) contacting the Debtors' counsel at: Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Larren M. Nashelsky, Esq., Gary S. Lee, Esq. and Lorenzo Marinuzzi, Esq.). |
| Claims | Schedules of liabilities will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not identified as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are scheduled as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file a proof of claim. A creditor who relies on the schedule of liabilities has the responsibility for determining that the claim is listed accurately. A form of proof of claim and notice of the deadline for filing such proof of claim will be sent to you later. A deadline for the last day for filing proofs of claim has not yet been established. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the Debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the office of the Clerk of the Bankruptcy Court by the deadline established by the Bankruptcy Court. |
| Barclays DIP Order | The Bankruptcy Court is considering the entry of several "final orders," including the final order (the "Barclays DIP Order") to grant the Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) And 364(e) And Bankruptcy Rules 4001 And 6004 (I) Authorizing The Debtors To (A) Enter Into And Perform Under Receivables Purchase Agreements And Mortgage Loan Purchase And Contribution Agreements Relating To Initial Receivables And Mortgage Loans And Receivables Pooling Agreements Relating To Additional Receivables, And (B) Obtaining Postpetition Financing On A Secured, Superpriority Basis, (II) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and 4001(c), And (III) Granting Related Relief.<br><br>The Debtors are seeking to have the Barclays DIP Order provide, among other things, that the transfers of mortgage loans and servicing advance receivables from Debtors GMAC Mortgage LLC and Residential Funding Company LLC to Debtors GMACM Borrower LLC to RFC Borrower LLC were or are, as applicable, free and clear of all liens, claims and encumbrances pursuant to Section 363(f) of the Bankruptcy Code. |
| Office of the Clerk of the Bankruptcy Court | Any paper that you file in these bankruptcy cases should be filed at the office of the Clerk of the Bankruptcy Court at the address listed in this notice. You may inspect all papers filed, including the list of the Debtors' property and debts and the list of property claimed as exempt, at the office of the Clerk of the Bankruptcy Court. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

| In re Residential Capital, LLC, et al., Debtors. | Chapter 11 Case No: 12-12020 (MG) (Jointly Administered) |
|---|---|

**NOTICE OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND DEADLINES**

Chapter 11 bankruptcy cases concerning the Debtors listed below were filed on May 14, 2012. You may be a creditor of one of the Debtors. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed with the Bankruptcy Court, including lists of the Debtors' properties and debts, are available for inspection at the office of the Clerk of the Bankruptcy Court and the Bankruptcy Court's website, www.nysb.uscourts.gov or by accessing the website maintained by the Debtors' claims and noticing agent, www.kccllc.net/rescap. Note that a PACER password is needed to access documents on the Bankruptcy Court's website (a PACER password may be obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff members of the office of the Clerk of the Bankruptcy Court and the Office of the United States Trustee cannot give legal advice.

If you have any questions regarding this notice, please call the ResCap Homeowner Hotline at (888) 926-3479. You may also submit an inquiry online at www.kccllc.net/rescap.

| Name of Debtor | Case Number | Tax Identification Number |
|---|---|---|
| Residential Funding Company, LLC | 12-12019 (MG) | 93-0891336 |
| Residential Capital, LLC | 12-12020 (MG) | 20-1770738 |
| ditech, LLC | 12-12021 (MG) | 23-2887228 |
| DOA Holding Properties, LLC | 12-12022 (MG) | 26-1424257 |
| DOA Properties IX (Lots-Other), LLC | 12-12023 (MG) | 26-2783274 |
| EPRE LLC | 12-12024 (MG) | 26-2747974 |
| Equity Investment I, LLC | 12-12025 (MG) | 02-0632797 |
| ETS of Virginia, Inc. | 12-12026 (MG) | 26-4051445 |
| ETS of Washington, Inc. | 12-12027 (MG) | 45-2910665 |
| Executive Trustee Services, LLC | 12-12028 (MG) | 23-2778943 |
| GMAC-RFC Holding Company, LLC | 12-12029 (MG) | 23-2593763 |
| GMAC Model Home Finance I, LLC | 12-12030 (MG) | 26-2748469 |
| GMAC Mortgage USA Corporation | 12-12031 (MG) | 20-4796930 |
| GMAC Mortgage, LLC | 12-12032 (MG) | 23-1694840 |
| GMAC Residential Holding Company, LLC | 12-12033 (MG) | 91-1902190 |
| GMACRH Settlement Services, LLC | 12-12034 (MG) | 23-3036156 |
| GMACM Borrower LLC | 12-12035 (MG) | 45-5064887 |
| GMACM REO LLC | 12-12036 (MG) | 45-5222043 |
| GMACR Mortgage Products, LLC | 12-12037 (MG) | 03-0536369 |
| HFN REO Sub II, LLC | 12-12038 (MG) | None |
| Home Connects Lending Services, LLC | 12-12039 (MG) | 25-1849412 |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 (MG) | 26-2736869 |
| Homecomings Financial, LLC | 12-12042 (MG) | 51-0369458 |
| Ladue Associates, Inc. | 12-12043 (MG) | 23-1893048 |
| Passive Asset Transaction, LLC | 12-12044 (MG) | 51-0404130 |
| PATI A, LLC | 12-12045 (MG) | 26-3722729 |
| PATI B, LLC | 12-12046 (MG) | 26-3722937 |
| PATI Real Estate Holdings, LLC | 12-12047 (MG) | 27-0515201 |
| RAHI A, LLC | 12-12048 (MG) | 26-3723321 |
| RAHI B, LLC | 12-12049 (MG) | 26-3723553 |
| RAHI Real Estate Holdings, LLC | 12-12050 (MG) | 27-0515287 |
| RCSFJV2004, LLC | 12-12051 (MG) | 20-3802722 |
| Residential Accredit Loans, Inc. | 12-12052 (MG) | 51-0368240 |
| Residential Asset Mortgage Products, Inc. | 12-12053 (MG) | 41-1955181 |
| Residential Asset Securities Corporation | 12-12054 (MG) | 51-0362653 |
| Residential Consumer Services of Alabama, LLC | 12-12055 (MG) | 63-1105449 |
| Residential Consumer Services of Ohio, LLC | 12-12056 (MG) | 34-1754796 |
| Residential Consumer Services of Texas, LLC | 12-12057 (MG) | 75-25010515 |
| Residential Consumer Services, LLC | 12-12058 (MG) | 20-4812167 |

HOMEOWNER