**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) |
| | ) Case No. 12-12020 (mg) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, J. MATTHEW GOODIN, hereby request admission, *pro hac vice*, before the Honorable Martin Glenn to represent LOCKE LORD LLP in the above-referenced cases.

I hereby certify that I am a member in good standing of the bar in the State of Illinois and that I have been admitted to practice in the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: October 25, 2012
New York, New York                    */s/ J. Matthew Goodin*

                                        J. Matthew Goodin
                                        LOCKE LORD LLP
                                        111 South Wacker Drive
                                        Chicago, Illinois 60606
                                        Phone: 312-443-0472
                                        Email: jmgoodin@lockelord.com