**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) Case No. 12-12020 (mg) |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of J. Matthew Goodin, Esq., for admission *pro hac vice* to represent LOCKE LORD LLP in the above-referenced cases, and upon the movant's certification that he is a member in good standing of the bar in the State of Illinois and that he has been admitted to practice in the United States District Court for the Northern District of Illinois, it is hereby

**ORDERED** that J. Matthew Goodin, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent LOCKE LORD LLP in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2012
New York, New York

_____
The Honorable Martin Glenn
United States Bankruptcy Judge