UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re                                                         :       Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1]                          :       Case No. 12-12020 (MG)
:
:       (Jointly Administered)
Debtors.                                              :
-----------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On October 24, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service attached hereto as **Exhibit A**:

1. [Customized] First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [re: Docket No. 1484]

Dated: October 25, 2012

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th of October, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

Exhibit A

| Counterparty | Notice Name | Address 1 | Address 2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| Amalgamated Bank | Attn Director/Officer | 275 7th Avenue | | New York | NY | 10001 |
| Banco Popular North America | Attn Director/Officer | 9600 W Bryn Mawr Ave | | Rosemont | IL | 60018 |
| Charter One Bank | Attn Director/Officer | Charter One Financial Inc | 1215 Superior Avenue | Cleveland | OH | 44114 |
| Citimortgage, Inc. | Attn Director/Officer | 105 Decker Ct | | Irving | TX | 75062 |
| Dynex Capital, Inc | Attn Director/Officer | 4991 Lake Brook Drive, Suite 100 | | Glen Allen | VA | 23060 |
| First Citizens Bank | Attn Director/Officer | 4300 Six Forks Road | | Raleigh | NC | 27609 |
| Germantown Savings Bank | Attn Director/Officer | 420 Montgomery Street | | San Francisco | CA | 94104 |
| MortgageIT - FB | Attn Director/Officer | 120 West 45th Street | | New York | NY | 10036 |
| Quaker City Bank | Attn Director/Officer | 401 E Whittier Blvd | | La Habra | CA | 90631 |
| Republic Bank | Attn Director/Officer | 9037 US Highway 19 | | Port Richey | FL | 34668 |
| Saxon Mortgage Funding Corporation | Attn Director/Officer | 4708 MERCANTILE DR N | | FORT WORTH | TX | 76137 |
| US Mortgage | Attn Director/Officer | 201 Old Country Rd | Suite 140 | Melville | NY | 11747 |
| USBank | Attn Director/Officer | 60 Livingston Ave. | | St. Paul | MN | 55107 |
| USBank | Attn Director/Officer | 60 Livingston Ave. | | St. Paul | MN | 55107 |
| Wells Fargo | Attn Director/Officer | 420 Montgomery St | | San Francisco | CA | 94163 |