UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
-------------------------------x
In re:                                                Chapter 11
                                                      Case No. 12-12020
    Residential Capital, LLC,
                                                      **NOTICE OF APPEARANCE**
                                                      **AND DEMAND FOR SERVICE**
                                                      **OF PAPERS**

                         Debtor(s).
-------------------------------x

    **PLEASE TAKE NOTICE**, that Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2 ("Deutsche Bank National Trust Company, As Trustee"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

                    LEOPOLD & ASSOCIATES, PLLC
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
              80 Business Park Drive, Suite 110
                  Armonk, New York 10504
                      914-219-5787

    **PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of Deutsche Bank National Trust Company, As Trustee with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:    Armonk, New York
          October 25, 2012

          LEOPOLD & ASSOCIATES, PLLC

          /S/SAUL LEOPOLD
          By:  SAUL LEOPOLD
          Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
          80 Business Park Drive, Suite 110
          Armonk, New York 10504
          (914)219-5787

To:

**Residential Capital, LLC**
Debtor
1177 Avenue of the Americas
New York, NY 10036

**Anthony Princi**
Attorney for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

**Wilmington Trust, National Association**
Standing Chapter 11 Trustee
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

[CONTINUED ON NEXT PAGE]

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                    Chapter 11
                                          Case No. 12-12020
      Residential Capital, LLC,
                                          AFFIRMATION OF SERVICE


                   Debtor(s).
--------------------------------x

STATE OF NEW YORK      )
                       ss.:
COUNTY OF WESTCHESTER  )
```

**Saul Leopold**, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully affirms the following under penalties of perjury:

Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

That on October 25, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Anthony Princi**
Attorney for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

**Wilmington Trust, National Association**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


[CONTINUED ON NEXT PAGE]

And, I hereby certify that on October 25, 2012, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Residential Capital, LLC**
Debtor
1177 Avenue of the Americas
New York, NY 10036

/S/SAUL LEOPOLD
SAUL LEOPOLD