```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                  Chapter 11
                                        Case No. 12-12020
     Residential Capital LLC,
                                        NOTICE OF APPEARANCE
                                        AND DEMAND FOR SERVICE
                                        OF PAPERS
                    Debtor(s).
--------------------------------x
```

**PLEASE TAKE NOTICE**, that DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee under POOLING AND SERVICING AGREEMENT Dated as of January 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC1 ("Deutsche Bank National Trust Company, As Trustee"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

```
              LEOPOLD & ASSOCIATES, PLLC
 Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
              80 Business Park Drive, Suite 110
                    Armonk, New York 10504
                         914-219-5787
```

**PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint

or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of Deutsche Bank National Trust Company, As Trustee with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:   Armonk, New York
         October 25, 2012

                LEOPOLD & ASSOCIATES, PLLC

                /S/SAUL LEOPOLD
                By:  SAUL LEOPOLD
                Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC1
                80 Business Park Drive, Suite 110
                Armonk, New York 10504
                (914)219-5787

To:

    **Residential Capital LLC**
    Debtor
    1177 Avenue of the Americas
    New York, NY 10036

    **Anthony Princi**
    Attorney for Debtor
    Morrison & Foerster
    1290 Avenue of the Americas
    New York, NY 10104

    **Wilmington Trust, National Association**
    Standing Chapter 11 Trustee
    Loeb & Loeb LLP
    345 Park Avenue
    New York, NY 10154

[CONTINUED ON NEXT PAGE]

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                    Chapter 11
                                          Case No. 12-12020

       Residential Capital LLC,
                                          AFFIRMATION OF SERVICE


                        Debtor(s).
--------------------------------x

STATE OF NEW YORK        )
                         ss.:
COUNTY OF WESTCHESTER    )
```

**Saul Leopold**, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully affirms the following under penalties of perjury:

Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

That on October 25, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Anthony Princi**
Attorney for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

**Wilmington Trust, National Association**
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

[CONTINUED ON NEXT PAGE]

And, I hereby certify that on October 25, 2012, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Residential Capital LLC**
Debtor
1177 Avenue of the Americas
New York, NY 10036

/S/SAUL LEOPOLD
SAUL LEOPOLD