```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                        Chapter 11
                                              Case No. 12-12020
        Residential Capital, LLC,
                                              NOTICE OF APPEARANCE
                                              AND DEMAND FOR SERVICE
                                              OF PAPERS

                    Debtor(s).
--------------------------------x
```

**PLEASE TAKE NOTICE**, that U.S. Bank, National Association, as Trustee under the Pooling and Servicing Agreement dated as of March 1, 2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2 ("U.S. Bank, National Association, As Trustee"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

```
            LEOPOLD & ASSOCIATES, PLLC
 Attorneys for U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE
          80 Business Park Drive, Suite 110
                Armonk, New York 10504
                    914-219-5787
```

**PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint

or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of U.S. Bank, National Association, As Trustee with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:   Armonk, New York
         October 25, 2012

                                    LEOPOLD & ASSOCIATES, PLLC


                                    /S/SAUL LEOPOLD
                                    By:  SAUL LEOPOLD
                                    Attorneys for U.S. BANK, NATIONAL
                                    ASSOCIATION, AS TRUSTEE UNDER THE
                                    POOLING AND SERVICING AGREEMENT
                                    DATED AS OF MARCH 1, 2007, GSAMP
                                    TRUST 2007-HE2, MORTGAGE PASS-
                                    THROUGH CERTIFICATES, SERIES 2007-
                                    HE2
                                    80 Business Park Drive, Suite 110
                                    Armonk, New York 10504
                                    (914)219-5787

To:
   **Residential Capital, LLC**
   Debtor
   1177 Avenue of the Americas
   New York, NY 10036

   **Anthony Princi**
   Attorney for Debtor
   Morrison & Foerster
   1290 Avenue of the Americas
   New York, NY 10104

   **Wilmington Trust, National Association**
   Standing Chapter 11 Trustee
   Loeb & Loeb LLP
   345 Park Avenue
   New York, NY 10154

[CONTINUED ON NEXT PAGE]

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                              Chapter 11
                                    Case No. 12-12020
        Residential Capital, LLC,
                                    AFFIRMATION OF SERVICE


                    Debtor(s).
--------------------------------x

STATE OF NEW YORK       )
                            ss.:
COUNTY OF WESTCHESTER   )
```

**Saul Leopold**, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully affirms the following under penalties of perjury:

Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

That on October 25, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Anthony Princi**
Attorney for Debtor
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

**Wilmington Trust, National Association**
Standing Chapter 11 Trustee
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

[CONTINUED ON NEXT PAGE]

And, I hereby certify that on October 25, 2012, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Residential Capital, LLC**
Debtor
1177 Avenue of the Americas
New York, NY 10036

/S/SAUL LEOPOLD
SAUL LEOPOLD