UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, ET AL., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF ALABAMA    )

COUNTY OF JEFFERSON    )

Shaun K. Ramey, being duly sworn, upon his oath, deposes and says:

1. I am a shareholder of Sirote & Permutt, P.C. located at 2311 Highland Avenue South, Birmingham, Alabama, 35205 (the "Firm").

2. The above-captioned debtor and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Case"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The firm does not perform services in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

DOCSBHM\1893587\1

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties-in-interest in these Chapter 11 Cases.

5. Neither I nor any shareholder of the Firm, nor any professional employed by the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any shareholder of the Firm, nor any professional employed by the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. As of May 14, 2012, the Debtors owed the firm approximately $29,625.14 for prepetition services performed by our Litigation Department in Litigation matters, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §101, et seq.

8. As of the Petition Date, the Firm was party to an agreement for indemnification with certain of the Debtors. A copy of such agreement is prohibited by GMAC Mortgage, LLC from distribution as "confidential," "proprietary," and "subject to attorney-client privilege." If GMAC Mortgage, LLC decides to waive such prohibition of distribution or publication, the Firm will promptly supplement this Affidavit thereafter with a copy of such Agreement.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2012.

_____
Shaun K. Ramey,
Shareholder/Co-Chair Mortgage
Banking Litigation Group
Sirote & Permutt, P.C.

Sworn to and subscribed before me
This 22 day of Oct, 2012

_____
Notary Public

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

<u>RETENTION QUESTIONNAIRE</u>[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "<u>Debtors</u>")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Sirote & Permutt, P.C.

   2311 Highland Avenue South

   Birmingham, AL 35205

2. Date of original retention:   1985

3. Brief description of legal services to be provided:

   Legal Services - Litigation

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

ny-1050235
DOCSBHM\1893580\1

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable):  $185-$350/hour (varies by timekeeper)

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $15,000 per month cumulative on all litigation matters (estimate)

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $29,625.14

   Date claim arose: pre-May 14, 2012 (various dates for various services rendered)

   Source of claim: legal services provided per agreement

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim: N/A

   Date claim arose: N/A

   Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

2

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____None_____

   Status: _____N/A_____

   Kind of shares: _____N/A_____

   No. of shares: _____N/A_____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   _____None_____

10. Amount of any retainer received from the Debtors held by the firm:

    (a) As of May 14, 2012: _____None_____

    (b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

    _____N/A_____

    Name: Shaun K. Ramey

    Title: Shareholder / Co-Chair Mortgage Banking Litigation Group
    Sirote & Permutt, P.C.

3