## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a true and correct copy of the attached Limited Objection of Lewisville Independent School District and Carrollton-Farmers Branch Independent School District via electronic delivery, facsimile, and/or U.S. First Class Mail, to the parties listed below this 26th day of October, 2012.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esq. and
Alexandra Steinberg Barrage
glee@mofo.com; abarrage@mofo.com

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn: Larry Nyhan and Jessica
C.K. Boelter
lnyhan@sidley.com; jboelter@sidley.com

Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock, Richard M.
Cieri and Stephen E. Hessler
rschrock@kirkland.com;
richard.cieri@kirkland.com;
stephen.hessler@kirkland.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Amercias
New York, NY 10036
Attn: Kenneth H. Eckstein and Douglas H. Mannal
keckstein@kramerlevin.com;
dmannal@kramerlevin.com

Munger, Tolles & Olson, LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman and Thomas Walper
seth.goldman@mto.com; twalper@mto.com

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto