UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:

RESIDENTIAL CAPITAL, LLC, et al.,

Debtors.
-----------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                     )ss.:
COUNTY OF ESSEX      )

**ADAM D. WOLPER**, being duly sworn, deposes and says as follows:

1. I am an attorney-at-law of the States of New York and New Jersey, and an associate in the firm Herrick, Feinstein LLP. My firm is counsel for Canon USA, Inc. ("Canon").

2. On October 25, 2012, I caused to be served by first class mail a copy of *Canon's Objection to Proposed Cure Amounts in Connection with Assumption of its Contracts* and supporting papers (ECF No. 1937) on all of the parties listed in paragraph 8 of the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (ECF No. 924).

_____
ADAM D. WOLPER

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 26TH DAY OF OCTOBER, 2012

_____
Notary Public
ROBIN WOHLFORD
A Notary Public of New Jersey
My Commission Expires April 13, 2014

HF 7810031 v.1 #05542/0012 10/26/2012 04:58 PM