UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES
PRESENTED ON APPEAL FROM MEMORANDUM OPINION
AND ORDER DENYING THE MOTIONS OF THE FEDERAL
HOUSING FINANCE AGENCY AND UNDERWRITER
DEFENDANTS TO COMPEL DOCUMENT DISCOVERY FROM
THE DEBTORS ENTERED BY THE
BANKRUPTCY COURT ON OCTOBER 12, 2012**

The Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal Home Loan Mortgage Corporation, by and through its counsel, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the record and issues presented on appeal to the United States District Court for the Southern District of New York from the *Memorandum Opinion and Order Denying the Motions of the Federal Housing Finance Agency and Underwriter Defendants to Compel Document Discovery from the Debtors* [Docket No. 1813] (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned chapter 11 cases on October 12, 2012.

**Statement of Issues Presented on Appeal**

1.  Whether the Order, which limits, restrains and affects FHFA from obtaining loan files (the "Loan Files") from Residential Capital, LLC and its affiliated debtors and debtors in possession (the "Debtors") in connection with an action commenced by FHFA against non-debtor parties, violates 12 U.S.C. § 4617(f), which prohibits courts from taking "any action to

restrain or affect the exercise of powers or functions of the agency as conservator or receiver," and which was previously held to deprive courts of jurisdiction to enjoin the Conservator.

2. Assuming that the Order does not violate 12 U.S.C. § 4617(f), whether the Bankruptcy Court correctly concluded that the burden on the Debtors in producing the Loan Files justified the issuance of the Order pursuant to section 105 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

### Designation of Items to Be Included in the Record on Appeal [1]

| No. | Date Filed | Dkt No. | Description |
|---|---|---|---|
| 1 | 7/17/2012 | 808 | Declaration of Kanchana Wangkeo Leung in Support of Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 2 | 7/17/2012 | 810 | Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 3 | 7/20/2012 | 859 | Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |

---

[1] Items are generally listed as they appear on the Court's docket. Docket numbers refer to the Bankruptcy Court's docket unless otherwise indicated. All items designated herein include all exhibits, attachments or other papers included within each docket entry for such item.

| No. | Date Filed | Dkt No. | Description |
|---|---|---|---|
| 4 | 7/20/2012 | 861 | Notice of Hearing on (I) Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay and (II) Supplement to July 17, 2012 Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 5 | 7/26/2012 | 918 | Affidavit of Service for Docket Nos. 808, 810 and 859 |
| 6 | 8/7/2012 | 1023 | Objection to Motion of the Federal Housing Finance Agency for Relief From the Automatic Stay |
| 7 | 8/10/2012 | 1086 | Federal Housing Finance Agency's Reply in Further Support of its Motion Pursuant to Orders of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors, and if Necessary to that Purpose, Relief from the Automatic Stay |
| 8 | 8/14/2012 | 1141 | Affidavit of Service for Docket No. 1086 |
| 9 | 8/28/2012 | 1293 | Non-Ally Underwriter Defendants' Motion in Support of Loan File Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 10 | 8/28/2012 | 1295 | Debtors' Supplemental Brief in Support of its Objection to Motion of the Federal Housing Finance Agency for Relief from the Automatic Stay |
| 11 | 8/28/2012 | 1296 | Declaration of Kanchana Wangkeo Leung In Support Of Supplemental Memorandum of Law of the Federal Housing Finance Agency in Further Support of Request for Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 12 | 8/28/2012 | 1297 | Supplemental Memorandum of Law of the Federal Housing Finance Agency in Further Support of Request for Limited Discovery From the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |

| No. | Date Filed | Dkt No. | Description |
|---|---|---|---|
| 13 | 8/28/2012 | 1299 | Statement of Ally Financial Inc. Concerning the Shared Services Agreement |
| 14 | 8/30/2012 | 1318 | Affidavit of Service of Docket Nos. 1296 and 1297 |
| 15 | 9/4/2012 | 1339 | Debtors' Response to the Non-Ally Underwriter Defendants' Motion in Support of Loan File Discovery From the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 16 | 9/7/2012 | 1374 | Letter to Judge Glenn dated September 7, 2012 regarding Developments in Coordinated FHFA Cases |
| 17 | 9/7/2012 | 1377 | Proposed Agenda for Matters Scheduled to be Heard on September 11, 2012 at 2:00 p.m. |
| 18 | 9/10/2012 | 1392 | Letter to Judge Glenn in Response to the September 7, 2012 Letter from Joel C. Haims |
| 19 | 9/10/2012 | 1393 | Debtors' Exhibit List for Hearing on Motion of the Federal Housing Finance Agency Pursuant to the July 11, 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 20 | 9/10/2012 | 1394 | Order signed on 9/10/2012 Denying Debtors' Motion to Adjourn September 11, 2012 Hearing on Motion of FHFA |
| 21 | 9/10/2012 | 1406 | Amended Notice of Agenda for Matters Scheduled to be Heard on September 11, 2012 at 2:00 p.m. |
| 22 | 9/12/2012 | 1424 | Debtors' Letter Regarding Second Circuit Court of Appeals' Stay |
| 23 | 9/14/2012 | 1444 | So Ordered Stipulation and Order signed on 9/14/2012 with Respect to The Federal Housing Finance Agency's July 17 Motion Pursuant to the July 11 2012 Order of the Honorable Denise L. Cote Seeking Limited Discovery from the Debtors and, if Necessary to that Purpose, Relief from the Automatic Stay |
| 24 | 9/21/2012 | 1516 | Letter to Judge Glenn |

4

| No. | Date Filed | Dkt No. | Description |
|---|---|---|---|
| 25 | 10/1/2012 | 1688 | Letter to Judge Glenn Informing the Court that, Earlier Today, the Second Circuit Court of Appeals entered an Order in the UBS Appeal, Denying a Stay of the FHFA Coordinated Actions, on a Final Basis |
| 26 | 10/12/2012 | 1813 | So Ordered Memorandum Opinion and Order Signed on 10/12/2012 Denying the Motions of The Federal Housing Finance Agency and Underwriter Defendants to Compel Document Discovery from the Debtors |
| 27 | 10/15/2012 | 1817 | Notice of Appeal of Memorandum Opinion and Order Denying the Motions of the Federal Housing Finance Agency and Underwriter Defendants to Compel Document Discovery from the Debtors |

| Transcripts | | |
|---|---|---|
| **Docket No.** | **Status** | **Description** |
| 1215 | Ordered | Transcript of Hearing Held on August 17, 2012 at 10:00 a.m. |
| Not Docketed | Ordered | Transcript of Hearing Held on September 11, 2012 at 2:00 p.m. |

Dated: October 29, 2012
      New York, New York

                              KASOWITZ, BENSON, TORRES &
                               FRIEDMAN LLP

                              /s/ Andrew K. Glenn
                              Andrew K. Glenn (aglenn@kasowitz.com)
                              Daniel A. Fliman (dfliman@kasowitz.com)
                              1633 Broadway
                              New York, New York 10019
                              Telephone:  (212) 506-1700
                              Facsimile:  (212) 506-1800

                              *Attorneys for Federal Housing*
                              *Finance Agency, as Conservator for the Federal*
                              *Home Loan Mortgage Corporation*
                              *Partners*