SULLIVAN • HAZELTINE • ALLINSON LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
William A. Hazeltine

*Attorneys for MERSCORP Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |
| | Related Docket No. 1094 |

**RESPONSE OF MERSCORP HOLDINGS, INC.
TO DEBTORS' SALE MOTION**

MERSCORP Holdings, INC., ("MERSCORP Holdings"), by and through undersigned

counsel, files this response to the Debtors' motion to sell certain of their assets (the "Motion")

[Docket No. 1094] and states as follows:

1.      Debtor Residential Funding Company, LLC owns stock (the "MERSCORP

Holdings Stock") in MERSCORP Holdings.  Pursuant to MERSCORP Holdings' Amended and

Restated Certificate of Incorporation (the "Certificate of Incorporation"), any transfer of the

MERSCORP Holdings Stock is subject to several transfer restrictions, including a right of first

refusal.  MERSCORP Holdings expects to amend the Certificate of Incorporation in the near

future to, among other things, remove these transfer restrictions from the Certificate of

Incorporation.

2.      The Debtors filed the Sale Motion on May 14, 2012.  Pursuant to the Sale Motion,

as amended by subsequent filings, and based on the results of an auction held on October 23 and

24, 2012, the Debtors propose to sell certain of their assets to Ocwen Loan Servicing, LLC ("Ocwen") and Berkshire Hathaway, Inc. ("BH") pursuant to two separate asset purchase agreements.    At present, MERSCORP Holdings does not know whether the MERSCORP Holdings Stock will be among the assets sold to either Ocwen or BH.

       3.     MERSCORP Holdings does not object to any sale of the MERSCORP Holdings Stock following the amendment of the Certificate of Incorporation to remove the transfer restrictions.    MERSCORP Holdings expects that this will occur on or around December 20, 2012.    However, MERSCORP Holdings does request that the closing of any sale of the MERSCORP Holdings Stock be postponed until following the amendment of the Certificate of Incorporation.    This will not cause an undue delay and will ensure that the sale of the MERSCORP Holdings Stock does not violate the Certificate of Incorporation.

<u>**CONCLUSION**</u>

       WHEREFORE, for the foregoing reasons, MERSCORP Holdings respectfully requests that this Honorable Court enter an order consistent with this response and granting to MERSCORP Holdings such other and further relief as is just and proper.

Date:  October 29, 2012
       Wilmington, DE

                     **SULLIVAN • HAZELTINE • ALLINSON** LLC

                     */s/ William A. Hazeltine*
                     William A. Hazeltine (DE Bar ID No. 3294)
                     901 North Market Street, Suite 1300
                     Wilmington, DE 19801
                     Tel: (302) 428-8191
                     Fax: (302) 428-8195

                     *Attorneys for MERSCORP Holdings, Inc.*