FEATHERSTONE PETRIE DESISTO LLP
600 Seventeenth Street
Suite 2400-S
Denver, Colorado  80202-5424
Andrew J. Petrie (*pro hac vice*)
Phone:  303-626-7100
Fax:  303-626-7101
apetrie@featherstonelaw.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                                   :
                                                                        :  Case No. 12-12020 (MG)
**RESIDENTIAL CAPITAL, LLC, et al.**,                                   :
                                                                        :  Chapter 11
                                                                        :
                              Debtors.                                  :  Jointly Administered
------------------------------------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

I, Robin E. Anderson, am over the age of 18 and am not a party to the within matter.  I am employed by Featherstone Petrie DeSisto LLP, counsel to CitiMortgage, Inc.  My business address is 600 Seventeenth Street, Suite 2400-S, Denver, Colorado 80202-5424.

On October 29, 2012, I served the document entitled **CITIMORTGAGE, INC.'S OBJECTION TO THE DEBTORS' PROPOSED SALE OF THE SERVICING PLATFORM** [Dkt. 1992] on the parties listed below, in the manner shown.

Via Email:
Gary S. Lee
Alexandra Steinberg Barrage
Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
glee@mofo.com
abarrage@mofo.com
lnashelsky@mofo.com

Via Email:
Larry Nyhan
Jessica C.K. Boelter
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
lnyhan@sidley.com
jboelter@sidley.com

| | |
|---|---|
| Via Email:<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com | Via FedEx Overnight Delivery:<br>Brian Masumoto<br>Office of the U.S. Trustee<br>for the Southern District of New York<br>33 Whitehall St., 21st Floor<br>New York, NY  10004 |
| Via Email:<br>Seth Goldman<br>Thomas Walper<br>Munger, Tolles & Olson, LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>seth.goldman@mto.com<br>thomas.walper@mto.com | Via Email:<br>Ray C. Schrock<br>Richard M. Cieri<br>Stephen E. Hessler<br>Kirkland & Ellis, LLP<br>601 Lexington Ave.<br>New York, NY  10022<br>ray.schrock@kirkland.com<br>richard.cieri@kirkland.com<br>stephen.hessler@kirkland.com |

Dated: October 29, 2012
      Denver, Colorado

                                                    /s/ Robin E. Anderson
                                                    Robin E. Anderson