MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED TO
BE HEARD ON OCTOBER 31, 2012 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTERS**

**1.**    Motion of PHH Mortgage Corporation Seeking an Order Granting Relief from the Automatic Stay (in regards to property located at 1031 Wylin Court, Ferguson, MO) [Docket No. 1181]

**Related Documents**:

    **a.**    Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

    **b.**    Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 10, 2012 [Docket No. 1530]

    **c.**    Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 31, 2012 at 10:00 a.m. [Docket No. 1711]

ny-1062916

    **Responses**:    None.

    **Status**:    The hearing on this matter is being adjourned to December 20, 2012.

2. Motion for Relief from Stay filed by Kenneth Kral and Lisa A. Stricker [Docket No. 1536]

    **Related Documents**:

    a. Memorandum of Law in Support of Motion of Kenneth Kral and the Putative Class for Relief from Automatic Stay as to GMAC Mortgage LLC and Executive Trustee Services, LLC [Docket No. 1540]

    b. (Proposed) Order Granting Motion of Kenneth Kral and Lisa Stricker for Relief from the Automatic Stay as to GMAC Mortgage LLC and Executive Trustee Services, LLC [Docket No. 1541]

    **Responses**:

    a. Debtors' Objection to Motion of Kenneth Kral and Others Similarly Situated for Relief from Stay [Docket No. 1938]

    **Status**: The hearing on this matter is being adjourned to December 20, 2012.

II. **STATUS CONFERENCES**

1. Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements [Docket No. 1887]

    **Related Documents:**

    a. Third Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Docket No. 1926]

    **Status**: A status conference on discovery issues will be going forward.

III. **CONTESTED MATTERS**

1. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing It to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1546]

    **Related Documents**:

    a. Order Authorizing the Official Committee of Unsecured Creditors to Exceed Page Limit for Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing it to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1548]

ny-1062916        2

  **b.**  Notice of Hearing on Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing It to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1567]

  **c.**  Order Setting Forth Briefing Schedule [Docket No. 1703]

 **Responses**:

  **a.**  Limited Objection of U.S.Bank National Association, as Indenture Trustee to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing It to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1864]

  **b.**  Debtors' Limited Objection to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing It to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1865]

  **c.**  Ally Financial Inc.'s Limited Objection and Reservation of Rights with Respect to the Committee's Motion for Entry of an Order Authorizing it to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1866]

  **d.**  Limited Objection of Ad Hoc Group of Junior Secured Noteholders to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing it to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1870]

 **Replies**:

  **a.**  Omnibus Reply of the Official Committee of Unsecured Creditors to Objections to its Motion for Standing to Pursue Certain Claims on Behalf of the Debtors' Estates [Docket No. 1963]

**2.** Motion for Relief from the Automatic Stay filed by Michael P. Donaghy and Stephanie L. Donaghy [Docket No. 1615]

 **Related Documents**: None.

 **Responses**:

  **a.**  Debtors' Objection to Motion for Relief from the Automatic Stay filed by Michael P. Donaghy and Stephanie L. Donaghy [Docket No. 1936]

 **Status**: The hearing on this matter will be going forward.

**IV.** **UNCONTESTED/SETTLED MATTERS**

**1.** Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 813]

**Related Documents**:

**a.** Additional Exhibits to Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 814]

**b.** Notice of Hearing on Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 815]

**c.** Notice of Adjournment of Hearing on Lift Stay Motions to September 11, 2012 at 10:00 A.M. [Docket No. 1232]

**d.** Notice of Adjournment of Hearing on Lift Stay Motions to September 27, 2012 at 10:00 a.m. [Docket No. 1340]

**e.** Notice of Adjournment of Hearing on Motion of Gerald Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1539]

**f.** Notice of Presentment of Stipulation and Order with Respect to Motion of Gerard Wiener for Relief from Automatic Stay as to GMAC Mortgage, LLC [Docket No. 1928]

**Responses**:    None.

**Status**:    A stipulation has been filed with the Court on Notice. No hearing is required unless objections are timely received.

**2.** Motion of HSBC Bank USA, NA to Vacate the Automatic Stay (and Other Relief) and Hearing Date (as it relates to property located at 7631 Inverary Drive, Frankfort, IL) [Docket No. 1460]

**Related Documents**:

**a.** Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 31, 2012 at 10:00 a.m. [Docket No. 1711]

**Responses**:    None.

**Status**:    This matter has been resolved. A stipulation will be submitted to the Court.

**3.** Application of Household Finance Corporation, III for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 (as it relates to property located at 1931 Reo Road, Lansing, MI 48910) [Docket No. 1462]

**Related Documents**:

a. Notice of Adjournment of Hearing on Motions Requesting Relief from the Automatic Stay to October 31, 2012 at 10:00 a.m. [Docket No. 1711]

**Responses**: None.

**Status**: This matter has been resolved. A stipulation will be submitted to the Court.

4. Motion of Wachovia Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2004-2, for Relief from Automatic Stay [Docket No. 1467]

**Related Documents**: None.

**Responses**: None.

**Status**: This matter has been resolved. A stipulation will be submitted to the Court.

Dated: October 29, 2012
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*