SULLIVAN • HAZELTINE • ALLINSON LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
William A. Hazeltine

*Attorneys for MERSCORP Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 12-12020 (MG)<br>Jointly Administered<br>**Related Docket No. 1991** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Docket No. 1991, the *Response of MERSCORP Holdings', Inc. to Debtors' Sale Motion* (the "Motion") is hereby withdrawn by the Movant, MERSCORP Holdings, Inc.

Date: October 30, 2012
         Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (DE Bar ID No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for MERSCORP Holdings, Inc.*