Hearing Date:    **November 5, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

--------------------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON**
**ALL MATTERS SCHEDULED FOR OCTOBER 31, 2012**
<u>**TO NOVEMBER 5, 2012 AT 10:00 A.M.**</u>

**PLEASE TAKE NOTICE** that all matters scheduled for the October 31, 2012 Omnibus

Hearing have been adjourned to **November 5, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

(the "**Hearing**") and will be heard before the Honorable Martin Glenn, at the United States

Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander

Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

The following matters were scheduled to be heard on October 31, 2012 at 10:00 a.m.

(Prevailing Eastern Time) and will be adjourned to **November 5, 2012 at 10:00 (Prevailing**

**Eastern Time**):

ny-1063787

a) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing It to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1546];

b) Status Conference on Debtors' Second Supplemental Motion Pursuant to Fed. R. Bank. P. 9019 for Approval of the RMBS Trust Settlement Agreements [Docket No. 1887]; and

c) Motion for Relief from the Automatic Stay filed by Michael P. Donaghy and Stephanie L. Donaghy [Docket No. 1615].


Dated: October 30, 2012            Respectfully submitted,
       New York, New York


                                   /s/ Norman S. Rosenbaum
                                   Gary S. Lee
                                   Lorenzo Marinuzzi
                                   Norman S. Rosenbaum
                                   MORRISON & FOERSTER LLP
                                   1290 Avenue of the Americas
                                   New York, New York 10104
                                   Telephone: (212) 468-8000
                                   Facsimile: (212) 468-7900

                                   *Counsel for the Debtors and
                                   Debtors in Possession*