UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                      :

In re                           :                  Chapter 11
                                        :

RESIDENTIAL CAPITAL, LLC, et al.,[1]  :        Case No. 12-12020 (MG)
                                        :
                                        :
                                        :         (Jointly Administered)
               Debtors.                  :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

    A.  On October 29, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the Monthly Service List attached hereto as **Exhibit A** and the service list attached hereto as **Exhibit B**, and via First Class Mail upon the Special Service List attached hereto as **Exhibit C**, and the service list attached hereto as **Exhibit D**:

        1.  **Debtors' Objection to Motion for Relief from Stay Filed by M. Nawaz Raja and Neelum Nawaz Raja** [Docket No. 1988]

    B.  On October 29, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the Monthly Service List attached hereto as **Exhibit A** and the parties attached hereto as **Exhibit E**, via First Class Mail upon the Special Service List attached hereto as **Exhibit F**, and via Overnight Mail upon the service list attached hereto as **Exhibit G**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1. **Proposed Agenda for Matters Scheduled to be Heard on October 31, 2012 at 10:00 a.m. (EST)** [Docket No. 1998]
2. **Notice Regarding Telephonic Participation in the Hearing Scheduled for October 31, 2012 at 10:00 a.m. (ET)** [Docket No. 1999]

Dated:  October 30, 2012

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th of October, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

2

# EXHIBIT A

**Exhibit A**

Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Akerman Senterfitt LLP | Andrea S Hartley | andrea.hartley@akerman.com | Counsel to EverBank |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | susan.balaschak@akerman.com; hadi.khatib@akerman.com | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | rajohnson@akingump.com; ccarty@akingump.com; fhodara@akingump.com | Counsel to Aurelius Capital Management LP |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | bnkatty@aldine.k12.tx.us | Attorneys for the Aldine Independent School District |
| Aldridge Connors LLP | Bankruptcy Department | ecfmail@aclawllp.com | PennyMac Loan Services, LLC |
| Allen & Overy LLP | Ken Coleman & John Kibler | ken.coleman@allenovery.com; john.kibler@allenovery.com | Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities |
| Ally Bank | Tom Houghton | tom.houghton@ally.com | Ally Bank |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com; william.b.solomon@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com;william.hao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | harrisj12@michigan.gov | Attorney General for the State of Michigan |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com;patrick.kerner@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barclays Bank PLC | Joe Tricarno & May Wong | xrausloanops5@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com | Top 50 Creditors |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com;ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Caley Dehkhoda & Quadri dba Wong Fleming | Dianna J Caley | dcaley@wongfleming.com | Counsel to Caley Dehkoda & Qadri |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com | Counsel to  an Ad Hoc Consortium of RMBS holders |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com ;drehns@cohenmilstein.com;krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com;echou@coleschotz.com | Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com; craig.druehl@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | rosa.mendez@db.com | Securitization Trustee |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Diem T Nguyen | | diem.home@gmail.com | Interested Party, Diem T Nguyen |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Bincequerra Esq | gcatalanello@duanemorris.com;jvincequerra@duanemorris.com | Counsel to Green Planet Servicing LLC |
| Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com | Prepetition Lender - Fannie EAF |
| Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com | GSE - Fannie Mae |
| Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC |
| Fein Such & Crane LLP | Melissa N Licker Esq | mlicker@feinsuch.com | Counsel to GMAC Mortgage LLC |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com | Counsel to California Housing Finance Agency |
| FDIC | Dennis J Early | dearly@fdic.gov | Counsel to the FDIC |
| Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com | Counsel to TCF National Bank |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Frenkel Lambert Weiss Weisman & Gordon LLP | Karen M Sheehan Esq | ksheehan@flwlaw.com | Wells Fargo Bank, N.A., as Trustee on Behalf of the certificate holders of HSI Asset Loan Obligation Trust 2007-ARI, Mortgage Pass Through Certificates, Series 2007-AR c/o Select Portfolio Servicing; Counsel to MidFirst Bank |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | jberkowitz@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com | Counsel to the Institutional Investors |
| Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |

**Exhibit A**

Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com | Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| Hodgson Russ LLP | Garry M Graber Esq | ggraber@hodgsonruss.com | Counsel to Manufacturers and Traders Trust Company |
| HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com | Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | rnorton@hunton.com;rrich2@hunton.com | Counsel to Newport Management Corporation |
| Iron Mountain Information  Management Inc | Joseph Corrigan | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Jones Day | Carle E Black | ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com;ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com;eciolko@ktmc.com;dmoffa@ktmc.com | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | | Counsel to Plaintiffs and the Putative Class |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com | Counsel to Oakland County Treasurer |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com;ajowers@kslaw.com;pferdinands@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com;jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com;jtrachtman@kramerlevin.com;pbentley@kramerlevin.com;dmannal@kramerlevin.com;szide@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kriss & Feuerstein LLP | Jason S Leibowitz | jleibowitz@kandfllp.com | Counsel to Wachovia Bank NA as Trustee for the Security National Mortgage Loan Trust 2004-2 |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | rescapinfo@kccllc.com | Claims and Noticing Agent |
| Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County; Counsel to Taxing Authorities |
| Locke Lord LLP | Casey B Howard | choward@lockelord.com | Interested Party |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o  Counsel to Plaintiffs and the Putative Class |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o  Counsel to Plaintiffs and the Putative Class |
| Magnozzi & Kye LLP | Amish R Doshi Esq | adoshi@magnozzikye.com | Counsel to Oracle America Inc |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | susan@taxcollector.com | Counsel to Manatee County Tax Collector |
| Mathis, Riggs & Prather PSC | Donald T Prather | dprather@iglou.com | Counsel to Donald T Prather, Trustee |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | lgordon@mvbalaw.com | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | guzzi@milbank.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | sdnyecf@dor.mo.gov | Counsel to Missouri Department of Revenue |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com | Counsel to Cal-Western Reconveyance Corporation |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com | Residential Capital LLC |
| Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com;rdakis@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |

**Exhibit A**

Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com;bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | ana.damonte@pillsburylaw.com | Counsel to 2255 Partners LP |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com;jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com;jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com;jeremyandersen@quinnemanuel.com | Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robert E Brown PC | | rbrown@robertbrownlaw.com | Counsel to Certain Homeowners Claimants |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com | Counsel to the Institutional Investors |
| Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com | Counsel to Samuel I White PC |
| Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | jglucksman@scarincihollenbeck.com | Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | bdk@schlamstone.com | Counsel to Certain Homeowners Claimants |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com;rbarkasy@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schulte Roth & Zabel LLP | Adam C Harris | adam.harris@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Howard O Godnick | howard.godnick@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | marguerite.gardiner@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Michael G Cutini | michael.cutini@srz.com | Counsel to Cerberus Capital Management LP |
| Securities and Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov;newyork@sec.gov; bankruptcynoticeschr@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com;das@sewkis.com; binder@sewkis.com | Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Service |
| Shafferman & Feldman LLP | Joel M Shafferman Esq | joel@shafeldlaw.com | Counsel to NYCTL 2011-A Trust |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sbwlawfirm.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com;sfennessey@shearman.com | Counsel to Citibank NA |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com | Counsel to Nationstar |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com;nikolay.kodes@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| Stein Wiener & Roth LLP | Attn Pranali Datta | pdatta@hhstein.com | Counsel to OneWest Bank FSB |
| Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com | Counsel to Bank of the West |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin P.C. | Derek S Witte | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com | Counsel to TCF National Bank |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | jteitelbaum@tblawllp.com | Counsel to JPMorgan Chase Bank, NA |
| The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher | Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com | Securitization Trustee |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | kay.brock@co.travis.tx.us | Counsel to Tina Morton Travis County Tax Assessor Collector |
| U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |

**Exhibit A**

Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | mamta.scott@usbank.com;<br>david.jason@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov | Counsel to GSE - Ginnie Mae |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| UMB Bank NA | Mark B Flannagan | Mark.Flannagan@umb.com | Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov | Counsel to the United State of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov;<br>Linda.Riffkin@usdoj.gov;<br>Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Weil Gotschal & Manges LLP | Gary T Holtzer | gary.holtzer@weil.com | Counsel to Syncora Guarantee Inc |
| Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com;<br>Nichlaus.M.Ross@wellsfargo.com;<br>Sharon.Squillario@wellsfargo.com<br>;mary.l.sohlberg@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | accesslegalservices@gmail.com | Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | cshore@whitecase.com;<br>isilverbrand@whitecase.com;<br>dthatch@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | mabrams@willkie.com; rchoi1@willkie.com;<br>jhardy2@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust | Roseline Maney | rmaney@wilmingtontrust.com | Securitization Trustee |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | dneier@winston.com;<br>cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com;<br>ncohen@zuckerman.com;<br>lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com;<br>ncohen@zuckerman.com;<br>lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

# EXHIBIT B

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| M NAWAZ RAJA | & NEELUM NAWAZ RAJA | therajafamily@gmail.com |

# EXHIBIT C

**Exhibit C**

Special Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 | Secured lender under the Mortgage Servicing Rights Facility |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 | Prepetition Lender - Fannie EAF |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | Internal Revenue Service |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | Internal Revenue Service |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 | Stalking Horse Bidder, Nationstar Mortgage |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | Office of the United States Attorney for the Southern District of New York |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | Securities and Exchange Commission - New York Regional Office |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 | Indenture Trustee under the Pre-Petition GSAP Facility |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | Office of the United States Attorney General |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 | Office of the United States Trustee for the Southern District of New York |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 | GMEN Indenture Trustee at Corporate Trust Office |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | Counsel to the Ally Financial Inc. & Ally Bank |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 | Counsel to Nationstar |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 | Counsel to Barclays Bank PLC |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 | Counsel to the United State of America |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | 10036 | Counsel to the Official Committee of Unsecured Creditors |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | Counsel to the Examiner, Arthur J Gonzalez |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | 10005 | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |

# EXHIBIT D

| NAME | NOTICE NAME | ADDRESS1 | CITY | STATE | ZIP |
|------|-------------|----------|------|-------|-----|
| M NAWAZ RAJA | & NEELUM NAWAZ RAJA | 42907 PARKBROOKE CT | BROADLANDS | VA | 20148 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

10/29/2012

# EXHIBIT E

| CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|
| DAVID J BROWN | | djbrown2008@gmail.com |
| KELLEY DRYE & WARREN LLP | JAMES CARR ERIC WILSON JASON ADAMS | kdwbankruptcydepartment@kelleydrye.com |
| KIRKLAND & ELLIS | RICHARD CIERI RAY SHROCK S HESSLER | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com; |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | KEN ECKSTEIN DOUG MANNAL & S ZIDE | keckstein@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| KRISS & FEUERSTEIN LLP | JASON S. LEIBOWITZ | jleibowitz@kandfllp.com |
| LAW OFFICE OF J ARTHUR ROBERTS | JOSEPH ARTHUR ROBERTS | joe@jarlegal.com |
| MILBANK TWEED HADLEY MCCLOY | GERARD UZZI | guzzi@milbank.com |
| STERN EISENBERG PC | S EISENBERG LEN GARZA & S WEISBLATT | lgarza@sterneisenberg.com |
| WHITE & CASE LLP | J CHRISTOPHER SHORE & H L DENMAN | cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com |

# EXHIBIT F

**Exhibit F**
Special Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|------|-------------|----------|----------|------|-------|-----|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda | 30 Rockefeller Plaza | & Marc B Roitman | New York | NY | 10112 |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| US Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes | PO Box 98 | 2004 Variable Funding Trust | Columbia | MD | 21046 |

# EXHIBIT G

Exhibit G

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DAVID J BROWN | | 1135 ULLOA ST | | SAN FRANCISCO | CA | 94127 |
| KELLEY DRYE & WARREN LLP | JAMES CARR ERIC WILSON JASON ADAMS | 101 PARK AVENUE | | NEW YORK | NY | 10178 |
| KIRKLAND & ELLIS | RICHARD CIERI RAY SHROCK S HESSLER | 601 LEXINGTON AVE | | New York | NY | 10022 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | KEN ECKSTEIN DOUG MANNAL & S ZIDE | 1177 AVENUE OF AMERICAS | | NEW YORK | NY | 10036 |
| KRISS & FEUERSTEIN LLP | JASON S. LEIBOWITZ | 360 LEXINGTON AVE STE 1200 | | NEW YORK | NY | 10017 |
| LAW OFFICE OF J ARTHUR ROBERTS | JOSEPH ARTHUR ROBERTS | 3345 NEWPORT BLVD STE 213 | | NEWPORT BEACH | CA | 92663 |
| LAW OFFICES OF JOSEPH ROGERS | WASHINGTON PROF CAMPUS | 900 ROUTE 168 | | TURNERSVILLE | NJ | 08012- |
| MICHAEL & STEPHANIE DONAGHY | | 300 CENTRAL AVE | | RUNNEMEDE | NJ | 08078- |
| MILBANK TWEED HADLEY MCCLOY | GERARD UZZI | 1 CHASE MANHATTAN PLAZA | | NEW YORK | NY | 10005 |
| SHAPIRO DICARO & BARAK LLC | SHARI S BARAK | 105 MAXESS RD N109 | | MELVILLE | NY | 11474 |
| STERN EISENBERG PC | S EISENBERG LEN GARZA & S WEISBLATT | 261 OLD YORK RD STE 410 | THE PAVILION | JENKINTOWN | PA | 19046 |
| WHITE & CASE LLP | J CHRISTOPHER SHORE & H L DENMAN | 1155 AVENUE OF AMERICAS | | NEW YORK | NY | 10036-2787 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

10/29/2012