DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:    (860) 275-0100
Facsimile:    (860) 275-0343

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
JAMES J. TANCREDI, ESQ. (JT-3269)
HERBERT K. RYDER, ESQ. (HR-5137)

Attorneys for Connecticut Housing Finance Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | **Case No. :  12-12020 (MG)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

KAREN S. CLANCY-BOY, being of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP with an office at 7 Times Square, Times Square Tower, New York, New York.

2. On October 30, 2012, I electronically filed a Limited Objection by Connecticut Housing Finance Authority to the Debtors' Sale Motion (Doc. #61) (the "Objection").

3. In accordance with Rules 2002 and 9034 of the Federal Rules of Bankruptcy Procedure and Rule 9078-1 of the New York Local Rules of Bankruptcy Procedure for the Southern District, this is to certify that on this 31st day of October, 2012, copies of the Objection were transmitted to the parties and in the manner set forth below:

# SERVICE LIST

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**

Residential Capital , LLC
1177 Avenue of the Americas
New York, NY 10036

**U.S. TRUSTEE**

Office of The United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**NOTICE PARTIES**

| | |
|---|---|
| Edward Haywood Payne<br>214 North 52nd Street<br>Philadelphia, PA 19139 | Allstate Life Insurance Company<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Corinne Ball<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Willie L. Boykin<br>250 Sterling Ridge Dr<br>Atoka, TN 38004 |
| Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Judson Brown<br>Kirkland & Ellis LLP<br>665 15th Street, N.W. Ste. 1200<br>Washington, DC 20005 |
| Carpenter Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, OH 43215 | Centerview Partners LLC<br>31 West 52nd Street<br>22nd Floor<br>New York, NY 10019 |
| Kurtzman Carson Consultants LLC,<br>Claims Agent<br>Attn: James Le<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Richard W. Clary<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York, NY 10019 |

Jeffrey L. Cohen
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

Nelson C. Cohen
Zuckerman, Spaeder, Goldstein Taylor &
Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

Joseph A Connor III
PO Box 1474
Cobb, CA 95426

Kristin L. Crone
UFAN Legal Group PC
1490 Stone Point Drive, Suite 100
Roseville, CA 95661

DB Structured Products, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Deloitte & Touche LLP
200 Renaissance Center, Suite 3900
Detroit, MI 48243

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Fortace LLC
1601 N. Sepulveda Blvd #146
Manhattan Beach, CA 90266

Talcott Franklin
Talcott Franklin, P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

Rhodrick Harden
1568 Loretta Ave
Coumbus, OH 43211

Courteney F. Harris
14910 Aldine-Westfield Road
Houston, TX 77032

Patrick J. Hopper
220 McCartney Dr.
Moon Twp, PA 15108

John G. Hutchinson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Jump Trading, LLC
600 W. Chicago Avenue, Suite 825
Chicago, IL 60654

| | |
|---|---|
| Ken Burton, Jr.<br>Manatee County Tax Collector<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222 | Taggart Kenneth<br>45 Heron Rd<br>Holland, PA 18966 |
| Michael Klein<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-2714 | Kevin C. Kovacs<br>1876 Highpoint Road<br>Coopersburg, PA 18036 |
| Sidney T. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 | Yvonne D. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 |
| James J. Lotz<br>Foley & Mansfield, P.L.L.P.<br>545 Madison Avenue<br>15th Floor<br>New York, NY 10022 | Rafael Malave<br>1060 Post Avenue<br>Staten Island, NY 10302 |
| James R. Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 |
| Russell D. Mays<br>250 West Depot Street<br>Greeneville, TN 37743 | Brett A. Mearkle<br>The Law Office of Brett A. Mearkle, P.A.<br>8777 San Jose Boulevard<br>Churchill Park, Suite 801<br>Jacksonville, Fl 32217 |
| Robert N. Michaelson<br>The Michaelson Law Firm<br>11 Broadway, Suite 615<br>New York, NY 10004 | Jean Milliance<br>7 Lucille Court<br>Edison, NJ 08820 |
| Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360 | Janice Marie Montgomery<br>2607 N. Shartel Avenue<br>Oklahoma City, OK 73103 |
| Morrison & Foerster LLP<br>Larren M Nasbelky<br>1290 Avenue of the Americas<br>New York, NY 10104 | Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |

| | |
|---|---|
| MortgageIT Holdings, Inc.<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Alan Moss<br>PO Box 721<br>Moss Beach, CA 94038 |
| Sophia Mullen<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Diem T. Nguyen<br>16478 Beach Boulevard #331<br>Westminster, CA 92683 |
| Gerald Niesen<br>2140 Sweeney Road<br>Lompoc, CA 93436 | Joan F. Niesen<br>1335 Purisima Road<br>Lompoc, CA 93436 |
| Office of UnemploymentCompensation<br>Tax Services (UCTS)<br>Dept of Labor and Industry<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 | Paul Papas<br>4727 E. Bell Road<br>#45 PMB 350<br>Phoenix, AZ 85032 |
| Julio Pichardo<br>1201 E. Sudene Avenue<br>Fullerton, CA 92831 | Donald T. Prather<br>Mathis, Riggs & Prather, P.S.C.<br>500 Main Street, Suite 5<br>Shelbyville, KY 40065 |
| Patricia S. Pringle<br>104 Freestone Street<br>Greenville, SC 29605 | Arlene M. Richardson<br>Richardson Legal Center, LLC<br>PO Box 6<br>Highland Home, AL 36041 |
| Michael P. Roland<br>Law Office Of Michael P. Roland<br>6400 Manatee Ave. W<br>Suite L-112<br>Bradenton, FL 34209 | Fedelina Roybal-Deaguero 2008 Trust<br>42265 Little Lake Road<br>Medocino, CA 94560 |
| Jordan Segal<br>Morris, Hardwickm Schneider<br>6 Nashua Court<br>Suite D<br>Baltimore, MD 21221 | Glenn E. Siegel<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |

Siupo Chan & Associates, PC
3635 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30096

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Joe R. Vargas
213 U. St.
Bakersfield, CA 93304

Pamela H. Walters
14910 Aldine-Westfield Road
Houston, TX 18493

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

**ECF NOTIFICATION**

- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

- Kevin S. Allred    kevin.allred@mto.com

- Paul Nii-Amar Amamoo    namamoo@kasowitz.com, courtnotices@kasowitz.com

- Bijan Amini    bamini@samlegal.com, jhoyte@samlegal.com

- Walter J. Ashbrook    walter.ashbrook@quarles.com, sybil.aytch@quarles.com

- Ingrid Bagby    ingrid.bagby@cwt.com, betty.comerro@cwt.com; michele.maman@cwt.com; david.kronenberg@cwt.com; benjamin.riskin@cwt.com; jeffrey.taub@cwt.com; wendy.kane@cwt.com;stephen.johnson@cwt.com;casey.servais@cwt.com

- Susan F. Balaschak    susan.balaschak@akerman.com

- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com

- Shari Barak    LIBKCourt@logs.com

- Andrew Behlmann    abehlmann@lowenstein.com

- Leslie Ann Berkoff    lberkoff@moritthock.com

- Jeffrey S. Berkowitz    jberkowitz@gibbonslaw.com, cgugg@gibbonslaw.com

- Laurie R. Binder    binder@sewkis.com

- James B. Blackburn    jbbjratty@aol.com, wisemanblackburn@aol.com
- Kay Diebel Brock    bkecf@co.travis.tx.us
- David J. Brown    djbrown2008@gmail.com
- Robert Edward Brown    rbrown@robertbrownlaw.com
- Mark K. Broyles    broylesmk@rgcattys.com, ramoffatt@rgcattys.com
- Martin G. Bunin    marty.bunin@alston.com
- Aaron R. Cahn    cahn@clm.com
- Dianna J. Caley    dcaley@wongfleming.com, rarustamova@wongfleming.com
- Michael Robert Carney    mcarney@mckoolsmith.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Darrell W. Clark    dclark@stinson.com, cscott@stinson.com
- Ronald L. Cohen    cohenr@sewkis.com
- Thomas A. Conrad    taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Joseph Corneau    jcorneau@klestadt.com
- Joseph Corrigan    bankruptcy2@ironmountain.com
- Christopher C. Costello    cccostello@winston.com, docketny@winston.com
- Donald H. Cram    dcram@severson.com, lkh@severson.com
- Jonathan D. Crowley    jcrowley-esq@hotmail.com
- Thomas J Cunningham    tcunningham@lockelord.com, kmorehouse@lockelord.com, ttill@lockelord.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Michael G. Cutini    michael.cutini@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- John P. Dillman    houston_bankruptcy@publicans.com
- J. Ted Donovan    TDonovan@GWFGlaw.com, CPresswood@GWFGlaw.com;

SShavelson@GWFGlaw.com;GJohnson@GWFGlaw.com

- Amish R. Doshi    adoshi@magnozzikye.com

- Bryan F Duggan    bduggan@kellemandkellem.com

- Matthew J. Dyer    ecfmail@aclawllp.com

- David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

- Kenneth H. Eckstein    keckstein@kramerlevin.com

- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com

- Mark C. Ellenberg    mark.ellenberg@cwt.com, betty.comerro@cwt.com;wendy.kane@cwt.com

- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com

- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com

- Steven S. Fitzgerald    sfitzgerald@wmd-law.com

- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

- Patrick D. Fleming    Pfleming@morganlewis.com

- MARGUERITE ELLSWORTH GARDINER    marguerite.gardiner@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com

- Len M. Garza    lgarza@sterneisenberg.com

- Duane M. Geck    dmg@severson.com, lkh@severson.com,pag@severson.com,jc@severson.com

- Ehud Gersten    egersten@gerstenlaw.com

- Steven A. Ginther    sdnyecf@dor.mo.gov

- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com

- Joel R. Glucksman    jglucksman@scarincihollenbeck.com

- Brian D. Glueckstein    gluecksb@sullcrom.com

- Howard O. Godnick    howard.godnick@srz.com, evan.melluzzo@srz.com

- Seth Goldman    seth.goldman@mto.com

- Irena M. Goldstein    igoldstein@proskauer.com

- Leon B Gordon    nycourts@mvbalaw.com
- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com
- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com; rleek@hodgsonruss.com;swells@hodgsonruss.com;clutterbein@hodgsonruss.com
- Christopher E Green    chris@myfaircredit.com, Margaret@myfaircredit.com
- Joel C Haims    JHaims@mofo.com, docketny@mofo.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net; cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- Adam Craig Harris    adam.harris@srz.com
- Juandisha Harris    harrisj12@michigan.gov
- William A. Hazeltine    whazeltine@sha-llc.com
- Matthew C. Helland    helland@nka.com
- Ileana M. Hernandez    ihernandez@manatt.com, astaltari@manatt.com
- Stephen Hessler    shessler@kirkland.com, beth.friedman@kirkland.com; jacob.goldfinger@kirkland.com;richard.cieri@kirkland.com; victoria.cole@kirkland.com; michael.meltzer@kirkland.com;anthony.grossi@kirkland.com; shavone.green@kirkland.com; caroline.nguyen@kirkland.com
- Charles A Higgs    chiggs@mwc-law.com
- William H. Hoch    will.hoch@crowedunlevy.com, donna.hinkle@crowedunlevy.com; ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com; lysbeth.george@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com
- Michael E. Holt    mholt@formanlaw.com
- Casey B. Howard    choward@lockelord.com
- Claire L. Huene    chuene@mw-law.com, jmoon@mw-law.com
- Ron Jacobs    rjacobs@ecf.epiqsystems.com
- Michael Jankowski    mjankows@reinhartlaw.com
- Brandon Johnson    brandon.johnson@pillsburylaw.com
- Robert Alan Johnson    rajohnson@akingump.com, nymco@akingump.com
- John Kibler    john.kibler@allenovery.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com

- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- Mark D. Kotwick    kotwick@sewkis.com
- Bennette D. Kramer    bdk@schlamstone.com
- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay    dlemay@chadbourne.com
- Gary S. Lee    glee@mofo.com, jpintarelli@mofo.com
- Jason Leibowitz    jleibowitz@kandfllp.com
- Saul Oscar Leopold    sleopold@leopoldassociates.com, mporch@leopoldassociates.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Melissa N Licker    bankruptcy@feinsuch.com, tterrell@feinsuch.com
- James M Lloyd    jlloyd@greenhall.com
- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Phillip Mahony    pmahony@mwc-law.com
- Douglas Mannal    dmannal@kramerlevin.com, docketing@kramerlevin.com; rringer@kramerlevin.com;edaniels@kramerlevin.com; ashain@kramerlevin.com; nallard@kramerlevin.com
- Jason E. Manning    jason.manning@troutmansanders.com, bernard.young@troutmansanders.com; erin.derby@troutmansanders.com; karen.russell@troutmansanders.com; danyel.patrick@troutmansanders.com
- Alan E. Marder    lgomez@msek.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Heather Boone McKeever    foreclosurefraud@insightbb.com
- Debra Weinstein Minoff    dminoff@loeb.com
- Jeffrey Mispagel    jeffrey.mispagel@dechert.com, jason.smith@dechert.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

- 10 -

- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Thomas M. Monahan    tmonahan@samlegal.com
- Matthew P. Morris    mpmorris@gelaw.com, delman@gelaw.com
- Andrew W. Muller    amuller@stinson.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov, efile@pbgc.gov
- Jason A. Nagi    jnagi@polsinelli.com, tbackus@polsinelli.com; kvervoort@polsinelli.com; docketing@polsinelli.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Laura E. Neish    lneish@zuckerman.com
- Wendy Alison Nora    accesslegalservices.bkyny@gmail.com
- Richard P. Norton    rnorton@hunton.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com
- Katherine S. Parker-Lowe    katherine@ocracokelaw.com
- Amanda F. Parsels    aparsels@mw-law.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Geoffrey J. Peters    colnyecf@weltman.com
- Gregory M. Petrick    gregory.petrick@cwt.com
- Andrew J. Petrie    apetrie@featherstonelaw.com, randerson@featherstonelaw.com
- David M. Powlen    david.powlen@btlaw.com
- Alexander Prieto    alexander_prieto@dot.ca.gov
- Anthony Princi    aprinci@mofo.com, nmoss@mofo.com;mcrespo@mofo.com
- Steven J. Reisman    sreisman@curtis.com, cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com; jzimmer@curtis.com;macohen@curtis.com;tsmith@curtis.com;hhiznay@curtis.com
- Robert A. Rich    rrich2@hunton.com
- Kai H. Richter    krichter@nka.com, assistant@nka.com
- Joseph Arthur Roberts    joe@jarlegal.com
- Phillip R. Robinson    probinson@legglaw.com, usdc@legglaw.com;

    phillipreaserobinson@gmail.com

- Michael A. Rollin    mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com
- Martha E. Romero    romero@mromerolawfirm.com
- Norman Scott Rosenbaum    nrosenbaum@mofo.com
- Paul Rubin    prubin@herrick.com
- Scott K. Rutsky    srutsky@proskauer.com
- Teresa Sadutto-Carley    tsadutto@platzerlaw.com, mkaplan@platzerlaw.com
- Diane W. Sanders    austin.bankruptcy@lgbs.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Bradley Schneider    bradley.schneider@mto.com
- Ray C Schrock    ray.schrock@kirkland.com, beth.friedman@kirkland.com
- Robert L. Schug    rschug@nka.com
- Brendan M. Scott    bscott@klestadt.com
- Howard Seife    arosenblatt@chadbourne.com
- Erin P. Severini    es@dgandl.com
- Joel M. Shafferman    joel@shafeldlaw.com
- Armen Shaghzo    as@shaghzolaw.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Karen Sheehan    ksheehan@flwlaw.com, jspiegelman@flwlaw.com;caltenburg@flwlaw.com
- Scott C. Shelley    scottshelley@quinnemanuel.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com; Lindsay.Leonard@ny.whitecase.com
- Jeremy Edward Shulman    jshulman@afrct.com, mbetti@afrct.com;mpero@afrct.com;bcruz@afrct.com
- Wendy M. Simkulak    wmsimkulak@duanemorris.com
- Sean C. Southard    ssouthard@klestadt.com
- Steven S. Sparling    ssparling@kramerlevin.com, docketing@kramerlevin.com

- John Wesley Spears    john.spears@alston.com
- John Mark Stern    john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- Stanley B. Tarr    tarr@blankrome.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- David L. Tillem    tillemd@wemed.com
- Patricia Tomasco    ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com
- James J. Vincequerra    jvincequerra@duanemorris.com
- Sarah B. Wallace    swallace@featherstonelaw.com, randerson@featherstonelaw.com
- Rodd C. Walton    rwalton@legacy-groups.com
- Michael D. Warner    mwarner@coleschotz.com, klabrada@coleschotz.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Douglas C. Wigley    dwigley@dessauleslaw.com, hpeters@dessauleslaw.com
- Amy Williams-Derry    awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com;dwilcher@kellerrohrback.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- Lori L. Winkelman    lori.winkelman@quarles.com, jason.curry@quarles.com; sybil.aytch@quarles.com
- Eric D. Winston    ericwinston@quinnemanuel.com
- Ellen K. Wolf    ewolf@wolfgroupla.com, kmanning@wolfgroupla.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Adam D. Wolper    awolper@herrick.com
- Richard L. Wynne    rlwynne@jonesday.com
- Hale Yazicioglu    hy@bostonbusinesslaw.com
- George A Zelcs    gzelcs@koreintillery.com, dhutton@koreintillery.com

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Karen S. Clancy-Boy
KAREN S. CLANCY-BOY

Dated: October 31, 2012