Alan Marder Esq. (AM-0114)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6707
Email: amarder@msek.com

Michael S. Greger, Esq. (CA Bar No. 156525)
Ivan M. Gold (CA Bar No. 121486)
Richard M. Dinets, Esq. (CA Bar No. 265197)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Telephone: (949) 553-1313
Facsimile: (949) 553-8354
Email: mgreger@allenmatkins.com
Email: igold@allenmatkins.com
Email: rdinets@allenmatkins.com

Attorneys for Digital Lewisville, LLC,
a Delaware limited liability company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Alan E. Marder, hereby certify that on the 29th day of October, 2012, I caused a true and correct copy of *Digital Lewisville LLC's Supplemental Limited Objection To Debtors' Sale Motion, In Particular, Debtors' Proposed Order* to be served by email upon the persons listed on the annexed service list and by depositing a copy of same by first class mail, postage pre-paid on October 31, 2012 upon Brian S. Masumoto.

*/s/ Alan E. Marder*
Alan E. Marder

# SERVICE LIST

**Counsel for Debtors**
Larren M. Nashelsky, Esq.
Gary S. Lee, Esq.
Alexandra Steinberg Barrage, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Email:  lnashelsky@mofo.com
             glee@mofo.com

**Office of the U.S. Trustee**
Office of the United States Trustee
Attention Brian S. Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

**Counsel for OCC**
Kenneth Eckstein, Esq.
Douglas H. Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email:  keckstein@kramerlevin.com
             dmannal@kramerlevin.com

**Counsel for Nationstar Mortgage LLC**
Larry Nyhan, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Email:  lnyhan@sidley.com
             jbuetler@sidley.com

**Counsel for Berkshire Hathaway Inc.**
Seth Goldman, Esq.
Thomas Walper, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA  90071
Email:  seth.goldman@mto.com
             thomas.walper@mto.com

**Counsel for Ally Financial, Inc.**
Ray C. Schrock, Esq.
Richard M. Cieri, Esq.
Stephen E. Hessler, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Email:  ray.schrock@kirkland.com
             richard.cieri@kirkland.com
             stephen.hessler@kirkland.com

956847.03/OC