| | |
|---|---|
| David W. Dykhouse<br>Brian P. Guiney<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Telephone: (212) 336-2000<br>Fax: (212) 336-2222 | Hearing Date: November 19, 2012 at 10:00 a.m. |

Attorneys for Ambac Assurance Corporation and the
Segregated Account of Ambac Assurance Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>                        Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**STATEMENT AND RESERVATION OF RIGHTS OF AMBAC
ASSURANCE CORPORATION AND THE SEGREGATED ACCOUNT
OF AMBAC ASSURANCE CORPORATION WITH RESPECT TO DEBTORS'
MOTION FOR ORDER (I) AUTHORIZING THE SALE OF CERTAIN ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS;
(II) AUTHORIZING AND APPROVING ASSET PURCHASE AGREEMENTS THERETO;
(III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND UNEXPIRED LEASES RELATED THERETO; AND (IV) GRANTING RELATED RELIEF**

Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation (collectively, "Ambac"), respectfully submit this statement and reservation of rights ("Statement") in connection with the *Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free*

5681970v.3

*and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief*, Dkt. No. 61, which was filed by the above-captioned debtors ("Debtors") on May 14, 2012 ("Sale Motion").[1]

### STATEMENT

1. On October 12, 2012, Ambac filed the *Objection and Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation to Proposed Assumption and Assignment of Certain Executory Contracts*, Dkt. No. 1810 ("Ambac Objection").[2] The Ambac Objection sets forth both Ambac's objection to the proposed assumption and assignment of contracts in connection with the Sale and its objection to the Sale Motion and entry of the proposed Sale Order.

2. The Debtors have established a bifurcated process for objecting to assumption and assignment of executory contracts, on the one hand, and objecting to the Sale itself, on the other. Therefore, out of an abundance of caution, Ambac is filing this Statement to advise the Court, the Debtors and other parties in interest that the Ambac Objection should be treated as not only an objection to the assumption and assignment of contracts, but also as an objection to the Sale.

3. Ambac reserves the right to amend, supplement, modify or withdraw the Ambac Objection and the right to appear and be heard on any issue at the November 19 hearing

---

[1] Objections to the Sale (as defined below) were due on October 29. However, due to the closure of the Bankruptcy Court on October 29, 30 and 31, Ambac's time to respond was extended by operation of Fed. R. Bankr. Pro. 9006(a)(3)(A) (an extension that was recognized and agreed to by the Debtors).

[2] As set forth in greater detail in the Ambac Objection, Ambac objects to the proposed assumption and assignment of certain contracts in connection with the proposed sale of the Debtors' mortgage loan origination and servicing platform ("Sale") because the proposed order approving the Sale ("Sale Order") appears to diminish or eliminate important rights of Ambac against the successor servicer.

to consider entry of the Sale Order.  Moreover, Ambac understands that Ocwen Loan Servicing, LLC ("Ocwen") has been declared the winning bidder to purchase the Debtors' servicing platform.  Therefore, Ambac reserves the right to object to the assumption and assignment of executory contracts to Ocwen at or any time prior to the Sale Hearing, for any reason (including that Ambac has not been provided with adequate assurance of Ocwen's future performance).[3]

Dated: New York, New York
October 31, 2012

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER LLP**
Attorneys for Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation

By:    __s/David W. Dykhouse__
David W. Dykhouse
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

---

[3] *See First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto*, dated September 18, 2012, Dkt. No. 1484 ("The deadline for objecting to the assumption by the Debtors and assignment to Nationstar of an Assumed Contract (an "Assignment Objection") shall be September 28, 2012, at 5:00 p.m. (Eastern Time) provided, however, that in the event the Sale Procedures result in a Successful Bidder other than Nationstar (in respect of the Nationstar Purchased Assets) the deadline for an Assignment Objection shall be at the Sale Hearing.").

5681970v.3