**Hearing Date:  December 20, 2012 at 10:00 a.m. (ET)**
**Objection Deadline:  November 30, 2012 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON INTERIM APPLICATIONS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD BETWEEN MAY 14, 2012 AND AUGUST 31, 2012**

**PLEASE TAKE NOTICE** that the hearing on the interim applications for allowance of compensation and reimbursement of expenses listed on **Schedule 1** annexed hereto (collectively, the "Applications") will be held on **December 20, 2012 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

1

**PLEASE TAKE FURTHER NOTICE** that objections to any Application shall be due no later than **November 30, 2012 at 4:00 p.m. (ET)**. Any reply by an applicant shall be filed by **December 18, 2012 at 12:00 p.m. (ET)**.

Dated: October 31, 2012

        /s/ Lorenzo Marinuzzi
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and
Debtors in Possession*

## Schedule 1

| Party | Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested |
|---|---|---|---|---|
| **Bradley Arant Boult Cummings LLC** | 1882 | 2012/05/14 – 2012/08/31 | $4,207,515.65 | $157,682.41 |
| **Carpenter Lipps & Leland LLP** | 1889 | 2012/05/14 – 2012/08/31 | $955,735.00 | $334,924.08 |
| **Centerview Partners LLC** | 1883 | 2012/05/14 – 2012/08/31 | $900,000.00 | $18,761.48 |
| **Curtis, Mallet-Prevost, Colt & Mosle LLP** | 1890 | 2012/05/14 – 2012/08/31 | $496,548.50 | $3,093.40 |
| **Deloitte & Touche LLP** | 1902 | 2012/05/14 – 2012/08/31 | $690,583.50 | $0.00 |
| **Dorsey & Whitney LLP** | 1872 | 2012/05/14 – 2012/08/31 | $412,188.83 | $5,105.22 |
| **Fortace LLC** | 1863 | 2012/05/21 – 2012/08/31 | $337,939.00 | $119,073.93 |
| **FTI Consulting, Inc.** | 1905 | 2012/05/14 – 2012/08/31 | $7,500,000.00 | $385,757.98 |
| **KPMG LLP** | 1891 | 2012/05/14 – 2012/08/31 | $656,390.00 | $46,449.02 |
| **Kurtzman Carson Consultants LLC** | 1859 | 2012/05/14 – 2012/08/31 | $94,074.00 | $0.00 |
| **Locke Lord LLP** | 1886 | 2012/05/14 – 2012/08/31 | $261,177.78 | $2,628.99 |
| **Mercer (US) Inc.** | 1888 | 2012/05/14 – 2012/08/31 | $43,618.92 | $6,118.74 |
| **Morrison & Cohen** | 1904 | 2012/05/14 – 2012/08/31 | $325,625.50 | $4,248.73 |
| **Morrison & Foerster LLP** | 1885 | 2012/05/14 – 2012/08/31 | $14,667,747.50 | $598,549.72 |
| **Orrick, Herrington & Sutcliffe LLP** | 1871 | 2012/05/14 – 2012/08/31 | $733,357.07 | $678.12 |
| **Reed Smith, LLP** | 1892 | 2012/07/01 – 2012/07/31 | $39,686.00 | $0.00 |
| **Reed Smith, LLP** | 1895 | 2012/08/01 – 2012/08/31 | $27,538.50 | $81.22 |
| **Rubenstein Associates, Inc.** | 1794 | 2012/05/14 – 2012/08/31 | $25,709.75 | $5,055.83 |
| **Severson & Werson PC** | 1850 | 2012/05/15 – 2012/08/31 | $1,242,804.45 | $124,486.44 |
| **Towers Watson Delaware Inc.** | 1858 | 2012/06/25 – 2012/08/31 | $34,355.03 | $0.00 |
| **Troutman Sanders, LLP** | 1894 | 2012/05/14 – 2012/08/31 | $218,509.74 | $3,714.82 |
| **AlixPartners LLP** | 1884 | 2012/05/21 – 2012/08/31 | $2,205,724.75 | $34,011.46 |
| **Kramer Levin Naftalis & Frankel LLP** | 1896 | 2012/05/16 – 2012/08/31 | $10,675,061.50 | $305,820.34 |

| Party | Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested |
|---|---|---|---|---|
| **Moelis & Company LLC** | 1898 | 2012/05/16 – 2012/08/31 | $1,391,129.03 | $20,194.72 |
| **Chadbourne & Parke LLP** | 1897 | 2012/07/11 – 2012/08/31 | $3,295,849.50 | $127,003.11 |
| **Arthur J. Gonzalez** | 1900 | 2012/07/03 – 2012/08/31 | $86,137.50 | $0.00 |
| **Mesirow Financial Consulting, LLC** | 1906 | 2012/07/24 – 2012/08/31 | $3,007,275.00 | $30,048.00 |