**Exhibit 1**

Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200, Boston, MA 02114
Telephone:  (617) 456-8044
Facsimile:  (617) 456-8100
Richard Briansky, Esquire

*Ordinary Course Professional for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------  )
                                                             )

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

---------------------------------------------------------------------------  )

**CERTIFICATION OF RICHARD BRIANSKY IN SUPPORT OF PRINCE LOBEL'S**
**APPLICATION FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR SERVICES RENDERED AS AN ORDINARY COURSE**
**PROFESSIONAL FOR THE DEBTORS FOR THE PERIOD MAY 14, 2012**
**THROUGH AUGUST 31, 2012**

I, Richard Briansky, hereby certify that:

1.       I am a member of the applicant firm, Prince Lobel Tye LLP ("**Prince Lobel**"),

with responsibility for compliance with the Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April

19, 1995 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Under Bankruptcy Code

Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment

of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date

[Docket No. 799], dated July 17, 2012 (the "**OCP Order**"), and collectively with the Local

Guidelines and UST Guidelines, the "**Guidelines**") in the jointly administered chapter 11 cases of Residential Capital, LLC, *et al.* (collectively, the "**Debtors**"), pursuant to Sections 327, 330 and 331 of the Bankruptcy Code, Fed. R. Bank P. 2016, and Local Bankruptcy Rule 2016-1.

2.    This certification is made in respect of Prince Lobel's application, dated October 24, 2012 (the "Application"), for interim compensation and reimbursement of expenses for the period commencing May 14, 2012 through and including August 31, 2012.

3.    I certify that:

a.    I have read the Application;

b.    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

c.    the fees and disbursements sought are billed at rates in accordance with those customarily charged by Prince Lobel and generally accepted by Prince Lobel's clients; and

d.    in providing a reimbursable service, Prince Lobel does not make a profit on that service, whether the service is performed by Prince Lobel in-house or through a third party.

4.    I certify that the Debtors, the Creditors Committee and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application, along with the parties entitled to receive the Application.

1602183.2

PRINCE LOBEL TYE LLP

By: /s/ Richard E. Briansky
    Richard E. Briansky

    100 Cambridge Street, Boston, MA 02114
    Telephone:    (617) 456-8000
    Facsimile:    (617) 456-8100
    Email: rbriansky@princelobel.com

**Ordinary Course Professional For The Debtors**

Dated:  Boston, MA
      November 1, 2012

1602183.2