# THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Residential Capital, LLC, Debtor(s).<br>1177 Avenue of the Americas<br>New York, NY  10036<br>20-1770738 | Case No. 12-12020 MG<br>Chapter 11 |

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:
Tennessee Department of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Robert E. Cooper, Jr.
Attorney General and Reporter

/s/ Marvin E. Clements, Jr.
Marvin E. Clements, Jr.
Senior Counsel
BPR No. 016031
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville,  TN  37202-0207
Phone: 615-532-2504     Fax: 615-741-3334
Email: AGBankNewYork@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on  November 1, 2012                                                            a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Marvin E. Clements, Jr.
Marvin E. Clements, Jr.
Senior Counsel

| | |
|---|---|
| Office of the U.S. Trustee<br>33 Whitehall Street, 21st Flr.<br>New York, New York  10004-2112 | Larren M. Nashelsky<br>Attorney for the Debtor(s)<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |