DAY PITNEY LLP
JAMES J. TANCREDI (JT-3269)
242 TRUMBULL STREET
HARTFORD, CT 06103
T: (860) 275-0100
F: (860) 275-0343

- and –

JOSHUA W. COHEN (JC-2978)
ONE AUDUBON STREET
NEW HAVEN, CT 06510
T: (203) 752-5000
F: (203) 752-5001

- and –

7 TIMES SQUARE
NEW YORK, NY 10036-7311
T: (212) 297-5800

- and –

HERBERT K. RYDER (HR-5137)
ONE JEFFERSON ROAD
PARSIPPANY, NY 07054-2891
T: (973) 966-6300
F: (973) 966-1015

*Attorneys for Connecticut Housing Finance Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys referred to below hereby enter their appearances as counsel to represent **Connecticut Housing Finance Authority** ("**CHFA**"), in the above-captioned matter, pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal

43007294.1

Rules of Bankruptcy Procedure and request that all notices (including those required by Bankruptcy Rule 2002) in this case or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that this request is also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

> James J. Tancredi, Esq.
> Day Pitney LLP
> 242 Trumbull Street
> Hartford, CT 06103
> T: (860) 275-0100
> F: (860) 275-0343
> E-mail: jjtancredi@daypitney.com
>
> -and-
>
> Joshua W. Cohen, Esq.
> Day Pitney LLP
> One Audubon Street
> New Haven, CT 06510
> T: (203) 752-5000
> F: (203) 752-5001
> E-mail: jwcohen@daypitney.com
>
> -and-
>
> Herbert K. Ryder, Esq.
> Day Pitney LLP
> One Jefferson Road
> Parsippany, NJ 07054-2891
> T: (973) 966-6300
> F: (973) 966-1015
> E-mail: hkryder@daypitney.com

-3-

PLEASE TAKE FURTHER NOTICE that Connecticut Housing Financing Authority does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Connecticut Housing Finance Authority for such purpose.

DAY PITNEY LLP

By:  /s/ Joshua W. Cohen
James J. Tancredi  (JT-3269)
242 Trumbull Street
Hartford, CT 06103
T: (860) 275-0100
F: (860) 275-0343
-and-

43007294.1

                                            Joshua W. Cohen (JC-2978)
One Audubon Street
New Haven, CT 06510
T: (203) 752-5000
F: (203) 752-5001
       -and-
Herbert K. Ryder (HR05137).
Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-6300
F: (973) 966-1015

*Attorneys for Connecticut Housing Finance Authority*

Dated: November 2, 2012
      New Haven, CT

-4-

43007294.1

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing Notice of Appearance and Request for Notices and Service of Papers was electronically filed with this Court on this 2nd day of November, 2012 and served through the Court's CM/ECF system upon all registered electronic filers.  This is to further certify that on this date, copies of the aforementioned were transmitted to the parties and in the manner set forth below.

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**

Residential Capital , LLC
1177 Avenue of the Americas
New York, NY 10036

**U.S. TRUSTEE**

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**NOTICE PARTIES**

Edward Haywood Payne
214 North 52nd Street
Philadelphia, PA 19139

Allstate Life Insurance Company
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Corinne Ball
Jones Day
222 East 41st Street
New York, NY 10017

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004

Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Judson Brown
Kirkland & Ellis LLP
665 15th Street, N.W. Ste. 1200
Washington, DC 20005

Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215

Centerview Partners LLC
31 West 52nd Street
22nd Floor
New York, NY 10019

43007294.1

Kurtzman Carson Consultants LLC, Claims Agent
Attn: James Le
2335 Alaska Avenue
El Segundo, CA 90245

Richard W. Clary
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Jeffrey L. Cohen
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

Nelson C. Cohen
Zuckerman, Spaeder, Goldstein Taylor &
Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

Joseph A Connor III
PO Box 1474
Cobb, CA 95426

Kristin L. Crone
UFAN Legal Group PC
1490 Stone Point Drive, Suite 100
Roseville, CA 95661

DB Structured Products, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Deloitte & Touche LLP
200 Renaissance Center, Suite 3900
Detroit, MI 48243

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Fortace LLC
1601 N. Sepulveda Blvd #146
Manhattan Beach, CA 90266

Talcott Franklin
Talcott Franklin, P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

Rhodrick Harden
1568 Loretta Ave
Columbus, OH 43211

Courteney F. Harris
14910 Aldine-Westfield Road
Houston, TX 77032

Patrick J. Hopper
220 McCartney Dr.
Moon Twp, PA 15108

John G. Hutchinson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Jump Trading, LLC
600 W. Chicago Avenue, Suite 825
Chicago, IL 60654

-7-

| | |
|---|---|
| Ken Burton, Jr.<br>Manatee County Tax Collector<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222 | Taggart Kenneth<br>45 Heron Rd<br>Holland, PA 18966 |
| Michael Klein<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-2714 | Kevin C. Kovacs<br>1876 Highpoint Road<br>Coopersburg, PA 18036 |
| Sidney T. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 | Yvonne D. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 |
| James J. Lotz<br>Foley & Mansfield, P.L.L.P.<br>545 Madison Avenue, 15th Floor<br>New York, NY 10022 | Rafael Malave<br>1060 Post Avenue<br>Staten Island, NY 10302 |
| James R. Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 |
| Russell D. Mays<br>250 West Depot Street<br>Greeneville, TN 37743 | Brett A. Mearkle<br>The Law Office of Brett A. Mearkle, P.A.<br>8777 San Jose Boulevard<br>Churchill Park, Suite 801<br>Jacksonville, Fl 32217 |
| Robert N. Michaelson<br>The Michaelson Law Firm<br>11 Broadway, Suite 615<br>New York, NY 10004 | Jean Milliance<br>7 Lucille Court<br>Edison, NJ 08820 |
| Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360 | Janice Marie Montgomery<br>2607 N. Shartel Avenue<br>Oklahoma City, OK 73103 |
| Morrison & Foerster LLP<br>Larren M. Nashelsky<br>1290 Avenue of the Americas<br>New York, NY 10104 | Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| Mortgage IT Holdings, Inc.<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Alan Moss<br>PO Box 721<br>Moss Beach, CA 94038 |

Sophia Mullen
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Diem T. Nguyen
16478 Beach Boulevard #331
Westminster, CA 92683

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Office of Unemployment Compensation Tax Services (UCTS)
Dept of Labor and Industry
Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Paul Papas
4727 E. Bell Road
#45 PMB 350
Phoenix, AZ 85032

Julio Pichardo
1201 E. Sudene Avenue
Fullerton, CA 92831

Donald T. Prather
Mathis, Riggs & Prather, P.S.C.
500 Main Street, Suite 5
Shelbyville, KY 40065

Patricia S. Pringle
104 Freestone Street
Greenville, SC 29605

Arlene M. Richardson
Richardson Legal Center, LLC
PO Box 6
Highland Home, AL 36041

Michael P. Roland
Law Office Of Michael P. Roland
6400 Manatee Ave. W
Suite L-112
Bradenton, FL 34209

Fedelina Roybal-Deaguero 2008 Trust
42265 Little Lake Road
Medocino, CA 94560

Jordan Segal
Morris, Hardwickm Schneider
6 Nashua Court
Suite D
Baltimore, MD 21221

Glenn E. Siegel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Siupo Chan & Associates, PC
3635 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30096

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Joe R. Vargas
213 U. St.
Bakersfield, CA 93304

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043

| | |
|---|---|
| Pamela H. Walters<br>14910 Aldine-Westfield Road<br>Houston, TX 18493 | Keith Wofford<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| Prince Lobel Tye LLP<br>Attn: Richard Briansky<br>100 Cambridge Street<br>Suite 2200<br>Boston, MA 02114 | |

By: /s/ Joshua W. Cohen
JOSHUA W. COHEN (JC-2978)

-9-

43007294.1