DAY PITNEY LLP
JAMES J. TANCREDI (JT-3269)
242 TRUMBULL STREET
HARTFORD, CT 06103
T: (860) 275-0100
F: (860) 275-0343

    - and –

JOSHUA W. COHEN (JC-2978)
ONE AUDUBON STREET
NEW HAVEN, CT 06510
T: (203) 752-5000
F: (203) 752-5001

    - and –

7 TIMES SQUARE
NEW YORK, NY 10036-7311
T: (212) 297-5800

    - and –

HERBERT K. RYDER (HR-5137)
ONE JEFFERSON ROAD
PARSIPPANY, NY 07054-2891
T: (973) 966-6300
F: (973) 966-1015

*Attorneys for Connecticut Housing Finance Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.,* | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that the attorneys referred to below hereby enter their appearances as counsel, to represent **Connecticut Housing Finance Authority** ("**CHFA**"), in the above-captioned matter, pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal

43007620.1

Rules of Bankruptcy Procedure and request that all notices (including those required by Bankruptcy Rule 2002) in this case or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that this request is also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

> James J. Tancredi, Esq.
> Day Pitney LLP
> 242 Trumbull Street
> Hartford, CT 06103
> T: (860) 275-0100
> F: (860) 275-0343
> E-mail: jjtancredi@daypitney.com
>
> -and-
>
> Joshua W. Cohen, Esq.
> Day Pitney LLP
> One Audubon Street
> New Haven, CT 06510
> T: (203) 752-5000
> F: (203) 752-5001
> E-mail: jwcohen@daypitney.com
>
> -and-
>
> Herbert K. Ryder, Esq.
> Day Pitney LLP
> One Jefferson Road
> Parsippany, NJ 07054-2891
> T: (973) 966-6300
> F: (973) 966-1015
> E-mail: hkryder@daypitney.com

PLEASE TAKE FURTHER NOTICE that Connecticut Housing Financing Authority does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Connecticut Housing Finance Authority for such purpose.

DAY PITNEY LLP

By: /s/ Herbert K. Ryder
James J. Tancredi  (JT-3269)
242 Trumbull Street
Hartford, CT 06103
T: (860) 275-0100
F: (860) 275-0343
    -and-
Joshua W. Cohen (JC-2978)
One Audubon Street
New Haven, CT 06510
T: (203) 752-5000
F: (203) 752-5001

43007620.1

        -and-
Herbert K. Ryder (HR-5137)
Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-6300
F: (973) 966-1015

*Attorneys for Connecticut Housing Finance Authority*

Dated: November 2, 2012
       Stamford, CT

-4-

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing Notice of Appearance and Request for Notices and Service of Papers was electronically filed with this Court on this 2nd day of November, 2012 and served through the Court's CM/ECF system upon all registered electronic filers. This is to further certify that on this date, copies of the aforementioned were transmitted to the parties and in the manner set forth below.

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**

Residential Capital , LLC
1177 Avenue of the Americas
New York, NY 10036

**U.S. TRUSTEE**

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**NOTICE PARTIES**

| | |
|---|---|
| Edward Haywood Payne<br>214 North 52nd Street<br>Philadelphia, PA 19139 | Allstate Life Insurance Company<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Corinne Ball<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Willie L. Boykin<br>250 Sterling Ridge Dr<br>Atoka, TN 38004 |
| Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Judson Brown<br>Kirkland & Ellis LLP<br>665 15th Street, N.W. Ste. 1200<br>Washington, DC 20005 |
| Carpenter Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, OH 43215 | Centerview Partners LLC<br>31 West 52nd Street<br>22nd Floor<br>New York, NY 10019 |

| | |
|---|---|
| Kurtzman Carson Consultants LLC, Claims Agent<br>Attn: James Le<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Richard W. Clary<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Jeffrey L. Cohen<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 | Nelson C. Cohen<br>Zuckerman, Spaeder, Goldstein Taylor & Kolker, LLP<br>1201 Connecticut Avenue, NW<br>Washington, DC 20036 |
| Joseph A Connor III<br>PO Box 1474<br>Cobb, CA 95426 | Kristin L. Crone<br>UFAN Legal Group PC<br>1490 Stone Point Drive, Suite 100<br>Roseville, CA 95661 |
| DB Structured Products, Inc.<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Debt Acquisition Co of America V, LLC<br>1565 Hotel Circle S, #310<br>San Diego, CA 92108 |
| Deloitte & Touche LLP<br>200 Renaissance Center, Suite 3900<br>Detroit, MI 48243 | Stefan W. Engelhardt<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Fortace LLC<br>1601 N. Sepulveda Blvd #146<br>Manhattan Beach, CA 90266 | Talcott Franklin<br>Talcott Franklin, P.C.<br>208 North Market Street, Suite 200<br>Dallas, TX 75202 |
| Rhodrick Harden<br>1568 Loretta Ave<br>Columbus, OH 43211 | Courteney F. Harris<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 |
| Patrick J. Hopper<br>220 McCartney Dr.<br>Moon Twp, PA 15108 | John G. Hutchinson<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Imperial County Tax Collector<br>940 West Main Street, Suite 106<br>El Centro, CA 92243 | Corla Jackson<br>13230 Tom Gaston Rd<br>Mobile, AL 36695 |
| Oskar A. Johanson<br>105 Rivergate Pl<br>Lodi, CA 95240-0557 | Jump Trading, LLC<br>600 W. Chicago Avenue, Suite 825<br>Chicago, IL 60654 |

43007620.1

-7-

| | |
|---|---|
| Ken Burton, Jr.<br>Manatee County Tax Collector<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222 | Taggart Kenneth<br>45 Heron Rd<br>Holland, PA 18966 |
| Michael Klein<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-2714 | Kevin C. Kovacs<br>1876 Highpoint Road<br>Coopersburg, PA 18036 |
| Sidney T. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 | Yvonne D. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 |
| James J. Lotz<br>Foley & Mansfield, P.L.L.P.<br>545 Madison Avenue, 15th Floor<br>New York, NY 10022 | Rafael Malave<br>1060 Post Avenue<br>Staten Island, NY 10302 |
| James R. Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 |
| Russell D. Mays<br>250 West Depot Street<br>Greeneville, TN 37743 | Brett A. Mearkle<br>The Law Office of Brett A. Mearkle, P.A.<br>8777 San Jose Boulevard<br>Churchill Park, Suite 801<br>Jacksonville, Fl 32217 |
| Robert N. Michaelson<br>The Michaelson Law Firm<br>11 Broadway, Suite 615<br>New York, NY 10004 | Jean Milliance<br>7 Lucille Court<br>Edison, NJ 08820 |
| Monroe County Tax Claim Bureau<br>1 Quaker Plaza, Room 104<br>Stroudsburg, PA 18360 | Janice Marie Montgomery<br>2607 N. Shartel Avenue<br>Oklahoma City, OK 73103 |
| Morrison & Foerster LLP<br>Larren M. Nashelsky<br>1290 Avenue of the Americas<br>New York, NY 10104 | Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| Mortgage IT Holdings, Inc.<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Alan Moss<br>PO Box 721<br>Moss Beach, CA 94038 |
| Sophia Mullen<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Diem T. Nguyen<br>16478 Beach Boulevard #331<br>Westminster, CA 92683 |

43007620.1

| | |
|---|---|
| Gerald Niesen<br>2140 Sweeney Road<br>Lompoc, CA 93436 | Joan F. Niesen<br>1335 Purisima Road<br>Lompoc, CA 93436 |
| Office of Unemployment Compensation Tax Services (UCTS)<br>Dept of Labor and Industry<br>Commonwealth of Pennsylvania<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1152 | Paul Papas<br>4727 E. Bell Road<br>#45 PMB 350<br>Phoenix, AZ 85032 |
| Julio Pichardo<br>1201 E. Sudene Avenue<br>Fullerton, CA 92831 | Donald T. Prather<br>Mathis, Riggs & Prather, P.S.C.<br>500 Main Street, Suite 5<br>Shelbyville, KY 40065 |
| Patricia S. Pringle<br>104 Freestone Street<br>Greenville, SC 29605 | Arlene M. Richardson<br>Richardson Legal Center, LLC<br>PO Box 6<br>Highland Home, AL 36041 |
| Michael P. Roland<br>Law Office Of Michael P. Roland<br>6400 Manatee Ave. W<br>Suite L-112<br>Bradenton, FL 34209 | Fedelina Roybal-Deaguero 2008 Trust<br>42265 Little Lake Road<br>Medocino, CA 94560 |
| Jordan Segal<br>Morris, Hardwickm Schneider<br>6 Nashua Court<br>Suite D<br>Baltimore, MD 21221 | Glenn E. Siegel<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| Siupo Chan & Associates, PC<br>3635 Peachtree Industrial Blvd<br>Suite 100<br>Duluth, GA 30096 | Fredric Sosnick<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022-6069 |
| Barbara L. Stephens<br>514 204th Ave.<br>Ct-KPS<br>Lakebay, WA 98349 | Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Joe R. Vargas<br>213 U. St.<br>Bakersfield, CA 93304 | Larry D. Walls<br>3831 W. 60th St.<br>Los Angeles, CA 90043 |
| Pamela H. Walters<br>14910 Aldine-Westfield Road<br>Houston, TX 18493 | Keith Wofford<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |

43007620.1

Prince Lobel Tye LLP
Attn: Richard Briansky
100 Cambridge Street
Suite 2200
Boston, MA 02114

                By:  /s/ Herbert K. Ryder
                       HERBERT K. RYDER (HR-5137)