# Exhibit A

Exhibit A: Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00045465 | RC-9019_00045467 | N | TSAN |
| RC-9019_00045468 | RC-9019_00045470 | N | TSAN |
| RC-9019_00045479 | RC-9019_00045483 | N | TSAN |
| RC-9019_00047222 | RC-9019_00047225 | N | R9019 |
| RC-9019_00047236 | RC-9019_00047236 | Y | GA |
| RC-9019_00047802 | RC-9019_00047802 | N | TSAN |
| RC-9019_00047807 | RC-9019_00047807 | N | GA |
| RC-9019_00047808 | RC-9019_00047808 | N | GA |
| RC-9019_00047809 | RC-9019_00047810 | N | GA |
| RC-9019_00047811 | RC-9019_00047811 | N | GA |
| RC-9019_00047814 | RC-9019_00047814 | N/Y (redact) | TSAN-OC |
| RC-9019_00047815 | RC-9019_00047816 | N/Y (redact) | TSAN-GA |
| RC-9019_00047817 | RC-9019_00047818 | N/Y (redact) | TSAN-GA |
| RC-9019_00047819 | RC-9019_00047821 | N/Y (redact) | TSAN-GA |
| RC-9019_00047823 | RC-9019_00047824 | N/Y (redact) | TSAN-GA |
| RC-9019_00047825 | RC-9019_00047826 | N/Y (redact) | TSAN-GA |
| RC-9019_00047827 | RC-9019_00047829 | N/Y (redact) | TSAN-OC |
| RC-9019_00047842 | RC-9019_00047842 | Y | OC |
| RC-9019_00047856 | RC-9019_00047857 | Y | GA |
| RC-9019_00047906 | RC-9019_00047906 | N | TSAN |
| RC-9019_00047907 | RC-9019_00047907 | N | GA |
| RC-9019_00047917 | RC-9019_00047917 | N | TSAN |
| RC-9019_00047918 | RC-9019_00047918 | N | TSAN |
| RC-9019_00047958 | RC-9019_00047958 | N | TSAN |
| RC-9019_00047959 | RC-9019_00047973 | N | TSAN |
| RC-9019_00047974 | RC-9019_00047974 | N | TSAN |
| RC-9019_00048006 | RC-9019_00048009 | Y | GA |

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotiations;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007

Exhibit A:  Designation of Clawed Back Documents and Attachments

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotiations;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00048956 | RC-9019_00048957 | N | TSAN |
| RC-9019_00048970 | RC-9019_00048971 | N | TSAN |
| RC-9019_00048972 | RC-9019_00048973 | N | TSAN |
| RC-9019_00048974 | RC-9019_00048975 | N | TSAN |
| RC-9019_00048983 | RC-9019_00048983 | N | TSAN |
| RC-9019_00048984 | RC-9019_00048984 | N | TSAN |
| RC-9019_00048989 | RC-9019_00048989 | Y | GA |
| RC-9019_00049080 | RC-9019_00049080 | N | TSAN |
| RC-9019_00049081 | RC-9019_00049081 | N | TSAN |
| RC-9019_00049082 | RC-9019_00049082 | N | TSAN |
| RC-9019_00049085 | RC-9019_00049085 | Y | GA |
| RC-9019_00049086 | RC-9019_00049087 | Y | OC |
| RC-9019_00049099 | RC-9019_00049099 | Y | GA |
| RC-9019_00049102 | RC-9019_00049103 | Y | OC |
| RC-9019_00049105 | RC-9019_00049105 | N | TSAN |
| RC-9019_00049106 | RC-9019_00049106 | N | TSAN |
| RC-9019_00049143 | RC-9019_00049144 | N | TSAN |
| RC-9019_00049145 | RC-9019_00049145 | N | TSAN |
| RC-9019_00049155 | RC-9019_00049156 | N | TSAN |
| RC-9019_00049157 | RC-9019_00049159 | N | TSAN |
| RC-9019_00049179 | RC-9019_00049182 | N | TSAN |
| RC-9019_00049194 | RC-9019_00049194 | N | TSAN |
| RC-9019_00049198 | RC-9019_00049199 | N | TSAN |
| RC-9019_00049209 | RC-9019_00049210 | N | TSAN |
| RC-9019_00049211 | RC-9019_00049212 | N | TSAN |
| RC-9019_00049377 | RC-9019_00049377 | Y | GA |
| RC-9019_00049385 | RC-9019_00049386 | Y | OC |

SF-3214007

Exhibit A: Designation of Clawed Back Documents and Attachments

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotiations;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00049387 | RC-9019_00049389 | Y | OC |
| RC-9019_00049390 | RC-9019_00049391 | Y | OC |
| RC-9019_00049396 | RC-9019_00049397 | Y | GA |
| RC-9019_00049398 | RC-9019_00049400 | N | TSAN |
| RC-9019_00049401 | RC-9019_00049403 | Y | GA |
| RC-9019_00049406 | RC-9019_00049408 | N | TSAN |
| RC-9019_00049483 | RC-9019_00049485 | N/Y (redact) | TSAN-GA |
| RC-9019_00049486 | RC-9019_00049491 | N | TSAN |
| RC-9019_00049492 | RC-9019_00049498 | N/Y (redact) | TSAN-GA |
| RC-9019_00049503 | RC-9019_00049503 | N | TSAN |
| RC-9019_00049533 | RC-9019_00049536 | N | TSAN |
| RC-9019_00049544 | RC-9019_00049551 | N | TSAN |
| RC-9019_00049593 | RC-9019_00049597 | Y | GA |
| RC-9019_00049598 | RC-9019_00049598 | N | TSAN |
| RC-9019_00049657 | RC-9019_00049659 | Y | GA |
| RC-9019_00049660 | RC-9019_00049660 | Y | GA |
| RC-9019_00049664 | RC-9019_00049665 | Y | OC |
| RC-9019_00049666 | RC-9019_00049667 | Y | OC |
| RC-9019_00049668 | RC-9019_00049670 | N | TSAN |
| RC-9019_00049725 | RC-9019_00049729 | Y | GA |
| RC-9019_00049808 | RC-9019_00049812 | Y | GA |
| RC-9019_00049980 | RC-9019_00049984 | N/Y (redact) | TSAN-GA |
| RC-9019_00050229 | RC-9019_00050232 | N | TSAN |
| RC-9019_00050233 | RC-9019_00050234 | N | TSAN |
| RC-9019_00050235 | RC-9019_00050236 | N | TSAN |
| RC-9019_00050237 | RC-9019_00050239 | N | TSAN |
| RC-9019_00050240 | RC-9019_00050242 | N | TSAN |

Exhibit A: Designation of Clawed Back Documents and Attachments

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00050243 | RC-9019_00050245 | N | TSAN |
| RC-9019_00050246 | RC-9019_00050248 | N | TSAN |
| RC-9019_00050249 | RC-9019_00050251 | N | TSAN |
| RC-9019_00050252 | RC-9019_00050255 | N | TSAN |
| RC-9019_00050270 | RC-9019_00050273 | N | TSAN |
| RC-9019_00050274 | RC-9019_00050278 | N | TSAN |
| RC-9019_00050306 | RC-9019_00050306 | N | TSAN |
| RC-9019_00050448 | RC-9019_00050448 | N | TSAN |
| RC-9019_00050452 | RC-9019_00050454 | N | TSAN |
| RC-9019_00050455 | RC-9019_00050456 | N | TSAN |
| RC-9019_00050478 | RC-9019_00050482 | N | TSAN |
| RC-9019_00050909 | RC-9019_00050912 | N/Y (redact) | TSAN-GA |
| RC-9019_00051761 | RC-9019_00051763 | Y | GA |
| RC-9019_00052337 | RC-9019_00052338 | N | R9019 |
| RC-9019_00053120 | RC-9019_00053120 | N | R9019 |
| RC-9019_00053182 | RC-9019_00053183 | N | R9019 |
| RC-9019_00053225 | RC-9019_00053227 | N | R9019 |
| RC-9019_00053240 | RC-9019_00053240 | N | R9019 |
| RC-9019_00055202 | RC-9019_00055207 | N | TSAN |
| RC-9019_00055651 | RC-9019_00055654 | N | TSAN |
| RC-9019_00055655 | RC-9019_00055658 | N | TSAN |
| RC-9019_00055797 | RC-9019_00055798 | Y | OC |
| RC-9019_00055803 | RC-9019_00055804 | Y | OC |
| RC-9019_00055805 | RC-9019_00055806 | Y | OC |
| RC-9019_00055807 | RC-9019_00055808 | Y | OC |
| RC-9019_00055876 | RC-9019_00055878 | N | R9019 |
| RC-9019_00055879 | RC-9019_00055881 | N | R9019 |

Exhibit A:  Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00055943 | RC-9019_00055945 | Y | GA |
| RC-9019_00055961 | RC-9019_00055962 | N | R9019 |
| RC-9019_00055967 | RC-9019_00055969 | N | R9019 |
| RC-9019_00055970 | RC-9019_00055972 | N | R9019 |
| RC-9019_00055973 | RC-9019_00055976 | N | R9019 |
| RC-9019_00055977 | RC-9019_00055980 | N | R9019 |
| RC-9019_00055982 | RC-9019_00055987 | N | R9019 |
| RC-9019_00055989 | RC-9019_00055994 | N | R9019 |
| RC-9019_00055996 | RC-9019_00056001 | N | R9019 |
| RC-9019_00056002 | RC-9019_00056008 | N | R9019 |
| RC-9019_00056009 | RC-9019_00056015 | N | R9019 |
| RC-9019_00056018 | RC-9019_00056023 | N | R9019 |
| RC-9019_00056024 | RC-9019_00056030 | N | R9019 |
| RC-9019_00060237 | RC-9019_00060237 | N | TSAN |
| RC-9019_00060238 | RC-9019_00060238 | Y | GA |
| RC-9019_00060239 | RC-9019_00060239 | Y | GA |
| RC-9019_00060241 | RC-9019_00060241 | N | TSAN |
| RC-9019_00060249 | RC-9019_00060249 | Y | GA |
| RC-9019_00060251 | RC-9019_00060252 | N | TSAN |
| RC-9019_00060253 | RC-9019_00060254 | N | TSAN |
| RC-9019_00060263 | RC-9019_00060263 | N | TSAN |
| RC-9019_00060264 | RC-9019_00060264 | N | TSAN |
| RC-9019_00060301 | RC-9019_00060302 | N | TSAN |
| RC-9019_00060340 | RC-9019_00060340 | N | TSAN |
| RC-9019_00060341 | RC-9019_00060342 | N | TSAN |
| RC-9019_00060343 | RC-9019_00060344 | N | TSAN |
| RC-9019_00060345 | RC-9019_00060346 | N | TSAN |

Common Interest column:

N = No; Y = Yes

Category Column:

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007

Exhibit A: Designation of Clawed Back Documents and Attachments

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00060355 | RC-9019_00060355 | Y | GA |
| RC-9019_00060360 | RC-9019_00060360 | N | TSAN |
| RC-9019_00060361 | RC-9019_00060361 | N | TSAN |
| RC-9019_00060362 | RC-9019_00060363 | N | TSAN |
| RC-9019_00060364 | RC-9019_00060365 | N | TSAN |
| RC-9019_00060375 | RC-9019_00060376 | N | TSAN |
| RC-9019_00060377 | RC-9019_00060378 | N | TSAN |
| RC-9019_00060379 | RC-9019_00060380 | N | TSAN |
| RC-9019_00060381 | RC-9019_00060383 | N | TSAN |
| RC-9019_00060384 | RC-9019_00060387 | N | TSAN |
| RC-9019_00060388 | RC-9019_00060389 | N | TSAN |
| RC-9019_00060390 | RC-9019_00060392 | N | TSAN |
| RC-9019_00060416 | RC-9019_00060420 | Y | GA |
| RC-9019_00060422 | RC-9019_00060424 | N | TSAN |
| RC-9019_00060426 | RC-9019_00060428 | N | TSAN |
| RC-9019_00060430 | RC-9019_00060432 | N | TSAN |
| RC-9019_00060434 | RC-9019_00060436 | N | TSAN |
| RC-9019_00060438 | RC-9019_00060440 | N | TSAN |
| RC-9019_00060442 | RC-9019_00060444 | N/Y (redact) | TSAN-GA |
| RC-9019_00060717 | RC-9019_00060718 | Y | GA |
| RC-9019_00060720 | RC-9019_00060721 | Y | OC |
| RC-9019_00060736 | RC-9019_00060736 | Y | GA |
| RC-9019_00060737 | RC-9019_00060737 | Y | GA |
| RC-9019_00060738 | RC-9019_00060739 | Y | GA |
| RC-9019_00060741 | RC-9019_00060742 | Y | GA |
| RC-9019_00060745 | RC-9019_00060746 | Y | GA |
| RC-9019_00060748 | RC-9019_00060748 | N | TSAN |

Exhibit A:  Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00060749 | RC-9019_00060749 | N | TSAN |
| RC-9019_00060750 | RC-9019_00060751 | N/Y (redact) | TSAN-GA |
| RC-9019_00060753 | RC-9019_00060754 | Y | GA |
| RC-9019_00060758 | RC-9019_00060762 | N | TSAN |
| RC-9019_00060764 | RC-9019_00060768 | N | TSAN |
| RC-9019_00060770 | RC-9019_00060774 | N | TSAN |
| RC-9019_00060777 | RC-9019_00060782 | N | TSAN |
| RC-9019_00060783 | RC-9019_00060788 | N | TSAN |
| RC-9019_00060791 | RC-9019_00060792 | N | TSAN |
| RC-9019_00060793 | RC-9019_00060795 | N | TSAN |
| RC-9019_00060796 | RC-9019_00060796 | Y | GA |
| RC-9019_00060797 | RC-9019_00060797 | Y | GA |
| RC-9019_00060798 | RC-9019_00060806 | Y | OC |
| RC-9019_00060815 | RC-9019_00060815 | Y | GA |
| RC-9019_00060816 | RC-9019_00060816 | Y | GA |
| RC-9019_00060817 | RC-9019_00060817 | Y | GA |
| RC-9019_00060819 | RC-9019_00060819 | Y | GA |
| RC-9019_00060822 | RC-9019_00060822 | Y | OC |
| RC-9019_00060823 | RC-9019_00060823 | N | TSAN |
| RC-9019_00060828 | RC-9019_00060829 | Y | OC |
| RC-9019_00060830 | RC-9019_00060831 | Y | OC |
| RC-9019_00060833 | RC-9019_00060835 | Y | OC |
| RC-9019_00060846 | RC-9019_00060846 | N | TSAN |
| RC-9019_00060871 | RC-9019_00060871 | Y | GA |
| RC-9019_00060872 | RC-9019_00060874 | N/Y (redact) | TSAN-OC |
| RC-9019_00060877 | RC-9019_00060877 | N | TSAN |
| RC-9019_00060878 | RC-9019_00060879 | N | TSAN |

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007

Exhibit A: Designation of Clawed Back Documents and Attachments

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00060880 | RC-9019_00060881 | N | TSAN |
| RC-9019_00060882 | RC-9019_00060883 | N | TSAN |
| RC-9019_00060886 | RC-9019_00060887 | Y | GA |
| RC-9019_00060888 | RC-9019_00060900 | Y | GA |
| RC-9019_00060901 | RC-9019_00060902 | N | TSAN |
| RC-9019_00060931 | RC-9019_00060931 | N | TSAN |
| RC-9019_00060932 | RC-9019_00060932 | N | TSAN |
| RC-9019_00060949 | RC-9019_00060951 | N | TSAN |
| RC-9019_00060960 | RC-9019_00060963 | N | TSAN |
| RC-9019_00060964 | RC-9019_00060969 | N | TSAN |
| RC-9019_00060970 | RC-9019_00060974 | Y | GA |
| RC-9019_00060975 | RC-9019_00060978 | Y | GA |
| RC-9019_00060979 | RC-9019_00060983 | Y | GA |
| RC-9019_00060987 | RC-9019_00060992 | Y | GA |
| RC-9019_00060993 | RC-9019_00060993 | Y | GA |
| RC-9019_00060994 | RC-9019_00060994 | Y | GA |
| RC-9019_00060998 | RC-9019_00060999 | Y | GA |
| RC-9019_00061000 | RC-9019_00061001 | Y | GA |
| RC-9019_00061002 | RC-9019_00061004 | Y | GA |
| RC-9019_00061005 | RC-9019_00061007 | Y | GA |
| RC-9019_00061008 | RC-9019_00061010 | Y | GA |
| RC-9019_00061011 | RC-9019_00061013 | Y | GA |
| RC-9019_00061014 | RC-9019_00061017 | Y | GA |
| RC-9019_00061031 | RC-9019_00061031 | N | TSAN |
| RC-9019_00061032 | RC-9019_00061033 | N | TSAN |
| RC-9019_00061034 | RC-9019_00061035 | N | TSAN |
| RC-9019_00061036 | RC-9019_00061038 | N | TSAN |

Exhibit A: Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00061039 | RC-9019_00061041 | N | TSAN |
| RC-9019_00061042 | RC-9019_00061044 | N | TSAN |
| RC-9019_00061045 | RC-9019_00061047 | N | TSAN |
| RC-9019_00061054 | RC-9019_00061056 | N | TSAN |
| RC-9019_00061057 | RC-9019_00061059 | N | TSAN |
| RC-9019_00061060 | RC-9019_00061062 | N | TSAN |
| RC-9019_00061074 | RC-9019_00061076 | N | TSAN |
| RC-9019_00061077 | RC-9019_00061079 | N | TSAN |
| RC-9019_00061187 | RC-9019_00061188 | N | TSAN |
| RC-9019_00061189 | RC-9019_00061191 | N | TSAN |
| RC-9019_00061237 | RC-9019_00061237 | N | TSAN |
| RC-9019_00061246 | RC-9019_00061247 | N | TSAN |
| RC-9019_00061248 | RC-9019_00061250 | N | TSAN |
| RC-9019_00061251 | RC-9019_00061254 | N | TSAN |
| RC-9019_00061255 | RC-9019_00061258 | N | TSAN |
| RC-9019_00061264 | RC-9019_00061267 | N | TSAN |
| RC-9019_00061304 | RC-9019_00061305 | N | TSAN |
| RC-9019_00061306 | RC-9019_00061306 | N | TSAN |
| RC-9019_00061307 | RC-9019_00061309 | N | TSAN |
| RC-9019_00061311 | RC-9019_00061312 | N | TSAN |
| RC-9019_00061313 | RC-9019_00061315 | N | TSAN |
| RC-9019_00061320 | RC-9019_00061320 | N | TSAN |
| RC-9019_00061321 | RC-9019_00061321 | N | TSAN |
| RC-9019_00061329 | RC-9019_00061332 | N | TSAN |
| RC-9019_00061333 | RC-9019_00061336 | N | TSAN |
| RC-9019_00061337 | RC-9019_00061341 | N | TSAN |
| RC-9019_00061342 | RC-9019_00061342 | N | TSAN |

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007

Exhibit A:  Designation of Clawed Back Documents and Attachments

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00061345 | RC-9019_00061346 | N | TSAN |
| RC-9019_00061347 | RC-9019_00061348 | N | TSAN |
| RC-9019_00061349 | RC-9019_00061351 | N | TSAN |
| RC-9019_00061352 | RC-9019_00061352 | N | TSAN |
| RC-9019_00061353 | RC-9019_00061353 | N | TSAN |
| RC-9019_00061354 | RC-9019_00061354 | N | TSAN |
| RC-9019_00061357 | RC-9019_00061358 | N | TSAN |
| RC-9019_00061359 | RC-9019_00061361 | N | TSAN |
| RC-9019_00061362 | RC-9019_00061363 | Y | OC |
| RC-9019_00061390 | RC-9019_00061392 | N | TSAN |
| RC-9019_00061411 | RC-9019_00061411 | N | TSAN |
| RC-9019_00061412 | RC-9019_00061412 | N | TSAN |
| RC-9019_00061413 | RC-9019_00061414 | N | TSAN |
| RC-9019_00061424 | RC-9019_00061425 | N | TSAN |
| RC-9019_00061442 | RC-9019_00061442 | N | TSAN |
| RC-9019_00061443 | RC-9019_00061443 | N | TSAN |
| RC-9019_00061449 | RC-9019_00061449 | N | TSAN |
| RC-9019_00061450 | RC-9019_00061451 | N | TSAN |
| RC-9019_00061453 | RC-9019_00061453 | N | TSAN |
| RC-9019_00061454 | RC-9019_00061455 | N | TSAN |
| RC-9019_00061461 | RC-9019_00061462 | N | TSAN |
| RC-9019_00061463 | RC-9019_00061464 | N | TSAN |
| RC-9019_00061465 | RC-9019_00061466 | N | TSAN |
| RC-9019_00061467 | RC-9019_00061467 | Y | GA |
| RC-9019_00061469 | RC-9019_00061470 | Y | GA |
| RC-9019_00061472 | RC-9019_00061473 | N | TSAN |
| RC-9019_00061482 | RC-9019_00061484 | N | TSAN |

SF-3214007

Exhibit A: Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00061485 | RC-9019_00061487 | N | TSAN |
| RC-9019_00061494 | RC-9019_00061494 | N | TSAN |
| RC-9019_00061520 | RC-9019_00061520 | N | TSAN |
| RC-9019_00061521 | RC-9019_00061521 | N | TSAN |
| RC-9019_00061539 | RC-9019_00061539 | Y | OC |
| RC-9019_00061554 | RC-9019_00061557 | N | TSAN |
| RC-9019_00061558 | RC-9019_00061562 | N | TSAN |
| RC-9019_00061563 | RC-9019_00061567 | N | TSAN |
| RC-9019_00061568 | RC-9019_00061572 | N | TSAN |
| RC-9019_00061573 | RC-9019_00061573 | Y | OC |
| RC-9019_00061575 | RC-9019_00061579 | N | TSAN |
| RC-9019_00061580 | RC-9019_00061584 | N | TSAN |
| RC-9019_00061585 | RC-9019_00061585 | N | TSAN |
| RC-9019_00061624 | RC-9019_00061624 | Y | GA |
| RC-9019_00061657 | RC-9019_00061658 | N | TSAN |
| RC-9019_00061659 | RC-9019_00061660 | N | TSAN |
| RC-9019_00061661 | RC-9019_00061663 | N | TSAN |
| RC-9019_00061728 | RC-9019_00061730 | N | TSAN |
| RC-9019_00061731 | RC-9019_00061734 | N | TSAN |
| RC-9019_00061735 | RC-9019_00061738 | N | TSAN |
| RC-9019_00061874 | RC-9019_00061874 | N | TSAN |
| RC-9019_00061875 | RC-9019_00061878 | N | TSAN |
| RC-9019_00061884 | RC-9019_00061888 | N | TSAN |
| RC-9019_00061894 | RC-9019_00061895 | N | TSAN |
| RC-9019_00061902 | RC-9019_00061905 | N | TSAN |
| RC-9019_00061913 | RC-9019_00061914 | N | TSAN |
| RC-9019_00061919 | RC-9019_00061924 | N | TSAN |

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007

Exhibit A: Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00061928 | RC-9019_00061935 | N | TSAN |
| RC-9019_00061936 | RC-9019_00061938 | N | TSAN |
| RC-9019_00061939 | RC-9019_00061942 | N | TSAN |
| RC-9019_00061943 | RC-9019_00061946 | N | TSAN |
| RC-9019_00061947 | RC-9019_00061950 | N | TSAN |
| RC-9019_00061951 | RC-9019_00061954 | N | TSAN |
| RC-9019_00061984 | RC-9019_00061987 | Y | OC |
| RC-9019_00062049 | RC-9019_00062050 | N | TSAN |
| RC-9019_00062060 | RC-9019_00062068 | N | TSAN |
| RC-9019_00062069 | RC-9019_00062074 | Y | GA |
| RC-9019_00062075 | RC-9019_00062080 | Y | GA |
| RC-9019_00062176 | RC-9019_00062179 | N | R9019 |
| RC-9019_00062180 | RC-9019_00062184 | N | R9019 |
| RC-9019_00062286 | RC-9019_00062291 | Y | GA |
| RC-9019_00062292 | RC-9019_00062297 | Y | GA |
| RC-9019_00062298 | RC-9019_00062303 | Y | GA |
| RC-9019_00062304 | RC-9019_00062309 | Y | GA |
| RC-9019_00062396 | RC-9019_00062397 | N | TSAN |
| RC-9019_00062398 | RC-9019_00062400 | N | TSAN |
| RC-9019_00063132 | RC-9019_00063136 | Y | GA |
| RC-9019_00063137 | RC-9019_00063142 | Y | GA |
| RC-9019_00063143 | RC-9019_00063148 | Y | GA |
| RC-9019_00063165 | RC-9019_00063167 | N | TSAN |
| RC-9019_00063168 | RC-9019_00063170 | N | TSAN |
| RC-9019_00063171 | RC-9019_00063173 | N | TSAN |
| RC-9019_00063174 | RC-9019_00063177 | N | TSAN |
| RC-9019_00063178 | RC-9019_00063181 | N | TSAN |

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007

Exhibit A: Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00063189 | RC-9019_00063193 | N | TSAN |
| RC-9019_00063194 | RC-9019_00063198 | N | TSAN |
| RC-9019_00063655 | RC-9019_00063657 | Y | OC |
| RC-9019_00063658 | RC-9019_00063662 | Y | R9019 |
| RC-9019_00063663 | RC-9019_00063667 | Y | R9019 |
| RC-9019_00063668 | RC-9019_00063672 | Y | R9019 |
| RC-9019_00063987 | RC-9019_00063988 | N | Ch11 |
| RC-9019_00064032 | RC-9019_00064035 | N | TSAN |
| RC-9019_00064036 | RC-9019_00064039 | N | TSAN |
| RC-9019_00064082 | RC-9019_00064087 | Y | GA |
| RC-9019_00064091 | RC-9019_00064096 | Y | GA |
| RC-9019_00064097 | RC-9019_00064102 | Y | GA |
| RC-9019_00064111 | RC-9019_00064113 | Y | GA |
| RC-9019_00064114 | RC-9019_00064116 | Y | GA |
| RC-9019_00064117 | RC-9019_00064120 | Y | GA |
| RC-9019_00064121 | RC-9019_00064125 | N | TSAN |
| RC-9019_00064224 | RC-9019_00064226 | N | TSAN |
| RC-9019_00064430 | RC-9019_00064432 | N | TSAN |
| RC-9019_00064433 | RC-9019_00064435 | N | TSAN |
| RC-9019_00064436 | RC-9019_00064438 | N | TSAN |
| RC-9019_00064439 | RC-9019_00064441 | N | TSAN |
| RC-9019_00064442 | RC-9019_00064444 | N | TSAN |
| RC-9019_00064445 | RC-9019_00064448 | N | TSAN |
| RC-9019_00064449 | RC-9019_00064452 | N | TSAN |
| RC-9019_00064453 | RC-9019_00064460 | N | TSAN |
| RC-9019_00064461 | RC-9019_00064467 | N | TSAN |
| RC-9019_00064468 | RC-9019_00064475 | N | TSAN |

Common Interest column:

N = No; Y = Yes

Category Column:

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

* GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007

Exhibit A: Designation of Clawed Back Documents and Attachments

| BegProdBate | EndProdBate | Common Interest | Category |
|---|---|---|---|
| RC-9019_00064476 | RC-9019_00064483 | N | TSAN |
| RC-9019_00064490 | RC-9019_00064491 | Y | OC |
| RC-9019_00064511 | RC-9019_00064519 | N | TSAN |
| RC-9019_00064520 | RC-9019_00064528 | N | TSAN |
| RC-9019_00064529 | RC-9019_00064537 | N | TSAN |
| RC-9019_00064538 | RC-9019_00064546 | N | TSAN |
| RC-9019_00064547 | RC-9019_00064556 | N | TSAN |
| RC-9019_00064557 | RC-9019_00064566 | N | TSAN |
| RC-9019_00064567 | RC-9019_00064576 | N | TSAN |
| RC-9019_00064577 | RC-9019_00064585 | N | TSAN |
| RC-9019_00064586 | RC-9019_00064595 | N | TSAN |
| RC-9019_00064596 | RC-9019_00064605 | N | TSAN |
| RC-9019_00064606 | RC-9019_00064615 | N | TSAN |
| RC-9019_00064616 | RC-9019_00064625 | N | TSAN |
| RC-9019_00064896 | RC-9019_00064900 | N | TSAN |
| RC-9019_00064901 | RC-9019_00064905 | N | TSAN |

**Common Interest column:**

N = No; Y = Yes

**Category Column:**

TSAN = Trust Settlement Agreement negotions;

R9019 = motion for approval of Trust Settlement Agreements;

OC = other pending or potential claims;

GA = general assessment of pending or potential claims.

Ch11 = Chapter 11 Plan

SF-3214007