# Exhibit C

**Rains, Darryl P.**

| | |
|---|---|
| **From:** | Levitt, Jamie A. |
| **Sent:** | Wednesday, September 12, 2012 8:16 AM |
| **To:** | 'Bentley, Philip' |
| **Cc:** | 'Eckstein, Kenneth H.'; 'Kaufman, Philip S.'; Princi, Anthony; Rains, Darryl P.; Clark, Daniel E. |
| **Subject:** | RE: ResCap |

Phil – I was told that you are under the impression we are withholding settlement negotiation documents on the basis of a common interest privilege. That is not correct. We are producing the settlement documents you requested with the exception only of those protected by attorney/client privilege and work product.

**From:** Levitt, Jamie A.
**Sent:** Wednesday, August 29, 2012 12:16 PM
**To:** 'Bentley, Philip'
**Cc:** Lee, Gary S.; Eckstein, Kenneth H.; Kaufman, Philip S.; Princi, Anthony; Rains, Darryl P.
**Subject:** RE: ResCap

Phil,

After our meet and confer and further deliberations, we have decided that to continue to provide you with the information you believe you need to analyze the reasonableness of the RMBS Settlement (and putting aside our objection as the appropriateness of your request in the context of the 9019 analysis), we will agree to produce the non-privileged documents you have requested regarding our RMBS Settlement negotiations. The interrogatories, however, are a separate issue and we must defer discussion on those until after our meetings with investor counsel.

I also want to confirm our prior understanding that with respect to all of your requests, although we are not serving written responses and are focusing all resources instead on the expeditious production of documents to you, all our objections are preserved.

Thanks.

Jamie

**From:** Bentley, Philip [mailto:PBentley@KRAMERLEVIN.com]
**Sent:** Friday, August 24, 2012 6:11 PM
**To:** Princi, Anthony; Levitt, Jamie A.
**Cc:** Lee, Gary S.; Eckstein, Kenneth H.; Kaufman, Philip S.
**Subject:** ResCap

Tony/Jamie,

Per the voicemail message that I left for each of you, I wanted to give you a heads-up that we will be serving discovery requests either this evening or tomorrow. We are aware of your sensitivities on some of the topics covered by our requests, and we are prepared to discuss a potential resolution of your concerns. To that end, we propose scheduling a conference call for Monday to discuss our requests and attempt to work out a resolution.

Please let us know if a call at 8 pm Eastern on Monday would work for you and Gary. (Ken thought it would be useful for both him and Gary to be on the call, and he is not available prior to 8 pm.)

1