Jeffrey S. Powell
Daniel T. Donovan
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C.  20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

− and −

Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel for Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al. | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF ALLY FINANCIAL INC.'S
LETTER IN RESPONSE TO LETTERS SUBMITTED BY FINANCIAL
GUARANTEE INSURANCE COMPANY AND MBIA INSURANCE CORPORATION**

PLEASE TAKE NOTICE that Ally Financial Inc. hereby files the letter dated November 4, 2012 to the Honorable Martin Glenn, Judge for the United States Bankruptcy Court for the Southern District of New York, attached hereto as **Exhibit A**.

|  |  |
|---|---|
| New York, New York<br>Dated: November 4, 2012 | */s/ Patrick M. Bryan*<br>Jeffrey S. Powell<br>Daniel T. Donovan<br>Patrick M. Bryan<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W., Ste. 1200<br>Washington, D.C. 20005<br>Telephone:    (202) 879-5000<br>Facsimile:    (202) 879-5200<br><br>– and –<br><br>Richard M. Cieri<br>Ray C. Schrock<br>Stephen E. Hessler<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Counsel for Ally Financial Inc. and Ally Bank* |

**EXHIBIT A**