# Exhibit B

Exhibit B

# REDACTED