**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Residential Capital, LLC, et al., | ) | Case No. 12-12020 (MG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**DECLARATION OF VIKRAM SHARMA IN CONNECTION WITH THE DEBTORS'
APPLICATION TO RETAIN AND EMPLOY KPMG LLP AS TAX COMPLIANCE
PROFESSIONALS, TAX CONSULTANTS AND INFORMATION TECHNOLOGY
ADVISORS**
*NUNC PRO TUNC* **TO THE PETITION DATE**

I, Vikram Sharma, being duly sworn, depose and say:

1. I submit this declaration to supplement the declarations filed by James McAveeney on behalf of KPMG LLP ("KPMG") in support of the application (the "Application")[1] of the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order, pursuant to sections 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), authorizing the Debtors to retain and employ KPMG as tax compliance professionals, tax consultants and information technology advisors to the Debtors *nunc pro tunc* to the Petition Date. I have personal knowledge of the matters set forth herein.

2. I have been engaged by KPMG, through a provider of temporary professional resources, to support KPMG's engagement by the Debtors to provide Information Technology advisory services.

---

[1] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

3. KPMG provided me the list of creditors and parties-in-interest attached as Exhibit 1 to this declaration, and requested that I review the entities on Exhibit 1 to determine if I had current or past client relationships with any of them.

4. Since 2001, I have done work for the following entities identified on Exhibit 1: Morgan Stanley & Co. LLC, State of Ohio, PricewaterhouseCoopers, AT&T, and Sprint. These services are unrelated to the Debtors or this bankruptcy proceeding.

5. Furthermore, to the best of my knowledge, I do not hold or represent an interest adverse to the Debtors' estates that would impair my ability to objectively perform professional services for the Debtors, in accordance with section 327 of the Bankruptcy Code.

6. I am a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that I:

i) am not a creditor, an equity security holder, or an insider of the Debtors;

ii) am not and was not, within two years before the date of filing of these chapter 11 cases, a director, officer, or employee of the Debtors; and

iii) do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

7. To the best of my knowledge, except as set forth herein, (a) I have no connections with the creditors, any other party-in-interest, or their respective attorneys and accountants; and (b) I am not related to and have no known connection with the United States Trustee of the Southern District of New York or of any known employee in the office thereof, or any United States Bankruptcy Judge of the Southern District of New York.

8. I have not provided, and will not provide, any professional services to any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these Chapter 11 cases.

9. This declaration is provided in accordance with section 327 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October, 2012.

_____
Vikram Sharma
5719 Whispering Ridge Drive
Galena, Ohio 43021