**ALSTON & BIRD LLP**
Martin G. Bunin
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee
of Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | |
| | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2.  On October 29, 2012, I caused a true and correct copy of the Supplement to Pre-Auction Objections of the RMBS Trustees to the Debtors' Sale Motion, to be

LEGAL02/33733680v1

served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
5th day of November, 2012.

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

LEGAL02/33733680v1

## Exhibit A

**Via First Class Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>        Alexandra Steinberg Barrage | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>        Douglas H. Mannal | Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>Attn: Brian Masumoto |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>        Thomas Walper | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Attn: Ray C. Schrock<br>        Richard Cieri<br>        Stephen Hessler |

**Via E- Mail**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>        Alexandra Steinberg Barrage<br>Email: glee@mofo.com<br>            abarrage@mofo.com | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL  60603<br>Attn: Jessica C.K. Boelter<br>Email: Jboelter@sidley.com |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>        Douglas H. Mannal<br>Email: keckstein@kramerlevin.com<br>            dmannal@kramerlevin.com | Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>        Thomas Walper<br>Email: seth.goldman@mto.com<br>            twalper@mto.com |