

November 5, 2012

<u>By First Class Mail & ECF Filing</u>

Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York - Manhattan Division
One Bowling Green
New York, NY 10004-1408

**Re: In re Residential Capital, LLC, Case No.: 12-12020-mg**

Dear Honorable Judge Glenn:

 Please accept the within letter requesting that the Notice of Appearance filed on behalf of Ocwen Loan Servicing, LLC [Dckt #2055] be withdrawn.

 Thank you for your time and attention.  Please do not hesitate to contact the undersigned if you have any questions or concerns.

     Respectfully submitted,

     LEOPOLD & ASSOCIATES, PLLC

     BY: <u>/s/ Saul Leopold</u>
      Saul Leopold