# **<u>Exhibit 1</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
                                                                 )
In re:                                                           )    Case No. 12-12020 (MG)
                                                                 )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                         )    Chapter 11
                                                                 )
                                            Debtors.             )    Jointly Administered
                                                                 )
---------------------------------------------------------------- )

<u>**ORDER CERTIFYING DISCOVERY ORDER FOR IMMEDIATE APPEAL TO**</u>
<u>**UNITED STATES COURT OF APPEALS, PURSUANT TO 28 U.S.C. § 158(d)(2)**</u>

This matter coming before the Court on the Debtors' Motion Requesting Certification of

Appeal to Second Circuit Court of Appeals (the "Motion"),[1] filed by the above-captioned debtors

and debtors in possession (the "Debtors"); the Court having reviewed the Motion and the prior

proceedings herein; and the Court having found that (i) the Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 1334 and 157, (ii) this is a core proceeding pursuant to 28 U.S.C. §

157(b) and (iii) notice of the Motion was sufficient under the circumstances, and the Court

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein:

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED as set forth herein.

2.  The Court certified that an immediate Appeal of the Discovery Order (ECF

No. 1813) is appropriate because this case involves issues of first impression.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3.      This Court therefore certifies the Discovery Order for immediate appeal to the Second Circuit Court of Appeals, pursuant to 28 U.S.C. § 158(d)(2).

Dated:  New York, New York

_____, 2012


_____
HONORABLE JUDGE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE