UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | **NOTICE OF APPEAL**<br><br>Chapter 11 Case No. 12-12020 (MG)<br><br>(Jointly Administered) |
| RESIDENTIAL CAPITAL, LLC, *et al.*,<br>Plaintiffs,<br>v.<br>ALLSTATE INS. CO., *et al.*,<br>Defendants. | Adv. Proc. No. 12-ap-01671 (MG)<br><br>Case No. 12-cv-05116 |

Notice is hereby given that pursuant to 28 U.S.C. §§ 1291 and 1292(a)(1), all plaintiffs/debtors and debtors in possession (the "Debtors") in the above-captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the final Order (Doc. 28) entered in this action on the 17th day of July, 2012 denying the Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Litigation Against Debtors' Directors and Officers and Non-Debtor Corporate Affiliates and from any and all other orders and rulings adverse to Debtors.

ny-1054115

Dated: August 16, 2012  
      New York, New York

MORRISON & FOERSTER LLP

By:  /s/ Joel C. Haims  
    Gary S. Lee  
    Joel C. Haims  
    Jamie A. Levitt  
    1290 Avenue of the Americas  
    New York, NY 10104-0050  
    Telephone: (212) 468-8000  
    Facsimile: (212) 468-7900

*Attorneys for Debtors and Debtors in Possession*

ny-1054115