# **Exhibit 4**

12-12020-mg    Doc 2064-4    Filed 11/05/12    Entered 11/05/12 15:33:41    Exhibit 4 - Second Circuit Order dated Sept. 17, 2012    Pg 2 of 4

Case: 12-3342    Document: 21    Page: 1    09/17/2012    722165    3

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of September, two thousand and twelve,

_____

| | |
|---|---|
| In Re: Residential Capital, LLC,<br><br>Debtor.<br><br>------------------------------<br><br>Residential Capital, LLC, Ditech, LLC, DOA Holding Properties, LLC, DOA Properties IX (Lots-Other), LLC, EPRE LLC, Equity Investment I, LLC, ETS of Virginia, Inc., ETS of Washington, Inc., Executive Trustee Services, LLC, GMAC-RFC Holding Company, LLC, GMAC Model Home Finance I, LLC, GMAC Mortgage USA Corporation, GMAC Mortgage, LLC, GMAC Residential Holding Company, LLC, GMAC RH Settlement Services, LLC, GMACM Borrower LLC, GMACM REO LLC, GMACR Mortgage Products, LLC, HFN REO Sub II, LLC, Home Connects Lending Services, LLC, Homecomings Financial Real Estate Holdings, LLC, Homecomings Financial, LLC, Ladue Associates, Inc., Passive Asset Transactions, LLC, PATI A, LLC, PATI B, LLC, PATI Real Estate Holdings, LLC, RAHI A, LLC, RAHI B, LLC, RAHI Real Estate Holdings, LLC, RCSFJV2004, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Residential Consumer Services of Alabama, LLC, Residential Consumer Services of Ohio, LLC, Residential Consumer Services of Texas, LLC, Residential Consumer Services, LLC, Residential Funding Company, LLC, Residential Funding Mortgage Exchange, LLC, Residential Funding Mortgage Securities I, Inc., Residential Funding Mortgage Securities II, Inc., Residential Funding Real Estate Holdings, LLC, Residential Mortgage Real Estate | **ORDER**<br>Docket Number: 12-3342 |

12-12020-mg    Doc 2064-4    Filed 11/05/12    Entered 11/05/12 15:33:41    Exhibit 4 - Second Circuit Order dated Sept. 17, 2012    Pg 3 of 4

Case: 12-3342    Document: 21    Page: 2    09/17/2012    722165    3

Holdings, LLC, RFC-GSAP Servicer Advance, LLC, RFC Asset Holdings II, LLC, RFC Asset Management, LLC, RFC Borrower LLC, RFC Construction Funding, LLC, RFC REO LLC, RFC SFJV-2002, LLC,

Plaintiffs - Appellants,

v.

Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, Allstate New Jersey Insurance Company, Allstate Bank, FKA Allstate Federal Savings Bank, Allstate Retirement Plan, American Heritage Life Insurance Company, First Colonial Insurance Company, Kennett Capital, Inc., Cambridge Place Investment Management, Inc., Federal Home Loan Bank of Boston, Federal Home Loan Bank of Chicago, Federal Home Loan Bank of Indianapolis, Huntington Bancshares Inc., Massachusetts Mutual Life Ins. Co., New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund, Boilermaker Blacksmith National Pension Trust, SeaLink Funding Ltd., Stichting Pensioenfonds ABP, Thrivent Financial for Lutherans, Thrivent Balanced Fund, Thrivent Core Bond Fund, Thrivent Income Fund, Thrivent Limited Maturity Bond Fund, Thrivent Balanced Portfolio, Thrivent Bond Index Portfolio, Thrivent Limited Maturity Bond Portfolio, Thrivent Financial Defined Benefits Plan Trust, Union Central Life Insurance Company, Ameritas Life Insurance Corp., Acacia Life Insurance Company, The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, National Integrity Life Insurance Company, Fort Washington Investment Advisors, Inc., Financial Guaranty Insurance Co., Assured Guaranty Municipal Corp., Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation, Federal Deposit Insurance Corp., as receiver for Citizens National Bank and Strategic Capital Bank,

Defendants - Appellees.

_____

12-12020-mg   Doc 2064-4   Filed 11/05/12   Entered 11/05/12 15:33:41   Exhibit 4 - Second Circuit Order dated Sept. 17, 2012   Pg 4 of 4

Case: 12-3342   Document: 21   Page: 3   09/17/2012   722165   5

APPELLANT, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 29, 2012 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

