ALCANTAR LAW PLLC
Jose Raul Alcantar Villagran (JA 0925)
1040 Avenue of the Americas, 24th Floor
New York, New York 10018
Tel: (212) 658-0222
Fax: (646) 568-5843

*Counsel to Neighborhood Assistance
Corporation of America*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x

|  |  |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------x

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Neighborhood Assistance Corporation of America

("NACA") appears herein by their undersigned counsel, Alcantar Law PLLC, and demands,

pursuant to rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy

Code"), that all notices given or required to be given in these cases and all papers served or

required to be served in these cases, be given to and served upon:

> Alcantar Law PLLC
> Attn: Jose Raul Alcantar Villagran, Esq.
> 1040 Avenue of the Americas, 24th Floor
> New York, New York 10018
> Tel: (212) 658-0222
> Fax: (646) 568-5843
> E-mail: raul.alcantar@alcantarlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or

otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for

Service of Papers and any subsequent appearance, pleading, claim, or suit is not intended nor

shall be deemed to waive NACA's: (i) right to have final orders in non-core matters entered only

after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings or

controversy related hereto; (iii) right to have the reference withdrawn by the United States

District Court for the Southern District of New York in any matter subject to mandatory or

discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to

which NACA is or may be entitled under agreements, at law, or in equity, all of which rights,

claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
        November 5, 2012

ALCANTAR LAW PLLC

By: /s/ Jose Raul Alcantar Villagran
        Jose Raul Alcantar Villagran (JA 0925)

1040 Avenue of the Americas, 24th Floor
New York, New York 10018
Tel: (212) 658-0222
Fax: (646) 568-5843
E-mail: raul.alcantar@alcantarlaw.com

*Counsel to Neighborhood Assistance*
*Corporation of America*