CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco, Esq.
Adam Lesman, Esq.

*Attorneys for Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
                                                        :
RESIDENTIAL CAPITAL, LLC, *et al.*,                     :    Case No. 12-12020 (MG)
                                                        :
                                                        :
            Debtors.                                    :    Jointly Administered
                                                        :
                                                        :
------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Clifford Chance US LLP hereby enters its appearance as counsel to represent **Ocwen Loan Servicing, LLC** ("*Ocwen*") in the above-captioned matter and pursuant to, *inter alia*, Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code requests that all notices given or required to be given in this case, and all papers served in this case be given to and served upon the following:

> CLIFFORD CHANCE US LLP
> 31 West 52nd Street
> New York, New York 10019
> Telephone: (212) 878-8000
> Facsimile: (212) 878-8375
> Attn:   Jennifer C. DeMarco, Esq.
>             Adam Lesman, Esq.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers, nor any other appearance, pleading, claim or suit shall waive: (1) Ocwen's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs or recoupments that Ocwen is or may be entitled to under agreement, in law, in equity or otherwise, all of which are expressly reserved. This Notice of Appearance shall not constitute a submission by Ocwen to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated:   New York, New York
         November 5, 2012

                              CLIFFORD CHANCE US LLP

                              By:      /s/*Jennifer C. DeMarco*
                                    Jennifer C. DeMarco, Esq.
                                    Adam Lesman, Esq.
                                    31 West 52nd Street
                                    New York, New York 10019
                                    Telephone: (212) 878-8000

                              *Attorneys for Ocwen Loan Servicing, LLC*