UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Residential Capital LLC, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Rebecca Zarett, depose and state as follows:

I am over 18 years of age, and I am employed by Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, NY 10022.

On November 5, 2012 I caused the following documents to be served via electronic mail on the list attached hereto as **Exhibit A**:

- Ally Financial Inc.'s Letter in Response to Letter Submitted by Creditors' Committee [Docket No. 2053]

- Ally Financial Inc.'s Letter in Response to Letters Submitted by Financial Guarantee Insurance Company and MBIA Insurance Corporation [Docket No. 2054]

On November 5, 2012 I also caused the following document to be served via electronic mail and first class mail on the list attached hereto as **Exhibit A**:

- Limited Objection of Ally Financial Inc. and Ally Bank to the Debtors' Proposed Platform Sale Motion [Docket No. 2069]

I declare, under penalty of perjury under the laws of the United States of America that, the above is true and correct.

Dated: New York, New York
　　　　November 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Rebecca Zarett
　　　　　　　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 446-4800
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 446-4900

State of New York　　）
　　　　　　　　　　　） ss.
County of New York　）

Subscribed and sworn to before me on November 6, 2012

_____
Beth Lurie

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20__

K&E 20871167.1

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn: Russell Lipman | 80 Pine St. | | New York | NY | 10038 | | 212-770-4528 | | | Member of Official Committee of Unsecured Creditors |
| Alldrige Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | | 404-994-7400 | 888-246-7307 | ecfmail@aclawllp.com | Member of Official Committee of Unsecured Creditors |
| Allstate Life Insurance Company | Attn: Peter A McElvain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | | 847-402-1477 | 847-402-6639 | | |
| Ally Bank | Tom Houghton | 440 S Church St | #1100 | Charlotte | NC | 28202 | | 704-444-4825 | | tom.houghton@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Ally Financial Inc. | Jeffrey Brown Corporate Treasurer | 440 S Church St | #1100 | Charlotte | NC | 28202 | | 704-540-6133 | | jeff.brown@gmacfs.com; william.b.solomon@ally.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | John C Weitnauer Esq | One Atlantic Center | 1201 West Peachtree St | Atlanta | GA | 30309-3424 | | 404-881-7000 | 404-253-8298 | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | | 212-210-9400 | 212-210-9444 | marty.bunin@alston.com; william.hao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | | 704-444-1000 | 704-444-1755 | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4668 | | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of New York, Eric T. Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old Country Rd Ste 240 | Mineola | NY | 11501 | | 516-248-3302 | | | Counsel to the People of the State of New York, Eric T. Schneiderman |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | | 412-234-7536 | | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spettare@BNYMellon.com; Magosh.wayan.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | 745 7th Ave 27th Fl | | New York | NY | 10019 | | 212-526-4291;212-526-1447 | 212-526-5115 | alicia.borys@barclays.com; patrick.kerner@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barclays Bank PLC | Joe Tricarrico & May Wang | 1301 Sixth Ave | | New York | NY | 10019 | | 212-320-7564; 212-320-7890 | | xrausloanops5@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | 1000 North Miller St Ste 1200 | | Wilmington | DE | 19801 | | 302-888-4536 | 302-888-0246 | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | | 305-613-6884 | 305-735-3437 | bbeskanos@aol.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Usaner & Matthew P Jubenville | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | | 858-793-0700 | 858-793-0323 | davids@blbglaw.com; jonathanu@blbglaw.com; matthew@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1400 | 212-554-1444 | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| BMMZ Holding LLC | | | Mail Code 482-B12-B96 | Detroit | MI | 48265-2000 | | 313-656-6771 | | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | 2500 City Center Square, 1100 Main, Suite 2500 | | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | jhaake@wbsvlaw.com | Top 50 Creditors |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10281 | | 212-504-6666 | 212-504-6666 | gregory.petrick@cwt.com; ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | | 202-862-2200 | 202-862-2400 | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | bankruptcy@clm.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | | 212-838-7797 | 212-838-7745 | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com; echou@coleschotz.com | Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry | | | | Reading | PA | 19602-1152 | | 610-378-4511 | 610-378-4459 | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Crowe & Dunlevy PC | William H. Hoch | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Oklahoma City | OK | 73102 | | 405-235-7700 | 405-239-6651 | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 20 N. Broadway Ave., Ste. 1800 | | New York | NY | 10178-0061 | | 212-696-8881 | 212-697-1559 | mgallagher@curtis.com | Proposed Conflicts Counsel for the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6905 | 212-697-1559 | macohen@curtis.com | Proposed Conflicts Counsel for the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | sreisman@curtis.com | Proposed Conflicts Counsel for the Debtors |
| David P Stich Esq | | 521 Fifth Ave 17th Fl | | New York | NY | 10175 | | 646-554-4421 | | | Counsel to NYCTL 2011-A Trust |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | Corporate Trust Department | 1761 E. St. Andrew Place | Santa Ana | CA | 92705-4934 | | 714-247-6000 | 714-845-1556 | rosa.mendez@db.com | Counsel to the Institutional Investors |
| Deutsche Bank | Attn Brendan Meyer | Harborside Financial Center | 100 Plaza One MS: JCY03-0699 | Jersey City | NJ | 07311-3901 | | 201-593-8545 | 646-502-4546 | Brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Deutsche Bank Trust Company Americas | | 16478 Beach Blvd No 331 | | Westminster | CA | 92683 | | 714-742-5371 | | diem.nguyen@gmail.com | Interested Party, Diem T Nguyen |
| Diane Morris LLP | Gerald S Catalanello Esq & James J Bincoletto Esq | 1540 Broadway | | New York | NY | 10036 | | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com; vincequerra@duanemorris.com | Counsel to Green Planet Servicing LLC |
| Duane Morris LLP | Catherine Lasher | 950 East Paces Ferry Road | Suite 1900 | Atlanta | GA | 30326 | | 404-398-6901 | | catherine_lasher@fanniemae.com | GSE, Fannie Mae |
| Fedelina Roybal-DeAguero 2008 Trust | | 42265 Little Lake Rd | | Mendocino | CA | 94560 | | | | | Counsel to Fedelina Roybal-DeAguero 2008 Trust |
| Foin Such & Crane LLP | Mark K Broyles Esq | 28 East Main St Ste 1600 | | Rochester | NY | 14614 | | 585-232-7400 | 585-325-3119 | broyles mk@pcgattys.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC |
| Foin Such & Crane LLP | Dennis J Eariy | Richardson Plaza Suite 404 | 200 Park Avenue 53rd Fl | Ashburton | VA | 22226-3500 | | 703-562-2739 | 703-562-3692 | dearly@fsclp.com | Counsel to the FDIC |
| Freddie Mac | | 8200 Jones Branch Dr | | McLean | VA | 22102 | | 703-903-2473 | 703-903-3692 | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Freebom & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | dieggert@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Freebom & Peters LLP | Thomas R Fawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | tfawkes@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | One Pennsylvania Plaza 37th Fl | | New York | NY | 10119-3701 | | 212-290-2018 | | jberkowitz@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Attn Karen A Giannelli Esq | One Gateway Center 9th Fl | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-596-0545 | kgiannelli@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbs & Buns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5500 | | Houston | TX | 77002 | | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Buns, L.L.P. | Kathy D. Patrick | 1100 Louisiana | Suite 5300 | Houston | TX | 77002 | | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com | Counsel to the Institutional Investors |
| Ginnie Mae | Ted Tozer | 550 12 St. SW | 3rd Floor | Washington | DC | 20024 | | 202-485-5010 | | ted@saalaw.com | GSE, Ginnie Mae |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | 485 Lexington Ave 29th Fl | | New York | NY | 10017 | | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com | Counsel to Stichting Pensioenfonds ABP, Huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| HP Enterprise Services LLC | Ayala Hassell Esq | 5400 Legacy Dr | | Plano | TX | 75024 | | 972-605-5507 | 972-605-5616 | ayala.hassell@hp.com | Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | 200 Park Avenue 53rd Fl | | New York | NY | 10166 | | 212-309-1000 | | morton@hunton.com;rrich2@hunton.com | Counsel to Newport Management Corporation |
| IBM Corporation | Attn John Dobel | 1360 Rene Levesque W Ste 400 | | Montreal | QC | H3G 2W6 | Canada | | 617-535-4744 | morton@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Iron Mountain Information Management Inc | Joseph Corrigan | 745 Atlantic Ave | | Boston | MA | 02111- | | 617-535-4744 | 617-451-0409 | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Jones Day | Thomas J Lane | 1290 Marquette Ave Ste 1200 | 601 Union Street | Minneapolis | MN | 55401 | | 612-338-8788 | 612-338-8690 | tlaine@foleymansfield.com | Counsel to TCF National Bank |
| Jones Day | Kenton W Hambrick, Associate General Counsel | MS202 | | Seattle | WA | 98101 | | | 216-579-0212 | cblack@jonesday.com | Claims and Noticing Agent |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@tsschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | Pe Box 17428 | | Austin | TX | 78760 | | 512-443-5114 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas ISD, South Texas College & Carmen County |
| Kasowitz, Benson, Torres & Friedman LLP | Richard I Kipaltrick | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Kipatrick & Associates PC | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | 30309 | | 404-577-4600 | 404-572-5100 | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| King & Spalding LLP | Attn Tracy L Klestadt & Joseph C Corneau | 570 Seventh Ave 17th Fl | | New York | NY | 10018 | | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com;jcomeau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| Kurtzman Carson Consultants | Alison M. Teaman Schepper | Two Union Square, Suite 4265 | | Seattle | WA | 98101 | | 206-686-4558 | 206-686-2558 | rcscap/info@kccilc.com | Claims and Noticing Agent |
| Law Offices of Christopher Green | Christopher E. Green | | | | | | | | | | Counsel to Interested Party, Mary Perkins White |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@tsschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | Pe Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investment Management Inc. |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman, Esq | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com | Counsel to Lead Plaintiff, The Union Central Life Insurance Company, Ameritas Life Insurance Corp. The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Loeb & Loeb LLP | Walter H. Curchack, Vadim J. Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investment Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com | Counsel to Lead Plaintiff ; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler LLP | Michael S. Etkin & Ira M. Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff, o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler LLP | Michael S. Etkin & Ira M. Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff ; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| METCC | | 1 M&T Plaza, 7th Floor | | Buffalo | NY | 14203 | | | | | Securitization Trustee |
| Manatee County Tax Collector | Susan D. Profant & Ken Burton Jr | 4333 US 301 North | | Ellenton | FL | 34222 | | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com | Counsel to Manatee County Tax Collector |
| Mathis, Riggs & Prather PSC | Donald T Prather | 500 Main St Ste 5 | | Shelbyville | KY | 40065 | | 502-633-5220 | 502-633-0687 | dprather@mrplaw.com | Counsel to Donald T Prather, Trustee |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MBIA Insurance Corporation | Attn Mitchell Sonkin | 113 King St | | Armonk | NY | 10504 | | 914-765-3640 | 914-765-3646 | jmoak@McKoolSmith.com | Member of Official Committee of Unsecured Creditors |
| McKool Smith | Attn: Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7302 | 713-485-7344 | | Counsel to GSE - Freddie Mac |
| McKool Smith, PC | Michael R. Carney | One Bryant Park, 47th Fl | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | 600 Travis St, Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Morgan Lewis & Bockius LLP | James L Garrity, Jr | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts |
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trusts |
| Morritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | lberkoff@morrithock.com | Counsel to Cal-Western Reconveyance Corporation |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E. Momjian | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 215-560-2222 | cmomjian@attorneygeneral.gov | Compliance |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com;bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Mylegalhelpusa.com | 4727 E Bell Rd Ste 45-350 | | Phoenix | AZ | 85032 | | 602-493-2016 | | Paul_Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | 50 Fremont St | | San Francisco | CA | 94120-7880 | | 415-983-1200 | 415-983-1200 | ana.damonte@pillsburylaw.com | Counsel to 2255 Partners LP |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | | 212-684-0199 | 212-684-0199 | dflanigan@polsinelli.com;jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com;jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| | | | | | | | | | | davebrockett@quinnemanuel.com;jeremyanderson@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | | |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Robbins Geller Rudman & Dowd LLP | Christopher M Wood | One Montgomery Street Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Robbins Geller Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | | 619-231-1058 | 619-231-7423 | steves@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp, and Acacia Life Insurance Company |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | 562-907-6820 | 562-907-6820 | romero@romerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | | 212-596-9090 | Ross.martin@ropesgray.com | Counsel for the Institutional Investors |
| Rovers Daniels Kibbe & Duessmans, Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | | 816-726-4615 | 816-523-3530 | | Member of Official Committee of Unsecured Creditors |
| Samuel I White PC | D Carol Sasser Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-497-2802 | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-457-1485 | 757-497-1193 | dhall@siwpc.com | Counsel to Samuel I White PC |
| Scarinci & Hollenbeck LLP | Joel R Glucksman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | | 201-896-4100 | | jglucksman@scarincihollenbeck.com | Counsel to the City of Union City, New Jersey and Counsel to Township of West |
| Schrader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | | 215-751-2050 | 215-751-2205 | bbressler@schrader.com;rbarkasy@schrader.com | Counsel to Liberty Property Limited Partnership |
| Schrader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | 140 Broadway Ste 3100 | | New York | NY | 10005-1101 | | 212-873-6000 | 212-972-8798 | bdeutsch@schrader.com | Counsel to Liberty Property Limited Partnership |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | | 212-848-4000 | 212-848-7179 | fsosnick@shearman.com;sfennessey@shearman.com | Counsel to Citibank NA |
| Secretary of State, Division of Corporations | Andrew W. Muller | 99 Washington Ave Ste 600 | | Albany | NY | 12231-0001 | | 518-473-2492 | 518-474-1418 | amuller@stinson.com | Counsel to Bank of the West |
| Stinson Morrison Hecker LLP | | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | | Counsel to Mortgage Electronic Registration Systems Inc and MERSCORP Inc ("MERS") |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissel LLP | Greg S Bateman | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1436 | 212-480-8421 | bateman@sewkis.com | control agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissel LLP | Ronald L Cohen & Kalyan Das | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | 212-480-8421 | cohen@sewkis.com;das@sewkis.com | Counsel to US Bank National Association as Securitization Trustee |
| Shapiro Blasi Wasserman & Gora PA | Joel M Shafferman Esq | 286 Madison Ave Ste 502 | | New York | NY | 10017 | | 212-569-1502 | | | Counsel to NYCTL 2011-A Trust |
| Talcott Franklin P.C. | Thomas A Conrad Esq | 7000 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | | 516-477-7800 | 516-477-7722 | taconrad@sbawfirm.com | Counsel to Petra Finance LLC |
| Talcott Franklin P.C. | Attn. Talcott J. Franklin | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 212-574-1200 | 214-736-8730 | tal@talcottfranklin.com | Counsel for Institutional Investors in an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin P.C. | Derek S. Witte | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 214-736-8730 | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| | Janella L Miller Senior Vice President & Senior Counsel | | | | | | | | 877-577-1356 | | |
| TCF National Bank | | 200 Lake St | | Wayzata | MN | 55391 | | 952-745-2716 | 612-886-2444 | jmiller@tcfbank.com | Counsel to TCF National Bank, NA |
| Tetelbaum & Baskin LLP | Jay Teitelbaum Esq | 1 Barker Ave Third Fl | | White Plains | NY | 10601 | | 914-437-7670 | 914-437-7672 | jteitelbaum@tblawllp.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes |
| Wilmington Trust | Attn Robert M Major Vice President | 6522 West Campus Oval | | New Albany | OH | 43054 | | 614-775-5278 | 614-775-5638 | robert.major@bnymellon.com | Counsel to JPMorgan Chase Bank, NA |
| The Bank of New York Mellon | Attn Mavis L Scott | 79 Wellington Street, West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada | 416-933-3825 | 416-983-2044 | mavis.scott@canbcanadatrustco.com;kathryn.thorpe@dssecurities.com;susan.khokher@canbcanadatrustco.com;christopher.stevens@dssecurities.com | Securitization Trustee |
| The Canada Trust Company | Attn Maria E Scott | | | Chicago | IL | 60603 | | 312-332-6578 | 312-332-6578 | mariaE.scott@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | 190 S. LaSalle Street | | St. Paul | MN | 55107 | | 651-495-3839 | 866-869-1624 | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanya Ashrof, Corporate Trust Services | 60 Livingston Ave | West Side Flats, EP-Mn-WS3D | St. Paul | MN | 55107 | | 651-495-3882 | 866-831-7910 | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | 123 William St | Civil Division | New York | NY | 20005 | | 212-637-2303 | | Glenn.Gillett@usdoj.gov | Counsel to GSE - Ginnie Mae |
| Walters Bender Stobheim & Vaughan PC | J Michael Vaughan & David M Skeens | 2500 City Center Square | 1100 L Street NW, Room 10018 | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Wells Fargo Bank, N.A. | Kelly Rentz | | 9062 Old Annapolis Road | Columbia | MD | 21045 | | 410-884-2208 | 410-715-2380 | kelly_l.rentz@wellsfargo.com;Nichaus.M.Ross@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | MAC T7405-010 | | San Antonio | TX | 78251 | | 210-543-5747 | 210-543-3015 | Sharon.Squillace@wellsfargo.com;mary.j.sollbery@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com | Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| White & Case LLP | Attn. Gerard Uzzi | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8479 | 212-354-8113 | guzzi@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes |
| Wilmington Trust | Jennifer Williams | 1100 N. Market St | | Wilmington | DE | 19801 | | 302-636-6489 | 302-636-4140 | williams@wilmingtontrust.com;manoy@wilmingtontrust.com | Securitization Trustee |
| Wilmington Trust NA | Julie U Becker Vice President | 50 South Sixth St. Ste 1290 | | Minneapolis | MN | 55402-1544 | | 612-217-5628 | 612-217-5651 | | Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn. David J. Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | | 914-323-7001 | 914-323-7001 | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | | 200 Park Avenue | | New York | NY | 10166 | | 212-294-6318 | 212-294-4700 | dnieier@winston.com | Counsel to GSE - Fannie Mae |
| Weston & Strawn LLP | David Neier, Carey D Schreiber & Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com;cschreiber@winston.com;almoskowitz@winston.com | Counsel to Federal National Mortgage Association |
| Wellmuth Maher & Deutsch LLP | Attn James N Lawler | One Gateway Center 9th Fl | | Newark | NJ | 07102 | | 973-735-9200 | 973-733-9292 | jlawler@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wellmuth Maher & Deutsch LLP | Attn Paul R DeFilippeo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com;ncohen@zuckerman.com;lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com;ncohen@zuckerman.com;lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |