**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11
                                                                   :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]                          :    Case No. 12-12020 (MG)
                                                                   :
                                                                   :
                                                                   :    (Jointly Administered)
                Debtors.                                           :
-------------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On November 5, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service list attached hereto as **Exhibit A**:

1. First Interim Application of Severson & Werson, P.C. as Special California Litigation Counsel for Debtors for Compensation and Reimbursement of Expenses Incurred for the Time Period May 15, 2012 Through August 31, 2012 **[Docket No. 1850]**

2. First Interim Application of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012, through August 31, 2012; Hearing to be Held on December 20, 2012 at 10:00 a.m. (ET) **[Docket No. 1882]**

3. First Interim Application of Morrison & Foerster LLP as Bankruptcy Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through August 31, 2012; Hearing to be Held on December 20, 2012 at 10:00 a.m. (ET) **[Docket No. 1885]**

4. First Interim Application of FTI Consulting, Inc. as Financial Advisor for the Debtors for Compensation and Reimbursement of Expenses of Expenses Incurred for the Period May 14, 2012 through August 31, 2012; Hearing to be Held on December 20, 2012 at 10:00 a.m. (ET) **[Docket No. 1905]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

B. On November 5, 2012, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the Special Service list attached hereto as **Exhibit B**:

1. First Interim Application of Orrick, Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through August 31, 2012 **[Docket No. 1871]**

2. First Interim Application of Dorsey & Whitney LLP as Special Securitization and Investigatory Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through August 31, 2012 **[Docket No. 1872]**

3. First Quarterly Fee Application of Locke Lord LLP for Compensation and Reimbursement of Expenses for the Period from May 14, 2012 through August 31, 2012 as Counsel Retained by Debtors in the Ordinary Course of Business **[Docket No. 1886]**

4. First Interim Application of Carpenter Lipps & Leland LLP as Special Litigation Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 14, 2012 through August 31, 2012; Hearing to be Held on December 20, 2012 at 10:00 a.m. (ET) **[Docket No. 1889]**

5. Application of Reed Smith, LLP for an Award of Compensation for Services Rendered as an Ordinary Course Professional for the Debtors for the Period of July 1, 2012 through July 31, 2012 **[Docket No. 1892]**

6. Application of Troutman Sanders LLP for an Award of Compensation and Reimbursement of Expenses for Services Rendered as an Ordinary Course Professional for the Debtors for the Period of August 1, 2012 through August 31, 2012 and First Interim Application of Troutman Sanders LLP for an Award of Compensation and Reimbursement of Expenses for Services Rendered as an Ordinary Course Professional for the Debtors for the Period of May 14, 2012 through August 31, 2012 **[Docket No. 1894]**

7. Application of Reed Smith, LLP for an Award of Compensation and Reimbursement of Expenses for Services Renderd as an Ordinary Course Professional for the Debtors for the Period of August 1, 2012 through August 31, 2012 **[Docket No. 1895]**

Dated: November 6, 2012

_____
Clarissa D. Cu

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th of November, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

2

# EXHIBIT A

| NAME | NOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | BRIAN MASUMOTO | ONE NEWARK CENTER | 1085 RAYMOND BLVD STE 2100 | NEWARK | NJ | 07102 |

In re Residential Capital, LLC,
Case No. 12-12020 (MG)

# EXHIBIT B

| NAME | NOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | MICHAEL DRISCOLL | 271 CADMAN PLAZA EAST | SUITE 4529 | BROOKLYN | NY | 11201 |