MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468 8000
Facsimile:    (212) 468 7900
Gary S. Lee
Anthony Princi
Darryl Rains
Jamie A. Levitt

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DEBTORS' AMENDED FACT WITNESS DISCLOSURES PURSUANT TO RULE 26**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(a)(3)(i) of the Federal Rules of Civil Procedure, as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure, Residential Capital, LLC, and each of its debtor affiliates (collectively, the "Debtors"), by its attorneys, hereby makes the following amended fact witness disclosure.

The Debtors may call the following individuals as fact witnesses to testify at trial or any hearing concerning the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 320] and the *Debtors' Supplemental Motion*

*Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF Doc. # 1176]:

1. Jeff Cancelliere
   Mortgage Risk Officer
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

   Cancelliere has knowledge of the facts, events and circumstances regarding the Debtors' assessment of the RMBS Trust Settlement.

2. Tammy Hamzehpour
   General Counsel
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

   Hamzehpour has knowledge of the facts, events and circumstances regarding the negotiation and approval of the RMBS Trust Settlement.

3. John Mack
   Independent Board Member
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

   Mack has knowledge of the facts, events and circumstances regarding the approval of the RMBS Trust Settlement by the Debtors' Board of Directors.

4. Tom Marano
   Chief Executive Officer
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

    Marano has knowledge of the facts, events and circumstances regarding the approval of the RMBS Trust Settlement by the Debtors' Board of Directors.

5. Mark Renzi
   Managing Director, FTI Consulting, Inc.
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

   Renzi has knowledge of the facts, events and circumstances regarding the assessment and negotiation of the RMBS Trust Settlement by the Debtors' Board of Directors.

6. John Ruckdaschel
   Associate General Counsel
   c/o Jamie Levitt
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, NY 10104-0050
   (212) 468-8203

   Ruckdaschel has knowledge of the facts, events and circumstances regarding the Debtors' securitization business and regarding the negotiation of the RMBS Trust Settlement.

7. Tim Devine
   Chief Counsel – Litigation, Ally Financial Inc.
   c/o Patrick Bryan
   Kirkland & Ellis LLP
   655 Fifteenth Street, N.W.
   Washington DC 20005
   (202) 879-5000

   Devine has knowledge of the facts, events and circumstances regarding the negotiation and approval of the RMBS Trust Settlement.

Dated: New York, NY
       November 7, 2012

                                             Respectfully submitted,

                                             /s/ Gary S. Lee
                                             Gary S. Lee
                                             Anthony Princi
                                             Darryl Rains
                                             Jamie A. Levitt

                                             MORRISON & FOERSTER LLP
                                             1290 Avenue of the Americas
                                             New York, New York 10104
                                             Telephone: (212) 468-8000
                                             Facsimile: (212) 468-7900

                                             *Counsel for the Debtors*
                                             *and Debtors in Possession*