UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                        :
In re:                                  :    Chapter 11
                                        :
RESIDENTIAL CAPITAL, LLC, et al.,       :    Case No. 12-12020 (MG)
                                        :
                        Debtors.        :    Jointly Administered
                                        :
                                        :
------------------------------------------------------------ X

## STIPULATION ADOPTING UNIFORM PROTECTIVE ORDER FOR EXAMINER DISCOVERY FOR PURPOSES OF DISCOVERY OF ALLY FINANCIAL INC. BY FINANCIAL GUARANTY INSURANCE CORPORATION

Non-Debtor Ally Financial Inc. and its non-debtor affiliates ("Ally") and Financial Guaranty Insurance Corporation ("FGIC") hereby stipulate to and adopt by reference the terms and conditions of the Order [Docket 1223] and Uniform Protective Order for Examiner Discovery [Docket No. 1223-1] such that these terms and conditions shall govern the disclosure, discovery, production, and use of documents and other information provided by Ally to FGIC in connection with FGIC's requests for documents concerning Debtors' Rule 9010 Motion for Approval of Debtors' RMBS Trust Settlement Agreement.

This stipulation relates solely to the disclosure, discovery, production, and use of documents and other information provided by Ally to FGIC in connection with FGIC's request for documents concerning Debtors' Rule 9010 Motion for Approval of Debtors' RMBS Trust Settlement Agreement and does not govern any other issues arising out of the above-captioned *In Re Residential Capital, LLC* bankruptcy proceedings.

Ally is not required to produce discovery it designates in good faith as "Professional Eyes Only." This stipulation is without prejudice to FGIC's ability to seek modification of Paragraph 6(c) of the Uniform Protective Order with respect to access to discovery materials designated by

Ally as "Professional Eyes' Only." This stipulation is also without prejudice to further agreement of the parties with respect to FGIC's access to discovery materials designated by Ally as "Professional Eyes' Only."

Respectfully submitted,

Dated: November 2, 2012

JONES DAY

By: _____

Howard F. Sidman
Jones Day
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939

*Attorneys for Financial Guaranty Insurance
Corporation*

Dated: November 5, 2012

KIRKLAND & ELLIS LLP

By: _____

Jeffrey S. Powell (*pro hac vice* pending)
Daniel T. Donovan (*pro hac vice* pending)
Patrick M. Bryan (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
jeffrey.powell@kirkland.com
daniel.donovan@kirkland.com
patrick.bryan@kirkland.com

*Attorneys for Non-Debtor Ally Financial
Inc.*

Dated: _____, 2012

**SO ORDERED:**

_____

Honorable Martin Glenn
United States Bankruptcy Judge

- 3 -