UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## ORDER EXTENDING DEADLINE FOR FILING PROOFS OF CLAIM

WHEREAS Residential Capital, LLC ("ResCap") and certain of its affiliates, as debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors"), having filed *Debtors' Application for (I) Establishing Deadline for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof* (the "Bar Date Application") (Docket No. 1014) requesting entry of an order establishing a deadline for the filing of proofs of claim;

WHEREAS upon consideration of the Bar Date Application this Court entered the *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (the "Bar Date Order") (Docket No. 1309);[1]

WHEREAS due to the recent events precipitated by hurricane Sandy, the Debtors have requested that the Court extend the General Bar Date for a limited period;

WHEREAS the Court having subject matter jurisdiction to consider the relief requested by the Debtors pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Court Judges of the District Court for the Southern District of New York, dated July 19, 1984 (Ward, Acting C.J.), and consideration of the relief requested by the Debtors being

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Bar Date Application and the Bar Date Order. Copies of the Bar Date Application and Bar Date Order can be obtained at no charge at http://www.kccllc.net/rescap or for a fee via PACER at http://www.nysb.uscourts.gov.

1

a core proceeding under 28 U.S.C. § 157(b), and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409, and the relief requested being in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

1. ORDERED that the General Bar Date is extended from Friday, November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) to and including **Friday, November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time)** (the "Extended General Bar Date").

2. ORDERED that, except as otherwise provided in the Bar Date Order, all persons and entities (including, without limitation, individuals, partnerships, joint ventures, corporations, estates, trusts and governmental units) that assert a claim, as defined in section 101(5) of the Bankruptcy Code, against any Debtor that arose prior to the filing of the Debtors' Chapter 11 petitions on May 14, 2012 (the "Petition Date") (including, without limitation, claims entitled to priority under section 503(b)(9) of the Bankruptcy Code) shall file a proof of such claim in writing so that it is actually received at the ResCap Claims Processing Center or by the U.S. Bankruptcy Court on or before the Extended General Bar Date in the manner set forth in the Bar Date Order.

3. ORDERED that the Governmental Bar Date is **not** extended and shall remain **November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time)**.

4. ORDERED that the terms of the Bar Date Order shall govern the procedures for filing a Proof of Claim and shall otherwise remain in full force and effect in all other respects.

5. ORDERED that neither service nor publication notice of this Order shall be required and the Debtors are relieved of any such obligation.

6.     ORDERED that the Debtors shall provide notice of the extension of the General Bar Date provided for herein, at www.kccllc.net/rescap, the website maintained by Kurtzman Carson Consultants, the Debtors' claims and noticing agent.

Dated: November 6, 2012
       New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                              UNITED STATES BANKRUPTCY JUDGE