**SEWARD & KISSEL LLP**
Ronald L. Cohen
Arlene R. Alves
Laurie R. Binder
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC., et al.,<br><br>                              Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>(Jointly Administered) |

**Certificate of Service**

I, Laurie R. Binder, an attorney duly admitted, hereby certify that on November 6, 2012, I caused a copy of the Joinder of U.S. Bank National Association as Master Servicer for Residential Mortgage Backed Securities Trusts to Supplement to The Pre-Auction Objections of The RMBS Trustees to The Debtors' Sale Motion (Docket No. 1987) to be served upon the parties listed on the annexed Service List in the manner indicated.

                                             /S/ Laurie R. Binder
                                             Laurie R. Binder

**SERVICE LIST**

**Via First Class Mail**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn.:  Gary S. Lee, Esq.
        Alexander Steinberg Barrage, Esq.

Office of the United States Trustee
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn.:  Brian Masumoto, Esq.

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn.:  Jessica C.K. Boelter, Esq.

Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022
Attn.:  Richard M. Cieri, Esq.
        Ray C. Schrock, Esq.
        Stephen E. Hessler, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn.:  Kenneth Eckstein, Esq.
        Douglas H. Mannal, Esq.

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn.:  Seth Goldman, Esq.
        Thomas Walper, Esq.

**Via E- Mail**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn.:  Gary S. Lee, Esq.
          Alexander Steinberg Barrage, Esq.
Email:  glee@mofo.com
          abarrage@mofo.com


Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Attn.:  Jessica C.K. Boelter, Esq.
Email:  jboelter@sidley.com



Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn.: Kenneth Eckstein, Esq.
          Douglas H. Mannal, Esq
 Email:  keckstein@kramerlevin.com
          dmannal@kramerlevin.com



Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn.:  Seth Goldman, Esq.
          Thomas Walper, Esq
Email:  seth.goldman@mto.com
          Thomas.Walper@mto.com

Doc.03687 0119 1332062

3