Richard M. Cieri
Ray C. Schrock
Stephen E. Hessler
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Jeffrey S. Powell
Daniel T. Donovan
Patrick M. Bryan
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Ste. 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Counsel to Ally Financial Inc. and Ally Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF ALLY FINANCIAL INC.'S LETTER
REGARDING THE RESOLUTION OF THE CLAW-BACK REQUEST**

PLEASE TAKE NOTICE that Ally Financial Inc. and its non-debtor subsidiaries and affiliates (collectively, "Ally") hereby files the letter dated November 7, 2012 to the Honorable Martin Glenn, Judge for the United States Bankruptcy Court for the Southern District of New York, attached hereto as **Exhibit A**.

K&E 24371315

Dated: November 7, 2012　　　　　　　　　　Respectfully Submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Patrick M. Bryan
　　　　　　　　　　　　　　　　　　　　　　Richard M. Cieri
　　　　　　　　　　　　　　　　　　　　　　Ray C. Schrock
　　　　　　　　　　　　　　　　　　　　　　Stephen E. Hessler
　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York  10022-4611
　　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 446-4800
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 446-4900

　　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Powell
　　　　　　　　　　　　　　　　　　　　　　Daniel T. Donovan
　　　　　　　　　　　　　　　　　　　　　　Patrick M. Bryan
　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　655 15th Street, N.W., Ste. 1200
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-5000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 879-5200

　　　　　　　　　　　　　　　　　　　　　　*Counsel to Ally Financial Inc. and Ally Bank*

# **EXHIBIT A**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Patrick Bryan
To Call Writer Directly:
(202) 879-5285
patrick.bryan@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

November 7, 2012

**Via Email**

The Honorable Martin Glenn
United States Bankruptcy Court
Alexander Hamilton Custom House
New York, NY 10004

Re:    *In re Residential Capital, LLC*, No. 12-12020 (Bankr. S.D.N.Y.)

Dear Judge Glenn:

I write on behalf of Ally Financial Inc. ("Ally") in the above-referenced matter. Following the parties' telephonic discovery conference with the Court on Monday, November 5, 2012, the parties met and conferred in person yesterday for a number of hours with regard to the documents that were subject to the claw-back request made by the Debtors and Ally. The parties are pleased to advise the Court that they have reached a compromise that resolves all issues with regard to the claw-back request. Ally has agreed to modify its request with regard to certain documents in its original and amended demand; other documents shall remain subject to Ally's amended demand or will be produced on a redacted basis as agreed upon by the parties. Documents that remain subject to the claw-back request will be destroyed or returned to the Debtors pursuant to the terms of the Uniform Protective Order.

Respectfully submitted,

*Patrick Bryan* /mb
Patrick M. Bryan

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai

## KIRKLAND & ELLIS LLP

Judge Glenn
Page 2

Acknowledged by:

/s/ *Philip S. Kaufman*
_____
Philip S. Kaufman
Arielle Katz
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to the Official Committee*
*of Unsecured Creditors*

/s/ *Darryl P. Rains*
_____
Darryl P. Rains
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Debtors and Debtors in*
*Possession*

/s/ *Ingrid Bagby*
_____
Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Counsel to MBIA Insurance Corporation*

/s/ *Howard F. Sidman*
_____
Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, New York  10017.6702
Telephone: (212) 326-3418
Facsimile: (212) 755-7306

*Counsel to Financial Guaranty Insurance*
*Company*

## KIRKLAND & ELLIS LLP

Judge Glenn
Page 3

                                      */s/ Matthew J. Dolan*
                                      _____
                                      Thomas J. Moloney
                                      Matthew J. Dolan
                                      CLEARY GOTTLIEB STEEN &
                                      HAMILTON LLP
                                      One Liberty Plaza
                                      New York, NY 10006
                                      Telephone: (212) 225-2000
                                      Facsimile: (212) 225-3999

                                      *Special Counsel for Wilmington Trust,*
                                      *National Association*