UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| | NO. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | Chapter 11 |
| **Debtors.** | **WITHDRAWAL OF REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that Caley Dehkhoda & Qadri, dba Wong Fleming, a creditor in the above-captioned case, through its counsel, Dianna J. Caley and Wong Fleming, and withdraws their request for special notice to receive electronic court notices.

DATED this 8th of November, 2012.

Wong Fleming

*/s/Dianna J. Caley*
Dianna J. Caley, WSBA#23413
Attorney for Caley Dehkhoda & Qadri

Request for Special Notice - 1

**Wong Fleming**
2340 130th Ave NE, Suite D-150
Bellevue, WA 98005
Tel: 425-869-4040 Fax: 425-869-4050