**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on October 29, 2012, 2012, I caused to be served copies of the following documents via electronic mail, facsimile and/or first class mail, as indicated, on the parties listed on Exhibit A.

1. *Lead Plaintiff's Limited Objection to Debtors' Motion to Approve Sale of Assets Pursuant to (A) the Asset Purchase Agreement with OCWEN Loan Servicing, LLC [Platform Assets] and (B) the Asset Purchase Agreement with Berkshire Hathaway LLC [Whole Loan Assets].* [Doc. No. 1982]

2. *Joinder of Union Central Life Insurance Company, Ameritas Life Insurance Corp., and ACACIA Life Insurance Company to Lead Plaintiff's Limited Objection to Debtors' Motion to Approve Sale of Assets Pursuant to (A) the Asset Purchase Agreement with OCWEN Loan Servicing, LLC [Platform Assets] and (B) the Asset Purchase Agreement with Berkshire Hathaway Inc. [Whole Loan Assets].* [Doc. No. 1984]

3. *Joinder of Donna Moore, Frenchola Holden and Keith McMillon to Lead Plaintiff's Limited Objection to Debtors' Motion to Approve Sale of Assets Pursuant to (A) the Asset Purchase Agreement with OCWEN Loan Servicing, LLC [Platform Assets] and (B) the Asset Purchase Agreement with Berkshire Hathaway Inc. [Whole Loan Assets].* [Doc. No. 1985]

4. *Joinder of Cambridge Place Investment Management Inc. to Lead Plaintiff's Limited Objection to Debtors' Motion to Approve Sale of Assets Pursuant to (A) the Asset Purchase Agreement with OCWEN Loan Servicing LLC [Platform Assets] and (B) the Asset Purchase Agreement with Berkshire Hathaway Inc. [Whole Loan Assets].* [Doc. No. 1986]

Dated: November 8, 2012

*/s/ Ira M. Levee*
**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (ME 0570)
Ira M. Levee, Esq. (IL9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

26963/2
11/08/2012 22083012.1

-2-

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff the Class; Bankruptcy Counsel for Union Central Life Insurance Company, Americas Life Insurance Corporation, and Acacia Life Insurance; Bankruptcy Counsel for the RESPA Plaintiffs and the RESPA Putative Class; and, Bankruptcy Counsel for Cambridge Place Investment Management Inc.*

# EXHIBIT A

| | |
|---|---|
| **Attorneys for the Debtors**<br><br>Gary Lee, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>glee@mofo.com<br><br>(via e-mail and/or first class mail) | **Attorneys for Nationstar**<br><br>Larry Nyhan, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>lnyhan@sidley.com<br><br>(via e-mail and first class mail) |
| **Office of the United States Trustee**<br><br>Brian Masumoto, Esq.<br>33 Whitehall Street<br>New York, NY 10004<br>718-422-4990 (Facsimile)<br><br>(via facsimile on November 7, 2012 and first class mail) | **Attorneys for AFI**<br><br>Ray C. Schrock, Esq.<br>Richard M. Cieri, Esq.<br>Stephen E. Hessler, Esq.<br>Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022<br>rschrock@kirkland.com<br>Richard.cieri@kirkland.com<br>Stephen.hessler@kirkland.com<br><br>(via e-mail and first class mail) |
| **Attorneys for Creditors' Committee**<br><br>Kenneth H. Eckstein, Esq.<br>Douglas H. Mannal, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 19936<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com<br><br>(via e-mail and first class mail) | **Attorneys for BH**<br><br>Seth Goldman, Esq.<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Seth.goldman@mto.com)<br><br>(via e-mail and first class mail) |