GERALD M. SHAPIRO
LICENSED IN ILLINOIS & FLORIDA
DAVID S. KREISMAN
LICENSED IN ILLINOIS

SHARI SELTZER BARAK
MANAGING ATTORNEY

JOSE ARIAS, JR.
JOHN D. DELLO-IACONO
MATTHEW D. HINDIN
ELOY A. PERAL

Law Offices of
# Shapiro, DiCaro & Barak, LLC
105 Maxess Road
Suite N109
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

ROCHESTER OFFICE
JOHN A. DICARO
MANAGING ATTORNEY

250 MILE CROSSING BLVD.
SUITE ONE
ROCHESTER, NY 14624
(585) 247-9000
FAX (585) 247-7380

ALEXANDER M. BUDD
FRANK M. CASSARA
MICHAEL J. CHATWIN
ELIZABETH A. CLARKE
BRIDGET M. DEHMLER
SCOTT R. FERRARO
FRANCES M. KABAT
GARY M. KANELLIS
ROBERT S. MARKEL
ELLIS M. OSTER
V. MELANIE RAJAPHOUMY
AUSTIN T. SHUFELT

JULIE N. DOYLE
Of Counsel

RALPH J. ESPOSITO
Of Counsel

November 6, 2012

Hon. Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

In Re:  Residential Capital, LLC
        Chapter 11 Case No.: 12-12020
        Our file: 12-019210

Dear Judge Glenn:

Our office represents PHH Mortgage Corporation. On August 16, 2012 our office filed a Motion for Relief from Stay [Doc. No. 1181] on behalf of PHH Mortgage Corporation. The motion is scheduled to be heard by the Court on December 20, 2012.

We respectfully request that the Motion for Relief from Stay brought on behalf of PHH Mortgage Corporation in the above captioned bankruptcy case be withdrawn.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

Very truly yours,
SHAPIRO, DICARO & BARAK, LLC

by: _____
    Shari S. Barak, Esq.

cc:  James A. Newton, Esq. (via email)
     Norman S. Rosenbaum, Esq. (via email)