| | |
|---|---|
| **POLSINELLI SHUGHART** | **WALTERS, BENDER,** |
| Daniel J. Flanigan, Esq. | **STROHBEHN & VAUGHAN** |
| 805 Third Avenue, Suite 2020 | David M. Skeens, Esq. |
| New York, New York 10022 | 2500 City Center Square |
| (212) 684-0199 (Telephone) | 1100 Main |
| (212) 759-8290 (Facsimile) | Kansas City, Missouri 64105 |
| *Bankruptcy Counsel for Lead* | (816) 421-6620 (Telephone) |
| *Plaintiffs and the Putative Class* | (816) 421-4747 (Facsimile) |
| | *Co-Lead Counsel for Lead Plaintiffs and* |
| | *the Putative Class* |

**CARLSON LYNCH LTD.**
R. Bruce Carlson, Esq.
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212
(412) 322-9243 (Telephone)
(412) 231-0246 (Facsimile)
*Co-Lead Counsel for Lead Plaintiffs and*
*the Putative Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | **Case No. 12-12020 (MG)** |
| Debtors. | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, R. Bruce Carlson, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Rowena Drennen, Flora Gaskin, Roger Turner, Christie Turner, John Picard, and Rebecca Picard, on behalf of themselves and all others similarly situated and the general public including, without limitation, the putative class of persons represented in the consolidated class action entitled In Re: Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation (the "**Client**")*,* in the above-referenced case.

*I certify that I am a member in good standing* of the Bar of the Commonwealth of Pennsylvania and the U.S. District Court for the Western District of Pennsylvania.

2303676.1

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 8, 2012

Respectfully Submitted,

**CARLSON LYNCH LTD.**

By: /s/ R. Bruce Carlson
R. BRUCE CARLSON, ESQ.
PNC Park
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212
(412) 322-9243
Fax No. (412) 231-0246
bcarlson@carlsonlynch.com