UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------- x

FEDERAL HOUSING FINANCE AGENCY, etc., :

        Plaintiff, :

– against – :

ALLY FINANCIAL INC. f/k/a GMAC, LLC et al., :

        Defendants. :

------------------------- x

11 Civ. 7010 (DLC)

Also filed in 11 Civ 5201 (DLC)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------- x

In re :

RESIDENTIAL CAPITAL, LLC et al., :

        Debtors. :

------------------------- x

12-12020 (MG)

DENISE COTE, District Judge, and
MARTIN GLENN, Bankruptcy Judge:

### ~~[FHFA PROPOSED]~~ ORDER

On November 2, 2012, the District Court and Bankruptcy Court requested that Ally Financial Inc., the Debtors, and the Federal Housing Finance Agency ("FHFA") confer with each other and jointly draft a proposed order governing production of the 2,100 loan files ("Loan Files") presently requested by FHFA and setting a schedule for the same.

Ally Financial, the Debtors, and FHFA have conferred. FHFA consented to a schedule for the rolling production of Loan Files with a deadline of January 31, 2013 for the completion of such production. Ally Financial agrees to pay for the production of those Loan Files.

By virtue of this joint Order, the Debtors are not submitting to the jurisdiction of the District Court, and Ally Financial and FHFA are not submitting to the jurisdiction of the Bankruptcy Court.

IT IS HEREBY ORDERED that Ally Financial and the Debtors shall produce the Loan Files to FHFA on a rolling basis, with production to be completed no later than January 31, 2013, and that Ally Financial shall pay for such production.

SO ORDERED:

Dated: New York, New York
       November 9, 2012

_/s/ Denise L. Cote_____           _/s/ Martin Glenn_____
DENISE L. COTE                          MARTIN GLENN
United States District Judge            United States Bankruptcy Judge