**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of R. Bruce Carlson, Esq. (the "**Movant**"), to be admitted, *pro hac vice*, to represent Rowena Drennen, Flora Gaskin, Roger Turner, Christie Turner, John Picard, and Rebecca Picard, on behalf of themselves and all others similarly situated and the general public including, without limitation, the putative class of persons represented in the consolidated class action entitled In Re: Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation (the "**Client**")*,* in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the U.S. District Court for the Western District of Pennsylvania, it is hereby

ORDERED that R. Bruce Carlson is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **November 9, 2012**

/s/Martin Glenn
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

2303701.1