JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Ph: (702) 382-4044/Fax: (702) 383-9950
E-Mail: info@johnpeterlee.com
Attorneys for Creditors Robert Sliwka and
Wilbur D. Triplett

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | CASE NO.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, ET AL., ) | Chapter 11 |
| ) | |
| DEBTOR. ) | |
| ) | |
| ) | Jointly Administered |
| ) | |

2153.024202-arb

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Yvette R. Freedman, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Robert Sliwka and Wilbur D. Triplett, Creditors in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Nevada and, if applicable, the bar of the U.S. District Court for the State of Nevada District of Nevada.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: November 9, 2012
Las Vegas, Nevada

                                        JOHN PETER LEE, LTD.


                                        BY: /s/ Yvette Freedman
                                        JOHN PETER LEE, ESQ.
                                        Nevada Bar No. 001768
                                        YVETTE R. FREEDMAN, ESQ.
                                        Nevada Bar No. 009898
                                        830 Las Vegas Boulevard South
                                        Las Vegas, Nevada 89101
                                        Ph: (702) 382-4044/Fax: (702) 383-9950
                                        E-Mail: info@johnpeterlee.com
                                        *Attorneys for Creditors Robert Sliwka and*
                                        *Wilbur D. Triplett*

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950