1  Jennifer L. Wilson, Sui Juris
2  4365 School House Commons, 500-251
3  Harrisburg, NC 28075
   Ph.: 704-773-1712

FILED
U.S. BANKRUPTCY COURT
2012 NOV -9 P 12: 36
S.D. OF N.Y.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer L. Wilson | CASE NO: **12-12020 (MG)** |
| Plaintiff, | ADV. CASE: _____ |
| v. | |
| RESIDENTIAL CAPITAL, LLC; RESIDENTIAL FUNDING COMPANY, LLC; and Does 1 – 10 inclusively, | **NOTICE AND DEMAND FOR JURY TRIAL** |
| Defendants. | [Filed concurrently; ADVERSARY COMPLAINT] |

## NOTICE AND DEMAND FOR JURY TRIAL

TO THE CLERK OF THE COURT, AND ALL PARTY DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Jennifer L. Wilson, hereby demands a Jury Trial IN THIS ACTION.

//

| | |
|---|---|
| 1 | Date: November 8, 2012 |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | *Jennifer L. Wilson* |
| 5 | Jennifer L. Wilson, Sui Juris |
| 6 | // 4365 School House Commons, 500-251 |
| 7 | // Harrisburg, NC 28075 |
| 8 | // Ph.: 704-773-1712 |
| 9 | // |
| 10 | // |
| 11 | // |
| 12 | // |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |