MARY LOU ANDRADE
Treasurer/Tax Collector/Public Administrator
For the County of San Benito
440 Fifth Street
Courthouse, Room 107
Hollister, CA 95023-3894
(831) 636-4034 Tel
(831) 636-4014 Fax



RECEIVED
NOV - 8 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | CASE NO. 12-12020 (MG)<br>CHAPTER 11<br><br>OPPOSITION TO MOTION FOR ORDER AUTHORIZING SALE OF CERTAIN DEBTOR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS AND GRANTING RELATED RELIEF<br><br>CREDITOR COUNTY OF SAN BENITO, CALIFORNIA |

TO THE HONORABLE MARTIN GLENN AND TO ALL PARTIES OF INTEREST:

The COUNTY OF SAN BENITO, hereby submits its OPPOSITION TO MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND SUBLJECT TO HIGHER OR BETTER OFFERS. The sale motion was filed by Residential Capital LLC and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors" or the "Company").

SAN BENITO respectfully requests that this court accept this filing, if untimely, and waive any timeliness deficiencies.

SAN BENITO is a small county of 56,000 people. During the down turn of the economy San Benito has had to reduce staff in all departments including the Treasurer-Tax Collector-Public Administrator Offices. Addressing bankruptcy cases is the Treasurer-Tax Collector's sole responsibility without counsel assistance. It is imperative to know that police, fire, schools, and hospitals get their funding from property taxes. If we don't get our money, then we will not be able to fund these functions of local government. Additionally, the Treasurer-Tax Collector is solely responsible for the management of the three departments of local government with only four staff persons to execute the tremendous volume of duties. Consequently, certain obligations take priority at different times over others and we cannot be as timely as necessary, hence the request of SAN BENITO to waive any timeliness deficiencies.

SAN BENITO bases its Opposition on the following grounds;

1. SAN BENITO does not consent to the sale free and clear of liens because its secured personal property taxes will not be paid directly upon the sale of the assets;

2. Non-bankruptcy law prohibits the sale free and clear of the liens;

3. The secured personal property taxes are a lien on the property;

4. This Bankruptcy Court must look at state law to determine the taxes;

5. Secured real and personal property taxes are mandated by state law.

SAN BENITO respectfully requests that this court allow its secured personal property taxes in the full amount of $4,557.94 for real personal property taxes.

SAN BENITO also requests that this court deny the Debtors' Motion for Sale of Assets Free and Clear of Liens and order that SAN BENITO'S real personal property taxes be paid in full directly upon the sale of the assets.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. PRELIMINARY STATEMENT

The subject property is comprised of various locations within SAN BENITO County. The personal property is subject to the assessment of local property taxes by SAN BENITO under California State law.

The personal property has been subject to secured real personal property taxes mandated under California State law for the fiscal tax years of 2007-08, 2008-09, 2009-10, 2010-11, and 2011-2012.

### II. SAN BENITO OBJECTS TO SALE OF THE ASSETS FREE AND CLEAR OF LIENS

The debtor may sell the property free and clear of any interest in such property of an entity other than the estate only if the applicable non-bankruptcy law permits sale of such property free and clear of such interest, such entity consents; such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property.

SAN BENITO objects to the sale because its liens on the real personal property will not be paid directly upon the sale, in opposition to the dictates of California State law.

Additionally, non-bankruptcy law does not permit the sale of the property free and clear of liens as explained below.

California Revenue and Taxation Code Section 2192.1 states:

> Every tax declared in this chapter to be a lien on real property. . .have the priority over all other liens on the property, regardless of the time of their creation. Any tax. . .described in the preceding sentence shall be given priority over matters including but not limited to any recognizance, deed, judgment, debt, obligation, or responsibility with respect to which the subject real property may become charged or liable.

California Revenue and Taxation Code Section 2192.2 states:

> **Upon the sale** . . .conducted under judicial process or otherwise by any sheriff, constable, trustee, receiver, or other ministerial officer, **of any real property upon which ad valorem property taxes . . .are due and unpaid at the time of sale**, the proceeds from that shall, after the payment of necessary and incidental sale expenses, **be first applied to the amount of those ad valorem property taxes** . . .and be transmitted by the conducting officer to the office responsible for the collection of those taxes and assessments. Emphasis added. The Treasurer-Tax collector is the governmental agency that collects taxes.

Since SAN BENITO does not consent to the sale and non-bankruptcy law prohibits the sale of real property and personal property without payment of the ad valorem taxes the assets cannot be sold without direct payment of SAN BENITO'S taxes.

### III. THIS COURT MUST LOOK AT CALIFORNIA STATE LAW WHEN APPLYING WHEN DETERMINING TAX LIABILITY

It is well settled law that the bankruptcy court must apply California state law and California tax principles when determining the SAN BENITO tax liability.

### IV.    CONCLUSION

For all the foregoing reasons, SAN BENITO respectfully requests that this Court deny the Sale Motion and order that SAN BENITO'S real personal property taxes be paid in full directly upon the sale.

SAN BENITO would further request language in the order that directs payment of its tax liens directly from escrow and that SAN BENITO have the opportunity to review such language.

Dated: November 2, 2012.

_/s/ Mary Lou Andrade_
Mary Lou Andrade
Treasurer/Tax Collector/Public Administrator
For the County of San Benito, Secured Creditor

1  MARY LOU ANDRADE
   Treasurer/Tax Collector/Public Administrator
2  For County of San Benito
   440 Fifth Street #107
3  Hollister, CA 95023-3894
   (831) 636-4034 / Fax (831) 636-4014

**RECEIVED NOV -8 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

## PROOF OF SERVICE BY MAIL

I, the undersigned, state that I am over the age of eighteen (18) years of age, not a party to this action, and I am employed in the county where the mailing took place. My business address is 440 Fifth Street, Room 107 (San Benito County Courthouse) Hollister, California 95023-3894. I served a copy of the following documents:

**Opposition to Motion for Order Authorizing Sale of Certain Debtor Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and Granting Related Relief**

by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid. The envelope was addressed and mailed to each party listed below.

| | |
|---|---|
| Morrison & Foerster LLP<br>Gary S. Lee and Alexandra Barrage<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kramer Levin Naftalis & Frankel LLP<br>Kenneth Eckstein and Douglas Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Sidley Austin LLP<br>Larry Nyhan and Jessica Boelter<br>One South Dearborn<br>Chicago, IL 60603 | Munger, Tolles & Olsen LLP<br>Seth Goldman and Thomas Walper<br>355 South Grand Ave.<br>Los Angeles, CA 90071 |
| Kirkland & Ellis LLP<br>Ray Schrock, Richard Cieri and Stephen Hessler<br>601 Lexington Avenue<br>New York, NY 10022 | Office of the United States Trustee<br>Southern District of New York<br>Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

Date mailed: 11/05/2012
Place of mailing: Hollister, California

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

KATHERINE CASEY
Deputy Treasurer