ResCap/GMAC Return Mail Center
c/o KCC
PO Box 8013
Redondo Beach, CA 90277

PRF 52271   1394031

FRANKLIN D EASTERDAY
PHYLLIS J EASTERDAY
83 WEST LIBERTY STREET
QUINCY MI 49082-0000

092020

DEAR SIR
        I JUST WANTED TO LET YOU KNOW
I AM 73 YEARS OLD 06/30/39 WITH A 30 YEAR
MORTGAGE. I WILL BE DEATH BEFORE ITS
PAYED OFF. I HAVE NO MONEY IN THE BANK
OR LIFE INSURANCE. I PAYED NO CLOSEING OR
DOWN PAYMENT JUST $500 UNDER THE TABLE TO
GET IT. MY HOUSE WAS PAYED FOR BUT MY
LAWYER SAID UNDER BANKRUPTCY CODE I COULD
LOSE MY HOUSE SO HE TOLD ME TO GET A MORTGAGE
TO PAY OFF CREDIT CARD'S.

                        Franklin Easterday

I HAVE NO CLAIM


RECEIVED
NOV - 5 2012

001KC0001_52271-14_DOMESTIC_4258/092020/460096