12-12020-mg    Doc 2129    Filed 11/09/12    Entered 11/09/12 16:36:29    Main Document
Pg 1 of 2

Hearing Date: December 20, 2012 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the following matters previously scheduled to be heard at the omnibus hearing on November 5, 2012 at 10:00 a.m. (prevailing Eastern Time) have been adjourned to **December 20, 2012 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

a) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing It to Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 1546];

b) Motion for Relief from the Automatic Stay filed by Michael P. Donaghy and Stephanie L. Donaghy [Docket No. 1615]; and

ny-1065014

    c)  Motion for Relief from Stay filed by M. Nawaz Raja and Neelum Nawaz Raja [Docket No. 1818].

Dated: November 9, 2012
       New York, New York

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*