UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :       Chapter 11
                                                           :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                       :       Case No. 12-12020 (MG)
                                                           :
                                                           :
                                                           :       (Jointly Administered)
              Debtors.                                     :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before November 7, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

1. **Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. [Docket No. 1960]**

B. Furthermore, on November 6, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail upon the service list for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit B**:

2. **Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. [Docket No. 1960]**

C. Additionally, on November 8, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289).

address via First Class mail upon the parties on the service list attached hereto as **Exhibit C**:

3. **Amended Notice of Successful Bidders at the Auctions and Sales of (A) the Platform Assets to Ocwen Loan Servicing, LLC and (B) the Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA, dated November 3, 2012, attached hereto as Exhibit D**

Dated: November 9, 2012

_____
Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th of November, 2012, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# **<u>EXHIBIT A</u>**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- | --- | --- |
| Aaron I Katsman PC | | 70 E Sunrise Hwy Ste 608 | | Valley Stream | NY | 11581-1233 |
| Andrew Windham and Karey Windham vs US Bank NA As | Trustee for RASC 2005AHL3 | 805 Peachtree St NE Unit 613 | | Atlanta | GA | 30308-6018 |
| Belmont LLC | c o Beazer Homes Corp | 1000 Abernathy Rd NE Ste 260 | | Atlanta | GA | 30328-5648 |
| Bonnabeau Salyers Sites Doe and Andresen LLC | | 310 Clifton Ave | | Minneapolis | MN | 55403-3218 |
| Cameron and Emily Miles v GMAC Mortgage LLC Mortgage | Electronic Registration Systems Inc and XYZ Corp | 1430 Willamette St | | Eugene | OR | 97401-4049 |
| Chicago Title Company | | 5650 Sunrise Blvd Ste 200 | | Citrus Hts | CA | 95610-7631 |
| CIT Group | | 13801 Wireless Way | | Oklahoma City | OK | 73134-2500 |
| Cooper Appraisals Inc | | 11032 River Plantation Dr | | Austin | TX | 78747-1486 |
| Energy REO | | 7351 Kirkwood Ln N Ste 130 | | Maple Grove | MN | 55369-5219 |
| Fnma Vs Janice M Russell | | 1453 Gray St | | Lakewood | CO | 80214-2131 |
| Frances Oels | | 222 Route 72 | | Vincentown | NJ | 08088-9632 |
| General Mortgage Finance Corp | | 5775 Wayzata Blvd Ste 700 | | St Louis Park | MN | 55416-1233 |
| Genpact International | | 42 Old Ridgebury Rd No 1 | | Danbury | CT | 06810-5129 |
| GMAC Mortgage LLC v Fredia Padilla | | 711 W 6th St | | Pittsbrug | KS | 66762-3603 |
| Hays County | Assessor-Collector | 4440 S Old Stagecoach Rd | | San Marcos | TX | 78666-5396 |
| Identity Theft 911 | | 7580 N Dobson Rd Ste 201 | | Scottsdale | AZ | 85256-2702 |
| Jeson Enerprises Inc | | 504 NE 5th Ave | | Camas | WA | 98607-2005 |
| Jim Garcines VS Wells Fargo Bank National | Association A Business Entity Wachovia | 148 Maple St Ste H | | Auburn | CA | 95603-5041 |
| Katsman Law | | 70 E Sunrise Hwy Ste 608 | | Valley Stream | NY | 11581-1233 |
| Leonard Taylor Appraisals Inc | | 150 James Way | | Advance | NC | 27006-8516 |
| Logisolve LLC | | 600 Inwood Ave N Ste 275 | | Saint Paul | MN | 55128-1650 |
| Magenic Technologies Inc | | 1600 Utica Ave S Ste 800 | | Minneapolis | MN | 55416-3688 |
| Omega Credit Trust LLC | | 2630 SW 28th St Ste 61 | | Coconut Grove | FL | 33133-3872 |
| Prodigus Opportunity Fund, LLC | | 402 Macy Dr | | Roswell | GA | 30076-6353 |
| Redseal Systems Inc | | 3965 Freedom Cir No 800 | | Santa Clara | CA | 95054-1206 |
| Robert Sweeting Vs Jason Kishaba Sandra Jaquez | Peter Sauceracker International Mortgage Inc | Caitlin Chen Fremont et al | 7071 Warner Ave No F81 | Huntingtn Bch | CA | 92647-5495 |
| Shane M Haffey On Behalf of Himself and AS A | Relator Qui Tam Behalf of Fayette County | Clerk vs Gentry Mechanical et al | PO Box 1181 | Isle of Palms | SC | 29451-1181 |
| The StoneHill Group Inc | | 1117 Perimeter Ctr W Ste E212 | | Atlanta | GA | 30338-5417 |
| William and Frances Gregoire Vs Sandy | Broughton Assistant Secretary For Mers and | 2429 N Palo Hacha Dr | | Tucson | AZ | 85745-1098 |

In re: Residential Capital, LLC, et al.,
Case No. 12-12020

1 of 1

# **EXHIBIT B**

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| LPL Financial Corporation | Martha Strahan | 4828 Parkway Plaza Blvd | Charlottee | NC | 28217-1957 |

# **EXHIBIT C**

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| FNMA Vs Janice M Russell | 1453 Gray St | Lakewood | CO | 80214-2131 |
| Frances Oels | 222 Route 72 | Vincentown | NJ | 08088-9632 |
| General Mortgage Finance Corp | 5775 wayzata Blvd Ste 700 | St Louis Park | MN | 55416-1233 |
| Omega Credit Trust LLC | 2630 SW 28th St Ste 61 | Coconut Grove | FL | 33133-3872 |
| Prodigus Opportunity Fund, LLC | 402 Macy Dr | Roswell | GA | 30076-6353 |
| Redseal Systems Inc | 3965 Freedom Cir No 800 | Santa Clara | CA | 95054-1206 |

# **EXHIBIT D**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## AMENDED NOTICE OF SUCCESSFUL BIDDERS AT THE AUCTIONS AND SALES OF (A) THE PLATFORM ASSETS TO OCWEN LOAN SERVICING, LLC AND (B) THE WHOLE LOAN ASSETS TO BERKSHIRE HATHAWAY INC. AND NOTICE OF FILING (A) OCWEN APA AND (B) AMENDED AND RESTATED BH LEGACY APA

**PLEASE TAKE NOTICE** that on May 14, 2012, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed a motion (the "Sale Motion")[2] to,

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, In Support of the Debtors "First Day" Pleadings* [Docket No. 6]. Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief set forth in this Notice may refer to http://www.kccllc.net/rescap for additional information.

[2] *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (I)(A) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expenses Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and*

ny-1062032

among other things, (i) authorize and approve certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (ii) scheduling a bid deadline, auctions and a sale hearing (the "Sale Hearing") to approve asset sales by certain of the Debtors of: (a) the Purchased Assets (as such term is defined in the Asset Purchase Agreement by and between Nationstar Mortgage LLC (the "Platform Assets") and certain of the Debtors (the "Nationstar APA") and (b) the Purchased Assets (as such term is defined in the Asset Purchase Agreement by and between Berkshire Hathaway Inc. (the "Whole Loan Assets") and certain of the Debtors (the "BH Legacy APA," together with the Nationstar APA, the "APAs"), free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "Sale Transactions" or the "Sales") subject to the submission of higher or better offers in auction processes (the "Auctions"); (iii) approving the Break-Up Fees; (iv) approving forms of notice; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2012 the court entered its *Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice* (the "Sale Procedures Order") (Docket No. 538) approving the Sale Procedures. On June 29, 2012, the Debtors filed their *Notice of Public Auction and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates* (the "Auction and Sale Hearing Notice") (Docket No. 539) scheduling the Auctions to begin on October 23, 2012 at 10:00 a.m. (ET) and the Sale Hearing for November 5, 2012 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that on September 14, 2012, the Debtors filed their *Amended Notice of Public Auction and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates* (the "Amended Auctions and Sale Hearing Notice") (Docket No. 1446), revising the date of the Sale Hearing to **November 19, 2012, at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, to consider the Debtors' selection of the highest or otherwise best bids and the approval of the Sales.

**PLEASE TAKE FURTHER NOTICE** that after the Auctions, on October 25, 2012, the Debtors filed their *Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc.* (the "Prior Winning Bidder Notice") (Docket No. 1960).

---

*Unexpired Leases Related Thereto; and (IV) Granting Related Relief* [Docket No. 61]. Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Sale Motion.

2

ny-1062032

## THE PLATFORM AUCTION

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, on October 23, 2012, the Debtors conducted the Auction for the Platform Assets (the "Platform Auction").

**PLEASE TAKE FURTHER NOTICE** that at the conclusion of the Platform Auction, the Debtors and their legal and financial advisors, in consultation with the Official Committee of Unsecured Creditors, through their legal and financial advisors, determined that Ocwen Loan Servicing, LLC ("Ocwen") offered the highest and best bid for the purchase of the Platform Assets and, accordingly, named Ocwen as the successful bidder (the "Successful Platform Bidder"), subject to execution of the necessary sale documents.

**PLEASE TAKE FURTHER NOTICE** that Nationstar Mortgage LLC has been selected as the Next-Highest Bidder for the Platform Assets, subject to the terms and conditions of the Sale Procedures and the Nationstar APA.

**PLEASE TAKE FURTHER NOTICE** that on November 2, 2012, the Debtors' Board of Directors approved the "Ocwen APA", which is attached hereto as Exhibit 1. A redline comparison of the Ocwen APA and the Amended and Restated Nationstar APA is attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing, the Debtors will seek Court approval of the Ocwen APA and the Successful Platform Bidder.

## THE WHOLE LOAN AUCTION

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, on October 25, 2012, the Debtors conducted the Auction for the Whole Loan Assets (the "Whole Loan Auction").

**PLEASE TAKE FURTHER NOTICE** that at the conclusion of the Whole Loan Auction, the Debtors, and their legal and financial advisors, in consultation with the Official Committee of Unsecured Creditors, through their legal and financial advisors, determined that Berkshire Hathaway Inc. ("Berkshire Hathaway") offered the highest and best bid for the purchase of the Whole Loan Assets and, accordingly, named Berkshire Hathaway as the successful bidder (the "Successful Whole Loan Bidder"), subject to execution of the necessary sale documents.

**PLEASE TAKE FURTHER NOTICE** that a consortium of bidders comprised of DLJ Mortgage Capital, Inc. ("DLJ"), Roosevelt Mortgage Acquisition Company ("RMAC"), Roosevelt Depositor, LLC ("Roosevelt Depositor"), Bayview Acquisitions, LLC ("Bayview") and Selene Finance LP ("Selene", and together with DLJ, RMAC, Roosevelt Depositor and Bayview, the "DLJ Consortium") has been selected as the Next-Highest Bidder for the Whole Loan Assets, subject to the terms and conditions of the Sale Procedures and the "DLJ Consortium APA", a copy of which is attached hereto as Exhibit 3.

**PLEASE TAKE FURTHER NOTICE** that on November 2, 2012, the Debtors' Board of Directors approved the "Amended and Restated BH Legacy APA", which is attached hereto as Exhibit 4. A redline comparison of the Amended and Restated BH Legacy APA and the BH APA is attached hereto as Exhibit 5.

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing the Debtors will seek Court approval of the Amended and Restated BH Legacy APA and the Successful Whole Loan Bidder.

**PLEASE TAKE FURTHER NOTICE** this notice is subject to the full terms and conditions of the Sale Motion, the Sale Procedures, and the Sale Procedures Order, and the Debtors encourage any interested parties to review such documents in their entirety. To the extent that this notice is inconsistent with the Sale Procedures Order, the terms of the Sale Procedures Order shall govern.

Dated: November 3, 2012
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

The exhibits to this notice can be viewed and obtained on the Court's internet website at www.nysb.uscourts.gov and on the independent website maintained by the Debtors, http://www.kccllc.net/rescap. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access www.nysb.uscourts.gov and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.