UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    )   Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )   Chapter 11
                                                          )
                            Debtors.                      )   Jointly Administered
                                                          )

---

### DECLARATION OF DENMAR DIXON OF WALTER INVESTMENT MANGAGEMENT CORP IN SUPPORT OF DEBTORS' SALE MOTION

I, Denmar Dixon, declare as follows:

1.  I currently am the Vice Chairman and Executive Vice President of Walter Investment Management Corp. ("Walter Investment"), a party to the Joint Bidding Agreement (the "Agreement") with Ocwen Loan Servicing LLC. I have been employed by Walter Investment since January 2010. In my current position as Executive Vice President, I am responsible for Business Development and Capital Markets.

2.  I am authorized to submit this Declaration in support of the Debtor's Sale Motion. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein

3.  I understand that, as part of the sales process, a demonstration must be made that Walter Investment has the future ability to perform the various obligations it is assuming under the Agreement. Walter Investment clearly has that ability. Walter Investment has the financial wherewithal to satisfy its financial obligations under the agreements that it is assuming and has demonstrated the necessary experience and expertise to service the loans for which it is assuming the servicing obligations according to its recognized high servicing standards.

ny-1065188

Headquartered in Tampa, Florida, Walter Investment is a specialty servicer that has been providing residential loan servicing that focuses on credit-sensitive residential mortgage assets located in the United States for over fifty years. On July 1, 2011 Walter Investment acquired GTCS Holdings, LLC, ("Green Tree" and together with Walter Investment, "Walter") a fee-based business services company with over thirty years of experience providing high-touch, third-party servicing of credit-sensitive consumer loans, including residential mortgages, manufactured housing and consumer installment loans. Green Tree expanded Walter Investment's foot print nationwide by adding 26 local market offices and 1,800 employees.

4. With its recent acquisition of Reverse Mortgage Solutions, Inc. Walter Investment now employs over 2,900 employees and services a portfolio of approximately 1 million accounts representing an unpaid principal balance ("UPB") of approximately $80 billion. Most relevant to Walter's participation in the ResCap sale, Walter is currently servicing nearly 300,000 Fannie Mae accounts with a UPB of over $50 billion.

5. Walter possesses the financial wherewithal to comply with the obligations that it is assuming pursuant to the APA. Walter has a current market capitalization of approximately $1.4 billion. Additionally, as of September 30, 2012 Walter's liquidity, which is measured as cash plus cash equivalents plus borrowing capacity available on our revolver, was $128.2 million. A true and correct copy of Walter's most recent Form 10-Q filed with the Securities and Exchange Commission is attached to this declaration as Exhibit 1.

6. Additionally, Walter historically has had excellent access to capital markets for additional financing. For example,

- In October 2012 Walter closed on a registered underwritten public offering of $290 million aggregate principal amount of 4.50% convertible senior subordinated notes and with the funds repaid and terminated its existing $265 million second lien term loan.

ny-1065188                                    2

- In October 2012, Walter closed on a registered underwritten public offering of 6,900,000 shares of its common stock at a price of $42 per share, raising proceeds of $276.1 million.

- Walter is in the process of replacing its first lien term loan facility with a senior secured first lien term loan facility in the aggregate principal amount of up to $600 million. That facility is expected to price on November 14 and close within 7-10 days thereafter. Pro forma for the closing Walter would have in excess of $500 million of liquidity including cash and unused revolving credit.

- Walter expects its existing revolving credit facility will be replaced with a new senior secured revolving credit facility of up to $125 million.

7.  Finally, upon completion of the above-referenced first lien term loan credit facility on or about November 24 Walter will have the requisite financing to acquire the Walter Assets as defined in the Asset Purchase Agreement

8.  Walter, an experienced servicer of both residential and commercial mortgages, has the requisite ability to comply with the applicable servicing standards under the servicing agreements for which it is assuming the servicing obligations. As an experienced servicer, Walter currently holds all the necessary licenses and qualifications to service the loans under the assigned servicing agreements. Walter is, in fact, licensed and/or qualified to service mortgages in all 50 states and the District of Columbia.

9.  Additionally, Walter Investment and its Green Tree subsidiary have an established reputation and record as a quality servicers of mortgages. For example, our mortgage servicing ratings for prime product was recently reviewed and upgraded by Fitch.

| **FitchRatings** | **24 Sep 2012** |
|---|---|
| --US Residential primary servicer rating for prime product **upgraded** to 'RPS2' from'RPS2-'; assigned Outlook Stable; | |
| **Additional Commentary:** The rating actions reflect Green Tree's borrower-centric, high-touch servicing model, dedicated borrower contact process, experienced and highly tenured management team, improved control environment and the seamless integration under Walter Investment Management Corp. (Walter). The prime servicer rating was upgraded due to the servicer's ability to provide additional performance information for this product demonstrating its ability to successfully service this product type in line with its other products. | |

ny-1065188                                       3

10. Walter has an established servicing track record servicing loans owned by Fannie Mae. As of September 30, 2012, Green Tree serviced approximately 300,000 Fannie Mae accounts totaling $50 billion UPB. Since 2008, Green Tree has transferred 344,000 accounts with total UPB of $61 billion, from 12 Fannie Mae transfers. Green Tree serves as one of a select group of specialty servicers for FNMA that subservices their owned MSR portfolio, and is also a highly ranked participant in Fannie Mae's STAR Program. Walter has taken, and will continue to pursue, those steps necessary to ensure that the quality of mortgage loan servicing provided by Walter is equal to or exceeds the quality provided by the Debtors under the assigned servicing agreements. For example, a dedicated internal team headed by a Vice President of Business Control conducts Client Protocol Specific Audits monthly pursuant to assigned servicing agreements. Audits examine documentation, process and collector conversation and are compared against client specific documented policy and procedures. The results are subsequently distributed to an executive team monthly for review.

11. Walter has substantial experience with the successful integration of loan servicing portfolios into its business. Green Tree has developed an expedited transfer process that significantly improves borrower experience relative to industry standards for loan servicing conversions. Green Tree has a best in class conversion methodology that ensures a successful transition of Fannie Mae customers onto its platform, having successfully on-boarded fifty-three separate portfolios totaling in 2011. Green Tree has sixteen full time employees who are dedicated to primary loan boarding activities, including overall conversion management, data field mapping and data element transformation. Walter also has in place a matrix conversion project team, consisting of approximately twenty additional full time employees that support

ny-1065188                                      4

conversion activities such as Document Custody, Payment Processing, Escrow and Tax and Investor Reporting. Overall organizational communication is a critical component of each conversion. The industry leading practices that Walter employs include full mapping of all prior servicer transaction history and customer comments, and day-one outbound welcome call campaigns. In addition, Green Tree has developed a "pre-board" process that allows new customers to call into Green Tree on the first effective day of a Service Transfer and access their account utilizing either their prior servicer loan number or current loan number. Green Tree has developed the ability for our systems to access customer data on the first day of a service transfer, rather than waiting until a final transfer file is received and transformed into its final production form, avoiding the typical "blackout" period during a loan servicing transfer. This also enables Customer Service representatives to speak knowledgeably to new customers about their loan and its characteristics.

12. Accordingly, Walter has both the financial wherewithal and the requisite servicing experience and expertise to comply with the servicing standards under the servicing agreements being assigned to Walter pursuant to the Agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2012

/s/ _____
Denmar J. Dixon
Vice Chairman, EVP