**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DECLARATION OF JOHN RUCKDASCHEL IN SUPPORT OF DEBTORS' SALE MOTION**

I, John Ruckdaschel, declare as follows:

1. I serve as Associate General Counsel, Capital Markets, in the legal department (the "Legal Department") at Residential Capital, LLC ("ResCap"), a limited liability company organized under the laws of the state of Delaware and the parent of the other debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). I am authorized to submit this declaration in support of the Debtors Sale Motion. If called to testify, I would competently testify to the matters addressed herein.

2. I attach to this declaration as Exhibit 1 a true and correct copy of a certain Pooling and Servicing Agreement ("PSA") between GMAC Mortgage Corporation and Deutsche Bank National Trust Company.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2012

                                                              /s/  John Ruckdaschel
                                                              John Ruckdaschel

ny-1065277