**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ANTI-COLLUSION DECLARATION
### IN ACCORDANCE WITH SALE PROCEDURES ORDER
### <u>DATED JUNE 28, 2012 [DOCKET NO. 538]</u>

I, R. Ted Weschler, hereby declare that I am the Investment Manager of Berkshire Hathaway, Inc. (the "<u>Bidder</u>"); and that I am duly authorized by the Bidder to make this Declaration. I make this Declaration under 28 U.S.C. § 1746 on behalf of the Bidder, in connection with the proposed sales (the "<u>Sale Transactions</u>") of certain of the assets of the above-captioned debtors and debtors in possession (collectively the "<u>Debtors</u>") and state:

1.    The Bidder affirms that the Bidder (or any of its officers, partners, owners, agents, representatives, or employees) has not colluded, conspired, connived or agreed, directly or indirectly with any other bidder, firm, or person to (i) in any way submit a collusive bid in connection with the sale transaction, or (ii) refrain from bidding in connection with such sale transaction.

2.    The Bidder affirms that the Bidder (or any of its officers, partners, owners, agents, representatives, or employees) has not in any manner, directly or indirectly, sought by agreement or collusion or communications or conference with any other bidder, or to secure through any

collusion, conspiracy, connivance or unlawful agreement any advantage against the Debtors or any person interested in the proposed sale transaction.

3.      The Bidder affirms that the contents of its bid as to prices, terms, or conditions of such bid have not been communicated by the Bidder (or any of its officers, partners, owners, agents, representatives, or employees) to any other bidder engaged in the sale transaction.

4.      The Bidder affirms the prices quoted in the bid are fair and proper and are not tainted by any collusion, conspiracy, connivance or unlawful agreement on the part of the Bidder (or any of its officers, partners, owners, agents, representatives, or employees).

5.      I declare, on behalf of the Bidder, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, to the best of my knowledge.


Executed this 17th day of October, 2012

_____
R. Ted Weschler
Investment Manager

Berkshire Hathaway Inc.
3555 Farnam Street
Omaha, Nebraska 68131
(402) 346-1400

ny-1060199