**EXHIBIT 1**

**Projections for Ocwen Consolidated portfolio including Homeward and ResCap**

| ($ in MM) | 9/30/2012 (Actual) | 12/31/2012 (Pro forma without acquisitions) | 12/31/2012 (Effect of Homeward) | 12/31/2012 (Pro forma with Homeward) | 2/28/2013 (Pro forma without ResCap) | (2/28/2013) Effect of ResCap | 2/28/2013 (Pro forma with Rescap and Homeward) |
|---|---|---|---|---|---|---|---|
| Cash | 270.5 | 861.9 | (712.2) | 149.7 | 213.6 | (29.9) | 183.7 |
| Restricted Cash for securitization investors | 0.7 | 0.7 | - | 0.7 | 0.7 | | 0.7 |
| Loans held for resale, at lower of cost or market | 18.3 | 18.9 | 650.0 | 668.9 | 668.7 | | 668.7 |
| Loans, net restricted for securization investors | 53.4 | 49.6 | - | 49.6 | 48.0 | | 48.0 |
| Net Advances | 2,915.2 | 1,164.1 | 2,242.9 | 3,407.0 | 3,325.1 | 1,664.7 | 4,989.8 |
| Mortgage servicing rights | 420.3 | 400.8 | 371.1 | 771.9 | 766.6 | 651.4 | 1,418.1 |
| Receivables | 124.4 | 118.7 | | 118.7 | 123.5 | | 123.5 |
| Deferred tax assets | 107.2 | 107.3 | 21.4 | 128.7 | 128.5 | | 128.5 |
| Goodwill and intangibles, net | 78.4 | 78.4 | 252.1 | 330.5 | 200.7 | | 200.7 |
| Premises and equipment, net | 22.0 | 21.9 | 34.4 | 56.3 | 56.7 | | 56.7 |
| Investment in unconsolidated entities | 20.1 | 20.4 | - | 20.4 | 19.3 | | 19.3 |
| Other assets | 123.1 | 161.4 | 206.8 | 368.2 | 457.7 | (29.5) | 428.2 |
| **Total Assets** | **$4,153.8** | **$3,004.2** | **$3,066.4** | **$6,070.6** | **$6,009.1** | **$2,256.7** | **$8,265.8** |
| **Liabilities and Equity** | | | | | | | |
| Match funded liabilities | 1,847.7 | 660.2 | 2,018.6 | 2,678.8 | 2,623.0 | 1,324.7 | 3,947.7 |
| Senior Secured Term Loan | 455.7 | 240.8 | - | 240.8 | 240.8 | 932.0 | 1,172.8 |
| Line of Credit and other borrowings | 103.6 | 299.0 | - | 299.0 | 346.8 | | 346.8 |
| Loan from Vendor | | - | 120.0 | 120.0 | - | | - |
| Debt securities and Warehouse Lines | 0.0 | - | 604.5 | 604.5 | 604.5 | | 604.5 |
| Secured borrowings owed to securitization investor | 48.2 | 43.7 | - | 43.7 | 42.3 | | 42.3 |
| Other liabilities | 175.3 | 168.7 | 161.4 | 330.1 | 333.7 | | 333.7 |
| **Liabilities** | **2,630.5** | **1,412.4** | **2,904.4** | **4,316.8** | **4,191.1** | **2,256.7** | **6,447.8** |
| Common stock | 1.4 | 1.3 | | 1.3 | 1.4 | | 1.4 |
| Additional paid-in capital | 889.1 | 889.1 | | 889.1 | 889.1 | | 889.1 |
| Convertible Preferred Equity | - | - | 162.0 | 162.0 | 162.0 | | 162.0 |
| Treasury stock | - | - | | - | - | | - |
| Retained earnings | 639.4 | 708.0 | | 708.0 | 772.1 | | 772.1 |
| Accumulated other comprehensive income (loss), net | (6.6) | (6.6) | | (6.6) | (6.6) | | (6.6) |
| **Total Parent stockholders' equity** | **1,523.2** | **1,591.8** | **162.0** | **1,753.8** | **1,818.0** | **-** | **1,818.0** |
| **Total Liabilities and Equity** | **$4,153.8** | **$3,004.2** | **$3,066.4** | **$6,070.6** | **$6,009.1** | **$2,256.7** | **$8,265.8** |

## Sources and Uses

| Sources | Homeward | ResCap | Total |
|---|---|---|---|
| Advance Financing | 2,019 | 1,298 | 3,317 |
| Additional SSTL | | 825 | 825 |
| Preferred Equity | 162 | | 162 |
| HLSS | 361 | | 361 |
| ResCap bid deposit | | 56 | |
| Cash on Hand | 351 | 30 | 381 |
| **Total Sources** | 2,893 | 2,209 | 5,102 |

| Uses | | | |
|---|---|---|---|
| Advances | 2,243 | 1,665 | 3,908 |
| MSR & Other | 650 | 651 | 1,301 |
| **Total Uses** | 2,893 | 2,316 | 5,209 |

## ResCap Reconcilation

| | Figures from Pro forma | Adj. for Run-down | Walter contribution | Adj. for Advance Purchase Price* | Price as of Bid date |
|---|---|---|---|---|---|
| ResCap Advances | 1,665 | 34 | 173 | (84) | 1,788 |
| MSR and Other Asssets | 651 | 125 | 352 | 84 | 1,212 |
| **Total** | **2,316** | **159** | **525** | **-** | **3,000** |

*The pro forma balance sheet records advances at face value and MSR price is reduced to adjust for this.*