MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

Gary S. Lee
Lorenzo Marinuzzi
Stefan W. Engelhardt
Todd Goren

*Proposed Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**DEBTORS' WITNESS LIST FOR SALES MOTION HEARING**

| | <u>WITNESS</u> |
|---|---|
| 1 | Mark D. Puntus, through the **Declaration of Mark D. Puntus in Support of Debtors' Sale Motion.** |
| 2 | John Ruckdaschel, through the **Declaration of John Ruckdaschel in Support of Debtors' Sale Motion.** |
| 3 | Ronald Faris, through the **Declaration of Ronald Faris of Ocwen Loan Servicing, LLC in Support of Debtors' Sale Motion.** |
| 4 | Denmar Dixon, through the **Declaration of Denmar Dixon of Walter Investment Management Corp in Support of Debtors' Sale Motion** |

ny-1065222                            1

| 5 | Joan Burrell, through the **Declaration of Joan Burrell in Support of Debtors' Reply to Digital Lewisville, LLC's (i) Objection to the Debtors' (A) Sale Motion, and (B)Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Supplemental Limited Objection to the Debtors' Sale Motion, and in particular, the Debtors' Proposed Order.** |
|---|---|
| 6 | Ted Wechsler, through the **Anti-Collusion Declaration in Accordance with Sale Procedures Order Dated June 28, 2012.** |

Dated: November 12, 2012          /s/ Gary S. Lee
New York, New York
                                  Gary S. Lee
                                  Stefan W. Engelhardt
                                  Lorenzo Marinuzzi
                                  Todd Goren

                                  MORRISON & FOERSTER LLP
                                  1290 Avenue of the Americas
                                  New York, New York 10104
                                  Telephone: (212) 468-8000
                                  Facsimile: (212) 468-7900

                                  Proposed Counsel for the Debtors and
                                  Debtors in Possession

-2-

ny-1065222