Stanley B. Tarr (4177)
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel. (302) 425-6400
Fax: (302) 425-6464

Counsel for PNC Mortgage, a Division of PNC Bank, NA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : | Case No. 12-12020(MG) |
| | : | |
| | : | (Joint Administration) |
| | : | |
| Debtors. | : | |
| | **:** | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that pursuant to Bankruptcy Rules 2002 and 9010(b), Blank Rome LLP, counsel for PNC Mortgage, a Division of PNC Bank, NA, requests that all notices given or required to be given in these cases be given to and served upon Blank Rome LLP at the following persons:

| | |
|---|---|
| Stanley B. Tarr | Michael B. Schaedle |
| Alan M. Root | Blank Rome LLP |
| Blank Rome LLP | One Logan Square |
| 1201 N. Market Street, Suite 800 | Philadelphia, PA 19103 |
| Wilmington, DE 19801 | Phone:  (215) 569-5762 |
| Phone:  (302) 425-6400 | Facsimile:  (215) 832-5762 |
| Facsimile:  (302) 425-6464 | Email:  mschaedle@blankrome.com |
| Email: tarr@blankrome.com | |
| root@blankrome.com | |

131832.01441/40204202v.1

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned debtors (the "Debtors") or the property of the Debtors, or any of the rights or interests held or asserted by PNC with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of PNC.

Dated:  November 12, 2012                **BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (4177)
Alan M. Root
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel. (302) 425-6400
Fax: (302) 425-6464

-and-

Michael B. Schaedle
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Phone:  (215) 569-5762
Facsimile:  (215) 832-5762

Counsel for PNC Mortgage, a Division of PNC Bank, NA