**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CERTIFICATION OF SERVICE**

1. I, Christopher Albanese, certify that I am not less than (18) years of age, and am employed by Gibbons P.C., located at One Pennsylvania Plaza, 37th Floor, New York, New York 10119.

2. On October 28, 2012, true and correct copies of the *Objection of Wells Fargo Bank, N.A. to Debtors' Sale Motion (Docket No. 1979)* were served upon the following parties: (1) Morrison & Foerster LLP, counsel for the Debtors (Attn: Gary S. Lee glee@mofo.com and Alexandra Steinberg Barrage abarrage@mofo.com); (2) Sidley Austin LLP, Attorneys for Nationstar, (Attn: Jessica C.K. Boelter jboelter@sidley.com ); (3) Kramer Levin Naftalis & Frankel LLP, Counsel for the Creditors' Committee, (Attn: Kenneth H. Eckstein keckstein@kramerlevin.com and Douglas H. Mannal dmannal@kramerlevin.com); and (4) Munger, Tolles & Olson LLP, Attorneys for BH (Attn: Seth Goldman seth.goldman@mto.com and Thomas Walper twalper@mto.com).

3. I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

Dated: November 12, 2012

*/s/ Christopher Albanese*
Christopher Albanese, Esq.
GIBBONS P.C.
One Penn Plaza, 37th Floor
New York, NY 10119-3701
Telephone: (212) 613-2000
E-mail: calbanese@gibbonslaw.com

#1852957 v2
111369-81272