IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-12020 (MG) |
| | § | |
| RESIDENTIAL CAPITAL, L.L.C., et al | § | Chapter 11 |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

## PLAINTIFF'S MOTION TO LIFT STAY

Plaintiff, RICHARD D. RODE, files this Motion to Lift Stay, and would show the Court as follows:

1. On May 14, 2012, (the "Petition Date"), the Debtors and certain of their affiliates filed voluntary petitions under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY, 10004-1408, (the "Bankruptcy Court"). The bankruptcy cases of the Debtors and their affiliates are jointly administered under the Chapter 11 Case for the affiliated debtor Residential Capital, L.L.C., which case is indexed as cause number 12-12020.

2. On May 22, 2012, Defendants and Debtors, HOMECOMINGS FINANCIAL, L.L.C., and GMAC MORTGAGE, L.L.C., (collectively, the "Debtors", by and through their counsel, filed a Notice of Bankruptcy and Effect of Automatic Stay (attached hereto and incorporated herein as Exhibit "A").

3. Plaintiff, RICHARD D. RODE, requests this Court lift the stay due to the Debtors' sale to Berkshire Hathaway, an entity not in bankruptcy, so that Case No. 12-390 can proceed in federal court in the Southern District of Texas.

**Conclusion**

For the reason stated above, this case should proceed.

Respectfully submitted,

*Richard D. Rode*

BY:_____
Richard D. Rode, Pro Se
2301 West Lawther Drive
Deer Park, Texas  77536
(832) 431-1255
richrode@att.net

PRO SE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via facsimile transmission on the 5th day of November, 2012, on the following counsel of record as indicated below:

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 S. Third Street
Suite 900
Columbus, OH 43215


Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Melissa N Licker
Fein, Such & Crane
747 Chestnut Ridge RD
Chestnut Ridge, NY 10977


Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Joel C Haims
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Lorraine S. McGowen
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Mr. Graham Gerhardt
Mr. Brian O'Dell
Bradley, Arant, Boult, Cummings
One Federal Place, 1819 Fifth Avenue North
Birmingham, Alabama  35203

_____
Richard D. Rode