JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Financial Guaranty Insurance Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :  Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                            :
                                                             :  Chapter 11
                                        Debtors.             :
                                                             :  Jointly Administered
------------------------------------------------------------ x

# AMENDED NOTICE OF DESIGNATION OF EXPERTS

**PLEASE TAKE NOTICE THAT** in accordance with the Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. 9019 for Approval of RMBS Trust Settlement Agreements (Docket No. 1551) (the "9019 Motion"), Financial Guaranty Insurance Company ("FGIC") hereby amends its September 28, 2012 Notice of Designation of Experts, and designates Clifford Rossi in place of and instead of Charles B. Rosenberg as one of its expert witnesses.  Mr. Rossi's contact information, and a summary of the topics upon which he will testify, are as follows:

LAI-3179636v1

**Contact Information:**

Clifford Rossi
Department of Finance
Robert H. Smith School of Business
4465 Van Munching Hall
University of Maryland
College Park, MD 20742-1815

**Subject of testimony:** The process and procedures used by ResCap's Board of Directors and management in negotiating and approving the RMBS Settlement Agreements, as well as related factors such as the appropriate process and substance for the evaluation of the RMBS claims at issue. The Total Allowed Claim as set forth in the RMBS Settlement Agreements and the opinions and methodologies utilized by Frank Sillman in his initial and supplemental declarations. The opinions expressed by William Nolan in his declaration.

FGIC's designation of Berkeley Research, as set forth in its September 28, 2012 Notice of Designation of Experts, remains unchanged.

FGIC reserves its right to identify additional experts as more facts are developed in connection with the 9019 Motion and in response to the expert designations and disclosures by other parties.

- 3 -

Dated:  November 14, 2012

Respectfully submitted,

/s/ Richard L. Wynne
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Financial Guaranty Insurance Company