JONES DAY
222 East 41st Street
New York, New York  10017
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306
Richard L. Wynne
Howard F. Sidman

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
Carl E. Black

Attorneys for Creditor
FINANCIAL GUARANTY INSURANCE
COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
In re:                                                  )   Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )   Chapter 11
                                                        )
        Debtors.                                        )   Jointly Administered
                                                        )
                                                        )
------------------------------------------------------- x

# CERTIFICATE OF SERVICE OF
# AMENDED NOTICE OF DESIGNATION OF EXPERTS

The undersigned attorney hereby certifies that on November 14, 2012, a true and correct

copy of the *Amended Notice of Designation of Experts* (docket no. 2155) was served by electronic

mail to the parties on the annexed Exhibit A.

Dated: November 14, 2012           */s/ Richard L. Wynne*
       New York, New York           Richard L. Wynne

LAI-3179971v1

# EXHIBIT A

**IN RE RESIDENTIAL CAPITAL LLC**
**MONTHLY SERVICE LIST – NOVEMBER 2012**

**SPECIAL NOTICE LIST VIA EMAIL:**

hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
bobbie.theivakumaran@citi.com
kelvin.vargas@db.com
peter_mcgonigle@fanniemae.com
kdwbankruptcydepartment@kelleydrye.com
richard.cieri@kirkland.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
William.b.Solomon@ally.com
Timothy.Devine@ally.com
john.bellaver@ally.com

keckstein@kramerlevin.com
tmayer@kramerlevin.com
dmannal@kramerlevin.com
rescapinfo@kccllc.com
guzzi@milbank.com
Tammy.Hamzehpour@gmacrescap.com
diane.citron@ally.com
lnashelsky@mofo.com
glee@mofo.com
lmarinuzzi@mofo.com
Nancy.Lord@OAG.State.NY.US
enid.stuart@OAG.State.NY.US
secbankruptcy@sec.gov
secbankruptcy@sec.gov
newyork@sec.gov
lnyhan@sidley.com

jboelter@sidley.com
bmyrick@sidley.com
jhofer@skadden.com
nikolay.kodes@skadden.com
ken.ziman@skadden.com
sarah.ward@skadden.com
suzanne.lovett@skadden.com
george.rayzis@usbank.com
irina.palchuk@usbank.com
AskDOJ@usdoj.gov
joseph.cordaro@usdoj.gov
Tracy.Davis2@usdoj.gov
Linda.Riffkin@usdoj.gov
Brian.Masumoto@usdoj.gov

**SPECIAL SERVICE LIST VIA U.S. MAIL:**

**Chadbourne & Parke LLP**
Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman
30 Rockefeller Plaza
New York, NY 10112

**Citibank NA**
Attn Bobbie Theivakumaran
390 Greenwich St 6th Fl
New York, NY 10013

**Deutsche Bank Trust Company Americas**
c/o Kelvin Vargas
25 De Forest Ave
Summit, NJ 07901

**Fannie Mae**
Attn Peter McGonigle
1835 Market St Ste 2300
Philadelphia, PA 19103

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Kelley Drye & Warren LLP**
James S Carr & Eric R Wilson
101 Park Ave
New York, NY 10178

**Kirkland & Ellis**
Richard M Cieri
601 Lexington Ave
New York, NY 10022

**Kirkland & Ellis LLP**
Attn Ray C Schrock & Stephen E Hessler
601 Lexington Ave
New York, NY 10022-4611

**Kramer Levin Naftallis & Frankel LLP**
Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal
1177 Avenue of the Americas
New York, NY 10036

**Kurtzman Carson Consultants**
Alison M. Tearnen Schepper
2335 Alaska Ave
El Segundo, CA 90245

LAI-3179971v1

| | | |
|---|---|---|
| **Milbank, Tweed, Hadley & McCloy LLP**<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | **Morrison & Foerster LLP**<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| **Nationstar Mortgage LLC**<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 | **Office of the NY State Attorney General**<br>Nancy Lord & Enid M Stuart<br>The Capitol<br>12:00:00 AM<br>Albany, NY 12224-0341 | **Office of the US Attorney for the Southern District of NY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>12:00:00 AM<br>New York, NY 10007 |
| **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | **Sidley Austin LLP**<br>Larry J Nyhan & Jessica CK Boelter<br>One Dearborn<br>Chicago, IL 60603 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Jonathan H. Hofer<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Ken Ziman<br>Four Times Square<br>New York, NY 10036 | **Skadden Arps Slate Meagher & Flom LLP**<br>Sarah M Ward<br>Four Times Square<br>New York, NY 10036 |
| **Skadden Arps Slate Meagher & Flom LLP**<br>Suzanne D T Lovett<br>Four Times Square<br>New York, NY 10036 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 | **U.S. Bank National Association**<br>Attn: George Rayzis<br>50 South 16 th Street<br>12:00:00 AM<br>Philadelphia, PA 19102 |
| **U.S. Bank National Association**<br>Attn: Irina Palchuk<br>60 Livingston Avenue<br>12:00:00 AM<br>St. Paul, MN 55107 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | **United States Attorney's Office for the Southern District of New York Civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |
| **US Trustee for the Southern District of NY**<br>Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto<br>33 Whitehall St 21st Fl, Region 2<br>New York, NY 10004 | **Wells Fargo Bank NA**<br>Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 | |

LAI-3179971v1

## GENERAL SERVICE LIST VIA EMAIL:

| | | |
|---|---|---|
| andrea.hartley@akerman.com | brian.greer@dechert.com | jleibowitz@kandfllp.com |
| susan.balaschak@akerman.com | mauricio.espana@dechert.com | rescapinfo@kccllc.com |
| hadi.khatib@akerman.com | craig.druehl@dechert.com | sheehan@txschoollaw.com |
| rajohnson@akingump.com | rosa.mendez@db.com | Dcaponnetto@leopoldassociates.com |
| ccarty@akingump.com | Brendan.meyer@db.com | austin.bankruptcy@publicans.com |
| fhodara@akingump.com | kelvin.vargas@db.com | dallas.bankruptcy@publicans.com |
| raul.alcantar@alcantarlaw.com | diem.home@gmail.com | houston_bankruptcy@lgbs.com |
| bnkatty@aldine.k12.tx.us | gcatalanello@duanemorris.com | choward@lockelord.com |
| ecfmail@aclawllp.com | jvincequerra@duanemorris.com | wcurchack@loeb.com |
| ken.coleman@allenovery.com | peter_mcgonigle@fanniemae.com | vrubinstein@loeb.com |
| john.kibler@allenovery.com | catherine_lasher@fanniemae.com | dminoff@loeb.com |
| tom.houghton@ally.com | broylesmk@rgcattys.com | abehlmann@lowenstein.com |
| jeff.brown@gmacfs.com | mlicker@feinsuch.com | abehlmann@lowenstein.com |
| william.b.solomon@ally.com | ppascuzzi@ffwplaw.com | metkin@lowenstein.com |
| kit.weitnauer@alston.com | dearly@fdic.gov | ilevee@lowenstein.com |
| marty.bunin@alston.com | tlallier@foleymansfield.com | metkin@lowenstein.com |
| william.hao@alston.com | kenton_hambrick@freddiemac.com | ilevee@lowenstein.com |
| bill.macurda@alston.com | deggert@freebornpeters.com | adoshi@magnozzikye.com |
| john.stern@texasattorneygeneral.gov | tfawkes@freebornpeters.com | susanp@taxcollector.com |
| harrisj12@michigan.gov | ksheehan@flwlaw.com | dprather@iglou.com |
| Sarah.Stout@BNYMellon.com | jberkowitz@gibbonslaw.com | lgordon@mvbalaw.com |
| Jennifer.Provenzano@BNYMellon.com | kgiannelli@gibbonslaw.com | pmoak@McKoolSmith.com |
| Michael.Spataro@BNYMellon.com | kpatrick@gibbsbruns.com | mcarney@mckoolsmith.com |
| Mageshwaran.Ramasamy@BNYMellon.com | shumphries@gibbsbruns.com | pmoak@McKoolSmith.com |
| alicia.borys@barclays.com | kpatrick@gibbsbruns.com | guzzi@milbank.com |
| patrick.kerner@barclays.com | theodore.w.tozer@hud.gov | sdnyecf@dor.mo.gov |
| xrausloanops5@barclays.com | gjarvis@gelaw.com | jgarrity@morganlewis.com |
| david.powlen@btlaw.com | mpmorris@gelaw.com | mkraut@morganlewis.com |
| bbeskanos@aol.com | delman@gelaw.com | pfleming@morganlewis.com |
| davids@blbglaw.com | ggraber@hodgsonruss.com | mmorganroth@morganrothlaw.com |
| jonathanu@blbglaw.com | ayala.hassell@hp.com | jmorganroth@morganrothlaw.com |
| matthewj@blbglaw.com | rnorton@hunton.com | lberkoff@moritthock.com |
| jai@blbglaw.com | rrich2@hunton.com | Tammy.Hamzehpour@gmacrescap.com |
| courtney.lowman@ally.com | bankruptcy2@ironmountain.com | diane.citron@ally.com |
| jhaake@wbsvlaw.com | ceblack@jonesday.com | lnashelsky@mofo.com |
| gregory.petrick@cwt.com | cball@jonesday.com | glee@mofo.com |
| ingrid.bagby@cwt.com | rlwynne@jonesday.com | lmarinuzzi@mofo.com |
| mark.ellenberg@cwt.com | lemiller@jonesday.com | jmoldovan@morrisoncohen.com |
| dcaley@wongfleming.com | ceblack@jonesday.com | bankruptcy@morrisoncohen.com |
| bankruptcy@clm.com | aglenn@kasowitz.com | rdakis@morrisoncohen.com |
| hseife@chadbourne.com | mstein@kasowitz.com | seth.goldman@mto.com |
| dlemay@chadbourne.com | dfliman@kasowitz.com | Thomas.walper@mto.com |
| rgayda@chadbourne.com | namamoo@kasowitz.com | cmomjian@attorneygeneral.gov |
| mroitman@chadbourne.com | kdwbankruptcydepartment@kelleydrye.com | almeyers@sjgov.org |
| bobbie.theivakumaran@citi.com | eciolko@ktmc.com | Nancy.Lord@OAG.State.NY.US |
| maofiling@cgsh.com | dmoffa@ktmc.com | enid.stuart@OAG.State.NY.US |
| tmoloney@cgsh.com | ecf@kaalaw.com | joseph.cordaro@usdoj.gov |
| soneal@cgsh.com | thadwilson@kslaw.com | dwdykhouse@pbwt.com |
| jennifer.demarco@cliffordchance.com | ajowers@kslaw.com | bguiney@pbwt.com |
| adam.lesman@cliffordchance.com | pferdinands@kslaw.com | Paul_Papas@mylegalhelpusa.com |
| jlaitman@cohenmilstein.com | richard.cieri@kirkland.com | ebcalvo@pbfcm.com |
| clometti@cohenmilstein.com | ray.schrock@kirkland.com | ana.damonte@pillsburylaw.com |
| meisenkraft@cohenmilstein.com | richard.cieri@kirkland.com | dflanigan@polsinelli.com |
| drehns@cohenmilstein.com | stephen.hessler@kirkland.com | jnagi@polsinelli.com |
| krehns@cohenmilstein.com | projectrodeo@kirkland.com | igoldstein@proskauer.com |
| mwarner@coleschotz.com | William.b.Solomon@ally.com | srutsky@proskauer.com |
| echou@coleschotz.com | Timothy.Devine@ally.com | jzajac@proskauer.com |
| ra-li-ucts-bankrupt@state.pa.us | john.bellaver@ally.com | danbrockett@quinnemanuel.com |
| will.hoch@crowedunlevy.com | tklestadt@klestadt.com | daveburnett@quinnemanuel.com |
| mgallagher@curtis.com | jcorneau@klestadt.com | jeremyandersen@quinnemanuel.com |
| macohen@curtis.com | keckstein@kramerlevin.com | susheelkirpalani@quinnemanuel.com |
| sreisman@curtis.com | tmayer@kramerlevin.com | scottshelley@quinnemanuel.com |
| hryder@daypitney.com | dmannal@kramerlevin.com | mrollin@rplaw.com |
| jjtancredi@daypitney.com | jtrachtman@kramerlevin.com | cwood@rgrdlaw.com |
| jwcohen@daypitney.com | pbentley@kramerlevin.com | stevep@rgrdlaw.com |
| glenn.siegel@dechert.com | dmannal@kramerlevin.com | rbrown@robertbrownlaw.com |
| hector.gonzalez@dechert.com | szide@kramerlevin.com | romero@mromerolawfirm.com |

| | | |
|---|---|---|
| Ross.martin@ropesgray.com | nikolay.kodes@skadden.com | dskeens@wbsvlaw.com |
| keith.wofford@ropesgray.com | ken.ziman@skadden.com | gary.holtzer@weil.com |
| Ross.martin@ropesgray.com | sarah.ward@skadden.com | kelly.j.rentz@wellsfargo.com |
| dsasser@siwpc.com | suzanne.lovett@skadden.com | Nichlaus.M.Ross@wellsfargo.com |
| dhall@siwpc.com | pdatta@hhstein.com | Sharon.Squillario@wellsfargo.com |
| jglucksman@scarincihollenbeck.com | amuller@stinson.com | mary.l.sohlberg@wellsfargo.com |
| bdk@schlamstone.com | whazeltine@sha-llc.com | kristi.garcia@wellsfargo.com |
| bbressler@schnader.com | tal@talcottfranklin.com | accesslegalservices@gmail.com |
| rbarkasy@schnader.com | derek@talcottfranklin.com | cshore@whitecase.com |
| bdeutsch@schnader.com | jmiller@tcfbank.com | isilverbrand@whitecase.com |
| adam.harris@srz.com | jteitelbaum@tblawllp.com | dthatch@whitecase.com |
| howard.godnick@srz.com | AGBankNewYork@ag.tn.gov | mabrams@willkie.com |
| marguerite.gardiner@srz.com | robert.major@bnymellon.com | rchoi1@willkie.com |
| michael.cutini@srz.com | Adam.Parkin@tdsecurities.com | jhardy2@willkie.com |
| secbankruptcy@sec.gov | Christopher.stevens@tdsecurities.com | rmaney@wilmingtontrust.com |
| secbankruptcy@sec.gov | kay.brock@co.travis.tx.us | david.tillem@wilsonelser.com |
| newyork@sec.gov | george.rayzis@usbank.com | dneier@winston.com |
| bankruptcynoticeschr@sec.gov | irina.palchuk@usbank.com | dneier@winston.com |
| bateman@sewkis.com | mamta.scott@usbank.com | cschreiber@winston.com |
| cohen@sewkis.com | david.jason@usbank.com | jlawlor@wmd-law.com |
| das@sewkis.com | michelle.moeller@usbank.com | pdefilippo@wmd-law.com |
| binder@sewkis.com | tanveer.ashraf@usbank.com | sfitzgerald@wmd-law.com |
| joel@shafeldlaw.com | Glenn.Gillett@usdoj.gov | gbush@zuckerman.com |
| taconrad@sbwlawfirm.com | AskDOJ@usdoj.gov | ncohen@zuckerman.com |
| fsosnick@shearman.com | Mark.Flannagan@umb.com | lneish@zuckerman.com |
| sfennessey@shearman.com | joseph.cordaro@usdoj.gov | gbush@zuckerman.com |
| lnyhan@sidley.com | Tracy.Davis2@usdoj.gov | ncohen@zuckerman.com |
| jboelter@sidley.com | Linda.Riffkin@usdoj.gov | lneish@zuckerman.com |
| bmyrick@sidley.com | Brian.Masumoto@usdoj.gov | |
| jhofer@skadden.com | mvaughan@wbsvlaw.com | |

LAI-3179971v1

**GENERAL SERVICE LIST – VIA U.S. MAIL (NOT SERVED BY EMAIL):**

| | | |
|---|---|---|
| AIG Asset Management US LLC<br>Attn Russell Lipman<br>80 Pine St, New York<br>NY 10038 | Allstate Life Insurance Company<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062 | David P Stich Esq<br>521 Fifth Ave 17th Fl<br>New York, NY 10175 |
| Fedelina Roybal-DeAguero 2008 Trust<br>42265 Little Lake Rd<br>Medocino, CA 94560 | Financial Guaranty Insurance Company<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 | IBM Corporation<br>Attn Shawn Konig<br>1360 Rene Levesque W Ste 400<br>Montreal, QC H3G 2W6<br>CANADA |
| Law Offices of Christopher Green<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street,<br>Seattle WA 98101 | MBIA Insurance Corporation<br>Attn Mitchell Sonkin<br>113 King St,<br>Armonk, NY 10504 | Nationstar Mortgage LLC<br>Attn: General Counsel<br>350 Highland Drive<br>Lewisville, TX 75067 |
| Office of the US Attorney<br>for the Southern District of NY<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 | Rowen L Drenne as Representative for<br>the Plaintiffs Brian Kessler et al<br>3725 N Indiana<br>Kansas City, MO 64117 | Secretary of State<br>123 William St<br>New York, NY 10038-3804 |
| Secretary of State, Division of Corporations<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 | Wilmington Trust NA<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544 | |

LAI-3179971v1