**WINSTON & STRAWN LLP**
David Neier (dneier@winston.com)
Carey D. Schreiber (cschreiber@winston.com)
Corina I. Bogaciu (cbogaciu@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Fannie Mae*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Case No. 12-12020 (MG)
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,                            :   Chapter 11
                                                             :
                        Debtors.                             :   Jointly Administered
                                                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 7, 2012, a copy of the document listed below was served on parties by the court's ECF system and on parties on Exhibit A via electronic mail.

Additionally, the undersigned certifies that on November 9, 2012, a copy of the document listed below was served on parties on Exhibit B via first Class U.S. Mail.

> OBJECTION OF FANNIE MAE TO THE DEBTORS' SALE MOTION [DOCKET NO. 2102].

/s/ Denise A. Cunsolo
Denise A. Cunsolo

Document Number: 1531540

# EXHIBIT A

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Special Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | 10005 |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Special Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | Four Times Square | | New York | NY | 10036 |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| United States Attorney's Office for the Southern District of New York Civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | | Columbia | MD | 21046 |

EXHIBIT B

Morrison & Foerster LLP
Attorneys for the Debtors,
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esq. and
Alexandra Steinberg Barrage

Sidley Austin LLP
Attorneys for Nationstar
One South Dearborn
Chicago IL 60603
Attn: Larry Nyhan and
Jessica C.K. Boelter

Kirkland & Ellis LLP
Attorneys for AFI
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock, Richard M. Cieri
and Stephen E. Hessler

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors' Committee
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
Douglas H. Mannal

Munger, Tolles & Olson LLP
Attorneys for BH
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman and
Thomas Walper

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto

Document Number: 1531540