UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:                                                                          Case No. 12-12020

    RESIDENTIAL CAPITAL, LLC,                          Chapter 7

                        Debtor.                                  **ORDER LIFTING**
--------------------------------------------------------X                  **AUTOMATIC STAY**

        Upon reading and filing the Notice of Motion dated August 17, 2012, the Affirmation of Jordan S. Katz, Esq., dated August 17, 2012, and the exhibits annexed thereto on behalf of Wells Fargo Delaware Trust Company, N.A., as trustee for Vericrest Opportunity Loan Trust 2011-NPL1 (hereinafter "Wells") by Vericrest Financial, Inc., acting as servicer, ("Vericrest"), through its attorneys Kozeny, McCubbin & Katz, LLP, for an Order pursuant of 11 U.S.C. §362(d) granting relief from the automatic stay to foreclose the mortgage it holds on the property subjugated by Debtor's subordinate lien and described as 1965 Jamie Drive, Finlay, OH 43218, (the "Property"); and there being no opposition thereto by the United States Trustee and there being no appearance by the Debtor, or their attorneys, and sufficient cause appearing therefore; it is

        **ORDERED**, that automatic stay is hereby modified pursuant to 11 U.S.C. §362 (d) to allow Wells to foreclose the mortgage it holds on the Property; and it is further,

        **ORDERED**, that the 14 day stay imposed by FRBP 4001(a)(3) is hereby waived; and it is further,

        **ORDERED,** that the movant shall immediately provide an accounting to the trustee of any surplus monies realized.

Dated:                 , New York

                                                          _____.
                                                          UNITED STATES BANKRUPTCY JUDGE