## AFFIDAVIT OF SERVICE BY MAIL

**STATE OF NEW YORK**   )
                       ) ss.:
**COUNTY OF SUFFOLK**   )

JORDAN S. KATZ, being duly sworn, deposes and says:

That I am not a party to this action and maintain an office at 395 N Service Rd, Suite 401, Melville, New York 11747.

On November 14, 2012, I served a true copy of the **NOTICE OF MOTION, MOTION AND EXHIBITS,** by regular mail, mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   **Anthony Princi, Esq.**
*Attorney for Debtor*
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

**Gary S. Lee, Esq.**
*Attorney for Debtor*
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

**Joel C Haims, Esq.**
*Attorney for Debtor*
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Larren M. Nashelsky, Esq.**
*Attorney for Debtor*
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Lorenzo Marinuzzi, Esq.**
*Attorney for Debtor*
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Norman Scott Rosenbaum, Esq.**

*Attorney for Debtor*
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Steven J. Reisman, Esq.**
*Attorney for Debtor*
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**Todd M. Goren, Esq.**
*Attorney for Debtor*
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

**Debra Weinstein Minoff, Esq.**
*Attorney for Debtor*
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**Walter H. Curchack, Esq.**
*Attorney for Debtor*
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

**U.S. Trustee**
*United States Trustee*
33 Whitehall Street, 21st Floor
New York, NY 10004

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

**Douglas Mannal, Esq.**
*Attorney for Official Committee of Unrepresented Creditors*
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Steven S. Sparling, Esq.**

9

*Attorney for Official Committee of Unrepresented Creditors*
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 1002

                                              /s/ Jordan S. Katz
                                              JORDAN S. KATZ

Sworn to before me on
November 14, 2012


  /s/ Nicolle Marie Krongel
Nicolle Marie Krongel
Notary Public, State of New York,
No. 01KR6060018
Qualified in Suffolk County
Commission Expires June 11, 2015

UNITED STATES BANKRUPTCY COURT