UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

Residential Capital LLC, et al.,                 )    Chapter: 11
                                                 )
                                                 )    Case Number: 12-12020(MG)
                                                 )
              DEBTOR(S)                          )

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

     PLEASE TAKE NOTICE that the undersigned, appearing as counsel for Rodney Fisher and Tina Fisher, creditor and party-in-interest in the above-captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

Dated:  October 24, 2012

s/ Christopher W. Hobbs, Esquire
Zimmerman, Lieberman, Tamulonis & Hobbs
P.O. Box 238
Pottsville, PA 17901