# United States Bankruptcy Court
## for the Southern District of New York

In re **Residential Capital LLC, et al.**

Debtor(s)

Case No. **12-12020(MG)**

Chapter **11**

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of the **Request to Discontinue Service of Notices** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Larren M. Nashelski
Gary S. Lee
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Mr. and Mrs. Rodney J. Fisher
271 Chestnut Street
Pottsville, PA 17901

*Christopher W. Hobbs*
Christopher W Hobbs, Esq.
Zimmerman, Lieberman, Tamulonis & Hobbs
111 East Market Street
P.O. Box 238
Pottsville, PA 17901
(570) 622-1988 Fax:(570) 622-3261
cwh@zlthlaw.comcastbiz.net