UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re                                               Chapter 11

RESIDENTIAL CAPITAL, LLC, *et al.*,                 Case No. 12-12020 (MG)

        Debtors.                              (Jointly Administered)

---------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jose Raul Alcantar Villagran, depose and state as follows:

1. I am over 18 years of age, and I am employed by Alcantar Law PLLC, located at 1040 Avenue of the Americas, 24th Floor, New York, New York 10018.

2. On November 7, 2012, I caused the following documents to be served on the list attached hereto as Exhibit A via electronic mail and/or first class mail:

- *Neighborhood Assistance Corporation of America's Statement Regarding, and Objection to, the Debtors' Proposed Sale of Platform Assets to Ocwen Loan Servicing, LLC* [Docket No. 2068]; and

- *Declaration of Bruce Marks in Support of Neighborhood Assistance Corporation of America's Statement Regarding, and Objection to, the Debtors' Proposed Sale of Their Platform Assets to Ocwen Loan Servicing, LLC* [Docket No. 2070].

3. I declare, under penalty of perjury under the laws of the United States of America, that the above is true and correct.

New York, New York

/s/ Jose Raul Alcantar Villagran
By: Jose Raul Alcantar Villagran, Esq.

Subscribed and sworn to before me this
14 day of November, 2012.

_____
Notary Public

Charles Fernandez
Notary Public - State of New York
No. 01FE6202724
Qualified in New York County
My Commission Expires March 23, 2013

## Exhibit A

| Entity | Contact | Address | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| Office of the United States Trustee | Tracy Hope Davis, Esq. | 33 Whitehall Street, 21st Fl. | New York | NY | 10004 | Tracy.Davis2@usdoj.gov |
| Office of the United States Trustee | Brian Masumoto, Esq. | 33 Whitehall Street, 21st Fl. | New York | NY | 10004 | Brian.Masumoto@usdoj.gov |
| Office of the United States Trustee | Linda Riffkin, Esq. | 33 Whitehall Street, 21st Fl. | New York | NY | 10004 | Linda.Riffkin@usdoj.gov |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Avenue NW | Washington | DC | 20530-0001 | AskDOJ@usdoj.com |
| Office of the New York State Attorney General | Nancy Lord, Esq. | The Capitol | Albany | NY | 12224-0341 | Nancy.Lord@OAG.State.NY.US |
| Office of the New York State Attorney General | Neal Mann, Esq. | The Capitol | Albany | NY | 12224-0341 | Neal.Mann@OAG.State.NY.US |
| Office of U.S. Attorney for the SDNY | Joseph N. Cordaro, Esq. | One St. Andrews Plaza | New York | NY | 10007 | |
| Residential Capital, LLC | Tammy Hamzehpour | 1177 Avenue of the Americas | New York | NY | 10036 | Tammy.Hamzehpour@gmacrescap.com |
| Morrison & Foerster LLP | Larren Nashelskly, Esq. | 1290 Avenue of the Americas | New York | NY | 10104 | LNashelskly@mofo.com |
| Morrison & Foerster LLP | Gary S. Lee, Esq. | 1290 Avenue of the Americas | New York | NY | 10104 | Glee@mofo.com |
| Morrison & Foerster LLP | Lorenzo Marinuzzi, Esq. | 1290 Avenue of the Americas | New York | NY | 10104 | LMarinuzzi@mofo.com |
| Kramer Levin Naftalis & Frankel LLP | Ken Eckstein | 1177 Avenue of the Americas | New York | NY | 10036 | keckstein@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | Doug Mannal | 1177 Avenue of the Americas | New York | NY | 10036 | dmannal@kramerlevin.com |
| Citibank N.A. | Bobbie Theivakurnaran | 390 Greenwich Street, 6th Floor | New York | NY | 10013 | bobbie.theivakurnaran@citi.com |
| Fannie Mae | Vice President, Credit Management, John S. Forlines | 3900 Wisconsin Avenue NW, Mail Stop 8H-504 | Washington | DC | 20016 | john_s_forlines@fanniemae.com |
| Kirkland & Ellis | Ray C. Schrock | 601 Lexington Avenue | New York | NY | 10022 | |
| Kirkland & Ellis | Richard M. Cieri | 601 Lexington Avenue | New York | NY | 10022 | richard.cieri@kirkland.com |
| Kirkland & Ellis | Stephen Hessler | | | | | stephen.hessler@kirkland.com |
| Kirkland & Ellis | | | | | | projectrodeo@kirkland.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ally Financial | | | | | | william.b.solomon@ally.com timothy.devine@ally.com |
| Deutsche Bank Trust Company Americas | Kevin Vargas | 25 DeForest Avenue | Summit | NJ | 0.7901 | kevin.vargas@db.com |
| The Bank of New York Mellon | Asset Backed Securities Group | 101 Barclay Street 4W | New York | NY | 10286 | |
| U.S. Bank National Association | George Rayzis | 50 South 16th Street, Suite 2000 | Philadelphia | PA | 19102 | george.rayzis@usbank.com |
| U.S. Bank National Association | Irina Palchuk | 60 Livingston Avenue | St. Paul | MN | 55107 | irinia.palchuk@usbank.com |
| Kelley Drye & Warren LLP | James S. Carr | 101 Park Avenue | New York | NY | 10178 | |
| Kelley Drye & Warren LLP | Eric R. Wilson | 101 Park Avenue | New York | NY | 10178 | |
| Kelley Drye & Warren LLP | | | | | | kdwbankruptcydepartment@kelleydrye.com |
| Wells Fargo Bank, N.A. | Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust | P.O. Box 98 | Columbia | MD | 21046 | |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | New York | NY | 10036 | jhofer@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | New York | NY | 10036 | kziman@skadden.com |
| Nationstar Mortgage LLC | General Counsel | 350 Highland Drive | Lewisville | TX | 75067 | |
| Sidley Austin LLP | Larry J. Nyhan | One Dearborn | Chicago | IL | 60603 | lnyhan@sidley.com |
| Sidley Austin LLP | Jessica CK Boelter | One Dearborn | Chicago | IL | 60603 | jboelter@sidley.com |
| Sidley Austin LLP | **Brett H. Myrick** | P.O. Box 7346 | Philadelphia | PA | 19101-7346 | bmyrick@sidley.com |
| Internal Revenue Service | | 2970 Market Street, Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | |
| Securities and Exchange Commission, NY Regional Office | George S. Canellos, Regional Director | 3 World Financial Center, Suite 400 | New York | NY | 10281-1022 | newyork@sec.gov |
| Munger, Tolles & Olson | Thomas Walper | 355 South Grand Ave. | Los Angeles | CA | 90071 | twalper@mto.com |

Munger, Tolles & Olson | Seth Goldman | 355 South Grand Ave. | Los Angeles | CA | 90071 | seth.goldman@mto.com