Marie A. Runnalls
2750 S. Durango Drive, #1007
Las Vegas, NV 89117
October 26, 2012

ResCap/GMAC Return Mail Center
c/o KCC
P.O. Box 8013
Redondo Beach, CA 90277

Morrison & Foerster LLP
Gary S. Lee
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, New York 10104

ResCap Claims Processing Center
c/o KCC
P.O. Box 5004
Hawthorne, CA 90250

✓ United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 534
New York, New York 1004

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Office of the Clerk of the Bankruptcy Court
One Bowling Green
Room 51
New York, New York 10004-1408

   RE:  Marie A Runnalls  (PRF52271  322017)
        5900 Sky Pointe Dr., #1036B, Las Vegas, NV 89130
        **Property Address of Second Mortgage you held:**  7024 Clearwater Ave., LV, NV 89147

        **REGARDING Your case entitled:**
        United States Bankruptcy Court, Southern District of New York,
        In re:  RESIDENTIAL CAPITAL, LLC, et al, Debtors,
        Case No. 12-12020 (MG), Chapter11, Jointly Administered

        RECEIVED NOV - 5 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Gentlemen:

   I have been receiving "forwarded" mail from you re your bankruptcy (see details in the subject line above) most recently a "RESCAP paper" and a Notice of Deadlines For Filing Proofs of Claim.  I

ResCap, Attorneys, Court and Court Clerk
Page 2
October 26, 2012

ask that you PLEASE:

1. **Note my current address now is:**   2750 S. Durango Dr., #1007, Las Vegas, NV 89117

2. Stop bothering me. I filed **my bankruptcy (Case No. 10-18687-mkn, Chapter 7)** on May 12, 2010 and was discharged on 8/23/10. **I GAVE THE PROPERTY BACK TO THE FIRST AND SECOND MORTGAGE HOLDERS IN THAT PROCEEDING.**

3. I was **FORCLOSED** sometime in **May, 2011,** and the property thereafter changed hands to a new owner who I believe is currently in possession of the property, in late 2011 or early 2012.

4. *I am no longer obligated to you nor do I care to know about your bankruptcy—I have suffered enough losing my job, home and most everything I worked my life for. See how you like being a failure!*

5. *I ASK YOU STOP SENDING ME ANY OF YOUR LEGAL PAPERS.* My bankruptcy takes me out of the obligation to you **so don't bother me ever again, PLEASE.**

I have no further need to deal with GMAC or its entities having followed legal remedies, namely, filing personal Bankruptcy. Save paper and postage and LEAVE ME ALONE.

Very truly yours,

Marie A. Runnalls
(a former legal secretary of nearly 40 years)