UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

In re

RESIDENTIAL CAPITAL, LLC, *et al.*,

          Debtors.

-------------------------------------------------- x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                  ) ss.:
COUNTY OF NEW YORK )

Jose Raul Alcantar Villagran, being duly sworn, deposes and says:

1. That I am not a party in the above-referenced cases, am over the age of 18, and reside in New York, New York.

2. That, on November 5, 2012, I caused to be served the *Notice of Appearance and Demand for Service of Papers* [Docket No. 2067] via electronic mail on the parties listed on Exhibit A hereto.

                                                                                     Jose Raul Alcantar Villagran

Sworn to before me this
_14_ day of November, 2012

_____
Notary Public

Charles Fernandez
Notary Public - State of New York
No. 01FE6202724
Qualified in New York County
My Commission Expires March 23, 2013

## Exhibit A

lnashelsky@mofo.com
Glee@mofo.com
lmarinuzzi@mofo.com
rescapInfo@kccllc.com