**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

# ORDER DENYING DEBTORS' REQUEST FOR CERTIFICATION OF APPEAL TO THE SECOND CIRCUIT

On November 5, 2012, the Debtors filed a *Motion Requesting Certification of Appeal to Second Circuit Court of Appeals* (the "Certification Motion," ECF Doc. # 2064). In conjunction with the Certification Motion, the Debtors filed a *Motion to Shorten the Time to Respond to the Debtors' Motion Requesting Certification of Appeal to Second Circuit Court of Appeals* (the "Motion to Shorten Response Time," ECF Doc. # 2065). The Certification Motion is hereby **DENIED**; accordingly, the Motion to Shorten Response Time is moot.

**IT IS SO ORDERED.**

DATED:    November 14, 2012
          New York, New York

　　　　　　　　　　　　　　　　　　　　　　　   /s/Martin Glenn
                                             MARTIN GLENN
                                    United States Bankruptcy Judge

1