UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>Jointly Administered<br><br>Related Docket No. 2004 |

### WITHDRAWAL OF RESPONSE OF MERSCORP HOLDINGS, INC. TO DEBTORS' SALE MOTION

MERSCORP Holdings, INC., ("MERSCORP Holdings"), by and through undersigned counsel, hereby withdraws its Response of MERSCORP Holdings, INC. to Debtors' Sale Motion (the "Response") [Docket No. 2004] and states as follows:

1.　Debtor Residential Funding Company, LLC owns stock (the "MERSCORP Holdings Stock") in MERSCORP Holdings. The Response relates to the possible sale of the MERSCORP Holdings Stock. The Debtors state in Exhibit A (No. 35, p. 12) of the Debtors' Omnibus Reply to Objections to the Debtors' Sale Motion [Docket No. 2135] that the Response is resolved because the "MERSCORP. Holdings Stock is not being sold as a part of either sale". Accordingly, MERSCORP Holdings withdraws the Response as Moot.

Date:　November 14, 2012
　　　　Wilmington, DE

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (DE Bar ID No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for MERSCORP Holdings, Inc.*