**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br>                                        Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br>Jointly Administered<br>**Related Docket No. 2169** |

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 14th of November 2012 under my direction and supervision, service of the *Withdrawal of Response of MERSCORP Holdings, Inc. to Debtors' Sale Motion* (D.I. 2169) was served upon the parties on the attached Service List via electronic mail unless otherwise indicated.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 14, 2012                                      By:     */s/ Heidi M. Coleman*
           Wilmington, Delaware                                              Heidi M. Coleman, AACP, DCP

## SERVICE LIST

Larren M. Nashelsky, Esq.
Gary S. Lee, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
lnashelsky@mofo.com
glee@mofo.com

Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
jboetler@sidley.com

Kenneth Eckstein, Esq.
Doug H, Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
dmannal@kramerlevin.com

Seth Goldman, Esq.
Thomas Walper, Esq.
Munger, Tolles & Olsen LLP
355 South Grand Avenue
Los Angeles, CA 90071
Seth.goldman@mto.com
thomas.walper@mto.com

Ray C. Schrock, Esq.
Richard M. Cieri, Esq.
Stepehn E. Hessler, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
ray.schrock@kirkland.com
richard.cieri@kirkland.com
Stephen.hessler@kirkland.com

Elizabeth A. Raymond. Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
eraymond@mayerbrown.com

**Via Facsimile**
Brian S. Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
**Fax No. 212-668-2255**