**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER AUTHORIZING DEBTORS TO EXCEED PAGE LIMIT
FOR DEBTORS' (I) OMNIBUS REPLY TO OBJECTIONS TO SALE MOTION
AND (II) REPLY TO OBJECTION OF DIGITAL LEWISVILLE, LLC
TO SALE MOTION**

Upon the request of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order allowing the Debtors' Omnibus Reply to Objections to Debtors' Sale Motion (the "Omnibus Reply") and the Debtors' Reply to Digital Lewisville, LLC's (I) Objection to the Debtors' (A) Sale Motion, and (B) Notices of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Supplemental Limited Objection to the Debtors' Sale Motion, and in Particular, the Debtors' Proposed Order (the "Lewisville Reply", and together with the Omnibus Reply, the "Replies") to exceed the ten page limit (the "Page Limit") for all reply memoranda contained in the Court's order establishing certain notice, case management and administrative procedures [Docket No. 141] (the "Case Management Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The request is GRANTED as set forth herein.

2. The Omnibus Reply may exceed the Page Limit set forth in the Case Management Order by 55 additional pages, for a total of 65 pages.  The Lewisville Reply may exceed the Page Limit set forth in the Case Management Order by 10 additional pages, for a total of 20 pages.

Dated: November 14, 2012
       New York, New York

                                      /s/Martin Glenn
                                    MARTIN GLENN
                                United States Bankruptcy Judge

2