David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  302-888-4536
Facsimile:  302-888-0246
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC, *et al.*,** | **Case No. 12-12020 (MG)** |
| **Debtors.** | **Jointly Administered** |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that in accordance with the Order of the Bankruptcy Court entered on May 23, 2012, regarding case management and procedures [D.I. 141], a copy of the *USAA Federal Savings Bank's List of Potential Witnesses and Potential Exhibits for Sale Hearing* (the "Witness and Exhibit List") [D.I. 2149] was served on November 12, 2012, by transmitting same via electronic mail to each of the parties listed on the attached <u>Exhibit A</u>.

In addition, a copy of the Witness and Exhibit List was served by placing same in the United States mail, First Class postage prepaid, on November 14, 2012, addressed to each of the parties listed on the attached Exhibit B.

Dated:  November 14, 2012

/s/ *David M. Powlen*
David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  302-888-4536
Facsimile:  302-888-0246
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

# **EXHIBIT A**

## Exhibit A

'andrea.hartley@akerman.com'; 'susan.balaschak@akerman.com'; 'hadi.khatib@akerman.com';
'rajohnson@akingump.com'; 'ccarty@akingump.com'; 'fhodara@akingump.com';
'bnkatty@aldine.k12.tx.us'; 'ecfmail@aclawllp.com'; 'ken.coleman@allenovery.com';
'john.kibler@allenovery.com'; 'tom.houghton@ally.com'; 'jeff.brown@gmacfs.com';
'William.b.Solomon@ally.com'; 'kit.weitnauer@alston.com'; 'marty.bunin@alston.com';
'william.hao@alston.com'; 'bill.macurda@alston.com'; 'john.stern@texasattorneygeneral.gov';
'harrisj12@michigan.gov'; 'Sarah.Stout@BNYMellon.com';
'Jennifer.Provenzano@BNYMellon.com'; 'Michael.Spataro@BNYMellon.com';
'Mageshwaran.Ramasamy@BNYMellon.com'; 'alicia.borys@barclays.com';
'patrick.kerner@barclays.com'; 'xrausloanops5@barclays.com'; Powlen, David;
'bbeskanos@aol.com'; 'davids@blbglaw.com'; 'jonathanu@blbglaw.com';
'matthewj@blbglaw.com'; 'jai@blbglaw.com'; 'courtney.lowman@ally.com';
'jhaake@wbsvlaw.com'; 'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com';
'mark.ellenberg@cwt.com'; 'dcaley@wongfleming.com'; 'bankruptcy@clm.com';
'dlemay@chadbourne.com'; 'rgayda@chadbourne.com'; 'mroitman@chadbourne.com';
'bobbie.theivakumaran@citi.com'; 'maofiling@cgsh.com'; 'tmoloney@cgsh.com';
'soneal@cgsh.com'; 'jlaitman@cohenmilstein.com'; 'clometti@cohenmilstein.com';
'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com'; 'krehns@cohenmilstein.com';
'mwarner@coleschotz.com'; 'echou@coleschotz.com'; 'ra-li-ucts-bankrupt@state.pa.us';
'will.hoch@crowedunlevy.com'; 'mgallagher@curtis.com'; 'macohen@curtis.com';
'sreisman@curtis.com'; 'glenn.siegel@dechert.com'; 'hector.gonzalez@dechert.com';
'brian.greer@dechert.com'; 'mauricio.espana@dechert.com'; 'craig.druehl@dechert.com';
'rosa.mendez@db.com'; 'Brendan.meyer@db.com'; 'kelvin.vargas@db.com';
'diem.home@gmail.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com';
'peter_mcgonigle@fanniemae.com'; 'catherine_lasher@fanniemae.com';
'broylesmk@rgcattys.com'; 'ppascuzzi@ffwplaw.com'; 'dearly@fdic.gov';
'tlallier@foleymansfield.com'; 'kenton_hambrick@freddiemac.com';
'deggert@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'jberkowitz@gibbonslaw.com';
'kgiannelli@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com';
'kpatrick@gibbsbruns.com'; 'theodore.w.tozer@hud.gov'; 'gjarvis@gelaw.com';
'mpmorris@gelaw.com'; 'delman@gelaw.com'; 'ggraber@hodgsonruss.com';
'ayala.hassell@hp.com'; 'rnorton@hunton.com'; 'rrich2@hunton.com';
'bankruptcy2@ironmountain.com'; 'ceblack@jonesday.com'; 'cball@jonesday.com';
'rlwynne@jonesday.com'; 'lemiller@jonesday.com'; 'ceblack@jonesday.com';
'aglenn@kasowitz.com'; 'mstein@kasowitz.com'; 'dfliman@kasowitz.com';
'namamoo@kasowitz.com'; 'kdwbankruptcydepartment@kelleydrye.com'; 'dmoffa@ktmc.com';
'ecf@kaalaw.com'; 'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com';
'William.b.Solomon@ally.com'; 'Timothy.Devine@ally.com'; 'John.Bellaver@ally.com';
'tklestadt@klestadt.com'; 'jcorneau@klestadt.com'; 'keckstein@kramerlevin.com';
'tmayer@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'jtrachtman@kramerlevin.com';
'pbentley@kramerlevin.com'; 'dmannal@kramerlevin.com'; 'szide@kramerlevin.com';
'jleibowitz@kandfllp.com'; 'rescapinfo@kccllc.com'; 'sheehan@txschoollaw.com';
'austin.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com';
'houston_bankruptcy@lgbs.com'; 'choward@lockelord.com'; 'wcurchack@loeb.com';

'vrubinstein@loeb.com'; 'dminoff@loeb.com'; 'abehlmann@lowenstein.com';
'abehlmann@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com';
'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'adoshi@magnozzikye.com';
'susanp@taxcollector.com'; 'dprather@iglou.com'; 'lgordon@mvbalaw.com';
'pmoak@McKoolSmith.com'; 'mcarney@mckoolsmith.com'; 'pmoak@McKoolSmith.com';
'guzzi@milbank.com'; 'sdnyecf@dor.mo.gov'; 'jgarrity@morganlewis.com';
'mkraut@morganlewis.com'; 'pfleming@morganlewis.com'; 'lberkoff@moritthock.com';
'Tammy.Hamzehpour@gmacrescap.com'; 'diane.citron@ally.com'; 'lnashelsky@mofo.com';
'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'jmoldovan@morrisoncohen.com';
'bankruptcy@morrisoncohen.com'; 'rdakis@morrisoncohen.com'; 'seth.goldman@mto.com';
'Thomas.walper@mto.com'; 'cmomjian@attorneygeneral.gov';
'Nancy.Lord@OAG.State.NY.US'; 'enid.stuart@OAG.State.NY.US'; 'dwdykhouse@pbwt.com';
'bguiney@pbwt.com'; 'Paul_Papas@mylegalhelpusa.com'; 'ebcalvo@pbfcm.com';
'ana.damonte@pillsburylaw.com'; 'dflanigan@polsinelli.com'; 'jnagi@polsinelli.com';
'igoldstein@proskauer.com'; 'srutsky@proskauer.com'; 'jzajac@proskauer.com';
'danbrockett@quinnemanuel.com'; 'daveburnett@quinnemanuel.com';
'jeremyandersen@quinnemanuel.com'; 'susheelkirpalani@quinnemanuel.com';
'scottshelley@quinnemanuel.com'; 'mrollin@rplaw.com'; 'cwood@rgrdlaw.com';
'stevep@rgrdlaw.com'; 'rbrown@robertbrownlaw.com'; 'romero@mromerolawfirm.com';
'Ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com'; 'Ross.martin@ropesgray.com';
'dsasser@siwpc.com'; 'dhall@siwpc.com'; 'jglucksman@scarincihollenbeck.com';
'bdk@schlamstone.com'; 'bbressler@schnader.com'; 'rbarkasy@schnader.com';
'bdeutsch@schnader.com'; 'adam.harris@srz.com'; 'howard.godnick@srz.com';
'marguerite.gardiner@srz.com'; 'michael.cutini@srz.com'; 'secbankruptcy@sec.gov';
'secbankruptcy@sec.gov'; 'newyork@sec.gov'; 'bateman@sewkis.com'; 'cohen@sewkis.com';
'das@sewkis.com'; 'binder@sewkis.com'; 'joel@shafeldlaw.com'; 'taconrad@sbwlawfirm.com';
'fsosnick@shearman.com'; 'sfennessey@shearman.com'; 'lnyhan@sidley.com';
'jboelter@sidley.com'; 'bmyrick@sidley.com'; 'jhofer@skadden.com';
'nikolay.kodes@skadden.com'; 'ken.ziman@skadden.com'; 'sarah.ward@skadden.com';
'suzanne.lovett@skadden.com'; 'pdatta@hhstein.com'; 'amuller@stinson.com'; 'whazeltine@sha-
llc.com'; 'tal@talcottfranklin.com'; 'derek@talcottfranklin.com'; 'jmiller@tcfbank.com';
'jteitelbaum@tblawllp.com'; 'robert.major@bnymellon.com'; 'Adam.Parkin@tdsecurities.com';
'Christopher.stevens@tdsecurities.com'; 'kay.brock@co.travis.tx.us';
'george.rayzis@usbank.com'; 'irina.palchuk@usbank.com'; 'mamta.scott@usbank.com';
'david.jason@usbank.com'; 'michelle.moeller@usbank.com'; 'tanveer.ashraf@usbank.com';
'Glenn.Gillett@usdoj.gov'; 'AskDOJ@usdoj.gov'; 'joseph.cordaro@usdoj.gov';
'Tracy.Davis2@usdoj.gov'; 'Linda.Riffkin@usdoj.gov'; 'Brian.Masumoto@usdoj.gov';
'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com'; 'gary.holtzer@weil.com';
'kelly.j.rentz@wellsfargo.com'; 'Nichlaus.M.Ross@wellsfargo.com';
'Sharon.Squillario@wellsfargo.com'; 'mary.l.sohlberg@wellsfargo.com';
'kristi.garcia@wellsfargo.com'; 'accesslegalservices@gmail.com'; 'cshore@whitecase.com';
'isilverbrand@whitecase.com'; 'dthatch@whitecase.com'; 'rmaney@wilmingtontrust.com';
'david.tillem@wilsonelser.com'; 'dneier@winston.com'; 'dneier@winston.com';
'cschreiber@winston.com'; 'almoskowitz@winston.com'; 'jlawlor@wmd-law.com';
'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'gbush@zuckerman.com';
'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gbush@zuckerman.com';

'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'Brian.Masumoto@usdoj.gov';
'jennifer.demarco@cliffordchance.com'; 'sleopold@leopoldassociates.com';
'rschrock@kirkland.com'; 'richard.cieri@kirkland.com'; 'stephen.hessler@kirkland.com';
'abarrage@mofo.com'

# **EXHIBIT B**

# EXHIBIT B

### VIA UNITED STATES MAIL, FIRST CLASS POSTAGE PRE-PAID

Secretary of State – New York
123 William St.
New York, NY  10038

Internal Revenue Service Insolvency
31 Hopkins Plz
Room 1150
Baltimore, MD  21201

Sec. of State/Div of Corporations
99 Washington Ave Ste 600
Albany, NY  12231

Office of US Attorney for the Southern New York
US Attorney Prett Bharara
One St Andrews Plaza
New York, NY  10007

Hon. Judge Glenn (courtesy copy)
One Bowling Green
New York, NY 10004-1408

Citibank NA
Attn: Bobbie Theivakumaran
390 Greenwich St., 6th Fl.
New York NY  10013

Fannie Mae
Attn: Peter McGonigle
1835 Market Street
Suite 2300
Philadelphia, PA  19103

Kelley Drye & Warren LLP
Attn: James S. Carr/Eric R. Wilson
101 Park Avenue
New York, NY  10178

Internal Revenue Service Centralized Insolvency
2970 Market Street
Philadelphia, PA  19104

The Bank of New York Mellon
Asset-Backed Securities Group
101 Barclay Street 4W
New York, NY  10286

Nationstar Mortgage, LLC
Attn:  General Counsel
350 Highland Drive
Lewisville, TX  75067

Clifford Chance US LLP
Attn: Jennifer C. DeMarco/Adam Lesman, Esq.
31 West 52nd Street
New York, New York 10019

Chadbourne & Parke LLP
Attn: Howard Seife/David M. LeMay/Robert J.
Gayda/Marc B. Roitman
30 Rockefeller Plaza
New York, NY  10112

Deutsche Bank Trust Company Americas
Attn: Kelvin Vargas
25 De Forest Avenue
Summit, NJ  07901

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19010-7346

Kirkland & Ellis
Attn: Richard M. Cieri/Ray C. Schrock/Stephen E.
Hessler
601 Lexington Ave.
New York, NY  10022

Kramer Levin Naftallis & Frankel LLP
Attn: Kenneth H. Eckstein/Thomas Moers
Mayer/Douglas H. Mannal/Jeffrey Trachtman
1177 Avenue of the Americas
New York, NY  10036

Milbank, Tweed, Hadley & McCloy LLP
Attn: Gerard Uzzi
1 Chase Manhattan Plaza
New York, NY  10005

Securities & Exchange Commission
Secretary of the Treasury
100 F. Street NE
Washington, DC  20549

Securities & Exchange Commission NY Regional
Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Ste. 400
New York, NY  10281-1022

Sidley Austin LLP
Attn: Larry J. Nyhan/Jessica CK Boelter
One Dearborn Avenue
Chicago, IL  60603

Skadden Arps Slate Meagher & Flom LLP
Attn: Jonathan H. Hofer/Sarah M. Ward/Ken
Ziman/Suzanne D T Lovett
Four Times Square
New York, NY  10036

U.S. Bank National Association
Attn: George Rayzis
50 South 16th Street
Suite 2000
Philadelphia, PA  19102

U.S. Bank National Association
Attn: Irina Palchuk
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN  55107

U.S. Department of Justice
Attn: Eric H. Holder, Jr., US Attorney General
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

United States Attorney's Office for the Southern
District of New York Civil Division
Attn: Joseph Cordaro
86 Chambers St., 3rd Floor
New York, NY  10007

US Trustee for the Southern District of NY
Attn: Tracy Hope David/Linda A. Riffkin/Brian
S. Masumoto
33 Whitehall St., 21st Floor, Region 2
New York, NY  10004

Wells Fargo Bank NA
Attn: Corporate Trust Services – GMACM Home
Equity Notes 2004 Variable Funding Trust
PO Box 98
Columbia, MD 21046

Office of the New York State Attorney General
Attn: Nancy Lord/Neal Mann
The Capitol
Albany, NY 12224-0341

Residential Capital, LLC
Attn: Tammy Hamzehpour
1177 Avenue of the Americas
New York, NY  10036

Morrison & Foerster LLP
Attn: Larren Nashelskyly/Gary S. Lee/Lorenzo
Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Leopold & Associates, PLLC
Attn: Saul Leopold
80 Business Park Drive, Suite 110
Armonk, New York 10504