Paul N. Papas II, *pro se*
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016
Paul_Papas@MyLegalHelpUSA.com



RECEIVED NOV - 8 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| RESIDENTIAL CAPITAL, LLC | Chapter 11 |
|---|---|
| a/k/a RESIDENTIAL CAPITAL CORPORATION | Case No. 12-12020-mg |
| 1177 Avenue of the Americas | Joint Administration |
| New York, New York 10036 | |
| Debtor | |

## RECORD ON APPEAL

Claimant/Creditor/Appellant, Paul N. Papas II, *pro se*, Notices all Parties of this Record On Appeal in the denial of his Motion To Convert Debtor ResCap/GMAC to Chapter 7.

| 5/25/2012 | 0157 | Omnibus Objection to Interim Orders of the Honorable James M. Peck in the Above Matter<br><br>Related Document(s): 0080 |
|---|---|---|
| 6/14/2012 | 0464 | Additional Objection and Opposition to Interim Requests in the Above Matter |
| 6/28/2012 | 0669 | Notice of Appearance and Request for Service of Documents by Paul N. Papas II |
| 6/20/2012 | 0696 | Motion for Permision to Electronically File Filed by Paul N. Papas II<br><br>Related Document(s): 0826, 0755 |
| 7/12/2012 | 0755 | Letter in Response to Paul N. Papas' Motion for Permission to Electronically File<br><br>Related Document(s): 0826, 0825, 0696 |

| Date | Doc # | Description |
|---|---|---|
| 7/16/2012 | 0825 | Letter from Paul Papas to Court Services Department of U.S. Bankruptcy Court, SDNY, Regarding Request to be Permitted to File Electronically<br><br>Related Document(s): 0826, 0755 |
| 9/14/2012 | 1472 | Renewed Motion to Convert Debtor to Chapter 7 Bankruptcy<br><br>Related Document(s): 1873, 1731, 1708, 1687, 1607, 1547, 0880 |
| 9/21/2012 | 1547 | Memorandum in Support of Motion to Convert Debtor ResCap to Chapter 7<br><br>Related Document(s): 1472 |
| 9/26/2012 | 1605 | Opposition and Objection to the Sale or Transfer of Any Debtor ResCap/GMAC Assets<br><br>Related Document(s): 1514 |
| 9/21/2012 | 1607 | Notice of Hearing on Renewed Motion to Convert Debtor to Chapter 7 Bankruptcy [Docket No. 1472]; to be Held on October 10, 2012 at 10:00 am<br><br>Related Document(s): 1472 |
| 10/1/2012 | 1687 | Debtors' Objection to Renewed Motion of Paul N. Papas II to Convert Debtor to Chapter 7 Bankruptcy<br><br>Related Document(s): 1742, 1472 |
| 10/5/2012 | 1731 | Reply to Debtor ResCap/GMAC Opposition to Motion to Convert the Debtor to Chapter 7<br><br>Related Document(s): 1472 |
| 10/22/2012 | 1933 | Notice of Appeal and Request for 8005 Stay Pending Appeal<br><br>Related Document(s): 1934 |
| 10/22/2012 | 1934 | Notice of Appeal and Request for 8005 Stay Pending Appeal<br><br>Related Document(s): 1933 |

Dated October 31, 2012

_____
Paul N. Papas II

## Certificate Of Service

I have served a copy of this upon; United States Trustee, Tracey Hope Davis, 33 Whitehall Street, 21st Floor, NY, NY 10004; Attorney Larren M. Nashelsky, MORRISON & FOERSTER, LLP, 1290 Avenue of the Americas, NY, NY, 10104 and Attorney Wendy Allison Nova, 210 Second Street NE, Minneapolis, MN 55413. by email and/or by Regular Mail as well as those on the latest notice list.

Dated October 31, 2012

_____
Paul N. Papas II

Paul N. Papas II, *pro se*
4727 E Bell Rd.
Ste 45-350
Phoenix, AZ 85032
602-493-2016
Paul_Papas@MyLegalHelpUSA.com



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC<br>a/k/a RESIDENTIAL CAPITAL CORPORATION<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Debtor | Chapter 11<br>Case No. 12-12020-mg<br>Joint Administration Pending |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
**ON APPEAL FROM THE**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC<br>a/k/a RESIDENTIAL CAPITAL CORPORATION<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Debtor | Case No. |

### ISSUES ON APPEAL

Claimant/Creditor/Appellant, Paul N. Papas II, *pro se*, Notices all Parties that he is Appealing the Following Issues with respect to the denial of his Motion To Convert Debtor ResCap/GMAC to Chapter 7:

:

1. The Claimant/Creditor/Appellant was denied his First, Fourth, Fifth, Ninth, and Fourteenth Amendments Rights when the United States Bankruptcy Court for the Southern District of New York (Bankruptcy Court) denied his Motion To File Electronically as he is not able to respond on short notice to issues affecting him or his claim.

2. The Claimant/Creditor/Appellant was denied his First, Fourth, Fifth, Ninth, and Fourteenth Amendments Rights when the United States Bankruptcy Court for the Southern District of New York (Bankruptcy Court) denied the Claimant/Creditor/Appellant's Motion To Convert the Debtor ResCap/GMAC to Chapter 7 Bankruptcy **(Docketed 1472)**, which has a Memorandum in Support **(Docketed 1547)**. Not only did the Bankruptcy Court fail to allow the Claimant/Creditor/Appellant sufficient time to complete his Oral Argument by cutting him off, the Bankruptcy Court allowed the Debtor ResCap/GMAC more time to present their opposition, the Bankruptcy Court denied the Claimant/Creditor/Appellant the ability to Object to erroneous and false information presented by Debtor ResCap/GMAC, the Bankruptcy Court denied the Claimant/Creditor/Appellant an opportunity to present a rebuttal argument.

3. The Claimant/Creditor/Appellant was denied his First, Fourth, Fifth, Ninth, and Fourteenth Amendments Rights when the Bankruptcy Court read from the prepared denial of the Claimant/Creditor/Appellant's Motion To Convert the Debtor ResCap/GMAC to Chapter 7 Bankruptcy after stating on the record that Bankruptcy Court had read each filing of the Claimant/Creditor/Appellant which included the long list of Admissions of the Debtor ResCap/GMAC enumerated in the Claimant/Creditor/Appellant's Reply to Debtor ResCap/GMAC's Opposition **(Docketed 1731)**.

4. The Claimant/Creditor/Appellant was denied his First, Fourth, Fifth, Ninth, and Fourteenth Amendments Rights when the Bankruptcy Court read from the prepared denial of the Claimant/Creditor/Appellant's Motion To Convert the Debtor ResCap/GMAC to Chapter 7 Bankruptcy and **failed to rule** that the Debtor

ResCap/GMAC did NOT commit Bankruptcy Fraud and did NOT violate the Uniform the Fraudulent Transfer Act and did NOT violate 18 USC 1961, *et seq* which the Debtor ResCap/GMAC admitted to within their Opposition – see Reply at **1731**. The Court did state in its prepared denial of the Claimant/Creditor/Appellant's Motion To Convert the Debtor ResCap/GMAC to Chapter 7 that the Claimant/Creditor/Appellant was prohibited from filing any motion the Bankruptcy matter based upon the same information. Therefore, the Claimant/Creditor requests the United Stated District Court enter a STAY of all proceedings in the Bankruptcy matter during the pendency of the appeal.

5. Debtor ResCap/GMAC is trying to sell or transfer assets that it does not own. Debtor ResCap/GMAC has admitted it does not own the assets it is trying to sell or transfer. The Debtor ResCap/GMAC is awaiting Bankruptcy Court Approval of an October 23, 2012 auction – see Docket number 1960. This auction took place over the Objections of at least this Claimant/Creditor – see Record on Appeal.

6. Debtor ResCap/GMAC has failed to list assets in the Schedules they filed under oath.

7. Debtor ResCap/GMAC is attempting to expedite the sale or transfer of assets.

8. Debtor ResCap/GMAC is attempting to expedite the sale or transfer of assets to keep any assets it might have out of the reach of Creditors.

9. There can not be an accurate accounting of the Bankruptcy estate of Debtor ResCap/GMAC at this point because of the fraudulent actions of Debtor ResCap/GMAC.

THEREFORE, for the above stated reasons the United Stated District Court should STAY of all proceedings in the Bankruptcy matter during the pendency of the appeal and reverse the denial of this Claimant/Creditor's Motion to Convert the Debtor ResCap/GMAC to Chapter 7.

Dated October 31, 2012

_____
Paul N. Papas II

Affidavit in Support

I, Paul N. Papas II, state and depose the above information is true based upon personal observation, knowledge and belief under the pains and penalties of perjury dated this 31st day of October 2012.

_____
Paul N. Papas II

Certificate Of Service

I have served a copy of this upon; United States Trustee, Tracey Hope Davis, 33 Whitehall Street, 21st Floor, NY, NY 10004; Attorney Larren M. Nashelsky, MORRISON & FOERSTER, LLP, 1290 Avenue of the Americas, NY, NY, 10104 and Attorney Wendy Allison Nova, 210 Second Street NE, Minneapolis, MN 55413. by email and/or by Regular Mail as well as those on the latest notice list.

Dated October 31, 2012

_____
Paul N. Papas II