Presentment Date: November 28, 2012 at 12:00 p.m. (ET)
Objection Deadline: November 21, 2012 at 4:00 p.m. (ET)

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (RF-2836)
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Proposed Co-Counsel for the*
*Official Committee of Unsecured Creditors*
*of Residential Capital, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------- x

**NOTICE OF PRESENTMENT OF APPLICATION OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING**
**AND APPROVING THE RETENTION OF PACHULSKI ZIEHL & JONES**
**LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS *NUNC PRO TUNC* TO SEPTEMBER 19, 2012**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Upon the annexed application (the "**Application**") of the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), for entry of an order authorizing the employment and retention of Pachulski Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, the undersigned will present a proposed order approving the Application substantially in the form attached to the Application (the "**Proposed Order**") to the Honorable Martin Glenn, United States Bankruptcy Judge, Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, for signature on **November 28, 2012 at 12:00 p.m.** (prevailing Eastern Time).

2. Any objections to the Proposed Order must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and

9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 141] (the "**Case Management Order**"), and served upon the Special Service List, as that term is defined in the Case Management Order, so as to be actually received no later than **November 21, 2012 at 4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**").

3.       If no objections to the entry of the Proposed Order are timely filed and served on or before the Objection Deadline, the Court may enter the Proposed Order with no further notice or opportunity to be heard offered to any party. If an Objection is received in accordance with the terms above, the Court will schedule a hearing with respect to the relief sought in the Application.

4.       A copy of the Case Management Order and the Application can be viewed and obtained on the Court's website at www.ecf.nysb.uscourts.gov or, without charge, at the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: November 14, 2012
        New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

        /s/ Robert J. Feinstein
Robert J. Feinstein
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Proposed Co-Counsel for the Official
Committee of Unsecured Creditors of
Residential Capital, LLC, et al.*