Alan Marder Esq. (AM-0114)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6707
Email: amarder@msek.com

Michael S. Greger, Esq. (CA Bar No. 156525)
Ivan M. Gold  (CA Bar No. 121486)
Richard M. Dinets, Esq. (CA Bar No. 265197)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California  92614-7321
Telephone:  (949) 553-1313
Facsimile:  (949) 553-8354
Email:  mgreger@allenmatkins.com
Email:  igold@allenmatkins.com
Email:  rdinets@allenmatkins.com

Attorneys for Digital Lewisville, LLC,
a Delaware limited liability company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Alan E. Marder, hereby certify that on the 14th day of November, 2012, I caused a true and correct copy of *Digital Lewisville LLC's List of Potential Witnesses and Potential Exhibits for November 19, 2012 Sale Hearing* to be served on the parties listed below in the manner indicated.

*/s/ Alan E. Marder*
Alan E. Marder

## SERVICE LIST

| **FIRST CLASS MAIL AND E-MAIL** | **FIRST CLASS MAIL** |
|---|---|
| **Counsel for Debtors**<br>Larren M. Nashelsky, Esq.<br>Gary S. Lee, Esq.<br>Alexandra Steinberg Barrage, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Email:  lnashelsky@mofo.com<br>            glee@mofo.com | **Office of the U.S. Trustee**<br>Office of the United States Trustee<br>Attention Brian S. Masumoto, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |

**Counsel for OCC**
Kenneth Eckstein, Esq.
Douglas H. Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email:  keckstein@kramerlevin.com
            dmannal@kramerlevin.com

**Counsel for Nationstar Mortgage LLC**
Larry Nyhan, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Email:  lnyhan@sidley.com
            jbuetler@sidley.com

**Counsel for Berkshire Hathaway Inc.**
Seth Goldman, Esq.
Thomas Walper, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA  90071
Email:  seth.goldman@mto.com
            thomas.walper@mto.com

**Counsel for Ally Financial, Inc.**
Ray C. Schrock, Esq.
Richard M. Cieri, Esq.
Stephen E. Hessler, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Email:  ray.schrock@kirkland.com
            richard.cieri@kirkland.com
            stephen.hessler@kirkland.com

912538

956847.03/OC