**DUANE MORRIS LLP**
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000 (Telephone)
(212) 692-1020 (Facsimile)
and
Richard W. Riley, Esquire
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
(302) 657-4900 (Telephone)
(302) 657-4901 (Facsimile)

Counsel for PHH Mortgage Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 Case |
|---|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.* | : | Case No. 12-12020 |
| Debtors. | : | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND SUBSTITUTION OF APPEARANCE FOR 2002 SERVICE LIST

The law firm of Duane Morris LLP ("DM") hereby withdraws its appearance on behalf of PHH Mortgage Corporation ("PHH") and thereby seeks the removal of the undersigned from the 2002 Service List and removal from the electronic service list. DM has withdrawn from its representation of the PHH in this matter with the consent of PHH.

DM and PHH hereby respectfully request that the following law firm be added to the 2002 Service List and the electronic service list, and that all future notices, applications, motions, orders,

DM3\2343436.1

and all other documents filed herein be served upon PHH, as follows:

>**Alan M. Rosen, Esquire**
>**Neal Jacobs, Esquire**
>**Joshua A. Gelman, Esquire**
>**The Jacobs Law Group, PC**
>**2005 Market Street, Suite 1120**
>**One Commerce Square**
>**Philadelphia, PA 19103**
>**Telephone: (215) 569-9701**
>**Facsimile:   (215) 569-9788**
>**Email: njacobs@jacobslawpc.com**
>            **jgelman@jacobslawpc.com**

Dated: November 15, 2012

Respectfully submitted,
DUANE MORRIS LLP
A Delaware Limited Liability Partnership

By: */s/ Wendy M. Simkulak*
Wendy M. Simkulak, Esq. (WS-8945)
DUANE MORRIS LLP
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000 (Telephone)
(212) 692-1020 (Facsimile)

and

Richard W. Riley (DE 4052)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
rwriley@duanemorris.com

Counsel for PHH Mortgage Corporation