**DUANE MORRIS LLP**
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000 (Telephone)
(212) 692-1020 (Facsimile)
and
Richard W. Riley, Esquire
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
(302) 657-4900 (Telephone)
(302) 657-4901 (Facsimile)

Counsel for PHH Mortgage Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 Case |
|---|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.* | : | Case No. 12-12020 |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the following documents to be made upon the parties set forth on the attached service list by first class mail, postage prepaid and electronic mail, unless otherwise noted:

1. Notice of Withdrawal of Appearance And Substitution of Appearance For 2002 Service List; and

2. the within Certificate of Service

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 15, 2012            /s/ *Wendy M. Simkulak*
                                            Wendy M. Simkulak, Esquire (WS-8945)

DM3\2343436.1

## SERVICE LIST

Morrison & Foerster LLP
Attn:   Larren M. Nashelsky (lnashelsky@mofo.com)
        Gary S. Lee (glee@mofo.com)
1290 Avenue of the Americas
New York, New York 10104
*Counsel to the Debtors*

Kramer Levin Naftalis & Frankel LLP
Attn:   Kenneth H. Eckstein (keckstein@kramerlevin.com)
        Douglas H. Mannal (dmannal@kramerlevin.com)
1177 Avenue of the Americas
New York, NY 10036
*Counsel to the Creditor's Committee*

Office of the United States Trustee
 for the Southern District of New York
Attn: Brian S. Masumoto (Brian.Masumoto@usdoj.gov)
33 Whitehall Street, 21st Floor
New York, NY 10004

The Honorable Martin Glenn
United States Bankruptcy Judge
c/o Clerk's Office
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
*Via Federal Express Only*