# EXHIBIT A

# GMAC ResCap

VIA CERTIFIED MAIL

September 18, 2008

RECEIVED SEP 2 3 2008

Connecticut Housing Finance Authority
999 West St.
Rocky Hill, CT 06067-4005
Attn: Toni Dellert

Re: **Notice of Termination**

Dear Ms. Dellert:

GMAC Residential Capital, LLC ("ResCap") has decided to exit the Retail mortgage lending business. ResCap has made this decision in response to the persistent challenges in the mortgage market and as part of our ongoing efforts to structure operations to be most efficient in this business climate.

In connection with that decision, and pursuant to (i) Section 20 of the Master Commitment Agreement for Mortgage Purchases by and between GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation of PA ("GMACM") and the Connecticut Housing Finance Authority ("Authority") dated July 15, 1987, as amended (the "Commitment Agreement"), (ii) Section 5.C of the Home Mortgage Servicing Agreement by and between GMACM and the Authority dated July 15, 1987 (the "Servicing Agreement"), and (iii) the Downpayment Assistance Program Participating Lender Agreement by and between GMACM and the Authority (the "DAP Agreement" and collectively with the Commitment Agreement and the Servicing Agreement, the "Agreements"), this letter shall serve as GMACM's notice of termination of the Agreements. Please note that this termination notice does not apply to the Purchase and Servicing Agreement by and between GMACM and the Authority dated August 6, 2001, which remains in full force and effect.

Please be assured that all pending loan requests will continue to be processed and all approved loans will be closed and funded in accordance with the terms of any written commitment. Our loan servicing operations are unaffected by this change and we will continue to provide dedicated service and commitment to our customers.

Sincerely,

*Jim Ferriter*
Residential Capital, LLC
Head of US Lending Retail Administration

GMAC ResCap
1100 Virginia Drive   Ft. Washington, PA 19034
215.734.8899   gmacrescap.com