

RICHARD DIETERLY
JAMES H. KNOX
RICHARD P. CUSHING
MARK H. CHAZIN ▲
WILLIAM W. GOODWIN, JR. ★
ROBERT C. WARD, JR.
JOHN G. MANFREDA +
JACOB A. PAPAY, JR. ▫
JOSEPH F. TRINITY ❖
WILLIAM J. RUDNIK ▫ ★
STEVEN D. FARSIOU ▫
JUDITH A. KOPEN ○
LORI KOPF MACWILLIAM ▲
DEBORAH B. ROSENTHAL ▫
ARTHUR D. FIALK
CYNTHIA R. RICHARDS ❖
LESLIE A. PARIKH ▼
SUSAN M. FLYNN
LORRAINE C. STAPLES
DIANA N. FREDERICKS ▼
TRACY B. BUSSEL

*Founded 1884*

# GEBHARDT & KIEFER
A PROFESSIONAL CORPORATION
L A W   O F F I C E S

1318 ROUTE 31
PO BOX 4001 · CLINTON, NJ 08809-4001

TELEPHONE (908) 735-5161
FACSIMILE (908) 735-9351
WWW.GKLEGAL.COM

SOMERSET COUNTY OFFICE
1170 ROUTE 22 EAST · BRIDGEWATER, NJ 08807
TELEPHONE (908) 725-5157

WILLIAM C. GEBHARDT
1884-1929
W. READING GEBHARDT
1919-1980
PHILIP R. GEBHARDT
1924-1986
E. HERBERT KIEFER
1933-1988

+   ALSO MEMBER OF MA BAR
○   ALSO MEMBER OF MN BAR
▫   ALSO MEMBER OF PA BAR
▲   ALSO MEMBER OF
    NY AND PA BARS
▼   ALSO MEMBER OF NY BAR

★   CERTIFIED BY THE SUPREME
    COURT OF NJ AS A
    MATRIMONIAL LAW ATTORNEY

❖   CERTIFIED BY THE SUPREME
    COURT OF NJ AS A
    CIVIL TRIAL ATTORNEY

REPLY TO CLINTON, NJ

November 1, 2012

The Honorable Martin Glen
United States Bankruptcy Court
Southern District of New York
1 Bowling Green, Ste 534
New York, New York 10004



Re:   Residential Capital LLC, et al, Debtors
      Chapter 11
      Case No.12-12020 (MG) Jointly Administered

Dear Judge Glen,

We are the municipal attorneys for Lebanon Township in Hunterdon County, New Jersey. We received notice of the above listed case. However, we cannot identify the property that is the subject of this bankruptcy.

Under New Jersey law, Lebanon Township has a priority lien against any property located within the Township for unpaid property taxes, which we wish to assert. However, because there is no identification of the property that is involved in the above captioned bankruptcy, we cannot determine if Residential Capital LLC owes any unpaid taxes to the Township and cannot evaluate the Township's potential claim and/or take steps to protect Lebanon's interests.

We request that the Court order the appropriate parties to give the Township proper notice including identifying any Township properties as well as the nature of claim.

Very truly yours,

JUDITH A. KOPEN

JK/pk
Cc   Epiq Bankruptcy Solutions
     Mayor & Committee
     Mary Hyland, Tax Collector
     s:\Lebanon Twp 2012 General\CORR\ltr US Bankruptcy Ct re Residential Capital LLC121101.doc