Kevin C. Kovacs
1876 Highpoint Road
Coopersburg, Pa. 18036

Honorable Martin Glenn - US Bankruptcy Judge        11/1/2012
Courtroom 501
US Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York   10004-1408

RE: November 19, 2012 10:00 am Amended Notice of Public Auction to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc and Related Relief and Dates which revised the date of Sale Hearing to November 19, 2012 at 10:00 am in your courtroom (Residential Capital LLC / GMAC Bankruptcy action Proof Of Claim) Case # 12-12020 (MG) Chapter 11 (copy attached)

Dear Honorable Martin Glenn,

    I have previously placed the court on notice that GMAC has never produced documentation to me showing a current valid mortgage on my property, as is stated they have against me by listing my property as one of their assets in this action.

    GMAC had failed to provide documentation when I requested the same, 6 times over the last 3 years. I have also requested Qualified Written Request of GMAC, which was not proven or responded to by GMAC. GMAC has not responded or taken any action to secure the property from me. My property is not an asset of GMAC.

    I object to my property being listed in any sale transaction as an asset of GMAC and being included/listed in any sale of property assets. I request and require that I am presented with written documentation prior to November 19, 2012, that GMAC acknowledges they DO NOT have a valid claim against my property and that my property is NOT a listed asset as was/is claimed in the GMAC Bankruptcy and legal action listed above.

    If I am not acknowledged, I object to any/all sale transactions since my property is not an asset as it is/was claimed by GMAC.

(page 1 of 2)

RECEIVED NOV - 8 2012 U.S. BANKRUPTCY COURT DIST. OF NEW YORK

CC:  ResCap/GMAC Claim Processing Center
C/O KCC
P.O. Box 5004
Hawthorne, California 90250

William H. Hoch
Crowe & Dunlevy P.C.
20 N. Broadway Ave.
Suite 1800
Oklahoma, City, Okla.   73102

Residential Capital LLC
C/o KCC
2335 Alaska Ave.
El Segundo, Calif.  90245

GMAC Customer Care
GMAC Mortgage
Morrison & Foerster LLP
Atty: K

Yours truly,

Kevin C. Kovacs

(Page 2 of 2)

auctions and a sale hearing (the "Sale Hearing") to approve asset sales by certain of the Debtors of: (a) the Purchased Assets (as such term is defined in the Asset Purchase Agreement by and between Nationstar Mortgage LLC (the "Platform Assets") and certain of the Debtors (the "Nationstar APA") and (b) the Purchased Assets (as such term is defined in the Asset Purchase Agreement by and between Berkshire Hathaway Inc. (the "Whole Loan Assets") and certain of the Debtors (the "BH Legacy APA," together with the Nationstar APA, the "APAs"), free and clear of all liens, claims, encumbrances, and other interests, and subject to higher or better offers (the "Sale Transactions" or the "Sales") subject to the submission of higher or better offers in auction processes (the "Auctions"); (iii) approving the Break-Up Fees; (iv) approving forms of notice; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2012 the court entered its *Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-Up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice* (the "Sale Procedures Order") (Docket No. 538) approving the Sale Procedures. On June 29, 2012, the Debtors filed their *Notice of Public Auction and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates* (the "Auction and Sale Hearing Notice") (Docket No. 539) scheduling the Auctions for October 23, 2012 at 10:00 a.m. (ET) and the Sale Hearing for November 5, 2012 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that on September 14, 2012, the Debtors filed their *Amended Notice of Public Auction and Sale Hearing to Sell Certain of Debtors' Assets Pursuant to Asset Purchase Agreements with Nationstar Mortgage LLC and Berkshire Hathaway Inc. and Related Relief and Dates* (the "Amended Auctions and Sale Hearing Notice") (Docket No. 1446), revising the date of the Sale Hearing to **November 19, 2012, at 10:00 a.m. (ET)** before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, to consider the Debtors' selection of the highest or otherwise best bids and the approval of the Sales.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF SUCCESSFUL BIDDERS AT THE
AUCTIONS AND SALES OF (A) THE PLATFORM ASSETS TO
OCWEN LOAN SERVICING, LLC AND
(B) THE WHOLE LOAN ASSETS TO BERKSHIRE HATHAWAY INC.**

**PLEASE TAKE NOTICE** that on May 14, 2012, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] filed a motion (the "Sale Motion")[2] to, among other things, (i) authorize and approve certain procedures for the submission and acceptance of any competing bids (the "Sale Procedures"); (ii) scheduling a bid deadline,

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, In Support of the Debtors "First Day" Pleadings* [Docket No. 6]. Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief set forth in this Notice may refer to http://www.kccllc.net/rescap for additional information.

[2] *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (I)(A) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expenses Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* [Docket No. 61].