DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:     (860) 275-0100
Facsimile:      (860) 275-0343

- and -

7 Times Square
New York, New York 10036-7311
Telephone:     (212) 297-5800
Facsimile:      (212) 916-2940
JAMES J. TANCREDI, ESQ. (JT-3269)
HERBERT K. RYDER, ESQ. (HR-5137)

Attorneys for Connecticut Housing Finance Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | **Case No. :  12-12020 (MG)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

Karen Clancy-Boy, being of full age, hereby certifies as follows:

1.      I am a paralegal employed by the firm of Day Pitney LLP with an office at 7

Times Square, Times Square Tower, New York, New York.

2.      On November 15, 2012, on behalf of James J. Tancredi, the following were

electronically filed with this Court:

> i)  a Supplement to the Limited Protective Objection of the Connecticut Housing
>
> Financing Authority (Doc. #2006) to the Debtors' Sale Motion (the "Objection
>
> Supplement"); and

ii) the supporting Affidavit of Elizabeth Vallera in Support of Connecticut

Housing Financing Authority's Limited Protective Objection to OCWEN's

Assumption and Assignment of its Servicing Agreement with GMAC ResCap

(the "Affidavit").

3.     In accordance with Rules 2002 and 9034 of the Federal Rules of Bankruptcy

Procedure and Rule 9078-1 of the New York Local Rules of Bankruptcy Procedure for the

Southern District, this is to certify that on the 15th day of November, 2012, copies of the

Objection Supplement and Affidavit were transmitted to the parties and in the manner set forth

below:

## SERVICE LIST

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**

Residential Capital , LLC
1177 Avenue of the Americas
New York, NY 10036

**U.S. TRUSTEE**

Office of The United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**NOTICE PARTIES**

| | |
|---|---|
| Edward Haywood Payne | Allstate Life Insurance Company |
| 214 North 52nd Street | c/o Bingham McCutchen LLP |
| Philadelphia, PA 19139 | 399 Park Avenue |
| | New York, NY 10022 |
| Corinne Ball | Willie L. Boykin |
| Jones Day | 250 Sterling Ridge Dr |
| 222 East 41st Street | Atoka, TN 38004 |
| New York, NY 10017 | |

Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Judson Brown
Kirkland & Ellis LLP
665 15th Street, N.W. Ste. 1200
Washington, DC 20005

Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215

Centerview Partners LLC
31 West 52nd Street
22nd Floor
New York, NY 10019

Kurtzman Carson Consultants LLC,
Claims Agent
Attn: James Le
2335 Alaska Avenue
El Segundo, CA 90245

Richard W. Clary
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Jeffrey L. Cohen
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

Nelson C. Cohen
Zuckerman, Spaeder, Goldstein Taylor &
Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

Joseph A Connor III
PO Box 1474
Cobb, CA 95426

Kristin L. Crone
UFAN Legal Group PC
1490 Stone Point Drive, Suite 100
Roseville, CA 95661

DB Structured Products, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Deloitte & Touche LLP
200 Renaissance Center, Suite 3900
Detroit, MI 48243

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Fortace LLC
1601 N. Sepulveda Blvd #146
Manhattan Beach, CA 90266

Talcott Franklin
Talcott Franklin, P.C.
208 North Market Street, Suite 200
Dallas, TX 75202

Rhodrick Harden
1568 Loretta Ave
Coumbus, OH 43211

Courteney F. Harris
14910 Aldine-Westfield Road
Houston, TX 77032

Patrick J. Hopper
220 McCartney Dr.
Moon Twp, PA 15108

John G. Hutchinson
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Jump Trading, LLC
600 W. Chicago Avenue, Suite 825
Chicago, IL 60654

Ken Burton, Jr.
Manatee County Tax Collector
Attn: Susan D. Profant
4333 US 301 North
Ellenton, FL 34222

Taggart Kenneth
45 Heron Rd
Holland, PA 18966

Michael Klein
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-2714

Kevin C. Kovacs
1876 Highpoint Road
Coopersburg, PA 18036

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

James J. Lotz
Foley & Mansfield, P.L.L.P.
545 Madison Avenue
15th Floor
New York, NY 10022

Rafael Malave
1060 Post Avenue
Staten Island, NY 10302

James R. Martin
14587 Berklee Drive
Addison, TX 75001-3533

Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

Russell D. Mays
250 West Depot Street
Greeneville, TN 37743

Brett A. Mearkle
The Law Office of Brett A. Mearkle, P.A.
8777 San Jose Boulevard
Churchill Park, Suite 801
Jacksonville, Fl 32217

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004

Jean Milliance
7 Lucille Court
Edison, NJ 08820

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103

Morrison & Foerster LLP
Larren M Nasbelky
1290 Avenue of the Americas
New York, NY 10104

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

MortgageIT Holdings, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Alan Moss
PO Box 721
Moss Beach, CA 94038

Sophia Mullen
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Diem T. Nguyen
16478 Beach Boulevard #331
Westminster, CA 92683

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Office of UnemploymentCompensation
Tax Services (UCTS)
Dept of Labor and Industry
Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Paul Papas
4727 E. Bell Road
#45 PMB 350
Phoenix, AZ 85032

Julio Pichardo
1201 E. Sudene Avenue
Fullerton, CA 92831

Donald T. Prather
Mathis, Riggs & Prather, P.S.C.
500 Main Street, Suite 5
Shelbyville, KY 40065

Patricia S. Pringle
104 Freestone Street
Greenville, SC 29605

Arlene M. Richardson
Richardson Legal Center, LLC
PO Box 6
Highland Home, AL 36041

Michael P. Roland
Law Office Of Michael P. Roland
6400 Manatee Ave. W
Suite L-112
Bradenton, FL 34209

Jordan Segal
Morris, Hardwickm Schneider
6 Nashua Court
Suite D
Baltimore, MD 21221

Siupo Chan & Associates, PC
3635 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30096

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Joe R. Vargas
213 U. St.
Bakersfield, CA 93304

Pamela H. Walters
14910 Aldine-Westfield Road
Houston, TX 18493

Fedelina Roybal-Deaguero 2008 Trust
42265 Little Lake Road
Medocino, CA 94560

Glenn E. Siegel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Fredric Sosnick
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

## ECF NOTIFICATION

- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

- Kevin S. Allred    kevin.allred@mto.com

- Paul Nii-Amar Amamoo    namamoo@kasowitz.com, courtnotices@kasowitz.com

- Bijan Amini    bamini@samlegal.com, jhoyte@samlegal.com

- Walter J. Ashbrook    walter.ashbrook@quarles.com, sybil.aytch@quarles.com

- Ingrid Bagby    ingrid.bagby@cwt.com, betty.comerro@cwt.com; michele.maman@cwt.com; david.kronenberg@cwt.com; benjamin.riskin@cwt.com; jeffrey.taub@cwt.com; wendy.kane@cwt.com;stephen.johnson@cwt.com;casey.servais@cwt.com

- Susan F. Balaschak    susan.balaschak@akerman.com

- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com

- Shari Barak    LIBKCourt@logs.com

- Andrew Behlmann    abehlmann@lowenstein.com

- Leslie Ann Berkoff    lberkoff@moritthock.com

- Jeffrey S. Berkowitz    jberkowitz@gibbonslaw.com, cgugg@gibbonslaw.com

- Laurie R. Binder    binder@sewkis.com

- James B. Blackburn    jbbjratty@aol.com, wisemanblackburn@aol.com

- Kay Diebel Brock    bkecf@co.travis.tx.us

- David J. Brown    djbrown2008@gmail.com

- Robert Edward Brown    rbrown@robertbrownlaw.com

- Mark K. Broyles    broylesmk@rgcattys.com, ramoffatt@rgcattys.com

- Martin G. Bunin    marty.bunin@alston.com

- Aaron R. Cahn    cahn@clm.com

- Dianna J. Caley    dcaley@wongfleming.com, rarustamova@wongfleming.com

- Michael Robert Carney    mcarney@mckoolsmith.com

- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com,
  gcatalanello@duanemorris.com

- Darrell W. Clark    dclark@stinson.com, cscott@stinson.com

- Ronald L. Cohen    cohenr@sewkis.com

- Thomas A. Conrad    taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com

- Joseph N. Cordaro    joseph.cordaro@usdoj.gov

- Joseph Corneau    jcorneau@klestadt.com

- Joseph Corrigan    bankruptcy2@ironmountain.com

- Christopher C. Costello    cccostello@winston.com, docketny@winston.com

- Donald H. Cram    dcram@severson.com, lkh@severson.com

- Jonathan D. Crowley    jcrowley-esq@hotmail.com

- Thomas J Cunningham    tcunningham@lockelord.com, kmorehouse@lockelord.com,
  ttill@lockelord.com

- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com

- Michael G. Cutini    michael.cutini@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com

- Benjamin P. Deutsch    bdeutsch@schnader.com

- John P. Dillman    houston_bankruptcy@publicans.com

- J. Ted Donovan    TDonovan@GWFGlaw.com, CPresswood@GWFGlaw.com;
  SShavelson@GWFGlaw.com;GJohnson@GWFGlaw.com

- Amish R. Doshi    adoshi@magnozzikye.com

- Bryan F Duggan    bduggan@kellemandkellem.com

- Matthew J. Dyer    ecfmail@aclawllp.com

- David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

- Kenneth H. Eckstein    keckstein@kramerlevin.com

- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com

- Mark C. Ellenberg    mark.ellenberg@cwt.com,
  betty.comerro@cwt.com;wendy.kane@cwt.com

- Michael S. Etkin    metkin@lowenstein.com,
  mseymour@lowenstein.com;tdwatson@lowenstein.com

- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com

- Steven S. Fitzgerald    sfitzgerald@wmd-law.com

- Daniel J. Flanigan    dflanigan@polsinelli.com,
  tbackus@polsinelli.com;docket@polsinelli.com

- Patrick D. Fleming    Pfleming@morganlewis.com

- MARGUERITE ELLSWORTH GARDINER    marguerite.gardiner@srz.com,
  evan.melluzzo@srz.com;courtfilings@srz.com

- Len M. Garza    lgarza@sterneisenberg.com

- Duane M. Geck    dmg@severson.com,
  lkh@severson.com,pag@severson.com,jc@severson.com

- Ehud Gersten    egersten@gerstenlaw.com

- Steven A. Ginther    sdnyecf@dor.mo.gov

- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com

- Joel R. Glucksman    jglucksman@scarincihollenbeck.com

- Brian D. Glueckstein    gluecksb@sullcrom.com

- Howard O. Godnick    howard.godnick@srz.com, evan.melluzzo@srz.com

- Seth Goldman    seth.goldman@mto.com

- Irena M. Goldstein    igoldstein@proskauer.com

- Leon B Gordon    nycourts@mvbalaw.com

- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com

- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com;
  rleek@hodgsonruss.com;swells@hodgsonruss.com;clutterbein@hodgsonruss.com

- Christopher E Green    chris@myfaircredit.com, Margaret@myfaircredit.com

- Joel C Haims    JHaims@mofo.com, docketny@mofo.com

- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;
  cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

- Adam Craig Harris    adam.harris@srz.com

- Juandisha Harris    harrisj12@michigan.gov

- William A. Hazeltine    whazeltine@sha-llc.com

- Matthew C. Helland    helland@nka.com

- Ileana M. Hernandez    ihernandez@manatt.com, astaltari@manatt.com

- Stephen Hessler    shessler@kirkland.com, beth.friedman@kirkland.com;
  jacob.goldfinger@kirkland.com;richard.cieri@kirkland.com; victoria.cole@kirkland.com;
  michael.meltzer@kirkland.com;anthony.grossi@kirkland.com; shavone.green@kirkland.com;
  caroline.nguyen@kirkland.com

- Charles A Higgs    chiggs@mwc-law.com

- William H. Hoch    will.hoch@crowedunlevy.com, donna.hinkle@crowedunlevy.com;
  ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com;
  lysbeth.george@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com

- Michael E. Holt    mholt@formanlaw.com

- Casey B. Howard    choward@lockelord.com

- Claire L. Huene    chuene@mw-law.com, jmoon@mw-law.com

- Ron Jacobs    rjacobs@ecf.epiqsystems.com

- Michael Jankowski    mjankows@reinhartlaw.com

- Brandon Johnson    brandon.johnson@pillsburylaw.com

- Robert Alan Johnson    rajohnson@akingump.com, nymco@akingump.com

- John Kibler    john.kibler@allenovery.com

- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com

- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

- Mark D. Kotwick    kotwick@sewkis.com

- Bennette D. Kramer    bdk@schlamstone.com

- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com

- David M. LeMay    dlemay@chadbourne.com

- Gary S. Lee    glee@mofo.com, jpintarelli@mofo.com

- Jason Leibowitz    jleibowitz@kandfllp.com

- Saul Oscar Leopold    sleopold@leopoldassociates.com, mporch@leopoldassociates.com

- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

- Melissa N Licker    bankruptcy@feinsuch.com, tterrell@feinsuch.com

- James M Lloyd    jlloyd@greenhall.com

- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

- Phillip Mahony    pmahony@mwc-law.com

- Douglas Mannal    dmannal@kramerlevin.com, docketing@kramerlevin.com;
  rringer@kramerlevin.com;edaniels@kramerlevin.com; ashain@kramerlevin.com;
  nallard@kramerlevin.com

- Jason E. Manning    jason.manning@troutmansanders.com,
  bernard.young@troutmansanders.com;
  erin.derby@troutmansanders.com; karen.russell@troutmansanders.com;
  danyel.patrick@troutmansanders.com

- Alan E. Marder    lgomez@msek.com

- Lorenzo Marinuzzi    lmarinuzzi@mofo.com

- D. Ross Martin     ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com

- Lorraine S. McGowen     lmcgowen@orrick.com

- Heather Boone McKeever     foreclosurefraud@insightbb.com

- Debra Weinstein Minoff     dminoff@loeb.com

- Jeffrey Mispagel     jeffrey.mispagel@dechert.com, jason.smith@dechert.com

- Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com

- Thomas J. Moloney     maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

- Carol E. Momjian     cmomjian@attorneygeneral.gov

- Thomas M. Monahan     tmonahan@samlegal.com

- Matthew P. Morris     mpmorris@gelaw.com, delman@gelaw.com

- Andrew W. Muller     amuller@stinson.com

- Vicente Matias Murrell     murrell.vicente@pbgc.gov, efile@pbgc.gov

- Jason A. Nagi     jnagi@polsinelli.com, tbackus@polsinelli.com; kvervoort@polsinelli.com; docketing@polsinelli.com

- David Neier     dneier@winston.com, dcunsolo@winston.com

- Laura E. Neish     lneish@zuckerman.com

- Wendy Alison Nora     accesslegalservices.bkyny@gmail.com

- Richard P. Norton     rnorton@hunton.com

- Sean A. O'Neal     soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com

- Katherine S. Parker-Lowe     katherine@ocracokelaw.com

- Amanda F. Parsels     aparsels@mw-law.com

- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com

- Geoffrey J. Peters     colnyecf@weltman.com

- Gregory M. Petrick     gregory.petrick@cwt.com

- Andrew J. Petrie     apetrie@featherstonelaw.com, randerson@featherstonelaw.com

- David M. Powlen     david.powlen@btlaw.com

- Alexander Prieto     alexander_prieto@dot.ca.gov

- Anthony Princi    aprinci@mofo.com, nmoss@mofo.com;mcrespo@mofo.com

- Steven J. Reisman    sreisman@curtis.com,
  cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;
  jzimmer@curtis.com;macohen@curtis.com;tsmith@curtis.com;hhiznay@curtis.com

- Robert A. Rich    rrich2@hunton.com

- Kai H. Richter    krichter@nka.com, assistant@nka.com

- Joseph Arthur Roberts    joe@jarlegal.com

- Phillip R. Robinson    probinson@legglaw.com, usdc@legglaw.com;
  phillipreaserobinson@gmail.com

- Michael A. Rollin    mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com

- Martha E. Romero    romero@mromerolawfirm.com

- Norman Scott Rosenbaum    nrosenbaum@mofo.com

- Paul Rubin    prubin@herrick.com

- Scott K. Rutsky    srutsky@proskauer.com

- Teresa Sadutto-Carley    tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

- Diane W. Sanders    austin.bankruptcy@lgbs.com

- Thomas P. Sarb    ecfsarbt@millerjohnson.com

- Bradley Schneider    bradley.schneider@mto.com

- Ray C Schrock    ray.schrock@kirkland.com, beth.friedman@kirkland.com

- Robert L. Schug    rschug@nka.com

- Brendan M. Scott    bscott@klestadt.com

- Howard Seife    arosenblatt@chadbourne.com

- Erin P. Severini    es@dgandl.com

- Joel M. Shafferman    joel@shafeldlaw.com

- Armen Shaghzo    as@shaghzolaw.com

- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Karen Sheehan    ksheehan@flwlaw.com, jspiegelman@flwlaw.com;caltenburg@flwlaw.com

- Scott C. Shelley     scottshelley@quinnemanuel.com

- J. Christopher Shore     cshore@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;
  Lindsay.Leonard@ny.whitecase.com

- Jeremy Edward Shulman     jshulman@afrct.com,
  mbetti@afrct.com;mpero@afrct.com;bcruz@afrct.com

- Wendy M. Simkulak     wmsimkulak@duanemorris.com

- Sean C. Southard     ssouthard@klestadt.com

- Steven S. Sparling     ssparling@kramerlevin.com, docketing@kramerlevin.com

- John Wesley Spears     john.spears@alston.com

- John Mark Stern     john.stern@texasattorneygeneral.gov,
  sherri.simpson@texasattorneygeneral.gov

- Stanley B. Tarr     tarr@blankrome.com

- Jay Teitelbaum     jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

- David L. Tillem     tillemd@wemed.com

- Patricia Tomasco     ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com

- James J. Vincequerra     jvincequerra@duanemorris.com

- Sarah B. Wallace     swallace@featherstonelaw.com, randerson@featherstonelaw.com

- Rodd C. Walton     rwalton@legacy-groups.com

- Michael D. Warner     mwarner@coleschotz.com, klabrada@coleschotz.com

- Elizabeth Weller     dallas.bankruptcy@publicans.com

- Douglas C. Wigley     dwigley@dessauleslaw.com, hpeters@dessauleslaw.com

- Amy Williams-Derry     awilliams-derry@kellerrohrback.com,
  kmak@kellerrohrback.com;dwilcher@kellerrohrback.com

- Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com

- Lori L. Winkelman     lori.winkelman@quarles.com, jason.curry@quarles.com;
  sybil.aytch@quarles.com

- Eric D. Winston     ericwinston@quinnemanuel.com

- Ellen K. Wolf     ewolf@wolfgroupla.com, kmanning@wolfgroupla.com

- Robert D. Wolford    ecfwolfordr@millerjohnson.com

- Adam D. Wolper    awolper@herrick.com

- Richard L. Wynne    rlwynne@jonesday.com

- Hale Yazicioglu    hy@bostonbusinesslaw.com

- George A Zelcs    gzelcs@koreintillery.com, dhutton@koreintillery.com

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Karen S. Clancy-Boy
KAREN S. CLANCY-BOY

Dated: November 16, 2012