Michael R. Carney
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
E-mail: mcarney@mckoolsmith.com

Paul D. Moak
MCKOOL SMITH P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
E-mail: pmoak@mckoolsmith.com

-and-

Kenton W. Hambrick
Associate General Counsel
Freddie Mac, M/S202
8200 Jones Branch Drive
McLean, Virginia 22102
Telephone: (703) 903-2473
Facsimile: (703) 903-3692
Email: kenton_hambrick@freddiemac.com

*Attorneys for Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FEDERAL HOME LOAN MORTGAGE CORPORATION'S SUPPLEMENTAL
OBJECTION TO PROPOSED CURE AMOUNT AND TO PROPOSED
<u>ASSUMPTION AND ASSIGNMENT OF SERVICING CONTRACT</u>**

1

Federal Home Loan Mortgage Corporation in conservatorship ("Freddie Mac"),[1] by and through its undersigned counsel, files this supplemental objection (the "Supplemental Objection") to the Debtors' *Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto* [ECF No. 924] (the "Assignment and Cure Notice"), as amended and supplemented.[2]

1.  This Supplemental Objection is in further support of Freddie Mac's *Objection to Debtors' Proposed Assumption and Assignment of Certain Executory Contracts and Related Cure Amounts* [ECF No. 1690] (the "Assignment and Cure Objection"). In the Assignment and Cure Objection, Freddie Mac preliminarily estimated that it was owed cure payments, as of September 14, 2012, of not less than approximately $22,000,000.[3] Freddie Mac reserved the right to supplement that estimated cure amount for any reason.[4]

2.  Upon further review and calculations, Freddie Mac estimates that the Debtors owe Freddie Mac an aggregate total of not less than $73,453,405.09. The following is a summary of Freddie Mac's claims only, and is fully qualified by the proofs of claim actually submitted by Freddie Mac:

---

[1] On September 6, 2008, the Director of the Federal Housing Finance Agency (the "FHFA" or the "Conservator") placed Freddie Mac into conservatorship pursuant to express authority granted under the Housing and Economic Recovery Act of 2008 ("HERA") to preserve and conserve Freddie Mac's assets and property. As Conservator, FHFA immediately succeeded to "all rights, titles, powers and privileges" of Freddie Mac. *See* 12 U.S.C. § 4617(b)(2)(A)(i). This Supplemental Objection does not constitute submission to this Court's jurisdiction by the FHFA.

[2] On September 14, 2012, the Debtors filed a supplement to the Assignment and Cure Notice [ECF No. 1459], and on September 18, 2012 they filed an Amended and Restated Notice [ECF No. 1484].

[3] *See* Assignment and Cure Objection ¶ 40.

[4] *Id.*

2

| Cure Amount Component | Estimated Amount |
|---|---|
| Performing Loans Fees | $ 3,425.00 |
| Outstanding Compensatory Fees | $ 330,675.87 |
| Compensatory Fees Not Yet Billed | $ 12,000,000.00 |
| Foreclosure Timeline Violations | $ 28,100,000.00 |
| Loan Prospector Fees | $ 127.20 |
| Seller Fees | $ 11,177.02 |
| Outstanding Repurchase Obligations | $ 5,580,000.00 |
| Representations and Warranties Obligations | $ 2,401,000.00 |
| Servicing Error Repurchases | $ 25,027,000.00 |
| **Total Required Cure** | **$ 73,453,405.09** |

## RESERVATION OF RIGHTS

3.     Freddie Mac continues to refine the calculation of the cure amounts it is owed, and continues to learn of additional defaults.  Freddie Mac therefore reserves the right to amend and supplement the Assignment and Cure Objection and this Supplemental Cure Objection in any way.

Dated: November 16, 2012
      New York, New York

                               Respectfully submitted,

                               /s/ Michael R. Carney
                               Michael R. Carney
                               MCKOOL SMITH, P.C.
                               One Bryant Park, 47th Floor
                               New York, New York 10036
                               Telephone:  (212) 402-9400
                               Facsimile:  (212) 402-9444
                               Email:  mcarney@mckoolsmith.com

                               Paul D. Moak
                               MCKOOL SMITH, P.C.
                               600 Travis Street, Suite 7000
                               Houston, Texas 77002
                               Telephone:  (713) 485-7300
                               Facsimile:  (713) 485-7344
                               Email:  pmoak@mckoolsmith.com

                               -and-

                               Kenton W. Hambrick,
                               Federal Home Loan Mortgage Corporation
                               8200 Jones Branch Drive - MS 202
                               McLean, Virginia  22102
                               Telephone: (703) 903-2640
                               Facsimile: (703) 903-3691

                      *Attorneys for Federal Home Loan Mortgage Corporation*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 16th day of November 2012, I electronically filed the foregoing pleading with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing pleading as required by this Court's *Case Management Procedures* [ECF No. 141].

      /s/ Michael R. Carney
      Michael R. Carney

McKool 840208v2