**ALSTON & BIRD LLP**
Martin G. Bunin
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee*
*of Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

--------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        )      ss.:
COUNTY OF NEW YORK   )

Jeannine Grudzien, being duly sworn, hereby deposes and says:

1.      I am over 18 years of age and am not a party to the above-captioned

proceedings.  I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue,

New York, New York 10016.

2.      On November 16, 2012, I caused a true and correct copy of the Objection

and Reservation of Rights of Wells Fargo Bank, N.A. to (A) First Notice of (I) Debtors'

Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts

and (II) Cure Amounts Related Thereto and (B) Second Notice of (I) Debtors' Intent to

Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II)

Cure Amounts Related Thereto, to be

served upon the parties listed on the attached Service List in Exhibit A and in the manner

indicated.

/s/ Jeannine Grudzien
Jeannine Grudzien

Sworn to before me this
16th day of November, 2012.

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

LEGAL02/33758281v1

**Exhibit A**

**<u>Via First Class Mail</u>**

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn: Gary S. Lee<br>       Alexandra Steinberg Barrage | Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Attn:  Jennifer C. DeMarco |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn: Kenneth H. Eckstein<br>       Douglas H. Mannal | Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>Attn: Brian Masumoto |
| Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA  90071<br>Attn: Seth Goldman<br>       Thomas Walper | |