Aaron R. Cahn
**Carter Ledyard & Milburn LLP**
2 Wall Street
New York, New York 10005
Tel. (212) 238-8629
Fax: (212) 732-3232
e-mail: cahn@clm.com

C. Edward Dobbs
Joshua J. Lewis
**Parker, Hudson, Rainer & Dobbs LLP**
285 Peachtree Center Avenue, NE
1500 Two Marquis Tower
Atlanta, GA 30303
Tel. (404) 523-5300
Fax: (678) 533-7766

*Counsel for Branch Banking and Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, ) | Case No. 12-12020-MG |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**OBJECTION OF BRANCH BANKING AND TRUST COMPANY**
**TO CURE AMOUNT**

Branch Banking and Trust Company ("**BB&T**") hereby objects to the Cure Amount applicable to it under (and as such term is defined in) the *First Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto* [Doc. 2076] and *Second Notice of (I) Debtors' Intent to Assume and*

7113211.1

*Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto* [Doc. 2077] (collectively, the "**Cure Notices**").

In support of its objection, BB&T respectfully states as follows:

1. BB&T and Residential Funding Company, LLC ("**RFC**") are parties to a certain Client Contract dated as of July 31, 1998, as amended on June 10, 2002 (as at any time further amended, restated, modified or replaced, and together with all guidelines, bulletin updates and related documents, the "**Servicing Agreement**"), pursuant to which BB&T services numerous loans (each a "**Loan**") for RFC.

2. Pursuant to the Servicing Agreement, BB&T, among other things, collects regular monthly payments of principal, interest and escrow amounts from borrowers on serviced loans, places collected funds into a custodial account for each borrower, and pays a regular monthly payment to RFC on account of each serviced loan. If at any time any borrower's custodial account contains insufficient funds to cover the monthly payment owed by BB&T to RFC under the Servicing Agreement, BB&T is required to advance (each an "**Advance**") the shortfall to RFC (the Advances are collectively referred to as the "**Insufficiency**"). Attached hereto as Exhibit A is a worksheet setting forth BB&T's calculation of the Insufficiency as of November 7, 2012.

3. The Cure Notices state that the Cure Amount in respect of the Servicing Agreement is $0.

4. As a condition precedent to the assumption of the Servicing Agreement, RFC must pay all amounts due under the Servicing Agreement and provide adequate assurance of future performance under the Servicing Agreement. 11 U.S.C. § 365(b).

5.  BB&T does not object to the assumption of the Servicing Agreement by RFC or the assignment of the Servicing Agreement to Berkshire Hathaway Inc. or Ocwen Loan Servicing, LLC (the "**Purchasers**"), provided that BB&T is adequately assured that the Insufficiency, any Advances made by BB&T on or after November 7, 2012, and all other payments and performances owed to BB&T under the Servicing Agreement will be paid or performed by Purchasers (or, to the extent the Court approves the assumption of the Servicing Agreement by RFC and the assignment of the Servicing Agreement by RFC to a person other than Purchasers, such assignee) following the assumption and assignment of the Servicing Agreement.

Dated: November 16, 2012.

**CARTER LEDYARD & MILBURN LLP**

*/s/ Aaron R. Cahn*
Aaron R. Cahn
2 Wall Street
New York, New York 10005
Tel. (212) 238-8629
Fax: (212) 732-3232
*Co-counsel for Branch Banking and Trust Company*

-and-

PARKER, HUDSON, RAINER & DOBBS, LLP

*/s/ C. Edward Dobbs*
C. Edward Dobbs (*pro hac motion to be filed*)
Joshua J. Lewis (*pro hac motion to be filed*)
Parker, Hudson, Rainer & Dobbs LLP
285 Peachtree Center Avenue, NE
1500 Two Marquis Tower
Atlanta, GA 30303

Tel. (404) 523-5300
Fax: (678) 533-7766
*Co-counsel for Branch Banking and Trust Company*

- 4 -

7113211.1

2580714_1

# **EXHIBIT A**

| LOAN NUMBER | BB&T INVESTOR NUMBER | RFC DEAL NUMBER | IMNVESTOR LOAN NUMBER | P&I ADVANCED As of May 14, 2012 | P&I ADVANCED After May 14, 2012 | TOTAL P&I ADVANCED | UNPAID PRINCIPAL BALANCE | CORPORATE ADVANCE BALANCE | ESCROW ADVANCE BALANCE AS OF May 14, 2012 | ESCROW ADVANCE BALANCE AFTER May 14, 2012 | TOTAL ESCROW ADVANCED | TOAL CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1,206,228.26 | 559,088.77 | 1,765,317.03 | 14,234,804.13 | 95,774.87 | 386,091.72 | 120,456.06 | 505,886.21 | 16,601,782.24 |
| 6611 | D09 | Deal #24 | 3584 | - | 1,994.20 | 1,994.20 | - | - | - | - | - | 1,994.20 |
| 9733 | D09 | Deal #19 | 0650 | - | 1,503.61 | 1,503.61 | - | - | - | - | - | 1,503.61 |
| 8704 | D10 | | 9727 | - | 819.01 | 819.01 | - | - | - | 14.74 | 14.74 | 833.75 |
| 2888 | D10 | | 6502 | - | 2,197.91 | 2,197.91 | - | - | - | - | - | 2,197.91 |
| 4048 | D10 | | 9917 | 30,916.72 | 27,052.13 | 57,968.85 | 700,000.00 | 1,745.28 | 15,127.87 | - | 15,127.87 | 774,842.00 |
| 3516 | D10 | | 6584 | 20,629.75 | 28,881.65 | 49,511.40 | 733,501.97 | 1,007.50 | - | - | - | 784,020.87 |
| 2448 | D11 | Deal #32 | 5322 | 15,650.51 | 19,500.37 | 35,150.88 | 803,450.00 | 2,695.80 | 13,559.14 | 10,306.17 | 23,865.31 | 865,161.99 |
| 1747 | D10 | | 7012 | - | 957.43 | 957.43 | - | - | - | 1,750.00 | 1,750.00 | 2,707.43 |
| 3936 | D10 | | 7202 | - | 2,159.79 | 2,159.79 | - | - | - | 756.40 | 756.40 | 2,916.19 |
| 2345 | D11 | Deal #33 | 5166 | 100,266.48 | 29,244.39 | 129,510.87 | 818,501.72 | 2,287.00 | 25,362.30 | 15,226.39 | 40,588.69 | 990,888.28 |
| 5309 | D11 | Deal #38 | 2335 | - | 3,135.93 | 3,135.93 | - | - | - | 404.24 | 404.24 | 3,540.17 |
| 0949 | D11 | Deal #15 | 2339 | - | 9,019.05 | 9,019.05 | - | 1,546.08 | - | - | - | 10,565.13 |
| 1950 | D11 | Deal #41 | 0512 | 54,827.70 | 25,586.26 | 80,413.96 | 649,810.62 | 4,168.37 | 12,653.30 | - | 12,653.30 | 747,046.25 |
| 9752 | D11 | Deal #12 | 0372 | - | 4,151.80 | 4,151.80 | - | - | - | 48.03 | 48.03 | 4,199.83 |
| 2512 | D11 | Deal #9 | 5348 | - | 2,717.20 | 2,717.20 | - | 807.00 | - | - | - | 3,524.20 |
| 5572 | D10 | | 6592 | - | 3,469.04 | 3,469.04 | - | 410.00 | - | - | - | 3,879.04 |
| 3729 | D10 | | 6708 | - | 16,927.00 | 16,927.00 | - | - | - | - | - | 16,927.00 |
| 7236 | D10 | | 6596 | 3,525.00 | 21,150.00 | 24,675.00 | - | 350.00 | - | 1,302.05 | 1,302.05 | 26,327.05 |
| 8166 | D10 | | 9192 | 67,282.60 | 15,025.54 | 82,308.14 | 638,254.29 | 4,328.34 | 8,674.26 | 4,765.35 | 13,439.61 | 738,330.38 |
| 6827 | D10 | | 9140 | 24,469.02 | 28,547.19 | 53,016.21 | 798,989.88 | 1,038.50 | 5,708.31 | 6,366.56 | 12,074.87 | 865,119.46 |
| 2171 | D11 | Deal #17 | 5444 | 23,875.14 | 9,830.94 | 33,706.08 | 269,650.00 | 1,580.91 | 8,802.01 | 937.00 | 9,739.01 | 314,676.00 |
| 8248 | D11 | Deal #13 | 2421 | 42,322.50 | 16,458.75 | 58,781.25 | 396,000.00 | 11,293.45 | 20,977.00 | 5,484.30 | 26,461.30 | 492,536.00 |
| 9564 | D11 | Deal #38 | 2425 | 9,470.02 | 3,899.42 | 13,369.44 | 95,495.52 | 4,448.00 | 399.12 | 226.37 | 625.49 | 113,938.45 |
| 3464 | D11 | Deal #38 | 2435 | 101,289.40 | 20,853.70 | 122,143.10 | 519,988.93 | 6,927.60 | 39,757.35 | 5,856.68 | 45,614.03 | 694,673.66 |
| 4495 | D11 | Deal #38 | 2437 | 13,336.50 | 6,223.70 | 19,560.20 | 152,416.00 | 3,396.00 | 1,798.11 | 681.00 | 2,479.11 | 177,851.31 |
| 9128 | D11 | Deal #38 | 2443 | - | 2,424.48 | 2,424.48 | 103,906.54 | - | - | 488.65 | 488.65 | 106,819.67 |
| 0401 | D11 | Deal #15 | 2451 | - | 2,636.31 | 2,636.31 | - | 387.00 | - | - | - | 3,023.31 |
| 9043 | D10 | | 9957 | 79,992.82 | 16,469.11 | 96,461.93 | 451,725.18 | 12,121.40 | 28,204.82 | 11,055.18 | 39,260.00 | 599,568.51 |
| 9553 | D10 | | 5256 | - | 2,942.61 | 2,942.61 | - | - | - | - | - | 2,942.61 |
| 3860 | D10 | | 6496 | - | 5,748.04 | 5,748.04 | 574,804.83 | - | - | - | - | 580,552.87 |
| 6150 | D10 | | 6604 | 135,557.40 | 43,131.90 | 178,689.30 | 1,971,742.63 | 3,678.50 | 63,238.21 | 33,504.27 | 96,742.48 | 2,250,852.91 |
| 3610 | D10 | | 9244 | 32,788.80 | 6,955.20 | 39,744.00 | 179,972.34 | 6,102.00 | 7,616.74 | - | 7,616.74 | 233,435.08 |
| 4382 | D10 | | 9246 | 246,458.52 | 61,614.63 | 308,073.15 | 1,690,000.00 | 605.00 | 94,496.40 | - | 94,496.40 | 2,093,174.55 |
| 1033 | D09 | Deal #27 | 0193 | - | 633.98 | 633.98 | - | - | - | - | - | 633.98 |
| 7274 | D11 | Deal #13 | 2475 | - | 336.95 | 336.95 | - | - | - | - | - | 336.95 |
| 8195 | D11 | Deal #14 | 5106 | 1,972.17 | 4,883.44 | 6,855.61 | 225,390.46 | 1,825.65 | - | 1,682.05 | 1,682.05 | 235,753.77 |
| 6436 | D10 | | 9773 | - | 2,539.59 | 2,539.59 | - | - | - | 324.58 | 324.58 | 2,864.17 |
| 6746 | D11 | Deal #16 | 5258 | 72,383.52 | 14,902.51 | 87,286.03 | 638,678.63 | 3,018.94 | 15,955.81 | 1,936.88 | 17,892.69 | 746,876.29 |
| 5708 | D10 | | 6616 | 42,869.68 | 21,434.84 | 64,304.52 | 524,934.04 | 250.00 | 5,889.38 | 3,329.66 | 9,219.04 | 598,707.60 |
| 4782 | D09 | Deal #2 | 3682 | - | 6,729.24 | 6,729.24 | - | 10.00 | 614.08 | 1,059.74 | 1,673.82 | 8,413.06 |
| 3333 | D09 | Deal #22 | 3707 | - | 2,499.67 | 2,499.67 | - | - | - | - | - | 2,499.67 |
| 7919 | D11 | Deal #38 | 2541 | - | 2,733.56 | 2,733.56 | 152,572.69 | - | - | - | - | 155,306.25 |
| 9180 | D11 | Deal #38 | 2555 | - | 5,432.52 | 5,432.52 | - | - | - | - | - | 5,432.52 |
| 5571 | D11 | Deal #13 | 2373 | 698.84 | 4,194.51 | 4,893.35 | 147,264.16 | 1,121.54 | 1,253.74 | - | 592.17 | 153,871.22 |
| 6497 | D11 | Deal #13 | 2379 | - | 583.02 | 583.02 | - | - | - | - | - | 583.02 |
| 8606 | D11 | Deal #37 | 0212 | - | 1,549.17 | 1,549.17 | - | 402.00 | - | - | - | 1,951.17 |
| 7177 | D11 | Deal #32 | 5432 | - | 8,281.23 | 8,281.23 | - | - | - | 1,213.88 | 1,213.88 | 9,495.11 |
| 7843 | D11 | Deal #32 | 5434 | 76,031.04 | 18,352.32 | 94,383.36 | 503,377.11 | 7,666.37 | 11,753.71 | 4,336.88 | 16,090.59 | 621,517.43 |
| 8254 | D10 | | 6534 | 4,689.74 | 4,202.53 | 8,892.27 | 292,350.57 | 2,836.34 | 3,302.96 | 2,742.00 | 6,044.96 | 310,124.14 |
| 1522 | D11 | Deal #9 | 5366 | - | 2,317.84 | 2,317.84 | - | 855.00 | - | - | - | 3,172.84 |
| 7283 | D10 | | 6618 | - | 1,672.72 | 1,672.72 | - | 320.00 | - | - | - | 1,992.72 |
| 0069 | D10 | | 9206 | - | 2,043.34 | 2,043.34 | - | 459.00 | - | - | - | 2,502.34 |
| 1979 | D10 | | 9174 | - | 3,547.76 | 3,547.76 | - | - | - | - | - | 3,547.76 |
| 2967 | D10 | | 9176 | - | 1,391.92 | 1,391.92 | - | 999.00 | - | - | - | 2,390.92 |
| 4295 | D10 | | 6860 | 4,924.39 | 5,597.83 | 10,522.22 | 202,026.02 | 1,090.51 | 947.10 | 2,871.00 | 3,818.10 | 217,456.85 |
| 3421 | D11 | Deal #12 | 0310 | - | - | - | - | 0.38 | - | - | - | 0.38 |
| 1117 | D11 | Deal #38 | 2275 | - | - | - | - | 0.68 | - | - | - | 0.68 |
| 1215 | D11 | Deal #13 | 2355 | - | - | - | - | 0.90 | - | - | - | 0.90 |
| 7140 | D11 | Deal #37 | 2365 | - | - | - | - | 1.39 | - | - | - | 1.39 |
| 2155 | D11 | Deal #12 | 0296 | - | - | - | - | 9.00 | - | - | - | 9.00 |
| 4543 | D10 | | 6702 | - | - | - | - | 320.00 | - | - | - | 320.00 |
| 9264 | D11 | Deal #12 | 0364 | - | - | - | - | 335.00 | - | - | - | 335.00 |
| 7084 | D10 | | 6528 | - | - | - | - | 348.97 | - | - | - | 348.97 |
| 6722 | D11 | Deal #38 | 5028 | - | - | - | - | 350.00 | - | - | - | 350.00 |
| 5941 | D11 | Deal #9 | 5354 | - | - | - | - | 350.00 | - | - | - | 350.00 |
| 3835 | D11 | Deal #15 | 2505 | - | - | - | - | 363.62 | - | 74.70 | 74.70 | 438.32 |
| 3814 | D11 | Deal #15 | 2519 | - | - | - | - | 377.00 | - | - | - | 377.00 |
| 7741 | D11 | Deal #9 | 5370 | - | - | - | - | 377.00 | - | - | - | 377.00 |
| 6219 | D10 | | 9182 | - | - | - | - | 462.00 | - | - | - | 462.00 |
| 0842 | D11 | Deal #31 | 5168 | - | - | - | - | 700.85 | - | - | - | 700.85 |
| 0826 | D11 | Deal #12 | 0394 | - | - | - | - | - | - | 588.91 | 588.91 | 588.91 |
| 8947 | D11 | Deal #14 | 5064 | - | - | - | - | - | - | 558.37 | 558.37 | 558.37 |
| 2728 | D10 | | 7218 | - | - | - | - | - | - | 258.36 | 258.36 | 258.36 |
| 4559 | D10 | | 9731 | - | - | - | - | - | - | 171.81 | 171.81 | 171.81 |
| 6601 | D10 | | 9198 | - | - | - | - | - | - | 114.10 | 114.10 | 114.10 |
| 0958 | D11 | Deal #38 | 2391 | - | - | - | - | - | - | 19.76 | 19.76 | 19.76 |