**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) |
| | ) Chapter 11 |
| Debtors. | ) |

## CERTIFICATE OF SERVICE BY MAIL

I, Scott A. Weiss, an attorney, certifies and declares, under penalty of perjury, pursuant to 28 U.S.C. §1746 (2011), that I caused to have this within

1. Objection to Cure Amount Submitted to OceanFirst Bank Re: Second Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements As Executory Contracts and (ii) Cure Amount Related Thereto (Doc. # 2077); and

2. Declaration of Kathy A. Ramos (and annexed exhibits)

to be served on the following counsel of record by first class mail on **Friday, November 16, 2012**:

Gary S. Lee
Alexandra Steinberg Barrage
Morrison & Foerster LLC
1290 Avenue of the Americas
New York, New York 10104
*Attorneys for Debtors*

Seth Goldman
Thomas Walper
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, California 90071
*Attorneys for Berkshire Hathaway Inc.*

Jennifer C. Demarco
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
*Attorneys for Ocwen*

Kenneth H. Eckstein
Douglas H. Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attorneys for the Creditors' Committee

Brian Masumoto
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

White Plains, New York
Dated: Friday, November 16, 2012

                    Respectfully submitted,

                    WEISS & WEISS LLC

By:  /s/ Scott A. Weiss
      A member of the firm
      2000 Post Road, Suite LL106
      Fairfield, Connecticut 06430
      <u>Or</u>:  50 Main Street, Suite 1000
      White Plains, New York 10606
      Telephone:  (203)-254-2707
      Facsimile:  (203)-254-2725
      (SW 0431)
      ***Attorneys for:  OceanFirst Bank and Columbia Home Loans, LLC***