UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Case No. 12-12020-MG |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

      DENNIS MURPHY, being duly sworn, deposes and says:

      1. I am over the age of eighteen years and am not a party to this action. I am employed by the law firm of Carter Ledyard & Milburn LLP.

      2. On 16th day of November, 2012, I served a true and correct copy of the annexed OBJECTION OF BRANCH BANKING AND TRUST COMPANY TO CURE AMOUNT upon the below parties as indicated:

**BY E-MAIL and FIRST CLASS MAIL**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Gary S. Lee
      Alexandra Steinberg Barrage

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Kenneth H. Eckstein
      Douglas H. Mannal

Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071
Attn: Seth Goldman
      Thomas Walper

1

7045856.1

Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
Attn: Jennifer C. DeMarco

**BY-HAND**

Office of the United States Trustee
Southern District of new York
33 Whitehall Street – 21st Floor
New York, New York 10004
Attn: Brian Masumoto

_____
Dennis Murphy

Sworn to before me this
16 day of November, 2012.

_____
Notary Public

EDURIN COLON
Notary Public, State of New York
No. 01CO6168005
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 4, 2015

2

7045856.1