PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Irena M. Goldstein

*Attorneys for Assured Guaranty Municipal Corp.
and Certain of its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| *In re* | ) ) ) ) ) ) ) ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, |  | Case No. 12-12020 (MG) |
|  |  | (Jointly Administered) |
| Debtors. |  |  |

**NOTICE OF INTENTION TO OBJECT TO THE DEBTORS' MOTION
PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF
<u>RMBS TRUST SETTLEMENT AGREEMENTS</u>**

Assured Guaranty Municipal Corp. and certain of its affiliates (collectively, "<u>Assured</u>") hereby provide notice of their present intention to object to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements (the "<u>Motion</u>") on a number of grounds, including that the amount of the proposed allowed claim ("<u>Proposed Claim</u>") to be granted under the Motion is outside the range of reasonableness. Assured has not completed its analysis (indeed, discovery is not yet completed) but believes that the Proposed Claim, exclusive of amounts owed by the Debtors to the issuers of financial guaranty policies,

33290340v1

such as Assured, should be no more than $4 to $4.5 billion.[1]

Assured hereby reserves its rights to modify, amend, revise or supplement its contentions regarding the amount of the Proposed Claim in connection with its objection to the Motion.

Dated: November 16, 2012
New York, New York

PROSKAUER ROSE LLP

By: /s/ Irena M. Goldstein

Irena M. Goldstein
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for the Assurance Guaranty
Municipal Corp. and Certain of its Affiliates*

---

[1] It is Assured's understanding that the claims of Assured and other issuers of financial guaranty policies are excluded from the settlement. Accordingly, Assured's preliminary indication of the correct amount of the Proposed Claim does not reflect the claims of Assured, which has paid and continues to pay claims under the policies it issued.

2

33290340v1