**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 12-12020(MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : |
|  | : (Joint Administration) |
|  | : |
| Debtors. | : |
|  | : |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Alan M. Root, Esq., request admission, ***pro hac vice***, in these chapter 11 cases before the Honorable Martin Glenn, to represent PNC Mortgage, a Division of PNC Bank, NA.

***I certify that I am a member in good standing*** of the bar of the State of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  November 19, 2012         **BLANK ROME LLP**

*/s/ Alan M. Root*
Stanley B. Tarr (No. 4177)
Alan M. Root
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel. (302) 425-6400
Fax: (302) 425-6464

-and-

Michael B. Schaedle
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Phone:  (215) 569-5762
Facsimile:  (215) 832-5762

Counsel for PNC Mortgage, a Division of PNC Bank, NA

131832.01441/40204278v.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020(MG) |
| | (Joint Administration) |
| Debtors. | |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Alan M. Root, Esq., to be admitted, ***pro hac vice***, to represent PNC Mortgage, a Division of PNC Bank, NA (the "Client") in the above referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Delaware, it is hereby

**ORDERED**, that Alan M. Root, Esq., is admitted to practice, ***pro hac vice***, in the above referenced chapter 11 cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2012

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

131832.01441/40204278v.1