UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re: RESIDENTIAL CAPITAL, LLC, et al.

                           Debtor

Case No.: 12-12020MG
Chapter 11

---------------------------------------------------------------x
GEORGE VAN WAGNER,

                           Plaintiff
                            v.
RESIDENTIAL FUNDING COMPANY,
LLC, et al., NATIONAL CITY MORTGAGE,
GOLDEN & AMOS PLLC, TIM AMOS, Defendant

Adversary Proceeding No.: 12-01913 MG

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Chris R. Arthur, Esquire, request admission, *pro hac vice*, before the Honorable Cecelia G. Morris, to represent Seneca Trustees, Inc., a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of West Virginia and, if applicable, the bar of the U.S. District Court for the Southern District of West Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/14/2012
_____, New York

/s/ Chris R. Arthur

*Mailing Address*:

Samuel I. White, PC
601 Morris Street, Suite 400
Charleston, WV 25301
*E-mail address*: carthur@siwpc.com
*Telephone number*: (304) 414-0200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.      Case No.: 12-12020 MG

Chapter 11

Debtor

------------------------------------------------------------x

GEORGE VAN WAGNER,      Adversary Proceeding No.: 12-01913 MG

Plaintiff

v.

RESIDENTIAL FUNDING COMPANY,
LLC, et al., NATIONAL CITY
MORTGAGE, GOLDEN & AMOS    Defendant
PLLC, TIM AMOS; GMAC
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Chris R. Arthur, Esquire, to be admitted, *pro hac vice*, to represent Seneca Trustees, Inc., (the "Client") a Defendant in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of West Virginia and, if applicable, the bar of the U.S. District Court for the Southern District of West Virginia, it is hereby

**ORDERED**, that Chris R. Arthur, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 11/14/2012

_____, New York      /s/ _____
                             UNITED STATES BANKRUPTCY JUDGE