UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 12-12020(MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | (Joint Administration) |
| Debtors. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Alan M. Root, Esq., to be admitted, *pro hac vice*, to represent PNC Mortgage, a Division of PNC Bank, NA (the "Client") in the above referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Delaware, it is hereby

**ORDERED**, that Alan M. Root, Esq., is admitted to practice, *pro hac vice*, in the above referenced chapter 11 cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 19, 2012

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE