UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

CINDY GUGG, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen (18) years of age, and am employed by Gibbons P.C., located at One Pennsylvania Plaza, 37th Floor, New York, New York 10119.

2. On November 16, 2012, true and correct copies of *Wells Fargo Bank, N.A.'s Objection to the Proposed Sale Orders and Response to Debtors' Omnibus Reply to Objections to Debtors' Sale Motion* (Docket No. 2209) were served upon those parties listed on the attached Service List via (i) the Court's CM/ECF system and by electronic mail at the electronic mail address designated by the party for such service and/or (ii) first class United States Mail in a sealed envelope, with postage pre-paid thereon, deposited in an official depository of the U.S. Postal Service within the State of New York.

/s/ Cindy Gugg
Cindy Gugg

Sworn to before me this
19th day of November, 2012

/s/ Eileen Rosen_____
Notary Public, State of New York
No. 01RO4900210
Qualified in Kings County
Commission Expires July 6, 2015

#1869517 v1
111369-81272

# Service List

Counsel to Debtors
Morrison & Foerster LLP
Attn: Gary S. Lee
Attn: Alexandra Steinberg Barrage
1290 Avenue of the Americas,
 New York, NY  10104
Email: glee@mofo.com
Email: abarrage@mofo.com

Attorneys for Ocwen
Clifford Chance  LLP
Attn: Jennifer C. DeMarco
31 West 52nd St.
New York, NY  10019
Email: jennifer.demarco@cliffordchance.com

Counsel for the Creditors' Committee
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein
Attn: Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
Email: keckstein@kramerlevin.com
Email: dmanna1@kramerlevin.com

The Office of the United States Trustee
for the Southern District of New York
Attn: Brian Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

Attorneys for BH
Munger, Tolles & Olson LLP
Attn: Seth Goldman
Attn: Thomas Walper
355 South Grand Avenue,
Los Angeles, CA 90071
Email: seth.goldman@mto.com
Email: thomas.walper@mto.com