MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION OF OMNIBUS**
**HEARING SCHEDULED FOR DECEMBER 27, 2012 at 10:00 A.M.**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for December 27, 2012

at 10:00 A.M. (prevailing Eastern Time) has been cancelled at the direction of the Court.

Dated:  November 19, 2012
        New York, New York

                                            /s/ Gary S. Lee
                                            Gary S. Lee
                                            Lorenzo Marinuzzi
                                            Norman S. Rosenbaum
                                            MORRISON & FOERSTER LLP
                                            1290 Avenue of the Americas
                                            New York, New York 10104
                                            Telephone: (212) 468-8000
                                            Facsimile:  (212) 468-7900

                                            *Counsel for the Debtors and*
                                            *Debtors in Possession*

ny-1066129