Hearing Date:  **December 20, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ----------------------------------------------- ) | |
| In re:                                          ) | Case No. 12-12020 (MG) |
|                                                 ) | |
| RESIDENTIAL CAPITAL, LLC, et al.,               ) | Chapter 11 |
|                                                 ) | |
| Debtors.                                        ) | Jointly Administered |
| ----------------------------------------------- ) | |

**AMENDED NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTION OF JACQUES AND DEIRDRE RAPHAEL FOR**
**RELIEF FROM STAY TO DECEMBER 20, 2012 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the Motion of Jacques and Deirdre Raphael for Relief

from Stay [Docket No. 2156], previously scheduled to be heard on December 27, 2012 at 10:00

a.m. (Prevailing Eastern Time), has been adjourned to **December 20, 2012 at 10:00 a.m.**

**(Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

House, One Bowling Green, Room 501, New York, New York 10004:

Dated:  November 20, 2012
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*