**Hearing Date: November 20, 2012**
**Hearing Time:  3:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ )
                                                                               )
  In re:                                                                       )   Case No. 12-12020 (MG)
                                                                               )
  RESIDENTIAL CAPITAL, LLC, et al.,                                            )   Chapter 11
                                                                               )
                                          Debtors.                             )   Jointly Administered
                                                                               )
------------------------------------------------------------------------------ )

**NOTICE OF CHANGED HEARING TIME FOR SALE MOTION**

**PLEASE TAKE NOTICE** that the time scheduled for the November 20, 2012 continued hearing on the Sale Motion [Docket No. 61] has been moved from 2:00 p.m. to **3:00 p.m. (Prevailing Eastern Time)**.

Dated:  November 20, 2012
        New York, New York

/s/ Gary S. Lee
Gary S. Lee
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

ny-1066490