UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
::
In re                                                        :    Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, et al.,[1]                         :    Case No. 12-12020 (MG)
                                                             :
                                                             :    (Jointly Administered)
         Debtors.                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A.  On November 18, 2012, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic mail upon the Monthly Service List attached hereto as **Exhibit A** and the parties attached hereto as **Exhibit B**, and via Facsimile upon parties attached hereto as **Exhibit C**:

- **Amended Notice of Agenda for Matters Scheduled to be Heard on November 19, 2012 at 10:00 a.m. (EST)** [Docket No. 2219]

Dated: November 20, 2012

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th of November, 2012, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

**Exhibit A**
Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Akerman Senterfitt LLP | Andrea S Hartley | andrea.hartley@akerman.com | Counsel to EverBank |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | susan.balaschak@akerman.com; hadi.khatib@akerman.com | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | rajohnson@akingump.com; ccarty@akingump.com; fhodara@akingump.com | Counsel to Aurelius Capital Management LP |
| Alcantar Law PLLC | Jose Raul Alcantar Villagran | raul.alcantar@alcantarlaw.com | Counsel to Neighborhood Assistance Corporation of America |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | bnkatty@aldine.k12.tx.us | Attorneys for the Aldine Independent School District |
| Aldridge Connors LLP | Bankruptcy Department | ecfmail@aclawllp.com | PennyMac Loan Services, LLC |
| Allen & Overy LLP | Ken Coleman & John Kibler | ken.coleman@allenovery.com; john.kibler@allenovery.com | Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities |
| Ally Bank | Tom Houghton | tom.houghton@ally.com | Ally Bank |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | jeff.brown@gmacfs.com; william.b.solomon@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | John C Weitnauer Esq | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | marty.bunin@alston.com;william.hao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | john.stern@texasattorneygeneral.gov | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | harrisj12@michigan.gov | Attorney General for the State of Michigan |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | alicia.borys@barclays.com;patrick.kerner@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barclays Bank PLC | Joe Tricamo & May Wong | xrausloanops5@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos | | bbeskanos@aol.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | davids@blbglaw.com; jonathanu@blbglaw.com; matthewj@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Blank Rome LLP | Michael B Schaedle | schaedle@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| Blank Rome LLP | Stanley B Tarr & Alan M Root | tarr@blankrome.com; root@blankrome.com | Counsel to PNC Mortgage a Division of PNC Bank NA |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | jhaake@wbsvlaw.com | Top 50 Creditors |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | gregory.petrick@cwt.com;ingrid.bagby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Caley Dehkhoda & Quadri dba Wong Fleming | Dianna J Caley | dcaley@wongfleming.com | Counsel to Caley Dehkhoda & Qadri |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | bankruptcy@clm.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | hseife@chadbourne.com;dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | jlaitman@cohenmilstein.com;clometti@cohenmilstein.com;meisenkraft@cohenmilstein.com;drehns@cohenmilstein.com;krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | mwarner@coleschotz.com;echou@coleschotz.com | Counsel to HP Enterprise Services LLC |

**Exhibit A**
Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Crowe & Dunlevy PC | William H. Hoch | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | mgallagher@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | macohen@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | sreisman@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Day Pitney LLP | Herbert K Ryder | hryder@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | James J Tancredi | jjtancredi@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | Joshua W. Cohen | jwcohen@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | glenn.siegel@dechert.com;hector.gonzalez@dechert.com;brian.greer@dechert.com;mauricio.espana@dechert.com; craig.druehl@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | rosa.mendez@db.com | Securitization Trustee |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Diem T Nguyen | | diem.home@gmail.com | Interested Party, Diem T Nguyen |
| Duane Morris LLP | Gerald S Catalanello Esq & james J Vincequerra Esq | gcatalanello@duanemorris.com;jvincequerra@duanemorris.com | Counsel to Green Planet Servicing LLC |
| Fannie Mae | Attn Peter McGonigle | peter_mcgonigle@fanniemae.com | Prepetition Lender - Fannie EAF |
| Fannie Mae | Catherine Lasher | catherine_lasher@fanniemae.com | GSE - Fannie Mae |
| Fedelina Roybal-DeAguero 2008 Trust | | Dutchess388883@gmail.com | Counsel to Fedelina Roybal-DeAguero 2008 Trust |
| Fein Such & Crane LLP | Mark K Broyles Esq | broylesmk@rgcattys.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC |
| Fein Such & Crane LLP | Melissa N Licker Esq | mlicker@feinsuch.com | Counsel to GMAC Mortgage LLC |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com | Counsel to California Housing Finance Agency |
| FIDC | Dennis J Early | dearly@fdic.gov | Counsel to the FDIC |
| Foley & Mansfield PLLP | Thomas J Lallier | tlallier@foleymansfield.com | Counsel to TCF National Bank |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Freeborn & Peters LLP | Devon J Eggert Esq | deggert@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Freeborn & Peters LLP | Thomas R Fawkes Esq | tfawkes@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Frenkel Lambert Weiss Weisman & Gordon LLP | Karen M Sheehan Esq | ksheehan@flwlaw.com | Wells Fargo Bank, N.A., as Trustee on Behalf of the certificate holders of HSI Asset Loan Obligation Truste 2007-ARI, Mortgage Pass Through Certificates, Series 2007-AR c/o Select Portfolio Servicing; Counsel to MidFirst Bank |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | jberkowitz@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Attn Karen A Giannelli Esq | kgiannelli@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | kpatrick@gibbsbruns.com;shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | kpatrick@gibbsbruns.com | Counsel to the Institutional Investors |
| Ginnie Mae | Ted Tozer | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | gjarvis@gelaw.com;mpmorris@gelaw.com;delman@gelaw.com | Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A.) Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| Hodgson Russ LLP | Garry M Graber Esq | ggraber@hodgsonruss.com | Counsel to Manufacturers and Traders Trust Company |
| HP Enterprise Services LLC | Ayala Hassell Esq | ayala.hassell@hp.com | Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | rnorton@hunton.com;rrich2@hunton.com | Counsel to Newport Management Corporation |
| IBM Corporation | Attn Shawn Konig | konig@ca.ibm.com | Counsel to IBM Corporation |
| Imperial County Tax Collector | | cindyjohnson@co.imperial.ca.us | County of Imperial California |
| Iron Mountain Information Management Inc | Joseph Corrigan | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Jones Day | Carl E Black | ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Jones Day | Corinne Ball, Richard L Wynne & Lance E Miller | cball@jonesday.com;rlwynne@jonesday.com;lemiller@jonesday.com;ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Fliman & Nii Amar Amamoo | aglenn@kasowitz.com;mstein@kasowitz.com;dfliman@kasowitz.com;namamoo@kasowitz.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | kdwbankruptcydepartment@kelleydrye.com | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | eciolko@ktmc.com; dmoffa@ktmc.com | Counsel to Plaintiffs and the Putative Class |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | ecf@kaalaw.com | Counsel to Oakland County Treasurer |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| Kirkland & Ellis | Richard M Cieri | richard.cieri@kirkland.com | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | ray.schrock@kirkland.com;richard.cieri@kirkland.com;stephen.hessler@kirkland.com;projectrodeo@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;john.bellaver@ally.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | tklestadt@klestadt.com;jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |
| Kramer Levin Naftallis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kriss & Feuerstein LLP | Jason S Leibowitz | jleibowitz@kandfllp.com | Counsel to Wachovia Bank NA as Trustee for the Security National Mortgage Loan Trust 2004-2 |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | rescapinfo@kccllc.com | Claims and Noticing Agent |
| Lapp Libra Thomson Stoebner & Pusch | David A Libra Esq | dlibra@lapplibra.com | Counsel to Normandale Holdings LLC |
| Law Offices of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Leopold & Associates PLLC | Saul Leopold | Dcaponnetto@leopoldassociates.com | Counsel to Bank of America NA; Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2; and Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass through Certificates. Series 2007-H3; Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement Dated 1/2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC1; U.S. Bank NA as Trustee under Pooling and Service Agreement dated 3/1/2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2; and Ocwen Loan Servicing, LLC |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | houston_bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County; Counsel to Taxing Authorities |
| Locke Lord LLP | Casey B Howard | choward@lockelord.com | Interested Party |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | wcurchack@loeb.com;vrubinstein@loeb.com;dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o  Counsel to Plaintiffs and the Putative Class |

**Exhibit A**

Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o Counsel to Plaintiffs and the Putative Class |
| Magnozzi & Kye LLP | Amish R Doshi Esq | adoshi@magnozzikye.com | Counsel to Oracle America Inc |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | susanp@taxcollector.com | Counsel to Manatee County Tax Collector |
| Mathis, Riggs & Prather PSC | Donald T Prather | dprather@iglou.com | Counsel to Donald T Prather, Trustee |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | lgordon@mvbalaw.com | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith | Attn: Paul D. Moak | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R Carney | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | guzzi@milbank.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | sdnyecf@dor.mo.gov | Counsel to Missouri Department of Revenue |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | jgarrity@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Michael S Kraut | mkraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | pfleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com | Counsel to Mary Critchley |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@morithock.com | Counsel to Cal-Western Reconveyance Corporation |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com | Residential Capital LLC |
| Morrison Cohen LLP | Joseph T Moldovan Esq | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Office of Attorney General | Carol E. Momjian | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Office of Shabbir A Khan | Phonxay Keokham | almeyers@sjgov.org | County of San Joaquin |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | joseph.cordaro@usdoj.gov | Office of the United States Attorney for the Southern District of New York |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | dwdykhouse@pbwt.com;bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Mylegalhelpusa.com | Paul_Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | ana.damonte@pillsburylaw.com | Counsel to 2255 Partners LP |
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | dflanigan@polsinelli.com;jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | srutsky@proskauer.com;jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | danbrockett@quinnemanuel.com;daveburnett@quinnemanuel.com;jeremyandersen@quinnemanuel.com | Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Eric D Winston & Jeremy D Anderson | jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com | Counsel to The Prudential Insurance Companu of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Insurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | susheelkirpalani@quinnemanuel.com;scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Robbins Gellar Rudman & Dowd LLP | Christopher M Wood | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robbins Gellar Rudman & Dowd LLP | Steven W Pepich | stevep@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robert E Brown PC | | rbrown@robertbrownlaw.com | Counsel to Certain Homeowners Claimants |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | Ross.martin@ropesgray.com;keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D. Ross Martin | Ross.martin@ropesgray.com | Counsel to the Institutional Investors |
| Samuel I White PC | D Carol Sasser Esq | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | dhall@siwpc.com | Counsel to Samuel I White PC |
| Scarinci & Hollenbeck LLC | Joel R Glucksman Esq | jglucksman@scarincihollenbeck.com | Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | bdk@schlamstone.com | Counsel to Certain Homeowners Claimants |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | bbressler@schnader.com;rbarkasy@schnader.com | Counsel to Liberty Property Limited Parternship |
| Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | bdeutsch@schnader.com | Counsel to Liberty Property Limited Parternship |
| Schulte Roth & Zabel LLP | Adam C Harris | adam.harris@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Howard O Godnick | howard.godnick@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | marguerite.gardiner@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Michael G Cutini | michael.cutini@srz.com | Counsel to Cerberus Capital Management LP |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |

**Exhibit A**

Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | secbankruptcy@sec.gov;newyork@sec.gov; bankruptcynoticeschr@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Seward & Kissell LLP | Greg S Bateman | bateman@sewkis.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | cohen@sewkis.com;das@sewkis.com; binder@sewkis.com | Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Servicer |
| Shafferman & Feldman LLP | Joel M Shafferman Esq | joel@shafeldlaw.com | Counsel to NYCTL 2011-A Trust |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | taconrad@sbwlawfirm.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | fsosnick@shearman.com;sfennessey@shearman.com | Counsel to Citibank NA |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter & Brett Myrick | lnyhan@sidley.com;jboelter@sidley.com;bmyrick@sidley.com | Counsel to Nationstar |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | jhofer@skadden.com;nikolay.kodes@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Suzanne D T Lovett | suzanne.lovett@skadden.com | Counsel to Barclays Bank PLC |
| Stein Wiener & Roth LLP | Attn Pranali Datta | pdatta@hhstein.com | Counsel to OneWest Bank FSB |
| Stinson Morrison Hecker LLP | Andrew W. Muller | amuller@stinson.com | Counsel to Bank of the West |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | whazeltine@sha-llc.com | Counsel to Mortgage Electronic Registration Systems Inc and MERSCOPR Inc ("MERS") |
| Talcott Franklin P.C. | Attn: Talcott J. Franklin | tal@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin P.C. | Derek S Witte | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | jmiller@tcfbank.com | Counsel to TCF National Bank |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | jteitelbaum@tblawllp.com | Counsel to JPMorgan Chase Bank, NA |
| Tennessee Depatment of Revenue | c o TN Attorney Generals Office | AGBankNewYork@ag.tn.gov | Tennessee Attorney Generals Office |
| The Bank of New York Mellon | Attn Robert H Major Vice President | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher | Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; | Securitization Trustee |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | kay.brock@co.travis.tx.us | Counsel to Tina Morton Travis County Tax Assessor Collector |
| U.S. Bank National Association | Attn: George Rayzis | george.rayzis@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| U.S. Bank National Association | Attn: Irina Palchuk | irina.palchuk@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | mamta.scott@usbank.com; david.jason@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanver Ashraf, Corporate Trust Services | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Glenn.Gillett@usdoj.gov | Counsel to GSE - Ginnie Mae |
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| UMB Bank NA | Mark B Flannagan | Mark.Flannagan@umb.com | Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | joseph.cordaro@usdoj.gov | Counsel to the United State of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Walters Bender Stohbehn & Vaughan PC | J Michael Vaughan & David M Skeens | mvaughan@wbsvlaw.com;dskeens@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Weil Gotschal & Manges LLP | Gary T Holtzer | gary.holtzer@weil.com | Counsel to Syncora Guarantee Inc |
| Wells Fargo Bank, N.A. | Kelly Rentz | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com ;mary.l.sohlberg@wellsfargo.com | Securitization/HELOC Trustee |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | kristi.garcia@wellsfargo.com | Counsel to Wells Fargo Bank, NA |
| Wendy Alison Nora | | accesslegalservices@gmail.com | Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust | Roseline Maney | rmaney@wilmingtontrust.com | Securitization Trustee |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com | Counsel to GSE - Fannie Mae |

**Exhibit A**

Monthly Service List

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Winston & Strawn LLP | David Neier & Carey D Schreiber | dneier@winston.com; cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn James N Lawlor | jlawlor@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |

# EXHIBIT B

| CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|
| AKERMAN SENTERFITT LLP | | andrea.hartley@akerman.com |
| AKERMAN SENTERFITT LLP | SUSAN F. BALASCHAK, ESQ & HADI KHATIB, ESQ | susan.balaschak@akerman.com; hadi.khatib@akerman.com |
| ALCANTAR LAW PLLC | JOSE RAUL ALCANTAR VILLAGRAN | raul.alcantar@alcantarlaw.com |
| ALLEN & OVERY LLP | KEN COLEMAN & JOHN KIBLER | ken.coleman@allenovery.com; john.kibler@allenovery.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | MICHAEL S GREGER & IVAN GOLD & RICHARD DINETS | mgreger@allenmatkins.com; mgreger@allenmatkins.com; rdinets@allenmatkins.com |
| ALSTON & BIRD LLP | JOHN W. SPEARS | john.spears@alston.com |
| ALSTON & BIRD LLP | MARTIN G BUNIN & JOHN C WEITNAUER | marty.bunin@alston.com; kit.weitnauer@alston.com |
| ALSTON & BIRD LLP | MARTIN G. BUNIN | marty.bunin@alston.com |
| ALSTON & BIRD LLP | MARTIN G. BUNIN | marty.bunin@alston.com |
| BARNES & THORNBURG LLP | DAVID M. POWLEN | david.powlen@btlaw.com |
| BARNES & THORNBURG LLP | DAVID M. POWLEN | david.powlen@btlaw.com |
| BINGHAM MCCUTCHEN LLP | STEVEN WILAMOWSKY | steven.wilamowsky@bingham.com |
| BLANK ROME LLP | STANLEY B. TARR | Tarr@BlankRome.com |
| BLANK ROME LLP | STANLEY B. TARR | Tarr@BlankRome.com |
| BLANK ROME LLP | STANLEY B. TARR | Tarr@BlankRome.com |
| CADWALADER, WICKERSHAM & TAFT LLP | GREGORY M. PETRICK & INGRID BAGBY | gregory.petrick@cwt.com; ingrid.bagby@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | MARK C. ELLENBERG | mark.ellenberg@cwt.com |
| CARTER LEDYARD & MILLBURN LLP | AARON R CAHN | cahn@clm.com; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SEAN A O NEAL AND THOMAS J MOLONEY | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | MICHAEL D. WARNER, ESQ | mwarner@coleschotz.com |
| COOLEY LLP | KEITH MCDANIELS | kmcdaniels@cooley.com |
| CROWE & DUNLEAVY, P.C. | WILLIAM H. HOCH | will.hoch@crowedunlevy.com |
| DAY PITNEY LLP | HERBERY K RYDER | hryder@daypitney.com |
| DAY PITNEY LLP | JAMES J TANCREDI | jjtancredi@daypitney.com |
| DECHERT LLP | GLENN E SIEGEL & CRAIG P DRUEHL | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com |
| DUANE MORRIS LP | RICHARD W. RILEY, ESQUIRE | WMSimkulak@duanemorris.com ; RWRiley@duanemorris.com |
| DUANE MORRIS LP | WENDY M. SIMKULAK | WMSimkulak@duanemorris.com ; RWRiley@duanemorris.com |
| FEATHERSTONE PETRIE DESISTO LLP | ANDREW J. PETRIE | apetrie@featherstonelaw.com |
| FEATHERSTONE PETRIE DESISTO LLP | ANDREW J. PETRIE & SARAH B. WALLACE | apetrie@featherstonelaw.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | PAUL J PASCUZZI | ppascuzzi@ffwplaw.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP | PAUL J. PASCUZZI | ppascuzzi@ffwplaw.com |
| FOLEY & MANSFIELD PLLP | JAMES J LOTZ | jlotz@foleymansfield.com |
| FREDDIE MAC, | KENTON W. HAMBRICK ASSOCIATE GENERAL COUNSEL | kenton_hambrick@freddiemac.com |
| GIBBONS P.C. | JEFFREY S. BERKOWITZ, CHRISTOPHER A. ALBANESE | JBerkowitz @gibbonslaw.com; CAlbanese @gibbonslaw.com |
| GIBBONS P.C. | JEFFREY S. BERKOWITZ, CHRISTOPHER A. ALBANESE | JBerkowitz @gibbonslaw.com; CAlbanese @gibbonslaw.com |
| HERRICK, FEINSTEIN LLP | PAUL RUBIN | prubin@herrick.com |
| HUNTON & WILLIAMS LLP | ROBERT A. RICH | rrich2@hunton.com |
| HUNTON & WILLIAMS LLP | TYLER P. BROWN & JUSTIN F. PAGET | tpbrown@hunton.com; jpaget@hunton.com |

| CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|
| JACKSON WALKER LLP | PATRICIA B. TOMASCO | ptomasco@jw.com |
| JACKSON WALKER LLP | PATRICIA B. TOMASCO | ptomasco@jw.com |
| JONES DAY | HOWARD F. SIDMAN & RICHARD L. WYNNE | rlwynne@JonesDay.com; hfsidman@JonesDay.com |
| KELLEY DRYE & WARREN LLP | JAMES S. CARR & ERIC R WILSON | kdwbankruptcydepartment@kelleydrye.com |
| KIRKLAND & ELLIS | RICHARD M CIERI | richard.cieri@kirkland.com |
| KIRKLAND & ELLIS LLP | RICHARD M. CIERI, RAY C. SCHROCK, AND STEPHEN E. HESSLER | richard.cieri@kirkland.com; ray.schrock@kirkland.com; stephen.hessler@kirkland.com |
| KLESTADT & WINTERS, LLP | SEAN C. SOUTHARD | ssouthard@klestadt.com |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN | keckstein@kramerlevin.com;tmayer@kramerlevin.com;dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com |
| LAW OFFICES OF ROBERT E LUNA PC | ANDREA SHEEHAN | sheehan@txschoollaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LOWENSTEIN SANDLER PC | MICHAEL S ETKIN & IRA M LEVEE & ANDREW D BEHLMANN | metkin@lowenstein.com; ilevee@lowenstein.com ; abehlmann@lowenstein.com |
| LOWENSTEIN SANDLER PC | MICHAEL S ETKIN & IRA M LEVEE & ANDREW D BEHLMANN | metkin@lowenstein.com; ilevee@lowenstein.com ; abehlmann@lowenstein.com |
| MAGNOZZI & KYE, LLP | AMISH R. DOSHI, ESQ. | adoshi@magnozzikye.com |
| MANATT, PHELPS & PHILLIPS | ILEANA M. HERNANDEZ | ihernandez@manatt.com |
| MCKOOL SMITH, P.C. | MICHAEL R. CARNEY | mcarney@mckoolsmith.com |
| MCKOOL SMITH, P.C. | MICHAEL R. CARNEY | mcarney@mckoolsmith.com |
| MCKOOL SMITH, P.C. | PAUL D. MOAK | pmoak@mckoolsmith.com |
| MCKOOL SMITH, P.C. | PAUL D. MOAK | pmoak@mckoolsmith.com |
| MEYER SUOZZI ENGLISH & KLEIN PC | ALAN MARDER ESQ (AM-0114) | amarder@msek.com |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ALAN MARDER, ESQ | amarder@msek.com |
| MILBANK TWEED HADLEY & MCCLOY LLP | GERARD UZZI | guzzi@milbank.com |
| MORGAN LEWIS & BOCKIUS LLP | JAMES L GARRITY JR & JOHN C GOODCHILD III | jgarrity@morganlewis.com; jgoodchild@morganlewis.com |
| MORITT HOCK & HAMROFF LLP | LESLIE A. BERKOFF, ESQ. | lberkoff@moritthock.com |
| OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF NY | UNITED STATES ATTORNEY PREET BHARARA | joseph.cordaro@usdoj.gov |
| PARK HUDSON RAINER & DOBBS LLP | C EDWARD DOBBS JOSHUA LEWIS | edobbs@phrd.com; jlewis@phrd.com; |
| PATTERSON BELKNAP WEBB & TYLER | DAVID W DYKHOUSE & BRIAN P GUIRNEY | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| PATTERSON BELKNAP WEBB & TYLER | DAVID W DYKHOUSE & BRIAN P GUIRNEY | dwdykhouse@pbwt.com; bguiney@pbwt.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | BRANDON JOHNSON | brandon.johnson@pillsburylaw.com |
| PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP | SHERRI D. LYDELL, ESQ. & TERESA SADUTTO-CARLEY, ESQ. | slydell@platzerlaw.com; tsadutto@platzerlaw.com |
| PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP | SHERRI D. LYDELL, TERESA SADUTTO-CARLEY | slydell@platzerlaw.com; tsadutto@platzerlaw.com |
| PROSKAUER ROSE LLP | SCOTT K. RUTSKY & JARED D. ZAJAC | srutsky@proskauer.com; jzajac@proskauer.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | TIMOTHY T BROCK & ABIGAIL SNOW | tbrock@ssbb.com; asnow@ssbb.com |

| CREDITORNAME | CREDITORNOTICENAME | EMAIL |
|---|---|---|
| SEWARD & KISSEL LLP | RONALD L COHEN & ARLENE R ALVES | cohen@sewkis.com |
| SNR DENTON US LLP | HUGH M MCDONALD & LOUIS A CURCIO | hugh.mcdonald@snrdenton.com; louis.curcio@snrdenton.com; |
| STECKBAUER WEINHART JAFFE LLP | BARRY S GLASER | Bglaser@swjlaw.com |
| STINSON MORRISON HECKER LLP | DARRELL W. CLARK | dclark@stinson.com |
| SULLIVAN & CROMWELL LLP | BRIAN D. GLUECKSTEIN | gluecksteinb@sullcrom.com |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM A HAZELTINE | whazeltine@sha-llc.com |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM A. HAZELTINE | whazeltine@sha-llc.com |
| UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK | PREET BHARARA, JOSEPH N. CORDARO | joseph.cordaro@usdoj.gov |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov |
| WEIL GOTSHAL & MANGES LLP | GARY T HOLTZER RONIT J BERKOVICH | gary.holtzer@weil.com; ronit.berkovich@weil.com |
| WEIL, GOTSHAL & MANGES LLP | GARY T. HOLTZER & RONIT J. BERKOVICH | gary.holtzer@weil.com; ronit.berkovich@weil.com |
| WEIS & WEIS LLC | SCOTT A WEISS | Scott@weissnweiss.com; |
| WHITE & CASE LLP | J CHRISTOPHER SHORE & HARRISON L DENMAN | cshore@whitecase.com; hdenman@whitecase.com |
| WINSTON & STRAWN LLP | DAVID NEIER & CAREY D. SCHREIBER & CORINA I, BOGACIU | dneier@winston.com; cschreiber@winston.com; cbogaciu@winston.com |
| WINSTON & STRAWN LLP | DAVID NEIER & CAREY D. SCHREIBER & CORINA I, BOGACIU, JAMES DONNELL AND CHRISTOPHER C. COSTELLO | dneier@winston.com; cschreiber@winston.com; cbogaciu@winston.com; jdonnell@winston.com; cccostello@winston.com |
| WINSTON & STRAWN LLP | JAMES DONNELL, CHRISTOPHER C. COSTELLO | jdonnell@winston.com; cccostello@winston.com |
| WOLF GROUP L.A. | ELLEN K. WOLF | ewolf@wolfgroupla.com |

# EXHIBIT C

Exhibit C

| CREDITORNAME | CREDITORNOTICENAME | FAX |
|---|---|---|
| AIG ASSET MANAGEMENT US LLC | ATTN RUSSELL LIPMAN | 212-770-8528 |
| ALLSTATE LIFE INSURANCE COMPANY | ATTN PETER A MCELVAIN | 847-402-6639 |
| COUNTY ATTORNEY FOR BROWARD COUNTY | JONI ARMSTRONG COFFEY | 954-357-7641 |
| COUNTY OF BENITO | MARY LOU ANDRADE | 831-636-4014 |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | J TED DONOVAN | 212-422-6836 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 267-941-1015 |
| LAW OFFICES OF CHRISTOPHER GREEN | CHRISTOPHER E. GREEN | 206-686-2558 |
| MBIA INSURANCE CORPORATION | ATTN MITCHELL SONKIN | 914-765-3646 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL | 972-315-8637 |
| ROWEN L DRENNE AS REPRESENTATIVE | PLAINTIFFS BRIAN KESSLER ET AL | 816-523-3530 |
| SECRETARY OF STATE | | 212-417-2383 |
| SECRETARY OF STATE, DIVISION OF CORPORATIONS | | 518-474-1418 |
| WILMINGTON TRUST NA | JULIE J BECKER VICE PRESIDENT | 612-217-5651 |