NOV 19 2012

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-12020 (MG) |
| | § | |
| RESIDENTIAL CAPITAL, L.L.C., et al | § | Chapter 11 |
| | § | |
| Debtors | § | Jointly Administered |
| | § | |

## PLAINTIFF'S NOTICE OF ORAL HEARING

Plaintiff, RICHARD D. RODE, file this Notice of Oral Hearing regarding my previously-filed Motion to Lift Stay, and state that a hearing has been scheduled by the Court and set for **Tuesday, January 29, 2013, at 10:00 a.m.** in Honorable Judge Martin Glenn's Court, One Bowling Green, Courtroom 501, New York, New York, 10004:

Respectfully submitted,

*/s/ Richard D. Rode*

Richard D. Rode, Pro Se
2301 West Lawther Drive
Deer Park, Texas 77536
(832) 431-1255
richrode@att.net

PRO SE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via facsimile transmission on the 14th day of November, 2012, on the following counsel of record as indicated below:

Page 1

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 S. Third Street
Suite 900
Columbus, OH 43215


Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Melissa N Licker
Fein, Such & Crane
747 Chestnut Ridge RD
Chestnut Ridge, NY 10977


Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Joel C Haims
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Lorraine S. McGowen
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019


Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104


Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178


Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Mr. Graham Gerhardt
Mr. Brian O'Dell
Bradley, Arant, Boult, Cummings
One Federal Place, 1819 Fifth Avenue North
Birmingham, Alabama  35203

*[signature]*

Richard D. Rode