CERTIFICATE OF SERVICE

This is to certify that I have this day served:

Attorney for the Defendant's

ALEXANDRIA J. REYES

TROUTMAN SANDERS LLP

5200 BANK OF AMERICA PLAZA

600 PEACHTREE STREET, N.E.

ATLANTA, GEORGIA 30308-2216

Residential Capital

C/o KCC

2335 Alaska Avenue

EL Segundo, Ca. 90245

Superior Court, Cobb County Georgia

Clerk Of The Court

70 Haynes Street

Marietta, Georgia 30090

Hand Delivered

1. Motion for leave of the Automatic Stay, Proof of claim.

By depositing a copy of same in the United States Mail, Priority Mail, properly addressed.

1.

This 9th day of November 2012.


Michael Wheeler

*Michael Wheeler*

1728 Victoria Way NW
Kennesaw, Georgia 30152
PH 770.428.8268, 770.235.5344
E-mail: msmhw@mindspring.com