UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Residential Capital LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Rebecca Zarett, depose and state as follows:

I am over 18 years of age, and I am employed by Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, NY 10022.

On November 19, 2012 I caused the following document to be served via electronic mail and first class mail on the list attached hereto as **Exhibit A**:

- Letter Agreement Between Ally Financial Inc., Ocwen Loan Servicing, LLC and Walter Investment Management Corp. [Docket No. 2222]

I declare, under penalty of perjury under the laws of the United States of America that, the above is true and correct.

Dated: New York, New York
       November 19, 2012

_____
Rebecca Zarett
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

State of New York    )
                     ) ss.
County of New York   )

Subscribed and sworn to before me on November 21, 2012.

_____
Beth Friedman Lurie

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20___

K&E 20871167.1

12-12020-mg    Doc 2151    Filed 11/13/12    Entered 11/13/12 17:50:16    Main Document

In re Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AIG Asset Management US LLC | Attn Russell Lipman | 80 Pine St | | New York | NY | 10038 | | 212-770-0948 | 212-770-8528 | | Member of Official Committee of Unsecured Creditors |
| Akerman Senterfitt LLP | Andrea S Hartley | One Southeast Third Ave | 25th Floor | Miami | FL | 33131 | | 305-374-5600 | 305-374-5095 | andrea.hartley@akerman.com | Counsel to EverBank |
| Akerman Senterfitt LLP | Susan F Balaschak & Hadi Khatib | 335 Madison Ave Ste 2600 | | New York | NY | 10017 | | 212-880-3800 | 212-880-8965 | susan.balaschak@akerman.com; hadi.khatib@akerman.com | Counsel to EverBank |
| Akin Gump Strauss Hauer & Feld LLP | Fred S Hodara & Robert A Johnson & Christopher W Carty | One Bryant Park | | New York | NY | 10036-6745 | | 212-872-1000 | 212-872-1002 | rajohnson@akingump.com; ccarty@akingump.com; fhodara@akingump.com | Counsel to Aurelius Capital Management LP |
| Alcantar Law PLLC | Jose Raul Alcantar Villagran | 1040 Avenue of Americas | 24th Floor | New York | NY | 10018 | | 212-658-0222 | 646-568-5843 | raul.alcantar@alcantarlaw.com | Counsel to Neighborhood Assistance Corporation of America |
| Aldine Independent School District | Courtney F Harris, Pamela H Walters | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | | 281-985-6319 | 281-985-6321 | bnkfatty@aldine.k12.tx.us | Attorneys for the Aldine Independent School District |
| Aldridge Connors LLP | Bankruptcy Department | Fifteen Piedmont Center | 3575 Piedmont Rd NE Ste 500 | Atlanta | GA | 30305 | | 404-994-7400 | 888-246-7307 | scfmail@aclawllp.com | PennyMac Loan Services, LLC |
| Allen & Overy LLP | Ken Coleman & John Kibler | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 | 202-610-6399 | ken.coleman@allenovery.com; john.kibler@allenovery.com | Counsel to HSBC Bank USA, NA as Trustee of Certain Mortgage Backed Securities |
| Allstate Life Insurance Company | Attn Peter A McElvain | 3075 Sanders Rd Ste G5A | | Northbrook | IL | 60062 | | 847-402-1477 | 847-402-6639 | | Member of Official Committee of Unsecured Creditors |
| Ally Bank | Tom Houghton | 440 S Church St | # 1100 | Charlotte | NC | 28202 | | 704-444-4825 | | tom.houghton@ally.com | Ally Bank |
| Ally Financial Inc | Jeffrey Brown Corporate Treasurer | 440 S Church St | # 1100 | Charlotte | NC | 28202 | | 704-540-6133 | | jeff.brown@cmacfs.com; william.b.solomon@ally.com | Secured Lender under the Secured Revolver and Line of Credit |
| Alston & Bird LLP | John C Weitnauer Esq | One Atlantic Center | 1201 West Peachtree St | Atlanta | GA | 30309-3424 | | 404-881-7000 | 404-253-8298 | kit.weitnauer@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | Martin G Bunin Esq & William Hao Esq | 90 Park Ave | | New York | NY | 10016 | | 212-210-9400 | 212-210-9444 | marty.bunin@alston.com;william.h ao@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Alston & Bird LLP | William B Macurda | Bank of America Plaza Ste 4000 | 101 S Tryon St | Charlotte | NC | 28280-4000 | | 704-444-1000 | 704-444-1755 | bill.macurda@alston.com | Counsel to Wells Fargo Bank, N.A. in its capacity as trustee, indenture trustee or master servicer of certain RMBS trusts |
| Assistant Attorney General | John Mark Stern bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4868 | | john.stern@texasattorneygeneral.g ov | Counsel to the Texas Comptroller of Public Accounts |
| Attorney General of the State of Michigan Bill Schuette | Juandisha M Harris Asst Attorney General | Cadillac Place Ste 10-200 | 3030 W Grand Blvd | Detroit | MI | 48202 | | 313-456-0140 | | harrisj12@michigan.gov | Attorney General for the State of Michigan |
| Attorney General of the State of New York, Eric T Schneiderman | Victoria L Safran | Nassau Regional Office | 200 Old County Rd Ste 240 | Mineola | NY | 11501 | | 516-248-3302 | | | Counsel to the People of the State of New York, Eric T Schneiderman |
| Bank of New York Mellon | Sarah Stout & Jennifer J Provenzano | 525 William Penn Place | | Pittsburgh | PA | 15259-0001 | | 412-234-7536 | | Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Michael.Spataro@BNYMellon.com; Mageshwaran.Ramasamy@BNYM ellon.com | Securitization/HELOC Trustee |
| Barclays Bank PLC | Alicia Borys & Patrick Kerner | 745 7th Ave 27th Fl | | New York | NY | 10019 | | 212-526-4291;212-526-1447 | 212-526-5115 | alicia.borys@barclays.com;patrick. kerner@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barclays Bank PLC | Joe Tricarno & May Wong | 1301 Sixth Ave | | New York | NY | 10019 | | 212-320-7564;212-320-7890 | 212-554-1444 | krausloanops5@barclays.com | Barclays Bank PLC, as administrative agent under the Pre-Petition GSAP Facility |
| Barnes & Thornburg LLP | David M Powlen | 1000 North West St Ste 1200 | | Wilmington | DE | 19801 | | 302-888-4536 | 302-888-0246 | david.powlen@btlaw.com | Counsel to USAA Federal Savings Bank |
| Barry B Eskanos JD MPA & Ami B Eskanos | | 3122 Pine Tree Dr | | Miami Beach | FL | 33140 | | 305-613-6694 | 305-735-3437 | bbeskanos@aol.com; davids@bbhdlaw.com | Creditor |
| Bernstein Litowitz Berger & Grossmann LLP | David R Stickney & Jonathan D Uslaner & Matthew P Jubenville | 12481 High Bluff Dr Ste 300 | | San Diego | CA | 92130 | | 858-793-0700 | 858-793-0323 | jonathanu@blbglaw.com; matthewj@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| Bernstein Litowitz Berger & Grossmann LLP | Jai K Chandrasekhar | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1400 | 212-554-1444 | jai@blbglaw.com | Counsel to Cambridge Place Investments Management Inc. |
| BMMZ Holding LLC | c/o Ally Financial Inc, Attn Courtney Lowman | 200 Renaissance Center | Mail Code 482-B12-B96 | Detroit | MI | 48265-2000 | | 313-656-6711 | | courtney.lowman@ally.com | Buyer under the Pre-Petition Ally Repo Facility |
| Brian Kessler, et al | c/o Walters Bender Strohbehn & Vaughan, P.C. | 2500 City Center Square, 1100 Main, Suite 2500 | | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | jhaake@wbsvlaw.com | Top 50 Creditors |
| Cadwalader Wickersham & Taft LLP | Gregory M Petrick & Ingrid Bagby | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | 212-504-6666 | gregory.petrick@cwt.com;ingrid.ba gby@cwt.com | Counsel to MBIA Insurance Corporation |
| Cadwalader Wickersham & Taft LLP | Mark C Ellenberg Esq | 700 Sixth St NW | | Washington | DC | 20001 | | 202-862-2200 | 202-862-2400 | mark.ellenberg@cwt.com | Counsel to MBIA Insurance Corporation |
| Caley Dekhoda & Quadri dba Wong Fleming | Dianna J Caley | 2340 130th Ave NE Ste D 150 | | Bellevue | WA | 98005 | | 425-869-4040 | 425-869-4050 | dcaley@wongfleming.com | Counsel to Caley Dekhoda & Qadri |
| Carter Ledyard & Milburn LLP | Aaron R Cahn & Leonardo Trivigno | 2 Wall St | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | bankruptcy@clm.com | Counsel to an Ad Hoc Consortium of RMBS holders |

In re Residential Capital, LLC
Case No. 12-12020 (MG)
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chadbourne & Parke LLP | Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | 212-541-5369 | hseife@chadbourne.com; dlemay@chadbourne.com; rgayda@chadbourne.com; mroitman@chadbourne.com | Counsel to the Examiner, Arthur J Gonzalez |
| Citibank NA | Attn Bobbie Theivakumaran | 390 Greenwich St 6th Fl | | New York | NY | 10013 | | 212-723-6753 | 646-291-3799 | bobbie.theivakumaran@citi.com | Secured lender under the Mortgage Servicing Rights Facility |
| Cleary Gottlieb Steen & Hamilton LLP | Sean A O Neal and Thomas J Moloney | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com | Special Counsel to Wilmington Trust National Association as Indenture Trustee for Various Series of Unsecured Notes |
| Clifford Chance US LLP | Jennifer C DeMarco & Adam Lesman | 31 West 52nd St | | New York | NY | 10019 | | 212-878-8000 | 212-878-8375 | jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com | Counsel to Ocwen Loan Servicing LLC |
| Cohen Milstein Sellers & Toll PLLC | Joel P Laitman, Christopher Lometti, Michael B Eisenkraft, Daniel B Rehns & Kenneth M Rehns | 88 Pine St 14th Fl | | New York | NY | 10005 | | 212-838-7797 | 212-838-7745 | jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com | Counsel to Lead Plaintiff |
| Cole Schotz Meisel Forman & Leonard PA | Michael D Warner & Emily S Chou | 301 Commerce St Ste 1700 | | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@coleschotz.com; echou@coleschotz.com | Counsel to HP Enterprise Services LLC |
| Commonwealth of Pennsylvania, Department of Labor and Industry | Joseph Kots | Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1152 | | 610-378-4511 | 610-378-4459 | ra-li-ucts-bankrupt@state.pa.us | Commonwealth of Pennsylvania, Department of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) |
| Crowe & Dunlevy PC | William H. Hoch | 20 N. Broadway Ave., Ste. 1800 | | Oklahoma City | OK | 73102 | | 405-235-7700 | 405-239-6651 | will.hoch@crowedunlevy.com | Counsel to MidFirst Bank |
| Curtis Mallet-Prevost Colt & Mosle LLP | Maryann Gallagher Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-8881 | 212-697-1559 | mgallagher@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Michael A Cohen Esq | 101 Park Ave | | New York | NY | 10178-0061 | | 212-696-6900 | 212-697-1559 | macohen@curtis.com | Proposed Conflicts Counsel to the Debtors |
| Curtis Mallet-Prevost Colt & Mosle LLP | Steven J Reisman Esq | 101 Park Ave 521 Fifth Ave 17th Fl | | New York New York | NY NY | 10178-0061 10175 | | 212-969-6065 646-554-4421 | 212-697-1559 | sreisman@curtis.com | Proposed Conflicts Counsel to the Debtors |
| David P Stich Esq | | | | | | | | | | | Counsel to NYCTL 2011-A Trust |
| Day Pitney LLP | Herbert K Ryder | 1 Jefferson Rd | | Parsippany | NJ | 07054-2891 | | 973-966-630 | 973-966-1015 | hryder@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | James J Tancredi | 242 Trumbull St | | Hartford | CT | 06103 | | 860-275-0100 | 860-275-0343 | jjtancredi@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Day Pitney LLP | Joshua W. Cohen | 1 Audubon St | | New Haven | CT | 06510 | | 203-752-5000 | 203-752-5001 | jwcohen@daypitney.com | Counsel to Connecticut Housing Finance Authority |
| Dechert LLP | Glenn E Siegel, Hector Gonzalez, Brian E Greer & Mauricio A Espana | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | 212-698-3599 | glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com | Counsel to Bank of New York Mellon Trust Company NA |
| Deutsche Bank | Rosa Mendez | Corporate Trust Department | 1761 E. St. Andrew Place | Santa Ana | CA | 92705-4934 | | 714-247-6309 | 714-855-1556 | rosa.mendez@db.com | Securitization Trustee |
| Deutsche Bank Trust Company Americas | Attn Brendan Meyer | Harborside Financial Center | 100 Plaza One MS: JCY03-0699 | Jersey City | NJ | 07311-3901 | | 201-593-8545 | 646-502-4546 | Brendan.meyer@db.com | Member of Official Committee of Unsecured Creditors |
| Deutsche Bank Trust Company Americas | c/o Kelvin Vargas | 25 De Forest Ave | | Summit | NJ | 07901 | | 201-593-2456 | | kelvin.vargas@db.com | Indenture Trustee to Unsecured Notes / Top 50 Creditor |
| Diem T Nguyen | | 16478 Beach Blvd No 331 | | Westminister | CA | 92683 | | 714-742-5371 | | diem.home@gmail.com | Interested Party, Diem T Nguyen |
| Duane Morris LLP | Gerald S Catalanello Esq & James J Bincequerra Esq | 1540 Broadway | | New York | NY | 10036 | | 212-692-1000 | 212-692-1020 | gcatalanello@duanemorris.com; jvincequerra@duanemorris.com | Counsel to Green Planet Servicing LLC |
| Fannie Mae | Attn Peter McGonigle | 1835 Market St Ste 2300 | | Philadelphia | PA | 19103 | | 215-575-1578 | 240-699-2178 | peter_mcgonigle@fanniemae.com | Prepetition Lender - Fannie Mae |
| Fannie Mae | Catherine Lasher | 950 East Paces Ferry Road | Suite 1900 | Atlanta | GA | 30326 | | 404-398-6901 | | catherine_lasher@fanniemae.com | GSE - Fannie Mae |
| Fedelina Roybal-DeAguero 2008 Trust | | 42265 Little Lake Rd | | Medocino | CA | 94560 | | | | | Counsel to Fedelina Roybal-DeAguero 2008 Trust |
| Fein Such & Crane LLP | Mark K Broyles Esq | 28 East Main St Ste 1800 | | Rochester | NY | 14614 | | 585-232-7400 | 585-325-3119 | broylesmk@recatys.com | Counsel to Bank of America NA, Aurora Loan Services & Residential Capital LLC |
| Fein Such & Crane LLP | Melissa N Licker Esq | 747 Chestnut Ridge Rd | Ste 200 | Chestnut Ridge | NY | 10977 | | 973-538-4700 x289 | 973-538-9915 | mlicker@feinsuch.com | Counsel to GMAC Mortgage LLC |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall, Suite 1450 | | Sacramento | CA | 95814 | | 916-329-7400 x222 | 916-329-7435 | ppascuzzi@ffwplaw.com | Counsel to California Housing Finance Agency |
| FIDC | Dennis J Early | Counsel - Legal Division | 3501 Fairfax Dr Rm VS-D-7076 | Arlington | VA | 22226-3500 | | 703-562-2739 | | dearly@fdic.gov | Counsel to the FDIC |
| Financial Guaranty Insurance Company | Attn John Dubel | 125 Park Ave | | New York | NY | 10017 | | 212-312-3399 | | | Member of Official Committee of Unsecured Creditors |

12-12020-mg    Doc 2151    Filed 11/13/12    Entered 11/13/12 17:50:16    Main Document

In re Residential Capital, LLC
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Mansfield PLLP | Thomas J Lallier | 250 Marquette Ave Ste 1200 | | Minneapolis | MN | 55401 | | 612-338-8788 | 612-338-8690 | tlallier@foleymansfield.com | Counsel to TCF National Bank |
| Freddie Mac | Kenton W Hambrick Associate General Counsel | M/S202 8200 Jones Branch Dr | | McLean | VA | 22102 | | 703-903-2473 | 703-903-3692 | kenton_hambrick@freddiemac.com | Counsel to Freddie Mac |
| Freeborn & Peters LLP | Devon J Eggert Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | deggert@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Freeborn & Peters LLP | Thomas R Rawkes Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606-6677 | | 312-360-6000 | 312-360-6520 | tkawkes@freebornpeters.com | Counsel to Mercer (US) Inc. |
| Frenkel Lambert Weiss Weisman & Gordon LLP | Karen M Sheehan Esq | 20 W Main St | | Bay Shore | NY | 11706 | | 631-969-3100 | 631-969-3100 | ksheehan@flwlaw.com | Wells Fargo Bank, N.A., as Trustee on Behalf of the certificate holders of HSI Asset Loan Obligation Truste 2007-ARI, Mortgage Pass Through Certificates, Series 2007-AR c/o Select Portfolio Servicing; Counsel to MidFirst Bank |
| Gibbons PC | Attn Jeffrey S Berkowitz Esq | One Pennsylvania Plaza 37th Fl | | New York | NY | 10119-3701 | | 212-613-2000 | 212-290-2018 | jberkowitz@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbons PC | Attn Karen A Giannelli Esq | One Gateway Center 9th Fl | | Newark | NJ | 07102-5310 | | 973-596-4500 | 973-596-0545 | kgiannelli@gibbonslaw.com | Counsel to Wells Fargo Bank, NA |
| Gibbs & Bruns LLP | Kathy D Patrick Esq & Scott A Humphries Esq | 1100 Louisiana Ste 5300 | | Houston | TX | 77002 | | 713-650-8805 | 713-750-0903 | kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com | Counsel to Ad Hoc RMBS Holder Group |
| Gibbs & Bruns, L.L.P. | Kathy D. Patrick | 1100 Louisiana | Suite 5300 | Houston | TX | 77002 | | | | kpatrick@gibbsbruns.com | Counsel to the Institutional Investors |
| Ginnie Mae | Ted Tozer | 550 12 St. SW | 3rd Floor | Washington | DC | 20024 | | 202-485-5010 | | theodore.w.tozer@hud.gov | GSE - Ginnie Mae |
| Grant & Eisenhofer PA | Geoffrey C Jarvis Matthew P Morris & Deborah A Elman | 485 Lexington Ave 29th Fl | | New York | NY | 10017 | | 646-722-8500 | 646-722-8501 | gjarvis@gelaw.com;mmorris@gelaw.com; delman@gelaw.com | Counsel to Stichting Pensioenfunds ABP, huntington Bancshares Inc, John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company (U.S.A. Separate Account 6A & John Hancock Life Insurance Company (U.S.A.) Separate Account 131 |
| Hodgson Russ LLP | Garry M Graber Esq | 140 Pearl St Ste 100 | | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | ggraber@hodgsonruss.com | Counsel to Manufacturers and Traders Trust Company |
| HP Enterprise Services LLC | Ayala Hassell Esq | 5400 Legacy Dr | | Plano | TX | 75024 | | 972-605-5507 | 972-605-5616 | ayala.hassell@hp.com | Counsel to HP Enterprise Services LLC |
| Hunton & Williams LLP | Richard P Norton & Robert A Rich | 200 Park Avenue 53rd Fl | | New York | NY | 10166 | | 212-309-1000 | | rnorton@hunton.com;rrich2@hunton.com | Counsel to Newport Management Corporation |
| IBM Corporation | Attn Shawn Konig | 1360 Rene Levesque W Ste 400 | | Montreal | QC | H3G 2W6 | Canada | | | | Counsel to IBM Corporation |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 267-941-1015 | | Internal Revenue Service |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 | | | 267-941-1015 | | Internal Revenue Service |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | | 800-913-9358 | | | Internal Revenue Service |
| Iron Mountain Information Management Inc | | 745 Atlantic Ave | | Boston | MA | 02111- | | 617-535-4744 | 617-451-0409 | bankruptcy2@ironmountain.com | Counsel to Iron Mountain Information Management Inc |
| Jones Day | Joseph Corrigan | | | | | | | | | | |
| Jones Day | Carie E Black | 901 Lakeside Ave | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | cblack@jonesday.com; eciolko@ktmc.com; dmoffa@ktmc.com | Counsel to Financial Guaranty Insurance Company |
| | Corinne Ball, Richard L Wynne & Lance E Miller | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | cball@jonesday.com;rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com | Counsel to Financial Guaranty Insurance Company |
| Kessler Topaz Meltzer & Check LLP | Edward W. Ciolko Donna Siegel Moffa | 280 King of Prussia Rd | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | | Counsel to Plaintiffs and the Putative Class |
| Kilpatrick & Associates PC | Richardo I Kilpatrick | 903 North Opdyke Rd Ste C | | Auburn Hills | MI | 48326 | | 248-377-0700 | | ecf@kaalaw.com | Counsel to Oakland County Treasurer |
| King & Spalding LLP | W. Austin Jowers & Paul K. Ferdinands & Thaddeus D. Wilson | 1180 Peachtree Street N.E. | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5100 | thjawilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com | Counsel to Lone Star U.S. Acquisitions, LLC |
| Kirkland & Ellis | Richard M Cieri | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4770 | 212-446-4900 | | Counsel to the Equity Security Holders (Ally Financial and Ally Bank) |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K Glenn, Matthew B Stein, Daniel A Filman & Nii Amar Amamoo | 1633 Broadway | | New York | NY | 10019 | | 212-506-1700 | 212-506-1800 | aglenn@kasowitz.com;mstein@kasowitz.com; dfilman@kasowitz.com; namamoo@kasowitz.com | Counsel to the Federal Housing Finance Agency as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation |
| Kelley Drye & Warren LLP | James S Carr & Eric R Wilson | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7987 | kdwbankruptcydepartment@kelleydrye.com | Counsel to UMB Bank N.A. as Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| Kirkland & Ellis LLP | Attn Ray C Schrock & Stephen E Hessler | 601 Lexington Ave | | New York | NY | 10022-4611 | | 212-446-4800 | 212-446-4900 | richard.cieri@kirkland.com;ray.schrock@kirkland.com;stephen.hessler@kirkland.com;topiastrodep@kirkland.com;William.b.Solomon@ally.com;Timothy.Devine@ally.com;richard.cieri@kirkland.com | Counsel to the Ally Financial Inc. & Ally Bank |
| Klestadt & Winters LLP | Attn Tracy L Klestadt & Joseph C Corneau | 570 Seventh Ave 17th Fl | | New York | NY | 10018 | | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com;jcorneau@klestadt.com | Counsel to Tracy L Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Kenneth H Eckstein, Thomas Moers Mayer & Douglas H Mannal & Jeffrey Trachtman | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; szide@kramerlevin.com | Counsel to the Official Committee of Unsecured Creditors |
| Kriss & Feuerstein LLP | Jason S Leibowitz | 360 Lexington Ave Ste 1200 | | New York | NY | 10017 | | 212-661-2900 x4115 | 646-454-4168 | jleibowitz@kandfllp.com | Counsel to Wachovia Bank NA as Trustee for the Security National Mortgage Loan Trust 2004-2 |
| Kurtzman Carson Consultants | Alison M. Tearnen Schepper | 2335 Alaska Ave | | El Segundo | CA | 90245 | | | | rescapinfo@kccllc.com | Claims and Noticing Agent |
| Law Offices of Christopher Green | Christopher E. Green | Two Union Square Suite 4285 | 601 Union Street | Seattle | WA | 98101 | | 206-686-4558 | 206-686-2558 | | Counsel to Interested Party, Mary Perkins White |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com | Counsel to Carrollton-Farmers Branch Independent School District and Lewisville Independent School District |
| Leopold & Associates PLLC | Saul Leopold | 80 Business Park Dr Ste 110 | | Armonk | NY | 10504 | | 914-219-5787 | | Dcapponetto@leopoldassociates.com | Counsel to Bank of America NA; Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2; and Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass through Certificates. Series 2007-H3; Deutsche Bank National Trust Company, as Trustee under Pooling and Servicing Agreement Dated 1/2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC1; U.S. Bank NA as Trustee under Pooling and Service Agreement dated 3/1/2007, GSAMP Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007-HE2; and Owen Loan Servicing, LLC |
| Linebarger Goggan Blair & Sampson LLP | Diana W Sanders | Po Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to City of McAllen, South Texas ISD, South Texas College & Cameron County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@lgbs.com | Counsel to Texas Taxing Authorities - Katy ISD, Matagorda County, Cypress-Fairbanks ISD, Tyler County, Cleveland ISD, Fort Bend County, Montgomery County, Harris County, Galveston County, Orange County; Counsel to Taxing Authorities |
| Locke Lord LLP | Casey B Howard | 3 World Financial Center | | New York | NY | 10281-2101 | | 212-812-8342 | 212-812-8372 | choward@lockelord.com | Interested Party |
| Loeb & Loeb LLP | Walter H Curchack, Vadim J Rubinstein & Debra W Minoff | 345 Park Ave | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | wcurchack@loeb.com; vrubinstein@loeb.com; dminoff@loeb.com | Counsel to Wilmington Trust NA, as Indenture Trustee |
| Lowenstein Sandler PC | Andrew Behlmann | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Andrew Behlmann | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | abehlmann@lowenstein.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. |
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 1251 Avenue of the Americas 18th Fl | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com; ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o Counsel to Plaintiffs and the Putative Class |

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S Etkin & Ira M Levee | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com;ilevee@lowenstein.com | Counsel to Lead Plaintiff; o The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company ; and Cambridge Place Investments Management Inc. o Counsel to Plaintiffs and the Putative Class |
| M&TCC | | 1 M&T Plaza, 7th Floor | | Buffalo | NY | 14203 | | | | | Securitization Trustee |
| Magnozzi & Kye LLP | Amish R Doshi Esq | 23 Green St Ste 302 | | Huntington | NY | 11743 | | 631-923-2858 | | adoshi@magnozzikye.com | Counsel to Oracle America Inc |
| Manatee County Tax Collector | Susan D Profant & Ken Burton Jr | 4333 US 301 North | | Ellenton | FL | 34222 | | 941-741-4832 | 941-721-2008 | susanp@taxcollector.com | Counsel to Manatee County Tax Collector |
| Mathis, Riggs & Prather PSC | Donald T Prather | 500 Main St Ste 5 | | Shelbyville | KY | 40065 | | 502-633-5220 | 502-633-0667 | dprather@bizkou.com | Counsel to Donald T Prather, Trustee |
| MBIA Insurance Corporation | Attn Mitchell Sonkin | 113 King St | | Armonk | NY | 10504 | | 914-765-3640 | 914-765-3646 | | Member of Official Committee of Unsecured Creditors |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | Lee Gordon | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | lgordon@mvbalaw.com | Counsel to Texas Ad Valorem Taxing Jurisdictions |
| McKool Smith | Attn: Paul D. Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7302 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to GSE - Freddie Mac |
| McKool Smith PC | Michael R Carney | One Bryant Park 47th Fl | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | mcarney@mckoolsmith.com | Counsel to Freddie Mac |
| McKool Smith PC | Paul D Moak | 600 Travis St., Suite 7000 | | Houston | TX | 77002 | | 713-485-7300 | 713-485-7344 | pmoak@McKoolSmith.com | Counsel to Freddie Mac |
| Milbank, Tweed, Hadley & McCloy LLP | Gerard Uzzi | 1 Chase Manhattan Plaza | | New York | NY | 10005 | | 212-530-5670 | 212-822-5670 | guzzi@milbank.com | Co-Counsel to Ad Hoc Group of Junior Secured Noteholders |
| Missouri Department of Revenue | Attn Steven A Ginther Esq | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyef1@dor.mo.gov | Counsel to Missouri Department of Revenue |
| Morgan Lewis & Bockius LLP | James L Garrity Jr | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | jgarrity@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Michael S Kraut | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | mkraut@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morgan Lewis & Bockius LLP | Patrick D Fleming | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6000 | 212-309-6001 | pfleming@morganlewis.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company, as trustees of certain mortgage backed securities trust |
| Morganroth & Morganroth PLLC | Mayer Morganroth & Jeffrey B Morganroth | 344 N Old Woodward Ave Ste 200 | | Birmingham | MI | 48009 | | 248-864-4000 | 248-864-4001 | mmorganroth@morganrothlaw.co m; jmorganroth@morganrothlaw.com | Counsel to Mary Critchley |
| Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | lberkoff@moritthock.com | Counsel to Cal-Western Reconveyance Corporation |
| Morrison & Foerster LLP | Attn Tammy Hamzehpour | 1290 Avenue of the Americas | | New York | NY | 10104 | | | | Tammy.Hamzehpour@gmacrescap.com;diane.citron@ally.com | Residential Capital LLC |
| Morrison & Foerster LLP | Larren M Nashelsky, Gary S Lee & Lorenzo Marinuzzi | 1290 Avenue of the Americas | | New York | NY | 10104 | | 212-468-8000 | 212-468-7900 | lnashelsky@mofo.com;glee@mofo.com;lmarinuzzi@mofo.com | Counsel to the Debtors |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | jmoldovan@morrisoncohen.com;bankruptcy@morrisoncohen.com | Counsel to the Independent Directors of the Residential Capital, LLC |
| Munger Tolles & Olson LLP | Seth Goldman | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | rdakis@morrisoncohen.com; seth.goldman@mto.com | Counsel to Berkshire Hathaway Inc |
| Munger Tolles & Olson LLP | Thomas B Walper | 355 S Grand Ave | | Los Angeles | CA | 90071 | | 213-683-9100 | | Thomas.walper@mto.com | Counsel to Berkshire Hathaway Inc |
| Nationstar Mortgage LLC | Attn: General Counsel | 350 Highland Drive | | Lewisville | TX | 75067 | | 469-549-2000 | 972-315-8637 | | Stalking Horse Bidder, Nationstar Mortgage |
| Office of Attorney General | Carol E. Momjian | Senior Deputy Attorney General | 21 S. 12th Street, 3rd Floor | Philadelphia | PA | 19107-3603 | | 215-560-2128 | 215-560-2202 | cmomjian@attorneygeneral.gov | Counsel to Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance |
| Office of Shabbir A Khan | Phonxay Keokham | 44 N San Joaquin St Ste 150 | PO Box 2169 | Stockton | CA | 95201 | | 209-468-2980 | 209-468-2158 | attorneys@sjgov.org | County of San Joaquin |
| Office of the NY State Attorney General | Nancy Lord & Enid M Stuart | The Capitol | | Albany | NY | 12224-0341 | | 518-474-5481 | | Nancy.Lord@OAG.State.NY.US;enid.stuart@OAG.State.NY.US | Office of the New York Attorney General |
| Office of the US Attorney for the Southern District of NY | United States Attorney Preet Bharara | One St Andrews Plaza | | New York | NY | 10007 | | 212-637-2200 | 212-637-2685; 914-993-1980;212-637-2745 | joseph.cordaro@usdoj.gov | Office of the United States Attorney for the Southern District of New York |
| Patterson Belknap Webb & Tyler LLP | David W Dykhouse & Brian P Guiney | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | 212-336-2222 | dwdykhouse@pbwt.com;bguiney@pbwt.com | Counsel to Ambac Assurance Corporation |
| Paul N Papas II | Myelegalhelpusa.com | 4727 E Bell Rd Ste 45-350 | | Phoenix | AZ | 85032 | | 602-493-2016 | | Paul_Papas@mylegalhelpusa.com | Counsel to Paul N Papas II |
| Perdue Brandon Fielder Collins & Mott LLP | c/o Elizabeth Banda Calvo | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com | Counsel to Johnson County et al, Richardson ISD |
| Pillsbury Winthrop Shaw Pittman LLP | Attn Ana N Damonte Esq | 50 Fremont St | PO Box 7880 | San Francisco | CA | 94120-7880 | | 415-983-1000 | 415-983-1200 | ana.damonte@pillsburylaw.com | Counsel to 2255 Partners LP |

12-12020-mg    Doc 2151    Filed 11/13/12    Entered 11/13/12 17:50:16    Main Document

In re Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Polsinelli Shughart PC | Daniel J Flanigan & Jason A Nagi | 805 Third Ave Ste 2020 | | New York | NY | 10022 | | 212-684-0199 | 212-759-8290 | dflanigan@polsinelli.com; jnagi@polsinelli.com | Counsel to Representative Plaintiffs and the Putative Class |
| Proskauer Rose LLP | Irena M Goldstein | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | igoldstein@proskauer.com | Counsel to Assured Guaranty Municipal Corp |
| Proskauer Rose LLP | Scott K Rutsky & Jared D Zajac | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | srutsky@proskauer.com; jzajac@proskauer.com | Counsel to Dallas CPT Fee Owner LP |
| Quinn Emanuel Urquhart & Sullivan LLP | Daniel L Brockett & David D Burnett | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; ericvandersen@quinnemanuel.com | Counsel to The Prudential Insurance Company of America, The Gibraltar Life Insurance Company, Ltd., Park Place Commerce Investments, LLC, Prudential Retirement Insurance and Annuity Company, Prudential Annuities Life Assurance Corporation, Pruco Life Insurance Company of New Jersey, Commerce Street Investments, LLC, Institutional Core Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Institutional Core Plus Bond Fund of the Prudential Trust Company Master Commingled Investment Fund for Tax Exempt Trusts, Pru Alpha Fixed Income Opportunity Master Fund I, L.P., Pruco Life Insurance Company, Prudential Annuities Life Assurance Corporation, Prudential Investment Portfolios 2, Prudential Core Short-Term Bond Fund, Prudential Total Return Bond Fund, Inc., Prudential Trust Company, as Trustee for Prudential Merged Retirement Plan, The Prudential Investment Portfolios, Inc., Asset Allocation Fund, The Prudential Life Insurance Company, Ltd., and The Prudential Series Fund, Diversified Bond Portfolio |
| Quinn Emanuel Urquhart & Sullivan LLP | Susheel Kirpalani & Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com | Counsel to AIG Asset Management (US) LLC |
| Reilly Pozner LLP | Michael A Rollin | 1900 16th St Ste 1700 | | Denver | CO | 80202 | | 303-893-6100 | 303-893-6110 | mrollin@rplaw.com | Counsel to Lehman Brothers Holdings Inc |
| Robbins Geller Rudman & Dowd LLP | Christopher M Wood | One Montgomery Street Ste 1800 | Post Montgomery Center | San Francisco | CA | 94104 | | 415-288-4545 | 415-288-4534 | cwood@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robbins Geller Rudman & Dowd LLP | Steven W Pepich | 655 West Broadway Ste 1900 | | San Diego | CA | 92101 | | 619-231-1058 | 619-231-7423 | steven@rgrdlaw.com | Counsel to The Union Central Life Insurance Company, Ameritas Life Insurance Corp. and Acacia Life Insurance Company |
| Robert E Brown PC | | 44 Wall St 12th Fl | | New York | NY | 10005 | | 212-766-9779 | | rbrown@robertbrownlaw.com | Counsel to Certain Homeowners Claimants |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | 562-907-6800 | 562-907-6820 | romero@mromerolawfirm.com | Counsel to Secured Creditor County of San Bernardino, California, a California Taxing Authority |
| Ropes & Gray LLP | D Ross Martin Esq & Keith H Wofford Esq | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | Ross.martin@ropesgray.com; keith.wofford@ropesgray.com | Counsel to Ad Hoc RMBS Holder Group |
| Ropes & Gray LLP | D. Ross Martin | Prudential Tower | 800 Boylston Street | Boston | MA | 02199 | | | | Ross.martin@ropesgray.com | Counsel to the Institutional Investors |
| Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al | | 3725 N Indiana | | Kansas City | MO | 64117 | | 816-726-4615 | 816-523-3530 | | Member of Official Committee of Unsecured Creditors |
| Samuel I White PC | D Carol Sasser Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-490-9284 | 757-497-2602 | dsasser@siwpc.com | Counsel to Samuel I White PC |
| Samuel I White PC | Donna J Hall Esq | 5040 Corporate Woods Dr Ste 120 | | Virginia Beach | VA | 23462 | | 757-457-1485 | 757-497-1193 | dhall@siwpc.com | Counsel to Samuel I White PC |
| Scarinci & Hollenbeck LLC | Joel R Gluckman Esq | 1100 Valley Brook Ave | PO Box 790 | Lyndhurst | NJ | 07071-0790 | | 201-896-4100 | | jgluckman@scarincihollenbeck.com | Counsel to the City of Union City, New Jersey; and Counsel to Township of Wall |
| Schlam Stone & Dolan LLP | Bennette D. Kramer | 26 Broadway, 19th Floor | | New York | NY | 10004 | | 212-344-5400 | | bdk@schlamstone.com | Counsel to Certain Homeowners Claimants |
| Schnader Harrison Segal & Lewis LLP | Barry Bressler & Richard A Barkasy | 1600 Market St Ste 3600 | | Philadelphia | PA | 19103-7286 | | 215-751-2050 | 215-751-2205 | bbressler@schnader.com; rbarkasy@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schnader Harrison Segal & Lewis LLP | Benjamin P Deutsch Esq | 140 Broadway Ste 3100 | | New York | NY | 10005-1101 | | 212-973-8000 | 212-972-8798 | bdeutsch@schnader.com | Counsel to Liberty Property Limited Partnership |
| Schulte Roth & Zabel LLP | Adam C Harris | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com | Counsel to Cerberus Capital Management LP |

In re Residential Capital, LLC
General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schulte Roth & Zabel LLP | Howard O Godnick | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | howard.godnick@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Marguerite Gardiner | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | marguerite.gardiner@srz.com | Counsel to Cerberus Capital Management LP |
| Schulte Roth & Zabel LLP | Michael G Cutini | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cutini@srz.com | Counsel to Cerberus Capital Management LP |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 | | 212-417-5800 | 212-417-2383 | | Secretary of the State |
| Secretary of State, Division of Corporations | | 99 Washington Ave Ste 600 | | Albany | NY | 12231-0001 | | 518-473-2492 | 518-474-1418 | | Secretary of the State - Division of Corporations |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317 or 202-772-9318 | secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters |
| Securities & Exchange Commission NY Regional Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | secbankruptcy@sec.gov;newyork@sec.gov bankruptcynoticeschr@sec.gov | Securities and Exchange Commission - New York Regional Office |
| Seward & Kissel LLP | Greg S Bateman | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1436 | 212-480-8421 | bateman@sewkis.com | Wells Fargo Bank, N.A., as collateral agent for the Prepetition Junior Secured Notes, as collateral agent for the Prepetition Ally Revolver, and as collateral control agent under the Intercreditor Agreement, dated as June 6, 2008 |
| Seward & Kissell LLP | Ronald L Cohen & Kalyan Das | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1200 | 212-480-8421 | cohen@sewkis.com;das@sewkis.com; bintger@sewkis.com | Counsel to US Bank National Association as Securitization Trustee; Counsel to US Bank as Master Servicer |
| Shafferman & Feldman LLP | Joel M Shafferman Esq | 286 Madison Ave Ste 502 | | New York | NY | 10017 | | 212-509-1802 | | joel@shafeldlaw.com | Counsel to NYCTL 2011-A Trust |
| Shapiro Blasi Wasserman & Gora PA | Thomas A Conrad Esq | 7000 Glades Rd Ste 400 | | Boca Raton | FL | 33434 | | 516-477-7800 | 516-477-7722 | jaconrad@sbwlawfirm.com | Counsel to Petra Finance LLC |
| Shearman & Sterling LLP | Fredric Sosnick & Susan A Fennessey | 599 Lexington Ave | | New York | NY | 10022 | | 212-848-4000 | 646-848-7179 | fsosnick@shearman.com;sfenness ey@shearman.com | Counsel to Citibank NA |
| Sidley Austin LLP | Larry J Nyhan & Jessica CK Boelter | One Dearborn | | Chicago | IL | 60603 | | 312-853-7710 | 312-853-7036 | lnyhan@sidley.com;jboelter@sidle y.com;bmyrick@sidley.com | Counsel to Nationstar |
| Skadden Arps Slate Meagher & Flom LLP | Jonathan H. Hofer | Four Times Square | | New York | NY | 10036 | | 212-735-3849 | 917-777-3849 | jhofer@skadden.com;nikolay.kode s@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Skadden Arps Slate Meagher & Flom LLP | Ken Ziman | Four Times Square | | New York | NY | 10036 | | 212-735-3000 | 917-777-3310 | ken.ziman@skadden.com | Counsel to Barclays Bank PLC |
| Skadden Arps Slate Meagher & Flom LLP | Sarah M Ward | Four Times Square | | New York | NY | 10036 | | 212-735-2126 | 917-777-2126 | sarah.ward@skadden.com | Counsel to the administrative agent for the Debtors' proposed providers of debtor in possession financing |
| Sullivan Hazeltine Allinson LLC | William A Hazeltine Esq | 901 N Market St Ste 1300 | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com | Counsel to Barclays Bank PLC |
| Talcott Franklin P.C. | Suzanne D T Lovett | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | | tal@talcottfranklin.com | Counsel to Institutional Investors & an Ad Hoc Consortium of RMBS holders |
| Talcott Franklin P.C. | Attn: Pranali Datta | 1 Old Country Rd., Ste 113 | | Carle Place | NY | 11514 | | 516-742-1212 | 516-742-6595 | pdatta@hhstein.com | Counsel to OneWest Bank FSB |
| Stinson Morrison Hecker LLP | Andrew W. Muller | 1201 Walnut, Ste. 2900 | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | amuller@stinson.com | Counsel to Bank of the West |
| Talcott Franklin P.C. | Derek S Witte | 208 N. Market Street, Suite 200 | | Dallas | TX | 75202 | | 214-736-8730 | 877-577-1356 | derek@talcottfranklin.com | Counsel to an Ad Hoc Consortium of RMBS holders |
| TCF National Bank | janella J Miller Senior Vice President & Senior Counsel | 200 Lake St | | Wayzata | MN | 55391 | | 952-745-2716 | | jmiller@tcfbank.com | Counsel to TCF National Bank |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Esq | 1 Barker Ave Third Fl | | White Plains | NY | 10601 | | 914-437-7670 | 914-437-7672 | jteitelbaum@tblawllp.com | Counsel to JPMorgan Chase Bank, NA |
| Tennessee Department of Revenue | c o TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | AGBankNewYork@ag.tn.gov | Tennessee Attorney Generals Office |
| The Bank of New York Mellon | Asset-Backed Securities Group | 101 Barclay St 4W | | New York | NY | 10286 | | | | | Indenture Trustee under the Pre-Petition GSAP Facility |
| The Bank of New York Mellon | Attn Robert H Major Vice President | 6525 West Campus Oval | | New Albany | OH | 43054 | | 614-775-5278 | 614-775-5636 | robert.major@bnymellon.com | Member of Official Committee of Unsecured Creditors |
| The Canada Trust Company | Susan Khokher | 79 Wellington Street, West, 8th Floor | PO Box 1, Toronto-Dominion Centre | Toronto | ON | M5K 1A2 | Canada | 416-308-3825 | 416-983-2044 | Adam.Parkin@tdsecurities.com;Christopher.stevens@tdsecurities.com | Securitization Trustee |
| Travis County Attorney | Kay D Brock Assistant Travis County Atty | PO Box 1748 | | Austin | TX | 78767 | | 512-854-9513 | 512-854-4808 | kay.brock@co.travis.tx.us | Counsel to Tina Morton Travis County Tax Assessor Collector |
| U.S. Bank National Association | Attn: George Rayzis | 50 South 16 th Street | Suite 2000 | Philadelphia | PA | 19102 | | 215-761-9317 | | george.rayzis@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| U.S. Bank National Association | Attn: Irina Palchuk | 60 Livingston Avenue | EP-MN-WS1D | St. Paul | MN | 55107 | | 651-495-3404 | 651-495-8100 | irina.palchuk@usbank.com | Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| U.S. Bank National Association | Attn: Mamta K Scott & David A Jason | 190 S. LaSalle Street | | Chicago | IL | 60603 | | 312-332-6578 | | mamta.scott@usbank.com;david.jason@usbank.com | Member of Official Committee of Unsecured Creditors |
| U.S. Bank National Association | Michelle Moeller | 60 Livingston Ave. | | St. Paul | MN | 55107 | | 651-495-3839 | 866-869-1624 | michelle.moeller@usbank.com | Securitization/HELOC Trustee |
| U.S. Bank National Association | Tanveer Ashraf, Corporate Trust Services | West Side Flats, EP-Mn-WS3D | 60 Livingston Ave. | St. Paul | MN | 55107 | | 651-495-3882 | 866-831-7910 | tanveer.ashraf@usbank.com | Securitization/HELOC Trustee |
| U.S. Department of Justice | Attn: Glenn D. Gillette | Civil Division | 1100 L Street NW, Room 10018 | Washington | DC | 20005 | | | | Glenn.Gillett@usdoj.gov | Counsel to GSE - Ginnie Mae |

12-12020-mg    Doc 2151    Filed 11/13/12    Entered 11/13/12 17:50:16    Main Document
Residential Capital, LLC, et al.
Case No. 12-12020 (MG)
Pg 8 of 8

General Service List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Department of Justice | US Attorney General, Eric H. Holder, Jr. | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | | 202-514-2063 | 202-307-6777 | AskDOJ@usdoj.gov | Office of the United States Attorney General |
| UMB Bank NA | Mark B Flannagan | 1010 Grand Blvd, 4th Floor | | Kansas City | MO | 64106 | | 816-860-3009 | 816-860-3029 | Mark.Flannagan@umb.com | Successor Indenture Trustee to the Debtors' Prepetition Junior Secured Notes |
| United States Attorney's Office for the Southern District of New York civil Division | Attn Joseph Cordaro | 86 Chambers St 3rd Fl | | New York | NY | 10007 | | | | joseph.cordaro@usdoj.gov; | Counsel to the United State of America |
| US Trustee for the Southern District of NY | Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto | 33 Whitehall St 21st Fl, Region 2 | | New York | NY | 10004 | | 212-510-0500 | 212-668-2255 | Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov | Office of the United States Trustee for the Southern District of New York |
| Walters Bender Stolhbehn & Vaughan PC | J Michael Vaughan & David M Skeens | 2500 City Center Square | 1100 Main St | Kansas City | MO | 64105 | | 816-421-6620 | 816-421-4747 | mvaughan@wbsvlaw.com;dskeen s@wbsvlaw.com | Counsel to Representative Plaintiffs and the Putative Class |
| Weil Gotschal & Manges LLP | Gary T Holtzer | 767 Fifth Ave | | New York | NY | 10153 | | 212-310-8000 | 212-310-8007 | gary.holtzer@weil.com | Counsel to Syncora Guarantee Inc |
| Wells Fargo Bank NA | Attn Corporate Trust Services - GMACM Home Equity Notes 2004 Variable Funding Trust | PO Box 98 | 9062 Old Annapolis Road | Columbia | MD | 21046 | | | | | GMEN Indenture Trustee at Corporate Trust Office |
| Wells Fargo Bank, N.A. | Kelly Rentz | Corporate Trust Services | | Columbia | MD | 21045 | | 410-884-2208 | 410-715-2380 | kelly.j.rentz@wellsfargo.com; Nichlaus.M.Ross@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com | Securitization/HELOC Trustee Counsel to Wells Fargo Bank, NA |
| Wells Fargo Law Department | Kristi Garcia Esq Senior Counsel | MAC T7405-010 | 4101 Wiseman Blvd | San Antonio | TX | 78251 | | 210-543-5747 | 210-543-3015 | kristi.garcia@wellsfargo.com | Claimant, Counsel to Prospective Claimant Ray Elliott & Claimant Paul Papas |
| Wendy Alison Nora | | 210 Second St NE | | Minneapolis | MN | 55413 | | 612-333-4144 | 612-886-2444 | accesslegalservices@gmail.com | |
| White & Case LLP | J Christopher Shore & Ian J Silverbrand | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8479 | 212-354-8113 | cshore@whitecase.com; silverbrand@whitecase.com; dthatch@whitecase.com | Counsel to Wells Fargo as collateral agent for the Prepetition Junior Secured Notes |
| Willkie Farr & Gallagher LLP | Marc Abrams & Richard Choi & Jennifer J Hardy | 787 Seventh Avenue | | New York | NY | 10019 | | 212-728-8000 | 212-728-8111 | mabrams@willkie.com; jhardy2@willkie.com | Counsel to Monarch Alternative Capital LP |
| Wilmington Trust | Roseline Maney | 1100 N. Market St. | | Wilmington | DE | 19801 | | 302-636-6489 | 302-636-4140 | rmaney@wilmingtontrust.com | Securitization Trustee |
| Wilmington Trust NA | Julie J Becker Vice President | 50 South Sixth St Ste 1290 | | Minneapolis | MN | 55402-1544 | | 612-217-5628 | 612-217-5651 | | Member of Official Committee of Unsecured Creditors |
| Wilson Elser Moskowitz Edelman & Dicker LLP | Attn David L Tillem | 3 Gannett Dr | | White Plains | NY | 10604-3407 | | 914-323-7000 ext 7104 | 914-323-7001 | david.tillem@wilsonelser.com | Counsel to the County of Putnam, Department of Finance |
| Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | | New York | NY | 10166 | | 212-294-5318 | 212-294-4700 | dneier@winston.com | Counsel to GSE - Fannie Mae |
| Winston & Strawn LLP | David Neier & Carey D Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | cschreiber@winston.com | Counsel to Federal National Mortgage Association |
| Wollmuth Maher & Deutsch LLP | Attn: James N Lawlor | One Gateway Center 9th Fl | | Newark | NJ | 07102- | | 973-733-9200 | 973-733-9292 | jlawlor@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Wollmuth Maher & Deutsch LLP | Attn Paul R DeFilippo & Steven S Fitzgerald | 500 Fifth Ave 12th Fl | | New York | NY | 10110 | | 212-382-3300 | 212-382-0050 | pdefilippo@wmd-law.com;sfitzgerald@wmd-law.com | Counsel to The Western and Southern Life Insurance Company et al |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1185 Avenue of the Americas, 31st Floor | | New York | NY | 10036 | | 212-704-9600 | 212-704-4256 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |
| Zuckerman Spaeder LLP | Graeme W. Bush & Nelson C. Cohen & Laura E. Neish | 1800 M Street, N.W., Suite 1000 | | Washington | DC | 20036 | | 202-778-1800 | 202-822-8106 | gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com | Counsel to National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union and Constitution Corporate Federal Credit Union |