UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: RESIDENTIAL CAPITAL, LLC, et al.

Case No.: 12-12020MG

Chapter 11

Debtor
-----------------------------------------------------------x
GEORGE VAN WAGNER,

Adversary Proceeding No.: 12-01913 MG

Plaintiff

v.

RESIDENTIAL FUNDING COMPANY,
LLC, et al., NATIONAL CITY MORTGAGE,
GOLDEN & AMOS PLLC, TIM AMOS,   Defendant
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Chris R. Arthur, Esquire, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Seneca Trustees, Inc., a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of West Virginia and, if applicable, the bar of the U.S. District Court for the Southern District of West Virginia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/20/2012
_____, New York

/s/ Chris R. Arthur

Mailing Address:

Samuel I. White, PC
601 Morris Street, Suite 400
Charleston, WV 25301
E-mail address: carthur@siwpc.com
Telephone number: (304) 414-0200