**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:  RESIDENTIAL CAPITAL, LLC, et al.          Case No.: 12-12020 MG

                                                  Chapter  11

                                    Debtor
------------------------------------------------------------------x
          GEORGE VAN WAGNER,          Adversary Proceeding No.:  12-01913 MG
                              Plaintiff

                          v.

          RESIDENTIAL FUNDING COMPANY,
          LLC, et al.; NATIONAL CITY
          MORTGAGE;
          GOLDEN & AMOS, PLLC; TIM AMOS
          GMAC MORTGAGE;
          PETER T. DEMASTERS;
          FLAHERTY, SENSABAUGH, BONASSO
          PLLC;
          SUSAN ROMAIN
          PNC BANK NATIONAL ASSOCIATION;
          SENECA TRUSTEES, INC.;
          JASON MANNING,
          TROUTMAN SANDERS, LLP
                                    Defendants.
------------------------------------------------------------------x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*


          Upon the motion of Chris R. Arthur, Esquire      , to be admitted ***pro hac vice***, to represent
Seneca Trustees, Inc.          , (the "Client"), a       Defendant       in the above referenced
adversary proceeding, and upon the movant's certification that the movant is a member in good standing
of the bar in the State of          West Virginia          and, if applicable, the bar of the U.S. District
Court for the  Southern District of       West Virginia     , it is hereby


          **ORDERED**, that  Chris R. Arthur     , Esq., is admitted to practice, ***pro hac vice***, in the above-
referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the
Southern District of New York, provided that the filing fee has been paid.


Dated: _____

_____, New York      /s/ _____

                                                UNITED STATES BANKRUPTCY JUDGE