```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:  RESIDENTIAL CAPITAL, LLC, et al.          Case No.: 12-12020 MG
                                                  Chapter  11

                        Debtor
---------------------------------------------------------------x
    GEORGE VAN WAGNER,                            Adversary Proceeding No.: 12-01913 MG
                        Plaintiff,
              v.
    RESIDENTIAL FUNDING COMPANY,
    LLC, et al.; NATIONAL CITY MORTGAGE;
    GOLDEN & AMOS, PLLC; TIM AMOS
    GMAC MORTGAGE;
    PETER T. DEMASTERS;
    FLAHERTY, SENSABAUGH, BONASSO PLLC;
    SUSAN ROMAIN
    PNC BANK NATIONAL ASSOCIATION;
    SENECA TRUSTEES, INC.;
    JASON MANNING,
    TROUTMAN SANDERS, LLP
                        Defendants.
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned does herby certify that on the 21st day of November, 2012, a full and complete copy of the foregoing **"DEFENDANT SENECA TRUSTEES, INC.'S MOTION TO DISMISS"** was served upon the counsel of record via U.S. Mail, postage prepaid, and addressed as follows:

Norman Scott Rosenbaum, Esquire
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
*Counsel for Residential Funding Company, LLC*

David A. Abrams, Esquire
Strongin Rothman & Abrams, LLP
5 Hanover Sq.
4th Floor
New York, NY 10004
*Counsel for Peter DeMasters; Flaherty, Sensabaugh, Bonasso, PLLC; and Susan Romain*

George Van Wagner
P.O. Box 867
Martinsburg, WV 25402
*Pro Se Plaintiff*

      /s/   Kiyam J. Poulson
      Kiyam J. Poulson, Esq.
      Chris R. Arthur, Esq. (WVSB #9192)