UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:  RESIDENTIAL CAPITAL, LLC, et al.           Case No.: 12-12020 MG
                                                                            Chapter  11
                                    Debtor
-----------------------------------------------------------x
GEORGE VAN WAGNER,

                                    Plaintiff,         Adversary Proceeding No.: 12-01913 MG

                        v.
RESIDENTIAL FUNDING COMPANY,
LLC, et al.; NATIONAL CITY MORTGAGE;
GOLDEN & AMOS, PLLC; TIM AMOS
GMAC MORTGAGE;
PETER T. DEMASTERS;
FLAHERTY, SENSABAUGH, BONASSO PLLC;
SUSAN ROMAIN
PNC BANK NATIONAL ASSOCIATION;
SENECA TRUSTEES, INC.;
JASON MANNING,
TROUTMAN SANDERS, LLP
                                    Defendants.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned does herby certify that on the 21st day of November, 2012, a full and complete copy of the foregoing **"MEMORANDUM OF LAW IN SUPPORT OF SENECA TRUSTEE'S INC.'S MOTION TO DISMISS"** was served upon the counsel of record via U.S. Mail, postage prepaid, and addressed as follows:

Norman Scott Rosenbaum, Esquire
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
*Counsel for Residential Funding Company, LLC*

David A. Abrams, Esquire
Strongin Rothman & Abrams, LLP
5 Hanover Sq.
4th Floor
New York, NY 10004
*Counsel for Peter DeMasters; Flaherty, Sensabaugh, Bonasso, PLLC; and Susan Romain*

George Van Wagner
P.O. Box 867
Martinsburg, WV 25402
*Pro Se Plaintiff*

                                    /s/ Kiyam J. Poulson
                            Kiyam J. Poulson, Esq.
                            Chris R. Arthur, Esq. (WVSB #9192)