UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF DISINTERESTEDNESS

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) |
| COUNTY OF HENNEPIN | ) |

Michael A. Putnam, being duly sworn, upon his/her oath, deposes and says:

1. I am a partner of Malklerson Gunn Martin LLP, located at 1900 US Bank Plaza, South Tower, 220 South Sixth Street, Minneapolis, MN 55402 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors,") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with theses Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transaction involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapters 11 Cases,

5.  Neither I nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.  Neither I nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7.  The Debtors owe the Firm $6,232.40 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8.  As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information obtained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2012

Michael A. Putnam

Sworn to and subscribed before me
This 13th day of November, 2012

Notary Public



JILL E. TRESKA
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2016

151943

2

*In re Residential Capital, LLC,* et al.
Chapter 11 Case No. 12-12020 (MG)

### RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

<u>THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF, PLEASE REMIT IT TO THE FOLLOWING ADDRESS</u>:

> Morrison & Foerster LLP
> 1290 Avenue of the America
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Malkerson Gunn Martin LLP
   1900 US Bank Plaza, South Tower
   220 South Sixth Street
   Minneapolis, MN 55402

2. Date of original retention: February 2008

3. Brief description of legal service to be provided:

   Assist in residual work-out of BCG portfolio

4. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable): $340.00

   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

   $4,000.00

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

151945

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $6,232.40

   Date claim arose: May 15, 2012

   Source of claim: Time billed from 4-1-12 through 5-15-12

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   NONE

7. Stock of any of the Debtors currently held by the firm:

   NONE

8. Stock of any of the Debtors currently held individually by any member, associate or professional employee of the firm:

   NONE

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   NONE

                                            Name: Michael A. Putnam

                                            Title: Partner

151945