Hearing Date: December 20, 2012 at 10:00 a.m.
Objection Deadline: December 3, 2012 at 4:00 p.m.

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369

*Counsel for the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

# NOTICE OF APPLICATION OF THE EXAMINER FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP AS CONFLICTS COUNSEL TO THE EXAMINER
## *NUNC PRO TUNC* TO OCTOBER 15, 2012

PLEASE TAKE NOTICE that a hearing on the attached Application of the Examiner for Order Authorizing the Retention and Employment of Wolf Haldenstein Adler Freeman & Herz LLP as Conflicts Counsel to the Examiner *Nunc Pro Tunc* to October 15, 2012 (the "Application"), as more fully described in the Application, will be held on **December 20, 2012 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 [Docket No. 141] (the "Case Management Order"), and served on the undersigned counsel and on the Special Service List, as the term is defined in the Case Management Order, so as to be received no later than **December 3, 2012 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if an objection to the Application is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
      November 21, 2012

                             **CHADBOURNE & PARKE LLP**

                By:  */s/ Howard Seife*
                     Howard Seife
                     David M. LeMay
                     Members of the Firm
                     30 Rockefeller Plaza
                     New York, New York 10112
                     Tel.: (212) 408-5100
                     Fax: (212) 541-5369

                     *Counsel for the Examiner*