**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
Seven Rivera
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-5100
Facsimile:   (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,             :   Case No. 12-12020 (MG)
                                                             :
                   Debtors.                                  :   Jointly Administered
------------------------------------------------------------ x

### NOTICE OF FILING OF SECOND SUPPLEMENT TO EXAMINER'S WORK PLAN

**PLEASE TAKE NOTICE THAT** on August 6, 2012, Arthur J. Gonzalez, the Court-

appointed Examiner (the "<u>Examiner</u>") of Residential Capital, LLC and its affiliated debtors, filed the

Examiner's Work Plan [Docket 1010].

**PLEASE TAKE FURTHER NOTICE THAT** on August 23, 2012, the Examiner filed a

Supplement to the Examiner's Work Plan [Docket 1240].

**PLEASE TAKE FURTHER NOTICE THAT** on November 26, 2012, the Examiner filed a

Second Supplement to the Examiner's Work Plan [Docket 2263].

Dated:  New York, New York
        November 26, 2012

**CHADBOURNE & PARKE LLP**

By:   */s/ Howard Seife*
      Howard Seife
      David M. LeMay
      Seven Rivera
      30 Rockefeller Plaza
      New York, New York 10112
      Telephone:  (212) 408-5100
      Facsimile:  (212) 541-5369
      *Counsel to the Examiner*

CPAM: 4912216.5