UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE:                                                                 CASE NO. 12-12020-MG
                                                                       CHAPTER 11

**RESIDENTIAL CAPITAL, LLC, et al.,**                   NOTICE OF APPEARANCE AND
                                                                       REQUEST FOR SERVICE OF PAPERS

                    Debtor

------------------------------------------------------------x

S I R S:

    **PLEASE TAKE NOTICE**, that STEIN, WIENER & ROTH, L.L.P., on behalf of US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1, hereby enters its appearance as attorneys for US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1, in the above matter, and pursuant to Bankruptcy Rule 2002, request that its name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

    STEIN, WIENER & ROTH, L.L.P.
    One Old Country Road, Suite 113
    Carle Place, New York 11514

    **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

DATED:    November 26, 2012
                Carle Place, New York

                                STEIN, WIENER & ROTH, L.L.P.

                                BY: _____
                                PRANALI DATTA, ESQ.
                                Attorneys for US Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Acceptance Corp. Mortgage Pass-Through Certificates, Series 2006-1
                                One Old Country Road, Suite 113
                                Carle Place, New York 11514
                                (516) 742-1212

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                                          CASE NO. 12-12020-MG

**RESIDENTIAL CAPITAL, LLC, et al.,**                                          CHAPTER 11


                                        Debtor


------------------------------------------------------------X

=================================================================

**NOTICE OF APPEARANCE and
REQUEST FOR SERVICE OF PAPERS**

=================================================================




                    STEIN, WIENER & ROTH, L.L.P.
                    Attorneys for US Bank National Association, as Trustee for Credit Suisse
                    First Boston Mortgage Acceptance Corp. Mortgage Pass-Through
                    Certificates, Series 2006-1
                    Office & P.O. Address
                    One Old Country Road, Suite 113
                    Carle Place, New York 11514
                    (516) 742-1212
                    60994/ASC