**Exhibit 2**

**DYKEMA GOSSET PLLC**
1717 Main Street, Suite 4000
Dallas, TX 75201
T: 214-462-6400
F: 214-462-6401
Jeffrey R. Fine, Esq.

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF QUARTERLY
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

　　Upon consideration of Application of Dykema Gossett PLLC for an Award of Compensation and Reimbursement of Expenses for Services Rendered as an Ordinary Course Professional for the Debtors for the Period June 1, 2012 Through August 31, 2012 (the "Application"); and a hearing having been held before this Court to consider the Application on _____, 20__; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby,

　　ORDERED, that the Application is granted to the extent set forth in the Application.

Dated: New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Martin Glenn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge