**Exhibit 3**

**DYKEMA GOSSET PLLC**
1717 Main Street, Suite 4000
Dallas, TX 75201
T: 214-462-6400
F: 214-462-6401
Jeffrey R. Fine, Esq.

*Ordinary Course Professional for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------------------- ) | | |
| In re: ) | Case No. 12-12020 (MG) | |
| ) | | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., ) | Chapter 11 | |
| ) | | |
| Debtors. ) | Jointly Administered | |
| ----------------------------------------------------------------- ) | | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the date below, I caused a true and correct copy of the

**APPLICATION OF DYKEMA GOSSETT PLLC FOR AN AWARD OF**

**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES**

**RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS**

**FOR THE PERIOD OF JUNE 1, 2012 THROUGH AUGUST 31, 2012** and notice thereof to

be served upon the entities on the attached list by ECF and/or U.S. Mail First Class.

Dated:  November 26, 2012

By:  */s/ Jeffrey R. Fine*
Jeffrey R. Fine

## SERVICE LIST

| **Counsel to Debtor**<br>Morrison & Foerster LLP<br>Attn: Larren M. Nashelsky<br>Gary S. Lee and Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **United States Trustee**<br>Office of the U.S. Trustee for the Southern<br>District of New York<br>Attn: Tracy Hope Davis<br>Linda A. Rifkin and Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
|---|---|
| **Counsel for Creditors' Committee**<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein<br>and Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Counsel for Barclays Bank PLC**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kenneth S. Ziman<br>and Jonathan H. Hofer<br>4 Times Square<br>New York, NY 10036 |