# DYKEMA

ALLY BANK
JULY 23, 2012

CLIENT-MATTER NO.    086797-0258
INVOICE NO.   1464478
PAGE NO.   2

## RE:  GMAC MORTGAGE, LLC - LOSS MITIGATION PROJECT

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/11/12 | HAYDN J. RICHARDS | RESEARCH ███████ RE IN-STATE OFFICE REQUIREMENT; TELEPHONE CALL TO AND TELEPHONE CALL FROM ███████ RE SAME, VARIOUS LICENSING MATTERS ██████████ | 0.60 | 249.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................    **0.60**
**TOTAL LEGAL FEES** .................................................................................$    **249.00**



ALLY BANK
JULY 23, 2012

CLIENT-MATTER NO.    086797-0258
INVOICE NO.  1464478
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| HAYDN J. RICHARDS | SR COUNSEL | 0.60 | 415.00 | 249.00 |
| **TOTAL** | | **0.60** | | **249.00** |

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0177
INVOICE NO.  1466432
PAGE NO.  2

## RE:  HAIDAR-AHMAD (0601889360)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/06/12 | JENNIFER BOUERI CHILS | ANALYSIS RE CASE STRATEGY FOR ██████ ██████████ | 0.30 | 61.50 |
| 06/06/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH CLIENT RE ██████ ████████ | 0.20 | 41.00 |
| 06/06/12 | JENNIFER BOUERI CHILS | ANALYSIS RE STRATEGY FOR ███████ ██████████ | 0.20 | 41.00 |
| 06/06/12 | JENNIFER BOUERI CHILS | ANALYSIS RE COURT RULES PERTAINING TO MICHIGAN SUPREME COURT APPLICATIONS FOR LEAVE TO APPEAL. | 0.20 | 41.00 |
| 06/06/12 | JENNIFER BOUERI CHILS | ANALYSIS RE APPLICATION FOR LEAVE TO APPEAL FILED BY PLAINTIFF WITH THE MICHIGAN SUPREME COURT. | 1.00 | 205.00 |
| 06/06/12 | JENNIFER BOUERI CHILS | ANALYSIS RE SUPREME COURT DOCKET RE APPLICATION FOR LEAVE TO APPEAL FILED BY PLAINTIFF. | 0.20 | 41.00 |
| 06/06/12 | THOMAS M. SCHEHR | REVIEW APPLICATION FOR LEAVE TO APPEAL TO MICHIGAN SUPREME COURT. | 0.80 | 272.00 |
| 06/12/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH CLIENTS RE ████████ | 0.20 | 41.00 |
| 06/13/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH CLIENTS RE ██████████ | 0.20 | 41.00 |
| 06/15/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. PRIORE RE ██████ | 0.30 | 102.00 |
| 06/17/12 | JILL M. WHEATON | REVIEW APPLICATION FOR LEAVE TO APPEAL AND COURT OF APPEALS OPINION | 0.40 | 132.00 |
| 06/18/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH CLIENTS RE ██████ | 0.20 | 41.00 |
| 06/18/12 | JENNIFER BOUERI CHILS | DRAFT NOTICE OF BANKRUPTCY. | 0.30 | 61.50 |
| 06/18/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH EVICTION COUNSEL RE STATUS OF APPEAL. | 0.20 | 41.00 |


# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0177
INVOICE NO.  1466432
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/18/12 | JENNIFER BOUERI CHILS | ANALYSIS RE PLAINTIFF'S NOTICE OF BANKRUPTCY STAY FILED WITH SUPREME COURT. | 0.20 | 41.00 |
| 06/19/12 | JILL M. WHEATON | ANALYZE RESPONSE TO APPLICATION FOR LEAVE TO APPEAL | 0.20 | 66.00 |
| 06/20/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH EVICTION COUNSEL RE STATUS OF MICHIGAN SUPREME COURT ACTION. | 0.20 | 41.00 |
| 06/25/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH CLIENTS RE NOTICE OF ███████████ | 0.20 | 41.00 |
| 06/29/12 | JENNIFER BOUERI CHILS | ANALYSIS RE ORDER ISSUED BY MICHIGAN SUPREME COURT STAYING CASE BECAUSE OF PENDING BANKRUPTCY ACTION. | 0.20 | 41.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **5.70**
**TOTAL LEGAL FEES** ...............................................................................**$**    **1,392.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0177
INVOICE NO.  1466432
PAGE NO.  4

| | DISBURSEMENTS | |
|---|---|---|
| 04/03/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - THOMAS SCHEHR PAEKING FEE TO ATTEND COURT PROCEEDING | 5.00 |
| 06/18/12 | FEDEX: CLERK : MICHIGAN SUPREME COURT | 12.31 |
| | **TOTAL DISBURSEMENTS ...................................$** | **17.31** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0177
INVOICE NO.  1466432
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JILL M. WHEATON | MEMBER | 0.60 | 330.00 | 198.00 |
| THOMAS M. SCHEHR | MEMBER | 1.10 | 340.00 | 374.00 |
| JENNIFER BOUERI CHILSON | ASSOCIATE | 4.00 | 205.00 | 820.00 |
| **TOTAL** | | **5.70** | | **1,392.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0184
INVOICE NO.  1466433
PAGE NO.  2

**RE:  WILLIAM HUTTON V. GMAC, ET AL.**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ██████████ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................    **0.10**
**TOTAL LEGAL FEES** ...............................................................$    **25.00**

### DISBURSEMENTS

| | |
|---|---|
| LEGAL RESEARCH - OTHER DATABASES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0184
INVOICE NO.  1466433
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 0.10 | 250.00 | 25.00 |
| **TOTAL** | | **0.10** | | **25.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0194
INVOICE NO.  1466435
PAGE NO.  2

## RE:  DAVIS VS. GMAC 722410

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/05/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▉▉▉▉▉ ▉▉▉▉▉ CONCERNING SAME. | 0.30 | 75.00 |
| 06/06/12 | MATTHEW MITCHELL | ANALYSIS RE DUE DATE FOR FIRST RESPONSIVE PLEADING IN NEW ACTION. | 0.10 | 25.00 |
| 06/06/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▉▉▉ ▉▉▉▉▉ | 0.10 | 25.00 |
| 06/12/12 | MATTHEW MITCHELL | TELEPHONE WITH MS. BUEN RE ▉▉▉ | 0.20 | 50.00 |
| 06/14/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▉▉▉ | 0.10 | 25.00 |
| 06/15/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▉▉▉ ▉▉▉ | 0.10 | 25.00 |
| 06/30/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▉▉▉ ▉▉▉ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................   **1.00**
**TOTAL LEGAL FEES** .........................................................................................$   **250.00**

### DISBURSEMENTS

| | |
|---|---|
| TELECOMMUNICATIONS | 0.00 |
| SCANNING EXPENSES | 0.00 |
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$   **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0194
INVOICE NO.  1466435
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MATTHEW MITCHELL | ASSOCIATE | 1.00 | 250.00 | 250.00 |
| **TOTAL** | | **1.00** | | **250.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0200
INVOICE NO.  1466436
PAGE NO.  2

| DISBURSEMENTS | | |
|---|---|---|
| 05/02/12 | FEDEX: ERIC LADASZ : ERIC A. LADASZ PC | 8.84 |
| 05/02/12 | FEDEX: J. KYLE GUTHRIE : SIKORA LAW, LLC | 8.84 |
| | SCANNING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS ...................................$     17.68**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0217
INVOICE NO.  1466437
PAGE NO.  2

**RE: SANDRA MULLEN**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/13/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.30 | 102.00 |
| 06/21/12 | ANDREW J. KOLOZSVARY | REVIEW AND ANALYZE ISSUES RE GMAC BANK AND ███████ | 0.50 | 107.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................... **0.80**
**TOTAL LEGAL FEES** ................................................................................$ **209.50**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0217
INVOICE NO.  1466437
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.30 | 340.00 | 102.00 |
| ANDREW J. KOLOZSVARY | SENIOR ATTORNEY | 0.50 | 215.00 | 107.50 |
| **TOTAL** | | **0.80** | | **209.50** |

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0217
INVOICE NO.  1466437
PAGE NO.  2

## RE:  SANDRA MULLEN

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/13/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████████ | 0.30 | 102.00 |
| 06/21/12 | ANDREW J. KOLOZSVARY | REVIEW AND ANALYZE ISSUES RE GMAC BANK AND ██████████ | 0.50 | 107.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................   **0.80**
**TOTAL LEGAL FEES** ............................................................................$   **209.50**

# DykEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0217
INVOICE NO.  1466437
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.30 | 340.00 | 102.00 |
| ANDREW J. KOLOZSVARY | SENIOR ATTORNEY | 0.50 | 215.00 | 107.50 |
| **TOTAL** | | **0.80** | | **209.50** |


# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0225
INVOICE NO.  1466439
PAGE NO.  2

## RE:  MANGRAY, VICKASH

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/26/12 | NADAV ARIEL | ANALYSIS CO-DEFENDANT'S ORE CREEK'S MOTION FOR ENTRY OF ORDER OR BOND. | 0.40 | 95.40 |
| 06/26/12 | NADAV ARIEL | CORRESPONDENCE WITH CLIENT RE ███████ | 0.20 | 47.70 |
| 06/27/12 | NADAV ARIEL | ANALYSIS RE ORE CREEK'S MOTION FOR ENTRY OF ORDER OR BOND. | 0.20 | 47.70 |
| 06/29/12 | NADAV ARIEL | COMMUNICATIONS WITH CLIENT RE ███████ | 0.20 | 47.70 |
| 06/29/12 | NADAV ARIEL | ANALYSIS RE ORDER DENYING MOTION FOR RECONSIDERATION. | 0.20 | 47.70 |
| 06/29/12 | NADAV ARIEL | COMMUNICATIONS WITH CO-DEFENDANT ORE CREEK'S COUNSEL RE ORDER DENYING MOTION FOR RECONSIDERATION. | 0.20 | 47.70 |
| 06/29/12 | NADAV ARIEL | CORRESPONDENCE WITH CLIENT RE ███ | 0.10 | 23.85 |
| 06/29/12 | NADAV ARIEL | COMMUNICATIONS WITH CO-DEFENDANT ORE CREEK'S COUNSEL RE APPEAL. | 0.10 | 23.85 |
| 06/29/12 | THOMAS M. SCHEHR | ANALYZE ORDER REGARDING MOTION FOR RECONSIDERATION. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **1.80**
**TOTAL LEGAL FEES** ........................................................................$    **449.60**

| DISBURSEMENTS | |
|---------------|--|
| PHOTOCOPY EXPENSES | 0.00 |
| SCANNING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0225
INVOICE NO.  1466439
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| NADAV ARIEL | ASSOCIATE | 1.60 | 238.50 | 381.60 |
| **TOTAL** | | **1.80** | | **449.60** |



**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0231
INVOICE NO.  1466440
PAGE NO.  2

### RE:  HOWIE V. GMAC MORTGAGE, LLC, ET AL. (CARY JOHNS)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/11/12 | THOMAS M. SCHEHR | COMMUNICATE WITH MR. BAKER RE ███████ | 0.20 | 68.00 |
| 06/11/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.30 | 102.00 |
| 06/12/12 | THOMAS M. SCHEHR | COMMUNICATE WITH JUDGE'S CLERK RE STATUS OF SETTLEMENT. | 0.20 | 68.00 |
| 06/15/12 | THOMAS M. SCHEHR | REVIEW BANKRUPTCY COURT ORDER RE AUTHORITY TO SETTLE CASES. | 0.20 | 68.00 |
| 06/15/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.20 | 68.00 |
| 06/25/12 | MICHAEL J. BLALOCK | DRAFT DISMISSAL ORDER. | 0.20 | 43.00 |
| 06/25/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.30 | 102.00 |
| 06/29/12 | THOMAS M. SCHEHR | COMMUNICATE WITH OPPOSING COUNSEL RE SETTLEMENT DOCUMENTS. | 0.20 | 68.00 |
| 06/29/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................   **2.00**
**TOTAL LEGAL FEES** ...............................................................................$   **655.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.  086797-0231
INVOICE NO.  1466440
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 05/01/12 | FILING FEES & RELATED CHARGES - E-FILING FEE OF ORDER OF DISMISSAL WITH GRAND TRAVERSE COUNTY CIRCUIT COURT | 8.00 |
| 04/25/12 | MEALS/ENTERTAINMENT EXPENSES - THOMAS SCHEHR DINNER | 20.66 |

**TOTAL DISBURSEMENTS ...................................$    28.66**

***NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.***

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0231
INVOICE NO.  1466440
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 1.80 | 340.00 | 612.00 |
| MICHAEL J. BLALOCK | SENIOR ATTORNEY | 0.20 | 215.00 | 43.00 |
| **TOTAL** | | **2.00** | | **655.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1466441
PAGE NO.  2

## RE:  PHELAN, MARY V. GMAC MORTGAGE, LLC, ET AL.

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/06/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/06/12 | MATTHEW MITCHELL | ANALYZE PLAINTIFF'S AMENDED COMPLAINT. | 0.20 | 50.00 |
| 06/06/12 | MATTHEW MITCHELL | ANALYZE PLAINTIFF'S RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS. | 0.20 | 50.00 |
| 06/06/12 | THOMAS M. SCHEHR | REVIEW RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 0.40 | 136.00 |
| 06/15/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ███████ | 0.30 | 75.00 |
| 06/18/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. CARTER RE ██████ | 0.10 | 25.00 |
| 06/18/12 | MATTHEW MITCHELL | RESEARCH AUTHORITIES IN SUPPORT OF DISPOSITIVE REPLY BRIEF. | 0.60 | 150.00 |
| 06/18/12 | MATTHEW MITCHELL | DRAFT REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS. | 3.30 | 825.00 |
| 06/18/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ███████ | 0.60 | 150.00 |
| 06/18/12 | MATTHEW MITCHELL | REVISE NOTICE OF BANKRUPTCY AS TO GMAC MORTGAGE LLC. | 0.10 | 25.00 |
| 06/18/12 | MATTHEW MITCHELL | DRAFT PROPOSED ORDER DISMISSING TWIN LAKES' CROSS-COMPLAINT. | 0.30 | 75.00 |
| 06/18/12 | MATTHEW MITCHELL | TELEPHONE WITH MR. RICKEL RE ██████ | 0.30 | 75.00 |
| 06/18/12 | THOMAS M. SCHEHR | REVIEW REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS. | 0.20 | 68.00 |
| 06/19/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. KALASHO RE ██████ | 0.10 | 25.00 |
| 06/20/12 | MATTHEW MITCHELL | ANALYSIS OF STRATEGY CONCERNING ██████ | 0.20 | 50.00 |
| 06/20/12 | STEPHEN C. BORGSDORF | PREPARE FOR HEARING ON RULE 12(C) MOTION. | 2.00 | 440.00 |

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0236
INVOICE NO.  1466441
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/21/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/21/12 | MATTHEW MITCHELL | FOLLOW-UP CORRESPONDENCE TO TWIN LAKES' COUNSEL RE DRAFT ORDER DISMISSING CROSS-COMPLAINT. | 0.10 | 25.00 |
| 06/21/12 | MATTHEW MITCHELL | ANALYSIS OF STRATEGY CONCERNING ███████ | 0.20 | 50.00 |
| 06/21/12 | STEPHEN C. BORGSDORF | PREPARE FOR AND ATTEND HEARING ON RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS. | 3.60 | 792.00 |
| 06/21/12 | THOMAS M. SCHEHR | ANALYZE RESULT OF HEARING ON MOTION TO DISMISS. | 0.20 | 68.00 |
| 06/26/12 | MATTHEW MITCHELL | ANALYZE DOCKET RE ███████ | 0.30 | 75.00 |
| 06/26/12 | MATTHEW MITCHELL | CORRESPONDENCE TO COUNSEL OF RECORD RE DRAFT ORDER RESOLVING ALL CLAIMS. | 0.10 | 25.00 |
| 06/26/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/26/12 | MATTHEW MITCHELL | DRAFT ORDER DISPOSING OF ALL REMAINING CLAIMS. | 0.50 | 125.00 |
| 06/28/12 | MATTHEW MITCHELL | ADDITIONAL FOLLOW-UP TO PLAINTIFF'S COUNSEL RE HIS APPROVAL OF FORM OF ORDER RESOLVING ALL CLAIMS. | 0.10 | 25.00 |
| 06/29/12 | MATTHEW MITCHELL | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE ADDITIONAL FOLLOW-UP ON CONSENT TO SUBMIT DISMISSAL ORDER. | 0.10 | 25.00 |
| 06/29/12 | MATTHEW MITCHELL | THIRD FOLLOW-UP CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE HIS CONSENT TO SUBMIT ORDER CONCERNING DEFENDANTS' DISPOSITIVE MOTIONS. | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................   **14.50**
**TOTAL LEGAL FEES** ..............................................................................$   **3,529.00**

| DISBURSEMENTS | | |
|---|---|---|
| 06/18/12 | LEGAL RESEARCH - WESTLAW | 0.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1466441
PAGE NO.  4

| DISBURSEMENTS | |
|---|---|
| PHOTOCOPY EXPENSES | 0.00 |
| TELECOMMUNICATIONS | 0.00 |
| SCANNING EXPENSES | 0.00 |
| PRINTING EXPENSES | 0.00 |
| LEGAL RESEARCH - OTHER DATABASES | 0.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | **0.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1466441
PAGE NO.  5

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.80 | 340.00 | 272.00 |
| MATTHEW MITCHELL | ASSOCIATE | 8.10 | 250.00 | 2,025.00 |
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 5.60 | 220.00 | 1,232.00 |
| **TOTAL** | | **14.50** | | **3,529.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0237
INVOICE NO.  1466442
PAGE NO.  2

## RE:  TRADEMARK PROPERTIES V. FNMA, MERS, BOA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/12/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████ | 0.10 | 24.00 |
| 06/25/12 | NASSEEM S. RAMIN | RESEARCH RE ████████████ | 0.80 | 192.00 |
| 06/25/12 | NASSEEM S. RAMIN | ANALYSIS OF CONDOMINIUM ASSOCIATION'S LIEN CALCULATIONS. | 0.40 | 96.00 |
| 06/25/12 | NASSEEM S. RAMIN | DRAFT DISPOSITIVE MOTION. | 4.40 | 1,056.00 |
| 06/25/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFF'S RESPONSES TO WRITTEN DISCOVERY. | 0.70 | 168.00 |
| 06/25/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████ | 0.30 | 72.00 |
| 06/26/12 | THOMAS M. SCHEHR | REVIEW CASE LAW REGARDING MOTION FOR SUMMARY DISPOSITION. | 0.80 | 272.00 |
| 06/27/12 | DANIEL J. SCHAIRBAUM | REVIEW MOTION FOR SUMMARY DISPOSITION AND PLEADINGS. | 1.00 | 315.00 |
| 06/27/12 | NASSEEM S. RAMIN | RESEARCH RE ████████████ | 1.40 | 336.00 |
| 06/27/12 | NASSEEM S. RAMIN | REVISE STRATEGY FOR DISPOSITIVE MOTION. | 0.40 | 96.00 |
| 06/27/12 | THOMAS M. SCHEHR | DRAFT MOTION FOR SUMMARY DISPOSITION. | 7.90 | 2,686.00 |
| 06/27/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████ | 0.30 | 102.00 |
| 06/28/12 | DANIEL J. SCHAIRBAUM | REVIEW ████████ IN CONNECTION WITH PREPARATION OF MOTION FOR SUMMARY DISPOSITION. | 0.70 | 220.50 |
| 06/28/12 | NASSEEM S. RAMIN | RESEARCH RE ████████ | 0.70 | 168.00 |
| 06/28/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████ | 0.20 | 68.00 |
| 06/29/12 | DANIEL J. SCHAIRBAUM | REVIEW ████████ ISSUES IN CONNECTION WITH MOTION FOR SUMMARY DISPOSITION. | 0.30 | 94.50 |
| 06/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████ | 0.10 | 24.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0237
INVOICE NO.  1466442
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT ▮▮▮▮ | 0.10 | 24.00 |
| 06/29/12 | NASSEEM S. RAMIN | REVISE DISPOSITIVE MOTION. | 1.70 | 408.00 |
| 06/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 06/29/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮ | 0.50 | 170.00 |
| 06/29/12 | THOMAS M. SCHEHR | REVISE MOTION FOR SUMMARY DISPOSITION. | 4.50 | 1,530.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................    **27.40**
**TOTAL LEGAL FEES** ...............................................................$   **8,146.00**

### DISBURSEMENTS

| | | |
|------|-------------|------|
| 06/27/12 | LEGAL RESEARCH - WESTLAW | 0.00 |
| 06/28/12 | LEGAL RESEARCH - WESTLAW | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0237
INVOICE NO.  1466442
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 14.20 | 340.00 | 4,828.00 |
| DANIEL J. SCHAIRBAUM | PARTICIP MEMBER | 2.00 | 315.00 | 630.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 11.20 | 240.00 | 2,688.00 |
| **TOTAL** | | **27.40** | | **8,146.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0238
INVOICE NO.  1466443
PAGE NO.  2

## RE:  ADAMS, ROBERT V. GMAC, ET AL - CASE NO: 11-123055

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/14/12 | MATTHEW MITCHELL | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE DRAFT ORDER GRANTING DEFENDANTS' MOTION FOR SUMAMRY DISPOSITION. | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **0.10**
**TOTAL LEGAL FEES** ..........................................................................................$ **25.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0238
INVOICE NO.  1466443
PAGE NO.  3

| | **DISBURSEMENTS** | |
|---|---|---|
| 04/30/12 | BANK OF AMERICA BANKCARD - E-FILING MOTION AND BRIEF FOR SUMMARY DISPOSITION | 28.84 |
| 05/07/12 | BANK OF AMERICA BANKCARD - OAKLAND COUNTY E-FILING: NOTICE OF HEARING FOR SUMMARY DISPOSITION | 8.24 |
| 05/08/12 | BANK OF AMERICA BANKCARD - OAKLAND COUNTY E-FILING: NOTICE AND ENTRY OF APPEARANCE | 8.24 |
| | SCANNING EXPENSES | 0.00 |
| | PRINTING EXPENSES | 0.00 |
| | **TOTAL DISBURSEMENTS** ...................................$ | **45.32** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0238
INVOICE NO.  1466443
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MATTHEW MITCHELL | ASSOCIATE | 0.10 | 250.00 | 25.00 |
| **TOTAL** | | **0.10** | | **25.00** |



**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0239
INVOICE NO.  1466444
PAGE NO.  2

**RE: WILLIAMS, WENDELL & MARY**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/08/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.20 | 48.00 |
| 06/19/12 | THOMAS M. SCHEHR | REVIEW BRIEF ON APPEAL FILED BY PLAINTIFF. | 0.70 | 238.00 |
| 06/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/20/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFFS' BRIEF ON APPEAL. | 0.30 | 72.00 |
| 06/20/12 | NASSEEM S. RAMIN | DEVELOP STRATEGY FOR BRIEF ON APPEAL. | 0.20 | 48.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................   **1.70**
**TOTAL LEGAL FEES** ...........................................................................................$   **478.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0239
INVOICE NO.  1466444
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/13/12 | CERTIFIED COPIES - GENESEE COUNTY CIRCUIT COURT CLERK FEE TO OBTAIN "CERTIFIED" COPY OF THE ORDER ENTERED ON 2/6/2012 | 12.00 |

**TOTAL DISBURSEMENTS ...................................$     12.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0239
INVOICE NO.  1466444
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.70 | 340.00 | 238.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 1.00 | 240.00 | 240.00 |
| **TOTAL** | | **1.70** | | **478.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0241
INVOICE NO.  1466445
PAGE NO.  2

## RE:  SZALAY, MIKE AND TINA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/01/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.10 | 24.00 |
| 06/11/12 | NASSEEM S. RAMIN | DRAFT NOTICE OF STAY. | 0.10 | 24.00 |
| 06/20/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFFS' RESPONSES TO REQUESTS FOR ADMISSION. | 0.20 | 48.00 |
| 06/27/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFFS' COUNSEL RE PLAINTIFFS' RESPONSES TO WRITTEN DISCOVERY. | 0.10 | 24.00 |
| 06/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.10 | 24.00 |
| 06/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.10 | 24.00 |
| 06/28/12 | NASSEEM S. RAMIN | DEVELOP STRATEGY FOR PLAINTIFF'S DEPOSITION. | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **0.80**
**TOTAL LEGAL FEES** ..........................................................................................$    **192.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0241
INVOICE NO.  1466445
PAGE NO.  3

| | **DISBURSEMENTS** | |
|---|---|---|
| 06/26/12 | ARBITRATORS/MEDIATORS - MEDIATION TRIBUNAL ASSOCIATION COST FOR CASE EVALUATION | 75.00 |
| | CD BURNING | 10.00 |
| | PRINTING EXPENSES | 0.00 |
| | **TOTAL DISBURSEMENTS** ...................................$ | **85.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0241
INVOICE NO.  1466445
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| NASSEEM S. RAMIN | ASSOCIATE | 0.80 | 240.00 | 192.00 |
| **TOTAL** | | **0.80** | | **192.00** |


# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0242
INVOICE NO.  1466446
PAGE NO.  2

## RE:  DETROIT GOLF CLUB V. MERS, ET AL.

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/12 | MATTHEW MITCHELL | TELEPHONE WITH MS. BUEN RE ██████ ISSUES. | 0.30 | 75.00 |
| 06/08/12 | MATTHEW MITCHELL | CORRESPONDENCE TO OPPOSING COUNSEL RE PLAINTIFF'S REVIEW OF DRAFT SETTLEMENT AGREEMENT. | 0.20 | 50.00 |
| 06/08/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ██████ STATUS OF SETTLEMENT. | 0.10 | 25.00 |
| 06/13/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ██████ ██████ | 0.10 | 25.00 |
| 06/13/12 | THOMAS M. SCHEHR | REVIEW CORRESPONDENCE AND PHOTOS RE ABATEMENT OF NUISANCE. | 0.20 | 68.00 |
| 06/26/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ██████ ██████ | 0.10 | 25.00 |
| 06/30/12 | MATTHEW MITCHELL | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE UPDATE ON WORK AT PREMISES. | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................... **1.10**
**TOTAL LEGAL FEES** ...................................................................................$ **293.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0242
INVOICE NO.  1466446
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| MATTHEW MITCHELL | ASSOCIATE | 0.90 | 250.00 | 225.00 |
| **TOTAL** | | **1.10** | | **293.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0244
INVOICE NO.  1466447
PAGE NO.  2

## RE:  LAVOY, SUZY & LLOYD

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/05/12 | THOMAS H. TRAPNELL | EXPLAIN TO PLAINTIFF'S COUNSEL WHY FANNIE MAE IS UNABLE TO AGREE TO AN ADJOURNMENT BASED ON SUBSTANTIAL DELAYS IN THIS CASE AND FILING OF OUR MOTION TO DISMISS SEVERAL MONTHS AGO; ▮▮▮▮▮ | 0.40 | 88.00 |
| 06/08/12 | THOMAS H. TRAPNELL | PREPARE FOR HEARING ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 0.60 | 132.00 |
| 06/08/12 | THOMAS M. SCHEHR | PREPARE FOR ORAL ARGUMENT ON MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 06/10/12 | THOMAS H. TRAPNELL | PREPARE FOR HEARING ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 0.70 | 154.00 |
| 06/10/12 | THOMAS H. TRAPNELL | DRAFT PROPOSED ORDER GRANTING MOTION TO DISMISS. | 0.40 | 88.00 |
| 06/11/12 | THOMAS H. TRAPNELL | DRAFT LETTER REQUESTING PERMISSION FOR CHRISTINE BUEN TO ATTEND JULY 19 SETTLEMENT CONFERENCE BY TELEPHONE. | 0.40 | 88.00 |
| 06/11/12 | THOMAS H. TRAPNELL | APPEAR IN MACOMB CIRCUIT COURT FOR HEARING ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 1.40 | 308.00 |
| 06/15/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮▮▮ | 0.20 | 68.00 |
| 06/22/12 | THOMAS H. TRAPNELL | DRAFT RESPONSES TO PLAINTIFFS' FIRST DISCOVERY REQUESTS. | 1.00 | 220.00 |
| 06/25/12 | THOMAS H. TRAPNELL | ATTEND HEARING ON FANNIE MAE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM. | 2.70 | 594.00 |
| 06/25/12 | THOMAS H. TRAPNELL | REVISE RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS. | 0.60 | 132.00 |
| 06/25/12 | THOMAS M. SCHEHR | REVISE DRAFT DISCOVERY RESPONSES. | 0.20 | 68.00 |
| 06/27/12 | THOMAS H. TRAPNELL | REVISE RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS. | 0.60 | 132.00 |
| 06/27/12 | THOMAS H. TRAPNELL | DISCUSS ▮▮▮▮▮ WITH CHRISTINE BUEN AND MR. SCHEHR. | 0.20 | 44.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0244
INVOICE NO.  1466447
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/27/12 | THOMAS H. TRAPNELL | ADVISE CLIENT OF ██████████ ████████████████████ | 0.20 | **44.00** |
| 06/27/12 | THOMAS M. SCHEHR | ANALZE SETTLEMENT COMMUNICATIONS. | 0.20 | **68.00** |
| 06/27/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.30 | **102.00** |
| 06/28/12 | THOMAS H. TRAPNELL | REVIEW LOAN DOCUMENTATION RECEIVED FROM GMAC FOR PRIVILEGED AND/OR NONRESPONSIVE MATERIAL. | 0.90 | **198.00** |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **11.20**
**TOTAL LEGAL FEES** ................................................................................$    **2,596.00**

## DISBURSEMENTS

| | |
|---|---|
| TELECOMMUNICATIONS | 0.00 |
| FAX | 0.00 |
| SCANNING EXPENSES | 0.00 |
| PRINTING EXPENSES | 0.00 |
| **TOTAL DISBURSEMENTS** ....................................$ | **0.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0244
INVOICE NO.  1466447
PAGE NO.  4

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 1.10 | 340.00 | 374.00 |
| THOMAS H. TRAPNELL | ASSOCIATE | 10.10 | 220.00 | 2,222.00 |
| **TOTAL** | | **11.20** | | **2,596.00** |


# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0253
INVOICE NO.  1466448
PAGE NO.  2

## RE:  WELCH, RENEE (#724020)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/08/12 | THOMAS H. TRAPNELL | ATTEND SETTLEMENT CONFERENCE. | 3.20 | 704.00 |
| 06/08/12 | THOMAS H. TRAPNELL | ADVISE MERS AND GMAC OF ███████ ████████████████████ | 0.20 | 44.00 |
| 06/08/12 | THOMAS H. TRAPNELL | PREPARE FOR SETTLEMENT CONFERENCE. | 0.30 | 66.00 |
| 06/08/12 | THOMAS M. SCHEHR | ANALYZE STRATEGY RE SETTLEMENT CONFERENCE. | 0.20 | 68.00 |
| 06/25/12 | THOMAS M. SCHEHR | REVIEW REPORT AND RECOMMENDATION TO GRANT MOTION TO DISMISS FILED BY MAGISTRATE JUDGE. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................    4.10
**TOTAL LEGAL FEES** ...........................................................$    950.00

### DISBURSEMENTS

| | |
|---|---|
| TELECOMMUNICATIONS | 0.00 |
| FAX | 0.00 |
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    0.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0253
INVOICE NO.  1466448
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.40 | 340.00 | 136.00 |
| THOMAS H. TRAPNELL | ASSOCIATE | 3.70 | 220.00 | 814.00 |
| **TOTAL** | | **4.10** | | **950.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0256
INVOICE NO.  1466449
PAGE NO.  2

## RE:  CONWAY VS. FNMA AND GMAC MORTGAGE

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/04/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH FORECLOSURE COUNSEL RE CIRCUIT COURT OPINION ON DISPOSITIVE MOTION. | 0.50 | 107.50 |
| 06/12/12 | AARON L. VORCE | EXAMINE COURT ORDERS RE SCHEDULING CONFERENCE AND FACILITATIVE MEDIATION. | 0.20 | 43.00 |
| 06/15/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ▮▮▮▮ | 0.20 | 43.00 |
| 06/18/12 | AARON L. VORCE | RESEARCH RE ▮▮▮▮ | 2.20 | 473.00 |
| 06/18/12 | AARON L. VORCE | RESEARCH RE ▮▮▮▮ | 1.80 | 387.00 |
| 06/19/12 | AARON L. VORCE | DRAFT BRIEF IN SUPPORT OF SECOND MOTION FOR SUMMARY DISPOSITION. | 5.80 | 1,247.00 |
| 06/20/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ▮▮▮▮ | 0.20 | 43.00 |
| 06/20/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH CLIENT RE ▮▮▮▮ | 0.20 | 43.00 |
| 06/20/12 | THOMAS M. SCHEHR | PREPARE MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 06/21/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ▮▮▮▮ | 0.20 | 43.00 |
| 06/21/12 | AARON L. VORCE | REVISE BRIEF IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 0.50 | 107.50 |
| 06/21/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH CLIENT RE ▮▮▮▮ | 0.20 | 43.00 |
| 06/21/12 | AARON L. VORCE | EXAMINE CORRESPONDENCE FROM FNMA RE ▮▮▮▮ | 0.20 | 43.00 |
| 06/21/12 | AARON L. VORCE | DRAFT ▮▮▮▮ FOR CLIENT. | 0.30 | 64.50 |
| 06/21/12 | THOMAS M. SCHEHR | REVISE MOTION TO DISMISS. | 0.70 | 238.00 |
| 06/22/12 | AARON L. VORCE | CORREPSONDENCE WITH CLIENT RE ▮▮▮▮ | 0.20 | 43.00 |
| 06/22/12 | AARON L. VORCE | DRAFT ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT. | 1.40 | 301.00 |
| 06/22/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH FNMA RE ▮▮▮▮ | 0.20 | 43.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0256
INVOICE NO.  1466449
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/22/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH CLIENT RE ▮▮▮▮▮ | 0.80 | 172.00 |
| 06/22/12 | AARON L. VORCE | RESEARCH FNMA SERVICING GUIDELINES RE RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS. | 0.60 | 129.00 |
| 06/22/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮▮▮ | 0.20 | 68.00 |
| 06/22/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MR. COLE RE ▮▮▮▮▮ | 0.20 | 68.00 |
| 06/24/12 | AARON L. VORCE | DRAFT RESPONSES TO PLAINTIFFS' WRITTEN DISCOVERY REQUESTS. | 1.20 | 258.00 |
| 06/25/12 | AARON L. VORCE | EXAMINE CORRESPONDENCE FROM FNMA RE ▮▮▮▮▮ | 0.20 | 43.00 |
| 06/25/12 | AARON L. VORCE | EXAMINE CORRESPONDENCE FROM CLIENT RE ▮▮▮▮▮ | 0.20 | 43.00 |
| 06/25/12 | THOMAS M. SCHEHR | REVISE DRAFT DISCOVERY RESPONSES. | 0.30 | 102.00 |
| 06/26/12 | AARON L. VORCE | EXAMINE CORRESPONDENCE FROM FNMA RE ▮▮▮▮▮ | 0.20 | 43.00 |
| 06/27/12 | AARON L. VORCE | EXAMINE REVISED RESPONSES TO PLAINTIFFS' WRITTEN DISCOVERY REQUESTS. | 0.20 | 43.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................... 19.30
**TOTAL LEGAL FEES** ...............................................................................$ 4,349.50

|  | DISBURSEMENTS |  |
|--|---------------|--|
| PHOTOCOPY EXPENSES | | 0.00 |
| SCANNING EXPENSES | | 0.00 |
| PRINTING EXPENSES | | 0.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | | **0.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1466449
PAGE NO.  4

*ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1466449
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 1.60 | 340.00 | 544.00 |
| AARON L. VORCE | SENIOR ATTORNEY | 17.70 | 215.00 | 3,805.50 |
| **TOTAL** | | **19.30** | | **4,349.50** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0257
INVOICE NO.  1466450
PAGE NO.  2

## RE:  GREEN TREE SERVICING, LLC/SAVINE

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/11/12 | STEPHEN C. BORGSDORF | SUBMIT STIPULATION OF DISMISSAL OF JP MORGAN CHASE. | 0.30 | 66.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................... **0.30**
**TOTAL LEGAL FEES** .........................................................................$ **66.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0257
INVOICE NO.  1466450
PAGE NO.  3

### DISBURSEMENTS

| | | |
|---|---|---|
| 05/07/12 | BANK OF AMERICA BANKCARD - MACOMB COUNTY E-FILING FEE: STIP & ORDER | 8.00 |
| 05/18/12 | BANK OF AMERICA BANKCARD - E-FILING IN MACOMB COUNTY | 8.24 |
| | SCANNING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ..................................$    **16.24**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0257
INVOICE NO.  1466450
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 0.30 | 220.00 | 66.00 |
| **TOTAL** | | **0.30** | | **66.00** |



ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0259
INVOICE NO.  1466451
PAGE NO.  2

**RE:  MICHELLE DINGESS JOHNSON V. FNMA**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/01/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. COLE RE ███████ | 0.10 | 25.00 |
| 06/01/12 | MATTHEW MITCHELL | FILE ANALYSIS RE REPLY BRIEF STRATEGY. | 0.60 | 150.00 |
| 06/01/12 | MATTHEW MITCHELL | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 3.80 | 950.00 |
| 06/03/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.20 | 50.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................    **4.70**
**TOTAL LEGAL FEES** ............................................................................$  **1,175.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0259
INVOICE NO.  1466451
PAGE NO.  3

| DISBURSEMENTS | | |
|---|---|---:|
| 06/04/12 | SPIRAL BINDER | 1.77 |
| 06/01/12 | LEGAL RESEARCH - WESTLAW | 0.00 |
| | PHOTOCOPY EXPENSES | 0.00 |
| | SCANNING EXPENSES | 0.00 |
| | PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **1.77**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0259
INVOICE NO.  1466451
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MATTHEW MITCHELL | ASSOCIATE | 4.70 | 250.00 | 1,175.00 |
| **TOTAL** | | **4.70** | | **1,175.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0261
INVOICE NO.  1466452
PAGE NO.  2

## RE:  DOTY, MARK AND BARBARA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ████ ████ | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **0.10**
**TOTAL LEGAL FEES** ...........................................................................$ **24.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0261
INVOICE NO.  1466452
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---:|
| 06/04/12 | FEDEX: CHRISTINE BUEN : ALLY FINANCIAL INC. | 14.05 |

TOTAL DISBURSEMENTS ..................................$      14.05

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0261
INVOICE NO.  1466452
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| NASSEEM S. RAMIN | ASSOCIATE | 0.10 | 240.00 | 24.00 |
| **TOTAL** | | **0.10** | | **24.00** |



ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0264
INVOICE NO.  1466453
PAGE NO.  2

## RE:  DEUTSCHE BANK V CONNOLLY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/01/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▇▇▇▇ | 0.10 | 24.00 |
| 06/01/12 | NASSEEM S. RAMIN | REVISE RESPONSE IN OPPOSITION TO MOTION TO AMEND. | 0.40 | 96.00 |
| 06/01/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE MOTION TO AMEND. | 0.20 | 48.00 |
| 06/01/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL AND JUDGE'S CLERK RE WITHDRAWAL OF MOTION TO AMEND COMPLAINT. | 0.50 | 170.00 |
| 06/08/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' RESPONSES TO REQUESTS FOR ADMISSION. | 0.20 | 48.00 |
| 06/08/12 | THOMAS M. SCHEHR | REVIEW RESPONSES TO REQUESTS FOR ADMISSION. | 0.20 | 68.00 |
| 06/13/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▇▇▇▇ | 0.10 | 24.00 |
| 06/14/12 | NASSEEM S. RAMIN | PREPARE FOR STATUS CONFERENCE. | 0.40 | 96.00 |
| 06/18/12 | THOMAS M. SCHEHR | ATTEND COURT MANDATED STATUS CONFERENCE. | 2.90 | 986.00 |
| 06/18/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▇▇▇▇ | 0.50 | 170.00 |
| 06/18/12 | THOMAS M. SCHEHR | ANALYZE MOTION TO AMEND ANSWERS TO REQUESTS FOR ADMISSION. | 0.40 | 136.00 |
| 06/19/12 | THOMAS M. SCHEHR | PREPARE FOR HEARING ON MOTION TO AMEND ANSWERS TO REQUESTS FOR ADMISSION. | 1.10 | 374.00 |
| 06/19/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▇▇▇▇ | 0.30 | 102.00 |
| 06/20/12 | NASSEEM S. RAMIN | RESEARCH RE ▇▇▇▇ | 0.40 | 96.00 |
| 06/20/12 | NASSEEM S. RAMIN | DRAFT PROPOSED ORDER SANCTIONING BORROWERS' COUNSEL FOR FAILURE TO RESPOND TO DISCOVERY. | 0.30 | 72.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.  1466453
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/20/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE | 0.40 | 136.00 |
| 06/20/12 | THOMAS M. SCHEHR | PREPARE FOR AND ATTEND HEARING ON MOTION TO AMEND RESPONSES TO REQUESTS FOR ADMISSION. | 4.70 | 1,598.00 |
| 06/21/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' RESPONSES TO INTERROGATORIES. | 0.20 | 48.00 |
| 06/21/12 | NASSEEM S. RAMIN | DRAFT OUTLINE FOR BORROWERS' DEPOSITIONS | 2.10 | 504.00 |
| 06/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE RESPONSE TO DISCOVERY REQUESTS. | 0.20 | 48.00 |
| 06/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE | 0.10 | 24.00 |
| 06/21/12 | NASSEEM S. RAMIN | ANALYSIS OF DOCUMENTS PRODUCED BY BORROWERS. | 0.40 | 96.00 |
| 06/24/12 | NASSEEM S. RAMIN | ANALYSIS OF DOCUMENTS IN PREPARATION FOR BORROWERS' DEPOSITIONS. | 0.90 | 216.00 |
| 06/24/12 | NASSEEM S. RAMIN | REVISE MEMORANDUM RE BORROWERS' DEPOSITIONS. | 0.30 | 72.00 |
| 06/25/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT REPORTER RE BORROWERS' DEPOSITIONS. | 0.10 | 24.00 |
| 06/25/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE BORROWERS' DEPOSITIONS. | 0.20 | 48.00 |
| 06/25/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE | 0.30 | 102.00 |
| 06/25/12 | THOMAS M. SCHEHR | PREPARE FOR DEPOSITIONS OF MR. AND MRS. CONNOLLY. | 3.40 | 1,156.00 |
| 06/26/12 | NASSEEM S. RAMIN | COMMUNICATE WITH EVICTION COUNSEL RE STRATEGY FOR DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 06/26/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE ESCROW PAYMENTS. | 0.10 | 24.00 |
| 06/26/12 | NASSEEM S. RAMIN | COMMUNICATE WITH EVICTION COUNSEL RE ORDER FOR ESCROW PAYMENTS. | 0.10 | 24.00 |
| 06/26/12 | THOMAS M. SCHEHR | TAKE DEPOSITION OF MR. CONNOLLY. | 0.90 | 306.00 |
| 06/26/12 | THOMAS M. SCHEHR | TAKE DEPOSITION OF MS. CONNOLLY. | 0.90 | 306.00 |
| 06/27/12 | THOMAS M. SCHEHR | REVIEW AUTHORITY RE FOR MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.  1466453
PAGE NO.  4


**TOTAL ATTORNEY & PARALEGAL TIME**......................................................    **23.70**
**TOTAL LEGAL FEES** ..........................................................................$    **7,358.00**


| DISBURSEMENTS | |
|---|---:|
| PHOTOCOPY EXPENSES | 0.00 |
| SCANNING EXPENSES | 0.00 |
| PRINTING EXPENSES | 0.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | **0.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.  1466453
PAGE NO.  5

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 16.70 | 340.00 | 5,678.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 7.00 | 240.00 | 1,680.00 |
| **TOTAL** | | **23.70** | | **7,358.00** |



ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0266
INVOICE NO.  1466454
PAGE NO.  2

**RE:  MASON, TERESA V. GMAC MORTGAGE, LLC**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/28/12 | THOMAS H. TRAPNELL | DISCUSS ███████████ ████████ WITH CLIENT. | 0.30 | 66.00 |
| 06/28/12 | THOMAS H. TRAPNELL | ANALYZE COURT'S OPINION DENYING GMAC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT. | 0.40 | 88.00 |
| 06/28/12 | THOMAS H. TRAPNELL | DRAFT CORRESPONDENCE ADVISING CLIENT ███ ██████████ | 0.30 | 66.00 |
| 06/28/12 | THOMAS M. SCHEHR | REVIEW OPINION AND ORDER RE MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 06/29/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████ | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................   **1.40**
**TOTAL LEGAL FEES** ...............................................................................$   **356.00**

### DISBURSEMENTS

SCANNING EXPENSES                                                        0.00

**TOTAL DISBURSEMENTS** ...................................$   **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0266
INVOICE NO.  1466454
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.40 | 340.00 | 136.00 |
| THOMAS H. TRAPNELL | ASSOCIATE | 1.00 | 220.00 | 220.00 |
| **TOTAL** | | **1.40** | | **356.00** |



**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.    086797-0267
INVOICE NO.  1466455
PAGE NO.  2

### RE:  BANK OF NEW YORK VS. COREY MESSNER

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/12 | STEPHEN C. BORGSDORF | CONFER WITH COURT REGARDING ORAL ARGUMENT. | 0.20 | 44.00 |
| 06/11/12 | STEPHEN C. BORGSDORF | PREPARE FOR ORAL ARGUMENT. | 2.60 | 572.00 |
| 06/18/12 | STEPHEN C. BORGSDORF | PREPARE FOR AND APPEAR AT ORAL ARGUMENT IN JACKSON COUNTY CIRCUIT COURT. | 5.50 | 1,210.00 |
| 06/18/12 | THOMAS M. SCHEHR | PREPARE FOR ORAL ARGUMENT ON APPEAL. | 0.20 | 68.00 |
| 06/19/12 | STEPHEN C. BORGSDORF | UPDATE TO MS. BUEN AND MR. SCHEHR ████ ████ | 0.70 | 154.00 |
| 06/19/12 | THOMAS M. SCHEHR | ANALYZE RESULTS OF APPELLATE ARGUMENT. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **9.40**
**TOTAL LEGAL FEES** ..................................................................................$    **2,116.00**

| DISBURSEMENTS | |
|---|---|
| TELECOMMUNICATIONS | 0.00 |
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0267
INVOICE NO.  1466455
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.40 | 340.00 | 136.00 |
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 9.00 | 220.00 | 1,980.00 |
| **TOTAL** | | **9.40** | | **2,116.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0269
INVOICE NO.  1466456
PAGE NO.  2

## RE:  RODRIGUEZ, JUANA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/15/12 | MATTHEW MITCHELL | TELEPHONE WITH MR. GUTHRIE RE ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................    0.10
**TOTAL LEGAL FEES** ..............................................................................$    25.00



**D**y**KEMA**

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0269
INVOICE NO.  1466456
PAGE NO.  3

| | **DISBURSEMENTS** | |
|---|---|---|
| 05/25/12 | FILING FEES & RELATED CHARGES - NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY - MISCELLANEOUS PLEADINGS | 8.24 |
| | PHOTOCOPY EXPENSES | 0.00 |
| | SCANNING EXPENSES | 0.00 |
| | **TOTAL DISBURSEMENTS** .................................$ | **8.24** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0269
INVOICE NO.  1466456
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 0.10 | 250.00 | 25.00 |
| **TOTAL** | | **0.10** | | **25.00** |


DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0270
INVOICE NO.  1466457
PAGE NO.  2

| | DISBURSEMENTS | |
|---|---|---|
| 05/02/12 | FILING FEES & RELATED CHARGES - DYKEMA GOSSETT LAW OFFICES-DETROIT PETTY CASH OR MOTION FEE- MOTION FOR SUMMARY DISPOSITION | 20.00 |
| 06/07/12 | TABS | 8.05 |
| | DOCUMENT DELIVERY | 7.00 |

**TOTAL DISBURSEMENTS** ...................................$    **35.05**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*


# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0271
INVOICE NO.  1466458
PAGE NO.  2

### RE:  ADAMS, ROBERT V GMAC, ET AL - CASE NO: 12-125911

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/12 | MATTHEW MITCHELL | TELEPHONE TO COURT CLERK RE DISPOSITIVE MOTION SCHEDULING. | 0.10 | 25.00 |
| 06/04/12 | MATTHEW MITCHELL | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE DISPOSITIVE MOTION SCHEDULING. | 0.10 | 25.00 |
| 06/06/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ██████ | 0.10 | 25.00 |
| 06/06/12 | MATTHEW MITCHELL | PREPARE FOR SUMMARY DISPOSITION HEARING. | 1.20 | 300.00 |
| 06/06/12 | MATTHEW MITCHELL | ATTEND SUMMARY DISPOSITION HEARING IN OAKLAND COUNTY, MICHIGAN. | 1.90 | 475.00 |
| 06/06/12 | THOMAS M. SCHEHR | REVIEW MOTION TO DISMISS. | 0.20 | 68.00 |
| 06/07/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ██████ | 0.10 | 25.00 |
| 06/07/12 | MATTHEW MITCHELL | DRAFT PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.30 | 75.00 |
| 06/08/12 | MATTHEW MITCHELL | TELEPHONE WITH COURT CLERK RE SUBMISSION OF ORDER CONCERNING DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.10 | 25.00 |
| 06/15/12 | MATTHEW MITCHELL | REVIEW DRAFT ORDER CONCERNING SUMMARY DISPOSITION PRIOR TO FILING. | 0.10 | 25.00 |
| 06/19/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ██████ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.........................................................................  **4.30**
**TOTAL LEGAL FEES** .............................................................................$  **1,093.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0271
INVOICE NO.  1466458
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---:|
| 05/31/12 | FILING FEES & RELATED CHARGES - DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT | 8.24 |
| 05/31/12 | FILING FEES & RELATED CHARGES - NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY | 8.24 |
| | PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$   **16.48**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0271
INVOICE NO.  1466458
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| MATTHEW MITCHELL | ASSOCIATE | 4.10 | 250.00 | 1,025.00 |
| **TOTAL** | | **4.30** | | **1,093.00** |


# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0272
INVOICE NO.  1466459
PAGE NO.  2

## RE: OKOPSKI, DENNIS AND BELINDA V GMAC MORTGAGE

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/15/12 | STEPHEN C. BORGSDORF | CONFER WITH PLAINTIFF'S COUNSEL TO OBTAIN SIGNED LOAN MODIFICATION DOCUMENTS; ▮▮▮▮▮▮ | 0.30 | 66.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................    **0.30**
**TOTAL LEGAL FEES** ..................................................................$    **66.00**

|  | DISBURSEMENTS |  |
|------|---------------|------|
| 06/10/12 | LEGAL RESEARCH - WESTLAW | 0.00 |
| 06/11/12 | LEGAL RESEARCH - WESTLAW | 0.00 |
| 06/11/12 | LEGAL RESEARCH - WESTLAW | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0272
INVOICE NO.  1466459
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 0.30 | 220.00 | 66.00 |
| **TOTAL** | | **0.30** | | **66.00** |


# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0273
INVOICE NO.  1466460
PAGE NO.  2

## RE: SCOLA, FRANK

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/11/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/11/12 | NASSEEM S. RAMIN | DRAFT NOTICE OF STAY. | 0.10 | 24.00 |
| 06/12/12 | NASSEEM S. RAMIN | DRAFT DISPOSITIVE MOTION FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | 0.40 | 96.00 |
| 06/12/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████████ | 0.20 | 48.00 |
| 06/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CO-DEFENDANT'S COUNSEL RE DISPOSITIVE MOTION. | 0.10 | 24.00 |
| 06/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT ████████ | 0.10 | 24.00 |
| 06/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ████████ | 0.20 | 48.00 |
| 06/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 | 24.00 |
| 06/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF RE HEARING ON DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 06/27/12 | NASSEEM S. RAMIN | ATTEND STATUS CONFERENCE. ██████ | 3.70 | 888.00 |
| 06/27/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ████████ | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................    **5.30**
**TOTAL LEGAL FEES** ......................................................................$    **1,272.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0273
INVOICE NO.  1466460
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---|
| 06/12/12 | FEDEX: COURT CLERK : MACOMB COUNTY CIRCUIT COUR | 10.09 |
| 06/13/12 | FEDEX: COURT CLERK : MACOMB COUNTY CIRCUIT COUR | 10.09 |
| 06/19/12 | TABS | 5.75 |
| | PHOTOCOPY EXPENSES | 0.00 |
| | PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS ...................................$    25.93**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0273
INVOICE NO.  1466460
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| NASSEEM S. RAMIN | ASSOCIATE | 5.30 | 240.00 | 1,272.00 |
| **TOTAL** | | **5.30** | | **1,272.00** |

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.    086797-0275
INVOICE NO.  1466461
PAGE NO.  2

### RE:  HOGAN-KNOX, DONNA LEE

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/01/12 | NSRA | ANALYSIS OF EXHIBITS TO MOTION TO DISMISS. | 0.40 |
| 06/27/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/29/12 | NSRA | ATTEND HEARING ON MOTION TO DISMISS. | 3.70 |
| 06/29/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.20 |
| 06/29/12 | TMS | ANALYZE RESULTS OF HEARING ON MOTION FOR SUMMARY DISPOSIITON. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **4.60**
**TOTAL LEGAL FEES** ...........................................................................................$ **1,124.00**

| DISBURSEMENTS | |
|---|---|
| PHOTOCOPY EXPENSES | 0.00 |
| TELECOMMUNICATIONS | 0.00 |
| PRINTING EXPENSES | 0.00 |
| LEGAL RESEARCH - OTHER DATABASES | 0.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | **0.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0275
INVOICE NO.  1466461
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.20 | 340.00 | 68.00 |
| NSRA | NASSEEM S. RAMIN | 4.40 | 240.00 | 1,056.00 |
| | **TOTAL** | **4.60** | | **1,124.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0276
INVOICE NO.  1466462
PAGE NO.  2

**RE:  JAMES, SHARETTA**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/19/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE SETTLEMENT DEMAND. | 0.10 |
| 06/26/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**..........................................................    **0.30**
**TOTAL LEGAL FEES** ...........................................................$    **72.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0276
INVOICE NO.  1466462
PAGE NO.  3

---

**DISBURSEMENTS**

| | | |
|---|---|---|
| 06/07/12 | TABS | 1.38 |
| | TELECOMMUNICATIONS | 0.00 |
| | **TOTAL DISBURSEMENTS** ...................................$ | **1.38** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0276
INVOICE NO.  1466462
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| NSRA | NASSEEM S. RAMIN | 0.30 | 240.00 | 72.00 |
| | **TOTAL** | **0.30** | | **72.00** |

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.    086797-0278
INVOICE NO.  1466463
PAGE NO.  2

## RE:  CHAPMAN, MELVIN AND TRACEY VS. GMAC, ET AL

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 05/22/12 | TMS | ANALYZE COMPLAINT. | 0.50 |
| 05/24/12 | TMS | PREPARE MOTION TO DISMISS. | 0.30 |
| 06/04/12 | THTR | DRAFT MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM. | 4.60 |
| 06/04/12 | THTR | DRAFT NOTICE OF GMAC'S BANKRUPTCY. | 0.20 |
| 06/05/12 | THTR | REVISE MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM. | 0.90 |
| 06/05/12 | THTR | REVIEW PLAINTIFFS' LOAN FILE TO SUPPORT DRAFTING OF MOTION FOR SUMMARY DISPOSITION. | 0.30 |
| 06/05/12 | TMS | REVISE MOTION FOR SUMMARY DISPOSITION. | 0.30 |
| 06/07/12 | THTR | CROSS-CHECK EXHIBITS AGAINST TEXT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 0.60 |
| 06/07/12 | THTR | ORGANIZE EXHIBITS TO MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 0.60 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **8.30**
**TOTAL LEGAL FEES** ...........................................................................................$    **1,958.00**

| | DISBURSEMENTS | |
|------|---------------|------|
| 06/07/12 | LEGAL RESEARCH - WESTLAW | 0.00 |
| | PHOTOCOPY EXPENSES | 0.00 |
| | SCANNING EXPENSES | 0.00 |
| | PRINTING EXPENSES | 0.00 |
| | **TOTAL DISBURSEMENTS** ...................................$ | **0.00** |

**NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0278
INVOICE NO.  1466463
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 1.10 | 340.00 | 374.00 |
| THTR | THOMAS H. TRAPNELL | 7.20 | 220.00 | 1,584.00 |
| | **TOTAL** | **8.30** | | **1,958.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0279
INVOICE NO.  1466464
PAGE NO.  2

## RE:  BYRD, BILLY AND MICHELLE

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/06/12 | MMI | ANALYSIS RE AMENDED DUE DATE FOR FIRST RESPONSIVE PLEADING. | 0.10 |
| 06/07/12 | MMI | ANALYSIS RE ORGANIZING LOAN FILE FOR REVIEW. | 0.30 |
| 06/07/12 | RMB | ANALYZE DEBTOR'S LACK OF STANDING TO PURSUE STATE COURT CLAIM AGAINST CLIENT FOLLOWING APPOINTMENT OF CHAPTER 7 TRUSTEE AND ▮▮▮▮▮▮▮ | 0.20 |
| 06/08/12 | MMI | TELEPHONE WITH MR. PARKER RE DRAFT ORDER EXTENDING DEADLINE TO PLEAD. | 0.10 |
| 06/08/12 | MMI | DRAFT STIPULATED ORDER EXTENDING TIME TO PLEAD. | 0.20 |
| 06/08/12 | MMI | CORRESPONDENCE TO FORECLOSURE COUNSEL RE OBTAINING ADDITIONAL MATERIALS CONCERNING FORECLOSURE PROCEEDINGS. | 0.20 |
| 06/08/12 | MMI | RESEARCH CASE LAW CONCERNING ▮▮▮▮▮▮▮ | 0.40 |
| 06/20/12 | MMI | TELEPHONE WITH MS. BUEN RE ▮▮▮▮▮▮▮ | 0.20 |
| 06/22/12 | MMI | TELEPHONE TO TRUSTEE RE STATUS OF BANKRUPTCY ACTION. | 0.10 |
| 06/22/12 | MMI | RESEARCH CASE LAW IN SUPPORT OF U.S. BANK'S MOTION TO DISMISS. | 1.00 |
| 06/22/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ▮▮▮▮▮▮▮ | 0.60 |
| 06/22/12 | MMI | REVISE NOTICE OF BANKRUPTCY AS TO GMACM MORTGAGE LLC. | 0.10 |
| 06/22/12 | MMI | ANALYSIS RE FIRST RESPONSIVE PLEADING STRATEGY ▮▮▮▮ | 0.80 |
| 06/22/12 | MMI | TELEPHONE TO MR. PARKER RE HIS CONTINUED INTENT TO PROCEED WITH SUIT. | 0.10 |
| 06/22/12 | MMI | TELEPHONE TO FORECLOSURE COUNSEL RE DISCUSSING DISSOLVED STATE COURT TEMPORARY RESTRAINING ORDER. | 0.10 |
| 06/22/12 | RMB | ANALYZE STRATEGY ▮▮▮▮▮▮▮ | 0.80 |

# Dykema

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0279
INVOICE NO.  1466464
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|------:|
| 06/24/12 | MMI | DRAFT DEFENDANT'S MOTION TO DISMISS COMPLAINT. | 3.10 |
| 06/24/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████ | 0.30 |
| 06/25/12 | MMI | ANALYZE LOAN FILE RE INVESTIGATING UNDERLYING FACTS OF CASE. | 0.90 |
| 06/25/12 | MMI | CONTINUED ANALYSIS OF STRATEGY CONCERNING ████████ ████████ | 0.60 |
| 06/25/12 | MMI | ANALYSIS OF ANY ISSUE CONCERNING ████████████ | 0.40 |
| 06/25/12 | MMI | REVISE ALL PORTIONS OF U.S. BANK'S MOTION TO DISMISS AND PREPARE SAME FOR FILING, INCLUDING CITE CHECK. | 2.40 |
| 06/25/12 | MMI | CONFERENCES WITH MS. BUEN RE ████████ ████████ | 0.50 |
| 06/25/12 | MMI | CORRESPONDENCE TO MR. PARKER RE OBTAINING CONCURRENCE IN DISPOSITIVE MOTION. | 0.10 |
| 06/25/12 | RMB | ANALYZE DRAFT MOTION TO DISMISS DEBTOR'S TILA COMPLAINT BASED ON CAUSE OF ACTION NOW BEING OWNED BY BORROWER'S CHAPTER 7 BANKRUPTCY TRUSTEE | 0.40 |
| 06/25/12 | RMB | REVISE DRAFT MOTION TO DISMISS DEBTOR'S TILA COMPLAINT BASED ON BANKRUPTCY TRUSTEE HAVING BECOME THE OWNER OF THE DEBTOR'S TILA CLAIM | 0.30 |
| 06/25/12 | RMB | ANALYZE STRATEGY ████████████████████ ████████████████████ | 0.20 |
| 06/25/12 | TMS | ANALYZE STRATEGY ████████████ | 0.30 |
| 06/27/12 | RMB | REVIEW RECENT DECISION RE APPLICATION OF JUDICIAL ESTOPPEL AGAINST DEBTOR WHO FAILED TO LIST LAWSUIT ON HIS SCHEDULES AND SEND SAME TO MAT MITCHELL | 0.10 |
| 06/28/12 | MMI | DRAFT GMACM'S COUNTER AND CROSS CLAIM. | 1.70 |
| 06/29/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████ ████ | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... 16.80
**TOTAL LEGAL FEES** ...................................................................$  4,887.00

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0279
INVOICE NO.  1466464
PAGE NO.  4

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 05/29/12 | FILING FEES & RELATED CHARGES - NOTICE OF REMOVAL TO FEDERAL COURT | 350.00 |

**TOTAL DISBURSEMENTS ...................................$   350.00**

***NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.***

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0279
INVOICE NO.  1466464
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------:|-----:|-------:|
| RMB | RICHARD M. BENDIX | 2.00 | 580.00 | 1,160.00 |
| TMS | THOMAS M. SCHEHR | 0.30 | 340.00 | 102.00 |
| MMI | MATTHEW MITCHELL | 14.50 | 250.00 | 3,625.00 |
| | **TOTAL** | **16.80** | | **4,887.00** |

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1466465
PAGE NO.  2

## RE:  FLOOD, PATRICK AND JACQUELYN

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 05/22/12 | MMI | ANALYSIS RE INITIAL DEADLINES ASSOCIATED WITH PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER. | 0.10 |
| 05/22/12 | TMS | ANALYZE COMPLAINT. | 0.70 |
| 05/23/12 | MMI | ANALYZE FORECLOSURE FILE RE FORMULATING STRATEGY FOR OPPOSING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER. | 0.30 |
| 05/23/12 | MMI | CORRESPONDENCE TO FORECLOSURE COUNSEL RE OBTAINING FORECLOSURE FILE. | 0.10 |
| 05/23/12 | MMI | CORRESPONDENCE TO MR. PARKER RE SHERIFF'S SALE. | 0.20 |
| 05/23/12 | MMI | COMMUNICATIONS WITH MS. BUEN ███████████████ | 0.50 |
| 05/24/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████████ | 0.20 |
| 05/24/12 | MMI | DRAFT PLEADINGS OPPOSING PLAINTIFS' REQUEST FOR A PRELIMINARY INJUNCTION. | 0.80 |
| 05/24/12 | MMI | COMMUNICATIONS WITH MR. PARKER RE WITHDRAWAL OF PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION. | 0.30 |
| 05/24/12 | TMS | STRATEGY RE ███████████ | 0.40 |
| 05/29/12 | MMI | ANALYZE DOCKET RE OBTAINING STATUS OF HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER. | 0.10 |
| 05/29/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.10 |
| 05/31/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████ | 0.10 |
| 06/13/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████ | 0.10 |
| 06/14/12 | MMI | REVISE CORRESPONDENCE TO MR. PARKER RE STAY OF CASE. | 0.10 |
| 06/15/12 | MMI | ANALYSIS OF STRATEGY CONCERNING ███████████ | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**............................................................    **4.30**
**TOTAL LEGAL FEES** ...................................................................................**$**    **1,174.00**

# DyKEMA

ALLY BANK
JULY 31, 2012

## DISBURSEMENTS

| | | |
|---|---|---:|
| 05/24/12 | FILING FEES & RELATED CHARGES - ATTY MATT MITCHELL - APPEARANCE NOTICE OF APPEARANCE - NEW CLIENT MATTER FOR ALLY BANK FLOOD,PATRICK VS GMAC MORTGAGE LLC (086797-???) | 8.00 |
| | SCANNING EXPENSES | 0.00 |
| | PRINTING EXPENSES | 0.00 |
| | **TOTAL DISBURSEMENTS** ...................................$ | **8.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1466465
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 1.10 | 340.00 | 374.00 |
| MMI | MATTHEW MITCHELL | 3.20 | 250.00 | 800.00 |
| | **TOTAL** | **4.30** | | **1,174.00** |


**DYKEMA**

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0281
INVOICE NO.  1466466
PAGE NO.  2

**RE:  ROACH, STEPHEN J. VS. GMAC MORTGAGE, LLC**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/05/12 | NSRA | COMMUNICATE WITH COURT CLERK RE HEARING ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 0.30 |
| 06/05/12 | NSRA | DRAFT NOTICE OF AUTOMATIC STAY. | 0.20 |
| 06/05/12 | NSRA | PREPARE FOR HEARING ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 0.40 |
| 06/05/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.20 |
| 06/05/12 | NSRA | ANALYSIS OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 0.40 |
| 06/05/12 | NSRA | ANALYSIS OF CLAIMS IN COMPLAINT. | 0.30 |
| 06/05/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.80 |
| 06/05/12 | TMS | PREPARE RESPONSE TO MOTION FOR TRO. | 0.90 |
| 06/06/12 | NSRA | ATTEND HEARING ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 3.70 |
| 06/06/12 | NSRA | COMMUNICATE WITH COURT CLERK RE ORDER TO ADMINISTRATIVELY CLOSE THE CASE. | 0.20 |
| 06/06/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/11/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/13/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE RELIEF FROM BANKRUPTCY STAY. | 0.20 |
| 06/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/19/12 | NSRA | ANALYSIS OF ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY. | 0.20 |
| 06/20/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 06/20/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE RELIEF FROM AUTOMATIC STAY. | 0.10 |
| 06/24/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE SETTLEMENT DEMAND. | 0.30 |
| 06/28/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE MOTION TO REOPEN CASE. | 0.10 |
| 06/29/12 | NSRA | DRAFT PROPOSED ORDER TO REOPEN CASE. | 0.10 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0281
INVOICE NO.  1466466
PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME**....................................................................    **9.00**
**TOTAL LEGAL FEES** ...............................................................................................$    **2,330.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0281
INVOICE NO.  1466466
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 1.70 | 340.00 | 578.00 |
| NSRA | NASSEEM S. RAMIN | 7.30 | 240.00 | 1,752.00 |
| | **TOTAL** | **9.00** | | **2,330.00** |



ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0282
INVOICE NO.  1466467
PAGE NO.  2

## RE:  FNMA VS. AJROUCHE, TAHA

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|-------|
| 06/12/12 | TMS | REVIEW PLEADINGS FOR PURPOSES OF HANDLING APPEAL. | 0.30 |
| 06/22/12 | AJK | REVIEW AND ANALYZE FILE MATERIALS. | 0.50 |
| 06/25/12 | TMS | REVIEW PLAINTIFF'S WITNESS LIST. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................  **1.00**
**TOTAL LEGAL FEES** .............................................................$  **277.50**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0282
INVOICE NO.  1466467
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.50 | 340.00 | 170.00 |
| AJK | ANDREW J. KOLOZSVARY | 0.50 | 215.00 | 107.50 |
| | **TOTAL** | **1.00** | | **277.50** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0104
INVOICE NO.  1466490
PAGE NO.  2

**RE:  LIO V. DAMOLARIS ET AL. (30806)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/26/12 | MICHAEL A. GILMAN | APPEAR IN COURT FOR STATUS ON THE SHORT SALE. | 1.00 | 355.00 |
| 06/26/12 | MICHAEL A. GILMAN | TELEPHONE CONFERENCE WITH SHEILA GREGORY RE ▇▇▇▇▇ | 0.10 | 35.50 |
| 06/26/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO SHEILA GREGORY RE ▇▇▇▇▇ | 0.20 | 71.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**............................................................  **1.30**
**TOTAL LEGAL FEES** ......................................................................$   **461.50**

| DISBURSEMENTS | |
|---------------|---|
| TELECOMMUNICATIONS | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$   **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0104
INVOICE NO.  1466490
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 1.30 | 355.00 | 461.50 |
| **TOTAL** | | **1.30** | | **461.50** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0142
INVOICE NO.  1466491
PAGE NO.  2

**RE:  SAYAH 192 S. ADDISON, 09-4119 (699560)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/07/12 | AMY R. JONKER | E-MAIL TO MS. GREGORY REGARDING ▮▮▮ | 0.10 | 29.00 |
| 06/08/12 | AMY R. JONKER | ANALYSIS OF DEFENDANT'S BANKRUPTCY AND MOTIONS FOR RELIEF FROM STAY. | 0.70 | 203.00 |
| 06/08/12 | AMY R. JONKER | E-MAILS TO AND FROM MS. GREGORY REGARDING ▮▮▮ | 0.10 | 29.00 |
| 06/11/12 | CATHERINE BURKE | PREPARE INFORMATION RE HEARING ON STATUS OF BANKRUPTCY. | 0.10 | 15.00 |
| 06/24/12 | CATHERINE BURKE | PREPARE INFORMATION RE JULY 26, 2012 HEARING. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................**1.20**
**TOTAL LEGAL FEES** ...........................................................................$    **306.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0142
INVOICE NO.  1466491
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| AMY R. JONKER | SENIOR ATTORNEY | 0.90 | 290.00 | 261.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.30 | 150.00 | 45.00 |
| **TOTAL** | | **1.20** | | **306.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0145
INVOICE NO.  1466492
PAGE NO.  2

**RE:  SAYAH 195 S. WOODDALE, 09-4151 (700321)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/06/12 | JAMES R. DOUGHERTY | PREPARATION FOR COURT MANDATED CONFERENCE RE: STATUS OF BANKRUPTCY. | 0.20 | 44.00 |
| 06/07/12 | JAMES R. DOUGHERTY | ATTENDANCE AT COURT MANDATED CONFERENCE RE: STATUS OF BANKRUPTCY. | 0.80 | 176.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................. **1.00**
**TOTAL LEGAL FEES** ...............................................................................$ **220.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0145
INVOICE NO.  1466492
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| JAMES R. DOUGHERTY | SENIOR ATTORNEY | 1.00 | 220.00 | 220.00 |
| **TOTAL** | | **1.00** | | **220.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0146
INVOICE NO.  1466493
PAGE NO.  2

**RE:  SAYAH 4N695 CHURCH RD, 09-4150 (700248)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/06/12 | JAMES R. DOUGHERTY | PREPARATION FOR COURT MANDATED CONFERENCE RE: STATUS OF BANKRUPTCY. | 0.20 | 44.00 |
| 06/07/12 | JAMES R. DOUGHERTY | ATTENDANCE AT COURT MANDATED CONFERENCE RE: STATUS OF BANKRUPTCY. | 0.80 | 176.00 |
| 06/11/12 | CATHERINE BURKE | PREPARE INFORMATION RE HEARING ON STATUS OF BANKRUPTCY. | 0.10 | 15.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **1.10**
**TOTAL LEGAL FEES** ..........................................................................................$ **235.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0146
INVOICE NO.  1466493
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| JAMES R. DOUGHERTY | SENIOR ATTORNEY | 1.00 | 220.00 | 220.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.10 | 150.00 | 15.00 |
| **TOTAL** | | **1.10** | | **235.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0150
INVOICE NO.  1466494
PAGE NO.  2

**RE:  THE BANK OF NEW YORK MELLON V. SIMPSON 700298**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/29/12 | CATHERINE BURKE | PREPARE INFORMATION RE MAY 29, 2012 CASE MANAGEMENT CONFERENCE. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................... **0.20**
**TOTAL LEGAL FEES** ...........................................................................$ **30.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0150
INVOICE NO.  1466494
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **0.20** | | **30.00** |



ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0165
INVOICE NO.  1466495
PAGE NO.  2

### RE:  ALLEN V. GMAC MORTGAGE, ET CL. 701964

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/08/12 | AMY R. JONKER | PHONE CONFERENCE WITH MR. HANEY AND MR. KROPIK REGARDING ▮▮▮▮▮ | 0.30 | 87.00 |
| 06/19/12 | CATHERINE BURKE | PREPARE INFORMATION FOR JUNE 27, 2012 TRIAL CALL. | 0.80 | 120.00 |
| 06/25/12 | DAWN WILLIAMS | ANALYZE CORRESPONDENCE FROM MS. JONKER RE ▮▮▮▮ | 0.20 | 29.70 |
| 06/26/12 | DAWN WILLIAMS | PREPARE FOR ATTENDANCE AT STATUS CONFERENCE RE BANKRUPTCY STAY. | 0.30 | 44.55 |
| 06/27/12 | DAWN WILLIAMS | PREPARE FOR AND ATTENDANCE AT STATUS HEARING | 2.70 | 400.95 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **4.30**
**TOTAL LEGAL FEES** .........................................................................$ **682.20**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0165
INVOICE NO.  1466495
PAGE NO.  3

## DISBURSEMENTS

| | | |
|---|---|---|
| 05/29/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - AMY R. JONKER TAXI TO HEARING | 28.00 |
| 05/29/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - AMY R. JONKER TAXI FROM HEARING | 14.00 |

**TOTAL DISBURSEMENTS ...................................$     42.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0165
INVOICE NO.  1466495
PAGE NO.  4

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| AMY R. JONKER | SENIOR ATTORNEY | 0.30 | 290.00 | 87.00 |
| DAWN WILLIAMS | ASSOCIATE | 3.20 | 148.50 | 475.20 |
| CATHERINE BURKE | LGL SPECIALIST | 0.80 | 150.00 | 120.00 |
| **TOTAL** | | **4.30** | | **682.20** |

# DykEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0182
INVOICE NO.  1466496
PAGE NO.  2

| **DISBURSEMENTS** | |
|---|---|
| 04/24/12   TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JEFFREY E. JAMISON TRAVEL TO COURT IN LAKE COUNTY ON APRIL, 24, 2012 | 27.75 |

**TOTAL DISBURSEMENTS ...................................$    27.75**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0227
INVOICE NO.  1466497
PAGE NO.  2

## RE:  MAXINE CARTHAN-RAGLAND

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/01/12 | IRINA V. FRYE | COMMUNICATE WITH MR. JAMISON REGARDING NOTICE OF BANKRUPTCY (0.1); PREPARE NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY (0.3). | 0.40 | 82.80 |
| 06/01/12 | JEFFREY E. JAMISON | COMMUNICATION WITH CLIENT ███████ ██████████ REVIEW AND COMMENT ON NOTIFICATION OF BANKRUPTCY (.4); RESEARCH ██████████████ | 1.90 | 551.00 |
| 06/04/12 | IRINA V. FRYE | PER MR. JAMISON, FILE ELECTRONICALLY NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY (0.2); PREPARE COURTESY COPY OF COURT-FILED NOTICE OF BANKRUPTCY AND COORDINATE HAND DELIVERY OF SAME TO JUDGE FEINERMAN. | 0.60 | 124.20 |
| 06/07/12 | IRINA V. FRYE | EMAILS FROM AND TO MESSRS. ARGER AND JAMISON REGARDING CASE STATUS IN LIGHT OF BANKRUPTCY (0.2); REVIEW ELECTRONIC CASE DOCKET AND ANALYZE FOR APPLICABLE DATES ORDERS ENTERED 5/11/12, 6/1/12 AND 6/4/12 AND FIRST AMENDED COMPLAINT AND CALENDAR 6/18/12 DRAFT OF MERS'S MOTION TO DISMISS DUE TO CLIENT, 6/21/12 MERS'S MOTION TO DISMISS DUE DATE, 7/24/12 STATUS HEARING AND 7/17/12 INITIAL JOINT STATUS REPORT DUE DATE AND REMOVE CALENDAR ENTRY FOR 6/12/12 STATUS HEARING (0.4). | 0.60 | 124.20 |
| 06/07/12 | JEFFREY E. JAMISON | REVIEW ORDER FROM COURT RE: AUTOMATIC STAY (.3); ATTORNEY COMMUNICATION RE: ███████████████████████████ | 2.00 | 580.00 |
| 06/11/12 | JEFFREY E. JAMISON | DRAFT MOTION TO DISMISS AMENDED COMPLAINT FOR MERS (3.9); RESEARCH RE: ████████████ | 4.80 | 1,392.00 |
| 06/12/12 | IRINA V. FRYE | PROOFREAD MERS'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MAKE EDITS (1.7); PREPARE EXHIBITS A-E TO MEMORANDUM (0.6). | 2.30 | 476.10 |

# Dykema

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0227
INVOICE NO.  1466497
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/12/12 | JEFFREY E. JAMISON | FINALIZE DRAFT MOTION TO DISMISS FIRST AMENDED COMPLAINT (1.7); COMMUNICATION WITH I. FRYE RE: EXHIBITS AND FILING OF MOTION TO DISMISS (.3); REVIEW COMMENTS AND UPDATE DRAFT MOTION TO DISMISS FIRST AMENDED COMPLAINT (.5); COMMUNICATION WITH S. GREGORY RE: ███████████(.3); REVIEW DOCUMENTS FROM S. GREGORY (.3); RESEARCH RE: ███████████ ███████(.7); COMMUNICATION WITH CO-DEFENDANT'S COUNSEL RE: MOTION TO DISMISS (.4) | 4.20 | 1,218.00 |
| 06/13/12 | JEFFREY E. JAMISON | FINALIZE DRAFT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT (1.7); COMMUNICATION WITH R. GOTTLIEB RE: ███████████(.3); COMMUNICATION WITH CLIENT RE: ███████████(.2); DRAFT NOTICE AND MOTION TO DISMISS (.7) | 2.90 | 841.00 |
| 06/13/12 | RICHARD E. GOTTLIEB | REVISIONS TO BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | 1.80 | 810.00 |
| 06/14/12 | IRINA V. FRYE | COMMUNICATE WITH MR. JAMISON REGARDING ███████████(0.1); REVIEW AND REVISE COVER MOTION TO DISMISS (0.4). | 0.50 | 103.50 |
| 06/14/12 | JEFFREY E. JAMISON | PREPARE MOTION TO DISMISS AND RELATED NOTICES AND CERTIFICATES (1.1) | 1.10 | 319.00 |
| 06/15/12 | JEFFREY E. JAMISON | COMMUNICATION WITH CLIENT RE: FILING ███████████(.3); | 0.30 | 87.00 |
| 06/21/12 | IRINA V. FRYE | CITE CHECK AND MAKE EDITS TO MERS'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT (1.7); REVIEW AND REVISE NOTICE OF MOTION TO DISMISS (0.1); FILE ELECTRONICALLY MOTION TO DISMISS, SUPPORTING MEMORANDUM, EXHIBITS A-E AND NOTICE OF MOTION (0.5); PREPARE COURTESY COPIES OF COURT-FILED DOCUMENTS AND COORDINATE HAND DELIVERY OF SAME TO JUDGE FEINERMAN (0.4); CALENDAR 7/5/12 MOTION HEARING (0.1). | 2.80 | 579.60 |
| 06/21/12 | JEFFREY E. JAMISON | REVIEW STANDARD BANK'S MOTION TO DISMISS (.9) | 0.70 | 203.00 |
| 06/21/12 | JEFFREY E. JAMISON | COMMUNICATION WITH CLIENT RE: ███████ ███████████(.3); | 0.30 | 87.00 |



**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.    086797-0227
INVOICE NO.  1466497
PAGE NO.  4

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/21/12 | RICHARD E. GOTTLIEB | FINAL EDITS TO SUMMARY JUDGMENT BRIEF. | 0.30 | 135.00 |
| 06/24/12 | IRINA V. FRYE | ANALYZE FOR APPLICABLE DATES STANDARD BANK AND TRUST'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND NOTICE OF MOTION AND CALENDAR 7/5/12 MOTION HEARING. | 0.20 | 41.40 |
| 06/27/12 | JEFFREY E. JAMISON | COMMUNICATION WITH CLIENT RE: ██████ █████ (.3); COMMUNICATION WITH OPPOSING COUNSEL RE: DOCUMENTS NEEDED FOR LOAN MODIFICATION APPLICATION (.4) | 0.70 | 203.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................    **28.40**
**TOTAL LEGAL FEES** ................................................................$    **7,957.80**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0227
INVOICE NO.  1466497
PAGE NO.  5

| | DISBURSEMENTS | |
|---|---|---|
| 06/22/12 | SPIRAL BINDER | 1.77 |
| 06/14/12 | COURIER FOR COURT FILING SERVICES-DELIVER COURTESY COPIES TO JUDGE FEINERMAN'S COURTROOM DEPUTY. | 21.00 |
| 06/22/12 | COURIER FOR COURT FILING SERVICES; DELIVERY COURTESY COPIES TO JUDGE FEINERMAN. | 21.00 |

**TOTAL DISBURSEMENTS** ...................................$    **43.77**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.     086797-0227
INVOICE NO.  1466497
PAGE NO.  6

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RICHARD E. GOTTLIEB | MEMBER | 2.10 | 450.00 | 945.00 |
| JEFFREY E. JAMISON | ASSOCIATE | 18.90 | 290.00 | 5,481.00 |
| IRINA V. FRYE | LGL SPECIALIST | 7.40 | 207.00 | 1,531.80 |
| **TOTAL** | | **28.40** | | **7,957.80** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0247
INVOICE NO.  1466498
PAGE NO.  2

## RE:  IGOR BRENER

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/12/12 | EDWARD W. SOMERS | DRAFT CORRESPONDENCE PURSUANT TO RULE 201(K) REGARDING DISCOVERY DISPUTE. | 0.50 | 110.00 |
| 06/22/12 | EDWARD W. SOMERS | REVIEW COUNTERPLAINTIFF'S DISCOVERY RESPONSES. | 0.60 | 132.00 |
| 06/25/12 | EDWARD W. SOMERS | REVIEW DEFENDANT'S UNFILED MOTION FOR EXTENSION OF TIME AND ATTACHED DISCOVERY RESPONSES (0.5); ATTEND HEARING ON MOTION TO COMPEL DISCOVERY (1.0). | 1.50 | 330.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................  **2.60**
**TOTAL LEGAL FEES** ...........................................................................................$  **572.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0247
INVOICE NO.  1466498
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/18/12 | COURIER FOR COURT FILING SERVICES-DELIVER COURTESY COPY OF NOTICE OF MOTION AND GMAC MORTGAGE, LLC'S MOTION TO COMPEL DISCOVERY RESPONSES TO JUDGE. | 21.00 |

**TOTAL DISBURSEMENTS ...................................$    21.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0247
INVOICE NO.  1466498
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| EDWARD W. SOMERS | ASSOCIATE | 2.60 | 220.00 | 572.00 |
| **TOTAL** | | **2.60** | | **572.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1466499
PAGE NO.  2

**RE:  GMAC MORTGAGE V. COLEMAN**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/12 | CATHERINE BURKE | PREPARE INFORMATION RE BRIEFING SCHEDULE AND HEARING ON GMAC MOTION TO STRIKE AND DISMISS CERTAIN AFFIRMATIVE DEFENSES AND SUMMARY JUDGMENT ON THIRD AND FOURTH AFFIRMATIVE DEFENSES. | 0.30 | 45.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................ **0.30**
**TOTAL LEGAL FEES** ...........................................................................$ **45.00**

**DISBURSEMENTS**

PRINTING EXPENSES                                       0.00

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1466499
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE BURKE | LGL SPECIALIST | 0.30 | 150.00 | 45.00 |
| **TOTAL** | | **0.30** | | **45.00** |

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0252
INVOICE NO.  1466500
PAGE NO.  2

## RE:  BONY V. HUITRON

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/03/12 | AMANDA BENNETT | RESEARCH RE REPLY IN SUPPORT OF MOTION TO DISMISS. | 1.00 | 315.00 |
| 06/05/12 | AMY R. JONKER | DRAFTING REPLY IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 3.50 | 1,015.00 |
| 06/06/12 | AMY R. JONKER | E-MAILS TO AND FROM MR. HUITZIL REGARDING ███████████ | 0.20 | 58.00 |
| 06/06/12 | AMY R. JONKER | REVISE REPLY IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS | 0.90 | 261.00 |
| 06/20/12 | AMANDA BENNETT | PARTICIPATING IN HEARING ON MOTION FOR SUMMARY JUDGMENT. | 1.80 | 567.00 |
| 06/20/12 | AMY R. JONKER | E-MAILS TO AND FROM MS. GREGORY AND MR. HUITZIL REGARDING ███████████ | 0.30 | 87.00 |
| 06/26/12 | CATHERINE BURKE | PREPARE INFORMATION RE PROVISION OF COURTESY COPIES AND HEARING ON MOTION TO DISMISS COUNTERCLAIMS. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................ **7.90**
**TOTAL LEGAL FEES** ...........................................................................$ **2,333.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0252
INVOICE NO.  1466500
PAGE NO.  3

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/07/12 | COURIER FOR COURT FILING SERVICES-FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS. | 26.00 |

TOTAL DISBURSEMENTS ..................................$    **26.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0252
INVOICE NO.  1466500
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| AMANDA BENNETT | ASSOCIATE | 2.80 | 315.00 | 882.00 |
| AMY R. JONKER | SENIOR ATTORNEY | 4.90 | 290.00 | 1,421.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **7.90** | | **2,333.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0254
INVOICE NO.  1466501
PAGE NO.  2

**RE:  E\*TRADE V PATERAKIS (724089)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/06/12 | MICHAEL A. GILMAN | TELEPHONE CONFERENCE WITH COUNSEL FOR THE BORROWER RE SETTLEMENT; CORRESPONDENCE TO JENNIFER BEST RE ▇▇▇▇▇▇▇ | 0.10 | 35.50 |
| 06/14/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO TITLE COUNSEL RE ▇▇▇ ▇▇▇▇▇▇▇ | 0.10 | 35.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**....................................................................  **0.20**
**TOTAL LEGAL FEES** ....................................................................$  **71.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0254
INVOICE NO.  1466501
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 0.20 | 355.00 | 71.00 |
| **TOTAL** | | **0.20** | | **71.00** |

# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0255
INVOICE NO.  1466502
PAGE NO.  2

**RE:  US BANK V. SANDAHL (724679)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/05/12 | JOHN S. GANZ | TELEPHONE CONFERENCES WITH OPPOSING COUNSEL TO DISCUSS PROPOSED SETTLEMENT TERMS. | 0.40 | 116.00 |
| 06/08/12 | JOHN S. GANZ | CONFERENCES WITH OPPOSING COUNSEL REGARDING TERMS OF LOAN MODIFICATION. | 0.30 | 87.00 |
| 06/13/12 | JOHN S. GANZ | ATTEND TELEPHONIC STATUS HEARING (0.2); DRAFT ▮▮▮▮▮▮ TO CLIENT (0.2). | 0.40 | 116.00 |
| 06/19/12 | JOHN S. GANZ | DRAFT SETTLEMENT AGREEMENT. | 1.40 | 406.00 |
| 06/21/12 | JOHN S. GANZ | REVISE SETTLEMENT AGREEMENT (0.4) AND DRAFT STIPULATION (0.2) OF DISMISSAL AND ORDER OF DISMISSAL (0.2). | 0.80 | 232.00 |
| 06/29/12 | JOHN S. GANZ | CONFERENCES WITH CLIENT REGARDING DRAFT ▮▮▮▮▮▮▮▮ | 0.50 | 145.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **3.80**
**TOTAL LEGAL FEES** .......................................................................................$    **1,102.00**

### DISBURSEMENTS

| | |
|---|---|
| TELECOMMUNICATIONS | 0.00 |
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0255
INVOICE NO.  1466502
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JOHN S. GANZ | ASSOCIATE | 3.80 | 290.00 | 1,102.00 |
| **TOTAL** | | **3.80** | | **1,102.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0263
INVOICE NO.  1466503
PAGE NO.  2

**RE:  US BANK V. ELLIS**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/12/12 | EDWARD W. SOMERS | PREPARE FOR AND ATTEND HEARING ON MOTION TO STRIKE AND DISMISS. | 1.20 | 264.00 |
| 06/13/12 | CATHERINE BURKE | PREPARE INFORMATION RE BRIEFING SCHEDULE, PROVISION OF COURTESY COPIES, AND HEARING ON U.S. BANK MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 0.30 | 45.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**............................................................... **1.50**
**TOTAL LEGAL FEES** ...............................................................$ **309.00**

## DISBURSEMENTS

| | |
|---|---|
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$ **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0263
INVOICE NO.  1466503
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| EDWARD W. SOMERS | ASSOCIATE | 1.20 | 220.00 | 264.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.30 | 150.00 | 45.00 |
| **TOTAL** | | **1.50** | | **309.00** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0265
INVOICE NO.  1466504
PAGE NO.  2

## RE:  CARROLL, DAVID

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/07/12 | MARGARET J. RHIEW | DRAFT NOTICE OF BANKRUPTCY AND PREPARE FOR FILING (.30); REVIEW STATUS OF MATTER, COURT DOCKET, APPEARANCES FILED, SERVICE LIST (.20); COMMUNICATIONS WITH CITY ATTORNEY RE CORRECTING SERVICE LIST (.20); CORRESPONDENCE TO MS. NORTHROP-DAY RE ████████████ | 1.20 | 258.00 |
| 06/21/12 | MARGARET J. RHIEW | RESEARCH DEFENDANT APPEARANCE BY COUNSEL, ARDC, STATUS. | 0.50 | 107.50 |
| 06/22/12 | MARGARET J. RHIEW | REVIEW COURT DOCKET, ARDC WEBSITE, GOOGLE; PHONE CALL TO ARDC RE DATE OF DEATH OF BORROWER'S COUNSEL (.40); COMMUNICATIONS WITH TEAM RE ██████ ████████████ | 0.60 | 129.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **2.30**
**TOTAL LEGAL FEES** ...............................................................$ **494.50**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0265
INVOICE NO.  1466504
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/07/12 | COURIER FOR COURT FILING SERVICES-FILE STAMP NOTICE OF FILING AND NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY; RETURN COPIES. | 26.00 |

**TOTAL DISBURSEMENTS ...................................$    26.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0265
INVOICE NO.  1466504
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MARGARET J. RHIEW | ASSOCIATE | 2.30 | 215.00 | 494.50 |
| **TOTAL** | | **2.30** | | **494.50** |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0277
INVOICE NO.  1466505
PAGE NO.  2

## RE:  RIGOBERTO P. ROSALES (728494)

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/06/12 | CB | REVISE CASE MANAGEMENT REPORT TO ADD CASE DATA. | 0.20 |
| 06/13/12 | ARJ | ANALYZE ISSUES FOR ███████████ ███████████ | 0.40 |
| 06/13/12 | ARJ | E-MAILS TO AND FROM MR. DICICCO REGARDING ████████ ███████████ | 0.20 |
| 06/15/12 | ABEN | DRAFTING MOTION TO LIFT BANKRUPTCY STAY. | 0.70 |
| 06/18/12 | ABEN | EDITING MOTION TO LIFT BANKRUPTCY STAY. | 0.40 |
| 06/19/12 | ARJ | CORRESPONDENCE WITH MR. DICICCO ████████ ███████████ | 0.20 |
| 06/20/12 | CB | PREPARE INFORMATION RE HEARING ON MOTION TO LIFT BANKRUPTCY STAY. | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME.........................................................  **2.30**
TOTAL LEGAL FEES .............................................................................$  **638.50**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0277
INVOICE NO.  1466505
PAGE NO.  3

| DISBURSEMENTS | |
|---|---|
| 06/19/12    COURIER FOR COURT FILING SERVICES-DELIVER COURTESY COPY OF NOTICE OF MOTION AND MOTION TO LIFT BANKRUPTCY STAY TO JUDGE. | 21.00 |
| PRINTING EXPENSES | 0.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | **21.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0277
INVOICE NO.  1466505
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------|-------|--------|---------|
| ABEN | AMANDA BENNETT | 1.10 | 315.00 | 346.50 |
| ARJ | AMY R. JONKER | 0.80 | 290.00 | 232.00 |
| CB | CATHERINE BURKE | 0.40 | 150.00 | 60.00 |
| **TOTAL** | | **2.30** | | **638.50** |