# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0104
INVOICE NO.  1471105
PAGE NO.  2

**RE:  LIO V. DAMOLARIS ET AL. (30806)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/20/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO BORROWERS' COUNSEL RE CONSENT FORECLOSURE. | 0.10 | 35.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................    **0.10**
**TOTAL LEGAL FEES** ............................................................................$    **35.50**

# DyKEMA

ALLY BANK
AUGUST 31, 2012

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 0.10 | 355.00 | 35.50 |
| **TOTAL** | | **0.10** | | **35.50** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0142
INVOICE NO.  1471106
PAGE NO.  2

## RE:  SAYAH 192 S. ADDISON, 09-4119 (699560)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/12 | CATHERINE BURKE | PREPARE INFORMATION RE JUNE 7, 2012 COURT HEARING. | 0.20 | 30.00 |
| 07/23/12 | CATHERINE BURKE | PREPARE INFORMATION RE STATUS CONFERENCE. | 0.20 | 30.00 |
| 07/25/12 | AMY R. JONKER | ANALYZE STATUS OF BANKRUPTCY STAYS FOR STATUS HEARINGS. | 0.40 | 116.00 |
| 07/26/12 | AMY R. JONKER | ████████████████ E-MAILS TO MS. GREGORY REGARDING SAME. | 0.20 | 58.00 |
| 07/26/12 | BRETT J. NATARELLI | PARTICIPATE IN COURT STATUS HEARING. | 0.90 | 180.00 |
| 07/31/12 | AMY R. JONKER | TELEPHONE CONFERENCE WITH AND E-MAILS TO AND FROM MS. GREGORY REGARDING ████ ███████████ .6); E-MAILS TO AND FROM MS. GEORGOPOLOUS REGARDING STATUS OF MOTION FOR RELIEF FROM STAY FOR WOODDALE PROPERTY (.3). | 0.90 | 261.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................    **2.80**
**TOTAL LEGAL FEES** ...........................................................................$    **675.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0142
INVOICE NO.  1471106
PAGE NO.  3

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| AMY R. JONKER | SENIOR ATTORNEY | 1.50 | 290.00 | 435.00 |
| BRETT J. NATARELLI | ASSOCIATE | 0.90 | 200.00 | 180.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.40 | 150.00 | 60.00 |
| **TOTAL** | | **2.80** | | **675.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0145
INVOICE NO.  1471107
PAGE NO.  2

**RE:  SAYAH 195 S. WOODDALE, 09-4151 (700321)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/26/12 | BRETT J. NATARELLI | PARTICIPATE IN COURT STATUS HEARING. | 0.90 | 180.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **0.90**
**TOTAL LEGAL FEES** ...............................................................................$ **180.00**

**DYKEMA**

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0145
INVOICE NO.  1471107
PAGE NO.  3

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| BRETT J. NATARELLI | ASSOCIATE | 0.90 | 200.00 | 180.00 |
| **TOTAL** | | **0.90** | | **180.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0146
INVOICE NO.  1471108
PAGE NO.  2

**RE:  SAYAH 4N695 CHURCH RD, 09-4150 (700248)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/26/12 | BRETT J. NATARELLI | PARTICIPATE IN COURT STATUS HEARING. | 1.00 | 200.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................... **1.00**
**TOTAL LEGAL FEES** .................................................................................$ **200.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0146
INVOICE NO.  1471108
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---:|
| 06/07/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JAMES DOUGHERTY TRAVEL TO/FROM WHEATON FOR COURT | 8.88 |

**TOTAL DISBURSEMENTS** ...................................$     **8.88**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0146
INVOICE NO.  1471108
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| BRETT J. NATARELLI | ASSOCIATE | 1.00 | 200.00 | 200.00 |
| **TOTAL** | | **1.00** | | **200.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0165
INVOICE NO.  1471109
PAGE NO.  2

**RE:  ALLEN V. GMAC MORTGAGE, ET CL. 701964**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/27/12 | AMY R. JONKER | CORRESPONDENCE WITH MS. GREGORY REGARDING ███████████████ | 0.20 | **58.00** |
| 07/02/12 | CATHERINE BURKE | PREPARE INFORMATION RE NOTICE OF COURT ORDER ENTERED JUNE 27, 2012. | 0.20 | **30.00** |
| 07/05/12 | CATHERINE BURKE | CORRESPONDENCE WITH ATTORNEYS RE ORDER FROM JUDGE MADDUX DISMISSING CASE FOR WANT OF PROSECUTION (.3); TELEPHONE CONFERENCE WITH JUDGE MADDUX'S CLERK RE JUNE 29, 2012 DISMISSAL (.2); TELEPHONE CONFERENCE WITH JUDGE CLIFFORD'S CLERK RE MAY 27, 2012 ORDER REMANDING CASE (.2). | 0.70 | **105.00** |
| 07/09/12 | CATHERINE BURKE | TELEPHONE CALLS AND MESSAGES TO MARKHAM COURT CLERK'S OFFICE RE CODING OF MAY 29, 2012 ORDER WHICH CAUSED CASE TO BE WRONGLY DISMISSED FOR WANT OF PROSECUTION. | 0.50 | **75.00** |
| 07/10/12 | CATHERINE BURKE | TELEPHONE CALLS AND MESSAGES TO JUDGE CLIFFORD'S CLERK RE MAY 29, 2012 ORDER WRONGLY REMANDING CASE TO JUDGE MADDUX (.3). | 0.30 | **45.00** |
| 07/11/12 | CATHERINE BURKE | TELEPHONE CONFERENCE WITH MS ADRIAN (JUDGE CLIFFORD'S CLERK, MARKHAM) RE WRONGFUL DISMISSAL OF CASE AGAINST HOMECOMINGS FOR WANT OF PROSECUTION (.3); REVIEW ONLINE COURT DOCKET RE CASE STATUS (.2). | 0.50 | **75.00** |
| 07/19/12 | CATHERINE BURKE | TELEPHONE CONFERENCE WITH CHIEF CLERK IN MARKHAM RE CODING OF JUDGE CLIFFORD'S MAY 29, 2012 ORDER NOTING BANKRUPTCY (.3); TELEPHONE CONFERENCE WITH JUDGE MADDUX'S CLERK IN CHICAGO RE CODING ERROR IN MARKHAM AND AGREEMENT TO VACATE JUDGE MADDUX'S ORDER DISMISSING THE CASE FOR WANT OF PROSECUTION (.3). | 0.60 | **90.00** |
| 07/26/12 | AMY R. JONKER | CORRESPONDENCE WITH MS. GREGORY REGARDING ███████████████████ | 0.50 | **145.00** |



**DYKEMA**

ALLY BANK                                            CLIENT-MATTER NO.    086797-0165
AUGUST 31, 2012                                      INVOICE NO.  1471109
                                                     PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/31/12 | CATHERINE BURKE | STUDY ONLINE COURT DOCKET RE STATUS OF VACATING OF ORDER DISMISSING CASE FOR WANT OF PROSECUTION. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **3.70**
**TOTAL LEGAL FEES** ...............................................................................$    **653.00**

# DYKEMA

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| AMY R. JONKER | SENIOR ATTORNEY | 0.70 | 290.00 | 203.00 |
| CATHERINE BURKE | LGL SPECIALIST | 3.00 | 150.00 | 450.00 |
| **TOTAL** | | **3.70** | | **653.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0184
INVOICE NO.  1471111
PAGE NO.  2

## RE:  WILLIAM HUTTON V. GMAC, ET AL.

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/02/12 | MATTHEW MITCHELL | ANALYSIS RE NEED FOR MOTIONS IN LIMINE IN THE CASE. | 0.10 | 25.00 |
| 07/03/12 | MATTHEW MITCHELL | CORRESPONDENCE TO CLIENT RE ███████ | 0.50 | 125.00 |
| 07/03/12 | MATTHEW MITCHELL | TELEPHONE WITH PLAINTIFF'S COUNSEL RE PRETRIAL ISSUES. | 0.30 | 75.00 |
| 07/03/12 | MATTHEW MITCHELL | ANALYSIS OF STRATEGY CONCERNING ███████ | 0.40 | 100.00 |
| 07/03/12 | THOMAS M. SCHEHR | PREPARE FOR POSSIBLE TRIAL. | 0.30 | 102.00 |
| 07/05/12 | MATTHEW MITCHELL | CORRESPONDENCE WITH CLIENT RE ███████ | 0.40 | 100.00 |
| 07/05/12 | MATTHEW MITCHELL | ANALYSIS OF STRATEGY CONCERNING ███████ | 0.30 | 75.00 |
| 07/11/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH PLAINTIFF'S COUNSEL RE LIKELIHOOD OF ADJOURNMENT OF PRETRIAL DATES. | 0.20 | 50.00 |
| 07/13/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ███████ | 0.10 | 25.00 |
| 07/13/12 | MATTHEW MITCHELL | DRAFT TRIAL READINESS MEMORANDUM. | 3.10 | 775.00 |
| 07/13/12 | MATTHEW MITCHELL | ANALYZE FILE, INCLUDING DISPOSITIVE BRIEFING, RE PREPARING TRIAL READINESS MEMORANDUM. | 1.20 | 300.00 |
| 07/13/12 | THOMAS M. SCHEHR | PREPARE ███████ AT REQUEST OF ALLY. | 0.30 | 102.00 |
| 07/16/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. DOROCAK RE JOINT CALL WITH COURT CLERK CONCERNING FINAL PRETRIAL CONFERENCE. | 0.10 | 25.00 |
| 07/17/12 | MATTHEW MITCHELL | TELEPHONE CALL TO COURT CLERK WITH OPPOSING COUNSEL RE FINAL PRETRIAL CONFERENCE. | 0.20 | 50.00 |
| 07/18/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ███████ | 0.10 | 25.00 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0184
INVOICE NO.  1471111
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/19/12 | MATTHEW MITCHELL | FILE ANALYSIS RE IDENTIFYING CONTESTED CLAIMS POTENTIALLY AFFECTED BY THE FINAL STAY ORDER. | 0.30 | 75.00 |
| 07/19/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ███████████ | 0.20 | 50.00 |
| 07/19/12 | MATTHEW MITCHELL | ANALYZE PROVISIONS OF FINAL SUPPLEMENTAL ORDER PERTAINING TO CONTESTED FORECLOSURES. | 0.20 | 50.00 |
| 07/24/12 | MATTHEW MITCHELL | REVISE AMENDED NOTICE OF BANKRUPTCY. | 0.10 | 25.00 |
| 07/24/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ███████████████ | 0.10 | 25.00 |
| 07/25/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ████████ | 0.20 | 50.00 |
| 07/26/12 | MATTHEW MITCHELL | CORRESPONDENCE TO FANNIE MAE RE █████████ | 0.10 | 25.00 |

TOTAL ATTORNEY & PARALEGAL TIME........................................................................    8.80
TOTAL LEGAL FEES ...........................................................................................$    2,254.00

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0184
INVOICE NO.  1471111
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.60 | 340.00 | 204.00 |
| MATTHEW MITCHELL | ASSOCIATE | 8.20 | 250.00 | 2,050.00 |
| **TOTAL** | | **8.80** | | **2,254.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0192
INVOICE NO.  1471112
PAGE NO.  2

## RE:  JENETTA POLK (#709055)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/06/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO FORECLOSURE COUNSEL RE ORDER OF DISMISSAL OF COUNTERCLAIM WITH PREJUDICE. | 0.20 | 71.00 |
| 07/27/12 | MICHAEL A. GILMAN | DRAFT SETTLEMENT AGREEMENT, MOTION TO DISMISS AND AGREED DISMISSAL ORDER. | 1.30 | 461.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................  **1.50**
**TOTAL LEGAL FEES** ...........................................................................$  **532.50**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0192
INVOICE NO.  1471112
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 1.50 | 355.00 | 532.50 |
| **TOTAL** | | **1.50** | | **532.50** |



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0194
INVOICE NO.  1471113
PAGE NO.  2

## RE:  DAVIS VS. GMAC 722410

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/09/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ▮▮▮▮▮ | 0.30 | 75.00 |
| 07/09/12 | MATTHEW MITCHELL | ANALYZE DOCKET TO VERIFY ANY SERVICE ON DEFENDANTS. | 0.10 | 25.00 |
| 07/10/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/10/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. ANDERSON RE ▮▮▮▮▮ | 0.30 | 75.00 |
| 07/30/12 | MATTHEW MITCHELL | ANALYSIS OF EFFECT OF FINAL BANKRUPTCY ORDER ON CLOSED APPEAL. | 0.20 | 50.00 |
| 07/30/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ▮▮▮▮▮ | 0.50 | 125.00 |
| 07/30/12 | MATTHEW MITCHELL | ANALYSIS RE FIRST RESPONSIVE PLEADING DEADLINE. | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................   **1.60**
**TOTAL LEGAL FEES** ..................................................................................$   **400.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0194
INVOICE NO.  1471113
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/09/12 | FILING FEES & RELATED CHARGES - ORDERED DOCUMENT ON-LINE VIA OAKLAND COUNTY ACCESS. | 7.50 |
| 07/17/12 | FILING FEES & RELATED CHARGES - REQUEST FOR CERTIFIED COPY OF SUMMARY DISPOSITION | 3.50 |

**TOTAL DISBURSEMENTS ...................................$    11.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0194
INVOICE NO.  1471113
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 1.60 | 250.00 | 400.00 |
| **TOTAL** | | **1.60** | | **400.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0210
INVOICE NO.  1471114
PAGE NO.  2

## RE:  UNIVERSAL V. GMAC AND ESCOBAR (ALLY #713783)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/12/12 | CATHERINE BURKE | PREPARE INFORMATION RE JULY 18, 2012 CASE MANAGEMENT CONFERENCE. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................... **0.20**
**TOTAL LEGAL FEES** .................................................................................$ **30.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0210
INVOICE NO.  1471114
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **0.20** | | **30.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0217
INVOICE NO.  1471115
PAGE NO.  2

**RE: SANDRA MULLEN**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/18/12 | ANDREW J. KOLOZSVARY | PREPARE FOR AND ATTEND FOLLOW-UP MEDIATION CONFERENCE | 0.50 | 107.50 |
| 07/23/12 | ANDREW J. KOLOZSVARY | REVISE, FINALIZE, AND FILE STIPULATION RE DISMISSAL. | 1.00 | 215.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **1.50**
**TOTAL LEGAL FEES** .....................................................................................$    **322.50**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0217
INVOICE NO.  1471115
PAGE NO.  3

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| ANDREW J. KOLOZSVARY | SENIOR ATTORNEY | 1.50 | 215.00 | 322.50 |
| **TOTAL** | | **1.50** | | **322.50** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0225
INVOICE NO.  1471116
PAGE NO.  2

## RE: MANGRAY, VICKASH

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/02/12 | NADAV ARIEL | ANALYSIS RE APPEAL OF ORDER RE FORECLOSURE SALE. | 0.50 | 119.25 |
| 07/10/12 | NADAV ARIEL | CORRESPONDENCE WITH CO-DEFENDANT ORE CREEK'S COUNSEL RE APPEAL. | 0.20 | 47.70 |
| 07/16/12 | JILL M. WHEATON | E-MAILS TO/FROM MR. SCHEHR, MR. ARIEL RE ▮▮▮▮▮ | 0.40 | 132.00 |
| 07/16/12 | NADAV ARIEL | CORRESPONDENCE WITH CLIENT RE ▮▮▮ ▮▮▮ | 0.10 | 23.85 |
| 07/16/12 | NADAV ARIEL | DRAFT CLAIM OF APPEAL. | 0.40 | 95.40 |
| 07/16/12 | THOMAS M. SCHEHR | PREPARE NOTICE OF APPEAL. | 0.20 | 68.00 |
| 07/17/12 | JILL M. WHEATON | REVIEW OF DRAFT CLAIM OF APPEAL, ▮▮▮▮ | 0.30 | 99.00 |
| 07/17/12 | NADAV ARIEL | REVISE CLAIM OF APPEAL. | 0.20 | 47.70 |
| 07/17/12 | NADAV ARIEL | COMMUNICATIONS WITH CLIENT RE ▮▮▮ ▮▮▮ | 0.20 | 47.70 |
| 07/18/12 | JILL M. WHEATON | TELEPHONE CONFERENCE WITH COURT CLERK, REVIEW REVISED CLAIM OF APPEAL, TELEPHONE CONFERENCE WITH MR. SCHEHR RE ▮▮▮ | 0.40 | 132.00 |
| 07/18/12 | NADAV ARIEL | DRAFT AMENDED CLAIM OF APPEAL. | 0.30 | 71.55 |
| 07/18/12 | THOMAS M. SCHEHR | PREPARE NOTICE OF APPEAL TO MICHIGAN COURT OF APPEALS. | 0.60 | 204.00 |
| 07/19/12 | JILL M. WHEATON | REVIEW CIRCUIT COURT OPINIONS, DOCKET SHEET | 0.30 | 99.00 |
| 07/20/12 | NADAV ARIEL | COMMUNICATIONS WITH CO-DEFENDANT ORE CREEK'S COUNSEL RE CLAIM OF APPEAL. | 0.20 | 47.70 |
| 07/25/12 | THOMAS M. SCHEHR | PREPARE BRIEF ON APPEAL. | 0.20 | 68.00 |
| 07/30/12 | JILL M. WHEATON | CONFERENCE WITH MR. BORGSDORF RE ▮▮▮ ▮▮▮ | 0.40 | 132.00 |
| 07/30/12 | STEPHEN C. BORGSDORF | CONFER WITH MS. WHEATON REGARDING ▮▮▮ ▮▮▮ | 0.60 | 132.00 |



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0225
INVOICE NO.  1471116
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/30/12 | THOMAS M. SCHEHR | PREPARE MOTION FOR PEREMPTORY REVERSAL BY MICHIGAN COURT OF APPEALS. | 0.30 | 102.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **5.80**
**TOTAL LEGAL FEES** ...........................................................................................$ **1,668.85**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0225
INVOICE NO.  1471116
PAGE NO.  4

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/19/12 | FILING FEES & RELATED CHARGES - WASHTENAW COUNTY CIRCUIT COURT-7/16/12 FILING NOTICE OF FILING CLAIM OF APPEAL | 25.00 |

TOTAL DISBURSEMENTS ...................................$    **25.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0225
INVOICE NO.  1471116
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JILL M. WHEATON | MEMBER | 1.80 | 330.00 | 594.00 |
| THOMAS M. SCHEHR | MEMBER | 1.30 | 340.00 | 442.00 |
| NADAV ARIEL | ASSOCIATE | 2.10 | 238.50 | 500.85 |
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 0.60 | 220.00 | 132.00 |
| **TOTAL** | | **5.80** | | **1,668.85** |



**DyKEMA**

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0227
INVOICE NO.  1471117
PAGE NO.  2

## RE: MAXINE CARTHAN-RAGLAND

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/02/12 | JEFFREY E. JAMISON | COMMUNICATION WITH OPPOSING COUNSEL, PER CLIENT'S REQUEST, TO OBTAIN MISSING LOAN MODIFICATION DOCUMENTATION (.3) | 0.30 | 87.00 |
| 07/05/12 | JEFFREY E. JAMISON | COMMUNICATION WITH OPPOSING COUNSEL RE: LOAN MODIFICATION AND MISSING DOCUMENTS (.3) | 0.30 | 87.00 |
| 07/05/12 | JEFFREY E. JAMISON | PREPARE FOR AND ATTEND HEARING ON MERS'S MOTION TO DISMISS (1.1); COMMUNICATION WITH CLIENT RE: ███████ (.3) | 1.40 | 406.00 |
| 07/16/12 | IRINA V. FRYE | ANALYZE FOR APPLICABLE DATES ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS AMENDED COMPLAINT AND CALENDAR 7/26/12 RESPONSES AND 8/9/12 REPLIES TO MOTIONS TO DISMISS DUE DATES, REMOVE CALENDAR ENTRY FOR 7/24/12 AND CALENDAR 10/4/12 INITIAL STATUS HEARING, REMOVE CALENDAR ENTRY FOR 7/15/12 AND CALENDAR 9/27/12 INITIAL JOINT STATUS REPORT DUE DATE. | 0.40 | 82.80 |
| 07/26/12 | JEFFREY E. JAMISON | REVIEW PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS (1.3); COMMUNICATION WITH MS. GREGORY AND MS. BRAUCHER RE: ███████ (.2) | 1.50 | 435.00 |
| 07/27/12 | JEFFREY E. JAMISON | COMMUNICATION WITH MS. GREGORY AND MS. BRAUCHER RE: ███████ (.3); RESEARCH RE: ███████ ███████ (1.8) | 2.10 | 609.00 |

TOTAL ATTORNEY & PARALEGAL TIME.......................................................................    6.00
TOTAL LEGAL FEES ...............................................................................................$   1,706.80

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0227
INVOICE NO.  1471117
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JEFFREY E. JAMISON | ASSOCIATE | 5.60 | 290.00 | 1,624.00 |
| IRINA V. FRYE | LGL SPECIALIST | 0.40 | 207.00 | 82.80 |
| **TOTAL** | | **6.00** | | **1,706.80** |


# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0231
INVOICE NO.  1471118
PAGE NO.  2

## RE:  HOWIE V. GMAC MORTGAGE, LLC, ET AL. (CARY JOHNS)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/02/12 | THOMAS M. SCHEHR | PREPARE SETTLEMENT DOCUMENTS. | 0.40 | 136.00 |
| 07/02/12 | THOMAS M. SCHEHR | COMMUNICATE WITH MR. BAKER RE ███████ | 0.20 | 68.00 |
| 07/03/12 | THOMAS M. SCHEHR | REVIEW ORDER TO SHOW CAUSE ISSUED BY COURT. | 0.20 | 68.00 |
| 07/03/12 | THOMAS M. SCHEHR | COMMUNICATE WITH JUDGE'S CLERK RE ORDER TO SHOW CAUSE. | 0.10 | 34.00 |
| 07/05/12 | THOMAS M. SCHEHR | COMMUNICATE WITH MS. BUEN RE ███████ | 0.20 | 68.00 |
| 07/06/12 | THOMAS M. SCHEHR | COMMUNICATE WITH JUDGE'S CLERK RE ORDER OF DISMISSAL AND REMOVAL OF SHOW CAUSE ORDER. | 0.20 | 68.00 |
| 07/09/12 | THOMAS M. SCHEHR | REVIEW CORRESPONDENCE FROM JUDGE'S CLERK RE WITHDRAWAL OF ORDER TO SHOW CAUSE. | 0.20 | 68.00 |
| 07/30/12 | THOMAS M. SCHEHR | CORRESPONDENCE REGARDING SETTLEMENT PAYMENT. | 0.30 | 102.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................... **1.80**
**TOTAL LEGAL FEES** .............................................................................**$**   **612.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0231
INVOICE NO.  1471118
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/11/12 | FILING FEES & RELATED CHARGES - GRAND TRAVERSE COUNTY REGISTER OF DEEDS RECORDING FILING FEE FOR SUBORDINATION AGREEMENT | 15.00 |
| 07/11/12 | FILING FEES & RELATED CHARGES - GRAND TRAVERSE COUNTY REGISTER OF DEEDS RECORDING FILING FEE FOR AFFIDAVIT TO SET ASIDE SHERIFF'S DEED ON MORTGAGE SALE AND REINSTATE MORTGAGE | 19.00 |
| 07/11/12 | FILING FEES & RELATED CHARGES - GRAND TRAVERSE COUNTY REGISTER OF DEEDS ADDITIONAL RECORDING FEES | 3.00 |

**TOTAL DISBURSEMENTS ...................................$    37.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0231
INVOICE NO.  1471118
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 1.80 | 340.00 | 612.00 |
| **TOTAL** | | **1.80** | | **612.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1471119
PAGE NO.  2

### RE:  PHELAN, MARY V. GMAC MORTGAGE, LLC, ET AL.

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/09/12 | MATTHEW MITCHELL | ADDITIONAL CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE OBTAINING CONSENT TO SUBMIT ORDER RESOLVING ALL CLAIMS. | 0.10 | 25.00 |
| 07/10/12 | MATTHEW MITCHELL | CORRESPONDENCE TO COUNSEL OF RECORD RE PROPOSED REVISIONS TO DISMISSAL ORDER. | 0.20 | 50.00 |
| 07/10/12 | MATTHEW MITCHELL | REVISE DISMISSAL ORDER. | 0.10 | 25.00 |
| 07/10/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.20 | 50.00 |
| 07/23/12 | THOMAS M. SCHEHR | REVIEW ORDER GRANTING MOTION FOR JUDGMENT ON PLEADINGS. | 0.20 | 68.00 |
| 07/30/12 | MATTHEW MITCHELL | ANALYSIS RE NEED TO FILE FINAL SUPPLEMENTAL ORDER. | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **0.90**
**TOTAL LEGAL FEES** ...........................................................................................$    **243.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1471119
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| MATTHEW MITCHELL | ASSOCIATE | 0.70 | 250.00 | 175.00 |
| **TOTAL** | | **0.90** | | **243.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0237
INVOICE NO.  1471120
PAGE NO.  2

## RE:  TRADEMARK PROPERTIES V. FNMA, MERS, BOA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE HEARING ON DISPOSITIVE MOTION. | 0.10 | 24.00 |
| 07/02/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/02/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/02/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.30 | 72.00 |
| 07/02/12 | NASSEEM S. RAMIN | REVISE DISPOSITIVE MOTION. | 0.90 | 216.00 |
| 07/02/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE DISPOSITIVE MOTION. | 0.10 | 24.00 |
| 07/02/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CO-DEFENDANT'S COUNSEL RE DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 07/02/12 | THOMAS M. SCHEHR | REVISE MOTION FOR SUMMARY DISPOSITION. | 1.90 | 646.00 |
| 07/05/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/13/12 | THOMAS M. SCHEHR | REVIEW CONCURRENCE IN MOTION FOR SUMMARY DISPOSITION FILED BY BANK OF AMERICA. | 0.20 | 68.00 |
| 07/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/20/12 | THOMAS M. SCHEHR | CORRESPONDENCE WITH MS. BUEN RE ███████ | 0.20 | 68.00 |

TOTAL ATTORNEY & PARALEGAL TIME.......................................................   4.30
TOTAL LEGAL FEES ..............................................................................$   1,262.00

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0237
INVOICE NO.  1471120
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/03/12 | FILING FEES & RELATED CHARGES - MOTION AND FILING FEE TO FILE MOTION FOR SUMMARY DISPOSITION IN OAKLAND COUNTY CIRCUIT COURT | 28.84 |

**TOTAL DISBURSEMENTS** ...................................$     **28.84**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0237
INVOICE NO.  1471120
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 2.30 | 340.00 | 782.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 2.00 | 240.00 | 480.00 |
| **TOTAL** | | **4.30** | | **1,262.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0239
INVOICE NO.  1471121
PAGE NO.   2

## RE:  WILLIAMS, WENDELL & MARY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/03/12 | MAUREEN A. BRACEY | REVIEW FILE CONCERNING RECORDING OF ORDER GRANTING SUMMARY DISPOSITION. | 0.40 | 60.00 |
| 07/09/12 | MAUREEN A. BRACEY | ANALYSIS RE RECORDING OF ORDER AND LEGAL DESCRIPTION OF SUBJECT PROPERTY. | 0.30 | 45.00 |
| 07/09/12 | NASSEEM S. RAMIN | DRAFT BRIEF ON APPEAL. | 4.40 | 1,056.00 |
| 07/09/12 | NASSEEM S. RAMIN | RESEARCH RE ███████████ | 2.30 | 552.00 |
| 07/09/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' BRIEF ON APPEAL. | 0.30 | 72.00 |
| 07/11/12 | THOMAS M. SCHEHR | DRAFT BRIEF ON APPEAL. | 3.00 | 1,020.00 |
| 07/12/12 | ANDREW J. KOLOZSVARY | REVIEW AND ANALYZE ██████████ AND LEGAL RESEARCH RE ████████ | 1.00 | 215.00 |
| 07/12/12 | MAUREEN A. BRACEY | RECORD ORDER GRANTING SUMMARY DISPOSITION IN GENESEE COUNTY RECORDS; FOLLOW UP ATTENTION TO FILE RE PUBLICATION AND SALE DATES. | 0.70 | 105.00 |
| 07/12/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE EXTENSION FOR BRIEF ON APPEAL. | 0.20 | 48.00 |
| 07/12/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE EXTENSION FOR BRIEF ON APPEAL. | 0.10 | 24.00 |
| 07/12/12 | NASSEEM S. RAMIN | DRAFT STIPULATION FOR EXTENSION FOR BRIEF ON APPEAL. | 0.20 | 48.00 |
| 07/13/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████████ | 0.20 | 68.00 |
| 07/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH EVICTION COUNSEL RE BRIEFING SCHEDULE ON APPEAL. | 0.10 | 24.00 |
| 07/26/12 | THOMAS M. SCHEHR | EDIT BRIEF ON APPEAL. | 2.10 | 714.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................... **15.30**
**TOTAL LEGAL FEES** .........................................................................................$   **4,051.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0239
INVOICE NO.  1471121
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---|
| 07/09/12 | FILING FEES & RELATED CHARGES - GENESEE COUNTY REGISTER OF DEEDS RECORDING FEES-ORDER GRANTING MOTION-WILLIAMS | 20.00 |
| 07/12/12 | FEDEX: : GENESEE COUNTY REGISTER OF DEE | 9.87 |

TOTAL DISBURSEMENTS ..................................$    29.87

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0239
INVOICE NO.  1471121
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 5.30 | 340.00 | 1,802.00 |
| ANDREW J. KOLOZSVARY | SENIOR ATTORNEY | 1.00 | 215.00 | 215.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 7.60 | 240.00 | 1,824.00 |
| MAUREEN A. BRACEY | LGL SPECIALIST | 1.40 | 150.00 | 210.00 |
| **TOTAL** | | **15.30** | | **4,051.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0240
INVOICE NO.  1471122
PAGE NO.  2

**RE:  CONLIN, MICHAEL J. VS. MERS (720963)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/20/12 | MICHAEL J. BLALOCK | ANALYSIS OF OPINION/ORDER GRANTING MOTION TO DISMISS. | 0.20 | 43.00 |
| 07/22/12 | THOMAS M. SCHEHR | REVIEW OPINION AND ORDER GRANTING MOTION TO DISMISS. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................. **0.40**
**TOTAL LEGAL FEES** ...........................................................................$ **111.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0240
INVOICE NO.  1471122
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| MICHAEL J. BLALOCK | SENIOR ATTORNEY | 0.20 | 215.00 | 43.00 |
| **TOTAL** | | **0.40** | | **111.00** |

# DyKEMA


ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0241
INVOICE NO.  1471123
PAGE NO.  2

### RE: SZALAY, MIKE AND TINA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/05/12 | NASSEEM S. RAMIN | DEVELOP STRATEGY ███████ | 0.30 | 72.00 |
| 07/05/12 | THOMAS M. SCHEHR | REVIEW DISCOVERY RESPONSES SERVED BY MR. PARKER. | 0.20 | 68.00 |
| 07/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE ADJOURNMENT OF CASE EVALUATION. | 0.10 | 24.00 |
| 07/11/12 | THOMAS M. SCHEHR | ANALYZE MOTION TO EXTEND REDEMPTION PERIOD. | 0.20 | 68.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE CASE EVALUATION. | 0.10 | 24.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/18/12 | THOMAS M. SCHEHR | REVIEW PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 07/19/12 | THOMAS M. SCHEHR | ANALYZE MOTION TO EXTEND REDEMPTION PERIOD FILED BY PLAINTIFF. | 0.20 | 68.00 |
| 07/24/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE HEARING ON MOTION TO STAY REDEMPTION PERIOD. | 0.10 | 24.00 |
| 07/24/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE ADJOURNMENT OF CASE EVALUATION. | 0.20 | 48.00 |
| 07/26/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE HEARING ON PLAINTIFF'S MOTION TO TOLL REDEMPTION PERIOD. | 0.30 | 72.00 |
| 07/27/12 | NASSEEM S. RAMIN | COMMUNICATE WITH FORECLOSURE COUNSEL RE RECORDED SHERIFF'S DEED. | 0.10 | 24.00 |
| 07/27/12 | NASSEEM S. RAMIN | DRAFT RESPONSE TO PLAINTIFF'S MOTION TO TOLL REDEMPTION PERIOD. | 2.80 | 672.00 |
| 07/30/12 | NASSEEM S. RAMIN | ANALYSIS OF SUPPLEMENTAL ORDER FROM BANKRUPTCY COURT. | 0.20 | 48.00 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0241
INVOICE NO.  1471123
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/30/12 | THOMAS M. SCHEHR | EDIT RESPONSE TO MOTION TO TOLL REDEMPTION PERIOD. | 1.30 | 442.00 |
| 07/31/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE █████ ████████████████ | 0.10 | 24.00 |
| 07/31/12 | NASSEEM S. RAMIN | DRAFT REVISED BANKRUPTCY NOTICE. | 0.20 | 48.00 |
| 07/31/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE REVISED BANKRUPTCY NOTICE. | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................... **7.00**
**TOTAL LEGAL FEES** .................................................................................$ **1,890.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0241
INVOICE NO.  1471123
PAGE NO.  4

| | DISBURSEMENTS | |
|---|---|---|
| 05/23/12 | FEE TO FILE REQUEST FOR ADMISSIONS. | 8.24 |
| 06/11/12 | FILING FEE FOR NOTICE OF BANKRUPTCY. | 8.24 |
| 06/12/12 | FILING FEES & RELATED CHARGES | 8.24 |
| 06/29/12 | FILING FEES & RELATED CHARGES - RE-NOTICE OF HEARING ON MOTION FOR SUMARY DISPOSITION OF PLAINTIFF'S FIRST AMENDED COMPLAINT. | 8.24 |
| | DOCUMENT DELIVERY | 21.00 |

**TOTAL DISBURSEMENTS** ...................................$     **53.96**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0241
INVOICE NO.  1471123
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 2.10 | 340.00 | 714.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 4.90 | 240.00 | 1,176.00 |
| **TOTAL** | | **7.00** | | **1,890.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0242
INVOICE NO.  1471124
PAGE NO.  2

**RE:  DETROIT GOLF CLUB V. MERS, ET AL.**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/10/12 | MATTHEW MITCHELL | CORRESPONDENCE TO OPPOSING COUNSEL RE WORK IN PROGRESS. | 0.10 | 25.00 |
| 07/10/12 | MATTHEW MITCHELL | TELEPHONE WITH MS. BUEN RE ▮▮▮▮▮ | 0.20 | 50.00 |
| 07/11/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. FORSYTH RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/19/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. FORSYTH RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/23/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. FORSYTH RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/24/12 | MATTHEW MITCHELL | TELEPHONE WITH PLAINTIFF'S COUNSEL RE MOTION TO REMOVE CASE FROM CASE EVALUATION. | 0.20 | 50.00 |
| 07/24/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/30/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. FORSYTH RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/30/12 | MATTHEW MITCHELL | TELEPHONE WITH MS. BUEN RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/31/12 | MATTHEW MITCHELL | TELEPHONE WITH PLAINTIFF'S COUNSEL RE ADJOURNMENT OF HEARING ON MOTION TO REMOVE CASE FROM CASE EVALUATION. | 0.20 | 50.00 |
| 07/31/12 | RICHARD E. GOTTLIEB | INTERNAL DISCUSSIONS RE ▮▮▮▮▮ | 0.10 | 45.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... 1.40
**TOTAL LEGAL FEES** ..............................................................$ 370.00

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0242
INVOICE NO.  1471124
PAGE NO.  3

---

### DISBURSEMENTS

DOCUMENT DELIVERY                                                7.00

**TOTAL DISBURSEMENTS** ...................................$      **7.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0242
INVOICE NO.  1471124
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RICHARD E. GOTTLIEB | MEMBER | 0.10 | 450.00 | 45.00 |
| MATTHEW MITCHELL | ASSOCIATE | 1.30 | 250.00 | 325.00 |
| **TOTAL** | | **1.40** | | **370.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0243
INVOICE NO.  1471125
PAGE NO.  2

## RE:  FLORENCE THICKLIN (721617)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/22/12 | EDWARD W. SOMERS | PLAN AND PREPARE FOR ORAL ARGUMENT ON MOTION TO STRIKE AND DISMISS. | 0.90 | 198.00 |
| 06/25/12 | EDWARD W. SOMERS | PREPARE FOR ORAL ARGUMENTS ON MOTION TO STRIKE AND DISMISS (0.9); ATTEND ORAL ARGUMENTS ON MOTION TO STRIKE AND DISMISS (1.1); COMMUNICATE WITH OPPOSING COUNSEL REGARDING REPLEADING AND SETTLEMENT (0.3). | 2.30 | 506.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.........................................................................    **3.20**
**TOTAL LEGAL FEES** ...............................................................................$    **704.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0243
INVOICE NO.  1471125
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| EDWARD W. SOMERS | ASSOCIATE | 3.20 | 220.00 | 704.00 |
| **TOTAL** | | **3.20** | | **704.00** |



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0244
INVOICE NO.  1471126
PAGE NO.  2

## RE: LAVOY, SUZY & LLOYD

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/16/12 | THOMAS H. TRAPNELL | DISCUSS SETTLEMENT TERMS WITH PLAINTIFF'S COUNSEL. | 0.20 | 44.00 |
| 07/16/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. PRIORE RE ███████████████████ | 0.20 | 68.00 |
| 07/17/12 | THOMAS H. TRAPNELL | REVISIONS TO DRAFT SETTLEMENT AGREEMENT. | 0.60 | 132.00 |
| 07/17/12 | THOMAS H. TRAPNELL | DISCUSS ████████████ ████████████ WITH CHRISTINE LAYNE FROM FANNIE MAE. | 0.30 | 66.00 |
| 07/19/12 | THOMAS H. TRAPNELL | DRAFT NOTICE OF ADJOURNMENT OF SETTLEMENT CONFERENCE. | 0.20 | 44.00 |
| 07/19/12 | THOMAS H. TRAPNELL | DRAFT CORRESPONDENCE REQUESTING PLAINTIFF'S COUNSEL'S INPUT ON DRAFT SETTLEMENT LANGUAGE. | 0.20 | 44.00 |
| 07/24/12 | THOMAS H. TRAPNELL | DISCUSS ████████████ WITH CHRISTINE BUEN. | 0.50 | 110.00 |
| 07/24/12 | THOMAS H. TRAPNELL | DRAFT CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE RECEIPT OF SETTLEMENT DRAFT. | 0.20 | 44.00 |
| 07/24/12 | THOMAS H. TRAPNELL | DRAFT CORRESPONDENCE TO COURT RE PLAINTIFFS' REPEATED FAILURE TO AGREE TO SETTLEMENT TERMS. | 0.60 | 132.00 |
| 07/24/12 | THOMAS M. SCHEHR | PREPARE CORRESPONDENCE TO COURT RE BREAKDOWN OF SETTLEMENT DISCUSSIONS. | 0.20 | 68.00 |
| 07/25/12 | THOMAS H. TRAPNELL | DRAFT CORRESPONDENCE TO PLAINTIFF'S COUNSEL ENCLOSING W-9 AND ADVISING OF NEED FOR ONLY ONE CLIENT TO SIGN. | 0.10 | 22.00 |
| 07/26/12 | THOMAS H. TRAPNELL | REVIEW SIGNED SETTLEMENT AGREEMENT TO CONFIRM ALL LANGUAGE IS UNCHANGED FROM DRAFT. | 0.20 | 44.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................... **3.50**
**TOTAL LEGAL FEES** ...................................................................................$ **818.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0244
INVOICE NO.  1471126
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/11/12 | MESSENGER/COURIER DELIVERY SERVICES - RELIABLE DELIVERY - DELIVERY TO MACOMB COUNTY CIRCUIT COURT | 52.84 |
| 06/11/12 | MESSENGER/COURIER DELIVERY SERVICES - RELIABLE DELIVERY - PICK UP FROM MACOMB COUNTY CIRCUIT COURT | 42.84 |

**TOTAL DISBURSEMENTS ..................................$    95.68**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0244
INVOICE NO.  1471126
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.40 | 340.00 | 136.00 |
| THOMAS H. TRAPNELL | ASSOCIATE | 3.10 | 220.00 | 682.00 |
| **TOTAL** | | **3.50** | | **818.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0247
INVOICE NO.  1471127
PAGE NO.  2

## RE: IGOR BRENER

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/23/12 | CATHERINE BURKE | PREPARE INFORMATION RE DUE DATE FOR RESPONSES TO OUTSTANDING WRITTEN DISCOVERY. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................... **0.20**
**TOTAL LEGAL FEES** ................................................................$ **30.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0247
INVOICE NO.  1471127
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **0.20** | | **30.00** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1471128
PAGE NO.  2

## RE: GMAC MORTGAGE V. COLEMAN

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/05/12 | MARGARET J. RHIEW | REVIEW/ANALYZE DEFENDANT'S RESPONSE TO MOTION TO STRIKE 1, 2, 5, 6 AFFIRMATIVE DEFENSES AND RESPONSE TO MOTION FOR SUMMARY JUDGMENT ON 3, 4 AFFIRMATIVE DEFENSES AND ██████████ | 0.40 | 86.00 |
| 07/10/12 | MICHAEL A. GILMAN | ANALYSIS OF BORROWER'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS | 0.50 | 177.50 |
| 07/10/12 | MARGARET J. RHIEW | RESPOND TO S. GREGORY RE ██████████ | 0.10 | 21.50 |
| 07/10/12 | MARGARET J. RHIEW | TELECONFERENCE WITH M. GILMAN RE ██████████ | 0.70 | 150.50 |
| 07/10/12 | MARGARET J. RHIEW | CORRESPONDENCE TO S. GREGORY RE ██████████ | 0.30 | 64.50 |
| 07/11/12 | MARGARET J. RHIEW | CONFERENCE WITH M. GILMAN RE ██████████ | 0.30 | 64.50 |
| 07/12/12 | MICHAEL A. GILMAN | REVIEW OF COMPLAINT AND BORROWER'S ANSWER AND AFFIRMATIVE DEFENSES. | 0.60 | 213.00 |
| 07/12/12 | MICHAEL A. GILMAN | REVIEW OF MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS AFFIRMATIVE DEFENSES. | 0.70 | 248.50 |
| 07/18/12 | CATHERINE BURKE | PREPARE INFORMATION RE HEARING ON MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTION TO STRIKE AND DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 0.20 | 30.00 |
| 07/18/12 | MARGARET J. RHIEW | DRAFT NOTICE AND UNOPPOSED MOTION FOR EXTENSION TO REPLY TO MOTIONS. | 0.50 | 107.50 |
| 07/20/12 | MARGARET J. RHIEW | PHONE CALL AND EMAIL WITH DEFENSE COUNSEL RE HEARING ON MOTION FOR EXTENSION NOTICED FOR 7/25/12 AND APPEARING FOR SAME. | 0.30 | 64.50 |
| 07/23/12 | CATHERINE BURKE | PREPARE INFORMATION RE CONTINUANCE OF HEARING. | 0.20 | 30.00 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0249
INVOICE NO.  1471128
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/25/12 | MICHAEL A. GILMAN | DRAFT REPLY TO BORROWER'S RESPONSE TO MOTION TO DISMISS FIRST AND SECOND AFFIRMATIVE DEFENSES. | 4.60 | 1,633.00 |
| 07/25/12 | MARGARET J. RHIEW | APPEAR FOR HEARING (1.30); CORRESPONDENCE TO OPPOSING COUNSEL RE ORDER ENTERED TODAY (.20). | 1.50 | 322.50 |
| 07/25/12 | MARGARET J. RHIEW | PREPARE ORDER FOR HEARING. | 0.30 | 64.50 |
| 07/30/12 | MICHAEL A. GILMAN | REVISE REPLY AS TO ALL AFFIRMATIVE DEFENSES. | 3.80 | 1,349.00 |
| 07/31/12 | CATHERINE BURKE | PREPARE INFORMATION RE REVISED BRIEFING SCHEDULE AND HEARING DATE FOR GMAC MOTION TO STRIKE AND DISMISS CERTAIN AFFIRMATIVE DEFENSES AND FOR SUMMARY JUDGMENT ON CERTAIN AFFIRMATIVE DEFENSES. | 0.30 | 45.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **15.30**
**TOTAL LEGAL FEES** ...............................................................$ **4,672.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1471128
PAGE NO.  4

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/18/12 | COURIER FOR COURT FILING SERVICES; HAVE NOTICE OF MOTION FILE STAMPED. | 26.00 |

**TOTAL DISBURSEMENTS ...................................$    26.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1471128
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 10.20 | 355.00 | 3,621.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.70 | 150.00 | 105.00 |
| MARGARET J. RHIEW | ASSOCIATE | 4.40 | 215.00 | 946.00 |
| **TOTAL** | | **15.30** | | **4,672.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0250
INVOICE NO.  1471129
PAGE NO.  2

## RE:  CHARLES KERR

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/13/12 | BRETT J. NATARELLI | EMAIL TO MS. GREGORY RE ███████ | 0.20 | 40.00 |
| 07/27/12 | BRETT J. NATARELLI | ANALYSIS OF BORROWER'S NEW PLEADING. | 0.70 | 140.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................    **0.90**
**TOTAL LEGAL FEES** ...................................................................$    **180.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0250
INVOICE NO.  1471129
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| BRETT J. NATARELLI | ASSOCIATE | 0.90 | 200.00 | 180.00 |
| **TOTAL** | | **0.90** | | **180.00** |

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0252
INVOICE NO.  1471130
PAGE NO.  2

**RE:  BONY V. HUITRON**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/11/12 | AMY R. JONKER | E-MAILS TO AND FROM MS. GREGORY REGARDING ███████████████ | 0.20 | 58.00 |
| 07/24/12 | AMANDA BENNETT | CORRESPONDENCE TO JUDGE LIU RE COURTESY COPIES OF MOTION TO DISMISS. | 0.40 | 126.00 |
| 07/31/12 | CATHERINE BURKE | PREPARE INFORMATION RE CONTINUANCE OF HEARING. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................ **0.80**
**TOTAL LEGAL FEES** ........................................................$ **214.00**

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0252
INVOICE NO.  1471130
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/24/12 | COURIER FOR COURT FILING SERVICES; DELIVER PLEADINGS TO JUDGE LIU. | 21.00 |

**TOTAL DISBURSEMENTS** ...................................$   **21.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0252
INVOICE NO.  1471130
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| AMANDA BENNETT | ASSOCIATE | 0.40 | 315.00 | 126.00 |
| AMY R. JONKER | SENIOR ATTORNEY | 0.20 | 290.00 | 58.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **0.80** | | **214.00** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.    086797-0253
INVOICE NO.  1471131
PAGE NO.  2

## RE:  WELCH, RENEE (#724020)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/10/12 | THOMAS M. SCHEHR | REVIEW OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FILED BY PLAINTIFF. | 0.20 | 68.00 |
| 07/18/12 | THOMAS H. TRAPNELL | PLAN RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION TO DISMISS CASE. | 0.70 | 154.00 |
| 07/18/12 | THOMAS H. TRAPNELL | DRAFT RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION TO DISMISS CASE. | 0.60 | 132.00 |
| 07/19/12 | THOMAS M. SCHEHR | REVIEW RESPONSE TO PLAINTIFF"S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................    **1.70**
**TOTAL LEGAL FEES** ...............................................................................$    **422.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0253
INVOICE NO.  1471131
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.40 | 340.00 | 136.00 |
| THOMAS H. TRAPNELL | ASSOCIATE | 1.30 | 220.00 | 286.00 |
| **TOTAL** | | **1.70** | | **422.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0254
INVOICE NO.  1471132
PAGE NO.  2

**RE:  E*TRADE V PATERAKIS (724089)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/23/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO CHRISTY HANCOCK RE | 0.10 | 35.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **0.10**
**TOTAL LEGAL FEES** ...........................................................................................$    **35.50**

# DykEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0254
INVOICE NO.  1471132
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 0.10 | 355.00 | 35.50 |
| **TOTAL** | | **0.10** | | **35.50** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0255
INVOICE NO. 1471133
PAGE NO. 2

## RE: US BANK V. SANDAHL (724679)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/01/12 | RICHARD E. GOTTLIEB | DISCUSSIONS RE SETTLEMENT ISSUE | 0.50 | 225.00 |
| 07/03/12 | JOHN S. GANZ | LEGAL RESEARCH REGARDING ███████ ██████████ | 1.10 | 319.00 |
| 07/05/12 | JOHN S. GANZ | REVIEW ██████████ | 0.70 | 203.00 |
| 07/05/12 | JOHN S. GANZ | CONFERENCE WITH SHEILA GREGORY REGARDING ████████████ (0.2); DRAFT SETTLEMENT DOCUMENTS (AGREEMENT, STIPULATION AND DISMISSAL ORDER) ███████████ ██████ (0.7). | 0.90 | 261.00 |
| 07/06/12 | JOHN S. GANZ | LEGAL RESEARCH REGARDING ███████ ████████ (0.6); DRAFT AND COMMUNICATE ███████ ███████████SHEILA GREGORY (0.8). | 1.40 | 406.00 |
| 07/11/12 | JOHN S. GANZ | CONFERENCE WITH CLIENT REGARDING ███████ (0.3); REVISE DRAFT SETTLEMENT AGREEMENT, STIPULATION AND AGREED ORDER (0.4); CONFERENCE WITH OPPOSING COUNSEL REGARDING SAME (0.4). | 1.10 | 319.00 |
| 07/12/12 | JOHN S. GANZ | CONFERENCE WITH RICHARD GOTTLIEB REGARDING ███████ ███████████ (0.3); TELEPHONE CONFERENCE WITH RICHARD GOTTLIEB AND CLIENT REGARDING ██████(0.3); REVISE SETTLEMENT AGREEMENT (0.3). | 0.90 | 261.00 |
| 07/13/12 | JOHN S. GANZ | REVISE LOAN MODIFICATION AGREEMENT AND ████████████████████ | 2.10 | 609.00 |
| 07/16/12 | JOHN S. GANZ | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING STATUS OF SETTLEMENT DOCUMENTS. | 0.20 | 58.00 |
| 07/26/12 | MICHAEL A. GILMAN | REVIEW OF SETTLEMENT DOCUMENTS (.3); CORRESPONDENCE TO BORROWER'S COUNSEL RE SETTLEMENT DOCUMENTS (.1). | 0.40 | 142.00 |
| 07/27/12 | MICHAEL A. GILMAN | TELEPHONE CONFERENCE WITH THE BORROWERS' COUNSEL RE SETTLEMENT DOCUMENTS AND ITEMS INCLUDED IN THE ESCROW (.2); CORRESPONDENCE TO SHEILA GREGORY RE ███████████ (.1). | 0.30 | 106.50 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0255
INVOICE NO.  1471133
PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **9.60**
**TOTAL LEGAL FEES** ...............................................................................................**$    2,909.50**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0255
INVOICE NO.  1471133
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| RICHARD E. GOTTLIEB | MEMBER | 0.50 | 450.00 | 225.00 |
| JOHN S. GANZ | ASSOCIATE | 8.40 | 290.00 | 2,436.00 |
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 0.70 | 355.00 | 248.50 |
| **TOTAL** | | **9.60** | | **2,909.50** |


# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1471134
PAGE NO.  2

## RE:  CONWAY VS. FNMA AND GMAC MORTGAGE

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/02/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE PROPERTY INSURANCE. | 0.20 | 43.00 |
| 07/02/12 | AARON L. VORCE | CORRESPONDENCE WITH FNMA RE ███████ | 0.20 | 43.00 |
| 07/02/12 | AARON L. VORCE | CORRESPONDENCE WITH GMAC RE ██████ | 0.20 | 43.00 |
| 07/06/12 | AARON L. VORCE | REVIEW PROPOSED SCHEDULING ORDER. | 0.20 | 43.00 |
| 07/06/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE PROPOSED SCHEDULING ORDER. | 0.20 | 43.00 |
| 07/18/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH FANNIE MAE RE ██████ | 0.80 | 172.00 |
| 07/18/12 | AARON L. VORCE | CORRESPONDENCE WITH FNMA RE ██████ | 0.20 | 43.00 |
| 07/18/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ██████ | 0.20 | 43.00 |
| 07/18/12 | AARON L. VORCE | CORRESPONDENCE WITH FNMA RE ██████ | 0.20 | 43.00 |
| 07/18/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE LOAN MODIFICATION REVIEW. | 0.20 | 43.00 |
| 07/19/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE STIPULATION TO STAY PROCEEDINGS. | 0.20 | 43.00 |
| 07/19/12 | M. CATHERINE WILCOX | DRAFT STIPULATED ORDER TO STAY PROCEEDINGS. | 0.50 | 140.00 |
| 07/20/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ██████ | 0.20 | 43.00 |
| 07/23/12 | AARON L. VORCE | CORRESPONDENCE WITH FNMA RE ██████ | 0.20 | 43.00 |
| 07/23/12 | AARON L. VORCE | CORRESPONDENCE WITH FNMA RE ██████ | 0.20 | 43.00 |
| 07/23/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ██████ | 0.20 | 43.00 |
| 07/25/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE INSURANCE ON PROPERTY. | 0.20 | 43.00 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1471134
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|------------|-------|--------|
| 07/25/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ███████ | 0.20 | 43.00 |
| 07/25/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE INSURANCE ON PROPERTY. | 0.20 | 43.00 |
| 07/25/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ███████ | 0.20 | 43.00 |
| 07/30/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE FINANCIAL PACKAGE. | 0.20 | 43.00 |
| 07/30/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ███████ | 0.20 | 43.00 |
| 07/31/12 | AARON L. VORCE | EXAMINE CORRESPONDENCE FROM OPPOSING COUNSEL RE LOAN MODIFICATION. | 0.20 | 43.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................... **5.50**
**TOTAL LEGAL FEES** .........................................................................$    **1,215.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1471134
PAGE NO.  4

| | DISBURSEMENTS | |
|---|---|---|
| 05/21/12 | MESSENGER/COURIER DELIVERY SERVICES - GREAT LAKES EXPRESS SERVICE, INC. - DELIVERY TO JUDGES'S CHAMBERS IN INGHAM COUNTY CIRCUIT COURT | 5.00 |
| 05/29/12 | MESSENGER/COURIER DELIVERY SERVICES - GREAT LAKES EXPRESS SERVICE, INC. - FILING WITH CLERK AT INGHAM COUNTY CIRCUIT COURT AND RETURN COPY | 27.50 |

**TOTAL DISBURSEMENTS ...................................$    32.50**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1471134
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| AARON L. VORCE | SENIOR ATTORNEY | 5.00 | 215.00 | 1,075.00 |
| M. CATHERINE WILCOX | ASSOCIATE | 0.50 | 280.00 | 140.00 |
| **TOTAL** | | **5.50** | | **1,215.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0257
INVOICE NO.  1471135
PAGE NO.  2

## RE:  GREEN TREE SERVICING, LLC/SAVINE

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/20/12 | STEPHEN C. BORGSDORF | PREPARE STIPULATION FOR DISMISSAL WITH PREJUDICE. | 0.20 | 44.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................ **0.20**
**TOTAL LEGAL FEES** ...........................................................................$ **44.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0257
INVOICE NO.  1471135
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---|
| 05/31/12 | BANK OF AMERICA BANKCARD - E- FILING IN MACOMB COUNTY | 5.00 |
| 06/05/12 | BANK OF AMERICA BANKCARD - MACOMB CIRCUIT FILING FEE FOR PROPOSED STIPULATED ORDER TO ADJOURN EARLY SETTLEMENT CONFERENCE | 5.00 |

**TOTAL DISBURSEMENTS ...................................$    10.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0257
INVOICE NO.  1471135
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 0.20 | 220.00 | 44.00 |
| **TOTAL** | | **0.20** | | **44.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

## RE: DOTY, MARK AND BARBARA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFFS' COUNSEL RE CREDIT REPORTING. | 0.10 | 24.00 |
| 07/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ ██████ | 0.10 | 24.00 |
| 07/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ ██████ | 0.10 | 24.00 |
| 07/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFFS' COUNSEL RE CREDIT REPORTING. | 0.10 | 24.00 |
| 07/24/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFFS' COUNSEL RE CREDIT REPORTING. | 0.10 | 24.00 |
| 07/25/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFFS' COUNSEL RE CREDIT REPORTING. | 0.30 | 72.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **0.80**
**TOTAL LEGAL FEES** ...............................................................................$    **192.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0261
INVOICE NO.   1471136
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| NASSEEM S. RAMIN | ASSOCIATE | 0.80 | 240.00 | 192.00 |
| **TOTAL** | | **0.80** | | **192.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0263
INVOICE NO.  1471137
PAGE NO.  2

## RE:  US BANK V. ELLIS

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/17/12 | EDWARD W. SOMERS | COMMUNICATE WITH OPPOSING COUNSEL REGARDING MOTION TO STRIKE AND DISMISS. | 0.30 | 66.00 |
| 07/21/12 | EDWARD W. SOMERS | ANALYZE DEFENDANT'S RESPONSE TO MOTION TO STRIKE AND DISMISS. | 0.80 | 176.00 |
| 07/26/12 | EDWARD W. SOMERS | REVIEW DEFENDANT'S DISCOVERY REQUESTS (0.6); DRAFT INTERROGATORIES AND DOCUMENT PRODUCTION REQUESTS (0.7). | 1.30 | 286.00 |
| 07/26/12 | EDWARD W. SOMERS | ANALYZE DEFENDANT'S RESPONSE TO MOTION TO STRIKE AND DISMISS (0.5); OUTLINE REPLY IN SUPPORT OF MOTION TO STRIKE AND DISMISS (0.7). | 1.20 | 264.00 |
| 07/30/12 | EDWARD W. SOMERS | REVIEW DISCOVERY DOCUMENTS PROVIDED BY CLIENT FOR PRODUCTION. | 1.60 | 352.00 |
| 07/31/12 | EDWARD W. SOMERS | DRAFT REPLY IN SUPPORT OF MOTION TO STRIKE AND DISMISS. | 2.10 | 462.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **7.30**
**TOTAL LEGAL FEES** ...........................................................................$    **1,606.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0263
INVOICE NO.  1471137
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| EDWARD W. SOMERS | ASSOCIATE | 7.30 | 220.00 | 1,606.00 |
| **TOTAL** | | **7.30** | | **1,606.00** |



# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0264
INVOICE NO.  1471138
PAGE NO.  2

## RE: DEUTSCHE BANK V CONNOLLY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/10/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 07/12/12 | NASSEEM S. RAMIN | DRAFT CORRESPONDENCE TO BORROWERS' COUNSEL RE RECENT DECISIONS AFFECTING DISPOSITIVE MOTION. | 0.70 | 168.00 |
| 07/12/12 | THOMAS M. SCHEHR | PREPARE FOR HEARING ON MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 07/16/12 | NASSEEM S. RAMIN | ANALYSIS OF CORRESPONDENCE FROM BORROWERS' COUNSEL RE DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 07/16/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 | 24.00 |
| 07/16/12 | NASSEEM S. RAMIN | RESEARCH AND DRAFT DISPOSITIVE MOTION. | 7.00 | 1,680.00 |
| 07/16/12 | THOMAS M. SCHEHR | ANALYZE CORRESPONDENCE FROM MR. PARKER RE MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 07/16/12 | THOMAS M. SCHEHR | REVIEW CASE LAW RE DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 07/17/12 | NASSEEM S. RAMIN | COMMUNICATE WITH FORECLOSURE COUNSEL RE DEPOSITION TRANSCRIPT. | 0.10 | 24.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH FORECLOSURE COUNSEL RE ASSIGNMENT OF MORTGAGE. | 0.10 | 24.00 |
| 07/18/12 | NASSEEM S. RAMIN | ANALYSIS OF EXHIBITS TO DISPOSITIVE MOTION. | 0.90 | 216.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████████ ████████████ | 0.20 | 48.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH FORECLOSURE COUNSEL RE ENDORSED NOTE. | 0.20 | 48.00 |
| 07/18/12 | THOMAS M. SCHEHR | REVISE BRIEF IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 5.50 | 1,870.00 |
| 07/19/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 07/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE BORROWERS' ██████████████ | 0.30 | 72.00 |
| 07/19/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████████████████ | 0.20 | 68.00 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.  1471138
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/19/12 | THOMAS M. SCHEHR | ANALYZE MOTION FOR SUMMARY DISPOSITION FILED BY PLAINTIFF. | 0.90 | 306.00 |
| 07/23/12 | THOMAS M. SCHEHR | REVIEW CASE LAW REGARDING CLAIM OF ███ | 0.30 | 102.00 |
| 07/30/12 | NASSEEM S. RAMIN | DRAFT RESPONSE TO BORROWERS' MOTION FOR SUMMARY DISPOSITION. | 3.40 | 816.00 |
| 07/31/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███ | 0.20 | 48.00 |
| 07/31/12 | THOMAS M. SCHEHR | REVISE RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 2.60 | 884.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    23.90
**TOTAL LEGAL FEES** .......................................................................................$    6,746.00



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.  1471138
PAGE NO.  4

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/18/12 | FILING FEES & RELATED CHARGES - DYKEMA GOSSETT LAW OFFICES-DETROIT PETTY CASH OR MOTION FEE | 20.00 |
| 07/20/12 | DEPOSITION TRANSCRIPT - KRISTI COX DEPOSIT FOR JUNE 20,2012 HEARING TRANSCRIPT | 40.00 |
| 07/25/12 | DEPOSITION TRANSCRIPT - BIENENSTOCK COURT REPORTING AND VIDEO DEPOSITION TRANSCRIPT OF SUSAN CULLLE | 213.01 |
| 06/20/12 | FEDEX: COURT CLERK : 53RD DISTRICT COURT | 10.09 |
| 07/18/12 | FEDEX: BRIAN PARKER : | 10.10 |
| 05/08/12 | MESSENGER/COURIER DELIVERY SERVICES - RELIABLE DELIVERY - DELIVERY TO 53RD DISTRICT COURT | 87.34 |
| 05/08/12 | MESSENGER/COURIER DELIVERY SERVICES - RELIABLE DELIVERY - PICK UP FROM 53RD DISTRICT COURT | 77.34 |
| 05/21/12 | MESSENGER/COURIER DELIVERY SERVICES - RELIABLE DELIVERY - DELIVERY TO BRIAN PARKER | 38.84 |

**TOTAL DISBURSEMENTS** ...................................$    **496.72**

***NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.***

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0264
INVOICE NO.  1471138
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 10.10 | 340.00 | 3,434.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 13.80 | 240.00 | 3,312.00 |
| **TOTAL** | | **23.90** | | **6,746.00** |


# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0266
INVOICE NO.  1471139
PAGE NO.  2

## RE:  MASON, TERESA V. GMAC MORTGAGE, LLC

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/02/12 | THOMAS H. TRAPNELL | REVIEW CASE FILE TO DETERMINE ▮▮▮▮ | 0.30 | 66.00 |
| 07/02/12 | THOMAS H. TRAPNELL | DRAFT ANSWER TO PLAINTIFF'S COMPLAINT. | 2.30 | 506.00 |
| 07/03/12 | THOMAS H. TRAPNELL | REVIEW INTERIM SUPPLEMENTAL ORDER FILED IN S.D.N.Y. TO DETERMINE IF IT IS AN APPROPRIATE EXHIBIT TO GMAC'S ANSWER TO PLAINTIFF'S COMPLAINT. | 0.30 | 66.00 |
| 07/05/12 | THOMAS H. TRAPNELL | DRAFT NOTICE OF GMAC'S BANKRUPTCY FILING AND NOTICE OF TERMS OF INTERIM SUPPLEMENTAL ORDER. | 0.40 | 88.00 |
| 07/09/12 | THOMAS M. SCHEHR | REVISE ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES. | 0.60 | 204.00 |
| 07/11/12 | THOMAS M. SCHEHR | FURTHER REVISIONS TO ANSWER TO COMPLAINT. | 0.20 | 68.00 |
| 07/12/12 | THOMAS H. TRAPNELL | FINAL REVISIONS TO ANSWER TO COMPLAINT PRIOR TO FILING. | 1.50 | 330.00 |
| 07/13/12 | THOMAS H. TRAPNELL | CALL JUDGE'S CHAMBERS TO ADDRESS ADMINISTRATIVE CLOSING OF CASE DESPITE BIFURCATED BANKRUPTCY STAY NOTICE FILED BY GMAC. | 0.30 | 66.00 |
| 07/24/12 | THOMAS H. TRAPNELL | DRAFT STIPULATED ORDER REOPENING CASE. | 0.60 | 132.00 |
| 07/24/12 | THOMAS H. TRAPNELL | CALL COURT TO DETERMINE WHETHER CASE HAS REOPENED AND WHETHER COURT HAS CORRECT CONTACT INFORMATION. | 0.40 | 88.00 |
| 07/24/12 | THOMAS M. SCHEHR | REVISE STIPULATION REOPENING CASE IN LIGHT OF BANKRUPTCY ORDER. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................    **7.10**
**TOTAL LEGAL FEES** ...........................................................................$    **1,682.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0266
INVOICE NO.  1471139
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 1.00 | 340.00 | 340.00 |
| THOMAS H. TRAPNELL | ASSOCIATE | 6.10 | 220.00 | 1,342.00 |
| **TOTAL** | | **7.10** | | **1,682.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0267
INVOICE NO.  1471178
PAGE NO.  2

**RE:  BANK OF NEW YORK VS. COREY MESSNER**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/17/12 | STEPHEN C. BORGSDORF | ORAL ARGUMENT ON APPEAL IN JACKSON COUNTY CIRCUIT COURT. | 4.00 | 880.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................ **4.00**
**TOTAL LEGAL FEES** ................................................................$ **880.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0267
INVOICE NO.  1471178
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/12 | COURIERS/DELIVERY SERVICES - RELIABLE DELIVERY HAND DELIVERY TO JACKSON COUNTY CIRCUIT COURT | 136.82 |
| 06/18/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - STEPHEN C. BORGSDORF ROUNDTRIP TO JACKSON COUNTY CIRCUIT COURT FOR ORAL ARGUMENT ON APPEAL IN COREY MESSNER CASE | 44.96 |

TOTAL DISBURSEMENTS ...................................$    181.78

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0267
INVOICE NO.  1471178
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 4.00 | 220.00 | 880.00 |
| **TOTAL** | | **4.00** | | **880.00** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.    086797-0269
INVOICE NO.  1471180
PAGE NO.  2

### RE:  RODRIGUEZ, JUANA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/05/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ▉▉▉▉▉▉▉▉▉▉ | 0.10 | 25.00 |
| 07/05/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. GUTHRIE RE OBTAINING RECORDED COPY OF DISCHARGE. | 0.10 | 25.00 |
| 07/06/12 | MAUREEN A. BRACEY | CONDUCT SEARCH OF WAYNE COUNTY RECORDS CONCERNING DISCHARGE. | 0.40 | 60.00 |
| 07/09/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. GUTHRIE RE RECORDED DISCHARGE. | 0.10 | 25.00 |
| 07/11/12 | MATTHEW MITCHELL | ANALYZE DOCKET RE STATUS OF CASE AGAINST FIDELITY ENTITIES. | 0.10 | 25.00 |
| 07/11/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. NORTHROP-DAY RE ▉▉▉▉▉▉▉▉▉ | 0.30 | 75.00 |
| 07/11/12 | MATTHEW MITCHELL | REVISE STIPULATION TO DISMISS MERS. | 0.10 | 25.00 |
| 07/17/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ▉▉▉▉▉▉▉▉▉▉ | 0.10 | 25.00 |
| 07/18/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. NORTHROP-DAY RE ▉▉▉▉▉▉▉▉▉▉ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**............................................................    **1.40**
**TOTAL LEGAL FEES** ...........................................................................$    **310.00**

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0269
INVOICE NO.  1471180
PAGE NO.  3

---

|  | **DISBURSEMENTS** | |
|---|---|---|
| 07/12/12 | FILING FEES & RELATED CHARGES - STIPULATED ORDER RESOLVING REMAINING CLAIMS FOR ENTRY | 8.24 |
| | TOTAL DISBURSEMENTS ...................................$ | 8.24 |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0269
INVOICE NO.  1471180
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 1.00 | 250.00 | 250.00 |
| MAUREEN A. BRACEY | LGL SPECIALIST | 0.40 | 150.00 | 60.00 |
| **TOTAL** | | **1.40** | | **310.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0271
INVOICE NO.  1471183
PAGE NO.  2

## RE:  ADAMS, ROBERT V GMAC, ET AL - CASE NO: 12-125911

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/16/12 | ANNA M. KAMPS | DRAFT CORRESPONDENCE TO OAKLAND COUNTY REGARDING RECORDING OF ORDER. | 0.50 | 82.50 |
| 07/16/12 | MATTHEW MITCHELL | ANALYSIS RE REMOVAL OF LIS PENDENS FROM PROPERTY. | 0.20 | 50.00 |
| 07/16/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/20/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 | 25.00 |
| 07/30/12 | MATTHEW MITCHELL | ANALYSIS RE NEED TO FILE FINAL SUPPLEMENTAL ORDER. | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **1.00**

**TOTAL LEGAL FEES** ...............................................................................$ **207.50**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0271
INVOICE NO.  1471183
PAGE NO.  3

## DISBURSEMENTS

| | | |
|---|---|---|
| 06/15/12 | FILING FEES & RELATED CHARGES - ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY DISPOSITION AND DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT. | 8.24 |
| 07/16/12 | FILING FEES & RELATED CHARGES - OAKLAND COUNTY REGISTER OF DEEDS RECORDING FEES | 17.00 |
| 07/17/12 | FILING FEES & RELATED CHARGES - DYKEMA GOSSETT PLLC PETTY CASH RECORDING FEES | 6.00 |
| 07/16/12 | FEDEX: CLERK : OAKLAND COUNTY REGISTER OF DEE | 9.87 |

**TOTAL DISBURSEMENTS** ...................................$     **41.11**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0271
INVOICE NO.  1471183
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MATTHEW MITCHELL | ASSOCIATE | 0.50 | 250.00 | 125.00 |
| ANNA M. KAMPS | LGL SPECIALIST | 0.50 | 165.00 | 82.50 |
| **TOTAL** | | **1.00** | | **207.50** |



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0272
INVOICE NO.  1471186
PAGE NO.  2

**RE:  OKOPSKI, DENNIS AND BELINDA V GMAC MORTGAGE**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/19/12 | STEPHEN C. BORGSDORF | FILE STIPULATION OF DISMISSAL. | 0.20 | 44.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................... **0.20**
**TOTAL LEGAL FEES** ..................................................................$ **44.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0272
INVOICE NO.  1471186
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 0.20 | 220.00 | 44.00 |
| **TOTAL** | | **0.20** | | **44.00** |


DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0273
INVOICE NO.  1471187
PAGE NO.  2

**RE:  SCOLA, FRANK**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/26/12 | NASSEEM S. RAMIN | PREPARE FOR STATUS CONFERENCE. | 0.40 | 96.00 |
| 07/13/12 | NASSEEM S. RAMIN | DRAFT PROPOSED ORDER OF DISMISSAL. | 0.20 | 48.00 |
| 07/13/12 | NASSEEM S. RAMIN | PREPARE FOR HEARING ON DISPOSITIVE MOTION. | 0.70 | 168.00 |
| 07/16/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 07/16/12 | NASSEEM S. RAMIN | ATTEND HEARING ON DISPOSITIVE MOTION. | 4.10 | 984.00 |
| 07/16/12 | THOMAS M. SCHEHR | ANALYZE RESULTS OF HEARING ON MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................... 5.70
**TOTAL LEGAL FEES** .........................................................$   1,388.00

# DykEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0273
INVOICE NO.  1471187
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 5.50 | 240.00 | 1,320.00 |
| **TOTAL** | | **5.70** | | **1,388.00** |



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0275
INVOICE NO.  1471189
PAGE NO.  2

**RE:  HOGAN-KNOX, DONNA LEE**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/06/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................ **0.10**
**TOTAL LEGAL FEES** .................................................................$ **24.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0275
INVOICE NO.  1471189
PAGE NO.  3

---

**DISBURSEMENTS**

---

DOCUMENT DELIVERY                                                      7.00

**TOTAL DISBURSEMENTS** ...................................$      **7.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0275
INVOICE NO.  1471189
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| NSRA | NASSEEM S. RAMIN | 0.10 | 240.00 | 24.00 |
| | **TOTAL** | **0.10** | | **24.00** |

 **DYKEMA**

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0276
INVOICE NO.  1471190
PAGE NO.  2

**RE:  JAMES, SHARETTA**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/17/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE SETTLEMENT DEMAND. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................... 0.10
**TOTAL LEGAL FEES** ................................................................................$    24.00

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0276
INVOICE NO.  1471190
PAGE NO.  3

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/06/12 | PRINTING SERVICES - DYKEMA GOSSETT LAW OFFICES-DETROIT PETTY CASH OR COUNTY RUN FEE TO OBTAIN DOCKET FROM 36TH DISTRICT COURT | 5.00 |
| | DOCUMENT DELIVERY | 14.00 |
| | **TOTAL DISBURSEMENTS** ...................................$ | **19.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0276
INVOICE NO.  1471190
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| NSRA | NASSEEM S. RAMIN | 0.10 | 240.00 | 24.00 |
| | **TOTAL** | **0.10** | | **24.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0277
INVOICE NO.  1471192
PAGE NO.  2

**RE:  RIGOBERTO P. ROSALES (728494)**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/02/12 | ABEN | ANALYZING ███████████ | 0.70 |
| 07/03/12 | ABEN | EDIT MOTION TO DISMISS COUNTERCLAIMS. | 1.20 |
| 07/03/12 | ABEN | DRAFTING MOTION TO DISMISS COUNTERCLAIM. | 3.20 |
| 07/09/12 | ARJ | ANALYZE ██████████████ | 0.20 |
| 07/11/12 | ARJ | CORRESPONDENCE WITH MR. DELBENE REGARDING NEED FOR LOAN FILE FOR MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 0.20 |
| 07/18/12 | ABEN | ANALYZING ███████████ DOCUMENTS FROM CLIENT. | 0.20 |
| 07/19/12 | ARJ | E-MAILS TO AND FROM MR. DICICCO REGARDING ████████ ██████████████████ | 0.20 |
| 07/24/12 | ABEN | PREPARING FOR HEARING ON MOTION TO LIFT BANKRUPTCY STAY. | 0.20 |
| 07/24/12 | CMO | PREPARE FOR 7/25/12 HEARING ON MOTION TO LIFT BANKRUPTCY STAY (0.5); ATTEND HEARING RE SAME (0.7); COMPOSE SUMMARY EMAIL TO MS. BENNETT RE SAME (0.3). | 1.50 |
| 07/26/12 | ARJ | CORRESPONDENCE TO MR. DICICCO REGARDING ████████████ | 0.20 |
| 07/31/12 | CB | PREPARE INFORMATION RE HEARING ON MOTION FOR DEFAULT. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    8.00
**TOTAL LEGAL FEES** ...............................................................................................$    2,332.00

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0277
INVOICE NO.  1471192
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| ABEN | AMANDA BENNETT | 5.50 | 315.00 | 1,732.50 |
| ARJ | AMY R. JONKER | 0.80 | 290.00 | 232.00 |
| CMO | COURTNEY M. OFOSU | 1.50 | 225.00 | 337.50 |
| CB | CATHERINE BURKE | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **8.00** | | **2,332.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0278
INVOICE NO.  1471193
PAGE NO.  2

**RE: CHAPMAN, MELVIN AND TRACEY VS. GMAC, ET AL**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/31/12 | THTR | REVISE NOTICE OF BANKRUPTCY TO INCLUDE REFERENCE TO FINAL SUPPLEMENTAL ORDER. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................... **0.10**
**TOTAL LEGAL FEES** ..............................................................................$ **22.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0278
INVOICE NO.  1471193
PAGE NO.  3

---

### DISBURSEMENTS

06/07/12    FILING FEE FOR MOTION TO DISMISS.                                28.84

**TOTAL DISBURSEMENTS** ...................................$    **28.84**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0278
INVOICE NO.  1471193
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|-------|--------|--------|
| THTR | THOMAS H. TRAPNELL | 0.10 | 220.00 | 22.00 |
| | **TOTAL** | **0.10** | | **22.00** |



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0279
INVOICE NO.  1471195
PAGE NO.  2

## RE:  BYRD, BILLY AND MICHELLE

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/02/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |

TOTAL ATTORNEY & PARALEGAL TIME..................................................................  0.10
TOTAL LEGAL FEES ...........................................................................$    25.00

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0279
INVOICE NO.  1471195
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| MMI | MATTHEW MITCHELL | 0.10 | 250.00 | 25.00 |
| | **TOTAL** | **0.10** | | **25.00** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1471197
PAGE NO.  2

## RE:  FLOOD, PATRICK AND JACQUELYN

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/17/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████ ███████ | 0.30 |
| 07/17/12 | MMI | ANALYSIS RE DEADLINES ASSOCIATED WITH PLAINTIFFS' MOTION TO TOLL REDEMPTION PERIOD. | 0.10 |
| 07/18/12 | MMI | ANALYSIS OF STRATEGY CONCERNING EFFECT OF FINAL SUPPLEMENTAL ORDER ON STAY OF CASE AND PLAINTIFFS' PENDING MOTION TO TOLL REDEMPTION PERIOD. | 0.90 |
| 07/18/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ████████████ | 0.40 |
| 07/18/12 | MMI | TELEPHONE TO COURT CLERK RE PENDING MOTION TO TOLL REDEMPTION PERIOD. | 0.10 |
| 07/18/12 | THTR | REVIEW PLAINTIFF'S MOTION FOR TRO TO PREPARE FOR MONDAY'S HEARING. | 0.20 |
| 07/18/12 | TMS | ANALYZE MOTION TO EXTEND REDEMPTION PERIOD FILED BY PLAINTIFF. | 0.60 |
| 07/19/12 | MMI | DRAFT AMENDED BANKRUPTCY NOTICE. | 0.50 |
| 07/19/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ████████ ███ | 0.70 |
| 07/19/12 | MMI | ANALYSIS OF STRATEGY CONCERNING ████████ ████ | 0.90 |
| 07/19/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████ | 0.20 |
| 07/20/12 | MMI | COMMUNICATIONS WITH MS. BUEN CONCERNING ██████ ████ | 0.60 |
| 07/20/12 | MMI | VARIOUS COMMUNICATIONS WITH MR. PARKER RE HEARING ON PLAINTIFFS' MOTION TO TOLL REDEMPTION PERIOD. | 0.60 |
| 07/20/12 | TMS | PREPARE RESPONSE TO MOTION TO EXTEND REDEMPTION PERIOD. | 0.20 |
| 07/24/12 | MMI | DRAFT STIPULATED ORDER TO REOPEN CASE AS TO CERTAIN CLAIMS. | 0.40 |
| 07/24/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████ | 0.10 |
| 07/25/12 | MMI | TELEPHONE WITH MS. BUEN RE ██████████ ███ | 0.10 |
| 07/31/12 | MMI | COMMUNCIATIONS WITH MS. BUEN RE ████████ ████ | 0.20 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0280
INVOICE NO.  1471197
PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................   **7.10**
**TOTAL LEGAL FEES** ...................................................................................$   **1,859.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1471197
PAGE NO.  4

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/15/12 | FILING FEES & RELATED CHARGES -  BANKRUPTCY NOTICE | 5.00 |
| 05/24/12 | MESSENGER/COURIER DELIVERY SERVICES - COURT MANAGER & INVESTIGATORS - COURIER TO FILE APPEARANCE | 57.00 |

**TOTAL DISBURSEMENTS ..................................$**    **62.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1471197
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|--------|--------|----------|
| TMS | THOMAS M. SCHEHR | 1.00 | 340.00 | 340.00 |
| MMI | MATTHEW MITCHELL | 5.90 | 250.00 | 1,475.00 |
| THTR | THOMAS H. TRAPNELL | 0.20 | 220.00 | 44.00 |
| **TOTAL** | | **7.10** | | **1,859.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0281
INVOICE NO.  1471199
PAGE NO.  2

**RE:  ROACH, STEPHEN J. VS. GMAC MORTGAGE, LLC**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/06/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE RESPONSE TO COMPLAINT. | 0.10 |
| 07/06/12 | NSRA | DEVELOP STRATEGY ███████████ | 0.10 |
| 07/06/12 | TMS | PREPARE CORRESPONDENCE REGARDING EFFECT OF BANKRUPTCY STAY ON FIRST RESPONSIVE PLEADING. | 0.20 |
| 07/23/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████████ | 0.10 |
| 07/26/12 | NSRA | DRAFT MOTION TO DISMISS. | 3.10 |
| 07/26/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████████ | 0.10 |
| 07/27/12 | DJSC | CONFERENCE WITH MR. SCHEHR RE ████████████████ | 0.30 |
| 07/27/12 | NSRA | REVISE MOTION TO DISMISS. | 1.10 |
| 07/27/12 | TMS | DRAFT MOTION FOR SUMMARY DISPOSITION. | 2.20 |
| 07/31/12 | NSRA | REVIEW DISPOSITIVE MOTION. | 0.50 |
| 07/31/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE DISPOSITIVE MOTION. | 0.10 |
| 07/31/12 | NSRA | ANALYSIS OF EXHIBITS TO DISPOSITIVE MOTION. | 0.30 |
| 07/31/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████████ | 0.10 |
| 07/31/12 | TMS | REVISE MOTION FOR SUMMARY DISPOSITION. | 0.60 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................ **8.90**
**TOTAL LEGAL FEES** ..............................................$ **2,458.50**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0281
INVOICE NO.  1471199
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---|
| 06/05/12 | FILING FEE FOR NOTICE OF APPEARANCE. | 8.24 |
| 06/05/12 | FILING FEE FOR NOTICE OF APPEARANCE. | 8.24 |
| 06/05/12 | FILING FEE FOR NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY. | 8.24 |
| 06/05/12 | FILING FEE FOR NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY. | 8.24 |

**TOTAL DISBURSEMENTS** ...................................$    **32.96**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0281
INVOICE NO.  1471199
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------|-------|--------|----------|
| TMS | THOMAS M. SCHEHR | 3.00 | 340.00 | 1,020.00 |
| DJSC | DANIEL J. SCHAIRBAUM | 0.30 | 315.00 | 94.50 |
| NSRA | NASSEEM S. RAMIN | 5.60 | 240.00 | 1,344.00 |
| | **TOTAL** | **8.90** | | **2,458.50** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0282
INVOICE NO.  1471200
PAGE NO.  2

## RE:  FNMA VS. AJROUCHE, TAHA

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/23/12 | AJK | REVIEW AND ANALYZE ISSUES RE RECORD ON APPEAL AND BRIEFING SCHEDULE. | 0.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................... **0.50**
**TOTAL LEGAL FEES** ...........................................................................$ **107.50**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0282
INVOICE NO.  1471200
PAGE NO.  3

---

### DISBURSEMENTS

| | |
|---|---|
| DOCUMENT DELIVERY | 7.00 |

**TOTAL DISBURSEMENTS** ..................................$      **7.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0282
INVOICE NO.  1471200
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| AJK | ANDREW J. KOLOZSVARY | 0.50 | 215.00 | 107.50 |
| | **TOTAL** | **0.50** | | **107.50** |


DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0283
INVOICE NO.  1471202
PAGE NO.  2

**RE:  MILLER, MARK AND REBECCA VS. GMAC**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/02/12 | TMS | EXAMINE COMPLAINT. | 0.20 |
| 07/03/12 | NSRA | DRAFT BANKRUPTCY NOTICE. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................    **0.40**
**TOTAL LEGAL FEES** ...............................................................$    **116.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0283
INVOICE NO.  1471202
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.20 | 340.00 | 68.00 |
| NSRA | NASSEEM S. RAMIN | 0.20 | 240.00 | 48.00 |
| | **TOTAL** | **0.40** | | **116.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0284
INVOICE NO.  1471204
PAGE NO.  2

## RE:  SYLVESTER, VERONICA

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/28/12 | MMI | ANALYSIS RE INITIAL DEADLINES IN CASE. | 0.20 |
| 06/28/12 | TMS | ANALYZE COMPLAINT. | 0.20 |
| 06/29/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.20 |
| 06/29/12 | TMS | ANALYZE STRATEGY FOR DEFENSE OF MATTER. | 0.20 |
| 07/03/12 | MMI | CORRESPONDENCE TO MS. MACK RE ███████ ███████ | 0.30 |
| 07/09/12 | MMI | ANALYSIS RE PROCESSING OF LOAN FILE. | 0.20 |
| 07/10/12 | MMI | ANALYSIS RE REMOVAL ISSUES. | 0.10 |
| 07/19/12 | MMI | DRAFT NOTICE OF REMOVAL. | 0.60 |
| 07/19/12 | MMI | CORRESPONDENCE TO MS. KATZ RE OBTAINING FORECLOSURE FILE. | 0.10 |
| 07/19/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |
| 07/20/12 | MMI | CORRESPONDENCE TO MS. MACK RE ███████ | 0.10 |
| 07/20/12 | MMI | REVISE NOTICE OF REMOVAL. | 0.20 |
| 07/25/12 | MMI | DRAFT DISCLOSURE STATEMENT FOR FANNIE MAE. | 0.10 |
| 07/25/12 | MMI | DRAFT FANNIE MAE'S MOTION TO DISMISS. | 3.10 |
| 07/25/12 | MMI | RESEARCH CASE LAW IN SUPPORT OF MOTION TO DISMISS. | 1.30 |
| 07/25/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |
| 07/26/12 | MMI | CORRESPONDENCE TO MR. GREENWOOD RE CONCURRENCE IN MOTION TO DISMISS. | 0.10 |
| 07/26/12 | MMI | REVIEW EXHIBITS TO MOTION TO DISMISS FOR COMPLETENESS AND ACCURACY. | 0.20 |
| 07/26/12 | MMI | MAKE FINAL REVISIONS TO DISPOSITIVE BRIEF BEFORE FILING, INCLUDING CITE CHECKS. | 0.90 |
| 07/27/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................... **8.40**
**TOTAL LEGAL FEES** .................................................................$ **2,136.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0284
INVOICE NO.  1471204
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/20/12 | FILING FEES & RELATED CHARGES - NOTICE OF FILING | 8.24 |

**TOTAL DISBURSEMENTS ...................................$**    **8.24**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0284
INVOICE NO.  1471204
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.40 | 340.00 | 136.00 |
| MMI | MATTHEW MITCHELL | 8.00 | 250.00 | 2,000.00 |
| | **TOTAL** | **8.40** | | **2,136.00** |


# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0285
INVOICE NO.  1471205
PAGE NO.  2

## RE:  GLEASON, ERIN

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/28/12 | TMS | ANALYZE COMPLAINT. | 0.40 |
| 06/29/12 | TMS | ANALYZE POSSIBILITY OF REMOVAL TO FEDERAL COURT. | 0.20 |
| 07/09/12 | SCBO | REVIEW FACT PACKAGE. | 0.80 |
| 07/09/12 | SCBO | RESEARCH REGARDING DEFENSES TO QUIET TITLE CLAIM MOTION TO DISMISS. | 2.40 |
| 07/12/12 | SCBO | DEVELOP STRATEGY ███████████████████████████ | 1.10 |
| 07/13/12 | MAB | REQUEST TITLE SEARCH CONCERNING MILAN MICHIGAN PROPERTY. | 0.20 |
| 07/13/12 | SCBO | FILE NOTICE OF BANKRUPTCY. | 0.20 |
| 07/13/12 | SCBO | RESEARCH AND ANALYSIS REGARDING ██████ | 0.30 |
| 07/13/12 | TMS | ANALYZE WHETHER ██████████████████████ | 0.20 |
| 07/16/12 | MAB | REVIEW CORRESPONDENCE RE TITLE SEARCH. | 0.20 |
| 07/16/12 | SCBO | DEVELOP ARGUMENTS FOR MOTION TO DISMISS. | 2.20 |
| 07/18/12 | SCBO | ████████STRATEGY; DEVELOP ARGUMENTS██████████ | 1.70 |
| 07/18/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████████████ ████████████████ | 0.20 |
| 07/19/12 | SCBO | PREPARE REMOVAL PAPERS. | 0.30 |
| 07/19/12 | TMS | ANALYZE FINAL ORDER REGARDING AUTOMATIC STAY AND ITS EFFECT ON REMOVAL OF CLAIMS BASED ON FRADULENT JOINDER OF GMAC. | 0.20 |
| 07/20/12 | MAB | ANALYZE CORRESPONDENCE CONCERNING ROOSEVELT LANE PROPERTY AND LIENS OF RECORD. | 0.20 |
| 07/20/12 | SCBO | ANALYSIS OF ████████████████████; CONFER WITH MR. SCHEHR AND MS. BUEN. | 1.30 |
| 07/20/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████████████ ████████████ | 0.40 |
| 07/20/12 | TMS | ANALYZE ██████████████████████ | 0.40 |
| 07/23/12 | MAB | ANALYZE CORRESPONDENCE RE TITLE SEARCH FEE. | 0.20 |
| 07/23/12 | TMS | PREPARE MOTION FOR SUMMARY DISPOSITION. | 0.20 |
| 07/25/12 | SCBO | ANALYSIS AND FILING OF WITHDRAWAL OF NOTICE OF BANKRUPTCY. | 0.80 |
| 07/25/12 | SCBO | PREPARE MOTION TO DISMISS. | 5.10 |

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0285
INVOICE NO.  1471205
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/26/12 | SCBO | DRAFT MOTION FOR SUMMARY DISPOSITION. | 4.20 |
| 07/27/12 | TMS | REVISE MOTION FOR SUMMARY DISPOSITION. | 0.80 |
| 07/30/12 | SCBO | FINALIZE AND CIRCULATE DRAFT MOTION FOR SUMMARY DISPOSITION. | 2.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **26.30**
**TOTAL LEGAL FEES** .................................................................................$    **6,090.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0285
INVOICE NO.  1471205
PAGE NO.  4

---

**DISBURSEMENTS**

| | | |
|---|---|---|
| 07/24/12 | TITLE CHECKS/SEARCHES - FIRST AMERICAN TITLE INSURANCE COMPANY TITLE SEARCH-1435 E ROOSEVELT LANE | 50.00 |

**TOTAL DISBURSEMENTS ...................................$    50.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0285
INVOICE NO.  1471205
PAGE NO.  5

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 3.00 | 340.00 | 1,020.00 |
| SCBO | STEPHEN C. BORGSDORF | 22.50 | 220.00 | 4,950.00 |
| MAB | MAUREEN A. BRACEY | 0.80 | 150.00 | 120.00 |
| | **TOTAL** | **26.30** | | **6,090.00** |



ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0286
INVOICE NO.  1471207
PAGE NO.  2

**RE:  QUIROZ, RAYMOND AND SHELLEY**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|------:|
| 06/25/12 | TMS | EXAMINE COMPLAINT. | 0.20 |
| 06/27/12 | NSRA | DRAFT NOTICE OF BANKRUPTCY. | 0.20 |
| 07/26/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE BANKRUPTCY NOTICE IN CIRCUIT COURT ACTION. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................... **0.50**
**TOTAL LEGAL FEES** ...........................................................................$ **140.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0286
INVOICE NO.  1471207
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|--------|
| TMS | THOMAS M. SCHEHR | 0.20 | 340.00 | 68.00 |
| NSRA | NASSEEM S. RAMIN | 0.30 | 240.00 | 72.00 |
| | **TOTAL** | **0.50** | | **140.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0287
INVOICE NO.  1471209
PAGE NO.  2

**RE:  ALAIN MEJIA**

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|-------|
| 07/02/12 | JEJ | COMMUNICATION WITH OPPOSING COUNSEL RE: EXTENSION OF TIME TO FILE AN ANSWER TO THE AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (.3); DRAFT MOTION FOR EXTENSION OF TIME (.8) | 1.10 |
| 07/06/12 | JEJ | COMMUNICATION WITH SHELIA GREGORY RE: ███ (.2); COMMUNICATION WITH OPPOSING COUNSEL RE: MOTION FOR EXTENSION OF TIME (.2); FINALIZE AND PREPARE MOTION AND RELATED NOTICES FOR EXTENSION OF TIME FOR FILING (1.4). | 1.80 |
| 07/20/12 | JEJ | RESEARCH RE: FACTS AND ISSUES RELATED TO ███ | 1.90 |
| 07/26/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE: ███ (.4); REVIEW DOCUMENTS FROM MS. GRGEORY (.3); RESEARCH RE: TRESPASSING CLAIMS AND DEFENSES (.9) | 1.60 |
| 07/31/12 | JEJ | COMMUNICATION WITH OPPOSING COUNSEL RE: HEARING ON EXTENSION OF TIME TO FILE AN ANSWER TO THE AFFIRMATIVE DEFENSES AND COUNTERCLAIMS | 0.30 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................    **6.70**
**TOTAL LEGAL FEES** ................................................................**$**    **1,943.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0287
INVOICE NO.  1471209
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/06/12 | COURIER FOR COURT FILING SERVICES; SCHEDULE MOTION; FILE NOTICE AND MOTION WITH CHANCERY COURT. | 38.00 |
| 07/06/12 | COURIER FOR COURT FILING SERVICES; SCHEDULE MOTION TO FILE APPEARANCES. | 38.00 |

**TOTAL DISBURSEMENTS ...................................$    76.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0287
INVOICE NO.  1471209
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| JEJ | JEFFREY E. JAMISON | 6.70 | 290.00 | 1,943.00 |
| | **TOTAL** | **6.70** | | **1,943.00** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.    086797-0288
INVOICE NO.  1471210
PAGE NO.  2

## RE:  WALLACE, LINDA V. GMAC, ET AL

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/05/12 | NSRA | RESEARCH RE ██████████████████████████ ████████████████████████████████████ | 0.50 |
| 07/05/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████ | 0.30 |
| 07/05/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE STATUS OF EVICTION. | 0.10 |
| 07/05/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |
| 07/05/12 | NSRA | DRAFT RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION. | 5.60 |
| 07/05/12 | TMS | EXAMINE COMPLAINT. | 0.30 |
| 07/06/12 | NSRA | DEVELOP STRATEGY FOR ██████████ | 0.30 |
| 07/06/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████ | 0.20 |
| 07/06/12 | NSRA | DRAFT NOTICE OF REMOVAL. | 1.50 |
| 07/06/12 | NSRA | DRAFT NOTICE OF BANKRUPTCY. | 0.20 |
| 07/06/12 | NSRA | RESEARCH RE EFFECT OF DEFENDANT'S BANKRUPTCY ON ████████ ██████████ | 1.40 |
| 07/06/12 | TMS | DRAFT RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER. | 1.80 |
| 07/06/12 | TMS | REVIEW CASE LAW RE ████████████████████████ | 0.60 |
| 07/09/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████ | 0.10 |
| 07/09/12 | NSRA | REVISE NOTICE OF REMOVAL. | 0.30 |
| 07/09/12 | TMS | PREPARE MOTION TO DISMISS. | 0.40 |
| 07/10/12 | NSRA | COMMUNICATE WITH COURT CLERK RE NOTICE OF REMOVAL. | 0.10 |
| 07/10/12 | NSRA | ANALYSIS OF EXHIBITS TO NOTICE OF REMOVAL. | 0.30 |
| 07/10/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE NOTICE OF REMOVAL. | 0.10 |
| 07/10/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.20 |
| 07/12/12 | NSRA | DRAFT MOTION TO DISMISS. | 1.90 |
| 07/12/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |
| 07/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |
| 07/13/12 | TMS | REVISE MOTION TO DISMISS. | 0.80 |
| 07/16/12 | NSRA | REVIEW MOTION TO DISMISS. | 0.50 |



**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0288
INVOICE NO.  1471210
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/23/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................  **18.00**
**TOTAL LEGAL FEES** ...........................................................................................$  **4,710.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0288
INVOICE NO.  1471210
PAGE NO.  4

---

**DISBURSEMENTS**

---

DOCUMENT DELIVERY                                        7.00

**TOTAL DISBURSEMENTS** ..................................$      **7.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0288
INVOICE NO.  1471210
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 3.90 | 340.00 | 1,326.00 |
| NSRA | NASSEEM S. RAMIN | 14.10 | 240.00 | 3,384.00 |
| | **TOTAL** | **18.00** | | **4,710.00** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0289
INVOICE NO.  1471212
PAGE NO.  2

## RE:  STONEGATE V. HONGERMEIER

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/10/12 | MAGI | ANALYZE COMPLAINT AND EXHIBITS (INSURANCE POLICY AND DECLARATIONS) (.6); ANALYZE FACT PACKAGES (.8) | 1.40 |
| 07/12/12 | MAGI | ANALYZE DOCUMENTS CONTAINED IN LOAN FILES. | 1.10 |
| 07/13/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ███████ | 0.20 |
| 07/13/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ███████████████████ ███████ | 0.30 |
| 07/13/12 | MAGI | REVIEW OF ADDITIONAL DOCUMENTS, PART 1 OF LOAN FILE. | 0.20 |
| 07/17/12 | BWC | PREPARATION AND ATTENDANCE AT CASE MANAGEMENT CONFERENCE | 1.30 |
| 07/18/12 | CB | ADD CASE INFORMATION TO CASE MANAGEMENT REPORT (.2); PREPARE INFORMATION RE DUE DATE TO ANSWER OR OTHERWISE PLEAD AND STATUS ON PLEADINGS AND SERVICE (.2). | 0.40 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................... **4.90**
**TOTAL LEGAL FEES** ...........................................................**$** **1,547.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0289
INVOICE NO.  1471212
PAGE NO.  3

| DISBURSEMENTS | |
|---|---|
| 07/13/12    FILING FEES & RELATED CHARGES - CLERK CIRCUIT COURT OF COOK COUNTY APPEARANCE FEE (GMAC MORTGAGE/STONEGATE INSURANCE COMPANY) | 206.00 |

**TOTAL DISBURSEMENTS** ...................................$    **206.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0289
INVOICE NO.  1471212
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| BWC | BRADY W. CREEL | 1.30 | 270.00 | 351.00 |
| MAGI | MICHAEL A. GILMAN | 3.20 | 355.00 | 1,136.00 |
| CB | CATHERINE BURKE | 0.40 | 150.00 | 60.00 |
| **TOTAL** | | **4.90** | | **1,547.00** |

# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.    086797-0291
INVOICE NO.  1471214
PAGE NO.  2

## RE:  SIEGEL, ERIC D. VS. GMAC MORTGAGE, ET AL.

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/11/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ██████████ | 0.10 |
| 07/11/12 | MMI | ANALYSIS RE INITIAL STRATEGY ISSUES, INCLUDING DEADLINES. | 0.20 |
| 07/11/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████████ ████████ | 0.60 |
| 07/11/12 | TMS | ANALYZE COMPLAINT. | 0.90 |
| 07/12/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████ | 0.20 |
| 07/20/12 | EKK1 | CREATION OF DOCUMENT PRODUCTION TRACKING DATABASE IN SUMMATION.  LOAD INITIAL PRODUCTION OF DOCUMENTS AND VERIFY ACCURACY OF DATABASE. | 1.50 |
| 07/24/12 | MMI | RESEARCH ████████████████ ████████ | 0.60 |
| 07/24/12 | MMI | ANALYSIS RE STRATEGY CONCERNING ██████████ | 0.70 |
| 07/26/12 | MMI | DRAFT MOTION FOR SUMMARY DISPOSITION. | 4.40 |
| 07/27/12 | DADE | PROOFREAD, EDIT, CITE CHECK CASE LAW CITED IN BRIEF FOR SUMMARY DISPOSITION MOTION. | 2.40 |
| 07/27/12 | MMI | RESEARCH CASE LAW IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 0.80 |
| 07/27/12 | MMI | CORRESPONDENCE TO MR. TATARELLI RE SEEKING CONCURRENCE IN MOTION TO DISMISS. | 0.20 |
| 07/27/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ██████████ ████████ | 0.20 |
| 07/27/12 | MMI | REVISE NOTICE OF BANKRUPTCY FOR GMACM AND RESIDENTIAL SECURITIES. | 0.20 |
| 07/27/12 | TMS | EDIT MOTION FOR SUMMARY DISPOSITION. | 0.30 |
| 07/27/12 | VL | CONFERENCE WITH MR. MITCHELL; SEARCH AND OBTAIN COPY OF MORTGAGE. | 0.90 |
| 07/30/12 | MMI | REVISIONS TO MOTION FOR SUMMARY DISPOSITION PRIOR TO FILING, INCLUDING CITE CHECK. | 1.60 |
| 07/30/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ████████ | 0.20 |
| 07/30/12 | MMI | ANALYSIS OF NEED TO FILE NOTICE OF BANKRUPTCY. | 0.20 |
| 07/30/12 | MMI | CORRESPONDENCE TO COURT RE COURTESY COPY OF DISPOSITIVE MOTION. | 0.10 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0291
INVOICE NO.  1471214
PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **16.30**
**TOTAL LEGAL FEES** ...................................................................................$    **3,850.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0291
INVOICE NO.  1471214
PAGE NO.  4

| | DISBURSEMENTS | |
|---|---|---|
| 07/27/12 | FILING FEES & RELATED CHARGES - MORTGAGE DOCUMENT ORDERED ON OAKLAND LANDACCESS | 6.00 |
| 07/30/12 | FILING FEES & RELATED CHARGES - DEFENDANTS' MOTION FOR SUMMARY DISPOSITION AND FOR SANCTIONS WITH NOTICE OF HEARING | 28.84 |

**TOTAL DISBURSEMENTS ...................................$    34.84**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0291
INVOICE NO.  1471214
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 2.00 | 340.00 | 680.00 |
| MMI | MATTHEW MITCHELL | 9.50 | 250.00 | 2,375.00 |
| DADE | DEBORAH A. DETTORE | 2.40 | 150.00 | 360.00 |
| VL | VASANTHA ARUNACHALAM | 0.90 | 150.00 | 135.00 |
| EKK1 | ELLEN K. KAIN | 1.50 | 200.00 | 300.00 |
| **TOTAL** | | **16.30** | | **3,850.00** |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0265
INVOICE NO.  1471420
PAGE NO.  2

## RE:  CARROLL, DAVID

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 07/09/12 | MARGARET J. RHIEW | CORRESPONDENCE RE SERVING NOTICE OF BANKRUPTCY ON BORROWER AS PRO SE. | 0.10 | 21.50 |
| 07/18/12 | MARGARET J. RHIEW | CORRESPONDENCE TO B. NORTHROP-DAY RE ███████████████████████████ | 0.10 | 21.50 |
| 07/18/12 | MARGARET J. RHIEW | REVIEW STATUS OF MATTER, COURT DOCKET. | 0.20 | 43.00 |
| 07/18/12 | MARGARET J. RHIEW | EMAIL RE NOTICE OF BANKRUPTCY FILED BUT NOT REFLECTED ON COURT DOCKET. | 0.10 | 21.50 |
| 07/25/12 | SHARON A. SALINAS | SEND CORRESPONDENCE TO MS. NORTHROP-DAY RE: ███████████████████████ | 0.40 | 98.00 |
| 07/26/12 | SHARON A. SALINAS | REVIEW DOCUMENTS IN PREPARATION FOR COURT HEARING. | 0.30 | 73.50 |
| 07/27/12 | SHARON A. SALINAS | REVIEW COOK COUNTY RECORDER OF DEEDS RE: POSTING OF DEED AND OBTAIN SCREEN SHOT OF ALL LISTINGS TO BE PRESENTED TO CITY OF CHICAGO AT COURT HEARING AND PREPARATION FOR COURT HEARING. | 0.40 | 98.00 |
| 07/30/12 | CATHERINE BURKE | PREPARE ADDITIONAL INFORMATION AND DOCUMENTS FOR JULY 30, 2012 HEARING. | 0.20 | 30.00 |
| 07/30/12 | CATHERINE BURKE | REVISE CASE MANAGEMENT REPORT RE COURT ORDER. | 0.10 | 15.00 |
| 07/30/12 | CATHERINE BURKE | REVISE CASE MANAGEMENT REPORT RE JULY 30, 2012 HEARING. | 0.10 | 15.00 |
| 07/30/12 | SHARON A. SALINAS | APPEARANCE IN COURT HEARING WITH CORRESPONDENCE TO CLIENTS ███████████ | 1.50 | 367.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **3.50**
**TOTAL LEGAL FEES** ................................................................................$ **804.50**

# DyKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0265
INVOICE NO.  1471420
PAGE NO.  3

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/09/12 | COURIER FOR COURT FILING SERVICES; HAVE NOTICE FILE STAMPED. | 26.00 |

TOTAL DISBURSEMENTS ...................................$    26.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0265
INVOICE NO.  1471420
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| CATHERINE BURKE | LGL SPECIALIST | 0.40 | 150.00 | 60.00 |
| MARGARET J. RHIEW | ASSOCIATE | 0.50 | 215.00 | 107.50 |
| SHARON A. SALINAS | ASSOCIATE | 2.60 | 245.00 | 637.00 |
| **TOTAL** | | **3.50** | | **804.50** |


# DYKEMA

**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0290
INVOICE NO.  1471421
PAGE NO.  2

## RE: FNMA VS. EDNA M. JACOBS

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 06/06/12 | NSRA | ANALYSIS OF ANSWER TO COMPLAINT. | 0.20 |
| 06/06/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████████ ████ | 0.40 |
| 06/06/12 | TMS | REVIEW COMPLAINT. | 0.30 |
| 06/07/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE TRANSFER TO CIRCUIT COURT. | 0.20 |
| 06/11/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████████ | 0.10 |
| 06/11/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE LOAN FILE. | 0.20 |
| 06/11/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE COMPLAINT FOR TERMINATION OF TENANCY. | 0.10 |
| 06/11/12 | NSRA | DRAFT MOTION TO BIFURCATE COUNTERCLAIM. | 1.60 |
| 06/11/12 | TMS | PREPARE MOTION TO TRANSFER TO CIRCUIT COURT. | 0.20 |
| 06/12/12 | NSRA | ANALYSIS OF PRE TRIAL ORDER. | 0.20 |
| 06/12/12 | TMS | REVISE MOTION TO TRANSFER TO CIRCUIT COURT. | 0.20 |
| 06/19/12 | NSRA | DRAFT MOTION FOR SUMMARY DISPOSITION. | 3.50 |
| 06/19/12 | NSRA | DRAFT WITNESS LIST. | 0.30 |
| 06/19/12 | NSRA | ANALYSIS OF CORRESPONDENCE BETWEEN CLIENT AND BORROWER. | 0.30 |
| 06/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████ | 0.20 |
| 06/19/12 | NSRA | ANALYSIS OF LOAN FILE. | 0.90 |
| 06/20/12 | NSRA | ANALYSIS OF BORROWER'S INTERROGATORIES. | 0.20 |
| 06/20/12 | NSRA | DEVELOP STRATEGY ██████████████ | 0.20 |
| 06/20/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE BORROWER'S INTERROGATORIES. | 0.10 |
| 06/20/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████ | 0.10 |
| 06/20/12 | NSRA | EDIT DISPOSITIVE MOTION. | 0.50 |
| 06/20/12 | NSRA | COMMUNICATE WITH CLIENT RE █████████ | 0.10 |
| 06/20/12 | NSRA | ANALYSIS OF EXHIBITS TO DISPOSITIVE MOTION. | 0.30 |
| 06/20/12 | TMS | REVISE MOTION FOR SUMMARY DISPOSITION. | 0.60 |
| 06/21/12 | NSRA | DRAFT DISCOVERY REQUESTS TO BORROWER. | 2.40 |

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0290
INVOICE NO.  1471421
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/21/12 | NSRA | COMMUNICATE WITH CLIENT RE █████████████████ | 0.10 |
| 06/24/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████ | 0.10 |
| 06/25/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.20 |
| 07/06/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE DISPOSITIVE MOTION. | 0.30 |
| 07/06/12 | REG | REVIEW DISPOSITIVE MOTION. | 0.40 |
| 07/10/12 | NSRA | ANALYSIS OF LOAN FILE FOR DOCUMENT PRODUCTION. | 0.40 |
| 07/10/12 | NSRA | ANALYSIS OF BORROWER'S WRITTEN DISCOVERY. | 0.20 |
| 07/10/12 | NSRA | DRAFT RESPONSES TO BORROWER'S WRITTEN DISCOVERY. | 2.70 |
| 07/11/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████████████████ | 0.60 |
| 07/11/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████████ | 0.10 |
| 07/11/12 | NSRA | RESEARCH RE ██████████████████ | 0.70 |
| 07/11/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSE TO MOTION TO TRANSFER. | 0.40 |
| 07/11/12 | TMS | REVISE DISCOVERY RESPONSES. | 1.30 |
| 07/12/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████████████ | 0.30 |
| 07/12/12 | NSRA | REVISE RESPONSES TO INTERROGATORIES. | 1.10 |
| 07/12/12 | NSRA | PREPARE FOR PRE TRIAL CONFERENCE. | 1.40 |
| 07/12/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████████ | 0.20 |
| 07/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████████ | 0.30 |
| 07/13/12 | NSRA | ATTEND PRE TRIAL CONFERENCE. | 3.80 |
| 07/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████████ | 0.30 |
| 07/13/12 | REG | REVIEW FILE RE PRETRIAL CONFERENCE | 0.40 |
| 07/13/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████████ | 0.20 |
| 07/17/12 | JMW1 | SCAN/BATES LABEL DOCUMENTS FOR NSRA | 1.00 |
| 07/17/12 | NSRA | ANALYSIS OF DOCUMENTS FOR PRODUCTION. | 0.80 |
| 07/17/12 | NSRA | REVISE DISCOVERY RESPONSES. | 0.20 |
| 07/17/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE ADJOURNMENT OF PRE TRIAL. | 0.10 |
| 07/17/12 | NSRA | REDACT CLIENT DOCUMENTS FOR PRODUCTION. | 1.30 |
| 07/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████████████ | 0.10 |
| 07/19/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSES TO DISCOVERY. | 0.20 |



# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0290
INVOICE NO.  1471421
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/23/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE FAILURE TO RESPOND TO WRITTEN DISCOVERY. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................ **32.70**
**TOTAL LEGAL FEES** .................................................................$ **8,146.00**

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.    086797-0290
INVOICE NO.  1471421
PAGE NO.  5

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 06/20/12 | FILING FEES & RELATED CHARGES - 36TH DISTRICT COURT 36TH DISTRICT COURT MOTION FEE TO FILE FNMA'S MOTION FOR SUMMARY DISPOSITION OF DEFENDANT'S COUNTERCLAIMS IN THE FNMA V EDNA JACOBS MATTER | 20.00 |
| 05/29/12 | FEDEX: CLERK OF THE COURT : ST. CLAIR COUNTY CI | 12.31 |

**TOTAL DISBURSEMENTS** ...................................$      **32.31**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0290
INVOICE NO.  1471421
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|--------|--------|----------|
| REG | RICHARD E. GOTTLIEB | 0.80 | 450.00 | 360.00 |
| TMS | THOMAS M. SCHEHR | 3.20 | 340.00 | 1,088.00 |
| NSRA | NASSEEM S. RAMIN | 27.70 | 240.00 | 6,648.00 |
| JMW1 | JANET M. BROWN | 1.00 | 50.00 | 50.00 |
| | **TOTAL** | **32.70** | | **8,146.00** |