

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0104
INVOICE NO.  1475971
PAGE NO.  2

### RE:  LIO V. DAMOLARIS ET AL. (30806)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/09/12 | MICHAEL A. GILMAN | FOLLOW UP CORRESPONDENCE TO BORROWERS' COUNSEL RE CONSENT FORECLOSURE. | 0.20 | 71.00 |
| 08/24/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO BORROWERS RE CONSENT FORECLOSURE PROCEDURE. | 0.10 | 35.50 |
| 08/27/12 | CATHERINE BURKE | PREPARE INFORMATION RE CASE MANAGEMENT CONFERENCE. | 0.20 | 30.00 |
| 08/27/12 | MICHAEL A. GILMAN | COMMENCE DRAFTING SETTLEMENT AGREEMENT. | 0.70 | 248.50 |
| 08/27/12 | MICHAEL A. GILMAN | DRAFT STIPULATION TO DISMISS (.2) AND DISMISSAL ORDER (.1). | 0.30 | 106.50 |
| 08/27/12 | MICHAEL A. GILMAN | APPEARANCE IN COURT RE STATUS OF SETTLEMENT DISCUSSIONS. | 1.00 | 355.00 |
| 08/27/12 | RICHARD E. GOTTLIEB | COMMENTS ON SETTLEMENT AGREEMENT | 0.40 | 180.00 |
| 08/28/12 | MICHAEL A. GILMAN | COMPLETE DRAFTING OF SETTLEMENT AGREEMENT. | 0.90 | 319.50 |
| 08/29/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO DAMOLARIS' COUNSEL AND SZMYDT'S COUNSEL RE SETTLEMENT AND EXISTENCE OF ANY LEASES. | 0.10 | 35.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................    **3.90**
**TOTAL LEGAL FEES** .............................................................................**$**    **1,381.50**



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0104
INVOICE NO.  1475971
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RICHARD E. GOTTLIEB | MEMBER | 0.40 | 450.00 | 180.00 |
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 3.30 | 355.00 | 1,171.50 |
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **3.90** | | **1,381.50** |

# DYKEMA



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0138
INVOICE NO. 1475972
PAGE NO.    2

### RE:  ALABI V. HOMECOMINGS FINANCIAL, LLC (698036)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/17/12 | MICHAEL A. GILMAN | REVIEW BANKRUPTCY DOCKET TO CONFIRM THAT ALABI DID NOT SEEK RELIEF FROM THE AUTOMATIC STAY. | 0.30 | 106.50 |
| 08/17/12 | MICHAEL A. GILMAN | ANALYZE FINAL SUPPLEMENTAL ORDER RE IMPACT ON APPEAL. | 0.30 | 106.50 |
| 08/17/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO SHEILA GREGORY AND BETH NORTHROP-DAY RE ███████ | 0.20 | 71.00 |
| 08/17/12 | MICHAEL A. GILMAN | DRAFT BANKRUPTCY STATUS REPORT PER ORDER OF COURT. | 0.50 | 177.50 |
| 08/24/12 | IRINA V. FRYE | COMMUNICATE WITH MR. GILMAN REGARDING STATUS REPORT (0.1); PROOFREAD AND MAKE EDITS TO STATUS REPORT REGARDING BANKRUPTCY (0.2); PREPARE EXHIBIT A TO STATUS REPORT (0.2); PREPARE CERTIFICATE OF SERVICE (0.1); FILE STATUS REPORT AND EXHIBIT A ELECTRONICALLY (0.2); SERVE COURT-FILED REPORT ON PLAINTIFF-APPELLANT BY US MAIL (0.2). | 1.00 | 207.00 |
| 08/24/12 | MICHAEL A. GILMAN | REVIEW COURT OF APPEALS ORDER DIRECTING A STATUS REPORT IN NOVEMBER. | 0.10 | 35.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................    **2.40**
**TOTAL LEGAL FEES** ...............................................................................$    **704.00**

| DISBURSEMENTS | |
|---|---|
| PRINTING EXPENSES | 0.00 |
| LEGAL RESEARCH - OTHER DATABASES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$    **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0138
INVOICE NO.  1475972
PAGE NO.  3

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0138
INVOICE NO.  1475972
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 1.40 | 355.00 | 497.00 |
| IRINA V. FRYE | LGL SPECIALIST | 1.00 | 207.00 | 207.00 |
| **TOTAL** | | **2.40** | | **704.00** |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0141
INVOICE NO.  1475974
PAGE NO.  2

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 08/23/12 | CERTIFIED COPIES - 34TH CIRCUIT COURT FEE FOR OBTAINING A CERTIFIED COPY OF THE ORDER GRANTING MOTION FOR SUMMARY DISPOSITION ENTERE ON NOVEMBER 22,2010 | 12.00 |

**TOTAL DISBURSEMENTS ...................................$    12.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0142
INVOICE NO.  1475976
PAGE NO.  2

**RE:  SAYAH 192 S. ADDISON, 09-4119 (699560)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/06/12 | CATHERINE BURKE | PREPARE INFORMATION RE STATUS ON BANKRUPTCY. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **0.20**
**TOTAL LEGAL FEES** .....................................................................................$ **30.00**

### DISBURSEMENTS

LEGAL RESEARCH - OTHER DATABASES                           0.00

**TOTAL DISBURSEMENTS** ...................................$   **0.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0142
INVOICE NO.  1475976
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **0.20** | | **30.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0165
INVOICE NO.  1475977
PAGE NO.  2

### RE:  ALLEN V. GMAC MORTGAGE, ET CL. 701964

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/09/12 | CATHERINE BURKE | TELEPHONE CONFERENCE WITH JUDGE MADDUX'S CLERK CONFIRMING THAT ORDER DISMISSING CASE FOR WANT OF PROSECUTION HAS BEEN VACATED AND THE CASE IS NOW REACTIVATED BEFORE JUDGE MARKHAM. | 0.30 | 45.00 |
| 08/21/12 | DAWN WILLIAMS | PREPARE FOR ATTENDANCE AT HEARING ON MOTION TO STAY. | 0.20 | 29.70 |
| 08/22/12 | DAWN WILLIAMS | PREPARATION FOR HEARING ON MOTION TO STAY (1.5); ATTENDANCE AT HEARING ON MOTION TO STAY (1.5) | 3.00 | 445.50 |
| 08/23/12 | DAWN WILLIAMS | CORRESPONDENCE TO MS. JONKER RE OUTCOME OF CYPREXX'S HEARING ON MOTION TO STAY CASE (.4); ANALYZE FILE FOR MOTION TO STAY (.3) | 0.70 | 103.95 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................    **4.20**
**TOTAL LEGAL FEES** ...............................................................$    **624.15**



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0165
INVOICE NO.  1475977
PAGE NO.  3

| | **DISBURSEMENTS** | |
|---|---|---|
| 08/22/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - DAWN WILLIAMS PARKING: COURT APPEARANCE | **28.00** |
| 08/22/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - DAWN WILLIAMS TRAVEL TO COURT HEARING | **32.19** |

**TOTAL DISBURSEMENTS ...................................$     60.19**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0165
INVOICE NO.  1475977
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAWN WILLIAMS | ASSOCIATE | 3.90 | 148.50 | 579.15 |
| CATHERINE BURKE | LGL SPECIALIST | 0.30 | 150.00 | 45.00 |
| **TOTAL** | | **4.20** | | **624.15** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0177
INVOICE NO.  1475979
PAGE NO.  2

## RE:  HAIDAR-AHMAD (0601889360)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/06/12 | JENNIFER BOUERI CHILS | REVIEW REVISED BANKRUPTCY ORDER FOR SUBMISSION TO COURT. | 0.20 | 41.00 |
| 08/07/12 | JENNIFER BOUERI CHILS | ANALYSIS RE STRATEGY ███████████ ███████████. | 0.30 | 61.50 |
| 08/07/12 | JENNIFER BOUERI CHILS | ANALYSIS RE TRIAL COURT COMPLAINT FOR POTENTIAL LIFT OF BANKRUPTCY STAY. | 0.30 | 61.50 |
| 08/07/12 | JENNIFER BOUERI CHILS | ANALYSIS RE ISSUES ON APPEAL FOR POTENTIAL LIFT OF BANKRUPTCY STAY. | 0.20 | 41.00 |
| 08/17/12 | JENNIFER BOUERI CHILS | ANALYSIS RE FINAL SUPPLEMENTAL ORDER IN PREPARATION FOR DRAFTING AMENDED NOTICE OF BANKRUPTCY STAY. | 0.20 | 41.00 |
| 08/17/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH CLIENTS ████████ | 0.20 | 41.00 |
| 08/17/12 | JENNIFER BOUERI CHILS | ANALYSIS RE STRATEGY ███████████ ███████████ | 0.20 | 41.00 |
| 08/17/12 | JENNIFER BOUERI CHILS | DRAFT AMENDED NOTICE OF BANKRUPTCY STAY. | 0.30 | 61.50 |
| 08/20/12 | JENNIFER BOUERI CHILS | TELEPHONE WITH MS. BUEN RE ███████ ██████ | 0.40 | 82.00 |
| 08/20/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH MS. PRIORE RE ███████ ███████ | 0.30 | 61.50 |
| 08/22/12 | JENNIFER BOUERI CHILS | DRAFT REVISED AMENDED NOTICE OF BANKRUPTCY STAY PURSUANT TO DISCUSSIONS WITH CLIENT. | 0.20 | 41.00 |
| 08/22/12 | JENNIFER BOUERI CHILS | CORRESPONDENCE WITH CLIENTS RE ████████ ███████ | 0.20 | 41.00 |
| 08/31/12 | JENNIFER BOUERI CHILS | STRATEGY RE FILING AMENDED NOTICE OF BANKRUPTCY STAY. | 0.20 | 41.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................    **3.20**
**TOTAL LEGAL FEES** ...........................................................................$    **656.00**



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0177
INVOICE NO.  1475979
PAGE NO.  3

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JENNIFER BOUERI CHILSON | ASSOCIATE | 3.20 | 205.00 | 656.00 |
| **TOTAL** | | **3.20** | | **656.00** |


# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0192
INVOICE NO.  1475980
PAGE NO.  2

**RE: JENETTA POLK (#709055)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/21/12 | MICHAEL A. GILMAN | REVISE THE SETTLEMENT AGREEMENT TO REFLECT GMACM'S NEW FORM. | 0.50 | 177.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **0.50**
**TOTAL LEGAL FEES** ....................................................................................$ **177.50**

| DISBURSEMENTS | |
|---|---|
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$ **0.00**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0192
INVOICE NO.  1475980
PAGE NO.  3

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 0.50 | 355.00 | 177.50 |
| **TOTAL** | | **0.50** | | **177.50** |



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0243
INVOICE NO.  1475982
PAGE NO.  2

### RE:  FLORENCE THICKLIN (721617)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/08/12 | EDWARD W. SOMERS | RESEARCH REGARDING ███████ ███████ | 1.10 | 242.00 |
| 08/08/12 | EDWARD W. SOMERS | REVIEW DOCUMENTS FOR PRODUCTION | 2.30 | 506.00 |
| 08/09/12 | EDWARD W. SOMERS | REVIEW LOAN FILE SERVICING HISTORY FOR COMPLIANCE WITH FHA REGULATIONS. | 1.90 | 418.00 |
| 08/21/12 | EDWARD W. SOMERS | DRAFT DISCOVERY RESPONSES. | 1.10 | 242.00 |
| 08/22/12 | EDWARD W. SOMERS | REVISE RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS | 1.30 | 286.00 |
| 08/22/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE DRAFT DISCOVERY RESPONSES AND OBJECTIONS. | 0.80 | 360.00 |
| 08/25/12 | EDWARD W. SOMERS | REVIEW PRODUCTION DOCUMENTS FOR PRIVILEGE. | 3.40 | 748.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................    **11.90**
**TOTAL LEGAL FEES** .............................................................................$    **2,802.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0243
INVOICE NO.  1475982
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RICHARD E. GOTTLIEB | MEMBER | 0.80 | 450.00 | 360.00 |
| EDWARD W. SOMERS | ASSOCIATE | 11.10 | 220.00 | 2,442.00 |
| **TOTAL** | | **11.90** | | **2,802.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0252
INVOICE NO.  1475984
PAGE NO.  2

## RE:  BONY V. HUITRON

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/12 | AMANDA BENNETT | PARTICIPATING IN HEARING ON MOTION TO DISMISS. | 2.50 | 787.50 |
| 08/03/12 | AMY R. JONKER | ANALYZE ORDER ON MOTION TO DISMISS COUNTERCLAIMS. | 0.30 | 87.00 |
| 08/03/12 | AMY R. JONKER | CORRESPONDENCE WITH MS. GREGORY REGARDING ▮▮▮▮▮▮ | 0.10 | 29.00 |
| 08/07/12 | CATHERINE BURKE | PREPARE INFORMATION RE DEADLINE TO REPLEAD COUNTERCLAIMS. | 0.20 | 30.00 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................... 3.10
TOTAL LEGAL FEES ..............................................................................$ 933.50

### DISBURSEMENTS

| PRINTING EXPENSES | 0.00 |
|---|---|

TOTAL DISBURSEMENTS ...................................$   0.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0252
INVOICE NO.  1475984
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| AMANDA BENNETT | ASSOCIATE | 2.50 | 315.00 | 787.50 |
| AMY R. JONKER | SENIOR ATTORNEY | 0.40 | 290.00 | 116.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **3.10** | | **933.50** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0255
INVOICE NO.  1475986
PAGE NO.  2

### RE:  US BANK V. SANDAHL (724679)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/13/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO SHEILA GREGORY RE ▮▮▮▮▮▮▮▮▮▮ | 0.10 | 35.50 |
| 08/16/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO SANDHALS' COUNSEL RE STATUS OF SETTLEMENT DOCUMENTS AND PAYMENT PROCEDURE. | 0.10 | 35.50 |
| 08/29/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO BORROWERS' COUNSEL RE EXECUTED SETTLEMENT DOCUMENTS AND DISMISSAL OF ACTION. | 0.20 | 71.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................... **0.40**
**TOTAL LEGAL FEES** ...........................................................................................$ **142.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0255
INVOICE NO.  1475986
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 0.40 | 355.00 | 142.00 |
| **TOTAL** | | **0.40** | | **142.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0287
INVOICE NO.  1475987
PAGE NO.  2

## RE:  ALAIN MEJIA

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/19/12 | JEJ | REVIEW ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS (.6); COMMUNICATION WITH SHELIA GREGORY RE: ███████ (.3) | 0.90 |
| 06/21/12 | JEJ | CONFERENCE CALL WITH SHELIA GREGORY RE: ████████████ (.5); COMMUNICATION WITH FORECLOSURE COUNSEL AT CODILIS RE: CASE POSTURE AND LOAN FILE. (.3) | 0.80 |
| 06/25/12 | JEJ | REVIEW LOAN FILE AND DOCUMENTS SENT FROM CLIENT | 1.10 |
| 08/01/12 | JEJ | PREPARE FOR AND ATTEND HEARING ON MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE AN APPEARANCE. | 1.70 |
| 08/01/12 | REG | COMMENTS RE SUMMARY JUDGMENT ISSUES | 0.40 |
| 08/21/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE: ████████ (.3); RESEARCH RE: ████████████ 1.1); FACT AND LEGAL RESEARCH RE: COMPLIANCE WITH FORECLOSURE NOTICE REQUIREMENTS (.9); DRAFT MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (3.1). | 5.40 |
| 08/28/12 | JEJ | DRAFT MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 2.40 |
| 08/29/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE ██████ .2); REVIEW BANKRUPTCY DOCUMENTS FROM CLIENT (.8); RESEARCH RE COUNTERCLAIMS AND BANKRUPTCY FILINGS (.9). | 1.90 |
| 08/29/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE: ██████ | 0.60 |
| 08/30/12 | JEJ | UPDATE ████████████████████ BASED ON COMMUNICATION WITH MS. GREGORY. | 0.70 |
| 08/30/12 | JEJ | COMMUNICATIONS WITH MS. GREGORY RE: ██████ | 0.40 |
| 08/30/12 | JEJ | PREPARE NOTICE OF BANKRUPTCY. | 1.00 |
| 08/31/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE: ████████████ .3); FINALIZE AND FILE ANSWER TO AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (.8). | 1.10 |
| 08/31/12 | JEJ | FINALIZE AND FILE NOTICE OF BANKRUPTCY. | 0.70 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................ **19.10**
**TOTAL LEGAL FEES** ..........................................................................$ **5,603.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0287
INVOICE NO.  1475987
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| REG | RICHARD E. GOTTLIEB | 0.40 | 450.00 | 180.00 |
| JEJ | JEFFREY E. JAMISON | 18.70 | 290.00 | 5,423.00 |
| | **TOTAL** | **19.10** | | **5,603.00** |


# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0289
INVOICE NO.  1475989
PAGE NO.  2

RE:  STONEGATE V. HONGERMEIER

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/06/12 | MAGI | ANALYZE POLICY RE COVERAGE, NOTICE REQUIREMENTS, MORTGAGEE PROVISIONS AND CLAIM THAT COVERAGE CONTINUES ONLY WHERE OWNER RESIDES ON PROPERTY. | 0.90 |
| 08/06/12 | MAGI | DRAFT ANSWER AND COUNTERCLAIM TO STONEGATE'S AMENDED COMPLAINT. | 1.60 |
| 08/06/12 | MAGI | TELEPHONE CONFERENCE WITH CHRISTINE BUEN RE ███████ ████████ | 0.20 |
| 08/06/12 | MAGI | REVIEW TABLE OF INSPECTIONS AND CONCLUSIONS AND PHOTOGRAPHS FROM INSPECTIONS. | 0.50 |
| 08/06/12 | MAGI | RESEARCH ILLINOIS LAW TREATMENT OF ████████████ (1.3); RESEARCH RE ████████████ (1.2); RESEARCH RE ████████████ (.6); RESEARCH RE: ████████████ (.4); RESEARCH THE ILLINOIS INSURANCE CODE AND ILLINOIS ADMINISTRATIVE RULES RE ████████ (.6) | 4.10 |
| 08/06/12 | REG | INTERNAL DISCUSSIONS RE STRATEGY | 0.40 |
| 08/07/12 | MAGI | REVISE ANSWER AND DRAFT COUNTERCLAIM. | 2.20 |
| 08/07/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ████████████ | 0.30 |
| 08/07/12 | REG | COMMENTS ON DRAFT ANSWER AND COUNTERCLAIM | 0.50 |
| 08/15/12 | MAGI | APPEARANCE IN COURT FOR COURT ORDERED STATUS. | 0.90 |
| 08/16/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ████████ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**.........................................................................  **11.70**
**TOTAL LEGAL FEES** ..............................................................................................$  **4,239.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0289
INVOICE NO.  1475989
PAGE NO.  3

---

### DISBURSEMENTS

| 08/14/12 | COURIER FOR COURT FILING SERVICES | 26.00 |
|---|---|---|

**TOTAL DISBURSEMENTS** ...................................$      **26.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0289
INVOICE NO.  1475989
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| REG | RICHARD E. GOTTLIEB | 0.90 | 450.00 | 405.00 |
| MAGI | MICHAEL A. GILMAN | 10.80 | 355.00 | 3,834.00 |
| | **TOTAL** | **11.70** | | **4,239.00** |

 **DYKEMA**

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0150
INVOICE NO.  1476068
PAGE NO.  2

**RE:  THE BANK OF NEW YORK MELLON V. SIMPSON 700298**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/13/12 | CATHERINE BURKE | PREPARE INFORMATION RE AUGUST 14, 2012. | 0.20 | 30.00 |
| 08/27/12 | CATHERINE BURKE | PREPARE INFORMATION RE AUGUST 28, 2012 COURT CALL. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................ **0.40**
**TOTAL LEGAL FEES** ................................................................$ **60.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0150
INVOICE NO.  1476068
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CATHERINE BURKE | LGL SPECIALIST | 0.40 | 150.00 | 60.00 |
| **TOTAL** | | **0.40** | | **60.00** |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0170
INVOICE NO.  1476069
PAGE NO.  2

**RE:  GLENN PRENTICE VS. GMAC MORTGAGE, LLC, ET AL (704020)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/30/12 | THOMAS M. SCHEHR | REVIEW OPINION AND ORDER REGARDING APPEAL. | 0.30 | 102.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..........................................................    **0.30**
**TOTAL LEGAL FEES** ..............................................................................$    **102.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0170
INVOICE NO.  1476069
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.30 | 340.00 | 102.00 |
| **TOTAL** | | **0.30** | | **102.00** |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0184
INVOICE NO.  1476070
PAGE NO.  2

**RE:  WILLIAM HUTTON V. GMAC, ET AL.**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/07/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███ ███ | 0.10 | 25.00 |
| 08/24/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███ ███ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................... **0.20**
**TOTAL LEGAL FEES** ......................................................................................$ **50.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0184
INVOICE NO.  1476070
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MATTHEW MITCHELL | ASSOCIATE | 0.20 | 250.00 | 50.00 |
| **TOTAL** | | **0.20** | | **50.00** |

# DykEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0194
INVOICE NO.  1476071
PAGE NO.  2

## RE:  DAVIS VS. GMAC 722410

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/01/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ▮▮▮ | 0.20 | 50.00 |
| 08/07/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ▮▮▮ ▮▮▮ | 0.30 | 75.00 |
| 08/07/12 | MATTHEW MITCHELL | GENERATE APPEARANCE ON BEHALF OF DEFENDANTS. | 0.10 | 25.00 |
| 08/07/12 | MATTHEW MITCHELL | DRAFT BIFURCATED BANKRUPTCY NOTICE AND FILE ANALYSIS RE SAME. | 0.50 | 125.00 |
| 08/07/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. PARKER RE FOLLOW-UP ON FORECLOSURE FILE. | 0.10 | 25.00 |
| 08/07/12 | MATTHEW MITCHELL | ANALYSIS RE FIRST RESPONSIVE PLEADING STRATEGY IN DAVIS II. | 0.40 | 100.00 |
| 08/08/12 | ELLEN K. KAIN | PREPARATION AND IMPORT OF LATEST DOCUMENT PRODUCTION INTO SUMMATION DOCUMENT REVIEW DATABASE AND EXAMINE SAME FOR ACCURACY. | 1.10 | 220.00 |
| 08/14/12 | MATTHEW MITCHELL | REVIEW RECEIPT AND PROCESSING OF LOAN FILE. | 0.20 | 50.00 |
| 08/20/12 | ELLEN K. KAIN | PREPARATION AND IMPORT OF LATEST DOCUMENT PRODUCTION INTO SUMMATION DOCUMENT REVIEW DATABASE AND EXAMINE SAME FOR ACCURACY. | 0.70 | 140.00 |
| 08/22/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.40 | 100.00 |
| 08/24/12 | MATTHEW MITCHELL | DRAFT AMENDED NOTICE OF BANKRUPTCY FOR APPEAL. | 0.50 | 125.00 |
| 08/24/12 | MATTHEW MITCHELL | ANALYZE LOWER COURT RECORD AND APPEAL PLEADINGS RE FORMULATING STRATEGY FOR AMENDED BANKRUPTCY NOTICE. | 0.40 | 100.00 |
| 08/24/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮ | 0.20 | 50.00 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0194
INVOICE NO.  1476071
PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................    **5.10**
**TOTAL LEGAL FEES** ........................................................................................$    **1,185.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0194
INVOICE NO.  1476071
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 3.30 | 250.00 | 825.00 |
| ELLEN K. KAIN | STAFF | 1.80 | 200.00 | 360.00 |
| **TOTAL** | | **5.10** | | **1,185.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0225
INVOICE NO.  1476073
PAGE NO.  2

### RE:  MANGRAY, VICKASH

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/07/12 | STEPHEN C. BORGSDORF | DRAFT MOTION FOR PEREMPTORY REVERSAL. | 1.50 | 330.00 |
| 08/13/12 | JILL M. WHEATON | REVISE DRAFT DOCKETING STATEMENT. | 0.30 | 99.00 |
| 08/13/12 | STEPHEN C. BORGSDORF | PREPARE DOCKETING STATEMENT; PREPARE MOTION FOR PEREMPTORY REVERSAL. | 4.30 | 946.00 |
| 08/14/12 | STEPHEN C. BORGSDORF | PREPARE DOCKETING STATEMENT AND MOTION FOR PEREMPTORY REVERSAL. | 0.70 | 154.00 |
| 08/15/12 | STEPHEN C. BORGSDORF | PREPARE MOTION FOR PEREMPTORY REVERSAL. | 3.20 | 704.00 |
| 08/16/12 | STEPHEN C. BORGSDORF | PREPARE MOTION FOR PEREMPTORY REVERSAL AND CIRCULATE TO MR. SCHEHR AND MS. WHEATON. | 5.30 | 1,166.00 |
| 08/17/12 | JILL M. WHEATON | REVISE OF DRAFT MOTION FOR PEREMPTORY REVERSAL. | 1.00 | 330.00 |
| 08/23/12 | STEPHEN C. BORGSDORF | EDITS TO MOTION FOR PEREMPTORY REVERSAL. | 0.30 | 66.00 |
| 08/31/12 | STEPHEN C. BORGSDORF | DRAFT MOTION FOR PEREMPTORY REVERSAL; INCORPORATE EDITS FROM MS. WHEATON AND CIRCULATE TO MR. SCHEHR. | 5.30 | 1,166.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................   **21.90**
**TOTAL LEGAL FEES** ..............................................................................$   **4,961.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0225
INVOICE NO.  1476073
PAGE NO.  3

### DISBURSEMENTS

| | | |
|---|---|---|
| 08/15/12 | FILING FEE FOR STEVE BORGSDORF'S APPEARANCE IN MICHIGAN COURT OF APPEALS. | 5.15 |
| 08/15/12 | FILING APPEARANCE IN MICHIGAN COURT OF APPEALS. | 5.15 |
| 08/15/12 | FILING DOCKETING STATEMENT IN MICHIGAN COURT OF APPEALS. | 5.15 |
| 08/13/12 | BANK OF AMERICA BANKCARD - FILING CLAIM OF APPEALS IN MICHIGAN COURT OF APPEALS. | 391.40 |
| 08/13/12 | BANK OF AMERICA BANKCARD - FILING AMENDED CLAIM OF APPEAL. | 5.15 |

**TOTAL DISBURSEMENTS ...................................$    412.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0225
INVOICE NO.  1476073
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JILL M. WHEATON | MEMBER | 1.30 | 330.00 | 429.00 |
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 20.60 | 220.00 | 4,532.00 |
| **TOTAL** | | **21.90** | | **4,961.00** |


# DYKEMA

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0227
INVOICE NO.  1476074
PAGE NO.  2

## RE: MAXINE CARTHAN-RAGLAND

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/06/12 | JEFFREY E. JAMISON | COMMUNICATION WITH COUNSEL RE: MOTION FOR EXTENSION OF TIME (.3); DRAFT MOTION FOR EXTENSION OF TIME (.7); PREPARE AND FILE MOTION FOR EXTENSION OF TIME (.4) | 1.40 | 406.00 |
| 08/08/12 | IRINA V. FRYE | COMMUNICATE WITH MR. JAMISON REGARDING EXTENSION TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS (0.1); FILE AGREED MOTION AND NOTICE OF MOTION ELECTRONICALLY (0.2); REMOVE CALENDAR ENTRY FOR 8/9/12 AND CALENDAR 8/16/12 REPLY DUE DATE (0.1); CALENDAR 8/16/12 MOTION HEARING (0.1); PREPARE COURTESY COPIES OF COURT-FILED AGREED MOTION AND NOTICE OF MOTION AND COORDINATE HAND DELIVERY OF SAME TO JUDGE FEINERMAN (0.4). | 0.90 | 186.30 |
| 08/10/12 | IRINA V. FRYE | PROOFREAD AND CITE CHECK MERS'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MAKE EDITS. | 2.10 | 434.70 |
| 08/13/12 | JEFFREY E. JAMISON | DRAFT REPLY BRIEF ARGUMENTS ON DAMAGES AND DISMISSAL OF MERS AND A NON-NECESSARY. | 2.70 | 783.00 |
| 08/13/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS | 2.80 | 1,260.00 |
| 08/14/12 | JEFFREY E. JAMISON | REVIEW AND UPDATE DRAFT REPLY BRIEF (1.9); RESEARCH RE: STATUTE OF LIMITATIONS FOR RESPA/TILA CLAIMS IN RELATION TO A RESCISSION ARGUMENT (.9); RESEARCH RE: WHETHER A PARTY IS NECESSARY WHEN ALL CLAIMS HAVE BEEN DISMISSED (.4) | 3.20 | 928.00 |
| 08/14/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE REPLY BRIEF SECTIONS II AND IV RE NECESSARY PARTY, DAMAGES CLAIMS. | 0.80 | 360.00 |
| 08/15/12 | CATHERINE BURKE | PREPARE INFORMATION RE STRICKEN CASE MANAGEMENT CONFERENCE AND EXTENDED DUE DATE FOR REPLIES IN SUPPORT OF MOTIONS TO DISMISS. | 0.20 | 30.00 |
| 08/15/12 | CATHERINE BURKE | PREPARE INFORMATION RE MERS REPLY IN SUPPORT OF MOTION TO DISMISS. | 0.20 | 30.00 |


# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0227
INVOICE NO.   1476074
PAGE NO.   3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/15/12 | JEFFREY E. JAMISON | COMMUNICATION WITH MS. GREGORY AND MS. BRAUCHER RE: ▉▉▉▉▉(.3); REVIEW AND COMMENTS FROM MS. GREGORY AND MS. BRAUCHER AND UPDATE REPLY BRIEF ▉▉▉▉▉(.8); REVIEW, EDIT AND COMMENT ON DRAFT BRIEF (.9); DRAFT ARGUMENT RE: ▉▉▉▉▉(.8); RESEARCH RE: ▉▉▉▉▉ ▉▉▉.7) | 2.70 | 783.00 |
| 08/15/12 | RICHARD E. GOTTLIEB | FINAL EDITS TO REPLY BRIEF. | 1.20 | 540.00 |
| 08/20/12 | CATHERINE BURKE | PREPARE INFORMATION RE DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................   **18.40**
**TOTAL LEGAL FEES** ............................................................$   **5,771.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0227
INVOICE NO.  1476074
PAGE NO.  4

### DISBURSEMENTS

| | | |
|---|---|---|
| 08/08/12 | COURIER FOR COURT FILING SERVICES | 21.00 |
| 08/13/12 | COURIER FOR COURT FILING SERVICES; DELIVER NOTICE AND AGREED MOTION TO JUDGE FEINERMAN. | 21.00 |
| 08/13/12 | COURIER FOR COURT FILING SERVICES | 21.00 |
| 08/20/12 | COURIER FOR COURT FILING SERVICES | 21.00 |

**TOTAL DISBURSEMENTS** ...................................$    **84.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0227
INVOICE NO.  1476074
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RICHARD E. GOTTLIEB | MEMBER | 4.80 | 450.00 | 2,160.00 |
| JEFFREY E. JAMISON | ASSOCIATE | 10.00 | 290.00 | 2,900.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.60 | 150.00 | 90.00 |
| IRINA V. FRYE | LGL SPECIALIST | 3.00 | 207.00 | 621.00 |
| **TOTAL** | | **18.40** | | **5,771.00** |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1476075
PAGE NO.  2

**RE:  PHELAN, MARY V. GMAC MORTGAGE, LLC, ET AL.**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/02/12 | MATTHEW MITCHELL | PREPARE AMENDED NOTICE OF BANKRUPTCY. | 0.10 | 25.00 |
| 08/02/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ ██████████████████ | 0.10 | 25.00 |
| 08/06/12 | MATTHEW MITCHELL | ANALYSIS OF STRATEGY CONCERNING ██████████████ | 0.20 | 50.00 |
| 08/22/12 | MATTHEW MITCHELL | TELEPHONE WITH MS. BUEN RE ████████████ ████████████ | 0.10 | 25.00 |
| 08/22/12 | MATTHEW MITCHELL | REVISE AMENDED BANKRUPTCY NOTICE. | 0.10 | 25.00 |
| 08/22/12 | MATTHEW MITCHELL | ANALYZE COMPLAINT AND BANKRUPTCY PLEADINGS RE DETERMINING PERMITTED CLAIMS. | 0.20 | 50.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **0.80**
**TOTAL LEGAL FEES** ...............................................................................$    **200.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1476075
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 0.80 | 250.00 | 200.00 |
| **TOTAL** | | **0.80** | | **200.00** |



**DYKEMA**

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0237
INVOICE NO.  1476076
PAGE NO.  2

## RE:  TRADEMARK PROPERTIES V. FNMA, MERS, BOA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/02/12 | THOMAS M. SCHEHR | REVIEW SCHEDULING ORDER ENTERED BY COURT FOR SUMMARY DISPOSITION BRIEFING AND ARGUMENT. | 0.20 | 68.00 |
| 08/08/12 | THOMAS M. SCHEHR | REVIEW CROSS-MOTION FOR SUMMARY DISPOSITION FILED BY TRADEMARK. | 0.30 | 102.00 |
| 08/09/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFF'S RESPONSE TO DISPOSITIVE MOTION. | 0.60 | 144.00 |
| 08/09/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▐▐▐▐▐ | 0.10 | 24.00 |
| 08/09/12 | THOMAS M. SCHEHR | REVIEW TRADEMARK'S MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 08/15/12 | NASSEEM S. RAMIN | DRAFT REPLY BRIEF IN SUPPORT OF DISPOSITIVE MOTION. | 4.00 | 960.00 |
| 08/17/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE HEARING ON DISPOSITIVE MOTION. | 0.10 | 24.00 |
| 08/17/12 | THOMAS M. SCHEHR | REVISE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 1.80 | 612.00 |
| 08/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▐▐▐▐▐ | 0.10 | 24.00 |
| 08/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▐▐▐▐▐ | 0.10 | 24.00 |
| 08/21/12 | NASSEEM S. RAMIN | RESEARCH RE ▐▐▐▐▐ | 0.20 | 48.00 |
| 08/22/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▐▐▐▐▐ | 0.20 | 48.00 |
| 08/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▐▐▐▐▐ | 0.10 | 24.00 |
| 08/28/12 | NASSEEM S. RAMIN | PREPARE FOR HEARING ON DISPOSITIVE MOTION. | 1.10 | 264.00 |
| 08/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE HEARING ON DISPOSITIVE MOTION. | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................................    9.20
**TOTAL LEGAL FEES** ...................................................................................... $    2,458.00

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0237
INVOICE NO.  1476076
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 2.50 | 340.00 | 850.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 6.70 | 240.00 | 1,608.00 |
| **TOTAL** | | **9.20** | | **2,458.00** |



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0239
INVOICE NO.  1476077
PAGE NO.  2

## RE:  WILLIAMS, WENDELL & MARY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/07/12 | MAUREEN A. BRACEY | CONDUCT SEARCH OF GENESEE COUNTY RECORDS CONCERNING RECORDING OF ORDER. | 0.30 | 45.00 |
| 08/08/12 | MAUREEN A. BRACEY | CONDUCTING SEARCH OF GENESEE COUNTY RECORDS; OBTAINING COPY OF RECORDED ORDER. | 0.50 | 75.00 |
| 08/08/12 | THOMAS M. SCHEHR | DRAFT BRIEF ON APPEAL. | 8.10 | 2,754.00 |
| 08/10/12 | NASSEEM S. RAMIN | REVISE BRIEF ON APPEAL. | 2.80 | 672.00 |
| 08/10/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮▮ | 0.10 | 24.00 |
| 08/13/12 | JILL M. WHEATON | REVISE APPELLEE'S BRIEF | 1.30 | 429.00 |
| 08/14/12 | JILL M. WHEATON | ANALYZE POTENTIAL MOTION TO DISMISS APPEAL | 0.30 | 99.00 |
| 08/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮▮ | 0.10 | 24.00 |
| 08/14/12 | THOMAS M. SCHEHR | FINALIZE BRIEF ON APPEAL FOR FILING. | 0.60 | 204.00 |
| 08/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮▮ | 0.10 | 24.00 |
| 08/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 | 24.00 |
| 08/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH EVICTION COUNSEL RE APPELLATE BRIEF. | 0.10 | 24.00 |
| 08/30/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮▮ | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................................... 14.50
**TOTAL LEGAL FEES** ............................................................................$    4,422.00

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0239
INVOICE NO.  1476077
PAGE NO.  3

---

**DISBURSEMENTS**

| | | |
|---|---|---|
| 07/13/12 | FILING FEE FOR STIPULATION EXTENDING TIME TO FILE BRIEF. | 5.15 |

**TOTAL DISBURSEMENTS** ...................................$   **5.15**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0239
INVOICE NO.  1476077
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JILL M. WHEATON | MEMBER | 1.60 | 330.00 | 528.00 |
| THOMAS M. SCHEHR | MEMBER | 8.70 | 340.00 | 2,958.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 3.40 | 240.00 | 816.00 |
| MAUREEN A. BRACEY | LGL SPECIALIST | 0.80 | 150.00 | 120.00 |
| **TOTAL** | | **14.50** | | **4,422.00** |

# DYKEMA

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0240
INVOICE NO.  1476078
PAGE NO.  2

### RE:  CONLIN, MICHAEL J. VS. MERS (720963)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/07/12 | THOMAS M. SCHEHR | REVIEW NOTICE OF APPEAL FILED BY MR. PARKER. | 0.20 | 68.00 |
| 08/13/12 | MICHAEL J. BLALOCK | CORRESPONDENCE WITH CLIENT RE ███████ ███████ | 0.10 | 21.50 |
| 08/13/12 | MICHAEL J. BLALOCK | EXAMINATION OF BRIEFING SCHEDULE. | 0.20 | 43.00 |
| 08/14/12 | MICHAEL J. BLALOCK | CORRESPONDENCE WITH COUNSEL RE MEDIATION ORDER. | 0.20 | 43.00 |
| 08/14/12 | MICHAEL J. BLALOCK | EXAMINATION OF MEDIATION LETTER. | 0.20 | 43.00 |
| 08/16/12 | MICHAEL J. BLALOCK | EXAMINATION OF REVISED BRIEFING SCHEDULE. | 0.20 | 43.00 |
| 08/17/12 | MICHAEL J. BLALOCK | CORRESPONDENCE WITH CLIENT RE ███████ ███████ | 0.20 | 43.00 |
| 08/21/12 | MICHAEL J. BLALOCK | DRAFTING CORPORATE DISCLOSURES FOR APPEAL. | 0.50 | 107.50 |
| 08/22/12 | MICHAEL J. BLALOCK | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.20 | 43.00 |
| 08/28/12 | MICHAEL J. BLALOCK | ANALYZE ISSUES ON APPEAL FILED BY PLAINTIFF. | 0.20 | 43.00 |
| 08/28/12 | MICHAEL J. BLALOCK | TELEPHONE CONFERENCE WITH MR. MYERS RE EVICTION STATUS. | 0.20 | 43.00 |
| 08/28/12 | MICHAEL J. BLALOCK | TELEPHONE CONFERENCE WITH EVICTION COUNSEL RE STATUS. | 0.20 | 43.00 |
| 08/28/12 | MICHAEL J. BLALOCK | EXAMINATION OF LOWER COURT PLEADINGS RE ISSUES ON APPEAL. | 0.60 | 129.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..........................................................    3.20
**TOTAL LEGAL FEES** .............................................................................$    713.00



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0240
INVOICE NO.  1476078
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| MICHAEL J. BLALOCK | SENIOR ATTORNEY | 3.00 | 215.00 | 645.00 |
| **TOTAL** | | **3.20** | | **713.00** |


# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0241
INVOICE NO.  1476079
PAGE NO.  2

## RE:  SZALAY, MIKE AND TINA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/06/12 | NASSEEM S. RAMIN | ANALYSIS OF EXHIBITS TO CASE EVALUATION SUMMARY. | 0.30 | 72.00 |
| 08/06/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFF'S CASE EVALUATION SUMMARY. | 0.30 | 72.00 |
| 08/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▆▆▆▆▆▆▆▆ | 0.10 | 24.00 |
| 08/06/12 | NASSEEM S. RAMIN | DRAFT CASE EVALUATION SUMMARY. | 0.70 | 168.00 |
| 08/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▆▆▆▆▆▆▆▆ | 0.20 | 48.00 |
| 08/07/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▆▆▆▆▆▆▆▆ | 0.10 | 24.00 |
| 08/07/12 | NASSEEM S. RAMIN | ANALYSIS OF RESPONSE TO MOTION TO DISMISS. | 0.40 | 96.00 |
| 08/07/12 | NASSEEM S. RAMIN | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 1.30 | 312.00 |
| 08/07/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFF'S CASE EVALUATION SUMMARY. | 0.30 | 72.00 |
| 08/07/12 | NASSEEM S. RAMIN | RESEARCH RE CASES FILED BY PLAINTIFF'S COUNSEL FOR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 0.70 | 168.00 |
| 08/08/12 | NASSEEM S. RAMIN | REVISE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 0.20 | 48.00 |
| 08/08/12 | NASSEEM S. RAMIN | CONFER WITH CLIENT RE ▆▆▆▆▆▆▆▆ | 0.10 | 24.00 |
| 08/08/12 | THOMAS M. SCHEHR | REVIEW RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 08/09/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▆▆▆▆▆▆▆▆ | 0.10 | 24.00 |
| 08/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▆▆▆▆▆▆▆▆ | 0.10 | 24.00 |
| 08/14/12 | NASSEEM S. RAMIN | CALL TO COURT CLERK RE HEARING ON MOTION TO DISMISS. | 0.10 | 24.00 |
| 08/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▆▆▆▆▆▆▆▆ | 0.10 | 24.00 |
| 08/21/12 | NASSEEM S. RAMIN | ATTEND CASE EVALUATION HEARING. | 3.80 | 912.00 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0241
INVOICE NO.  1476079
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/21/12 | THOMAS M. SCHEHR | COMMUNICATE WITH MS. BUEN RE ███████ | 0.20 | 68.00 |
| 08/23/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ████████ ████████ | 0.20 | 48.00 |
| 08/28/12 | NASSEEM S. RAMIN | CONFER WITH CLIENT RE ████████████ | 0.10 | 24.00 |
| 08/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ████████ ██████████ | 0.20 | 48.00 |
| 08/29/12 | NASSEEM S. RAMIN | CONFER WITH CLIENT RE ████████████ | 0.10 | 24.00 |
| 08/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE SETTLEMENT OFFER. | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................  **10.00**
**TOTAL LEGAL FEES** ...............................................................................$  **2,440.00**

# DyKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0241
INVOICE NO.  1476079
PAGE NO.  4

| | DISBURSEMENTS | |
|---|---|---|
| 08/10/12 | HOLE PUNCH 1 IN | 6.21 |
| 08/10/12 | TABS | 8.28 |
| 08/10/12 | SPIRAL BINDER | 5.31 |
| | DOCUMENT DELIVERY | 7.00 |

**TOTAL DISBURSEMENTS ...................................$    26.80**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0241
INVOICE NO.  1476079
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 0.40 | 340.00 | 136.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 9.60 | 240.00 | 2,304.00 |
| **TOTAL** | | **10.00** | | **2,440.00** |



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0242
INVOICE NO.  1476080
PAGE NO.  2

### RE:  DETROIT GOLF CLUB V. MERS, ET AL.

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/02/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE | 0.10 | 25.00 |
| 08/03/12 | MATTHEW MITCHELL | TELEPHONE WITH MS. BUEN RE | 0.20 | 50.00 |
| 08/07/12 | MATTHEW MITCHELL | ANALYSIS RE CASE EVALUATION ISSUES. | 0.10 | 25.00 |
| 08/13/12 | MATTHEW MITCHELL | TELEPHONE WITH MR. FORSYTH RE | 0.20 | 50.00 |
| 08/17/12 | MATTHEW MITCHELL | REVISE SETTLEMENT AGREEMENT. | 0.40 | 100.00 |
| 08/17/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN | 0.20 | 50.00 |
| 08/27/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE | 0.10 | 25.00 |
| 08/27/12 | MATTHEW MITCHELL | REVIEW CLEAN COPY OF REVISED SETTLEMENT AGREEMENT BEFORE SENDING TO PLAINTIFF'S COUNSEL. | 0.20 | 50.00 |
| 08/27/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MR. FORSYTH RE | 0.20 | 50.00 |
| 08/28/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE | 0.10 | 25.00 |
| 08/30/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. FORSYTH RE SETTING UP MEETING TO DISCUSS CURRENT DRAFT OF RELEASE. | 0.10 | 25.00 |
| 08/31/12 | MATTHEW MITCHELL | REVISE RELEASE PORTION OF SETTLEMENT AGREEMENT. | 0.10 | 25.00 |
| 08/31/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. FORSYTH RE ADDITIONAL LIMITATIONS TO RELEASE. | 0.10 | 25.00 |
| 08/31/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. PRIORE RE | 0.20 | 50.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**...............................................................    **2.30**
**TOTAL LEGAL FEES** ........................................................................$    **575.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0242
INVOICE NO.  1476080
PAGE NO.  3

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0242
INVOICE NO.  1476080
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MATTHEW MITCHELL | ASSOCIATE | 2.30 | 250.00 | 575.00 |
| **TOTAL** | | **2.30** | | **575.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0244
INVOICE NO.  1476081
PAGE NO.  2

## RE:  LAVOY, SUZY & LLOYD

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/01/12 | THOMAS H. TRAPNELL | DRAFT STIPULATED ORDER DISMISSING PLAINTIFFS' LAWSUIT. | 0.20 | 44.00 |
| 08/02/12 | THOMAS H. TRAPNELL | DRAFT CORRESPONDENCE ADVISING PLAINTIFF'S COUNSEL OF NEED TO STIPULATE TO DISMISS CASE IN ORDER TO CANCEL AUGUST 9 SETTLEMENT CONFERENCE. | 0.20 | 44.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................ **0.40**
**TOTAL LEGAL FEES** .......................................................................$ **88.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0244
INVOICE NO.  1476081
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS H. TRAPNELL | ASSOCIATE | 0.40 | 220.00 | 88.00 |
| **TOTAL** | | **0.40** | | **88.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0247
INVOICE NO.  1476082
PAGE NO.  2

## RE: IGOR BRENER

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/02/12 | EDWARD W. SOMERS | RESEARCH REGARDING ███████████ ████ (1.1); COMMUNICATE WITH OPPOSING COUNSEL PURSUANT TO ILLINOIS SUPREME COURT RULE 201(K) (0.6). | 1.70 | 374.00 |
| 08/06/12 | EDWARD W. SOMERS | DRAFT PETITION FOR RULE TO SHOW CAUSE. | 1.90 | 418.00 |
| 08/13/12 | CATHERINE BURKE | PREPARE INFORMATION RE HEARING ON MOTION FOR RULE TO SHOW CAUSE. | 0.20 | 30.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................   **3.80**
**TOTAL LEGAL FEES** ...........................................................................$   **822.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0247
INVOICE NO.  1476082
PAGE NO.  3

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| EDWARD W. SOMERS | ASSOCIATE | 3.60 | 220.00 | 792.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.20 | 150.00 | 30.00 |
| **TOTAL** | | **3.80** | | **822.00** |



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0256
INVOICE NO.  1476085
PAGE NO.  2

### RE:  CONWAY VS. FNMA AND GMAC MORTGAGE

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/03/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ███████ | 0.20 | 43.00 |
| 08/03/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████ | 0.20 | 68.00 |
| 08/06/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ██████ | 0.20 | 43.00 |
| 08/17/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ████████ | 0.20 | 43.00 |
| 08/27/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ████████ | 0.20 | 43.00 |
| 08/28/12 | AARON L. VORCE | CORRESPONDENCE WITH FANNIE MAE RE ██████ | 0.20 | 43.00 |
| 08/31/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ██████ | 0.20 | 43.00 |
| 08/31/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH CLIENT RE ████████ | 0.20 | 43.00 |
| 08/31/12 | AARON L. VORCE | EXAMINE CORRESPONDENCE FROM OPPOSING COUNSEL RE LOAN MODIFICATION TERMS. | 0.20 | 43.00 |
| 08/31/12 | AARON L. VORCE | CORRESPONDENCE WITH OPPOSING COUNSEL RE SETTLEMENT. | 0.20 | 43.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................    **2.00**
**TOTAL LEGAL FEES** ..........................................................................$    **455.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1476085
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|------:|-----:|-------:|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| AARON L. VORCE | SENIOR ATTORNEY | 1.80 | 215.00 | 387.00 |
| **TOTAL** | | **2.00** | | **455.00** |

# DyKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0259
INVOICE NO.  1476086
PAGE NO.  2

**RE: MICHELLE DINGESS JOHNSON V. FNMA**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/17/12 | MATTHEW MITCHELL | ANALYZE DOCKET RE ANY ACTION ON DISPOSITIVE MOTION. | 0.10 | 25.00 |
| 08/24/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ ████████ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**....................................................... **0.20**
**TOTAL LEGAL FEES** ...............................................................$ **50.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0259
INVOICE NO.  1476086
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 0.20 | 250.00 | 50.00 |
| **TOTAL** | | **0.20** | | **50.00** |

# DYKEMA

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0263
INVOICE NO.  1476087
PAGE NO.  2

## RE:  US BANK V. ELLIS

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/01/12 | EDWARD W. SOMERS | RESEARCH REGARDING ███████ | 1.70 | 374.00 |
| 08/02/12 | EDWARD W. SOMERS | RESEARCH REGARDING ███████ | 1.50 | 330.00 |
| 08/02/12 | EDWARD W. SOMERS | COMMUNICATE WITH OPPOSING COUNSEL REGARDING FAILURE TO SERVE RESPONSE TO MOTION TO DISMISS AND AGREED MOTION FOR EXTENSION OF TIME. | 0.40 | 88.00 |
| 08/02/12 | EDWARD W. SOMERS | INVESTIGATE LOAN FILE REGARDING CHAIN OF ASSIGNMENT OF MORTGAGE ISSUE. | 1.20 | 264.00 |
| 08/06/12 | EDWARD W. SOMERS | RESEARCH REGARDING ███████ (1.2); DRAFT PETITION FOR RULE TO SHOW CAUSE (1.3). | 2.50 | 550.00 |
| 08/07/12 | CATHERINE BURKE | PREPARE INFORMATION RE HEARING ON U.S. BANK MOTION FOR EXTENSION OF TIME. | 0.20 | 30.00 |
| 08/09/12 | CATHERINE BURKE | PREPARE INFORMATION RE REVISE DUE DATE FOR REPLY IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 0.20 | 30.00 |
| 08/10/12 | EDWARD W. SOMERS | DRAFT REPLY IN SUPPORT OF MOTION TO DISMISS. | 1.70 | 374.00 |
| 08/13/12 | EDWARD W. SOMERS | DRAFT REPLY IN SUPPORT OF MOTION TO DISMISS (4.2); RESEARCH REGARDING ███████ (0.7); RESEARCH REGARDING ███████ (0.6); REVIEW AND REVISE REPLY IN SUPPORT OF MOTION TO DISMISS (2.1); RESEARCH REGARDING ███████ (0.8). | 8.40 | 1,848.00 |
| 08/14/12 | EDWARD W. SOMERS | DRAFT AND REVISE MOTION TO DISMISS. | 1.20 | 264.00 |
| 08/15/12 | EDWARD W. SOMERS | RESEARCH REGARDING ███████ (1.2); DRAFT AND REVISE REPLY IN SUPPORT OF MOTION TO DISMISS (4.2). | 5.40 | 1,188.00 |
| 08/16/12 | EDWARD W. SOMERS | ATTEND HEARING ON MOTION TO DISMISS (1.2); REVIEW MOTION TO DISMISS TO INCORPORATE CLIENT COMMENTS (0.3). | 1.50 | 330.00 |

# DYKEMA

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0263
INVOICE NO.  1476087
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/17/12 | EDWARD W. SOMERS | REVIEW AND REVISE MOTION TO STRIKE AND DISMISS. | 1.20 | 264.00 |
| 08/20/12 | EDWARD W. SOMERS | FINALIZE REPLY IN SUPPORT OF MOTION TO STRIKE AND DISMISS. | 2.10 | 462.00 |
| 08/20/12 | IRINA V. FRYE | PROOFREAD AND CITE CHECK REPLY IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS AND MAKE EDITS. | 2.60 | 538.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................    **31.80**
**TOTAL LEGAL FEES** ...................................................................$    **6,934.20**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0263
INVOICE NO.  1476087
PAGE NO.  4

---

**DISBURSEMENTS**

08/20/12    COURIER FOR COURT FILING SERVICES                26.00

TOTAL DISBURSEMENTS ...................................$        26.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0263
INVOICE NO.  1476087
PAGE NO.  5

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| EDWARD W. SOMERS | ASSOCIATE | 28.80 | 220.00 | 6,336.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.40 | 150.00 | 60.00 |
| IRINA V. FRYE | LGL SPECIALIST | 2.60 | 207.00 | 538.20 |
| **TOTAL** | | **31.80** | | **6,934.20** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.  1476089
PAGE NO.  2

## RE: DEUTSCHE BANK V CONNOLLY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/01/12 | THOMAS M. SCHEHR | DRAFT AFFIDAVIT IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.40 | 136.00 |
| 08/01/12 | THOMAS M. SCHEHR | DRAFT RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 5.50 | 1,870.00 |
| 08/03/12 | THOMAS M. SCHEHR | PREPARE AFFIDAVIT REGARDING RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.40 | 136.00 |
| 08/03/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████████ | 0.30 | 102.00 |
| 08/03/12 | THOMAS M. SCHEHR | DRAFT RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 1.70 | 578.00 |
| 08/06/12 | NASSEEM S. RAMIN | REVISE RESPONSE TO BORROWERS' DISPOSITIVE MOTION. | 1.70 | 408.00 |
| 08/06/12 | NASSEEM S. RAMIN | RESEARCH RE MS. SHELTON'S NOTARY COMMISSION. | 0.30 | 72.00 |
| 08/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH MS. JONES RE MS. SHELTON'S NOTARY COMMISSION. | 0.40 | 96.00 |
| 08/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 08/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 | 24.00 |
| 08/06/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. JONES RE ████████████ | 0.30 | 102.00 |
| 08/06/12 | THOMAS M. SCHEHR | PREPARE RESPONSE TO MOTION FOR SUMMARY DISPOSITION FILED BY BORROWERS. | 1.10 | 374.00 |
| 08/07/12 | NASSEEM S. RAMIN | REVISE RESPONSE TO BORROWERS' DISPOSITIVE MOTION. | 1.50 | 360.00 |
| 08/07/12 | NASSEEM S. RAMIN | ANALYSIS OF DOCUMENT PROVIDED BY MS. JONES RE ███████████ | 0.20 | 48.00 |
| 08/07/12 | NASSEEM S. RAMIN | DRAFT AFFIDAVIT OF NIKOLE SHELTON. | 0.40 | 96.00 |
| 08/07/12 | NASSEEM S. RAMIN | COMMUNICATE WITH MS. JONES RE ██ ███████████ | 0.80 | 192.00 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0264
INVOICE NO.  1476089
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/12 | NASSEEM S. RAMIN | COMMUNICATE WITH MS. JONES RE ▮▮▮▮▮ | 0.10 | 24.00 |
| 08/07/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. JONES RE ▮▮▮▮▮ | 0.30 | 102.00 |
| 08/08/12 | NASSEEM S. RAMIN | ANALYSIS OF EXHIBITS TO RESPONSE TO BORROWERS' DISPOSITIVE MOTION. | 0.60 | 144.00 |
| 08/08/12 | NASSEEM S. RAMIN | COMMUNICATE WITH MS. JONES RE ▮▮▮ | 0.40 | 96.00 |
| 08/08/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. JONES RE | 0.20 | 68.00 |
| 08/08/12 | THOMAS M. SCHEHR | REVISE BRIEF IN RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 0.70 | 238.00 |
| 08/08/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. PRIORE RE ▮▮▮ | 0.20 | 68.00 |
| 08/09/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' RESPONSE TO DISPOSITIVE MOTION. | 0.40 | 96.00 |
| 08/09/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/09/12 | THOMAS M. SCHEHR | REVIEW DEFENDANTS' RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 08/14/12 | THOMAS M. SCHEHR | PREPARE FOR HEARING ON CROSS-MOTIONS FOR SUMMARY DISPOSITION. | 2.50 | 850.00 |
| 08/15/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. PRIORE AND MS. BUEN RE ▮▮▮ | 0.20 | 68.00 |
| 08/15/12 | THOMAS M. SCHEHR | ATTEND HEARING ON CROSS-MOTIONS FOR SUMMARY DISPOSITION. | 5.30 | 1,802.00 |
| 08/15/12 | THOMAS M. SCHEHR | PREPARE FOR HEARING ON CROSS-MOTIONS FOR SUMMARY DISPOSITION. | 1.10 | 374.00 |
| 08/16/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮ | 0.20 | 68.00 |
| 08/17/12 | THOMAS M. SCHEHR | DRAFT PROPOSED ORDER REGARDING MOTIONS AND EVICTION. | 0.40 | 136.00 |
| 08/21/12 | NASSEEM S. RAMIN | REVISE PROPOSED ORDER OF DISMISSAL. | 0.10 | 24.00 |
| 08/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.  1476089
PAGE NO.  4

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/22/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE ORDER OF DISMISSAL. | 0.20 | 48.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **28.50**
**TOTAL LEGAL FEES** ...................................................................................$    **8,940.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0264
INVOICE NO.   1476089
PAGE NO.  5

| | DISBURSEMENTS | |
|---|---|---|
| 07/09/12 | DEPOSITION TRANSCRIPT - GERALD HANSON AND ASSOCIATES, INC. DEPOSITION FEE FOR TRACY AND WILLIAM CONNOLY'S DEPOSITIONS | 225.50 |
| 08/03/12 | DEPOSITION TRANSCRIPT - KRISTI COX BALANCE DUE FOR HEARING TRANSCRIPT OF JUNE 30,2012 | 9.00 |
| 08/22/12 | FEDEX: COURT CLERK : LIVINGSTON COUNTY CIRCUIT | 9.69 |
| 07/18/12 | RELIABLE DELIVERY - DELIVERY - LIVINGSTON COUNTY COURT | 180.20 |
| 08/10/12 | TABS | 10.12 |
| 08/10/12 | SPIRAL BINDER | 5.31 |

### TOTAL DISBURSEMENTS ...................................$    439.82

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0264
INVOICE NO.  1476089
PAGE NO.  6

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| THOMAS M. SCHEHR | MEMBER | 21.00 | 340.00 | 7,140.00 |
| NASSEEM S. RAMIN | ASSOCIATE | 7.50 | 240.00 | 1,800.00 |
| **TOTAL** | | **28.50** | | **8,940.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0266
INVOICE NO.  1476091
PAGE NO.  2

**RE:  MASON, TERESA V. GMAC MORTGAGE, LLC**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/03/12 | THOMAS H. TRAPNELL | DISCUSS STRATEGY ███████ WITH CHRISTINE BUEN. | 0.30 | 66.00 |
| 08/03/12 | THOMAS H. TRAPNELL | PLAN PLAINTIFF'S DEPOSITION. | 0.80 | 176.00 |
| 08/08/12 | THOMAS H. TRAPNELL | DRAFT FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF. | 1.60 | 352.00 |
| 08/08/12 | THOMAS M. SCHEHR | REVISE DISCOVERY REQUESTS TO MS. MASON. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................  **2.90**
**TOTAL LEGAL FEES** .................................................................................$  **662.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0266
INVOICE NO.  1476091
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.20 | 340.00 | 68.00 |
| THOMAS H. TRAPNELL | ASSOCIATE | 2.70 | 220.00 | 594.00 |
| **TOTAL** | | **2.90** | | **662.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0267
INVOICE NO.  1476092
PAGE NO.  2

**RE:  BANK OF NEW YORK VS. COREY MESSNER**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/06/12 | STEPHEN C. BORGSDORF | PREPARE RESPONSE TO MESSNER'S SUPPLEMENTAL BRIEF. | 2.40 | 528.00 |
| 08/06/12 | THOMAS M. SCHEHR | REVIEW SUPPLEMENTAL BRIEF FILED BY MR. MESSNER. | 0.20 | 68.00 |
| 08/13/12 | STEPHEN C. BORGSDORF | PREPARE AND FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF. | 0.50 | 110.00 |
| 08/13/12 | THOMAS M. SCHEHR | REVISE RESPONSE TO SUPPLEMENTAL BRIEF FILED BY MR. MESSNER. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................  3.30
**TOTAL LEGAL FEES** ...............................................................................$    774.00

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0267
INVOICE NO.  1476092
PAGE NO.  3

| DISBURSEMENTS | |
|---|---|
| 08/20/12 | MISCELLANEOUS EXPENSES - THERESA'S TRANSCRIPTION SERVICE-8/16/12 DEPOSIT FOR TRANSCRIPT OF THREE (3) HEARINGS IN JACKSON COUNTY CIRCUIT COURT CASE NO. 12-000669-AV-38 | 300.00 |
| 07/17/12 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - STEPHEN C. BORGSDORF ROUNDTRIP TO JACKSON COUNTY CIRCUIT COURT FOR HEARING | 44.96 |

**TOTAL DISBURSEMENTS** ...................................$    **344.96**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0267
INVOICE NO.  1476092
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| THOMAS M. SCHEHR | MEMBER | 0.40 | 340.00 | 136.00 |
| STEPHEN C. BORGSDORF | SENIOR ATTORNEY | 2.90 | 220.00 | 638.00 |
| **TOTAL** | | **3.30** | | **774.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0268
INVOICE NO.  1476093
PAGE NO.  2

**RE: SWEENEY, BRIAN AND CHRISTINE**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/06/12 | AARON L. VORCE | REVIEW CO-DEFENDANTS' MOTIONS. | 0.20 | 43.00 |
| 08/06/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ███ ██████████████ | 0.20 | 43.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................    0.40
**TOTAL LEGAL FEES** ............................................................$    86.00

# DyKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0268
INVOICE NO.  1476093
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| AARON L. VORCE | SENIOR ATTORNEY | 0.40 | 215.00 | 86.00 |
| **TOTAL** | | **0.40** | | **86.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0269
INVOICE NO.  1476095
PAGE NO.  2

## RE: RODRIGUEZ, JUANA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/24/12 | MATTHEW MITCHELL | DRAFT AMENDED NOTICE OF BANKRUPTCY. | 0.30 | 75.00 |
| 08/24/12 | MATTHEW MITCHELL | FILE ANALYSIS RE IDENTIFYING PERMITTED CLAIMS FOR BANKRUPTCY NOTICE. | 0.30 | 75.00 |
| 08/24/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ██████ | 0.30 | 75.00 |

TOTAL ATTORNEY & PARALEGAL TIME.......................................................................    0.90
TOTAL LEGAL FEES .................................................................................$    225.00

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0269
INVOICE NO.  1476095
PAGE NO.  3

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|------------|-------|-------|------|--------|
| MATTHEW MITCHELL | ASSOCIATE | 0.90 | 250.00 | 225.00 |
| **TOTAL** | | **0.90** | | **225.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0271
INVOICE NO.  1476097
PAGE NO.  2

**RE:  ADAMS, ROBERT V GMAC, ET AL - CASE NO: 12-125911**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/07/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮▮ | 0.10 | 25.00 |
| 08/08/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮▮ | 0.10 | 25.00 |
| 08/22/12 | MATTHEW MITCHELL | ANALYZE COMPLAINT AND BANKRUPTCY PLEADINGS RE DETERMINING PERMITTED CLAIMS. | 0.20 | 50.00 |
| 08/22/12 | MATTHEW MITCHELL | REVISE AMENDED NOTICE OF BANKRUPTCY. | 0.10 | 25.00 |
| 08/22/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **0.60**
**TOTAL LEGAL FEES** ............................................................................................$ **150.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0271
INVOICE NO.  1476097
PAGE NO.  3

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MATTHEW MITCHELL | ASSOCIATE | 0.60 | 250.00 | 150.00 |
| **TOTAL** | | **0.60** | | **150.00** |

# DyKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0274
INVOICE NO.  1476098
PAGE NO.  2

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 07/20/12 | FILING FEES & RELATED CHARGES - NOTICE OF REMOVAL | 350.00 |

**TOTAL DISBURSEMENTS ..................................$    350.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DykEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0276
INVOICE NO.  1476099
PAGE NO.  2

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 08/07/12 | FILING FEES & RELATED CHARGES - WAYNE COUNTY CIRCUIT COURT REMOVAL FEE TO REMOVE FROM 36TH DISTRICT COURT TO WAYNE COUNTY DISTRICT COURT | 150.00 |

**TOTAL DISBURSEMENTS** ...................................$   **150.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0277
INVOICE NO.  1476100
PAGE NO.  2

## RE:  RIGOBERTO P. ROSALES (728494)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/14/12 | ARJ | DRAFTING MOTION TO DISMISS. | 0.60 |
| 08/21/12 | CB | PREPARE INFORMATION RESPONSE TO MOTION TO LIFT STAY AND EXTEND TIME DUE. | 0.20 |
| 08/27/12 | CB | PREPARE INFORMATION RE REPLY TO RESPONSE TO MOTION TO LIFT STAY AND EXTEND TIME. | 0.20 |
| 08/27/12 | CMO | EMAIL CORRESPONDENCE WITH MS. JONKER RE ████████████ | 0.20 |
| 08/30/12 | ARJ | E-MAILS TO AND FROM MR. DICICCO REGARDING ██████████ ███████████ ANALYZE STATUS OF MOTION TO LIFT STAY AND MOTION TO DISMISS. | 0.50 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................  **1.70**
**TOTAL LEGAL FEES** .............................................................................$  **424.00**

# DYKEMA

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0277
INVOICE NO.  1476100
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------|-------|------|--------|
| ARJ | AMY R. JONKER | 1.10 | 290.00 | 319.00 |
| CMO | COURTNEY M. OFOSU | 0.20 | 225.00 | 45.00 |
| CB | CATHERINE BURKE | 0.40 | 150.00 | 60.00 |
| | **TOTAL** | **1.70** | | **424.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0279
INVOICE NO.  1476101
PAGE NO.  2

**RE:  BYRD, BILLY AND MICHELLE**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/22/12 | MMI | ANALYSIS OF NEED TO FILE AMENDED BANKRUPTCY NOTICE. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................... 0.10
**TOTAL LEGAL FEES** ...........................................................................$ 25.00

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0279
INVOICE NO.  1476101
PAGE NO.  3

| | **DISBURSEMENTS** | |
|---|---|---|
| 06/27/12 | LEVEL 3 PROCESSING OF SUPPLEMENTAL PRODUCTION DOCUMENTS - VOLUME: REVIEW001 | 25.72 |

TOTAL DISBURSEMENTS ...................................$    25.72

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0279
INVOICE NO.  1476101
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| MMI | MATTHEW MITCHELL | 0.10 | 250.00 | 25.00 |
| | **TOTAL** | **0.10** | | **25.00** |

# DYKEMA

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1476102
PAGE NO.  2

## RE: FLOOD, PATRICK AND JACQUELYN

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/06/12 | MMI | CORRESPONDENCE TO MR. PARKER RE ▮▮▮▮▮▮ | 0.10 |
| 08/09/12 | MMI | CORRESPONDENCE TO MR. PARKER RE ▮▮▮▮▮▮ | 0.10 |
| 08/17/12 | MMI | TELEPHONE TO MR. PARKER RE ▮▮▮▮▮▮ | 0.10 |
| 08/22/12 | AMKA | RESEARCH ONLINE WITH MACOMB RECORDER REGARDING PROPERTY. | 0.50 |
| 08/22/12 | MMI | REVIEW STIPULATION REOPENING CASE PRIOR TO FILING. | 0.10 |
| 08/22/12 | MMI | ANALYSIS RE PERMITTED CLAIMS REQUIRING FIRST RESPONSIVE PLEADING. | 0.20 |
| 08/23/12 | AMKA | ONLINE RESEARCH WITH MACOMB COUNTY REGARDING PROPERTY. | 0.40 |
| 08/23/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ▮▮▮▮▮▮ | 0.30 |
| 08/23/12 | MMI | FILE ANALYSIS RE RECEIPT AND PROCESSING OF FORECLOSURE RELATED DOCUMENTS AND FACT PACKAGE. | 0.40 |
| 08/23/12 | MMI | ANALYZE LOAN AND FORECLOSURE DOCUMENTS RE FORMULATING STRATEGY FOR DISPOSITIVE BRIEF. | 1.90 |
| 08/23/12 | MMI | COMMUNICATIONS WITH FORECLOSURE COUNSEL RE LOCATING ADDITIONAL FORECLOSURE DOCUMENTS. | 0.20 |
| 08/23/12 | MMI | RESEARCH CASE LAW IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 0.70 |
| 08/23/12 | MMI | ANALYSIS OF STRATEGY CONCERNING ▮▮▮▮▮▮ | 0.40 |
| 08/23/12 | MMI | DRAFT MOTION FOR SUMMARY DISPOSITION. | 3.70 |
| 08/24/12 | MMI | ANALYSIS RE PROCESSING OF FACT PACKAGE. | 0.10 |
| 08/27/12 | EKKI | CREATION OF DOCUMENT PRODUCTION TRACKING DATABASE IN SUMMATION.  LOAD INITIAL PRODUCTION OF DOCUMENTS AND VERIFY ACCURACY OF DATABASE. | 0.80 |
| 08/27/12 | MMI | ANALYZE EXHIBITS TO MOTION TO DISMISS FOR ANY REQUIRED REDACTIONS. | 0.20 |
| 08/27/12 | MMI | REVISE MOTION FOR SUMMARY DISPOSITION. | 1.30 |
| 08/27/12 | MMI | CORRESPONDENCE TO MR. PARKER RE ▮▮▮▮▮▮ | 0.30 |
| 08/30/12 | MMI | CORRESPONDENCE TO MR. PARKER RE ▮▮▮▮▮▮ | 0.10 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1476102
PAGE NO.  3

TOTAL ATTORNEY & PARALEGAL TIME.......................................................    **11.90**
TOTAL LEGAL FEES .........................................................................$    **2,858.50**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1476102
PAGE NO.  4

| | DISBURSEMENTS | |
|---|---|---|
| 07/19/12 | FILING FEE FOR APPEARANCE. | 8.00 |
| 08/01/12 | FILING FEES & RELATED CHARGES - AMENDED NOTICE OF BANKRUPTCY AND SUGGESTION OF STAY | 8.00 |

**TOTAL DISBURSEMENTS ...................................$    16.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0280
INVOICE NO.  1476102
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| MMI | MATTHEW MITCHELL | 10.20 | 250.00 | 2,550.00 |
| AMKA | ANNA M. KAMPS | 0.90 | 165.00 | 148.50 |
| EKKI | ELLEN K. KAIN | 0.80 | 200.00 | 160.00 |
| **TOTAL** | | **11.90** | | **2,858.50** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0281
INVOICE NO.  1476103
PAGE NO.  2

**RE:  ROACH, STEPHEN J. VS. GMAC MORTGAGE, LLC**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/17/12 | NSRA | PREPARE FOR PRE TRIAL STATUS CONFERENCE. | 0.40 |
| 08/20/12 | NSRA | ATTEND STATUS CONFERENCE. | 3.80 |
| 08/21/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 08/23/12 | NSRA | COMMUNICATE WITH CLIENT RE███████████ | 0.10 |
| 08/24/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE PLAINTIFF'S WRITTEN DISCOVERY. | 0.10 |
| 08/27/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.20 |
| 08/28/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████████ ███████████ | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████████ | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE FINANCIAL PACKAGE. | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████████ | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE PLAINTIFF'S DISCOVERY REQUESTS. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................    **5.20**
**TOTAL LEGAL FEES** ..........................................................................$    **1,248.00**

# DyKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0281
INVOICE NO.  1476103
PAGE NO.  3

---

**DISBURSEMENTS**

08/09/12    SPIRAL BINDER                                                    1.77

**TOTAL DISBURSEMENTS** ...................................$    **1.77**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0281
INVOICE NO.  1476103
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|------|--------|----------|
| NSRA | NASSEEM S. RAMIN | 5.20 | 240.00 | 1,248.00 |
| | **TOTAL** | **5.20** | | **1,248.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0282
INVOICE NO.  1476104
PAGE NO.  2

**RE:  FNMA VS. AJROUCHE, TAHA**

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 08/14/12 | AJK | REVIEW AND ANALYZE BRIEF ON APPEAL. | 0.70 |
| 08/20/12 | AJK | DRAFT RESPONSE BRIEF ON APPEAL. | 6.40 |
| 08/29/12 | AJK | REVISE RESPONSE BRIEF ON APPEAL. | 2.20 |
| 08/30/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ▓▓▓▓▓▓ | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................   9.50
**TOTAL LEGAL FEES** ..............................................................................$   **2,067.50**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0282
INVOICE NO.  1476104
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.20 | 340.00 | 68.00 |
| AJK | ANDREW J. KOLOZSVARY | 9.30 | 215.00 | 1,999.50 |
| | **TOTAL** | **9.50** | | **2,067.50** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0284
INVOICE NO.  1476105
PAGE NO.  2

**RE:  SYLVESTER, VERONICA**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/17/12 | MMI | ANALYZE DOCKET RE ANY ACTION ON DISPOSITIVE MOTION. | 0.20 |
| 08/22/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████ | 0.10 |
| 08/24/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████ | 0.10 |
| 08/24/12 | MMI | ANALYSIS RE DISPOSITIVE REPLY BRIEF DEADLINE. | 0.10 |
| 08/27/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████████ | 0.60 |
| 08/27/12 | MMI | COMMUNICATIONS WITH MS. NELSON RE EVICTION ISSUES. | 0.20 |
| 08/28/12 | MMI | ANALYSIS OF STRATEGY CONCERNING ISSUES IN EVICTION CASE. | 0.30 |
| 08/28/12 | TMS | CONFER WITH MS. BUEN RE ███████ | 0.20 |
| 08/31/12 | MMI | ANALYSIS OF EVICTION COURT DISPOSITIVE BRIEFING DEADLINES. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **1.90**
**TOTAL LEGAL FEES** ...........................................................$ **493.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0284
INVOICE NO.  1476105
PAGE NO.  3

---

### DISBURSEMENTS

| | | |
|---|---|---|
| 08/08/12 | LEVEL 3 PROCESSING OF SUPPLEMENTAL PRODUCTION DOCUMENTS - VOLUME: REVIEW001 | 14.20 |

**TOTAL DISBURSEMENTS ................................$     14.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0284
INVOICE NO.  1476105
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.20 | 340.00 | 68.00 |
| MMI | MATTHEW MITCHELL | 1.70 | 250.00 | 425.00 |
| | **TOTAL** | **1.90** | | **493.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0285
INVOICE NO.  1476106
PAGE NO.  2

### RE:  GLEASON, ERIN

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/01/12 | TMS | ANALYZE STRATEGY RE ███████████████ | 0.20 |
| 08/02/12 | SCBO | CONFER WITH OPPOSING COUNSEL AND OBTAIN STIPULATION TO DISMISS CASE WITHOUT PREJUDICE. | 0.30 |
| 08/02/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████████ | 0.20 |
| 08/03/12 | SCBO | PREPARE AND FILE STIPULATION TO DISMISS WITHOUT PREJUDICE. | 0.30 |

TOTAL ATTORNEY & PARALEGAL TIME........................................................ 1.00
TOTAL LEGAL FEES .................................................................$ 268.00

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0285
INVOICE NO.  1476106
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|---------------------------|-------|--------|--------|
| TMS | THOMAS M. SCHEHR | 0.40 | 340.00 | 136.00 |
| SCBO | STEPHEN C. BORGSDORF | 0.60 | 220.00 | 132.00 |
| | **TOTAL** | **1.00** | | **268.00** |



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0288
INVOICE NO.  1476107
PAGE NO.  2

## RE:  WALLACE, LINDA V. GMAC, ET AL

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/14/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 |
| 08/23/12 | NSRA | DRAFT AMENDED BANKRUPTCY NOTICE. | 0.30 |
| 08/23/12 | NSRA | COMMUNICATE WITH CLIENT ▮▮▮▮▮ | 0.20 |
| 08/23/12 | NSRA | ANALYSIS OF PLAINTIFF'S RESPONSE TO MOTION TO DISMISS. | 0.40 |
| 08/23/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 |
| 08/23/12 | NSRA | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 2.10 |
| 08/24/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 |
| 08/24/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 |
| 08/26/12 | TMS | REVISE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 0.40 |
| 08/27/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 |
| 08/28/12 | NSRA | DRAFT CONCURRENCE TO MOTION TO DISMISS. | 0.50 |
| 08/28/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................   **4.50**
**TOTAL LEGAL FEES** ..........................................................$   **1,120.00**



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0288
INVOICE NO.  1476107
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---:|
| 07/06/12 | FILING FEE FOR NOTICE OF BANKRUPTCY RE LINDA WALLACE. | 8.24 |
| 07/06/12 | FILING FEE FOR NOTICE OF REMOVAL TO FEDERAL COURT RE LINDA WALLACE. | 8.24 |
| 07/10/12 | FILING FEE FOR REMOVAL TO FEDERAL COURT RE LINDA WALLACE. | 350.00 |
| | DOCUMENT DELIVERY | 7.00 |

**TOTAL DISBURSEMENTS ...................................$    373.48**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0288
INVOICE NO.  1476107
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.40 | 340.00 | 136.00 |
| NSRA | NASSEEM S. RAMIN | 4.10 | 240.00 | 984.00 |
| | **TOTAL** | **4.50** | | **1,120.00** |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0290
INVOICE NO.  1476108
PAGE NO.  2

## RE:  FNMA VS. EDNA M. JACOBS

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/08/12 | NSRA | DRAFT AFFIDAVIT RE LOAN MODIFICATION REVIEWS. | 0.50 |
| 08/08/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |
| 08/10/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE BORROWER'S RESPONSE TO DISPOSITIVE MOTION. | 0.10 |
| 08/10/12 | NSRA | ANALYSIS OF BORROWER'S MOTION TO COMPEL DISCOVERY RESPONSES. | 0.30 |
| 08/10/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████ | 0.10 |
| 08/10/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSE TO DISPOSITIVE MOTION. | 0.40 |
| 08/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |
| 08/13/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSE TO DISPOSITIVE MOTION. | 0.40 |
| 08/13/12 | NSRA | PREPARE FOR HEARING ON DISPOSITIVE MOTION. | 0.70 |
| 08/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |
| 08/13/12 | TMS | REVIEW RESPONSE BRIEF FILED BY BORROWER. | 0.20 |
| 08/14/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████ | 0.10 |
| 08/14/12 | NSRA | ATTEND HEARING ON DISPOSITIVE MOTION. | 3.40 |
| 08/14/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 08/16/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE HEARING ON DISPOSITIVE MOTION. | 0.10 |
| 08/17/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE STIPULATED ORDER REMOVING COUNTERCLAIMS. | 0.10 |
| 08/17/12 | NSRA | DRAFT STIPULATED ORDER REMOVING COUNTERCLAIMS. | 0.50 |
| 08/21/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE ORDER REMOVING COUNTERCLAIMS. | 0.10 |
| 08/22/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE ORDER TO TRANSFER. | 0.10 |
| 08/23/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE ORDER TO TRANSFER. | 0.10 |
| 08/23/12 | NSRA | ANALYSIS OF BORROWER'S REVISIONS TO ORDER TO TRANSFER. | 0.10 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0290
INVOICE NO.  1476108
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/24/12 | NSRA | COMMUNICATE WITH CLIENT RE ▆▆▆▆▆▆▆▆▆▆ | 0.10 |
| 08/24/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE STATUS OF TRANSFER TO CIRCUIT COURT. | 0.20 |
| 08/30/12 | NSRA | DRAFT NOTICE PURSUANT TO SEVEN DAY RULE FOR ORDER RE TRANSFER. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**..........................................................................    **8.20**
**TOTAL LEGAL FEES** ..........................................................................**$**    **1,988.00**

# DykEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0290
INVOICE NO.  1476108
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|--------|--------|----------|
| TMS | THOMAS M. SCHEHR | 0.20 | 340.00 | 68.00 |
| NSRA | NASSEEM S. RAMIN | 8.00 | 240.00 | 1,920.00 |
| | **TOTAL** | **8.20** | | **1,988.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0291
INVOICE NO.  1476109
PAGE NO.  2

**RE:  SIEGEL, ERIC D. VS. GMAC MORTGAGE, ET AL.**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/01/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.10 |
| 08/02/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.20 |
| 08/08/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.20 |
| 08/08/12 | MMI | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE POTENTIAL DISCOVERY EXTENSION. | 0.10 |
| 08/08/12 | MMI | ANALYSIS OF FILE RE ███████████████ STRATEGY. | 1.40 |
| 08/08/12 | MMI | DRAFT DEFENDANTS' ANSWERS TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION. | 3.40 |
| 08/09/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████████████ | 0.30 |
| 08/10/12 | MMI | ANALYZE DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSION PRIOR TO FILING TO ENSURE COMPLIANCE WITH COURT RULES. | 0.60 |
| 08/13/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.10 |
| 08/14/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.10 |
| 08/21/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████████████ | 0.30 |
| 08/21/12 | MMI | ANALYZE PLAINTIFF'S REQUEST TO STAY. | 0.20 |
| 08/22/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.10 |
| 08/24/12 | MMI | FILE ANALYSIS RE IDENTIFYING PERMITTED CLAIMS FOR BANKRUPTCY NOTICE. | 0.20 |
| 08/24/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.10 |
| 08/24/12 | MMI | DRAFT AMENDED BANKRUPTCY NOTICE. | 0.30 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................  **7.70**
**TOTAL LEGAL FEES** .................................................................................$  **1,925.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0291
INVOICE NO.  1476109
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| MMI | MATTHEW MITCHELL | 7.70 | 250.00 | 1,925.00 |
| | **TOTAL** | **7.70** | | **1,925.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0293
INVOICE NO.  1476110
PAGE NO.  2

## RE:  MORALES, GABRIEL AND SELENIA

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/17/12 | TMS | EXAMINE COMPLAINT. | 0.20 |
| 08/08/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/08/12 | NSRA | ANALYSIS OF COMPLAINT. | 0.30 |
| 08/10/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/10/12 | NSRA | DRAFT DISPOSITIVE MOTION. | 4.40 |
| 08/10/12 | TMS | STRATEGY RE MOTION FOR SUMMARY DISPOSITION. | 0.40 |
| 08/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/13/12 | NSRA | ANALYSIS OF EXHIBITS TO DISPOSITIVE MOTION. | 0.20 |
| 08/14/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **5.90**
**TOTAL LEGAL FEES** .............................................................$ **1,476.00**

# DykEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0293
INVOICE NO.  1476110
PAGE NO.  3

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.60 | 340.00 | 204.00 |
| NSRA | NASSEEM S. RAMIN | 5.30 | 240.00 | 1,272.00 |
| | **TOTAL** | **5.90** | | **1,476.00** |



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0294
INVOICE NO.  1476111
PAGE NO.  2

## RE:  DAVIS, JEFFREY M.

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/08/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ██████████████ ████████████ | 0.10 |
| 08/08/12 | MMI | ANALYSIS RE RECEIPT AND PROCESSING OF FORECLOSURE FILE. | 0.20 |
| 08/08/12 | MMI | REVISE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT. | 0.10 |
| 08/08/12 | MMI | TELEPHONE WITH MR. COLBERT RE SERVICE OF COMPLAINT. | 0.20 |
| 08/09/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████ | 0.10 |
| 08/09/12 | MMI | CORRESPONDENCE TO FORECLOSURE COUNSEL RE FILE ISSUES. | 0.10 |
| 08/09/12 | MMI | REVISE BANKRUPTCY NOTICE. | 0.10 |
| 08/14/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████ ███████ | 0.10 |
| 08/17/12 | MMI | TELEPHONE WITH MS. BUEN RE ████████████ | 0.30 |
| 08/22/12 | MMI | PREPARE REVISED BANKRUPTCY NOTICE FOR FILING. | 0.10 |
| 08/22/12 | MMI | ANALYZE COMPLAINT AND BANKRUPTCY PLEADINGS RE DETERMINING PERMITTED CLAIMS. | 0.20 |
| 08/24/12 | MMI | TELEPHONE WITH MS. BUEN RE ████████████ | 0.10 |
| 08/29/12 | MMI | CORRESPONDENCE TO MR. PARKER RE ADDITIONAL MATERIALS FROM FORECLOSURE FILE. | 0.20 |
| 08/29/12 | MMI | DRAFT DEFENDANTS' MOTION TO DISMISS. | 3.90 |
| 08/29/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ████████ | 0.50 |
| 08/29/12 | MMI | ANALYZE FILE RE FORMULATING STRATEGY FOR DISPOSITIVE BRIEF. | 1.90 |
| 08/29/12 | MMI | ANALYSIS OF STATUTE AND CASE LAW CONCERNING ARGUMENT ██████ ██████████████████ | 0.40 |
| 08/29/12 | MMI | ANALYSIS RE CHAIN OF TITLE ISSUES. | 0.30 |
| 08/30/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████ ███████ | 0.10 |
| 08/30/12 | MMI | CORRESPONDENCE TO MR. COLBERT RE SEEKING CONCURRENCE IN MOTION TO DISMISS. | 0.10 |
| 08/31/12 | MMI | ANALYZE EXHIBITS TO SUMMARY DISPOSITION BRIEF TO ENSURE ACCURACY AND CONFIRM ANY REQUIRED REDACTIONS. | 0.40 |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0294
INVOICE NO.  1476111
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/31/12 | MMI | CONDUCT FINAL REVIEW OF SUMMARY DISPOSITION MOTION PRIOR TO FILING. | 0.40 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................ **9.90**
**TOTAL LEGAL FEES** ...........................................................................................$ **2,475.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0294
INVOICE NO.  1476111
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------|-------|------|--------|
| MMI | MATTHEW MITCHELL | 9.90 | 250.00 | 2,475.00 |
| | **TOTAL** | **9.90** | | **2,475.00** |



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0295
INVOICE NO.  1476112
PAGE NO.  2

## RE: KENDALL, JAMES AND LISA

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 07/24/12 | ALV | EXAMINE PLEADINGS. | 0.30 |
| 07/24/12 | ALV | RESEARCH RE BANKRUPTCY NOTICE. | 0.30 |
| 07/24/12 | ALV | EXAMINE PLEADINGS. | 0.30 |
| 07/24/12 | ALV | TELEPHONE CALL TO OPPOSING COUNSEL RE SERVICE OF PROCESS. | 0.20 |
| 07/24/12 | TMS | CONFER WITH MS. BUEN RE ██████████ | 0.40 |
| 07/25/12 | ALV | CORRESPONDENCE WITH OPPOSING COUNSEL RE SERVICE OF PROCESS. | 0.20 |
| 07/25/12 | ALV | CORRESPONDENCE WITH CLIENT RE ███████████████████ ████████████ | 0.20 |
| 07/25/12 | ALV | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE COMPLAINT. | 0.20 |
| 07/25/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE FACTUAL BACKGROUND. | 0.20 |
| 07/26/12 | ALV | CORRESPONDENCE WITH CLIENT RE ████████████████ | 0.20 |
| 08/01/12 | ALV | REVIEW CLIENT DOCUMENTS RE FACTUAL BACKGROUND. | 0.80 |
| 08/01/12 | ALV | RESEARCH RE MOTION TO DISMISS. | 3.70 |
| 08/10/12 | ALV | CORREPSONDENCE WITH CLIENT RE ██████████████ | 0.20 |
| 08/10/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE SUBSTITUTION OF COUNSEL. | 0.20 |
| 08/10/12 | ALV | DRAFT SUBSTITUTION OF COUNSEL. | 0.20 |
| 08/12/12 | ALV | DRAFT BANKRUPTCY NOTICE. | 0.20 |
| 08/12/12 | ALV | REVIEW CLIENT DOCUMENTS RE ██████████ | 0.60 |
| 08/12/12 | ALV | DRAFT BRIEF IN SUPPORT OF MOTION TO DISMISS. | 5.50 |
| 08/13/12 | ALV | TELEPHONE CONFERENCES WITH EVICTION COUNSEL RE DISTRICT COURT ACTION. | 0.40 |
| 08/13/12 | ALV | CORRESPONDENCE WITH CLIENT RE ██████████████ | 0.20 |
| 08/13/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE SUBSTITUTION OF COUNSEL. | 0.20 |
| 08/13/12 | ALV | TELEPHONE CONFERENCES WITH OPPOSING COUNSEL RE MOTION TO LIFT STAY. | 0.40 |
| 08/13/12 | ALV | TELEPHONE CONFERENCE WITH CLIENT RE ███████████████ | 0.20 |
| 08/13/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE MOTION TO LIFT STAY. | 0.20 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0295
INVOICE NO.  1476112
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/13/12 | ALV | CORRESPONDENCE WITH CLIENT RE ▮▮▮▮▮ | 0.20 |
| 08/13/12 | TMS | REVISE MOTION FOR SUMMARY DISPOSITION. | 0.40 |
| 08/15/12 | ALV | RESEARCH RE ▮▮▮▮▮ | 0.80 |
| 08/15/12 | ALV | CORRESPONDENEC WITH CLIENT RE ▮▮▮▮▮ | 0.20 |
| 08/17/12 | ALV | TELEPHONE CONFERENCE WITH CLIENT RE ▮▮▮▮▮ | 0.30 |
| 08/22/12 | ALV | CORRESPONDENCE WITH CLIENT RE ▮▮▮▮▮ | 0.20 |
| 08/24/12 | ALV | EXAMINE NOTICE TO APPEAR FOR STATUS CONFERENCE. | 0.20 |
| 08/31/12 | ALV | CORRESPONDENCE WITH CLIENT RE ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................... **18.00**
**TOTAL LEGAL FEES** ...........................................................................$ **3,970.00**



**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.    086797-0295
INVOICE NO.  1476112
PAGE NO.  4

| | DISBURSEMENTS | |
|---|---|---|
| 08/13/12 | FILING FEES & RELATED CHARGES - MUSKEGON COUNTY CIRCUIT COURT MOTION FEE - MOTION FOR SUMMARY DISPOSITION | 20.00 |
| 08/20/12 | FEDEX: CLERK OF THE COURT : MUSKEGON COUNTY CIR | 12.06 |

TOTAL DISBURSEMENTS ...................................$    32.06

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0295
INVOICE NO.  1476112
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| TMS | THOMAS M. SCHEHR | 0.80 | 340.00 | 272.00 |
| ALV | AARON L. VORCE | 17.20 | 215.00 | 3,698.00 |
| | **TOTAL** | **18.00** | | **3,970.00** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0296
INVOICE NO.  1476113
PAGE NO.  2

**RE:  LITTLE, HILARY ANN**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/18/12 | NSRA | ANALYSIS OF COMPLAINT. | 0.30 |
| 06/18/12 | TMS | EXAMINE COMPLAINT. | 0.30 |
| 06/19/12 | TMS | PREPARE MOTION TO DISMISS. | 0.20 |
| 06/28/12 | NSRA | COMMUNICATE WITH FORECLOSURE COUNSEL RE QUIT CLAIM DEED. | 0.30 |
| 06/28/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE EVICTION COMPLAINT. | 0.20 |
| 06/28/12 | NSRA | DRAFT MOTION TO DISMISS. | 2.80 |
| 06/28/12 | NSRA | RESEARCH RE ███████████████ | 0.40 |
| 07/02/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 07/02/12 | NSRA | REVISE DISPOSITIVE MOTION. | 0.60 |
| 07/02/12 | NSRA | COMMUNICATE WITH FORECLOSURE COUNSEL RE ASSIGNMENT OF MORTGAGE. | 0.10 |
| 07/02/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE ASSIGNMENT OF MORTGAGE. | 0.10 |
| 07/02/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 07/02/12 | NSRA | ANALYSIS OF EXHIBITS TO DISPOSITIVE MOTION. | 0.40 |
| 07/02/12 | TMS | PREPARE MOTION FOR SUMMARY DISPOSITION. | 0.60 |
| 07/23/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 08/21/12 | NSRA | ANALYSIS OF PLAINTIFF'S RESPONSE TO DISPOSITIVE MOTION. | 0.20 |
| 08/21/12 | NSRA | COMMUNICATE WITH CLIENT RE ████████████████ | 0.10 |
| 08/21/12 | NSRA | PREPARE FOR HEARING ON DISPOSITIVE MOTION. | 1.10 |
| 08/22/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 08/22/12 | NSRA | ATTEND HEARING ON DISPOSITIVE MOTION. | 3.40 |
| 08/23/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |
| 08/30/12 | NSRA | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**...................................................    **11.70**
**TOTAL LEGAL FEES** ........................................................**$**    **2,918.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0296
INVOICE NO.  1476113
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|----------|
| TMS | THOMAS M. SCHEHR | 1.10 | 340.00 | 374.00 |
| NSRA | NASSEEM S. RAMIN | 10.60 | 240.00 | 2,544.00 |
| | **TOTAL** | **11.70** | | **2,918.00** |

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1476145
PAGE NO.  2

**RE:  GMAC MORTGAGE V. COLEMAN**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/12 | MARGARET J. RHIEW | DRAFT BANK AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES. | 0.60 | 129.00 |
| 08/02/12 | MICHAEL A. GILMAN | STRATEGIZE AS TO ████████ ████████████ (1.5); TELEPHONE CONFERENCE WITH SHEILA GREGORY RE ████ (.1) | 1.60 | 568.00 |
| 08/02/12 | MARGARET J. RHIEW | EMAIL COMMUNICATIONS WITH S. GREGORY RE ██████████████ | 0.20 | 43.00 |
| 08/02/12 | MARGARET J. RHIEW | CONDUCT LEGAL RESEARCH RE ████████████ | 1.00 | 215.00 |
| 08/02/12 | MARGARET J. RHIEW | PHONE CALL FROM S. GREGORY ██████████ | 0.20 | 43.00 |
| 08/02/12 | MARGARET J. RHIEW | TELECONFERENCE WITH S. GREGORY AND M. GILMAN ███████████ | 0.10 | 21.50 |
| 08/02/12 | MARGARET J. RHIEW | TELECONFERENCE WITH CODILIS RE JUDGE DELORT AND ATTACKS ON THEIR AFFIDAVITS. | 0.50 | 107.50 |
| 08/02/12 | MARGARET J. RHIEW | LEGAL RESEARCH, COMMUNICATIONS AND CONFER WITH COLLEAGUES TO DEVELOP STRATEGY RE ████████████ | 1.70 | 365.50 |
| 08/02/12 | MARGARET J. RHIEW | REVISE REPLY TO MOTION TO STRIKE AND DISMISS. | 1.20 | 258.00 |
| 08/02/12 | MARGARET J. RHIEW | REVISE ████████████████ TELECONFERENCE WITH S. GREGORY. | 1.50 | 322.50 |
| 08/03/12 | CATHERINE BURKE | PREPARE AND SEND ████████ REQUESTED BY MS. GREGORY. | 0.40 | 60.00 |
| 08/05/12 | MARGARET J. RHIEW | RESEARCH LAW ████████████ DRAFT REPLY TO SUMMARY JUDGMENT ON 3RD, 4TH AFFIRMATIVE DEFENSES. | 5.90 | 1,268.50 |
| 08/06/12 | MARGARET J. RHIEW | REVISE REPLY TO MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 1.40 | 301.00 |
| 08/06/12 | MARGARET J. RHIEW | PHONE CALL TO S. GREGORY RE █████████ ██████ | 0.20 | 43.00 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0249
INVOICE NO.  1476145
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/12 | MARGARET J. RHIEW | CORRESPONDENCE TO S. GREGORY RE ▮▮▮ | 0.20 | 43.00 |
| 08/07/12 | MARGARET J. RHIEW | PHONE CALL FROM S. GREGORY RE ▮▮▮ | 0.30 | 64.50 |
| 08/07/12 | MARGARET J. RHIEW | PHONE CALL FROM K. PRIORE AND S. GREGORY RE ▮▮▮ | 0.50 | 107.50 |
| 08/13/12 | MICHAEL A. GILMAN | TELEPHONE CONFERENCE WITH JUDGE'S LAW CLERK RE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 0.10 | 35.50 |
| 08/15/12 | MICHAEL A. GILMAN | APPEARANCE IN COURT TO ARGUE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 1.70 | 603.50 |
| 08/15/12 | MARGARET J. RHIEW | CORRESPONDENCE TO CODILIS (FORECLOSURE COUNSEL) RE STATUS. | 0.10 | 21.50 |
| 08/15/12 | MARGARET J. RHIEW | APPEAR FOR HEARING ON MOTION TO STRIKE AND MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES. | 2.00 | 430.00 |
| 08/15/12 | MARGARET J. RHIEW | CORRESPONDENCE TO S. GREGORY RE ▮▮▮ | 0.50 | 107.50 |
| 08/15/12 | MARGARET J. RHIEW | CORRESPONDENCE TO S. GREGORY RE ▮▮▮ | 0.10 | 21.50 |
| 08/15/12 | MARGARET J. RHIEW | PREPARE FOR HEARING ON MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 1.00 | 215.00 |
| 08/15/12 | RICHARD E. GOTTLIEB | INTERNAL DISCUSSIONS RE ▮▮▮ | 0.30 | 135.00 |
| 08/30/12 | MARGARET J. RHIEW | TELECONFERENCE WITH J. JAMISON RE BANKRUPTCY. | 0.40 | 86.00 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................   23.70
TOTAL LEGAL FEES .................................................................................$   5,616.00

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1476145
PAGE NO.  4

---

### DISBURSEMENTS

08/08/12    COURIER FOR COURT FILING SERVICES                           26.00

**TOTAL DISBURSEMENTS** ...................................$    **26.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0249
INVOICE NO.  1476145
PAGE NO.  5

### BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RICHARD E. GOTTLIEB | MEMBER | 0.30 | 450.00 | 135.00 |
| MICHAEL A. GILMAN | SENIOR ATTORNEY | 3.40 | 355.00 | 1,207.00 |
| CATHERINE BURKE | LGL SPECIALIST | 0.40 | 150.00 | 60.00 |
| MARGARET J. RHIEW | ASSOCIATE | 19.60 | 215.00 | 4,214.00 |
| **TOTAL** | | **23.70** | | **5,616.00** |



ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0250
INVOICE NO.  1476146
PAGE NO.  2

## RE:  CHARLES KERR

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 08/06/12 | BRETT J. NATARELLI | DRAFT MOTION TO STRIKE REPLED AFFIRMATIVE DEFENSES. | 6.20 | 1,240.00 |
| 08/06/12 | IRINA V. FRYE | REVIEW AND RESPOND TO MR. NATARELLI'S EMAIL REGARDING MOTION TO STRIKE AMENDED AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 0.10 | 20.70 |
| 08/07/12 | IRINA V. FRYE | PROOFREAD AND CITE CHECK PLAINTIFF'S 735 ILCS 5/2-619.1 MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DISMISS COUNTERCLAIMS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND MAKE EDITS (3.2); COORDINATE REFORMATTING OF BRIEF (0.4); TELEPHONE CONFERENCE WITH COURT CLERK REGARDING LOCAL RULES (0.1). | 3.70 | 765.90 |
| 08/07/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DISMISS COUNTERCLAIM. | 3.10 | 1,395.00 |
| 08/08/12 | BRETT J. NATARELLI | REVISE MOTION TO STRIKE PER COMMENTS FROM MR. GOTTLIEB. | 2.10 | 420.00 |
| 08/16/12 | BRETT J. NATARELLI | EMAIL TO MS. GREGORY RE ███████████ | 0.20 | 40.00 |
| 08/17/12 | BRETT J. NATARELLI | COORDINATE FILING OF SECOND MOTION TO STRIKE. | 0.50 | 100.00 |
| 08/21/12 | BRETT J. NATARELLI | CORRESPOND WITH OPPOSING COUNSEL RE AGREED ORDER AND LOSS MITIGATION. | 0.20 | 40.00 |
| 08/28/12 | BRETT J. NATARELLI | LETTER TO OPPOSING COUNSEL RE BRIEFING SCHEDULE ON SECOND MOTION TO STRIKE. | 0.40 | 80.00 |
| 08/31/12 | BRETT J. NATARELLI | EMAIL TO MS. GREGORY RE ███████████ | 0.40 | 80.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**............................................................ **16.90**
**TOTAL LEGAL FEES** ..............................................................................$  **4,181.60**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0250
INVOICE NO.  1476146
PAGE NO.  3

| | DISBURSEMENTS | |
|---|---|---|
| 08/22/12 | COURIERS/DELIVERY SERVICES - US MESSENGER & LOGISTICS, INC. LOGIK LEGAL LLC | 30.60 |
| 08/17/12 | FEDEX: CLERK OF THE CIRCUIT COURT : WILL COUNTY | 12.03 |
| 08/21/12 | FEDEX: CLERK OF THE CIRCUIT COURT : WILL COUNTY | 12.03 |

**TOTAL DISBURSEMENTS** ...................................$    **54.66**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0250
INVOICE NO.  1476146
PAGE NO.  4

## BILLING SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| RICHARD E. GOTTLIEB | MEMBER | 3.10 | 450.00 | 1,395.00 |
| BRETT J. NATARELLI | ASSOCIATE | 10.00 | 200.00 | 2,000.00 |
| IRINA V. FRYE | LGL SPECIALIST | 3.80 | 207.00 | 786.60 |
| **TOTAL** | | **16.90** | | **4,181.60** |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0292
INVOICE NO.  1476223
PAGE NO.  2

**RE:  HOOVER, RUTH FOR ESTATE OF THOMAS BRONCO**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/23/12 | MMI | ANALYSIS RE PRELIMINARY DEADLINES IN CASE. | 0.10 |
| 05/24/12 | MMI | CORRESPONDENCE TO MS. BUEN ███████████████ ██████ | 0.10 |
| 05/25/12 | MMI | TELEPHONE WITH MS. BUEN RE ████████████████ | 0.40 |
| 05/25/12 | MMI | FILE ANALYSIS RE DETERMINING NATURE OF PLAINTIFF'S CLAIM AND ADDITIONAL UNDERLYING FACTS. | 0.60 |
| 05/25/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ████████ | 0.30 |
| 05/31/12 | MMI | TELEPHONE WITH THIRD-PARTY PLAINTIFF'S COUNSEL RE HISTORY OF CASE. | 0.20 |
| 05/31/12 | MMI | TELEPHONE WITH MS. BUEN RE ████████████████ | 0.20 |
| 06/06/12 | MMI | CORRESPONDENCE TO HOOVER'S COUNSEL RE DRAFT STIPULATED ORDER EXTENDING GMAC MORTGAGE LLC'S TIME TO PLEAD. | 0.10 |
| 06/06/12 | MMI | ANALYSIS OF STRATEGY CONCERNING ████████████ ██████ | 0.40 |
| 06/06/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ██████████████ | 0.30 |
| 06/06/12 | MMI | DRAFT STIPULATED ORDER EXTENDING GMAC MORTGAGE LLC'S TIME TO PLEAD. | 0.10 |
| 06/06/12 | TMS | ANALYZE STRATEGY RE ████████ | 0.20 |
| 06/07/12 | MMI | CORRESPONDENCE TO MS. HOOVER'S COUNSEL RE FOLLOW-UP ON HIS CONSENT TO SUBMIT DRAFT STIPULATED ORDER EXTENDING TIME FOR GMACM TO PLEAD. | .0.10 |
| 06/22/12 | MMI | CORRESPONDENCE TO THIRD-PARTY PLAINTIFF'S COUNSEL RE OBTAINING LETTER CONFIRMING WAIVER OF INTEREST FROM CITIZENS BANK. | 0.10 |
| 06/25/12 | MMI | ANALYSIS RE PROCESSING OF LOAN FILE FOR REVIEW. | 0.20 |
| 06/27/12 | MMI | DRAFT TITLE DEMAND. | 0.70 |
| 06/27/12 | MMI | CORRESPONDENCE TO HOOVER'S COUNSEL RE ADDITIONAL FOLLOW-UP ON CITIZENS BANK ISSUE. | 0.10 |
| 06/27/12 | MMI | DRAFT GMACM'S ANSWER TO THIRD-PARTY COMPLAINT AND AFFIRMATIVE DEFENSES. | 1.00 |
| 06/27/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ████████████ ██████ | 0.30 |

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0292
INVOICE NO.  1476223
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/27/12 | MMI | ANALYZE FILE RE FORMULATING ███████ STRATEGY. | 1.80 |
| 06/27/12 | MMI | TELEPHONE TO MR. JARVIS RE HIS CLIENTS' POSITION WITH RESPECT TO CHECK PROCEEDS. | 0.20 |
| 06/28/12 | MMI | TELEPHONE TO MR. MANNINO RE ADDITIONAL EXTENSION TO RESPOND TO COMPLAINT. | 0.10 |
| 06/28/12 | MMI | RESEARCH CASE LAW CONCERNING ███████ | 0.80 |
| 06/28/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████ | 0.30 |
| 06/28/12 | TMS | EDIT ANSWER TO COMPLAINT. | 0.20 |
| 06/29/12 | MMI | MAKE FINAL REVISIONS TO VARIOUS FILINGS, INCLUDING ANSWER, COUNTERCLAIM, AND TITLE DEMAND. | 1.10 |
| 07/02/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |
| 07/12/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████ | 0.20 |
| 07/12/12 | MMI | CORRESPONDENCE TO STEWART RE EXCHANGE OF FILES. | 0.10 |
| 07/17/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |
| 07/19/12 | MMI | PREPARE LOAN FILE FOR TRANSMISSION TO TITLE COUNSEL. | 0.10 |
| 07/19/12 | MMI | ANALYSIS CONCERNING WRITTEN DISCOVERY STRATEGY. | 0.30 |
| 07/23/12 | MMI | FILE ANALYSIS RE COMPLETENESS OF DOCUMENTS RECEIVED FROM TITLE COMPANY. | 0.50 |
| 07/23/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |
| 07/23/12 | MMI | CORRESPONDENCE TO STEWART RE POLICY ISSUES. | 0.20 |
| 07/24/12 | MMI | REVIEW CD OF DOCUMENTS TO STEWART FOR COMPLETION. | 0.30 |
| 07/24/12 | MMI | REVISE CORRESPONDENCE TO MS. PETERS RE TITLE CLAIM. | 0.10 |
| 07/30/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 |
| 08/08/12 | MMI | CORRESPONDENCE TO STEWART RE OBTAINING UPDATE ON TITLE CLAIM. | 0.10 |
| 08/15/12 | MMI | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE HIS CLIENT'S ANSWER TO COUNTERCLAIM. | 0.10 |
| 08/17/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.20 |
| 08/20/12 | MMI | COMMUNICATIONS WITH MS. PETERS RE TITLE CLAIM. | 0.40 |

# DYKEMA

**ALLY BANK**
**SEPTEMBER 27, 2012**

CLIENT-MATTER NO.   086797-0292
INVOICE NO.  1476223
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 08/20/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████████ ███████████ | 0.10 |
| 08/20/12 | MMI | CORRESPONDENCE TO MS. HOOVER'S COUNSEL RE EXHIBITS TO THIRD PARTY COMPLAINT. | 0.10 |
| 08/21/12 | MAGI | REVIEW FACTS TO ASSESS CLAIM AGAINST TITLE INSURANCE COMPANY AND/OR BORROWERS UNDER THE NOTE TO OBTAIN INSURANCE PROCEEDS. | 0.50 |
| 08/21/12 | MMI | CORRESPONDENCE TO STEWART RE MS. PETERS' REQUEST FOR ADDITIONAL PLEADINGS. | 0.10 |
| 08/21/12 | MMI | TELEPHONE WITH MS. BUEN RE ███████████ | 0.20 |
| 08/21/12 | MMI | ANALYSIS OF STRATEGY CONCERNING ██████████████████████ ███████████ | 0.60 |
| 08/22/12 | MMI | ANALYZE NOVAKS' ANSWER TO CROSS-CLAIM. | 0.20 |
| 08/22/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████████████ | 0.10 |
| 08/24/12 | MMI | TELEPHONE WITH MS. BUEN RE ████████████ | 0.20 |
| 08/27/12 | MMI | ANALYSIS OF DEADLINE TO AMEND COUNTERCLAIM. | 0.10 |
| 08/30/12 | MMI | ANALYSIS RE ████████████████ | 0.30 |
| 08/31/12 | MMI | ANALYZE NOTICE OF PRETRIAL STATUS CONFERENCE. | 0.10 |
| 08/31/12 | MMI | REVISE GMACM'S COUNTER/CROSS CLAIM TO ADD UNJUST ENRICHMENT ALLEGATIONS AND COUNT. | 0.30 |
| 08/31/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████████████████ | 0.40 |
| 08/31/12 | MMI | ANALYZE COMPULSORY JOINDER RULES RE NEED TO ADD CLAIM ON NOTE. | 0.30 |
| 08/31/12 | TMS | PREPARE AMENDED COUNTERCLAIM. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................   **16.80**
**TOTAL LEGAL FEES** ...............................................................$   **4,333.50**

| DISBURSEMENTS | |
|---------------|--|
| SCANNING EXPENSES | 0.00 |
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ....................................$   **0.00**

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0292
INVOICE NO.  1476223
PAGE NO.  5

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.    086797-0292
INVOICE NO.  1476223
PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|--------------------|-------|--------|----------|
| TMS | THOMAS M. SCHEHR | 0.90 | 340.00 | 306.00 |
| MAGI | MICHAEL A. GILMAN | 0.50 | 355.00 | 177.50 |
| MMI | MATTHEW MITCHELL | 15.40 | 250.00 | 3,850.00 |
| | **TOTAL** | **16.80** | | **4,333.50** |