# Exhibit A

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------- X<br>:<br>IN RE:                                                            :<br>      RESIDENTIAL CAPITAL LLC, et al.   :<br>:<br>                               Debtors.     :<br>:<br>------------------------------------------------------- X | Motion Hearing Date:<br>January 29, 2013 10 am<br><br>Case No: 12-12020 (MG)<br><br>Chapter 11<br><br>(Jointly Administered) |

## ORDER

MED&G Group, LP, having moved this Court for an Order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to permit it to proceed to trial in *Inoue v. GMAC Mortgage Corp.*, Civil Case No.: SCV 248256, presently pending in the California Superior Court, County of Sonoma;

UPON reading and filing the Notice of Motion dated November 21, 2012, the Affirmation of Jeffrey Saltiel and the affidavit of Brian Burke and the papers annexed thereto in support of the motion and no papers served in opposition to the Motion and this matter having regularly come to be heard on the 29th day of January, 2013, and after haring JEFFREY L. SALTIEL, ESQ., in support of said Motion, and no one in opposition thereto, it is

ORDERED that pursuant to 11 U.S.C. § 362, the automatic stay is vacated as to Movant, MED&G Group, LP, to the extent stated below, and it is further

ORDERED that MED&G Group, LP is permitted to proceed to trial in the action entitled *Inoue v. GMAC Mortgage Corp.*, California Superior Court, County of Sonoma, Civil Case No.: SCV 248256.

Dated: New York, NY

_____
U.S.B.J.