# Exhibit B

In re Residential Capital, LLC, et al.
Case No. 12-12020

| Debtor Name | Case No. |
| --- | --- |
| ditech, LLC | 12-12021 |
| DOA Holding Properties, LLC | 12-12022 |
| DOA Properties IX (Lots-Other), LLC | 12-12023 |
| EPRE LLC | 12-12024 |
| Equity Investment I, LLC | 12-12025 |
| ETS of Virginia, Inc. | 12-12026 |
| ETS of Washington, Inc. | 12-12027 |
| Executive Trustee Services, LLC | 12-12028 |
| GMAC Model Home Finance I, LLC | 12-12030 |
| GMAC Mortgage USA Corporation | 12-12031 |
| GMAC Mortgage, LLC | 12-12032 |
| GMAC Residential Holding Company, LLC | 12-12033 |
| GMAC RH Settlement Services, LLC | 12-12034 |
| GMACM Borrower LLC | 12-12035 |
| GMACM REO LLC | 12-12036 |
| GMACR Mortgage Products, LLC | 12-12037 |
| GMAC-RFC Holding Company, LLC | 12-12029 |
| HFN REO Sub II, LLC | 12-12038 |
| Home Connects Lending Services, LLC | 12-12039 |
| Homecomings Financial Real Estate Holdings, LLC | 12-12040 |
| Homecomings Financial, LLC | 12-12042 |
| Ladue Associates, Inc. | 12-12043 |
| Passive Asset Transactions, LLC | 12-12044 |
| PATI A, LLC | 12-12045 |
| PATI B, LLC | 12-12046 |
| PATI Real Estate Holdings, LLC | 12-12047 |
| RAHI A, LLC | 12-12048 |
| RAHI B, LLC | 12-12049 |
| RAHI Real Estate Holdings, LLC | 12-12050 |
| RCSFJV2004, LLC | 12-12051 |
| Residential Accredit Loans, Inc. | 12-12052 |
| Residential Asset Mortgage Products, Inc. | 12-12053 |
| Residential Asset Securities Corporation | 12-12054 |
| Residential Capital, LLC | 12-12020 |
| Residential Consumer Services of Ohio, LLC | 12-12056 |
| Residential Consumer Services of Texas, LLC | 12-12057 |
| Residential Consumer Services, LLC | 12-12058 |
| Residential Funding Company, LLC | 12-12019 |
| Residential Funding Mortgage Exchange, LLC | 12-12059 |
| Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| Residential Funding Mortgage Securities II, Inc. | 12-12061 |
| Residential Funding Real Estate Holdings, LLC | 12-12062 |
| Residential Mortgage Real Estate Holdings, LLC | 12-12063 |
| Residential Services of Alabama, LLC | 12-12055 |
| RFC Asset Holdings II, LLC | 12-12065 |
| RFC Asset Management, LLC | 12-12066 |
| RFC Borrower LLC | 12-12069 |
| RFC Construction Funding, LLC | 12-12069 |
| RFC REO LLC | 12-12070 |
| RFC SFJV-2002, LLC | 12-12071 |
| RFC-GSAP Servicer Advance, LLC | 12-12064 |

1212020120514000000000064