# Exhibit F

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-248260-C
Loan No. 0654401924


2010069754

SPL EXPRESS INC
08/20/2010 08:45 NTTS
RECORDING FEE: $16.00
PAID

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON
2    PGS



SPACE ABOVE THIS LINE FOR RECORDER'S Use

## NOTICE OF TRUSTEE'S SALE 33-80138339

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/19/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

**TRUSTOR:HITOSHI INOUE**
Recorded 5/7/2003 as Instrument No. 2003092480 in Book , page of
Official Records in the office of the Recorder of **Sonoma** County, California,
Date of Sale:9/13/2010 at 10:00 AM
Place of Sale:    **In the Plaza at Fremont Park located at 860 Fifth Street, Santa Rosa, CA 95401**

Property Address is purported to be:    **3735 COFFEY LANE
SANTA ROSA, CA 95403**

APN #: 058-032-016

The total amount secured by said instrument as of the time of initial publication of this notice is $244,172.00, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;
[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 or 2923.55.

Plaintiffs Exhibits
Page 70 of 109

Inoue vs. GMAC SCV 248256
Exhibit I
Page 2 of 3

T.S. No. GM-248260-C
Loan No. 065/4401924

Date: 8/19/2010

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

_____
Omar Solorzano/ TRUSTEE SALE OFFICER

Plaintiffs Exhibits
Page 71 of 109

Inoue vs. GMAC SCV 248256
Exhibit I
Page 3 of 3