# Exhibit G

RECORDING REQUESTED BY:

**2010080367**

AND WHEN RECORDED TO:
MED&G Group, LP
PO Box 5844
Santa Rosa, CA 95402

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
08/21/2010 10:43 TDEED
RECORDING FEE: $18.00      3 PGS
COUNTY TAX:    $268.95
CITY TAX:      $490.00
PAID

Forward Tax Statements to
the address given above

**CONFORMED COPY**



SPACE ABOVE LINE FOR RECORDER'S USE

TS # GM-248260-C
LOAN # 0654401924          INVESTOR #: 0000000000000
TITLE ORDER # 33-80138339

## TRUSTEE'S DEED UPON SALE

APN 058-032-016          TRANSFER TAX: $ 268.95 County   $490.00 City
The Grantee Herein Was Not The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $244,144.83
The Amount Paid By The Grantee Was $244,144.84
Said Property Is In The City Of SANTA ROSA, County of Sonoma

**Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

**MED&G Group, LP**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Sonoma, State of
California, described as follows:

See exhibit "A" attached hereto and made a part hereof

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **HITOSHI INOUE**
as Trustor, dated 4/19/2003 of the Official Records in the office of the Recorder of **Sonoma**, California under the authority
and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having
occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded
on 5/7/2003 , Instrument number 2003092480 (or Book , Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust Including sending a Notice of Default and Election to Sell within ten days
after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to
each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]



## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# GM-248260-C
Loan # 0654401924
Title Order # 33-80138339

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 9/13/2010. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $244,144.84, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC.**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 9/18/2010

LLC

Executive Trustee Services, LLC dba ETS Services,

By: *Kathleen Gowen*
Kathleen Gowen, Limited Signing Officer

State of California    } S.S.
County of Los Angeles }

On 9/18/2010 before me, Sally Beltran, Notary Public, personally appeared Kathleen Gowen who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Sally Beltran*    (Seal)
Sally Beltran

SALLY BELTRAN
Commission # 1777005
Notary Public - California
Los Angeles County
My Comm. Expires Oct 30, 2011

[Page 2 of 2]

GM-2482360                              EXHIBIT "A"

Commencing at the Northeast corner of C. A. Lawson as recorded in Book 1129 of Official Records, Page 283, Sonoma County Records and in the center of Coffey Lane; thence along said center South 1 degree 03' 40" East, 393.22 feet to the true point of beginning; thence from said true point of beginning South 89 degrees 32' 20" West, 20.00 feet to a ½" iron pipe; thence continuing South 89 degrees 32' 20" West, 203.99 feet to a ½" iron pipe; thence South 1 degree 03' 40" East, 117.00 feet to a 1" X 2" hub; thence continuing South 1 degree 03' 40" East, 10.00 feet; thence North 89 degrees 32' 20" East, 203.99 feet to a point from which point a ½" iron pipe bears North 1 degree 03' 40" West 10.00 feet thence continuing North 89 degrees 32' 20" East, 20.00 feet to the center of Coffey Lane, thence along said center North 1 degree 03' 40" West, 127.00 feet to the point of beginning.

Saving and excepting therefrom that portion described in the Deed to the City of Santa Rosa, a municipal corporation recorded September 27, 1989 under Document No. 89092235, Sonoma County Records.

APN: 058-032-016-000