# EXHIBIT F

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 57 of 109

Inoue vs. GMAC SCV 248256
Exhibit F
Page 1 of 4

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

07/19/10

HITOSHI INOUE

3735 COFFEY LN

SANTA ROSA      CA 95403

RE:    Account Number    0654401924
       Property Address    3735 COFFEY LANE

                           SANTA ROSA        CA 95403

Dear    HITOSHI INOUE

In the process of reviewing your request for assistance, we found the documentation you submitted to support your financial hardship is incomplete. In order to allow us to continue to evaluate your request, please provide the documents required below no later than 08/03/10. If we do not receive the required documents by the date indicated, we will consider that you have withdrawn your request for assistance (or if you are in a trial period plan, we will terminate the trial period plan), and we may then resume other means to collect any amount due on the account.

Please note also that we recognize that you may have previously attempted to submit some or all of this required information; however, the documentation we received was either inaccurate, incomplete, unsigned, or is now aged. We appreciate your patience and cooperation in submitting this required documentation.

[]      Completed and signed financial and hardship affidavit statement. You may obtain a copy of this form on our website or by contacting a representative at our phone number listed below.

[]      Copies of most recent pay stub(s) for .

[]      Secondary income was disclosed on your financial form. Additional information is required from . We require the same documented proof of income for all secondary sources as you would have provided for the primary.

[]      Other Earned Income: Bonus, commission, fee, housing allowance, tips and/or overtime requires a written statement from the source of the other earned income, verifying the income including the likelihood of continuation.

Plaintiffs Exhibits
Page 58 of 109

Inoue vs. GMAC SCV 248256
Exhibit F
Page 2 of 4

07/19/10
Account Number: 0654401924
Page 2

[X]     **Self Employed:** A Profit & Loss statement for a minimum of the last three months documenting business income and expenses.

[]      **Benefit Income:** Social Security, disability, death benefits, pension or severance income requires a copy of benefits statement or letter from the provider stating the amount and frequency of the benefit, AND copies of two most-recent bank statements or other documentation Note: showing receipt of the benefit income. Bank statements cannot be more than 90 days old.

[]      **Alimony or Child Support:** Copy of divorce decree, separation agreement or other legal written agreement filed with the court showing the amount of the award and time period over which it will be received AND copies of the two most-recent bank statements or Note: other documentation showing receipt of the benefit. Note: bank statements cannot be more than 90 days old.

[]      **Rental Income from Investment Property:** Copy of the most-recent federal tax return, including Schedule E-Supplemental Income and Loss, AND a copy of the rental or lease agreement.

[]      **Unemployment or Public Assistance:** Copy of benefits statement or letter from the provider that states the amount, frequency, and duration of the benefit income AND copies of the two most-recent bank statements or other documentation showing receipt of the benefit. Note: Bank statements cannot be more than 90 days old.

[]      **Additional Income Source:** If you have additional income of a type not specified above, a signed letter is required from the person(s) who contributes the income showing the amount and frequency of the income. This would include the situation where a room in the primary residence is rented to another person.

[]      Signed and dated copy of the IRS Form 4506T-EZ (Request for Transcript of Tax Return) with all applicable fields completed for each borrower. Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both joint filers. Note: This form is required even if you have not filed or are not required to file tax returns.

[]      Copy of a utility, phone or cable bill is required for validating current occupancy.

[]      Copies of recorded documents showing a Title Transfer has taken place. This includes copy of a Quit Claim Deed, Inter Spousal Deed Transfer or Death Certificate, as applicable.

[]

07/19/10
Account Number: 0654401924
Page 3


To be considered for the Making Home Affordable program all required documentation must be received no later than 7 business days prior to any scheduled foreclosure sale date. We will not refer your account to foreclosure or conduct the foreclosure sale, if already referred, while your account is being reviewed for the Making Home Affordable program and the review will not begin until all required documentation is received. Please return the missing items to the address as listed below or fax to 1-866-709-4744.


If you have any questions or need to discuss these requirements please contact us at 888-714-4622. Hours of operation are Monday through Thursday 7:00 AM - 11:00 PM CT, Friday 7:00 AM - 6:00 PM CT and Saturday 8:00 AM - 12:00 PM CT. You can also call the HOPE hotline number (888-995-HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.


Loss Mitigation Department
Loan Servicing

4:60


Notice: Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

Notice Regarding Bankruptcy: If you have filed for bankruptcy and your case is still active or if you have received an order of discharge, please be advised that this is not an attempt to collect a pre-petition or discharged debt. Any action taken by us is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally.

# EXHIBIT G

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 61 of 109

Inoue vs. GMAC SCV 248256
Exhibit G
Page 1 of 4

Hitoshi Inoue: Account #: 0654401924
Prepared: 7/20/2010

# Lic engineering
## Detail Profit and Loss Statement
### Year (April 19-2010) – to-date (July 19-2010)

| Income | |
|---|---|
| LD-Driver Sales LD-XXXX/QCW    (Half Down Payment) | 8,185 |
| CO2 Laser Power Supply Sales    (Half Down Payment) | 5,600 |
| | |
| Total Income | 13,785 |
| See attached bank statement for details. | |
| | |
| Expense | |
| Components Purchase | ~1,800 |
| Utility | 130 |
| Internet | 50 |
| Website Maintenance | 0 |
| Telephone | 30 |
| Bank Service/Credit Cards Interest | 330 |
| | Paid ($4,000 for principal balance of two credit cards.) |
| Office Supply/Tools | 0 |
| Car Expenses | 230 |
| Expense for business use of my home | 840 |
| Legal/Professional Fee | 0 |
| Advertise | 0 |
| Postage/Freight | 0 |
| | |
| Total Expense | 3,410 |
| | |
| Net Profit | 10,375 |
| *1):  See attached two credit cards statements. After this month, credit card interest will become much low. | |

Plaintiffs Exhibits
Page 62 of 109

Inoue vs. GMAC SCV 248256
Exhibit G
Page 2 of 4

# Lic engineering
## Detail Profit and Loss Statement
### Year (Jan. 1-2010) - to-date (June 5-2010)

| Income | |
|---|---|
| Power Supply Design GRN-1200 | 15,000 |
| LD-Driver Sales LD-XXXX/QCW | 7,500 |
| CO2 Laser Power Supply Sales | 5,600 |
| LD-Driver Sales LD-XXXX/QCW | 8,200 |
| | |
| Total Income | 36,300 |
| | |
| Expense | |
| Components Purchase | 3,700 |
| Utility | 540 |
| Internet | 360 |
| Website Maintenance | 860 |
| Telephone | 240 |
| Bank Service/Card Interest | 1,480 |
| Office Supply/Tools | 240 |
| Car Expenses | 330 |
| Travel | |
| Regal/Professional Fee | 1,400 |
| Advertise | |
| Postage/Freight | |
| | |
| Total Expense | 9,150 |
| Net Profit | 27,150 |

Plaintiffs Exhibits
Page 63 of 109

Inoue vs. GMAC SCV 248256
Exhibit G
Page 3 of 4

Hitoshi Inoue
Act#: 0654401924

## Lic engineering
## Detail Profit and Loss Statement
### Year (May 2-2010) - to-date (July 2-2010)  Rev1.1

| Income | |
|---|---|
| LD-Driver Sales LD-XXXX/QCW   (Half Down Payment) | 8,185 |
| CO2 Laser Power Supply Sales   (Half Down Payment) | 5,600 |
| | |
| Total Income | 13,785 |
| See attached bank statement for details. | |

| Expense | |
|---|---|
| Components Purchase | ~1,500 |
| Utility | 130 |
| Internet | 60 |
| Website Maintenance | 0 |
| Telephone | 30 |
| Bank Service/Credit Cards Interest | 330 |
| | (Paid $4,000 for principal balance of two credit cards. ) |
| Office Supply/Tools | 0 |
| Car Expenses | 230 |
| Expense for business use of my home | 840 |
| Regal/Professional Fee | 0 |
| Advertise | 0 |
| Postage/Freight | 0 |
| | |
| Total Expense | 3,110 |
| | |
| Net Profit | 10,675 |

*1):  See attached two credit cards statements. After this
month, credit card interest will become much low. This is
all credit cards I have.

Plaintiffs Exhibits
Page 64 of 109

Inoue vs. GMAC SCV 248256
Exhibit G
Page 4 of 4

# EXHIBIT H

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

07/30/10

HITOSHI INOUE

3735 COFFEY LN

SANTA ROSA        CA 95403

RE:    Account Number    0654401924
       Property Address   3735 COFFEY LANE

                          SANTA ROSA        CA 95403

Dear    HITOSHI INOUE

In connection with your request for a loan modification, we regret to inform you that your request has been denied for the following reason(s):

[] The financial information provided shows you have insufficient income to support your request. We recommend you consider selling your property. If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[] The financial information provided shows that your income is sufficient to cover your existing mortgage obligation; therefore, we are unable to modify your existing obligation.

[] While you do not have sufficient income to support all of your monthly expenses, some of your expenses could be reduced. We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

[] We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions.

[] We service your loan on behalf of an investor or group of investors that has not given us authority to modify your loan under the program requested.

07/30/10
Account Number 0654401924
Page Three

**Notice Regarding Bankruptcy:** If you have filed for bankruptcy and your case is still active or if you have received an order of discharge, please be advised that this is not an attempt to collect a pre-petition or discharged debt. Any action taken by GMAC Mortgage, LLC is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally.

Disclosure of the Use of Information Obtained From an Outside Source

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Name: Equifax Information Services, LLC
Address: P.O. Box 740241, Atlanta, GA 30374-0241
Telephone number: 800-685-1111    www.equifax.com

*If you have any questions regarding this notice, you should contact:*

Creditor's name: GMAC Mortgage, LLC

Creditor's address: PO Box 780  Waterloo IA 50704-0780

Creditor's telephone number: 800-766-4622

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

5:25

Plaintiffs Exhibits
Page 67 of 109

Inoue vs. GMAC SCV 248256
Exhibit H
Page 3 of 4

07/30/10
Account Number 0654401924
Page Two

[] The payment we received does not represent the correct amount as specified in the agreement.

[] The required payment was not received by the payment due date as specified in the agreement.

[] We have not received the properly signed and executed agreement.

[] You did not meet the requirement(s) for the Home Affordable Unemployment Program.

[] We have been unable to clear/resolve outstanding title issues in order to meet recording requirements.

[X] HAMP Program denied due to insufficient income.

[]

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. Therefore, we recommend you call 1.800.CALL.FHA to find a HUD-Certified housing counseling agency to discuss your needs. You can also call the HOPE hotline number (888-995-HOPE) to seek assistance at no charge from HUD-approved housing counselors and can request assistance in understanding this borrower notice letter by asking for MHA HELP.

We will continue to work with you to explore other options that may be available for your circumstances. If you have any questions regarding the above decision, please contact our office at 888-714-4622, between the hours of 7:00 a.m. and 9:00 p.m. Monday through Thursday Central Standard time, 7:00 a.m. to 6:00 p.m. Central Standard time Friday, and 8:00 a.m. to 12:00 p.m. Central Standard time on Saturday.

Loss Mitigation Department
Loan Servicing

**Residents of North Carolina: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks, website, www.nccob.gov.**

Notice: Federal law requires that we advise you that this notice is from a debt collector attempting to collect on a debt and any information obtained will be used for that purpose.

# EXHIBIT I

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Page 1 of 2

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-248260-C
Loan No. 0654401924



**2010069754**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

SPL EXPRESS INC
08/20/2010 08:45 NTTS
RECORDING FEE: $16.00
PAID

**2** PGS



SPACE ABOVE THIS LINE FOR RECORDER'S Use

## NOTICE OF TRUSTEE'S SALE 33-80138339

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/19/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR:HITOSHI INOUE
Recorded 5/7/2003 as Instrument No. 2003092480 in Book , page  of
Official Records in the office of the Recorder of **Sonoma** County, California,
Date of Sale:9/13/2010 at 10:00 AM
Place of Sale:   **In the Plaza at Fremont Park located at 860 Fifth Street, Santa Rosa, CA 95401**

Property Address is purported to be:     **3735 COFFEY LANE**
                                          **SANTA ROSA, CA 95403**

APN #:  058-032-016

The total amount secured by said instrument as of the time of initial publication of this notice is **$244,172.00**, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;
[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 or 2923.55.

Inoue vs. GMAC SCV 248256
Exhibit I
Page 2 of 3

Page 2 of 2

T.S. No. GM-248260-C
Loan No. 0654401924

Date: 8/19/2010

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

Omar Solorzano, TRUSTEE SALE OFFICER

# EXHIBIT J

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 72 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 1 of 9

FAX COVER SHEET *(This page should be returned to us with your completed financial analysis form)*
***PLEASE INCLUDE THE ACCOUNT NUMBER ON EVERY PAGE OF YOUR RETURNED PACKAGE***

| To: Loss Mitigation<br>From: **Hitoshi Inoue**<br>Fax to: 1-866-709-4744 | Account Number(s) **0654401924**<br>or mail to: Loss Mitigation<br>233 Gibraltar Road Suite 600<br>Horsham PA 19044 |
|---|---|

All of the following information must be completed and returned to determine eligibility:

- Financial Analysis Form (Enclosed)
- A copy of the most recently filed signed federal income tax return, including all schedules and forms, for each borrower
- A signed and dated copy of IRS Form 4506T-EZ (Request for Transcript of Tax Return) with all applicable fields completed for each borrower – (Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both the joint filers.) (Enclosed)
- Documentation to verify all of the income of each borrower. Please see the chart below for the type of documentation required for each type of income.
- Documentation to verify expenses for Homeowners or Condominium Association Dues for condominiums and Co Ops. Please see the chart below.

| | | |
|---|---|---|
| For each borrower who is paid by an employer: | ⊔ | Copy of the two most- recent pay stubs from your employer *including year-to-date information*. Pay stubs or other documentation that shows year-to-date income must be submitted. Pay stubs cannot be more than 90 days old. If hired within the fiscal year of 2009, please include your employment start date. |
| Other earned income (e.g. bonus, commission, fee, housing allowance, tips, and/or overtime) | ⊓ | Copy of third party documentation describing the nature of the income (e.g. an employment contract and/or printouts documenting tip income) |
| For each borrower who is self-employed: | ⊔ | Copy of the most recent quarterly or year-to-date profit and loss statement |
| For each borrower who has benefit income such as Social Security, disability, death benefits, or pension: | ⊓<br>⊔ | Copy of benefits statement or letter from the provider that states the amount and frequency of the benefit, AND<br>Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who has income such as unemployment or public assistance: | ⊔<br>⊔ | Copy of benefits statement or letter from the provider that states the amount, frequency, and duration of the benefit. Such benefit must continue for at least 9 months to be considered qualifying income.<br>Copies of the two most-recent bank statements or other documentation showing receipt of benefit income. Bank statements cannot be over 90 days old. |
| For each borrower who is relying on alimony or child support as qualifying income: | ⊓<br>⊔ | Copy of divorce decree, separation agreement, or other legal written agreement filed with the court that shows the amount of the award and period of time over which it will be received, AND<br>Copies of the two most-recent bank statements or other documentation showing receipt of alimony or child support. Bank statements cannot be over 90 days old. |
| For each borrower who has rental income from an investment property: | ⊔<br>⊔ | Copy of the most-recent federal tax return with all schedules, including Schedule E-Supplemental Income and Loss.<br>If the subject property, on which the modification is being requested, is not your primary residence, please include the following:<br>Copy of the current lease agreement for this property |
| For each borrower who has income not specified above: | ⊔ | Signed letter from the person(s) that contributes the income showing the amount and frequency of the income. This would include situations where the borrower rents a room of his or her primary residence to another person. |

| | | |
|---|---|---|
| For borrower(s) whose property requires Homeowners or Condominium Dues: | ⊔ | A letter or billing statement from the Homeowners or Condominium Association or Co Op showing the amount and frequency of dues. |

If you want to sell this property, please also include:
- ⊔ Copy of the listing agreement
- ⊓ Copy of the sales contract, if available
- ⊔ Copy of the estimated Settlement Statement (HUD1), if available
- ⊔ Signed Third Party Authorization Form

Plaintiffs Exhibits
Page 73 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 2 of 9

## FINANCIAL ANALYSIS FORM

Account Number **0654401924**

| BORROWER | CO-BORROWER |
|---|---|

**Borrower's Name** HITOSHI INOUE

**Co-Borrower's Name**

**Social Security Number** 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    **Date of Birth** Feb. 14, 1951

**Social Security Number**    **Date of Birth**

**Home Phone Number With Area Code** (707) 526 3905

**Home Phone Number With Area Code**

**Cell or Work Number With Area Code** (707) 575 8821

**Cell or Work Number With Area Code**

**Email Address** hito@lifeengine.com

**Email Address**

**Mailing Address** 3735 Coffey Ln, Santa Rosa, CA 95403

**Property Address** (If Same As Mailing Address, Write Same) 3735 coffey Ln. Santa Rosa, CA 95403

I want to: [✓] Keep the Property  [ ] Sell the Property       The property is my: [ ] Primary Residence [ ] Second Home [ ] Investment

The property is: [✓] Owner Occupied [ ] Renter occupied [ ] Vacant   If Owner Occupied, include a recent utility bill in your name at the property address.
If Renter Occupied, include a copy of the current lease agreement.

| | |
|---|---|
| Is the property listed for sale? [ ] Yes [✓] No | Have you contacted a credit-counseling agency for help? |
| For Sale by Owner? [ ] Yes [ ] No | [ ] Yes [ ] No |
| Agent's Name: _____ | If yes, please complete counselor contact information below |
| Agent's Phone Number: _____ | Counselor's Name: _____ |
| Have you received an offer on the property? [ ] Yes [ ] No | Counselor's Phone Number _____ |
| Date of offer _____ Amount of Offer $_____ | Counselor's Email: _____ |
| Who pays the Real Estate Tax bill on your property? | Who pays the hazard insurance policy for your property? myself |
| Are the taxes current? [✓] Yes [ ] No | Is the policy current? [✓] Yes [ ] No |
| Condominium or HOA Fee [ ] Yes  $_____ [ ] No | |
| Paid to: _____ | |

Number of People in the Household: **2**

Have you filed for bankruptcy? [ ] Yes [✓] No   If yes: [ ] Chapter 7 [ ] Chapter 13   Filing Date: _____
Has your bankruptcy been discharged? [ ] Yes [ ] No   Bankruptcy Case Number _____

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.
Lien Holder's Name/Servicer          Balance          Contact Number          Loan Number

| INFORMATION FOR GOVERNMENT MONITORING PURPOSES |
|---|

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | | | CO-BORROWER | | |
|---|---|---|---|---|---|
| | [ ] | I do not wish to furnish this information | | [ ] | I do not wish to furnish this information |
| Ethnicity | [ ] | Hispanic or Latino | Ethnicity | [ ] | Hispanic or Latino |
| | [ ] | Not Hispanic or Latino | | [ ] | Not Hispanic or Latino |
| Race: | [ ] | American Indian or Alaska Native | Race: | [ ] | American Indian or Alaska Native |
| | [✓] | Asian | | [ ] | Asian |
| | [ ] | Black or African American | | [ ] | Black or African American |
| | [ ] | Native Hawaiian or Other Pacific Islander | | [ ] | Native Hawaiian or Other Pacific Islander |
| | [ ] | White | | [ ] | White |
| Sex: | [ ] | Female | Sex: | [ ] | Female |
| | [✓] | Male | | [ ] | Male |

Plaintiffs Exhibits
Page 74 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 3 of 9

**FINANCIAL ANALYSIS FORM (Continued)**    Account Number 065440 1924

## INCOME / EXPENSES FOR HOUSEHOLD

| 1. Monthly Household Income | | | 3. Household Assets | | 2. Monthly Household Expenses/Debt | |
|---|---|---|---|---|---|---|
| | Borrower 1 | Borrower 2 | Estimated Value of this property | $ 250,000 | First Mortgage Payment | $ 2,850 |
| Gross Salary/Wages | ☐ Employed<br>☐ Unemployed | ☐ Employed<br>☐ Unemployed | Estimated Value of Other Real Estate Owned | $ | Alimony Payment | $ 0 |
| | Income Frequency:<br>1 Annually<br>1 Semi-Annually<br>1 Monthly<br>Bi-weekly<br>1st & 15th & 30th<br>1 Per Job | Income Frequency:<br>1 Annually<br>1 Semi-Annually<br>1 Monthly<br>1 Bi-weekly<br>1st & 15th & 30th<br>1 Per Job | Checking Account(s) Balance | $ 19,850 | Child Support Payment | $ 0 |
| | | | Saving Account(s)/Money Market Balance | $ | Dependent Care Payment | $ 0 |
| Gross salary/wages = total monthly income before any tax withholding or employer deductions. | | | Life Insurance Cash Value | $ | Lien/Rent | $ 0 |
| | Employment Start Date: 3,200 | Employment Start Date: | IRA/Keogh Account(s) Balance | $ | Other Mortgages | $ 120 |
| | | | 401K/ESOP Account(s) Balance | $ | Personal Loans/Student Loans | $ 0 |
| Self-employed | $ 6,050 | $ | Stocks/Bonds/CDs Balance | $ | Auto Loans | $ 0 |
| Overtime | $ | $ | Other Investments | $ | Auto Expenses | $ 50 |
| Child Support Income/Alimony Income* | $ | $ | | | Auto Insurance | $ 40 |
| Social Security/SSDI | $ | $ | | | Medical Expenses | $ 50 |
| Other monthly income from pensions, annuities or retirement plans | | | | | Medical Insurance | $ 100 |
| Tips, commissions, and/or bonus income | $ | $ | | | HOA/Condo Fees | $ 0 |
| Rental income from investment property | $ | $ | | | Credit Card(s)/ Installment Loans | $ 230 |
| Rental income from room rent of primary residence | $ | $ | | | Food/Household Supplies | $ 600 |
| Unemployment income | | | | | Spending Money | $ |
| Food Stamp/Welfare | $ | $ | | | Utilities/Water/Sewer/Phone(s)/Cable | $ 160 |
| | | | | | Donations | $ |
| Other (Investment, income, royalties, interest, dividends, etc.) | $ | $ | | | Property Taxes (if not escrowed and included in your current mortgage payment) | $ 0 |
| | | | | | Insurance - Hazard, wind, flood etc (if not escrowed and included in your current mortgage payment) | $ 57 |
| Total Income (Gross) | $ 9,250 | $ | Total Assets | $ 269,850 | Other | $ |
| | | | | | Total Debt/Expenses | $ 4,257 |

## 4. ALL INCOME / OTHER DOCUMENTATION
Include income and expenses from the borrower and co-borrower (if any)
If you include income and expenses from a household member who is not a borrower, please specify that's a household member's income.
*You are not required to disclose Child Support, Alimony or Separate Maintenance income, unless you want it considered as your income.

## HARDSHIP AFFIDAVIT

**I am having difficulty making my monthly payment because of financial difficulties created by (Please check all that apply):**

| | Borrower Death | | Reduction of Income | | Military Service | | Payment Adjustment |
|---|---|---|---|---|---|---|---|
| ☐ | Illness of Borrower | ☐ | Excessive Financial Obligations (Examples may be large medical bills, credit card debt, or college tuition payments) | ☐ | Unemployment | ☐ | Ownership Transfer is Pending (if the home is in the process of being sold) |
| ☐ | Illness of Family Member | ☐ | Property Problem (Anything that may be defective about the property such as a costly repair that needs to be made) | ☐ | Business Failure (Examples would be loss of business income) | ☐ | Tenant not Paying |
| ☐ | Death of Family Member | ☐ | Inability to Sell Property | ☐ | Bankruptcy Filed | ☐ | Incarceration (Sentence to a city, county, state, or federal jail) |
| ☐ | Marital Difficulties (Examples include going through a legal separation or filing for divorce) | ☐ | Inability to Rent Property | ☐ | Casualty Loss (Unexpected event such as hurricane, flood, or earthquake that damages the structure) | | |

☐ Other

Explanation (Required): _____

_____

_____

If additional space is needed for Explanation, please include an additional page.

**Exhibit A. 3 Month Self Employment Income Statement (Profit and Loss Form)**

This form may be used if you are self-employed or a 1099 wage earner only.

BORROWER'S NAME **Hitoshi Inoue**          Account Number **0654401924**

For each borrower who is self employed a Profit and Loss Statement is required for each business. If borrower has more than one business, we require a Profit and Loss Form for each business. The example document may be used to supply the required information.

| Month and Year to be indicated. Use most recent consecutive months. | Month 1 Month June Year 2010 | Month 2 Month July Year 2010 | Month 3 Month Aug Year 2010 |
|---|---|---|---|
| Sales | $ 42,400 | $ 5,700 | $ 95,500 |
| Cost of Goods Sold | $ 0 | $ 0 | $ 0 |
| Gross Profit | $ 42,400 | $ 5,700 | $ 5,500 |
| **Business Expenses (Deduct from Gross Profit to calculate Net Profit before Taxes)** | | | |
| Advertising | $ 25 | $ 25 | $ 25 |
| Amortization | $ | $ | $ |
| Auto Expense | $ 40 | $ 30 | $ 50 |
| Bank Charges | $ 30 | $ 30 | $ 30 |
| Depreciation | $ | $ | $ |
| Dues & Subscriptions | $ | $ | $ |
| Employee Benefits | $ | $ | $ |
| Insurance | $ | $ | $ |
| Interest | $ 240 | $ 240 | $ 240 |
| Office Expenses | $ | $ | $ |
| Payroll Taxes | $ | $ | $ |
| Rent | $ | $ | $ |
| Repairs & Maintenance | $ | $ | $ |
| Salaries & Wages | $ | $ | $ |
| Supplies | $ 480 | $ 740 | $ 970 |
| Taxes & Licenses | $ | $ | $ |
| Telephone | $ 70 | $ 70 | $ 60 |
| Utilities | $ 30 | $ | $ 40 |
| Other | $ | $ | $ |
| Total Operating Expenses | $ 915 | $ 1,175 | $ 1,415 |
| Net Profit Before Taxes | $ 3,885 | $ 4,755 | $ 4,085 |
| Income Taxes | $ 0 | $ | $ |

**Exhibit C. Investment Property Schedule**

BORROWER'S NAME ___          Account Number ___

For each borrower who receives rental income from an investment property an Investment Property Schedule is required. If additional space is needed, please include an additional page.

| Property Number | Property Street Address | Property City, State, and Zip Code | Number of Units (1, 2, 3, 4, or 5+) | Status Circle All That Apply R – Rented V– Vacant PS – Pending Sale F – In Foreclosure | Gross Monthly Rental Income | Monthly Mortgage Payment (excluding taxes and insurance) | Monthly Insurance and Taxes | Monthly HOA/Condo Dues (if applicable) |
|---|---|---|---|---|---|---|---|---|
| Primary Residence | | | | R  V  PS  F | $ | $ | $ | $ |
| 2 | | | | R  V  PS  F | $ | $ | $ | $ |
| 3 | | | | R  V  PS  F | $ | $ | $ | $ |
| 4 | | | | R  V  PS  F | $ | $ | $ | $ |
| 5 | | | | R  V  PS  F | $ | $ | $ | $ |
| 6 | | | | R  V  PS  F | $ | $ | $ | $ |
| 7 | | | | R  V  PS  F | $ | $ | $ | $ |
| 8 | | | | R  V  PS  F | $ | $ | $ | $ |
| 9 | | | | R  V  PS  F | $ | $ | $ | $ |
| 10 | | | | R  V  PS  F | $ | $ | $ | $ |

Plaintiffs Exhibits
Page 76 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 5 of 9

Form **4506T-EZ**

(October 2009)

Department of the Treasury
Internal Revenue Service

**Short Form Request for Individual Tax Return Transcript**

Request may not be processed if the form is incomplete or illegible.

OMB No. 1545-2154

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return |
|---|---|
| Hitoshi Inoue | 557 81 8173 |
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

3735 Coffey Ln. Santa Rosa, CA 95403

4 Previous address shown on the last return filed if different from line 3

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name  GMAC Mortgage

P.O Box 780, Waterloo, IA 50704

Telephone number  1-800-766-4622

Address (including apt., room, or suite no.), city, state, and ZIP code

6  Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2009          2008          2007          2006

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

Note. This form must be received within 60 days of signature date.

| Sign Here | | | |
|---|---|---|---|
| | Signature (see instructions) | 8/03/10 | Telephone number of taxpayer on line 1a or 2a (707)526 3905 |
| | | Date | |
| | Spouse's signature | Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 54186B

Form **4506T-EZ** (10-2009)

Plaintiffs Exhibits
Page 77 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 6 of 9

## ACKNOWLEDGEMENT AND AGREEMENT

Account Number _____

In making this request for consideration to review my loan terms I/We certify under penalty of perjury:

1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I/we understand that the Servicer, the U.S. Department of the Treasury, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.
3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my/our home.
5. I/we understand any fee to validate the value of the property will be assessed to the account.
6. I/we have not received a condemnation notice; and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.
7. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ratio after the modification would be greater than or equal to 55%.
8. I/we am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
9. I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.
10. I/we agree that any prior waiver as to payment of escrow items in connection with my/our loan has been revoked.
11. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.
12. I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD certified housing counselor.
13. I/we agree that to be considered for the Making Home Affordable program all required documentation must be received no later than 7 business days prior to the scheduled foreclosure sale date. If the property is in the state of Florida, a complete package must be received 30 business days prior to the scheduled foreclosure sale date.
14. I/we understand the Servicer will not refer the account to foreclosure or conduct the foreclosure sale if already referred, while it is being reviewed for the Making Home Affordable program unless required by your investor. The review will not begin until all required documentation is received.
15. ☐ My/Our property is owner occupied; I/we intend to reside in this property for the next twelve months.
    ☐ My/Our property is not owner occupied.

 

_____  _____   _____  _____
Borrower Signature              Date        Co-Borrower Signature           Date

---

**Please be aware we will not be able to process your request until all parts of the application have been completed and all supporting documentation has been supplied.**

---

If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

888-995-HOPE™
Homeowner's HOPE Hotline

---

## NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.



Plaintiffs Exhibits
Page 78 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 7 of 9



## CONSULTANT AGREEMENT

This agreement made this August 28th 2010 by and between Hitoshi Inoue. (hereinafter referred to as "Consultant") and Technical-Link North America. With its principle place of business located 2756 N. Green Valley Pkwy Suite 209 Henderson, NV 89014 (hereinafter referred to as "Technical-Link")

Whereas, Technical-Link participates in the business of assigning consultants to perform services on a temporary basis to third-party businesses (hereinafter referred to collectively as "Clients" or individually as "Client");

Whereas, Consultant desires to be assigned on a temporary basis by Technical-Link with one or more of these clients, now, therefore in consideration of the mutual covenants contained herein, the parties agree to the following:

1. Consultant agrees to submit a completed and signed Technical-Link time sheet each week approved and signed by an Authorized Client representative. Consultant agrees to report all hours worked, including all overtime hours and agrees not to work overtime unless the Client has authorized it. A Technical-Link representative will provide all Consultants with the correct procedures and instructions for the submission of timesheet and the reporting of hours. Consultant agrees that wages cannot be paid until a correctly signed timesheet has been provided to Technical-Link.

2. If Consultant fails to work on any day or any part thereof, for any reason whatsoever, he/she will not be entitled to any compensation for the time not worked.

3. Consultant shall provide Technical-Link five (5) days notice of intent to terminate any temporary assignment with Technical-Link. Consultant understands that the length of any assignment maybe terminated at will by the Client. Accordingly, no advanced notice of termination of an assignment from the Client or from Technical-Link is required. It should be remembered that subject to the aforementioned notice provisions applicable to the Consultant, employment is at the mutual consent of the Consultant and Technical-Link. Consequently, either Consultant or Technical-Link may terminate the employment relationship at will, at any time, with or without cause or advance notice.

4. Consultant understands that he/she shall be an independent contractor of Technical-Link while on any assignment and shall be responsible to advise Technical-Link of any problems, complaints, legal issues, or questions that Consultant has concerning his/her employment, status or work treatment while on any such assignment. The Consultant shall remain a Consultant of Technical-Link at all times and acknowledges and agrees that he/she is not an employee of any Client and is not entitled to any Client benefits, guarantees or other rights of Client's employees (whether expressly granted or arising by operation of law), including, but not limited to, group insurance, liability insurance, disability insurance, sick leave or other leave, paid vacations, stock options or other ownership or bonus plans, retirement plans, premium overtime pay, or health plans. Consultant expressly waives any rights, claim, or entitlement to Client benefits.

5. Consultant agrees to report immediately to Technical-Link any accident or injury that Consultant incurs while engaged in the Client's business or on the Client's property.

6. ~~For a period of six (6) months following termination of his/her last Technical-Link assignment with the Client, Consultant shall not accept any employment with or agree to provide services, whether directly or indirectly through another third-party to any Client organization for which he/she has been assigned by Technical-Link. Consultant acknowledges to Technical-Link shall have the right to enforce this contract, as well as recover damages, jointly and severally from the Consultant and any third-parties associated with any violation of this paragraph~~ N/A - *Jeff Anderson*

7. Technical-Link has the exclusive responsibility and authority to negotiate with Clients regarding the rate at which services are to be performed. Consultant understands that pay rates involve sensitive and confidential information. Accordingly, Consultant hereby agrees not to divulge his/her payment rate to or discuss any other related payment rates with any Client, employee, manager, other Consultant, or third party.

8. This agreement constitutes the entire agreement between Technical-Link and Consultant with respect to the subject matter therefore. All prior agreements, representations, statements, negotiations and undertakings are superseded hereby.

Plaintiffs Exhibits
Page 79 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 8 of 9

This agreement may be altered, varied, revised, amended or otherwise modified only in writing signed by both Technical-Link and the Consultant. This agreement shall be governed and constructed in accordance with the laws of the Commonwealth of Nevada.

9. Consultant agrees that he/she shall hold in strictest confidence and not disclose to any third parties confidential information acquired concerning Technical-Link or Client(s) of Technical-Link which shall include without limitation, information relating to research, development, trade secrets or business affairs, but shall not include information known prior to this Agreement or readily ascertainable by a person of ordinary skill in the assigned area of technical expertise. Client shall have sole ownership as works made-for-hire of all inventions, materials, and ideas embodied herein resulting from the services of the Consultant. Furthermore, Consultant shall not divulge or utilize confidential or proprietary knowledge gained from any third party during the course of his/her assignment without the third party's written consent. Technical-Link assumes no responsibility for the use or disclosure of Client's confidential or proprietary information. Consultant will be personally and individually liable for any violation of this paragraph. Consultant agrees to sign appropriate agreements with Technical-Link and Client(s) consistent with the contents of this paragraph.

10. Pursuant to the Immigration Reform and Control Act of 1986, Consultant is required to verify authorization to work in the United States. Consultant agrees to complete all required forms (i.e. I-9) and furnish all required verification documents to Technical-Link within five business days of the Consultant's start date.

11. If any of the terms or conditions of this Agreement shall be found illegal and/or unenforceable, then, notwithstanding that determination, the remainder of this Agreement shall remain in full force and effect and such illegal and/or unenforceable terms and conditions shall be deemed stricken.

12. Consultant understands that and agrees that Technical-Link does not offer or provide health, dental or life insurance to Consultant.

13. Compensation. Consultant shall be paid at the rate of $65.00 per hour for all services rendered. The Consultant shall be paid at the rate of $97.50 per hour for all overtime services rendered.

14. Taxes. The relationship by and between the Consultant and Technical-Link shall be that of an Employee / Employer. Technical-Link shall be solely responsible for withholding Consultants state and federal income, disability, and social security taxes, as applicable.

This assignment is at: Client Company Name: Qualcomm Incorporated

Address: 2581 Junction Ave, San Jose CA, 95134            Phone 408-546-7600

Client Manager: Evgeni Gousev                          Position: Embedded Software Engineer

Start Date: August 30th 2010                           Normal Hours of Work: TBA

Consultant, By signing below Signifies that Consultant has read this Agreement, understands its provisions, and freely and voluntarily agrees to the terms as stated herein.

_____                     _____
CONSULTANT SIGNATURE                               TECHNICAL-LINK SIGNATURE

HITOSHI INOUE _____                      Jeff Anderson _____
PRINTED NAME            TITLE                       PRINTED NAME            TITLE

DATE: 8/25/2010                                     DATE: 8/26/10

Technical-Link North America is an Equal Opportunity Employer. Technical-Link North America does not discriminate on the basis of race, color, religion, sex, national origin, age, disability or any other characteristic protected by applicable state or federal civil rights law.

Plaintiffs Exhibits
Page 80 of 109

Inoue vs. GMAC SCV 248256
Exhibit J
Page 9 of 9

# EXHIBIT K

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net



Plaintiffs Exhibits
Page 82 of 109

Inoue vs. GMAC SCV 248256
Exhibit K
Page 2 of 3



# EXHIBIT L

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 84 of 109

Inoue vs. GMAC SCV 248256
Exhibit L
Page 1 of 2

S e n t   J o u r n a l

Date : FEB-19-2010   6PM 07:19PM
Name : LIC IXG
Tel. : [redacted]3905

| No. | Fax Name/Number | Start Time | Time | Mode | Pages | Result |
|---|---|---|---|---|---|---|
| 12 | ███████████ | 07-16 06:30PM | 00'32" | ECM | 1 | OK |
| 13 | ███████████ | 07-15 06:31PM | 00'32" | ECM | 1 | OK |
| 14 | ███████████ | 07-15 06:36PM | 00'36" | ECM | 1 | OK |
| 15 | ███████████ | 07-15 12:10PM | 00'32" | ECM | 1 | OK |
| 16 | ███████████ | 09-30 09:49AM | 00'32" | ECM | 1 | OK |
| 17 | ███████████ | 10-09 04:04PM | 00'37" | ECM | 1 | OK |
| 18 | ███████████ | 10-21 05:30PM | 02'26" | G3 | 1 | OK |
| 19 | ███████████ | 12-04 05:11PM | 00'00" | ECM | 0 | Send Error |
| 20 | ███████████ | 12-04 05:12PM | 00'48" | ECM | 1 | OK |
| 21 | ███████████ | 12-15 11:09AM | 00'23" | ECM | 1 | OK |
| 22 | ███████████ | 12-17 02:56PM | 04'09" | G3 | 3 | OK |
| 23 | ███████████ | 12-18 10:54AM | 01'11" | G3 | 1 | OK |
| 24 | ███████████ | 12-22 04:45PM | 00'31" | ECM | 1 | OK |
| 25 | ███████████ | 2-22 04:18PM | 00'32" | ECM | 1 | OK |
| 26 | ███████████ | 01-12 03:15PM | 00'00" | ECM | 0 | Stop Pressed |
| 27 | ███████████ | 01-12 03:16PM | 00'00" | ECM | 0 | Stop Pressed |
| 28 | ███████████ | 01-12 03:24PM | 00'52" | ECM | 2 | OK |
| 29 | ███████████ | 05-22 10:08AM | 00'28" | ECM | 1 | OK |
| 30 | ███████████ | 06-01 06:42PM | 01'16" | ECM | 1 | OK |
| 31 | ███████████ | 06-15 05:20PM | 01'23" | ECM | 3 | OK |
| 32 | ███████████ | 04-07 09:53AM | 00'37" | ECM | 1 | Send Error |
| 33 | ███████████ | 04-07 09:55AM | 00'36" | ECM | 1 | OK |
| 34 | ███████████ | 04-07 02:52PM | 00'34" | ECM | 1 | OK |
| 35 | ███████████ | 04-08 12:06PM | 00'45" | ECM | 1 | OK |
| 36 | ███████████ | 05-12 09:49AM | 02'13" | ECM | 5 | OK |
| 37 | ███████████ | 05-14 07:28AM | 00'32" | ECM | 1 | OK |
| → 38 | 18667094744 | 06-03 09:21AM | 07'05" | G3 | 7 | Send Error |
| → 39 | 18667094744 | 06-03 09:33AM | 05'33" | G3 | 7 | Stop Pressed |
| → 40 | 18667094744 | 07-02 05:13PM | 01'42" | G3 | 2 | OK |
| 41 | ███████████ | 07-07 11:03PM | 00'56" | ECM | 1 | OK |
| → 42 | 18667094744 | 07-09 04:45PM | 02'09" | G3 | 4 | OK |
| → 43 | 18667094744 | 07-10 07:19AM | 02'44" | G3 | 5 | OK |
| → 44 | 18667094744 | 07-20 10:55AM | 01'30" | G3 | 3 | OK |
| 45 | ███████████ | 07-29 07:41AM | 01'05" | ECM | 1 | OK |
| 46 | ███████████ | 08-24 07:18PM | 00'00" | ECM | 0 | Stop Pressed |
| 47 | ███████████ | 08-24 07:19PM | 00'25" | ECM | 1 | OK |
| → 48 | 18667094744 | 08-30 10:25AM | 07'18" | G3 | 8 | OK |
| → 49 | 18667094744 | 09-18 07:22AM | 00'46" | G3 | 1 | OK |
| 50 | ███████████ | 09-18 07:33AM | 00'00" | ECM | 0 | Stop Pressed |
| 51 | ███████████ | 09-18 07:33AM | 00'35" | ECM | 1 | OK |

# EXHIBIT M

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 86 of 109

Inoue vs. GMAC SCV 248256
Exhibit M
Page 1 of 2

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/01/10

HITOSHI INOUE

3735 COFFEY LN

SANTA ROSA        CA 95403

RE:    Account Number        0654401924
       Property Address      3735 COFFEY LANE

                             SANTA ROSA        CA 95403

Dear    HITOSHI INOUE

Thank you for your inquiry regarding your account. We are currently processing your request and will respond in writing within 20 business days.

We apologize for any inconvenience this may cause. If you have any further questions, please contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:21

# EXHIBIT N

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 88 of 109

Inoue vs. GMAC SCV 248256
Exhibit N
Page 1 of 2

# GMAC Mortgage

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/08/10

HITOSHI INOUE

3735 COFFEY LN
SANTA ROSA          CA 95403

RE:     Account Number          0654401924
        Property Address        3735 COFFEY LANE
                                SANTA ROSA          CA 95403

Dear    HITOSHI INOUE

## PLEASE BE ADVISED THAT THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Enclosed please find cashier's check number 428667159 in amount of $15626.02. These funds do not represent the full amount due to reinstate your account at this time.

Your account has been transferred to our attorney to begin foreclosure proceedings. Additional fees and costs have incurred. If it is your intent to reinstate your account in full, please contact the attorney below for the reinstatement amounts. Only the correct amount in the form of certified funds will be acceptable.

        EXECUTIVE TRUSTEE SERVICES, LLC
        1100 Virgina Drive (190-FTW-D40)
        Fort Washington PA 19034
        800-665-3932

If you cannot afford to reinstate your mortgage, there may be alternatives available to help you avoid foreclosure. Contact the Loss Mitigation Department at GMAC Mortgage, LLC immediately at 800-850-4622 to discuss these options.

Foreclosure Department
Loan Servicing

7:53

Plaintiffs Exhibits
Page 89 of 109

Inoue vs. GMAC SCV 248256
Exhibit N
Page 2 of 2

# EXHIBIT O

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 90 of 109

Inoue vs. GMAC SCV 248256
Exhibit O
Page 1 of 2

## THREE DAY NOTICE TO QUIT
### (Code of Civil Procedure Section 1161a(b)(3))

TO:    HITOSHI INOUE, and all Tenants, Subtenants, and Occupants in Possession:

ADDRESS: 3735 Coffey Lane, Santa Rosa, California 95403, Sonoma County

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that within three (3) days after service of this notice upon you, you are required to quit and deliver up the possession of the real property you occupy at the address shown above to Zyromski Konicek LLP, 645 Fourth Street, Suite 200, Santa Rosa, CA 95404, (707) 542-1393.

This notice is being given to you under the provisions of Code of Civil Procedure section 1161a(b)(3) in that the property mentioned has been duly sold in accordance with Civil Code section 2924 et seq. under a power of sale contained in a deed of trust executed by you or a person under whom you claim the right to possession of the property and the title under such sale has been duly perfected. A copy of the Trustee's Deed Upon Sale recorded September 21, 2010 is attached.

In the event that you have not vacated and relinquished possession of the property within three (3) days after service of this notice upon you, you will be subject to court proceedings in unlawful detainer for your eviction and for damages, costs, and other relief as allowed by law.

DATED: September 21, 2010

_Brian Burke_
Brian Burke, Agent for
MED & G GROUP, LP

Plaintiffs Exhibits
Page 91 of 109

Inoue vs. GMAC SCV 248256
Exhibit O
Page 2 of 2

# EXHIBIT P

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 92 of 109

Inoue vs. GMAC SCV 248256
Exhibit P
Page 1 of 2

# DRY CREEK
## REAL ESTATE

September 13, 2010

Resident
3735 Coffey Ln
Santa Rosa, CA  95403

Dear Resident,

I am a property manager hired by MED&G Group, LP, the purchaser of this property at a foreclosure sale on 9/13/2010.  Please call me to make arrangements regarding your occupancy.

I may be able to offer you cash if you move out quickly or provide assistance in your efforts to relocate.

If you are a tenant, please do not make any further rent payments to your landlord, until you contact me.

I would like to work directly with you to resolve this matter privately, before the owner begins eviction proceedings.  If they begin eviction proceedings it is unfortunately out of my control, so please call me today so that we can work together.

I look forward to hearing from you.

Sincerely,

Jim Cates
Property Manager
(707) 695-9550

PO Box 5844  |  Santa Rosa  |  California  |  95402

Plaintiffs Exhibits
Page 93 of 109

Inoue vs. GMAC SCV 248256
Exhibit P
Page 2 of 2

# EXHIBIT Q

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 94 of 109

Inoue vs. GMAC SCV 248256
Exhibit Q
Page 1 of 6

Page 1 of 5

Recording Requested By
and
Return to:

SEE PAGE 2

2010079903

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON
GENERAL PUBLIC
09/20/2010 02:46 NTA
RECORDING FEE: $25.00
PAID
5 PGS




Document Title(s)

NOTICE OF PENDENCY OF ACTION



Page 2 of 6

E N D O R S E D
F I L E D

SEP 20 2010

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

1  Thomas P. Kelly III, SBN 230699
   Thomas P. Kelly Jr., SBN 37545
2  50 Old Courthouse Square, Suite 609
   Santa Rosa, California, 95404-4926
3  Telephone : 707-545-8700
   Facsimile : 707-542-3371
4  Email : tomkelly@sonic.net

5  Attorneys for Plaintiffs

6          SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                       COUNTY OF SONOMA

8  HITOSHI INOUE                    Case No. SCV  248256
   WAKANA ANNA INOUE
9                                   NOTICE OF PENDENCY OF ACTION

10                                  [C.C.P. §405 et. seq.]

11         Plaintiffs;

       vs.

12  GMAC Mortgage, a Delaware
    Corporation, ETS SERVICES LLC, a
13  Delaware Limited Liability Company,
    MED&G Group, a California Limited
14  Partnership, FEDERAL NATIONAL
    MORTGAGE ASSOCIATION; and
15  DOES 1-25;

16         Defendants.

17

18

19  NOTICE IS HEREBY GIVEN that the above action was commenced on September 20, 2010, in the

20  above Court by Hitoshi Inoue and Wakana Anna Inoue as Plaintiffs, against GMAC Mortgage, a

21  Delaware Corporation, ETS Services LLC, a Delaware Limited Liability Company, MED&G Group,

22  a California Limited Partnership, , Federal National Mortgage Association, and Does 1 through 25,

23

Thomas P. Kelly III
Thomas P. Kelly Jr.
50 Old Courthouse Square
Suite 609
Santa Rosa, CA 95404-4926
(707)545-8700

COMPLAINT

Plaintiffs Exhibits
Page 96 of 109

Inoue vs. GMAC SCV 248256
Exhibit Q
Page 3 of 6

Page 3 of 5

1    inclusive, Defendants, in the action now pending in the above entitled Court.

2       The above entitled action alleges a real property claim affecting certain real property in

3    Sonoma County, California commonly known as 3735 Coffey Lane, Santa Rosa, California, 95403-

4    1616 also bearing Assessor's Parcel Number 058-032-016-000 and bearing the following legal

5    description:

6       PARCEL ONE: COMMENCING AT THE NORTHEAST CORNER OF C.A. LAWSON AS

     RECORDED IN BOOK 1129 OF OFFICIAL RECORDS, PAGE 283, SONOMA COUNTY

7    RECORDS AND IN THE CENTER OF COFFEY LANE; THENCE ALONG SAID CENTER

     SOUTH 1 DEG. 03' 40" EAST, 393.22 FEET TO THE TRUE POINT OF BEGINNING SOUTH 89

8    DEG. 32' 20" WEST, 20.00 FEET T A .5" IRON PIPE; THENCE CONTINUING SOUTH 89 DEG.

     32' 20" WEST, 203.99 FEET TO A .5" IRON PIPE; THENCE SOUTH 1 DEG. 03' 40" EAST,

9    117.00 FEET TO A 1" X 2" HUB; THENCE CONTINUING SOUTH 1 DEG. 03' 40" EAST, 10.00

     FEET; THENCE NORTH 89 DEG. 32' 20" EAST, 203.99 FEET TO A POINT, FROM WHICH

10    POINT A ,.5" IRON PIPE BEARS NORTH 1 DEG. 03'40" WEST 1 0.00 FEET; THENCE

     CONTINUING NORTH 89 DEG. 32' 20" EAST, 20.00 FEET TO THE CENTER OF COFFEY

11    LANE; THENCE ALONG SAID CENTER NORTH 1 DEG. 03'40" WEST, 127.00 FEET TO THE

     POINT OF BEGINNING, SAVINGS AND EXCEPTING THEREFROM THAT PORTION

12    DESCRIBED IN THE DEED TO THE CITY OF SANTA ROSA, A MUNICIPAL CORPORATION

     RECORDED SEPTEMBER 27, 1989 UNDER DOCUMENT NO. 89092235, SONOMA COUNTY

13    RECORDS. PARCEL TWO: BEGINNING AT THE SOUTHEAST CORNER OF THE LANDS OF

     WELLS FARGO BANK AS TRUSTEE U/A AS CONTAINED IN THE DEED DATED OCTOBER

14    7, 1966, RECORDED OCTOBER 19, 1966 UNDER RECORDER'S SERIAL NO. K 15968,

     SONOMA COUNTY RECORDS; THENCE S 1 DEG. 03' 40" EAST ALONG THE CENTER OF

15    COFFEY LANE 18 FEET; THENCE S. 89 DEG. 32' 20" WEST AND PARALLEL WITH THE

     SOUTH LINE OF THE AND OF WELLS FARGO BANK, ETC. 223.99 FEET; THENCE N, 1

16    DEG. 03' 40" WEST 16 FEET TO THE SOUTHWEST CORNER OF THE LANDS OF WELLS

     FARGO BANK; THENCE N. 89 DEG. 32' 23" EAST ALONG THE SOUTH LINE OF THE

17    LANDS OF WELLS FARGO BANK 223.99 FEET TO THE POINT OF BEGINNING .

18

19    Date: SEPTEMBER 20, 2010

20                          Thomas P. Kelly III

                            Attorney for Plaintiff

21

22    \\Tomspc\c\Client Files\zz TPK3\9-19-10 Lis Pendens.wpd

23

Thomas P. Kelly III
Thomas P. Kelly Jr.
50 Old Courthouse Square
Suite 609
Santa Rosa, CA 95404-4926
(707)545-8700

COMPLAINT                      Page 2 of 2

Plaintiffs Exhibits
Page 97 of 109

Inoue vs. GMAC SCV 248256
Exhibit Q
Page 4 of 6

Page 4 of 5

1

PROOF OF SERVICE

2          I am a citizen of the United States and employed in the County of Sonoma, California.  I am
over the age of eighteen years and not a party to the within cause; my business address is 50 Old
3    Court House Square, Suite 609 Santa Rosa, California 95404.  On September 20, 2010, I served the
following:
4              **Notice of Pendency of Action**

5
on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope
6    addressed as follows:

7    GMAC Mortgage                              Eric H. Holder, Jr.
     c/o CT Corporation System                 Attorney General of the United States
8    818 West Seventh Street                   U.S. Department of Justice
     Los Angeles, California                   950 Pennsylvania Avenue, N.W.
9    90017                                     Washington, District of Columbia
                                               20530-0001
10   GMAC Mortgage
     c/o CSC - Lawyers Incorporating           Federal National Mortgage Association
11   Service                                   c/o Melinda L. Haag
     2730 Gateway Oaks Drive                   United States Attorney
12   Suite 100                                 450 Golden Gate Avenue
     Sacramento, California                    P.O. Box 36055
13   95833                                     San Francisco, California
                                               94102
14   GMAC Mortgage
     One Meridian Crossings                    Michael J. Williams
15   Suite 100                                 Chief Executive Officer
     Minneapolis, Minnesota                    Federal National Mortgage Association
16   55423                                     3900 Wisconsin Avenue N.W.
                                               Washington, District of Columbia
17   ETS Services, LLC                         20016
     2255 North Ontario Street
18   Suite 400                                 Federal National Mortgage Association
     Burbank, California                       3900 Wisconsin Avenue N.W.
19   91504                                     Washington, District of Columbia
                                               20016
20   ETS Services, LLC
     c/o CSC - Lawyers Incorporating           MED&G LP
21   Service                                   c/o Chris Peterson
     2730 Gateway Oaks Drive                   1160 North Dutton Avenue
22   Suite 100                                 Suite 240
     Sacramento, California                    Santa Rosa, California
23   95833                                     95401

24
     __XX__ (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED - CCP §1013(a))  In a box
25   designated for collection of mail, following ordinary business practices, at my business address;

26              1.    I am familiar with this business' practice for collection and processing of
                      correspondence for mailing with the United States Postal Service;
27              2.    That this correspondence will be deposited with the United States Postal
                      Service on the above date, in the ordinary course of business.
28
     _____ (BY OVERNIGHT MAIL SERVICE)  I caused each such envelope to be delivered by
     overnight mail service to the addressee(s) noted above.

--1--

Page 5 of 5

1    _____ (PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the
     addressee(s) noted above.

2

     _____ (FACSIMILE CCP §1013(e)) I caused the said document to be transmitted by Facsimile
3    machine to the number(s) indicated after the address(es) noted above. The document transmission
     was reported as complete without error.

4

          I declare under penalty of perjury under the laws of the State of California that the foregoing
5    is true and correct, and that this declaration was executed on September 20, 2010 at Santa Rosa,
     California.

6

7                                              JULIE A. HUMPHREYS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -2-

Plaintiffs Exhibits
Page 99 of 109

Inoue vs. GMAC SCV 248256
Exhibit Q
Page 6 of 6

# EXHIBIT R

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 100 of 109

Inoue vs. GMAC SCV 248256
Exhibit R
Page 1 of 2



**FOREMOST**®
**INSURANCE GROUP**

P.O. BOX 2739
GRAND RAPIDS, MI  49501-2739

1-800-527-3907
FAX 1-877-452-3957

September 21, 2010

Dear Mr. Hitoshi Inoue:

I visited your home yesterday with the only intention of taking several exterior photos to support a new Home Owners insurance policy issued to a new owner of the property. In my effort to explain my presence and purpose, I intended to rap the side of the house with my knuckle, instead opening my hand and slapping the siding. This was an inappropriate action on my part and certainly did not convey my intent. I apologize for startling you and any intimidation you may have felt. I am truly sorry for the unintended disrespect.

Please be assured that I will not return to your home until the time comes that there is in fact a new owner, and that it is unoccupied by you.

If you have any questions that I can help you with, please call me at 1-800-527-3907, ext. 68859.


Sincerely,

Joe Agost

Foremost Insurance Company Grand Rapids, Michigan
Claims Department

Plaintiffs Exhibits
Page 101 of 109

Inoue vs. GMAC SCV 248256
Exhibit R
Page 2 of 2

# EXHIBIT S

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 102 of 109

Inoue vs. GMAC SCV 248256
Exhibit S
Page 1 of 4

Page 1 of 3

RECORDING REQUESTED BY:

AND WHEN RECORDED TO:
MED&G Group, LP
PO Box 5044
Santa Rosa, CA 95402

Forward Tax Statements to
the address given above



**2010080367**

GENERAL PUBLIC
09/21/2010 10:43 TDEED
RECORDING FEE: $19.00
COUNTY TAX:        $268.95
CITY TAX:          $490.00
PAID

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON
**3** PGS



SPACE ABOVE LINE FOR RECORDER'S USE

TS # GM-248260-C
LOAN # 0654401924    INVESTOR #: 0000000000000
TITLE ORDER # 33-80138339

## TRUSTEE'S DEED UPON SALE

APN 058-032-016         TRANSFER TAX: $ 268.95 County    $490.00 City
The Grantee Herein Was Not The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $244,144.83
The Amount Paid By The Grantee Was $244,144.84
Said Property Is In The City Of **SANTA ROSA**, County of Sonoma

Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

### MED&G Group, LP

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Sonoma**, State of
California, described as follows:

See exhibit "A" attached hereto and made a part hereof

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **HITOSHI INOUE**
as Trustor, dated **4/19/2003** of the Official Records in the office of the Recorder of **Sonoma**, California under the authority
and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having
occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded
on **5/7/2003** , instrument number **2003092480** (or Book , Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days
after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to
each person entitled to notice in compliance with California Civil Code 2924b.

**[Page 1 of 2]**

Plaintiffs Exhibits
Page 103 of 109

Inoue vs. GMAC SCV 248256
Exhibit S
Page 2 of 4

Page 2 of 3

## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# GM-240260-C
Loan # 0654401924
Title Order # 33-80138339

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 9/13/2010. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $244,144.84, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC.**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 9/18/2010

LLC:

**Executive Trustee Services, LLC dba ETS Services,**

By: _Kathleen Gowen_ _____

Kathleen Gowen, Limited Signing Officer

State of California          } S.S.
County of Los Angeles  }
On 9/18/2010 before me, **Sally Beltran**, Notary Public, personally appeared **Kathleen Gowen** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sally Beltran_ _____  (Seal)

**Sally Beltran**

> SALLY BELTRAN
> Commission # 1777085
> Notary Public · California
> Los Angeles County
> My Comm. Expires Oct 30, 2011

[Page 2 of 2]

GM-2482360                              EXHIBIT "A"

Commencing at the Northeast corner of C. A. Lawson as recorded in Book 1129 of
Official Records, Page 283, Sonoma County Records and in the center of Coffey Lane;
thence along said center South 1 degree 03' 40" East, 393.22 feet to the true point of
beginning; thence from said true point of beginning South 89 degrees 32' 20" West,
20.00 feet to a ½" iron pipe; thence continuing South 89 degrees 32' 20" West, 203.99
feet to a ½" iron pipe; thence South 1 degree 03' 40" East, 117.00 feet to a 1" X 2" hub;
thence continuing South 1 degree 03' 40" East, 10.00 feet; thence North 89 degrees 32'
20" East, 203.99 feet to a point from which point a ½" iron pipe bears North 1 degree 03'
40" West 10.00 feet thence continuing North 89 degrees 32' 20" East, 20.00 feet to the
center of Coffey Lane, thence along said center North 1 degree 03' 40" West, 127.00
feet to the point of beginning.

Saving and excepting therefrom that portion described in the Deed to the City of Santa
Rosa, a municipal corporation recorded September 27, 1989 under Document No.
89092235, Sonoma County Records.

APN: 058-032-016-000

Plaintiffs Exhibits
Page 105 of 109

Inoue vs. GMAC SCV 248256
Exhibit S
Page 4 of 4

# EXHIBIT T

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Plaintiffs Exhibits
Page 106 of 109

Inoue vs. GMAC SCV 248256
Exhibit T
Page 1 of 4

<table>
<tr><td>1</td><td>THOMAS KEVIN KONICEK (SBN 110744)<br>MICHELLE V. ZYROMSKI (SBN 191606)</td><td rowspan="6">ENDORSED<br>FILED<br><br>SEP 2 8 2010<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SONOMA</td></tr>
</table>

1 THOMAS KEVIN KONICEK (SBN 110744)
MICHELLE V. ZYROMSKI (SBN 191606)
2 ZYROMSKI KONICEK LLP
Attorneys at Law
3 645 Fourth Street, Suite 200
Santa Rosa, California 95404
4 Telephone: (707) 542-1393
Facsimile: (707) 542-7697
5
Attorneys for Plaintiff
6 MED&G GROUP, LP

ENDORSED
FILED

SEP 2 8 2010

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

7

8

9          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

10

11 MED&G GROUP, LP,                    CASE NO.: MCV **213082**

12              Plaintiff,             (Limited Civil Case)

13    v.                              **COMPLAINT - UNLAWFUL DETAINER**

14 HITOSHI INOUE, and DOES 1-10, inclusive   (Amount Demanded Does Not Exceed

15              Defendants.            $10,000)

16

17    Plaintiff MED&G GROUP, LP alleges as follows:

18         1.    At all times mentioned herein, Plaintiff MED&G GROUP, LP ("Plaintiff") was and

19 now is a limited partnership qualified to and doing business in the State of California, with its

20 principal place of business in Sonoma County, California.

21         2.    Plaintiff is the owner of the premises located at 3735 Coffey Lane, Santa Rosa,

22 Sonoma County, California 95403 (the "Premises").

23         3.    Plaintiff is informed and believes, and thereon alleges, that Defendant HITOSHI

24 INOUE ("Defendant") is a natural person and competent adult, currently residing at 3735 Coffey

25 Lane, Santa Rosa, Sonoma County, California 95403.

26         4.    The true names and capacities of defendants DOES 1-10, inclusive, are unknown to

27 Plaintiff, who therefore sues said defendants by such fictitious names pursuant to Code of Civil

28 Procedure section 474. Plaintiff will seek leave of court to amend this complaint when said true

1   names and capacities have been ascertained.

2       5.    At all times mentioned herein, each of the defendants, including the defendants sued

3   as DOES herein, was the agent, and/or employee of each of the remaining defendants and in doing

4   the things herein mentioned was acting within the scope of such agency and/or employment.

5   Plaintiff is further informed and believes, and thereon alleges, that each of the defendants claims

6   some type of possessory interest in and to the Premises.

7       6.    Plaintiff is informed and believes, and thereon alleges, that Defendant HITOSHI

8   INOUE was the prior record owner of the Premises when said Premises were subject to a Deed of

9   Trust dated April 19, 2003 and recorded on May 7, 2003 as Document No. 2003092480 in the

10  Official Records of the County of Sonoma. Default occurred as set forth in a Notice of Default and

11  Election to Sell which was duly recorded and served.

12      7.    Plaintiff is now the owner of the fee simple title of the Premises by virtue of its

13  purchase of the Premises at public auction on September 13, 2010. A copy of the Trustee's Deed

14  Upon Sale dated September 18, 2010 was recorded in the Official Records of the County of

15  Sonoma on September 21, 2010 as Document No. 2010080367. A copy of the Trustee's Deed is

16  attached as Exhibit "1".

17      8.    Plaintiff has complied with all legal requirements for perfecting its title to the

18  Premises.

19      9.    On September 21, 2010, Plaintiff caused to be served on Defendant and all others in

20  possession a written Three Day Notice to Quit pursuant to Code of Civil Procedure section

21  1161a(b)(3). That notice required all defendants to quit and deliver up possession of the Premises

22  no later than September 24, 2010. The notice also stated that in the event Defendants had not

23  vacated and relinquished possession within three days after service, Defendants would be subject to

24  court proceedings in unlawful detainer for their eviction and for damages, costs, and other relief as

25  allowed by law. All facts stated in the Notice are true. A copy of the Notice is attached as Exhibit

26  "2".

27      10.    The Notice was served by personal service. A copy of the Proof of Service is

28  attached as Exhibit "3".

ZYROMSKI KONICEK
ATTORNEYS AT LAW

Plaintiff's Exhibits
Page 108 of 109

-2-
COMPLAINT - UNLAWFUL DETAINER

Inoue vs. GMAC SCV 248256
Exhibit T
Page 3 of 4

11.    On September 24, 2010, the period stated in the Notice expired at the end of the day.

12.    Defendants failed to comply with the requirements of the Notice by that date. Defendants remain in possession of the Premises.   Plaintiff is entitled to immediate possession of the Premises.

13.    Civil Code section 2924 et seq. provides for an award of attorney's fees following a trustee's sale of real property.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.    For immediate possession of the Premises located at 3735 Coffey Lane, Santa Rosa, Sonoma County, California 95403;

2.    For reasonable attorney's fees pursuant to Civil Code section 2924 et seq.;

3.    For costs of suit; and

4.    For such other and further relief as the Court may deem just and proper.

Dated:  September 27, 2010                         ZYROMSKI KONICEK LLP


                                                  By  Michelle V. Zyromski
                                                  MICHELLE V. ZYROMSKI
                                                  Attorneys for Plaintiff
                                                  MED & G GROUP, LP

ZYROMSKI KONICEK
ATTORNEYS AT LAW