MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF OMNIBUS HEARING DATES**

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

- **February 7, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
- **February 28, 2013 at 2:00 p.m. (Prevailing Eastern Time)**
- **March 5, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
- **March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
- **April 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

Dated: November 27, 2012
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and*
*Debtors in Possession*

ny-1067065