## Appendix 1: Proofs of Claim Filed by the Investors

**Allstate entities**
1. Allstate Insurance Company against Residential Capital, LLC (Case No. 12-12020)
2. Allstate Insurance Company against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
3. Allstate Insurance Company against Residential Accredit Loans, Inc. (Case No. 12-12052)
4. Allstate Insurance Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
5. Allstate Insurance Company against Residential Funding Mortgage Securities I, Inc. (Case No. 12-12060)
6. Allstate Insurance Company against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
7. Allstate Insurance Company against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
8. Allstate Insurance Company against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
9. Allstate Life Insurance Co. against Residential Capital, LLC (Case No. 12-12020)
10. Allstate Life Insurance Co. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
11. Allstate Life Insurance Co. against Residential Accredit Loans, Inc. (Case No. 12-12052)
12. Allstate Life Insurance Co. against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
13. Allstate Life Insurance Co. against Residential Asset Securities Corp. (Case No. 12-12054)
14. Allstate Life Insurance Co. against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
15. Allstate Life Insurance Co. against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
16. Allstate Life Insurance Co. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
17. Allstate New Jersey Insurance Co. against Residential Capital, LLC (Case No. 12-12020)
18. Allstate New Jersey Insurance Co. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
19. Allstate New Jersey Insurance Co. against Residential Accredit Loans, Inc. (Case No. 12-12052)
20. Allstate New Jersey Insurance Co. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
21. American Heritage Life Insurance Co. against Residential Capital, LLC (Case No. 12-12020)
22. American Heritage Life Insurance Co. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
23. American Heritage Life Insurance Co. against Residential Funding Mortgage Securities I, Inc. (Case No. 12-12060)
24. American Heritage Life Insurance Co. against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)

25. American Heritage Life Insurance Co. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
26. First Colonial Insurance Co. against Residential Capital, LLC (Case No. 12-12020)
27. First Colonial Insurance Co. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
28. First Colonial Insurance Co. against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
29. First Colonial Insurance Co. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
30. Kennett Capital, Inc. against Residential Capital, LLC (Case No. 12-12020)
31. Kennett Capital, Inc. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
32. Kennett Capital, Inc. against Residential Accredit Loans, Inc. (Case No. 12-12052)
33. Kennett Capital, Inc. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)


**AIG Asset Management (U.S.), LLC and affiliates**
1. AIG Securities Lending Corporation against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
2. AIG Securities Lending Corporation against Homecomings Financial, LLC (f/k/a Homecomings Network, Inc.) (Case No. 12-12042)
3. AIG Securities Lending Corporation against Residential Accredit Loans, Inc. (Case No. 12-12052)
4. AIG Securities Lending Corporation against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
5. AIG Securities Lending Corporation against Residential Asset Securities Corporation (Case No. 12-12054)
6. AIG Securities Lending Corporation against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
7. American International Group Retirement Plan against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
8. American International Group Retirement Plan against Homecomings Financial, LLC (f/k/a Homecomings Network, Inc.) (Case No. 12-12042)
9. American International Group Retirement Plan against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
10. American International Group Retirement Plan against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
11. American International Group, Inc. against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
12. American International Group, Inc. against Homecomings Financial, LLC (f/k/a Homecomings Network, Inc.) (Case No. 12-12042)
13. American International Group, Inc. against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
14. American International Group, Inc. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)

15. American International Group, Inc. against Residential Funding Mortgage Securities I, Inc. (Case No. 12-12060)
16. American International Group, Inc. against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
17. First Sunamerica Life Insurance Company against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
18. First Sunamerica Life Insurance Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
19. Lexington Insurance Company against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
20. Lexington Insurance Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
21. Sunamerica Annuity and Life Assurance Company against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
22. Sunamerica Annuity and Life Assurance Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
23. Sunamerica Life Insurance Company against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
24. Sunamerica Life Insurance Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
25. The United States Life Insurance Company in the City of New York against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
26. The United States Life Insurance Company in the City of New York against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
27. Western National Life Insurance Company against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
28. Western National Life Insurance Company against Homecomings Financial, LLC (f/k/a Homecomings Network, Inc.) (Case No. 12-12042)
29. Western National Life Insurance Company against Residential Accredit Loans, Inc. (Case No. 12-12052)
30. Western National Life Insurance Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
31. Western National Life Insurance Company against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
32. Western National Life Insurance Company against Residential Funding Mortgage Securities I, Inc. (Case No. 12-12060)

**Massachusetts Mutual Life Insurance Company**
1. Massachusetts Mutual Life Insurance Company against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
2. Massachusetts Mutual Life Insurance Company against Residential Accredit Loans, Inc. (Case No. 12-12052)
3. Massachusetts Mutual Life Insurance Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
4. Massachusetts Mutual Life Insurance Company against Residential Asset Securities Corp. (Case No. 12-12054)

**Prudential entities**
1. Commerce Street Investments, LLC against Residential Capital, LLC (Case No. 12-12020)
2. Commerce Street Investments, LLC against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
3. Commerce Street Investments, LLC against Residential Asset Securities Corp. (Case No. 12-12054)
4. Commerce Street Investments, LLC against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
5. Commerce Street Investments, LLC against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
6. Park Place Commerce Investments, LLC against Residential Capital, LLC (Case No. 12-12020)
7. Park Place Commerce Investments, LLC against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
8. Park Place Commerce Investments, LLC against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
9. Park Place Commerce Investments, LLC against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
10. Pru Alpha Fixed Income Opportunity Master Fund I, L.P. against Residential Capital, LLC (Case No. 12-12020)
11. Pru Alpha Fixed Income Opportunity Master Fund I, L.P. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
12. Pru Alpha Fixed Income Opportunity Master Fund I, L.P. against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
13. Pru Alpha Fixed Income Opportunity Master Fund I, L.P. against Residential Asset Securities Corp. (Case No. 12-12054)
14. Pru Alpha Fixed Income Opportunity Master Fund I, L.P. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
15. Pruco Life Insurance Company against Residential Capital, LLC (Case No. 12-12020)
16. Pruco Life Insurance Company against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
17. Pruco Life Insurance Company against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
18. Pruco Life Insurance Company against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
19. Pruco Life Insurance Company of New Jersey against Residential Capital, LLC (Case No. 12-12020)
20. Pruco Life Insurance Company of New Jersey against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
21. Pruco Life Insurance Company of New Jersey against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
22. Pruco Life Insurance Company of New Jersey against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
23. Prudential Annuities Life Assurance Corporation against Residential Capital, LLC (Case No. 12-12020)
24. Prudential Annuities Life Assurance Corporation against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
25. Prudential Annuities Life Assurance Corporation against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
26. Prudential Annuities Life Assurance Corporation against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
27. Prudential Investment Portfolios 2 against Residential Capital, LLC (Case No. 12-12020)
28. Prudential Investment Portfolios 2 against GMAC-RFC Holding Company, LLC (Case No. 12-12029)

29. Prudential Investment Portfolios 2 against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
30. Prudential Investment Portfolios 2 against Residential Asset Securities Corp. (Case No. 12-12054)
31. Prudential Investment Portfolios 2 against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
32. Prudential Investment Portfolios 2 against GMAC Mortgage, LLC (f/k/a GMAC Mortgage Corp.) (Case No. 12-12032)
33. Prudential Investment Portfolios 2 against Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
34. Prudential Retirement Insurance & Annuities Company against Residential Capital, LLC (Case No. 12-12020)
35. Prudential Retirement Insurance & Annuities Company against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
36. Prudential Retirement Insurance & Annuities Company against Residential Asset Securities Corp. (Case No. 12-12054)
37. Prudential Retirement Insurance & Annuities Company against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
38. Prudential Retirement Insurance & Annuities Company against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
39. Prudential Total Return Bond Fund, Inc. against Residential Capital, LLC (Case No. 12-12020)
40. Prudential Total Return Bond Fund, Inc. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
41. Prudential Total Return Bond Fund, Inc. against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
42. Prudential Total Return Bond Fund, Inc. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
43. Prudential Trust Company against Residential Capital, LLC (Case No. 12-12020)
44. Prudential Trust Company against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
45. Prudential Trust Company against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
46. Prudential Trust Company against Residential Asset Securities Corp. (Case No. 12-12054)
47. Prudential Trust Company against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)
48. Prudential Trust Company against Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
49. The Gibraltar Life Insurance Company, Ltd. against Residential Capital, LLC (Case No. 12-12020)
50. The Gibraltar Life Insurance Company, Ltd. against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
51. The Gibraltar Life Insurance Company, Ltd. against Residential Asset Securities Corp. (Case No. 12-12054)
52. The Gibraltar Life Insurance Company, Ltd. against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
53. The Prudential Insurance Company of America against Residential Capital, LLC (Case No. 12-12020)
54. The Prudential Insurance Company of America against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
55. The Prudential Insurance Company of America against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
56. The Prudential Insurance Company of America against Residential Asset Securities Corp. (Case No. 12-12054)
57. The Prudential Insurance Company of America against Residential Funding Mortgage Securities II, Inc. (Case No. 12-12061)

58. The Prudential Insurance Company of America against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)
59. The Prudential Series Fund, Diversified Bond Portfolio against Residential Capital, LLC (Case No. 12-12020)
60. The Prudential Series Fund, Diversified Bond Portfolio against GMAC-RFC Holding Company, LLC (Case No. 12-12029)
61. The Prudential Series Fund, Diversified Bond Portfolio against Residential Asset Mortgage Products, Inc. (Case No. 12-12053)
62. The Prudential Series Fund, Diversified Bond Portfolio against Residential Funding Company, LLC (f/k/a Residential Funding Corp.) (Case No. 12-12019)