| | |
|---|---|
| **QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP**<br>Daniel L. Brockett<br>Susheel Kirpalani<br>Jennifer Barrett<br>Maria Ginzburg<br>Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile:  (212) 849-7100 | **QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP**<br>Eric D. Winston (admitted *pro hac vice*)<br>Jeremy D. Andersen (admitted *pro hac vice*)<br>865 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

*Counsel for*

*AIG Asset Management (U.S.), LLC. et al.,*
*Allstate Insurance Company, et al.,*
*Massachusetts Mutual Life Insurance Company, and*
*Prudential Insurance Company of America, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                  Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**DECLARATION OF ERIC D. WINSTON IN SUPPORT OF MOTION OF AIG ASSET MANAGEMENT (U.S.), LLC, THE ALLSTATE ENTITIES, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, AND THE PRUDENTIAL ENTITIES FOR AN ORDER UNDER BANKRUPTCY RULE 3013 CLASSIFYING RMBS FRAUD CLAIMS IN THE SAME CLASS  AS THE SECURITIZATION TRUSTS' CLAIMS FOR <u>PURPOSES  OF ANY CHAPTER 11 PLAN FOR THE DEBTORS</u>**

I, Eric D. Winston, declare as follows:

1.      I am a member of the State Bar of California and am admitted to practice before this Court.  I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for the Allstate Entities, AIG Asset Management (U.S.), Massachusetts Mutual Life

Insurance Company, and the Prudential Entities.  I submit this declaration in support of concurrently-filed *Motion for an Order Under Bankruptcy Rule 3013 Classifying RMBS Fraud Claims in the Same Class as the Securitization Trusts' Claims for Purposes of Any Chapter 11 Plan for the Debtors*.  I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

    *2.*    Attached hereto as Exhibit A is a true and correct copy of the Standard Terms of Pooling and Servicing Agreement, Mortgage Asset-Backed Pass-Through Certificates Series 2006-QO3, dated March 1, 2006.

    3.    Attached hereto as Exhibit B is a true and correct copy of the Prospectus Supplement for RALI 2006-QO3, dated March 28, 2006.

    4.    The attached materials are representative of the agreements and offering materials used in all of the securitizations at issue in the above-named Rule 3013 Motion.  The other offerings purchased into by the moving parties all have materially similar (and, often, identical) representations and transactional features as those highlighted in the above-named Rule 3013 Motion.  Because of their size, such duplicative materials are not being lodged herewith, but can be provided upon request by the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 27th day of November, 2012, at New York, New York.

                                  /s/ Eric D. Winston_____
                                    Eric D. Winston