QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Daniel L. Brockett
Susheel Kirpalani
Jennifer Barrett
Maria Ginzburg
Scott C. Shelley
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Eric D. Winston (admitted *pro hac vice*)
Jeremy D. Andersen (admitted *pro hac vice*)
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for*

*AIG Asset Management (U.S.), LLC. et al.,*
*Allstate Insurance Company, et al.,*
*Massachusetts Mutual Life Insurance Company, and*
*Prudential Insurance Company of America, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Case No. 12-12020 (MG) |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF AIG ASSET
MANAGEMENT (U.S.), LLC, THE ALLSTATE ENTITIES, MASSACHUSETTS
MUTUAL LIFE INSURANCE COMPANY, AND THE PRUDENTIAL ENTITIES FOR
AN ORDER UNDER BANKRUPTCY RULE 3013 CLASSIFYING RMBS FRAUD
CLAIMS IN THE SAME CLASS  AS THE SECURITIZATION TRUSTS' CLAIMS FOR
<u>PURPOSES  OF ANY CHAPTER 11 PLAN FOR THE DEBTORS</u>**

In connection with their concurrently-filed *Motion for an Order Under Bankruptcy Rule
3013 Classifying RMBS Fraud Claims in the Same Class as the Securitization Trusts' Claims for
Purposes of Any Chapter 11 Plan for the Debtors*, AIG Asset Management (U.S.), LLC, the
Allstate Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities

respectfully request that this Court take judicial notice of the following documents under Rule 201 of the Federal Rules of Evidence:

**Exhibit 1**:  The First Amended Complaint and exhibits thereto, dated April 15, 2011, for *Allstate Ins. Co. v. GMAC Mortgage, LLC*, No. 27-cv-11-3480, in the District Court for the State of Minnesota, Fourth Judicial District, Hennepin County.

**Exhibit 2**:  The Order dated November 28, 2011, in *Allstate Ins. Co. v. GMAC Mortgage, LLC*, No. 27-cv-11-3480, in the District Court for the State of Minnesota, Fourth Judicial District, Hennepin County.

True and correct copies of the foregoing documents are attached hereto.  AIG Asset Management (U.S.), LLC, the Allstate Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities respectfully requests that this Court take judicial notice of Exhibits 1 and 2 because they are documents filed with the District Court for the State of Minnesota, Fourth Judicial District, Hennepin County.

The Court may take judicial notice of Exhibits 1 and 2 because they are matters of public record, whose contents are relevant to the instant motion, and whose authenticity is readily verifiable.  *See, e.g.*, Fed. R. Evid. 201(b); *Roe v. Johnson*, 334 F. Supp. 2d 415, 419-20 & n.6 (S.D.N.Y. 2004) ("(C)ourt may take judicial notice of a public record pursuant to Rule 201(b)," including "prior complaints filed . . . and opinions issued in () prior actions."); *Singh v. U.S. Dep't of Homeland Sec.*, 526 F.3d 72, 81 n.9 (2d Cir. 2008) (taking judicial notice of public records).

*[signature page follows]*

Dated: November 27, 2012
       New York, New York

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

   /s/  Scott C. Shelley
Daniel L. Brockett
Scott C. Shelley
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

Eric D. Winston (admitted *pro hac vice*)
Jeremy D. Andersen (admitted *pro hac vice*)
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for AIG Asset Management (U.S.),
LLC, et al., Allstate Insurance Company, et
al., Massachusetts Mutual Life Insurance
Company, and Prudential Insurance Company
of America, et al.*