UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                :
                                                     :            Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al*.                   :
                                                     :            Case No. 12-12020 (MG)
                              Debtors.               :
                                                     :            (Jointly Administered)
------------------------------------------------------x

### STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated September 17, 2012 (Docket No. 1462) (the "**Motion**"), of Household Finance Corporation, III ("**Movant**"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), granting relief from the automatic stay to commence and complete the foreclosure of a senior mortgage and security interest on lands and premises of Cordell and Constance Reilly, with an address of 1931 Reo Road, Lansing, Michigan 48910 (the "**Mortgaged Property**"); and due and proper notice of the Motion having been made on all necessary parties; and the above-captioned debtors (the "**Debtors**") following a review of their records having determined that they do not have an interest in the Mortgaged Property and, therefore, consent to relief from the automatic stay to the extent necessary to permit the Movant to complete its foreclosure of the Mortgaged Property upon the terms and conditions contained in this Order, upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. To the extent, if at all, that Residential Capital, LLC (et al.) is the holder of a lien dated 06/17/2005 at docket number 04-5298-GCD in the amount of $8,598.50

representing a junior lien in the property, then the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to permit Movant to complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.  Movant shall provide due notice to the Debtors in connection with any sale of the Mortgaged Property, including service upon Debtors of the Notice of Sale in accordance with and to the extent required by applicable state law, and any subsequent hearings in connection with the foreclosure of the Mortgaged Property.

4.  This Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

5.  This Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

6.  Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Order imposed by such Bankruptcy Rule is waived. Movant is authorized to implement the provisions of this Order immediately upon its entry.

7.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

| RESIDENTIAL CAPITAL, LLC | HOUSEHOLD FINANCE CORPORATION, III |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By: /s/ Len M. Garza<br>Len M. Garza<br>**STERN & EISENBERG, PC**<br>261 Old York Road, Suite 410<br>Jenkintown, PA 19046<br>Tel:  (215) 572-8111<br><br>*Counsel for Household Finance Corporation III* |

**IT IS SO ORDERED**

Dated: November 28, 2012
        New York, New York

                                    /s/Martin Glenn
                                MARTIN GLENN
                        United States Bankruptcy Judge