**SEWARD & KISSEL LLP**
Dale C. Christensen Jr., Esq.
Sagar Patel, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Law Debenture Trust Company of New York
as Separate Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Residential Capital, LLC, *et al*. <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Law Debenture Trust Company of New York ("Law Debenture"), by and through its undersigned counsel, hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), solely in its capacity as Separate Trustee pursuant to the Order of the District Court, dated November 8, 2012, pursuant to Minn. Stat.§ 501.B.16, by which Law Debenture Trust Company of New York was appointed as Separate Trustee and afforded all of the rights, powers, privileges, protections and indemnities of Wells Fargo Bank, N.A. as trustee, to the extent delegated to it, as Separate Trustee, as a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Law Debenture, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone numbers and e-mail addresses:

James D. Heaney
Managing Director
Law Debenture Trust Company of New York
400 Madison Avenue
New York, NY 10017
Tel:  (646) 747-1252
E-mail:  james.heaney@lawdeb.com

Dale C. Christensen Jr., Esq.
Sagar Patel, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Tel.:  (212) 574-1200
Fax:  (212) 480-8421
E-mail:  christensen@sewkis.com
         patel@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Law Debenture's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Law Debenture is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Law Debenture expressly reserves.

Dated: New York, New York
November 27, 2012

SEWARD & KISSEL LLP

By: /s/ Dale C.Christensen Jr.
Dale C. Christensen Jr.
Sagar Patel
One Battery Park Plaza
New York, New York  10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: christensen@sewkis.com
patel@sewkis.com

Attorneys for Law Debenture Trust Company
of New York, as Separate Trustee

SK 16271 0123 1337487

3