

| | | |
|---|---|---|
| RICHARD DIETERLY<br>JAMES H. KNOX<br>RICHARD P. CUSHING<br>MARK H. CHAZIN ▲<br>WILLIAM W. GOODWIN, JR. ★<br>ROBERT C. WARD, JR.<br>JOHN G. MANFREDA +<br>JACOB A. PAPAY, JR. ▫<br>JOSEPH F. TRINITY ✢<br>WILLIAM J. RUDNIK ▫ ★<br>STEVEN D. FARSIOU ▫<br>JUDITH A. KOPEN ○<br>LORI KOPF MACWILLIAM ▲<br>DEBORAH B. ROSENTHAL ▫<br>ARTHUR D. FIALK<br>CYNTHIA R. RICHARDS ✢<br>LESLIE A. PARIKH ▼<br>SUSAN M. FLYNN<br>LORRAINE C. STAPLES<br>DIANA N. FREDERICKS ▼<br>TRACY B. BUSSEL | **GEBHARDT & KIEFER**<br>A PROFESSIONAL CORPORATION<br>L A W   O F F I C E S<br><br>1318 ROUTE 31<br>PO BOX 4001 · CLINTON, NJ 08809-4001<br><br>TELEPHONE (908) 735-5161<br>FACSIMILE (908) 735-9351<br>WWW.GKLEGAL.COM<br><br>SOMERSET COUNTY OFFICE<br>1170 ROUTE 22 EAST · BRIDGEWATER, NJ 08807<br>TELEPHONE (908) 725-5157 | WILLIAM C. GEBHARDT<br>1884-1929<br>W. READING GEBHARDT<br>1919-1980<br>PHILIP R. GEBHARDT<br>1924-1986<br>E. HERBERT KIEFER<br>1933-1988<br><br>+ ALSO MEMBER OF MA BAR<br>○ ALSO MEMBER OF MN BAR<br>▫ ALSO MEMBER OF PA BAR<br>▲ ALSO MEMBER OF<br>  NY AND PA BARS<br>▼ ALSO MEMBER OF NY BAR<br><br>★ CERTIFIED BY THE SUPREME<br>  COURT OF NJ AS A<br>  MATRIMONIAL LAW ATTORNEY<br><br>✢ CERTIFIED BY THE SUPREME<br>  COURT OF NJ AS A<br>  CIVIL TRIAL ATTORNEY<br><br>REPLY TO CLINTON, NJ |

November 26, 2012

The Honorable Martin Glen
United States Bankruptcy Court
Southern District of New York
1 Bowling Green, Ste 534
New York, New York 10004

          Re:    Residential Capital LLC, et al, Debtors
                  Chapter 11
                  Case No.12-12020 (MG) Jointly Administered

Dear Judge Glen,

    We are the municipal attorneys for East Amwell Township in Hunterdon County, New Jersey. We received notice of the above listed case. However, we cannot identify the property that is the subject of this bankruptcy.

    Under New Jersey law, East Amwell Township has a priority lien against any property located within the Township for unpaid property taxes, which we wish to assert. However, because there is no identification of the property that is involved in the above captioned bankruptcy, we cannot determine if Residential Capital LLC owes any unpaid taxes to the Township and cannot evaluate the Township's potential claim and/or take steps to protect East Amwell's interests. We have left messages with the attorney for the Debtor, Morrison and Foerster LLP, in order to identify the interest of the Township in this matter, but those messages have not been answered.

    We request that the Court order the appropriate parties to give the Township proper notice including identifying any Township properties as well as the nature of claim.

                                           Very truly yours,

                                           JUDITH A. KOPEN

JK/pk
Cc    Epiq Bankruptcy Solutions
       Mayor & Committee
       Mary Hyland, Tax Collector

RECEIVED NOV 28 2012 U.S. BANKRUPTCY COURT, SDNY