**GIBSON, DUNN & CRUTCHER LLP**
David M. Feldman (DF-8070)
Joshua P. Weisser (JW-0185)
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Amherst Advisory & Management, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------
|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1.    I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, Attorneys for Amherst Advisory & Management, LLC.

2.    On November 28, 2012, I caused true and correct copy of the following pleading to be served upon the parties listed in the service list attached hereto as **Exhibit A**, at the addresses set forth therein via First Class Mail.

- Limited Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements **[Docket No. 2297]**

3.    I certify under penalty of perjury that the foregoing is true and correct.


Duke Amponsah


Sworn to before me this
29th day of November, 2012


NILHAN GEZGIN
Notary Public, State of New York
No. 01GE6229706
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 18, 20_14_

# EXHIBIT A

Attn: Tammy Hamzehpour
Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Attn: US Attorney General, Eric H. Holder, Jr.
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Attn: Gary S. Lee, Anthony Princi,
Jamie Levitt, and Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Attn: Nancy Lord, Esq. and Neal
Mann, Esq.
Office of the New York State
Attorney General
The Capitol
Albany, NY 12224-0341

Attn: Tracy Hope Davis, Linda A. Riffkin,
and Brian S. Masumoto
Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Attn: Joseph N. Cordaro, Esq.
Office of the U.S. Attorney for the
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Attn: Ken Eckstein and Douglas H. Mannal
Kramer Levin Naftalis & Frankel LLP
1117 Avenue of the Americas
New York, NY 10036

Attn: Bobbie Theivakurnaran
Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013

Attn: Vice President, John S. Forlines
Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington, D.C. 20016

Attn: Richard M. Cieri and
Ray C. Schrock
Ally Financial Inc.
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

Attn: Kevin Vargas
Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclays Street 4W
New York, NY 10286

Attn: George Rayzis
U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102

Attn: Irina Palchuk
U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107

Attn: James S. Carr and Eric R. Wilson
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Attn: Corporate Trust Services, GMACM Home
Equity Notes 2004 Variable Funding Trust
Wells Fargo Bank N.A.
P.O. Box 98
Columbia, MD 21046

Attn: Kenneth S. Ziman and
Jonathan H. Hofer
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square,
New York, New York 10036

Attn: General Counsel
Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

Attn: Larry Nyhan and Jessica CK Boelter
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Attn: George S. Canellos, Regional Director
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

Attn: Talcott Franklin
Talcott Franklin, P.C.,
208 N. Market Street, Suite 200
Dallas, Texas 75202

Attn: Thomas P. Sarb
Miller, Johnson, Snell & Cummiskey, P.L.C.
250 Monroe Avenue NW, Suite 800 P.O. Box 306
Grand Rapids, MI 49501-0306

Attn: James Gadsden
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005

Attn: Kathy D. Patrick
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Attn: D. Ross Martin and Keith H. Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Attn: Glenn E. Siegel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Attn: James L. Garrity Jr.
Morgan, Lewis &
Brockius LLP
101 Park Avenue
New York, NY 10178

Attn: Martin G. Bunin
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Attn: Ronald L. Cohen
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004