Eric Lopez Schnabel, Esq.
DORSEY & WHITNEY LLP
51 W. 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

-and-

Thomas O. Kelly III, Esq. (MN Bar No. 0189960)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Special Securitization and Investigatory Counsel*
*to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SUPPLEMENT TO FIRST INTERIM APPLICATION OF DORSEY & WHITNEY LLP AS SPECIAL SECURITIZATION AND INVESTIGATORY COUNSEL FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012**

Dorsey & Whitney LLP (the "**Applicant**"), Special Securitization and Investigatory Counsel to Residential Capital, LLC., *et al.*, as debtors and debtors in possession (collectively, the "**Debtors**") hereby files its supplement to its first interim application for compensation and reimbursement of expenses (the "**Application**") for the period May 14, 2012 through August 31, 2012 (the "**Application Period**"), respectfully represents as follows:

1. On October 19, 2012, the Applicant filed the Application, seeking court approval for the payment of compensation in the amount of $413,188.83 and interim reimbursement of expenses in the amount of $5,105.22.

2. It has come to the Applicant's attention that certain of the expenses requested in the application, and set forth on Exhibit D to the Application, should be reduced, as follows: (a) travel expenses of J. Langdon in the amount of $1,491.46 were mistakenly billed to the Debtors, and should be removed from the Application and (b) travel expenses billed for B. Smith exceed trustee guidelines in certain limited ways[1] and should be reduced in the amount of $165.00, to $2,326.36. A copy of the revised Exhibit D is attached hereto.

3. Accordingly, the Applicant is seeking to reduce the expenses listed in the Application to the amount of $3,448.68. The fees set forth in the Application remain unchanged.

## CONCLUSION

4. The Applicant requests an order (i) approving interim compensation in the amount of $412,188.83 and interim reimbursement of expenses in the amount of $3,448.68, (ii) directing payment of all compensation held back in connection with the Monthly Fee Statements, and (iii) granting such other and further relief as may be just and proper.

[*Signatures on the next page*]

---

[1] The guidelines limit meal expenses to an amount not to exceed $25.00 per meal. The travel expenses listed for B. Smith in the Application exceeded this limit in an amount of $165.08.

Dated: November 29, 2012

DORSEY & WHITNEY LLP

By: *Eric Lopez Schnabel*
Eric Lopez Schnabel, Esq.
DORSEY & WHITNEY LLP
51 W. 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Tacsimile: (212) 953-7201

-and-

Thomas O. Kelly III, Esq. #0189960
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Special Securitization and Investigatory Counsel
for Residential Capital, LLC, et al.*

**REVISED EXHIBIT D**

**REVISED SUMMARY OF EXPENSES INCURRED BY DORSEY & WHITNEY LLP
ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 14, 2012 THROUGH AUGUST 31, 2012**

| **Expense Category** | **Amount** |
|---|---|
| Overnight Delivery Charges | $19.19 |
| Filing Fee ($500.00; $20.00, $225.00, $136.00) | $881.00 |
| Messenger Charges | $121.00 |
| Professional Services – Riley, Riper, Hollin & Collagreco – receive and review discovery requests from M. Ellis; email to J. Langdon regarding same | $82.50 |
| Travel Expense – B. Smith | $2,326.36 |
| ALM Media, Inc. – electronic monitoring of court docket | $13.23 |
| Riverside Court Web – copies of legal documents | $5.40 |
| **Total** | **$3,448.68** |