UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Judge Eduardo Robreno

UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK

Judge Martin Glenn
Examiner Arthur J. Gonzalez

November 25, 2012

Re: (MARDOC-MDL 875) cases; and In re: Residential Capital LLC, et al., respectively.

Your Honorable Judges:

"May it please the Courts?" My name is Diana Lee Torrejon, I wish to intervene and invoke the jurisdiction of both Courts as a non-represented litigant. For, "Fraud Upon the Courts by Officers of the Courts" directed at the judicial machinery itself and a war against the Constitution.
To "Petition the Government on a Redress of the Grievances" for wartime injuries received followed by further injuries. "Frauds against the Government."
My "Due Process Rights" are being violated and I have been "Denied Access to the Courts," a Court of proper venue.
My Attorneys for the past (20) twenty years Ron Motley, Joseph Rice, Richard "Dickie" Scruggs and various other co-counsels are corrupt and they have willingly corrupted both Courts.
As I am, the Real Party of Interest an "insider" in the Global Settlement Agreement and Mass Toxic Tort Action. The beneficiary to numerous Trust Funds backed by United States Treasury Bonds and Double Dated Gilts issued by the Government of the United Kingdom to Lloyd's of London.
Privy to information known to some, such as, high ranking Officials in the United States, the United Kingdom and insiders in Lloyd's of London. (BUT) Not, the General Public.
Thereby, Claim a "breach of trust," a breach of fiduciary duties and responsibilities, aiding and abetting breach of fiduciary claims, tortious interference, breach of contract, "conflict of interests," Judicial Misconduct, extortion, interference with interstate commerce and other overt acts which rise to the level of Treason against the Constitution.



The Relief or Remedies I seek are for simple ministerial duties and responsibilities. Having upheld my portion of the contract a "specific performance."

The Supreme Court said, "Justice must look like justice to an impartial bystander." So; To that end, I wish to testify to the greatest criminal conspiracy in United States history an Insurance Indemnities and Securities Fraud unparalleled in the financial world and a Global Economic Coup D'etat.

With all due respect your Honors, I am not an Attorney nor do I have any legal background. However, I indeed know the truth and I think I have "subject matter jurisdiction" back to Manville (Finley v Blinken).

Additionally, I have substantive evidence under 1104 (c) of the bankruptcy code the "scope of the investigation" to testify before the Examiner.

For the forgoing reasons Petitioner wishes to move both Courts to set a date and time so that she may appear and be heard in addition to a Writ of Mandamus to stay any further court proceedings or fraudulent monetary conveyances. Petitioner prays that your Honorable Judges will Grant the Motion.

Respectfully Submitted,

*[signature: Diana Lee Torrejón]*

Diana Lee Torrejón
1566 S. Brown Ave
Tucson, Arizona 85710
Cell: (702) 498-0648

052854 / TORREJON, JOSEPH

# MOTLEY RICE LLC
## ATTORNEYS AT LAW

JANUARY 15, 2004

DIANA TORREJON
P.O. BOX 18402
TUCSON, AZ 85731

Re:   *In re Pittsburgh Corning Corporation*, Debtors, United States Bankruptcy Court for the Western District of Pennsylvania, Chapter 11, Case No. 00-22876 (JKF)

Dear Client:

On April 15, 2000, Pittsburgh Corning Corporation (PCC) filed for Chapter 11 Bankruptcy protection. *In re Pittsburgh Corning Corporation*, Debtors, United States Bankruptcy Court for the Western District of Pennsylvania, Chapter 11, Case No. 00-22876 (JKF). Pittsburgh manufactured Unibestos, which was traditionally used in hydro plants, refineries, pulp mills, steel mills and shipyards. Other asbestos-containing products were either manufactured, or purchased and resold by Pittsburgh Corning Corporation Entities.

Enclosed in this packet are Solicitation Materials from The Trumbull Group (the balloting agent in this bankruptcy). The Solicitation Materials include a Disclosure Statement, Plan and Ballot. You are eligible to vote on this Plan. The fact that you are eligible to vote does not mean your claim will be paid by the Bankruptcy Trust. Your claim will be evaluated according to the Trust Distribution Procedures' criteria at the time your claim is submitted to the Trust. We support this Plan.

While our contract of representation with you allows us to vote for you in this bankruptcy proceeding, and in future bankruptcy proceedings that may be filed by other companies, we do not have a separate general power of attorney on file. If you have received these Solicitation Materials and have not returned a general power of attorney to our office, please do so immediately. If you have already returned the general power of attorney to our office, we will vote on your behalf in favor of this Plan, unless you direct otherwise, and you do not need to take any action.

If you do not return the general power of attorney to our office, you must cast your ballot and your ballot must be received by the voting agent before March 2, 2004. It is important that you vote.

If you have any other questions concerning this General Power of Attorney, or Pittsburgh Corning Corporation, you can contact us at 1-877-834-6775. As I am,

Sincerely,

Joseph F. Rice

052854 / TORREJON, JOSEPH

## GENERAL POWER OF ATTORNEY

To: Joseph F. Rice, Esq. or Motley Rice LLC Attorney

The undersigned claimant hereby authorizes Joseph F. Rice, Esq. or Motley Rice LLC Attorney, as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

    Babcock and Wilcox Company;

    Pittsburgh Corning Corporation;

    Armstrong World Industries, Inc.;

    Owens Corning, A Delaware Corporation;

    W.R. Grace & Company;

    United States Gypsum Corporation, et al a subsidiary of USG Corporation, A Delaware Corporation;

    Federal Mogul Global, Inc.;

    G-I Holdings, Inc.;

    North American Refractories Company; and

    A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Joseph F. Rice, Esq. or Motley Rice LLC Attorney to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22 day of January, 2006.

Signed: _Diana Torrejon_
DIANA TORREJON,
PERSONAL REPRESENTATIVE OF
JOSEPH TORREJON (DEC)

Address: P.O. BOX 18402
TUCSON, AZ 85731

PCC MASTER.doc

June 17, 2012  (Father's Day)

Motley Rice LLC
28 Bridgeside Blvd.
Mt Pleasant, South Carolina 29464
843-216-9000

Attention: Ron L. Motley  Joseph F. Rice

RE: JOSEPH TOWERS TORREJON (Deceased)

Gentlemen:

This letter serves as Notice and to advise your Law Firm Motley Rice LLC of our "conflict of interests," a breach of contract. Breach to the *original* contract of representation entered into in February of 1992. With the then law firm of Ness, Motley, Loadholt, Richardson and Poole of South Carolina and various other co-counsels. Including, but not limited to Richard "Dickie" Scruggs of Mississippi. A Breach of the Global Settlement Agreement, Breach of Fiduciary Duties and Responsibilities, a Breach of Trust.

As I am, DIANA LEE TORREJON the Real Party of Interest, Trustee and the Personal Representative of JOSEPH TORREJON my beloved father. Not, CHRISTINA TORREJON his widow.

In January 1996, four years later, Ron Motley and Joseph Rice along with various other co-counsel including but not limited to Ward Keenan and Barrett of Arizona or Martzell & Bickford of Louisiana *illegally* entered into a *second* contract of representation with a *Mrs. Joseph Torrejon* or CHRISTINA TORREJON his widow, for higher contingency fees and other financial inducements. **It is a clear disregard for ethical practices governing concurrent conflicts of interests.**

On January 15, 1993 my father and I along with other family members living and dependent on him at the time became parties to a conditional certified class <u>Carlough, et.al</u> v. <u>Amchem Products et al.</u> Case No. 93-CV-0215 in the *United States District Court for the Eastern District of Pennsylvania*. And **agreed to not "Opt Out" or be excluded from the Class prior to the deadline of January 24, 1994.**

Hence, Ness Motley *illegally* filed <u>Torrejon v. A C & S Inc., et.al.</u> Case No. 2:95-CV-01722-CRW, one year later in Arizona. Including USDC 4:95-CV-00479 1 and USDC CV95-282-PHX-RGS. Please take notice those cases were filed prior to *any* contract of representation with *Mrs. Joseph Torrejon* or CHRISTINA TORREJON, his widow.

Be further apprised any Settlement Agreements such as the Fibreboard and Manville Settlements, any Indemnity Agreements or Covenants Not to Sue which CHRISTINA TORREJON *illegally* entered into after my father died on **April 22, 1994** is not binding, therefore **Null and Void.**

Secondly, In 2002 Motley and Rice *illegally* went to trial in New Orleans, Louisiana on a **Jones Act** allegedly for the "peripheral suits" in Arizona. The case <u>Torrejon et al. v. Mobil Oil et al.</u> ended in 2004 with a JNOV Award to his widow CHRISTINA TORREJON for 1.8 Million Dollars minus Attorney fees and costs. **A continuing deliberate indifference to the laws, which is willful.**

**Moreover**, Joseph F. Rice is well aware that the *General Power of Attorney* granted and executed on January 22, 2004 to Joseph F. Rice or Motley Rice LLC Attorney, purportedly signed by myself DIANA LEE TORREJON, the claimant, authorizing and empowering Joseph F. Rice to act on my behalf as *the Personal Representative* of Joseph Torrejon, to act as my Attorney in Fact, with full power of substitution, to vote and in general to perform any act not constituting the practice of law, in all matters arising in the following cases, or to any entities who are currently, or who may at some point in the future file in any United States Bankruptcy Court, including, but not limited to:

General Electric; Manville; A.P. Green Industries; AC & S; Kaiser; Pfizer; Indrisco; Dresser World Industries; Halliburton; Kellogg Brown and Root; Harbison Walker; Amchem Products Incorporated; W. R. Grace; Babcock and Wilcox; Armstrong World Industries; Flintoke Co; Combustion Engineering; M. H. Detrick Co; Federal Mogul Global; G-I Holdings; North American Refractories; Pittsburgh Corning Corporation; Asbestos Corporation; Industrial Holdings Corporation; Celotex; Crown Cork and Seal; Rapid American Corporation; Plibrico; U. S. Mineral Products; Rock Wool Manufacturing; UNR Industries; Unarco; Amatex; H.K. Porter; Georgia Pacific Corporation; Standard Oil et al.; **is a forged signature and a fraudulent document.**

*In February 1992 my father entered into a "Mass Toxic Tort Action" for his service connected injuries, which is continuous and ongoing against a Multi-National Military Industrial Complex during World War II, to which the United States (War Department/Department of Defense) is a party. Simultaneously, he entered into a Global Settlement Agreement for Asbestos. Global I, Global II and Global III.*

In accordance with Admiralty Laws the Doctrine of Un-Seaworthiness or Death on the High Seas. He was considered a "ward in Admiralty" or injured seamen with Diversity of Jurisdiction and Diversity of Citizenship.

*My father was a man of Honor. He was my Hero. A former United States Lieutenant Commander who fought in "two foreign theatres" during World War II, Europe and the Pacific. He was employed as the Chief Engineer aboard numerous Wartime Vessels and Wartime Oil Tankers owned and operated by "Big Oil," both governments of the United States and the United Kingdom, insured by Lloyd's of London.*

**This is you final warning letter.** Demand is made upon Motley Rice LLC to *cease and desist* from *fraudulently* continuing to represent my dear father in any capacity whatsoever. Such as in the (MDL 875) Multi-District Litigation Court in the *United States District Court for the Eastern District of Pennsylvania*. Currently against the KOCH BROTHERS, or Georgia Pacific, Standard Oil et al. Including, all their Subsidiaries, predecessor and successors.

**Neither your Law Firm Motley, Rice LLC nor any various other co-counsels have any standing, power or authority to do so.**

I have upheld my portion of the contract a "specific performance," the Relief or Remedies I seek are for simple ministerial duties and responsibilities. *Please confirm directly to me within 5 days of receipt of this letter your intent to comply.* Failure to do so shall result in additional criminal and civil causes of action, including Tortious Interference.

-2-

As I remain.

Very Truly Yours,

*Diana Torrejon*

DIANA L. TORREJON

1566 S. Brown Ave.
Tucson, Arizona 85710
702-498-0548
torrejon.mostoles1808@gmail.com

cc:  Ryley, Carlock and Applewhite
     State Bar of Arizona

-3-

June 27, 2012

Ryley, Carlock and Applewhite
Suite 1200
1 N. Central Ave
Phoenix, Arizona 85004
602-440-4800

<u>Hand-Delivered</u>

Re: **Joseph Torrejon (Deceased)   (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) and Georgia Pacific et al.**

Dear Kara Ricupero:

Following up on our telephone conversation a few weeks ago, please allow this letter to serve as a formal notice to *Ryley, Carlock and Applewhite*. The Law Firm *Motley, Rice LLC* of South Carolina no longer represents the legal interests of my father or his Estate. Neither does any other various co-counsels at this time.

Enclosed please find a copy of a Demand Letter dated June 17, 2012 which was sent by certified mail to Ron L. Motley or Joseph F. Rice and the Law Firm Motley, Rice LLC to *cease and desist* from *fraudulently* purporting to represent my late father in any capacity whatsoever.

Additionally, please forward any legal questions or correspondence directly to me regarding any matters currently pending before the (MDL 875) *Multi-District Litigation Court in the Eastern District of Pennsylvania* against Georgia Pacific, Standard Oil et al., until further notice.

Should you require any further clarification, please do not hesitate to contact me.

With kind regards, I remain

Very truly yours,

*Diana Torrejon*

Diana L. Torrejon

Personal Representative of Joseph Torrejon (Dec)
1566 S. Brown Ave
Tucson, Arizona 85710
(702) 498-0648
torrejon.mostoles1808@gmail.com


cc:     Motley Rice LLC
        State Bar of Arizona

October 18, 2012

Attention: Ron Motely and Joseph Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

RE: Cease and Desist Letter

Dear Motely/Rice:

It is with considerable regret after 20 years of your Law firm representing the interest of my late husband that I must ask you to discontinue to do so. It was to the best of my knowledge or understanding that your law firm along with various other lawyers had stopped representing my husband in 2004 after the trial in New Orleans ended.

However, amongst the latest allegations of continuing fraud, conflict of interest, breach of contract, Breach of trust, and breach of fiduciary duties and responsibilities made by my daughter, Diana Torrejon as the Personal Representative to my late husband Joseph Towers Torrejon and the Estate. Against your law firm Motely Rice llc., and various other co-counsels including but not limited to Ward Keenan and Barrett of Arizona.

Affective Immediately, please Cease and Desist from illegally representing myself, my late husband, or the heirs, in any capacity what so ever. Which means, currently against General Electric, Georgia Pacific, Standard Oil, Residential Capital, and/or in any United States Federal Bankruptcy Courts, United States Federal Territorial Courts, or United States Federal District Courts. Please respond directly to me within 5 days receipt of this letter your intent to do so. Failure to do so will result in further criminal and civil actions.

Very truly yours,

Christina Torrejon
*(signature)*

I Christina Torrejon depose and say under penalty of purjury that the above statements are true and correct to the best of my ability.
*(signature)*

CRISTINA A. JOHNSON
Notary Public - Arizona
Pima County
My Comm. Expires Jan 27, 20[--]

*(notary signature)*
Notary for State of AZ - Pima County
Oct 23, 2012

November 12, 2012 (Veteran's Day)

Certified Mail, Return Receipt Requested & USPS

Motley Rice LLC
John A. Baden IV
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

ATTENTION: Ron Motley, Joseph Rice; Ward Keenan & Barrett

Re: Asbestos matter: Joseph Torrejon, MRID #52855

Gentleman:

On Saturday November 10, 2012, I received two duplicated letters from your Law Firm Motley Rice LLC dated November 8, 2012 by certified mail, return receipt requested. Additionally, I received your phone messages dated November 1st and 2nd.

So; there is NO misunderstanding let me make this perfectly clear as to my intent and the purpose of my letter dated October 18, 2012 which said, "effective immediately" to "cease and desist" from illegally or fraudulently representing my late husband former U. S. Lieutenant Commander Joseph Towers Torrejón (dec) 8827, in ANY capacity whatsoever.

Which means, "effective immediately" your Law Firm Motley Rice, along with various other co-counsels including, Ward Keenan and Barrett are to "cease and desist" from illegally purporting to represent my late husband in ANY capacity. (Period)

In response to your letter Mr. Baden I advise your Law Firm along with Ward Keenan and Barrett to notify M. H. Detrick immediately that you NO longer represent the interests of my late husband.

Further, I suggest that Motley Rice direct M. H. Detrick or any other corporations or entities that have any questions or need further clarification directly to my daughter Diana Lee Torrejón the Personal Representative to my late husband and the Estate.

Additionally, please notify any other Defendants, Creditors, Debtors or third parties who have not yet emerged out of Bankruptcy that your Law Firm and Ward Keenan and Barrett NO longer represents the interests of my late husband, the Estate, myself as the surviving spouse, or any of the Heirs.

Once again, please respond directly to me within 5 days of receipt of this letter in writing your intent to comply with my requests. Failure to do so will result in further criminal and civil actions.

Very truly yours,

*Christina Torrejón*

Christina Torrejón

MELISSA M COLLINS
Notary Public, State of Arizona
Pima County
My Commission Expires
April 17, 2016

*Melissa M. Collins*
11/12/2012

cc: Ward Keenan and Barrett