Hearing Date: March 18, 2013

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Anthony Princi
Jamie A. Levitt

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR
APPROVAL OF THE RMBS SETTLEMENT AGREEMENTS**

**PLEASE TAKE NOTICE** that, on October 19, 2012, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* (the "<u>Motion</u>") [Docket No. 1887].

**PLEASE TAKE FURTHER NOTICE** that the evidentiary hearing on the Motion that was previously scheduled for January 14, 2013 at 9:00 a.m. (Prevailing Eastern Time) will commence before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling

ny-1067623

Green, New York, New York 10004 (the "Bankruptcy Court") on **March 18, 2013**, or as soon thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that the *Third Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* (the "Scheduling Order") [Docket No. 1926] filed on October 23, 2012, will be revised, including any objection deadlines, and filed with the Court on a later date.

Dated: November 29, 2012
   New York, New York

                /s/ Gary S. Lee
                Gary S. Lee
                Anthony Princi
                Jamie A. Levitt
                MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                New York, New York 10104
                Telephone: (212) 468-8000
                Facsimile: (212) 468-7900

                *Counsel for the Debtors and*
                *Debtors in Possession*

ny-1067623