MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, New York 10022
(212) 336-3500
John G. Moon
Claire L. Huene

*Attorneys for Triaxx Prime CDO 2006-1, LLC,*
*Triaxx Prime CDO 2006-2, LLC and*
*Triaxx Prime CDO 2007-1, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11 |

## DECLARATION OF CLAIRE L. HUENE

Claire L. Huene hereby declares under penalty of perjury:

1. I am a member of Miller & Wrubel P.C., counsel for the Triaxx entities. Capitalized terms herein have the same meaning as in Triaxx's Objection to the Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements [Doc. No. 2308].

2. Attached hereto as Exhibit A is a chart showing new defaults in Trusts holding vintage-2005 prime Loans, new defaults in Trusts holding vintage-2005 Alt-A ARM Loans, and the 12-Month Treasury Average Adjustable Rate Index.

3. Attached hereto as Exhibit B is a copy of the Federal Bureau of Investigation's Mortgage Fraud Report for 2006.

4. Attached hereto as Exhibit C is a copy of the RMFSI 2006-S8 Assignment and Assumption Agreement.

5. Attached hereto as Exhibit D is a copy of the RASC 2005-EMX3 Assignment and Assumption Agreement.

6. Attached hereto as Exhibit E is a copy of a chart showing the outcome of mortgage insurance ("MI") claims for Loans securitized by the Debtors, entitled "GMAC ResCap MI Claims."

Dated: November 29, 2012

                                                /s/   Claire L. Huene
                                                   CLAIRE L. HUENE