# EXHIBIT E

## GMAC ResCap MI Claims
- Public Deals (All Vintages)

|  | Number of MI Claims | | | |
| --- | --- | --- | --- | --- |
| Deal Type | Paid | Denied | Total | % Denied |
| Prime | 82 | 63 | 145 | 43.45% |
| Alt-A | 1,229 | 368 | 1,597 | 23.04% |
| Subprime | 16,126 | 1,190 | 17,316 | 6.87% |
| Mixed | 77 | 5 | 82 | 6.10% |
| High LTV | 186 | 9 | 195 | 4.62% |
| Grand Total | 17,700 | 1,635 | 19,335 | 8.46% |

Data source: GMAC ResCap Vision website, "LPMI Claims - 11/12.xls"