UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                              Case No. 12-12039-MG

HOME CONNECTS LENDING SERVICES,                     Chapter 13
LLC

                Debtor(s).                          Honorable Martin Glenn
_____/

                                                    Jointly Administered
                                                    u/ # 12-12020
           **WITHDRAWAL OF CLAIM**

The State of Michigan, Department of Treasury's Proof of Claim filed as Unsecured Claim No. 423, in the amount of $6,770.00 (six thousand seven hundred seventy and xx / 100 dollars), dated August 21, 2012, is hereby withdrawn.

                                    BILL SCHUETTE
                                    Attorney General

                                    /s/ Juandisha M. Harris
                                    Juandisha M. Harris  (P62978)
                                    Assistant Attorney General
                                    Cadillac Place, Ste. 10-200
                                    3030 W. Grand Blvd.
                                    Detroit, MI  48202
                                    Telephone:  (313) 456-0140
                                    E-mail: harrisj12@michigan.gov

Dated:  November 29, 2012