UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:

HOME CONNECTS LENDING SERVICES, LLC,

        Debtor(s).
_____/

Case No. 12-12039-MG

Chapter 13

Honorable Martin Glenn

## PROOF OF SERVICE

The undersigned certifies that on November 29, 2012, a copy of the Withdrawal of Priority Proof of Claim #422 and Withdrawal of Unsecured Proof of Claim #423, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Larren M. Nashelsky
Morrison & Foerster, LLP
1290 Ave. of the Americas
New York, NY 10104

Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

*/s/ Patricia A. Klein*
Patricia A. Klein
Legal Secretary
Juandisha M. Harris (P62978)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: harrisj12@michigan.gov

Dated: November 29, 2012