UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

| | |
|---|---|
| In Re: | Case No. 12-12039-MG |
| HOME CONNECTS LENDING SERVICES, LLC | Chapter 13 |
| Debtor(s). | Honorable Martin Glenn |

_____/

### **WITHDRAWAL OF CLAIM**

Jointly Administered
u/ #  _12-12020_

The State of Michigan, Department of Treasury's Proof of Claim filed as Priority Claim

No. 422, in the amount of $10,962.68 (ten thousand nine hundred sixty-two and 68 / 100

dollars), dated August 21, 2012, is hereby withdrawn.


BILL SCHUETTE
Attorney General

*/s/ Juandisha M. Harris*
Juandisha M. Harris  (P62978)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail: harrisj12@michigan.gov

Dated:  November 29, 2012