UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                              Case No. 12-12039-MG

HOME CONNECTS LENDING SERVICES,                     Chapter 13
LLC,

                    Debtor(s).                      Honorable Martin Glenn

_____ /

### PROOF OF SERVICE

The undersigned certifies that on November 29, 2012, a copy of the Withdrawal of Priority Proof of Claim #422 and Withdrawal of Unsecured Proof of Claim #423, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:


Larren M. Nashelsky                    Kurtzman Carson Consultants, LLC
Morrison & Foerster, LLP               2335 Alaska Avenue
1290 Ave. of the Americas              El Segundo, CA  90245
New York, NY  10104


                                       */s/ Patricia A. Klein*
                                       Patricia A. Klein
                                       Legal Secretary
                                       Juandisha M. Harris  (P62978)
                                       Cadillac Place, Ste. 10-200
                                       3030 W. Grand Blvd.
                                       Detroit, MI  48202
                                       Telephone:  (313) 456-0140
                                       E-mail:  harrisj12@michigan.gov


Dated:  November 29, 2012