MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that the Court has scheduled the following omnibus hearing date in the above-captioned proceedings:

**January 16, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

Dated: November 30, 2012
       New York, New York

                                         /s/ Gary S. Lee
                                         Gary S. Lee
                                         Lorenzo Marinuzzi
                                         MORRISON & FOERSTER LLP
                                         1290 Avenue of the Americas
                                         New York, New York 10104
                                         Telephone: (212) 468-8000
                                         Facsimile: (212) 468-7900

                                         *Counsel for the Debtors and*
                                         *Debtors in Possession*

ny-1067871