*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

<u>**SENIOR LIEN STAY RELIEF QUESTIONNAIRE**</u>

This questionnaire is to be completed by any party (the "<u>Requesting Party</u>") requesting stay relief (each, a "<u>Request</u>") to foreclose on a mortgage or security interest (the "<u>Senior Mortgage</u>") on property (the "<u>Property</u>") in which Residential Capital, LLC, *et al.* (the "<u>Debtors</u>") hold a subordinate interest, and served on the parties listed below.

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Address of the Property that is the subject of the Request:

1965 Jamie Drive

Findlay, OH 45840

2.    Name of the borrower under the Senior Mortgage:

Beth A. Beach

3.    Nature of the Debtors' interest in the Property (to be supported by a title or foreclosure report reflecting such liens or interests and attached to this Questionnaire):

Real Property -1965 Jamie Drive, Findlay, OH 45840

4.    Name and contact information of party that owns the Senior Mortgage (the "<u>Senior Holder</u>"):

Wells Fargo Delaware Trust Company, N.A.

as trustee for Vericrest Opportunity Loan Trust

2011-NPL1

1

5.    If the Requesting Party is different from the Senior Holder:

(a) Name and contact information of Requesting Party:

Vericrest Financial, Inc.

_____

(b) Nature of Requesting Party's interest in the Property:

Recorded Mortgage/Deed of Trust

_____

(c) Capacity in which the Request is made (i.e., servicer, etc.):

Servicing Agent for Secured Creditor

_____

6.    Description of any other known liens on the Property (including the holder of such liens):

Residential Capital, LLC - holds a subordinate

mortgage on the premises.

_____

_____

7.    Value of the Property on which the foreclosure bid is based (to be supported by an appraisal or broker price opinion (in each case conducted within the ninety (90) days preceding the date of the Questionnaire), or other documentation of value reasonably acceptable to the Debtors or other documentation of value reasonably acceptable to the Debtors and attached to this Questionnaire):

$ 118,000.00

_____

8.    Total indebtedness attributable to the Senior Lien, including unpaid principal balance, outstanding corporate advances and legal fees (to be supported by documentation attached to this Questionnaire):

$ 118,075.32

_____

2

9.    Description of the default under the Senior Lien (i.e., timing and nature of default, including date and amount of last payment, contractual payment amount outstanding, and length and amount of arrearage):

Date last payment was received: 11/16/2009

Debtor due for 12/01/2009 payment in the amount

of $645.62.

10.   Court in which the foreclosure action with respect to the Senior Mortgage is pending or in which the Requesting Party proposes to bring the action (and, if applicable, the case name and number, together with copies of any relevant documents filed in the First Lien Foreclosure Action):

In the Court of Common Pleas, Hancock

County, Ohio

11.   Description of any loss mitigation efforts undertaken by or on behalf of the Senior Holder with respect to the Senior Mortgage within the previous twelve (12) months:

In December of 2011, a HAMP loss mitigation

package was reviewed for a loan modification.

**I hereby certify that (a) I am authorized to submit this Request on behalf of the Requesting Party, and (b) the foregoing is true and correct to the best of my knowledge and belief.**

Date:    November 30, 2012

Name:    Jordan  S.  Katz, Esq.

Title:    Attorney for Creditor

3

**UPON COMPLETION, PLEASE REMIT THIS QUESTIONNAIRE, TOGETHER WITH
COPIES OF ANY SUPPORTING DOCUMENTATION, TO THE FOLLOWING
PARTIES:**

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Melody Wright

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq. and
        Michael Driscoll, Esq.

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn:  Norman S. Rosenbaum
        James Newton, and
        Erica J. Richards

Kramer Levin, Naftalis & Frankel LLP
Counsel for the Committee
1177Avenue of the Americas
New York, New York 10036
Attn: Elise Frejka and Douglas Mannal

Any other party of which the Requesting Party
is aware that holds or claims to hold an interest
in the Property.

4