# **AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

Eleni Kakos being duly sworn, deposes and says:

That I am not a party to this action and maintain an office at 395 N Service Rd, Suite 401, Melville, New York 11747.

On November 30, 2012 I served a true copy of the **SENIOR LIEN STAY RELIEF QUESTIONNAIRE** by regular mail, mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   **Residential Capital, LLC**
      1100 Virginia Dr.
      Ft. Washington, Pennsylvania 19034
      **Attn: Melody Wright**

      **Morrison & Foerster, LLP**
      1290 Avenue of the Americas
      New York, NY 10104
      **Attn: Norman S. Rosenbaum,**
           **James Newton, and**
           **Erica J. Richards**

      **Office of the United States Trustee**
      33 Whitehall Street, 21 Floor
      New York, NY 10004
      **Attn: Brian Masumoto, Esq. and**
           **Michael Driscoll, Esq.**

      **United States Trustee**
      32 Whitehall Street, 21 Floor
      New York, NY 10004

                                                              /s/ Eleni Kakos
                                                              Eleni Kakos

Sworn to before me on
November 30, 2012

  /s/ Lauren Currie
Lauren Currie
Notary Public, State of New York,
No. 02CU6236645
Qualified in Suffolk County
Commission Expires March 7, 2015