| | |
|---|---|
| WENIG SALTIEL LLP<br>26 Court Street, Suite 1200<br>Brooklyn, New York 11242<br>(718)797-5700<br>Jeffrey L. Saltiel<br>Jsaltiel@LTattorneys.com<br>Counsel for Med&G Group, LP | Hearing Date and Time: January 29, 2013 at 10:00 AM<br>Objection Deadline: December 4, 2012 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL LLC, et. al. | : | |
| | : | Case No. 12-12020 (MG) |
| Debtors. | : | |
| | : | (Jointly Administered) |
| _____ | : | |

## CERTIFICATION OF SERVICE

JEFFREY L. SALTIEL, of full age hereby affirms as follows:

1. I am a partner with the law firm of Wenig Saltiel LLP, attorneys for Med&G Group, LP, the movant in this matter. I am fully familiar with the facts and circumstances stated herein.

2. On November 28, 2012, I caused the copies of the following documents to be served upon parties listed on the Special Service List (attached hereto as **Exhibit "A"**), as defined in the *Order Establishing Certain Notice, Case Management and Administrative Procedures*, Document No. 141 (the "Case Management Order") paragraph 2, via electronic mail and regular mail:

    i. Notice of motion of Med&G Group, LP for an Order pursuant to Section 362(d) of the Bankruptcy Code Modifying the Automatic

    Stay to permit Movant to proceed to trial before California Superior Court.

  ii. Affirmation in Support of motion of Med&G Group, LP for an Order pursuant to Section 362(d) of the Bankruptcy Code modifying the Automatic Stay to permit Movant to proceed to trial before California Superior Court.

  iii. Affidavit of Brian Burke in support of motion of Med&G Group, LP for an Order pursuant to Section 362(d) of the Bankruptcy Code modifying the Automatic Stay to permit Movant to proceed to trial before California Superior Court.

  iv. Proposed Order modifying the Automatic Stay.

(the "Motion").

3. On November 28, 2012 I caused the copies of the motion to be served upon parties listed on the General Service List (attached hereto as **Exhibit "B"**), as defined in the Case Management Order, paragraph 43, via electronic mail:

4. On November 29, 2012 , I caused to be served copies of the Motion via regular mail upon the following parties, pursuant to Paragraph 6(b) of the Case Management Order:

GMAC Mortgage Corporation
c/o Alex Sears, Esq.
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111


ETS Services, LLC
c/o Alex Sears, Esq.
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111


Hitoshi & Wakana Inoue
c/0 Thomas P. Kelly III
50 Old Courthouse Square, Suite 609
Santa Rosa, California 95404


I certify that the foregoing statements made by me are true. I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.


Dated: November 29, 2012
      Brooklyn, New York

    s/ Jeffrey L. Saltiel
Jeffrey L. Saltiel, Esq.