# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/05/12 |
| One Meridian Crossings | Submitted by J C Lynch |
| Minneapolis, MN 55423 | Direct Dial 757-687-7765 |
| | Invoice No. 1452588 |
| | File No. 040540.000007 |
| | Claim/Client File No. 724922 |

**RE:    (WV) Rexyall Wade & Deanna Wade**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 08/31/12 | $569.00 |
| **Total Amount of This Invoice** | **$569.00** |

Exhibit 2

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/05/12
Invoice Number 1452588
File No. 040540.000007
Claim/Client File No. 724922
Page 2

GMAC ResCap

(WV) Rexyall Wade & Deanna Wade

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | JEM | L210 | Revise and finalize Motion to Stay for filing with client approval | 0.6 | 219.00 |
| 08/02/12 | ERD | L210 | Finalize Answer on behalf of BONYM for filing | 0.5 | 60.00 |
| 08/02/12 | ERD | L210 | Draft and revise Motion to stay using MoFo comments and prepare exhibits to same | 1.2 | 144.00 |
| 08/06/12 | JEM | L210 | Revise and finalize proposed order for court entry regarding Motion to Stay Per Bankruptcy | 0.4 | 146.00 |
| | | | Totals | 2.7 | 569.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.7 | 120.00 | 204.00 |
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/05/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452588 |
| File No. | 040540.000007 |
| Claim/Client File No. | 724922 |

RE:    (WV) Rexyall Wade & Deanna Wade

**Total Amount of This Invoice**          $569.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/05/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452631 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

RE:    **(WV) advs Marvin & Janet L. Looney**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $787.00 |
| **Total Amount of This Invoice** | **$787.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 10/05/12
Invoice Number 1452631
File No. 040540.000033
Claim/Client File No. 720446
Page 2

GMAC ResCap

(WV) advs Marvin & Janet L. Looney

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/02/12 | ERD | L210 | Draft and revise Motion to Stay and using comments from MoFo and prepare exhibits to same | 1.0 | 120.00 |
| 08/03/12 | JEM | L210 | Revise and finalize motions to stay with client approval | 0.8 | 292.00 |
| 08/06/12 | JEM | L210 | Revise and finalize proposed order for court entry regarding Motion to Stay Per Bankruptcy | 0.4 | 146.00 |
| 08/10/12 | ERD | L210 | Revise Answer for service | 0.4 | 48.00 |
| 08/13/12 | ERD | L210 | Case assessment regarding Motion to Stay | 0.3 | 36.00 |
| 08/20/12 | ERD | L210 | Draft Notice of Hearing on Motion to Stay | 0.2 | 24.00 |
| 08/20/12 | ERD | L110 | Telephone conference with Judge's chambers regarding hearing date | 0.2 | 24.00 |
| 08/20/12 | ERD | L210 | Draft correspondence to clerk enclosing motion to stay | 0.2 | 24.00 |
| 08/29/12 | JEM | L110 | Telephone conference with client regarding orders granting Motion to Stay | 0.2 | 73.00 |
| | | | Totals | 3.7 | 787.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 2.3 | 120.00 | 276.00 |
| JEM | Manning | Partner | 1.4 | 365.00 | 511.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/05/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452631 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

RE:     (WV) advs Marvin & Janet L. Looney

**Total Amount of This Invoice**                    $787.00

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/07/12 |
| Attn: Joe Edlund | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452906 |
| | File No. | 040540.000304 |
| | Claim/Client File No. | 723903 |

**RE:    advs. Pruett, Franklin M.**

Fees for Professional Services Rendered Through 08/31/12        $1,050.50

**Total Amount of This Invoice**        **$1,050.50**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 10/07/12
Invoice Number 1452906
File No. 040540.000304
Claim/Client File No. 723903
Page 2

GMAC ResCap

advs. Pruett, Franklin M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/01/12 | ESF | L190 | Prepare strategy to respond to plaintiff's request for mediation | 0.2 | 46.00 |
| 08/06/12 | ESF | L190 | Prepare letter to opposing counsel regarding bankruptcy stay and effect on mediation | 1.6 | 368.00 |
| 08/07/12 | ESF | L190 | Revise letter to plaintiff's counsel regarding bankruptcy stay | 0.4 | 92.00 |
| 08/07/12 | ESF | L190 | Correspondence to client regarding draft letter to Plaintiff's counsel regarding bankruptcy stay | 0.1 | 23.00 |
| 08/07/12 | JEM | L110 | Revise letter regarding automatic stay preventing mediation | 0.4 | 146.00 |
| 08/07/12 | JEM | L110 | Correspond with client regarding automatic stay preventing mediation | 0.2 | 73.00 |
| 08/09/12 | JEM | L110 | Revise letter responding to mediation request and imposing stay | 0.3 | 109.50 |
| 08/09/12 | JEM | L110 | Correspond with client regarding mediation request and imposition of stay | 0.2 | 73.00 |
| 08/09/12 | JCL | L190 | Telephone call with Christine Buen regarding mediation | 0.3 | 120.00 |
| | | | Totals | 3.7 | 1,050.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 2.3 | 230.00 | 529.00 |
| JCL | Lynch | Partner | 0.3 | 400.00 | 120.00 |
| JEM | Manning | Partner | 1.1 | 365.00 | 401.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Joe Edlund
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/07/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452906 |
| File No. | 040540.000304 |
| Claim/Client File No. | 723903 |

**RE:    advs. Pruett, Franklin M.**

**Total Amount of This Invoice**                     $1,050.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date 10/08/12 |
| One Meridian Crossings | Submitted by J C Lynch |
| Minneapolis, MN 55423 | Direct Dial 757-687-7765 |
| | Invoice No. 1446790 |
| | File No. 040540.000086 |
| | Claim/Client File No. 728771 |

RE:    (GA) Roberts, Lenworth L.

Fees for Professional Services Rendered Through 08/31/12                    $362.00

**Total Amount of This Invoice**          **$362.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1446790
File No. 040540.000086
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/09/12 | MJW | L120 | Review case file to assess impact of Reese decision; make recommendation regarding strategy | 0.3 | 82.50 |
| 08/09/12 | MJW | L120 | Review case file to assess impact of Reese decision; make recommendation regarding strategy | 0.3 | 82.50 |
| 08/23/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding proposed resolution of case through loan modification | 0.3 | 87.00 |
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 1.3 | 362.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| MJW | Windham | Associate | 1.0 | 275.00 | 275.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia

ACH/ABA #061000227

WIRE/ABA #121000248

To Credit Troutman Sanders LLP

Operating Account #2052700305792

Reference Attorney: J C Lynch

Reference Client: 040540

From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap

Attn: David G. Hagens, Esq., Associate Counsel

One Meridian Crossings

Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446790 |
| File No. | 040540.000086 |
| Claim/Client File No. | 728771 |

**RE:** (GA) Roberts, Lenworth L.

**Total Amount of This Invoice** $362.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1446791 |
| | File No. 040540.000179 |
| | Claim/Client File No. 708378 |

**RE:    (GA) Rainey, Deidrenne and Esell**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 08/31/12 | $733.00 |
| **Total Amount of This Invoice** | **$733.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1446791
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/07/12 | AJR | L250 | Receive and review plaintiffs' second motion to withdraw as counsel; email to client regarding same | 0.1 | 28.50 |
| 08/07/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding opposing counsel's second Motion to Withdraw as Counsel | 0.1 | 29.00 |
| 08/07/12 | ABP | L210 | Review Motion to Withdraw as Counsel filed by opposing counsel | 0.1 | 29.00 |
| 08/09/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.2 | 55.00 |
| 08/09/12 | MJW | L120 | Make recommendation regarding strategy | 0.1 | 27.50 |
| 08/23/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/30/12 | AJR | L250 | Receive and review notice of pretrial hearing and analyze strategy for same | 0.4 | 114.00 |
| 08/30/12 | ABP | L120 | Develop litigation and settlement strategies | 0.1 | 29.00 |
| 08/31/12 | AJR | L120 | Analyze case strategy in light of scheduled pretrial conference | 0.1 | 28.50 |
| 08/31/12 | AJR | L250 | Receive and review order denying opposing counsel's motion to withdraw | 0.2 | 57.00 |
| 08/31/12 | AJR | L120 | Analyze case and pretrial strategy | 0.1 | 28.50 |
| 08/31/12 | AJR | L160 | Email to opposing counsel regarding submitting financial package | 0.1 | 28.50 |
| 08/31/12 | AWL | L310 | Consider and comment on case strategy and review orders denying counsel's withdrawal and setting pretrial conference | 0.2 | 90.00 |
| 08/31/12 | ABP | L120 | Develop strategies for pretrial conference and trial | 0.1 | 29.00 |
| 08/31/12 | ABP | L450 | Plan and prepare for pretrial conference | 0.1 | 29.00 |
| | | | Totals | 2.7 | 733.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1446791
File No. 040540.000179
Claim/Client File No. 708378
Page 3

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|----------|------------|-------|--------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| AJR | Reyes | Associate | 1.0 | 285.00 | 285.00 |
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446791 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**          $733.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452717 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:    **(WV)  advs. Bennett, Colin, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $1,033.00 |
| **Total Amount of This Invoice** | **$1,033.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452717
File No. 040540.000046
Claim/Client File No. 694624
Page 2

GMAC ResCap

(WV)  advs. Bennett, Colin, et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/13/12 | JEM | L110 | Attend scheduling conference and hearing on bankruptcy stay | 0.8 | 292.00 |
| 08/13/12 | JEM | L110 | Update and prepare client on new deadlines and trial | 0.4 | 146.00 |
| 08/14/12 | JEM | L450 | Revise Order setting pretrial and trial deadlines | 0.2 | 73.00 |
| 08/14/12 | ERD | L210 | Draft Order setting new trial date | 0.3 | 36.00 |
| 08/14/12 | ERD | L210 | Draft letter to Court enclosing proposed order | 0.2 | 24.00 |
| 08/14/12 | ERD | L190 | Review letter from Greg Klein noticing his appearance on behalf of equitable trust | 0.2 | 24.00 |
| 08/20/12 | JEM | L450 | Correspond with client regarding preparation of corporate witness for trial | 0.2 | 73.00 |
| 08/20/12 | JEM | L110 | Prepare status update for client | 0.2 | 73.00 |
| 08/22/12 | JEM | L160 | Negotiate settlement with opposing counsel and correspond with client regarding same | 0.3 | 109.50 |
| 08/23/12 | JEM | L160 | Negotiate settlement with client and opposing counsel | 0.3 | 109.50 |
| 08/29/12 | JEM | L110 | Telephone conference with client regarding orders granting Motion to Stay | 0.2 | 73.00 |
| | | | Totals | 3.3 | 1,033.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.7 | 120.00 | 84.00 |
| JEM | Manning | Partner | 2.6 | 365.00 | 949.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452717 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:    (WV)  advs. Bennett, Colin, et al.

**Total Amount of This Invoice**            $1,033.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452721 |
| File No. | 040540.000089 |

RE:    **(GA) Krause, Mark Barrett**

**Total Amount of This Invoice**          **$0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 10/08/12
Invoice Number 1452721
File No. 040540.000089
Page 2

GMAC ResCap

(GA) Krause, Mark Barrett

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| | Total: | 0.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452721 |
| File No. | 040540.000089 |

RE:    (GA) Krause, Mark Barrett

**Total Amount of This Invoice**                                    $0.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452751 |
| | File No. 040540.000074 |
| | Claim/Client File No. 698459 |

**RE:    (GA) Gude, Thandiwe & Derrick**

Fees for Professional Services Rendered Through 08/31/12      $165.00

**Total Amount of This Invoice**      **$165.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452751
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L190 | Review case file to assess impact of Reese decision; make recommendation regarding strategy | 0.3 | 82.50 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 0.6 | 165.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452751 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

RE:    (GA) Gude, Thandiwe & Derrick

**Total Amount of This Invoice**                          $165.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ────── TROUTMAN SANDERS LLP ──────

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452791 |
| | File No. 040540.000098 |
| | Claim/Client File No. 694256 |

---

**RE:    (GA) Howard, Matthew W.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $1,831.50 |
| **Total Amount of This Invoice** | **$1,831.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452791
File No. 040540.000098
Claim/Client File No. 694256
Page 2

GMAC ResCap

(GA) Howard, Matthew W.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.2 | 55.00 |
| 08/02/12 | MJW | L120 | Make recommendation regarding strategy | 0.2 | 55.00 |
| 08/17/12 | AJR | L240 | Receive and review order denying plaintiff's motion for reconsideration and analyze same | 0.5 | 142.50 |
| 08/17/12 | MJW | L120 | Review order | 0.2 | 55.00 |
| 08/17/12 | MJW | L120 | Review and respond to email correspondence regarding order | 0.1 | 27.50 |
| 08/20/12 | AJR | L210 | Review and analyze order denying motion for reconsideration | 0.1 | 28.50 |
| 08/20/12 | AWL | L120 | Review order denying reconsideration | 0.1 | 45.00 |
| 08/20/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 08/21/12 | MJW | L210 | Review and respond to email correspondence regarding motion for summary judgment order | 0.2 | 55.00 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/22/12 | ABP | L110 | Review correspondence from client Katie Dutill regarding case status | 0.1 | 29.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/24/12 | AJR | L240 | Email to client regarding order denying motion for reconsideration | 0.1 | 28.50 |
| 08/24/12 | AJR | L120 | Research regarding appealing motion to reconsider | 0.4 | 114.00 |
| 08/24/12 | AJR | L240 | Email to counsel for MERS regarding order denying motion for reconsideration | 0.1 | 28.50 |
| 08/24/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Order Denying Plaintiff's Motion for Reconsideration of Summary Judgment | 0.1 | 29.00 |
| 08/24/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding entry of Order Denying Plaintiff's Motion for Reconsideration of Summary | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452791
File No. 040540.000098
Claim/Client File No. 694256
Page 3

GMAC ResCap

(GA) Howard, Matthew W.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | Judgment | | |
| 08/24/12 | MJW | L210 | Conference with Alex Reyes regarding deadlines | 0.1 | 27.50 |
| 08/24/12 | AJR | L120 | Calendar deadline for same | 0.3 | 85.50 |
| 08/25/12 | ABP | L210 | Review Court Order and Opinion denying Plaintiff's Motion for Reconsideration of summary judgment in favor of defendants | 0.8 | 232.00 |
| 08/27/12 | AJR | L240 | Email to dispossessory counsel regarding ruling on motion for reconsideration | 0.1 | 28.50 |
| 08/27/12 | AJR | L190 | Emails with client regarding ruling on motion for reconsideration and requesting bond on appeal | 0.2 | 57.00 |
| 08/27/12 | AJR | L120 | Legal research regarding requesting bond on appeal | 0.3 | 85.50 |
| 08/27/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding appeal bond and appellate strategies | 0.2 | 58.00 |
| 08/27/12 | ABP | L120 | Review correspondence exchanged with counsel for MERS regarding case status and appellate strategies | 0.1 | 29.00 |
| 08/27/12 | ABP | L120 | Develop appellate strategies | 0.1 | 29.00 |
| 08/27/12 | MJW | L120 | Research bond requirements pending appeal per client request | 0.9 | 247.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding bond requirements pending appeal | 0.3 | 82.50 |
| | | | Totals | 6.6 | 1,831.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| ABP | Pittman | Associate | 1.5 | 290.00 | 435.00 |
| AJR | Reyes | Associate | 2.1 | 285.00 | 598.50 |
| MJW | Windham | Associate | 2.4 | 275.00 | 660.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452791 |
| File No. | 040540.000098 |
| Claim/Client File No. | 694256 |

RE:    (GA) Howard, Matthew W.

**Total Amount of This Invoice**                    $1,831.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452795 |
| | File No. | 040540.000102 |
| | Claim/Client File No. | 720750 |

**RE:    (GA) Sampson, Rodney**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $110.00 |
| **Total Amount of This Invoice** | **$110.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452795
File No. 040540.000102
Claim/Client File No. 720750
Page 2

GMAC ResCap

(GA) Sampson, Rodney

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 0.4 | 110.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452795 |
| File No. | 040540.000102 |
| Claim/Client File No. | 720750 |

RE:    (GA) Sampson, Rodney

**Total Amount of This Invoice**                    $110.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ⸻ Troutman Sanders LLP ⸻

Attorneys at Law
A Limited Liability Partnership
Federal ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452809 |
| | File No. 040540.000104 |
| | Claim/Client File No. 695250 |

**RE:    (GA)  Peter B. Mancuso**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 08/31/12 | $311.50 |
| **Total Amount of This Invoice** | **$311.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA)  Peter B. Mancuso

Invoice Date 10/08/12
Invoice Number 1452809
File No. 040540.000104
Claim/Client File No. 695250
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.1 | 27.50 |
| 08/02/12 | MJW | L120 | Make recommendation regarding strategy | 0.1 | 27.50 |
| 08/06/12 | MJW | L120 | Update chart to close out case | 0.1 | 27.50 |
| 08/22/12 | AJR | L210 | Receive and review plaintiff's response to defendants' | 0.3 | 85.50 |
| 08/22/12 | AJR | L210 | Email to client regarding plaintiff's response to defendants' supplemental motion to cancel lis pendens | 0.1 | 28.50 |
| 08/22/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's response to Supplemental Motion to Cancel Lis Pendens | 0.1 | 29.00 |
| 08/22/12 | ABP | L210 | Review Plaintiff's Brief in Response to Supplemental Motion to Cancel Lis Pendens | 0.1 | 29.00 |
| 08/22/12 | AJR | L210 | Supplemental motion to cancel lis pendens | 0.1 | 28.50 |
| 08/22/12 | AJR | L210 | Check docket regarding same; update case chart | 0.1 | 28.50 |
| | | | Totals | 1.1 | 311.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452809 |
| File No. | 040540.000104 |
| Claim/Client File No. | 695250 |

RE:     (GA)  Peter B. Mancuso

**Total Amount of This Invoice**                                    $311.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

| Payment Remittance Address | Office Address |
|---|---|
| Troutman Sanders LLP | 222 Central Park Avenue |
| P.O. Box 933652 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | Virginia Beach, VA 23462 |

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452811 |
| | File No. | 040540.000107 |
| | Claim/Client File No. | 690612 |

**RE:    (GA) Steed, Ellery**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $48.00 |
| **Total Amount of This Invoice** | **$48.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452811
File No. 040540.000107
Claim/Client File No. 690612
Page 2

GMAC ResCap

(GA) Steed, Ellery

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| | | | Totals | 0.4 | 48.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452811 |
| File No. | 040540.000107 |
| Claim/Client File No. | 690612 |

**RE:**    (GA) Steed, Ellery

**Total Amount of This Invoice**                    $48.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452815 |
| File No. | 040540.000112 |
| Claim/Client File No. | 687488 |

**RE:    (GA) Evans, Neville E., et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $165.00 |
| **Total Amount of This Invoice** | **$165.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Evans, Neville E., et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision; make recommendation regarding strategy | 0.3 | 82.50 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 0.6 | 165.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |