# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452815 |
| File No. | 040540.000112 |
| Claim/Client File No. | 687488 |

RE:    (GA) Evans, Neville E., et al.

**Total Amount of This Invoice**                          $165.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452856 |
| | File No. | 040540.000123 |
| | Claim/Client File No. | 718235 |

**RE:    (GA) Madzimoyo, Wekesa O.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $357.50 |
| Costs and Expenses Through 08/31/12 | $26.44 |
| **Total Amount of This Invoice** | **$383.94** |

IN ACCOUNT WITH

Invoice Date 10/08/12
Invoice Number 1452856
File No. 040540.000123
Claim/Client File No. 718235
Page 2

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Make recommendation regarding strategy | 0.4 | 110.00 |
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.5 | 137.50 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 1.3 | 357.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 1.3 | 275.00 | 357.50 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269974 DATE: 7/27/2012 Date: 07/25/2012; Job Code: REYES; To: TROUTMAN SANDERS LLP | 26.44 |
| | Total: | 26.44 |
| | Total Fees & Costs: | $383.94 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452856 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    (GA) Madzimoyo, Wekesa O.

**Total Amount of This Invoice**                    $383.94

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452857 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

**RE:    (WV) Posey, Janet M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $547.50 |
| **Total Amount of This Invoice** | **$547.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452857
File No. 040540.000127
Claim/Client File No. 682623
Page 2

GMAC ResCap

(WV) Posey, Janet M.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/09/12 | JEM | L110 | Revise settlement agreement with client approval | 0.5 | 182.50 |
| 08/13/12 | JEM | L110 | Negotiate settlement terms with opposing counsel and client | 0.3 | 109.50 |
| 08/29/12 | JEM | L120 | Status update with client and recommend execution of settlement | 0.3 | 109.50 |
| 08/30/12 | JEM | L160 | Negotiate settlement and correspond with client and opposing counsel regarding same | 0.4 | 146.00 |
| | | | Totals | 1.5 | 547.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 1.5 | 365.00 | 547.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452857 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

RE:     (WV) Posey, Janet M.

**Total Amount of This Invoice**          $547.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Attorneys at Law
A Limited Liability Partnership
Federal ID No. 58-0946915

Billing Inquiries:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

|  |  |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452859 |
|  | File No. 040540.000136 |
|  | Claim/Client File No. 696557 |

RE:    **(WV) Lester, Donna F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $401.00 |
| **Total Amount of This Invoice** | **$401.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452859
File No. 040540.000136
Claim/Client File No. 696557
Page 2

GMAC ResCap

(WV) Lester, Donna F.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/15/12 | JEM | L160 | Correspond with opposing counsel regarding stay of litigation | 0.2 | 73.00 |
| 08/17/12 | JEM | P500 | Negotiate stay issues with opposing counsel | 0.2 | 73.00 |
| 08/17/12 | JEM | L110 | Correspond with client regarding indemnification agreement with investor | 0.1 | 36.50 |
| 08/17/12 | ERD | L190 | Case assessment regarding status of case post bankruptcy stay | 0.2 | 24.00 |
| 08/20/12 | JEM | L110 | Correspond with client regarding investors contracts and indemnification obligation clauses | 0.1 | 36.50 |
| 08/20/12 | JEM | L120 | Prepare argument for hearing | 0.2 | 73.00 |
| 08/20/12 | ERD | L110 | Case assessment regarding GMAC contracts with investors | 0.1 | 12.00 |
| 08/29/12 | JEM | L110 | Telephone conference with client regarding repurchase and potential claims | 0.2 | 73.00 |
| | | | Totals | 1.3 | 401.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 1.0 | 365.00 | 365.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Location:**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452859 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

RE:    (WV) Lester, Donna F.

**Total Amount of This Invoice**              $401.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452860 |
| | File No. | 040540.000145 |
| | Claim/Client File No. | 698808 |

**RE:    (GA) Ramsey, Joseph A.**

Fees for Professional Services Rendered Through 08/31/12                        $48.00

**Total Amount of This Invoice**            **$48.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452860
File No. 040540.000145
Claim/Client File No. 698808
Page 2

GMAC ResCap

(GA) Ramsey, Joseph A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/23/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| | | | Totals | 0.4 | 48.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452860 |
| File No. | 040540.000145 |
| Claim/Client File No. | 698808 |

RE:    (GA) Ramsey, Joseph A.

**Total Amount of This Invoice**        $48.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452861 |
| File No. | 040540.000147 |
| Claim/Client File No. | 719681 |

RE:     (GA) Joseph, Sean

Fees for Professional Services Rendered Through 08/31/12                $48.00

**Total Amount of This Invoice**        **$48.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452861
File No. 040540.000147
Claim/Client File No. 719681
Page 2

GMAC ResCap

(GA) Joseph, Sean

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/23/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| | | | Totals | 0.4 | 48.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452861 |
| File No. | 040540.000147 |
| Claim/Client File No. | 719681 |

RE:    (GA) Joseph, Sean

**Total Amount of This Invoice**                $48.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452863 |
| | File No. | 040540.000162 |
| | Claim/Client File No. | 700869 |

**RE:    (GA) Williams, G. Anne**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $1,218.00 |
| **Total Amount of This Invoice** | **$1,218.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452863
File No. 040540.000162
Claim/Client File No. 700869
Page 2

GMAC ResCap

(GA) Williams, G. Anne

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/27/12 | AJR | L190 | Review and analyze status of case and status of borrower's bankruptcy at request of client | 0.6 | 171.00 |
| 08/27/12 | AJR | L190 | Email to foreclosure counsel regarding status of case and status of borrower's bankruptcy | 0.1 | 28.50 |
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/27/12 | MJW | L120 | Telephone conference regarding borrower's bankruptcy status | 0.2 | 55.00 |
| 08/27/12 | MJW | L120 | Research regarding borrower's bankruptcy status | 0.7 | 192.50 |
| 08/29/12 | AJR | L190 | Email with client regarding request for original note | 0.1 | 28.50 |
| 08/29/12 | MRB | L250 | Research payment and litigation history issues and communicate with Mark Windham and Frank Olson regarding same | 1.2 | 330.00 |
| 08/29/12 | MJW | L120 | Review and respond to email correspondence regarding original note issue for client | 0.2 | 55.00 |
| 08/29/12 | MJW | L120 | Research original note issue for client | 0.5 | 137.50 |
| 08/30/12 | MRB | L110 | Further research regarding bankruptcy issues related to state court suit | 0.5 | 137.50 |
| | | | Totals | 4.4 | 1,218.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 1.7 | 275.00 | 467.50 |
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |
| MJW | Windham | Associate | 1.9 | 275.00 | 522.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452863 |
| File No. | 040540.000162 |
| Claim/Client File No. | 700869 |

RE:    (GA) Williams, G. Anne

**Total Amount of This Invoice**               $1,218.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452865 |
| | File No. | 040540.000164 |
| | Claim/Client File No. | 701919 |

RE:    **(GA) Browder, Harold Jr. and Melissa**

Fees for Professional Services Rendered Through 08/31/12               $914.50

                                        **Total Amount of This Invoice**          **$914.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452865
File No. 040540.000164
Claim/Client File No. 701919
Page 2

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | AJR | L120 | Analyze case strategy in light of order denying motion for reconsideration; update case tasks | 0.3 | 85.50 |
| 08/01/12 | AWL | L120 | Consider and comment on case strategy | 0.1 | 45.00 |
| 08/01/12 | MJW | L210 | Review and respond to email correspondence regarding motion for summary judgment | 0.3 | 82.50 |
| 08/01/12 | ABP | L120 | Exchange telephone calls and correspondence with counsel for Provident Bank in the Reese case regarding Court of Appeals' denial of Motion for Reconsideration, planned filing of Petition for Cert in Georgia Supreme Court, and appellate strategies | 0.5 | 145.00 |
| 08/01/12 | ABP | L120 | Review Georgia Court of Appeals Order denying Provident's Motion for Reconsideration in Reese | 0.1 | 29.00 |
| 08/06/12 | JEM | L110 | Prepare case update with analysis | 0.3 | 109.50 |
| 08/06/12 | AJR | L190 | Respond to request for information on case from attorney Goldberg | 0.1 | 28.50 |
| 08/10/12 | ABP | L110 | Monitor status of Petition for Certiorari to Georgia Supreme Court in the Reese case | 0.1 | 29.00 |
| 08/16/12 | AJR | L210 | Receive and review notice of remittitur | 0.1 | 28.50 |
| 08/16/12 | MJW | L310 | Review remittitur | 0.1 | 27.50 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/22/12 | ABP | L110 | Develop litigation strategies | 0.1 | 29.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/25/12 | ABP | L210 | Research and analyze case law in support of arguments to include in support of summary judgment on remand to state trial court | 0.5 | 145.00 |

|  |  |  | Totals | 3.3 | 914.50 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452865
File No. 040540.000164
Claim/Client File No. 701919
Page 3

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| AWL | Loeffler | Partner | 0.1 | 450.00 | 45.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 1.3 | 290.00 | 377.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 0.7 | 275.00 | 192.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452865 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

RE:     (GA) Browder, Harold Jr. and Melissa

**Total Amount of This Invoice**          $914.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452866 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

**RE:    (GA) McNeal, Lorraine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $158.00 |
| **Total Amount of This Invoice** | **$158.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452866
File No. 040540.000168
Claim/Client File No. 703860
Page 2

GMAC ResCap

(GA) McNeal, Lorraine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Make recommendation regarding strategy | 0.1 | 27.50 |
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.1 | 27.50 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders` | 0.1 | 27.50 |
| | | | Totals | 0.8 | 158.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452866 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

RE:     (GA) McNeal, Lorraine

**Total Amount of This Invoice**                     $158.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC Mortgage | Invoice Date 10/08/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial 757-687-7765 |
| Suite 350 | Invoice No. 1452879 |
| Minneapolis, MN 55437 | File No. 040540.000224 |
| | Claim/Client File No. 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

Fees for Professional Services Rendered Through 08/31/12          $1,462.50

**Total Amount of This Invoice          $1,462.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452879
File No. 040540.000224
Claim/Client File No. 711867
Page 2

GMAC  Mortgage

(WV) advs. Keiffer, Gary R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | ERD | L210 | Draft and revise Motion to Stay and using comments from MoFo | 1.0 | 120.00 |
| 08/03/12 | JEM | L210 | Revise and finalize motions to stay with client approval | 0.8 | 292.00 |
| 08/03/12 | ERD | L210 | Draft and revise Motion to Stay Litigation; prepare exhibits to same | 0.4 | 48.00 |
| 08/03/12 | ERD | L210 | Draft and revise Motion to Stay Litigation; prepare exhibits to same | 0.4 | 48.00 |
| 08/06/12 | JEM | L210 | Revise and finalize proposed order for court entry regarding Motion to Stay Per Bankruptcy | 0.4 | 146.00 |
| 08/06/12 | ERD | L190 | Telephone conference with court regarding scheduling conference | 0.2 | 24.00 |
| 08/07/12 | JEM | L450 | Scheduling conference with court | 0.6 | 219.00 |
| 08/10/12 | ERD | L210 | Telephone conference with counsel and court to get dates for hearing on Motion to Stay | 1.0 | 120.00 |
| 08/13/12 | ERD | L210 | Draft notice of hearing on Motion to Stay | 0.4 | 48.00 |
| 08/13/12 | ERD | L210 | Draft letter to Clerk enclosing Notice of Hearing | 0.2 | 24.00 |
| 08/13/12 | ERD | L210 | Telephone conference with counsel regarding availability for Hearing on Motion to Stay | 1.0 | 120.00 |
| 08/13/12 | ERD | L210 | Telephone conference with Chambers to set hearing on Motion to Stay | 0.3 | 36.00 |
| 08/29/12 | JEM | L110 | Telephone conference with client regarding repurchase and potential claims | 0.2 | 73.00 |
| 08/31/12 | KLR | L160 | Review Plaintiff's Second Amended Complaint | 0.2 | 35.00 |
| 08/31/12 | JEM | L210 | Update client regarding Notice of Hearing on stay | 0.3 | 109.50 |
| | | | Totals | 7.4 | 1,462.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452879
File No. 040540.000224
Claim/Client File No. 711867
Page 3

GMAC  Mortgage

(WV) advs. Keiffer, Gary R.

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 4.9 | 120.00 | 588.00 |
| JEM | Manning | Partner | 2.3 | 365.00 | 839.50 |
| KLR | Russell | Paralegal | 0.2 | 175.00 | 35.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC  Mortgage
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452879 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

RE:    (WV) advs. Keiffer, Gary R.

**Total Amount of This Invoice**                        $1,462.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452882 |
| | File No. | 040540.000230 |
| | Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $281.00 |
| **Total Amount of This Invoice** | **$281.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452882
File No. 040540.000230
Claim/Client File No. 712855
Page 2

GMAC ResCap

(GA) Smith, Yvette

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/22/12 | AJR | L510 | Review and analyze borrower's response brief | 0.6 | 171.00 |
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 1.0 | 281.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by |
| One Meridian Crossings | Direct Dial |
| Minneapolis, MN 55423 | Invoice No. |

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452882 |
| File No. | 040540.000230 |
| Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

**Total Amount of This Invoice**                    $281.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ———— TROUTMAN SANDERS LLP ————

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452883 |
| | File No. 040540.000233 |
| | Claim/Client File No. 713629 |

**RE:    (GA) Owens, Thelma**

Fees for Professional Services Rendered Through 08/31/12                $978.50

                                    **Total Amount of This Invoice        $978.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452883
File No. 040540.000233
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Thelma

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | AJR | L510 | Email to client regarding reply brief in support of motion to dismiss appeal | 0.1 | 28.50 |
| 08/01/12 | AJR | L510 | Revise reply brief in support of motion to dismiss appeal and corporate disclosure statement | 0.6 | 171.00 |
| 08/01/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding draft reply brief | 0.1 | 29.00 |
| 08/01/12 | MJW | L120 | Conference regarding case strategy | 0.2 | 55.00 |
| 08/01/12 | MJW | L210 | Revise response brief | 0.5 | 137.50 |
| 08/01/12 | MJW | L210 | Review and respond to email correspondence regarding response brief | 0.2 | 55.00 |
| 08/03/12 | AJR | L510 | Email to client regarding stamped filed copy of reply in support of motion to dismiss appeal | 0.1 | 28.50 |
| 08/05/12 | AJR | L190 | Analyze strategy for requiring borrowers to escrow monthly payments and/or post a bond for appeal, per request of client | 0.5 | 142.50 |
| 08/06/12 | MJW | L210 | Review and respond to email correspondence regarding motion for rent and foreclosure strategy | 0.6 | 165.00 |
| 08/06/12 | ABP | L120 | Develop strategies regarding pursuit of foreclosure of Plaintiff's property | 0.1 | 29.00 |
| 08/09/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.2 | 55.00 |
| 08/09/12 | MJW | L120 | Make recommendation regarding strategy | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 3.5 | 978.50 |