IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452883
File No. 040540.000233
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Thelma

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 1.3 | 285.00 | 370.50 |
| MJW | Windham | Associate | 2.0 | 275.00 | 550.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452883 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

**Total Amount of This Invoice**                    $978.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452885 |
| | File No. | 040540.000234 |
| | Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $73.00 |
| **Total Amount of This Invoice** | **$73.00** |

Troutman Sanders LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452885
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/29/12 | JEM | L110 | Telephone conference with client regarding follow-up bifurcation demand and financial documents from borrowers | 0.2 | 73.00 |
| | | | Totals | 0.2 | 73.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452885 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

RE:    (WV) Curry, Lyndol A.

**Total Amount of This Invoice**                    $73.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date 10/08/12 |
| One Meridian Crossings | Submitted by J C Lynch |
| Minneapolis, MN 55423 | Direct Dial 757-687-7765 |
| | Invoice No. 1452886 |
| | File No. 040540.000238 |
| | Claim/Client File No. 713697 |

RE:    (GA) Reid, Kenneth

Fees for Professional Services Rendered Through 08/31/12          $57.00

**Total Amount of This Invoice**          **$57.00**

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452886
File No. 040540.000238
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reid, Kenneth

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/15/12 | AJR | L190 | Email with client regarding update in case status | 0.1 | 28.50 |
| 08/16/12 | AJR | L190 | Emails with client regarding status of ruling on motion to dismiss | 0.1 | 28.50 |
| | | | Totals | 0.2 | 57.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452886 |
| File No. | 040540.000238 |
| Claim/Client File No. | 713697 |

RE:    (GA) Reid, Kenneth

**Total Amount of This Invoice**                      $57.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452888 |
| | File No. 040540.000244 |
| | Claim/Client File No. 715128 |

**RE:   (GA) Windham, Andrew**

Fees for Professional Services Rendered Through 08/31/12          $247.50

                    **Total Amount of This Invoice          $247.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452888
File No. 040540.000244
Claim/Client File No. 715128
Page 2

GMAC ResCap

(GA) Windham, Andrew

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/08/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.3 | 82.50 |
| 08/08/12 | MJW | L120 | Make recommendation regarding strategy | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 0.9 | 247.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.9 | 275.00 | 247.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452888 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

**RE:** **(GA) Windham, Andrew**

Total Amount of This Invoice            $247.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date    10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by    J C Lynch |
| One Meridian Crossings | Direct Dial    757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.    1452890 |
| | File No.    040540.000255 |
| | Claim/Client File No.    716455 |

**RE:    (GA) Denise H. Dempsey - Foreclosure**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 08/31/12 | $28.50 |
| **Total Amount of This Invoice** | **$28.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452890
File No. 040540.000255
Claim/Client File No. 716455
Page 2

GMAC ResCap

(GA) Denise H. Dempsey - Foreclosure

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/07/12 | AJR | L210 | Receive and review plaintiff's motion to disburse funds | 0.1 | 28.50 |
| | | | Totals | 0.1 | 28.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452890 |
| File No. | 040540.000255 |
| Claim/Client File No. | 716455 |

RE:    (GA) Denise H. Dempsey - Foreclosure

**Total Amount of This Invoice**                    $28.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452893 |
| | File No. 040540.000276 |
| | Claim/Client File No. 719354 |

**RE:    Advs. White, Kathy Dishman and William**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $1,189.00 |
| **Total Amount of This Invoice** | **$1,189.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452893
File No. 040540.000276
Claim/Client File No. 719354
Page 2

GMAC ResCap

Advs. White, Kathy Dishman and William

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | ABP | L110 | Exchange correspondence with Assistant US Attorney Jerri Jackson regarding updated payoff figures and February 29 payoff statement | 0.4 | 116.00 |
| 08/02/12 | ABP | L110 | Exchange telephone calls with client Jennifer Holtgren regarding updated payoff amount | 0.2 | 58.00 |
| 08/03/12 | ABP | L110 | Exchange telephone calls with client Jennifer Holtgren regarding calculation of interest | 0.2 | 58.00 |
| 08/03/12 | ABP | L110 | Exchange correspondence with Assistant US Attorney Jerri Jackson regarding updated payoff statement and calculation of interest | 0.3 | 87.00 |
| 08/07/12 | ABP | L110 | Exchange multiple correspondence with Brigit Flores of CWSAMS, Jessica Perry of Fidelity National Title, and Assistant US Attorney Jerri Jackson, regarding closing of sale of Plaintiff's property and disbursement of sale proceeds | 0.7 | 203.00 |
| 08/07/12 | ABP | L110 | Exchange correspondence and telephone calls with client Jennifer Holtgren regarding closing of sale of Plaintiff's property, total payoff amount and disbursement of sale proceeds | 0.4 | 116.00 |
| 08/07/12 | ABP | L160 | Calculate and verify total payoff amount per terms of Settlement Agreement | 0.2 | 58.00 |
| 08/08/12 | ABP | L160 | Exchange correspondence with Jessica Perry of Fidelity National Title regarding recalculation of total payoff amount per terms of Settlement Agreement | 0.4 | 116.00 |
| 08/08/12 | ABP | L160 | Draft letter regarding formal breakdown of total payoff amount and amount due in compliance with Settlement Agreement | 0.4 | 116.00 |
| 08/08/12 | ABP | L160 | Verify calculations of total amount due for accuracy | 0.2 | 58.00 |
| 08/15/12 | ABP | L110 | Exchange correspondence and telephone calls with Shelley Cottrell of Fidelity National Title regarding payoff amount and check for proceeds from sale of property | 0.5 | 145.00 |
| 08/16/12 | ABP | L110 | Review correspondence from Shelley Cottrell of Fidelity National Title regarding check from proceeds of sale of property | 0.1 | 29.00 |
| 08/16/12 | ABP | L110 | Review check from proceeds of sale of property | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452893
File No. 040540.000276
Claim/Client File No. 719354
Page 3

GMAC ResCap

Advs. White, Kathy Dishman and William

| | Totals | 4.1 | 1,189.00 |
|---|---|---|---|

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 4.1 | 290.00 | 1,189.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452893 |
| File No. | 040540.000276 |
| Claim/Client File No. | 719354 |

RE:    **Advs. White, Kathy Dishman and William**

**Total Amount of This Invoice**                    $1,189.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452897 |
| | File No. | 040540.000278 |
| | Claim/Client File No. | 719777 |

---

**RE:    (GA) Stanley, Shelley**

Fees for Professional Services Rendered Through 08/31/12                    $55.00

**Total Amount of This Invoice**          **$55.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452897
File No. 040540.000278
Claim/Client File No. 719777
Page 2

GMAC ResCap

(GA) Stanley, Shelley

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 0.2 | 55.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452897 |
| File No. | 040540.000278 |
| Claim/Client File No. | 719777 |

RE:    (GA) Stanley, Shelley

**Total Amount of This Invoice**                                        $55.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452900 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

**RE:    (GA) Kenneth Reaves**

Fees for Professional Services Rendered Through 08/31/12                $82.50

**Total Amount of This Invoice**            **$82.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452900
File No. 040540.000281
Claim/Client File No. 720590
Page 2

GMAC ResCap

(GA) Kenneth Reaves

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 0.3 | 82.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452900 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

RE:    (GA) Kenneth Reaves

**Total Amount of This Invoice**                    $82.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1452901 |
| Minneapolis, MN 55423 | File No. | 040540.000289 |
| | Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

Fees for Professional Services Rendered Through 08/31/12          $883.50

**Total Amount of This Invoice**          **$883.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/08/12
Invoice Number 1452901
File No. 040540.000289
Claim/Client File No. 721577
Page 2

GMAC ResCap

(WV) Bragg, Virginia and Gregory

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | JEM | L210 | Revise and finalize Motion to Stay for filing with client approval | 0.6 | 219.00 |
| 08/02/12 | ERD | L210 | Draft and revise Motion to Stay and using comments from MoFo and prepare exhibits to same | 1.5 | 180.00 |
| 08/03/12 | ERD | L210 | Prepare exhibits to Motion to Stay | 0.4 | 48.00 |
| 08/06/12 | JEM | L210 | Revise and finalize proposed order for court entry regarding Motion to Stay Per Bankruptcy | 0.4 | 146.00 |
| 08/07/12 | JEM | L110 | Correspond with opposing counsel regarding property damage | 0.2 | 73.00 |
| 08/29/12 | JEM | L110 | Telephone conference with client regarding repurchase and potential claims | 0.2 | 73.00 |
| 08/31/12 | KLR | L160 | Review Court's Notice of Hearing | 0.2 | 35.00 |
| 08/31/12 | JEM | L210 | Update client regarding Notice of Hearing on stay | 0.3 | 109.50 |
| | | | Totals | 3.8 | 883.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.9 | 120.00 | 228.00 |
| JEM | Manning | Partner | 1.7 | 365.00 | 620.50 |
| KLR | Russell | Paralegal | 0.2 | 175.00 | 35.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452901 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

RE:    (WV) Bragg, Virginia and Gregory

**Total Amount of This Invoice**                    $883.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| | Direct Dial 757-687-7765 |
| One Meridian Crossings | Invoice No. 1452902 |
| Minneapolis, MN 55423 | File No. 040540.000290 |
| | Claim/Client File No. 722124 |

RE:    **(WV) Evans, Christine (Estate of L King)**

Fees for Professional Services Rendered Through 08/31/12                                    $52.50

                                                **Total Amount of This Invoice**        **$52.50**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452902
File No. 040540.000290
Claim/Client File No. 722124
Page 2

GMAC ResCap

(WV) Evans, Christine (Estate of L King)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/27/12 | KLR | L160 | Review Complaint and calculate responsive pleading deadline | 0.3 | 52.50 |
| | | | Totals | 0.3 | 52.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| KLR | Russell | Paralegal | 0.3 | 175.00 | 52.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452902 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

RE:     (WV) Evans, Christine (Estate of L King)

**Total Amount of This Invoice**          $52.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: Michael Socha | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452903 |
| | File No. | 040540.000298 |
| | Claim/Client File No. | 721643 |

**RE:    advs. Lepelletier, Robert, Jr.**

Fees for Professional Services Rendered Through 08/31/12                    $24.00

                                    **Total Amount of This Invoice        $24.00**

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452903
File No. 040540.000298
Claim/Client File No. 721643
Page 2

GMAC ResCap

advs. Lepelletier, Robert, Jr.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | ERD | L190 | Review 4th Circuit opinion | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Michael Socha
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452903 |
| File No. | 040540.000298 |
| Claim/Client File No. | 721643 |

RE:    **advs. Lepelletier, Robert, Jr.**

**Total Amount of This Invoice**          $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452904 |
| | File No. | 040540.000302 |
| | Claim/Client File No. | 723376 |

**RE:    (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $302.50 |
| **Total Amount of This Invoice** | **$302.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452904
File No. 040540.000302
Claim/Client File No. 723376
Page 2

GMAC ResCap

(GA) Carmouche, Thomasine

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L190 | Review case file to assess impact of Reese decision | 0.5 | 137.50 |
| 08/02/12 | MJW | L120 | Make recommendation regarding strategy | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 1.1 | 302.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 1.1 | 275.00 | 302.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452904 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

RE:    (GA) Carmouche, Thomasine

**Total Amount of This Invoice**              $302.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1452905 |
| Minneapolis, MN 55423 | File No. | 040540.000303 |
| | Claim/Client File No. | 723448 |

**RE:    advs. Woollard, Susan L.**

Fees for Professional Services Rendered Through 08/31/12      $72.00

**Total Amount of This Invoice**       **$72.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452905
File No. 040540.000303
Claim/Client File No. 723448
Page 2

GMAC ResCap

advs. Woollard, Susan L.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/13/12 | ERD | L190 | Case assessment regarding potential loan modification for Plaintiff | 0.3 | 36.00 |
| 08/24/12 | ERD | L110 | Draft Joint Notice of Settlement | 0.3 | 36.00 |
| | | | Totals | 0.6 | 72.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452905 |
| File No. | 040540.000303 |
| Claim/Client File No. | 723448 |

RE:    **advs. Woollard, Susan L.**

**Total Amount of This Invoice**          $72.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452910 |
| | File No. 040540.000313 |
| | Claim/Client File No. 725550 |

**RE:    (GA) Antoinette Sanders**

Fees for Professional Services Rendered Through 08/31/12     $778.50

**Total Amount of This Invoice**     **$778.50**