IN ACCOUNT WITH

Invoice Date 10/08/12
Invoice Number 1452910
File No. 040540.000313
Claim/Client File No. 725550
Page 2

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Antoinette Sanders

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | AJR | L190 | Analyze strategy for case and whether to proceed with foreclosure per client's request | 0.3 | 85.50 |
| 08/01/12 | MJW | L120 | Conference regarding case strategy | 0.2 | 55.00 |
| 08/01/12 | MJW | L120 | Review case file and make recommendation regarding foreclosure | 0.6 | 165.00 |
| 08/01/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding identity of noteholder, settlement status, and potential for Motion to Dismiss | 0.1 | 29.00 |
| 08/01/12 | MJW | L120 | Review and respond to email correspondence regarding foreclosure recommendation | 0.2 | 55.00 |
| 08/01/12 | AJR | L190 | Review and analyze chain of title documents and email to client regarding same | 0.4 | 114.00 |
| 08/09/12 | MJW | L190 | Review case file to assess impact of Reese decision | 0.3 | 82.50 |
| 08/09/12 | MJW | L190 | Review case file to assess impact of Reese decision | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 2.8 | 778.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| AJR | Reyes | Associate | 0.7 | 285.00 | 199.50 |
| MJW | Windham | Associate | 2.0 | 275.00 | 550.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452910 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

RE:    (GA) Antoinette Sanders

**Total Amount of This Invoice**                    $778.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

——————— T<small>ROUTMAN</small> S<small>ANDERS</small> LLP ———————

A<small>TTORNEYS AT</small> L<small>AW</small>
A L<small>IMITED</small> L<small>IABILITY</small> P<small>ARTNERSHIP</small>
F<small>EDERAL</small> ID N<small>O.</small> 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

B<small>ILLING</small> I<small>NQUIRIES</small>:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/08/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452911 |
| | File No. | 040540.000314 |
| | Claim/Client File No. | 726148 |

**RE:   (WV)  Hood, Marcella Mae**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $876.00 |
| **Total Amount of This Invoice** | **$876.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/08/12
Invoice Number 1452911
File No. 040540.000314
Claim/Client File No. 726148
Page 2

GMAC ResCap

(WV)  Hood, Marcella Mae

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/06/12 | JEM | L160 | Negotiate settlement with opposing counsel | 0.4 | 146.00 |
| 08/06/12 | JEM | L160 | Prepare for settlement conference with court | 1.0 | 365.00 |
| 08/07/12 | JEM | L450 | Scheduling conference with opposing counsel and court | 0.6 | 219.00 |
| 08/20/12 | JEM | L110 | Correspond with client regarding analysis of plaintiff's retro-appraisal and status of deadlines and settlement negotiations | 0.4 | 146.00 |
| | | | Totals | 2.4 | 876.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 2.4 | 365.00 | 876.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/08/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452911 |
| File No. | 040540.000314 |
| Claim/Client File No. | 726148 |

**RE:**   **(WV)  Hood, Marcella Mae**

**Total Amount of This Invoice**                         $876.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/09/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1446793 |
| | File No. | 040540.000225 |
| | Claim/Client File No. | 713697 |

**RE:    (GA) Reed, Bobby**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $145.00 |
| **Total Amount of This Invoice** | **$145.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/09/12
Invoice Number 1446793
File No. 040540.000225
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reed, Bobby

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/09/12 | ABP | L110 | Correspond with client Heather Franchi regarding status of entry of Court Order dismissing case | 0.1 | 29.00 |
| 08/14/12 | ABP | L110 | Exchange correspondence with client Heather Franchi regarding case status | 0.2 | 58.00 |
| 08/16/12 | ABP | L110 | Exchange correspondence with client Heather Franchi regarding case status | 0.2 | 58.00 |
| | | | Totals | 0.5 | 145.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446793 |
| File No. | 040540.000225 |
| Claim/Client File No. | 713697 |

**RE:**    (GA) Reed, Bobby

**Total Amount of This Invoice**                        $145.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446795 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Terrence**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $378.00 |
| **Total Amount of This Invoice** | **$378.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/09/12
Invoice Number 1446795
File No. 040540.000315
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Terrence

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/06/12 | MJW | L190 | Review and respond to email correspondence regarding motion for rent and foreclosure strategy | 0.6 | 165.00 |
| 08/09/12 | MJW | L190 | Review case file to assess impact of Reese decision | 0.2 | 55.00 |
| 08/09/12 | MJW | L190 | Make recommendation regarding strategy | 0.1 | 27.50 |
| 08/23/12 | ERD | L190 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/23/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/23/12 | MJW | L190 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 1.6 | 378.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| MJW | Windham | Associate | 1.2 | 275.00 | 330.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446795 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:     (GA) Owens, Terrence

**Total Amount of This Invoice**          $378.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452949 |
| File No. | 040540.000317 |
| Claim/Client File No. | 726599 |

**RE:    (GA) Washington J Pro**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $85.50 |
| **Total Amount of This Invoice** | **$85.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/09/12
Invoice Number 1452949
File No. 040540.000317
Claim/Client File No. 726599
Page 2

GMAC ResCap

(GA) Washington J Pro

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/15/12 | AJR | L190 | Email to client regarding case strategy and status | 0.1 | 28.50 |
| 08/15/12 | AJR | L190 | Check docket for status of case at request of client | 0.1 | 28.50 |
| 08/16/12 | AJR | L190 | Email with client regarding case strategy | 0.1 | 28.50 |
| | | | Totals | 0.3 | 85.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452949 |
| File No. | 040540.000317 |
| Claim/Client File No. | 726599 |

RE:    (GA) Washington J Pro

**Total Amount of This Invoice**                                   $85.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452955 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

**RE:    (GA) Demilio, Thomas J.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $385.00 |
| **Total Amount of This Invoice** | **$385.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/09/12
Invoice Number 1452955
File No. 040540.000318
Claim/Client File No. 728466
Page 2

GMAC ResCap

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.1 | 27.50 |
| 08/02/12 | MJW | L120 | Make recommendation regarding strategy | 0.1 | 27.50 |
| 08/08/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding filing of Notice of Bankruptcy | 0.1 | 29.00 |
| 08/10/12 | AJR | L190 | Email with client regarding strategy for filing notice of bankruptcy and regarding stamped filed copy of same | 0.1 | 28.50 |
| 08/10/12 | AJR | L190 | Revise and file notice of bankruptcy | 0.3 | 85.50 |
| 08/10/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding filed Notice of Bankruptcy and review same | 0.1 | 29.00 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 1.6 | 385.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452955 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

RE:    (GA) Demilio, Thomas J.

**Total Amount of This Invoice**                    $385.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/09/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452964 |
| | File No. | 040540.000322 |
| | Claim/Client File No. | 713753 |

RE:    **(WV) Belcher, James and Willa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $656.50 |
| **Total Amount of This Invoice** | **$656.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/09/12
Invoice Number 1452964
File No. 040540.000322
Claim/Client File No. 713753
Page 2

GMAC ResCap

(WV) Belcher, James and Willa

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/06/12 | JEM | L210 | Revise and finalize proposed order for court entry regarding Motion to Stay Per Bankruptcy | 0.4 | 146.00 |
| 08/06/12 | JEM | L120 | Advise client on motion for relief from bankruptcy stay to pursue foreclosure | 0.3 | 109.50 |
| 08/15/12 | JEM | L160 | Correspond with opposing counsel regarding stay of litigation | 0.2 | 73.00 |
| 08/17/12 | JEM | P500 | Negotiate stay issues with opposing counsel | 0.2 | 73.00 |
| 08/17/12 | JEM | L110 | Correspond with client regarding indemnification agreement with investor | 0.1 | 36.50 |
| 08/17/12 | ERD | L190 | Case assessment regarding status of case post bankruptcy | 0.2 | 24.00 |
| 08/20/12 | JEM | L110 | Correspond with client regarding investors contracts and indemnification obligation clauses | 0.1 | 36.50 |
| 08/20/12 | JEM | L120 | Prepare argument for hearing | 0.2 | 73.00 |
| 08/20/12 | ERD | L110 | Case assessment regarding GMAC contracts with investors | 0.1 | 12.00 |
| 08/29/12 | JEM | L110 | Telephone conference with client regarding repurchase and potential claims | 0.2 | 73.00 |
| | | | Totals | 2.0 | 656.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 1.7 | 365.00 | 620.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452964 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

RE:    (WV) Belcher, James and Willa

**Total Amount of This Invoice**                    $656.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/09/12 |
| Attn: Katie Dutill | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1452965 |
| | File No. 040540.000323 |
| | Claim/Client File No. 728771 |

**RE:    (GA) Roberts, Lenworth L. & Frances A.**

Fees for Professional Services Rendered Through 08/31/12                $313.50

**Total Amount of This Invoice**        **$313.50**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/09/12
Invoice Number 1452965
File No. 040540.000323
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/23/12 | AJR | L160 | Email with client regarding status of borrower's loan modification request | 0.2 | 57.00 |
| 08/23/12 | AJR | L160 | Email with opposing counsel regarding status of borrower's loan modification request | 0.1 | 28.50 |
| 08/24/12 | AJR | L160 | Email with borrower's counsel regarding information needed from Loss Mit for loan modification application | 0.1 | 28.50 |
| 08/24/12 | AJR | L160 | Emails with client regarding information needed from Loss Mit | 0.2 | 57.00 |
| 08/28/12 | AJR | L160 | Email with opposing counsel regarding additional information needed for borrowers' financial packet | 0.2 | 57.00 |
| 08/28/12 | AJR | L160 | Email with client regarding additional information needed for borrowers' financial packet | 0.1 | 28.50 |
| 08/31/12 | AJR | L160 | Receive supplemental information from opposing counsel for borrower's financial packet | 0.1 | 28.50 |
| 08/31/12 | AJR | L160 | Email to client regarding supplemental information from opposing counsel for borrower's financial packet | 0.1 | 28.50 |
| | | | Totals | 1.1 | 313.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 1.1 | 285.00 | 313.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452965 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

RE:    (GA) Roberts, Lenworth L. & Frances A.

**Total Amount of This Invoice**                    $313.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC  Mortgage
Attn: David G. Hagens, Esq.
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452973 |
| File No. | 040540.000324 |
| Claim/Client File No. | 729137 |

**RE:    (GA) advs. Willis, Calvin E.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 08/31/12 | $48.00 |
| **Total Amount of This Invoice** | **$48.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/09/12
Invoice Number 1452973
File No. 040540.000324
Claim/Client File No. 729137
Page 2

GMAC  Mortgage

(GA) advs. Willis, Calvin E.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| | | | Totals | 0.4 | 48.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC Mortgage | |
| Attn: David G. Hagens, Esq. | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452973 |
| File No. | 040540.000324 |
| Claim/Client File No. | 729137 |

RE:    (GA) advs. Willis, Calvin E.

**Total Amount of This Invoice**                    $48.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC  Mortgage | Invoice Date | 10/09/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| | Invoice No. | 1452974 |
| Suite 350 | File No. | 040540.000329 |
| Minneapolis, MN 55437 | Claim/Client File No. | 723448 |

**RE:    (VA) advs. Woollard, Susan L./2nd**

Fees for Professional Services Rendered Through 08/31/12       $891.50

**Total Amount of This Invoice**       **$891.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/09/12
Invoice Number 1452974
File No. 040540.000329
Claim/Client File No. 723448
Page 2

GMAC Mortgage

(VA) advs. Woollard, Susan L./2nd

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | JEM | L110 | Revise bankruptcy stay letter in response to mediation demand | 0.3 | 109.50 |
| 08/13/12 | ESF | L160 | Phone conference with opposing counsel regarding settlement | 0.2 | 46.00 |
| 08/14/12 | ESF | L160 | Phone conference with client regarding modification documents | 0.2 | 46.00 |
| 08/17/12 | ESF | L160 | Review loan modification | 0.2 | 46.00 |
| 08/22/12 | ESF | L160 | Correspondence to opposing counsel regarding settlement | 0.3 | 69.00 |
| 08/23/12 | ESF | L160 | Prepare status update for client regarding settlement negotiations | 0.2 | 46.00 |
| 08/24/12 | ESF | L160 | Correspondence to client regarding terms of settlement | 0.2 | 46.00 |
| 08/27/12 | ESF | L160 | Revise joint notice of settlement | 0.2 | 46.00 |
| 08/27/12 | ESF | L160 | Correspondence to opposing counsel regarding joint notice of settlement | 0.2 | 46.00 |
| 08/27/12 | ESF | L160 | Prepare settlement agreement | 1.2 | 276.00 |
| 08/27/12 | ESF | L160 | Correspondence to client regarding draft settlement agreement | 0.1 | 23.00 |
| 08/28/12 | ESF | L160 | Phone conference with opposing counsel regarding Notice of Settlement | 0.1 | 23.00 |
| 08/29/12 | ESF | L160 | Correspondence to opposing counsel regarding settlement payments | 0.2 | 46.00 |
| 08/29/12 | ESF | L160 | Phone conference with client regarding settlement payments | 0.1 | 23.00 |
| | | | Totals | 3.7 | 891.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/09/12
Invoice Number 1452974
File No. 040540.000329
Claim/Client File No. 723448
Page 3

GMAC  Mortgage

(VA) advs. Woollard, Susan L./2nd

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|--------|-----------|-------|--------|--------|
| ESF | Flowers | Associate | 3.4 | 230.00 | 782.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC Mortgage
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452974 |
| File No. | 040540.000329 |
| Claim/Client File No. | 723448 |

RE:    (VA) advs. Woollard, Susan L./2nd

**Total Amount of This Invoice**              $891.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/09/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452976 |
| | File No. | 040540.000179 |
| | Claim/Client File No. | 708378 |

**RE:     (GA) Rainey, Deidrenne and Esell**

Fees for Professional Services Rendered Through 07/31/12                              $85.50

**Total Amount of This Invoice**          **$85.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/09/12
Invoice Number 1452976
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 07/16/12 | AJR | L430 | Email to client regarding same | 0.1 | 28.50 |
| 07/16/12 | AJR | L430 | Revise trial brief | 0.2 | 57.00 |
| | | | | Totals | 0.3 | 85.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452976 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**                    $85.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC  Mortgage | Invoice Date | 10/09/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1453005 |
| 190-FTW-L95 | File No. | 040540.000334 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731814 |

**RE:    (GA) advs. Crawford, Stephanie A.**

Fees for Professional Services Rendered Through 08/31/12                $533.00

**Total Amount of This Invoice**        **$533.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/09/12
Invoice Number 1453005
File No. 040540.000334
Claim/Client File No. 731814
Page 2

GMAC  Mortgage

(GA) advs. Crawford, Stephanie A.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/20/12 | AJR | L190 | Review pleadings and check docket at request of client | 0.3 | 85.50 |
| 08/20/12 | AJR | L190 | Email to client regarding case status | 0.1 | 28.50 |
| 08/20/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding Temporary Restraining Order and eviction hearing | 0.2 | 58.00 |
| 08/20/12 | ABP | L110 | Review lis pendens and pleadings | 0.2 | 58.00 |
| 08/20/12 | ABP | L110 | Review docket report | 0.2 | 58.00 |
| 08/28/12 | AJR | L190 | Email with client regarding case strategy and pending motion to dismiss | 0.1 | 28.50 |
| 08/28/12 | ABP | L110 | Correspond with client Katie Dutill regarding case status | 0.1 | 29.00 |
| 08/29/12 | AJR | L190 | Arrange for courier to pick up copies of pleadings from court; update case tasks | 0.1 | 28.50 |
| 08/29/12 | AJR | L190 | Emails with client regarding case strategy and strategy for motion to dismiss | 0.2 | 57.00 |
| 08/29/12 | JEM | L120 | Correspond with client regarding representation and prepare strategy | 0.2 | 73.00 |
| 08/29/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential for Court to grant Motion to Dismiss | 0.1 | 29.00 |
| | | | Totals | 1.8 | 533.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |
| ABP | Pittman | Associate | 0.8 | 290.00 | 232.00 |
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |