# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC  Mortgage
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1453005 |
| File No. | 040540.000334 |
| Claim/Client File No. | 731814 |

**RE:**    **(GA) advs. Crawford, Stephanie A.**

**Total Amount of This Invoice**                                      $533.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC  Mortgage
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1453010 |
| File No. | 040540.000330 |
| Claim/Client File No. | 731393 |

RE:    **(GA) advs. Ogletree, David**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $588.50 |
| **Total Amount of This Invoice** | **$588.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/09/12
Invoice Number 1453010
File No. 040540.000330
Claim/Client File No. 731393
Page 2

GMAC  Mortgage

(GA) advs. Ogletree, David

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/06/12 | AJR | L210 | Check docket | 0.2 | 57.00 |
| 08/06/12 | AJR | L210 | Analyze case strategy | 0.2 | 57.00 |
| 08/06/12 | AJR | L210 | Review and analyze complaint and lis pendens | 0.2 | 57.00 |
| 08/06/12 | MJW | L120 | Review and respond to email correspondence regarding new case | 0.2 | 55.00 |
| 08/06/12 | MJW | L120 | Review complaint | 0.4 | 110.00 |
| 08/06/12 | ABP | L110 | Correspond with client Katie Dutill regarding status of borrower lawsuit and voluntary dismissal | 0.2 | 58.00 |
| 08/06/12 | ABP | L120 | Review lis pendens and Complaint | 0.1 | 29.00 |
| 08/06/12 | JEM | L120 | Prepare case update with analysis | 0.3 | 109.50 |
| 08/27/12 | AJR | L190 | Email with foreclosure counsel regarding case strategy; update case tasks | 0.1 | 28.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding motion to dismiss | 0.1 | 27.50 |
| | | | Totals | 2.0 | 588.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.7 | 285.00 | 199.50 |
| MJW | Windham | Associate | 0.7 | 275.00 | 192.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC  Mortgage
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/09/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1453010 |
| File No. | 040540.000330 |
| Claim/Client File No. | 731393 |

**RE:**    **(GA) advs. Ogletree, David**

**Total Amount of This Invoice**                    $588.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date                10/15/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by                J C Lynch |
| | Direct Dial                757-687-7765 |
| One Meridian Crossings | Invoice No.                1452909 |
| Minneapolis, MN 55423 | File No.                040540.000311 |
| | Claim/Client File No.                725270 |

RE:    **(WV) Smith, Maryann**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 08/31/12 | $340.00 |
| **Total Amount of This Invoice** | **$340.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/15/12
Invoice Number 1452909
File No. 040540.000311
Claim/Client File No. 725270
Page 2

GMAC ResCap

(WV) Smith, Maryann

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/03/12 | JEM | L210 | Revise and finalize motions to stay with client approval | 0.8 | 292.00 |
| 08/03/12 | ERD | L210 | Prepare exhibits to Motion to Stay | 0.4 | 48.00 |
| | | | Totals | 1.2 | 340.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| JEM | Manning | Partner | 0.8 | 365.00 | 292.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/15/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452909 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:**   **(WV) Smith, Maryann**

**Total Amount of This Invoice**                                   $340.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/16/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455334 |
| | File No. | 040540.000243 |
| | Claim/Client File No. | 715127 |

RE:    **(WV) Advs. Rice, Nadine R.**

Fees for Professional Services Rendered Through 09/30/12                    $24.00

**Total Amount of This Invoice**            **$24.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/16/12
Invoice Number 1455334
File No. 040540.000243
Claim/Client File No. 715127
Page 2

GMAC ResCap

(WV) Advs. Rice, Nadine R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | ERD | L110 | Review billing information for accounting issue | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/16/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455334 |
| File No. | 040540.000243 |
| Claim/Client File No. | 715127 |

**RE:** (WV) Advs. Rice, Nadine R.

**Total Amount of This Invoice** $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/16/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455535 |
| | File No. | 040540.000123 |
| | Claim/Client File No. | 718235 |

**RE:    (GA) Madzimoyo, Wekesa O.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $252.00 |
| **Total Amount of This Invoice** | **$252.00** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/16/12
Invoice Number 1455535
File No. 040540.000123
Claim/Client File No. 718235
Page 2

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Develop discovery strategies | 0.3 | 87.00 |
| | | | Totals | 0.9 | 252.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/16/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455535 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:     (GA) Madzimoyo, Wekesa O.

**Total Amount of This Invoice**                    $252.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452585 |
| File No. | 040540.000333 |
| Claim/Client File No. | 731466 |
| Policy No. | 0657165871 - GA |

**RE:    (GA) advs. Gerwald, Anaissa B.**

Fees for Professional Services Rendered Through 09/30/12          $314.50

**Total Amount of This Invoice          $314.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1452585
File No. 040540.000333
Claim/Client File No. 731466
Page 2

Ally Financial

(GA) advs. Gerwald, Anaissa B.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/03/12 | AJR | L190 | Check docket for case status | 0.1 | 28.50 |
| 09/05/12 | AJR | L190 | Telephone call to courtroom deputy regarding case status | 0.1 | 28.50 |
| 09/05/12 | AJR | L190 | Check docket for case status; update case status | 0.2 | 57.00 |
| 09/13/12 | AJR | L190 | Telephone call to clerk regarding status of court's ruling on show cause order | 0.1 | 28.50 |
| 09/14/12 | AJR | L190 | Telephone call to clerk regarding status of court's ruling on show cause order | 0.1 | 28.50 |
| 09/14/12 | AJR | L190 | Check docket for status of court's ruling on show cause order | 0.1 | 28.50 |
| 09/25/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding case status | 0.1 | 29.00 |
| 09/28/12 | AJR | L190 | Check docket for case status in light of court's Order to show cause | 0.1 | 28.50 |
| 09/28/12 | AJR | L190 | Email with client regarding strategy for getting case dismissed | 0.1 | 28.50 |
| 09/28/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding case status | 0.1 | 29.00 |
| | | | Totals | 1.1 | 314.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.9 | 285.00 | 256.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452585 |
| File No. | 040540.000333 |
| Claim/Client File No. | 731466 |
| Policy No. | 0657165871 - GA |

RE:     (GA) advs. Gerwald, Anaissa B.

**Total Amount of This Invoice**              $314.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455317 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $1,233.00 |
| **Total Amount of This Invoice** | **$1,233.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455317
File No. 040540.000224
Claim/Client File No. 711867
Page 2

Ally Financial

(WV) advs. Keiffer, Gary R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | ERD | L210 | Draft Motion to Strike Second Amended Complaint | 0.6 | 72.00 |
| 09/06/12 | ERD | L120 | Case assessment regarding strategy for responding to Second Amended Complaint | 0.3 | 36.00 |
| 09/06/12 | ERD | L210 | Draft Answer to Second Amended Complaint | 1.6 | 192.00 |
| 09/06/12 | ERD | L210 | Compose correspondence to Clerk enclosing Answer | 0.2 | 24.00 |
| 09/06/12 | ERD | L120 | Run Comparison of Complaints | 0.4 | 48.00 |
| 09/06/12 | JEM | L210 | Revise Answer to Second Amended Complaint | 0.4 | 146.00 |
| 09/13/12 | JEM | L110 | Analyze pooling and servicing contract | 0.2 | 73.00 |
| 09/13/12 | JEM | L120 | Correspond with client regarding recommendation for response to discovery | 0.2 | 73.00 |
| 09/13/12 | ERD | L110 | Case assessment regarding status of case and GMAC Pooling and Servicing Agreement | 0.2 | 24.00 |
| 09/14/12 | ERD | L210 | Review and analyze Solution One and John Assef's Answer to Plaintiff's Second Amended Complaint | 0.2 | 24.00 |
| 09/19/12 | ERD | L210 | Case assessment regarding status of Protective Order | 0.2 | 24.00 |
| 09/20/12 | ERD | L210 | Review Decision One's Answer to Complaint | 0.2 | 24.00 |
| 09/21/12 | ERD | L110 | Compose correspondence to opposing counsel regarding proposed Protective Order | 0.2 | 24.00 |
| 09/21/12 | ERD | L110 | Prepare Protective Order | 0.3 | 36.00 |
| 09/24/12 | JEM | L160 | Conference call with opposing counsel regarding settlement and stay | 0.3 | 109.50 |
| 09/25/12 | JEM | L210 | Revise Agreed Orders to obtain entry by opposing counsel | 0.3 | 109.50 |
| 09/25/12 | JEM | L210 | Telephone calls with opposing counsel regarding Agreed Orders | 0.1 | 36.50 |
| 09/27/12 | ERD | L210 | Prepare Agreed Order granting Motion to Stay | 0.3 | 36.00 |
| 09/28/12 | ERD | L120 | Case assessment regarding Agreed Order Staying case | 0.1 | 12.00 |
| 09/28/12 | JEM | L210 | Revise Agreed Order regarding stay and negotiate with opposing counsel | 0.3 | 109.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455317
File No. 040540.000224
Claim/Client File No. 711867
Page 3

Ally Financial

(WV) advs. Keiffer, Gary R.

|  | Totals | 6.6 | 1,233.00 |
|---|---|---|---|

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 4.8 | 120.00 | 576.00 |
| JEM | Manning | Partner | 1.8 | 365.00 | 657.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455317 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

RE:     (WV) advs. Keiffer, Gary R.

**Total Amount of This Invoice**            $1,233.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | Invoice Date 10/17/12 |
| One Meridian Crossings | Submitted by J C Lynch |
| Minneapolis, MN 55423 | Direct Dial 757-687-7765 |
| | Invoice No. 1455320 |
| | File No. 040540.000225 |
| | Claim/Client File No. 713697 |

**RE:    (GA) Reed, Bobby**

Fees for Professional Services Rendered Through 09/30/12                          $261.00

**Total Amount of This Invoice**          **$261.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455320
File No. 040540.000225
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reed, Bobby

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | ABP | L110 | Exchange correspondence with client Heather Franchi regarding status of entry of Order dismissing Plaintiff's Complaint | 0.2 | 58.00 |
| 09/06/12 | ABP | L120 | Develop strategies regarding obtaining entry of Dismissal Order from the Court | 0.2 | 58.00 |
| 09/13/12 | ABP | L120 | Contact Court regarding status of Order dismissing case | 0.1 | 29.00 |
| 09/21/12 | ABP | L120 | Monitor status of publication of Order dismissing case | 0.2 | 58.00 |
| 09/21/12 | ABP | L120 | Exchange correspondence with client Heather Franchi regarding status of Order Dismissing Case and communications with Judge's Chambers regarding Order status | 0.2 | 58.00 |
| | | | Totals | 0.9 | 261.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455320 |
| File No. | 040540.000225 |
| Claim/Client File No. | 713697 |

RE:    (GA) Reed, Bobby

**Total Amount of This Invoice**                         $261.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1455325 |
| | File No. 040540.000228 |
| | Claim/Client File No. 712786 |

**RE:    (GA) Phillpott, Patricia**

Fees for Professional Services Rendered Through 09/30/12                        $86.50

**Total Amount of This Invoice**        **$86.50**

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455325
File No. 040540.000228
Claim/Client File No. 712786
Page 2

GMAC ResCap

(GA) Phillpott, Patricia

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/26/12 | AJR | L190 | Analyze file to confirm that quitclaim deed was sent to client and update case tasks | 0.1 | 28.50 |
| 09/26/12 | ABP | L120 | Verify status of filing and recording of Quit Claim Deed | 0.2 | 58.00 |
| | | | Totals | 0.3 | 86.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455325 |
| File No. | 040540.000228 |
| Claim/Client File No. | 712786 |

**RE:** (GA) Phillpott, Patricia

**Total Amount of This Invoice** $86.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455326 |
| | File No. | 040540.000230 |
| | Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

Fees for Professional Services Rendered Through 09/30/12                    $140.50

**Total Amount of This Invoice            $140.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455326
File No. 040540.000230
Claim/Client File No. 712855
Page 2

GMAC ResCap

(GA) Smith, Yvette

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Monitor status of appeal and pending Motion to Stay Enforcement of Judgment | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Develop appellate strategies | 0.1 | 29.00 |
| | | | Totals | 0.5 | 140.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455326 |
| File No. | 040540.000230 |
| Claim/Client File No. | 712855 |

**RE:**    **(GA) Smith, Yvette**

**Total Amount of This Invoice**    $140.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455332 |
| | File No. | 040540.000233 |
| | Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $719.00 |
| **Total Amount of This Invoice** | **$719.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455332
File No. 040540.000233
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Thelma

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/11/12 | AJR | L190 | Email with client regarding reinitiating foreclosure sale on property | 0.1 | 28.50 |
| 09/24/12 | AJR | L190 | Email with client regarding short sale request received from borrower | 0.1 | 28.50 |
| 09/25/12 | AJR | L250 | Review and analyze borrower's request for TRO filed in bankruptcy action | 0.1 | 28.50 |
| 09/25/12 | ABP | L120 | Review Bankruptcy Court docket, Bankruptcy Court Orders, Motion for Temporary Restraining Order, and District Court Order denying Motion for Temporary Restraining Order | 0.3 | 87.00 |
| 09/25/12 | ABP | L120 | Develop strategies in response to Motion for Temporary Restraining Order filed in Bankruptcy Court | 0.2 | 58.00 |
| 09/25/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill and foreclosure counsel regarding Plaintiff's Motion for Temporary Restraining Order filed in Bankruptcy Court | 0.1 | 29.00 |
| 09/26/12 | ABP | L210 | Monitor status of foreclosure proceeding and foreclosure sale date | 0.2 | 58.00 |
| 09/26/12 | ABP | L210 | Develop strategies in response to Plaintiff's repeated offers to purchase property through short sale to prevent foreclosure | 0.2 | 58.00 |
| 09/26/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill and foreclosure counsel regarding Plaintiff's offers to purchase property and GMAC's rejection of those offers | 0.2 | 58.00 |
| 09/26/12 | ABP | L210 | Revise letter advising Plaintiffs of client GMAC's rejection of Plaintiffs' offers to purchase property | 0.3 | 87.00 |
| 09/27/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill and foreclosure counsel regarding proposed letter in response to Plaintiff's offer to purchase property | 0.1 | 29.00 |
| 09/27/12 | ABP | L120 | Review correspondence exchanged with Plaintiff regarding GMAC's rejection of Plaintiff's offer to purchase property | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455332
File No. 040540.000233
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Thelma

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/28/12 | ABP | L210 | Develop strategies regarding need to send letter to Plaintiff directing Plaintiff to contact counsel as opposed to directly contacting client | 0.1 | 29.00 |
| 09/28/12 | ABP | L210 | Revise letter to Plaintiff directing Plaintiff to contact counsel as opposed to directly contacting client | 0.1 | 29.00 |
| | | | Totals | 2.5 | 719.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.9 | 290.00 | 551.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455332 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:**  **(GA) Owens, Thelma**

**Total Amount of This Invoice**                    $719.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455333 |
| | File No. | 040540.000234 |
| | Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $1,250.50 |
| **Total Amount of This Invoice** | **$1,250.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455333
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/12/12 | JEM | L120 | Telephone conference with client regarding case status | 0.2 | 73.00 |
| 09/13/12 | JEM | L210 | Revise Motion to Bifurcate per client instructions | 0.6 | 219.00 |
| 09/14/12 | JEM | L210 | Revise Motion for Partial Stay | 0.4 | 146.00 |
| 09/14/12 | JEM | L210 | Correspond with client regarding Motion for Partial Stay | 0.4 | 146.00 |
| 09/14/12 | ERD | L210 | Case assessment regarding Motion to Partial Stay | 0.2 | 24.00 |
| 09/19/12 | ERD | L210 | Case assessment regarding status of Motion to Stay | 0.1 | 12.00 |
| 09/19/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.2 | 24.00 |
| 09/19/12 | ERD | L210 | Prepare Motion to Stay with exhibits for filing with Court | 0.4 | 48.00 |
| 09/19/12 | ERD | L210 | Prepare proposed Order granting Motion to Stay | 0.1 | 12.00 |
| 09/19/12 | ERD | L210 | Compose correspondence to Court regarding Motion to Stay | 0.2 | 24.00 |
| 09/19/12 | JEM | L210 | Finalize Motion to Stay and Order with client approval | 0.4 | 146.00 |
| 09/19/12 | JEM | L120 | Telephone calls with client and opposing counsel regarding stay and status | 0.2 | 73.00 |
| 09/24/12 | JEM | L210 | Negotiate Agreed Order with opposing counsel on Motion for Partial Stay | 0.3 | 109.50 |
| 09/25/12 | JEM | L210 | Revise Agreed Orders to obtain entry by opposing counsel | 0.3 | 109.50 |
| 09/25/12 | JEM | L210 | Telephone calls with opposing counsel regarding Agreed Orders | 0.1 | 36.50 |
| 09/27/12 | ERD | L210 | Prepare Agreed Order granting Motion to Stay | 0.3 | 36.00 |
| 09/28/12 | ERD | L120 | Case assessment regarding Agreed Order Staying case | 0.1 | 12.00 |

| | | | Totals | 4.5 | 1,250.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455333
File No. 040540.000234
Claim/Client File No. 712768
Page 3

GMAC ResCap

(WV) Curry, Lyndol A.

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|--------|-----------|-------|--------|----------|
| ERD | Derby | Paralegal | 1.6 | 120.00 | 192.00 |
| JEM | Manning | Partner | 2.9 | 365.00 | 1,058.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455333 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:** (WV) Curry, Lyndol A.

**Total Amount of This Invoice** $1,250.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455367 |
| | File No. | 040540.000258 |
| | Claim/Client File No. | 716988 |

**RE:    advs. Johnson, Waldo & Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $36.00 |
| **Total Amount of This Invoice** | **$36.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455367
File No. 040540.000258
Claim/Client File No. 716988
Page 2

GMAC ResCap

advs. Johnson, Waldo & Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/28/12 | ERD | L120 | Check on status of Appellate decision | 0.3 | 36.00 |
| | | | Totals | 0.3 | 36.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455367 |
| File No. | 040540.000258 |
| Claim/Client File No. | 716988 |

RE:    advs. Johnson, Waldo & Cynthia

**Total Amount of This Invoice**                                        $36.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**