# ——— TROUTMAN SANDERS LLP ———

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455375 |
| | File No. | 040540.000267 |
| | Claim/Client File No. | 718369 |

**RE:    (GA)  Rashid, Hassan**

Fees for Professional Services Rendered Through 09/30/12                    $110.00

**Total Amount of This Invoice**                    **$110.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455375
File No. 040540.000267
Claim/Client File No. 718369
Page 2

GMAC ResCap

(GA) Rashid, Hassan

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | MRB | L110 | Research status of bankruptcy adversary and communicate with Sharyn Fleischer regarding same | 0.4 | 110.00 |
| | | | Totals | 0.4 | 110.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455375 |
| File No. | 040540.000267 |
| Claim/Client File No. | 718369 |

RE:     (GA)  Rashid, Hassan

**Total Amount of This Invoice**                    $110.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/17/12 |
| Attn: Christine Buen, Senior Litigation Paralegal | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1455384 |
| | File No. 040540.000275 |
| | Claim/Client File No. 719322 |

**RE:    advs. Mildred Crew**

Fees for Professional Services Rendered Through 09/30/12                    $24.00

**Total Amount of This Invoice**                    **$24.00**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455384
File No. 040540.000275
Claim/Client File No. 719322
Page 2

GMAC ResCap

advs. Mildred Crew

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | ERD | L110 | Review billing information for accounting issue | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Christine Buen, Senior Litigation Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455384 |
| File No. | 040540.000275 |
| Claim/Client File No. | 719322 |

RE:    **advs. Mildred Crew**

**Total Amount of This Invoice**                     $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455385 |
| | File No. | 040540.000278 |
| | Claim/Client File No. | 719777 |

**RE:    (GA) Stanley, Shelley**

Fees for Professional Services Rendered Through 09/30/12 ........................ $140.50

**Total Amount of This Invoice**        **$140.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455385
File No. 040540.000278
Claim/Client File No. 719777
Page 2

GMAC ResCap

(GA) Stanley, Shelley

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Monitor status regarding automatic bankruptcy stay | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| | | | Totals | 0.5 | 140.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455385 |
| File No. | 040540.000278 |
| Claim/Client File No. | 719777 |

RE:    (GA) Stanley, Shelley

**Total Amount of This Invoice**                     $140.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455389 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $24.00 |
| **Total Amount of This Invoice** | **$24.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455389
File No. 040540.000289
Claim/Client File No. 721577
Page 2

GMAC ResCap

(WV) Bragg, Virginia and Gregory

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | ERD | L210 | Review and analyze Notice of Hearing on Motion to Stay | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455389 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

RE:     (WV) Bragg, Virginia and Gregory

**Total Amount of This Invoice**          $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1455391 |
| Minneapolis, MN 55423 | File No. | 040540.000290 |
| | Claim/Client File No. | 722124 |

**RE:    (WV) Evans, Christine (Estate of L King)**

Fees for Professional Services Rendered Through 09/30/12          $1,021.00

**Total Amount of This Invoice          $1,021.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455391
File No. 040540.000290
Claim/Client File No. 722124
Page 2

GMAC ResCap

(WV) Evans, Christine (Estate of L King)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | ERD | L210 | Case assessment regarding responsive pleading for new Complaint | 0.3 | 36.00 |
| 09/06/12 | ERD | L210 | Compare Complaint from previous case to new Complaint | 0.5 | 60.00 |
| 09/06/12 | ERD | L210 | Draft Answer to new Complaint | 1.0 | 120.00 |
| 09/06/12 | ERD | L110 | Review billing information for accounting issue | 0.2 | 24.00 |
| 09/12/12 | JEM | L120 | Telephone conference with client regarding case status | 0.2 | 73.00 |
| 09/13/12 | JEM | L210 | Revise Answer for client approval | 0.4 | 146.00 |
| 09/13/12 | ERD | L120 | Case assessment regarding responding to new Complaint | 0.2 | 24.00 |
| 09/13/12 | ERD | L210 | Draft and revise Answer to new Complaint | 0.8 | 96.00 |
| 09/14/12 | JEM | L210 | Correspond with client regarding finalizing Answer | 0.4 | 146.00 |
| 09/14/12 | JEM | L210 | Revise and finalize Answer | 0.3 | 109.50 |
| 09/19/12 | ERD | L210 | Review Answer of West Virginia State Tax Department | 0.1 | 12.00 |
| 09/19/12 | ERD | L210 | Case assessment regarding GMAC's Answer | 0.2 | 24.00 |
| 09/19/12 | JEM | L210 | Finalize Answer with client approval | 0.3 | 109.50 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | ABP | L120 | Monitor status of docket in light of dismissal of cross-claims and filing of Notice of Bankruptcy | 0.1 | 29.00 |
| | | | Totals | 5.1 | 1,021.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455391
File No. 040540.000290
Claim/Client File No. 722124
Page 3

GMAC ResCap

(WV) Evans, Christine (Estate of L King)

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ERD | Derby | Paralegal | 3.4 | 120.00 | 408.00 |
| JEM | Manning | Partner | 1.6 | 365.00 | 584.00 |
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455391 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

**RE:** **(WV) Evans, Christine (Estate of L King)**

**Total Amount of This Invoice** $1,021.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date | 10/17/12 |
| Attn: Beth M. Northrop-Day, Litigation Case Manager | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1455393 |
| Minneapolis, MN 55437 | File No. | 040540.000294 |
| | Claim/Client File No. | 722477 |
| | Policy No. | 0800272239 |

**RE:    (NJ) Halawani, Izzy**

Fees for Professional Services Rendered Through 09/30/12                    $24.00

**Total Amount of This Invoice**                    **$24.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455393
File No. 040540.000294
Claim/Client File No. 722477
Page 2

Ally Financial

(NJ) Halawani, Izzy

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | ERD | L110 | Review billing information for accounting issue | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Beth M. Northrop-Day, Litigation Case Manager
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455393 |
| File No. | 040540.000294 |
| Claim/Client File No. | 722477 |
| Policy No. | 0800272239 |

RE:    (NJ) Halawani, Izzy

**Total Amount of This Invoice**            $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455396 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

**RE:    (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $152.50 |
| **Total Amount of This Invoice** | **$152.50** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455396
File No. 040540.000302
Claim/Client File No. 723376
Page 2

GMAC ResCap

(GA) Carmouche, Thomasine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Monitor status of service of Complaint | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| | | | Totals | 0.6 | 152.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455396 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

RE:     (GA) Carmouche, Thomasine

**Total Amount of This Invoice**                    $152.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1455400 |
| Minneapolis, MN 55423 | File No. | 040540.000311 |
| | Claim/Client File No. | 725270 |

**RE:    (WV) Smith, Maryann**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $109.00 |
| **Total Amount of This Invoice** | **$109.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455400
File No. 040540.000311
Claim/Client File No. 725270
Page 2

GMAC ResCap

(WV) Smith, Maryann

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/12/12 | JEM | L120 | Telephone conference with client regarding case status | 0.2 | 73.00 |
| 09/14/12 | ERD | L110 | Case assessment regarding status of Plaintiff's payments to GMAC | 0.3 | 36.00 |
| | | | Totals | 0.5 | 109.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455400 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:   (WV) Smith, Maryann**

**Total Amount of This Invoice**                    $109.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455425 |
| | File No. | 040540.000317 |
| | Claim/Client File No. | 726599 |

**RE:    (GA) Washington J Pro**

Fees for Professional Services Rendered Through 09/30/12                $123.50

**Total Amount of This Invoice**        **$123.50**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455425
File No. 040540.000317
Claim/Client File No. 726599
Page 2

GMAC ResCap

(GA) Washington J Pro

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | ABP | L120 | Monitor status of pending litigation and review docket in light of filing of Notice of Bankruptcy | 0.1 | 29.00 |
| | | | Totals | 0.5 | 123.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455425 |
| File No. | 040540.000317 |
| Claim/Client File No. | 726599 |

RE:     (GA) Washington J Pro

**Total Amount of This Invoice**          $123.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

Attorneys at Law
A Limited Liability Partnership
Federal ID No. 58-0946915

Billing Inquiries:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1455439 |
| | File No. 040540.000322 |
| | Claim/Client File No. 713753 |

**RE:    (WV) Belcher, James and Willa**

Fees for Professional Services Rendered Through 09/30/12                    $461.50

**Total Amount of This Invoice**          **$461.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455439
File No. 040540.000322
Claim/Client File No. 713753
Page 2

GMAC ResCap

(WV) Belcher, James and Willa

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/12/12 | JEM | L120 | Telephone conference with client regarding case status | 0.2 | 73.00 |
| 09/13/12 | JEM | L210 | Revise Motion to Bifurcate per client instructions | 0.6 | 219.00 |
| 09/13/12 | ERD | L110 | Case assessment regarding status of case since bankruptcy filing | 0.1 | 12.00 |
| 09/21/12 | ERD | L110 | Case assessment regarding status of filing Motion to Stay | 0.2 | 24.00 |
| 09/24/12 | JEM | L210 | Emails with opposing counsel and client regarding Motion for Partial Stay | 0.3 | 109.50 |
| 09/27/12 | ERD | L210 | Case assessment regarding filing of Motion to Stay | 0.2 | 24.00 |
| | | | Totals | 1.6 | 461.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.5 | 120.00 | 60.00 |
| JEM | Manning | Partner | 1.1 | 365.00 | 401.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

**FEDERAL ID No. 58-0946915**

**Electronic Payments**

Wells Fargo Bank, N.A., Atlanta, Georgia

ACH/ABA #061000227

WIRE/ABA #121000248

To Credit Troutman Sanders LLP

Operating Account #2052700305792

Reference Attorney: J C Lynch

Reference Client: 040540

From International Locations please add Swift

Address/Code: WFBI US 6S

Office Location:

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

Billing Inquiries:

404-885-2508

GMAC ResCap

Attn: David G. Hagens, Esq., Associate Counsel

One Meridian Crossings

Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455439 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

**Total Amount of This Invoice**                         $461.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date 10/17/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial 757-687-7765 |
| | Invoice No. 1455453 |
| Suite 350 | File No. 040540.000329 |
| Minneapolis, MN 55437 | Claim/Client File No. 723448 |

RE:    **(VA) advs. Woollard, Susan L./2nd**

Fees for Professional Services Rendered Through 09/30/12          $461.00

                                **Total Amount of This Invoice    $461.00**

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455453
File No. 040540.000329
Claim/Client File No. 723448
Page 2

Ally Financial

(VA) advs. Woollard, Susan L./2nd

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/04/12 | ESF | L160 | Correspondence to client regarding settlement checks | 0.2 | 46.00 |
| 09/04/12 | ESF | L190 | Revise settlement agreement | 0.4 | 92.00 |
| 09/04/12 | ESF | L160 | Correspondence to client regarding revised settlement agreement | 0.1 | 23.00 |
| 09/05/12 | ESF | L160 | Phone conference with client regarding settlement agreement | 0.2 | 46.00 |
| 09/05/12 | ESF | L160 | Correspondence to opposing counsel regarding draft settlement agreement | 0.3 | 69.00 |
| 09/05/12 | ESF | L160 | Phone conference with opposing counsel regarding draft settlement agreement | 0.1 | 23.00 |
| 09/05/12 | ESF | L160 | Correspondence to client regarding plaintiff's proposed revision to the settlement agreement | 0.2 | 46.00 |
| 09/05/12 | ERD | P600 | Draft Stipulation of Dismissal | 0.2 | 24.00 |
| 09/11/12 | ESF | L160 | Correspondence to opposing counsel regarding next modification payment | 0.2 | 46.00 |
| 09/25/12 | ESF | L160 | Correspondence to client regarding October modification payment | 0.2 | 46.00 |
| | | | Totals | 2.1 | 461.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ESF | Flowers | Associate | 1.9 | 230.00 | 437.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455453 |
| File No. | 040540.000329 |
| Claim/Client File No. | 723448 |

**RE:    (VA) advs. Woollard, Susan L./2nd**

**Total Amount of This Invoice**                    $461.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| One Meridian Crossings | Submitted by | J C Lynch |
| Minneapolis, MN 55423 | Direct Dial | 757-687-7765 |
| | Invoice No. | 1455481 |
| | File No. | 040540.000007 |
| | Claim/Client File No. | 724922 |

**RE:    (WV) Rexyall Wade & Deanna Wade**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $24.00 |
| **Total Amount of This Invoice** | **$24.00** |