IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455481
File No. 040540.000007
Claim/Client File No. 724922
Page 2

GMAC ResCap

(WV) Rexyall Wade & Deanna Wade

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | ERD | L110 | Review billing information for accounting issue | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455481 |
| File No. | 040540.000007 |
| Claim/Client File No. | 724922 |

RE:  (WV) Rexyall Wade & Deanna Wade

**Total Amount of This Invoice**                    $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455485 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

RE:    **(WV) advs Marvin & Janet L. Looney**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $170.00 |
| **Total Amount of This Invoice** | **$170.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455485
File No. 040540.000033
Claim/Client File No. 720446
Page 2

GMAC ResCap

(WV) advs Marvin & Janet L. Looney

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | ERD | L210 | Review Order granting GMAC's Motion to Stay | 0.2 | 24.00 |
| 09/24/12 | JEM | L120 | Conference call with opposing counsel regarding settlement and stay | 0.4 | 146.00 |
| | | | Totals | 0.6 | 170.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455485 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

RE:    (WV) advs Marvin & Janet L. Looney

**Total Amount of This Invoice**                    $170.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---:|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455487 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:   **(WV)  advs. Bennett, Colin, et al.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 09/30/12 | $1,128.50 |
| **Total Amount of This Invoice** | **$1,128.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455487
File No. 040540.000046
Claim/Client File No. 694624
Page 2

GMAC ResCap

(WV)  advs. Bennett, Colin, et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/05/12 | JEM | L160 | Negotiate settlement with opposing counsel | 0.3 | 109.50 |
| 09/11/12 | JEM | L110 | Prepare status update for client | 0.2 | 73.00 |
| 09/12/12 | JEM | L120 | Telephone conference with client regarding case status | 0.2 | 73.00 |
| 09/12/12 | ERD | L120 | Case assessment regarding status of settlement potential between Plaintiff and GMAC | 0.2 | 24.00 |
| 09/24/12 | JEM | L160 | Multiple telephone calls and emails with client and opposing counsel regarding settlement | 0.4 | 146.00 |
| 09/24/12 | ERD | L120 | Case assessment regarding cash for Keys agreement for settlement | 0.3 | 36.00 |
| 09/24/12 | ERD | L120 | Prepare Settlement Agreement | 0.7 | 84.00 |
| 09/25/12 | ERD | L120 | Prepare Quit Claim Deed | 0.4 | 48.00 |
| 09/25/12 | ERD | L120 | Revise Settlement Agreement to include quit claim provision | 0.2 | 24.00 |
| 09/26/12 | JEM | L160 | Revise settlement documents | 0.5 | 182.50 |
| 09/26/12 | JEM | L160 | Correspond with client regarding revisions to settlement documents | 0.2 | 73.00 |
| 09/27/12 | JEM | L160 | Revise Settlement Agreement per client comments | 0.7 | 255.50 |
| | | | Totals | 4.3 | 1,128.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.8 | 120.00 | 216.00 |
| JEM | Manning | Partner | 2.5 | 365.00 | 912.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455487 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:    (WV)  advs. Bennett, Colin, et al.

**Total Amount of This Invoice**                           $1,128.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date     10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by     J C Lynch |
| One Meridian Crossings | Direct Dial     757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.     1455510 |
| | File No.     040540.000086 |
| | Claim/Client File No.     728771 |

RE:    (GA) Roberts, Lenworth L.

Fees for Professional Services Rendered Through 09/30/12                               $493.00

**Total Amount of This Invoice**                               **$493.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455510
File No. 040540.000086
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding pretrial hearing and possible resolution of case through loan modification | 0.1 | 29.00 |
| 09/11/12 | ABP | L120 | Review correspondence from counsel for MERS regarding case status | 0.1 | 29.00 |
| 09/11/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding pretrial conference and possible settlement through loan modification | 0.2 | 58.00 |
| 09/12/12 | ABP | L120 | Review correspondence exchanged with counsel for MERS regarding case status | 0.1 | 29.00 |
| 09/13/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential for settlement through loan modification | 0.1 | 29.00 |
| 09/14/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential for settlement through loan modification | 0.1 | 29.00 |
| 09/18/12 | ABP | L120 | Develop discovery strategies | 0.1 | 29.00 |
| 09/19/12 | ABP | L120 | Develop discovery strategies | 0.1 | 29.00 |
| 09/20/12 | ABP | L120 | Develop settlement strategies | 0.1 | 29.00 |
| 09/20/12 | ABP | L120 | Prepare for status conference | 0.1 | 29.00 |
| 09/20/12 | ABP | L120 | Develop strategies regarding continuing of settlement conference | 0.1 | 29.00 |
| 09/24/12 | ABP | L120 | Develop settlement strategies | 0.3 | 87.00 |
| 09/26/12 | ABP | L120 | Develop settlement strategies | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Plan and prepare for final pretrial conference | 0.1 | 29.00 |
| | | | Totals | 1.7 | 493.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.7 | 290.00 | 493.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455510 |
| File No. | 040540.000086 |
| Claim/Client File No. | 728771 |

RE:    (GA) Roberts, Lenworth L.

**Total Amount of This Invoice**                    $493.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455512 |
| | File No. | 040540.000102 |
| | Claim/Client File No. | 720750 |

**RE:    (GA) Sampson, Rodney**

Fees for Professional Services Rendered Through 09/30/12          $87.00

**Total Amount of This Invoice**          **$87.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455512
File No. 040540.000102
Claim/Client File No. 720750
Page 2

GMAC ResCap

(GA) Sampson, Rodney

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/26/12 | ABP | L120 | Verify status of title to property | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Monitor status of stay of pending proceedings | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Verify status of title to property | 0.1 | 29.00 |
| | | | Totals | 0.3 | 87.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455512 |
| File No. | 040540.000102 |
| Claim/Client File No. | 720750 |

RE:     (GA) Sampson, Rodney

**Total Amount of This Invoice**                    $87.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455519 |
| | File No. | 040540.000104 |
| | Claim/Client File No. | 695250 |

RE:    (GA)  Peter B. Mancuso

Fees for Professional Services Rendered Through 09/30/12          $29.00

**Total Amount of This Invoice**          **$29.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455519
File No. 040540.000104
Claim/Client File No. 695250
Page 2

GMAC ResCap

(GA)  Peter B. Mancuso

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/25/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding case status and REO plan to sell property | 0.1 | 29.00 |
| | | | Totals | 0.1 | 29.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455519 |
| File No. | 040540.000104 |
| Claim/Client File No. | 695250 |

RE:    (GA)  Peter B. Mancuso

**Total Amount of This Invoice**                    $29.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455527 |
| | File No. | 040540.000110 |
| | Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

Fees for Professional Services Rendered Through 09/30/12            $140.50

**Total Amount of This Invoice        $140.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455527
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Verify status of foreclosure proceedings | 0.2 | 58.00 |
| | | | Totals | 0.5 | 140.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455527 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

RE:     (GA) Wheeler, Michael

**Total Amount of This Invoice**                     $140.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1455538 |
| | File No. | 040540.000136 |
| | Claim/Client File No. | 696557 |

**RE:    (WV) Lester, Donna F.**

Fees for Professional Services Rendered Through 09/30/12                    $400.00

**Total Amount of This Invoice**              **$400.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/17/12
Invoice Number 1455538
File No. 040540.000136
Claim/Client File No. 696557
Page 2

GMAC ResCap

(WV) Lester, Donna F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/13/12 | JEM | L110 | Analyze pooling and servicing contract | 0.2 | 73.00 |
| 09/13/12 | JEM | L120 | Correspond with client regarding recommendation for response to discovery | 0.2 | 73.00 |
| 09/13/12 | ERD | L110 | Case assessment regarding status of case and GMAC Pooling and Servicing Agreement | 0.2 | 24.00 |
| 09/19/12 | ERD | L210 | Case assessment regarding status of Protective Order | 0.2 | 24.00 |
| 09/19/12 | JEM | L120 | Telephone calls with client regarding indemnification agreements, redactions and Protective Order | 0.4 | 146.00 |
| 09/21/12 | ERD | L110 | Compose correspondence to counsel regarding production of PSA and sub-servicing contract | 0.2 | 24.00 |
| 09/21/12 | ERD | L110 | Review relevant portions of PSA and sub-servicing contract regarding indemnification | 0.3 | 36.00 |
| | | | Totals | 1.7 | 400.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.9 | 120.00 | 108.00 |
| JEM | Manning | Partner | 0.8 | 365.00 | 292.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455538 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

RE:    (WV) Lester, Donna F.

**Total Amount of This Invoice**          $400.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/17/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1455546 |
| | File No. 040540.000162 |
| | Claim/Client File No. 700869 |

**RE:    (GA) Williams, G. Anne**

Fees for Professional Services Rendered Through 09/30/12          $82.50

**Total Amount of This Invoice          $82.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/17/12
Invoice Number 1455546
File No. 040540.000162
Claim/Client File No. 700869
Page 2

GMAC ResCap

(GA) Williams, G. Anne

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| | | | Totals | 0.3 | 82.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/17/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455546 |
| File No. | 040540.000162 |
| Claim/Client File No. | 700869 |

RE:    (GA) Williams, G. Anne

**Total Amount of This Invoice**            $82.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446797 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $2,279.00 |
| Costs and Expenses Through 08/31/12 | $108.96 |
| **Total Amount of This Invoice** | **$2,387.96** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1446797
File No. 040540.000326
Claim/Client File No. 729296
Page 2

GMAC ResCap

advs. Irvin, Valerie

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | EGO | L190 | Prepare for hearing on trustee's motion to dismiss, motion to substitute counsel and motion to continue hearing on amended motion for relief from stay | 0.7 | 185.50 |
| 08/01/12 | EGO | L190 | Attend hearing on trustee's motion to dismiss, motion to substitute counsel and motion to continue hearing on amended motion for relief from stay | 3.4 | 901.00 |
| 08/02/12 | EGO | L190 | Analyze Chapter 13 Plans and Related Motions | 0.4 | 106.00 |
| 08/02/12 | EGO | L190 | Analyze Motions for Relief from Stay and Debtor's Objections | 1.2 | 318.00 |
| 08/02/12 | EGO | L190 | Analyze Proof of Claim, Objection to same by filed debtor, and Answer to Objection filed on behalf of GMAC | 1.3 | 344.50 |
| 08/02/12 | EGO | L190 | Prepare correspondence to counsel for debtor regarding settlement and loan modification application | 0.2 | 53.00 |
| 08/02/12 | EGO | L190 | Prepare correspondence to Jennifer Scoliard regarding status and settlement negotiations | 0.2 | 53.00 |
| 08/06/12 | ERD | L210 | Draft Transfer of Claim | 0.5 | 60.00 |
| 08/06/12 | ERD | L210 | Draft GMAC's Answer to Objection to Claim | 0.4 | 48.00 |
| 08/20/12 | ERD | L210 | Review and analyze Premiere Bank's Complaint | 0.2 | 24.00 |
| 08/27/12 | JCL | L110 | Draft and receive correspondences with Garnett regarding current status | 0.2 | 80.00 |
| 08/27/12 | EGO | L190 | Telephone conversation with counsel for borrower regarding loan modification package | 0.2 | 53.00 |
| 08/27/12 | EGO | L190 | Draft status update to Anne Braucher of MERS | 0.2 | 53.00 |
| | | | Totals | 9.1 | 2,279.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

GMAC ResCap

advs. Irvin, Valerie

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 1.1 | 120.00 | 132.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| EGO | Ostroff | Associate | 7.8 | 265.00 | 2,067.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12**

| Date | Description | Amount |
|---|---|---|
| 08/02/12 | Personal Car Mileage – VENDOR: Ostroff, Ethan; INVOICE#: 080212OSTROFF; DATE: 8/2/2012  - 08/01- Hearing, U.S. Bankruptcy Court, Richmond | 108.96 |
| | Total: | 108.96 |
| | Total Fees & Costs: | $2,387.96 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446797 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

RE:     advs. Irvin, Valerie

**Total Amount of This Invoice**          $2,387.96

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1446798 |
| | File No. | 040540.000328 |
| | Claim/Client File No. | 730198 |

**RE:    (GA) advs. Stabb, Linda**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $8,219.00 |
| Costs and Expenses Through 08/31/12 | $38.89 |
| **Total Amount of This Invoice** | **$8,257.89** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S  A T  L A W

Invoice Date 10/22/12
Invoice Number 1446798
File No. 040540.000328
Claim/Client File No. 730198
Page 2

GMAC ResCap

(GA) advs. Stabb, Linda

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | AJR | L160 | Analyze settlement strategy and new financial packet | 0.1 | 28.50 |
| 08/05/12 | AJR | L120 | Email with client regarding chain of title of property | 0.1 | 28.50 |
| 08/05/12 | AJR | L120 | Analyze strategy for case in light of chain of title of property | 0.2 | 57.00 |
| 08/06/12 | MJW | L210 | Review loan documents for standing argument | 0.4 | 110.00 |
| 08/06/12 | MJW | L210 | Review and respond to email correspondence regarding motion to dismiss strategy | 0.2 | 55.00 |
| 08/06/12 | MJW | L210 | Draft motion to dismiss brief | 2.2 | 605.00 |
| 08/06/12 | MJW | L350 | Draft discovery request | 1.1 | 302.50 |
| 08/06/12 | ABP | L110 | Correspond with client Manish Verma regarding identity of holder of loan; review assignment of Deed of Trust | 0.1 | 29.00 |
| 08/06/12 | ABP | L120 | Develop strategies regarding possible pursuit of foreclosure | 0.1 | 29.00 |
| 08/07/12 | MJW | L210 | Research motion to dismiss issues | 2.9 | 797.50 |
| 08/07/12 | MJW | L210 | Draft motion to dismiss | 0.8 | 220.00 |
| 08/08/12 | AJR | L240 | Analyze strategy for motion to dismiss | 0.2 | 57.00 |
| 08/08/12 | MJW | L210 | Draft motion to dismiss | 4.6 | 1,265.00 |
| 08/08/12 | MJW | L350 | Draft discovery requests | 2.1 | 577.50 |
| 08/08/12 | MJW | L210 | Research motion to dismiss issues | 2.3 | 632.50 |
| 08/08/12 | MJW | L120 | Review and respond to email correspondence regarding case strategy | 0.3 | 82.50 |
| 08/08/12 | ABP | L120 | Develop strategies regarding arguments to include in Motion to Dismiss | 0.2 | 58.00 |
| 08/09/12 | AJR | L210 | Receive and review pleadings served on client; analyze case strategy in light of same | 0.6 | 171.00 |
| 08/09/12 | MJW | L190 | Review and respond to email correspondence regarding service | 0.1 | 27.50 |
| 08/09/12 | ABP | L110 | Correspond with client Manish Verma regarding service of Complaint for temporary and permanent injunction | 0.1 | 29.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1446798
File No. 040540.000328
Claim/Client File No. 730198
Page 3

GMAC ResCap

(GA) advs. Stabb, Linda

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/09/12 | ABP | L120 | Develop strategies in response to Plaintiff's request for injunctive relief | 0.2 | 58.00 |
| 08/10/12 | AJR | L120 | Email to client regarding strategy for responding to motion for injunction and requesting fact package | 0.1 | 28.50 |
| 08/10/12 | MJW | L210 | Review and respond to email correspondence regarding response; conference regarding same | 0.2 | 55.00 |
| 08/10/12 | AJR | L120 | Analyze strategy for responding to motion for injunction; update case tasks | 0.4 | 114.00 |
| 08/10/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding planned Motion to Dismiss and response to Plaintiff's Complaint for permanent injunction | 0.1 | 29.00 |
| 08/10/12 | ABP | L120 | Develop strategies for arguments to include in Motion to Dismiss and response to Plaintiff's pleadings | 0.1 | 29.00 |
| 08/16/12 | MJW | L310 | Review fact package | 0.5 | 137.50 |
| 08/21/12 | AJR | L160 | Telephone conference with borrower's counsel regarding possible loan modification for borrower; email to opposing counsel regarding same | 0.3 | 85.50 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/27/12 | AJR | L120 | Check status of case at request of client and analyze strategy for same; update case tasks | 0.5 | 142.50 |
| 08/27/12 | AJR | L120 | Emails with client regarding case status and strategy | 0.1 | 28.50 |
| 08/27/12 | AJR | L190 | Telephone conference and email with opposing counsel regarding borrower's application for loan modification, request for stay, and extension to respond to motion to dissolve TRO | 0.2 | 57.00 |
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/28/12 | AJR | L190 | Telephone conference with email with opposing counsel regarding extension to respond to motion to dissolve TRO | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 10/22/12
Invoice Number 1446798
File No. 040540.000328
Claim/Client File No. 730198
Page 4

GMAC ResCap

(GA) advs. Stabb, Linda

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/28/12 | AJR | L210 | Receive and review motion to extend time to respond to motion to dissolve TRO and proposed consent order | 0.1 | 28.50 |
| 08/28/12 | ABP | L120 | Develop strategies in response to Plaintiff's Motion and Petition for Injunctive Relief | 0.1 | 29.00 |
| 08/28/12 | MJW | L120 | Review case file | 0.4 | 110.00 |
| 08/28/12 | MJW | L120 | Draft response to plaintiff's petition for injunction | 1.4 | 385.00 |
| 08/28/12 | MJW | L120 | Draft response to plaintiff's statement of facts | 3.2 | 880.00 |
| 08/28/12 | MJW | L120 | Review and respond to email correspondence regarding response | 0.2 | 55.00 |
| 08/29/12 | AJR | L250 | Revise response to verified petition and motion for TRO, response to statement of facts, and motion to dismiss | 0.2 | 57.00 |
| 08/31/12 | AJR | L120 | Email to client regarding drafts of response to verified petition and motion for TRO, response to statement of facts, and motion to dismiss and case strategy | 0.2 | 57.00 |
| 08/31/12 | AJR | L250 | Revise response to verified petition and motion for TRO, response to statement of facts, and motion to dismiss | 1.5 | 427.50 |
| 08/31/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding responsive pleadings, Motion to Dismiss and potential for resolution of case through loan modification | 0.1 | 29.00 |
| | | | Totals | 30.1 | 8,219.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.8 | 120.00 | 96.00 |
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 4.9 | 285.00 | 1,396.50 |
| MJW | Windham | Associate | 23.3 | 275.00 | 6,407.50 |

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1446798
File No. 040540.000328
Claim/Client File No. 730198
Page 5

GMAC ResCap

(GA) advs. Stabb, Linda

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269974 DATE: 7/27/2012<br>Date: 07/26/2012; Job Code: REYES; To: FULTON SUPERIOR | 38.89 |
| | Total: | 38.89 |
| | Total Fees & Costs: | $8,257.89 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1446798 |
| File No. | 040540.000328 |
| Claim/Client File No. | 730198 |

RE:    (GA) advs. Stabb, Linda

**Total Amount of This Invoice**               $8,257.89

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

———————— T ROUTMAN S ANDERS LLP ————————

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452582 |
| | File No. | 040540.000254 |
| | Claim/Client File No. | 716264 |

**RE:    (GA) Richard C. Flippin - Foreclosure**

Fees for Professional Services Rendered Through 09/30/12                 $683.00

                                        **Total Amount of This Invoice        $683.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1452582
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/03/12 | AJR | L120 | Analyze case strategy in light of pending motion for summary judgment | 0.2 | 57.00 |
| 09/03/12 | AJR | L120 | Email to client regarding case strategy in light of pending motion for summary judgment | 0.1 | 28.50 |
| 09/05/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/13/12 | AJR | L120 | Analyze strategy for filing notice of bankruptcy and for moving forward with dispossessory action | 0.5 | 142.50 |
| 09/13/12 | AJR | L120 | Emails with client regarding strategy for filing notice of bankruptcy and for moving forward with dispossessory action | 0.3 | 85.50 |
| 09/13/12 | MJW | L120 | Review Order; develop case strategy | 0.7 | 192.50 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| | | | Totals | 2.5 | 683.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| AJR | Reyes | Associate | 1.1 | 285.00 | 313.50 |
| MJW | Windham | Associate | 1.3 | 275.00 | 357.50 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452582 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:    (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**                    $683.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452583 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

RE:    **(GA) Williams, Charlotte vs. GMAC**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $4,925.50 |
| Costs and Expenses Through 09/30/12 | $224.30 |
| **Total Amount of This Invoice** | **$5,149.80** |