IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1452583
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | AJR | L120 | Analyze strategy for filing motion to compel and response to petition to strike response to objections to report & recommendation; update case tasks | 0.3 | 85.50 |
| 09/04/12 | ERD | L210 | Review and analyze Plaintiff's Motion to Strike | 0.4 | 48.00 |
| 09/04/12 | MJW | L120 | Review and respond to email correspondence regarding motion to compel; review and respond to email correspondence regarding response to motion to strike; calculate deadlines | 0.3 | 82.50 |
| 09/05/12 | AJR | L390 | Telephone conference with borrower regarding scheduling deposition and responding to discovery requests | 0.3 | 85.50 |
| 09/05/12 | MJW | L210 | Conference regarding motion to compel and motion for sanctions; draft motion to compel; draft supporting memorandum; research law; draft certification of counsel; draft proposed order; review and respond to email correspondence regarding motion to compel | 4.2 | 1,155.00 |
| 09/06/12 | AJR | L390 | Draft amended notices of deposition; draft correspondence to borrower confirming deposition dates | 0.5 | 142.50 |
| 09/06/12 | AJR | L120 | Receive and review correspondence from borrower; analyze strategy for responding to same; analyze strategy for deposition of borrowers and filing motion to compel and arrange for court reporter; update case tasks | 1.3 | 370.50 |
| 09/06/12 | ERD | L330 | Review notices of deposition of Plaintiffs | 0.2 | 24.00 |
| 09/06/12 | MJW | L120 | Draft response to motion to strike; research for brief; research case for updated case list per client request | 2.1 | 577.50 |
| 09/07/12 | MJW | L210 | Draft response to motion to strike; review and respond to email correspondence regarding response | 1.3 | 357.50 |
| 09/10/12 | AJR | L120 | Analyze strategy for filing motion to compel deposition and written discovery from plaintiffs | 0.5 | 142.50 |
| 09/10/12 | AJR | L330 | Take deposition of borrower Charlotte Williams | 2.7 | 769.50 |
| 09/11/12 | AJR | L210 | Revise response to plaintiffs' petition to strike | 0.4 | 114.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1452583
File No. 040540.000310
Claim/Client File No. 724879
Page 3

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/11/12 | AJR | L210 | Email to client regarding response to plaintiffs' petition to strike | 0.1 | 28.50 |
| 09/11/12 | AJR | L190 | Email client regarding case status and deposition of borrower | 0.3 | 85.50 |
| 09/12/12 | AJR | L190 | Review and analyze correspondence from plaintiff | 0.2 | 57.00 |
| 09/12/12 | AJR | L190 | Draft response to correspondence from plaintiff | 0.3 | 85.50 |
| 09/12/12 | AJR | L190 | Email to client regarding correspondence from plaintiff and response to same | 0.1 | 28.50 |
| 09/13/12 | AJR | L210 | File response to plaintiff's petition to strike | 0.1 | 28.50 |
| 09/13/12 | AJR | L210 | Email to client regarding filing of response to plaintiffs' petition to strike | 0.1 | 28.50 |
| 09/13/12 | ERD | L210 | Review GMAC's Response in Opposition to Motion to Strike | 0.2 | 24.00 |
| 09/14/12 | ERD | L210 | Case assessment regarding upcoming deadlines for responses to Motions | 0.2 | 24.00 |
| 09/18/12 | AJR | L330 | Review and analyze certificates of non-appearance for plaintiff's deposition | 0.1 | 28.50 |
| 09/24/12 | AJR | L240 | Review and analyze McCurdy & Candler's Motion to Dismiss | 0.2 | 57.00 |
| 09/24/12 | ERD | L210 | Review Plaintiff's Motion to Dismiss | 0.2 | 24.00 |
| 09/24/12 | MJW | L110 | Review Co-Defendants' Motion to Dismiss | 0.7 | 192.50 |
| 09/25/12 | AJR | L250 | Review and analyze lis pendens filed by borrower | 0.1 | 28.50 |
| 09/25/12 | AJR | L250 | Email with client regarding strategy for dispossessory action in light of lis pendens filed by borrower | 0.1 | 28.50 |
| 09/25/12 | AJR | L250 | Review and analyze lis pendens filed by borrower | 0.1 | 28.50 |
| 09/28/12 | AJR | L190 | Obtain deposition transcripts from court reporter for use in Motion for Summary Judgment | 0.1 | 28.50 |
| 09/28/12 | MJW | L110 | Review deposition for Motion for Summary Judgment | 0.6 | 165.00 |
| | | | Totals | 18.3 | 4,925.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1452583
File No. 040540.000310
Claim/Client File No. 724879
Page 4

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.2 | 120.00 | 144.00 |
| AJR | Reyes | Associate | 7.9 | 285.00 | 2,251.50 |
| MJW | Windham | Associate | 9.2 | 275.00 | 2,530.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/12 | Court Reporter/Deposition Costs – VENDOR: Premier Reporting; INVOICE#: 25949; DATE: 9/20/2012 Deposition of Charlotte Williams & Bryant Wright | 224.30 |

Total: 224.30

Total Fees & Costs: $5,149.80

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452583 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

RE:     (GA) Williams, Charlotte vs. GMAC

**Total Amount of This Invoice**                        $5,149.80

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452584 |
| File No. | 040540.000316 |
| Claim/Client File No. | 727046 |

**RE:    (GA) Raymond, Erma**

Fees for Professional Services Rendered Through 09/30/12          $1,977.00

**Total Amount of This Invoice**          **$1,977.00**

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1452584
File No. 040540.000316
Claim/Client File No. 727046
Page 2

GMAC ResCap

(GA) Raymond, Erma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/03/12 | AJR | L190 | Review and analyze draft response to plaintiff's purported QWRs; email to client regarding same; update case tasks | 0.5 | 142.50 |
| 09/03/12 | ABP | L120 | Review correspondence exchanged with clients Amy Hartshorn and Katie Dutill regarding proposed response to Plaintiff's Qualified Written Request | 0.1 | 29.00 |
| 09/03/12 | ABP | L120 | Review proposed response to Plaintiff's Qualified Written Request | 0.2 | 58.00 |
| 09/05/12 | AJR | L190 | Email to foreclosure counsel regarding status of foreclosure sale | 0.1 | 28.50 |
| 09/05/12 | AJR | L120 | analyze strategy for responding to QWRs; update case tasks | 0.2 | 57.00 |
| 09/05/12 | ABP | L120 | Develop strategies in response to Plaintiff's Qualified Written Request | 0.4 | 116.00 |
| 09/07/12 | AJR | L190 | Check docket for appeal from borrower; analyze case strategy in light of cancellation of foreclosure sale; analyze correspondence received from opposing counsel for responding to same; review and analyze correspondence sent to borrower denying loan modifications | 0.7 | 199.50 |
| 09/07/12 | AJR | L190 | Revise response to opposing counsel's purported QWRs and related correspondence | 0.7 | 199.50 |
| 09/07/12 | AJR | L190 | Email to client regarding revisions to response to opposing counsel's purported QWRs and related correspondence | 0.2 | 57.00 |
| 09/07/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding revisions to proposed response to Plaintiff's Qualified Written Request | 0.2 | 58.00 |
| 09/07/12 | ABP | L120 | Revise proposed response to Plaintiff's Qualified Written Request | 0.2 | 58.00 |
| 09/10/12 | ABP | L120 | Review correspondence from opposing counsel regarding Qualified Written Request and foreclosure | 0.2 | 58.00 |
| 09/10/12 | ABP | L120 | Review draft letter in response to Plaintiff's Qualified Written Request | 0.2 | 58.00 |
| 09/12/12 | AJR | L190 | Check docket to see whether plaintiff appealed | 0.1 | 28.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1452584
File No. 040540.000316
Claim/Client File No. 727046
Page 3

GMAC ResCap

(GA) Raymond, Erma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | ruling on TRO | | |
| 09/13/12 | AJR | L190 | Verify deadline to respond to borrower's QWRs and calendar same | 0.1 | 28.50 |
| 09/17/12 | AJR | L190 | Email to client regarding revisions to response to opposing counsel's purported QWRs and related correspondence | 0.2 | 57.00 |
| 09/17/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 09/17/12 | AJR | L190 | Revise responses to borrower's QWRs and related correspondence | 0.6 | 171.00 |
| 09/17/12 | AJR | L190 | Review and analyze additional QWR and related correspondence from borrower's attorney | 0.3 | 85.50 |
| 09/17/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding draft response to Plaintiff's Qualified Written Request | 0.2 | 58.00 |
| 09/18/12 | AJR | L190 | Check docket to see whether plaintiff appealed ruling on TRO | 0.1 | 28.50 |
| 09/18/12 | AJR | L190 | Review and analyze client's proposed response to borrower's QWRs | 0.2 | 57.00 |
| 09/18/12 | AJR | L190 | Revise client's proposed response to borrower's QWRs | 0.4 | 114.00 |
| 09/18/12 | AJR | L190 | Telephone conference with client regarding revisions to client's proposed response to borrower's QWRs | 0.2 | 57.00 |
| 09/18/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding draft response to Plaintiff's Qualified Written Request | 0.2 | 58.00 |
| 09/19/12 | AJR | L160 | Email with client regarding financial package submitted by borrower | 0.1 | 28.50 |
| 09/26/12 | ABP | L210 | Review file correspondence exchanged with opposing counsel regarding response to Plaintiff's Qualified Written Request | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Verify foreclosure sale date | 0.1 | 29.00 |
| | | | Totals | 6.9 | 1,977.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12<br>
Invoice Number 1452584<br>
File No. 040540.000316<br>
Claim/Client File No. 727046<br>
Page 4

GMAC ResCap

(GA) Raymond, Erma

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 2.1 | 290.00 | 609.00 |
| AJR | Reyes | Associate | 4.8 | 285.00 | 1,368.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Location:**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452584 |
| File No. | 040540.000316 |
| Claim/Client File No. | 727046 |

**RE:      (GA) Raymond, Erma**

**Total Amount of This Invoice**          $1,977.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452862 |
| | File No. | 040540.000154 |
| | Claim/Client File No. | 699708 |

**RE:    Frederick Hylton Estate**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $240.00 |
| **Total Amount of This Invoice** | **$240.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1452862
File No. 040540.000154
Claim/Client File No. 699708
Page 2

GMAC ResCap

Frederick Hylton Estate

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/16/12 | MIS | C400 | Telephone call, emails with Christine Buen concerning amended bankruptcy order | 0.1 | 40.00 |
| 08/16/12 | MIS | L210 | Prepare and serve amended bankruptcy order | 0.4 | 160.00 |
| 08/16/12 | MIS | C400 | Correspondence with county clerk | 0.1 | 40.00 |
| | | | Totals | 0.6 | 240.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MIS | Schlesinger | Of Counsel | 0.6 | 400.00 | 240.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452862 |
| File No. | 040540.000154 |
| Claim/Client File No. | 699708 |

RE:    **Frederick Hylton Estate**

**Total Amount of This Invoice**          $240.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date | 10/22/12 |
| Attn: Christine A. Buen, Paralegal | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1452898 |
| Minneapolis, MN 55437 | File No. | 040540.000279 |
| | Claim/Client File No. | 720187 |

**RE:    Advs. Dente, Ralph and Maria**

Fees for Professional Services Rendered Through 08/31/12                   $240.00

**Total Amount of This Invoice          $240.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1452898
File No. 040540.000279
Claim/Client File No. 720187
Page 2

Ally Financial

Advs. Dente, Ralph and Maria

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/16/12 | MIS | C400 | Telephone call, email with Christine Buen concerning amended bankruptcy order | 0.1 | 40.00 |
| 08/16/12 | MIS | L210 | Prepare and serve amended bankruptcy order | 0.4 | 160.00 |
| 08/16/12 | MIS | C400 | Correspondence with county clerk | 0.1 | 40.00 |
| | | | Totals | 0.6 | 240.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MIS | Schlesinger | Of Counsel | 0.6 | 400.00 | 240.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Christine A. Buen, Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452898 |
| File No. | 040540.000279 |
| Claim/Client File No. | 720187 |

**RE:**    **Advs. Dente, Ralph and Maria**

**Total Amount of This Invoice**                                   $240.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date: 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by: J C Lynch |
| One Meridian Crossings | Direct Dial: 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.: 1455364 |
| | File No.: 040540.000256 |
| | Claim/Client File No.: 716715 |

RE:    **(GA) Merceron, Viking, et al.**

Fees for Professional Services Rendered Through 09/30/12                                  $82.50

                                                    **Total Amount of This Invoice**          **$82.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1455364
File No. 040540.000256
Claim/Client File No. 716715
Page 2

GMAC ResCap

(GA) Merceron, Viking, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| | | | Totals | 0.3 | 82.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455364 |
| File No. | 040540.000256 |
| Claim/Client File No. | 716715 |

RE:    (GA) Merceron, Viking, et al.

**Total Amount of This Invoice**                    $82.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456670 |
| | File No. | 040540.000110 |
| | Claim/Client File No. | 693591 |

**RE:    (GA) Wheeler, Michael**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $82.50 |
| Costs and Expenses Through 08/31/12 | $113.62 |
| **Total Amount of This Invoice** | **$196.12** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456670
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 0.3 | 82.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12

| Date | Description | Amount |
|------|-------------|--------|
| 07/12/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 269629 DATE: 7/6/2012 Date: 07/03/2012; Job Code: REYES; To: COBB SUPERIOR COURT | 93.64 |
| 07/09/12 | Personal Car Mileage – VENDOR: Reyes, Alexandria; INVOICE#: 062512REYES; DATE: 6/25/2012  -  06/18- Attend hearing | 19.98 |
| | Total: | 113.62 |
| | Total Fees & Costs: | $196.12 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456670 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

RE:    (GA) Wheeler, Michael

**Total Amount of This Invoice**                    $196.12

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456682 |
| | File No. | 040540.000210 |
| | Claim/Client File No. | 709202 |

**RE:    advs. Mohamed E. Hassan, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $7,932.50 |
| Costs and Expenses Through 08/31/12 | $216.78 |
| **Total Amount of This Invoice** | **$8,149.28** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456682
File No. 040540.000210
Claim/Client File No. 709202
Page 2

GMAC ResCap

advs. Mohamed E. Hassan, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | BBR | L210 | Prepare proof of claim | 3.0 | 795.00 |
| 08/01/12 | EGO | L190 | Telephone conversations with Sharyn Fleischer concerning Amended Proof of Claim | 0.2 | 53.00 |
| 08/01/12 | EGO | L190 | Review and revise Amended Proof of Claim | 0.3 | 79.50 |
| 08/01/12 | ERD | L210 | Draft various bankruptcy forms regarding interest rates to attach to Amended Proof of Claim | 0.8 | 96.00 |
| 08/01/12 | ERD | L210 | Revise Amended Proof of Claim for filing | 1.0 | 120.00 |
| 08/01/12 | ERD | L210 | Prepare attachments to addendums and Amended Proof of Claim | 0.3 | 36.00 |
| 08/01/12 | ERD | L210 | Review client documents to obtain GMAC letters to debtors regarding interest rate adjustments | 0.4 | 48.00 |
| 08/02/12 | EGO | L190 | Prepare multiple correspondence to Jennifer Scoliard regarding amended proof of claim and change of interest rate | 0.4 | 106.00 |
| 08/02/12 | EGO | L190 | Analyze Supplemental Affidavit in Support of Application for Compensation filed by debtors' former counsel | 0.3 | 79.50 |
| 08/03/12 | EGO | L190 | Telephone conversation with Chapter 13 trustee regarding Amended Proof of Claim and debtors' former counsel's claim for fees and expenses | 0.2 | 53.00 |
| 08/07/12 | JCL | L450 | Plan and prepare for strategy and hearing in bankruptcy court | 0.2 | 80.00 |
| 08/07/12 | EGO | L190 | Prepare for hearing on objection to application for compensation filed by debtors' former counsel | 2.8 | 742.00 |
| 08/07/12 | EGO | L190 | Prepare for hearing on motion to enforce settlement agreement | 1.1 | 291.50 |
| 08/07/12 | EGO | L190 | Research recovery of attorneys fees from debtors and/or their former counsel relating to motions to enforce settlement agreement | 0.6 | 159.00 |
| 08/07/12 | EGO | L190 | Research availability of sanctions against debtors and/or their former counsel | 2.2 | 583.00 |
| 08/07/12 | ERD | L210 | Prepare documents for exhibits and reference for use in hearing on Plaintiff's Second Application for Compensation and Motion for Extension of Time to file Proof of Claim | 1.5 | 180.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456682
File No. 040540.000210
Claim/Client File No. 709202
Page 3

GMAC ResCap

advs. Mohamed E. Hassan, et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/08/12 | EGO | L190 | Attend evidentiary hearing on application for compensation and motion to enforce settlement agreement | 12.6 | 3,339.00 |
| 08/14/12 | EGO | L190 | Prepare status update to Jennifer Scoliard | 0.2 | 53.00 |
| 08/14/12 | ERD | L210 | Review and prepare file billing records of Troutman Sanders to prepare Second Amended Proof of claim and exhibits | 1.0 | 120.00 |
| 08/20/12 | ERD | L190 | Prepare all billing documentation related to case to attach as exhibit to Amended Proof of Claim | 0.6 | 72.00 |
| 08/20/12 | EGO | L210 | Prepare Second Amended Proof of Claim | 0.3 | 79.50 |
| 08/20/12 | EGO | L210 | Analyze billing statements for redactions | 1.2 | 318.00 |
| 08/21/12 | ERD | L120 | Review and analyze Amended Proof of Claim | 0.3 | 36.00 |
| 08/21/12 | ERD | L110 | Prepare all exhibits and attachments to Amended Proof of Claim | 1.0 | 120.00 |
| 08/21/12 | EGO | L210 | Revise Second Amended Proof of Claim | 0.3 | 79.50 |
| 08/21/12 | EGO | L210 | Revise redactions for billing statements | 0.4 | 106.00 |
| 08/22/12 | ERD | L110 | Revise bankruptcy forms previously filed to update for filing Second Amended Proof of Claim | 0.4 | 48.00 |
| 08/22/12 | ERD | L110 | Prepare Second Amended Proof of Claim and all attachments and exhibits for filing with the court | 0.5 | 60.00 |
| | | | Totals | 34.1 | 7,932.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 7.8 | 120.00 | 936.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| EGO | Ostroff | Associate | 23.1 | 265.00 | 6,121.50 |
| BBR | Ruhling | Associate | 3.0 | 265.00 | 795.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456682
File No. 040540.000210
Claim/Client File No. 709202
Page 4

GMAC ResCap

advs. Mohamed E. Hassan, et al.

## FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12

| Date | Description | Amount |
|------|-------------|--------|
| 08/09/12 | Personal Car Mileage – VENDOR: Ostroff, Ethan; INVOICE#: 080912OSTROFF; DATE: 8/9/2012  -  08/08-Hearings- U.S Bankruptcy Court, Alexandria, VA | 216.78 |
| | Total: | 216.78 |
| | Total Fees & Costs: | $8,149.28 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456682 |
| File No. | 040540.000210 |
| Claim/Client File No. | 709202 |

RE:    advs. Mohamed E. Hassan, et al.

**Total Amount of This Invoice**                          $8,149.28

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1456691 |
| | File No. 040540.000319 |
| | Claim/Client File No. 728476 |

RE:    **(GA) Madriz – Forfeiture Action**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $2,826.50 |
| Costs and Expenses Through 08/31/12 | $1,863.50 |
| **Total Amount of This Invoice** | **$4,690.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456691
File No. 040540.000319
Claim/Client File No. 728476
Page 2

GMAC ResCap

(GA) Madriz – Forfeiture Action

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | ABP | L110 | Review correspondence from client Katie Dutill regarding property maintenance report and review same | 0.1 | 29.00 |
| 08/02/12 | AJR | L110 | Review and analyze monthly maintenance expenses on property to include in settlement agreement | 0.1 | 28.50 |
| 08/02/12 | AJR | L160 | Revise settlement agreement | 0.1 | 28.50 |
| 08/02/12 | JEM | L110 | Conference call with client regarding case status | 0.1 | 36.50 |
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision; make recommendation regarding strategy | 0.2 | 55.00 |
| 08/03/12 | AJR | L160 | Email to client regarding draft of expedited settlement agreement | 0.1 | 28.50 |
| 08/03/12 | AJR | L160 | Revise expedited settlement agreement; calculate amounts owed based on updated property preservation information | 0.8 | 228.00 |
| 08/03/12 | AJR | L190 | Email with AUSA Stan Ragsdale regarding submitting request for expedited settlement | 0.1 | 28.50 |
| 08/03/12 | ABP | L160 | Develop strategies regarding terms to include in draft Settlement Agreement | 0.1 | 29.00 |
| 08/03/12 | ABP | L160 | Review correspondence exchanged with client Katie Dutill regarding proposed expedited Settlement Agreement | 0.1 | 29.00 |
| 08/05/12 | AJR | L190 | Review and analyze consent motion to extend scheduling order and email to AUSA Stan Ragsdale regarding same | 0.2 | 57.00 |
| 08/06/12 | AJR | L210 | Review and analyze expedited settlement agreement of Homeowners' Association | 0.5 | 142.50 |
| 08/06/12 | AJR | L190 | Research regarding procedure for interlocutory sales | 0.8 | 228.00 |
| 08/06/12 | AJR | L160 | Revise settlement agreement calculate and update amounts owed | 1.0 | 285.00 |
| 08/06/12 | AJR | L160 | Emails with client regarding updated payoff, revisions to settlement agreement, and settlement strategy | 1.0 | 285.00 |
| 08/06/12 | AJR | L160 | Telephone conference with AUSA Stan Ragsdale | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456691
File No. 040540.000319
Claim/Client File No. 728476
Page 3

GMAC ResCap

(GA) Madriz – Forfeiture Action

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | to negotiate expedited settlement agreement | | |
| 08/06/12 | ABP | L160 | Review Settlement Agreement between United States and Homeowners' Association | 0.3 | 87.00 |
| 08/06/12 | ABP | L160 | Review correspondence exchanged with client Katie Dutill regarding expedited Settlement Agreement and proposed revisions | 0.1 | 29.00 |
| 08/06/12 | ABP | L120 | Develop strategies regarding revisions and terms to include in expedited Settlement Agreement and possible inclusion of provision for foreclosure attorney's fees | 0.3 | 87.00 |
| 08/07/12 | AJR | L160 | Analyze settlement strategy regarding requesting attorneys' fees | 0.1 | 28.50 |
| 08/07/12 | AJR | L160 | Negotiate attorneys' fees in expedited settlement agreement with AUSA Stan Ragsdale | 0.3 | 85.50 |
| 08/07/12 | ABP | L160 | Review expedited Settlement Agreement between Homeowners' Association and United States | 0.2 | 58.00 |
| 08/07/12 | ABP | L160 | Review correspondence exchanged with Assistant US Attorney Stan Ragsdale regarding Homeowners' Association Settlement Agreement, proposed terms of Settlement Agreement and payment of foreclosure counsel attorney's fees | 0.2 | 58.00 |
| 08/07/12 | ABP | L120 | Develop strategies regarding proposed terms to include in expedited Settlement Agreement | 0.3 | 87.00 |
| 08/08/12 | AJR | L160 | Revise settlement agreement in light of AUSA Stan Ragsdale's explanation of attorneys' fees provisions | 0.1 | 28.50 |
| 08/08/12 | AJR | L160 | Emails with AUSA Stan Ragsdale regarding proposed settlement agreement | 0.2 | 57.00 |
| 08/08/12 | AJR | L250 | Receive and review order granting motion to amend scheduling order | 0.1 | 28.50 |
| 08/17/12 | AJR | L190 | Return telephone call to counsel for borrower regarding forfeiture action | 0.1 | 28.50 |
| 08/20/12 | AJR | L160 | Email to AUSA Stan Ragsdale regarding amounts requested in expedited settlement | 0.5 | 142.50 |
| 08/20/12 | AJR | L190 | Telephone conference with counsel for borrowers regarding options to avoid foreclosure on property | 0.1 | 28.50 |
| 08/22/12 | AJR | L190 | Calendar task deadlines and update case charts | 0.3 | 85.50 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial | 0.4 | 48.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 10/22/12
Invoice Number 1456691
File No. 040540.000319
Claim/Client File No. 728476
Page 4

GMAC ResCap

(GA) Madriz – Forfeiture Action

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | deadlines | | |
| 08/23/12 | ABP | L110 | Correspond with local counsel regarding case status | 0.2 | 58.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/27/12 | ABP | L110 | Review correspondence from local counsel regarding case status | 0.1 | 29.00 |
| 08/30/12 | AJR | L160 | Negotiate settlement and monthly maintenance costs with AUSA Stan Ragsdale; email with Stan Ragsdale regarding extending court-ordered deadlines in case | 0.2 | 57.00 |
| 08/30/12 | AJR | L160 | Email with client regarding strategy for settlement and monthly maintenance costs | 0.1 | 28.50 |
| 08/31/12 | AJR | L190 | Email with AUSA Stan Ragsdale regarding extending deadlines to submit Rule 26(f) report; review and consent to proposed consent order on same | 0.2 | 57.00 |
| | | | Totals | 10.1 | 2,826.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| JEM | Manning | Partner | 0.1 | 365.00 | 36.50 |
| ABP | Pittman | Associate | 2.0 | 290.00 | 580.00 |
| AJR | Reyes | Associate | 7.2 | 285.00 | 2,052.00 |
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456691
File No. 040540.000319
Claim/Client File No. 728476
Page 5

GMAC ResCap

(GA) Madriz – Forfeiture Action

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 08/28/12 | Associate Counsel Fees & Expenses – VENDOR: Finkel Law Firm LLC; INVOICE#: 170965; DATE: 7/25/2012  - Associate Counsel Fees/Expenses | 1,363.50 |
| 08/28/12 | Associate Counsel Fees & Expenses – VENDOR: Finkel Law Firm LLC; INVOICE#: 172831; DATE: 8/24/2012  - Associate Counsel Fees/Expenses | 500.00 |

Total: 1,863.50

Total Fees & Costs: $4,690.00

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456691 |
| File No. | 040540.000319 |
| Claim/Client File No. | 728476 |

RE:     (GA) Madriz – Forfeiture Action

**Total Amount of This Invoice**                    $4,690.00

REMITTANCE

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456715 |
| | File No. | 040540.000327 |
| | Claim/Client File No. | 730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $418.50 |
| Costs and Expenses Through 08/31/12 | $51.88 |
| **Total Amount of This Invoice** | **$470.38** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456715
File No. 040540.000327
Claim/Client File No. 730108
Page 2

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | AJR | L110 | Receive and review foreclosure file | 0.1 | 28.50 |
| 08/02/12 | MJW | L120 | Review and respond to email correspondence from foreclosure counsel regarding foreclosure | 0.2 | 55.00 |
| 08/06/12 | MJW | L120 | Review and respond to email correspondence from counsel regarding foreclosure file | 0.1 | 27.50 |
| 08/06/12 | MJW | L120 | Review foreclosure file | 0.3 | 82.50 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/27/12 | AJR | L190 | Check case status at client's request and email to client regarding same and regarding case strategy | 0.2 | 57.00 |
| 08/27/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding case status and litigation strategies | 0.2 | 58.00 |
| 08/28/12 | MJW | L120 | Telephone conference regarding motion to dismiss | 0.1 | 27.50 |
| | | | Totals | 1.5 | 418.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 1.0 | 275.00 | 275.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456715
File No. 040540.000327
Claim/Client File No. 730108
Page 3

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 08/08/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 270101 DATE: 8/3/2012<br>Date: 07/30/2012; Job Code: REYES; To: FULTON SUPERIOR | 51.88 |
| | Total: | 51.88 |
| | Total Fees & Costs: | $470.38 |