# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date    10/22/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by    J C Lynch |
| One Meridian Crossings | Direct Dial    757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.    1456715 |
| | File No.    040540.000327 |
| | Claim/Client File No.    730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

**Total Amount of This Invoice**                $470.38

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456740 |
| | File No. | 040540.000210 |
| | Claim/Client File No. | 709202 |

**RE:    advs. Mohamed E. Hassan, et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $5,303.00 |
| Costs and Expenses Through 09/30/12 | $216.78 |
| **Total Amount of This Invoice** | **$5,519.78** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456740
File No. 040540.000210
Claim/Client File No. 709202
Page 2

GMAC ResCap

advs. Mohamed E. Hassan, et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/06/12 | EGO | L190 | Analyze court's order granting borrowers' former counsel's Application for Compensation and Expenses | 0.3 | 79.50 |
| 09/06/12 | EGO | L190 | Prepare correspondence to Jennifer Scoliard regarding court's order granting borrowers' former counsel's Application for Compensation and Expenses | 0.2 | 53.00 |
| 09/10/12 | EGO | L190 | Review and respond to correspondence regarding upcoming hearing | 0.2 | 53.00 |
| 09/11/12 | ERD | L210 | Review Notice of Hearing and Motion for 2004 Examination | 0.3 | 36.00 |
| 09/11/12 | EGO | L190 | Analyze Motion for 2004 examination of borrowers filed by their former counsel | 0.2 | 53.00 |
| 09/11/12 | EGO | L190 | Prepare for hearing on numerous matters | 1.8 | 477.00 |
| 09/12/12 | ERD | L110 | Review and analyze 2004 Motion for Examination | 0.2 | 24.00 |
| 09/12/12 | EGO | L190 | Attend hearing on numerous matters in Bankruptcy Court | 8.3 | 2,199.50 |
| 09/13/12 | ERD | L450 | Review and analyze Order continuing hearing on various issues | 0.3 | 36.00 |
| 09/13/12 | EGO | L190 | Prepare correspondence to Jennifer Scoliard concerning status and upcoming deadlines | 0.2 | 53.00 |
| 09/13/12 | EGO | L190 | Analyze court's order setting upcoming deadlines | 0.1 | 26.50 |
| 09/14/12 | EGO | L190 | Telephone conversation with Jennifer Scoliard regarding status and strategy | 0.2 | 53.00 |
| 09/17/12 | ERD | L450 | Review Order resetting hearing date | 0.2 | 24.00 |
| 09/25/12 | ERD | L120 | Prepare strategy for responding to Debtor's modified plan | 0.2 | 24.00 |
| 09/25/12 | EGO | L190 | Analyze debtors' proposed modified Chapter 13 Plan | 0.8 | 212.00 |
| 09/25/12 | EGO | L190 | Analyze debtors' Objection to Amended Proof of Claim | 0.7 | 185.50 |
| 09/25/12 | EGO | L190 | Prepare correspondence to Sharyn Fleischer regarding current interest rate and monthly payment | 0.2 | 53.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456740
File No. 040540.000210
Claim/Client File No. 709202
Page 3

GMAC ResCap

advs. Mohamed E. Hassan, et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/25/12 | EGO | L190 | Draft response to Hassans' Objection to Second Amended Proof of Claim | 1.1 | 291.50 |
| 09/25/12 | EGO | L190 | Draft Objection to Hassans' Proposed Modified Plan | 1.4 | 371.00 |
| 09/27/12 | ERD | L120 | Prepare Notice of Post Petition Mortgage Fees to include escrow adjustment | 0.3 | 36.00 |
| 09/27/12 | ERD | L210 | Review court filing regarding new date for hearing on Motion for Examination | 0.3 | 36.00 |
| 09/27/12 | ERD | L210 | Review court filing regarding new date for hearing on Motion to Amend Chapter 13 Plan | 0.3 | 36.00 |
| 09/27/12 | EGO | L190 | Analyze Motion to Modify Debtors' Proposed Amended Chapter 13 Plan filed by their former attorney | 0.3 | 79.50 |
| 09/27/12 | EGO | L190 | Revise Notice of Mortgage Payment Change | 0.2 | 53.00 |
| 09/27/12 | EGO | L190 | Prepare correspondence to Jennifer Scoliard regarding escrow change and filing new notice of mortgage payment change | 0.2 | 53.00 |
| 09/28/12 | ERD | L120 | Finalize Notice of Mortgage Payment Change for submission | 0.4 | 48.00 |
| 09/28/12 | ERD | L120 | Plan and prepare for upcoming hearing regarding various motions | 1.5 | 180.00 |
| 09/28/12 | EGO | L190 | Analyze case law holding attorneys fees and costs recoverable under deed of trust and note in defending wrongful foreclosure allegations | 1.3 | 344.50 |
| 09/28/12 | EGO | L190 | Prepare multiple correspondence to Jennifer Scoliard regarding notice of mortgage payment change, amended schedules, amended chapter 13 plan, and objection to proof of claim | 0.3 | 79.50 |
| 09/28/12 | EGO | L190 | Revise Notice of Mortgage Payment Change | 0.2 | 53.00 |
| | | | Totals | 22.2 | 5,303.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456740
File No. 040540.000210
Claim/Client File No. 709202
Page 4

GMAC ResCap

advs. Mohamed E. Hassan, et al.

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 4.0 | 120.00 | 480.00 |
| EGO | Ostroff | Associate | 18.2 | 265.00 | 4,823.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|---|---|---|
| 09/13/12 | Personal Car Mileage – VENDOR: Ostroff, Ethan; INVOICE#: 091312OSTROFF; DATE: 9/13/2012 - 09/12- Hearings- U.S. Bankruptcy Court, Alexandria, VA | 216.78 |
| | Total: | 216.78 |

Total Fees & Costs: $5,519.78

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456740 |
| File No. | 040540.000210 |
| Claim/Client File No. | 709202 |

RE:    advs. Mohamed E. Hassan, et al.

**Total Amount of This Invoice**            $5,519.78

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 10/22/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1456752 |
| 190-FTW-L95 | File No. | 040540.000330 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731393 |

**RE:    (GA) advs. Ogletree, David**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $1,574.50 |
| Costs and Expenses Through 09/30/12 | $152.60 |
| **Total Amount of This Invoice** | **$1,727.10** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 10/22/12
Invoice Number 1456752
File No. 040540.000330
Claim/Client File No. 731393
Page 2

Ally Financial

(GA) advs. Ogletree, David

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/05/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/07/12 | MJW | L210 | Review case file (0.3); draft Motion To Dismiss (2.0); research for brief (1.2) | 3.5 | 962.50 |
| 09/12/12 | AJR | L240 | Revise motion for involuntary dismissal | 0.3 | 85.50 |
| 09/12/12 | AJR | L240 | Email to client regarding draft of motion for involuntary dismissal | 0.1 | 28.50 |
| 09/13/12 | AJR | L240 | Email with client regarding proposed draft of motion for involuntary dismissal and stamped filed copy of same | 0.2 | 57.00 |
| 09/13/12 | AJR | L240 | File motion for involuntary dismissal | 0.1 | 28.50 |
| 09/13/12 | AJR | L190 | Check docket for case status and arrange for courier to pick up copy of plaintiff's voluntary dismissal | 0.2 | 57.00 |
| 09/13/12 | AJR | L240 | Email to foreclosure counsel regarding case status and filing of motion for involuntary dismissal | 0.1 | 28.50 |
| 09/14/12 | AJR | L240 | Receive and review plaintiff's voluntary dismissal | 0.1 | 28.50 |
| 09/14/12 | AJR | L240 | Email with foreclosure counsel regarding plaintiff's voluntary dismissal | 0.1 | 28.50 |
| 09/14/12 | AJR | L240 | Analyze strategy for case based on the filing of plaintiff's voluntary dismissal the day before we filed our motion for involuntary dismissal | 0.1 | 28.50 |
| 09/14/12 | AJR | L240 | Email to client regarding plaintiff's voluntary dismissal | 0.1 | 28.50 |
| 09/14/12 | MJW | L120 | Develop case strategy regarding dismissal | 0.3 | 82.50 |
| 09/14/12 | ERD | L450 | Case assessment regarding upcoming pretrial deadlines | 0.3 | 36.00 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| | | | Totals | 5.9 | 1,574.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456752
File No. 040540.000330
Claim/Client File No. 731393
Page 3

Ally Financial

(GA) advs. Ogletree, David

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| AJR | Reyes | Associate | 1.4 | 285.00 | 399.00 |
| MJW | Windham | Associate | 4.1 | 275.00 | 1,127.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|---|---|---|
| 09/21/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 270823 DATE: 9/14/2012<br>Date: 09/13/2012; Job Code: REYES; To: HENRY CO SUP. COURT | 152.60 |
| | Total: | 152.60 |
| | Total Fees & Costs: | $1,727.10 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456752 |
| File No. | 040540.000330 |
| Claim/Client File No. | 731393 |

**RE:**    **(GA) advs. Ogletree, David**

**Total Amount of This Invoice**        $1,727.10

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date    10/22/12 |
| Attn: Katie Dutill | Submitted by    J C Lynch |
| Residential Capital, Legal Staff | Direct Dial    757-687-7765 |
| 1100 Virginia Drive | Invoice No.    1456758 |
| 190-FTW-L95 | File No.    040540.000334 |
| Fort Washington, PA 19034 | Claim/Client File No.    731814 |

**RE:    (GA) advs. Crawford, Stephanie A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $7,955.00 |
| Costs and Expenses Through 09/30/12 | $223.46 |
| **Total Amount of This Invoice** | **$8,178.46** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456758
File No. 040540.000334
Claim/Client File No. 731814
Page 2

Ally Financial

(GA) advs. Crawford, Stephanie A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | AJR | L210 | Review and analyze pleadings and analyze case strategy; update case tasks | 1.1 | 313.50 |
| 09/04/12 | AJR | L120 | Legal research regarding separate wrongful foreclosure action as grounds to enjoin dispossessory action | 0.2 | 57.00 |
| 09/04/12 | AJR | L120 | Emails with client regarding analysis of case and strategy for same, and regarding filing a motion to dismiss | 0.3 | 85.50 |
| 09/04/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding litigation status, Motion to Dismiss and status of dispossessory action | 0.1 | 29.00 |
| 09/04/12 | ABP | L120 | Develop strategies regarding Motion to Dismiss | 0.2 | 58.00 |
| 09/04/12 | MJW | L120 | Research case for updated case list per client request | 0.2 | 55.00 |
| 09/05/12 | AJR | L120 | Analyze case strategy and strategy for filing motion to dismiss and motion to dissolve TRO; review and analyze pleadings | 0.6 | 171.00 |
| 09/05/12 | AJR | L120 | Email to counsel for MERS regarding lawsuit and case strategy | 0.1 | 28.50 |
| 09/05/12 | AJR | L110 | Telephone conference with counsel for Pendergrast & Associates regarding TRO hearing and case status; telephone conference with and email to counsel for Barrett Daffin regarding case status and to obtain foreclosure file | 0.4 | 114.00 |
| 09/05/12 | MJW | L120 | Review and respond to email correspondence regarding new case (0.2); review case file (0.4) | 0.6 | 165.00 |
| 09/05/12 | ABP | L120 | Develop litigation strategies regarding responsive pleadings and possible Motion to Dismiss | 0.2 | 58.00 |
| 09/06/12 | AJR | L120 | Review and analyze foreclosure file and analyze strategy for motion to dismiss | 0.7 | 199.50 |
| 09/06/12 | AJR | L190 | Email to counsel for MERS regarding status of service and case strategy | 0.1 | 28.50 |
| 09/07/12 | AJR | L120 | Review and analyze remainder of foreclosure file received from foreclosure counsel | 0.2 | 57.00 |
| 09/07/12 | MJW | L210 | Review pleadings (0.5); draft answer (2.1); draft motion to dismiss (0.9) | 3.5 | 962.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456758
File No. 040540.000334
Claim/Client File No. 731814
Page 3

Ally Financial

(GA) advs. Crawford, Stephanie A.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/11/12 | MJW | L210 | Edit Answer (0.4); review procedural history (0.3); review pleadings (0.5); draft Motion to Dissolve TRO (2.1) | 3.3 | 907.50 |
| 09/12/12 | MJW | L120 | Review pleadings (0.4); draft Motion to Dismiss (1.3); develop case strategy (0.3); review foreclosure file (0.3) | 2.3 | 632.50 |
| 09/13/12 | AJR | L240 | Update case tasks | 0.1 | 28.50 |
| 09/13/12 | AJR | L110 | Receive and review fact package from client | 0.2 | 57.00 |
| 09/13/12 | AJR | L110 | Email with client regarding fact package and regarding trying to obtain rest of fact package from prior loan servicer | 0.1 | 28.50 |
| 09/13/12 | AJR | L190 | Check docket for case status | 0.1 | 28.50 |
| 09/13/12 | AJR | L240 | Analyze strategy for filing dispositive motion | 0.7 | 199.50 |
| 09/13/12 | MJW | L120 | Draft Motion to Dismiss (2.7); edit Motion to Dissolve TRO (1.1); develop case strategy (0.3); review fact package (0.2) | 4.3 | 1,182.50 |
| 09/13/12 | ABP | L120 | Review pleadings, Motion for Temporary Restraining Order and Declaratory Relief, and correspondence regarding case status | 0.3 | 87.00 |
| 09/13/12 | ABP | L120 | Develop strategies regarding responsive pleadings and arguments in support of dispositive motions | 0.2 | 58.00 |
| 09/14/12 | MJW | L120 | Edit Motion to Dismiss (0.8); develop case strategy regarding dismissal (0.2) | 1.0 | 275.00 |
| 09/14/12 | ABP | L120 | Develop strategies regarding responsive pleadings and joining Co-Defendant's Motion to Dismiss | 0.1 | 29.00 |
| 09/14/12 | ABP | L120 | Develop strategies regarding responsive pleadings and joining Co-Defendant's Motion to Dismiss | 0.1 | 29.00 |
| 09/17/12 | AJR | L240 | Revise Motion to Dissolve TRO and Motion to Dismiss | 1.0 | 285.00 |
| 09/18/12 | AJR | L190 | Check docket for case status | 0.1 | 28.50 |
| 09/18/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 09/18/12 | AJR | L110 | Email to counsel for Barrett Daffin regarding obtaining copy of loan file from servicer | 0.1 | 28.50 |
| 09/18/12 | AJR | L210 | Email to client regarding drafts of Motion to Dismiss, Motion to Dissolve TRO, and Verified Answer | 0.1 | 28.50 |
| 09/18/12 | AJR | L210 | Email to counsel for MERS regarding case strategy | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456758
File No. 040540.000334
Claim/Client File No. 731814
Page 4

Ally Financial

(GA) advs. Crawford, Stephanie A.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | and drafts of Motion to Dismiss, Motion to Dissolve TRO, and Verified Answer | | |
| 09/18/12 | AJR | L210 | Revise Motion to Dissolve TRO and Verified Answer of U.S. Bank and MERS | 1.4 | 399.00 |
| 09/18/12 | ABP | L120 | Review correspondence with client Katie Dutill regarding responsive pleadings, Motion to Dissolve Temporary Restraining Order, and Motion to Dismiss | 0.1 | 29.00 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | MJW | L110 | Review case status (0.2); develop case strategy (0.1) | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 09/27/12 | AJR | L240 | Email to client regarding drafts of Answer, Motion to Dismiss, and Motion to Dissolve TRO | 0.1 | 28.50 |
| 09/28/12 | AJR | L120 | Analyze strategy for responding to Plaintiff's Motion for Declaratory Relief | 0.3 | 85.50 |
| 09/28/12 | MJW | L110 | Update case law for response (0.8); draft response to Motion for Declaratory Judgment | 3.2 | 880.00 |
| | | | Totals | 28.6 | 7,955.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 1.5 | 290.00 | 435.00 |
| AJR | Reyes | Associate | 8.3 | 285.00 | 2,365.50 |
| MJW | Windham | Associate | 18.7 | 275.00 | 5,142.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456758
File No. 040540.000334
Claim/Client File No. 731814
Page 5

Ally Financial

(GA) advs. Crawford, Stephanie A.

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|------|-------------|--------|
| 09/06/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 270561 DATE: 8/31/2012<br>Date: 08/29/2012; Job Code: REYES; To: CLAYTON SUPERIOR COURT | 206.51 |
| 09/06/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 270561 DATE: 8/31/2012<br>Date: 08/29/2012; Job Code: REYES; To: TROUTMAN SANDERS LLP | 16.95 |

Total: 223.46

Total Fees & Costs: $8,178.46

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456758 |
| File No. | 040540.000334 |
| Claim/Client File No. | 731814 |

RE:    (GA) advs. Crawford, Stephanie A.

**Total Amount of This Invoice**          $8,178.46

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1456790 |
| | File No. 040540.000256 |
| | Claim/Client File No. 716715 |

**RE:    (GA) Merceron, Viking, et al.**

Fees for Professional Services Rendered Through 08/31/12            $752.50

**Total Amount of This Invoice**            **$752.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456790
File No. 040540.000256
Claim/Client File No. 716715
Page 2

GMAC ResCap

(GA) Merceron, Viking, et al.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision; make recommendation regarding strategy | 0.6 | 165.00 |
| 08/06/12 | AJR | L240 | Email from client regarding status of order adopting report and recommendation | 0.1 | 28.50 |
| 08/06/12 | ABP | L110 | Correspond with client Heather Franchi regarding case status | 0.1 | 29.00 |
| 08/07/12 | AJR | L240 | Receive and review order adopting report and recommendation granting defendants' motion for summary judgment | 0.2 | 57.00 |
| 08/07/12 | AJR | L240 | Email to client regarding order adopting report and recommendation granting defendants' motion for summary judgment | 0.2 | 57.00 |
| 08/07/12 | AWL | L120 | Review order granting motion for summary judgment and consider and comment on further case strategy | 0.2 | 90.00 |
| 08/07/12 | MJW | L210 | Review court order | 0.3 | 82.50 |
| 08/07/12 | MJW | L210 | Review and respond to email correspondence regarding court order | 0.1 | 27.50 |
| 08/07/12 | ABP | L110 | Review correspondence exchanged with client Heather Franchi regarding Opinion and Order adopting Magistrate Report and Recommendation to grant Motion for Summary Judgment | 0.1 | 29.00 |
| 08/07/12 | ABP | L110 | Review District Court Opinion and Order adopting Magistrate Report and Recommendation to grant Motion for Summary Judgment | 0.1 | 29.00 |
| 08/17/12 | MJW | L120 | Review and respond to email correspondence regarding order | 0.1 | 27.50 |
| 08/23/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| | | | Totals | 2.8 | 752.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456790
File No. 040540.000256
Claim/Client File No. 716715
Page 3

GMAC ResCap

(GA) Merceron, Viking, et al.

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 1.4 | 275.00 | 385.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456790 |
| File No. | 040540.000256 |
| Claim/Client File No. | 716715 |

RE:    (GA) Merceron, Viking, et al.

**Total Amount of This Invoice**                                  $752.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Christine Buen, Senior Litigation Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456791 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

RE:    advs. Canterbury, Stephen J.

**Total Amount of This Invoice**          **$0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456791
File No. 040540.000287
Claim/Client File No. 721582
Page 2

GMAC ResCap

advs. Canterbury, Stephen J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/10/12 | ESF | L160 | Phone conference with opposing counsel regarding settlement | 0.2 | 0.00 |
| 09/11/12 | ESF | L160 | Analyze recent decisions regarding the three year statute of repose under TILA for settlement purposes | 0.7 | 0.00 |
| 09/12/12 | ESF | L160 | Analyze Fourth Circuit law regarding the requirements of TILA rescission to prepare settlement and litigation strategy moving forward | 2.5 | 0.00 |
| 09/12/12 | ESF | L160 | Analyze settlement position | 0.6 | 0.00 |
| 09/12/12 | ESF | L160 | Prepare settlement recommendation and status update for client | 1.1 | 0.00 |
| 09/12/12 | JEM | L120 | Revise case summary and analysis for client recommendation regarding appeal and settlement | 1.6 | 0.00 |
| 09/14/12 | JCL | L190 | Telephone call with Christine Buen regarding settlement offer | 0.2 | 0.00 |
| 09/14/12 | JCL | L190 | Review file | 0.2 | 0.00 |
| | | | Totals | 7.1 | 0.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 5.1 | 0.00 | 0.00 |
| JCL | Lynch | Partner | 0.4 | 0.00 | 0.00 |
| JEM | Manning | Partner | 1.6 | 0.00 | 0.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Christine Buen, Senior Litigation Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456791 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

RE:     advs. Canterbury, Stephen J.

**Total Amount of This Invoice**                                           $0.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456803 |
| | File No. | 040540.000164 |
| | Claim/Client File No. | 701919 |

**RE:    (GA) Browder, Harold Jr. and Melissa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $913.00 |
| **Total Amount of This Invoice** | **$913.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456803
File No. 040540.000164
Claim/Client File No. 701919
Page 2

GMAC ResCap

(GA) Browder, Harold Jr. and Melissa

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/18/12 | ABP | L120 | Analyze recent case law regarding foreclosure notice requirements | 0.3 | 87.00 |
| 09/20/12 | ABP | L120 | Analyze recent case law regarding wrongful foreclosure, foreclosure notice statutory requirements, substantial compliance with foreclosure requirements and recent case certifying questions to Georgia Supreme Court regarding wrongful foreclosure issues | 1.3 | 377.00 |
| 09/24/12 | ABP | L120 | Analyze recent Georgia case law addressing statutory foreclosure notice requirements | 0.2 | 58.00 |
| 09/24/12 | ABP | L120 | Develop strategies regarding potential to file Amicus Brief and statutory foreclosure notice cases pending before Georgia Supreme Court | 0.2 | 58.00 |
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Develop litigation strategies in light of remand of case to State Court | 0.2 | 58.00 |
| 09/27/12 | MJW | L110 | Review petition for cert in Reese | 0.7 | 192.50 |
| | | | Totals | 3.2 | 913.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 2.2 | 290.00 | 638.00 |
| MJW | Windham | Associate | 1.0 | 275.00 | 275.00 |