# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456803 |
| File No. | 040540.000164 |
| Claim/Client File No. | 701919 |

RE:      (GA) Browder, Harold Jr. and Melissa

**Total Amount of This Invoice**                    $913.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456804 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

**RE:    advs. Irvin, Valerie**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $854.50 |
| **Total Amount of This Invoice** | **$854.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456804
File No. 040540.000326
Claim/Client File No. 729296
Page 2

GMAC ResCap

advs. Irvin, Valerie

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/13/12 | EGO | L190 | Review and respond to correspondence from Jennifer Scoliard regarding status | 0.2 | 53.00 |
| 09/13/12 | EGO | L190 | Prepare correspondence to counsel for borrower regarding status of loan modification package | 0.1 | 26.50 |
| 09/14/12 | EGO | L190 | Telephone conversation with Jennifer Scoliard regarding status and strategy | 0.2 | 53.00 |
| 09/14/12 | EGO | L190 | Prepare correspondence to counsel for borrower regarding status of loan modification application and scheduling hearing on motion for relief from stay | 0.2 | 53.00 |
| 09/14/12 | ERD | L110 | Case assessment regarding status of financial package sent to Plaintiff | 0.2 | 24.00 |
| 09/14/12 | ERD | L450 | Case assessment regarding opposing counsel's availability for hearing on Motion for Partial Stay | 0.2 | 24.00 |
| 09/19/12 | ERD | L110 | Review Notice of Mortgage Payment Change | 0.1 | 12.00 |
| 09/19/12 | EGO | L190 | Analyze notice of mortgage payment change filed by foreclosure counsel | 0.2 | 53.00 |
| 09/19/12 | EGO | L190 | Telephone conversation with foreclosure counsel regarding notice of mortgage payment change | 0.3 | 79.50 |
| 09/19/12 | EGO | L190 | Draft Transfer of Claim from Bank of America, as trustee, to U.S. Bank as trustee | 0.4 | 106.00 |
| 09/19/12 | EGO | L190 | Draft Notice of Transfer of Claim from Bank of America, as trustee, to U.S. Bank as trustee | 0.3 | 79.50 |
| 09/20/12 | EGO | L190 | Prepare correspondence to Jennifer Scoliard regarding notice of mortgage payment change, transfer of claim, and amended answer to objection to proof of claim | 0.3 | 79.50 |
| 09/21/12 | EGO | L190 | Draft correspondence to borrowers' counsel regarding status of loan modification application | 0.2 | 53.00 |
| 09/21/12 | ERD | L110 | Finalize Transfer of Claim | 0.7 | 84.00 |
| 09/26/12 | EGO | L190 | Analyze notice of transfer of claim issued by bankruptcy court | 0.1 | 26.50 |
| 09/27/12 | ERD | L210 | Review entered Notice of Transfer of Claim | 0.2 | 24.00 |
| 09/27/12 | ERD | L120 | Case assessment regarding time frame to object to transfer | 0.2 | 24.00 |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456804
File No. 040540.000326
Claim/Client File No. 729296
Page 3

GMAC ResCap

advs. Irvin, Valerie

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Totals | 4.1 | 854.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.6 | 120.00 | 192.00 |
| EGO | Ostroff | Associate | 2.5 | 265.00 | 662.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456804 |
| File No. | 040540.000326 |
| Claim/Client File No. | 729296 |

RE:     advs. Irvin, Valerie

**Total Amount of This Invoice**                    $854.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456805 |
| | File No. | 040540.000318 |
| | Claim/Client File No. | 728466 |

**RE:    (GA) Demilio, Thomas J.**

Fees for Professional Services Rendered Through 09/30/12          $357.50

**Total Amount of This Invoice          $357.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456805
File No. 040540.000318
Claim/Client File No. 728466
Page 2

GMAC ResCap

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/19/12 | AJR | L210 | Review and analyze Complaint served by plaintiff | 0.1 | 28.50 |
| 09/19/12 | AJR | L120 | Analyze case strategy in light of service of complaint | 0.1 | 28.50 |
| 09/19/12 | AJR | L190 | Check docket for case status in light of service of Complaint on client | 0.1 | 28.50 |
| 09/19/12 | ABP | L120 | Develop strategy in response to service of Plaintiff's Complaint on client given that client has previously filed its Notice of Bankruptcy | 0.1 | 29.00 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | AJR | L120 | Analyze case strategy in light of recently served complaint | 0.2 | 57.00 |
| 09/26/12 | ABP | L210 | Develop litigation strategies in response to service of Plaintiff's Complaint in light of prior filing of Notice of Bankruptcy on behalf of client | 0.4 | 116.00 |
| 09/28/12 | ABP | L210 | Correspond with client Katie Dutill regarding proposed responsive pleadings and joining in Co-Defendant's Motion to Dismiss in response to service of Complaint in light of previously filed Notice of Bankruptcy | 0.2 | 58.00 |
| | | | Totals | 1.3 | 357.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 0.7 | 290.00 | 203.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456805 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

RE:     (GA) Demilio, Thomas J.

**Total Amount of This Invoice**                    $357.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

———————— TROUTMAN SANDERS LLP ————————

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456806 |
| | File No. | 040540.000319 |
| | Claim/Client File No. | 728476 |

**RE:    (GA) Madriz – Forfeiture Action**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $815.50 |
| **Total Amount of This Invoice** | **$815.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456806
File No. 040540.000319
Claim/Client File No. 728476
Page 2

GMAC ResCap

(GA) Madriz – Forfeiture Action

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/03/12 | AJR | L250 | Receive and review order granting motion to extend deadlines; update case tasks | 0.1 | 28.50 |
| 09/04/12 | ERD | L230 | Review updated pretrial deadlines from Court and update calendars accordingly | 0.5 | 60.00 |
| 09/07/12 | AJR | L160 | Emails with client regarding negotiating monthly maintenance provision fees in expedited settlement agreement | 0.1 | 28.50 |
| 09/07/12 | AJR | L160 | Emails with AUSA Stan Ragsdale regarding negotiation of expedited settlement agreement | 0.3 | 85.50 |
| 09/07/12 | ABP | L160 | Review correspondence exchanged with Assistant US Attorney Stan Ragsdale regarding proposed Settlement Agreement | 0.1 | 29.00 |
| 09/10/12 | AJR | L160 | Email to client regarding monthly maintenance provision fees in expedited settlement agreement | 0.2 | 57.00 |
| 09/10/12 | AJR | L160 | Emails with AUSA Stan Ragsdale regarding negotiation of expedited settlement agreement | 0.3 | 85.50 |
| 09/11/12 | AJR | L160 | Email with AUSA Stan Ragsdale regarding revised and finalized expedited settlement agreement and executing same | 0.2 | 57.00 |
| 09/11/12 | AJR | L160 | Review and analyze edited expedited settlement agreement and Property Preservation Matrix and Reference Guide | 0.6 | 171.00 |
| 09/11/12 | AJR | L160 | Emails with client regarding edited expedited settlement agreement and Property Preservation Matrix and Reference Guide | 0.1 | 28.50 |
| 09/13/12 | AJR | L160 | Email to client regarding case status and filing of expedited settlement agreement | 0.1 | 28.50 |
| 09/13/12 | AJR | L160 | Emails with local counsel regarding filing of expedited settlement agreement | 0.1 | 28.50 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | ABP | L120 | Monitor status of execution of settlement approval documents | 0.2 | 58.00 |
| 09/26/12 | ABP | L120 | Develop strategies regarding obtaining Final Order of Forfeiture and disbursement of settlement proceeds | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456806
File No. 040540.000319
Claim/Client File No. 728476
Page 3

GMAC ResCap

(GA) Madriz – Forfeiture Action

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/27/12 | ABP | L120 | Develop strategies regarding implementation of Settlement Agreement with U.S. Attorney's Office | 0.1 | 29.00 |
| | | | Totals | 3.2 | 815.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |
| AJR | Reyes | Associate | 2.1 | 285.00 | 598.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456806 |
| File No. | 040540.000319 |
| Claim/Client File No. | 728476 |

RE:    (GA) Madriz – Forfeiture Action

**Total Amount of This Invoice**                    $815.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456807 |
| | File No. | 040540.000313 |
| | Claim/Client File No. | 725550 |

**RE:     (GA) Antoinette Sanders**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $1,001.50 |
| **Total Amount of This Invoice** | **$1,001.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456807
File No. 040540.000313
Claim/Client File No. 725550
Page 2

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/05/12 | AJR | L190 | Email with counsel for MERS regarding case status | 0.2 | 57.00 |
| 09/05/12 | AJR | L190 | Review and analyze case status at request of counsel for MERS | 0.1 | 28.50 |
| 09/06/12 | AJR | L120 | Analyze case strategy in light of upcoming telephone conference with client | 0.6 | 171.00 |
| 09/12/12 | AJR | L160 | Telephone call to opposing counsel regarding plaintiff's financial package | 0.1 | 28.50 |
| 09/12/12 | AJR | L120 | Email with client regarding case status and strategy for motion for summary judgment | 0.1 | 28.50 |
| 09/12/12 | AJR | L160 | Receive and review plaintiff's financial package from client | 0.2 | 57.00 |
| 09/20/12 | AJR | L120 | Review and analyze faxes received from opposing counsel | 0.2 | 57.00 |
| 09/20/12 | AJR | L190 | Telephone call to opposing counsel regarding financial package received by fax | 0.1 | 28.50 |
| 09/21/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding communications with opposing counsel concerning potential for settlement through loan modification | 0.1 | 29.00 |
| 09/24/12 | AJR | L160 | Email with client regarding faxes received directly from opposing counsel request status of request for loan modification | 0.1 | 28.50 |
| 09/24/12 | AJR | L160 | Telephone call to opposing counsel regarding faxes received directly from opposing counsel request status of request for loan modification | 0.1 | 28.50 |
| 09/24/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding contact and communications with opposing counsel | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Develop settlement strategies | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Develop strategies for arguments to include in Motion to Dismiss | 0.1 | 29.00 |
| 09/28/12 | AJR | L190 | Review and analyze Trial Calendar Notice received from court | 0.1 | 28.50 |
| 09/28/12 | AJR | L190 | Analyze strategy for filing a Motion for Continuance to get off of court's trial calendar | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456807
File No. 040540.000313
Claim/Client File No. 725550
Page 3

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/28/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 09/28/12 | AJR | L120 | Analyze case strategy in light of pending foreclosure sale and ongoing review of borrower for a loan modification | 0.5 | 142.50 |
| 09/28/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding consideration of loan modification package received from Plaintiff | 0.1 | 29.00 |
| 09/28/12 | ABP | L210 | Review Court trial calendar | 0.1 | 29.00 |
| 09/28/12 | ABP | L210 | Develop strategies regarding continuance of discovery and trial deadlines | 0.2 | 58.00 |
| | | | Totals | 3.5 | 1,001.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.8 | 290.00 | 232.00 |
| AJR | Reyes | Associate | 2.7 | 285.00 | 769.50 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456807 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

RE:    (GA) Antoinette Sanders

**Total Amount of This Invoice**                                        $1,001.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ───── TROUTMAN SANDERS LLP ─────

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456808 |
| | File No. | 040540.000281 |
| | Claim/Client File No. | 720590 |

**RE:    (GA) Kenneth Reaves**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $310.50 |
| **Total Amount of This Invoice** | **$310.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456808
File No. 040540.000281
Claim/Client File No. 720590
Page 2

GMAC ResCap

(GA) Kenneth Reaves

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/06/12 | AJR | L160 | Telephone call to borrower's counsel regarding applying for loan modification | 0.1 | 28.50 |
| 09/06/12 | AJR | L120 | Telephone conference and email with client regarding case status and strategy for filing motion for summary judgment | 0.5 | 142.50 |
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| 09/28/12 | AJR | L120 | Analyze case strategy in light of lack of response from opposing counsel regarding having borrower complete financial package | 0.1 | 28.50 |
| 09/28/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| | | | Totals | 1.1 | 310.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.8 | 285.00 | 228.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456808 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

RE:    (GA) Kenneth Reaves

**Total Amount of This Invoice**                                 $310.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456809 |
| | File No. | 040540.000238 |
| | Claim/Client File No. | 713697 |

**RE:    (GA) Reid, Kenneth**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $721.00 |
| **Total Amount of This Invoice** | **$721.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 10/22/12
Invoice Number 1456809
File No. 040540.000238
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reid, Kenneth

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/06/12 | AJR | L240 | Email with client regarding status of order on Motion for Summary Judgment | 0.1 | 28.50 |
| 09/06/12 | MJW | L120 | Review and respond to email correspondence regarding Motion to Dismiss; conference regarding Motion to Dismiss; research case for updated case list per client request | 0.6 | 165.00 |
| 09/07/12 | AJR | L120 | Analyze strategy for getting update from court on status of ruling on Motion for Summary Judgment | 0.1 | 28.50 |
| 09/07/12 | MJW | L210 | Telephone conference with court regarding Motion to Dismiss; review and respond to email correspondence regarding Motion to Dismiss | 0.2 | 55.00 |
| 09/13/12 | AJR | L240 | Check case status and follow up with judge's law clerk on ruling on Motion for Summary Judgment | 0.1 | 28.50 |
| 09/14/12 | AJR | L240 | Analyze strategy for getting court to rule on Motion for Summary Judgment | 0.1 | 28.50 |
| 09/14/12 | MJW | L120 | Conference with Judge's chambers; devise case strategy regarding dismissal | 0.6 | 165.00 |
| 09/21/12 | MJW | L110 | Telephone conference with Judge's chambers; draft client email regarding case status | 0.3 | 82.50 |
| 09/24/12 | AJR | L240 | Review correspondence with client regarding strategy for getting ruling on Motion for Summary Judgment | 0.1 | 28.50 |
| 09/25/12 | AJR | L240 | Review correspondence with client regarding status of order on Motion for Summary Judgment | 0.1 | 28.50 |
| 09/25/12 | MJW | L110 | Telephone conference with law clerk regarding Motion to Dismiss | 0.3 | 82.50 |
| | | | Totals | 2.6 | 721.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456809
File No. 040540.000238
Claim/Client File No. 713697
Page 3

GMAC ResCap

(GA) Reid, Kenneth

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |
| MJW | Windham | Associate | 2.0 | 275.00 | 550.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456809 |
| File No. | 040540.000238 |
| Claim/Client File No. | 713697 |

RE:   (GA) Reid, Kenneth

**Total Amount of This Invoice**                    $721.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ───── T<small>ROUTMAN</small> S<small>ANDERS</small> LLP ─────

<small>A<small>TTORNEYS AT</small> L<small>AW</small>
A L<small>IMITED</small> L<small>IABILITY</small> P<small>ARTNERSHIP</small>
F<small>EDERAL</small> ID N<small>O.</small> 58-0946915</small>

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

<small>B<small>ILLING</small> I<small>NQUIRIES:</small>
404-885-2508</small>

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1456810 |
| | File No. 040540.000244 |
| | Claim/Client File No. 715128 |

**RE:    (GA) Windham, Andrew**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $977.50 |
| **Total Amount of This Invoice** | **$977.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Windham, Andrew

Invoice Date 10/22/12
Invoice Number 1456810
File No. 040540.000244
Claim/Client File No. 715128
Page 2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/26/12 | MJW | L110 | Review case file | 0.2 | 55.00 |
| 09/26/12 | ABP | L210 | Monitor status of ruling on Motion for Summary Judgment | 0.1 | 29.00 |
| 09/26/12 | ABP | L210 | Develop strategies regarding obtaining Order from Court on summary judgment motion | 0.1 | 29.00 |
| 09/27/12 | MJW | L110 | Telephone conference with law clerk regarding motion; develop case strategy in light of Reese decision; review case file history | 2.0 | 550.00 |
| 09/27/12 | ABP | L210 | Develop strategies regarding obtaining ruling from Court on summary judgment motion | 0.1 | 29.00 |
| 09/27/12 | ABP | L210 | Develop strategies regarding potential for Motion to Stay in light of pending Georgia Supreme Court rulings in Reese and You, and need to file supplemental briefs | 0.2 | 58.00 |
| 09/28/12 | ABP | L210 | Develop strategies regarding filing of Motion to Stay Ruling on Summary Judgment pending summary judgment motions in light of Reese and You cases pending before Georgia Supreme Court | 0.2 | 58.00 |
| 09/30/12 | ABP | L120 | Develop strategies regarding obtaining identification of noteholder and possible Motion to Stay Ruling on Summary Judgment in light of pending Georgia Supreme Court rulings affecting interpretation of State statutory notice requirements | 0.3 | 87.00 |
| | | | Totals | 3.5 | 977.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.0 | 290.00 | 290.00 |
| MJW | Windham | Associate | 2.5 | 275.00 | 687.50 |