# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456810 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

**RE:    (GA) Windham, Andrew**

**Total Amount of This Invoice**                    $977.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456811 |
| | File No. | 040540.000323 |
| | Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L. & Frances A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $2,746.00 |
| **Total Amount of This Invoice** | **$2,746.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456811
File No. 040540.000323
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | AJR | L190 | Email to client regarding notice of pretrial hearing and regarding status of borrower's request for loan modification | 0.1 | 28.50 |
| 09/04/12 | AJR | L250 | Receive and review notice of pretrial hearing | 0.1 | 28.50 |
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/11/12 | AJR | L190 | Email to client regarding notice of pretrial hearing and regarding status of borrower's request for loan modification | 0.1 | 28.50 |
| 09/12/12 | AJR | L190 | Review status of case at request of counsel for MERS | 0.1 | 28.50 |
| 09/12/12 | AJR | L190 | Email to counsel for MERS regarding case status | 0.1 | 28.50 |
| 09/14/12 | AJR | L160 | Telephone conference with client regarding borrower's financial package | 0.2 | 57.00 |
| 09/14/12 | AJR | L160 | Email to opposing counsel regarding deficiencies in borrower's financial package | 0.2 | 57.00 |
| 09/14/12 | AJR | L120 | Review and analyze borrower's financial package | 0.5 | 142.50 |
| 09/18/12 | AJR | L120 | Email to foreclosure counsel regarding case strategy and status | 0.2 | 57.00 |
| 09/18/12 | AJR | L120 | Review file and analyze strategy for drafting discovery and serving same before pretrial hearing calendar | 0.1 | 28.50 |
| 09/18/12 | AJR | L160 | Email to opposing counsel regarding deficiencies in borrower's financial package | 0.2 | 57.00 |
| 09/18/12 | AJR | L160 | Review and analyze borrower's financial package | 0.3 | 85.50 |
| 09/19/12 | AJR | L120 | Analyze case strategy in light of order dropping RAHI as party | 0.1 | 28.50 |
| 09/19/12 | MJW | L110 | Review file to prepare discovery requests (0.9); draft discovery requests (3.2) | 4.1 | 1,127.50 |
| 09/20/12 | AJR | L250 | Draft Joint Motion for Continuance of pretrial hearing | 0.4 | 114.00 |
| 09/20/12 | AJR | L120 | Email with foreclosure counsel regarding strategy to stay case in light of issues with borrower's financial package | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456811
File No. 040540.000323
Claim/Client File No. 728771
Page 3

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/20/12 | AJR | L120 | Emails with client regarding strategy for staying case and having borrower escrow monthly payments with attorney | 0.4 | 114.00 |
| 09/20/12 | AJR | L160 | Emails with opp counsel regarding information needed to complete financial package | 0.4 | 114.00 |
| 09/20/12 | AJR | L190 | Analyze case strategy for dealing with incomplete financial package and for staying case in light of issues with borrowers' financial package | 0.7 | 199.50 |
| 09/21/12 | AJR | L230 | Review correspondence with opposing counsel and judge's law clerk regarding postponing pretrial status calendar | 0.2 | 57.00 |
| 09/24/12 | AJR | L190 | Update calendar in light of rescheduled pretrial status conference | 0.1 | 28.50 |
| 09/24/12 | AJR | L190 | Email to client regarding additional information needed on borrowers' financial package | 0.2 | 57.00 |
| 09/24/12 | AJR | L120 | Analyze case strategy in light of issues with obtaining completed financial package from borrower | 0.3 | 85.50 |
| 09/26/12 | MJW | L110 | Review case status (0.2); develop case strategy (0.1) | 0.3 | 82.50 |

|  |  |  | Totals | 9.8 | 2,746.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 5.1 | 285.00 | 1,453.50 |
| MJW | Windham | Associate | 4.7 | 275.00 | 1,292.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456811 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

**RE:** (GA) Roberts, Lenworth L. & Frances A.

**Total Amount of This Invoice** $2,746.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456812 |
| | File No. | 040540.000327 |
| | Claim/Client File No. | 730108 |

**RE:**    **(GA) advs. Berkemeier, Wende M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $1,952.50 |
| **Total Amount of This Invoice** | **$1,952.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/22/12
Invoice Number 1456812
File No. 040540.000327
Claim/Client File No. 730108
Page 2

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/06/12 | AJR | L120 | Telephone conference with client re case strategy | 0.1 | 28.50 |
| 09/19/12 | AJR | L250 | Review and analyze Notice of Status Conference from judge's case manager | 0.1 | 28.50 |
| 09/19/12 | AJR | L120 | Analyze strategy for Preliminary Status Report and for status conference | 0.2 | 57.00 |
| 09/19/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 09/19/12 | ERD | L210 | Review Court Order regarding upcoming deadlines | 0.2 | 24.00 |
| 09/21/12 | MJW | L110 | Review file to prepare discovery requests and preliminary status report (1.1); draft discovery requests (2.2); draft preliminary status report (1.1) | 4.4 | 1,210.00 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | MJW | L110 | Review case status (0.2); develop case strategy (0.1) | 0.3 | 82.50 |
| 09/27/12 | AJR | L190 | Revise Preliminary Status Report | 0.2 | 57.00 |
| 09/28/12 | AJR | L190 | Revise status report | 0.3 | 85.50 |
| 09/28/12 | AJR | L310 | Revise written discovery requests and serve same | 0.8 | 228.00 |
| 09/28/12 | AJR | L190 | Email to judge's law clerk regarding Preliminary Status Report | 0.1 | 28.50 |
| | | | Totals | 7.2 | 1,952.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| AJR | Reyes | Associate | 1.9 | 285.00 | 541.50 |
| MJW | Windham | Associate | 5.0 | 275.00 | 1,375.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456812 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

RE:    (GA) advs. Berkemeier, Wende M.

**Total Amount of This Invoice**          $1,952.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1456813 |
| | File No. 040540.000112 |
| | Claim/Client File No. 687488 |

**RE:    (GA) Evans, Neville E., et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $311.00 |
| **Total Amount of This Invoice** | **$311.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456813
File No. 040540.000112
Claim/Client File No. 687488
Page 2

GMAC ResCap

(GA) Evans, Neville E., et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/06/12 | JEM | L210 | Revise Answer to Complaint served on client | 0.4 | 146.00 |
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| | | | Totals | 1.0 | 311.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456813 |
| File No. | 040540.000112 |
| Claim/Client File No. | 687488 |

RE:     (GA) Evans, Neville E., et al.

**Total Amount of This Invoice**          $311.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1456814 |
| | File No. 040540.000127 |
| | Claim/Client File No. 682623 |

**RE:    (WV) Posey, Janet M.**

Fees for Professional Services Rendered Through 09/30/12                          $912.50

**Total Amount of This Invoice**                          **$912.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456814
File No. 040540.000127
Claim/Client File No. 682623
Page 2

GMAC ResCap

(WV) Posey, Janet M.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | ERD | L110 | Case assessment regarding status of settlement and repurchase agreement | 0.3 | 36.00 |
| 09/06/12 | ERD | L160 | Review and analyze documents from client regarding settlement and repurchase | 0.2 | 24.00 |
| 09/06/12 | JEM | L160 | Negotiate settlement performance with client and opposing counsel | 0.3 | 109.50 |
| 09/11/12 | JEM | L110 | Prepare status update for client | 0.2 | 73.00 |
| 09/13/12 | JEM | L160 | Negotiate settlement performance with opposing counsel | 0.3 | 109.50 |
| 09/13/12 | ERD | L110 | Case assessment regarding status of settlement and repurchase | 0.1 | 12.00 |
| 09/14/12 | ERD | L160 | Review Settlement Agreement signed by Plaintiffs | 0.2 | 24.00 |
| 09/17/12 | JEM | L160 | Negotiate settlement document terms with plaintiff and defendant attorneys | 0.4 | 146.00 |
| 09/17/12 | ERD | L160 | Case assessment regarding terms under Settlement Agreement | 0.3 | 36.00 |
| 09/17/12 | JCL | L190 | Review correspondence from Kathy Condo prior counsel for GMAC | 0.1 | 40.00 |
| 09/17/12 | JCL | L160 | Research status of Settlement Agreement | 0.1 | 40.00 |
| 09/17/12 | JCL | L190 | Respond to former counsel and Plaintiff's counsel | 0.2 | 80.00 |
| 09/28/12 | JEM | L160 | Correspond with opposing counsel and client regarding settlement performance | 0.5 | 182.50 |
| | | | Totals | 3.2 | 912.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.1 | 120.00 | 132.00 |
| JCL | Lynch | Partner | 0.4 | 400.00 | 160.00 |
| JEM | Manning | Partner | 1.7 | 365.00 | 620.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456814 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

RE:     (WV) Posey, Janet M.

**Total Amount of This Invoice**                    $912.50

REMITTANCE

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/22/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1456815 |
| | File No. | 040540.000074 |
| | Claim/Client File No. | 698459 |

**RE:     (GA) Gude, Thandiwe & Derrick**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $263.50 |
| **Total Amount of This Invoice** | **$263.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/22/12
Invoice Number 1456815
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/26/12 | AJR | L240 | Analyze strategy for obtaining order on unopposed Motion for Summary Judgment | 0.1 | 28.50 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | MJW | L110 | Telephone conference with Judge's chambers regarding Motion for Summary Judgment; develop case strategy based on instructions from Judge's chambers | 0.6 | 165.00 |
| 09/26/12 | ABP | L120 | Monitor status of ruling on Motion for Summary Judgment | 0.2 | 58.00 |
| | | | Totals | 1.0 | 263.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |
| AJR | Reyes | Associate | 0.1 | 285.00 | 28.50 |
| MJW | Windham | Associate | 0.6 | 275.00 | 165.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 10/22/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1456815 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

RE:    (GA) Gude, Thandiwe & Derrick

**Total Amount of This Invoice**          $263.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/23/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452581 |
| | File No. | 040540.000085 |
| | Claim/Client File No. | 696620 |

**RE:    (GA) Bree, Brian J. and Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $732.00 |
| **Total Amount of This Invoice** | **$732.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1452581
File No. 040540.000085
Claim/Client File No. 696620
Page 2

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | AJR | L510 | Review and analyze Farmers & Merchants Bank's response to the Brees' petition for certiorari | 0.2 | 57.00 |
| 09/04/12 | AJR | L510 | Email to client regarding Farmers & Merchants Bank's response to the Brees' petition for certiorari | 0.1 | 28.50 |
| 09/04/12 | ERD | L110 | Review correspondence from GA Supreme Court notifying Bree's filing Writ of Certiorari in US Supreme Court | 0.2 | 24.00 |
| 09/04/12 | MJW | L120 | Research case for updated case list per client request | 0.2 | 55.00 |
| 09/05/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding response to Plaintiff's Petition for Certiorari filed by Farmers & Merchants Bank | 0.1 | 29.00 |
| 09/06/12 | AJR | L190 | Prepare case chart of cases involving damages claims stayed by the bankruptcy and claims filed by company at request of client | 0.3 | 85.50 |
| 09/11/12 | AJR | L510 | Review and analyze borrowers' Reply in Support of Petition for Certiorari to Georgia Supreme Court | 0.2 | 57.00 |
| 09/11/12 | AJR | L510 | Email to client regarding borrowers' Reply in Support of Petition for Certiorari to Georgia Supreme Court | 0.1 | 28.50 |
| 09/11/12 | ERD | L110 | Case assessment regarding docketing notice from GA Supreme Court | 0.1 | 12.00 |
| 09/11/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding Plaintiff's Reply Brief in Support of Petition for Certiorari to Georgia Supreme Court | 0.1 | 29.00 |
| 09/20/12 | ABP | L120 | Review Brief in Response to Plaintiff's Petition for Certiorari to Georgia Supreme Court filed by Co-Defendant Farmers & Merchants Bank | 0.4 | 116.00 |
| 09/20/12 | ABP | L120 | Review Bree's Reply Brief in Support of Petition for Certiorari to Georgia Supreme Court | 0.2 | 58.00 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | MJW | L110 | Review case status and develop case strategy | 0.3 | 82.50 |
| 09/26/12 | ABP | L120 | Monitor status of appeal and Plaintiff's Certiorari | 0.2 | 58.00 |

IN ACCOUNT WITH

Invoice Date 10/23/12
Invoice Number 1452581
File No. 040540.000085
Claim/Client File No. 696620
Page 3

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
|      |      |      | Petition to Georgia Supreme Court | | |
|      |      |      | Totals | 2.8 | 732.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ABP | Pittman | Associate | 1.0 | 290.00 | 290.00 |
| AJR | Reyes | Associate | 0.9 | 285.00 | 256.50 |
| MJW | Windham | Associate | 0.5 | 275.00 | 137.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452581 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

RE:    (GA) Bree, Brian J. and Cynthia

**Total Amount of This Invoice**                $732.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/23/12 |
| Attn: Michael Socha | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1452989 |
| | File No. | 040540.000331 |
| | Claim/Client File No. | 731743 |

RE:    **advs. Guimond, Mark F. and Kallie A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $9,424.50 |
| **Total Amount of This Invoice** | **$9,424.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1452989
File No. 040540.000331
Claim/Client File No. 731743
Page 2

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/24/12 | JEM | L120 | Analyze technical deficiency and defense to same | 0.9 | 328.50 |
| 08/24/12 | JCL | L190 | Telephone call with client Michael Socha regarding initial results of investigation and confirming representation of Troutman Sanders on this case | 0.4 | 160.00 |
| 08/24/12 | JCL | L190 | Work on initial task list and points to research for Motion to Dismiss and Class Certification | 0.4 | 160.00 |
| 08/24/12 | ABP | L110 | Develop litigation and defensive strategies in opposition to Plaintiff's class claims | 0.3 | 87.00 |
| 08/27/12 | JEM | L120 | Analyze federal case law regarding inadvertent error under ECOA including legislative history | 3.2 | 1,168.00 |
| 08/27/12 | JCL | L110 | Review correspondence from client stating that service had been affected | 0.3 | 120.00 |
| 08/27/12 | JCL | L110 | Begin working on potential Motion to Dismiss arguments and calculate service deadline | 0.3 | 120.00 |
| 08/27/12 | ABP | L120 | Develop defensive strategies | 0.3 | 87.00 |
| 08/27/12 | ABP | L120 | Explore arguments in support of Motion to Dismiss Plaintiff's claims | 0.3 | 87.00 |
| 08/27/12 | ABP | L120 | Research and analyze case law in support of potential arguments to dismiss Plaintiff's claims | 2.0 | 580.00 |
| 08/28/12 | JEM | L120 | Analyze inadvertent error defense under ECOA and grounds for de minimis deviation as motion to dismiss argument | 2.6 | 949.00 |
| 08/28/12 | JCL | L190 | Telephone call with Mike Socha confirming case assignment to Troutman Sanders, initial litigation steps and other issues | 0.4 | 160.00 |
| 08/28/12 | JCL | L190 | Review Complaint with a view towards a Motion to Dismiss | 0.2 | 80.00 |
| 08/28/12 | ABP | L120 | Develop strategies in response to Plaintiff's Complaint | 0.2 | 58.00 |
| 08/28/12 | ABP | L120 | Explore and analyze potential arguments in support of possible Motion to Dismiss | 0.2 | 58.00 |
| 08/28/12 | ABP | L120 | Research and analyze case law regarding proposed offer of judgment to mitigate Plaintiff's claims | 1.5 | 435.00 |
| 08/28/12 | ABP | L120 | Explore possible bona fide error defenses | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1452989
File No. 040540.000331
Claim/Client File No. 731743
Page 3

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/29/12 | JEM | L120 | Analyze de minimis error case law under analogous statutes | 0.8 | 292.00 |
| 08/29/12 | ABP | L120 | Research and analyze case law regarding potential to moot Plaintiff's ECOA claims through offer of judgment | 1.0 | 290.00 |
| 08/29/12 | ABP | L120 | Research and analyze case law regarding punitive damages under ECOA | 0.8 | 232.00 |
| 08/30/12 | ABP | L120 | Research and analyze case law, statutory law and federal regulations regarding disclosure requirements under ECOA | 1.5 | 435.00 |
| 08/30/12 | ABP | L120 | Research and analyze case law, statutory law and regulatory law regarding potential for bona fide error defense under ECOA | 1.5 | 435.00 |
| 08/30/12 | ABP | L120 | Research and analyze case law regarding potential for actual and punitive damages under ECOA | 1.6 | 464.00 |
| 08/30/12 | ABP | L120 | Research and analyze case law regarding liability for mere technical violations of ECOA statute and regulations | 1.2 | 348.00 |
| 08/30/12 | ABP | L120 | Research and analyze case law in support of potential arguments for Motion to Dismiss Plaintiff's ECOA claims | 1.0 | 290.00 |
| 08/31/12 | ABP | L120 | Research and analyze case law, statutory law and regulatory law regarding creditor disclosure requirements under ECOA | 2.2 | 638.00 |
| 08/31/12 | ABP | L120 | Research and analyze case law regarding potential arguments in support of Motion to Dismiss Plaintiff's ECOA claims | 2.1 | 609.00 |
| 08/31/12 | ABP | L120 | Research and analyze case law regarding possible bona fide error defenses under analogous FDCPA and TILA statutes | 2.4 | 696.00 |
| | | | Totals | 29.8 | 9,424.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1452989
File No. 040540.000331
Claim/Client File No. 731743
Page 4

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| JCL | Lynch | Partner | 2.0 | 400.00 | 800.00 |
| JEM | Manning | Partner | 7.5 | 365.00 | 2,737.50 |
| ABP | Pittman | Associate | 20.3 | 290.00 | 5,887.00 |