# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: Michael Socha | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452989 |
| File No. | 040540.000331 |
| Claim/Client File No. | 731743 |

**RE:    advs. Guimond, Mark F. and Kallie A.**

**Total Amount of This Invoice**                     $9,424.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date 10/23/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| | Direct Dial 757-687-7765 |
| 8400 Normandale Lake Boulevard | Invoice No. 1452996 |
| Suite 350 | File No. 040540.000338 |
| Minneapolis, MN 55437 | Claim/Client File No. 732109 |

**RE:** **(GA) advs. Moore, Sharon H.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $58.00 |
| **Total Amount of This Invoice** | **$58.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1452996
File No. 040540.000338
Claim/Client File No. 732109
Page 2

Ally Financial

(GA) advs. Moore, Sharon H.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/31/12 | ABP | L210 | Review correspondence from client Sheila Gregory regarding Plaintiff's Complaint | 0.1 | 29.00 |
| 08/31/12 | ABP | L210 | Review pleadings | 0.1 | 29.00 |
| | | | Totals | 0.2 | 58.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.2 | 290.00 | 58.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1452996 |
| File No. | 040540.000338 |
| Claim/Client File No. | 732109 |

RE:    (GA) advs. Moore, Sharon H.

**Total Amount of This Invoice**                                    $58.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1453001 |
| File No. | 040540.000337 |
| Claim/Client File No. | 732029 |

**RE:    advs. Myung Joo Kang**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $320.00 |
| **Total Amount of This Invoice** | **$320.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1453001
File No. 040540.000337
Claim/Client File No. 732029
Page 2

Ally Financial

advs. Myung Joo Kang

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/29/12 | JCL | L110 | Receive and review new Complaint in Virginia from Sheila Gregory | 0.4 | 160.00 |
| 08/29/12 | JCL | L110 | Plan and prepare litigation strategy | 0.4 | 160.00 |
| | | | Totals | 0.8 | 320.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JCL | Lynch | Partner | 0.8 | 400.00 | 320.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1453001 |
| File No. | 040540.000337 |
| Claim/Client File No. | 732029 |

**RE:**    **advs. Myung Joo Kang**

Total Amount of This Invoice                    $320.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455476 |
| File No. | 040540.000340 |
| Claim/Client File No. | 732961 |

RE:    (VA) advs. Page, Donald C. & Kristine A.

Fees for Professional Services Rendered Through 09/30/12          $636.50

**Total Amount of This Invoice**          **$636.50**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1455476
File No. 040540.000340
Claim/Client File No. 732961
Page 2

Ally Financial

(VA) advs. Page, Donald C. & Kristine A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/14/12 | ERD | L110 | Review Notice of Foreclosure Sale | 0.2 | 24.00 |
| 09/14/12 | ERD | L120 | Communicate with Sheila Gregory regarding Notice of Foreclosure Sale | 0.1 | 12.00 |
| 09/26/12 | JEM | L120 | Prepare analysis and recommendation for client | 0.7 | 255.50 |
| 09/26/12 | ESF | L190 | Analyze whether a lis pendens invalidates a foreclosure sale under Virginia law | 0.5 | 115.00 |
| 09/27/12 | ESF | L190 | Analyze Complaint | 0.6 | 138.00 |
| 09/27/12 | ESF | L190 | Analyze grounds to move to dismiss Complaint | 0.4 | 92.00 |
| | | | Totals | 2.5 | 636.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| ESF | Flowers | Associate | 1.5 | 230.00 | 345.00 |
| JEM | Manning | Partner | 0.7 | 365.00 | 255.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1455476 |
| File No. | 040540.000340 |
| Claim/Client File No. | 732961 |

RE:     (VA) advs. Page, Donald C. & Kristine A.

**Total Amount of This Invoice**          $636.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/23/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1457047 |
| | File No. | 040540.000085 |
| | Claim/Client File No. | 696620 |

**RE:    (GA) Bree, Brian J. and Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $2,433.50 |
| **Total Amount of This Invoice** | **$2,433.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457047
File No. 040540.000085
Claim/Client File No. 696620
Page 2

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | MJW | L210 | Research arguments for response to petition for certiorari | 1.6 | 440.00 |
| 08/01/12 | MJW | L120 | Draft analysis of research and recommendation | 0.7 | 192.50 |
| 08/01/12 | AJR | L510 | Check Supreme Court docket for petition for certiorari (.1) | 0.1 | 28.50 |
| 08/01/12 | AJR | L510 | Review Supreme Court rules regarding filing for petition for certiorari (.1) | 0.1 | 28.50 |
| 08/01/12 | AJR | L510 | Analyze strategy for responding to petition for certiorari (.3) | 0.3 | 85.50 |
| 08/02/12 | MJW | L210 | Research and draft arguments for response to petition for certiorari | 1.5 | 412.50 |
| 08/02/12 | MJW | L210 | Review and respond to email correspondence regarding research | 0.2 | 55.00 |
| 08/03/12 | AJR | L510 | Check Supreme Court docket for petition for certiorari | 0.1 | 28.50 |
| 08/03/12 | AJR | L120 | Review summary of research and analyze strategy for responding to borrowers' petition for certiorari | 0.3 | 85.50 |
| 08/06/12 | MJW | L210 | Review and respond to email correspondence regarding petition for certiorari | 0.1 | 27.50 |
| 08/07/12 | AJR | L510 | Check Supreme Court docket for petition for certiorari | 0.1 | 28.50 |
| 08/07/12 | AJR | L510 | Email to counsel for Farmers & Merchants Bank regarding case strategy in light of borrowers' notice of intention to petition for certiorari | 0.1 | 28.50 |
| 08/15/12 | AJR | L510 | Check Supreme Court docket for petition for certiorari | 0.1 | 28.50 |
| 08/15/12 | AJR | L510 | Analyze strategy for responding to petition for certiorari with counsel for Farmers & Merchants Bank | 0.2 | 57.00 |
| 08/15/12 | ABP | L120 | Develop strategies in response to Plaintiff's Petition for Certiorari to GA Supreme Court | 0.4 | 116.00 |
| 08/15/12 | AJR | L510 | Review and analyze borrowers' petition for certiorari (.5) | 0.5 | 142.50 |
| 08/15/12 | AJR | L510 | Analyze strategy for response to petition (.6) | 0.6 | 171.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457047
File No. 040540.000085
Claim/Client File No. 696620
Page 3

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/12 | AJR | L510 | Check rules regarding responses to petitions (.2) | 0.2 | 57.00 |
| 08/15/12 | AJR | L510 | Calendar deadline for response to petition (.2) | 0.2 | 57.00 |
| 08/16/12 | AJR | L510 | Analyze strategy for responding to petition for certiorari | 0.1 | 28.50 |
| 08/19/12 | ABP | L110 | Review the Brees' Petition for Certiorari to the Georgia Supreme Court | 0.4 | 116.00 |
| 08/21/12 | ABP | L110 | Exchange correspondence with client Sheila Gregory regarding the Brees' Petition for Certiorari to GA Supreme Court | 0.2 | 58.00 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/26/12 | ABP | L510 | Review analysis regarding Plaintiff's failure to timely notice of Petition for Certiorari to the Georgia Supreme Court with the Georgia Court of Appeals | 0.2 | 58.00 |
| | | | Totals | 8.9 | 2,433.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ABP | Pittman | Associate | 1.2 | 290.00 | 348.00 |
| AJR | Reyes | Associate | 3.0 | 285.00 | 855.00 |
| MJW | Windham | Associate | 4.3 | 275.00 | 1,182.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457047 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

RE:     (GA) Bree, Brian J. and Cynthia

Total Amount of This Invoice                    $2,433.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

|  |  |  |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/23/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1457049 |
|  | File No. | 040540.000098 |
|  | Claim/Client File No. | 694256 |

**RE:    (GA) Howard, Matthew W.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $382.50 |
| **Total Amount of This Invoice** | **$382.50** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457049
File No. 040540.000098
Claim/Client File No. 694256
Page 2

GMAC ResCap

(GA) Howard, Matthew W.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/25/12 | AJR | L190 | Check docket for appeal of Order denying Motion for Reconsideration | 0.1 | 28.50 |
| 09/25/12 | AJR | L190 | Email with client regarding lack of appeal by borrower and status of dispossessory action | 0.1 | 28.50 |
| 09/25/12 | AJR | L190 | Email to dispossessory counsel requesting status of dispossessory appeal | 0.1 | 28.50 |
| 09/25/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding status of appeal and eviction proceedings | 0.2 | 58.00 |
| 09/26/12 | AJR | L190 | Email to client responding to inquiry about closing out file in light of failure of borrower to file an appeal | 0.1 | 28.50 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding case status and status of eviction proceedings | 0.2 | 58.00 |
| 09/26/12 | ABP | L210 | Monitor case status, status of eviction proceedings and review docket report | 0.2 | 58.00 |
| | | | Totals | 1.4 | 382.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.1 | 120.00 | 12.00 |
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457049 |
| File No. | 040540.000098 |
| Claim/Client File No. | 694256 |

**RE:**     (GA) Howard, Matthew W.

**Total Amount of This Invoice**                    $382.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457050 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

**RE:    (GA) McNeal, Lorraine**

Fees for Professional Services Rendered Through 09/30/12          $2,301.00

**Total Amount of This Invoice**          **$2,301.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457050
File No. 040540.000168
Claim/Client File No. 703860
Page 2

GMAC ResCap

(GA) McNeal, Lorraine

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/11/12 | MRB | L250 | Review order from 11th circuit regarding substitution of parties; legal research regarding same | 0.9 | 247.50 |
| 09/12/12 | MRB | L250 | Legal research regarding order entered by 11th circuit regarding substitution of parties | 1.3 | 357.50 |
| 09/12/12 | MJW | L210 | Review order | 0.2 | 55.00 |
| 09/14/12 | MRB | L250 | Attention to various emails regarding McNeal orderin 11th circuit | 0.4 | 110.00 |
| 09/14/12 | AJR | L240 | Review and analyze court's show cause order | 0.3 | 85.50 |
| 09/14/12 | AJR | L240 | Review and analyze borrower's prior motion to substitute parties and court's order denying same | 0.4 | 114.00 |
| 09/14/12 | AJR | L120 | Analyze strategy for responding to court's show cause order | 0.2 | 57.00 |
| 09/14/12 | MJW | L120 | Review case history; develop case strategy regarding response to show cause order | 1.0 | 275.00 |
| 09/14/12 | ABP | L120 | Review Order of 11th Cir. Court of Appeals directing parties to brief whether Court should reconsider its decision denying Plaintiff's Motion to Substitute Transferee of Plaintiff's Loan | 0.2 | 58.00 |
| 09/14/12 | ABP | L120 | Review motions, briefs and memoranda regarding Notice of Bankruptcy filed in 11th Cir. Court of Appeals | 0.2 | 58.00 |
| 09/14/12 | ABP | L120 | Review motions, briefs and memoranda regarding Notice of Bankruptcy filed in 11th Cir. Court of Appeals | 0.2 | 58.00 |
| 09/14/12 | ERD | L210 | Case assessment regarding upcoming deadline to address McNeal's Motion to Substitute Transferees | 0.2 | 24.00 |
| 09/20/12 | MRB | L250 | Communications regarding 11th circuit order on substitution of parties | 0.3 | 82.50 |
| 09/24/12 | MRB | L250 | Review appellant's response in McNeal 11th circuit case addressing court's request to brief substitution of new lender and communicate with Sharyn Fleischer regarding same | 0.5 | 137.50 |
| 09/25/12 | AJR | L120 | Analyze strategy for whether response to show cause order is warranted | 0.2 | 57.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457050
File No. 040540.000168
Claim/Client File No. 703860
Page 3

GMAC ResCap

(GA) McNeal, Lorraine

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/25/12 | MRB | L250 | Draft email to Jennifer Scoliard and Sharyn Flesicher regarding deadline to respond to order on substitution of parties; conference with Mark Windham regarding same | 0.6 | 165.00 |
| 09/25/12 | MJW | L110 | Review show cause Order; review docket; develop strategy | 0.7 | 192.50 |
| 09/25/12 | ABP | L120 | Review correspondence exchanged with client Jennifer Scoliard regarding no need to respond to Court's Show Cause Order regarding Motion to Substitute Transferee | 0.1 | 29.00 |
| 09/25/12 | JCL | L190 | Work on response to bankruptcy court | 0.2 | 80.00 |
| 09/26/12 | ABP | L120 | Monitor status of appeal before 11th Cir. Court of Appeals | 0.1 | 29.00 |
| 09/26/12 | ABP | L120 | Develop strategies in light of potential 11th Cir. ruling on Show Cause Order | 0.1 | 29.00 |
| | | | Totals | 8.3 | 2,301.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 4.0 | 275.00 | 1,100.00 |
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JCL | Lynch | Partner | 0.2 | 400.00 | 80.00 |
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 1.1 | 285.00 | 313.50 |
| MJW | Windham | Associate | 1.9 | 275.00 | 522.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457050 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

RE:    (GA) McNeal, Lorraine

**Total Amount of This Invoice**                          $2,301.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ──────── TROUTMAN SANDERS LLP ────────

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/23/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1457051 |
| | File No. 040540.000179 |
| | Claim/Client File No. 708378 |

**RE:    (GA) Rainey, Deidrenne and Esell**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $7,984.00 |
| Costs and Expenses Through 09/30/12 | $6.00 |
| **Total Amount of This Invoice** | **$7,990.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457051
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/03/12 | AJR | L160 | Email to opposing counsel regarding submitting financial package | 0.1 | 28.50 |
| 09/04/12 | AJR | L120 | Email to client regarding strategy for pretrial conference and court's order denying opposing counsel's motion to withdraw | 0.4 | 114.00 |
| 09/04/12 | AJR | L450 | Analyze strategy for pretrial conference | 1.2 | 342.00 |
| 09/04/12 | AWL | L120 | Consider and comment on case and pretrial conference strategy | 0.2 | 90.00 |
| 09/04/12 | AJR | L160 | Telephone call to opposing counsel regarding submitting financial package | 0.1 | 28.50 |
| 09/04/12 | ERD | L230 | Review and analyze correspondence from Court regarding Pretrial Conference | 0.3 | 36.00 |
| 09/04/12 | ABP | L450 | Plan and prepare for pretrial conference | 0.1 | 29.00 |
| 09/04/12 | ABP | L120 | Develop settlement strategies | 0.1 | 29.00 |
| 09/05/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Court Order denying Plaintiff's counsel's Motion to Withdraw | 0.1 | 29.00 |
| 09/05/12 | ABP | L210 | Review Court Order denying Motion to Withdraw by Plaintiff's counsel | 0.1 | 29.00 |
| 09/05/12 | ABP | L120 | Develop settlement strategies regarding possible cash-for-keys settlement | 0.1 | 29.00 |
| 09/06/12 | AJR | L120 | Email to client regarding case strategy in light of pretrial conference | 0.1 | 28.50 |
| 09/06/12 | AJR | L160 | Telephone conference with opposing counsel regarding submitting borrowers' financial package | 0.1 | 28.50 |
| 09/07/12 | AJR | L160 | Receive and review borrowers' financial package and supporting documents | 0.5 | 142.50 |
| 09/07/12 | AJR | L160 | Emails with client regarding borrowers' financial package and supporting documents and possible cash for keys agreement | 0.1 | 28.50 |
| 09/11/12 | AJR | L120 | Analyze strategy for pretrial conference | 0.4 | 114.00 |
| 09/12/12 | AJR | L160 | Email to client regarding write-up to Loss Mit for reasons to rescind foreclosure sale | 0.2 | 57.00 |
| 09/12/12 | AJR | L120 | Analyze strategy for rationale on why client should | 0.9 | 256.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457051
File No. 040540.000179
Claim/Client File No. 708378
Page 3

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | rescind foreclosure sale at request of client | | |
| 09/13/12 | ABP | L120 | Prepare for final pretrial conference | 0.2 | 58.00 |
| 09/14/12 | AJR | L120 | Analyze strategy for pretrial conference | 0.2 | 57.00 |
| 09/14/12 | ERD | L450 | Case assessment regarding upcoming pretrial conference | 0.2 | 24.00 |
| 09/17/12 | AJR | L450 | Telephone conference with Judge Pannell's law clerk regarding expectations and plan for upcoming pretrial conference | 0.3 | 85.50 |
| 09/17/12 | AJR | L450 | Email to client regarding corporate witness's availability for trial | 0.2 | 57.00 |
| 09/17/12 | AJR | L450 | Review and analyze case file and trial briefs in preparation for upcoming pretrial conference | 0.7 | 199.50 |
| 09/17/12 | JEM | L120 | Prepare trial strategy | 0.8 | 292.00 |
| 09/17/12 | ABP | L120 | Prepare for final pretrial conference | 0.3 | 87.00 |
| 09/17/12 | ABP | L120 | Develop trial and settlement strategies | 0.3 | 87.00 |
| 09/17/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding availability of corporate witness | 0.2 | 58.00 |
| 09/18/12 | AJR | L450 | Email with client regarding scheduling witness to testify at trial and topics for witness to discuss | 0.2 | 57.00 |
| 09/18/12 | AJR | L120 | Review and analyze pertinent new case law in which Georgia federal judge certifies questions regarding Georgia's foreclosure statutes to Georgia Supreme Court | 1.7 | 484.50 |
| 09/18/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding final pretrial conference, possibility of settlement through loan modification, and availability of corporate witness | 0.1 | 29.00 |
| 09/19/12 | AJR | L160 | Review and analyze updated payoff and reinstatement quotes received from client | 0.1 | 28.50 |
| 09/19/12 | AJR | L190 | Check bankruptcy docket in light of telephone call from opposing counsel regarding borrowers filing for bankruptcy | 0.2 | 57.00 |
| 09/19/12 | AJR | L190 | Email to client regarding opposing counsel's call about borrowers filing for bankruptcy and case strategy if that happens | 0.1 | 28.50 |
| 09/19/12 | AJR | L190 | Telephone conference with opposing counsel | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457051
File No. 040540.000179
Claim/Client File No. 708378
Page 4

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | regarding borrowers' filing of bankruptcy | | |
| 09/19/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's alleged plan to file for bankruptcy and status of final pretrial conference | 0.1 | 29.00 |
| 09/19/12 | ABP | L120 | Prepare for final pretrial conference | 0.1 | 29.00 |
| 09/19/12 | ABP | L120 | Develop strategies in response to Plaintiff's claim of impending bankruptcy | 0.1 | 29.00 |
| 09/19/12 | AJR | L450 | Plan and prepare for pretrial conference | 4.3 | 1,225.50 |
| 09/19/12 | AJR | L120 | Analyze case strategy in light of bankruptcy of borrowers | 0.4 | 114.00 |
| 09/20/12 | AJR | L160 | Email with client regarding Loss Mit's response to borrower's financial package | 0.1 | 28.50 |
| 09/20/12 | AJR | L160 | Email to opposing counsel regarding Loss Mit's response to borrower's financial package | 0.1 | 28.50 |
| 09/20/12 | JEM | L110 | Prepare trial strategy | 0.3 | 109.50 |
| 09/20/12 | AJR | L190 | Check bankruptcy docket in light of telephone call from opposing counsel regarding borrowers filing for bankruptcy | 0.1 | 28.50 |
| 09/20/12 | AJR | L450 | Attend pretrial conference | 1.8 | 513.00 |
| 09/20/12 | AJR | L120 | Analyze trial strategy following pretrial conference | 0.7 | 199.50 |
| 09/20/12 | AJR | L430 | Draft email to client regarding update following pretrial conference | 0.4 | 114.00 |
| 09/20/12 | AJR | L190 | Calendar trial date and update case chart | 0.1 | 28.50 |
| 09/20/12 | ABP | L120 | Analyze recent case law regarding standing of Plaintiffs in light of wrongful foreclosure claims | 0.3 | 87.00 |
| 09/20/12 | ABP | L120 | Review minute entry from Court regarding outcome of final pretrial conference | 0.1 | 29.00 |
| 09/20/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding pretrial conference and Plaintiff's claim of impending bankruptcy | 0.2 | 58.00 |
| 09/20/12 | ABP | L120 | Plan and prepare for trial | 0.3 | 87.00 |
| 09/20/12 | ERD | L210 | Plan and prepare for scheduling trial date | 0.5 | 60.00 |
| 09/20/12 | AJR | L450 | Plan and prepare for pretrial conference | 2.8 | 798.00 |
| 09/21/12 | ERD | L110 | Prepare Pro Hac Vice Admission form for Jason Manning to appear at trial | 0.6 | 72.00 |