IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457051
File No. 040540.000179
Claim/Client File No. 708378
Page 5

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/21/12 | ABP | L120 | Develop trial strategies | 0.2 | 58.00 |
| 09/21/12 | ABP | L120 | Prepare for trial | 0.3 | 87.00 |
| 09/21/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding trial date, outcome of final pretrial conference, and availability of corporate witness | 0.5 | 145.00 |
| 09/24/12 | AJR | L190 | Check bankruptcy docket for bankruptcy filing by borrowers | 0.2 | 57.00 |
| 09/24/12 | AJR | L190 | Revise Application for Admission Pro Hac Vice of Jason Manning | 0.1 | 28.50 |
| 09/24/12 | AJR | L430 | Review correspondence with client regarding upcoming trial date | 0.1 | 28.50 |
| 09/24/12 | AJR | L120 | Analyze case strategy in light of one borrower filing for bankruptcy | 0.3 | 85.50 |
| 09/24/12 | AJR | L120 | Analyze trial strategy | 0.2 | 57.00 |
| 09/24/12 | ABP | L120 | Develop trial strategies | 0.1 | 29.00 |
| 09/24/12 | ABP | L120 | Develop strategies in response to Plaintiff's filing of bankruptcy | 0.2 | 58.00 |
| 09/24/12 | ABP | L120 | Review bankruptcy petition filed by Plaintiffs in Bankruptcy Court | 0.2 | 58.00 |
| 09/25/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding pro hac vice fee | 0.2 | 58.00 |
| 09/26/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 09/26/12 | AJR | L120 | Analyze trial strategy in light of borrower's bankruptcy | 0.3 | 85.50 |
| 09/26/12 | ABP | L120 | Develop trial strategies | 0.2 | 58.00 |
| 09/26/12 | ABP | L120 | Develop strategies in response to Plaintiff's filing of Petition for Bankruptcy | 0.2 | 58.00 |
| 09/27/12 | AJR | L190 | Revise correspondence to bankruptcy trustee regarding her interest in the case and upcoming trial | 0.3 | 85.50 |
| 09/27/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding draft Motion for Summary Judgment and potential claims against the broker | 0.2 | 58.00 |
| 09/28/12 | ERD | L210 | Finalize Motion for Pro Hac Vice for Jason Manning for submission to Court | 0.3 | 36.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457051
File No. 040540.000179
Claim/Client File No. 708378
Page 6

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

|  | Totals | 28.6 | 7,984.00 |
|---|---|---|---|

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 1.9 | 120.00 | 228.00 |
| AWL | Loeffler | Partner | 0.2 | 450.00 | 90.00 |
| JEM | Manning | Partner | 1.1 | 365.00 | 401.50 |
| ABP | Pittman | Associate | 5.1 | 290.00 | 1,479.00 |
| AJR | Reyes | Associate | 20.3 | 285.00 | 5,785.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|---|---|---|
| 09/27/12 | Taxi/Train/Parking – PAYEE: Thelma Fox, Petty Cash; REQUEST#: 392980; DATE: 9/27/2012. Parking at pretrial hearing | 6.00 |
|  | Total: | 6.00 |

|  | Total Fees & Costs: | $7,990.00 |
|---|---|---|

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457051 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:     (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**                    $7,990.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457052 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

**RE:    (GA) Richard C. Flippin - Foreclosure**

Fees for Professional Services Rendered Through 08/31/12          $637.50

**Total Amount of This Invoice          $637.50**

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457052
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/02/12 | MJW | L120 | Review case file to assess impact of Reese decision | 0.5 | 137.50 |
| 08/02/12 | MJW | L120 | Make recommendation regarding strategy | 0.2 | 55.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/29/12 | AJR | L190 | Email with foreclosure counsel regarding case status | 0.2 | 57.00 |
| 08/29/12 | MJW | L120 | Review case file | 0.2 | 55.00 |
| 08/29/12 | MJW | L120 | Review and respond to email correspondence regarding case status | 0.1 | 27.50 |
| 08/29/12 | MJW | L120 | Make recommendation regarding case strategy | 0.2 | 55.00 |
| 08/29/12 | AJR | L190 | Check docket | 0.1 | 28.50 |
| 08/29/12 | AJR | L190 | Telephone call to clerk regarding status of motion for summary judgment (.1) | 0.1 | 28.50 |
| 08/29/12 | AJR | L190 | Analyze case strategy | 0.1 | 28.50 |
| 08/30/12 | MJW | L120 | Telephone conference with Judge's chambers | 0.2 | 55.00 |
| 08/30/12 | MJW | L120 | Review and respond to email correspondence regarding case status | 0.2 | 55.00 |
| | | | Totals | 2.3 | 637.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 1.8 | 275.00 | 495.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457052 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:    (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**                $637.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Sheryllynn Moore, Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457054 |
| File No. | 040540.000299 |
| Claim/Client File No. | 718595 |

RE:    **51 State Real Estate Licensure Req. Proj**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $456.00 |
| **Total Amount of This Invoice** | **$456.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457054
File No. 040540.000299
Claim/Client File No. 718595
Page 2

GMAC ResCap

51 State Real Estate Licensure Req. Proj

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | PSF | C300 | Review and revise GMAC 50 state project | 1.2 | 456.00 |
| | | | Totals | 1.2 | 456.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| PSF | Fitzgerald | Of Counsel | 1.2 | 380.00 | 456.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Sheryllynn Moore, Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457054 |
| File No. | 040540.000299 |
| Claim/Client File No. | 718595 |

**RE:    51 State Real Estate Licensure Req. Proj**

**Total Amount of This Invoice**                 $456.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457055 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

**RE:     (GA) Williams, Charlotte vs. GMAC**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $4,715.50 |
| **Total Amount of This Invoice** | **$4,715.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457055
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/01/12 | AJR | L250 | Receive and review order extending discovery; update case tasks | 0.1 | 28.50 |
| 08/01/12 | AJR | L310 | Draft and revise written discovery requests to plaintiff and notice of deposition and letter to plaintiffs regarding same (1.6) | 1.6 | 456.00 |
| 08/01/12 | AJR | L310 | Prepare and file discovery requests (.2) | 0.2 | 57.00 |
| 08/01/12 | AJR | L310 | Update case tasks (.1) | 0.1 | 28.50 |
| 08/09/12 | AJR | L310 | Telephone conference with borrower regarding deadline to respond to GMAC's discovery requests | 0.1 | 28.50 |
| 08/17/12 | AJR | L190 | Email to client regarding correspondence from plaintiff | 0.1 | 28.50 |
| 08/17/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding correspondence from Plaintiff objecting to Notice of Appearance | 0.2 | 58.00 |
| 08/17/12 | AJR | L190 | Receive and review correspondence from plaintiff (.2) | 0.2 | 57.00 |
| 08/17/12 | AJR | L190 | Analyze strategy for responding to same with firm's general counsel (.2) | 0.2 | 57.00 |
| 08/18/12 | ABP | L210 | Review correspondence from Plaintiff objecting to Notice of Appearance and challenging counsel's representation of client | 0.2 | 58.00 |
| 08/22/12 | ERD | L110 | Case assessment regarding upcoming pretrial deadlines | 0.4 | 48.00 |
| 08/24/12 | AJR | L330 | Plan and prepare for depositions of borrowers | 2.1 | 598.50 |
| 08/24/12 | ABP | L110 | Develop deposition strategies | 0.2 | 58.00 |
| 08/27/12 | AJR | L120 | Telephone conference with counsel for Fannie Mae regarding case strategy | 0.1 | 28.50 |
| 08/27/12 | AJR | L330 | Prepare for deposition of plaintiffs | 0.8 | 228.00 |
| 08/27/12 | AJR | L330 | Communicate with court reporter regarding plan and logistics for depositions | 0.2 | 57.00 |
| 08/27/12 | MJW | L120 | Review case file for deadlines and scheduling orders | 0.3 | 82.50 |
| 08/27/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |

IN ACCOUNT WITH

# TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457055
File No. 040540.000310
Claim/Client File No. 724879
Page 3

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/28/12 | AJR | L330 | Prepare for deposition of borrowers | 1.5 | 427.50 |
| 08/28/12 | AJR | L330 | Attend deposition of borrowers | 0.2 | 57.00 |
| 08/28/12 | MJW | L120 | Research foreclosure deed | 0.4 | 110.00 |
| 08/28/12 | MJW | L120 | Review and respond to email correspondence regarding motion to compel and good faith letter | 0.2 | 55.00 |
| 08/29/12 | ABP | L120 | Develop discovery strategies | 0.1 | 29.00 |
| 08/29/12 | AJR | L190 | Check docket for case status (.1) | 0.1 | 28.50 |
| 08/29/12 | AJR | L190 | Analyze strategy for sending good faith letter and for filing motion to compel (.1) | 0.1 | 28.50 |
| 08/29/12 | AJR | L190 | Review court rules and judge's rules regarding filing motion to compel (.1) | 0.1 | 28.50 |
| 08/31/12 | AJR | L250 | Receive and review plaintiff's "petition to strike defendant's response in opposition to plaintiffs' objections to report and recommendation" and analyze strategy for responding to same | 0.7 | 199.50 |
| 08/31/12 | AJR | L390 | Revise second good faith letter to plaintiff | 0.1 | 28.50 |
| 08/31/12 | ABP | L120 | Develop discovery and litigation strategies | 0.4 | 116.00 |
| 08/31/12 | MJW | L120 | Draft motion for summary judgment brief | 5.0 | 1,375.00 |
| 08/31/12 | MJW | L120 | Draft second good faith discovery letter | 0.8 | 220.00 |
| 08/31/12 | MJW | L120 | Review and respond to email correspondence regarding letter | 0.1 | 27.50 |

Totals    17.0    4,715.50

### TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 8.6 | 285.00 | 2,451.00 |
| MJW | Windham | Associate | 6.9 | 275.00 | 1,897.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457055 |
| File No. | 040540.000310 |
| Claim/Client File No. | 724879 |

RE:     (GA) Williams, Charlotte vs. GMAC

**Total Amount of This Invoice**              $4,715.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/23/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1457056 |
| | File No. | 040540.000315 |
| | Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Terrence**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $4,763.00 |
| **Total Amount of This Invoice** | **$4,763.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 10/23/12
Invoice Number 1457056
File No. 040540.000315
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Terrence

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | ERD | L110 | Review billing information for accounting issue | 0.2 | 24.00 |
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/21/12 | MRB | L250 | Review motion for TRO (0.3); legal research and analysis regarding same | 4.2 | 1,155.00 |
| 09/25/12 | AJR | L250 | Review and analyze district court's Order denying TRO | 0.2 | 57.00 |
| 09/25/12 | AJR | L120 | Analyze strategy for responding to borrower's request for TRO filed in bankruptcy action in light of court's previous orders | 0.7 | 199.50 |
| 09/25/12 | AJR | L250 | Emails with client and foreclosure counsel regarding borrower's request for TRO filed in bankruptcy action and district court's order denying request for TRO | 0.4 | 114.00 |
| 09/25/12 | MRB | L250 | Conference with Mark Windham regarding response to debtor's motion for TRO (0.2); review order by district court on motion for TRO (0.3); legal research regarding response in bankruptcy court | 1.2 | 330.00 |
| 09/25/12 | MJW | L110 | Review TRO motion (0.4); draft response (2.0) | 2.4 | 660.00 |
| 09/26/12 | AJR | L120 | Email to foreclosure counsel regarding Response in Opposition to Plaintiff's Motion for TRO and strategy for filing same | 0.1 | 28.50 |
| 09/26/12 | AJR | L120 | Emails with client regarding draft of Response in Opposition to Plaintiff's Motion for TRO and strategy for filing same | 0.3 | 85.50 |
| 09/26/12 | AJR | L190 | Draft and revise letter rejecting borrower's offers to purchase the property | 1.0 | 285.00 |
| 09/26/12 | AJR | L120 | Analyze strategy for filing Response in Opposition to Plaintiff's Motion for TRO | 0.1 | 28.50 |
| 09/26/12 | AJR | L210 | Revise Response in Opposition to Plaintiff's Motion for TRO | 0.4 | 114.00 |
| 09/26/12 | AJR | L190 | Email to client and foreclosure counsel regarding draft letter to borrower rejecting offers to purchase the property | 0.1 | 28.50 |
| 09/26/12 | AJR | L120 | Emails with client regarding borrower's short sale | 0.3 | 85.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457056
File No. 040540.000315
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Terrence

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | offer and strategy for responding to same | | |
| 09/26/12 | MRB | L250 | Conference with Alex Reyes and Katie Dutill regarding response to debtor's motion for TRO | 0.4 | 110.00 |
| 09/26/12 | AJR | L190 | Email with client regarding calls by borrower to Loss Mit | 0.1 | 28.50 |
| 09/26/12 | MJW | L110 | Draft response to TRO | 0.5 | 137.50 |
| 09/27/12 | AJR | L190 | Update case tasks and calendar deadline to file Response in Opposition to Plaintiff's Motion for TRO | 0.1 | 28.50 |
| 09/27/12 | AJR | L190 | Revise letter rejecting borrower's offers to purchase the property based on client's comments and send same | 0.3 | 85.50 |
| 09/27/12 | AJR | L120 | Analyze strategy for filing Response in Opposition to Plaintiff's Motion for TRO with foreclosure counsel in light of pending foreclosure | 0.3 | 85.50 |
| 09/27/12 | AJR | L120 | Review and analyze copy of district court's order filed in bankruptcy case | 0.1 | 28.50 |
| 09/27/12 | AJR | L190 | Email to client regarding telephone conference with Thelma Owens | 0.2 | 57.00 |
| 09/27/12 | AJR | L190 | Emails with client regarding revisions to letter rejecting borrower's offers to purchase the property | 0.1 | 28.50 |
| 09/27/12 | MRB | L250 | Communicate with Alex Reyes about response to debtor's TRO and upcoming foreclosure | 0.2 | 55.00 |
| 09/27/12 | AJR | L190 | Review correspondence with client and foreclosure counsel about recording assignment in advance of next week's scheduled foreclosure sale | 0.3 | 85.50 |
| 09/27/12 | AJR | L190 | Telephone conference with Thelma Owens regarding rejection of her offer to purchase property | 0.1 | 28.50 |
| 09/28/12 | AJR | L160 | Emails with client regarding reinstatement and payoff information to provide to borrower | 0.2 | 57.00 |
| 09/28/12 | AJR | L190 | Draft and revise correspondence to Thelma Owens regarding reinstatement amount and requesting that she stop contacting client directly | 0.3 | 85.50 |
| 09/28/12 | AJR | L120 | Analyze privacy issues surrounding client communication with Thelma Owens and issues related to communication with client | 0.7 | 199.50 |
| 09/28/12 | MJW | L110 | Develop case strategy in light of upcoming | 1.4 | 385.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457056
File No. 040540.000315
Claim/Client File No. 713629
Page 4

GMAC ResCap

(GA) Owens, Terrence

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | foreclosure (0.7); review case file (0.3); draft letter to Thelma Owens (0.4) | | |
| | | | Totals | 17.2 | 4,763.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 6.0 | 275.00 | 1,650.00 |
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| AJR | Reyes | Associate | 6.4 | 285.00 | 1,824.00 |
| MJW | Windham | Associate | 4.6 | 275.00 | 1,265.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457056 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:    (GA) Owens, Terrence

**Total Amount of This Invoice**          $4,763.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457057 |
| File No. | 040540.000316 |
| Claim/Client File No. | 727046 |

**RE:    (GA) Raymond, Erma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $1,849.50 |
| **Total Amount of This Invoice** | **$1,849.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457057
File No. 040540.000316
Claim/Client File No. 727046
Page 2

GMAC ResCap

(GA) Raymond, Erma

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/03/12 | AJR | L190 | Check docket for status of ruling on motion for TRO | 0.1 | 28.50 |
| 08/06/12 | MJW | L390 | Review and respond to email correspondence regarding discovery requests | 0.1 | 27.50 |
| 08/07/12 | AJR | L310 | Email with client regarding discovery verification | 0.1 | 28.50 |
| 08/07/12 | AJR | L190 | Check docket for status of ruling on motion for TRO | 0.1 | 28.50 |
| 08/09/12 | MJW | L120 | Review case file to assess impact of Reese decision; make recommendation regarding strategy | 0.4 | 110.00 |
| 08/10/12 | AJR | L240 | Email to client and to counsel for MERS regarding order denying motion for TRO | 0.2 | 57.00 |
| 08/10/12 | MJW | L210 | Review and respond to email correspondence regarding order; review order | 0.3 | 82.50 |
| 08/10/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Order dismissing Plaintiff's Motion for Temporary Restraining Order and Complaint with Prejudice | 0.1 | 29.00 |
| 08/10/12 | ABP | L210 | Review Order dismissing Plaintiff's Motion for Temporary Restraining Order and Plaintiff's Complaint with Prejudice | 0.1 | 29.00 |
| 08/10/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding Order dismissing Motion for Temporary Restraining Order and Plaintiff's Complaint with Prejudice | 0.1 | 29.00 |
| 08/10/12 | AJR | L190 | Check docket for ruling on motion for TRO (.2) | 0.2 | 57.00 |
| 08/10/12 | AJR | L190 | Receive and review order denying motion for TRO and dismissing case (.2) | 0.2 | 57.00 |
| 08/10/12 | AJR | L190 | Analyze whether plaintiff can appeal order on TRO, and deadline for doing so (.2) | 0.2 | 57.00 |
| 08/10/12 | AJR | L190 | Calendar deadline and update case tasks (.1) | 0.1 | 28.50 |
| 08/17/12 | AJR | L190 | Email with client regarding borrower's request for loan modification | 0.1 | 28.50 |
| 08/17/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's request for loan modification | 0.2 | 58.00 |
| 08/21/12 | AJR | L160 | Telephone conference with borrower regarding loan modification | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457057
File No. 040540.000316
Claim/Client File No. 727046
Page 3

GMAC ResCap

(GA) Raymond, Erma

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/22/12 | AJR | L160 | Email to borrower regarding financial analysis packet and request for loan modification | 0.2 | 57.00 |
| 08/22/12 | AJR | L160 | Email to client regarding communication with borrower and borrower's request for loan modification | 0.1 | 28.50 |
| 08/22/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding loan modification packet sent to borrower | 0.2 | 58.00 |
| 08/23/12 | AJR | L160 | Telephone conference with borrower regarding request for loan modification | 0.2 | 57.00 |
| 08/23/12 | AJR | L190 | Perform case management tasks (GMAC calendar, etc.) | 0.4 | 114.00 |
| 08/23/12 | MJW | L210 | Review case file for deadlines and scheduling orders | 0.1 | 27.50 |
| 08/23/12 | MJW | L210 | Review and respond to email correspondence regarding deadlines and orders | 0.1 | 27.50 |
| 08/27/12 | AJR | L190 | Telephone conference with borrower regarding attorney retained | 0.1 | 28.50 |
| 08/27/12 | AJR | L160 | Email with borrower regarding financial packet | 0.1 | 28.50 |
| 08/27/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding loan modification packet and potential to settle Plaintiff's claims through loan modification | 0.3 | 87.00 |
| 08/28/12 | AJR | L190 | Email with client regarding borrower's request for loan modification and calls to customer service and regarding fax received from borrower's counsel with power of attorney and authorization to release loan information | 0.2 | 57.00 |
| 08/28/12 | AJR | L190 | Receive and review fax from borrower's counsel with power of attorney and authorization to release loan information | 0.1 | 28.50 |
| 08/28/12 | ABP | L110 | Review Power of Attorney received from Plaintiff | 0.1 | 29.00 |
| 08/28/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential for resolution of case through loan modification and litigation strategies | 0.1 | 29.00 |
| 08/29/12 | ABP | L110 | Review correspondence from client Katie Dutill regarding lack of communication with Plaintiff's new attorney | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457057
File No. 040540.000316
Claim/Client File No. 727046
Page 4

GMAC ResCap

(GA) Raymond, Erma

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 08/30/12 | AJR | L120 | Analyze strategy for responding to correspondence from borrower's counsel with Frank Olson | 0.1 | 28.50 |
| 08/30/12 | AJR | L120 | Email to client regarding strategy in light of correspondence and purported QWR from borrower's attorney | 0.2 | 57.00 |
| 08/30/12 | AJR | L190 | Review and analyze correspondence from borrower's attorney (.3) | 0.3 | 85.50 |
| 08/30/12 | AJR | L190 | Analyze strategy regarding correspondence from borrower's attorney (.2) | 0.2 | 57.00 |
| 08/30/12 | AJR | L190 | Receive and review previous HAMP denial letters (.2) | 0.2 | 57.00 |
| 08/31/12 | AJR | L190 | Receive and review purported Qualified Written Request from opposing counsel | 0.1 | 28.50 |
| 08/31/12 | AJR | L190 | Email to client regarding responding to purported Qualified Written Request received from opposing counsel | 0.1 | 28.50 |
| | | | Totals | 6.5 | 1,849.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 08/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.4 | 290.00 | 406.00 |
| AJR | Reyes | Associate | 4.1 | 285.00 | 1,168.50 |
| MJW | Windham | Associate | 1.0 | 275.00 | 275.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457057 |
| File No. | 040540.000316 |
| Claim/Client File No. | 727046 |

**RE:    (GA) Raymond, Erma**

**Total Amount of This Invoice**          $1,849.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 10/23/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1457058 |
| | File No. 040540.000328 |
| | Claim/Client File No. 730198 |

**RE:    (GA) advs. Stabb, Linda**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $2,624.00 |
| Costs and Expenses Through 09/30/12 | $37.40 |
| **Total Amount of This Invoice** | **$2,661.40** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457058
File No. 040540.000328
Claim/Client File No. 730198
Page 2

GMAC ResCap

(GA) advs. Stabb, Linda

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/05/12 | AJR | L120 | Telephone call and email to client regarding drafts of response to verified petition and motion for TRO, response to statement of facts, and motion to dismiss and case strategy; update case tasks | 0.2 | 57.00 |
| 09/05/12 | AJR | L120 | Analyze case strategy | 0.2 | 57.00 |
| 09/05/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding proposed responsive pleadings | 0.1 | 29.00 |
| 09/05/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 09/05/12 | HC | L110 | Research regarding verification of answer | 0.3 | 87.00 |
| 09/05/12 | HC | L110 | Conference and email regarding verification of answer | 0.2 | 58.00 |
| 09/06/12 | AJR | L120 | Analyze strategy for opposing counsel's request for temporary stay of litigation and for possible hearing on TRO | 0.2 | 57.00 |
| 09/06/12 | AJR | L120 | Telephone conference with and email to client regarding case strategy and strategy for request for 60-day stay | 0.2 | 57.00 |
| 09/06/12 | AJR | L210 | Revise response to verified petition and motion for TRO, response to statement of facts, and motion to dismiss and case strategy; prepare and file same; update case chart and case tasks | 0.5 | 142.50 |
| 09/06/12 | AJR | L190 | Email to opposing counsel regarding request for temporary stay of litigation | 0.1 | 28.50 |
| 09/14/12 | ERD | L210 | Case assessment regarding upcoming deadline to reply to Motion to Dissolve Temporary Restraining Order | 0.2 | 24.00 |
| 09/19/12 | AJR | L210 | Review and analyze Plaintiff's Response to Defendant's Motion to Dissolve TRO | 0.4 | 114.00 |
| 09/19/12 | AJR | L210 | Email to client regarding Plaintiff's Response to Defendant's Motion to Dissolve TRO and strategy for replying to same | 0.1 | 28.50 |
| 09/19/12 | AJR | L120 | Analyze strategy for Reply in Support of Defendant's Motion to Dissolve TRO | 0.7 | 199.50 |
| 09/19/12 | AJR | L120 | Analyze strategy for Reply in Support of Defendant's Motion to Dissolve TRO in light of | 0.4 | 114.00 |