IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457058
File No. 040540.000328
Claim/Client File No. 730198
Page 3

GMAC ResCap

(GA) advs. Stabb, Linda

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | pertinent case law on issue of foreclosure notice | | |
| 09/19/12 | ABP | L120 | Review correspondence exchanged with client Manish Verma regarding Plaintiff's response to Motion to Dissolve Temporary Restraining Order | 0.1 | 29.00 |
| 09/19/12 | ABP | L120 | Develop strategies regarding arguments to include in Reply Brief in Support of Motion to Dissolve Temporary Restraining Order | 0.1 | 29.00 |
| 09/19/12 | MJW | L110 | Draft reply brief | 3.0 | 825.00 |
| 09/23/12 | ABP | L210 | Review Plaintiff's Brief in Response to Motion to Dissolve Temporary Restraining Order | 0.3 | 87.00 |
| 09/23/12 | ABP | L210 | Develop strategies regarding arguments to include in Brief in Response to Motion to Dissolve Temporary Restraining Order and Potential Motion to Stay Consideration of Case in light of pending Georgia Supreme Court rulings in Reese and You cases | 0.1 | 29.00 |
| 09/24/12 | AJR | L310 | Revise discovery requests to plaintiff | 1.1 | 313.50 |
| 09/24/12 | AJR | L310 | Prepare and serve discovery requests to plaintiff | 0.1 | 28.50 |
| 09/24/12 | AJR | L240 | Review and analyze Defendant McCurdy & Candler's Motion to Dismiss | 0.2 | 57.00 |
| 09/24/12 | AJR | L190 | Update case tasks and deadlines | 0.1 | 28.50 |
| 09/24/12 | AJR | L310 | Email to client regarding discovery requests served on plaintiff | 0.1 | 28.50 |
| 09/26/12 | ABP | L210 | Develop litigation and discovery strategies | 0.2 | 58.00 |
| | | | | Totals | 9.4 | 2,624.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457058
File No. 040540.000328
Claim/Client File No. 730198
Page 4

GMAC ResCap

(GA) advs. Stabb, Linda

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| HC | Cheshire | Paralegal | 0.5 | 290.00 | 145.00 |
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 4.6 | 285.00 | 1,311.00 |
| MJW | Windham | Associate | 3.0 | 275.00 | 825.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|---|---|---|
| 09/14/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 270712 DATE: 9/7/2012<br>Date: 09/06/2012; Job Code: REYES; To: FULTON SUPERIOR | 37.40 |
| | Total: | 37.40 |
| | Total Fees & Costs: | $2,661.40 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457058 |
| File No. | 040540.000328 |
| Claim/Client File No. | 730198 |

**RE:** (GA) advs. Stabb, Linda

**Total Amount of This Invoice**        $2,661.40

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Katie Dutill | Invoice Date | 10/23/12 |
| 8400 Normandale Lake Boulevard | Submitted by | J C Lynch |
| Suite 350 | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55437 | Invoice No. | 1457059 |
| | File No. | 040540.000339 |
| | Claim/Client File No. | 732742 |

**RE:**   **(GA) advs. Pelayo, Miguel Sanchez**
     **Loan#  0474090032 & 8474090057**

Fees for Professional Services Rendered Through 09/30/12                  $1,556.00

                              **Total Amount of This Invoice**        **$1,556.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457059
File No. 040540.000339
Claim/Client File No. 732742
Page 2

Ally Financial

(GA) advs. Pelayo, Miguel Sanchez

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/25/12 | ERD | L210 | Review Complaint to determine responsive pleadings deadlines | 0.2 | 24.00 |
| 09/25/12 | ABP | L210 | Review correspondence from client Katie Dutill regarding case status | 0.1 | 29.00 |
| 09/25/12 | ABP | L210 | Review pleadings, Summons and Complaint | 0.3 | 87.00 |
| 09/25/12 | ABP | L210 | Develop strategies regarding whether foreclosure should proceed in light of new lawsuit | 0.3 | 87.00 |
| 09/26/12 | MJW | L110 | Review new case | 0.8 | 220.00 |
| 09/26/12 | ABP | L120 | Develop removal strategies | 0.2 | 58.00 |
| 09/27/12 | MJW | L110 | Draft Answer | 1.5 | 412.50 |
| 09/28/12 | MJW | L110 | Review case file (0.5); research case law regarding claims (0.6); draft case assessment (0.8) | 1.9 | 522.50 |
| 09/29/12 | ABP | L120 | Review case assessment | 0.2 | 58.00 |
| 09/29/12 | ABP | L120 | Develop strategies for removal and Motion to Dismiss | 0.1 | 29.00 |
| 09/29/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding planned removal and filing of Motion to Dismiss | 0.1 | 29.00 |
| | | | Totals | 5.7 | 1,556.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| ABP | Pittman | Associate | 1.3 | 290.00 | 377.00 |
| MJW | Windham | Associate | 4.2 | 275.00 | 1,155.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Location:**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457059 |
| File No. | 040540.000339 |
| Claim/Client File No. | 732742 |

**RE:**    (GA) advs. Pelayo, Miguel Sanchez
Loan#  0474090032 & 8474090057

**Total Amount of This Invoice**                     $1,556.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date 10/23/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| | Direct Dial 757-687-7765 |
| 8400 Normandale Lake Boulevard | Invoice No. 1457060 |
| Suite 350 | File No. 040540.000337 |
| Minneapolis, MN 55437 | Claim/Client File No. 732029 |

**RE:    advs. Myung Joo Kang**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $4,920.50 |
| **Total Amount of This Invoice** | **$4,920.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457060
File No. 040540.000337
Claim/Client File No. 732029
Page 2

Ally Financial

advs. Myung Joo Kang

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/04/12 | BBR | L110 | Review and analyze Complaint and prepare recommended course of action | 0.7 | 185.50 |
| 09/04/12 | BBR | L110 | Telephone conference with Abby Moynihan regarding status of foreclosure | 0.3 | 79.50 |
| 09/04/12 | JEM | L120 | Revise initial analysis and correspond with client regarding same | 0.3 | 109.50 |
| 09/04/12 | ERD | L210 | Review and analyze Complaint and client documents | 0.2 | 24.00 |
| 09/04/12 | ERD | L120 | Case assessment regarding strategy for answering Complaint | 0.3 | 36.00 |
| 09/04/12 | CMS | L210 | Review Fairfax County Circuit Courts records to analyze and obtain copy of pleadings | 1.6 | 288.00 |
| 09/05/12 | BBR | L110 | Kang - Prepare strategy recommendation for client | 0.4 | 106.00 |
| 09/06/12 | BBR | L110 | Review documents provided by client and documents in land records in support of planned dispositive motions | 2.0 | 530.00 |
| 09/06/12 | BBR | L210 | Prepare Motion Craving Oyer and Demurrer | 1.3 | 344.50 |
| 09/06/12 | ERD | L120 | Review and analyze client documents to develop case strategy | 0.8 | 96.00 |
| 09/06/12 | JEM | L120 | Revise analysis and recommendation to client regarding Demurrer and Motion Craving Oyer | 0.4 | 146.00 |
| 09/07/12 | BBR | L240 | Prepare Demurrer and Memorandum in Support | 2.0 | 530.00 |
| 09/07/12 | ERD | L110 | Case assessment regarding Plaintiff's submission of financial package | 0.2 | 24.00 |
| 09/07/12 | ERD | L210 | Case assessment regarding responding to Plaintiff's Complaint | 0.2 | 24.00 |
| 09/10/12 | BBR | L240 | Develop strategy for Demurrer to address unauthorized practice of law issue | 0.2 | 53.00 |
| 09/10/12 | BBR | L240 | Prepare memorandum in support of Demurrer | 2.2 | 583.00 |
| 09/10/12 | BBR | L240 | Edit Memo in support of  Demurrer | 0.5 | 132.50 |
| 09/10/12 | JEM | L210 | Revise Demurrer and Motion Craving Oyer | 0.6 | 219.00 |
| 09/11/12 | BBR | L240 | Review, edit and revise memorandum in support of Demurrer | 0.4 | 106.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457060
File No. 040540.000337
Claim/Client File No. 732029
Page 3

Ally Financial

advs. Myung Joo Kang

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/11/12 | BBR | L240 | Prepare correspondence to client transmitting draft dispositive motions for approval | 0.3 | 79.50 |
| 09/11/12 | JEM | L210 | Revise pleadings for client approval | 0.3 | 109.50 |
| 09/14/12 | JEM | L120 | Correspond with client regarding responsive pleadings to file with Court | 0.4 | 146.00 |
| 09/19/12 | BBR | L120 | Telephone conference and prepare follow on correspondence to Abby Moynahan seeking transmittal of the original collateral file | 0.2 | 53.00 |
| 09/19/12 | JEM | L210 | Telephone call with client to finalize responsive pleadings | 0.3 | 109.50 |
| 09/19/12 | JEM | L120 | Revise letter response to borrower to request for original Note | 0.3 | 109.50 |
| 09/20/12 | JEM | L110 | Correspond with client regarding revisions to responsive pleadings | 0.2 | 73.00 |
| 09/21/12 | BBR | L240 | Edit and revise Demurrer, Memorandum in Support of Demurrer and Motion Craving Oyer to incorporate defense of all Defendants | 0.4 | 106.00 |
| 09/21/12 | JEM | L190 | Finalize responsive pleadings for client approval | 0.2 | 73.00 |
| 09/26/12 | BBR | L240 | Review, edit, finalize and prepare Motion Craving Oyer, Demurrer and Memorandum in Support of Demurrer for service | 0.8 | 212.00 |
| 09/26/12 | BBR | L240 | Prepare covering correspondence for motions being filed | 0.2 | 53.00 |
| 09/26/12 | CMS | L210 | Draft Praecipe to hear Motion Craving Oyer | 0.2 | 36.00 |
| 09/26/12 | CMS | L210 | Draft Praecipes to hear Demurrer | 0.2 | 36.00 |
| 09/26/12 | CMS | L210 | Draft Order granting Demurrer | 0.3 | 54.00 |
| 09/26/12 | CMS | L210 | Draft order granting Motion Craving Oyer | 0.3 | 54.00 |
| | | | Totals | 19.2 | 4,920.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457060
File No. 040540.000337
Claim/Client File No. 732029
Page 4

Ally Financial

advs. Myung Joo Kang

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|----------|
| ERD | Derby | Paralegal | 1.7 | 120.00 | 204.00 |
| JEM | Manning | Partner | 3.0 | 365.00 | 1,095.00 |
| BBR | Ruhling | Associate | 11.9 | 265.00 | 3,153.50 |
| CMS | Sherman | Paralegal | 2.6 | 180.00 | 468.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457060 |
| File No. | 040540.000337 |
| Claim/Client File No. | 732029 |

**RE:    advs. Myung Joo Kang**

**Total Amount of This Invoice**                    $4,920.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 10/23/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1457061 |
| 190-FTW-L95 | File No. | 040540.000333 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731466 |
| | Policy No. | 0657165871 - GA |

**RE:    (GA) advs. Gerwald, Anaissa B.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 08/31/12 | $1,558.50 |
| **Total Amount of This Invoice** | **$1,558.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457061
File No. 040540.000333
Claim/Client File No. 731466
Page 2

Ally Financial

(GA) advs. Gerwald, Anaissa B.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 08/10/12 | MJW | L120 | Review docket of new case for deadline | 0.3 | 82.50 |
| 08/10/12 | MJW | L120 | Review filings to date | 0.3 | 82.50 |
| 08/10/12 | MJW | L120 | Review and respond to email correspondence regarding deadlines | 0.1 | 27.50 |
| 08/10/12 | AJR | L210 | Review and analyze complaint and analyze strategy for responding to same | 0.6 | 171.00 |
| 08/10/12 | ABP | L210 | Correspond with client Katie Dutill regarding filing and service of new Complaint | 0.1 | 29.00 |
| 08/10/12 | ABP | L210 | Review Complaint and Summons | 0.1 | 29.00 |
| 08/10/12 | ABP | L120 | Develop strategies regarding responsive pleadings | 0.1 | 29.00 |
| 08/10/12 | AJR | L210 | Review and analyze complaint and analyze strategy for responding to same (.6) | 0.6 | 171.00 |
| 08/15/12 | AJR | L120 | Analyze case strategy | 0.1 | 28.50 |
| 08/15/12 | ABP | L120 | Develop defensive and litigation strategies | 0.1 | 29.00 |
| 08/26/12 | ABP | L210 | Review pleadings and borrower correspondence | 0.3 | 87.00 |
| 08/27/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding service of Complaint and case status | 0.2 | 58.00 |
| 08/27/12 | ABP | L110 | Review docket report | 0.1 | 29.00 |
| 08/27/12 | ABP | L210 | Review pleadings | 0.3 | 87.00 |
| 08/27/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 08/27/12 | MJW | L120 | Review new case file | 0.5 | 137.50 |
| 08/27/12 | MJW | L120 | Analyze claims | 0.5 | 137.50 |
| 08/27/12 | AJR | L120 | Email with client regarding case status (.2) | 0.2 | 57.00 |
| 08/27/12 | AJR | L120 | Check docket (.2) | 0.2 | 57.00 |
| 08/27/12 | AJR | L120 | Analyze case strategy (.3) | 0.3 | 85.50 |
| 08/29/12 | AJR | L190 | Telephone call to clerk regarding status of ruling on show cause order | 0.1 | 28.50 |
| 08/29/12 | AJR | L190 | Check docket for status of ruling on show cause order | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457061
File No. 040540.000333
Claim/Client File No. 731466
Page 3

Ally Financial

(GA) advs. Gerwald, Anaissa B.

| | Totals | 5.5 | 1,558.50 |
|---|---|---|---|

**TIMEKEEPER TIME SUMMARY THROUGH 08/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 1.6 | 290.00 | 464.00 |
| AJR | Reyes | Associate | 2.2 | 285.00 | 627.00 |
| MJW | Windham | Associate | 1.7 | 275.00 | 467.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457061 |
| File No. | 040540.000333 |
| Claim/Client File No. | 731466 |
| Policy No. | 0657165871 - GA |

RE:    (GA) advs. Gerwald, Anaissa B.

**Total Amount of This Invoice**         $1,558.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date 10/23/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| | Direct Dial 757-687-7765 |
| 8400 Normandale Lake Boulevard | Invoice No. 1457062 |
| Suite 350 | File No. 040540.000338 |
| Minneapolis, MN 55437 | Claim/Client File No. 732109 |

**RE:    (GA) advs. Moore, Sharon H.**

Fees for Professional Services Rendered Through 09/30/12     $10,350.50

**Total Amount of This Invoice**     **$10,350.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457062
File No. 040540.000338
Claim/Client File No. 732109
Page 2

Ally Financial

(GA) advs. Moore, Sharon H.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/03/12 | AJR | L210 | Review and analyze complaint | 0.2 | 57.00 |
| 09/04/12 | AJR | L210 | Review and analyze complaint; analyze case strategy | 0.2 | 57.00 |
| 09/04/12 | JEM | L120 | Revise initial analysis and correspond with client regarding same | 0.3 | 109.50 |
| 09/04/12 | MJW | L120 | Review new case file and pleadings (0.7); research claims (0.7); draft analysis of claims (0.8); review and respond to email regarding analysis and strategy (0.5); review and respond to email correspondence from foreclosure counsel  (0.2) | 2.9 | 797.50 |
| 09/05/12 | ERD | L210 | Case assessment regarding responsive pleadings deadline and new Complaint | 0.2 | 24.00 |
| 09/05/12 | MJW | L120 | Review and respond to email correspondence from foreclosure counsel (0.1); review foreclosure file (0.2) | 0.3 | 82.50 |
| 09/05/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding filing of Complaint | 0.2 | 58.00 |
| 09/05/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 09/06/12 | AJR | L120 | Analyze case strategy in light of upcoming telephone conference with client | 0.5 | 142.50 |
| 09/07/12 | ERD | L110 | Review documents from client regarding foreclosure | 0.4 | 48.00 |
| 09/11/12 | JEM | L110 | Prepare status update for client | 0.2 | 73.00 |
| 09/11/12 | MJW | L110 | Review and respond to email correspondence from foreclosure counsel | 0.2 | 55.00 |
| 09/12/12 | AJR | L190 | Review and analyze bankruptcy pleadings to confirm that no stay was in place at time of foreclosure | 0.2 | 57.00 |
| 09/12/12 | AJR | L110 | Emails with client to request fact package and information about chain of title and advise regarding bankruptcy and completed foreclosure sale | 0.3 | 85.50 |
| 09/12/12 | AJR | L120 | Analyze case strategy and analyze whether foreclosure counsel should record foreclosure deed in light of bankruptcy and litigation and different properties of borrower | 0.7 | 199.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457062
File No. 040540.000338
Claim/Client File No. 732109
Page 3

Ally Financial

(GA) advs. Moore, Sharon H.


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/12/12 | MJW | L120 | Develop case strategy (0.3); review and respond to email correspondence from foreclosure counsel (0.1); review bankruptcy filings (0.4); review title history and foreclosure file (1.0) | 1.8 | 495.00 |
| 09/12/12 | ABP | L120 | Review litigation case assessment | 0.2 | 58.00 |
| 09/12/12 | ABP | L120 | Review Complaint, pleadings, Assignment of Deed of Trust, Bankruptcy Court document, Bankruptcy Court Order dismissing bankruptcy petition, Bankruptcy Court Order confirming automatic stay not in effect | 0.3 | 87.00 |
| 09/12/12 | ABP | L120 | Review correspondence from foreclosure counsel regarding recording of foreclosure deed | 0.1 | 29.00 |
| 09/12/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 09/12/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding status of foreclosure proceedings and Plaintiff's latest petition for bankruptcy | 0.1 | 29.00 |
| 09/13/12 | AJR | L110 | Analyze foreclosure notice issues related to borrower's multiple properties | 0.1 | 28.50 |
| 09/13/12 | AJR | L110 | Emails with client regarding sorting through issues with multiple properties owned by borrower | 0.2 | 57.00 |
| 09/13/12 | MJW | L120 | Review foreclosure notice (0.2); devise case strategy for removal (0.4) | 0.6 | 165.00 |
| 09/13/12 | ABP | L120 | Develop strategies regarding arguments in support of removal of case to Federal Court | 0.3 | 87.00 |
| 09/14/12 | MJW | L120 | Devise case strategy regarding foreclosure and removal (0.5); review and respond to email correspondence from foreclosure counsel regarding foreclosure deed (0.2) | 0.7 | 192.50 |
| 09/14/12 | ABP | L120 | Develop strategies regarding removal of case to Federal Court and defenses in response to Plaintiff's claims | 0.3 | 87.00 |
| 09/14/12 | ERD | L310 | Case assessment regarding upcoming deadline to file responsive pleadings | 0.2 | 24.00 |
| 09/17/12 | JEM | L120 | Prepare status update to client | 0.3 | 109.50 |
| 09/17/12 | ABP | L120 | Review correspondence from counsel for MERS regarding case status | 0.1 | 29.00 |
| 09/17/12 | ABP | L120 | Develop removal strategies | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457062
File No. 040540.000338
Claim/Client File No. 732109
Page 4

Ally Financial

(GA) advs. Moore, Sharon H.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/18/12 | AJR | L110 | Email with client regarding fact package for loan | 0.1 | 28.50 |
| 09/18/12 | AJR | L110 | Review and analyze fact package from client | 0.2 | 57.00 |
| 09/18/12 | AJR | L190 | Update case chart | 0.1 | 28.50 |
| 09/18/12 | AJR | L120 | Email to counsel for MERS regarding case status and strategy | 0.1 | 28.50 |
| 09/18/12 | ABP | L120 | Review correspondence exchanged with counsel for MERS regarding case status | 0.1 | 29.00 |
| 09/18/12 | ABP | L120 | Develop strategies in support of removal and Motion to Dismiss | 0.4 | 116.00 |
| 09/18/12 | AJR | L120 | Analyze case strategy and issues regarding note in light of recent case law | 0.3 | 85.50 |
| 09/18/12 | MJW | L110 | Review fact package to determine authority for foreclosure (1.0); develop strategy based on status of note (0.3) | 1.3 | 357.50 |
| 09/19/12 | AJR | L190 | Email with counsel for MERS regarding status of service on MERS | 0.1 | 28.50 |
| 09/19/12 | AJR | L120 | Analyze strategy for filing dispositive motion in light of note endorsement received from client | 0.4 | 114.00 |
| 09/19/12 | ABP | L120 | Review correspondence from counsel for MERS regarding service of Complaint | 0.1 | 29.00 |
| 09/19/12 | ABP | L120 | Review Note and Assignment of Deed of Trust | 0.2 | 58.00 |
| 09/19/12 | ABP | L120 | Develop strategies in support of arguments to include in Motion to Dismiss and removal pleadings | 0.3 | 87.00 |
| 09/19/12 | ABP | L120 | Review foreclosure deed | 0.2 | 58.00 |
| 09/19/12 | ABP | L120 | Prepare litigation case assessment and recommendation for client | 1.0 | 290.00 |
| 09/19/12 | ABP | L120 | Exchange correspondence with client Sheila Gregory regarding litigation case assessment and recommendation to remove case to Federal Court | 0.4 | 116.00 |
| 09/20/12 | ABP | L120 | Exchange correspondence with client Sheila Gregory regarding planned removal of case to Federal Court and contemplated Motion to Dismiss | 0.2 | 58.00 |
| 09/20/12 | ABP | L120 | Develop removal and defensive strategies | 0.2 | 58.00 |
| 09/20/12 | ABP | L120 | Analyze recent case law regarding standing of Plaintiffs in light of wrongful foreclosure claims | 0.4 | 116.00 |
| 09/20/12 | AJR | L120 | Review correspondence with client regarding | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457062
File No. 040540.000338
Claim/Client File No. 732109
Page 5

Ally Financial

(GA) advs. Moore, Sharon H.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | strategy for filing removal, Answer, and Motion to Dismiss | | |
| 09/21/12 | MJW | L110 | Draft removal documents | 1.5 | 412.50 |
| 09/24/12 | MJW | L110 | Draft answer (1.3); draft Motion To Dismiss brief (3.6); update case law for Motion To Dismiss brief (0.8); develop removal strategy (0.4); edit removal documents (0.6); revise case strategy (0.2) | 6.9 | 1,897.50 |
| 09/24/12 | ABP | L210 | Develop strategies regarding arguments to include in Motion to Dismiss and in support of removal pleadings | 0.4 | 116.00 |
| 09/25/12 | AJR | L240 | Revise Answer and Brief in Support of Motion to Dismiss | 1.2 | 342.00 |
| 09/25/12 | AJR | L250 | Email to client regarding draft of Notice of Removal | 0.1 | 28.50 |
| 09/25/12 | AJR | L250 | Email to counsel for MERS regarding draft of Notice of Removal | 0.1 | 28.50 |
| 09/25/12 | MJW | L110 | Edit Answer (0.6); edit Motion To Dismiss brief (0.6) | 1.2 | 330.00 |
| 09/25/12 | ABP | L210 | Revise Answer and Grounds of Defense | 0.3 | 87.00 |
| 09/25/12 | ABP | L210 | Review draft Financial Interest Disclosure Statement | 0.1 | 29.00 |
| 09/25/12 | ABP | L210 | Revise Notice of Removal | 1.2 | 348.00 |
| 09/25/12 | ABP | L210 | Review draft Memorandum in Support of Motion to Dismiss | 0.2 | 58.00 |
| 09/25/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding draft removal pleadings | 0.1 | 29.00 |
| 09/25/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding draft removal pleadings | 0.1 | 29.00 |
| 09/26/12 | AJR | L190 | Review correspondence with foreclosure counsel advising whether foreclosure deed should be recorded in light of pending litigation | 0.1 | 28.50 |
| 09/26/12 | AJR | L250 | Email to counsel for MERS regarding revisions to Notice of Removal and draft Motion to Dismiss, Answer, and Corporate Disclosure Statement | 0.2 | 57.00 |
| 09/26/12 | AJR | L120 | Telephone conference with client regarding strategy for filing notice of bankruptcy as to claims for damages against GMAC | 0.1 | 28.50 |
| 09/26/12 | AJR | L250 | Email to client regarding draft Motion to Dismiss, | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/23/12
Invoice Number 1457062
File No. 040540.000338
Claim/Client File No. 732109
Page 6

Ally Financial

(GA) advs. Moore, Sharon H.


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Answer, and Corporate Disclosure Statement | | |
| 09/26/12 | AJR | L240 | Revise Motion to Dismiss and Answer in light of comments from counsel for MERS | 0.6 | 171.00 |
| 09/26/12 | AJR | L190 | Update case tasks and deadlines | 0.1 | 28.50 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | MJW | L110 | Edit Motion To Dismiss brief (0.3); update foreclosure counsel regarding case (0.2) | 0.5 | 137.50 |
| 09/26/12 | ABP | L210 | Develop strategies regarding arguments to include in support of Motion to Dismiss and filing of Notice of Bankruptcy applicable to Plaintiff's claims for money damages | 0.4 | 116.00 |
| 09/26/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding draft removal pleadings, Motions to Dismiss, and Answer | 0.2 | 58.00 |
| 09/26/12 | ABP | L210 | Review correspondence exchanged with counsel for MERS regarding draft removal pleadings, Motions to Dismiss, and Answer | 0.1 | 29.00 |
| 09/27/12 | AJR | L210 | Telephone conference with counsel for MERS regarding questions about edits to Answer | 0.1 | 28.50 |
| 09/27/12 | MJW | L110 | Draft notice of bankruptcy | 0.5 | 137.50 |
| 09/27/12 | ABP | L120 | Correspond with client Sheila Gregory regarding update to GMAC Financial Interest Disclosure Statement | 0.1 | 29.00 |
| 09/28/12 | AJR | L190 | Obtain state court pleadings from state court for use in Notice of Removal | 0.1 | 28.50 |
| 09/28/12 | AJR | L210 | Revise Notice of Bankruptcy | 0.1 | 28.50 |
| 09/28/12 | AJR | L210 | Email to client regarding revisions to Corporate Disclosure Statement and filed Notice of Removal | 0.2 | 57.00 |
| 09/28/12 | AJR | L210 | Revise removal papers | 0.7 | 199.50 |
| 09/28/12 | AJR | L210 | Revise Corporate Disclosure Statement | 0.2 | 57.00 |
| 09/28/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding filed Removal Notice | 0.1 | 29.00 |
| 09/28/12 | ABP | L120 | Review filed Notice of Removal | 0.1 | 29.00 |
| | | | Totals | 37.1 | 10,350.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Ally Financial

(GA) advs. Moore, Sharon H.

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 0.9 | 120.00 | 108.00 |
| JEM | Manning | Partner | 0.8 | 365.00 | 292.00 |
| ABP | Pittman | Associate | 9.1 | 290.00 | 2,639.00 |
| AJR | Reyes | Associate | 7.9 | 285.00 | 2,251.50 |
| MJW | Windham | Associate | 18.4 | 275.00 | 5,060.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457062 |
| File No. | 040540.000338 |
| Claim/Client File No. | 732109 |

RE:    (GA) advs. Moore, Sharon H.

**Total Amount of This Invoice**                     $10,350.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 10/23/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1457063 |
| | File No. | 040540.000084 |
| | Claim/Client File No. | 695265 |

**RE:    (GA) Nix, Brenda and William**

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $4,702.50 |
| Costs and Expenses Through 09/30/12 | $187.28 |
| **Total Amount of This Invoice** | **$4,889.78** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457063
File No. 040540.000084
Claim/Client File No. 695265
Page 2

GMAC ResCap

(GA) Nix, Brenda and William

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 09/06/12 | AJR | L160 | Telephone conference with and email to client re case and settlement strategy | 0.3 | 85.50 |
| 09/06/12 | MJW | L120 | Research case for updated case list per client request | 0.3 | 82.50 |
| 09/06/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding settlement strategies and possible summary judgment motion concerning Plaintiff's remaining claims | 0.1 | 29.00 |
| 09/11/12 | AJR | L120 | Analyze whether borrower can be required to post a bond or make monthly payments into court at request of client | 0.1 | 28.50 |
| 09/11/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding potential to require Nix to post bond and pay rent | 0.1 | 29.00 |
| 09/13/12 | AJR | L120 | Analyze strategy for filing Motion to Compel Rent | 0.3 | 85.50 |
| 09/13/12 | MJW | L120 | Research motion for rent or bond; develop strategy for motion for rent or bond | 1.2 | 330.00 |
| 09/13/12 | ABP | L120 | Develop strategies regarding Motion to Compel rent | 0.3 | 87.00 |
| 09/14/12 | AJR | L120 | Analyze strategy for Motion to Compel Rent and evidence needed in support of same | 0.9 | 256.50 |
| 09/14/12 | AJR | L120 | Email to client regarding filing motion to compel payment of rent | 0.2 | 57.00 |
| 09/14/12 | MJW | L120 | Revise strategy for motion for rent or bond | 0.4 | 110.00 |
| 09/14/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential to file Motion to Compel Rent | 0.1 | 29.00 |
| 09/14/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential to file Motion to Compel Rent | 0.2 | 58.00 |
| 09/17/12 | AJR | L120 | Analyze strategy for Motion to Compel Rent and expert witness for same | 0.2 | 57.00 |
| 09/17/12 | AJR | L190 | Update case chart in light of strategy and plan for case | 0.1 | 28.50 |
| 09/17/12 | AJR | L120 | Analyze pertinent case law regarding wrongful | 0.6 | 171.00 |