IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457063
File No. 040540.000084
Claim/Client File No. 695265
Page 3

GMAC ResCap

(GA) Nix, Brenda and William

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| | | | eviction claim and standing of administrators of estate to pursue that claim | | |
| 09/17/12 | AJR | L240 | Analyze strategy for filing Motion for Summary Judgment on Plaintiff's remaining claims in light of recent and pending case law addressing definition of "secured creditor" under Georgia's foreclosure statutes | 0.2 | 57.00 |
| 09/17/12 | AJR | L240 | Revise Motion for Summary Judgment and Statement of Facts in support of same | 1.9 | 541.50 |
| 09/17/12 | ABP | L120 | Develop strategies in support of Motion to Compel Rent and Motion for Summary Judgment | 0.4 | 116.00 |
| 09/18/12 | AJR | L120 | Analyze pertinent case law regarding standing standing of counterclaim plaintiffs to pursue claims | 0.1 | 28.50 |
| 09/18/12 | ABP | L120 | Develop strategies regarding Motion to Compel Rent and Motion for Summary Judgment | 0.2 | 58.00 |
| 09/18/12 | MJW | L110 | Research case law regarding authority of estate representatives to prosecute claims; develop case strategy based on research | 1.6 | 440.00 |
| 09/20/12 | AJR | L190 | Email to client regarding strategy for filing Motion to Compel Rent | 0.2 | 57.00 |
| 09/20/12 | AJR | L120 | Analyze strategy for filing Motion to Compel Rent | 0.1 | 28.50 |
| 09/20/12 | AJR | L240 | Revise Motion for Summary Judgment | 0.2 | 57.00 |
| 09/20/12 | ABP | L120 | Revise Motion for Summary Judgment | 1.5 | 435.00 |
| 09/20/12 | ABP | L120 | Develop strategies regarding Motion to Compel Rent and obtaining expert in support of Motion to Compel Rent | 0.2 | 58.00 |
| 09/20/12 | ABP | L120 | Analyze recent case law regarding claims of wrongful foreclosure, statutory foreclosure notice requirements, and certification of questions to Georgia Supreme Court regarding wrongful foreclosure and statutory notice issues | 0.8 | 232.00 |
| 09/20/12 | MJW | L110 | Develop case strategy regarding motion for rent | 0.2 | 55.00 |
| 09/21/12 | ABP | L120 | Develop strategies in support of Motion to Compel Rent | 0.1 | 29.00 |
| 09/24/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding draft Motion for Summary Judgment | 0.1 | 29.00 |
| 09/24/12 | ABP | L120 | Develop strategies regarding Motion to Compel Rent and retaining expert in support of motion | 0.1 | 29.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457063
File No. 040540.000084
Claim/Client File No. 695265
Page 4

GMAC ResCap

(GA) Nix, Brenda and William

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding need for expert testimony in support of Motion to Compel Rent | 0.2 | 58.00 |
| 09/25/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 09/26/12 | AJR | L120 | Review correspondence with client regarding strategy for getting expert to testify for fair market rental value | 0.1 | 28.50 |
| 09/26/12 | AJR | L120 | Analyze case strategy with title counsel Allie Jett | 0.2 | 57.00 |
| 09/26/12 | ERD | L120 | Case assessment regarding upcoming deadlines and litigation strategy | 0.1 | 12.00 |
| 09/26/12 | ABP | L120 | Develop strategies regarding arguments to include in support of Summary Judgment | 0.2 | 58.00 |
| 09/26/12 | ABP | L120 | Develop strategies regarding use of expert testimony in support of Motion to Compel Rent | 0.2 | 58.00 |
| 09/27/12 | AJR | L120 | Analyze strategy for filing Motion to Compel Rent and Motion for Partial Summary Judgment with title counsel Allie Jett | 0.2 | 57.00 |
| 09/27/12 | AJR | L240 | Email to client regarding drafts of Motion for Partial Summary Judgment and Statement of Facts and Theories of Recovery and strategy for pursuing claim against closing attorney | 0.2 | 57.00 |
| 09/27/12 | AJR | L120 | Analyze strategy for pursuing claim against closing attorney at request of client | 0.4 | 114.00 |
| 09/27/12 | AJR | L240 | Revise Motion for Partial Summary Judgment and Statement of Facts and Theories of Recovery | 1.3 | 370.50 |
| 09/27/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding draft Motion for Summary Judgment and potential claims against the broker | 0.1 | 29.00 |
| | | | Totals | 16.6 | 4,702.50 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457063
File No. 040540.000084
Claim/Client File No. 695265
Page 5

GMAC ResCap
(GA) Nix, Brenda and William

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name    | Status    | Hours | Rate   | Amount   |
|----------|---------|-----------|-------|--------|----------|
| ERD      | Derby   | Paralegal | 0.1   | 120.00 | 12.00    |
| ABP      | Pittman | Associate | 5.0   | 290.00 | 1,450.00 |
| AJR      | Reyes   | Associate | 7.8   | 285.00 | 2,223.00 |
| MJW      | Windham | Associate | 3.7   | 275.00 | 1,017.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date     | Description | Amount |
|----------|-------------|--------|
| 09/06/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 270439 DATE: 8/24/2012<br>Date: 08/20/2012; Job Code: REYES; To: COBB SUPERIOR COURT | 93.64 |
| 09/06/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 270439 DATE: 8/24/2012<br>Date: 08/21/2012; Job Code: REYES; To: COBB SUPERIOR COURT | 93.64 |

Total: 187.28

Total Fees & Costs: $4,889.78

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457063 |
| File No. | 040540.000084 |
| Claim/Client File No. | 695265 |

RE:    (GA) Nix, Brenda and William

**Total Amount of This Invoice**    $4,889.78

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date: 10/23/12 |
| Attn: Michael Socha | Submitted by: J C Lynch |
| One Meridian Crossings | Direct Dial: 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.: 1457064 |
| | File No.: 040540.000331 |
| | Claim/Client File No.: 731743 |

**RE:**  advs. Guimond, Mark F. and Kallie A.

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $18,182.00 |
| Costs and Expenses Through 09/30/12 | $35.00 |
| **Total Amount of This Invoice** | **$18,217.00** |

| | | |
|---|---|---|
| IN ACCOUNT WITH | | Invoice Date 10/23/12 |
| **TROUTMAN SANDERS LLP** | | Invoice Number 1457064 |
| ATTORNEYS AT LAW | | File No. 040540.000331 |
| | | Claim/Client File No. 731743 |
| | | Page 2 |

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/12 | ABP | L120 | Research and analyze case law in support of potential arguments for Motion to Dismiss Plaintiff's claims | 3.3 | 957.00 |
| 09/03/12 | ABP | L210 | Review correspondence exchanged with client Michael Socha regarding service of Complaint and potential grounds for Motion to Dismiss | 0.2 | 58.00 |
| 09/03/12 | ABP | L210 | Research and analyze case law in support of arguments for Motion to Dismiss | 1.5 | 435.00 |
| 09/03/12 | ABP | L120 | Develop strategies in support of potential arguments for Motion to Dismiss | 0.5 | 145.00 |
| 09/03/12 | ABP | L110 | Research and analyze case law regarding punitive damages under ECOA | 1.4 | 406.00 |
| 09/04/12 | JEM | L120 | Work on analysis of de minimis and inadvertent error defense for client advice | 1.6 | 584.00 |
| 09/04/12 | ERD | L210 | Review and analyze Complaint | 0.3 | 36.00 |
| 09/04/12 | ERD | L120 | Case assessment regarding strategy for Answer and/or Motion to Dismiss | 0.2 | 24.00 |
| 09/04/12 | JCL | L190 | Research potential avenues of Motion to Dismiss and inadvertent defense | 0.6 | 240.00 |
| 09/04/12 | ABP | L120 | Develop strategies in support of potential arguments for Motion to Dismiss Plaintiff's Complaint | 0.4 | 116.00 |
| 09/04/12 | ABP | L120 | Develop strategies in defense of class certification | 0.4 | 116.00 |
| 09/04/12 | ABP | L120 | Research and analyze case law, statutory law and regulatory law regarding potential for bona fide error defense under ECOA | 0.7 | 203.00 |
| 09/04/12 | ABP | L120 | Research and analyze case law regarding potential for actual and punitive damages under ECOA | 0.7 | 203.00 |
| 09/04/12 | ABP | L120 | Research and analyze case law in support of potential arguments for Motion to Dismiss Plaintiff's ECOA claims | 0.7 | 203.00 |
| 09/04/12 | ABP | L110 | Plan and prepare case analysis and liability assessment (HALF-CHARGE) | 2.3 | 667.00 |
| 09/05/12 | JEM | L110 | Analyze (1) offer of judgment to defeat class action, (2) punitive damages and (3) dismissal arguments | 2.2 | 803.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457064
File No. 040540.000331
Claim/Client File No. 731743
Page 3

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/05/12 | ABP | L120 | Research and analyze case law regarding use of offer of judgment to moot Plaintiff's claims and res judicata effect of offer of judgment | 1.5 | 435.00 |
| 09/05/12 | ABP | L120 | Develop defensive strategies pertaining to use of offer of judgment to moot Plaintiff's claims | 0.4 | 116.00 |
| 09/06/12 | JCL | L190 | Work on recommendations and analysis to client regarding Motion to Dismiss | 0.4 | 160.00 |
| 09/06/12 | JEM | L120 | Prepare legal analysis and strategic recommendation for client memorandum | 6.4 | 2,336.00 |
| 09/06/12 | JEM | L120 | Negotiate responsive pleading extension with opposing counsel | 0.3 | 109.50 |
| 09/06/12 | ABP | L120 | Review correspondence exchanged with client Michael Socha regarding case analysis | 0.1 | 29.00 |
| 09/06/12 | ABP | L210 | Review correspondence exchanged with opposing counsel regarding extension of time to file responsive pleadings | 0.1 | 29.00 |
| 09/07/12 | ERD | L120 | Review case analysis and prepare strategy for filing responsive pleadings | 0.3 | 36.00 |
| 09/09/12 | ABP | L120 | Analyze recent case law concerning certification of class claims under Class Action Fairness Act | 0.7 | 203.00 |
| 09/10/12 | ERD | L210 | Draft Consent Motion for Extension of Time | 0.3 | 36.00 |
| 09/10/12 | ERD | L210 | Draft Consent Order | 0.2 | 24.00 |
| 09/10/12 | JCL | L190 | Draft and receive correspondences with opposing counsel regarding extension to September 30th | 0.2 | 80.00 |
| 09/10/12 | JCL | L190 | Draft and receive correspondences with client Mike Socha regarding extension to file Complaint and position on Motion to Dismiss and other issues | 0.2 | 80.00 |
| 09/10/12 | ABP | L120 | Analyze and review recent case law concerning certification of class action claims under Class Action Fairness Act | 0.6 | 174.00 |
| 09/11/12 | ERD | L110 | Telephone conference with opposing counsel regarding execution of Order extending time | 0.2 | 24.00 |
| 09/11/12 | ERD | L210 | Compose correspondence to Clerk enclosing copy of endorsed Order | 0.2 | 24.00 |
| 09/11/12 | ERD | L210 | Finalize Consent Motion and Order for filing | 0.3 | 36.00 |
| 09/11/12 | JEM | L120 | Negotiate extension with opposing counsel | 0.4 | 146.00 |
| 09/11/12 | JEM | L120 | Analyze arguments for Motion to Dismiss | 0.8 | 292.00 |

| | |
|---|---|
| IN ACCOUNT WITH | Invoice Date 10/23/12 |
| **TROUTMAN SANDERS LLP** | Invoice Number 1457064 |
| ATTORNEYS AT LAW | File No. 040540.000331 |
| | Claim/Client File No. 731743 |
| | Page 4 |

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/12 | JCL | L190 | Work on recommendations to client including case law on punitive damages and potential motions to dismiss | 0.8 | 320.00 |
| 09/12/12 | ERD | L210 | Review Order granting Consent Motion for Extension of Time | 0.1 | 12.00 |
| 09/12/12 | ABP | L120 | Analyze recent case law regarding certification issues under Class Action Fairness Act | 0.8 | 232.00 |
| 09/18/12 | ERD | L110 | Prepare Answer to Plaintiff's Complaint | 1.5 | 180.00 |
| 09/18/12 | ERD | L110 | Prepare Corporate Disclosure on behalf of Ally | 0.3 | 36.00 |
| 09/19/12 | JEM | L120 | Prepare affirmative defenses and supporting argument | 0.8 | 292.00 |
| 09/21/12 | ERD | L110 | Revise draft Answer with attorney comments | 0.6 | 72.00 |
| 09/21/12 | ERD | L110 | Revise Affirmative Defenses | 0.3 | 36.00 |
| 09/21/12 | ERD | L110 | Case assessment regarding Ally's corporate structure for filing corporate disclosures | 0.2 | 24.00 |
| 09/21/12 | JEM | L190 | Revise affirmative defenses and memo of legal analysis for client | 2.4 | 876.00 |
| 09/21/12 | JCL | L190 | Review pertinent case law on offers of judgment and ECOA matters | 0.4 | 160.00 |
| 09/21/12 | JCL | L190 | Draft extensive report to client with recommendations on Answer and Motion to Dismiss | 0.8 | 320.00 |
| 09/21/12 | ABP | L120 | Review draft Financial Interest Disclosure Statement | 0.2 | 58.00 |
| 09/21/12 | ABP | L120 | Review correspondence exchanged with client Michael Socha regarding case status, litigation strategy, and case assessment | 0.2 | 58.00 |
| 09/21/12 | ABP | L120 | Prepare Answer and Grounds of Defense | 2.5 | 725.00 |
| 09/24/12 | ERD | L210 | Case assessment regarding status of responsive pleadings | 0.3 | 36.00 |
| 09/24/12 | JEM | L120 | Prepare argument on Motion to Dismiss based on offer of judgment with strategy for settlement | 1.6 | 584.00 |
| 09/25/12 | JCL | L190 | Prepare for conference with client including review of ECOA and offer of judgment opinion | 1.0 | 400.00 |
| 09/26/12 | KLR | L190 | Prepare case law for review in analysis of claims and defenses | 0.6 | 105.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457064
File No. 040540.000331
Claim/Client File No. 731743
Page 5

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/26/12 | ERD | L120 | Plan and prepare litigation strategy for early pretrial deadlines | 0.3 | 36.00 |
| 09/26/12 | JEM | L120 | Prepare offer of judgment pros and cons for client call tomorrow | 1.2 | 438.00 |
| 09/26/12 | JEM | L120 | Continue to work on case law to support inadvertent error | 0.9 | 328.50 |
| 09/27/12 | ERD | L120 | Case assessment regarding financial make up of Ally Financial for filing Corporate Disclosure | 0.2 | 24.00 |
| 09/27/12 | ERD | L120 | Case assessment regarding client edits to Answer | 0.2 | 24.00 |
| 09/27/12 | JEM | L120 | Telephone conference with opposing counsel to discuss strategy | 0.9 | 328.50 |
| 09/27/12 | JEM | L210 | Revise Answer and Financial Interest Disclosure Statement per client comments | 0.6 | 219.00 |
| 09/27/12 | JCL | L190 | Prepare for call with Mike Socha including review of pertinent case law and ECOA on damages | 0.4 | 160.00 |
| 09/27/12 | JCL | L190 | Telephone call with Mike Socha regarding our legal analysis recommendations and next steps | 1.0 | 400.00 |
| 09/28/12 | ERD | L120 | Finalize Answer to Complaint | 0.3 | 36.00 |
| 09/28/12 | ERD | L120 | Revise Financial Disclosure to reflect correct corporate information for Ally Financial as parent | 0.2 | 24.00 |
| 09/28/12 | JEM | L210 | Finalize Answer and Financial Interest Disclosure Statement with client comments | 1.3 | 474.50 |
| 09/28/12 | JEM | L120 | Prepare strategy for individual settlement negotiation | 1.0 | 365.00 |
| 09/28/12 | ABP | L210 | Develop strategies concerning possible offensive use of class certification to limit size of purported class | 0.2 | 58.00 |
| 09/28/12 | JCL | L210 | Finalize and file Answer | 0.2 | 80.00 |
| 09/28/12 | JCL | L190 | Plan and prepare next strategy steps with Len Bennett | 0.2 | 80.00 |
| 09/29/12 | ABP | L120 | Analyze and review case law regarding causation element of ECOA violations and case law regarding Inchoate violations and offenses | 1.3 | 377.00 |
| 09/29/12 | ABP | L120 | Analyze and review case law regarding requirements for transactional causation for statutory violations and violations in class certification context | 1.3 | 377.00 |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/23/12
Invoice Number 1457064
File No. 040540.000331
Claim/Client File No. 731743
Page 6

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/30/12 | ABP | L120 | Analyze and review case law pertaining to transactional causation and inchoate violations | 0.9 | 261.00 |
| | | | Totals | 58.6 | 18,182.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 6.5 | 120.00 | 780.00 |
| JCL | Lynch | Partner | 6.2 | 400.00 | 2,480.00 |
| JEM | Manning | Partner | 22.4 | 365.00 | 8,176.00 |
| ABP | Pittman | Associate | 22.9 | 290.00 | 6,641.00 |
| KLR | Russell | Paralegal | 0.6 | 175.00 | 105.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|---|---|---|
| 09/19/12 | Outside Courier Services – VENDOR: Cardinal Messenger; INVOICE#: 2172; DATE: 9/15/2012 - Courier charges out of area | 35.00 |
| | Total: | 35.00 |
| | Total Fees & Costs: | $18,217.00 |

# TROUTMAN SANDERS LLP

| | | |
|---|---|---|
| **Payment Remittance Address** | ATTORNEYS AT LAW<br>A LIMITED LIABILITY PARTNERSHIP<br>FEDERAL ID No. 58-0946915 | **Electronic Payments** |
| Troutman Sanders LLP | | Wells Fargo Bank, N.A., Atlanta, Georgia |
| P.O. Box 933652 | | ACH/ABA #061000227 |
| Atlanta, Georgia 31193-3652 | | WIRE/ABA #121000248 |
| | Office Location: | To Credit Troutman Sanders LLP |
| | 222 Central Park Avenue | Operating Account #2052700305792 |
| | Suite 2000 | Reference Attorney: J C Lynch |
| | Virginia Beach, VA 23462 | Reference Client: 040540 |
| | | From International Locations please add Swift Address/Code: WFBI US 6S |
| | Billing Inquiries:<br>404-885-2508 | |

GMAC ResCap
Attn: Michael Socha
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 10/23/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1457064 |
| File No. | 040540.000331 |
| Claim/Client File No. | 731743 |

RE:    advs. Guimond, Mark F. and Kallie A.

|  |  |
|---|---:|
| **Total Amount of This Invoice** | **$18,217.00** |

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date: 10/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by: J C Lynch |
| One Meridian Crossings | Direct Dial: 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.: 1458353 |
| | File No.: 040540.000247 |
| | Claim/Client File No.: 715572 |

RE:  (WV) Edwin R. & Steffanie D. Simpson

**Total Amount of This Invoice**     **$0.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 10/31/12
Invoice Number 1458353
File No. 040540.000247
Claim/Client File No. 715572
Page 2

GMAC ResCap

(WV) Edwin R.& Steffanie D. Simpson

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12**

| Date | Description | Amount |
|---|---|---|
| | | Total: 0.00 |

# TROUTMAN SANDERS LLP

| Payment Remittance Address | ATTORNEYS AT LAW<br>A LIMITED LIABILITY PARTNERSHIP<br>FEDERAL ID No. 58-0946915 | Electronic Payments |
|---|---|---|
| Troutman Sanders LLP<br>P.O. Box 933652<br>Atlanta, Georgia 31193-3652 | Office Location:<br>222 Central Park Avenue<br>Suite 2000<br>Virginia Beach, VA 23462 | Wells Fargo Bank, N.A., Atlanta, Georgia<br>ACH/ABA #061000227<br>WIRE/ABA #121000248<br>To Credit Troutman Sanders LLP<br>Operating Account #2052700305792<br>Reference Attorney: J C Lynch<br>Reference Client: 040540<br>From International Locations please add Swift Address/Code: WFBI US 6S |

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---:|
| Invoice Date | 10/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1458353 |
| File No. | 040540.000247 |
| Claim/Client File No. | 715572 |

RE:    (WV) Edwin R.& Steffanie D. Simpson

**Total Amount of This Invoice**                $0.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date: 10/31/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by: J C Lynch |
| One Meridian Crossings | Direct Dial: 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.: 1458356 |
| | File No.: 040540.000257 |

**RE:** (GA) Gouch-Davis, Linda

| | |
|---|---|
| Fees for Professional Services Rendered Through 09/30/12 | $463.00 |
| Costs and Expenses Through 09/30/12 | $31.91 |
| **Total Amount of This Invoice** | **$494.91** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 10/31/12
Invoice Number 1458356
File No. 040540.000257
Page 2

GMAC ResCap

(GA) Gouch-Davis, Linda

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/04/12 | AJR | L190 | Email to client regarding case status and strategy for hearing on damages | 0.5 | 142.50 |
| 09/05/12 | JEM | L160 | Negotiate settlement terms | 0.4 | 146.00 |
| 09/10/12 | AJR | L120 | Email to client regarding strategy for dropping remaining claims for damages | 0.1 | 28.50 |
| 09/18/12 | JEM | L160 | Continue to negotiate settlement per client instructions | 0.4 | 146.00 |
| | | | Totals | 1.4 | 463.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 09/30/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JEM | Manning | Partner | 0.8 | 365.00 | 292.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/12

| Date | Description | Amount |
|---|---|---|
| 09/04/12 | Personal Car Mileage – VENDOR: Reyes, Alexandria; INVOICE#: 082212REYES; DATE: 8/22/2012 - 08/22- Attend hearing | 31.91 |
| | Total: | 31.91 |
| | Total Fees & Costs: | $494.91 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 10/31/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1458356 |
| File No. | 040540.000257 |

RE:    (GA) Gouch-Davis, Linda

**Total Amount of This Invoice**          $494.91

*REMITTANCE*

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**