November 19, 2012

U.S. Bankruptcy Court
One Bowling Green
New York, New York

To Whom It May Concern,

    I, Jason D. Emert am writing you today for you to file a Motion on my behalf for late filing of a Proof Of Claim. The reasons it is late are as follows.

    I tried numerous attempts to contact someone from ResCap and ResCap's Claim Processing Center to help me file my Proof of Claim Form. I also tried contacting numerous attorney's in my home state of Kentucky and with no avail not one attorney would help me fill out the form. I was told by several that they are not licensed in New York and are not able to help. I also tried calling several 1-800 numbers and was redirected to someone else on several occasions and with no success no one again was willing to help me.

    Unfortunately, I had to fill out the Proof Of Claim Form on my own and I'm not quite sure if it is filled out correctly.

    There are several reasons why I think GMAC should compensate me. One being that I'm certain that I bought into a predatory loan and was a victim of racism due to my age and being single. I signed the loan willing but not knowing that my interest rate would be an astronomical percentage of 10.7% and was told when I signed into the variable loan that I would have zero trouble refinancing in the future. I'm self employed and with the economic decline my small business took an extreme loss. I myself, have been diagnosed with COPD and other medical issues that have prevented me from working like I used to. Along with that, my wife also has several chronic illness that have set my family back financially. I applied for a Loan Modification and/or HAMP with GMAC and sent all proper paper work and documentation of my financial hardship. Needless, to say I was declined. I was told that I do not qualify for a lower mortgage payment! Which is absolutely absurd! That is something I have never heard of. I qualify to make an astronomical mortgage payment and do not qualify for a lower payment.

    I'm asking that my late Proof of Claim be accepted by the court and if not filled out correctly point me into the correct direction or someone with knowledge in this field.

RECEIVED
NOV 20 2012

Thank You,

Jason Emert