Jason Emert
882 Castleman Branch Rd.
Shepherdsville, Ky 40165
502-439-3607

GMAC Mortgage
Attn: Loss Mitigation Dept.
3451 Hammond Ave.
Waterloo, Ia 50702

11/10/2011

## HARDSHIP LETTER

**Re: Loan # 7442283628**

To Whom It May Concern:

I'm writing you this letter to explain financial and health hardships my family is enduring as of this date. My current Mortgage with GMAC is approximately $1400.00 with an interest rate of 10.7% without including property taxes and insurance.

Over the past several years I have been a self employed contractor. Since the economy has dropped and work is scarce providing for my family has been extremely difficult. Making monthly mortgage payments of $1400.00 has been a financial burden. I have never missed a payment or been late on a payment since I have owned a home and I don't want it to start now.

For the past five years my wife has been unemployed due to chronic illnesses which include Rheumatoid Arthritis, Felty's Syndrome, Mixed Connective Tissue Disease and Fibromyalgia (Dr. Rosenberg Reyes 502-368-2563) She is no longer able to help me with monthly living expenses. We are also paying on a loan for her college education that will never be put to use due to her illness. Along with her medical issues I recently was diagnosed with COPD (Portland Health Clinic 502-774-8631) along with lower lumbar problems that can only be fixed with surgery that costs thousands of dollars which we do not have. Considering I'm a self employed man with a family we have zero medical insurance which also takes a financial toll on our family. Due to the fact we have to pay every medical bill, doctor visit, and diagnostic testing out of pocket.

A year or so ago my father in law gave me a phone number to a "business" to contact regarding a loan modification. I personally am not too familiar with things of this nature so I pursued this business and they basically scammed me for $3000.00 or more that I had borrowed for a fraudulent loan modification. (Mortgage Relief Fund located in Scottsdale, AZ)

I hope this letter may clarify a few issues my family and I are facing today and tomorrow as chronic illnesses do not subside. The only time I feel like I have a financial relief is after I drop off the mortgage payment to the bank every month on time. I would love to have a "normal" interest rate so I can set normal goals for myself and my family without a big burden on my shoulders every month. If this modification is accepted I think a fixed rate would be ideal for my family.

If you have any further questions or concerns feel free to contact myself or my wife at 502-439-3607.

NOV 20 2012

Thank You,

Jason Emert