UNITED STATES BANKRUPTCY COUR
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC<br>     Debtor. | Chapter 11<br><br>Case No. 12-12020<br><br>**NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

RESIDENTIAL CREDIT SOLUTIONS

This party is a party in interest in this case and is a secured creditor of the Debtor:

RESIDENTIAL CAPITAL, LLC

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: December 2, 2012

FEIN, SUCH & CRANE, LLP
Attorneys for Applicant

By:    /s/ MARK K. BROYLES, ESQ.

MARK K. BROYLES, ESQ.
(MB-5007)
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614
585/232-7400