1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 12-12020-mg; Adv. Proc. No. 12-01896-mg

5  - - - - - - - - - - - - - - - - - - - -x

6  In the Matters of:

7  RESIDENTIAL CAPITAL, LLC, et al.,

8              Debtors.

9  - - - - - - - - - - - - - - - - - - - -x

10  WILLIAMS,

11          Plaintiff,

12       - against -

13  GMAC MORTGAGE LLC,

14              Defendant.

15  - - - - - - - - - - - - - - - - - - - -x

16              United States Bankruptcy Court

17              One Bowling Green

18              New York, New York

19

20              November 20, 2012

21              3:33 PM

22

23  B E F O R E:

24  HON. MARTIN GLENN

25  U.S. BANKRUPTCY JUDGE

2

Doc #538 Additional Date for Sale Hearing (CC: Doc no. 924)

Transcribed by:  Sharona Shapiro

eScribers, LLC

700 West 192nd Street, Suite #607

New York, NY 10040

(973)406-2250

operations@escribers.net

3

1

2  A P P E A R A N C E S :

3  MORRISON & FOERSTER LLP

4          Attorneys for Debtors

5          1290 Avenue of the Americas

6          New York, NY 10104

7

8  BY:      LORENZO MARINUZZI, ESQ.

9          NORMAN S. ROSENBAUM, ESQ.

10         GARY S. LEE, ESQ.

11         STEPHAN W. ENGLEHARDT, ESQ.

12         TODD M. GOREN, ESQ.

13

14

15 MORRISON & FOERSTER LLP

16         Attorneys for Debtors

17         2000 Pennsylvania Avenue NW

18         Suite 5500

19         Washington, DC 20006

20

21 BY:      ALEXANDRA STEINBERG BARRAGE, ESQ.

22

23

24

25

4

1

2  CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

3          Conflicts Counsel for Debtors

4          101 Park Avenue

5          New York, NY 10178

6

7  BY:     THERESA A. FOUDY, ESQ.

8

9

10 BRADLEY ARANT BOULT CUMMINGS LLP

11         Litigation Counsel to Debtors

12         1819 Fifth Avenue North

13         Birmingham, AL 35203

14

15 BY:     ROBERT MADDOX, ESQ.

16

17

18 KRAMER LEVIN NAFTALIS & FRANKEL LLP

19      Proposed Counsel for Official Committee of

20         Unsecured Creditors

21      1177 Avenue of the Americas

22      New York, NY 10036

23

24 BY:    KENNETH H. ECKSTEIN, ESQ.

25         DOUGLAS MANNAL, ESQ.

5

1

2   UNITED STATES DEPARTMENT OF JUSTICE

3           Office of the United States Trustee

4           33 Whitehall Street

5           21st Floor

6           New York, NY 10004

7

8   BY:      BRIAN S. MASUMOTO, ESQ.

9

10

11  UNITED STATES DEPARTMENT OF JUSTICE

12          U.S. Attorney's Office

13          86 Chambers Street, 3rd Floor

14          New York, NY 10007

15

16  BY:      JOSEPH N. CORDARO, AUSA

17

18

19  KRAMER, LEVIN, NAFTALIS & FRANKEL LLP

20          Attorneys for Official Creditors' Committee

21          1177 Avenue of the Americas

22          New York, NY 10036

23

24  BY:       STEPHEN D. ZIDE, ESQ.

25

6

```
 1
 2   KIRKLAND & ELLIS LLP
 3           Attorneys for Ally Financial, Inc. & Ally Bank
 4           601 Lexington Avenue
 5           New York, NY 10022
 6
 7   BY:     RAY C. SCHROCK, ESQ.
 8
 9
10   MORGAN, LEWIS & BOCKIUS LLP
11           Attorneys for Deutsche Bank
12           101 Park Avenue
13           New York, NY 10178
14
15   BY:     JAMES L. GARRITY, JR., ESQ.
16
17
18   SEWARD & KISSEL LLP
19           Attorneys for US Bank N.A. as RMBS Trustee
20           One Battery Park Plaza
21           New York, NY 10004
22
23   BY:     ARLENE R. ALVES, ESQ.
24
25
```

7

```
 1

 2   WHITE & CASE LLP

 3           Attorneys for Ad Hoc Group of Junior Secured Lenders

 4           1155 Avenue of the Americas

 5           New York, NY 10036

 6

 7   BY:     J. CHRISTOPHER SHORE, ESQ.

 8           HARRISON DENMAN, ESQ.

 9

10

11   ALLEN & OVERY LLP

12           Attorneys for HSBC Bank USA, N.A.

13           1221 Avenue of the Americas

14           New York, NY 10020

15

16   BY:     JOHN KIBLER, ESQ.

17

18

19   MORRISON COHEN LLP

20           Attorneys for Independent Directors

21           909 Third Avenue

22           New York, NY 10022

23

24   BY:     JOSEPH T. MOLDOVAN, ESQ.

25
```

 1

 2    ROPES & GRAY LLP

 3              Attorneys for RMBS Investors

 4              800 Boylston Street

 5              Boston, MA 02199

 6

 7    BY:       ANDREW G. DEVORE, ESQ.

 8

 9

10    CHADBOURNE & PARKE LLP

11              Attorneys for the Examiner

12              30 Rockefeller Plaza

13              New York, NY 10112

14

15    BY:       MICHAEL G. DISTEFANO, ESQ.

16

17

18    ALSTON & BIRD LLP

19              Attorneys for Wells Fargo Bank N.A.

20              1201 West Peachtree Street

21              Suite 4200

22              Atlanta, GA 30309

23

24    BY:       JOHN C. "KIT" WEITNAUER, ESQ.

25

9

1

2  ALSTON & BIRD LLP

3          Attorneys for Wells Fargo Bank N.A.

4          101 South Tryon Street

5          Suite 4000

6          Charlotte, NC 28280

7

8  BY:     WILLIAM B. MACURDA, ESQ.

9

10

11  CARTER LEDYARD & MILBURN LLP

12          Attorneys for Branch Bank & Trust Co.

13          2 Wall Street

14          New York, NY 10005

15

16  BY:     LEONARDO TRIVIGNO, ESQ.

17

18

19  MUNGER, TOLLES & OLSON LLP

20          Attorneys for Berkshire Hathaway

21          355 South Grand Avenue

22          35th Floor

23          Los Angeles, CA 90071

24

25  BY:     THOMAS B. WALPER, ESQ.

10

1

2  DECHERT LLP

3          Attorneys for Bank of New York Mellon

4          1095 Avenue of the Americas

5          New York, NY 10036

6

7  BY:      GLENN E. SIEGEL, ESQ.

8

9

10  LOWENSTEIN SANDLER PC

11          Attorneys for New Jersey Carpenters Pension Fund

12          1251 Avenue of the Americas

13          New York, NY 10020

14

15  BY:      MICHAEL S. ETKIN, ESQ.

16

17

18  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

19          Attorneys for Barclays Bank PLC

20          Four Times Square

21          New York, NY 10036

22

23  BY:      JONATHAN H. HOFER, ESQ.

24

25

11

1

2   MCKOOL SMITH

3           Attorneys for Freddie Mac

4           600 Travis Street

5           Suite 7000

6           Houston, TX 77002

7

8   BY:     PAUL D MOAK, ESQ.   (TELEPHONICALLY)

9

10

11  WEIL, GOTSHAL & MANGES LLP

12          Attorneys for Syncora Guarantee, Inc.

13          767 Fifth Avenue

14          New York, NY 10153

15

16  BY:     SARA COELHO, ESQ.

17          RONIT J. BERKOVICH, ESQ.

18

19  ALCANTAR LAW PLLC

20          Attorneys for Neighborhood Assistance Corp. of America

21          1040 Avenue of the Americas

22          24th Floor

23          New York, NY 10018

24

25  BY:     JOSE RAUL ALCANTAR, ESQ.

12

1

2   SHEARMAN & STERLING LLP

3           Attorneys for Citibank N.A.

4           599 Lexington Avenue

5           New York, NY 10022

6

7   BY:     EDMUND EMRICH, ESQ.

8           FREDRIC SOSNICK, ESQ.

9

10

11   CLIFFORD CHANCE US LLP

12           Attorneys for Ocwen Loan Servicing, LLC

13           31 West 52nd Street

14           New York, NY 10019

15

16   BY:     JENNIFER C. DEMARCO, ESQ.

17

18

19   LOEB & LOEB LLP

20        Attorneys for Wilmington Trust

21        345 Park Avenue

22        New York, NY 10154

23

24   BY:   WALTER H. CURCHACK, ESQ.

25        VADIM J. RUBINSTEIN, ESQ.

13

1

2  WINSTON & STRAWN LLP

3          Attorneys for Wachovia & Wells Fargo

4          200 Park Avenue

5          New York, NY 10166

6

7  BY:     JAMES DONNELL, ESQ.

8

9

10  WINSTON & STRAWN LLP

11          Attorneys for Fannie Mae

12          200 Park Avenue

13          New York, NY 10166

14

15  BY:     DAVID NEIER, ESQ.

16          CAREY D. SCHREIBER, ESQ.

17

18

19  BARNES & THORNBURG LLP

20          Attorneys for USAA Federal Savings Bank

21          1000 N. West Street

22          Suite 1200

23          Wilmington, DE 19801

24

25  BY:     DAVID M. POWLEN, ESQ.

14

1

2    PATTERSON BELKNAP WEBB & TYLER LLP

3            Attorneys for Ambac Assurance

4            1133 Avenue of the Americas

5            New York, NY 10036

6

7    BY:     BRIAN P. GUINEY, ESQ.

8

9

10   GIBBONS P.C.

11           Attorneys for Wells Fargo as Servicer/Subservicer

12           One Pennsylvania Plaza, 37th Floor

13           New York, NY 10119

14

15   BY:     JEFFREY S. BERKOWITZ, ESQ.

16           CHRISTOPHER A. ALBANESE, ESQ.

17

18

19   SNR DENTON US LLP

20           Attorneys for DLJ Consortium

21           1221 Avenue of the Americas

22           New York, NY 10020

23

24   BY:     LOUIS A. CURCIO, ESQ.

25           HUGH MCDONALD, ESQ.

15

1

2  DAY PITNEY LLP

3          Attorneys for Connecticut Housing Finance Authority

4          242 Trumbull Street

5          Hartford, CT 06103

6

7  BY:      JAMES J. TANCREDI, ESQ.

8

9

10  KELLEY DRYE & WARREN LLP

11          101 Park Avenue

12          New York, NY 10178

13

14  BY:      CATHERINE L. THOMPSON, ESQ.

15

16

17  BLANK ROME LLP

18          Attorneys for PNC Mortgage

19          1201 Market Street

20          Suite 800

21          Wilmington, DE 19801

22

23  BY:      ALAN M. ROOT, ESQ.

24

25

16

1

2    ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

3              Attorneys for Digital Lewisville

4              1900 Main Street

5              5th Floor

6              Irvine, CA 92614

7

8    BY:      MICHAEL S. GREGER, ESQ.

9

10

11    FEATHERSTONE PETRIE DESISTO, LLP

12              Attorneys for CitiMortgage Inc.

13              600 Seventeenth Street

14              Suite 2400S

15              Denver, CO 80202

16

17    BY:      SARAH B. WALLACE, ESQ.

18

19    MAGNOZZI & KYE, LLP

20              Attorneys for Oracle America, Inc.

21              23 Green Street

22              Suite 302

23              Huntington, NY 11743

24

25    BY:      AMISH R. DOSHI, ESQ.

17

1

2    SILVERMANACAMPORA LLP

3            Special Counsel to the Committee

4            100 Jericho Quadrangle

5            Suite 300

6            Jericho, NY 11753

7

8    BY:        RONALD J. FRIEDMAN, ESQ.

9

10

11    FOLEY & MANSFIELD PLLP

12            485 Madison Avenue

13            Suite 1300

14            New York, NY 10022

15

16    BY:        JIM LOTZ, ESQ.

17

18

19    MILBANK, TWEED, HADLEY & MCCLOY LLP

20        One Chase Manhattan Plaza

21        New York, NY 10005

22

23    BY:    GERARD UZZI, ESQ.

24

25

1

2    FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP

3           Attorneys for CHFA

4           The Wells Fargo Center

5           400 Capitol Mall

6           Suite 1450

7           Sacramento, CA 95814

8

9    BY:      PAUL J. PASCUZZI, ESQ. (TELEPHONICALLY)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RESIDENTIAL CAPITAL, LLC, ET AL                    19

P R O C E E D I N G S

1

2              THE COURT:  All right.  Please be seated.  We're here

3       on Residential Capital, number 12-12020.

4              Mr. Lee?

5              MR. LEE:  Good afternoon.  Gary Lee from Morrison &

6       Foerster for the debtors.

7              Your Honor, I apologize for the delay, but the good

8       news is that other than a couple of clarifications that we need

9       to make on the record, the language in the order is resolved,

10      at least amongst the buyers, the debtors and the objectors.  So

11      I'm going to turn the podium over to Mr. Goren, who is just

12      going to read those into the record, Your Honor.  And then if I

13      may just make a few very brief closing remarks.

14             THE COURT:  Thank you.

15             MR. LEE:  Thank you.

16             MR. GOREN:  Thank you, Your Honor.  Todd Goren,

17      Morrison & Foerster on behalf of the debtors.

18             The version of the order we filed a short while ago in

19      Ocwen, I believe, is finished, subject to confirmation from

20      HSBC on just one point, unless I hear -- the committee says

21      they're still reviewing it, apparently.

22             The one clarification I wanted to make on the record

23      with respect to that one is in -- I believe it's paragraph 43,

24      the application --

25             THE COURT:  Hang on.

1       MR. GOREN:   -- of the purchase price allocation

2   reservation.

3       THE COURT:  Hang on.

4       MR. GOREN:  The --

5       THE COURT:  Stop.  Stop.

6       MR. GOREN:  I'm sorry.

7       THE COURT:  Okay.

8       MR. GOREN:  Wilmington Trust and the junior secured

9   bonds raised a concern that in other places in this order we

10  gave Ocwen an administrative expense claim against the debtors

11  in exchange for them agreeing to take on obligations that would

12  have otherwise been ours under the APA.  That claim is against

13  the debtors, not a specific debtor, and the concern was that it

14  should be against the applicable debtor.

15       Now of course, because we've reserved the right to

16  tinker around with the purchase price and move it, as agreed

17  upon or as ruled by the court, Ocwen, understandably, wanted

18  the ability to assert it against all the debtors.  So we

19  inserted some language here saying that the applicable debtor,

20  meaning the debtor that's primarily liable for that, will pay

21  it.  And just to be clear, to the extent for any reason another

22  debtor pays it, there would be a contribution claim between the

23  debtors.

24       THE COURT:  So where -- do you have a specific

25  language change?

RESIDENTIAL CAPITAL, LLC, ET AL                          21

1    MR. GOREN:  Yeah, the new -- it's the last two

2    sentences at the end of that paragraph.

3          THE COURT:  Can you read the agreed language in --

4          MR. GOREN:  Yeah, it's:  "For the avoidance of doubt,

5    any administrative claims asserted by purchaser, pursuant to

6    the order or the Ocwen APA, shall be attributed by the debtors

7    first to the applicable debtor, to the extent there are funds

8    available at such debtor to satisfy such claims.  Any

9    attribution, as set forth herein, shall not affect the

10   purchaser's rights to an administrative claim against the other

11   debtors, as set forth herein, to the extent not paid by the

12   applicable debtor."

13         THE COURT:  All right.  Is someone from Wilmington

14   Trust present?  Just come up and identify yourself.

15         MR. RUBINSTEIN:  Good afternoon, Your Honor.  Vadim

16   Rubinstein of Loeb & Loeb, counsel to Wilmington Trust as

17   indenture trustee.

18         THE COURT:  Does the language that Mr. Goren read into

19   the record satisfy your client?

20         MR. RUBINSTEIN:  With the clarifications, that

21   language is acceptable.

22         THE COURT:  All right, thank you.

23         Anybody else have something to say, just with respect

24   to this specific paragraph and the change that's just been read

25   into the record?

**RESIDENTIAL CAPITAL, LLC, ET AL**                                    22

1        MR. DENMAN:  Your Honor, Harrison Denman, White & Case

2   for the ad hoc group.  The changes, as explained by Mr. Goren,

3   are fine with us, to the extent there is a valid contribution

4   claim.

5        THE COURT:  Thank you.

6        Anyone else on this specific point?

7        MR. HOFER:  Your Honor, Jonathan Hofer from Skadden,

8   Arps, Slate, Meagher & Flom for Barclays Bank.

9        We're generally very happy with the way the sales

10  turned out.  There's more than enough proceeds --

11       THE COURT:  Could you just tell me what you think

12  about this change?

13       MR. HOFER:  Sure.

14       THE COURT:  I'm glad you're happy.

15       MR. HOFER:  We just want to clarify that it's just

16  focused -- that the paragraph is just focused on the issue that

17  Mr. Goren had discussed, that the reserva --

18       THE COURT:  He read the language.  Are you satisfied

19  or not?

20       MR. HOFER:  We --

21       THE COURT:  It's really a very specific issue; we're

22  talking about paragraph 43.  If you have an objection to it,

23  let's state it on the record.  It's as clear as that.

24       MR. HOFER:  Our objection, which we would be satisfied

25  with that clarification on the record, is that the language

1  about the allocation of the proceeds potentially changing in

2  this paragraph raises issues about what the -- sorry, let me

3  be --

4          THE COURT:  It doesn't sound like you're clarifying

5  anything; you're raising additional issues.

6          MR. HOFER:  I don't think it's raising additional

7  issues so much as it's just the scope of what would potentially

8  be --

9          THE COURT:  Go in the back; work out the language.  I

10 don't have the time or the desire to negotiate on the record.

11 You either have an agreement or you don't.

12         MR. GOREN:  Your Honor, Todd Goren again.  I don't

13 believe there's any dispute as to the language.  I think the

14 concern was just that Barclays had a concern that the

15 reservation of rights in this section could somehow affect

16 their payoff and the payoff of their DIP.  And we said we don't

17 see that at all.  There's language in the order that says the

18 payment of their DIP is final and indefeasible, so we agree

19 that any subsequent reallocation of the collateral won't affect

20 them at all.

21         THE COURT:  Are you satisfied with that

22 representation?

23         MR. HOFER:  Yes.

24         THE COURT:  All right.  Does anybody else want to be

25 heard on that point?

RESIDENTIAL CAPITAL, LLC, ET AL                                    24

1    Thank you.  Go ahead, Mr. Goren.

2         MR. GOREN:  I'm going to turn the podium over to Ms.

3    Barrage on one other point on the Ocwen APA, and then I think

4    we just have a minor point on the Berkshire one.

5         THE COURT:  Thank you.

6         MS. BARRAGE:  Good afternoon, Your Honor.  Alexandra

7    Barrage, Morrison & Foerster on behalf of the debtors.

8         Your Honor, there are two exhibits that were filed in

9    connection with the Ocwen sale order.  The first exhibit is the

10   Ocwen APA, dated as of November 2nd.  The second exhibit is

11   amendment number 1 to that APA.  Amendment number 1 to that APA

12   incorporates Section 616, which is the provision that all

13   parties agree to and which I discussed on the record yesterday.

14        Your Honor, the APA itself contains a provision, at

15   Section 12.8, which generally states that the APA is solely for

16   the benefit of the parties to the APA.  616 has a definition of

17   a performing entity, and it has a third-party beneficiary

18   concept built within that definition.  The debtors wish to make

19   clear that, notwithstanding APA Section 12.8, that a

20   "performing entity" is a third-party beneficiary.  I just

21   wanted to clarify that for the record.

22        THE COURT:  Give me an example.

23        MS. BARRAGE:  Well, for example, the definition of

24   "performing entity" means the ResCap sellers, or one or more

25   successor estate fiduciaries, to the extent obligations are

**RESIDENTIAL CAPITAL, LLC, ET AL**                                    25

1  owing from the purchaser to the estate fiduciaries because the

2  debtors are no longer in existence, those estate fiduciaries

3  would be a third-party beneficiary.  And so we don't want to

4  read that out of 12.8.

5          THE COURT:  Anybody wish to be heard with respect to

6  that clarification?

7          Thank you very much.

8          MS. BARRAGE:  Thank you, Your Honor.

9          MR. GOREN:  Todd Goren again.  Finally, Your Honor,

10 turning to the Berkshire APA, as I believe --

11         THE COURT:  Before you turn to that, does anybody wish

12 to be heard with respect to the proposed Ocwen sale approval

13 order?

14         Mr. Zide?

15         MR. ZIDE:  Your Honor, Stephen Zide from Kramer Levin

16 on behalf of the committee.

17         We received a version of the order last night.  We saw

18 numerous changes.  We were okay with almost all of them.  We

19 gave the debtors some comments.  We just got a revised, maybe

20 twenty minutes ago.  We're still going through it, so I mean,

21 we just -- we haven't had the opportunity to complete going

22 through the order.

23         And in particular, this 616 change or clarification

24 which they made on the record, that was a heavily negotiated

25 provision.  There's someone else in my office who's been

1  working on that provision.  I don't know if he is aware of this

2  change, so I need to run this by him.

3        THE COURT:  Reasonable.  You know, I'm holding up the

4  blackline to the Ocwen order.  It's hot off the press in my

5  hands as well.  I just finished going through this last version

6  of it.  I was only able to do that very quickly, so I fully

7  appreciate that.

8        Mr. Lee, did you want to say something?

9        Mr. Goren?

10        MR. GOREN:  We appreciate that, Your Honor.  We had

11  hoped to get these on file much earlier today, but in the end

12  we were very close to resolving the last few open points and we

13  thought it was better to have a version as close to final as

14  possible on file than having to be amending here in court.  So

15  we certainly apologize for getting it in so late, but --

16        THE COURT:  It's not a question of apologies.  I mean,

17  it's a question that people are entitled to an opportunity to

18  make sure -- I mean, look, this is important.  It's a lengthy

19  document.  People are entitled to an opportunity to review it.

20  That isn't intended to open the door to new issues or anything

21  like that.  The blackline is very extensive.  We'll come back

22  to how we're going to deal with that at the end, okay?

23        Is there anybody else who wishes to be heard with

24  respect to the proposed Ocwen sale approval order?

25        Okay, Mr. Goren, go ahead.

**RESIDENTIAL CAPITAL, LLC, ET AL**                    27

1       MR. GOREN:  And then to the Berkshire one -- and I

2    think the changes here were generally a bit less extensive --

3    there was just one minor change to the language in this one,

4    which we'll make in a revised version and we'll submit to your

5    chambers, hopefully, for filing.

6       It has to do with the resolution of the issue that was

7    raised yesterday with respect to when the DLJ Consortium bid --

8       THE COURT:  Yeah, point me to that.

9       MR. GOREN:  It's the last paragraph, 39.

10      THE COURT:  Okay, hold on.

11      (Pause)

12      THE COURT:  Go ahead.

13      MR. GOREN:  So the resolution was an agreement upon

14   the committee, DLJ and the debtors that the bid would be

15   released as of December 31st.  In little (i) in the whole in

16   that paragraph there was just an extraneous word placed in

17   there: "complete"; it should just read "the closing", which is

18   consistent with the language in the sale procedures order.  So

19   we'll make that change and we'll resubmit.

20      THE COURT:  Okay.  Does anybody wish to be heard with

21   respect to the loan portfolio sale order?

22      MR. GOREN:  Barclays had the same concern with this

23   one on the purchase price allocation, so the same clarification

24   that we made earlier applies to this one as well.

25      THE COURT:  All right.  Are you satisfied with that

RESIDENTIAL CAPITAL, LLC, ET AL                                    28

1   representation?

2             MR. HOFER:  I am.

3             THE COURT:  All right.  Does anybody else wish to be

4   heard with respect to the loan portfolio sales order?

5             Mr. Zide?  I assume you want to be, although the

6   changes here aren't as extensive, but go ahead.

7             MR. ZIDE:  Yeah, that's what I was just about to say,

8   Your Honor.  I was focusing on the Ocwen one first, and I just

9   started flipping through it.  These were not very extensive.  I

10  think we could probably get comfortable with this very quickly.

11            THE COURT:  Okay.

12            MR. ZIDE:  But the same comment applies to this order

13  as well.

14            THE COURT:  All right.

15            MR. ZIDE:  Just following up on what Mr. Goren said

16  with the back-up bid on the DLJ Consortium; we had come to a

17  compromise on that for an end date in which they would, and

18  just that's what's incorporated in that provision.

19            THE COURT:  Yes, I saw that --

20            MR. ZIDE:  Okay.

21            THE COURT:  -- and I think that was a good resolution

22  of the issue.

23            MR. ZIDE:  Thank you.

24            THE COURT:  All right, Mr. Lee?

25            MR. LEE:  Your Honor, first of all, I'd like to thank

1    the court for its indulgence today and also to thank your staff

2    for, as well, over the last few weeks in rather difficult

3    circumstances in working through the objections and asking

4    questions, so I'd like to thank the court.

5            Your Honor, also, I did not get an opportunity

6    yesterday to really -- to thank the other parties that were

7    involved here.  Both Ocwen and Berkshire have been working with

8    the debtors around the clock to try to get to the sale hearing.

9            And I think it's also fair for us, Your Honor, not to

10   miss out that Nationstar and Fortress really deserve our thanks

11   as well.  Without them we wouldn't have had a stalking-horse

12   buyer for the platform hearing into a Chapter 11, and I can

13   tell Your Honor that there were times when we thought that that

14   was certainly going to be the case.  And they did set a nice

15   base line for the sale, and really without them we wouldn't

16   have created the additional 800 million dollars worth of value.

17   And I think also their willingness not just to buy the platform

18   but also to retain the employees really galvanized our ability

19   to set a level playing field to ensure that there was going to

20   be employee retention in any of the bids that we ultimately

21   ended up with.  So I wanted to thank them because I think that

22   they were the consummate stalking horse and they certainly do

23   deserve the break-up fee that they've earned.

24           Your Honor, in addition, the U.S. government, as well,

25   really deserves our thanks.  The DOJ has been incredibly

1    responsive, including over the weekend, in helping us get to a

2    resolution of 616, which has been a very contentious provision

3    that's been with us for a long time.  And the governmental

4    associations, Fannie and Freddie, really did devote a lot of

5    resources to try to get us to closure.

6            And I'd also like to thank our banker Centerview.  I

7    think -- as I said, I don't think any of us on the debtor side

8    ever thought that we'd get to such a robust auction and the

9    price that we got.

10           And I think ResCap, the management, the employees,

11   obviously, are going to be embarking on a different future as

12   of next year, so I'd like to thank them as well because they're

13   to be commended for their effort of really trying to work under

14   what I think Your Honor understands to be incredibly difficult

15   circumstances.  So thank you.

16           THE COURT:  Okay.

17           MR. LEE:  The only other thing I'd like to add, Your

18   Honor, is perhaps what we might do is try and set 12 o'clock

19   tomorrow as a time by which we get everybody --

20           THE COURT:  Well, it's going to be --

21           MR. LEE:  -- to sign off or earlier --

22           THE COURT:  It has to be earlier.

23           MR. LEE:  Okay.

24           THE COURT:  Mr. Zide wanted --

25           MR. ZIDE:  I was just going to say if it's only the

1  committee who's waiting on this, we may be able to get

2  comfortable this evening and submit the order --

3              THE COURT:  Well --

4              MR. ZIDE:  -- electronically.

5              THE COURT:  -- look, I think the changes are

6  substantial enough that I think others are entitled to the

7  opportunity to review it.  I'm not inviting any further changes

8  or issues, but I have hearings tomorrow at 9 a.m. and 10 a.m.,

9  and then I'm departing for the Federal Bar Counsel Thanksgiving

10 lunch.

11             The absolute firm deadline for your working out any

12 remaining changes is 8 a.m. tomorrow morning.  If there are any

13 remaining disputes, the parties to the dispute should appear

14 here at 8:30 a.m. when the court opens and hear it before the 9

15 o'clock calendar.  Assuming, as I hope is the case, that any

16 word-tinkering that happens will all be agreed upon, you can

17 let my chambers know, and at 8:30 tomorrow if there are agreed

18 orders they will be entered.

19             MR. LEE:  Your Honor, I hope I don't --

20             THE COURT:  Does that work?

21             MR. LEE:  -- see you until December the 20th, and I

22 hope you have a very happy Thanksgiving and a safe one.

23             THE COURT:  And you too.

24             MR. LEE:  Thank you.

25             THE COURT:  I just -- I said this yesterday, but

1   obviously there was an enormous amount of work that was

2   required in getting to this point.  I commend everyone, because

3   without the cooperation of all of the parties-in-interest, this

4   wouldn't have occurred.  There were obviously very lengthy and

5   substantial objections to -- no one objected to the sale

6   process or the results of the auction, and I think that, in

7   itself, that speaks for itself.  It was a robust auction for

8   both parts of the company that were sold, and the results -- no

9   one has questioned the results.  You had complicated

10   transactions.  The orders are complicated.  The objections

11   raised difficult issues.  I think the parties were creative in

12   finding solutions to those problems, and so I think everybody

13   is to be commended.  But nobody should lose sight of the fact

14   that there are enormous hurdles yet to be surmounted in this

15   case as we go forward.  So I hope everyone will work as

16   cooperatively going forward in trying to solve those issues as

17   they did in solving the ones that arose in connection with the

18   sale.  So I hope everybody has a very happy Thanksgiving, and I

19   hope that the only thing we have to do tomorrow morning is

20   enter the orders that are in agreed form.

21         MR. LEE:  Thank you, Your Honor.

22         THE COURT:  We're adjourned.  Thank you very much.

23      (Whereupon these proceedings were concluded at 3:52 p.m.)

24

25

33

C E R T I F I C A T I O N

I, Sharona Shapiro, certify that the foregoing transcript is a
true and accurate record of the proceedings.


_____

SHARONA SHAPIRO

AAERT Certified Electronic Transcriber CET**D-492


eScribers

700 West 192nd Street, Suite #607

New York, NY 10040


Date:  November 21, 2012

(RESIDENTIAL CAPITAL, LLC) Williams v
GMAC Mortgage

November 20, 2012

## A

ability (2)
20:18;29:18
able (2)
26:6;31:1
absolute (1)
31:11
acceptable (1)
21:21
Ad (2)
7:3;22:2
add (1)
30:17
addition (1)
29:24
additional (3)
23:5,6;29:16
adjourned (1)
32:22
administrative (3)
20:10;21:5,10
affect (3)
21:9;23:15,19
afternoon (3)
19:5;21:15;24:6
again (2)
23:12;25:9
against (5)
20:10,12,14,18;
21:10
ago (2)
19:18;25:20
agree (2)
23:18;24:13
agreed (5)
20:16;21:3;31:16,
17;32:20
agreeing (1)
20:11
agreement (2)
23:11;27:13
ahead (4)
24:1;26:25;27:12;
28:6
AL (1)
4:13
ALAN (1)
15:23
ALBANESE (1)
14:16
ALCANTAR (2)
11:19,25
Alexandra (1)
24:6
ALLEN (2)
7:11;16:2
allocation (3)
20:1;23:1;27:23
Ally (2)
6:3,3
almost (1)

25:18
ALSTON (2)
8:18;9:2
although (1)
28:5
ALVES (1)
6:23
Ambac (1)
14:3
amending (1)
26:14
amendment (2)
24:11,11
America (2)
11:20;16:20
Americas (9)
4:21;5:21;7:4,13;
10:4,12;11:21;14:4,
21
AMISH (1)
16:25
amongst (1)
19:10
amount (1)
32:1
ANDREW (1)
8:7
Angeles (1)
9:23
APA (11)
20:12;21:6;24:3,
10,11,11,14,15,16,19;
25:10
apologies (1)
26:16
apologize (2)
19:7;26:15
apparently (1)
19:21
appear (1)
31:13
applicable (4)
20:14,19;21:7,12
application (1)
19:24
applies (2)
27:24;28:12
appreciate (2)
26:7,10
approval (2)
25:12;26:24
ARANT (1)
4:10
ARLENE (1)
6:23
arose (1)
32:17
around (2)
20:16;29:8
ARPS (2)
10:18;22:8
assert (1)
20:18

asserted (1)
21:5
Assistance (1)
11:20
associations (1)
30:4
assume (1)
28:5
Assuming (1)
31:15
Assurance (1)
14:3
Atlanta (1)
8:22
Attorneys (34)
5:20;6:3,11,19;7:3,
12,20;8:3,11,19;9:3,
12,20;10:3,11,19;
11:3,12,20;12:3,12,
20;13:3,11,20;14:3,
11,20;15:3,18;16:3,
12,20;18:3
Attorney's (1)
5:12
attributed (1)
21:6
attribution (1)
21:9
auction (3)
30:8;32:6,7
AUSA (1)
5:16
Authority (1)
15:3
available (1)
21:8
Avenue (22)
4:4,12,21;5:21;6:4,
12;7:4,13,21;9:21;
10:4,12;11:13,21;
12:4,21;13:4,12;14:4,
21;15:11;17:12
avoidance (1)
21:4
aware (1)
26:1

## B

back (2)
23:9;26:21
back-up (1)
28:16
Bank (11)
6:3,11,19;7:12;
8:19;9:3,12;10:3,19;
13:20;22:8
banker (1)
30:6
Bar (1)
31:9
Barclays (4)
10:19;22:8;23:14;

27:22
BARNES (1)
13:19
Barrage (5)
24:3,6,7,23;25:8
base (1)
29:15
Battery (1)
6:20
behalf (3)
19:17;24:7;25:16
BELKNAP (1)
14:2
beneficiary (3)
24:17,20;25:3
benefit (1)
24:16
BERKOVICH (1)
11:17
BERKOWITZ (1)
14:15
Berkshire (5)
9:20;24:4;25:10;
27:1;29:7
better (1)
26:13
bid (3)
27:7,14;28:16
bids (1)
29:20
BIRD (2)
8:18;9:2
Birmingham (1)
4:13
bit (1)
27:2
blackline (2)
26:4,21
BLANK (1)
15:17
BOCKIUS (1)
6:10
bonds (1)
20:9
Boston (1)
8:5
Both (2)
29:7;32:8
BOULT (1)
4:10
Boylston (1)
8:4
BRADLEY (1)
4:10
Branch (1)
9:12
break-up (1)
29:23
BRIAN (2)
5:8;14:7
brief (1)
19:13
built (1)

24:18
buy (1)
29:17
buyer (1)
29:12
buyers (1)
19:10

## C

CA (3)
9:23;16:6;18:7
calendar (1)
31:15
Can (3)
21:3;29:12;31:16
Capital (1)
19:3
Capitol (1)
18:5
CAREY (1)
13:16
Carpenters (1)
10:11
CARTER (1)
9:11
CASE (5)
7:2;22:1;29:14;
31:15;32:15
CATHERINE (1)
15:14
Center (1)
18:4
Centerview (1)
30:6
certainly (3)
26:15;29:14,22
CHADBOURNE (1)
8:10
Chambers (3)
5:13;27:5;31:17
CHANCE (1)
12:11
change (7)
20:25;21:24;22:12;
25:23;26:2;27:3,19
changes (7)
22:2;25:18;27:2;
28:6;31:5,7,12
changing (1)
23:1
Chapter (1)
29:12
Charlotte (1)
9:6
Chase (1)
17:20
CHFA (1)
18:3
CHRISTOPHER (2)
7:7;14:16
circumstances (2)
29:3;30:15

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(1) ability - circumstances

**Citibank (1)**
12:3
**CitiMortgage (1)**
16:12
**claim (5)**
20:10,12,22;21:10;
22:4
**claims (2)**
21:5,8
**clarification (5)**
19:22;22:25;25:6,
23;27:23
**clarifications (2)**
19:8;21:20
**clarify (2)**
22:15;24:21
**clarifying (1)**
23:4
**clear (3)**
20:21;22:23;24:19
**client (1)**
21:19
**CLIFFORD (1)**
12:11
**clock (1)**
29:8
**close (2)**
26:12,13
**closing (2)**
19:13;27:17
**closure (1)**
30:5
**Co (2)**
9:12;16:15
**COELHO (1)**
11:16
**COHEN (1)**
7:19
**collateral (1)**
23:19
**COLT (1)**
4:2
**comfortable (2)**
28:10;31:2
**commend (1)**
32:2
**commended (2)**
30:13;32:13
**comment (1)**
28:12
**comments (1)**
25:19
**Committee (7)**
4:19;5:20;17:3;
19:20;25:16;27:14;
31:1
**company (1)**
32:8
**complete (2)**
25:21;27:17
**complicated (2)**
32:9,10
**compromise (1)**

28:17
**concept (1)**
24:18
**concern (5)**
20:9,13;23:14,14;
27:22
**concluded (1)**
32:23
**confirmation (1)**
19:19
**Conflicts (1)**
4:3
**Connecticut (1)**
15:3
**connection (2)**
24:9;32:17
**consistent (1)**
27:18
**Consortium (3)**
14:20;27:7;28:16
**consummate (1)**
29:22
**contains (1)**
24:14
**contentious (1)**
30:2
**contribution (2)**
20:22;22:3
**cooperation (1)**
32:3
**cooperatively (1)**
32:16
**CORDARO (1)**
5:16
**Corp (1)**
11:20
**Counsel (6)**
4:3,11,19;17:3;
21:16;31:9
**couple (1)**
19:8
**course (1)**
20:15
**COURT (52)**
19:2,14,25;20:3,5,
7,17,24;21:3,13,18,
22;22:5,11,14,18,21;
23:4,9,21,24;24:5,22;
25:5,11;26:3,14,16;
27:8,10,12,20,25;
28:3,11,14,19,21,24;
29:1,4;30:16,20,22,
24;31:3,5,14,20,23,
25;32:22
**created (1)**
29:16
**creative (1)**
32:11
**Creditors (1)**
4:20
**Creditors' (1)**
5:20
**CT (1)**

15:5
**CUMMINGS (1)**
4:10
**CURCHACK (1)**
12:24
**CURCIO (1)**
14:24
**CURTIS (1)**
4:2

**D**

**date (1)**
28:17
**dated (1)**
24:10
**DAVID (2)**
13:15,25
**DAY (1)**
15:2
**DE (2)**
13:23;15:21
**deadline (1)**
31:11
**deal (1)**
26:22
**debtor (9)**
20:13,14,19,20,22;
21:7,8,12;30:7
**Debtors (17)**
4:3,11;19:6,10,17;
20:10,13,18,23;21:6,
11;24:7,18;25:2,19;
27:14;29:8
**December (2)**
27:15;31:21
**DECHERT (1)**
10:2
**definition (3)**
24:16,18,23
**delay (1)**
19:7
**DEMARCO (1)**
12:16
**DENMAN (3)**
7:8;22:1,1
**DENTON (1)**
14:19
**Denver (1)**
16:15
**departing (1)**
31:9
**DEPARTMENT (2)**
5:2,11
**deserve (2)**
29:10,23
**deserves (1)**
29:25
**desire (1)**
23:10
**DESISTO (1)**
16:11
**Deutsche (1)**

6:11
**DEVORE (1)**
8:7
**devote (1)**
30:4
**different (1)**
30:11
**difficult (3)**
29:2;30:14;32:11
**Digital (1)**
16:3
**DIP (2)**
23:16,18
**Directors (1)**
7:20
**discussed (2)**
22:17;24:13
**dispute (2)**
23:13;31:13
**disputes (1)**
31:13
**DISTEFANO (1)**
8:15
**DLJ (4)**
14:20;27:7,14;
28:16
**document (1)**
26:19
**DOJ (1)**
29:25
**dollars (1)**
29:16
**DONNELL (1)**
13:7
**door (1)**
26:20
**DOSHI (1)**
16:25
**doubt (1)**
21:4
**DOUGLAS (1)**
4:25
**DRYE (1)**
15:10

**E**

**earlier (4)**
26:11;27:24;30:21,
22
**earned (1)**
29:23
**ECKSTEIN (1)**
4:24
**EDMUND (1)**
12:7
**effort (1)**
30:13
**either (1)**
23:11
**electronically (1)**
31:4
**ELLIS (1)**

6:2
**else (6)**
21:23;22:6;23:24;
25:25;26:23;28:3
**embarking (1)**
30:11
**employee (1)**
29:20
**employees (2)**
29:18;30:10
**EMRICH (1)**
12:7
**end (4)**
21:2;26:11,22;
28:17
**ended (1)**
29:21
**enormous (2)**
32:1,14
**enough (2)**
22:10;31:6
**ensure (1)**
29:19
**enter (1)**
32:20
**entered (1)**
31:18
**entitled (3)**
26:17,19;31:6
**entity (3)**
24:17,20,24
**ESQ (50)**
4:7,15,24,25;5:8,
24;6:7,15,23;7:7,8,
16,24;8:7,15,24;9:8,
16,25;10:7,15,23;
11:8,16,17,25;12:7,8,
16,24,25;13:7,15,16,
25;14:7,15,16,24,25;
15:7,14,23;16:8,17,
25;17:8,16,23;18:9
**estate (3)**
24:25;25:1,2
**ETKIN (1)**
10:15
**evening (1)**
31:2
**everybody (3)**
30:19;32:12,18
**everyone (2)**
32:2,15
**Examiner (1)**
8:11
**example (2)**
24:22,23
**exchange (1)**
20:11
**exhibit (2)**
24:9,10
**exhibits (1)**
24:8
**existence (1)**
25:2

**expense (1)**
20:10
**explained (1)**
22:2
**extensive (4)**
26:21;27:2;28:6,9
**extent (5)**
20:21;21:7,11;
22:3;24:25
**extraneous (1)**
27:16

### F

**fact (1)**
32:13
**fair (1)**
29:9
**Fannie (2)**
13:11;30:4
**Fargo (5)**
8:19;9:3;13:3;
14:11;18:4
**FEATHERSTONE (1)**
16:11
**Federal (2)**
13:20;31:9
**fee (1)**
29:23
**FELDERSTEIN (1)**
18:2
**few (3)**
19:13;26:12;29:2
**fiduciaries (3)**
24:25;25:1,2
**field (1)**
29:19
**Fifth (2)**
4:1;11:13
**file (2)**
26:11,14
**filed (2)**
19:18;24:8
**filing (1)**
27:5
**final (2)**
23:18;26:13
**Finally (1)**
25:9
**Finance (1)**
15:3
**Financial (1)**
6:3
**finding (1)**
32:12
**fine (1)**
22:3
**finished (2)**
19:19;26:5
**firm (1)**
31:11
**first (4)**
21:7;24:9;28:8,25

**FITZGERALD (1)**
18:2
**flipping (1)**
28:9
**FLOM (2)**
10:18;22:8
**Floor (6)**
5:5,13;9:22;11:22;
14:12;16:5
**focused (2)**
22:16,16
**focusing (1)**
28:8
**Foerster (3)**
19:6,17;24:7
**FOLEY (1)**
17:11
**following (1)**
28:15
**form (1)**
32:20
**forth (2)**
21:9,11
**Fortress (1)**
29:10
**forward (2)**
32:15,16
**FOUDY (1)**
4:7
**Four (1)**
10:20
**FRANKEL (2)**
4:18;5:19
**Freddie (2)**
11:3;30:4
**FREDRIC (1)**
12:8
**FRIEDMAN (1)**
17:8
**fully (1)**
26:6
**Fund (1)**
10:11
**funds (1)**
21:7
**further (1)**
31:7
**future (1)**
30:11

### G

**GA (1)**
8:22
**galvanized (1)**
29:18
**GAMBLE (1)**
16:2
**GARRITY (1)**
6:15
**Gary (1)**
19:5
**gave (2)**

20:10;25:19
**generally (3)**
22:9;24:15;27:2
**GERARD (1)**
17:23
**GIBBONS (1)**
14:10
**glad (1)**
22:14
**GLENN (1)**
10:7
**Good (5)**
19:5,7;21:15;24:6;
28:21
**Goren (26)**
19:11,16,16;20:1,4,
6,8;21:1,4,18;22:2,
17;23:12,12;24:1,2;
25:9,9;26:9,10,25;
27:1,9,13,22;28:15
**GOTSHAL (1)**
11:11
**government (1)**
29:24
**governmental (1)**
30:3
**Grand (1)**
9:21
**GRAY (1)**
8:2
**Green (1)**
16:21
**GREGER (1)**
16:8
**Group (2)**
7:3;22:2
**Guarantee (1)**
11:12
**GUINEY (1)**
14:7

### H

**HADLEY (1)**
17:19
**hands (1)**
26:5
**Hang (2)**
19:25;20:3
**happens (1)**
31:16
**happy (4)**
22:9,14;31:22;
32:18
**HARRISON (2)**
7:8;22:1
**Hartford (1)**
15:5
**Hathaway (1)**
9:20
**hear (2)**
19:20;31:14
**heard (6)**

23:25;25:5,12;
26:23;27:20;28:4
**hearing (2)**
29:8,12
**hearings (1)**
31:8
**heavily (1)**
25:24
**helping (1)**
30:1
**herein (2)**
21:9,11
**Hoc (2)**
7:3;22:2
**HOFER (10)**
10:23;22:7,7,13,15,
20,24;23:6,23;28:2
**hold (1)**
27:10
**holding (1)**
26:3
**Honor (24)**
19:7,12,16;21:15;
22:1,7;23:12;24:6,8,
14;25:8,9,15;26:10;
28:8,25;29:5,9,13,24;
30:14,18;31:19;
32:21
**hope (6)**
31:15,19,22;32:15,
18,19
**hoped (1)**
26:11
**hopefully (1)**
27:5
**horse (1)**
29:22
**hot (1)**
26:4
**Housing (1)**
15:3
**Houston (1)**
11:6
**HSBC (2)**
7:12;19:20
**HUGH (1)**
14:25
**Huntington (1)**
16:23
**hurdles (1)**
32:14

### I

**identify (1)**
21:14
**important (1)**
26:18
**Inc (4)**
6:3;11:12;16:12,20
**including (1)**
30:1
**incorporated (1)**

28:18
**incorporates (1)**
24:12
**incredibly (2)**
29:25;30:14
**indefeasible (1)**
23:18
**indenture (1)**
21:17
**Independent (1)**
7:20
**indulgence (1)**
29:1
**inserted (1)**
20:19
**intended (1)**
26:20
**into (4)**
19:12;21:18,25;
29:12
**Investors (1)**
8:3
**inviting (1)**
31:7
**involved (1)**
29:7
**Irvine (1)**
16:6
**issue (4)**
22:16,21;27:6;
28:22
**issues (7)**
23:2,5,7;26:20;
31:8;32:11,16

### J

**JAMES (3)**
6:15;13:7;15:7
**JEFFREY (1)**
14:15
**JENNIFER (1)**
12:16
**Jericho (2)**
17:4,6
**Jersey (1)**
10:11
**JIM (1)**
17:16
**JOHN (2)**
7:16;8:24
**JONATHAN (2)**
10:23;22:7
**JOSE (1)**
11:25
**JOSEPH (2)**
5:16;7:24
**JR (1)**
6:15
**Junior (2)**
7:3;20:8
**JUSTICE (2)**
5:2,11

## K

**KELLEY (1)**
15:10
**KENNETH (1)**
4:24
**KIBLER (1)**
7:16
**KIRKLAND (1)**
6:2
**KISSEL (1)**
6:18
**KIT (1)**
8:24
**KRAMER (3)**
4:18;5:19;25:15
**KYE (1)**
16:19

## L

**language (13)**
19:9;20:19,25;
21:3,18,21;22:18,25;
23:9,13,17;27:3,18
**last (6)**
21:1;25:17;26:5,
12;27:9;29:2
**late (1)**
26:15
**LAW (1)**
11:19
**least (1)**
19:10
**LECK (1)**
16:2
**LEDYARD (1)**
9:11
**Lee (14)**
19:4,5,5,15;26:8;
28:24,25;30:17,21,
23;31:19,21,24;32:21
**Lenders (1)**
7:3
**lengthy (2)**
26:18;32:4
**LEONARDO (1)**
9:16
**less (1)**
27:2
**level (1)**
29:19
**LEVIN (3)**
4:18;5:19;25:15
**LEWIS (1)**
6:10
**Lewisville (1)**
16:3
**Lexington (2)**
6:4;12:4
**liable (1)**
20:20

**line (1)**
29:15
**Litigation (1)**
4:11
**little (1)**
27:15
**LLC (1)**
12:12
**LLP (36)**
4:2,10,18;5:19;6:2,
10,18;7:2,11,19;8:2,
10,18;9:2,11,19;10:2,
18;11:11;12:2,11,19;
13:2,10,19;14:2,19;
15:2,10,17;16:2,11,
19;17:2,19;18:2
**Loan (3)**
12:12;27:21;28:4
**LOEB (4)**
12:19,19;21:16,16
**long (1)**
30:3
**longer (1)**
25:2
**look (2)**
26:18;31:5
**Los (1)**
9:23
**lose (1)**
32:13
**lot (1)**
30:4
**LOTZ (1)**
17:16
**LOUIS (1)**
14:24
**LOWENSTEIN (1)**
10:10
**lunch (1)**
31:10

## M

**MA (1)**
8:5
**Mac (1)**
11:3
**MACURDA (1)**
9:8
**MADDOX (1)**
4:15
**Madison (1)**
17:12
**Mae (1)**
13:11
**MAGNOZZI (1)**
16:19
**Main (1)**
16:4
**Mall (1)**
18:5
**MALLET-PREVOST (1)**
4:2

**MALLORY (1)**
16:2
**management (1)**
30:10
**MANGES (1)**
11:11
**Manhattan (1)**
17:20
**MANNAL (1)**
4:25
**MANSFIELD (1)**
17:11
**Market (1)**
15:19
**MASUMOTO (1)**
5:8
**MATKINS (1)**
16:2
**may (2)**
19:13;31:1
**maybe (1)**
25:19
**MCCLOY (1)**
17:19
**MCDONALD (1)**
14:25
**MCKOOL (1)**
11:2
**MEAGHER (2)**
10:18;22:8
**mean (3)**
25:20;26:16,18
**meaning (1)**
20:20
**means (1)**
24:24
**Mellon (1)**
10:3
**MICHAEL (3)**
8:15;10:15;16:8
**might (1)**
30:18
**MILBANK (1)**
17:19
**MILBURN (1)**
9:11
**million (1)**
29:16
**minor (2)**
24:4;27:3
**minutes (1)**
25:20
**miss (1)**
29:10
**MOAK (1)**
11:8
**MOLDOVAN (1)**
7:24
**more (2)**
22:10;24:24
**MORGAN (1)**
6:10
**morning (2)**

31:12;32:19
**MORRISON (4)**
7:19;19:5,17;24:7
**Mortgage (1)**
15:18
**MOSLE (1)**
4:2
**move (1)**
20:16
**much (4)**
23:7;25:7;26:11;
32:22
**MUNGER (1)**
9:19

## N

**NA (5)**
6:19;7:12;8:19;
9:3;12:3
**NAFTALIS (2)**
4:18;5:19
**Nationstar (1)**
29:10
**NATSIS (1)**
16:2
**NC (1)**
9:6
**need (2)**
19:8;26:2
**negotiate (1)**
23:10
**negotiated (1)**
25:24
**NEIER (1)**
13:15
**Neighborhood (1)**
11:20
**New (33)**
4:5,22;5:6,14,22;
6:5,13,21;7:5,14,22;
8:13;9:14;10:3,5,11,
13,21;11:14,23;12:5,
14,22;13:5,13;14:5,
13,22;15:12;17:14,
21;21:1;26:20
**news (1)**
19:8
**next (1)**
30:12
**nice (1)**
29:14
**night (1)**
25:17
**nobody (1)**
32:13
**North (1)**
4:12
**notwithstanding (1)**
24:19
**November (1)**
24:10
**number (3)**

19:3;24:11,11
**numerous (1)**
25:18
**NY (31)**
4:5,22;5:6,14,22;
6:5,13,21;7:5,14,22;
8:13;9:14;10:5,13,
21;11:14,23;12:5,14,
22;15:3,13;14:5,13,
22;15:12;16:23;17:6,
14,21

## O

**objected (1)**
32:5
**objection (2)**
22:22,24
**objections (3)**
29:3;32:5,10
**objectors (1)**
19:10
**obligations (2)**
20:11;24:25
**obviously (3)**
30:11;32:1,4
**occurred (1)**
32:4
**o'clock (2)**
30:18;31:15
**Ocwen (13)**
12:12;19:19;20:10,
17;21:6;24:3,9,10;
25:12;26:4,24;28:8;
29:7
**off (2)**
26:4;30:21
**Office (3)**
5:3,12;25:25
**Official (2)**
4:19;5:20
**OLSON (1)**
9:19
**One (18)**
6:20;14:12;17:20;
19:20,22,23;24:3,4,
24;27:1,3,3,23,24;
28:8;31:22;32:5,9
**ones (1)**
32:17
**only (4)**
26:6;30:17,25;
32:19
**open (2)**
26:12,20
**opens (1)**
31:14
**opportunity (5)**
25:21;26:17,19;
29:5;31:7
**Oracle (1)**
16:20
**order (16)**

19:9,18;20:9;21:6;
23:17;24:9;25:13,17,
22;26:4,24;27:18,21;
28:4,12;31:2
**orders (3)**
31:18;32:10,20
**others (1)**
31:6
**otherwise (1)**
20:12
**ours (1)**
20:12
**out (5)**
22:10;23:9;25:4;
29:10;31:11
**over (4)**
19:11;24:2;29:2;
30:1
**OVERY (1)**
7:11
**owing (1)**
25:1

**P**

**paid (1)**
21:11
**paragraph (8)**
19:23;21:2,24;
22:16,22;23:2;27:9,
16
**Park (7)**
4:4;6:12,20;12:21;
13:4,12;15:11
**PARKE (1)**
8:10
**particular (1)**
25:23
**parties (5)**
24:13,16;29:6;
31:13;32:11
**parties-in-interest (1)**
32:3
**parts (1)**
32:8
**PASCUZZI (2)**
18:2,9
**PATTERSON (1)**
14:2
**PAUL (2)**
11:8;18:9
**Pause (1)**
27:11
**pay (1)**
20:20
**payment (1)**
23:18
**payoff (2)**
23:16,16
**pays (1)**
20:22
**PC (2)**
10:10;14:10

**Peachtree (1)**
8:20
**Pennsylvania (1)**
14:12
**Pension (1)**
10:11
**people (2)**
26:17,19
**performing (3)**
24:17,20,24
**perhaps (1)**
30:18
**PETRIE (1)**
16:11
**PITNEY (1)**
15:2
**placed (1)**
27:16
**places (1)**
20:9
**platform (2)**
29:12,17
**playing (1)**
29:19
**Plaza (4)**
6:20;8:12;14:12;
17:20
**PLC (1)**
10:19
**Please (1)**
19:2
**PLLC (1)**
11:19
**PLLP (1)**
17:11
**pm (1)**
32:23
**PNC (1)**
15:18
**podium (2)**
19:11;24:2
**point (7)**
19:20;22:6;23:25;
24:3,4;27:8;32:2
**points (1)**
26:12
**portfolio (2)**
27:21;28:4
**possible (1)**
26:14
**potentially (2)**
23:1,7
**POWLEN (1)**
13:25
**present (1)**
21:14
**press (1)**
26:4
**price (4)**
20:1,16;27:23;30:9
**primarily (1)**
20:20
**probably (1)**

28:10
**problems (1)**
32:12
**procedures (1)**
27:18
**proceedings (1)**
32:23
**proceeds (2)**
22:10;23:1
**process (1)**
32:6
**Proposed (3)**
4:19;25:12;26:24
**provision (6)**
24:12,14;25:25;
26:1;28:18;30:2
**purchase (3)**
20:1,16;27:23
**purchaser (2)**
21:5;25:1
**purchaser's (1)**
21:10
**pursuant (1)**
21:5

**Q**

**Quadrangle (1)**
17:4
**quickly (2)**
26:6;28:10

**R**

**raised (3)**
20:9;27:7;32:11
**raises (1)**
23:2
**raising (2)**
23:5,6
**rather (1)**
29:2
**RAUL (1)**
11:25
**RAY (1)**
6:7
**read (7)**
19:12;21:3,18,24;
22:18;25:4;27:17
**reallocation (1)**
23:19
**really (8)**
22:21;29:6,10,15,
18,25;30:4,13
**reason (1)**
20:21
**Reasonable (1)**
26:3
**received (1)**
25:17
**record (11)**
19:9,12,22;21:19,
25;22:23,25;23:10;

24:13,21;25:24
**released (1)**
27:15
**remaining (2)**
31:12,13
**remarks (1)**
19:13
**representation (2)**
23:22;28:1
**required (1)**
32:2
**ResCap (2)**
24:24;30:10
**reserva (1)**
22:17
**reservation (2)**
20:2;23:15
**reserved (1)**
20:15
**Residential (1)**
19:3
**resolution (4)**
27:6,13;28:21;30:2
**resolved (1)**
19:9
**resolving (1)**
26:12
**resources (1)**
30:5
**respect (8)**
19:23;21:23;25:5,
12;26:24;27:7,21;
28:4
**responsive (1)**
30:1
**resubmit (1)**
27:19
**results (3)**
32:6,8,9
**retain (1)**
29:18
**retention (1)**
29:20
**review (2)**
26:19;31:7
**reviewing (1)**
19:21
**revised (2)**
25:19;27:4
**right (9)**
19:2;20:15;21:13,
22;23:24;27:25;28:3,
14,24
**rights (2)**
21:10;23:15
**RMBS (2)**
6:19;8:3
**ROBERT (1)**
4:15
**robust (2)**
30:8;32:7
**Rockefeller (1)**
8:12

**ROME (1)**
15:17
**RONALD (1)**
17:8
**RONIT (1)**
11:17
**ROOT (1)**
15:23
**ROPES (1)**
8:2
**RUBINSTEIN (4)**
12:25;21:15,16,20
**ruled (1)**
20:17
**run (1)**
26:2

**S**

**Sacramento (1)**
18:7
**safe (1)**
31:22
**sale (9)**
24:9;25:12;26:24;
27:18,21;29:8,15;
32:5,18
**sales (2)**
22:9;28:4
**same (3)**
27:22,23;28:12
**SANDLER (1)**
10:10
**SARA (1)**
11:16
**SARAH (1)**
16:17
**satisfied (4)**
22:18,24;23:21;
27:25
**satisfy (2)**
21:8,19
**Savings (1)**
13:20
**saw (2)**
25:17;28:19
**saying (1)**
20:19
**SCHREIBER (1)**
13:16
**SCHROCK (1)**
6:7
**scope (1)**
23:7
**seated (1)**
19:2
**second (1)**
24:10
**section (4)**
23:15;24:12,15,19
**Secured (2)**
7:3;20:8
**sellers (1)**

(RESIDENTIAL CAPITAL, LLC) Williams v
GMAC Mortgage

November 20, 2012

24:24
**sentences (1)**
21:2
**Servicer/Subservicer (1)**
14:11
**Servicing (1)**
12:12
**set (5)**
21:9,11;29:14,19;
30:18
**Seventeenth (1)**
16:13
**SEWARD (1)**
6:18
**shall (2)**
21:6,9
**SHEARMAN (1)**
12:2
**SHORE (1)**
7:7
**short (1)**
19:18
**side (1)**
30:7
**SIEGEL (1)**
10:7
**sight (1)**
32:13
**sign (1)**
30:21
**SILVERMANACAMPORA (1)**
17:2
**SKADDEN (2)**
10:18;22:7
**SLATE (2)**
10:18;22:8
**SMITH (1)**
11:2
**SNR (1)**
14:19
**sold (1)**
32:8
**solely (1)**
24:15
**solutions (1)**
32:12
**solve (1)**
32:16
**solving (1)**
32:17
**somehow (1)**
23:15
**someone (2)**
21:13;25:25
**sorry (2)**
20:6;23:2
**SOSNICK (1)**
12:8
**sound (1)**
23:4
**South (2)**
9:4,21
**speaks (1)**

32:7
**Special (1)**
17:3
**specific (5)**
20:13,24;21:24;
22:6,21
**Square (1)**
10:20
**staff (1)**
29:1
**stalking (1)**
29:22
**stalking-horse (1)**
29:11
**started (1)**
28:9
**state (1)**
22:23
**STATES (4)**
5:2,3,11;24:15
**STEPHEN (2)**
5:24;25:15
**STERLING (1)**
12:2
**still (2)**
19:21;25:20
**Stop (2)**
20:5,5
**STRAWN (2)**
13:2,10
**Street (14)**
5:4,13;8:4,20;9:4,
13;11:4;12:13;13:21;
15:4,19;16:4,13,21
**subject (1)**
19:19
**submit (2)**
27:4;31:2
**subsequent (1)**
23:19
**substantial (2)**
31:6;32:5
**successor (1)**
24:25
**Suite (10)**
8:21;9:5;11:5;
13:22;15:20;16:14,
22;17:5,13;18:6
**Sure (2)**
22:13;26:18
**surmounted (1)**
32:14
**Syncora (1)**
11:12

**T**

**talking (1)**
22:22
**TANCREDI (1)**
15:7
**TELEPHONICALLY (2)**
11:8;18:9

**thanks (2)**
29:10,25
**Thanksgiving (3)**
31:9,22;32:18
**THERESA (1)**
4:7
**Third (1)**
7:21
**third-party (3)**
24:17,20;25:3
**THOMAS (1)**
9:25
**THOMPSON (1)**
15:14
**THORNBURG (1)**
13:19
**thought (3)**
26:13;29:13;30:8
**Times (2)**
10:20;29:13
**tinker (1)**
20:16
**today (2)**
26:11;29:1
**Todd (3)**
19:16;23:12;25:9
**TOLLES (1)**
9:19
**tomorrow (5)**
30:19;31:8,12,17;
32:19
**transactions (1)**
32:10
**Travis (1)**
11:4
**TRIVIGNO (1)**
9:16
**Trumbull (1)**
15:4
**Trust (5)**
9:12;12:20;20:8;
21:14,16
**Trustee (3)**
5:3;6:19;21:17
**try (3)**
29:8;30:5,18
**trying (2)**
30:13;32:16
**Tryon (1)**
9:4
**turn (3)**
19:11;24:2;25:11
**turned (1)**
22:10
**turning (1)**
25:10
**TWEED (1)**
17:19
**twenty (1)**
25:20
**two (2)**
21:1;24:8
**TX (1)**

11:6
**TYLER (1)**
14:2

**U**

**ultimately (1)**
29:20
**under (2)**
20:12;30:13
**understandably (1)**
20:17
**understands (1)**
30:14
**UNITED (3)**
5:2,3,11
**unless (1)**
19:20
**Unsecured (1)**
4:20
**up (4)**
21:14;26:3;28:15;
29:21
**upon (3)**
20:17;27:13;31:16
**USA (1)**
7:12
**USAA (1)**
13:20
**UZZI (1)**
17:23

**V**

**VADIM (2)**
12:25;21:15
**valid (1)**
22:3
**value (1)**
29:16
**version (5)**
19:18;25:17;26:5,
13;27:4

**W**

**Wachovia (1)**
13:3
**waiting (1)**
31:1
**Wall (1)**
9:13
**WALLACE (1)**
16:17
**WALPER (1)**
9:25
**WALTER (1)**
12:24
**WARREN (1)**
15:10
**way (1)**
22:9
**WEBB (1)**

14:2
**weekend (1)**
30:1
**weeks (1)**
29:2
**WEIL (1)**
11:11
**WEITNAUER (1)**
8:24
**Wells (5)**
8:19;9:3;13:3;
14:11;18:4
**West (3)**
8:20;12:13;13:21
**what's (1)**
28:18
**Whereupon (1)**
32:23
**WHITE (2)**
7:2;22:1
**Whitehall (1)**
5:4
**whole (1)**
27:15
**who's (2)**
25:25;31:1
**WILLIAM (1)**
9:8
**willingness (1)**
29:17
**WILLOUGHBY (1)**
18:2
**Wilmington (6)**
12:20;13:23;15:21;
20:8;21:13,16
**WINSTON (2)**
13:2,10
**wish (5)**
24:18;25:5,11;
27:20;28:3
**wishes (1)**
26:23
**within (1)**
24:18
**Without (3)**
29:11,15;32:3
**word (1)**
27:16
**word-tinkering (1)**
31:16
**work (5)**
23:9;30:13;31:20;
32:1,15
**working (4)**
26:1;29:3,7;31:11
**worth (1)**
29:16

**Y**

**year (1)**
30:12
**yesterday (4)**

(RESIDENTIAL CAPITAL, LLC) Williams v.
GMAC Mortgage

November 20, 2012

24:13;27:7;29:6;
31:25
**York (30)**
4:5,22;5:6,14,22;
6:5,13,21;7:5,14,22;
8:13;9:14;10:3,5,13,
21;11:14,23;12:5,14,
22;13:5,13;14:5,13,
22;15:12;17:14,21

## Z

**ZIDE (13)**
5:24;25:14,15,15;
28:5,7,12,15,20,23;
30:24,25;31:4

## 0

**02199 (1)**
8:5
**06103 (1)**
15:5

## 1

**1 (2)**
24:11,11
**10 (1)**
31:8
**100 (1)**
17:4
**1000 (1)**
13:21
**10004 (2)**
5:6;6:21
**10005 (2)**
9:14;17:21
**10007 (1)**
5:14
**10018 (1)**
11:23
**10019 (1)**
12:14
**10020 (3)**
7:14;10:13;14:22
**10022 (4)**
6:5;7:22;12:5;
17:14
**10036 (6)**
4:22;5:22;7:5;10:5,
21;14:5
**101 (4)**
4:4;6:12;9:4;15:11
**10112 (1)**
8:13
**10119 (1)**
14:13
**10153 (1)**
11:14
**10154 (1)**
12:22
**10166 (2)**

13:5,13
**10178 (3)**
4:5;6:13;15:12
**1040 (1)**
11:21
**1095 (1)**
10:4
**11 (1)**
29:12
**1133 (1)**
14:4
**1155 (1)**
7:4
**11743 (1)**
16:23
**11753 (1)**
17:6
**1177 (2)**
4:21;5:21
**12 (1)**
30:18
**12.8 (3)**
24:15,19;25:4
**1200 (1)**
13:22
**1201 (2)**
8:20;15:19
**12-12020 (1)**
19:3
**1221 (2)**
7:13;14:21
**1251 (1)**
10:12
**1300 (1)**
17:13
**1450 (1)**
18:6
**1819 (1)**
4:12
**1900 (1)**
16:4
**19801 (2)**
13:23;15:21

## 2

**2 (1)**
9:13
**200 (2)**
13:4,12
**20th (1)**
31:21
**21st (1)**
5:5
**23 (1)**
16:21
**2400S (1)**
16:14
**242 (1)**
15:4
**24th (1)**
11:22
**28280 (1)**

9:6
**2nd (1)**
24:10

## 3

**3:52 (1)**
32:23
**30 (1)**
8:12
**300 (1)**
17:5
**302 (1)**
16:22
**30309 (1)**
8:22
**31 (1)**
12:13
**31st (1)**
27:15
**33 (1)**
5:4
**345 (1)**
12:21
**35203 (1)**
4:13
**355 (1)**
9:21
**35th (1)**
9:22
**37th (1)**
14:12
**39 (1)**
27:9
**3rd (1)**
5:13

## 4

**400 (1)**
18:5
**4000 (1)**
9:5
**4200 (1)**
8:21
**43 (2)**
19:23;22:22
**485 (1)**
17:12

## 5

**52nd (1)**
12:13
**599 (1)**
12:4
**5th (1)**
16:5

## 6

**600 (2)**
11:4;16:13

**601 (1)**
6:4
**616 (4)**
24:12,16;25:23;
30:2

## 7

**7000 (1)**
11:5
**767 (1)**
11:13
**77002 (1)**
11:6

## 8

**8 (1)**
31:12
**8:30 (2)**
31:14,17
**800 (3)**
8:4;15:20;29:16
**80202 (1)**
16:15
**86 (1)**
5:13

## 9

**9 (2)**
31:8,14
**90071 (1)**
9:23
**909 (1)**
7:21
**92614 (1)**
16:6
**95814 (1)**
18:7