# FEIN, SUCH & CRANE, LLP
### COUNSELLORS AT LAW
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK 10977
(845) 371-4700

Telecopier (845) 371-4747

Northern New York
28 E. Main Street
Rochester, New York 14614
(585) 232-7400
Telecopier (585) 325-6201

New Jersey Office
7 Century Drive
Suite 201
Parsippany, New Jersey 07054
(973) 538-4700
Telecopier (973) 538-8234

REPLY TO: NEW JERSEY ADDRESS

December 4, 2012

UNITED STATES BANKRUPTCY COURT
HONORABLE MARTIN GLENN
One Bowling Green
New York, NY 10004

RE:
    Case No. 12-12020 MG

Dear Sir/Madam:

Please accept this letter as a formal request to withdraw the NOTICE OF APPEARANCE filed on behalf of GMAC MORTGAGE, LLC on 10/25/2012 as Item Number 1945 on the Court's Docket.

Thank you for your prompt attention to this matter.

    Very truly yours,

    Fein, Such, Kahn & Shepard, P.C.

    By: /S/ MELISSA N. LICKER, ESQ.

Enclosure

cc:  Attorney for Debtor(s)
    Debtor(s)
    Trustee
    Office of the United States Trustee