**BALLARD SPAHR LLP**
Sarah Schindler-Williams
1735 Market Street, 51st Fl.
Philadelphia, PA  19103
Tel: (215) 864-8638
Fax: (215) 864-8999
schindlerwilliamss@ballardspahr.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
| | |
|---|---|
| In re : | **Chapter 11** |
| : | |
| **Residential Capital LLC, <u>et</u> <u>al</u>.** : | **Case No. 12-12020 (MG)** |
| : | |
| : | **(Jointly Administered)** |
| Debtors. : | |

-------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that PNC Bank, N.A., by its undersigned attorneys, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Sarah Schindler-Williams, Esquire
> Ballard Spahr LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA  19103
> Telephone: (215) 864-8638
> Facsimile:  (215) 864-8999
> E-mail: Schindlerwilliamss@ballardspahr.com

> *Attorneys for PNC Bank, N.A.*

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

/s/ Sarah Schindler-Williams
Sarah Schindler-Williams, Esq.
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: (215) 864-8638
Facsimile:  (215) 864-8999
E-mail: Schindlerwilliamss@ballardspahr.com

*Attorneys for PNC Bank, N.A.*

Dated:  December 4, 2012

DMEAST #16027455 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on or about December 4, 2012, I caused the foregoing Notice of Appearance to be served by email on counsel to the Debtors and their Notice Agent, Kurtzman Carson Consultants, LLC.

/s/ Sarah Schindler-Williams
Sarah Schindler-Williams, Esq.

DMEAST #16027455 v1