

LAW OFFICES OF DEBORAH M. GROSS-QUATRONE
70 MARKET STREET
SADDLE BROOK, NEW JERSEY 07663
201-556-9300
ATTORNEY FOR CREDITOR, TWP. OF SADDLE BROOK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRCT OF NEW YORK

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| | 12-12020(MG) |
| RESIDENTIAL CAPITAL, LLC *et al*, | |
| Debtor, | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE the undersigned, Deborah M. Gross-Quatrone, Esq.,

hereby enters appearance as attorney of record for the Creditor, Township of Saddle Brook,

and hereby requests that all notices given and correspondence relating to the within

bankruptcy matter are given and served upon:

Deborah M. Gross-Quatrone, Esq.
70 Market Street
Saddle Brook, New Jersey 07663

LAW OFFICES OF DEBORAH M. GROSS-QUATRONE

DEBORAH M. GROSS-QUATRONE, ESQ.

Dated: November 27, 2012