Vincent J. Marriott, III
Sarah Schindler-Williams
**BALLARD SPAHR LLP**
1735 Market Street, 51st Fl.
Philadelphia, PA  19103
Tel: (215) 665-8500
Fax: (215) 864-8999
Marriott@ballardspahr.com
schindlerwilliamss@ballardspahr.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **Residential Capital LLC, et al.** | : | Case No. 12-12020 (MG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Vincent J. Marriott, III, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for PNC Bank, N.A. in the above-captioned action.

I am a member in good standing of the bars of Pennsylvania and Georgia and there are no pending disciplinary proceedings against me in any state or federal court.  I am also admitted to practice in the United States District Courts for the Eastern District of Pennsylvania and the Northern District of Georgia, as well as the United States Court of Appeals for the Third Circuit.

The filing fee of $200.00 due to the Clerk of Court is being submitted along with this Motion.

Dated: December 5, 2012

                                                                By:    /s/ Vincent J. Marriott, III_____
                                                                        VINCENT J. MARRIOTT, III
                                                                        BALLARD SPAHR LLP
                                                                        1735 Market Street  - 51st Floor
                                                                        Philadelphia, PA  19103
                                                                        (215) 864-8236
                                                                        Marriott@ballardspahr.com

DMEAST #16028032 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **Residential Capital LLC, <u>et</u> <u>al</u>.** | : | Case No. 12-12020 (MG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------x

# ORDER

Upon the Motion of Vincent J. Marriott, III, Esq., for admission *pro hac vice* to represent PNC Bank, N.A. in the above-referenced cases, and upon the movant's certification that he is a member in good standing of the bars of the States of Pennsylvania and Georgia and that he has been admitted to practice in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Third Circuit, it is hereby

ORDERED that Vincent J. Marriott, III, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent PNC Bank, N.A. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE