UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                               :     Chapter 11
                                                    :
**Residential Capital LLC, et al.**                 :     Case No. 12-12020 (MG)
                                                    :
                                                    :     (Jointly Administered)
           **Debtors.**                             :
---------------------------------------------------------x

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon the Motion of Vincent J. Marriott, III, Esq., for admission *pro hac vice* to represent PNC Bank, N.A. in the above-referenced cases, and upon the movant's certification that he is a member in good standing of the bars of the States of Pennsylvania and Georgia and that he has been admitted to practice in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Third Circuit, it is hereby

ORDERED that Vincent J. Marriott, III, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent PNC Bank, N.A. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **December 6, 2012**
        New York, New York

                                    _____/s/Martin Glenn_____
                                    THE HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE