# EXHIBIT A

# TIMEKEEPER SUMMARY

The Dykema professionals rendering services in these cases during this Fee Period were:

| Name Of Professional | Position | Bar Admit Date | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nadav Ariel | Associate | 2009 | Litigation | 238.50 | 3.7 | 882.45 |
| Vasantha Arunachalam | Legal Specialist | | Bus. Srvcs. | 150.00 | 0.9 | 135.00 |
| Richard M. Bendix | Member | 1975 | Bus. Srvcs. | 580.00 | 2 | 1,160.00 |
| Amanda Bennett | Associate | 2008 | Litigation | 315.00 | 13.3 | 4,189.50 |
| Michael J. Blalock | Senior Attorney | 2005 | Litigation | 215.00 | 3.8 | 817.00 |
| Stephen C. Borgsdorf | Senior Attorney | 2004 | Litigation | 220.00 | 80.2 | 17,644.00 |
| Maureen A. Bracey | Legal Specialist | | Real Estate | 150.00 | 3.4 | 510.00 |
| Catherine Burke | Legal Specialist | | Litigation | 150.00 | 12.7 | 1,905.00 |
| Jennifer Boueri Chilson | Associate | 2007 | Litigation | 205.00 | 7.2 | 1,476.00 |
| B. Wayne Creel | Senior Attorney | 2003 | Litigation | 270.00 | 1.3 | 351.00 |
| Deborah A. Dettore | Legal Specialist | | Litigation | 150.00 | 2.4 | 360.00 |
| James R. Dougherty | Senior Attorney | 2002 | Litigation | 220.00 | 2 | 440.00 |
| Irina V. Frye | Legal Specialist | | Litigation | 207.00 | 22.3 | 4,616.10 |
| John S. Ganz | Associate | 2006 | Litigation | 290.00 | 12.5 | 3,625.00 |
| Michael A. Gilman | Senior Attorney | 1982 | Litigation | 355.00 | 38.8 | 13,774.00 |
| Richard E. Gottlieb | Member | 1986 | Litigation | 450.00 | 20.7 | 9,315.00 |
| Jeffrey E. Jamison | Associate | 2006 | Litigation | 290.00 | 62.7 | 18,183.00 |
| Amy R. Jonker | Senior Attorney | 2004 | Litigation | 290.00 | 23.2 | 6,728.00 |
| Anna M. Kamps | Legal Specialist | | Bus. Srvcs. | 165.00 | 1.4 | 231.00 |
| Andrew J. Kolozsvary | Senior Attorney | 2005 | Litigation | 215.00 | 14.1 | 3,031.50 |
| Elisa J. Lintemuth | Associate | 2010 | Litigation | 280.00 | 1.3 | 364.00 |
| Matthew Mitchell | Associate | 2006 | Litigation | 250.00 | 149.2 | 37,300.00 |
| Brett J. Natarelli | Associate | 2008 | Litigation | 200.00 | 22.8 | 4,560.00 |
| Courtney M. Ofosu | Associate | 2011 | Litigation | 225.00 | 1.7 | 382.50 |
| Nasseem S. Ramin | Associate | 2009 | Litigation | 240.00 | 201.6 | 48,384.00 |
| Margaret J. Rhiew | Staff Attorney | 2005 | Litigation | 215.00 | 28.9 | 6,213.50 |
| Haydn J. Richards | Senior Counsel | 2002 | Reg. Indus. | 415.00 | 2.3 | 954.50 |
| Sharon A. Salinas | Staff Attorney | 1989 | Litigation | 245.00 | 2.6 | 637.00 |
| Daniel J. Schairbaum | Member | 1996 | Real Estate | 315.00 | 2.3 | 724.50 |
| Thomas M. Schehr | Member | 1997 | Litigation | 340.00 | 134.7 | 45,798.00 |
| Edward W. Somers | Associate | 2009 | Litigation | 220.00 | 64.1 | 14,102.00 |
| Thomas H. Trapnell | Associate | 2009 | Litigation | 220.00 | 31.4 | 6,908.00 |
| Aaron L. Vorce | Senior Attorney | 2005 | Litigation | 215.00 | 58.7 | 12,620.50 |
| Jill M. Wheaton | Member | 1991 | Litigation | 330.00 | 6.3 | 2,079.00 |
| M. Catherine Wilcox | Associate | 2009 | Reg. Indus. | 280.00 | 0.5 | 140.00 |
| | | | | | | |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0236
INVOICE NO.  1466441
PAGE NO.  2

## RE: PHELAN, MARY V. GMAC MORTGAGE, LLC, ET AL.

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/06/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/06/12 | MATTHEW MITCHELL | ANALYZE PLAINTIFF'S AMENDED COMPLAINT. | 0.20 | 50.00 |
| 06/06/12 | MATTHEW MITCHELL | ANALYZE PLAINTIFF'S RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS. | 0.20 | 50.00 |
| 06/06/12 | THOMAS M. SCHEHR | REVIEW RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 0.40 | 136.00 |
| 06/15/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ███████ | 0.30 | 75.00 |
| 06/18/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. CARTER RE ██████ | 0.10 | 25.00 |
| 06/18/12 | MATTHEW MITCHELL | RESEARCH AUTHORITIES IN SUPPORT OF DISPOSITIVE REPLY BRIEF. | 0.60 | 150.00 |
| 06/18/12 | MATTHEW MITCHELL | DRAFT REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS. | 3.30 | 825.00 |
| 06/18/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ███████ | 0.60 | 150.00 |
| 06/18/12 | MATTHEW MITCHELL | REVISE NOTICE OF BANKRUPTCY AS TO GMAC MORTGAGE LLC. | 0.10 | 25.00 |
| 06/18/12 | MATTHEW MITCHELL | DRAFT PROPOSED ORDER DISMISSING TWIN LAKES' CROSS-COMPLAINT. | 0.30 | 75.00 |
| 06/18/12 | MATTHEW MITCHELL | TELEPHONE WITH MR. RICKEL RE ███████ | 0.30 | 75.00 |
| 06/18/12 | THOMAS M. SCHEHR | REVIEW REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS. | 0.20 | 68.00 |
| 06/19/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. KALASHO RE ██████ | 0.10 | 25.00 |
| 06/20/12 | MATTHEW MITCHELL | ANALYSIS OF STRATEGY CONCERNING ██████ | 0.20 | 50.00 |
| 06/20/12 | STEPHEN C. BORGSDORF | PREPARE FOR HEARING ON RULE 12(C) MOTION. | 2.00 | 440.00 |

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.    086797-0236
INVOICE NO.  1466441
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/21/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/21/12 | MATTHEW MITCHELL | FOLLOW-UP CORRESPONDENCE TO TWIN LAKES' COUNSEL RE DRAFT ORDER DISMISSING CROSS-COMPLAINT. | 0.10 | 25.00 |
| 06/21/12 | MATTHEW MITCHELL | ANALYSIS OF STRATEGY CONCERNING ████████████ | 0.20 | 50.00 |
| 06/21/12 | STEPHEN C. BORGSDORF | PREPARE FOR AND ATTEND HEARING ON RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS. | 3.60 | 792.00 |
| 06/21/12 | THOMAS M. SCHEHR | ANALYZE RESULT OF HEARING ON MOTION TO DISMISS. | 0.20 | 68.00 |
| 06/26/12 | MATTHEW MITCHELL | ANALYZE DOCKET RE ███████ | 0.30 | 75.00 |
| 06/26/12 | MATTHEW MITCHELL | CORRESPONDENCE TO COUNSEL OF RECORD RE DRAFT ORDER RESOLVING ALL CLAIMS. | 0.10 | 25.00 |
| 06/26/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/26/12 | MATTHEW MITCHELL | DRAFT ORDER DISPOSING OF ALL REMAINING CLAIMS. | 0.50 | 125.00 |
| 06/28/12 | MATTHEW MITCHELL | ADDITIONAL FOLLOW-UP TO PLAINTIFF'S COUNSEL RE HIS APPROVAL OF FORM OF ORDER RESOLVING ALL CLAIMS. | 0.10 | 25.00 |
| 06/29/12 | MATTHEW MITCHELL | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE ADDITIONAL FOLLOW-UP ON CONSENT TO SUBMIT DISMISSAL ORDER. | 0.10 | 25.00 |
| 06/29/12 | MATTHEW MITCHELL | THIRD FOLLOW-UP CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE HIS CONSENT TO SUBMIT ORDER CONCERNING DEFENDANTS' DISPOSITIVE MOTIONS. | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.......................................................................  **14.50**
**TOTAL LEGAL FEES** .........................................................................................$  **3,529.00**

---

### DISBURSEMENTS

| 06/18/12 | LEGAL RESEARCH - WESTLAW | 0.00 |
|----------|--------------------------|------|

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0237
INVOICE NO.  1466442
PAGE NO.  2

## RE:  TRADEMARK PROPERTIES V. FNMA, MERS, BOA

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/12/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 06/25/12 | NASSEEM S. RAMIN | RESEARCH RE ▮▮▮ | 0.80 | 192.00 |
| 06/25/12 | NASSEEM S. RAMIN | ANALYSIS OF CONDOMINIUM ASSOCIATION'S LIEN CALCULATIONS. | 0.40 | 96.00 |
| 06/25/12 | NASSEEM S. RAMIN | DRAFT DISPOSITIVE MOTION. | 4.40 | 1,056.00 |
| 06/25/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFF'S RESPONSES TO WRITTEN DISCOVERY. | 0.70 | 168.00 |
| 06/25/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.30 | 72.00 |
| 06/26/12 | THOMAS M. SCHEHR | REVIEW CASE LAW REGARDING MOTION FOR SUMMARY DISPOSITION. | 0.80 | 272.00 |
| 06/27/12 | DANIEL J. SCHAIRBAUM | REVIEW MOTION FOR SUMMARY DISPOSITION AND PLEADINGS. | 1.00 | 315.00 |
| 06/27/12 | NASSEEM S. RAMIN | RESEARCH RE ▮▮▮ | 1.40 | 336.00 |
| 06/27/12 | NASSEEM S. RAMIN | REVISE STRATEGY FOR DISPOSITIVE MOTION. | 0.40 | 96.00 |
| 06/27/12 | THOMAS M. SCHEHR | DRAFT MOTION FOR SUMMARY DISPOSITION. | 7.90 | 2,686.00 |
| 06/27/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮ | 0.30 | 102.00 |
| 06/28/12 | DANIEL J. SCHAIRBAUM | REVIEW ▮▮▮ IN CONNECTION WITH PREPARATION OF MOTION FOR SUMMARY DISPOSITION. | 0.70 | 220.50 |
| 06/28/12 | NASSEEM S. RAMIN | RESEARCH RE ▮▮▮ | 0.70 | 168.00 |
| 06/28/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮ | 0.20 | 68.00 |
| 06/29/12 | DANIEL J. SCHAIRBAUM | REVIEW ▮▮▮ ISSUES IN CONNECTION WITH MOTION FOR SUMMARY DISPOSITION. | 0.30 | 94.50 |
| 06/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0237
INVOICE NO.  1466442
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT ███████ | 0.10 | 24.00 |
| 06/29/12 | NASSEEM S. RAMIN | REVISE DISPOSITIVE MOTION. | 1.70 | 408.00 |
| 06/29/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████ | 0.10 | 24.00 |
| 06/29/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████ | 0.50 | 170.00 |
| 06/29/12 | THOMAS M. SCHEHR | REVISE MOTION FOR SUMMARY DISPOSITION. | 4.50 | 1,530.00 |

TOTAL ATTORNEY & PARALEGAL TIME....................................................    27.40
TOTAL LEGAL FEES ........................................................................$    8,146.00

| | DISBURSEMENTS | |
|------|----------------------------|------|
| 06/27/12 | LEGAL RESEARCH - WESTLAW | 0.00 |
| 06/28/12 | LEGAL RESEARCH - WESTLAW | 0.00 |

TOTAL DISBURSEMENTS ...................................$    0.00

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0239
INVOICE NO.  1466444
PAGE NO.  2

## RE: WILLIAMS, WENDELL & MARY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/08/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.20 | 48.00 |
| 06/19/12 | THOMAS M. SCHEHR | REVIEW BRIEF ON APPEAL FILED BY PLAINTIFF. | 0.70 | 238.00 |
| 06/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/20/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/20/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFFS' BRIEF ON APPEAL. | 0.30 | 72.00 |
| 06/20/12 | NASSEEM S. RAMIN | DEVELOP STRATEGY FOR BRIEF ON APPEAL. | 0.20 | 48.00 |

TOTAL ATTORNEY & PARALEGAL TIME.......................................................................... 1.70
TOTAL LEGAL FEES ...........................................................................................$ 478.00

# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0244
INVOICE NO.   1466447
PAGE NO.   2

## RE: LAVOY, SUZY & LLOYD

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/05/12 | THOMAS H. TRAPNELL | EXPLAIN TO PLAINTIFF'S COUNSEL WHY FANNIE MAE IS UNABLE TO AGREE TO AN ADJOURNMENT BASED ON SUBSTANTIAL DELAYS IN THIS CASE AND FILING OF OUR MOTION TO DISMISS SEVERAL MONTHS AGO; ▉▉▉▉▉▉ | 0.40 | 88.00 |
| 06/08/12 | THOMAS H. TRAPNELL | PREPARE FOR HEARING ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 0.60 | 132.00 |
| 06/08/12 | THOMAS M. SCHEHR | PREPARE FOR ORAL ARGUMENT ON MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 06/10/12 | THOMAS H. TRAPNELL | PREPARE FOR HEARING ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 0.70 | 154.00 |
| 06/10/12 | THOMAS H. TRAPNELL | DRAFT PROPOSED ORDER GRANTING MOTION TO DISMISS. | 0.40 | 88.00 |
| 06/11/12 | THOMAS H. TRAPNELL | DRAFT LETTER REQUESTING PERMISSION FOR CHRISTINE BUEN TO ATTEND JULY 19 SETTLEMENT CONFERENCE BY TELEPHONE. | 0.40 | 88.00 |
| 06/11/12 | THOMAS H. TRAPNELL | APPEAR IN MACOMB CIRCUIT COURT FOR HEARING ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT. | 1.40 | 308.00 |
| 06/15/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ▉▉▉▉▉▉ | 0.20 | 68.00 |
| 06/22/12 | THOMAS H. TRAPNELL | DRAFT RESPONSES TO PLAINTIFFS' FIRST DISCOVERY REQUESTS. | 1.00 | 220.00 |
| 06/25/12 | THOMAS H. TRAPNELL | ATTEND HEARING ON FANNIE MAE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM. | 2.70 | 594.00 |
| 06/25/12 | THOMAS H. TRAPNELL | REVISE RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS. | 0.60 | 132.00 |
| 06/25/12 | THOMAS M. SCHEHR | REVISE DRAFT DISCOVERY RESPONSES. | 0.20 | 68.00 |
| 06/27/12 | THOMAS H. TRAPNELL | REVISE RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS. | 0.60 | 132.00 |
| 06/27/12 | THOMAS H. TRAPNELL | DISCUSS ▉▉▉▉▉▉ WITH CHRISTINE BUEN AND MR. SCHEHR. | 0.20 | 44.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0253
INVOICE NO.  1466448
PAGE NO.  2

## RE: WELCH, RENEE (#724020)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/08/12 | THOMAS H. TRAPNELL | ATTEND SETTLEMENT CONFERENCE. | 3.20 | 704.00 |
| 06/08/12 | THOMAS H. TRAPNELL | ADVISE MERS AND GMAC OF ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ | 0.20 | 44.00 |
| 06/08/12 | THOMAS H. TRAPNELL | PREPARE FOR SETTLEMENT CONFERENCE. | 0.30 | 66.00 |
| 06/08/12 | THOMAS M. SCHEHR | ANALYZE STRATEGY RE SETTLEMENT CONFERENCE. | 0.20 | 68.00 |
| 06/25/12 | THOMAS M. SCHEHR | REVIEW REPORT AND RECOMMENDATION TO GRANT MOTION TO DISMISS FILED BY MAGISTRATE JUDGE. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**................................................................ 4.10
**TOTAL LEGAL FEES** ..................................................................................$ 950.00

| DISBURSEMENTS | |
|---------------|------|
| TELECOMMUNICATIONS | 0.00 |
| FAX | 0.00 |
| PRINTING EXPENSES | 0.00 |

**TOTAL DISBURSEMENTS** ...................................$   0.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.    086797-0256
INVOICE NO.  1466449
PAGE NO.  2

## RE:  CONWAY VS. FNMA AND GMAC MORTGAGE

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH FORECLOSURE COUNSEL RE CIRCUIT COURT OPINION ON DISPOSITIVE MOTION. | 0.50 | 107.50 |
| 06/12/12 | AARON L. VORCE | EXAMINE COURT ORDERS RE SCHEDULING CONFERENCE AND FACILITATIVE MEDIATION. | 0.20 | 43.00 |
| 06/15/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ███████ | 0.20 | 43.00 |
| 06/18/12 | AARON L. VORCE | RESEARCH RE ███████████ | 2.20 | 473.00 |
| 06/18/12 | AARON L. VORCE | RESEARCH RE ████████████████ ██████ | 1.80 | 387.00 |
| 06/19/12 | AARON L. VORCE | DRAFT BRIEF IN SUPPORT OF SECOND MOTION FOR SUMMARY DISPOSITION. | 5.80 | 1,247.00 |
| 06/20/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ██████████ | 0.20 | 43.00 |
| 06/20/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH CLIENT RE ████████████████ | 0.20 | 43.00 |
| 06/20/12 | THOMAS M. SCHEHR | PREPARE MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 06/21/12 | AARON L. VORCE | CORRESPONDENCE WITH CLIENT RE ██████████ | 0.20 | 43.00 |
| 06/21/12 | AARON L. VORCE | REVISE BRIEF IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 0.50 | 107.50 |
| 06/21/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH CLIENT RE ████████████████ | 0.20 | 43.00 |
| 06/21/12 | AARON L. VORCE | EXAMINE CORRESPONDENCE FROM FNMA RE ████████████████ | 0.20 | 43.00 |
| 06/21/12 | AARON L. VORCE | DRAFT ███████FOR CLIENT. | 0.30 | 64.50 |
| 06/21/12 | THOMAS M. SCHEHR | REVISE MOTION TO DISMISS. | 0.70 | 238.00 |
| 06/22/12 | AARON L. VORCE | CORREPSONDENCE WITH CLIENT RE ████████████ | 0.20 | 43.00 |
| 06/22/12 | AARON L. VORCE | DRAFT ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT. | 1.40 | 301.00 |
| 06/22/12 | AARON L. VORCE | TELEPHONE CONFERENCE WITH FNMA RE ██████████ | 0.20 | 43.00 |

# Dykema

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0264
INVOICE NO.  1466453
PAGE NO.  2

## RE:  DEUTSCHE BANK V CONNOLLY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███████ | 0.10 | 24.00 |
| 06/01/12 | NASSEEM S. RAMIN | REVISE RESPONSE IN OPPOSITION TO MOTION TO AMEND. | 0.40 | 96.00 |
| 06/01/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE MOTION TO AMEND. | 0.20 | 48.00 |
| 06/01/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL AND JUDGE'S CLERK RE WITHDRAWAL OF MOTION TO AMEND COMPLAINT. | 0.50 | 170.00 |
| 06/08/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' RESPONSES TO REQUESTS FOR ADMISSION. | 0.20 | 48.00 |
| 06/08/12 | THOMAS M. SCHEHR | REVIEW RESPONSES TO REQUESTS FOR ADMISSION. | 0.20 | 68.00 |
| 06/13/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ██████████ | 0.10 | 24.00 |
| 06/14/12 | NASSEEM S. RAMIN | PREPARE FOR STATUS CONFERENCE. | 0.40 | 96.00 |
| 06/18/12 | THOMAS M. SCHEHR | ATTEND COURT MANDATED STATUS CONFERENCE. | 2.90 | 986.00 |
| 06/18/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████████ | 0.50 | 170.00 |
| 06/18/12 | THOMAS M. SCHEHR | ANALYZE MOTION TO AMEND ANSWERS TO REQUESTS FOR ADMISSION. | 0.40 | 136.00 |
| 06/19/12 | THOMAS M. SCHEHR | PREPARE FOR HEARING ON MOTION TO AMEND ANSWERS TO REQUESTS FOR ADMISSION. | 1.10 | 374.00 |
| 06/19/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ██████████ | 0.30 | 102.00 |
| 06/20/12 | NASSEEM S. RAMIN | RESEARCH RE ██████████ | 0.40 | 96.00 |
| 06/20/12 | NASSEEM S. RAMIN | DRAFT PROPOSED ORDER SANCTIONING BORROWERS' COUNSEL FOR FAILURE TO RESPOND TO DISCOVERY. | 0.30 | 72.00 |

# DyKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0264
INVOICE NO.   1466453
PAGE NO.  3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/20/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE | 0.40 | 136.00 |
| 06/20/12 | THOMAS M. SCHEHR | PREPARE FOR AND ATTEND HEARING ON MOTION TO AMEND RESPONSES TO REQUESTS FOR ADMISSION. | 4.70 | 1,598.00 |
| 06/21/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' RESPONSES TO INTERROGATORIES. | 0.20 | 48.00 |
| 06/21/12 | NASSEEM S. RAMIN | DRAFT OUTLINE FOR BORROWERS' DEPOSITIONS | 2.10 | 504.00 |
| 06/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE RESPONSE TO DISCOVERY REQUESTS. | 0.20 | 48.00 |
| 06/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE | 0.10 | 24.00 |
| 06/21/12 | NASSEEM S. RAMIN | ANALYSIS OF DOCUMENTS PRODUCED BY BORROWERS. | 0.40 | 96.00 |
| 06/24/12 | NASSEEM S. RAMIN | ANALYSIS OF DOCUMENTS IN PREPARATION FOR BORROWERS' DEPOSITIONS. | 0.90 | 216.00 |
| 06/24/12 | NASSEEM S. RAMIN | REVISE MEMORANDUM RE BORROWERS' DEPOSITIONS. | 0.30 | 72.00 |
| 06/25/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT REPORTER RE BORROWERS' DEPOSITIONS. | 0.10 | 24.00 |
| 06/25/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE BORROWERS' DEPOSITIONS. | 0.20 | 48.00 |
| 06/25/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE | 0.30 | 102.00 |
| 06/25/12 | THOMAS M. SCHEHR | PREPARE FOR DEPOSITIONS OF MR. AND MRS. CONNOLLY. | 3.40 | 1,156.00 |
| 06/26/12 | NASSEEM S. RAMIN | COMMUNICATE WITH EVICTION COUNSEL RE STRATEGY FOR DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 06/26/12 | NASSEEM S. RAMIN | COMMUNICATE WITH COURT CLERK RE ESCROW PAYMENTS. | 0.10 | 24.00 |
| 06/26/12 | NASSEEM S. RAMIN | COMMUNICATE WITH EVICTION COUNSEL RE ORDER FOR ESCROW PAYMENTS. | 0.10 | 24.00 |
| 06/26/12 | THOMAS M. SCHEHR | TAKE DEPOSITION OF MR. CONNOLLY. | 0.90 | 306.00 |
| 06/26/12 | THOMAS M. SCHEHR | TAKE DEPOSITION OF MS. CONNOLLY. | 0.90 | 306.00 |
| 06/27/12 | THOMAS M. SCHEHR | REVIEW AUTHORITY RE _____ FOR MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0267
INVOICE NO.  1466455
PAGE NO.  2

## RE: BANK OF NEW YORK VS. COREY MESSNER

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/05/12 | STEPHEN C. BORGSDORF | CONFER WITH COURT REGARDING ORAL ARGUMENT. | 0.20 | 44.00 |
| 06/11/12 | STEPHEN C. BORGSDORF | PREPARE FOR ORAL ARGUMENT. | 2.60 | 572.00 |
| 06/18/12 | STEPHEN C. BORGSDORF | PREPARE FOR AND APPEAR AT ORAL ARGUMENT IN JACKSON COUNTY CIRCUIT COURT. | 5.50 | 1,210.00 |
| 06/18/12 | THOMAS M. SCHEHR | PREPARE FOR ORAL ARGUMENT ON APPEAL. | 0.20 | 68.00 |
| 06/19/12 | STEPHEN C. BORGSDORF | UPDATE TO MS. BUEN AND MR. SCHEHR ███ ███████ | 0.70 | 154.00 |
| 06/19/12 | THOMAS M. SCHEHR | ANALYZE RESULTS OF APPELLATE ARGUMENT. | 0.20 | 68.00 |

TOTAL ATTORNEY & PARALEGAL TIME........................................................ 9.40
TOTAL LEGAL FEES .................................................................................$ 2,116.00

| DISBURSEMENTS | |
|---------------|---|
| TELECOMMUNICATIONS | 0.00 |
| PRINTING EXPENSES | 0.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | **0.00** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0271
INVOICE NO.  1466458
PAGE NO.  2

## RE: ADAMS, ROBERT V GMAC, ET AL - CASE NO: 12-125911

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/04/12 | MATTHEW MITCHELL | TELEPHONE TO COURT CLERK RE DISPOSITIVE MOTION SCHEDULING. | 0.10 | 25.00 |
| 06/04/12 | MATTHEW MITCHELL | CORRESPONDENCE TO PLAINTIFF'S COUNSEL RE DISPOSITIVE MOTION SCHEDULING. | 0.10 | 25.00 |
| 06/06/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/06/12 | MATTHEW MITCHELL | PREPARE FOR SUMMARY DISPOSITION HEARING. | 1.20 | 300.00 |
| 06/06/12 | MATTHEW MITCHELL | ATTEND SUMMARY DISPOSITION HEARING IN OAKLAND COUNTY, MICHIGAN. | 1.90 | 475.00 |
| 06/06/12 | THOMAS M. SCHEHR | REVIEW MOTION TO DISMISS. | 0.20 | 68.00 |
| 06/07/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |
| 06/07/12 | MATTHEW MITCHELL | DRAFT PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.30 | 75.00 |
| 06/08/12 | MATTHEW MITCHELL | TELEPHONE WITH COURT CLERK RE SUBMISSION OF ORDER CONCERNING DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.10 | 25.00 |
| 06/15/12 | MATTHEW MITCHELL | REVIEW DRAFT ORDER CONCERNING SUMMARY DISPOSITION PRIOR TO FILING. | 0.10 | 25.00 |
| 06/19/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ███████ | 0.10 | 25.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**........................................................................   **4.30**
**TOTAL LEGAL FEES** ...........................................................................................$   **1,093.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0273
INVOICE NO.  1466460
PAGE NO.  2

## RE:  SCOLA, FRANK

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/11/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 | 24.00 |
| 06/11/12 | NASSEEM S. RAMIN | DRAFT NOTICE OF STAY. | 0.10 | 24.00 |
| 06/12/12 | NASSEEM S. RAMIN | DRAFT DISPOSITIVE MOTION FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | 0.40 | 96.00 |
| 06/12/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.20 | 48.00 |
| 06/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CO-DEFENDANT'S COUNSEL RE DISPOSITIVE MOTION. | 0.10 | 24.00 |
| 06/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT ▮▮▮▮▮ | 0.10 | 24.00 |
| 06/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.20 | 48.00 |
| 06/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 | 24.00 |
| 06/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH PLAINTIFF RE HEARING ON DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 06/27/12 | NASSEEM S. RAMIN | ATTEND STATUS CONFERENCE. | 3.70 | 888.00 |
| 06/27/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮▮▮ | 0.10 | 24.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**....................................................................... **5.30**
**TOTAL LEGAL FEES** ...............................................................................................**$    1,272.00**

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0275
INVOICE NO.  1466461
PAGE NO.  2

## RE: HOGAN-KNOX, DONNA LEE

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/01/12 | NSRA | ANALYSIS OF EXHIBITS TO MOTION TO DISMISS. | 0.40 |
| 06/27/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/29/12 | NSRA | ATTEND HEARING ON MOTION TO DISMISS. | 3.70 |
| 06/29/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.20 |
| 06/29/12 | TMS | ANALYZE RESULTS OF HEARING ON MOTION FOR SUMMARY DISPOSIITON. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**......................................................... **4.60**
**TOTAL LEGAL FEES** .............................................................................$ **1,124.00**

| DISBURSEMENTS | |
|---------------|------|
| PHOTOCOPY EXPENSES | 0.00 |
| TELECOMMUNICATIONS | 0.00 |
| PRINTING EXPENSES | 0.00 |
| LEGAL RESEARCH - OTHER DATABASES | 0.00 |
| **TOTAL DISBURSEMENTS** ...................................$ | **0.00** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.   086797-0279
INVOICE NO.  1466464
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/24/12 | MMI | DRAFT DEFENDANT'S MOTION TO DISMISS COMPLAINT. | 3.10 |
| 06/24/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ███████████████ | 0.30 |
| 06/25/12 | MMI | ANALYZE LOAN FILE RE INVESTIGATING UNDERLYING FACTS OF CASE. | 0.90 |
| 06/25/12 | MMI | CONTINUED ANALYSIS OF STRATEGY CONCERNING ███████ ███████ | 0.60 |
| 06/25/12 | MMI | ANALYSIS OF ANY ISSUE CONCERNING ████████████████ | 0.40 |
| 06/25/12 | MMI | REVISE ALL PORTIONS OF U.S. BANK'S MOTION TO DISMISS AND PREPARE SAME FOR FILING, INCLUDING CITE CHECK. | 2.40 |
| 06/25/12 | MMI | CONFERENCES WITH MS. BUEN RE ████████████ ███████ | 0.50 |
| 06/25/12 | MMI | CORRESPONDENCE TO MR. PARKER RE OBTAINING CONCURRENCE IN DISPOSITIVE MOTION. | 0.10 |
| 06/25/12 | RMB | ANALYZE DRAFT MOTION TO DISMISS DEBTOR'S TILA COMPLAINT BASED ON CAUSE OF ACTION NOW BEING OWNED BY BORROWER'S CHAPTER 7 BANKRUPTCY TRUSTEE | 0.40 |
| 06/25/12 | RMB | REVISE DRAFT MOTION TO DISMISS DEBTOR'S TILA COMPLAINT BASED ON BANKRUPTCY TRUSTEE HAVING BECOME THE OWNER OF THE DEBTOR'S TILA CLAIM | 0.30 |
| 06/25/12 | RMB | ANALYZE STRATEGY ████████ ██████████████████████ ██████████████████████ | 0.20 |
| 06/25/12 | TMS | ANALYZE STRATEGY ██████████████ | 0.30 |
| 06/27/12 | RMB | REVIEW RECENT DECISION RE APPLICATION OF JUDICIAL ESTOPPEL AGAINST DEBTOR WHO FAILED TO LIST LAWSUIT ON HIS SCHEDULES AND SEND SAME TO MAT MITCHELL | 0.10 |
| 06/28/12 | MMI | DRAFT GMACM'S COUNTER AND CROSS CLAIM. | 1.70 |
| 06/29/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████ ███████ | 0.20 |

TOTAL ATTORNEY & PARALEGAL TIME....................................................................   16.80
TOTAL LEGAL FEES ...........................................................................................$   4,887.00

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0280
INVOICE NO.  1466465
PAGE NO.  2

## RE: FLOOD, PATRICK AND JACQUELYN

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/22/12 | MMI | ANALYSIS RE INITIAL DEADLINES ASSOCIATED WITH PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER. | 0.10 |
| 05/22/12 | TMS | ANALYZE COMPLAINT. | 0.70 |
| 05/23/12 | MMI | ANALYZE FORECLOSURE FILE RE FORMULATING STRATEGY FOR OPPOSING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER. | 0.30 |
| 05/23/12 | MMI | CORRESPONDENCE TO FORECLOSURE COUNSEL RE OBTAINING FORECLOSURE FILE. | 0.10 |
| 05/23/12 | MMI | CORRESPONDENCE TO MR. PARKER RE SHERIFF'S SALE. | 0.20 |
| 05/23/12 | MMI | COMMUNICATIONS WITH MS. BUEN ███████████████████ | 0.50 |
| 05/24/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ███████████████ ████ | 0.20 |
| 05/24/12 | MMI | DRAFT PLEADINGS OPPOSING PLAINTIFS' REQUEST FOR A PRELIMINARY INJUNCTION. | 0.80 |
| 05/24/12 | MMI | COMMUNICATIONS WITH MR. PARKER RE WITHDRAWAL OF PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION. | 0.30 |
| 05/24/12 | TMS | STRATEGY RE ███████████████ | 0.40 |
| 05/29/12 | MMI | ANALYZE DOCKET RE OBTAINING STATUS OF HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER. | 0.10 |
| 05/29/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████████████ ████████████████████ | 0.10 |
| 05/31/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████████ | 0.10 |
| 06/13/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ████████████████ | 0.10 |
| 06/14/12 | MMI | REVISE CORRESPONDENCE TO MR. PARKER RE STAY OF CASE. | 0.10 |
| 06/15/12 | MMI | ANALYSIS OF STRATEGY CONCERNING ████████████ ████████████ | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME**....................................................... **4.30**
**TOTAL LEGAL FEES** .........................................................................$ **1,174.00**

# DYKEMA

**ALLY BANK**
**JULY 31, 2012**

CLIENT-MATTER NO.  086797-0281
INVOICE NO.  1466466
PAGE NO.  2

## RE:  ROACH, STEPHEN J. VS. GMAC MORTGAGE, LLC

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| 06/05/12 | NSRA | COMMUNICATE WITH COURT CLERK RE HEARING ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 0.30 |
| 06/05/12 | NSRA | DRAFT NOTICE OF AUTOMATIC STAY. | 0.20 |
| 06/05/12 | NSRA | PREPARE FOR HEARING ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 0.40 |
| 06/05/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.70 |
| 06/05/12 | NSRA | ANALYSIS OF PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 0.40 |
| 06/05/12 | NSRA | ANALYSIS OF CLAIMS IN COMPLAINT. | 0.30 |
| 06/05/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ███████ | 0.80 |
| 06/05/12 | TMS | PREPARE RESPONSE TO MOTION FOR TRO. | 0.90 |
| 06/06/12 | NSRA | ATTEND HEARING ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF. | 3.70 |
| 06/06/12 | NSRA | COMMUNICATE WITH COURT CLERK RE ORDER TO ADMINISTRATIVELY CLOSE THE CASE. | 0.20 |
| 06/06/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/11/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/13/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE RELIEF FROM BANKRUPTCY STAY. | 0.20 |
| 06/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████████ | 0.10 |
| 06/19/12 | NSRA | ANALYSIS OF ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY. | 0.20 |
| 06/20/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 06/20/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE RELIEF FROM AUTOMATIC STAY. | 0.10 |
| 06/24/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE SETTLEMENT DEMAND. | 0.30 |
| 06/28/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE MOTION TO REOPEN CASE. | 0.10 |
| 06/29/12 | NSRA | DRAFT PROPOSED ORDER TO REOPEN CASE. | 0.10 |

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.  086797-0104
INVOICE NO.  1466490
PAGE NO.  2

## RE:  LIO V. DAMOLARIS ET AL. (30806)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/26/12 | MICHAEL A. GILMAN | APPEAR IN COURT FOR STATUS ON THE SHORT SALE. | 1.00 | 355.00 |
| 06/26/12 | MICHAEL A. GILMAN | TELEPHONE CONFERENCE WITH SHEILA GREGORY RE ▮ | 0.10 | 35.50 |
| 06/26/12 | MICHAEL A. GILMAN | CORRESPONDENCE TO SHEILA GREGORY RE ▮ | 0.20 | 71.00 |

TOTAL ATTORNEY & PARALEGAL TIME.......................................................  1.30
TOTAL LEGAL FEES ........................................................................$  461.50

### DISBURSEMENTS

TELECOMMUNICATIONS                                             0.00

TOTAL DISBURSEMENTS ..................................$    0.00

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0142
INVOICE NO.  1466491
PAGE NO.  2

## RE:  SAYAH 192 S. ADDISON, 09-4119 (699560)

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/07/12 | AMY R. JONKER | E-MAIL TO MS. GREGORY REGARDING ████ | 0.10 | 29.00 |
| 06/08/12 | AMY R. JONKER | ANALYSIS OF DEFENDANT'S BANKRUPTCY AND MOTIONS FOR RELIEF FROM STAY. | 0.70 | 203.00 |
| 06/08/12 | AMY R. JONKER | E-MAILS TO AND FROM MS. GREGORY REGARDING ████████████ | 0.10 | 29.00 |
| 06/11/12 | CATHERINE BURKE | PREPARE INFORMATION RE HEARING ON STATUS OF BANKRUPTCY. | 0.10 | 15.00 |
| 06/24/12 | CATHERINE BURKE | PREPARE INFORMATION RE JULY 26, 2012 HEARING. | 0.20 | 30.00 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................... 1.20
TOTAL LEGAL FEES ...........................................................................................$ 306.00