# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0165
INVOICE NO.   1466495
PAGE NO.   2

### RE:  ALLEN V. GMAC MORTGAGE, ET CL. 701964

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/08/12 | AMY R. JONKER | PHONE CONFERENCE WITH MR. HANEY AND MR. KROPIK REGARDING ▮▮▮ | 0.30 | 87.00 |
| 06/19/12 | CATHERINE BURKE | PREPARE INFORMATION FOR JUNE 27, 2012 TRIAL CALL. | 0.80 | 120.00 |
| 06/25/12 | DAWN WILLIAMS | ANALYZE CORRESPONDENCE FROM MS. JONKER RE ▮▮▮ | 0.20 | 29.70 |
| 06/26/12 | DAWN WILLIAMS | PREPARE FOR ATTENDANCE AT STATUS CONFERENCE RE BANKRUPTCY STAY. | 0.30 | 44.55 |
| 06/27/12 | DAWN WILLIAMS | PREPARE FOR AND ATTENDANCE AT STATUS HEARING | 2.70 | 400.95 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................... 4.30
**TOTAL LEGAL FEES** ...............................................................................................$ 682.20

# Dykema

ALLY BANK  
JULY 31, 2012

CLIENT-MATTER NO.   086797-0227  
INVOICE NO.   1466497  
PAGE NO.   2

**RE:  MAXINE CARTHAN-RAGLAND**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/12 | IRINA V. FRYE | COMMUNICATE WITH MR. JAMISON REGARDING NOTICE OF BANKRUPTCY (0.1); PREPARE NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY (0.3). | 0.40 | 82.80 |
| 06/01/12 | JEFFREY E. JAMISON | COMMUNICATION WITH CLIENT ███████ ████████████; REVIEW AND COMMENT ON NOTIFICATION OF BANKRUPTCY (.4); RESEARCH ███████████████████ ██████ | 1.90 | 551.00 |
| 06/04/12 | IRINA V. FRYE | PER MR. JAMISON, FILE ELECTRONICALLY NOTICE OF BANKRUPTCY AND EFFECT OF AUTOMATIC STAY (0.2); PREPARE COURTESY COPY OF COURT-FILED NOTICE OF BANKRUPTCY AND COORDINATE HAND DELIVERY OF SAME TO JUDGE FEINERMAN. | 0.60 | 124.20 |
| 06/07/12 | IRINA V. FRYE | EMAILS FROM AND TO MESSRS. ARGER AND JAMISON REGARDING CASE STATUS IN LIGHT OF BANKRUPTCY (0.2); REVIEW ELECTRONIC CASE DOCKET AND ANALYZE FOR APPLICABLE DATES ORDERS ENTERED 5/11/12, 6/1/12 AND 6/4/12 AND FIRST AMENDED COMPLAINT AND CALENDAR 6/18/12 DRAFT OF MERS'S MOTION TO DISMISS DUE TO CLIENT, 6/21/12 MERS'S MOTION TO DISMISS DUE DATE, 7/24/12 STATUS HEARING AND 7/17/12 INITIAL JOINT STATUS REPORT DUE DATE AND REMOVE CALENDAR ENTRY FOR 6/12/12 STATUS HEARING (0.4). | 0.60 | 124.20 |
| 06/07/12 | JEFFREY E. JAMISON | REVIEW ORDER FROM COURT RE: AUTOMATIC STAY (.3); ATTORNEY COMMUNICATION RE: ████████████████████████████████ ████████████████████████ | 2.00 | 580.00 |
| 06/11/12 | JEFFREY E. JAMISON | DRAFT MOTION TO DISMISS AMENDED COMPLAINT FOR MERS (3.9); RESEARCH RE: ████████████████ | 4.80 | 1,392.00 |
| 06/12/12 | IRINA V. FRYE | PROOFREAD MERS'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MAKE EDITS (1.7); PREPARE EXHIBITS A-E TO MEMORANDUM (0.6). | 2.30 | 476.10 |

# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0252
INVOICE NO.   1466500
PAGE NO.   2

## RE: BONY V. HUITRON

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/12 | AMANDA BENNETT | RESEARCH RE REPLY IN SUPPORT OF MOTION TO DISMISS. | 1.00 | 315.00 |
| 06/05/12 | AMY R. JONKER | DRAFTING REPLY IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 3.50 | 1,015.00 |
| 06/06/12 | AMY R. JONKER | E-MAILS TO AND FROM MR. HUITZIL REGARDING ■■■ | 0.20 | 58.00 |
| 06/06/12 | AMY R. JONKER | REVISE REPLY IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS | 0.90 | 261.00 |
| 06/20/12 | AMANDA BENNETT | PARTICIPATING IN HEARING ON MOTION FOR SUMMARY JUDGMENT. | 1.80 | 567.00 |
| 06/20/12 | AMY R. JONKER | E-MAILS TO AND FROM MS. GREGORY AND MR. HUITZIL REGARDING ■■■ | 0.30 | 87.00 |
| 06/26/12 | CATHERINE BURKE | PREPARE INFORMATION RE PROVISION OF COURTESY COPIES AND HEARING ON MOTION TO DISMISS COUNTERCLAIMS. | 0.20 | 30.00 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................... 7.90
TOTAL LEGAL FEES ....................................................................................$ 2,333.00

# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO.   086797-0263
INVOICE NO.   1466503
PAGE NO.   2

**RE: US BANK V. ELLIS**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/12/12 | EDWARD W. SOMERS | PREPARE FOR AND ATTEND HEARING ON MOTION TO STRIKE AND DISMISS. | 1.20 | 264.00 |
| 06/13/12 | CATHERINE BURKE | PREPARE INFORMATION RE BRIEFING SCHEDULE, PROVISION OF COURTESY COPIES, AND HEARING ON U.S. BANK MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 0.30 | 45.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.............................................................. **1.50**
**TOTAL LEGAL FEES** ...............................................................................$ **309.00**

### DISBURSEMENTS

| PRINTING EXPENSES | 0.00 |
|---|---|

**TOTAL DISBURSEMENTS** ................................$  **0.00**

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

12-12020-mg    Doc 2261-3    Filed 12/07/12    Entered 12/07/12 17:11:13    Exhibit A-2
    Pg 5 of 19



**ALLY BANK**
**AUGUST 31, 2012**

CLIENT-MATTER NO.   086797-0142
INVOICE NO.   1471106
PAGE NO.   2

**RE:  SAYAH 192 S. ADDISON, 09-4119 (699560)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/04/12 | CATHERINE BURKE | PREPARE INFORMATION RE JUNE 7, 2012 COURT HEARING. | 0.20 | 30.00 |
| 07/23/12 | CATHERINE BURKE | PREPARE INFORMATION RE STATUS CONFERENCE. | 0.20 | 30.00 |
| 07/25/12 | AMY R. JONKER | ANALYZE STATUS OF BANKRUPTCY STAYS FOR STATUS HEARINGS. | 0.40 | 116.00 |
| 07/26/12 | AMY R. JONKER | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ E-MAILS TO MS. GREGORY REGARDING SAME. | 0.20 | 58.00 |
| 07/26/12 | BRETT J. NATARELLI | PARTICIPATE IN COURT STATUS HEARING. | 0.90 | 180.00 |
| 07/31/12 | AMY R. JONKER | TELEPHONE CONFERENCE WITH AND E-MAILS TO AND FROM MS. GREGORY REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ .6); E-MAILS TO AND FROM MS. GEORGOPOLOUS REGARDING STATUS OF MOTION FOR RELIEF FROM STAY FOR WOODDALE PROPERTY (.3). | 0.90 | 261.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..........................................................................  2.80
**TOTAL LEGAL FEES** .........................................................................................$    675.00

# DYKEMA

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0145
INVOICE NO.   1471107
PAGE NO.   2

**RE:  SAYAH 195 S. WOODDALE, 09-4151 (700321)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/26/12 | BRETT J. NATARELLI | PARTICIPATE IN COURT STATUS HEARING. | 0.90 | 180.00 |

TOTAL ATTORNEY & PARALEGAL TIME......................................................................   0.90
TOTAL LEGAL FEES ...............................................................................................$   180.00

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0146
INVOICE NO.   1471108
PAGE NO.   2

**RE: SAYAH 4N695 CHURCH RD, 09-4150 (700248)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/26/12 | BRETT J. NATARELLI | PARTICIPATE IN COURT STATUS HEARING. | 1.00 | 200.00 |

TOTAL ATTORNEY & PARALEGAL TIME................................................................. 1.00
TOTAL LEGAL FEES .........................................................................................$ 200.00

12-12020-mg    Doc 2262-3    Filed 11/26/12    Entered 11/26/12 17:13:57    Exhibit A-2
Pg 85 of 259

# Dykema

ALLY BANK  
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0264  
INVOICE NO.   1471138  
PAGE NO.   2

## RE: DEUTSCHE BANK V CONNOLLY

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/10/12 | NASSEEM S. RAMIN | COMMUNICATE WITH BORROWERS' COUNSEL RE DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 07/12/12 | NASSEEM S. RAMIN | DRAFT CORRESPONDENCE TO BORROWERS' COUNSEL RE RECENT DECISIONS AFFECTING DISPOSITIVE MOTION. | 0.70 | 168.00 |
| 07/12/12 | THOMAS M. SCHEHR | PREPARE FOR HEARING ON MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 07/16/12 | NASSEEM S. RAMIN | ANALYSIS OF CORRESPONDENCE FROM BORROWERS' COUNSEL RE DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 07/16/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███ | 0.10 | 24.00 |
| 07/16/12 | NASSEEM S. RAMIN | RESEARCH AND DRAFT DISPOSITIVE MOTION. | 7.00 | 1,680.00 |
| 07/16/12 | THOMAS M. SCHEHR | ANALYZE CORRESPONDENCE FROM MR. PARKER RE MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 07/16/12 | THOMAS M. SCHEHR | REVIEW CASE LAW RE DEFENDANTS' MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 07/17/12 | NASSEEM S. RAMIN | COMMUNICATE WITH FORECLOSURE COUNSEL RE DEPOSITION TRANSCRIPT. | 0.10 | 24.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH FORECLOSURE COUNSEL RE ASSIGNMENT OF MORTGAGE. | 0.10 | 24.00 |
| 07/18/12 | NASSEEM S. RAMIN | ANALYSIS OF EXHIBITS TO DISPOSITIVE MOTION. | 0.90 | 216.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ███ | 0.20 | 48.00 |
| 07/18/12 | NASSEEM S. RAMIN | COMMUNICATE WITH FORECLOSURE COUNSEL RE ENDORSED NOTE. | 0.20 | 48.00 |
| 07/18/12 | THOMAS M. SCHEHR | REVISE BRIEF IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 5.50 | 1,870.00 |
| 07/19/12 | NASSEEM S. RAMIN | ANALYSIS OF BORROWERS' DISPOSITIVE MOTION. | 0.20 | 48.00 |
| 07/19/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE BORROWERS' ███ | 0.30 | 72.00 |
| 07/19/12 | THOMAS M. SCHEHR | TELEPHONE CONFERENCE WITH MS. BUEN RE ███ | 0.20 | 68.00 |

12-12020-mg    Doc 2276-3    Filed 11/26/12    Entered 11/26/12 17:13:57    Exhibit A-2
Pg 89 of 259

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.  086797-0266
INVOICE NO.  1471139
PAGE NO.  2

**RE: MASON, TERESA V. GMAC MORTGAGE, LLC**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/12 | THOMAS H. TRAPNELL | REVIEW CASE FILE TO DETERMINE ▮▮▮▮▮▮▮▮▮▮ | 0.30 | 66.00 |
| 07/02/12 | THOMAS H. TRAPNELL | DRAFT ANSWER TO PLAINTIFF'S COMPLAINT. | 2.30 | 506.00 |
| 07/03/12 | THOMAS H. TRAPNELL | REVIEW INTERIM SUPPLEMENTAL ORDER FILED IN S.D.N.Y. TO DETERMINE IF IT IS AN APPROPRIATE EXHIBIT TO GMAC'S ANSWER TO PLAINTIFF'S COMPLAINT. | 0.30 | 66.00 |
| 07/05/12 | THOMAS H. TRAPNELL | DRAFT NOTICE OF GMAC'S BANKRUPTCY FILING AND NOTICE OF TERMS OF INTERIM SUPPLEMENTAL ORDER. | 0.40 | 88.00 |
| 07/09/12 | THOMAS M. SCHEHR | REVISE ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES. | 0.60 | 204.00 |
| 07/11/12 | THOMAS M. SCHEHR | FURTHER REVISIONS TO ANSWER TO COMPLAINT. | 0.20 | 68.00 |
| 07/12/12 | THOMAS H. TRAPNELL | FINAL REVISIONS TO ANSWER TO COMPLAINT PRIOR TO FILING. | 1.50 | 330.00 |
| 07/13/12 | THOMAS H. TRAPNELL | CALL JUDGE'S CHAMBERS TO ADDRESS ADMINISTRATIVE CLOSING OF CASE DESPITE BIFURCATED BANKRUPTCY STAY NOTICE FILED BY GMAC. | 0.30 | 66.00 |
| 07/24/12 | THOMAS H. TRAPNELL | DRAFT STIPULATED ORDER REOPENING CASE. | 0.60 | 132.00 |
| 07/24/12 | THOMAS H. TRAPNELL | CALL COURT TO DETERMINE WHETHER CASE HAS REOPENED AND WHETHER COURT HAS CORRECT CONTACT INFORMATION. | 0.40 | 88.00 |
| 07/24/12 | THOMAS M. SCHEHR | REVISE STIPULATION REOPENING CASE IN LIGHT OF BANKRUPTCY ORDER. | 0.20 | 68.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................  7.10
**TOTAL LEGAL FEES** .......................................................................................... $  1,682.00

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0273
INVOICE NO.   1471187
PAGE NO.   2

**RE: SCOLA, FRANK**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/26/12 | NASSEEM S. RAMIN | PREPARE FOR STATUS CONFERENCE. | 0.40 | 96.00 |
| 07/13/12 | NASSEEM S. RAMIN | DRAFT PROPOSED ORDER OF DISMISSAL. | 0.20 | 48.00 |
| 07/13/12 | NASSEEM S. RAMIN | PREPARE FOR HEARING ON DISPOSITIVE MOTION. | 0.70 | 168.00 |
| 07/16/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 07/16/12 | NASSEEM S. RAMIN | ATTEND HEARING ON DISPOSITIVE MOTION. | 4.10 | 984.00 |
| 07/16/12 | THOMAS M. SCHEHR | ANALYZE RESULTS OF HEARING ON MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |

TOTAL ATTORNEY & PARALEGAL TIME...................................................................... 5.70
TOTAL LEGAL FEES ..............................................................................................$ 1,388.00



**DYKEMA**

ALLY BANK  
AUGUST 31, 2012

CLIENT-MATTER NO.  086797-0284  
INVOICE NO.  1471204  
PAGE NO.  2

RE: SYLVESTER, VERONICA

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/28/12 | MMI | ANALYSIS RE INITIAL DEADLINES IN CASE. | 0.20 |
| 06/28/12 | TMS | ANALYZE COMPLAINT. | 0.20 |
| 06/29/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.20 |
| 06/29/12 | TMS | ANALYZE STRATEGY FOR DEFENSE OF MATTER. | 0.20 |
| 07/03/12 | MMI | CORRESPONDENCE TO MS. MACK RE ▮▮▮▮▮ | 0.30 |
| 07/09/12 | MMI | ANALYSIS RE PROCESSING OF LOAN FILE. | 0.20 |
| 07/10/12 | MMI | ANALYSIS RE REMOVAL ISSUES. | 0.10 |
| 07/19/12 | MMI | DRAFT NOTICE OF REMOVAL. | 0.60 |
| 07/19/12 | MMI | CORRESPONDENCE TO MS. KATZ RE OBTAINING FORECLOSURE FILE. | 0.10 |
| 07/19/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 |
| 07/20/12 | MMI | CORRESPONDENCE TO MS. MACK RE ▮▮▮▮▮ | 0.10 |
| 07/20/12 | MMI | REVISE NOTICE OF REMOVAL. | 0.20 |
| 07/25/12 | MMI | DRAFT DISCLOSURE STATEMENT FOR FANNIE MAE. | 0.10 |
| 07/25/12 | MMI | DRAFT FANNIE MAE'S MOTION TO DISMISS. | 3.10 |
| 07/25/12 | MMI | RESEARCH CASE LAW IN SUPPORT OF MOTION TO DISMISS. | 1.30 |
| 07/25/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 |
| 07/26/12 | MMI | CORRESPONDENCE TO MR. GREENWOOD RE CONCURRENCE IN MOTION TO DISMISS. | 0.10 |
| 07/26/12 | MMI | REVIEW EXHIBITS TO MOTION TO DISMISS FOR COMPLETENESS AND ACCURACY. | 0.20 |
| 07/26/12 | MMI | MAKE FINAL REVISIONS TO DISPOSITIVE BRIEF BEFORE FILING, INCLUDING CITE CHECKS. | 0.90 |
| 07/27/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ▮▮▮▮▮ | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................. 8.40  
**TOTAL LEGAL FEES** ..........................................................................................$ 2,136.00

12-12020-mg    Doc 2272-3    Filed 11/26/12    Entered 11/26/12 17:13:37    Exhibit A-2
Pg 132 of 159

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO. 086797-0285
INVOICE NO. 1471205
PAGE NO. 2

**RE: GLEASON, ERIN**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/28/12 | TMS | ANALYZE COMPLAINT. | 0.40 |
| 06/29/12 | TMS | ANALYZE POSSIBILITY OF REMOVAL TO FEDERAL COURT. | 0.20 |
| 07/09/12 | SCBO | REVIEW FACT PACKAGE. | 0.80 |
| 07/09/12 | SCBO | RESEARCH REGARDING DEFENSES TO QUIET TITLE CLAIM MOTION TO DISMISS. | 2.40 |
| 07/12/12 | SCBO | DEVELOP STRATEGY ███ | 1.10 |
| 07/13/12 | MAB | REQUEST TITLE SEARCH CONCERNING MILAN MICHIGAN PROPERTY. | 0.20 |
| 07/13/12 | SCBO | FILE NOTICE OF BANKRUPTCY. | 0.20 |
| 07/13/12 | SCBO | RESEARCH AND ANALYSIS REGARDING ███ | 1.30 |
| 07/13/12 | TMS | ANALYZE WHETHER ███ | 0.20 |
| 07/16/12 | MAB | REVIEW CORRESPONDENCE RE TITLE SEARCH. | 0.20 |
| 07/16/12 | SCBO | DEVELOP ARGUMENTS FOR MOTION TO DISMISS. | 2.20 |
| 07/18/12 | SCBO | ███ STRATEGY; DEVELOP ARGUMENTS ███ | 1.70 |
| 07/18/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ███ | 0.20 |
| 07/19/12 | SCBO | PREPARE REMOVAL PAPERS. | 0.30 |
| 07/19/12 | TMS | ANALYZE FINAL ORDER REGARDING AUTOMATIC STAY AND ITS EFFECT ON REMOVAL OF CLAIMS BASED ON FRADULENT JOINDER OF GMAC. | 0.20 |
| 07/20/12 | MAB | ANALYZE CORRESPONDENCE CONCERNING ROOSEVELT LANE PROPERTY AND LIENS OF RECORD. | 0.20 |
| 07/20/12 | SCBO | ANALYSIS OF ███; CONFER WITH MR. SCHEHR AND MS. BUEN. | 1.30 |
| 07/20/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ███ | 0.40 |
| 07/20/12 | TMS | ANALYZE ███ | 0.40 |
| 07/23/12 | MAB | ANALYZE CORRESPONDENCE RE TITLE SEARCH FEE. | 0.20 |
| 07/23/12 | TMS | PREPARE MOTION FOR SUMMARY DISPOSITION. | 0.20 |
| 07/25/12 | SCBO | ANALYSIS AND FILING OF WITHDRAWAL OF NOTICE OF BANKRUPTCY. | 0.80 |
| 07/25/12 | SCBO | PREPARE MOTION TO DISMISS. | 5.10 |

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0285
INVOICE NO.   1471205
PAGE NO.   3

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/26/12 | SCBO | DRAFT MOTION FOR SUMMARY DISPOSITION. | 4.20 |
| 07/27/12 | TMS | REVISE MOTION FOR SUMMARY DISPOSITION. | 0.80 |
| 07/30/12 | SCBO | FINALIZE AND CIRCULATE DRAFT MOTION FOR SUMMARY DISPOSITION. | 2.10 |

TOTAL ATTORNEY & PARALEGAL TIME................................................................... 26.30
TOTAL LEGAL FEES ........................................................................................... $ 6,090.00



12-12020-mg    Doc 2272-3    Filed 11/26/12    Entered 11/26/12 17:13:57    Exhibit A-2
Pg 14 of 20

ALLY BANK  
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0288  
INVOICE NO.   1471210  
PAGE NO.   2

**RE: WALLACE, LINDA V. GMAC, ET AL**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/05/12 | NSRA | RESEARCH RE ▮▮▮▮ | 0.50 |
| 07/05/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.30 |
| 07/05/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE STATUS OF EVICTION. | 0.10 |
| 07/05/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.10 |
| 07/05/12 | NSRA | DRAFT RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION. | 5.60 |
| 07/05/12 | TMS | EXAMINE COMPLAINT. | 0.30 |
| 07/06/12 | NSRA | DEVELOP STRATEGY FOR ▮▮▮▮ | 0.30 |
| 07/06/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.20 |
| 07/06/12 | NSRA | DRAFT NOTICE OF REMOVAL. | 1.50 |
| 07/06/12 | NSRA | DRAFT NOTICE OF BANKRUPTCY. | 0.20 |
| 07/06/12 | NSRA | RESEARCH RE EFFECT OF DEFENDANT'S BANKRUPTCY ON ▮▮▮▮ | 1.40 |
| 07/06/12 | TMS | DRAFT RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER. | 1.80 |
| 07/06/12 | TMS | REVIEW CASE LAW RE ▮▮▮▮ | 0.60 |
| 07/09/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.10 |
| 07/09/12 | NSRA | REVISE NOTICE OF REMOVAL. | 0.30 |
| 07/09/12 | TMS | PREPARE MOTION TO DISMISS. | 0.40 |
| 07/10/12 | NSRA | COMMUNICATE WITH COURT CLERK RE NOTICE OF REMOVAL. | 0.10 |
| 07/10/12 | NSRA | ANALYSIS OF EXHIBITS TO NOTICE OF REMOVAL. | 0.30 |
| 07/10/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE NOTICE OF REMOVAL. | 0.10 |
| 07/10/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.20 |
| 07/12/12 | NSRA | DRAFT MOTION TO DISMISS. | 1.90 |
| 07/12/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.10 |
| 07/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮▮▮▮ | 0.10 |
| 07/13/12 | TMS | REVISE MOTION TO DISMISS. | 0.80 |
| 07/16/12 | NSRA | REVIEW MOTION TO DISMISS. | 0.50 |

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.  086797-0289
INVOICE NO.  1471212
PAGE NO.  2

**RE: STONEGATE V. HONGERMEIER**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/10/12 | MAGI | ANALYZE COMPLAINT AND EXHIBITS (INSURANCE POLICY AND DECLARATIONS) (.6); ANALYZE FACT PACKAGES (.8) | 1.40 |
| 07/12/12 | MAGI | ANALYZE DOCUMENTS CONTAINED IN LOAN FILES. | 1.70 |
| 07/13/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ▮ | 0.20 |
| 07/13/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ▮ | 0.30 |
| 07/13/12 | MAGI | REVIEW OF ADDITIONAL DOCUMENTS, PART 1 OF LOAN FILE. | 0.20 |
| 07/17/12 | BWC | PREPARATION AND ATTENDANCE AT CASE MANAGEMENT CONFERENCE | 1.30 |
| 07/18/12 | CB | ADD CASE INFORMATION TO CASE MANAGEMENT REPORT (.2); PREPARE INFORMATION RE DUE DATE TO ANSWER OR OTHERWISE PLEAD AND STATUS ON PLEADINGS AND SERVICE (.2). | 0.40 |

**TOTAL ATTORNEY & PARALEGAL TIME**....................................................................... 4.90
**TOTAL LEGAL FEES** ..............................................................................................$ 1,547.00

12-12020-mg   Doc 2262-3   Filed 11/26/12   Entered 11/26/12 17:13:37   Exhibit A-2
    Pg 148 of 259



# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO.   086797-0291
INVOICE NO.   1471214
PAGE NO.   2

## RE: SIEGEL, ERIC D. VS. GMAC MORTGAGE, ET AL.

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/11/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ▮▮▮ | 0.10 |
| 07/11/12 | MMI | ANALYSIS RE INITIAL STRATEGY ISSUES, INCLUDING DEADLINES. | 0.20 |
| 07/11/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮ | 0.60 |
| 07/11/12 | TMS | ANALYZE COMPLAINT. | 0.90 |
| 07/12/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮▮▮ | 0.20 |
| 07/20/12 | EKK1 | CREATION OF DOCUMENT PRODUCTION TRACKING DATABASE IN SUMMATION. LOAD INITIAL PRODUCTION OF DOCUMENTS AND VERIFY ACCURACY OF DATABASE. | 1.50 |
| 07/24/12 | MMI | RESEARCH ▮▮▮ | 0.60 |
| 07/24/12 | MMI | ANALYSIS RE STRATEGY CONCERNING ▮▮▮ | 0.70 |
| 07/26/12 | MMI | DRAFT MOTION FOR SUMMARY DISPOSITION. | 4.40 |
| 07/27/12 | DADE | PROOFREAD, EDIT, CITE CHECK CASE LAW CITED IN BRIEF FOR SUMMARY DISPOSITION MOTION. | 2.40 |
| 07/27/12 | MMI | RESEARCH CASE LAW IN SUPPORT OF MOTION FOR SUMMARY DISPOSITION. | 0.80 |
| 07/27/12 | MMI | CORRESPONDENCE TO MR. TATARELLI RE SEEKING CONCURRENCE IN MOTION TO DISMISS. | 0.20 |
| 07/27/12 | MMI | CORRESPONDENCE TO MS. BUEN RE ▮▮▮ | 0.20 |
| 07/27/12 | MMI | REVISE NOTICE OF BANKRUPTCY FOR GMACM AND RESIDENTIAL SECURITIES. | 0.20 |
| 07/27/12 | TMS | EDIT MOTION FOR SUMMARY DISPOSITION. | 0.30 |
| 07/27/12 | VL | CONFERENCE WITH MR. MITCHELL; SEARCH AND OBTAIN COPY OF MORTGAGE. | 0.90 |
| 07/30/12 | MMI | REVISIONS TO MOTION FOR SUMMARY DISPOSITION PRIOR TO FILING, INCLUDING CITE CHECK. | 1.60 |
| 07/30/12 | MMI | COMMUNICATIONS WITH MS. BUEN RE ▮▮▮ | 0.20 |
| 07/30/12 | MMI | ANALYSIS OF NEED TO FILE NOTICE OF BANKRUPTCY. | 0.20 |
| 07/30/12 | MMI | CORRESPONDENCE TO COURT RE COURTESY COPY OF DISPOSITIVE MOTION. | 0.10 |

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO. 086797-0290
INVOICE NO. 1471421
PAGE NO. 3

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/21/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.10 |
| 06/24/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.10 |
| 06/25/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.20 |
| 07/06/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE DISPOSITIVE MOTION. | 0.30 |
| 07/06/12 | REG | REVIEW DISPOSITIVE MOTION. | 0.40 |
| 07/10/12 | NSRA | ANALYSIS OF LOAN FILE FOR DOCUMENT PRODUCTION. | 0.40 |
| 07/10/12 | NSRA | ANALYSIS OF BORROWER'S WRITTEN DISCOVERY. | 0.20 |
| 07/10/12 | NSRA | DRAFT RESPONSES TO BORROWER'S WRITTEN DISCOVERY. | 2.70 |
| 07/11/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.60 |
| 07/11/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.10 |
| 07/11/12 | NSRA | RESEARCH RE ▮ | 0.70 |
| 07/11/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSE TO MOTION TO TRANSFER. | 0.40 |
| 07/11/12 | TMS | REVISE DISCOVERY RESPONSES. | 1.30 |
| 07/12/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.30 |
| 07/12/12 | NSRA | REVISE RESPONSES TO INTERROGATORIES. | 1.10 |
| 07/12/12 | NSRA | PREPARE FOR PRE TRIAL CONFERENCE. | 1.00 |
| 07/12/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.20 |
| 07/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.30 |
| 07/13/12 | NSRA | ATTEND PRE TRIAL CONFERENCE. | 3.30 |
| 07/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.30 |
| 07/13/12 | REG | REVIEW FILE RE PRETRIAL CONFERENCE | 0.40 |
| 07/13/12 | TMS | TELEPHONE CONFERENCE WITH MS. BUEN RE ▮ | 0.20 |
| 07/17/12 | JMW1 | SCAN/BATES LABEL DOCUMENTS FOR NSRA | 1.00 |
| 07/17/12 | NSRA | ANALYSIS OF DOCUMENTS FOR PRODUCTION. | 0.80 |
| 07/17/12 | NSRA | REVISE DISCOVERY RESPONSES. | 0.20 |
| 07/17/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE ADJOURNMENT OF PRE TRIAL. | 0.10 |
| 07/17/12 | NSRA | REDACT CLIENT DOCUMENTS FOR PRODUCTION. | 1.30 |
| 07/19/12 | NSRA | COMMUNICATE WITH CLIENT RE ▮ | 0.10 |
| 07/19/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSES TO DISCOVERY. | 0.20 |

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.  086797-0243
INVOICE NO.  1475982
PAGE NO.  2

**RE: FLORENCE THICKLIN (721617)**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/08/12 | EDWARD W. SOMERS | RESEARCH REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.10 | 242.00 |
| 08/08/12 | EDWARD W. SOMERS | REVIEW DOCUMENTS FOR PRODUCTION | 2.30 | 506.00 |
| 08/09/12 | EDWARD W. SOMERS | REVIEW LOAN FILE SERVICING HISTORY FOR COMPLIANCE WITH FHA REGULATIONS. | 1.90 | 418.00 |
| 08/21/12 | EDWARD W. SOMERS | DRAFT DISCOVERY RESPONSES. | 1.10 | 242.00 |
| 08/22/12 | EDWARD W. SOMERS | REVISE RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS | 1.30 | 286.00 |
| 08/22/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE DRAFT DISCOVERY RESPONSES AND OBJECTIONS. | 0.80 | 360.00 |
| 08/25/12 | EDWARD W. SOMERS | REVIEW PRODUCTION DOCUMENTS FOR PRIVILEGE. | 3.40 | 748.00 |

TOTAL ATTORNEY & PARALEGAL TIME............................................................  11.90
TOTAL LEGAL FEES ..........................................................................$  2,802.00

# Dykema

ALLY BANK  
SEPTEMBER 27, 2012

CLIENT-MATTER NO. 086797-0252  
INVOICE NO. 1475984  
PAGE NO. 2

**RE: BONY V. HUITRON**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/12 | AMANDA BENNETT | PARTICIPATING IN HEARING ON MOTION TO DISMISS. | 2.50 | 787.50 |
| 08/03/12 | AMY R. JONKER | ANALYZE ORDER ON MOTION TO DISMISS COUNTERCLAIMS. | 0.30 | 87.00 |
| 08/03/12 | AMY R. JONKER | CORRESPONDENCE WITH MS. GREGORY REGARDING ▬▬▬ | 0.10 | 29.00 |
| 08/07/12 | CATHERINE BURKE | PREPARE INFORMATION RE DEADLINE TO REPLEAD COUNTERCLAIMS. | 0.20 | 30.00 |

TOTAL ATTORNEY & PARALEGAL TIME............................................................................ 3.10  
TOTAL LEGAL FEES .....................................................................................................$ 933.50

### DISBURSEMENTS

| | |
|---|---|
| PRINTING EXPENSES | 0.00 |

TOTAL DISBURSEMENTS ..................................$ 0.00

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0287
INVOICE NO.   1475987
PAGE NO.   2

**RE:  ALAIN MEJIA**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/19/12 | JEJ | REVIEW ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS (.6); COMMUNICATION WITH SHELIA GREGORY RE: ▆▆▆▆ (.3) | 0.90 |
| 06/21/12 | JEJ | CONFERENCE CALL WITH SHELIA GREGORY RE: ▆▆▆▆ (.5); COMMUNICATION WITH FORECLOSURE COUNSEL AT CODILIS RE: CASE POSTURE AND LOAN FILE. (.3) | 0.80 |
| 06/25/12 | JEJ | REVIEW LOAN FILE AND DOCUMENTS SENT FROM CLIENT | 1.10 |
| 08/01/12 | JEJ | PREPARE FOR AND ATTEND HEARING ON MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE AN APPEARANCE. | 1.70 |
| 08/01/12 | REG | COMMENTS RE SUMMARY JUDGMENT ISSUES | 0.40 |
| 08/21/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE: ▆▆▆▆ (.3); RESEARCH RE: ▆▆▆▆ (1.1); FACT AND LEGAL RESEARCH RE: COMPLIANCE WITH FORECLOSURE NOTICE REQUIREMENTS (.9); DRAFT MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (3.1). | 5.40 |
| 08/28/12 | JEJ | DRAFT MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 2.40 |
| 08/29/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE ▆▆▆▆ (.2); REVIEW BANKRUPTCY DOCUMENTS FROM CLIENT (.8); RESEARCH RE COUNTERCLAIMS AND BANKRUPTCY FILINGS (.9). | 1.90 |
| 08/29/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE: ▆▆▆▆ | 0.60 |
| 08/30/12 | JEJ | UPDATE ▆▆▆▆ BASED ON COMMUNICATION WITH MS. GREGORY. | 0.70 |
| 08/30/12 | JEJ | COMMUNICATIONS WITH MS. GREGORY RE: ▆▆▆▆ | 0.40 |
| 08/30/12 | JEJ | PREPARE NOTICE OF BANKRUPTCY. | 1.00 |
| 08/31/12 | JEJ | COMMUNICATION WITH MS. GREGORY RE: ▆▆▆▆ (.3); FINALIZE AND FILE ANSWER TO AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (.8). | 1.10 |
| 08/31/12 | JEJ | FINALIZE AND FILE NOTICE OF BANKRUPTCY. | 0.70 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................   19.10
**TOTAL LEGAL FEES** ..........................................................................................$   5,603.00