# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO. 086797-0289
INVOICE NO. 1475989
PAGE NO. 2

## RE: STONEGATE V. HONGERMEIER

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/06/12 | MAGI | ANALYZE POLICY RE COVERAGE, NOTICE REQUIREMENTS, MORTGAGEE PROVISIONS AND CLAIM THAT COVERAGE CONTINUES ONLY WHERE OWNER RESIDES ON PROPERTY. | 0.90 |
| 08/06/12 | MAGI | DRAFT ANSWER AND COUNTERCLAIM TO STONEGATE'S AMENDED COMPLAINT. | 1.60 |
| 08/06/12 | MAGI | TELEPHONE CONFERENCE WITH CHRISTINE BUEN RE ▮▮▮ | 0.20 |
| 08/06/12 | MAGI | REVIEW TABLE OF INSPECTIONS AND CONCLUSIONS AND PHOTOGRAPHS FROM INSPECTIONS. | 0.50 |
| 08/06/12 | MAGI | RESEARCH ILLINOIS LAW TREATMENT OF ▮▮▮ (1.3); RESEARCH RE ▮▮▮ (1.2); RESEARCH RE ▮▮▮ (.6); RESEARCH RE: ▮▮▮ (.4); RESEARCH THE ILLINOIS INSURANCE CODE AND ILLINOIS ADMINISTRATIVE RULES RE ▮▮▮ (.6) | 4.10 |
| 08/06/12 | REG | INTERNAL DISCUSSIONS RE STRATEGY | 0.40 |
| 08/07/12 | MAGI | REVISE ANSWER AND DRAFT COUNTERCLAIM. | 2.20 |
| 08/07/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ▮▮▮ | 0.30 |
| 08/07/12 | REG | COMMENTS ON DRAFT ANSWER AND COUNTERCLAIM | 0.50 |
| 08/15/12 | MAGI | APPEARANCE IN COURT FOR COURT ORDERED STATUS. | 0.90 |
| 08/16/12 | MAGI | CORRESPONDENCE TO CHRISTINE BUEN RE ▮▮▮ | 0.10 |

TOTAL ATTORNEY & PARALEGAL TIME................................................................. 11.70
TOTAL LEGAL FEES ................................................................................$ 4,239.00

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0194
INVOICE NO.   1476071
PAGE NO.   2

**RE: DAVIS VS. GMAC 722410**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ■■■ | 0.20 | 50.00 |
| 08/07/12 | MATTHEW MITCHELL | COMMUNICATIONS WITH MS. BUEN RE ■■■ | 0.30 | 75.00 |
| 08/07/12 | MATTHEW MITCHELL | GENERATE APPEARANCE ON BEHALF OF DEFENDANTS. | 0.10 | 25.00 |
| 08/07/12 | MATTHEW MITCHELL | DRAFT BIFURCATED BANKRUPTCY NOTICE AND FILE ANALYSIS RE SAME. | 0.50 | 125.00 |
| 08/07/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MR. PARKER RE FOLLOW-UP ON FORECLOSURE FILE. | 0.10 | 25.00 |
| 08/07/12 | MATTHEW MITCHELL | ANALYSIS RE FIRST RESPONSIVE PLEADING STRATEGY IN DAVIS II. | 0.40 | 100.00 |
| 08/08/12 | ELLEN K. KAIN | PREPARATION AND IMPORT OF LATEST DOCUMENT PRODUCTION INTO SUMMATION DOCUMENT REVIEW DATABASE AND EXAMINE SAME FOR ACCURACY. | 1.10 | 220.00 |
| 08/14/12 | MATTHEW MITCHELL | REVIEW RECEIPT AND PROCESSING OF LOAN FILE. | 0.20 | 50.00 |
| 08/20/12 | ELLEN K. KAIN | PREPARATION AND IMPORT OF LATEST DOCUMENT PRODUCTION INTO SUMMATION DOCUMENT REVIEW DATABASE AND EXAMINE SAME FOR ACCURACY. | 0.70 | 140.00 |
| 08/22/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ■■■ | 0.40 | 100.00 |
| 08/24/12 | MATTHEW MITCHELL | DRAFT AMENDED NOTICE OF BANKRUPTCY FOR APPEAL. | 0.50 | 125.00 |
| 08/24/12 | MATTHEW MITCHELL | ANALYZE LOWER COURT RECORD AND APPEAL PLEADINGS RE FORMULATING STRATEGY FOR AMENDED BANKRUPTCY NOTICE. | 0.40 | 100.00 |
| 08/24/12 | MATTHEW MITCHELL | CORRESPONDENCE TO MS. BUEN RE ■■■ | 0.20 | 50.00 |

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.  086797-0225
INVOICE NO.  1476073
PAGE NO.  2

**RE: MANGRAY, VICKASH**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/12 | STEPHEN C. BORGSDORF | DRAFT MOTION FOR PEREMPTORY REVERSAL. | 1.50 | 330.00 |
| 08/13/12 | JILL M. WHEATON | REVISE DRAFT DOCKETING STATEMENT. | 0.30 | 99.00 |
| 08/13/12 | STEPHEN C. BORGSDORF | PREPARE DOCKETING STATEMENT; PREPARE MOTION FOR PEREMPTORY REVERSAL. | 4.30 | 946.00 |
| 08/14/12 | STEPHEN C. BORGSDORF | PREPARE DOCKETING STATEMENT AND MOTION FOR PEREMPTORY REVERSAL. | 0.70 | 154.00 |
| 08/15/12 | STEPHEN C. BORGSDORF | PREPARE MOTION FOR PEREMPTORY REVERSAL. | 3.20 | 704.00 |
| 08/16/12 | STEPHEN C. BORGSDORF | PREPARE MOTION FOR PEREMPTORY REVERSAL AND CIRCULATE TO MR. SCHEHR AND MS. WHEATON. | 5.30 | 1,166.00 |
| 08/17/12 | JILL M. WHEATON | REVISE OF DRAFT MOTION FOR PEREMPTORY REVERSAL. | 1.00 | 330.00 |
| 08/23/12 | STEPHEN C. BORGSDORF | EDITS TO MOTION FOR PEREMPTORY REVERSAL. | 0.30 | 66.00 |
| 08/31/12 | STEPHEN C. BORGSDORF | DRAFT MOTION FOR PEREMPTORY REVERSAL; INCORPORATE EDITS FROM MS. WHEATON AND CIRCULATE TO MR. SCHEHR. | 5.30 | 1,166.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**..................................................................... 21.90
**TOTAL LEGAL FEES** ........................................................................................... $ 4,961.00

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0227
INVOICE NO.   1476074
PAGE NO.   2

## RE:  MAXINE CARTHAN-RAGLAND

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/06/12 | JEFFREY E. JAMISON | COMMUNICATION WITH COUNSEL RE: MOTION FOR EXTENSION OF TIME (.3); DRAFT MOTION FOR EXTENSION OF TIME (.7); PREPARE AND FILE MOTION FOR EXTENSION OF TIME (.4) | 1.40 | 406.00 |
| 08/08/12 | IRINA V. FRYE | COMMUNICATE WITH MR. JAMISON REGARDING EXTENSION TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS (0.1); FILE AGREED MOTION AND NOTICE OF MOTION ELECTRONICALLY (0.2); REMOVE CALENDAR ENTRY FOR 8/9/12 AND CALENDAR 8/16/12 REPLY DUE DATE (0.1); CALENDAR 8/16/12 MOTION HEARING (0.1); PREPARE COURTESY COPIES OF COURT-FILED AGREED MOTION AND NOTICE OF MOTION AND COORDINATE HAND DELIVERY OF SAME TO JUDGE FEINERMAN (0.4). | 0.90 | 186.30 |
| 08/10/12 | IRINA V. FRYE | PROOFREAD AND CITE CHECK MERS'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MAKE EDITS. | 2.10 | 434.70 |
| 08/13/12 | JEFFREY E. JAMISON | DRAFT REPLY BRIEF ARGUMENTS ON DAMAGES AND DISMISSAL OF MERS AND A NON-NECESSARY. | 2.70 | 783.00 |
| 08/13/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS | 2.80 | 1,260.00 |
| 08/14/12 | JEFFREY E. JAMISON | REVIEW AND UPDATE DRAFT REPLY BRIEF (1.9); RESEARCH RE: STATUTE OF LIMITATIONS FOR RESPA/TILA CLAIMS IN RELATION TO A RESCISSION ARGUMENT (.9); RESEARCH RE: WHETHER A PARTY IS NECESSARY WHEN ALL CLAIMS HAVE BEEN DISMISSED (.4) | 3.20 | 928.00 |
| 08/14/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE REPLY BRIEF SECTIONS II AND IV RE NECESSARY PARTY, DAMAGES CLAIMS. | 0.80 | 360.00 |
| 08/15/12 | CATHERINE BURKE | PREPARE INFORMATION RE STRICKEN CASE MANAGEMENT CONFERENCE AND EXTENDED DUE DATE FOR REPLIES IN SUPPORT OF MOTIONS TO DISMISS. | 0.20 | 30.00 |
| 08/15/12 | CATHERINE BURKE | PREPARE INFORMATION RE MERS REPLY IN SUPPORT OF MOTION TO DISMISS. | 0.20 | 30.00 |

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.  086797-0239
INVOICE NO.  1476077
PAGE NO.  2

**RE: WILLIAMS, WENDELL & MARY**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/12 | MAUREEN A. BRACEY | CONDUCT SEARCH OF GENESEE COUNTY RECORDS CONCERNING RECORDING OF ORDER. | 0.30 | 45.00 |
| 08/08/12 | MAUREEN A. BRACEY | CONDUCTING SEARCH OF GENESEE COUNTY RECORDS; OBTAINING COPY OF RECORDED ORDER. | 0.50 | 75.00 |
| 08/08/12 | THOMAS M. SCHEHR | DRAFT BRIEF ON APPEAL. | 8.10 | 2,754.00 |
| 08/10/12 | NASSEEM S. RAMIN | REVISE BRIEF ON APPEAL. | 2.80 | 672.00 |
| 08/10/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/13/12 | JILL M. WHEATON | REVISE APPELLEE'S BRIEF | 1.30 | 429.00 |
| 08/14/12 | JILL M. WHEATON | ANALYZE POTENTIAL MOTION TO DISMISS APPEAL | 0.30 | 99.00 |
| 08/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/14/12 | THOMAS M. SCHEHR | FINALIZE BRIEF ON APPEAL FOR FILING. | 0.60 | 204.00 |
| 08/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/28/12 | NASSEEM S. RAMIN | COMMUNICATE WITH EVICTION COUNSEL RE APPELLATE BRIEF. | 0.10 | 24.00 |
| 08/30/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |

TOTAL ATTORNEY & PARALEGAL TIME................................................................................  14.50
TOTAL LEGAL FEES ........................................................................................................ $  4,422.00

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.  086797-0241
INVOICE NO.  1476079
PAGE NO.  2

**RE: SZALAY, MIKE AND TINA**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/06/12 | NASSEEM S. RAMIN | ANALYSIS OF EXHIBITS TO CASE EVALUATION SUMMARY. | 0.30 | 72.00 |
| 08/06/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFF'S CASE EVALUATION SUMMARY. | 0.30 | 72.00 |
| 08/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/06/12 | NASSEEM S. RAMIN | DRAFT CASE EVALUATION SUMMARY. | 0.70 | 168.00 |
| 08/06/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.20 | 48.00 |
| 08/07/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/07/12 | NASSEEM S. RAMIN | ANALYSIS OF RESPONSE TO MOTION TO DISMISS. | 0.40 | 96.00 |
| 08/07/12 | NASSEEM S. RAMIN | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 1.30 | 312.00 |
| 08/07/12 | NASSEEM S. RAMIN | ANALYSIS OF PLAINTIFF'S CASE EVALUATION SUMMARY. | 0.30 | 72.00 |
| 08/07/12 | NASSEEM S. RAMIN | RESEARCH RE CASES FILED BY PLAINTIFF'S COUNSEL FOR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 0.70 | 168.00 |
| 08/08/12 | NASSEEM S. RAMIN | REVISE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | 0.20 | 48.00 |
| 08/08/12 | NASSEEM S. RAMIN | CONFER WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/08/12 | THOMAS M. SCHEHR | REVIEW RESPONSE TO MOTION FOR SUMMARY DISPOSITION. | 0.20 | 68.00 |
| 08/09/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/14/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/14/12 | NASSEEM S. RAMIN | CALL TO COURT CLERK RE HEARING ON MOTION TO DISMISS. | 0.10 | 24.00 |
| 08/21/12 | NASSEEM S. RAMIN | COMMUNICATE WITH CLIENT RE ▮▮▮ | 0.10 | 24.00 |
| 08/21/12 | NASSEEM S. RAMIN | ATTEND CASE EVALUATION HEARING. | 3.80 | 912.00 |

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO. 086797-0263
INVOICE NO. 1476087
PAGE NO. 3

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/17/12 | EDWARD W. SOMERS | REVIEW AND REVISE MOTION TO STRIKE AND DISMISS. | 1.20 | 264.00 |
| 08/20/12 | EDWARD W. SOMERS | FINALIZE REPLY IN SUPPORT OF MOTION TO STRIKE AND DISMISS. | 2.10 | 462.00 |
| 08/20/12 | IRINA V. FRYE | PROOFREAD AND CITE CHECK REPLY IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS AND MAKE EDITS. | 2.60 | 538.20 |

TOTAL ATTORNEY & PARALEGAL TIME.................................................................................. 31.80
TOTAL LEGAL FEES ..........................................................................................................$ 6,934.20

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO.   086797-0281
INVOICE NO.   1476103
PAGE NO.   2

RE:  ROACH, STEPHEN J. VS. GMAC MORTGAGE, LLC

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/17/12 | NSRA | PREPARE FOR PRE TRIAL STATUS CONFERENCE. | 0.40 |
| 08/20/12 | NSRA | ATTEND STATUS CONFERENCE. | 3.80 |
| 08/21/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/23/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/24/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE PLAINTIFF'S WRITTEN DISCOVERY. | 0.10 |
| 08/27/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.20 |
| 08/28/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE FINANCIAL PACKAGE. | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/28/12 | NSRA | COMMUNICATE WITH PLAINTIFF'S COUNSEL RE PLAINTIFF'S DISCOVERY REQUESTS. | 0.10 |

TOTAL ATTORNEY & PARALEGAL TIME............................................................... 5.20
TOTAL LEGAL FEES ...........................................................................................$ 1,248.00

12-12020-mg    Doc 2272-3    Filed 11/26/12    Entered 11/26/12 17:13:57    Exhibit A-3
Pg 9 of 38

# Dykema

ALLY BANK  
SEPTEMBER 27, 2012

CLIENT-MATTER NO. 086797-0290  
INVOICE NO. 1476108  
PAGE NO. 2

## RE: FNMA VS. EDNA M. JACOBS

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/08/12 | NSRA | DRAFT AFFIDAVIT RE LOAN MODIFICATION REVIEWS. | 0.50 |
| 08/08/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/10/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE BORROWER'S RESPONSE TO DISPOSITIVE MOTION. | 0.10 |
| 08/10/12 | NSRA | ANALYSIS OF BORROWER'S MOTION TO COMPEL DISCOVERY RESPONSES. | 0.30 |
| 08/10/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/10/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSE TO DISPOSITIVE MOTION. | 0.40 |
| 08/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/13/12 | NSRA | ANALYSIS OF BORROWER'S RESPONSE TO DISPOSITIVE MOTION. | 0.40 |
| 08/13/12 | NSRA | PREPARE FOR HEARING ON DISPOSITIVE MOTION. | 0.70 |
| 08/13/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/13/12 | TMS | REVIEW RESPONSE BRIEF FILED BY BORROWER. | 0.20 |
| 08/14/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/14/12 | NSRA | ATTEND HEARING ON DISPOSITIVE MOTION. ✓ | 3.40 |
| 08/14/12 | NSRA | COMMUNICATE WITH CLIENT RE ███████ | 0.10 |
| 08/16/12 | NSRA | COMMUNICATE WITH EVICTION COUNSEL RE HEARING ON DISPOSITIVE MOTION. | 0.10 |
| 08/17/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE STIPULATED ORDER REMOVING COUNTERCLAIMS. | 0.10 |
| 08/17/12 | NSRA | DRAFT STIPULATED ORDER REMOVING COUNTERCLAIMS. | 0.50 |
| 08/21/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE ORDER REMOVING COUNTERCLAIMS. | 0.10 |
| 08/22/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE ORDER TO TRANSFER. | 0.10 |
| 08/23/12 | NSRA | COMMUNICATE WITH BORROWER'S COUNSEL RE ORDER TO TRANSFER. | 0.10 |
| 08/23/12 | NSRA | ANALYSIS OF BORROWER'S REVISIONS TO ORDER TO TRANSFER. | 0.10 |

# Dykema

ALLY BANK
SEPTEMBER 27, 2012

CLIENT-MATTER NO. 086797-0295
INVOICE NO. 1476112
PAGE NO. 2

**RE: KENDALL, JAMES AND LISA**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/24/12 | ALV | EXAMINE PLEADINGS. | 0.30 |
| 07/24/12 | ALV | RESEARCH RE BANKRUPTCY NOTICE. | 0.30 |
| 07/24/12 | ALV | EXAMINE PLEADINGS. | 0.30 |
| 07/24/12 | ALV | TELEPHONE CALL TO OPPOSING COUNSEL RE SERVICE OF PROCESS. | 0.20 |
| 07/24/12 | TMS | CONFER WITH MS. BUEN RE [REDACTED] | 0.40 |
| 07/25/12 | ALV | CORRESPONDENCE WITH OPPOSING COUNSEL RE SERVICE OF PROCESS. | 0.20 |
| 07/25/12 | ALV | CORRESPONDENCE WITH CLIENT RE [REDACTED] | 0.20 |
| 07/25/12 | ALV | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE COMPLAINT. | 0.20 |
| 07/25/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE FACTUAL BACKGROUND. | 0.20 |
| 07/26/12 | ALV | CORRESPONDENCE WITH CLIENT RE [REDACTED] | 0.20 |
| 08/01/12 | ALV | REVIEW CLIENT DOCUMENTS RE FACTUAL BACKGROUND. | 0.80 |
| 08/01/12 | ALV | RESEARCH RE MOTION TO DISMISS. | 3.70 |
| 08/10/12 | ALV | CORREPSONDENCE WITH CLIENT RE [REDACTED] | 0.20 |
| 08/10/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE SUBSTITUTION OF COUNSEL. | 0.20 |
| 08/10/12 | ALV | DRAFT SUBSTITUTION OF COUNSEL. | 0.20 |
| 08/12/12 | ALV | DRAFT BANKRUPTCY NOTICE. | 0.20 |
| 08/12/12 | ALV | REVIEW CLIENT DOCUMENTS RE [REDACTED] | 0.60 |
| 08/12/12 | ALV | DRAFT BRIEF IN SUPPORT OF MOTION TO DISMISS. | 5.50 |
| 08/13/12 | ALV | TELEPHONE CONFERENCES WITH EVICTION COUNSEL RE DISTRICT COURT ACTION. | 0.40 |
| 08/13/12 | ALV | CORRESPONDENCE WITH CLIENT RE [REDACTED] | 0.20 |
| 08/13/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE SUBSTITUTION OF COUNSEL. | 0.20 |
| 08/13/12 | ALV | TELEPHONE CONFERENCES WITH OPPOSING COUNSEL RE MOTION TO LIFT STAY. | 0.40 |
| 08/13/12 | ALV | TELEPHONE CONFERENCE WITH CLIENT RE [REDACTED] | 0.20 |
| 08/13/12 | ALV | CORRESPONDENCE WITH EVICTION COUNSEL RE MOTION TO LIFT STAY. | 0.20 |

# Dykema

ALLY BANK                                          CLIENT-MATTER NO.   086797-0249
SEPTEMBER 27, 2012                                 INVOICE NO.  1476145
                                                   PAGE NO.  2

**RE: GMAC MORTGAGE V. COLEMAN**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/12 | MARGARET J. RHIEW | DRAFT BANK AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES. | 0.60 | 129.00 |
| 08/02/12 | MICHAEL A. GILMAN | STRATEGIZE AS TO ▮▮▮ (1.5); TELEPHONE CONFERENCE WITH SHEILA GREGORY RE ▮▮▮ (.1) | 1.60 | 568.00 |
| 08/02/12 | MARGARET J. RHIEW | EMAIL COMMUNICATIONS WITH S. GREGORY RE ▮▮▮ | 0.20 | 43.00 |
| 08/02/12 | MARGARET J. RHIEW | CONDUCT LEGAL RESEARCH RE ▮▮▮ | 1.00 | 215.00 |
| 08/02/12 | MARGARET J. RHIEW | PHONE CALL FROM S. GREGORY ▮▮▮ | 0.20 | 43.00 |
| 08/02/12 | MARGARET J. RHIEW | TELECONFERENCE WITH S. GREGORY AND M. GILMAN ▮▮▮ | 0.10 | 21.50 |
| 08/02/12 | MARGARET J. RHIEW | TELECONFERENCE WITH CODILIS RE JUDGE DELORT AND ATTACKS ON THEIR AFFIDAVITS. | 0.50 | 107.50 |
| 08/02/12 | MARGARET J. RHIEW | LEGAL RESEARCH, COMMUNICATIONS AND CONFER WITH COLLEAGUES TO DEVELOP STRATEGY RE ▮▮▮ | 1.70 | 365.50 |
| 08/02/12 | MARGARET J. RHIEW | REVISE REPLY TO MOTION TO STRIKE AND DISMISS. | 1.20 | 258.00 |
| 08/02/12 | MARGARET J. RHIEW | REVISE ▮▮▮ TELECONFERENCE WITH S. GREGORY. | 1.50 | 322.50 |
| 08/03/12 | CATHERINE BURKE | PREPARE AND SEND ▮▮▮ REQUESTED BY MS. GREGORY. | 0.40 | 60.00 |
| 08/05/12 | MARGARET J. RHIEW | RESEARCH LAW ▮▮▮ DRAFT REPLY TO SUMMARY JUDGMENT ON 3RD, 4TH AFFIRMATIVE DEFENSES. | 5.90 | 1,268.50 |
| 08/06/12 | MARGARET J. RHIEW | REVISE REPLY TO MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 1.40 | 301.00 |
| 08/06/12 | MARGARET J. RHIEW | PHONE CALL TO S. GREGORY RE ▮▮▮ | 0.20 | 43.00 |

# Dykema

| | |
|---|---|
| ALLY BANK | CLIENT-MATTER NO.  086797-0249 |
| SEPTEMBER 27, 2012 | INVOICE NO.  1476145 |
| | PAGE NO.  3 |

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/12 | MARGARET J. RHIEW | CORRESPONDENCE TO S. GREGORY RE ▮ | 0.20 | 43.00 |
| 08/07/12 | MARGARET J. RHIEW | PHONE CALL FROM S. GREGORY RE ▮ | 0.30 | 64.50 |
| 08/07/12 | MARGARET J. RHIEW | PHONE CALL FROM K. PRIORE AND S. GREGORY RE ▮ | 0.50 | 107.50 |
| 08/13/12 | MICHAEL A. GILMAN | TELEPHONE CONFERENCE WITH JUDGE'S LAW CLERK RE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 0.10 | 35.50 |
| 08/15/12 | MICHAEL A. GILMAN | APPEARANCE IN COURT TO ARGUE MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 1.70 | 603.50 |
| 08/15/12 | MARGARET J. RHIEW | CORRESPONDENCE TO CODILIS (FORECLOSURE COUNSEL) RE STATUS. | 0.10 | 21.50 |
| 08/15/12 | MARGARET J. RHIEW | APPEAR FOR HEARING ON MOTION TO STRIKE AND MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES. | 2.00 | 430.00 |
| 08/15/12 | MARGARET J. RHIEW | CORRESPONDENCE TO S. GREGORY RE ▮ | 0.50 | 107.50 |
| 08/15/12 | MARGARET J. RHIEW | CORRESPONDENCE TO S. GREGORY RE ▮ | 0.10 | 21.50 |
| 08/15/12 | MARGARET J. RHIEW | PREPARE FOR HEARING ON MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT. | 1.00 | 215.00 |
| 08/15/12 | RICHARD E. GOTTLIEB | INTERNAL DISCUSSIONS RE ▮ | 0.30 | 135.00 |
| 08/30/12 | MARGARET J. RHIEW | TELECONFERENCE WITH J. JAMISON RE BANKRUPTCY. | 0.40 | 86.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................... 23.70
**TOTAL LEGAL FEES** ........................................................................................... $ 5,616.00

# Dykema

ALLY BANK  
SEPTEMBER 27, 2012

CLIENT-MATTER NO.  086797-0250  
INVOICE NO.  1476146  
PAGE NO.  2

**RE: CHARLES KERR**

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/06/12 | BRETT J. NATARELLI | DRAFT MOTION TO STRIKE REPLED AFFIRMATIVE DEFENSES. | 6.20 | 1,240.00 |
| 08/06/12 | IRINA V. FRYE | REVIEW AND RESPOND TO MR. NATARELLI'S EMAIL REGARDING MOTION TO STRIKE AMENDED AFFIRMATIVE DEFENSES AND COUNTERCLAIMS. | 0.10 | 20.70 |
| 08/07/12 | IRINA V. FRYE | PROOFREAD AND CITE CHECK PLAINTIFF'S 735 ILCS 5/2-619.1 MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DISMISS COUNTERCLAIMS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND MAKE EDITS (3.2); COORDINATE REFORMATTING OF BRIEF (0.4); TELEPHONE CONFERENCE WITH COURT CLERK REGARDING LOCAL RULES (0.1). | 3.70 | 765.90 |
| 08/07/12 | RICHARD E. GOTTLIEB | REVIEW AND REVISE PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND DISMISS COUNTERCLAIM. | 3.10 | 1,395.00 |
| 08/08/12 | BRETT J. NATARELLI | REVISE MOTION TO STRIKE PER COMMENTS FROM MR. GOTTLIEB. | 2.10 | 420.00 |
| 08/16/12 | BRETT J. NATARELLI | EMAIL TO MS. GREGORY RE ▮▮▮▮▮▮▮▮▮▮ | 0.20 | 40.00 |
| 08/17/12 | BRETT J. NATARELLI | COORDINATE FILING OF SECOND MOTION TO STRIKE. | 0.50 | 100.00 |
| 08/21/12 | BRETT J. NATARELLI | CORRESPOND WITH OPPOSING COUNSEL RE AGREED ORDER AND LOSS MITIGATION. | 0.20 | 40.00 |
| 08/28/12 | BRETT J. NATARELLI | LETTER TO OPPOSING COUNSEL RE BRIEFING SCHEDULE ON SECOND MOTION TO STRIKE. | 0.40 | 80.00 |
| 08/31/12 | BRETT J. NATARELLI | EMAIL TO MS. GREGORY RE ▮▮▮▮▮▮▮▮▮▮ | 0.40 | 80.00 |

**TOTAL ATTORNEY & PARALEGAL TIME**.................................................................................  16.90  
**TOTAL LEGAL FEES** ..........................................................................................................$  4,181.60

# Dykema

ALLY BANK  
JULY 31, 2012

CLIENT-MATTER NO.   086797-0200  
INVOICE NO.  1466436  
PAGE NO.  2

| DISBURSEMENTS | |
|---|---:|
| 05/02/12   FEDEX: ERIC LADASZ : ERIC A. LADASZ PC | 8.84 |
| 05/02/12   FEDEX: J. KYLE GUTHRIE : SIKORA LAW, LLC | 8.84 |
| SCANNING EXPENSES | 0.00 |
| **TOTAL DISBURSEMENTS .................................$** | **17.68** |

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING  
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

ALLY BANK  
JULY 31, 2012

CLIENT-MATTER NO.  086797-0231  
INVOICE NO.  1466440  
PAGE NO.  3

| DISBURSEMENTS | | |
|---|---|---:|
| 05/01/12 | FILING FEES & RELATED CHARGES - E-FILING FEE OF ORDER OF DISMISSAL WITH GRAND TRAVERSE COUNTY CIRCUIT COURT | 8.00 |
| 04/25/12 | MEALS/ENTERTAINMENT EXPENSES - THOMAS SCHEHR DINNER | 20.66 |
| | **TOTAL DISBURSEMENTS** .................................$ | **28.66** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO. 086797-0257
INVOICE NO. 1466450
PAGE NO. 3

| DISBURSEMENTS | | |
|---|---|---|
| 05/07/12 | BANK OF AMERICA BANKCARD - MACOMB COUNTY E-FILING FEE: STIP & ORDER | 8.00 |
| 05/18/12 | BANK OF AMERICA BANKCARD - E-FILING IN MACOMB COUNTY | 8.24 |
| | SCANNING EXPENSES | 0.00 |
| | **TOTAL DISBURSEMENTS** .................................$ | **16.24** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

ALLY BANK  
JULY 31, 2012

CLIENT-MATTER NO.  086797-0270  
INVOICE NO.  1466457  
PAGE NO.  2

| DISBURSEMENTS | |
|---|---:|
| 05/02/12   FILING FEES & RELATED CHARGES - DYKEMA GOSSETT LAW OFFICES-DETROIT PETTY CASH OR MOTION FEE- MOTION FOR SUMMARY DISPOSITION | 20.00 |
| 06/07/12   TABS | 8.05 |
| DOCUMENT DELIVERY | 7.00 |
| **TOTAL DISBURSEMENTS .................................$** | **35.05** |

***NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.***

# DYKEMA

ALLY BANK  
JULY 31, 2012

CLIENT-MATTER NO.  086797-0270  
INVOICE NO. 1466457  
PAGE NO. 2

| DISBURSEMENTS | |
|---|---:|
| 05/02/12  FILING FEES & RELATED CHARGES - DYKEMA GOSSETT LAW OFFICES-DETROIT PETTY CASH OR MOTION FEE- MOTION FOR SUMMARY DISPOSITION | 20.00 |
| 06/07/12  TABS | 8.05 |
| DOCUMENT DELIVERY | 7.00 |
| **TOTAL DISBURSEMENTS** .................................$ | **35.05** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

ALLY BANK
JULY 31, 2012

CLIENT-MATTER NO. 086797-0182
INVOICE NO. 1466496
PAGE NO. 2

| DISBURSEMENTS | |
|---|---|
| 04/24/12  TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JEFFREY E. JAMISON TRAVEL TO COURT IN LAKE COUNTY ON APRIL, 24, 2012 | 27.75 |
| **TOTAL DISBURSEMENTS** ..................................$ | **27.75** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*

# Dykema

ALLY BANK
AUGUST 31, 2012

CLIENT-MATTER NO. 086797-0241
INVOICE NO. 1471123
PAGE NO. 4

| | DISBURSEMENTS | |
|---|---|---|
| 05/23/12 | FEE TO FILE REQUEST FOR ADMISSIONS. | 8.24 |
| 06/11/12 | FILING FEE FOR NOTICE OF BANKRUPTCY. | 8.24 |
| 06/12/12 | FILING FEES & RELATED CHARGES | 8.24 |
| 06/29/12 | FILING FEES & RELATED CHARGES - RE-NOTICE OF HEARING ON MOTION FOR SUMARY DISPOSITION OF PLAINTIFF'S FIRST AMENDED COMPLAINT. | 8.24 |
| | DOCUMENT DELIVERY | 21.00 |
| | **TOTAL DISBURSEMENTS** .................................$ | **53.96** |

*NOTE: INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*