# EXHIBIT B

**FORTACE**

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ap@fortace.com

INVOICE DETAIL

DATE: 05/31/12
INVOICE #: 1
PERIOD: 05/01/12-05/31/12

**Personnel Expense:**

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/12 | Frank Sillman | Managing Partner | Travel time to New York for MoFo meeting. | $0.00 | $0.00 | 6.00 | $198 | $1,185.00 | $1,185.00 |
| 05/20/12 | Frank Sillman | Managing Partner | Review of ResCap BK papers, BofA settlement expert report & Lehman expert report and related paperwork for MoFo meeting. | $0.00 | $0.00 | 5.10 | $395 | $2,014.50 | $2,014.50 |
| 05/21/12 | Frank Sillman | Managing Partner | Review of ResCap BK papers, BofA settlement expert report & Lehman expert report and related paperwork for MoFo meeting. | $0.00 | $0.00 | 4.00 | $395 | $1,580.00 | $1,580.00 |
| 05/21/12 | Frank Sillman | Managing Partner | MoFo meeting in New York. | $0.00 | $0.00 | 1.80 | $395 | $711.00 | $711.00 |
| 05/22/12 | Frank Sillman | Managing Partner | Travel time back to Los Angeles from MoFo Expert report meeting. | $0.00 | $0.00 | 6.00 | $198 | $1,185.00 | $1,185.00 |
| 05/22/12 | Frank Sillman | Managing Partner | Outlining the ResCap 9019 expert declaration. | $0.00 | $0.00 | 5.20 | $395 | $2,054.00 | $2,054.00 |
| 05/23/12 | Frank Sillman | Managing Partner | Outlining the ResCap 9019 expert declaration. | $0.00 | $0.00 | 6.40 | $395 | $2,528.00 | $2,528.00 |
| 05/24/12 | Frank Sillman | Managing Partner | Researching for ResCap 9019 expert declaration. | $0.00 | $0.00 | 7.20 | $395 | $2,844.00 | $2,844.00 |
| 05/25/12 | Frank Sillman | Managing Partner | Researching for ResCap 9019 expert declaration. | $0.00 | $0.00 | 6.70 | $395 | $2,646.50 | $2,646.50 |
| 05/25/12 | Frank Sillman | Managing Partner | Reviewing ResCap and Intex Remittance & Loss data. | $0.00 | $0.00 | 3.50 | $395 | $1,382.50 | $1,382.50 |
| 05/25/12 | Frank Sillman | Managing Partner | Conference call with MoFo. | $0.00 | $0.00 | 1.70 | $395 | $671.50 | $671.50 |
| 05/26/12 | Frank Sillman | Managing Partner | Researching for ResCap 9019 expert declaration. | $0.00 | $0.00 | 6.10 | $395 | $2,409.50 | $2,409.50 |
| 05/26/12 | Frank Sillman | Managing Partner | Reviewing ResCap and Intex Remittance & Loss data. | $0.00 | $0.00 | 4.20 | $395 | $1,659.00 | $1,659.00 |
| 05/27/12 | Frank Sillman | Managing Partner | Researching for ResCap 9019 expert declaration. | $0.00 | $0.00 | 5.40 | $395 | $2,133.00 | $2,133.00 |
| 05/27/12 | Frank Sillman | Managing Partner | Reviewing ResCap and Intex Remittance & Loss data. | $0.00 | $0.00 | 4.30 | $395 | $1,698.50 | $1,698.50 |
| 05/28/12 | Frank Sillman | Managing Partner | Researching for ResCap 9019 expert declaration. | $0.00 | $0.00 | 5.20 | $395 | $2,054.00 | $2,054.00 |
| 05/28/12 | Frank Sillman | Managing Partner | Reviewing ResCap and Intex Remittance & Loss data. | $0.00 | $0.00 | 2.60 | $395 | $1,027.00 | $1,027.00 |

**FORTACE**

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ap@fortace.com

DATE: 05/31/12
INVOICE #: 1
PERIOD: 05/01/12-05/31/12

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/12 | Frank Sillman | Managing Partner | Drafting ResCap 9019 expert declaration methodology and process. | $0.00 | $0.00 | 5.30 | $395 | $2,093.50 | $2,093.50 | ✓ |
| 05/29/12 | Frank Sillman | Managing Partner | Reviewing updated ResCap and Intex data by Trust and Shelf. | $0.00 | $0.00 | 1.50 | $395 | $592.50 | $592.50 | |
| 05/29/12 | Frank Sillman | Managing Partner | Drafting ResCap 9019 expert declaration methodology and process. | $0.00 | $0.00 | 1.60 | $395 | $632.00 | $632.00 | ✓ |
| 05/29/12 | Frank Sillman | Managing Partner | Researching for ResCap 9019 expert declaration. | $0.00 | $0.00 | 1.50 | $395 | $592.50 | $592.50 | |
| 05/30/12 | Frank Sillman | Managing Partner | Drafting ResCap 9019 expert declaration methodology and process. | $0.00 | $0.00 | 6.20 | $395 | $2,449.00 | $2,449.00 | ✓ |
| 05/31/12 | Frank Sillman | Managing Partner | Conference call with MoFo. | $0.00 | $0.00 | 1.20 | $395 | $474.00 | $474.00 | |
| 05/31/12 | Frank Sillman | Managing Partner | Drafting ResCap 9019 expert declaration methodology and process. | $0.00 | $0.00 | 5.40 | $395 | $2,133.00 | $2,133.00 | ✓ |
| | | | *Sub-Total* | *$0.00* | *$0.00* | *104.10* | *$372.23* | *$38,749.50* | *$38,749.50* | |
| 05/20/12 | Michelle Minier | Managing Partner | Travel time to New York for MoFo Expert report meeting. | $0.00 | $0.00 | 6.00 | $198 | $1,185.00 | $1,185.00 | |
| 05/20/12 | Michelle Minier | Managing Partner | Review of ResCap BK papers, BofA settlement expert report & Lehman expert report and related paperwork for MoFo meeting. | $0.00 | $0.00 | 5.00 | $395 | $1,975.00 | $1,975.00 | |
| 05/21/12 | Michelle Minier | Managing Partner | MoFo meeting in New York. | $0.00 | $0.00 | 1.80 | $395 | $711.00 | $711.00 | |
| 05/21/12 | Michelle Minier | Managing Partner | Review of ResCap BK papers, BofA settlement expert report & Lehman expert report and related paperwork for MoFo meeting. | $0.00 | $0.00 | 3.50 | $395 | $1,382.50 | $1,382.50 | |
| 05/22/12 | Michelle Minier | Managing Partner | Travel time back to Los Angeles from MoFo Expert report meeting. | $0.00 | $0.00 | 6.00 | $198 | $1,185.00 | $1,185.00 | |
| 05/22/12 | Michelle Minier | Managing Partner | Gather, review, analyze and refine Trust and remittance data. | $0.00 | $0.00 | 7.20 | $395 | $2,844.00 | $2,844.00 | ✓ |
| 05/23/12 | Michelle Minier | Managing Partner | Gather, review, analyze and refine Trust and remittance data. | $0.00 | $0.00 | 8.10 | $395 | $3,199.50 | $3,199.50 | ✓ |
| 05/24/12 | Michelle Minier | Managing Partner | Gather, review, analyze and refine Trust and remittance data. | $0.00 | $0.00 | 9.50 | $395 | $3,752.50 | $3,752.50 | ✓ |
| 05/25/12 | Michelle Minier | Managing Partner | Conference call with MoFo. | $0.00 | $0.00 | 1.70 | $395 | $671.50 | $671.50 | ✓ |

12-12020-mg    Doc 1863    Filed 10/19/12    Entered 10/19/12 10:16:48    Main Document
Pg 24 of 49

# FORTACE

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ap@fortace.com

DATE: 05/31/12
INVOICE #: 1
PERIOD: 05/01/12-05/31/12

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/12 | Michelle Minier | Managing Partner | Gather, review, analyze and refine Trust and remittance data. | $0.00 | $0.00 | 11.00 | $395 | $4,345.00 | $4,345.00 |
| 05/26/12 | Michelle Minier | Managing Partner | Work on 9019 Expert declaration key definitions and sample calculations. | $0.00 | $0.00 | 2.10 | $395 | $829.50 | $829.50 |
| 05/27/12 | Michelle Minier | Managing Partner | Work on 9019 Expert declaration key definitions and sample calculations. | $0.00 | $0.00 | 1.90 | $395 | $750.50 | $750.50 |
| 05/27/12 | Michelle Minier | Managing Partner | Gather, review, analyze and refine Trust and remittance data. | $0.00 | $0.00 | 3.30 | $395 | $1,303.50 | $1,303.50 |
| 05/29/12 | Michelle Minier | Managing Partner | Validate and organize Trust data. Develop assumptions and supporting schedules. | $0.00 | $0.00 | 9.60 | $395 | $3,792.00 | $3,792.00 |
| 05/30/12 | Michelle Minier | Managing Partner | Review draft 9019 language and provide comments. | $0.00 | $0.00 | 0.40 | $395 | $158.00 | $158.00 |
| 05/30/12 | Michelle Minier | Managing Partner | Validate and organize Trust data. Develop assumptions and supporting schedules. | $0.00 | $0.00 | 6.50 | $395 | $2,567.50 | $2,567.50 |
| 05/31/12 | Michelle Minier | Managing Partner | Conference call with MoFo. | $0.00 | $0.00 | 1.20 | $395 | $474.00 | $474.00 |
| 05/31/12 | Michelle Minier | Managing Partner | Validate and organize Trust data. Develop assumptions and supporting schedules. | $0.00 | $0.00 | 8.50 | $395 | $3,357.50 | $3,357.50 |
| | | | *Sub-Total* | *$0.00* | *$0.00* | *93.30* | *$369.60* | *$34,483.50* | *$34,483.50* |
| | | | **Total Personnel Expenses** | *$0.00* | *$0.00* | *197.40* | *$370.99* | *$73,233.00* | *$73,233.00* |
| Travel Expense: | | | | | | | | | |
| 05/22/12 | Frank Sillman | Managing Partner | Travel to New York. | $1,665.96 | | | - | $0.00 | $1,665.96 |
| 05/22/12 | Michelle Minier | Managing Partner | Travel to New York. | $1,665.97 | | | - | $0.00 | $1,665.97 |
| | | | *Total Travel Expenses* | *$3,331.93* | | | - | *$0.00* | *$3,331.93* |
| Other Expenses: | | | | | | | | | |
| 05/25/12 | Frank Sillman | | Inside Mortgage Finance - Analyzing GSE Buyback Demand Special Report. | $0.00 | $342.00 | | - | $0.00 | $342.00 |
| | | | *Total Other Expenses* | *$0.00* | *$342.00* | | - | *$0.00* | *$342.00* |
| | | | **GRAND TOTAL** | $3,331.93 | $342.00 | 197.40 | $370.99 | $73,233.00 | $76,906.93 |

Page 4 of 4

# FORTACE

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ap@fortace.com

DATE: 06/30/12
INVOICE #: 2
PERIOD: 06/01/12 - 06/30/12

**Personnel Expense:**

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 9.30 | $395 | $3,673.50 | $3,673.50 |
| 06/02/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 7.20 | $395 | $2,844.00 | $2,844.00 |
| 06/03/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 8.10 | $395 | $3,199.50 | $3,199.50 |
| 06/04/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 11.90 | $395 | $4,700.50 | $4,700.50 |
| 06/05/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 12.00 | $395 | $4,740.00 | $4,740.00 |
| 06/06/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 11.10 | $395 | $4,384.50 | $4,384.50 |
| 06/07/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 9.70 | $395 | $3,831.50 | $3,831.50 |
| 06/08/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 6.20 | $395 | $2,449.00 | $2,449.00 |
| 06/09/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 2.10 | $395 | $829.50 | $829.50 |
| 06/11/12 | Frank Sillman | Managing Partner | Drafting 9019 Expert Declaration | $0.00 | $0.00 | 3.10 | $395 | $1,224.50 | $1,224.50 |
| 06/12/12 | Frank Sillman | Managing Partner | Organizing 9019 declaration supporting materials | $0.00 | $0.00 | 2.10 | $395 | $829.50 | $829.50 |
| 06/14/12 | Frank Sillman | Managing Partner | Conference call with Jamie Levitt and Dan Clark | $0.00 | $0.00 | 1.00 | $395 | $395.00 | $395.00 |
| 06/14/12 | Frank Sillman | Managing Partner | Preparing Supplemental declaration and Loan level estimated loss model project | $0.00 | $0.00 | 3.70 | $395 | $1,461.50 | $1,461.50 |
| 06/15/12 | Frank Sillman | Managing Partner | Preparing Supplemental declaration and Loan level estimated loss model project | $0.00 | $0.00 | 5.10 | $395 | $2,014.50 | $2,014.50 |
| 06/18/12 | Frank Sillman | Managing Partner | Developing Trust and loan level Expected Loss Model assumptions | $0.00 | $0.00 | 4.40 | $395 | $1,738.00 | $1,738.00 |
| 06/18/12 | Frank Sillman | Managing Partner | Review of supplemental Expert declaration related documents for upload to MoFo. | $0.00 | $0.00 | 1.70 | $395 | $671.50 | $671.50 |
| 06/19/12 | Frank Sillman | Managing Partner | Uploading of Supporting Expert documents | $0.00 | $0.00 | 0.80 | $395 | $316.00 | $316.00 |
| 06/19/12 | Frank Sillman | Managing Partner | Review of Countrywide RMBS data | $0.00 | $0.00 | 1.90 | $395 | $750.50 | $750.50 |

Page 1 of 4

**FORTACE LLC**

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ap@fortace.com

DATE: 06/30/12
INVOICE #: 2
PERIOD: 06/01/12 - 06/30/12

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|------|-----|-----|-----|------|------|------|------|------|------|
| 06/19/12 | Frank Sillman | Managing Partner | Developing Trust and loan level Expected Loss Model project process and requirements | $0.00 | $0.00 | 4.80 | $395 | $1,896.00 | $1,896.00 |
| 06/20/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 5.10 | $395 | $2,014.50 | $2,014.50 |
| 06/21/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 4.90 | $395 | $1,935.50 | $1,935.50 |
| 06/21/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 2.30 | $395 | $908.50 | $908.50 |
| 06/22/12 | Frank Sillman | Managing Partner | Conference call with Dan Brown to discuss the upload of the reports for our 9019 Expert Declaration | $0.00 | $0.00 | 0.30 | $395 | $118.50 | $118.50 |
| 06/22/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 4.20 | $395 | $1,659.00 | $1,659.00 |
| 06/25/12 | Frank Sillman | Managing Partner | Conference call with Jamie & Dan to discuss next steps | $0.00 | $0.00 | 0.30 | $395 | $118.50 | $118.50 |
| 06/25/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 2.60 | $395 | $1,027.00 | $1,027.00 |
| 06/25/12 | Frank Sillman | Managing Partner | Reviewing Trust level Expected Loss model results and forecast assumptions | $0.00 | $0.00 | 3.90 | $395 | $1,540.50 | $1,540.50 |
| 06/26/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 4.80 | $395 | $1,896.00 | $1,896.00 |
| 06/27/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 4.10 | $395 | $1,619.50 | $1,619.50 |
| 06/27/12 | Frank Sillman | Managing Partner | Reviewing Trust level Expected Loss model results and assumptions | $0.00 | $0.00 | 2.80 | $395 | $1,106.00 | $1,106.00 |
| 06/28/12 | Frank Sillman | Managing Partner | Drafting Supplemental Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 3.70 | $395 | $1,461.50 | $1,461.50 |
| 06/30/12 | Frank Sillman | Managing Partner | Reviewing Trust level Expected Loss model results and assumptions | $0.00 | $0.00 | 2.90 | $395 | $1,145.50 | $1,145.50 |
| | | | *Sub-Total* | *$0.00* | *$0.00* | *148.10* | *$395.00* | *$58,499.50* | *$58,499.50* |
| 06/01/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 10.10 | $395 | $3,989.50 | $3,989.50 |
| 06/02/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 7.60 | $395 | $3,002.00 | $3,002.00 |
| 06/03/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 9.30 | $395 | $3,673.50 | $3,673.50 |

Page 2 of 4

**Fortace LLC**
1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
310-545-4548
ap@fortace.com

Retained Professional:
Mailing Address:

Phone:
Email:

DATE: 06/30/12
INVOICE #: 2
PERIOD: 06/01/12 - 06/30/12

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/04/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 11.80 | $395 | $4,661.00 | $4,661.00 | ✓ |
| 06/05/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 12.00 | $395 | $4,740.00 | $4,740.00 | ✓ |
| 06/06/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 11.60 | $395 | $4,582.00 | $4,582.00 | ✓ |
| 06/07/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 8.60 | $395 | $3,397.00 | $3,397.00 | ✓ |
| 06/08/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 6.50 | $395 | $2,567.50 | $2,567.50 | ✓ |
| 06/09/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 1.10 | $395 | $434.50 | $434.50 | ✓ |
| 06/11/12 | Michelle Minier | Managing Partner | Reviewing and validating Debtor & Intex data and Modeling Loss and Audit assumptions | $0.00 | $0.00 | 3.50 | $395 | $1,382.50 | $1,382.50 | ✓ |
| 06/12/12 | Michelle Minier | Managing Partner | Organizing Expert declaration materials | $0.00 | $0.00 | 2.40 | $395 | $948.00 | $948.00 | |
| 06/14/12 | Michelle Minier | Managing Partner | Conference call with Jamie Levitt and Dan Clark | $0.00 | $0.00 | 1.00 | $395 | $395.00 | $395.00 | |
| 06/14/12 | Michelle Minier | Managing Partner | Preparing Supplemental declaration and Loan level estimated loss model project | $0.00 | $0.00 | 3.00 | $395 | $1,185.00 | $1,185.00 | ✓ |
| 06/15/12 | Michelle Minier | Managing Partner | Preparing Supplemental declaration and Loan level estimated loss model project | $0.00 | $0.00 | 5.00 | $395 | $1,975.00 | $1,975.00 | ✓ |
| 06/18/12 | Michelle Minier | Managing Partner | Review and reconcile "Investor Trustee Database" schedule to Trusts in response to the Trustee's questions. | $0.00 | $0.00 | 2.30 | $395 | $908.50 | $908.50 | |
| 06/18/12 | Michelle Minier | Managing Partner | Preparing supplemental Expert declaration related documents for upload to MoFo. | $0.00 | $0.00 | 3.60 | $395 | $1,422.00 | $1,422.00 | |
| 06/19/12 | Michelle Minier | Managing Partner | Review and reconcile "Investor Trustee Database" schedule to Trusts in response to the Trustee's questions. | $0.00 | $0.00 | 3.70 | $395 | $1,461.50 | $1,461.50 | |
| 06/20/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 6.20 | $395 | $2,449.00 | $2,449.00 | |
| 06/21/12 | Michelle Minier | Managing Partner | Preparing Supplemental declaration and Loan level estimated loss model project | $0.00 | $0.00 | 3.30 | $395 | $1,303.50 | $1,303.50 | ✓ |

**FORTACE**

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ap@fortace.com

DATE: 07/31/12
INVOICE #: 3
PERIOD: 07/01/12 - 07/31/12

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/12 | Frank Sillman | Managing Partner | Drafting Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 5.10 | $395 | $2,014.50 | $2,014.50 |
| 07/27/12 | Frank Sillman | Managing Partner | Drafting Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 4.80 | $395 | $1,896.00 | $1,896.00 |
| 07/30/12 | Frank Sillman | Managing Partner | Drafting Expert Declaration for the Trust and loan level Expected Loan Loss Model process | $0.00 | $0.00 | 2.90 | $395 | $1,145.50 | $1,145.50 |
| 07/31/12 | Frank Sillman | Managing Partner | Reviewing Trust level Expected Loss model results and assumptions | $0.00 | $0.00 | 4.60 | $395 | $1,817.00 | $1,817.00 |
| | | | *Sub-Total* | *$0.00* | *$0.00* | *91.40* | *$395.00* | *$36,103.00* | *$36,103.00* |
| 07/02/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 3.90 | $395 | $1,540.50 | $1,540.50 |
| 07/03/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 3.30 | $395 | $1,303.50 | $1,303.50 |
| 07/05/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.40 | $395 | $1,738.00 | $1,738.00 |
| 07/06/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 3.10 | $395 | $1,224.50 | $1,224.50 |
| 07/09/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 2.90 | $395 | $1,145.50 | $1,145.50 |
| 07/10/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.40 | $395 | $1,738.00 | $1,738.00 |
| 07/11/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 5.80 | $395 | $2,291.00 | $2,291.00 |
| 07/12/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 2.90 | $395 | $1,145.50 | $1,145.50 |
| 07/13/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 2.60 | $395 | $1,027.00 | $1,027.00 |
| 07/16/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.00 | $395 | $1,580.00 | $1,580.00 |
| 07/17/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.40 | $395 | $1,738.00 | $1,738.00 |
| 07/18/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 5.10 | $395 | $2,014.50 | $2,014.50 |

**FORTACE**

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ap@fortace.com

DATE: 07/31/12
INVOICE #: 3
PERIOD: 07/01/12 - 07/31/12

| DATE | FORTACE PERSONNEL NAME | TITLE | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 07/19/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 3.00 | $395 | $1,185.00 | $1,185.00 |
| 07/20/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.50 | $395 | $1,777.50 | $1,777.50 |
| 07/23/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.70 | $395 | $1,856.50 | $1,856.50 |
| 07/24/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 3.40 | $395 | $1,343.00 | $1,343.00 |
| 07/25/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 3.90 | $395 | $1,540.50 | $1,540.50 |
| 07/26/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 2.80 | $395 | $1,106.00 | $1,106.00 |
| 07/27/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.20 | $395 | $1,659.00 | $1,659.00 |
| 07/27/12 | Michelle Minier | Managing Partner | Reviewed $1.16 billion in repurchases and PLS Demand data. | $0.00 | $0.00 | 3.20 | $395 | $1,264.00 | $1,264.00 |
| 07/28/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 3.40 | $395 | $1,343.00 | $1,343.00 |
| 07/30/12 | Michelle Minier | Managing Partner | Reviewed $1.16 billion in repurchases and PLS Demand data. | $0.00 | $0.00 | 1.80 | $395 | $711.00 | $711.00 |
| 07/30/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.00 | $395 | $1,580.00 | $1,580.00 |
| 07/31/12 | Michelle Minier | Managing Partner | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts | $0.00 | $0.00 | 4.80 | $395 | $1,896.00 | $1,896.00 |
| | | | *Sub-Total* | *$0.00* | *$0.00* | *90.50* | *$395.00* | *$35,747.50* | *$35,747.50* |
| | | | *Total Personnel Expenses* | *$0.00* | *$0.00* | *181.90* | *$395.00* | *$71,850.50* | *$71,850.50* |

**Travel Expense:**

| | Frank Stillman | Managing Partner | | $0.00 | $0.00 | | | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | Michelle Minier | Managing Partner | | $0.00 | $0.00 | | | $0.00 | $0.00 |

Page 3 of 4

**FORTACE LLC**
Retained Prof Fortace LLC
Mailing Addr: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ar@fortacc.com

DATE: 08/31/12
INVOICE # 4
PERIOD: 08/01/12 - 08/31/12

| DATE | FORTACE PERSONNEL NAME | TITLE | SUB-CLIENT | PROJECT | MATTER | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/12 | Frank Sillman | Partner | ResCap BK | Client Related Conference Calls | Residential Capital LLC - Case No. 12-12020 | Reviewing Trust level Expected Loss model results and assumptions | $0.00 | $0.00 | 5.00 | $395 | $1,975.00 | $1,975.00 |
| 08/30/12 | Frank Sillman | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Researching and Drafting Supplemental Expert Declaration including the Trust Level Expected Lifetime Loss Model process and other related topics | $0.00 | $0.00 | 5.50 | $395 | $2,172.50 | $2,172.50 |
| 08/31/12 | Frank Sillman | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing Trust level Expected Loss model results and assumptions | $0.00 | $0.00 | 5.80 | $395 | $2,291.00 | $2,291.00 |
| | | | | | *Sub-Total* | | *$0.00* | *$0.00* | *101.70* | *$395.00* | *$40,171.50* | *$40,171.50* |
| 08/01/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results | $0.00 | $0.00 | 1.80 | $395 | $711.00 | $711.00 |
| 08/02/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results | $0.00 | $0.00 | 2.20 | $395 | $869.00 | $869.00 |
| 08/03/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Conference call with Dan Clark to discuss UCC requests | $0.00 | $0.00 | 0.40 | $395 | $158.00 | $158.00 |
| 08/03/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Prepare document inventory and documents in response to UCC follow-up items. Sent to Dan. | $0.00 | $0.00 | 3.30 | $395 | $1,303.50 | $1,303.50 |
| 08/06/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results | $0.00 | $0.00 | 3.80 | $395 | $1,501.00 | $1,501.00 |
| 08/07/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results. Sent comments, questions to model expert. | $0.00 | $0.00 | 2.40 | $395 | $948.00 | $948.00 |
| 08/08/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Conference call with Dan Clark to discuss UCC document requests | $0.00 | $0.00 | 0.30 | $395 | $118.50 | $118.50 |
| 08/09/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results | $0.00 | $0.00 | 3.70 | $395 | $1,461.50 | $1,461.50 |
| 08/10/12 | Michelle Minier | Partner | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating revised Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results. | $0.00 | $0.00 | 2.60 | $395 | $1,027.00 | $1,027.00 |

**FORTACE**

Retained Prof Fortace LLC
Mailing Addr 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ar@fortace.com

DATE: 08/31/12
INVOICE # 4
PERIOD: 08/01/12 - 08/31/12

| DATE | FORTACE PERSONNEL NAME | TITLE | SUB-CLIENT | PROJECT | MATTER | DESCRIPTION | TRAVEL EXPENSES | MATERIALS EXPENSES | BILLABLE HOURS | RATE | TOTAL BILLABLE HOUR FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/12 | Michelle Minier | Partner | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Review audit preparation materials required to be developed / revised for 1500 loan audit review project. | $0.00 | $0.00 | 3.60 | $395 | $1,422.00 | $1,422.00 |
| 08/30/12 | Michelle Minier | Partner | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Review of the 1500 Audit Population selected by the UCC. Discussed internally how to prepare for the audit responses | $0.00 | $0.00 | 3.30 | $395 | $1,303.50 | $1,303.50 |
| 08/31/12 | Michelle Minier | Partner | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Representation and warranty review of Governing Agreements for 1500 loan audit review project. | $0.00 | $0.00 | 3.50 | $395 | $1,382.50 | $1,382.50 |
| | | | | | | *Sub-Total* | *$0.00* | *$0.00* | *66.90* | *$395.00* | *$26,425.50* | *$26,425.50* |
| 08/04/12 | Jim Griffin | Project Manager | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results. Responded to model and methodology related inquiries from Frank Sillman. | $0.00 | $0.00 | 4.30 | $325 | $1,397.50 | $1,397.50 |
| 08/10/12 | Jim Griffin | Project Manager | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results. Responded to model and methodology related inquiries from Frank Sillman. | $0.00 | $0.00 | 1.30 | $325 | $422.50 | $422.50 |
| 08/25/12 | Jim Griffin | Project Manager | ResCap BK | Expert Report Review | Residential Capital LLC - Case No. 12-12020 | Reviewing and validating Trust and Loan Level results for each of the 392 Trusts per UCC request for the model results. Responded to model and methodology related inquiries from Frank Sillman. | $0.00 | $0.00 | 4.60 | $325 | $1,495.00 | $1,495.00 |
| | | | | | | *Sub-Total* | *$0.00* | *$0.00* | *10.20* | *$325.00* | *$3,315.00* | *$3,315.00* |
| 08/10/12 | Charles Carr | Subject Matter Expert | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Update reporting and audit system based on new requirements for ResCap Re-scoring project. | $0.00 | $0.00 | 6.00 | $200 | $1,200.00 | $1,200.00 |
| 08/11/12 | Charles Carr | Subject Matter Expert | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Update reporting and audit system based on new requirements for ResCap Re-scoring project. | $0.00 | $0.00 | 5.00 | $200 | $1,000.00 | $1,000.00 |
| 08/13/12 | Charles Carr | Subject Matter Expert | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Update reporting and audit system based on new requirements for ResCap Re-scoring project. | $0.00 | $0.00 | 7.30 | $200 | $1,460.00 | $1,460.00 |
| 08/14/12 | Charles Carr | Subject Matter Expert | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Update reporting and audit system based on new requirements for ResCap Re-scoring project. | $0.00 | $0.00 | 6.50 | $200 | $1,300.00 | $1,300.00 |
| 08/16/12 | Charles Carr | Subject Matter Expert | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Update reporting and audit system based on new requirements for ResCap Re-scoring project. | $0.00 | $0.00 | 7.00 | $200 | $1,400.00 | $1,400.00 |
| 08/17/12 | Charles Carr | Subject Matter Expert | ResCap BK | Re-Scoring Project | Residential Capital LLC - Case No. 12-12020 | Update reporting and audit system based on new requirements for ResCap Re-scoring project. | $0.00 | $0.00 | 6.00 | $200 | $1,200.00 | $1,200.00 |