# EXHIBIT D

| Rebecca Mutch | Associate | 2004 | Estate Plan | 195.00 | 20.4 | $3,978.00 |
| Jeffrey Pyle | Partner | 2000 | Media | 240.00 | 6.6 | $1,584.00 |
| Joel Rothman | Law Clerk | n/a | Litigation | 140.00 | 12.5 | $1,750.00 |
| Janine Sheehan | Paralegal | n/a | Litigation | 90.00 | 13.4 | $1,206.00 |
| Joseph Steinfield | Partner | 1964 | Litigation | 475.00 | 0.2 | $95.00 |
| William Worth | Partner | 1984 | Litigation | 250.00 | 1.8 | $450.00 |
| **Total** | | | | | 1,141.7 | $253,473.10 |
| | | | | | **Blended Rate** | $222.01 |

## SUMMARY OF REQUESTED COMPENSATION BY CASE[2]

**INVOICES PAID OUT OF RETAINER PURSUANT TO $50,000 MONTHLY OCP LIMIT**

| Case Name/PLT File No. | Total Hours | Total Fees | Total Costs | Total Requested |
|---|---|---|---|---|
| **101903.128 Irizarry, Parisi** | **70.3** | **16796.5** | **3859** | **$0** |
| **101903.113 Osgood** | **25.3** | **5702** | **0** | **$0** |
| **101903.111 Bruce** | **18.7** | **4233** | **150** | **$0** |
| **101903.070 Fricke** | **0.2** | **60** | **0** | **$0** |
| **101903.114 Gatos** | **2.8** | **602** | **0** | **$0** |
| **101903.037 Riel** | **2.4** | **516** | **0** | **$0** |
| **101903.036 Rogers, Colin** | **4.6** | **1159** | **1** | **$0** |
| **101903.043 Boswell** | **39.0** | **8721.2** | **0** | **$0** |
| **101903.118 Grassia, Beau** | **2.0** | **524.4** | **0** | **$0** |
| **101903.115 Caciopoli, Renee** | **3.2** | **686.5** | **363** | **$0** |
| **101903.116 Demustchine, Bruce** | **0.2** | **44** | **0** | **$0** |
| **101903.049 Fonseca** | **1.4** | **301** | **0** | **$0** |
| **101903.154 Brown, Susan & Thomas** | **4.3** | **761** | **0** | **$0** |
| **101903.054 Ciolfi, Thomas** | **1.0** | **240** | **0** | **$0** |
| **101903.056 Homer, Paul J.** | **0.2** | **43** | **110** | **$0** |
| **101903.057 Hoeuy, Hour** | **1.2** | **258** | **0** | **$0** |
| **101903.068 Jeffreys, Rachael** | **0.8** | **189.6** | **0** | **$0** |
| **101903.132 McVey (Adversary)** | **0.6** | **102** | **0** | **$0** |
| **101903.076 Coward, Annette, Loan** | **1.1** | **260.7** | **0** | **$0** |
| **101903.075 Lehoullier** | **0.1** | **21.5** | **0** | **$0** |
| **101903.081 Cavanaugh** | **0.7** | **197.4** | **0** | **$0** |
| **101903.080 Martinez, Francisco** | **5.2** | **1144** | **0** | **$0** |
| **101903.095 Muscatelli, Loan** | **1.0** | **232.5** | **0** | **$0** |
| **101903.094 Kolaski, Loan** | **1.1** | **254** | **0** | **$0** |

[2] Invoices setting forth the detailed time spent on each matter are attached to this Fee Petition as Exhibit B. Each invoice sets forth detailed information about the work performed and results obtained, including detailed time entries by timekeeper, hours billed and rates by timekeeper and by task code.

# PRINCE LOBEL LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

Kari Krull, Litigation Analyst/Support;
**Attention: kari.krull@gmacm.com**
GMAC Mortgage, LLC
3451 Hammond Avenue
Waterloo, IA 50702

August 09, 2012
Client:       101903
Matter:       000188
Invoice #:    216739

Page:         1

RE: Rahmlow/Anderson, GMAC # _____ ; Loan # _____
Property: 63 Fish and Game Road, Deering, NH

For Professional Services Rendered Through July 31, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 6/27/2012 | ALB | L210 - A104Review complaint and research title history of property. | 0.70 | $170.00 | $119.00 |
| 7/5/2012 | ALB | L120 - A104Review email from opposing counsel defect in title. | 0.20 | $170.00 | $34.00 |
| 7/16/2012 | ALB | L120 - A107Call and email with opposing counsel for Helping Hands re requested for discharge of mortgage and documentation of title defect. | 0.20 | $170.00 | $34.00 |
| 7/16/2012 | ALB | L120 - A107Review documents sent by Plaintiff re defective mortgage discharge. | 0.30 | $170.00 | $51.00 |
| 7/16/2012 | ALB | L120 - A106Email to K. Krull regarding corrective mortgage discharge and status of loan payoff. | 0.20 | $170.00 | $34.00 |
| 7/26/2012 | ALB | L120 - A102Review and analyze title history and mortgage discharge. | 0.30 | $170.00 | $51.00 |
| 7/26/2012 | ALB | L120 - A106Email to K. Krull regarding loan payoff and corrective discharge. | 0.20 | $170.00 | $34.00 |
| | | Total Professional Services | 2.10 | | $357.00 |

## TIMEKEEPER RECAP

| Timekeeper | Level | Hours | Rate | Amount |
|------------|-------|-------|------|--------|

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap                                          June 11, 2012
**Attention: Gia Albright**                         Client:          101903
Ally Financial, Inc.                                 Matter:          000144
2711 North Haskell Avenue, Suite 900                 Invoice #:       214496
Dallas, TX 75204
                                                     Page:                  1

RE: Wallace, GMAC # 725188 Loan # 0601718043
    Property: 150 Greenwood Street, Wakefield, MA

For Professional Services Rendered Through May 31, 2012

**SERVICES**

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 5/16/2012 | ALB | L240 - A107 Calls and emails with opposing counsel re rescheduling of summary process hearing. | 0.20 | $170.00 | $34.00 |
| 5/17/2012 | ALB | L240 - A101 Review counterclaim in preparation for summary process hearing. | 0.60 | $170.00 | $102.00 |
| 5/17/2012 | ALB | L240 - A102 Research on compulsory counterclaims and effect of failure to implead parties named in complaint. | 0.20 | $170.00 | $34.00 |
| 5/23/2012 | ALB | L350 - A101 Review Motion to Dismiss Counterclaim, Counterclaim, Motion to Amend Counterclaim, Amended Counterclaim, and Opposition to Motion to Dismiss for hearing 5/24/12. | 1.50 | $170.00 | $255.00 |
| 5/24/2012 | RIB | L210 - A103 Review opposition to motion to amend and amended complaint. | 0.50 | $300.00 | $150.00 |
| 5/24/2012 | ALB | L250 - A102 Research on Summary Process Rules of Procedure related to counterclaims for hearing on Motion to Dismiss Counterclaims. | 0.30 | $170.00 | $51.00 |
| 5/24/2012 | ALB | L240 - A109 Attend hearing on Motion to Dismiss Counterclaims and Motion to Amend Counterclaim; hearing continued to June 14, 2012. | 3.30 | $170.00 | $561.00 |

June 13, 2012

| | |
|---|---|
| Client: | 101903 |
| Matter: | 000038 |
| Invoice #: | 214723 |

Page:                    2

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 5/30/2012 | AMH | L160 - A107 Multiple telephone conferences with J. Heggie re settlement agreement. | 0.20 | $215.00 | $43.00 |
| 5/31/2012 | AMH | L160 - A105 Multiple telephone conferences with S. Gregory re settlement agreement and loan modification. | 0.30 | $215.00 | $64.50 |
| 5/31/2012 | AMH | L160 - A107 Multiple telephone conferences with J. Heggie re settlement agreement and loan modification, draft email to J. Heggie re same. | 0.70 | $215.00 | $150.50 |
| 5/31/2012 | AMH | L160 - A103 Revise settlement agreement. | 0.30 | $215.00 | $64.50 |
| 5/31/2012 | AMH | L160 - A105 Conference with R. Briansky re strategy for settlement agreement and loan modification. | 0.20 | $215.00 | $43.00 |
| | | Total Professional Services | 5.50 | | $1,208.00 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|------------|--|-------|-------|------|--------|
| RIB | Richard Briansky | PARTNER | 0.30 | $300.00 | $90.00 |
| AMH | Amy B. Hackett | ASSOCIATE | 5.20 | $215.00 | $1,118.00 |

| | | |
|---|---|---|
| Total Services | $1,208.00 | |
| Total Current Charges | | $1,208.00 |
| Previous Balance | | $623.50 |
| **PAY THIS AMOUNT** | | **$1,831.50** |

## SYSTEM-TO-DATE

| | Current Invoice | Since Inception | Total | Payments-to-Date |
|---|---|---|---|---|
| **Hours** | 5.50 | 263.70 | 269.20 | N/A |
| **Services** | $1,208.00 | $56,535.20 | $57,743.20 | $56,535.20 |
| **Disbursements** | $0.00 | $779.55 | $779.55 | $779.55 |
| **Total** | $1,208.00 | $57,314.75 | $58,522.75 | $57,314.75 |

*Payment due upon receipt.*
*Contact Martin Ervin, Director, (617) 456-8029, mervin@princelobel.com, if you have questions on your account balance.*
*Please note invoice number with your payment.  Thank you.*

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap                                                        July 13, 2012
**Attention: Kathy Priore**                                       Client:        101903
Ally Financial, Inc.                                              Matter:        000141
2711 North Haskell Avenue, Suite 900                             Invoice #:      215808
Dallas, TX 75204
                                                                  Page:              1

RE:  Femino, GMAC # 723683, Loan # 10689020
     Property:  60 Shore Drive, Plymouth, MA


For Professional Services Rendered Through  June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/12/2012 | YOH | L210 - A103Draft Answer. | 0.90 | $237.00 | $213.30 |
| | | Total Professional Services | 0.90 | | $213.30 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|------------|--|-------|-------|------|--------|
| YOH | Young Han | ASSOCIATE | 0.90 | $237.00 | $213.30 |

| | | | |
|--|--|--|--|
| Total Services | | $213.30 | |
| Total Current Charges | | | $213.30 |
| Previous Balance | | | $1,469.40 |
| **PAY THIS AMOUNT** | | | **$1,682.70** |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap                                          July 13, 2012
**Attention:  Christine Buen**                       Client:          101903
Ally Financial, Inc.                                 Matter:          000168
2711 North Haskell Avenue, Suite 900                 Invoice #:       215818
Dallas, TX 75204
                                                     Page:                 1

RE:  Sarcia, GMAC # 728123, Loan # 7439193772
     Property:  241 Ellis Road, North Attleboro, MA

For Professional Services Rendered Through  June 30, 2012

**SERVICES**

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/1/2012 | JDS | L120 - A105Conference with A. Hackett re motion to dismiss. | 0.20 | $475.00 | $95.00 |
| 6/1/2012 | RIB | L210 - A104Review and revise motion to dismiss. | 2.30 | $300.00 | $690.00 |
| 6/1/2012 | AMH | L240 - A106Telephone conference with C. Buen re documents in support of motion to dismiss. | 0.20 | $215.00 | $43.00 |
| 6/1/2012 | AMH | L240 - A102Research in connection with motion to dismiss re effect of prior release to claims and defenses of a foreclosure action. | 0.80 | $215.00 | $172.00 |
| 6/1/2012 | AMH | L240 - A103Revise motion to dismiss. | 3.70 | $215.00 | $795.50 |
| 6/1/2012 | JBR | L240 - A110Prepared supporting exhibits to Defendants' Motion to Dismiss in anticipation of filing. | 0.20 | $220.00 | $44.00 |
| 6/1/2012 | JBR | L240 - A105Received and reviewed correspondence enclosing GMAC Mortgage LLC and Homecomings Financial LLC's Notice of Bankruptcy and U.S. Bank's Motion to Dismiss. | 0.10 | $220.00 | $22.00 |
| 6/1/2012 | JBR | L240 - A105Received and reviewed correspondence from A. Hackett enclosing GMAC and Homecomings' Notice of Bankruptcy and Effect of Automatic Stay. | 0.10 | $220.00 | $22.00 |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap
**Attention: Carol Bonello**
Ally Financial, Inc.
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

July 13, 2012
Client:          101903
Matter:        000169
Invoice #:     215822

Page:                1

RE: Russo, GMAC # 728136, Loan # 0601348823
    Property: 150 Rockland Road, Guilford, CT

For Professional Services Rendered Through June 30, 2012

**SERVICES**

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/4/2012 | AMH | L210 - A103Review and analyze 179-page complaint. | 2.70 | $215.00 | $580.50 |
| 6/4/2012 | AMH | L110 - A107Telephone conference with foreclosure counsel re prior action. | 0.10 | $215.00 | $21.50 |
| 6/4/2012 | AMH | L110 - A104Review fact package, including servicing notes, note and mortgage. | 1.20 | $215.00 | $258.00 |
| 6/4/2012 | AMH | L110 - A104Review docket, pleadings, motions and orders filed in foreclosure action. | 1.30 | $215.00 | $279.50 |
| 6/4/2012 | AMH | L240 - A104Review co-defendants' motion to dismiss. | 0.50 | $215.00 | $107.50 |
| 6/4/2012 | AMH | L240 - A103Draft memorandum of law in support of motion to dismiss. | 1.70 | $215.00 | $365.50 |
| 6/5/2012 | AMH | L240 - A103Draft memorandum of law in support of motion to dismiss. | 4.20 | $215.00 | $903.00 |
| 6/5/2012 | AMH | L110 - A104Review additional pleadings, motions and orders filed in foreclosure action. | 0.50 | $215.00 | $107.50 |

July 13, 2012

| | |
|---|---|
| Client: | 101903 |
| Matter: | 000169 |
| Invoice #: | 215822 |

Page: 2

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/5/2012 | AMH | L240 - A102 Research in connection with motion to dismiss re, among other things, documents that may be considered on motions to dismiss under Rule 12(b)(1) and Rule 12(b)(6), whether Rooker-Feldman doctrine or res judicata bars federal action alleging wrongful foreclosure after state court issued judgment of foreclosure and cases holding that such cases are barred, when judgment of strict foreclosure becomes a final judgment. | 3.20 | $215.00 | $688.00 |
| 6/6/2012 | AMH | L240 - A103 Draft and revise memorandum of law in support of motion to dismiss, draft motion to dismiss. | 2.20 | $215.00 | $473.00 |
| 6/6/2012 | AMH | L240 - A102 Research in connection with motion to dismiss re whether and in what circumstances courts have dismissed complaints for failure to comply with Rule 8, statute of limitations for FDCPA claim and cases dismissing FDCPA claims as time barred. | 0.70 | $215.00 | $150.50 |
| | | Total Professional Services | 18.30 | | $3,934.50 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMH | Amy B. Hackett | ASSOCIATE | 18.30 | $215.00 | $3,934.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 6/15/2012 | E100 - E122 Law Offices of Michael F. Dowley- Local Counsel Disbursement- Services Rendered through May 31, 2012 | $555.00 |
| | Total Disbursements | $555.00 |

| | | |
|---|---|---|
| Total Services | $3,934.50 | |
| Total Disbursements | $555.00 | |
| Total Current Charges | | $4,489.50 |
| Previous Balance | | $225.60 |
| **PAY THIS AMOUNT** | | **$4,715.10** |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

| | |
|---|---|
| GMAC Rescap | July 13, 2012 |
| **Attention: Gia Albright** | Client: 101903 |
| Ally Financial, Inc. | Matter: 000171 |
| 2711 North Haskell Avenue, Suite 900 | Invoice #: 215823 |
| Dallas, TX 75204 | |
| | Page: 1 |

RE: Pollock, GMAC # 728480; Loan # 0600810198
    Property: 141 Beals Street, Bedford, NH

---

For Professional Services Rendered Through  June 30, 2012

---

**SERVICES**

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2012 | BSG | L250 - A103Draft Notice of Removal in first state court case. | 0.60 | $240.00 | $144.00 |
| 6/4/2012 | BSG | L250 - A103Revise Notice of Removal in first state court case. | 0.40 | $240.00 | $96.00 |
| 6/4/2012 | BSG | L250 - A103Draft Notice of Removal in second state court case. | 0.70 | $240.00 | $168.00 |
| 6/4/2012 | BSG | L250 - A103Telephone conference with G. Albright re Notices of Removal. | 0.20 | $240.00 | $48.00 |
| 6/12/2012 | BSG | L160 - A107Review proposed settlement from B. Duffy. | 0.20 | $240.00 | $48.00 |
| 6/12/2012 | BSG | L160 - A107Email to G. Albright re proposed settlement. | 0.30 | $240.00 | $72.00 |
| 6/12/2012 | BSG | L210 - A103Draft and file Corporate Disclosures for GMAC. | 0.30 | $240.00 | $72.00 |
| 6/12/2012 | BSG | L210 - A103Draft and file Corporate Disclosure for Mortgage Electronic Registraton Systems. | 0.30 | $240.00 | $72.00 |
| 6/12/2012 | BSG | L210 - A103Draft and file Corporate Disclosure for Federal National Mortgage Association. | 0.30 | $240.00 | $72.00 |
| 6/21/2012 | BSG | L250 - A103Draft Motion for Enlargement of Time to Oppose Preliminary Injunction. | 0.40 | $240.00 | $96.00 |
| 6/26/2012 | BSG | L210 - A103Draft Answer. | 2.10 | $240.00 | $504.00 |

| | |
|---|---|
| Client: | 101903 |
| Matter: | 000171 |
| Invoice #: | 215823 |

Page:    2

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/27/2012 | BSG | L210 - A103Draft Answer. | 5.60 | $240.00 | $1,344.00 |
| 6/28/2012 | BSG | L210 - A102Research re Opposition to Preliminary Injunction. | 2.80 | $240.00 | $672.00 |
| 6/28/2012 | BSG | L210 - A102Draft Opposition to Preliminary Injunction. | 5.40 | $240.00 | $1,296.00 |
| 6/29/2012 | BSG | L160 - A106Telephone conference with G. Albright and P. Turner re settlement. | 0.60 | $240.00 | $144.00 |
| 6/29/2012 | BSG | L160 - A106Telephone conference with B. Duffy re settlement. | 0.20 | $240.00 | $48.00 |
| 6/29/2012 | BSG | L250 - A103Revise Opposition to Preliminary Injunction. | 0.40 | $240.00 | $96.00 |
| 6/29/2012 | RIB | L210 - A104Review and revise opposition to preliminary injunction. | 1.30 | $300.00 | $390.00 |
| | | Total Professional Services | 22.10 | | $5,382.00 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|------------|--|-------|-------|------|--------|
| RIB | Richard Briansky | PARTNER | 1.30 | $300.00 | $390.00 |
| BSG | Brian S. Grossman | PARTNER | 20.80 | $240.00 | $4,992.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|------|-----------------------------|--------|
| 6/4/2012 | E100 - E112 United States District Court of MA- Filing Fee- re Notice of Removal - Multiple Defendants | $350.00 |
| 6/5/2012 | E100 - E112 United States District Court of MA- Filing Fee- re Notice of Removal - GMAC as Defendant | $350.00 |
| 6/6/2012 | E100 - E112 HILLSBOROUGH COUNTY SUPERIOR COURT- Recording Fee- Certified State Court Records | $108.50 |
| 6/7/2012 | E100 - E112 HILLSBOROUGH COUNTY SUPERIOR COURT- Recording Fee- | $142.50 |
| | Total Disbursements | $951.00 |

| | | |
|---|---|---|
| | Total Services | $5,382.00 |
| | Total Disbursements | $951.00 |
| | Total Current Charges | $6,333.00 |
| | **PAY THIS AMOUNT** | **$6,333.00** |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

| | |
|---|---|
| GMAC Rescap | July 13, 2012 |
| **Attention: Christine Buen** | Client: 101903 |
| Ally Financial, Inc. | Matter: 000138 |
| 2711 North Haskell Avenue, Suite 900 | Invoice #: 215831 |
| Dallas, TX 75204 | |
| | Page: 1 |

RE: Roberts, GMAC # 724146, Loan # 602032301
    Property: 25 Birch Street, Clinton, MA

For Professional Services Rendered Through June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2012 | YOH | L210 - A103Begin draft of Answer. | 0.70 | $237.00 | $165.90 |
| 6/4/2012 | YOH | L210 - A103Continued preparation of Answer. | 0.40 | $237.00 | $94.80 |
| 6/4/2012 | YOH | L240 - A103Begin preparation of Motion for Summary Judgment. | 2.60 | $237.00 | $616.20 |
| 6/5/2012 | YOH | L240 - A103Continued preparation of Motion for Summary Judgment. | 1.80 | $237.00 | $426.60 |
| 6/7/2012 | YOH | L240 - A103Further preparation of Motion for Summary Judgment. | 3.50 | $237.00 | $829.50 |
| 6/7/2012 | YOH | L210 - A103Prepare Rule 9A Statement of Facts in Support of Motion for Summary Judgment. | 0.20 | $237.00 | $47.40 |
| 6/15/2012 | YOH | L120 - A104Review of two recent cases sent by Plaintiff's counsel relative to Chapter 244 Section 35A issue, discussion with counsel re same. | 0.50 | $237.00 | $118.50 |
| 6/21/2012 | YOH | L120 - A108Communicate with Christine Buen, at GMAC, re: strategy for Motion for Summary Judgment. | 0.10 | $237.00 | $23.70 |
| | | Total Professional Services | 9.80 | | $2,322.60 |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

| | |
|---|---|
| Ebill Collaborati | July 13, 2012 |
| **Attention: Amy Hartshorn** | Client: 101903 |
| , | Matter: 000114 |
| | Invoice #: 215842 |
| | Page: 1 |

RE: Gatos, GMAC Matter#697470; Loan # 601677696
    Property:  Bristol, Rhode Island
    Matter #697470

For Professional Services Rendered Through  June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/23/2012 | AMH | L240 - A103Draft motion for summary judgment. | 0.30 | $215.00 | $64.50 |
| 6/28/2012 | AMH | L240 - A103Draft and revise motion for summary judgment. | 1.60 | $215.00 | $344.00 |
| 6/29/2012 | AMH | L240 - A102Research in connection with motion for summary judgment re recent decision in RI Superior Court addressing issues raised by plaintiff. | 1.50 | $215.00 | $322.50 |
| 6/29/2012 | AMH | L240 - A103Draft and revise motion for summary judgment. | 2.60 | $215.00 | $559.00 |
| | | Total Professional Services | 6.00 | | $1,290.00 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|------------|---|-------|-------|------|--------|
| AMH | Amy B. Hackett | ASSOCIATE | 6.00 | $215.00 | $1,290.00 |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap
**Attention: Christine Buen**
Homecomings Financial
2711 North Haskell Avenue, Suite 900
Dallas, TX 75204

July 13, 2012
Client:        101903
Matter:        000089
Invoice #:     215850

Page:               1

RE: Adams, Loan # 0593914302, Matter # 714325
Property: 104 Horseneck Road, Warwick, RI

For Professional Services Rendered Through June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 6/4/2012 | AMH | L350 - A107Exchange emails with C. Allard re stay of discovery and motion to stay discovery. | 0.10 | $215.00 | $21.50 |
| 6/7/2012 | AMH | L240 - A103Draft motion to stay discovery. | 1.40 | $215.00 | $301.00 |
| 6/8/2012 | BSG | L250 - A111File Motion to Stay Discovery, conference with Court Clerk re same. | 3.20 | $240.00 | $768.00 |
| 6/11/2012 | AMH | L310 - A103Draft discovery responses. | 0.20 | $215.00 | $43.00 |
| 6/12/2012 | AMH | L310 - A103Draft and revise discovery responses for MERS and FNMA. | 1.20 | $215.00 | $258.00 |
| 6/28/2012 | BSG | L250 - A111Telephone conference with Court Clerk re Motion to Stay Discovery. | 0.30 | $240.00 | $72.00 |
| | | Total Professional Services | 6.40 | | $1,463.50 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|------------|---|-------|-------|------|--------|
| BSG | Brian S. Grossman | PARTNER | 3.50 | $240.00 | $840.00 |
| AMH | Amy B. Hackett | ASSOCIATE | 2.90 | $215.00 | $623.50 |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap                                        July 13, 2012
**Attention:  Lauren Graham Deleney**              Client:        101903
Homecomings Financial                              Matter:        000083
2711 North Haskell Avenue, Suite 900               Invoice #:     215852
Dallas, TX 75204
                                                   Page:               1

RE:  Peterson, Derrick, Loan # 601829515, Matter # 714946
     Property:  147 Turner Road, Unit 96, Holliston, MA
     Matter # 714946

For Professional Services Rendered Through  June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/5/2012 | RIB | L520 - A109Prepare for First Circuit argument. | 4.40 | $300.00 | $1,320.00 |
| 6/5/2012 | JSH | L450 - A101Preparation of case books in preparation for hearing. | 5.00 | $90.00 | $450.00 |
| 6/6/2012 | RIB | L520 - A109Prepare for and argue appeal. | 3.80 | $300.00 | $1,140.00 |
| | | Total Professional Services | 13.20 | | $2,910.00 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|------------|---|-------|-------|------|--------|
| RIB | Richard Briansky | PARTNER | 8.20 | $300.00 | $2,460.00 |
| JSH | Janine A. Sheehan | PARALEGAL | 5.00 | $90.00 | $450.00 |

| | | | |
|---|---|---|---|
| Total Services | $2,910.00 | |
| Total Current Charges | | $2,910.00 |
| **PAY THIS AMOUNT** | | **$2,910.00** |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap                                     July 13, 2012
**Attention: Kathy Priore**                     Client:        101903
Homecomings Financial                           Matter:        000038
2711 North Haskell Avenue, Suite 900            Invoice #:     215861
Dallas, TX 75204
                                                Page:               1

RE: Harrington, Heather, GMAC # 36435, Loan # 0601700377
    Property: 40 Lyman Road, Milton, MA
    GMAC Rescap Case Mgr.: Kathy Priore
    Firm Attorney: Richard E. Briansky
    Ally Matter #697464

For Professional Services Rendered Through June 30, 2012

**SERVICES**

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/27/2012 | AMH | L430 - A103 Draft and revise opposition to motion for default judgment against Infinity and motion for loan adjustment pursuant to MGL c. 140D. | 4.50 | $215.00 | $967.50 |
| 6/28/2012 | AMH | L430 - A103 Revise opposition to motion for default judgment and motion for loan adjustment. | 0.40 | $215.00 | $86.00 |
| | | Total Professional Services | 4.90 | | $1,053.50 |

**TIMEKEEPER RECAP**

| Timekeeper | | Level | Hours | Rate | Amount |
|------------|--|-------|-------|------|--------|
| AMH | Amy B. Hackett | ASSOCIATE | 4.90 | $215.00 | $1,053.50 |

| | | | |
|--|--|--|--|
| Total Services | | $1,053.50 | |
| Total Current Charges | | | $1,053.50 |
| Previous Balance | | | $1,831.50 |
| **PAY THIS AMOUNT** | | | **$2,885.00** |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

| | |
|---|---|
| GMAC Rescap | July 13, 2012 |
| **Attention: Manish Verma** | Client: 101903 |
| Ally Financial, Inc. | Matter: 000184 |
| 2711 North Haskell Avenue, Suite 900 | Invoice #: 215870 |
| Dallas, TX 75204 | |
| | Page: 1 |

RE: Elakareh, Eric, GMAC # 729577 Loan # 0602456691
    Property: 49-51 Lancashire Road, Springfield, Ma

For Professional Services Rendered Through June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/15/2012 | YOH | L110 - A108 Communicate with Manish Verma, at GMAC, re background facts of case. | 0.20 | $237.00 | $47.40 |
| 6/15/2012 | YOH | L230 - A101 Review of Pleadings in preparation of hearing on 6/18. | 0.40 | $237.00 | $94.80 |
| 6/15/2012 | YOH | L110 - A107 Communicate with foreclosure counsel, Orlans Moran, re ownership status of property, any information on claims asserted (x2). | 0.40 | $237.00 | $94.80 |
| 6/15/2012 | YOH | L110 - A104 Review of foreclosure file and eviction file from Orlans Moran. | 0.70 | $237.00 | $165.90 |
| 6/15/2012 | YOH | L120 - A102 Legal research on rights tenants can have against bank after foreclosure for breach of warranty of habitability, and the like, for not repairing code violations. | 0.40 | $237.00 | $94.80 |
| 6/18/2012 | YOH | L230 - A109 Attend Status Conference at Springfield Housing Court. | 5.60 | $237.00 | $1,327.20 |
| 6/19/2012 | YOH | L120 - A108 Telephone conference with Manish Verma, at GMAC, re: status hearing on June 18. | 0.10 | $237.00 | $23.70 |
| 6/20/2012 | YOH | L120 - A108 Communicate with Manish Verma, at GMAC, re: status of repairs. | 0.10 | $237.00 | $23.70 |
| | | **Total Professional Services** | 7.90 | | $1,872.30 |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

GMAC Rescap                                     July 13, 2012
**Attention: Gia Albright**                     Client:        101903
Ally Financial, Inc.                            Matter:        000179
2711 North Haskell Avenue, Suite 900            Invoice #:     215871
Dallas, TX 75204

                                                Page:              1

RE:  Duff, GMAC # 729159 Loan # 7470923228
     Property:  33 Spruce Street, Watertown, MA

For Professional Services Rendered Through June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 6/6/2012 | RIB | L120 - A104Review file. | 1.20 | $300.00 | $360.00 |
| 6/7/2012 | RIB | L510 - A107Telephone conference with malpractice lawyer re claim. | 0.20 | $300.00 | $60.00 |
| 6/12/2012 | JBR | L210 - A103[Deutsch Bank v Great American] Began drafting a complaint containing claims of legal malpractice against Great America related to post-closing liens on a property. | 2.00 | $220.00 | $440.00 |
| 6/14/2012 | RIB | L120 - A106Attend conference. | 0.50 | $300.00 | $150.00 |
| 6/14/2012 | JBR | L250 - A105Conference with R. Briansky concerning draft complaint with claims of negligence, negligent misrepresentation, 93A and malpractice against closing attorney. | 0.20 | $220.00 | $44.00 |
| 6/18/2012 | AMH | L210 - A103Review and revise complaint. | 1.20 | $215.00 | $258.00 |
| 6/18/2012 | JBR | L250 - A103Continued drafting Complaint against Defendants Frederic C. Harris and Great American Insurance Company for claims related to refinance loan transaction. | 2.70 | $220.00 | $594.00 |
| 6/18/2012 | JBR | L250 - A103Revised and modified Complaint against Defendants Frederic C. Harris and Great American Insurance Company for claims related to refinance loan transaction. | 0.70 | $220.00 | $154.00 |

July 13, 2012

| | |
|---|---|
| Client: | 101903 |
| Matter: | 000179 |
| Invoice #: | 215871 |

Page:     2

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/18/2012 | JBR | L250 - A106Drafted correspondence to G. Albright requesting copy of Defendant's closing instructions related to refinance loan transaction. | 0.10 | $220.00 | $22.00 |
| 6/18/2012 | JBR | L250 - A106Telephone call to client, G. Albright, requesting copy of Defendant's closing instructions related to refinance loan transaction. | 0.10 | $220.00 | $22.00 |
| 6/19/2012 | RIB | L210 - A103Review and revise complaint. | 2.20 | $300.00 | $660.00 |
| 6/20/2012 | RIB | L210 - A103Review and revise Amended Complaint. | 2.50 | $300.00 | $750.00 |
| 6/22/2012 | AMH | L210 - A103Review and revise amended complaint. | 0.70 | $215.00 | $150.50 |
| 6/26/2012 | JBR | L250 - A106Received and reviewed correspondence from G. Albright concerning production of GMAC closing instructions.  Drafted correspondence to G. Albright re same. | 0.20 | $220.00 | $44.00 |
| 6/26/2012 | JBR | L250 - A106Received and reviewed a copy of GMAC's closing instructions pursuant to earlier request. | 0.20 | $220.00 | $44.00 |
| | | Total Professional Services | 14.70 | | $3,752.50 |

## TIMEKEEPER RECAP

| Timekeeper | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| RIB | Richard Briansky | PARTNER | 6.60 | $300.00 | $1,980.00 |
| JBR | Julie A. Brennan | ASSOCIATE | 6.20 | $220.00 | $1,364.00 |
| AMH | Amy B. Hackett | ASSOCIATE | 1.90 | $215.00 | $408.50 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 6/18/2012 | E100 - E112 United States District Court of MA- Filing Fee- Efile Fee on 6/18/12 | $350.00 |
| | Total Disbursements | $350.00 |

| | | |
|---|---|---|
| Total Services | $3,752.50 | |
| Total Disbursements | $350.00 | |
| Total Current Charges | | $4,102.50 |
| **PAY THIS AMOUNT** | | **$4,102.50** |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

Ebill Collaborati
**Attention: Carol Bonello**

,

July 13, 2012
Client:        101903
Matter:       000111
Invoice #:    215876

Page:            1

RE: Bruce, Matter # 690803, Loan # 7437430242
    Property: 56 Park View Drive, Hingham, MA

For Professional Services Rendered Through  June 30, 2012

**SERVICES**

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|------|------|-------------------------|-------|------|--------|
| 6/1/2012 | AMH | L460 - A102Research in connection with supplemental post-trial briefing re application of restatement of restitution and earlier Massachusetts case law to case. | 2.50 | $215.00 | $537.50 |
| 6/6/2012 | CEM | L120 - A102Research for A. Hackett on who bears the loss caused by the fraud of an agent. | 0.80 | $140.00 | $112.00 |
| 6/7/2012 | CEM | L120 - A102Research for A. Hackett on who bears the loss caused by the fraud of an agent. Printed & provided cases. | 0.70 | $140.00 | $98.00 |
| 6/8/2012 | AMH | L210 - A103Draft supplemental post-trial brief. | 3.50 | $215.00 | $752.50 |
| 6/9/2012 | AMH | L460 - A102Research in connection with supplemental post trial briefing re whether Massachusetts has adopted Restatement (Third) of Restitution s 67 and its application to the represent case, whether agent's knowledge can be imputed to principal if agent committed fraud, whether principal or innocent third party bears loss of agent's fraudulent conduct, review Massachusetts cases applying restitution principles. | 1.40 | $215.00 | $301.00 |
| 6/9/2012 | AMH | L460 - A103Draft and revise supplemental post-trial brief. | 3.40 | $215.00 | $731.00 |
| 6/11/2012 | RIB | L460 - A103Review and revise post-trial brief. | 4.30 | $300.00 | $1,290.00 |

# PRINCE LOBEL TYE LLP

100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114
Phone (617) 456-8000 - Fax (617) 456-8100
PrinceLobel.com
TIN - 04-2986019

Ebill Collaborati
**Attention: Amy Hartshorn**

,

|  |  |
|---|---|
| July 13, 2012 | |
| Client: | 101903 |
| Matter: | 000113 |
| Invoice #: | 215877 |
| | |
| Page: | 1 |

RE:  Osgood, GMAC # 690079 Loan # _____
Matter #690079
Property:  92 Wood Street, Hanson, MA

For Professional Services Rendered Through  June 30, 2012

## SERVICES

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/22/2012 | JBR | L120 - A104Continued reviewing and analyzing case file regarding case status in preparation for conference call with the client scheduled for Monday, June 25, 2012 at 2:00 p.m. | 2.10 | $220.00 | $462.00 |
| 6/22/2012 | JBR | L120 - A106Telephone call from the client, A. Hartshorn, concerning status of trial preparedness memorandum.  Received and reviewed correspondence from A. Hartshorn re: same. | 0.20 | $220.00 | $44.00 |
| 6/22/2012 | JBR | L120 - A103Began drafting trial preparedness memo in anticipation of conference call with the client scheduled for Monday, June 25, 2012 at 2:00 p.m. | 0.80 | $220.00 | $176.00 |
| 6/22/2012 | JBR | L450 - A107Received and reviewed correspondence from counsel, C. Solomont, requesting assent to brief adjournment of July 18 trial date. | 0.20 | $220.00 | $44.00 |
| 6/23/2012 | JBR | L120 - A104Continued to review and analyze case materials in preparation of drafting Trial Preparedness Memo. | 2.00 | $220.00 | $440.00 |
| 6/23/2012 | JBR | L120 - A103Continued drafting Trial Preparedness Memorandum pursuant to client, A. Hartshorn's, request. | 1.50 | $220.00 | $330.00 |

July 13, 2012

| | |
|---|---|
| Client: | 101903 |
| Matter: | 000113 |
| Invoice #: | 215877 |

Page:            2

**SERVICES**

| Date | TKPR | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/25/2012 | RIB | L120 - A104Review file to prepare for conference call. | 1.30 | $300.00 | $390.00 |
| 6/25/2012 | JBR | L120 - A106Drafted correspondence to A. Hartshorn enclosing draft of Trial Preparedness Memorandum. | 0.20 | $220.00 | $44.00 |
| 6/26/2012 | JBR | L120 - A102Completed research concerning restitution for inclusion in Trial Preparedness Memo. | 0.60 | $220.00 | $132.00 |
| 6/26/2012 | JBR | L120 - A103Completed drafting revised Trial Preparedness Memorandum for R. Briansky's review in preparation of today's rescheduled conference call with the client at 2:00 p.m. | 1.70 | $220.00 | $374.00 |
| 6/26/2012 | JBR | L120 - A106Conference call with client, A. Hartshorn et. al., concerning upcoming trial, legal analysis and strategy. | 1.00 | $220.00 | $220.00 |
| 6/26/2012 | JBR | L120 - A107Telephone call with F. Connelly concerning case status of third party defendant. | 0.20 | $220.00 | $44.00 |
| 6/26/2012 | JBR | L120 - A107Telephone call to Plaintiff's counsel, T. Callahan, concerning case status. | 0.20 | $220.00 | $44.00 |
| 6/28/2012 | JBR | L120 - A107Drafted correspondence to Plaintiff's counsel, T. Callahan, concerning Plaintiff's position entering trial. | 0.20 | $220.00 | $44.00 |
| 6/28/2012 | JBR | L120 - A107Drafted correspondence to third party defendant's counsel, F. Connelly, concerning position entering trial and medical malpractice carrier's willingness to provide money toward settlement. | 0.20 | $220.00 | $44.00 |
| 6/28/2012 | JBR | L120 - A107Drafted correspondence to Plaintiff's counsel, C. Solomont, concerning status of Plaintiff's request for adjournment of trial. | 0.20 | $220.00 | $44.00 |
| 6/28/2012 | JBR | L120 - A106Drafted correspondence to client, A. Hartshorn, following up on Tuesday's conference call and status of trial date. | 0.20 | $220.00 | $44.00 |
| 6/28/2012 | JBR | L120 - A108Telephone call to Brockton Superior Court Clerk's office concerning case assignment. | 0.20 | $220.00 | $44.00 |
| 6/28/2012 | JBR | L240 - A106Drafted correspondence to the client, S. McGinnis, concerning the hearing held on Defendant's Motion to Dismiss. | 0.30 | $220.00 | $66.00 |
| 6/28/2012 | JBR | L120 - A107Telephone call from F. Connelly, counsel for third party defendant, concerning settlement authority. | 0.20 | $220.00 | $44.00 |