# EXHIBIT E

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                                     September 25, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart 12-1913 EDPA**
    **(Taggart v. Montgo Prothy et al - 14th Am.)**
Client's Reference No: 729708

Invoice Number:   2317240
Client Number:     887669
Matter Number:    60016

---

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 1.00 |
| 08/10/12 | Guerin | Conference call with bankruptcy counsel et al. | 0.80 |
| 08/10/12 | Guerin | Review Taggart Bankruptcy filing and prepare for call. | 0.30 |
| 08/10/12 | Guerin | Attend to mail received from K.Taggart enclosing second motion for extension of time to respond in 12-0415. | 0.20 |
| 08/10/12 | Guerin | Internal communications relating to Bankruptcy Hearing and second motion for relief from stay for federal matter. | 0.20 |
| 08/23/12 | Guerin | Review and respond to email communications relating to case and court order issued. | 0.20 |

Total Hours    2.70

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| Maria T. Guerin | 2.70 at $ 345.00 = | | 931.50 |

Total Fees            931.50

Duplicating/Printing/Scanning    0.00
Postage Expense           0.00

# ReedSmith

*Unpaid*

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

September 25, 2012

Carol Bonello
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart, 12-4077 EDPA**
    **(Taggart v. RS et al - RICO)**
Client's Reference No: 730610

| | |
|---|---|
| Invoice Number: | 2317242 |
| Client Number: | 887669 |
| Matter Number: | 60018 |

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/04/12 | Reichner | Review and analysis of complaint and exhibits and address avenues of motion to dismiss or stay | 4.40 |
| 08/05/12 | Reichner | Address entry, suggestion of bankruptcy, and application for more time | 0.60 |
| 08/10/12 | Reichner | Work on motion to dismiss | 2.30 |
| 08/16/12 | Reichner | Address research status | 0.40 |
| 08/17/12 | Reichner | Meeting with B. Axe regarding drafting of motion to dismiss | 0.20 |
| 08/17/12 | Reichner | Work on motion to dismiss, | 5.30 |
| 08/19/12 | Reichner | Revise our motion to dismiss in connection with a review of the motion to dismiss filed by Montgomery County in related case. | 1.20 |
| 08/21/12 | Reichner | Review entries and request for extension of co-defendants | 0.20 |
| 08/24/12 | Axe | Review Complaint and outline factual allegations special to conduct of attorneys. | 1.50 |
| 08/24/12 | Axe | Draft factual and legal sections of motion to dismiss. | 5.50 |
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 2.00 |

*Unpaid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello                                                                    September 25, 2012
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

Client/Matter Contact: Carol Bonello
**Re: Taggart, 12-0415 EDPA**
    **(Taggart v. HUD, FHA, GMAC et al -due process)**
Client's Reference No: 728968

| | |
|---|---|
| Invoice Number: | 2317243 |
| Client Number: | 887669 |
| Matter Number: | 60017 |

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 1.00 |
| 08/06/12 | Guerin | Attend to case management of federal and state cases. | 0.30 |
| 08/13/12 | Guerin | Confer with B.Axe regarding federal claims, legal authorities and state pleadings history. | 0.60 |
| 08/20/12 | Guerin | Review and manage email communications. | 0.20 |
| 08/21/12 | Guerin | Review and respond to email communications | 0.40 |
| 08/22/12 | Guerin | Attend to email communications relating to federal actions. | 0.20 |
| 08/27/12 | Guerin | Attend to internal communications -and review of County's Motion to Dismiss. | 0.30 |
| 08/03/12 | Phillips | Prepare three chronologies of federal court filings for three U.S. District Court cases. | 2.00 |
| 08/06/12 | Phillips | Revise and update chronology of Montgomery County foreclosure action. | 2.00 |

Total Hours    7.00

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| Maria T. Guerin | 3.00 at $ 345.00 = | | 1,035.00 |
| Christine M. Phillips | 4.00 at $ 175.00 = | | 700.00 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
September 25, 2012

Invoice Number  2317253
Page    4

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/01/12 | Guerin | Attend to appeal and facilitate filing objection to jurisdiction and internal communications relating to same. | 0.50 |
| 08/01/12 | Guerin | Attend to pro hac vice admission issues. | 0.20 |
| 08/01/12 | Guerin | Revise bankruptcy brief per MoFo's requests; Internal communications relating to same. | 6.50 |
| 08/01/12 | Guerin | Attend to drafting summary judgment arguments. | 3.70 |
| 08/02/12 | Guerin | Attend to affidavit in support of summary judgment. | 1.40 |
| 08/02/12 | Guerin | Attend to bankruptcy case and communications with counsel regarding same; Review counsel's motion response filed with the court. | 0.50 |
| 08/02/12 | Guerin | Attend to recent case re GMAC, Reed Smith et al. | 0.10 |
| 08/02/12 | Guerin | Attend to outstanding discovery issues; Confer with H. Reichner regarding same. | 1.00 |
| 08/02/12 | Guerin | Confer with B.Axe regarding opposition to Taggart's pending appeal in Superior Court, and perform edits regarding same. | 0.60 |
| 08/02/12 | Guerin | Attend to numerous federal and state case management issues, including ongoing internal communications with J.Martin, B.Axe, D.Bettino and H.Reichner regarding motions, strategy and case management. | 3.30 |
| 08/03/12 | Guerin | Internal communications and work with S.McNeal to select appropriate docket entries for inclusion in chronology requested by Bankruptcy counsel; Review of state and federal chronologies provided. | 0.50 |
| 08/03/12 | Guerin | Communications regarding client business records and discovery issues. | 0.70 |
| 08/03/12 | Guerin | Finalize objection to jurisdiction of the appellate court in appeal regarding appointment of receiver. | 0.80 |
| 08/03/12 | Guerin | Attend to drafting affidavit and motion for summary judgment. | 5.90 |
| 08/04/12 | Guerin | Draft          argument and develop affidavit, including additions to exhibit list. | 5.90 |
| 08/05/12 | Guerin | Attend to drafting summary judgment motion including | 6.90 |
| 08/06/12 | Guerin | Update and edit loan chronology and case issues summary. | 1.10 |