# EXHIBIT F



**AlixPartners** LLP
*When it really matters.*

Boston  Chicago  Dallas  Detroit  Dubai  Düsseldorf  London  Los Angeles  Milan
Munich  New York  Paris  San Francisco  Shanghai  Tokyo  Washington, DC

Residential Capital UCC
c/o Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Invoice #           2041846-14

Re:                 Ediscovery Processing & Hosting
Client/Matter #     007351.00024

| June 2012 | | | |
|---|---|---|---|
| Service Description | Units | Per Unit Cost | Total |
| Data Processing (De-duplication, metadata extraction and indexing for search) | 0 | $125/GB | $ - |
| Relativity Load Fees | 147.70 | $400/GB | $ 59,080.00 |
| Relativity Analytics (as necessary) | 0 | $250/GB | $ - |
| Hosting Fees (Monthly Charge) | 131.00 | $50/GB | $ 6,550.00 |
| User Fees (Monthly Charge) | 16 | $100/user | $ 1,600.00 |
| Production TIFF charges | 0 | .04/pg | $ - |
| Production endorsements | 0 | .01/endorsement | $ - |
| Creation of production sets and load files | 0 | Hourly | $ - |
| Production media | 0 | At cost | $ - |
| Total | | | $ 67,230.00 |



**AlixPartners** LLP
*When it really matters.*

Boston  Chicago  Dallas  Detroit  Dubai  Düsseldorf  London  Los Angeles  Milan
Munich  New York  Paris  San Francisco  Shanghai  Tokyo  Washington, DC

Residential Capital UCC
c/o Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Invoice #             2041846-15

Re:                   Billing and Retention
Client/Matter #       007351.00090

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/12 | MEL | Review retention motion and policy regarding information wall. | 1.60 |
| 06/03/12 | MEL | Edit draft retention motion. | 0.50 |
| 06/04/12 | HK | Edit draft retention papers for AlixPartners. | 0.70 |
| 06/04/12 | AH | Review information barrier procedures | 0.20 |
| 06/04/12 | HK | Review draft retention papers for AlixPartners. | 0.40 |
| 06/04/12 | AH | Comment on information barrier procedures | 0.20 |
| 06/05/12 | HK | Edit draft Information Barrier program document. | 0.30 |
| 06/05/12 | AH | Call with L. Eisele (AP GC) re: engagement letter draft and markups | 0.40 |
| 06/05/12 | AH | Call w/ J. Shifer (KL) re: engagement letter draft. | 0.30 |
| 06/05/12 | HK | Review draft Information Barrier program document. | 0.20 |
| 06/07/12 | AH | Review revised information barrier memo and engagement letter prior to sending letter to counsel | 0.30 |
| 06/07/12 | MEL | Call with Peter Katz regarding information barrier | 0.30 |
| 06/11/12 | MEL | Initial review of time billed in May for bankruptcy adherence. | 0.70 |
| 06/12/12 | MEL | Review May invoiced time to assess budgets. | 0.60 |
| 06/13/12 | AH | Review revised information barrier language, and call w/ P. Katz (AP counsel) re: same | 0.20 |
| 06/14/12 | MEL | Discuss e-discovery budget with Matt Cohen. | 0.20 |
| 06/14/12 | MEL | Edit fee estimate | 0.80 |
| 06/15/12 | MEL | Budget discussion with Matt Cohen. | 0.80 |
| 06/18/12 | LS | Preliminary review of May invoice to ensure conformity with UST bankruptcy protocol. | 1.80 |
| 06/19/12 | LS | Discuss May invoice edits with M. Landy. | 0.40 |
| 06/19/12 | LS | Additional edits to May invoice based on discussion with M. Landy for improved bankruptcy conformity. | 1.80 |
| 06/19/12 | AH | Review AlixPartners retention documents and send draft to counsel | 0.40 |



Boston  Chicago  Dallas  Detroit  Dubai  Düsseldorf  London  Los Angeles  Milan
Munich  New York  Paris  San Francisco  Shanghai  Tokyo  Washington, DC

Residential Capital UCC
c/o Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Invoice #              2041846-15

Re:                    Billing and Retention
Client/Matter #        007351.00090

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/20/12 | HK | Forecasting professional fees at Debtors' request. | 0.30 |
| 06/21/12 | TMT | Budget planning at Debtor's request | 0.70 |
| 06/21/12 | MEL | Develop AlixPartners' fee information pursuant to FTI request | 0.80 |
| 06/25/12 | AH | Calls w/ Kramer Levin and various emails re: changes to retention docs | 0.30 |
| 06/26/12 | LS | Review edited May invoice for UST compliance. | 1.10 |
| 06/27/12 | HK | Read/execute retention papers, including declaration. | 1.10 |
| 06/28/12 | LS | Make additional edits to May invoice to ensure UST compliance. | 0.40 |
|  |  | **Total Hours** | **17.80** |

*Handwritten annotations: $408.45 next to 06/26/12 entry; $405.62 next to 06/28/12 entry; "Total $3,091" at bottom*



Boston  Chicago  Dallas  Detroit  Dubai  Düsseldorf  London  Los Angeles  Milan
Munich  New York  Paris  San Francisco  Shanghai  Tokyo  Washington, DC

Residential Capital UCC
c/o Kramer Levin
1177 Avenue of the Americas
New York, NY 10036

Invoice #           2041846-15

Re:                 Billing and Retention
Client/Matter #     007351.00090

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harvey Kelly | 3.00 | 920.00 | 2,760.00 |
| Alan Holtz | 2.30 | 920.00 | 2,116.00 |
| Marc E Landy | 6.30 | 665.00 | 4,189.50 |
| Todd Toaso | 0.70 | 455.00 | 318.50 |
| Lauren Schulman | 5.50 | 405.00 | 2,227.50 |
| **Total Hours & Fees** | **17.80** | | **11,611.50** |

40 West 57th Street  |  New York, NY  |  10019  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com



Boston  Chicago  Dallas  Detroit  Dubai  Düsseldorf  London  Los Angeles  Milan
Munich  New York  Paris  San Francisco  Shanghai  Tokyo  Washington, DC

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #              2042641-17

Re:                    Billing and Retention
Client/Matter #        007351.00090

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/06/12 | AH | Review supplemental Holtz declaration and correspond w/ risk management and engagement leaders re: same | 0.50 |
| 08/07/12 | LS | Respond to A. Holtz request for May, June and July estimates. | 0.50 |
| 08/08/12 | AH | Discussions w/ J. Dermont (Moelis) and AlixPartners Risk Management team re: resolving US Trustee objection | 0.30 |
| 08/08/12 | AH | Email exchange w/ D. Mannal (KL) re: resolving US Trustee retention objection | 0.20 |
| 08/08/12 | AH | Review Supplemental Retention Declaration | 0.30 |
| 08/09/12 | MEL | Discuss billing matters with Lauren Schulman. | 0.50 |
| 08/09/12 | MEL | Revise fee estimate to be provided to FTI for cash forecast. | 0.50 |
| 08/09/12 | AH | Prepare for Court Hearing re: AlixPartners Retention by reading all related documentation - Application, Declarations, Information Barrier | 0.90 |
| 08/09/12 | AH | Various correspondence w/ AlixPartners RM team re: monthly billing | 0.20 |
| 08/09/12 | LS | Begin review of June invoice to ensure UST compliance. | 1.10 |
| 08/09/12 | LS | Assist M. Landy with projection of August and September budgets. | 0.80 |
| 08/10/12 | LS | Revise June invoice to ensure UST compliance. | 3.30 |
| 08/10/12 | MEL | Prepare fee estimate for review by Kramer Levin | 0.20 |
| 08/10/12 | AH | Review monthly budget estimate requested by FTI | 0.10 |
| 08/12/12 | LS | Revise June invoice to ensure UST compliance. | 2.00 |
| 08/13/12 | LS | Continue making revisions to June invoice to ensure UST compliance. | 3.00 |
| 08/15/12 | LS | Make additional revisions to June invoice (time and expenses) to ensure UST compliance. | 1.80 |
| 08/15/12 | AH | Email to AP Risk Management re: conflicts update for Examiner parties | 0.10 |
| 08/17/12 | LS | Update FGIC monthly billing spreadsheet sent from John Dubel with May and June figures. | 0.60 |
| 08/17/12 | AH | Detailed review of May and June invoices | 2.30 |



**AlixPartners LLP**
*When it really matters.*

Boston  Chicago  Dallas  Detroit  Dubai  Düsseldorf  London  Los Angeles  Milan
Munich  New York  Paris  San Francisco  Shanghai  Tokyo  Washington, DC

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Invoice #           2042641-17

Re:                 Billing and Retention
Client/Matter #     007351.00090

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/20/12 | LS | Revise May invoice based on A. Holtz's comments to ensure UST compliance. | 1.20 |
| 08/20/12 | LS | Review May and June invoices with A. Holtz. | 0.40 |
| 08/20/12 | AH | Discuss May/June invoices w/ L. Schulman | 0.40 |
| 08/20/12 | AH | Detailed review of May/June invoices | 1.80 |
| 08/20/12 | AH | Prepare memo to all AlixPartners timekeepers on proper use of billing codes and maintaining adequate time descriptions | 0.30 |
| 08/20/12 | LS | Revise June invoice based on A. Holtz's comments to ensure UST compliance. | 1.60 |
| 08/23/12 | HK | Review and revise draft ResCap AlixPartners Disclosure supplement. | 0.60 |
| 08/27/12 | AH | Review revised May and June fee applications including discussion w/ L. Schulman | 0.80 |
| 08/27/12 | LS | Review compensation order (docket 797) for filing instructions. | 0.40 |
| 08/27/12 | LS | Update FGIC monthly billing spreadsheet sent from John Dubel with May figures. | 0.30 |
| 08/27/12 | LS | Prepare draft invoice cover letter to "Notice Parties" listed in compensation order | 0.50 |
| 08/27/12 | LS | Finalize May invoice after changes made based on discussion with A. Holtz. | 0.40 |
| 08/27/12 | LS | Finalize June invoice based on input from A. Holtz. | 0.60 |
| 08/27/12 | LS | Update FGIC monthly billing spreadsheet sent from John Dubel with June figures. | 0.40 |
| 08/28/12 | LS | Preliminary review of July invoice to ensure conformity with UST bankruptcy protocol. | 1.30 |
| 08/28/12 | LS | Revise July invoice to ensure UST compliance. | 2.10 |
| 08/29/12 | LS | Continue making July invoice revisions to ensure UST compliance. | 2.60 |
| 08/29/12 | LS | Conform July invoice by moving select entries to more appropriate bankruptcy matter codes. | 3.20 |
| | | **Total Hours** | **38.10** |


Total $15,115

40 West 57th Street  |  New York, NY  |  10019  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com