# EXHIBIT G

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 85

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED        October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                          Invoice No. 596968

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | Amount |
|---|---|---|---|
| ALLEN, DAVID R | ASSOCIATE | 0.30 | 124.50 |
| TOTAL | | 0.30 | $124.50 |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/22/12 | ALLEN, DAVID R | Review and revise billing matters. | 0.30 | 124.50 |
| TOTAL | | | 0.30 | $124.50 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 200

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED             July 31, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                            Invoice No. 601179

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | Amount |
|---|---|---|---|
| RINGER, RACHAEL L | ASSOCIATE | 4.40 | 2,134.00 |
| SHAIN, ALIYA | PARALEGAL | 20.80 | 5,928.00 |
| GOOT, RACHEL L | PARALEGAL | 15.60 | 4,602.00 |
| **TOTAL** | | **40.80** | **$12,664.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/04/12 | RINGER, RACHAEL L | E-mail to KL group re: timekeeping in bankruptcy. | 0.20 | 97.00 |
| 06/08/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with UST guidelines. | 3.80 | 1,121.00 |
| 06/11/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with UST guidelines. | 2.60 | 767.00 |
| 06/12/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with UST guidelines. | 1.00 | 295.00 |
| 06/12/12 | RINGER, RACHAEL L | E-mails with KL team re: proper timekeeping guidelines (.3), e-mails with R. Goot re: review of ResCap bill (.3), review May ResCap bill to ensure compliance with guidelines (1.2). | 1.80 | 873.00 $485 $582 |
| 06/13/12 | SHAIN, ALIYA | Revise monthly fee statement to ensure compliance with fee guidelines (1.5); emails with R. Ringer re same (.4). | 1.90 | 541.50 $285 $4275 |
| 06/13/12 | RINGER, RACHAEL L | Coordinate with A. Shain re: monthly fee statement and compliance with Trustee Guidelines. | 0.40 | 194.00 |
| 06/14/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with fee guidelines. | 3.40 | 1,003.00 |
| 06/14/12 | RINGER, RACHAEL L | Correspondence with R. Goot, A. Shain re bill and accounting procedures. | 1.30 | 630.50 |
| 06/15/12 | SHAIN, ALIYA | Discussion with R. Goot re: billing guidelines. | 0.50 | 142.50 |

Kramer Levin Naftalis & Frankel LLP

Page No. 201

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED
066069-00019 (FEE STATEMENTS/APPLICATIONS)

July 31, 2012
Invoice No. 601179

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/15/12 | GOOT, RACHEL L | Revise bill to ensure compliance with fee guidelines (1.); discussion with A. Shain re: billing guidelines (.5). | 1.50 | 442.50 $295 |
| 06/18/12 | SHAIN, ALIYA | Review (1.7) and revise (1.0) bill to ensure compliance with fee guidelines. | 2.70 | 769.50 |
| 06/19/12 | GOOT, RACHEL L | Review bill to ensure compliance with fee guidelines. | 0.20 | 59.00 |
| 06/19/12 | SHAIN, ALIYA | Further revise bill to ensure compliance with fee guidelines. | 3.20 | 912.00 |
| 06/21/12 | SHAIN, ALIYA | Review (.9) and revise (2.2) bill to ensure compliance with fee guidelines. | 3.10 | 883.50 |
| 06/21/12 | SHAIN, ALIYA | Draft client/matter chart for billing purposes. | 0.40 | 114.00 |
| 06/22/12 | GOOT, RACHEL L | Meet with R. Ringer and A. Shain re: ResCap bill. | 0.40 | 118.00 |
| 06/22/12 | SHAIN, ALIYA | Meet with R. Goot, R. Ringer re next steps re bill (.4); revise bill to ensure compliance with fee guidelines (2.0). | 2.40 | 684.00 $285 $570 |
| 06/22/12 | RINGER, RACHAEL L | Review bill to ensure compliance with fee guidelines (.3); meeting with R. Goot and A. Shain re next steps re bill (.4). | 0.70 | 339.50 $465 $145.5 |
| 06/28/12 | SHAIN, ALIYA | Revise monthly fee statement to ensure compliance with guidelines. | 3.50 | 997.50 |
| 06/29/12 | GOOT, RACHEL L | Revise bill to ensure compliance with fee guidelines. | 2.70 | 796.50 |
| 06/29/12 | SHAIN, ALIYA | Revise bill to ensure compliance with guidelines | 3.10 | 883.50 |
| **TOTAL** | | | **40.80** | **$12,664.00** |

Kramer Levin Naftalis & Frankel LLP                                      Page No. 144

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED             October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                               Invoice No. 602317

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | Amount |
|---|---|---|---|
| ECKSTEIN, KENNETH H. | PARTNER | 0.30 | 297.00 |
| ZIDE, STEPHEN | ASSOCIATE | 1.50 | 1,050.00 |
| SHARRET, JENNIFER | ASSOCIATE | 3.30 | 2,095.50 |
| RINGER, RACHAEL L | ASSOCIATE | 46.90 | 22,746.50 |
| SHAIN, ALIYA | PARALEGAL | 42.90 | 12,226.50 |
| VANARIA, HUNTER | PARALEGAL | 10.20 | 3,162.00 |
| GOOT, RACHEL L | PARALEGAL | 50.20 | 14,809.00 |
| **TOTAL** | | **155.30** | **$56,386.50** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 3.50 | 997.50 |
| 07/03/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 2.40 | 684.00 |
| 07/03/12 | ZIDE, STEPHEN | Review interim comp order and emails with R. Ringer and J. Sharret re same. | 0.30 | 210.00 |
| 07/03/12 | SHARRET, JENNIFER | Review interim comp order and email comments to R. Ringer and S. Zide. | 0.50 | 317.50 |
| 07/03/12 | RINGER, RACHAEL L | Review interim compensation order, e-mails to J. Sharret re: same (.4). | 0.40 | 194.00 |
| 07/05/12 | ZIDE, STEPHEN | Review interim comp motion (.3); emails with R. Ringer re same (.1). | 0.40 | 280.00 |
| 07/05/12 | RINGER, RACHAEL L | Review ResCap monthly statements to ensure compliance with UST Guidelines (.9). | 0.90 | 436.50 |
| 07/06/12 | SHAIN, ALIYA | Research re: interim compensation order precedent (.5) | 0.50 | 142.50 |
| 07/06/12 | RINGER, RACHAEL L | Review fee statement for compliance with UST guidelines (.7); e-mails with A. Shain re: same (.2). | 0.90 | 436.50 |

Handwritten annotations: "R" marks next to several rows; circled amounts 997.50, 684.00, 436.50, 339.5; "$485"

Kramer Levin Naftalis & Frankel LLP                                  Page No. 145

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED         October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                           Invoice No. 602317

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/10/12 | SHAIN, ALIYA | Review bill to ensure compliance with guidelines. | 4.70 | 1,339.50 |
| 07/10/12 | ZIDE, STEPHEN | Speak with R. Ringer re June and May billing (.2). | 0.20 | 140.00 |
| 07/10/12 | RINGER, RACHAEL L | Discussion with S. Zide re: bill (.2); review fee statement to ensure compliance with UST guidelines (1.5). | 1.70 | 824.50 |
| 07/11/12 | SHAIN, ALIYA | Multiple emails with R. Ringer re: bill (.7); review bill to ensure compliance with fee guidelines (1.2). | 1.90 | 541.50 |
| 07/11/12 | RINGER, RACHAEL L | E-mails with A. Shain re: bill (.2); review bill to ensure compliance with UST guidelines (1.6). | 1.80 | 873.00 |
| 07/12/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 5.50 | 1,567.50 |
| 07/12/12 | RINGER, RACHAEL L | Review bill to ensure compliance with UST guidelines (4.8), discussion with MoFo re: interim comp procedures, e-mails to S. Zide and J. Sharret re: same (.4). | 5.20 | 2,522.00 |
| 07/13/12 | RINGER, RACHAEL L | E-mails with A. Shain re: monthly fee statement (.4), review monthly fee statement for compliance with UST guidelines (.7). | 1.10 | 533.50 |
| 07/16/12 | VANARIA, HUNTER | Review May and June invoice to ensure compliance with UST guidelines (1.8). | 1.80 | 558.00 |
| 07/16/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 2.20 | 627.00 |
| 07/16/12 | RINGER, RACHAEL L | Review ResCap bill to ensure compliance with UST guidelines (2.4). | 2.40 | 1,164.00 |
| 07/17/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 2.00 | 570.00 |
| 07/17/12 | GOOT, RACHEL L | Review bill to ensure compliance with fee guidelines. | 1.80 | 531.00 |
| 07/17/12 | VANARIA, HUNTER | Review May/June bill to ensure compliance with guidelines (1.8). | 1.80 | 558.00 |
| 07/17/12 | RINGER, RACHAEL L | Review bill to ensure compliance with UST guidelines (1.7), e-mails with S. Zide and D. Mannal re: same (.2). | 1.90 | 921.50 |
| 07/18/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 4.30 | 1,225.50 |
| 07/18/12 | ZIDE, STEPHEN | Email K. Eckstein and D. Mannal re ResCap billing (.2). | 0.20 | 140.00 |

Kramer Levin Naftalis & Frankel LLP                                       Page No. 146

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED              October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                                Invoice No. 602317

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/18/12 | RINGER, RACHAEL L | Review bill to ensure compliance with UST guidelines (.9). | 0.90 | 436.50 |
| 07/19/12 | SHAIN, ALIYA | Review bill to ensure compliance with guidelines (2.4); multiple emails with R. Ringer re: same (1.0). | 3.40 | 969.00  $285  $684 |
| 07/19/12 | GOOT, RACHEL L | Review bill to ensure compliance with UST guidelines. | 3.50 | 1,032.50 |
| 07/19/12 | SHARRET, JENNIFER | C/f with R. Ringer re: fee statement | 0.30 | 190.50 |
| 07/19/12 | VANARIA, HUNTER | Review May/June bill to ensure compliance with guidelines (1.9); edit same (.9). | 2.80 | 868.00 |
| 07/19/12 | RINGER, RACHAEL L | C/f with J. Sharret re: fee statement (.3); initial review of fees (.3). | 0.60 | 291.00  $485  $1455 |
| 07/19/12 | RINGER, RACHAEL L | Review bill to ensure compliance with UST guidelines (1.6) | 1.60 | 776.00 |
| 07/20/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 3.00 | 855.00 |
| 07/20/12 | GOOT, RACHEL L | T/c with A. Shain re: status of ResCap bill (.2); continue reviewing ResCap fee statements to ensure compliance with fee guidelines (3.5). | 3.70 | 1,091.50  $295  $1032.5 |
| 07/20/12 | RINGER, RACHAEL L | Review fee statements to ensure compliance with UST guidelines (1.8). | 1.80 | 873.00 |
| 07/21/12 | RINGER, RACHAEL L | Review bill to ensure compliance with UST guidelines (2.5) | 2.50 | 1,212.50 |
| 07/22/12 | GOOT, RACHEL L | Review May/June bill to ensure compliance with guidelines. | 3.10 | 914.50 |
| 07/22/12 | RINGER, RACHAEL L | Review bill to ensure compliance with UST guidelines (1.3) | 1.30 | 630.50 |
| 07/23/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 2.30 | 655.50 |
| 07/23/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with fee guidelines. | 2.50 | 737.50 |
| 07/24/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines (3.2); meet with R. Goot re: same (.8). | 4.00 | 1,140.00  $285  $912 |
| 07/24/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with fee guidelines (3.6). Meet with A. Shain re: bill (.8). | 4.40 | 1,298.00  $295  $1062 |
| 07/25/12 | SHAIN, ALIYA | Revise bill to ensure compliance with fee guidelines (2.5); emails with R. Goot and R. Ringer re: next steps for same (.3); coordinate with F. Arias re: same (.4). | 3.20 | 912.00  $285  $712.5 |

Kramer Levin Naftalis & Frankel LLP                                         Page No. 147

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED    October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                       Invoice No. 602317

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/25/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with fee guidelines. | 4.80 | 1,416.00 |
| 07/25/12 | RINGER, RACHAEL L | Emails with A. Shain and R. Goot re: bill (.2), review bill to ensure compliance with UST guidelines (4.3) | 4.50 [4.85] | 2,182.50 [$2085.5] |
| 07/26/12 | VANARIA, HUNTER | Review May/June bill to ensure compliance with guidelines. | 1.60 | 496.00 |
| 07/26/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with fee guidelines. | 4.50 | 1,327.50 |
| 07/26/12 | RINGER, RACHAEL L | Numerous e-mails with R. Goot re: ResCap monthly fee statements (.4), review May/June monthly fee statements (.3) | 0.70 [$495] | 339.50 [$145.5] |
| 07/27/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with UST guidelines (5.2); coordinate with R. Ringer re: same (.4). | 5.60 [$295] | 1,652.00 [$1534] |
| 07/27/12 | RINGER, RACHAEL L | Review bill for compliance with UST guidelines (1.5), coordinate with R. Goot re: same (.4) | 1.90 [$1.5] | 921.50 [$727.5] |
| 07/28/12 | GOOT, RACHEL L | Review ResCap bill to ensure compliance with UST guidelines. | 2.00 | 590.00 |
| 07/28/12 | RINGER, RACHAEL L | Review fee statement to ensure compliance with UST guidelines. | 3.50 | 1,697.50 |
| 07/29/12 | RINGER, RACHAEL L | Review fee statement to ensure compliance with UST guidelines (1.5), e-mails to R. Goot re: same (.5) | 2.00 | 970.00 [727.5] |
| 07/30/12 | VANARIA, HUNTER | Review May/June bill to ensure compliance with guidelines (2.2). | 2.20 | 682.00 |
| 07/30/12 | GOOT, RACHEL L | Coordinate with paralegals re: review of bill (.8); further review of bill to comply with guidelines (5.9). | 6.70 [$295] | 1,976.50 [1740.5] |
| 07/30/12 | RINGER, RACHAEL L | Assist with finalizing Committee monthly fee statements for May/June. | 1.80 | 873.00 |
| 07/31/12 | ECKSTEIN, KENNETH H. | C/w R. Ringer re May, June bills (.3). | 0.30 | 297.00 |
| 07/31/12 | ZIDE, STEPHEN | Emails and discussions with R. Ringer and J. Sharret re bill (.4). | 0.40 | 280.00 |
| 07/31/12 | SHARRET, JENNIFER | Review May/June fee statement (2.1), emails and discussions w/ S. Zide and R. Ringer re: bill (.4). | 2.50 [$635] | 1,587.50 [1333.5] |
| 07/31/12 | GOOT, RACHEL L | Assist with finalizing ResCap May/June monthly fee statements (4.6); review same for compliance with guidelines (2.0), coordinate with accounting re: same (1). | 7.60 [295] | 2,242.00 [590] |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 148

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                            Invoice No. 602317

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 07/31/12 | RINGER, RACHAEL L | Conference with K. Eckstein re May and June bills. | 0.30 | 145.50 |
| 07/31/12 | RINGER, RACHAEL L | Emails and discussions with S. Zide and J. Sharret re bill. | 0.40 | 194.00 |
| 07/31/12 | RINGER, RACHAEL L | Review ResCap fee statements to ensure compliance with UST guidelines (3.8), numerous e-mails to R. Goot and A. Shain re: same (.6), review disbursements to ensure compliance with guidelines (2.4) | 6.80 | 3,298.00 |

*Handwritten annotations: $485  $3007*

**TOTAL**                                                                    155.30   $56,386.50

Kramer Levin Naftalis & Frankel LLP                                          Page No. 152

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                            Invoice No. 605253

## SUMMARY OF SERVICES

| TIMEKEEPER | TITLE | HOURS | Amount |
|---|---|---|---|
| ZIDE, STEPHEN | ASSOCIATE | 1.20 | 840.00 |
| SHARRET, JENNIFER | ASSOCIATE | 13.90 | 8,826.50 |
| RINGER, RACHAEL L | ASSOCIATE | 28.20 | 13,677.00 |
| BRODY, DANIEL J | ASSOCIATE | 29.00 | 14,065.00 |
| SHAIN, ALIYA | PARALEGAL | 26.90 | 7,666.50 |
| VANARIA, HUNTER | PARALEGAL | 2.10 | 651.00 |
| GOOT, RACHEL L | PARALEGAL | 36.80 | 10,856.00 |
| **TOTAL** | | **138.10** | **$56,582.00** |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/12 | GOOT, RACHEL L | Review bill to ensure compliance with guidelines (4.5); correspondence with A. Shain re: same (.6); review disbursements detail re: compliance with UST guidelines (2.1). | 7.20 | 2,124.00 |
| 08/01/12 | VANARIA, HUNTER | Review May/June bill to ensure compliance with guidelines. | 1.40 | 434.00 |
| 08/01/12 | SHARRET, JENNIFER | Review May/June fee statement to ensure compliance with Guidelines (5.3); discuss same with S. Zide (.2). | 5.50 | 3,492.50 |
| 08/01/12 | ZIDE, STEPHEN | Review May/June bill re: compliance with guidelines (1); speak with J. Sharret re same (.2). | 1.20 | 840.00 |
| 08/01/12 | RINGER, RACHAEL L | E-mails with R. Goot and A. Shain re: ResCap monthly fee statement (.3), coordinate review of same to ensure compliance with UST guidelines (.5), review monthly fee statement to ensure compliance with guidelines (2.6). | 3.40 | 1,649.00 |

Kramer Levin Naftalis & Frankel LLP                                        Page No. 153

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED              October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                                 Invoice No. 605253

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/12 | GOOT, RACHEL L | Review bill to ensure compliance with UST guidelines (6.0); coordinate with A. Shain and secretaries re: same (.5); review disbursements to ensure compliance with UST guidelines (2.0). | 8.50 | 2,507.50 |
| 08/02/12 | SHARRET, JENNIFER | Review May/June fee statement to ensure compliance with Guidelines (1.9); emails with R. Ringer re: same (.5). | 2.40 | 1,524.00 |
| 08/02/12 | RINGER, RACHAEL L | E-mails with J. Sharret re: fee statement (.5), e-mails with D. Mannal and K. Eckstein re: same (.4), review write-offs of same (.6), review bill to ensure compliance with UST guidelines (1.9), review disbursements re: same (.4), review additional write offs (.2). | 4.00 | 1,940.00 |
| 08/03/12 | SHAIN, ALIYA | Finalize fee statement for service (2.3) and update expenses (2.3); emails and discussions with R. Ringer re: same (.4). | 5.00 | 1,425.00 |
| 08/03/12 | GOOT, RACHEL L | Review fee statement to ensure compliance with UST guidelines (4.9) emails and discussions with R. Ringer re: same (.4). | 5.30 | 1,563.50 |
| 08/03/12 | RINGER, RACHAEL L | Review monthly fee statements for compliance with UST guidelines (4.4), numerous e-mails and discussions with A. Shain and R. Goot re: same (.4), finalize cover letter for monthly fee statement (.5), e-mail to committee co-chairs re: fee statements (.5). | 5.80 | 2,813.00 |
| 08/06/12 | SHAIN, ALIYA | Review bill for compliance with US Trustee guidelines. | 3.00 | 855.00 |
| 08/08/12 | SHAIN, ALIYA | Organize and compile May and June fee statements for service. | 1.50 | 427.50 |
| 08/08/12 | RINGER, RACHAEL L | E-mails with A. Shain re: billing (.2), review same (.4). | 0.60 | 291.00 |
| 08/09/12 | RINGER, RACHAEL L | Review write-offs for bill (.3), review fee statement re: same (.4) | 0.70 | 339.50 |
| 08/10/12 | SHAIN, ALIYA | Review bill to ensure compliance with fee guidelines. | 2.00 | 570.00 |
| 08/10/12 | RINGER, RACHAEL L | Revise fee statement cover letter (.5), review same (.3), review and finalize May and June fee statements (1.8), review write-offs (.3) | 2.90 | 1,406.50 |
| 08/10/12 | SHAIN, ALIYA | Review July disbursements for compliance with US Trustee guidelines. | 2.00 | 570.00 |

Kramer Levin Naftalis & Frankel LLP                                                Page No. 154

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                            Invoice No. 605253

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/13/12 | GOOT, RACHEL L | Review May/June to ensure compliance with guidelines. | 0.30 | 88.50 |
| 08/13/12 | SHAIN, ALIYA | Create professionals billing chart (.6); draft cover-letter for May and June monthly fee statements (.5); revise same (.5). | 1.60 | 456.00  285  142.5 |
| 08/13/12 | RINGER, RACHAEL L | E-mails with A. Shain re: billing issues (.5), review may/june bill to ensure compliance with UST guidelines (.7). | 1.20 | 582.00  485  539.5 |
| 08/16/12 | SHAIN, ALIYA | Organize copies of May/June invoice to send to notice parties. | 2.00 | 570.00 |
| 08/16/12 | SHAIN, ALIYA | Review July bill to ensure compliance with fee guidelines. | 1.60 | 456.00 |
| 08/16/12 | RINGER, RACHAEL L | Review ResCap May/June fee statement to ensure compliance with UST guidelines (2.0), finalize same for service (1.1), e-mails with R. Goot and A. Shain re: July fee statement (.4). | 3.50 | 1,697.50  485  970 |
| 08/17/12 | BRODY, DANIEL J | Meeting w/ R. Ringer re: review of fees (.5); review of July fees in preparation of application (3.5). | 4.00 | 1,940.00  1697.5 |
| 08/17/12 | SHAIN, ALIYA | E-mail with S. Zide re: July monthly fee statements (.3); review same to ensure compliance with fee guidelines (1.0). | 1.30 | 370.50  285 |
| 08/17/12 | RINGER, RACHAEL L | Review July monthly fee statement to ensure compliance w/ UST guidelines (3.4); meeting w/ D. Brody re: same (.5); draft email to KL team re: UST guidelines (.4). | 4.30 | 2,085.50  485  1649 |
| 08/20/12 | BRODY, DANIEL J | Review of fees for compliance with UST guidelines. | 5.00 | 2,425.00 |
| 08/21/12 | SHAIN, ALIYA | Draft summary of fee application guidelines. | 1.50 | 427.50 |
| 08/21/12 | VANARIA, HUNTER | Prepare combined time charts for R. Ringer. | 0.70 | 217.00 |
| 08/21/12 | BRODY, DANIEL J | Review of July fees in preparation of fee application. | 5.00 | 2,425.00 |
| 08/21/12 | RINGER, RACHAEL L | Review ResCap monthly fee statements for compliance with UST guidelines (.9). | 0.90 | 436.50 |
| 08/21/12 | SHAIN, ALIYA | Update billing chart for other professional fees; review fee statements re: same (.4) | 0.40 | 114.00 |
| 08/22/12 | GOOT, RACHEL L | Review July bill in order to ensure compliance with fee guidelines. | 2.30 | 678.50 |
| 08/22/12 | RINGER, RACHAEL L | Review July bill to ensure compliance with UST guidelines (.4). | 0.40 | 194.00 |

Kramer Levin Naftalis & Frankel LLP                                         Page No. 155

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED            October 19, 2012
066069-00019 (FEE STATEMENTS/APPLICATIONS)                              Invoice No. 605253

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/22/12 | SHAIN, ALIYA | Update professional billing chart re: Debtors' professionals; review fee statements re: same (.5). | 0.50 | 142.50 |
| 08/23/12 | GOOT, RACHEL L | Review July bill to ensure compliance with fee guidelines. | 4.70 | 1,386.50 |
| 08/23/12 | BRODY, DANIEL J | Review of July fees in preparation of fee application. | 4.00 | 1,940.00 |
| 08/24/12 | BRODY, DANIEL J | Review July fees to ensure compliance with fee guidelines. | 2.00 | 970.00 |
| 08/24/12 | GOOT, RACHEL L | Review ResCap bill to comply with guidelines. | 6.00 | 1,770.00 |
| 08/27/12 | SHAIN, ALIYA | Review July bill to ensure compliance with fee guidelines. | 2.00 | 570.00 |
| 08/27/12 | BRODY, DANIEL J | Review July fees to ensure compliance with fee guidelines. | 3.00 | 1,455.00 |
| 08/28/12 | SHAIN, ALIYA | Review July bill to ensure compliance with guidelines (.5). | 0.50 | 142.50 |
| 08/28/12 | SHARRET, JENNIFER | Review July fee statement to ensure compliance with Guidelines | 1.60 | 1,016.00 |
| 08/28/12 | BRODY, DANIEL J | Review July fee statements to ensure compliance with fee guidelines. | 3.00 | 1,455.00 |
| 08/28/12 | RINGER, RACHAEL L | Review bill to ensure compliance with UST guidelines (.5). | 0.50 | 242.50 |
| 08/29/12 | SHARRET, JENNIFER | Review July fee statement to ensure compliance with Guidelines | 2.00 | 1,270.00 |
| 08/29/12 | BRODY, DANIEL J | Review fees to ensure compliance with fee guidelines (2.7), e-mail to R. Ringer re: same (.3). | 3.00 | 1,455.00 |
| 08/29/12 | GOOT, RACHEL L | Review July disbursements to ensure compliance with fee guidelines. | 2.50 | 737.50 |
| 08/30/12 | SHARRET, JENNIFER | Review July fee statement re: compliance with Guidelines and privilege issues | 2.40 | 1,524.00 |
| 08/31/12 | SHAIN, ALIYA | Review July bill and disbursements to ensure compliance with fee guidelines. | 2.00 | 570.00 |

**TOTAL**                                                                    138.10    $56,582.00