# EXHIBIT H

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   12
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/07/12 | H. SEIFE | Emails with creditor regarding investigation (.2); conference with D.LeMay regarding status of investigation projects and related issues (.3); preparation for status conference including review sub servicing papers (3.2); conference with J.Gonzalez regarding same (.5). | 4.20 hrs. |
| 08/08/12 | H. SEIFE | Prepare for status conference (1.2); status conference before J. Glenn regarding subservicing issues (3.1). | 4.30 hrs. |
| 08/08/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); review and analysis of docket entries related to third party complaints involving Ally Financial re: motions to dismiss and supporting memoranda (1.80). | 2.80 hrs. |
| 08/08/12 | M. S. TOWERS | Exchange emails with Mesirow regarding team issues (.6); correspond with internal C&P teams to coordinate team meetings (.8); revised the Master Task List (1.1); revised the Case Calendar (.3); exchange emails with Judge Gonzalez regarding investigation status and billing issues (.4); review and update shared drive for newly added team members (.7) | 3.90 hrs. ⌇ 595 |
| 08/08/12 | M. DISTEFANO | Reviewed case docket filings (.3); reviewed hearing agendas (.1); attended hearing on servicing motion and KEIP/KERP (3.9); | 4.30 hrs. √ 174 |
| 08/09/12 | M. S. TOWERS | Review and update case calendar (.3); revise master task list (.6); review and update shared drive, case calendar and other administrative tools for new team members (.4); | 1.30 hrs. ⌇ 4165 |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   11
NEW YORK, NY 10036

08/06/12    M. S. TOWERS      Exchange emails with Kirkland re:      0.80 hrs.
                              document production and reviewer
                              questions (.3); review and update
                              case calendar (.2); review and
                              revise master task list (.3)

08/07/12    D. BAVA           Review and analysis of docket         2.80 hrs.
                              sheets in chapter 11 proceeding
                              re: daily case activity (.40);
                              draft case calendar based on
                              current docket entries (.40);
                              review and analysis of docket
                              entries re: amended and/or
                              supplemental exhibits filed to
                              RMBS 9019 motion (.20);
                              preparation of materials related
                              to RMBS Settlements (1.80).

08/07/12    M. DISTEFANO      Reviewed docket filings (.4);         0.60 hrs.
                              reviewed hearing agenda (.2).

08/07/12    M. S. TOWERS      Attended meeting with D. LeMay re:    4.40 hrs.
                              investigation open items (.4);
                              drafted email to project group
                              team leaders re: open items (.3);
                              attended meeting with T. Zink re:
                              legal analysis status (.3); review
                              and updated master task list
                              (2.1); review and updated case
                              calendar (.3); respond to
                              inquiries from project group team
                              members re: status of documents
                              (.5); exchange emails with
                              Kirkland re: assistance with
                              document production (.5);

08/07/12    D. M. LeMAY       Meeting w/M. Towers regarding         1.80 hrs.
                              status of projects, deadlines, and
                              related issues. (.4). Conference
                              w/H. Seife regarding same (.3).
                              Review all latest court filings
                              (1.1).

08/07/12    M. ROITMAN        Correspond with M. Towers re:         0.30 hrs.
                              Synthesis program (0.3).

08/07/12    R. J. GAYDA       Email correspondence with team re     0.50 hrs.
                              coverage of subservicing hearing.

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   10
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
| | | from various project teams regarding document issues (.7); responded to emails from various project teams regarding summary template issues (.4); met with D. LeMay and M. Roitman re: various project matters (.4); review and coordinate subservicing interview issues (.3); | |
| 08/03/12 | M. ROITMAN | Conference call with Mesirow re: Synthesis program (1.2); confer with M. Towers following call (0.1); conference with M.Towers and D.LeMay re: investigation planning (0.4). | 1.70 hrs. |
| 08/03/12 | M. DISTEFANO | Reviewed case docket filings (.2) | 0.20 hrs. ✓ |
| 08/03/12 | A. CORONIOS | Office conferences with M Towers and D LeMay re investigation issues (0.4). | 0.40 hrs. |
| 08/03/12 | I. TUSHE | Research re: certain SEC documents per J. Finnegan's request. | 1.00 hrs. |
| 08/03/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.4). | 6.40 hrs. |
| 08/05/12 | M. ROITMAN | Review local rules re: form of court filings (0.2); correspond with F. Vazquez re: same (0.2) | 0.40 hrs. |
| 08/06/12 | M. DISTEFANO | Reviewed case docket filings (.3); | 0.30 hrs. ✓ |
| 08/06/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.40); revise notice of filing re: filing of Examiner's work plan (.20); prepare and electronically file Examiner's Work Plan and notice of filing (.40); service of notice of filing and Examiner's Work Plan by e-mail, hand and regular mail (.80); update/revise Master Assignment List (.30). | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page     9
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | subservicing agreement (1.0). |  |
| 08/01/12 | H. SEIFE | Prepare for court conference (1.7); conference with D.LeMay regarding subservicing issues (.4); status conference with J.Glenn regarding subservicing and indemnity (1.0). | 3.10 hrs. |
| 08/01/12 | S. R. RIVERA | Reviewed RMBS Settlement pleadings and materials (1.3); correspondence and phone calls w/working group re: same (.4). | 1.70 hrs. |
| 08/02/12 | M. DISTEFANO | Reviewed case docket filings (.3); prepare for telephonic status conference (.2); atttend telephonic status conference on KERP and KEIP motions (.7); drafted summary of hearing (.6). | 1.80 hrs. |
| 08/02/12 | M. S. TOWERS | Review and updated case calendar (.3); review and updated shared drive; (.2); review and revise master task list (.2) | 0.70 hrs. |
| 08/02/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.50); review and prepare "key documents" for distribution to team (1.60); prepare related index (.20). | 2.70 hrs. |
| 08/03/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare additional "key documents" for internal distribution (.70); draft notice of filing re: filing of Examiner's work plan (.40). | 2.10 hrs. |
| 08/03/12 | M. S. TOWERS | Attended meeting on Snythesis project management system presented by Mesirow (1.2); review and coordinate certain issues with corporate group partners (.5); review and prepare updates to case calendar (.2); responded to emails | 3.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    8
NEW YORK, NY 10036

07/31/12    D. BAVA          Review and analysis of docket        3.30 hrs.
                            sheets in chapter 11 proceeding
                            re: daily case activity (.20);
                            draft case calendar based on
                            current docket entries (.20);
                            complete preparation of schedules
                            and statements for distribution to
                            team (2.10); draft index of
                            schedules and statements (.80).

08/01/12    M. S. TOWERS    Review and update master task list   1.60 hrs.
                            (.5); review and prepare updates
                            to case calendar (.5); address       297.5
                            shared folder and calendar matters
                            for new members of project group
                            teams (.6)

08/01/12    D. BAVA          Review and analysis of docket        3.30 hrs. V
                            sheets in chapter 11 proceeding
                            re: daily case activity (.40);
                            draft case calendar based on          236
                            current docket entries (.60);
                            review and preparation of Ally
                            Servicing Motion materials for
                            hearing (.80); draft related index
                            (.30); preparation of case
                            materials (.80); draft related
                            index (.40).

08/01/12    M. DISTEFANO    Reviewed docket filings, calendar    0.50 hrs. V
                            items and drafted emails to team
                            re same (.5)                          217.5

08/01/12    R. J. GAYDA     Telephone call and email             7.70 hrs. M
                            correspondence with D. LeMay re
                            subservicing dispute status
                            conference (.5); review documents
                            related to subservicing dispute
                            (4.1); draft summary of dispute       655
                            for H. Seife and D. LeMay (1.7);
                            telephone call with H. Seife re
                            same (.2); participate in status
                            conference (1.0); telephone call
                            with K. Zafran re same (.2).

08/01/12    D. M. LeMAY     Conference with H. Seife regarding   3.50 hrs. M
                            subservicing issues (.4).  Review
                            court papers regarding
                            subservicing dispute for 4PM
                            hearing (1.7). Emails with R.Gayda    925
                            regarding same (.4). Attend
                            telephonic hearing regarding

RESIDENTIAL CAPITAL LLC, DEBTORS                     August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page    7
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/27/12 | A. CORONIOS | Review order appointing examiner and other background materials. | 1.80 hrs. |
| 07/27/12 | B. DYE | Researching declaration submission issues for R. Gayda. | 0.70 hrs. |
| 07/29/12 | R. J. GAYDA | Review Marano declaration re subservicing agreement issues (1.1); review 1/30 letter re same (.3). | 1.40 hrs. |
| 07/30/12 | D. M. LeMAY | Review all latest court filings. 925 | 1.20 hrs. ✓ (1110) |
| 07/30/12 | M. ROITMAN | Meet with M. Towers re: case issue (0.3); Confer/correspond with D. LeMay and H. Seife re: upcoming meetings (0.4). | 0.70 hrs. |
| 07/30/12 | M. DISTEFANO | Prepared for status conference re RMBS settlement (.3); attend status conference (3.2); drafted summary of hearing (1.1). | 4.60 hrs. |
| 07/30/12 | M. S. TOWERS | Review and update case calendars 5 (.8); review and update case task lists (.9); review and address ✓ various case items (.7); meeting with M.Roitman re: case management issue (.2). | 2.60 hrs. 5 ✓ 976 5 416 ✓ |
| 07/30/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); prepare schedules for distribution to team (1.20); draft index of schedules and statements (.60). | 2.20 hrs. |
| 07/31/12 | M. DISTEFANO | Reviewed case docket items (.3); 15 | 0.30 hrs. ✓ (130.5) |
| 07/31/12 | M. S. TOWERS | Revised case task list (.5); provided new team members with access and information (.4); and responded to team inquiries re: scheduling, hearings, transactional analysis and other related issues (.7); revised case timeline (.6) | 2.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    6
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/25/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40). | 1.00 hrs. |
| 07/25/12 | M. DISTEFANO | Reviewed summaries of meetings with interested parties (.4); reviewed case docket items (.7). | 1.10 hrs. |
| 07/25/12 | M. BALDWIN | Review background materials on Debtor. | 0.50 hrs. |
| 07/25/12 | D. M. LeMAY | Review and organize tasks teams for document review (.9). | 0.90 hrs. |
| 07/26/12 | M. DISTEFANO | Reviewed case docket items (.4); reviewed committee presentation to the examiner (.6); | 1.00 hrs. |
| 07/26/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); draft (.40) and electronically file (0.2) affidavit of service re: C&P's retention; review and preparation of schedules, statements, amendments and supplements thereto for distribution to team (3.60). | 4.60 hrs. |
| 07/26/12 | R. J. GAYDA | Review hearing transcript from 7/24 hearing (.8); review pleadings regarding subservicing indemnification dispute (1.7). | 2.50 hrs. |
| 07/27/12 | M. ROITMAN | Attend ResCap 341 Meeting (1.3) | 1.30 hrs. |
| 07/27/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); review docket sheet re: notices of appearance filed (.40); prepare comprehensive listing of appearances (1.30). | 2.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page    5

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/20/12 | M. S. TOWERS | Prepared for (.2) and met with M. Roitman re: certain case status issues (.3). | 0.50 hrs. |
| 07/20/12 | D. BAVA | Review and preparation of amended/ supplement schedules and SOFA (1.20); review and analysis of similar large case docket sheet re: depository motions and orders (1.0). | 2.20 hrs. |
| 07/20/12 | M. ROITMAN | Meet with M. Towers re: corporate staffing and master task list issues (0.4). | 0.40 hrs. |
| 07/20/12 | M. BLACKBURN | Review of case background materials in connection with investigation. | 1.30 hrs. |
| 07/23/12 | M. DISTEFANO | Reviewed case docket filings (.4). | 0.40 hrs. |
| 07/23/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20). | 0.40 hrs. |
| 07/23/12 | H. SEIFE | Prepare for Chambers conference. | 1.30 hrs. |
| 07/24/12 | R. J. GAYDA | Review case docket and orders entered after omnibus hearing (.5); telephone call with D. Bava re case management order and interpretation (.3). | 0.80 hrs. |
| 07/24/12 | M. DISTEFANO | Attended omnibus hearing (6.9); drafted summary of same (2.3). | 9.20 hrs. |
| 07/24/12 | M. ROITMAN | Telephonic participation (partial) in Bankruptcy Court hearing (0.5) | 0.50 hrs. |
| 07/24/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.30); draft case calendar based on current docket entries (.20); conference with R.Gayda regarding various case management issues (.3). | 0.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS               Page    4
NEW YORK, NY 10036

| 07/18/12 | D. M. LeMAY | Meeting with H. Seife and M. Towers regarding team coordination issues (.6). | 0.60 hrs. |
| 07/18/12 | R. A. SCHWINGER | Review motion for appointment of Examiner and order granting same (0.8); review Whitlinger Affidavit re background of bankruptcy filing (2.1). | 2.90 hrs. |
| 07/19/12 | M. DISTEFANO | Reviewed and updated working group list (.4) reviewed docket re new pleadings filed (.2); | 0.60 hrs. |
| 07/19/12 | M. S. TOWERS | Reviewed and revised master task list (1.1); prepared materials for daily meetings, including agendas (.5); reviewed and revised master contact list (.9); created and revised master case calendar (1.2); created and revised master project tracker (.8). | 4.50 hrs. |
| 07/19/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); review and analysis of similar large case docket sheets re: 2004 orders and Examiner authority (1.30). | 2.30 hrs. |
| 07/19/12 | R. A. SCHWINGER | Finish reviewing Whitlinger Affidavit re background of bankruptcy filing (1.4). | 1.40 hrs. |
| 07/19/12 | R. J. GAYDA | Email correspondence with MoFo re special service list (.4) and conference with D. Bava re same (.3). | 0.70 hrs. |
| 07/20/12 | M. DISTEFANO | Reviewed ResCap case docket filings (.3); reviewed first day affidavit (.7). | 1.00 hrs. |
| 07/20/12 | M. S. TOWERS | Review and update daily agenda (.9) and case calendar (.3); drafted and revised master project overview (4.8). | 5.70 hrs. |

12-12020-mg    Doc 2361-10    Filed 12/07/12    Entered 12/07/12 17:11:13    Exhibit H
12-12020-mg    Doc 1897-4    Filed 10/19/12 of 53ered 10/19/12 18:01:19    Exhibit D
E (part 1)    Pg 5 of 44

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page    3
NEW YORK, NY 10036


| 07/17/12 | M. S. TOWERS | Drafted and revised proposed timeline of major activities (2.6); drafted legal issues task list (.8); review and compiled documents to shared folder (.5) | 3.90 hrs. |
| 07/17/12 | T. SCOTT | Research additional filings from 285 the SEC website. | 0.80 hrs. 228 |
| 07/17/12 | R. A. SCHWINGER | Review introductory set of background materials from M. Roitman (first-day affidavit, examiner order/decision, plan of investigation). | 2.70 hrs. |
| 07/18/12 | R. J. GAYDA | Review and summarize Wells Fargo motion for relief for D. LeMay (.9); telephone call (.2) and email correspondence (.2) with D. Bava re special service list; telephone call with Judge Glenn's chambers re chambers conference 7/24 (.4); telephone call (.2) and email correspondence (.3) with Judge Gonzalez, H. Seife and D. LeMay re same. | 2.20 hrs. |
| 07/18/12 | M. DISTEFANO | Reviewed case docket filings (.5); revised Examiner cost survey (1.7). | 2.20 hrs. 217.5 |
| 07/18/12 | M. S. TOWERS | Conference with H. Seife and D. LeMay regarding coordination of $595 tasks for investigation (.4); researched and drafted materials for meetings (.6); created and updated case calendar (.5); created and updated daily agenda (.5). | 2.00 hrs. 357 595 |
| 07/18/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.20); draft case calendar based on current docket entries (.20); review similar large case docket sheets re: examiner fee applications (1.80); revise working group list (.60). | 2.80 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    2
NEW YORK, NY 10036

Staffing    07/16/12   M. S. TOWERS     Prepare shared folders for team        1.60 hrs.
                                        (.7); researched and revised list $535
                                        of meet and confer parties (.9).       ($856)

            07/16/12   M. D. ASHLEY     Reviewed pleadings relating to         0.90 hrs.
                                        ResCap Examiner proceeding (.9).

            07/16/12   D. BAVA          Review and analysis of docket          3.70 hrs.
                                        sheets in chapter 11 proceeding
                                        re: daily case activity (.20);
                                        draft case calendar based on
                                        current docket entries (.20);
                                        review and preparation of
                                        materials related to potential
                                        investigation (1.70); review large
                                        case dockets re: forms of fee
                                        applications (.40); finalize and
                                        electronically file notice of
                                        appearance (.40); review large
                                        case docket sheet re: examiner
                                        research (.80).

            07/16/12   S. R. RIVERA     Reviewed various background            4.70 hrs.
                                        documents and materials including
                                        first day affidavit (.9); examiner
                                        pleadings (1.3); sale documents
                                        (.8); 2004 pleadings (.8); general
                                        case docket (.3); conferences and
                                        emails with C&P team re issues in
                                        connection with same (.6)

            07/16/12   T. SCOTT         Research various SEC filings for       1.60 hrs.
                                        Residential Capital LLC (1.2).
                                        Emails with team re same (.4).

            07/17/12   R. J. GAYDA      Review Berkshire Hathaway motion       4.60 hrs.
                                        for appointment of examiner (1.1);
                                        review various transaction details
                                        as set forth in declaration and
                                        committee 2004 motion (3.5).

            07/17/12   D. BAVA          Research re: form of examiners         0.50 hrs.
                                        report (.30); review and analysis
                                        of case docket sheet re: retention
                                        of financial advisors (.20).

            07/17/12   M. DISTEFANO     Reviewed docket filings (.2);          1.00 hrs.
                                        revised task list (.8).
                                                                               ($435)

12-12020-mg   Doc 2361-10   Filed 12/07/12   Entered 12/07/12 17:11:13   Exhibit H
12-12020-mg   Doc 1897-4   Filed 10/19/12  Pg 13 of 53ered 10/19/12 18:01:19   Exhibit D
E (part 1)   Pg 3 of 44

RESIDENTIAL CAPITAL LLC, DEBTORS                          August 31, 2012
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036                                        Page    1

                                    For Services Through August 31, 2012

Our Matter #21955.002
             RESCAP - CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS

| | | | |
|---|---|---|---|
| 07/12/12 | D. BAVA | Review and preparation of Examiner Guidebook for distribution (.60); research to find other examiners' reports for distribution (3.60); prepare certain reports (1.20) and draft related index (.40). | 5.80 hrs. |
| 07/13/12 | M. DISTEFANO | Research on professionals to identify potential Examiner finanancial advisor (2.7); | 2.70 hrs. |
| 07/13/12 | M. S. TOWERS | Prepared for (.2) and attended ResCap hearing (.5); drafted summary re: same (.5); presented summary to working group re: same (.4); researched possible meet and confer parties (1.1) | 2.70 hrs. |
| 07/13/12 | D. BAVA | Continue research re: retaining other examiners' reports and work plans (2.30); prepare and distribute related reports for team (1.20). | 3.50 hrs. |
| 07/13/12 | N. T. ZINK | Review Debtor petition and related first day pleadings (2.6); review Memorandum Opinion and Order Directing the Appointment of an Examiner (.3); review order appointing Judge Gonzalez as Examiner (.1). | 3.00 hrs. |
| 07/16/12 | M. S. TOWERS | Researched financial accounting and forensic accounting firms and related issues re: D. LeMay requests (2.6). | 2.60 hrs. |
| 07/16/12 | M. DISTEFANO | Review articles re examiner and status of ResCap case (.3); reviewed case filings (.7); reviewed ▓▓▓▓▓▓▓▓ (.6); reviewed SEC filings for consent orders with federal government (.8); research on Examiner fees (2.7); | 5.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   13


08/10/12   D. BAVA        Review and analysis of docket          3.10 hrs.
                          sheets in chapter 11 proceeding
                          re: daily case activity (.60);
                          draft case calendar based on
                          current docket entries (.40);
                          prepare and electronically file
                          Examiner 2004 motion, exhibits and
                          notice (.80); service of notice
                          and motion pursuant to case
                          management order (1.30).

08/10/12   M. DISTEFANO   Reviewed docket filings (.4) and       2.40 hrs.
                          sent emails to team re important
                          items (.7) drafted summary of
                          8/8/12 hearing (1.3).

08/10/12   M. S. TOWERS   Review and update master task list     3.50 hrs.
                          (.8); review and update case
                          calendar (.2); provided background
                          materials and access to new team
                          members (1.1); provided update
                          emails to team members regarding
                          shared folder and other case
                          matters (.4); review and update
                          shared folder (.5); calls with C&P
                          team members to arrange Synthesis
                          training (.5)

08/10/12   R. J. GAYDA    Email correspondence with team re      0.80 hrs.
                          status conference on servicing
                          motion (.5); telephone call with
                          D. LeMay and M. Distefano re same
                          (.3).

08/13/12   D. M. LeMAY    Review of all latest court filings.    1.10 hrs.

08/13/12   M. DISTEFANO   Reviewed case docket filings (.8).     0.80 hrs.

08/13/12   D. BAVA        Review and analysis of docket          4.90 hrs.
                          sheets in chapter 11 proceeding
                          re: daily case activity (.60);
                          draft case calendar based on
                          current docket entries (.40);
                          prepare materials for hearing re:
                          Examiner's discovery motion (.80);
                          prepare and electronically file
                          affidavit of service re:
                          Examiner's Discovery motion (.40);
                          draft notice of hearing re:
                          Mesirow's retention (.40); prepare
                          and electronically file Mesirow's
                          retention application (.70);

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   14
NEW YORK, NY 10036

|            |              | service of notice and retention application pursuant to case management order (1.60). | |
|------------|--------------|----------------------|------------|
| 08/13/12 | M. S. TOWERS | Review and updated case calendar (.5); responded to internal inquiries re: various case issues (.6); reviewed and updated master task list (.5); reviewed and updated substantive timeline (.6) | 2.20 hrs. S 297.5 |
| 08/13/12 | B. SCHUBECK | Research re corporate entity history for Y. Kuznetsov. | 0.80 hrs. |
| 08/14/12 | M. DISTEFANO | Reviewed third party litigation against Ally (.5). | 0.50 hrs. |
| 08/14/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.80); draft case calendar based on current docket entries (.40). | 1.20 hrs. |
| 08/14/12 | M. S. TOWERS | Reviewed proposed email to internal Chadbourne team re: substantive document production (.2); drafted proposed email to internal Chadbourne team re: overview of investigation (.6); review and update case calendar (.5); revise and update master task list (.5); responded to internal questions regarding various case issues (.3) | 2.10 hrs. |
| 08/15/12 | Y. KUZNETSOV | Attended training in Synthesis with Mesirow. | 1.20 hrs. |
| 08/15/12 | M. S. TOWERS | Responded to internal C&P inquiries re: status of document production and other related issues (.5); review and update case calendar (.3); review and update master task list (.3); drafted reminder emails to C&P internal parties re: initial meetings with parties (.2); arranged Synthesis training with Mesirow (.2) | 1.50 hrs. 178.5 |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page  15
NEW YORK, NY 10036

| 08/15/12 | C. L. RIVERA | Attend training session for Synthesis with Mesirow (1.2). | 1.20 hrs. |
|---|---|---|---|
| 08/15/12 | M. ROITMAN | Review Plan Support Agreements re: releases contemplated therein (0.5); Confer/correspond with C. Rivera re: same (0.3); Call with R. Gayda re: same (0.2) | 1.00 hrs. |
| 08/15/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare and electronically file Examiner's reply to objections to discovery motion (.40); service of notice and motion pursuant to case management order (1.40). | 2.80 hrs. |
| 08/15/12 | M. B. SZYMAŃSKI | Attend Synthesis training session with Mesirow. | 1.10 hrs. |
| 08/15/12 | A. PRICE | Attending training session for use of Sythensis work product management software. | 1.10 hrs. |
| 08/15/12 | A. CORONIOS | Attend Synthesis training by Mesirow | 1.20 hrs. |
| 08/15/12 | P. GOODMAN | Attend Synthesis training by Mesirow. | 1.00 hrs. |
| 08/15/12 | J. M. MIGDAL | Attend Mesirow training session on Synthesis. | 1.20 hrs. |
| 08/15/12 | J. F. FINNEGAN | Attend Synthesis training by Mesirow. | 1.00 hrs. |
| 08/15/12 | S. R. RIVERA | Attend Synthesis Training with Mesirow | 1.10 hrs. |
| 08/15/12 | N. T. ZINK | Attend Synthesis training session. | 1.00 hrs. |
| 08/15/12 | M. DISTEFANO | Attend Mesirow session on Synthesis (1.2); reviewed case docket filings (.7). | 1.90 hrs. |
| 08/15/12 | R. A. SCHWINGER | Attend training/orientation meeting re MFC's "Synthesis" program (1.0). | 1.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   16
NEW YORK, NY 10036

| 08/15/12 | E. M. MILLER | Attend Synthesis training session in connection with document management (1.1). | 1.10 hrs. |
| 08/15/12 | L. F. MOLONEY | Meeting with Mesirow and Chadbourne to review the Synthesis platform (1.3). | 1.30 hrs. |
| 08/16/12 | H. SEIFE | Review of supplemental motion on RMBS settlement. | 0.40 hrs. |
| 08/16/12 | M. DISTEFANO | Reviewed case docket filings (.3). | 0.30 hrs. |
| 08/16/12 | M. S. TOWERS | Review and updated case calendar (.3) | 0.30 hrs. |
| 08/16/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.80); draft case calendar based on current docket entries (.40). | 1.20 hrs. |
| 08/17/12 | M. DISTEFANO | Reviewed case docket filings (.2). | 0.20 hrs. |
| 08/17/12 | M. S. TOWERS | Review and update case calendar (.4); respond to internal inquiries re: shared folder access and status of investiation (.4); provided case information to new team members (.2); exchanged emails to team leaders regarding open items (.3); review and update shared drive (.3) | 1.60 hrs. |
| 08/17/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.40); prepare updated list of appearances for the period July 27, 2012 through August 17, 2012 (.60); Westlaw research/case retrieval re: ▉▉▉▉▉ (.80). | 2.40 hrs. |
| 08/20/12 | M. DISTEFANO | Reviewed docket filings (.4) | 0.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   17
NEW YORK, NY 10036


08/20/12   D. BAVA          Review and analysis of docket        0.80 hrs.
                            sheets in chapter 11 proceeding
                            re: daily case activity (.60);
                            draft case calendar based on
                            current docket entries (.20).

08/20/12   C. CHILD         Review of procedural and factual     5.60 hrs.
                            background materials in connection
                            with investigation.   645

08/20/12   D. M. LeMAY      Review all latest court filings.     1.10 hrs.

08/21/12   M. S. TOWERS     Review and updated agendas (.3)      2.90 hrs.
                            and master task list (.7) based on
                            input from team leaders; provided
                            requested materials to Examiner
                            (.2); review and update case
                            calendar (.4); provided additional
                            information to new team members
                            (.2); exchange emails with Jr.
                            Secured Noteholder Group and
                            internal team members re: intial
                            meeting (.3); exchange emails with
                            ████████████ team members re:
                            intial meeting (.3); exchange
                            emails with Debtors re: interim
                            fee application question (.2);
                            exchange emails with Mesirow re:
                            Synthesis preparation (.3).

08/21/12   M. DISTEFANO     Reviewed docket filings (.3).        0.30 hrs.

08/21/12   D. BAVA          Review and analysis of docket        0.80 hrs.
                            sheets in chapter 11 proceeding
                            re: daily case activity (.60);
                            draft case calendar based on
                            current docket entries (.20).

08/21/12   R. J. GAYDA      Email correspondence (.3) and        1.80 hrs.
                            telephone call (.3) with S. Rivera
                            re H. Seife declaration and
                            disclosure of Deutsche Bank
                            representations; research re
                            interpretation of protective order
                            (.8); email correspondence with R.
                            Schwinger re same (.4).

08/22/12   M. S. TOWERS     Review and update master task list   2.80 hrs.
                            (.8); arranged meeting with ████
                            ████████████ (.3); reviewed
                            document review tagging memo (.3);
                            discussions with internal working

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   18
NEW YORK, NY 10036

|            |                |                                                                                                                                                                                                                                                                               |            |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | groups re: Project Bounce documents (1.0); respond to internal inquiries re: new team members and various related matters (.4)                                                                                                                                                   |            |
| 08/22/12   | M. DISTEFANO   | Reviewed docket items (.1);                                                                                                                                                                                                                                                     | 0.10 hrs. (13.5) |
| 08/22/12   | H. LAMB        | Review case docket and prepare daily report of new pleadings filed (.4); update case calendar in accordance with same (.4).                                                                                                                                                     | 0.80 hrs.  |
| 08/23/12   | H. LAMB        | Review docket and prepared additional filed RMBS documents for distribution to attorneys (1.3); conference with R.Gayda regarding filing of Supplement to Examiner's Work Plan (.4); prepare and electronically file Supplement to Examiner's Work Plan (.4); service of same (.9); prepare affidavit of service for same (.3). | 3.30 hrs.  |
| 08/23/12   | M. S. TOWERS   | Attended call with Mesirow, E. Miller and L. Moloney re: Snythesis (1.3); make various calls to arrange meeting with Bondholder group (.5)                                                                                                                                       | 1.80 hrs.  |
| 08/23/12   | R. J. GAYDA    | Email correspondence with D. LeMay re filing of supplement to work plan (.3); email and conference with H. Lamb re same (.5).                                                                                                                                                    | 0.80 hrs.  |
| 08/23/12   | E. M. MILLER   | Attend phone meeting with Mesirow and M Towers regarding Synthesis and document review (1.1).                                                                                                                                                                                    | 1.10 hrs.  |
| 08/23/12   | L. F. MOLONEY  | Meeting with Mesirow, M. Towers and E. Miller to review Synthesis in connection with document production (1.2).                                                                                                                                                                  | 1.20 hrs.  |
| 08/23/12   | H. SEIFE       | Review of objection to settlement by RMBS Trustees.                                                                                                                                                                                                                             | 0.70 hrs.  |
| 08/24/12   | H. LAMB        | Review of court docket (.2); prepare updated report of new pleadings filed (.4); prepare updated case calendar in accordance with same (.3).   Review                                                                                                                            | 1.70 hrs.  |

12-12020-mg    Doc 2361-10    Filed 12/07/12    Entered 12/07/12 17:11:13    Exhibit H
12-12020-mg    Doc 1897-4    Filed 10/19/12  Pg 20 of 53  Entered 10/19/12 18:01:19    Exhibit D
E (part 1)    Pg 21 of 44

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    19
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | docket for responses to RMBS motion (.2) and prepare new filings regarding same for attorney review (.6). |  |
| 08/24/12 | M. S. TOWERS | Review and update master task list (.2); review and updated case calendar (.2) | 0.40 hrs. |
| 08/24/12 | M. DISTEFANO | Reviewed docket filings (.2); reviewed objection and joinder of RMBS Trustees to sale motion (1.4); | 1.60 hrs. |
| 08/25/12 | M. DISTEFANO | Drafted email to team re various docket filings (.4). | 0.40 hrs. |
| 08/27/12 | M. DISTEFANO | Reviewed docket filings and hearing agenda (2.0) | 2.00 hrs. |
| 08/27/12 | M. S. TOWERS | Calls with Ad Hoc RMBS Holder Group to arrange meeting (.5); review and update case calendar (.3); review and update master task list (.6); review and update substantive timeline (.4); respond to team member inquiries re: shared drive issues and various other matters (.6); drafted and revised agenda for professional update meeting (.4); review and update transaction review teams on new Mesirow counterparts (.4); emailed Judge Gonzalez re: proposed asset sale deadlines (.3); discussed updated working group list with Mesirow (.2) | 3.70 hrs. |
| 08/27/12 | S. R. RIVERA | Reviewed RMBS Settlement pleadings and materials (2.1); phone calls and correspondence w/working group re: same (.6). | 2.70 hrs. |
| 08/27/12 | H. SEIFE | Review of exclusivity motion (.4); review of motion for homeowner committee (.4); review of subservicing stipulation and statements (1.7). | 2.50 hrs. |
| 08/28/12 | H. SEIFE | Review of Wilmington Trust motion regarding subservicing. | 0.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    20
NEW YORK, NY 10036


08/28/12    S. R. RIVERA      Reviewed objections and responses        2.10 hrs.
                             re:  RMBS discovery dispute and
                             scheduling (1.7); correspondence
                             (.1) and phone calls with R.Gayda
                             and J.Moon re same (.3).

08/28/12    J. RAMADEI       Review of first day affidavit and         3.00 hrs.
                             case background facts

08/28/12    M. S. TOWERS     Exchange emails with Mesirow and          2.80 hrs.
                             internal working group re:
                             Synthesis (.8); review and update
                             case calendar (.3); review and
                             update working group list (.3);
                             respond to internal inquiries re:
                             administrative issues (.8);
                             reviewed pleading for appointment
                             of borrower's committee (.6)

08/28/12    H. LAMB          Review of case docket (.2) prepare        0.80 hrs.
                             daily report of new pleadings
                             filed (.3); prepare updated case
                             calendar in accordance with same
                             (.3).

08/28/12    M. DISTEFANO     Review docket filings (1.6).              1.60 hrs.

08/28/12    R. J. GAYDA      Telephone call with J. Moon re            0.70 hrs.
                             RMBS issues (.2); meet with S.
                             Rivera re same (.2); telephone
                             call with J. Moon and S. Rivera
                             (.3).

08/28/12    D. M. LeMAY      Review all latest court filings.          1.20 hrs.

08/29/12    M. DISTEFANO     Reviewed docket filings (.2).             0.20 hrs.

08/29/12    H. LAMB          Review case docket report (.2);           0.90 hrs.
                             prepare daily report of new
                             pleadings filed (.3); prepare
                             updated case calendar in
                             accordance with same (.4).

08/29/12    M. S. TOWERS     Review and update master task list        1.30 hrs.
                             (.4); review and update case
                             calendar (.2); call with ████████
                             ████ to arrange meeting (.2);
                             respond to internal inquiries re:
                             shared drive issues (.5).

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS               Page   21
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/29/12 | A. M. BARTELL | Review background materials in connection with investigation. | 3.00 hrs. |
| 08/30/12 | M. DISTEFANO | Review docket filings (.1). | 0.10 hrs. |
| 08/30/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.20). | 0.60 hrs. |
| 08/30/12 | M. S. TOWERS | Exchange emails with internal working group and Mesirow re: Synthesis (.6); drafted C&P Synthesis team list and assigned designations (.6); drafted and sent email to Examiner re: transaction summaries and interviews (.4); prepare for internal meetings re: interviews, Synthesis training and other issues (.5); review and update shared drive (.4); respond to internal inquiries re: board minutes and other matters (.4); discussed status of board minute review with E. Miller (.4); updated case calendar (.3); drafted agenda for professionals' update meeting (.4) | 4.00 hrs. |
| 08/31/12 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.40); draft case calendar based on current docket entries (.20); review and analysis of ▮▮▮▮▮▮ ▮▮▮▮▮▮ (.40); prepare materials for attorney review (1.20). | 2.20 hrs. |
| 08/31/12 | M. S. TOWERS | Review and update master task list (.4); arranged meetings with parties (.3); review and updated case calendar (.2) | 0.90 hrs. |
| 08/31/12 | M. DISTEFANO | Reviewed docket filings (.2); email to S. Rivera about various projects' status (.2). | 0.40 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   22
NEW YORK, NY 10036


08/31/12   A. PRICE          Review of background documents in          7.40 hrs.
                             connection with investigation.


         **Total Fees for Professional Services.............. $187,831.50**


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. CORONIOS | 875.00 | 3.40 | 2975.00 |
| D. M. LeMAY | 925.00 | 11.40 | 10545.00 |
| H. SEIFE | 995.00 | 16.90 | 16815.50 |
| J. F. FINNEGAN | 755.00 | 1.00 | 755.00 |
| N. T. ZINK | 855.00 | 4.00 | 3420.00 |
| R. A. SCHWINGER | 825.00 | 8.00 | 6600.00 |
| W. A. GREASON | 845.00 | 6.40 | 5408.00 |
| M. D. ASHLEY | 695.00 | .90 | 625.50 |
| A. PRICE | 655.00 | 8.50 | 5567.50 |
| C. CHILD | 695.00 | 5.60 | 3892.00 |
| E. M. MILLER | 655.00 | 2.20 | 1441.00 |
| J. M. MIGDAL | 655.00 | 1.20 | 786.00 |
| J. RAMADEI | 655.00 | 3.00 | 1965.00 |
| M. BALDWIN | 795.00 | .50 | 397.50 |
| M. BLACKBURN | 655.00 | 1.30 | 851.50 |
| P. GOODMAN | 695.00 | 1.00 | 695.00 |
| D. BAVA | 295.00 | 71.40 | 21063.00 |
| T. SCOTT | 285.00 | 2.40 | 684.00 |
| A. M. BARTELL | 625.00 | 3.00 | 1875.00 |
| C. L. RIVERA | 665.00 | 1.20 | 798.00 |
| M. B. SZYMANSKI | 655.00 | 1.10 | 720.50 |
| M. S. TOWERS | 595.00 | 76.50 | 45517.50 |
| R. J. GAYDA | 655.00 | 24.50 | 16047.50 |
| S. R. RIVERA | 745.00 | 12.30 | 9163.50 |
| B. DYE | 565.00 | .70 | 395.50 |
| B. SCHUBECK | 220.00 | .80 | 176.00 |
| H. LAMB | 295.00 | 7.50 | 2212.50 |
| I. TUSHE | 180.00 | 1.00 | 180.00 |
| L. F. MOLONEY | 330.00 | 2.50 | 825.00 |
| M. DISTEFANO | 435.00 | 50.10 | 21793.50 |
| M. ROITMAN | 495.00 | 6.30 | 3118.50 |
| Y. KUZNETSOV | 435.00 | 1.20 | 522.00 |
| TOTALS | | 337.80 | 187831.50 |

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS               Page    26
NEW YORK, NY 10036

| 08/09/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.4); review ████████ (.8). | 2.20 hrs. |
| 08/09/12 | M. D. ASHLEY | Meeting with E. Miller, A. Voelker regarding document production and review issues (.7); call with ████████ ████ (.3); reviewed related materials (2.1); emails with team and parties' counsel regarding discovery issues (.6). | 3.70 hrs. |
| 08/09/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.2). | 6.20 hrs. |
| 08/10/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (8.4). | 8.40 hrs. |
| 08/10/12 | P. ASNANI | ████████████████ and documents in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.10 hrs. |
| 08/10/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 4.70 hrs. |
| 08/10/12 | L. F. MOLONEY | Correspondence with CDS re. status of processing additional ████████ ████████████████████ (.6); Conf. with E. Miller re. document management issues and protocols (.4); emails with R.Schwinger re ████████████ (.3); Reviewed spreadsheet summarizing data deliveries and provided comments (.4). | 1.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS             Page    25
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/09/12 | E. M. MILLER | Draft and send email to L Moloney regarding confidentiality designations in Relativity (0.4) Review email from L.Moloney in response to same (0.4)  Review Relativity regarding document productions (0.7)  Draft and send email to M Ashley regarding same (0.2)  Meeting with M Ashley  and A Volker regarding document review (0.6)  Review document indices produced by debtors and Ally (0.5)  Draft document index for Relativity (1.0) | 3.80 hrs. |
| 08/09/12 | J. P. NARVAEZ | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 2.40 hrs. |
| 08/09/12 | A. VOELKER | Met with M. Ashley and B. Miller regarding upcoming assignments for case (0.7) | 0.70 hrs. |
| 08/09/12 | L. F. MOLONEY | Review and prepare ███ ████ (.9) and provided to CDS for loading onto Relativity database (.5); Correspondence with CDS re. ████████ (.7); T/c with R.Schwinger re document production and ████ (.2); Emails with E. Miller re. Relativity database set up and collaboration capabilities (.3). | 2.60 hrs. |
| 08/09/12 | J. F. FINNEGAN | Review of documents produced in connection with investigation of related party transactions. | 5.10 hrs. |
| 08/09/12 | J. M. MIGDAL | Review of background materials relating to financing transactions in connection with Investigation (1.8); review and analysis of financing documents and preparation of related transaction summaries (4.3) | 6.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   24
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/08/12 | V. DUNN | Met w/Berson re transaction document review. | 0.50 hrs. |
| 08/08/12 | S. R. RIVERA | Reviewed ▮▮▮▮▮▮▮▮ (2.8); phone calls and correspondence w/working group re: same (.8). | 3.60 hrs. |
| 08/09/12 | V. DUNN | Review of documents produced in connection w/Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 5.30 hrs. |
| 08/09/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (1.1); preparation of transaction summaries (1.3). | 2.40 hrs. |
| 08/09/12 | R. A. SCHWINGER | Prepare protocol re ▮▮▮▮▮ (1.3); TC with L. Moloney re ▮▮▮▮▮ (0.3); Review e-mails re ▮▮▮▮ (0.5). | 2.10 hrs. |
| 08/09/12 | R. A. SCHWINGER | Continued review of transaction documents re ▮▮▮▮ | 1.50 hrs. |
| 08/09/12 | H. SEIFE | Review of produced documents. | 3.20 hrs. |
| 08/09/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.2). | 1.20 hrs. |
| 08/09/12 | M. DISTEFANO | Reviewed ▮▮▮▮▮ (.8); reviewed ▮▮▮▮▮ (.4); prepared narrative re ▮▮▮▮▮ (3.9); | 5.10 hrs. |
| 08/09/12 | R. J. GAYDA | Detailed review of transaction summaries provided by Greason (3.1). | 3.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   23
NEW YORK, NY 10036

| 08/08/12 | F. VAZQUEZ | Review template (.3); conf w/Zink and Miller re discovery (.4). | 0.70 hrs. |
| 08/08/12 | C. L. RIVERA | Call with M. Roitman re: Mesirow emails, documents (0.2); correspondence with M. Knoll re documents (0.5). | 0.70 hrs. |
| 08/08/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.20). | 3.20 hrs. |
| 08/08/12 | A. CORONIOS | Review ██████████████ | 1.90 hrs. |
| 08/08/12 | R. A. SCHWINGER | Reviewing binder of transaction documents re ████████████ (1.7); TC with ████████████ ███████████████████ ██████ (0.3); ███████████████ (0.1); Meeting with L. Moloney re document depository issues in connection with document productions received to date (0.8); Review e-mails re privilege issues as to documents shared with MFC (0.4); meeting with A.Voelker re preparation for document review (0.3). | 3.60 hrs. |
| 08/08/12 | N. T. ZINK | Emails with M. Towers re transaction review template (.2); emails with E. Miller re document review tagging issues (.3). | 0.50 hrs. |
| 08/08/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (1.8); preparation of transaction summaries (2.1); meeting with V.Dunn re document review (.4). | 4.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

August 31, 2012
Page   21

|            |              |                                                                                                                         |           |
|------------|--------------|-------------------------------------------------------------------------------------------------------------------------|-----------|
|            |              | regarding same (.9).                                                                                                     |           |
| 08/08/12   | P. ASNANI    | Met with Marc Roitman re transactional document review.                                                                  | 0.40 hrs. |
| 08/08/12   | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (5.7). | 5.70 hrs. |
| 08/08/12   | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries.                            | 4.70 hrs. |
| 08/08/12   | A. PRICE     | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation | 6.60 hrs. |
| 08/08/12   | C. MILLER    | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 1.30 hrs. |
| 08/08/12   | M. ROITMAN   | Correspond with M. Towers and W. Greason re: ▮▮▮▮▮▮▮▮▮ (0.4); Correspond with C. Rivera and M. Knoll re: postpetition transaction review (0.7); Call with C. Rivera re: same (0.3). | 1.40 hrs. |
| 08/08/12   | L. F. MOLONEY | Meeting with R. Schwinger re. document management, document depository and and Relativity set up issues (.9); Reviewed and downloaded documents provided by MoFo for loading onto Relativity (1.2) and corresponded with CDS re. instructions for loading new materials (.3). | 2.40 hrs. |
| 08/08/12   | M. ROITMAN   | Review presentations re: documents ancillary to transactional review (0.3); Meet with P. Asnani re: same (0.4);         | 0.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    22
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/08/12 | J. P. NARVAEZ | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 2.10 hrs. |
| 08/08/12 | J. P. NARVAEZ | Calls with A. Coronios and M. Towers re: background for review and scope of required analysis. | 0.50 hrs. |
| 08/08/12 | M. S. TOWERS | Email correspondence with team regarding document review (.4); correspond with Mesirow regarding document review and timeline (.4). | 0.80 hrs. |
| 08/08/12 | E. M. MILLER | Draft notes regarding status of document review and send to M Ashley (0.7)  Review and exchange emails with L Moloney regarding document production from Committee (0.2)  Review and exchange emails with M Ashley regarding document request from Debtors' counsel (0.2) Review and exchange emails with T Zink regarding legal analysis for document reviewer's guidance document (0.2) Phone call with T.Zink regarding same (0.2) Review debtors, committee's and Ally's presentations, in connections with drafting document reviewer's guidance document (1.2) Draft document reviewer's guidance document (1.0) Review Relativity regarding same (0.6) Review and exchange emails with team members and M Ashley regarding missing documents (0.8) Meeting with M Ashley regarding document management and Relativity (1.2). | 6.30 hrs. |
| 08/08/12 | R. J. GAYDA | Review of documents produced in connection with investigation of ▮▮▮▮▮▮▮ (6.2). | 6.20 hrs. |
| 08/08/12 | M. DISTEFANO | Review of data room documents re ▮▮▮▮▮▮▮ (1.0); review of documents re ▮▮▮▮▮ (.3). | 1.30 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   20
NEW YORK, NY 10036


08/07/12   M. ROITMAN      Confer/correspond with M. Ashley,      1.20 hrs.
                           M. Towers, and P. Asnani re:
                           documents ancillary to
                           transactional review (0.5); Review
                           MoFo presentation re: same (0.7).

08/07/12   A. PRICE        Review of documents produced in        8.40 hrs.
                           connection with Examiner
                           Investigation in accordance with
                           Court Order Approving Scope of
                           Investigation.

08/07/12   J. M. MIGDAL    Review and analysis of financing       6.90 hrs.
                           documents and preparation of
                           related transaction summaries.

08/07/12   P. ASNANI       Review of documents produced in        0.50 hrs.
                           connection with Examiner
                           investigation in accordance with
                           Court Order Approving Scope of
                           Investigation.

08/07/12   M. BLACKBURN    Call with M. Ashley re: Rescap         0.30 hrs.
                           transaction summaries and document
                           review.

08/07/12   Y. KUZNETSOV    Review of documents produced in        7.60 hrs.
                           connection with Examiner
                           investigation in accordance with
                           Court Order Approving Scope of
                           Investigation (7.6).

08/07/12   M. D. ASHLEY    Emails with E. Miller regarding        3.80 hrs.
                           document production and review
                           issues (.3); emails with
                           R.Schwinger regarding document
                           production status (.5); call with
                           M. Blackburn regarding transaction
                           summary issues (.2); reviewed
                           materials relating to
                           investigation and document issues
                           (2.3); emails with team regarding
                           same (.5).

08/08/12   M. D. ASHLEY    Meeting with E. Miller regarding       3.40 hrs.
                           document production and review
                           issues (1.1);  conference with
                           R.Schwinger and Kramer document
                           production and confidentiality
                           issues (.3); reviewed related
                           materials (1.1); various emails
                           with team and parties' counsel

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                          Page   19
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/07/12 | S. R. RIVERA | Reviewed ███████████ (2.8); correspond. and phone calls w/working group re: same (.9). | 3.70 hrs. |
| 08/07/12 | R. A. SCHWINGER | Various e-mails with M. Ashley re status of document collection from various parties (0.7); E-mail to ████████████ (0.2). | 0.90 hrs. |
| 08/07/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.7). | 4.70 hrs. |
| 08/07/12 | L. MENDOZA | Review and analysis of ████████ (2.8) and prepare binders of key board materials for attorney review (1.8). | 4.60 hrs. |
| 08/07/12 | M. DISTEFANO | Reviewed emails re ████████ (.2); ████████████ (1.4); | 1.60 hrs. |
| 08/07/12 | E. M. MILLER | Review and exchange emails from transactional team members regarding missing documents (0.8) Follow-up phone calls with team members regarding same (0.8). Review Relativity regarding missing documents (0.9) Draft missing document list (2.2) Phone call with Ally's counsel regarding missing documents (0.2) Review and exchange emails with M Ashley regarding same (0.3) Draft and send email to Ally's counsel regarding same (0.2) Review Examiner's work plan, in connection with document management (0.3) ████████████ (0.4). | 6.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   18
NEW YORK, NY 10036


| 08/06/12 | C. L. RIVERA | Correspondence re: status of documents with M. Blackburn (0.2); review correspondence re: transaction summaries from other parties (0.3); review Ally "key facts" and "examiner presentation" materials (0.9). | 1.40 hrs. |
|---|---|---|---|
| 08/06/12 | L. MENDOZA | Review produced documents and update documents in shared drive. | 3.60 hrs. |
| 08/06/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.2). | 6.20 hrs. |
| 08/06/12 | A. CORONIOS | Review, revise ▮▮▮▮▮ (1.6) and summary of key transactions (1.1). | 2.70 hrs. |
| 08/06/12 | H. SEIFE | Review of ▮▮▮▮▮. | 1.70 hrs. |
| 08/06/12 | R. A. SCHWINGER | Conference call with MFC (Melissa Knoll, Jim Felton, Tim Martin, Shante George, Jack Williams), M. Ashley, E. Miller re issues as to document organization for review by MFC and C&P teams (1.0); Follow-up meeting with M. Ashley, E. Miller re issues from MFC conference call and other document organization issues (0.4). | 1.40 hrs. |
| 08/06/12 | S. R. RIVERA | Reviewed documentation, pleadings and materials re: ▮▮▮▮▮; | 4.10 hrs. |
| 08/06/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (4.6); preparation of summaries of transactions (4.3). | 8.90 hrs. |
| 08/07/12 | S. BERSON | Review of documents produced in connection with investigation of ▮▮▮▮▮ (1.3); ▮▮▮▮▮ (5.4). | 6.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   17
NEW YORK, NY 10036


08/06/12   E. M. MILLER          Review disk with document                8.30 hrs.
                                 production received from committee
                                 (0.8)   Draft index regarding same
                                 (0.5) Draft and send email to M
                                 Ashley regarding same (0.1)
                                 Meeting with L Moloney regarding
                                 documents received from Committee
                                 (0.3)   Phone calls with Mesirow
                                 regarding document production
                                 (0.3) Review and search documents
                                 in Relativity, in preparation for
                                 call with Mesirow regarding same
                                 (0.7)   Review and exchange emails
                                 with M Towers regarding document
                                 request (0.1) Review Relativity
                                 regarding same (0.4) Attend
                                 conference call with R Schwinger,
                                 M Ashley and Mesirow regarding
                                 Relativity and document production
                                 (1.1); follow up meeting with
                                 R.Schwinger and M.Ashley re issues
                                 raised at call (.4); Review and
                                 exchange emails with P Asnani
                                 regarding review of board
                                 materials (0.2) Review and
                                 exchange emails with M Towers
                                 regarding transactional review
                                 (0.2)   Meeting with L Moloney
                                 regarding document database issues
                                 (0.8) Review emails from
                                 transactional team members
                                 regarding missing documents (0.5)
                                 Review Relativity regarding same
                                 (0.4)   Draft missing document list
                                 (0.3)   Review and exchange emails
                                 with M Ashley regarding document
                                 indices (0.3)   Draft and send
                                 email to Mesirow regarding same
                                 (0.2) Draft outline for tagging
                                 documents in Relativity (0.6)
                                 Draft and send email to M Ashley
                                 regarding same (0.1).

08/06/12   R. J. GAYDA          Review of documents produced in          3.10 hrs.
                                connection with investigation of
                                ███████████████████ (3.1).

08/06/12   M. DISTEFANO         Analysis of ████████████████            1.60 hrs.
                                (1.6).

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   15
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/03/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (5.6); conference with A.Coronios re ███ (.3). | 5.90 hrs. |
| 08/03/12 | M. D. ASHLEY | Call with E. Miller regarding document review coordination issues (.8); meeting with E. Miller regarding document review protocol (.5). | 1.30 hrs. |
| 08/03/12 | M. BLACKBURN | Call with T. McCormack re: ███ (.2); email with S. Rivera and A. Coronios re: transaction summaries (.2); review related documents (.5) | 0.90 hrs. |
| 08/03/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 9.10 hrs. |
| 08/03/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 2.40 hrs. |
| 08/04/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 5.70 hrs. |
| 08/04/12 | M. DISTEFANO | Review of ███ (1.5); ███ (.8) | 2.30 hrs. |
| 08/05/12 | R. J. GAYDA | Review of documents produced in connection with investigation of related party transactions (3.7). | 3.70 hrs. |
| 08/05/12 | E. M. MILLER | Draft Relativity tags for document management and review. | 0.90 hrs. |
| 08/05/12 | J. M. MIGDAL | Review and analysis of financing documents and preparation of related transaction summaries. | 7.70 hrs. |

| | | | |
|---|---|---|---|
| 08/05/12 | M. D. ASHLEY | Reviewed background materials relating to investigation issues (.8). | 0.80 hrs. |
| 08/06/12 | M. D. ASHLEY | Call with R. Schwinger, E. Miller, Mesirow team regarding discovery coordination issues (.9); follow-up meeting with R.Schwinger and E.Miller regarding issued raised at call (.4). | 1.30 hrs. |
| 08/06/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.2). 435 | 4.20 hrs. ✓ 1827 |
| 08/06/12 | M. BLACKBURN | Emails with C. Rivera and team re: [redacted]. | 0.20 hrs. |
| 08/06/12 | P. ASNANI | Phone call with Aaron Klein from MoFo re: documents sent to us | 0.50 hrs. |
| 08/06/12 | J. M. MIGDAL | Review and analysis of [redacted]. | 7.50 hrs. |
| 08/06/12 | A. PRICE | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. 655 | 10.20 hrs. ✓ 6681 |
| 08/06/12 | J. F. FINNEGAN | Review of documents produced in connection with investigation of [redacted]. | 4.80 hrs. |
| 08/06/12 | L. F. MOLONEY | Confer with E. Miller re. adding additional documents to Relativity database (.5); Discussion with E. Miller re. database preparation and organization and working with Mesirow (.9); Review and prepared copy of production disc from Kramer Levin (.5) and corresponded with CDS re. adding additional documents to database and preparing hard-copy set of selected materials for attorney review (.6). | 2.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   14
NEW YORK, NY 10036

|            |                |                                                                                                                              |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | productions (0.3) Review Kramer ██████ (1.4)  Phone call with M Ashley regarding same (0.3)                                   |            |
| 08/03/12   | C. L. RIVERA   | Confer with M. Roitman re: ██████ (0.3); ██████ (0.6).                                                                        | 0.90 hrs.  |
| 08/03/12   | D. M. LeMAY    | Review and coordination of Review Team deadlines (.6).                                                                        | 0.60 hrs.  |
| 08/03/12   | T. J. McCORMACK| Review status of document review/protocols, logistics (1.6).                                                                 | 1.60 hrs.  |
| 08/03/12   | S. BERSON      | Review and preparation of materials relating to Financing Documents (1.2) and preparation of document request list (1.0); review of documents produced in connection with ██████ (2.6); preparation of transaction summaries (1.3). | 6.10 hrs.  |
| 08/03/12   | S. R. RIVERA   | Reviewed and analyzed complaints regarding third-party claims (1.2); conference with M.Distefano re research on same (.2).    | 1.40 hrs.  |
| 08/03/12   | M. BALDWIN     | Review of background materials in connection with investigation.                                                             | 2.50 hrs.  |
| 08/03/12   | J. F. FINNEGAN | Completed review of selected pleadings and orders (2.6); conference with W.Greason re: same (0.5); reviewed ██████ (0.7).     | 3.80 hrs.  |
| 08/03/12   | M. ROITMAN     | Review ██████ (0.6); confer/correspond with C. Rivera and M. Baldwin Fuerst re: same (0.4)                                   | 1.00 hrs.  |
| 08/03/12   | M. ROITMAN     | Review transactional documents on shared folder (1.5) and correspond with ResCap team re: same (.3)                          | 1.80 hrs.  |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   13
NEW YORK, NY 10036

| 08/02/12 | A. CORONIOS | Review timeline for initial transaction review and related preparation of transaction summaries (0.5); review and coordination of relevant document distribution and additional back up and presentations from K&E (0.3). | 0.80 hrs. |
| 08/02/12 | M. DISTEFANO | Review of ██████████ (2.3). | 2.30 hrs. |
| 08/02/12 | R. J. GAYDA | Review of documents produced in connection with investigation of related party transactions (2.6); conference with W.Greason re document review (.5). | 3.10 hrs. |
| 08/03/12 | R. J. GAYDA | Meeting with ██████████ (.5); review of documents produced in connection with investigation of related party transactions (3.7). | 4.20 hrs. |
| 08/03/12 | M. DISTEFANO | Reviewed pre-existing summaries of ██████ (.6); analysis of ██████████ (2.6); meeting with S. Rivera re same (.2); reviewed ██████████ (.4); | 3.80 hrs. |
| 08/03/12 | A. CORONIOS | Office conference with Y Kuznetsov re documentation ██████ (0.3). Review ██████████ (0.6). | 0.90 hrs. |
| 08/03/12 | W. A. GREASON | Conference with J. Finnegan and R. Gayda to allocate documents review (.6). | 0.60 hrs. |
| 08/03/12 | E. M. MILLER | Call with M Ashley regarding document production and shared drive (0.7)  Review and exchange emails with transactional team leaders regarding missing documents (0.8)  Meeting with M.Ashley re document review protocols (0.6) Draft missing document list (0.9)  Phone call with L.Moloney re  document | 5.00 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS               Page   12
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/02/12 | S. BERSON | Review of documents produced in connection with investigation of related party transactions (3.2). | 3.20 hrs. |
| 08/02/12 | W. A. GREASON | Call with C. Miller re: work on document review (.2); conference with A. Price re: details of project (.7); conference with R. Gayda and J. Finnegan to review team assignments (.6); office conference with P. Narvaez re: document review (.5); review organizational issues in connection with review (.3). | 2.30 hrs. |
| 08/02/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.6). | 3.60 hrs. |
| 08/02/12 | E. M. MILLER | Review and exchange emails with M Towers and M Ashley regarding sharing documents with Mesirow (0.3)  Phone call with P Asnani regarding same (0.2)  Review and exchange emails with P Asnani regarding same (0.6)  Review and revise letter regarding same (0.2)  Phone call with Mesirow regarding sharing documents (0.3)  Review and exchange emails with Mesirow regarding same (0.2)  Review and exchange emails with M Ashley regarding document productions (0.2)  Review document productions (0.3)  Draft and send email to transactional team leaders regarding missing documents (0.2)  Phone call with L Moloney regarding Relativity issues (0.4)  Review documents in Relativity (0.8)  Review emails regarding missing documents from productions (0.6)  Draft list regarding same (0.2)  Draft and send email to M Ashley regarding missing documents (0.2). | 4.70 hrs. |

12-12020-mg   Doc 2361-10   Filed 12/07/12   Entered 12/07/12 17:11:13   Exhibit H
(part 2)   Pg 39 of 53
12-12020-mg   Doc 1897-5   Filed 10/19/12   Entered 10/19/12 18:01:19   Exhibit E
(part 2)   Pg 11 of 43

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   11
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/12 | J. LOPEZ | Reviw and identify certain documents from list provided by P.Asnani and prepare PDFs of documents (1.1). | 1.10 hrs. |
| 08/02/12 | A. PRICE | C&P team meeting with W. Greason to discuss document review assignment. | 0.70 hrs. |
| 08/02/12 | A. PRICE | Review documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.20 hrs. |
| 08/02/12 | M. BLACKBURN | Review bankruptcy filings (1.5); call with M. Roitman re: transaction summaries (.3) | 1.80 hrs. |
| 08/02/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (3.1); spoke to counsel from MoFo regarding questions connection with production (.4); emails wth E.Miller re document review (.5). | 4.00 hrs. |
| 08/02/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (7.6). | 7.60 hrs. |
| 08/02/12 | M. ROITMAN | Review ███████ (0.7); correspond with C. Rivera and M. Baldwin Fuerst re: same (0.3). | 1.00 hrs. |
| 08/02/12 | J. F. FINNEGAN | Review of documents produced in connection with investigation of related party transactions, █████ (3.4); conference with W.Greason re same (.5). | 3.90 hrs. |
| 08/02/12 | J. P. NARVAEZ | Meeting with W. Greason to discuss background of investigation and required analysis. | 0.60 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   10
NEW YORK, NY 10036

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/01/12 | L. F. MOLONEY | Confer with CDS re coordination of training session (.2); Meeting with case team and CDS re Relativity database and review protocols (1.2); Correspondence with E. Miller and M. Ashley re tagging panel layout and provided sample templates for comparison (.6); review and resolve user access issues to network shared folder and updated user groups as per M. Towers' request (.8) | 2.80 hrs. |
| 08/01/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (4.8). | 4.80 hrs. |
| 08/01/12 | Y. KUZNETSOV | Attend meeting with review team re:document review in Relativity (1.0); review of materials in advance of the meeting (0.4). | 1.40 hrs. |
| 08/01/12 | M. D. ASHLEY | Call with P. Asnani regarding document review issues (.2); call with ███████████████ (.1). | 0.30 hrs. |
| 08/01/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.10 hrs. |
| 08/01/12 | M. D. ASHLEY | Attended team meeting re Relativity and document review (1.0); reviewed materials relating to investigation document review (.4); emails with L.Moloney re document review issues (.4). | 1.80 hrs. |
| 08/01/12 | S. BLOOMFIELD | Review and revise summary chart of ████████████ (1.1); conference with M.Distefano re same (.1). | 1.20 hrs. |
| 08/01/12 | J. M. MIGDAL | Meeting with review team regarding document review and Relativity usage (1.2). | 1.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS          August 31, 2012
1177 AVENUE OF THE AMERICAS               Page      9
NEW YORK, NY 10036

|  |  |  |  |
|---|---|---|---|
|  |  | document management (1.1)  Attend meeting with L Moloney and CDS (vendor) regarding Relativity (1.1) Review and exchange emails with L Moloney and M Ashley regarding tagging documents in Relativity (0.4). |  |
| 08/01/12 | L. MENDOZA | Review and Update agreements from document production on shared drive database (2.2); prepare additional binders materials of witness interviews (2.7). | 4.90 hrs. |
| 08/01/12 | C. L. RIVERA | Reviewing ████████ (1.2); reviewing related documents (0.5). | 1.70 hrs. |
| 08/01/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (2.4). | 2.40 hrs. |
| 08/01/12 | T. J. MCCORMACK | Review protocols for document productions, means to process and staffing issues (0.8); review Relativity options (0.8). | 1.60 hrs. |
| 08/01/12 | S. BERSON | Review of documents produced in connection with ████████ (1.8). | 1.80 hrs. |
| 08/01/12 | S. R. RIVERA | Reviewed presentations, materials and transaction documents re: ████ (3.2); ████ (.3) ████ (.3) w/working group and transaction team re: same. | 3.80 hrs. |
| 08/01/12 | M. BALDWIN | Review of background documents in connection with investigation. | 1.40 hrs. |
| 08/01/12 | M. ROITMAN | Review of ████████ (4.2); confer/correspond with D. LeMay re: same (0.3) | 4.50 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page     8
NEW YORK, NY 10036


07/31/12    R. A. SCHWINGER    Meeting with ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒    0.90 hrs.

                              ▒▒▒▒▒▒▒▒▒▒▒▒ (with M. Ashley,
                              D. LeMay, H. Seife) (0.5); E-mails
                              with L. Moloney re status of
                              document depository (0.4).

07/31/12    R. A. SCHWINGER    Meeting with T. McCormack, M.    0.60 hrs.
                              Ashley re preparation and staffing
                              for litigation team projects in
                              case plan (0.6).

07/31/12    S. R. RIVERA      Reviewed complaints, pleadings and    3.50 hrs.
                              related materials re: 3rd Party
                              Claims (2.9); correspondence and
                              phone calls w/working group re:
                              same (.6).

07/31/12    T. J. MCCORMACK    Meeting with litigation team on    0.60 hrs.
                              document review issues,
                              stipulation and 2004 motion (0.6)

07/31/12    W. A. GREASON     Worked on ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒    3.40 hrs.
                              ▒▒▒▒▒▒▒▒▒▒▒ (1.6)
                              ▒▒▒▒▒▒ (1.8).

07/31/12    A. CORONIOS       Review of documents produced in    1.30 hrs.
                              connection with ▒▒▒▒▒▒▒▒▒▒▒

07/31/12    E. M. MILLER      Phone call with M Ashley regarding    0.40 hrs.
                              document management and review
                              (0.4)

07/31/12    R. J. GAYDA       Review documents related to    2.40 hrs.
                              ▒▒▒▒▒▒▒▒▒▒ (2.2);
                              telephone call with M. Blackburn
                              re ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
                              (.2).

08/01/12    M. DISTEFANO      Review of existing ▒▒▒▒▒▒▒▒▒    3.60 hrs.
                              ▒▒▒▒▒▒▒▒▒ (3.6).

08/01/12    E. M. MILLER      Review ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒    4.50 hrs.
                              ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
                              ▒▒▒▒▒▒▒▒ (1.4) Review
                              documents in Relativity (0.5)
                              Attend meeting with transactional
                              team leaders and D LeMay and M
                              Towers, in connection with

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    7
NEW YORK, NY 10036

preparation of key documents for
meeting with team (1.2).

07/31/12   P. ASNANI        Review of documents produced in       4.60 hrs.
                            connection with Examiner
                            investigation in accordance with
                            Court Order Approving Scope of
                            Investigation (3.1); prepared and
                            circulated relevant documents to
                            various team attorneys (.9); phone
                            calls with Marc Roitman (.3) and
                            Marc Ashely (.3) re same.

07/31/12   M. D. ASHLEY     Meeting with T. McCormack, R.         0.90 hrs.
                            Schwinger regarding investigation
                            document review and litigation
                            planning (.6); conference with
                            E.Miller re: document review
                            planning (.3).

07/31/12   M. D. ASHLEY     Call with P. Asnani regarding         0.40 hrs.
                            investigation document review
                            issues (.4).

07/31/12   Y. KUZNETSOV     Review of documents produced in       6.90 hrs.
                            connection with Examiner
                            investigation in accordance with
                            Court Order Approving Scope of
                            Investigation (6.9).

07/31/12   L. F. MOLONEY    Correspondence (.5) and T/C (.4)      3.40 hrs.
                            with CDS re. instructions for
                            loading of additional Debtors
                            documents in Relativity database
                            and foldering (.9); Emails with M.
                            Ashley re. summary of documents
                            and data loaded into Relativity
                            (.4); Review of Relativity
                            database and associated load files
                            to ascertain what metadata has
                            been provided with debtors'
                            documents (1.1); Call with L.
                            Ferguson from Mesirow re. document
                            depository issues (.5).

07/31/12   M. ROITMAN       Confer/correspond with P. Asnani      0.30 hrs.
                            re: document productions ████
                            (0.3).

07/31/12   N. T. ZINK       Review materials produced by         2.80 hrs.
                            ████ (2.8).

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    6
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 07/30/12 | E. M. MILLER | Review document review template (0.2) and transactional document index (0.2) in connection with document review. | 0.40 hrs. |
| 07/30/12 | A. CORONIOS | Review ██████████ . | 0.40 hrs. |
| 07/30/12 | L. MENDOZA | Review of ██████████ ██████ (1.6) and prepare binders of same for initial distribution to team (.8). | 2.40 hrs. |
| 07/30/12 | T. J. MCCORMACK | Follow-up emails with team on document production and related tasks (0.8); review and organize document review teams (0.7). | 1.50 hrs. |
| 07/30/12 | S. R. RIVERA | Reviewed background materials and presentations prepared by Committee and Debtors; | 1.70 hrs. |
| 07/30/12 | S. R. RIVERA | Reviewed pleadings and materials re: ██████ ; | 1.20 hrs. |
| 07/30/12 | R. A. SCHWINGER | Meeting with K. Zafran re consulting on supervision of document review (0.3); review additional staffing issues for document review (0.2). | 0.50 hrs. |
| 07/30/12 | M. BALDWIN | Review ██████████████ . | 1.00 hrs. |
| 07/30/12 | N. T. ZINK | Review materials provided by counsel for Debtors re transaction review and investigation (4.3). | 4.30 hrs. |
| 07/30/12 | L. F. MOLONEY | Working with debtors new document productions including downloading and accessing zip files and coordination of uploading to Relativity database (3.2); review and update user groups and permissions for case team members as per M. Towers (.6); | 3.80 hrs. |
| 07/30/12 | P. ASNANI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.2); prepare index of transactional documents (1.7); | 9.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    5
NEW YORK, NY 10036


07/27/12   L. F. MOLONEY    E-mail correspondence (.5) and T/C      2.80 hrs.
                            (.7) with CDS Legal re. set-up of
                            Relativity database and user
                            access for team members at
                            Chadbourne as well as Mesirow
                            Financial; Review of database and
                            functionality prior to launch of
                            document review (.6); emails with
                            R. Schwinger re Relativity issues
                            (.5); review and update user
                            groups for network share access as
                            per M. Ashley's requests (.5).

07/27/12   P. ASNANI        Review of documents produced in        3.60 hrs.
                            connection with Examiner
                            investigation in accordance with
                            Court Order Approving Scope of
                            Investigation.

07/27/12   M. D. ASHLEY     Call with P. Asnani regarding          0.30 hrs.
                            document review issues (.3).

07/28/12   M. ROITMAN       Review documents in connection         5.20 hrs.
                            with review of prepetition
                            transactions (4.7);
                            confer/correspond with H. Seife
                            and D. LeMay re: same (0.5)

07/28/12   Y. KUZNETSOV     Review of documents produced in        3.40 hrs.
                            connection with Examiner
                            investigation in accordance with
                            Court Order Approving Scope of
                            Investigation (3.4).

07/28/12   W. A. GREASON    Worked on review of Rescap             0.80 hrs.
                            background materials (.8).

07/29/12   Y. KUZNETSOV     Review of documents produced in        4.20 hrs.
                            connection with Examiner
                            investigation in accordance with
                            Court Order Approving Scope of
                            Investigation (4.2).

07/30/12   Y. KUZNETSOV     Review of documents produced in        5.60 hrs.
                            connection with Examiner
                            investigation in accordance with
                            Court Order Approving Scope of
                            Investigation (5.6).

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    4
NEW YORK, NY 10036


| 07/26/12 | S. R. RIVERA | Reviewed ███████ ███████████ (3.6); reviewed debtor presentation materials and first batch of related documents produced (1.7); | 5.30 hrs. |
|---|---|---|---|
| 07/27/12 | W. A. GREASON | Worked on review of background materials (1.6). | 1.60 hrs. |
| 07/27/12 | R. A. SCHWINGER | E-mails with L. Moloney, M. Baldwin re Relativity database issues (0.8);  E-mail from Mesirow, and to L. Moloney, re potential platforms to use for Document Depository (0.5). | 1.30 hrs. |
| 07/27/12 | N. T. ZINK | Review Debtor document production received to date (1.2). | 1.20 hrs. |
| 07/27/12 | R. A. SCHWINGER | Review document review and document depository issues. | 0.60 hrs. |
| 07/27/12 | R. A. SCHWINGER | Review binders circulated of key documents from Debtors initial production (1.7); email Jennifer Rochon re production  of Committee documents (0.5). | 2.20 hrs. |
| 07/27/12 | E. M. MILLER | Emails with L.Moloney and vendor regarding shared drive and data room access issues. | 0.30 hrs. |
| 07/27/12 | Y. KUZNETSOV | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (7.9). | 7.90 hrs. |
| 07/27/12 | L. MENDOZA | Review of produced ██████████ (.9) and preparation of binders of key documents for distribution to team (.8). | 1.70 hrs. |
| 07/27/12 | M. ROITMAN | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 4.20 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    3
NEW YORK, NY 10036

creating additional user access
(.6); Confer with R. Schwinger re.
case management issues (.3);
follow-up T/C with Mesirow
Financial and R. Schwinger re.
document database issues (.7);
Reviewed DVD from MoFo and located
presentation documents and
interview notes as per M. Ashley's
request (2.1).

07/26/12    M. ROITMAN         Review ██████████████████          1.60 hrs.

                               (1.3); Update shared drive with
                               █████████████ (0.3)

07/26/12    Y. KUZNETSOV       Review of documents produced in   5.70 hrs. ✓
                               connection with Examiner
                               investigation in accordance with
                               Court Order Approving Scope of     ᵗ35   ⟨2679.5⟩
                               Investigation (5.7).

07/26/12    L. MENDOZA         Review of ██████████████████      3.50 hrs.
                               for █████████████████
                               █████ (1.4); prepare
                               ████████████████████████
                               (1.0); and prepare related index
                               of ██████████████ (1.1)

07/26/12    R. A. SCHWINGER    Review ████████████████████       3.50 hrs.
                               ████████████
                               (1.7); Review lengthy e-mail and
                               attachments from ███████████████
                               re ██████████████ on ██████
                               █████████████████████████
                               (1.2); Conference call with
                               Mesirow Financial (Melissa Kroll,
                               Liam Ferguson) and L. Moloney re
                               plans for document depository and
                               for Relativity database to be used
                               by C&P and Mesirow (0.6).

07/26/12    M. BALDWIN         Review background materials in  795  1.30 hrs. ✓
                               connection with investigation.       ⟨1033.5⟩

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   28
NEW YORK, NY 10036

████████████████████ (0.4); Draft
text for proposed e-mail to
██████████████████████
(1.3); E-mails re ████████
███████████ (0.5).

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/10/12 | S. R. RIVERA | Reviewed bank transaction documentation. | 1.10 hrs. |
| 08/10/12 | S. R. RIVERA | Reviewed and analyzed ████████ | 1.30 hrs. |
| 08/10/12 | V. DUNN | Review of documents produced in connection w/Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 6.20 hrs. |
| 08/11/12 | T. J. MCCORMACK | Review information on additional documents from ████ (0.3); review index of documents (0.2). | 0.50 hrs. |
| 08/12/12 | M. BALDWIN | Review of documents produced in connection with investigation | 0.50 hrs. |
| 08/12/12 | M. DISTEFANO | Reviewed ████████ (6.1). | 6.10 hrs. |
| 08/13/12 | M. DISTEFANO | Reviewed ████████ (2.7); ████████ (2.6). | 5.30 hrs. |
| 08/13/12 | M. B. SZYMANSKI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 1.30 hrs. |
| 08/13/12 | E. M. MILLER | Review and update index for documents in Relativity (0.5) Revise Relativity tagging outline /document reviewer guidance document (1.0) Review and exchange emails with B Schwinger regarding document depository (0.2) Phone call with L Moloney regarding same (0.3) Phone call with ████████ | 2.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    27
NEW YORK, NY 10036

| 08/10/12 | M. ROITMAN | Review ████████████ ████████ (0.9); Correspond with ResCap team re: same (0.2); Correspond with P. Asnani re: same (0.1) | 1.20 hrs. |
|---|---|---|---|
| 08/10/12 | J. P. NARVAEZ | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 3.30 hrs. |
| 08/10/12 | E. M. MILLER | Phone call with L Moloney regarding document productions and index for Relativity (0.4) Review and revise index for ████ (0.3) Draft and send email to Ashley regarding same (0.2) Draft and send email to M Towers regarding document index (0.2) Draft list of potential interviewees (1.9) Review and exchange emails with transactional team members regarding missing documents (0.4). | 3.40 hrs. |
| 08/10/12 | M. B. SZYMANSKI | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation. | 2.40 hrs. |
| 08/10/12 | M. DISTEFANO | Prepared narrative summary of ████ (.5); ████ (.2). | 0.70 hrs. |
| 08/10/12 | W. A. GREASON | Review of documents produced in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (1.1). | 1.10 hrs. |
| 08/10/12 | M. BALDWIN | Review and analysis of documents | 1.30 hrs. |
| 08/10/12 | R. A. SCHWINGER | TC with ████████████ (0.2); Prepare request form for parties seeking access to Document Depository (1.3); E-mails with L. Moloney re ████████ | 3.70 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page   29
NEW YORK, NY 10036

███████████████████████████
(0.3) Draft and send email to M
Ashley and M Towers regarding same
(0.1)  Revise Relativity tagging
outline /document reviewer
guidance document (0.3)

08/13/12   C. L. RIVERA        Review ██████████████████        0.90 hrs.

08/13/12   R. A. SCHWINGER     E-mails to ███████████,          3.70 hrs.
                               ███████████████████████ for
                               ███████████ (1.2); E-mail
                               to ██████████████████████
                               ███████████████████████
                               (1.2); E-mail with E.Miller re:
                               document depository (0.2); TC with
                               L. Moloney re ███████████ (0.4); E-mails
                               with H. Seife, L. Moloney re
                               ████████████████████
                               ████████ (0.7).

08/13/12   V. DUNN             Review of documents produced in    6.60 hrs.
                               connection w/Examiner
                               investigation in accordance with
                               Court Order Approving Scope of
                               Investigation.

08/13/12   S. BERSON           Review of documents produced in    2.30 hrs.
                               connection with investigation of
                               related party transactions (1.4);
                               preparation of transaction
                               summaries (.9).

08/13/12   E. WEISSMAN         Preparation of share drive for      0.50 hrs.
                               attorney access.

08/13/12   M. ROITMAN          Review ████████████████████        0.90 hrs.
                               ██████████████████████████
                               █████████ (0.8); Correspond
                               with Y. Kuznetsov re: same (0.1)

08/13/12   J. M. MIGDAL        Review and analysis of financing   2.30 hrs.
                               documents and preparation of
                               related transaction summaries
                               (1.4) and review of background
                               materials in connection with
                               investigation (.9).

12-12020-mg    Doc 2361-10    Filed 12/07/12    Entered 12/07/12 17:11:13    Exhibit H
12-12020-mg    Doc 1897-9    Filed 10/19/12 Pg 52 of 53ntered 10/19/12 18:01:19    Exhibit E
(part 6)    Pg 33 of 36

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    10
NEW YORK, NY 10036

|            |                |                                                                                                                                                          |             |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            |                | Judge Gonzalez and US Trustee (1.2).                                                                                                                      |             |
| 08/07/12   | H. SEIFE       | Review of Mesirow retention documents.                                                                                                                    | 0.50 hrs.   |
| 08/08/12   | R. J. GAYDA    | Email correspondence with with Mesirow re retention documentation (.4).                                                                                   | 0.40 hrs.   |
| 08/08/12   | H. LAMB        | Begin comprehensive review of billing proformas/daily time detail in preparation of first monthly fee application.                                        | 5.40 hrs.   |
| 08/09/12   | R. J. GAYDA    | Telephone call (.2) and email correspondence (.3) with chambers re Chadbourne retention.                                                                  | 0.50 hrs.   |
| 08/10/12   | D. M. LeMAY    | Conference w/R. Gayda regarding filing of Mesirow retention application.                                                                                  | 0.30 hrs.   |
| 08/10/12   | R. J. GAYDA    | Telephone call with M. Knoll re Mesirow retention papers (.3); review US Trustee email re same (.3); draft and send email to Debtors re retention motion (.5); conference with D. LeMay re same (.3). | 1.40 hrs.   |
| 08/13/12   | R. J. GAYDA    | Finalize and file Mesirow retention application (1.4); email correspondence (.3) and meeting with D. LeMay re same (.2).                                  | 1.90 hrs.   |
| 08/13/12   | D. M. LeMAY    | Finalize Mesirow retention papers (.5); conference with R.Gayda regarding same (.2).                                                                      | 0.70 hrs.   |
| 08/14/12   | R. J. GAYDA    | Review general fee procedure issues (.6).                                                                                                                 | 0.60 hrs.   |
| 08/21/12   | H. LAMB        | Conference with J.Velasco of Mesirow regarding procedures/time for filing first fee application (.3); conference with E.Richards at MoFo regarding same (.2). | 0.50 hrs.   |

RESIDENTIAL CAPITAL LLC, DEBTORS                    August 31, 2012
1177 AVENUE OF THE AMERICAS                         Page    11
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/22/12 | H. LAMB | Conference with H.Seife regarding timing of filing first fee application and confidentiality issues (.2); conference with R.Gayda regarding same (.2). | 0.40 hrs. |
| 08/22/12 | D. M. LeMAY | Review draft CNO re Mesirow retention and provide comments to R. Gayda. | 0.30 hrs. |
| 08/22/12 | M. DISTEFANO | Drafted certificate of no objection for Mesirow retention (.6). | 0.60 hrs. |
| 08/22/12 | H. SEIFE | Review of fee procedures (.2); conference with H.Lamb regarding billing requirements (.2). | 0.40 hrs. |
| 08/23/12 | R. J. GAYDA | Email correspondence with M. Distefano re certificate of no objection (.3); review draft CNO (.5); email correspondence with D. LeMay re draft CNO (.3); email correspondence (.3) and meeting with H. Lamb (.3) re same; telephone call with H. Seife re fee application and confi issues (.3); email correspondence (.2) and telephone call (.3) with H. Lamb re same; review past Examiner fee applications (1.4); review UST and SDNY fee guidelines (.6); review case dockets re interim fee reports (1.4). | 5.90 hrs. |
| 08/23/12 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of first monthly fee application (1.9); conference with R.Gayda regarding fee application/confidentiality issues (.4). | 2.30 hrs. |
| 08/23/12 | H. LAMB | Conference with R.Gayda regarding filing of certification of no objection to Mesirow retention (.3); prepare and electronically file certification of no objection (.5); prepare letter to chambers enclosing same and proposed order (.3). | 1.10 hrs. |

RESIDENTIAL CAPITAL LLC, DEBTORS                August 31, 2012
1177 AVENUE OF THE AMERICAS                     Page   12
NEW YORK, NY 10036

| | | | |
|---|---|---|---|
| 08/24/12 | R. J. GAYDA | Review case docket for Mesirow retention order and objections to Mesirow papers (.3). | 0.30 hrs. |
| 08/26/12 | H. LAMB | Continue review of billing proformas/daily time detail in preparation of first fee application. | 4.80 hrs. |
| 08/27/12 | R. J. GAYDA | Email correspondence with H. Seife and D. LeMay re Mesirow retention papers (.3); meeting re same (.2); telephone call with chambers re same (.2). | 0.70 hrs. |
| 08/27/12 | H. LAMB | Begin preparation of first monthly/interim fee application. | 2.40 hrs. |
| 08/28/12 | R. J. GAYDA | Email correspondence and telephone call with chambers re Mesirow retention papers (.3); prepare for 8/29 hearing (1.1). | 1.40 hrs. |
| 08/28/12 | M. DISTEFANO | Research confidentiality issues of examiner fee statements (1.1) | 1.10 hrs. |
| 08/29/12 | M. DISTEFANO | Meeting with B. Gayda re confidentiality issues in fee statements (.2); further research re same (.4). | 0.50 hrs. |
| 08/29/12 | R. J. GAYDA | Participate in omnibus hearing with respect to Mesirow retention order (2.6); email correspondence with Mesirow re same (.3). | 2.90 hrs. |
| 08/31/12 | H. LAMB | Further review of billing and daily time detail in preparation of first fee application. | 4.40 hrs. |

**Total Fees for Professional Services............. $169,431.00**