MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Samantha Martin

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF FURTHER REVISED EXHIBITS TO DEBTORS'**
**MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 365(d)(4)(B)(ii)**
**APPROVING CONSENSUAL EXTENSIONS OF TIME TO ASSUME OR REJECT**
**CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

**PLEASE TAKE NOTICE THAT** on December 3, 2012, the debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. § 365(d)(4)(B)(ii) Approving Consensual Extensions of Time to Assume or Reject Certain Unexpired Leases of Nonresidential Real Property* (the "Motion") [Docket 2336].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit a revised the List of Consensual Lease Extensions (currently annexed to both the Motion and the Order), a copy of which is annexed hereto as <u>Exhibit 1</u>.

Dated: December 10, 2012
       New York, New York

                                        <u>/s/ Gary S. Lee</u>
                                        Gary S. Lee
                                        Lorenzo Marinuzzi
                                        Samantha Martin
                                        MORRISON & FOERSTER LLP
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 468-8000
                                        Facsimile: (212) 468-7900

                                        *Counsel for the Debtors and*
                                        *Debtors in Possession*

## List of Consensual Lease Extensions[1]

| Contract Type | Counterparties to the Contracts and Leases to be Assumed | Debtor Parties to the Contracts and Leases to be Assumed | Date of Contract or Lease | Location of Real Property that is the Subject of a Lease to be Assumed | Extension Date |
|---|---|---|---|---|---|
| Lease | Normandale Holdings LLC | Residential Funding Company, LLC | July 7, 2004, as amended, | 8400 Normandale Lake Blvd. Bloomington, MN 55437 | February 28, 2013 |
| Lease | Dallas CPT Fee Owner, L.P. | Residential Funding Company, LLC | December 17, 1993, as amended | 2711 North Haskell Avenue Dallas, TX 75204 | February 28, 2013 |
| Lease | 2255 Partners L.P. | Residential Funding Company, LLC | October 15, 1999, as amended | 2255 N. Ontario Street Burbank, CA  91504 | February 28, 2013 |
| Lease[2] | Liberty Property Limited Partnership | GMAC Mortgage, LLC | January 31, 2006, as amended | 1100 Virginia Drive Fort Washington, PA 19034--3200 | December 31, 2012 |
| Sublease | Devry, Inc. | GMAC Mortgage, LLC | January 16, 2013 | 1140 Virginia Drive Fort Washington, PA 19034--3200 | January 16, 2013 |

---

[1] Inclusion of any lease, contract, or agreement on this Exhibit 1 shall not constitute an admission as to the determination of the legal status of any lease, contract, or agreement (including whether any lease, contract, or agreement is an unexpired lease of nonresidential real property, a true lease, or a financing arrangement). The Debtors reserve all of their rights to reclassify or recharacterize any lease, contract, or agreement listed on this Exhibit 1.

[2] As a condition to agreeing to the extension, the landlord required the Debtors to enter into a lease amendment (the "Lease Amendment") by which (i) the Debtors are to relinquish 100,000 to 125,000 square feet of space to the landlord at the landlord's option, and (ii) the Debtors lifted a restriction in the lease to allow the landlord to lease certain warehouse space on the premises, along with 100 parking spaces.  A copy of the Lease Amendment is annexed hereto as Annex 1.