**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | CASE NO.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, ET AL., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | Jointly Administered |
| ) | |

### **ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Yvette R. Freedman, Esq., to be admitted, *pro hac vice*, to represent ROBERT SLIWKA and WILBUR TRIPLETT, (the "Creditors"), certifying that movant is a member in good standing of the bar in the State of Nevada and, if applicable, the bar of the U.S. District Court for the State of Nevada, and it is hereby

**ORDERED,** that Yvette R. Freedman, Esq., is admitted to practice, *pro hac vice*, in the above referenced case proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 11, 2012
       New York, New York

                                               **/s/Martin Glenn**
                                               HONORABLE JUDGE MARTIN GLENN