UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**SECOND SUPPLEMENTAL DECLARATION OF TOM A. ROBINSON IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR OF AND ATTEST SERVICE PROVIDER TO THE DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO MAY 14, 2012**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Tom A. Robinson, under penalty of perjury, declares as follows:

1. I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"), which has an office at 200 Renaissance Center, Suite 3900, Detroit, Michigan. I am duly authorized to make and submit this supplemental declaration (the "**Declaration**") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedures in further support of the application of the above-caption debtors (the "**Debtors**"), dated July 25, 2012, for entry of an order authorizing the employment and retention of Deloitte & Touche as independent auditor of and attest service provider to the Debtors (the "**Application**"), *nunc pro tunc* to May 14, 2012.

2. The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3.  As discussed in paragraph 9 of my declaration submitted with the Application (the "**Original Declaration**"), I stated that as additional material information was discovered Deloitte & Touche would supplement the Original Declaration. The disclosure set forth below is subject to the statements and qualifications made in the Original Declaration which are incorporated herein by reference.

4.  Accordingly, by this Declaration, I am supplementing schedule 1 to the Original Declaration with the inclusion of Ocwen Financial Corporation ("**Ocwen**"), a prospective purchaser of certain of the Debtors' assets. Deloitte & Touche and its affiliates provide professional services to Ocwen and its affiliates in matters unrelated to the Debtors' chapter 11 cases. In particular, Deloitte & Touche currently acts as the independent auditor of Ocwen and its affiliates and may, from time to time, provide other professional services to Ocwen.

Dated: December 11, 2012

By: _____
Tom A. Robinson
Partner
Deloitte & Touche LLP