**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, K. Lee Marshall, a member in good standing of the bars of the States of California and Missouri, the bars of the United Supreme Court, the United States Courts of Appeals for the Third, Seventh, Eighth, Ninth and Federal Circuits, the United States District Courts for the Northern District of California, and Eastern District of California, the United States District Courts for the Southern District of Illinois, Western District of Missouri, and Eastern District of Missouri request admission, *pro hac vice*, before the Honorable Martin Glenn to represent Residential Capital, LLC, *et al.*, in the above-referenced case.

My address is:    BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA  94104
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999

The filing fee of $200.00 has been submitted with this Application for *pro hac vice* admission.

Dated: December 5, 2012

Respectfully submitted,

By: _____
K. Lee Marshall

ny-1068819

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of K. Lee Marshall, dated December __, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of California and Missouri, the bars of the United States Supreme Court, the United States Courts of Appeals for the Third, Seventh, Eighth, Ninth and Federal Circuits, the United States District Courts for the Northern District of California and Eastern District of California, and the United States District Courts for the Southern District of Illinois and Eastern District of Missouri,

IT IS HEREBY ORDERED that K. Lee Marshall is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
         December __, 2012

                                        The Honorable Martin Glenn
                                        United States Bankruptcy Judge
                                        Southern District of New York

ny-1068819

2