**SEWARD & KISSEL LLP**
Ronald L. Cohen
Arlene R. Alves
Laurie R. Binder
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association as*
*Master Servicer of Certain Mortgage Backed*
*Securities Trusts*

**DECHERT LLP**
Glenn E. Siegel
Craig P. Druehl
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and*
*The Bank of New York Mellon Trust Company,*
*N.A., as Master Servicers of Certain Mortgage*
*Backed Securities Trusts*

**ALSTON & BIRD LLP**
Martin G. Bunin
John C. Weitnauer (*pro hac vice*)
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Master*
*Servicer of Certain Mortgage Backed Securities*
*Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**JOINDER OF U.S. BANK NATIONAL ASSOCIATION, THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AND WELLS FARGO BANK, N.A. AS MASTER SERVICERS FOR RESIDENTIAL MORTGAGE BACKED SECURITIES TRUSTS TO OBJECTION OF THE RMBS TRUSTEES TO DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C §§ 105(a), 365(a), AND 554(a), FED. R. BANKR. P. 6006 AND 9014, AND LOCAL BANKRUPTCY RULE 6006-1 APPROVING PROCEDURES REGARDING THE FUTURE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES (DOCKET NO. 2412)**

U.S. Bank National Association (**"U.S. Bank"**), The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A. (together, "**BNYM**") and Wells Fargo Bank, N.A. ("**Wells Fargo**"), solely in their respective capacities as master servicer (in such capacities, the "**Master Servicers"**) for certain mortgaged backed securities trusts (the "**Trusts**"), hereby file their Joinder (the **"Joinder")** to the *Objection of the RMBS Trustees to Debtors' Motion Under 11 U.S.C §§ 105(a), 365(a) and 554(a), Fed. R. Bankr. P. 6006 and 9014, and Local Bankruptcy Rule 6006-1 Approving Procedures Regarding the Future Rejection of Executory Contracts and Unexpired Leases* (the "**Procedures Motion**"), dated December 14, 2012 (Docket No. 2412) (the **"RMBS Trustees Procedures Motion Objection").**  In support of its Joinder, the Master Servicers respectfully state as follows:

## Background

1.     U.S. Bank, BNYM and Wells Fargo solely in their respective capacities as trustees or indenture trustees for certain mortgaged backed securities trusts, together with Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas solely in their capacities as trustees of certain mortgage backed securities trusts (collectively, the **"RMBS Trustees")**, jointly filed the RMBS Trustees Procedures Motion Objection asserting objections to the Procedures Motion (Docket No. 2326).

2.     By this Joinder, U.S. Bank, BNYM and Wells Fargo, solely as Master Servicers, join in the RMBS Trustees Procedures Motion Objection to the extent that the objections set forth therein are applicable to the Master Servicers.

## Joinder in the RMBS Trustees Procedures Motion Objection

3.     So as to preserve all of its rights in connection with the Debtors' Procedures Motion, the Master Servicer adopts and incorporates herein by reference the

objections set forth in the RMBS Trustees Procedures Motion Objection, but only to the extent

such objections are applicable to the Master Servicers.  Each Master Servicer reserve the right to

amend, supplement, alter or modify this Joinder.

**WHEREFORE,** for the reasons set forth herein, the Master Servicers respectfully

request that this Court deny the Procedures Motion to the extent set forth in the RMBS Trustees

Procedures Motion Objection and grant such other and further relief as the Court deems

appropriate.


Dated: New York, New York
      December 14, 2012

Respectfully submitted,


**SEWARD & KISSEL LLP**

By: /s/ Ronald L. Cohen
Ronald L. Cohen
Arlene R. Alves
Laurie R. Binder
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association
as Master Servicer of Certain Mortgage
Backed Securities Trusts*


**DECHERT LLP**

By: /s/Glenn E. Siegel
Glenn E. Siegel
Craig P. Druehl
1095 Avenue of the Americas New York,
New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and
The Bank of New York Mellon  Trust Company,
N.A., as Master Servicers of Certain Mortgage
Backed Securities Trusts*


**ALSTON & BIRD LLP**

By: /s/John C. Weitnauer
 John C. Weitnauer
 John G. Bunin
 William Hao
 90 Park Avenue
 New York, NY 10016
 Telephone: (212) 210-9400
 Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Master
Servicer of Certain Mortgage Backed
Securities Trusts*


SK 03687 0119 1342857