**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kenneth Lee Marshall, dated December 5, 2012, for admission to practice *pro hac vice* to represent Residential Capital, LLC, *et al.* in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the States of California and Missouri, the bars of the United States Supreme Court, the United States Courts of Appeals for the Seventh, Eighth, Ninth and Federal Circuits, the United States District Courts for the Northern District of California and Eastern District of California, and the United States District Courts for the Southern District of Illinois and the Eastern District of Missouri,

IT IS HEREBY ORDERED that Kenneth Lee Marshall is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the Southern District of New York to represent Residential Capital, LLC, *et al.*, provided that the filing fee has been paid.

Dated: New York, New York
   **December 14, 2012**

                                        /s/Martin Glenn
                                        The Honorable Martin Glenn
                                        United States Bankruptcy Judge
                                        Southern District of New York