DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:   (860) 275-0100
Facsimile:   (860) 275-0343

- and -

7 Times Square
New York, New York 10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916-2940
JAMES J. TANCREDI, ESQ. (JT-3269)
HERBERT K. RYDER, ESQ. (HR-5137)

*Attorneys for Connecticut Housing Finance Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC, *et al.*,** | **Case No. :  12-12020 (MG)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

Anthony Bongiorni, being of full age, hereby certifies as follows:

1. I am associated with the firm of Day Pitney LLP with an office at 7 Times Square, Times Square Tower, New York, New York.

2. On December 13, 2012, on behalf of James J. Tancredi, the following was electronically filed with this Court:

  i) a Motion on behalf of Connecticut Housing Finance Authority for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) ("Motion for Relief from Stay").

3. On December 14, on behalf of James J. Tancredi, the following was electronically filed with this court:

    i) a Notice Of Motion Of Connecticut Housing Finance Authority ("CHFA") For The Entry Of An Order Granting Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d).

    ii) a Proposed Order Granting Connecticut Housing Finance Authority ("CHFA") Relief From the Automatic Stay, For Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d).

4. In accordance with Rules 2002 and 9034 of the Federal Rules of Bankruptcy Procedure and Rule 9078-1 of the New York Local Rules of Bankruptcy Procedure for the Southern District, this is to certify that on the 14th day of December, 2012, copies of the Motion for Relief from Stay were transmitted to the parties and in the manners set forth below:

**SERVICE LIST**

**FIRST CLASS MAIL, POSTAGE PREPAID**

**DEBTOR**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

**U.S. TRUSTEE**

Office of The United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

**NOTICE PARTIES**

| | |
|---|---|
| Edward Haywood Payne | Corinne Ball |
| 214 North 52nd Street | Jones Day |
| Philadelphia, PA 19139 | 222 East 41st Street |
| | New York, NY 10017 |

| | |
|---|---|
| Willie L. Boykin<br>250 Sterling Ridge Dr<br>Atoka, TN 38004 | Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Hugo Brandsetter<br>2944 Glacier Trail<br>Porter, IN 46304 | Judson Brown<br>Kirkland & Ellis LLP<br>665 15th Street, N.W. Ste. 1200<br>Washington, DC 20005 |
| Carpenter Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, OH 43215 | Centerview Partners LLC<br>31 West 52nd Street<br>22nd Floor<br>New York, NY 10019 |
| Kurtzman Carson Consultants LLC, Claims Agent<br>Attn: James Le<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Richard W. Clary<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| Jeffrey L. Cohen<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 | Nelson C. Cohen<br>Zuckerman, Spaeder, Goldstein Taylor & Kolker, LLP<br>1201 Connecticut Avenue, NW<br>Washington, DC 20036 |
| Joseph A Connor III<br>PO Box 1474<br>Cobb, CA 95426 | Kristin L. Crone<br>UFAN Legal Group PC<br>1490 Stone Point Drive, Suite 100<br>Roseville, CA 95661 |
| County of San Benito<br>440 Fifth Street<br>Courthouse, Room 107<br>Hollister, CA 95023-3894 | David Cruz<br>4672 NW 57th Avenue<br>Coral Springs, FL 33067 |
| DB Structured Products, Inc.<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Debt Acquisition Co of America V, LLC<br>1565 Hotel Circle S, #310<br>San Diego, CA 92108 |

| | |
|---|---|
| Deloitte & Touche LLP<br>200 Renaissance Center, Suite 3900<br>Detroit, MI 48243 | Stefan W. Engelhardt<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Franklin D. Easterday<br>Phyllis J. Easterday<br>83 West Liberty Street<br>Quincy, MI 49082 | Jason Emert<br>882 Castleman Branch Road<br>Shepherdsville, KY 40165 |
| Bernadette Fantone<br>1870 San Benito Way<br>Coalinga, CA 93210 | Nestor Fantone<br>1870 San Benito Way<br>Coalinga, CA 93210 |
| Fortace LLC<br>1601 N. Sepulveda Blvd #146<br>Manhattan Beach, CA 90266 | Talcott Franklin<br>Talcott Franklin, P.C.<br>208 North Market Street, Suite 200<br>Dallas, TX 75202 |
| Bill A. Fuchs<br>7101 Plank Avenue<br>El Cerrito, CA 94530 | D.W. Grimsley<br>D.W. Grimsley, Jr., P.C.<br>21 South Section St.<br>Fairhope, AL 36532 |
| Deborah M. Gross-Quatrone<br>70 Market Street<br>Saddle Brook, NJ 07663 | Courteney F. Harris<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 |
| Rhodrick Harden<br>1568 Loretta Ave<br>Columbus, OH 43211 | Christopher W. Hobbs<br>Zimmerman, Lieberman, Tamulonis & Hobbs<br>P.O. Box 238<br>Pottsville, PA 17901 |
| Pamela Z. Hill<br>6675 Wahl Road<br>Freeland, WA 98249 | John G. Hutchinson<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Patrick J. Hopper<br>220 McCartney Dr.<br>Moon Twp, PA 15108 | Corla Jackson<br>13230 Tom Gaston Rd<br>Mobile, AL 36695 |
| Imperial County Tax Collector<br>940 West Main Street, Suite 106<br>El Centro, CA 92243 | Bernice Jandrasi<br>24607 Mount Auburn Dr.<br>Katy, TX 77494 |

| | |
|---|---|
| Oskar A. Johanson<br>105 Rivergate Pl<br>Lodi, CA 95240-0557 | Jump Trading, LLC<br>600 W. Chicago Avenue<br>Suite 825<br>Chicago, IL 60654 |
| Ken Burton, Jr.<br>Manatee County Tax Collector<br>Attn: Susan D. Profant<br>4333 US 301 North<br>Ellenton, FL 34222 | Taggart Kenneth<br>45 Heron Rd<br>Holland, PA 18966 |
| Susheel Kirpalani<br>Quinn Emmanuel Urquhart & Sullivan LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 | Michael Klein<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-2714 |
| Judith Kopen<br>Gebhardt & Kiefer<br>1318 Route 31<br>P.O. Box 4001<br>Clifton, NJ 08809-4001 | Kevin C. Kovacs<br>1876 Highpoint Road<br>Coopersburg, PA 18036 |
| Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Long T. Lam<br>1214 W. 6th Street<br>Irving, TX 75060 |
| Muop T. Lam<br>1214 W. 6th Street<br>Irving, TX 75060 | Revamae Lannaman<br>125 Evergreen Drive<br>Lake Park, FL 33403 |
| Sidney T. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 | Yvonne D. Lewis<br>1875 Alvason Avenue<br>Columbus, OH 43219 |
| James J. Lotz<br>Foley & Mansfield, P.L.L.P.<br>545 Madison Avenue<br>15th Floor<br>New York, NY 10022 | Rafael Malave<br>1060 Post Avenue<br>Staten Island, NY 10302 |
| James R. Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 | Madeline Martin<br>14587 Berklee Drive<br>Addison, TX 75001-3533 |

Russell D. Mays
250 West Depot Street
Greeneville, TN 37743

Brett A. Mearkle
The Law Office of Brett A. Mearkle, P.A.
8777 San Jose Boulevard
Churchill Park, Suite 801
Jacksonville, Fl 32217

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004

Jean Milliance
7 Lucille Court
Edison, NJ 08820

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103

Morrison & Foerster LLP
Attn: Larren M Nasbelky
1290 Avenue of the Americas
New York, NY 10104

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

MortgageIT Holdings, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Alan Moss
PO Box 721
Moss Beach, CA 94038

Sophia Mullen
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Diem T. Nguyen
16478 Beach Boulevard #331
Westminster, CA 92683

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Office of Unemployment Compensation Tax
Services (UCTS)
Dept. of Labor and Industry
Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Paul Papas
4727 E. Bell Road
#45 PMB 350
Phoenix, AZ 85032

Julio Pichardo
1201 E. Sudene Avenue
Fullerton, CA 92831

Donald T. Prather
Mathis, Riggs & Prather, P.S.C.
500 Main Street, Suite 5
Shelbyville, KY 40065

| | |
|---|---|
| Prince Lobel Tye LLP<br>Attn: Richard Briansky<br>100 Cambridge Street<br>Suite 2200<br>Boston, MA 02114 | Patricia S. Pringle<br>104 Freestone Street<br>Greenville, SC 29605 |
| Arlene M. Richardson<br>Richardson Legal Center, LLC<br>PO Box 6<br>Highland Home, AL 36041 | Richard D. Rode<br>2301 West Lawther Drive<br>Deer park, TX 77536 |
| Fedelina Roybal-Deaguero 2008 Trust<br>42265 Little Lake Road<br>Medocino, CA 94560 | Marie A. Runnalls<br>2750 S. Durango Drive, #1007<br>Las Vegas, NV 89117 |
| Jordan Segal<br>Morris, Hardwickm Schneider<br>6 Nashua Court<br>Suite D<br>Baltimore, MD 21221 | Glenn E. Siegel<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |
| Siupo Chan & Associates, PC<br>3635 Peachtree Industrial Blvd<br>Suite 100<br>Duluth, GA 30096 | Fredric Sosnick<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022-6069 |
| Barbara L. Stephens<br>514 204th Ave.<br>Ct-KPS<br>Lakebay, WA 98349 | Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 |
| Diana Lee Torrejon<br>1566 S. Brown Avenue<br>Tucson, AZ 85710 | Richard N. Valencia<br>9255 West Taylor Street<br>Tolleston, AZ 85353 |
| Joe R. Vargas<br>213 U. St.<br>Bakersfield, CA 93304 | Larry D. Walls<br>3831 W. 60th St.<br>Los Angeles, CA 90043 |
| Pamela H. Walters<br>14910 Aldine-Westfield Road<br>Houston, TX 18493 | Emily K. Wilkin<br>701 South Delaware St.<br>Irving, TX 75060 |

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

**ECF NOTIFICATION**

- David A. Abrams    dabrams@sralawfirm.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Jose Raul Alcantar Villagran    raul.alcantar@alcantarlaw.com
- Kevin S. Allred    kevin.allred@mto.com
- Paul Nii-Amar Amamoo    namamoo@kasowitz.com, courtnotices@kasowitz.com
- Bijan Amini    bamini@samlegal.com, jhoyte@samlegal.com
- Walter J. Ashbrook    walter.ashbrook@quarles.com, sybil.aytch@quarles.com
- Ingrid Bagby    ingrid.bagby@cwt.com, betty.comerro@cwt.com;michele.maman@cwt.com;david.kronenberg@cwt.com; benjamin.riskin@cwt.com; jeffrey.taub@cwt.com; wendy.kane@cwt.com; stephen.johnson@cwt.com; casey.servais@cwt.com
- Susan F. Balaschak    susan.balaschak@akerman.com
- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Shari Barak    LIBKCourt@logs.com
- Andrew Behlmann    abehlmann@lowenstein.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Jeffrey S. Berkowitz    jberkowitz@gibbonslaw.com, cgugg@gibbonslaw.com
- Laurie R. Binder    binder@sewkis.com
- James B. Blackburn    jbbjratty@aol.com, wisemanblackburn@aol.com
- Rebecca E Boon    rebecca.boon@blbglaw.com
- Kay Diebel Brock    bkecf@co.travis.tx.us
- David J. Brown    djbrown2008@gmail.com
- Robert Edward Brown    rbrown@robertbrownlaw.com
- Mark K. Broyles    broylesmk@rgcattys.com, ramoffatt@rgcattys.com
- Martin G. Bunin    marty.bunin@alston.com
- Aaron R. Cahn    cahn@clm.com
- Michael Robert Carney    mcarney@mckoolsmith.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Gerard Sylvester Catalanello    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Dale C. Christensen    christensen@sewkis.com
- Darrell W. Clark    dclark@stinson.com, cscott@stinson.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Joshua W. Cohen    jwcohen@daypitney.com, arametta@daypitney.com
- Ronald L. Cohen    cohenr@sewkis.com
- Thomas A. Conrad    taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Joseph Corneau    jcorneau@klestadt.com
- Joseph Corrigan    bankruptcy2@ironmountain.com

- Christopher C. Costello    cccostello@winston.com, docketny@winston.com
- Donald H. Cram    dcram@severson.com, lkh@severson.com
- Jonathan D. Crowley    jcrowley-esq@hotmail.com
- Thomas J Cunningham    tcunningham@lockelord.com, kmorehouse@lockelord.com, ttill@lockelord.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio    louis.curcio@snrdenton.com
- Michael G. Cutini    michael.cutini@srz.com, evan.melluzzo@srz.com; courtfilings@srz.com
- Pranali Datta    pdatta@hhstein.com, carnold@hhstein.com; sramkhelawan@hhstein.com; jbrocks@HHStein.com
- Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- John P. Dillman    houston_bankruptcy@publicans.com
- J. Ted Donovan    TDonovan@GWFGlaw.com, CPresswood@GWFGlaw.com; SShavelson@GWFGlaw.com; GJohnson@GWFGlaw.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Bryan F Duggan    bduggan@kellemandkellem.com
- Matthew J. Dyer    ecfmail@aclawllp.com
- David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Kenneth H. Eckstein    keckstein@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com, betty.comerro@cwt.com; wendy.kane@cwt.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com
- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
- Steven S. Fitzgerald    sfitzgerald@wmd-law.com
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com; docket@polsinelli.com
- Patrick D. Fleming    Pfleming@morganlewis.com
- Yvette R Freedman    yvetterfreedman@gmail.com, info@johnpeterlee.com
- MARGUERITE ELLSWORTH GARDINER    marguerite.gardiner@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com
- Len M. Garza    lgarza@sterneisenberg.com
- Duane M. Geck    dmg@severson.com, lkh@severson.com,pag@severson.com,jc@severson.com
- Ehud Gersten    egersten@gerstenlaw.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Joel R. Glucksman    jglucksman@scarincihollenbeck.com
- Brian D. Glueckstein    gluecksb@sullcrom.com
- Howard O. Godnick    howard.godnick@srz.com, evan.melluzzo@srz.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@proskauer.com

- Leon B Gordon    nycourts@mvbalaw.com
- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com
- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com; rleek@hodgsonruss.com; swells@hodgsonruss.com; clutterbein@hodgsonruss.com
- Christopher E Green    chris@myfaircredit.com, Margaret@myfaircredit.com
- Joel C Haims    JHaims@mofo.com, docketny@mofo.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net; cmitchell@halperinlaw.net; cbattaglia@halperinlaw.net
- Kimberly Ann Hamm    khamm@stblaw.com
- Adam Craig Harris    adam.harris@srz.com
- Juandisha Harris    harrisj12@michigan.gov
- William A. Hazeltine    whazeltine@sha-llc.com
- Matthew C. Helland    helland@nka.com
- Ileana M. Hernandez    ihernandez@manatt.com, astaltari@manatt.com
- Stephen Hessler    shessler@kirkland.com, beth.friedman@kirkland.com; jacob.goldfinger@kirkland.com; richard.cieri@kirkland.com; victoria.cole@kirkland.com; michael.meltzer@kirkland.com; anthony.grossi@kirkland.com; shavone.green@kirkland.com; caroline.nguyen@kirkland.com; victor.noskov@kirkland.com
- Charles A Higgs    chiggs@mwc-law.com
- William H. Hoch    will.hoch@crowedunlevy.com, donna.hinkle@crowedunlevy.com; ecf@crowedunlevy.com; christopher.staine@crowedunlevy.com; lysbeth.george@crowedunlevy.com; kerryann.wagoner@crowedunlevy.com
- Jonathan M. Hoff    jonathan.hoff@cwt.com
- Michael E. Holt    mholt@formanlaw.com
- Casey B. Howard    choward@lockelord.com
- Claire L. Huene    chuene@mw-law.com, jmoon@mw-law.com
- Ron Jacobs    rjacobs@ecf.epiqsystems.com
- Michael Jankowski    mjankows@reinhartlaw.com
- Brandon Johnson    brandon.johnson@pillsburylaw.com
- David Thomas Johnson    djohnson@olsendaines.com, aclark@olsendaines.com;rdorman@olsendaines.com
- Robert Alan Johnson    rajohnson@akingump.com, nymco@akingump.com
- Jordan S. Katz    cgaliano@katz-law.com, nicolek@katz-law.com
- John Kibler    john.kibler@allenovery.com
- Richardo I. Kilpatrick    ecf@kaalaw.com
- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- Mark D. Kotwick    kotwick@sewkis.com
- Bennette D. Kramer    bdk@schlamstone.com
- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay    dlemay@chadbourne.com
- Gary S. Lee    glee@mofo.com, jpintarelli@mofo.com
- Jason Leibowitz    jleibowitz@kandfllp.com
- Saul Oscar Leopold    sleopold@leopoldassociates.com, mporch@leopoldassociates.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

- Melissa N Licker   bankruptcy@feinsuch.com, tterrell@feinsuch.com
- James M Lloyd   jlloyd@greenhall.com
- Eric Lopez Schnabel   mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Phillip Mahony   pmahony@mwc-law.com
- Douglas Mannal   dmannal@kramerlevin.com, docketing@kramerlevin.com; rringer@kramerlevin.com; edaniels@kramerlevin.com; ashain@kramerlevin.com; nallard@kramerlevin.com
- Jason E. Manning   jason.manning@troutmansanders.com, bernard.young@troutmansanders.com; erin.derby@troutmansanders.com; karen.russell@troutmansanders.com; danyel.patrick@troutmansanders.com
- Alan E. Marder   lgomez@msek.com
- Lorenzo Marinuzzi   lmarinuzzi@mofo.com
- D. Ross Martin   ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Lorraine S. McGowen   lmcgowen@orrick.com
- Heather Boone McKeever   foreclosurefraud@insightbb.com
- Debra Weinstein Minoff   dminoff@loeb.com, tcummins@loeb.com
- Jeffrey Mispagel   jeffrey.mispagel@dechert.com, jason.smith@dechert.com
- Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com
- Thomas J. Moloney   maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- Carol E. Momjian   cmomjian@attorneygeneral.gov
- Thomas M. Monahan   tmonahan@samlegal.com
- Mayer Morganroth   mmorganroth@morganrothlaw.com, dantovski@morganrothlaw.com;shall@morganrothlaw.com
- Matthew P. Morris   mpmorris@gelaw.com, delman@gelaw.com; cnevers@gelaw.com; caldinger@gelaw.com; mleyh@gelaw.com; ayusupova@gelaw.com
- Andrew W. Muller   amuller@stinson.com
- Vicente Matias Murrell   murrell.vicente@pbgc.gov, efile@pbgc.gov
- Jason A. Nagi   jnagi@polsinelli.com, tbackus@polsinelli.com; kvervoort@polsinelli.com; docketing@polsinelli.com
- David Neier   dneier@winston.com, dcunsolo@winston.com
- Laura E. Neish   lneish@zuckerman.com
- Wendy Alison Nora   accesslegalservices.bkyny@gmail.com
- Richard P. Norton   rnorton@hunton.com
- Sean A. O'Neal   soneal@cgsh.com, maofiling@cgsh.com; jcroft@cgsh.com
- Katherine S. Parker-Lowe   katherine@ocracokelaw.com
- Amanda F. Parsels   aparsels@mw-law.com
- Paul J. Pascuzzi   ppascuzzi@ffwplaw.com
- Geoffrey J. Peters   colnyecf@weltman.com
- Gregory M. Petrick   gregory.petrick@cwt.com
- Andrew J. Petrie   apetrie@featherstonelaw.com, randerson@featherstonelaw.com
- Kiyam J. Poulson   kpoulson@dlgnylaw.com
- David M. Powlen   david.powlen@btlaw.com, pgroff@btlaw.com
- Alexander Prieto   alexander_prieto@dot.ca.gov
- Anthony Princi   aprinci@mofo.com, nmoss@mofo.com;mcrespo@mofo.com
- Steven J. Reisman   sreisman@curtis.com, cgiglio@curtis.com; jdrew@curtis.com;

mgallagher@curtis.com; dching@curtis.com; jzimmer@curtis.com; macohen@curtis.com ;tsmith@curtis.com; hhiznay@curtis.com; bkotliar@curtis.com
- Isaac M. Rethy    irethy@stblaw.com
- Thomas C. Rice    trice@stblaw.com, managingclerk@stblaw.com
- Robert A. Rich    rrich2@hunton.com
- Kai H. Richter    krichter@nka.com, assistant@nka.com
- Joseph Arthur Roberts    joe@jarlegal.com
- Phillip R. Robinson    probinson@legglaw.com, usdc@legglaw.com; phillipreaserobinson@gmail.com
- Michael P. Roland    mprolandpa@gmail.com
- Michael A. Rollin    mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com
- Martha E. Romero    romero@mromerolawfirm.com
- Norman Scott Rosenbaum    nrosenbaum@mofo.com
- Paul Rubin    prubin@herrick.com
- Scott K. Rutsky    srutsky@proskauer.com
- Herbert K. Ryder    hryder@daypitney.com
- Teresa Sadutto-Carley    tsadutto@platzerlaw.com, mkaplan@platzerlaw.com
- Jeffrey L. Saltiel    jsaltiel@aol.com
- Diane W. Sanders    austin.bankruptcy@lgbs.com
- Bradford J. Sandler    bsandler@pszjlaw.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Sarah Schindler-Williams    schindlerwilliamss@ballardspahr.com
- Bradley Schneider    bradley.schneider@mto.com
- Ray C Schrock    ray.schrock@kirkland.com, beth.friedman@kirkland.com
- Robert L. Schug    rschug@nka.com
- Brendan M. Scott    bscott@klestadt.com
- Howard Seife    arosenblatt@chadbourne.com
- Erin P. Severini    es@dgandl.com
- Joel M. Shafferman    joel@shafeldlaw.com
- Armen Shaghzo    as@shaghzolaw.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com; ashee1@yahoo.com; garza@txschoollaw.com
- Karen Sheehan    ksheehan@flwlaw.com, jspiegelman@flwlaw.com;caltenburg@flwlaw.com
- Scott C. Shelley    scottshelley@quinnemanuel.com
- Joshua Sherer    jsherer@feinsuch.com, bankruptcy@feinsuch.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com; mcosbny@whitecase.com; jwinters@whitecase.com; Lindsay.Leonard@ny.whitecase.com
- Jeremy Edward Shulman    jshulman@afrct.com, mbetti@afrct.com; mpero@afrct.com; bcruz@afrct.com
- Abigail Snow    asnow@ssbb.com
- Sean C. Southard    ssouthard@klestadt.com
- Steven S. Sparling    ssparling@kramerlevin.com, docketing@kramerlevin.com
- John Wesley Spears    john.spears@alston.com
- John Mark Stern    john.stern@texasattorneygeneral.gov,

sherri.simpson@texasattorneygeneral.gov
- Stanley B. Tarr    tarr@blankrome.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
- David L. Tillem    tillemd@wemed.com
- Patricia Tomasco    ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com
- James J. Vincequerra    jvincequerra@duanemorris.com
- David L Wales    dwales@blbglaw.com, errol.hall@blbglaw.com
- Sarah B. Wallace    swallace@featherstonelaw.com, randerson@featherstonelaw.com
- Rodd C. Walton    rwalton@legacy-groups.com
- Michael D. Warner    mwarner@coleschotz.com, klabrada@coleschotz.com
- Scott A. Weiss    scott@weissnweiss.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Douglas C. Wigley    dwigley@dessauleslaw.com, hpeters@dessauleslaw.com
- Amy Williams-Derry    awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com; dwilcher@kellerrohrback.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- Lori L. Winkelman    lori.winkelman@quarles.com, jason.curry@quarles.com; sybil.aytch@quarles.com
- Eric D. Winston    ericwinston@quinnemanuel.com
- Ellen K. Wolf    ewolf@wolfgroupla.com, kmanning@wolfgroupla.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- David J. Woll    dwoll@stblaw.com, managingclerk@stblaw.com
- Adam D. Wolper    awolper@herrick.com
- Richard L. Wynne    rlwynne@jonesday.com
- Hale Yazicioglu    hy@bostonbusinesslaw.com
- George A Zelcs    gzelcs@koreintillery.com, dhutton@koreintillery.com

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

*/s/ Anthony Bongiorni*
ANTHONY BONGIORNI

Dated: December 14, 2012