HEARING DATE: JANUARY 16, 2013, AT 10:00 A.M.
OBJECTION DEADLINE: JANUARY 9, 2013

DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:     (860) 275-0100
Facsimile:     (860) 275-0343
   - and -
7 Times Square
New York, New York 10036-7311
Telephone:     (212) 297-5800
Facsimile:     (212) 916-2940
JAMES J. TANCREDI, ESQ. (JT-3269)
HERBERT K. RYDER, ESQ. (HR-5137)
*Attorneys for Connecticut Housing Finance Authority*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Case No. :  **12-12020** (MG) |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF MOTION OF CONNECTICUT HOUSING FINANCE AUTHORITY ("CHFA") FOR THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

**PLEASE TAKE NOTICE** that the Connecticut Housing Finance Authority ("CHFA"), by and through its undersigned attorneys, will move before the Honorable Martin Glenn, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Courtroom 501, One Bowling Green, New York, New York 10004, on January 16, 2013 at 10 a.m., or as soon thereafter as counsel may be heard, for the entry of an Order pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. 105(a) and 362(d) related to the Debtors in the above captioned matter:

43058069.1

a. Granting CHFA expedited interim relief whereunder the Debtors would be directed to sequester CHFA's funds, documents, data and rights related to the Servicing Agreement, and to provide an appropriate accounting to facilitate the orderly transfer of the portfolio;

b. Directing the Debtors, through their subsidiary GMAC Mortgage, to turn CHFA's portfolio and related rights over to CHFA or its designee;

c. Directing the Debtors, through their subsidiary GMAC Mortgage, to segregate the documents, data and funds associated with CHFA's portfolio, and to provide CHFA with a final accounting of same; and

d. Granting such other or further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9006-1(a), any objections to the relief herein requested shall be in writing, shall state with particularity the grounds for the objection, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically with the Bankruptcy Court's CM-ECF System by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served upon the undersigned counsel for CHFA, and upon any other person whose interests would be

affected by CHFA's motion for relief from the automatic stay, no later than seven (7) days prior to the return date.

Dated: December 14, 2012                **CONNECTICUT HOUSING FINANCE AUTHORITY**

*/s/ James Tancredi*
JAMES J. TANCREDI (JT-3269)
HERBERT K. RYDER (HR-5137)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:    (860) 275-0100
Facsimile:    (860) 275-0343
jjtancredi@daypitney.com