HEARING DATE: JANUARY 16, 2013
OBJECTION DEADLINE: JANUARY 9, 2013

DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:    (860) 275-0100
Facsimile:    (860) 275-0343
   - and -
7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
JAMES J. TANCREDI, ESQ. (JT-3269)
HERBERT K. RYDER, ESQ. (HR-5137)
*Attorneys for Connecticut Housing Finance Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Case No. :  12-12020 (MG) |
| Debtors. | **(Jointly Administered)** |

**ORDER GRANTING CONNECTICUT HOUSING FINANCE AUTHORITY ("CHFA")**
**RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE,**
**PURSUANT TO 11 U.S.C. §§ 105 & 362(d),**

Upon the motion dated December 13, 2012 (the "Motion") of the Connecticut Housing Finance Authority ("CHFA") for the entry of an order granting CHFA relief from the automatic stay, for cause, pursuant to 11 U.S.C. §§ 105 and 362(d), as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding, pursuant to 28 U.S.C. § 157(b)(2)(A), (G); and venue being proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and the Court having reviewed the Motion, the objections thereto, if any, and having heard the arguments of counsel; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted, and it is further

**ORDERED** that the Debtors in the above captioned-matter, through their subsidiary, GMAC Mortgage[1], are directed to immediately sequester CHFA's funds, documents, data and rights related to the Servicing Agreement and to provide an appropriate accounting of same to CHFA, and it is further

**ORDERED** that the Debtors are directed to turn over CHFA's portfolio of mortgage loans and related rights to CHFA or its designee; and it is further

**ORDERED** that the Debtors, through GMAC Mortgage, are directed to segregate the documents, data and funds associated with CHFA's portfolio, and to provide CHFA with a final accounting of same.

Dated: January___, 2013
       New York, New York

                                                    _____
                                                    The Honorable Martin Glenn.
                                                    United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this order shall have the same meaning as in the Motion.