# Exhibit B

## Kennedy, J. Patrick

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Friday, July 30, 2010 2:02 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:10-cv-11245-DPW DeMustchine v. RAHI Real Estate Holdings LLC et al State Court Record |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered by Kennedy, J. on 7/30/2010 at 2:02 PM EDT and filed on 7/30/2010
Case Name:        DeMustchine v. RAHI Real Estate Holdings LLC et al
Case Number:      1:10-cv-11245-DPW
Filer:
Document Number: 2

Docket Text:
**STATE COURT Record JPMorgan Chase Bank, N.A. served on 7/14/2010, answer due 8/4/2010.. (Kennedy, J.)**

**1:10-cv-11245-DPW Notice has been electronically mailed to:**

J. Patrick Kennedy    pkennedy@bulkley.com, mkirousis@bulkley.com, mvanderwalt@bulkley.com

**1:10-cv-11245-DPW Notice will not be electronically mailed to:**

Thomas R. Mason
15 New England Executive Park
Burlington, MA 01803

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=7/30/2010] [FileNumber=3462718-0
] [c33205977ee2c2415908b78f00cdb9e4324677877b3a5848e0ff467fd5df192e728
9afbe95d4f24271be609a0b131fb632bf448d74bda759bc6c8bfeaf64e904]]

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:10-cv-11245-DPW

DeMustchine v. RAHI Real Estate Holdings LLC et al  
Assigned to: Judge Douglas P. Woodlock  
Case in other court: First Circuit, 12-02267  
                           Essex County Superior Court, 10-01498-D  
Cause: 28:1441 Notice of Removal

Date Filed: 07/26/2010  
Date Terminated: 12/20/2010  
Jury Demand: Plaintiff  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Diversity

**Plaintiff**

**Bruce Clark DeMustchine**      represented by **Thomas R. Mason**  
Law Office of Thomas R. Mason  
15 New England Executive Park  
Burlington, MA 01803  
781-238-0260  
Email: attytmason@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RAHI Real Estate Holdings LLC**      represented by **John J. Dussi**  
Cohn & Dussi, LLC  
300 Tradecenter  
Suite 3700  
Woburn, MA 01801  
781-494-0200  
Fax: 781-494-0208  
Email: jdussi@cohnanddussi.com  
*ATTORNEY TO BE NOTICED*

**Richard E. Briansky**  
Prince, Lobel, Glovsky & Tye LLP  
100 Cambridge Street  
Suite 2200  
Boston, MA 02114  
617-456-9000  
Fax: 617-456-8100  
Email: rbriansky@princelobel.com  
*ATTORNEY TO BE NOTICED*

**Virginia H. Johnson**
Prince Lobel Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617-456-8000
Email: vjohnson@princelobel.com
*ATTORNEY TO BE NOTICED*

**Young B. Han**
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617-456-8000
Email: yhan@princelobel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JPMorgan Chase Bank, N.A.**
*as successor-in-interest to Washington Mutual Bank f/k/a Washington Mutual Bank successor-in-interest to Long Beach Mortgage Co*
*TERMINATED: 10/07/2010*

represented by **Donn A. Randall**
Bulkley Richardson & Gelinas LLP
98 North Washington Street
Suite 500
Post Office Box 6329
Boston, MA 02114-0016
617-368-2520
Fax: 617-368-2525
Email: drandall@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Patrick Kennedy**
Bulkley Richardson & Gelinas LLP
98 North Washington Street
Suite 500
Post Office Box 6329
Boston, MA 02114-0016
617-368-2500
Fax: 617-368-2525
Email: pkennedy@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2010 | 1 | NOTICE OF REMOVAL by JPMorgan Chase Bank, N.A. from Essex Superior Court, case number 2010-01498-D. ( Filing fee: $ 350, receipt number 0101-3000469 Fee Status: Filing Fee paid) (Attachments: # 1 Exhibit A - State Court Record, # 2 Exhibit B - Civil Cover Sheet, # 3 Exhibit C - Category Form)(Kennedy, J.) (Entered: 07/26/2010) |
| 07/26/2010 | | ELECTRONIC NOTICE of Case Assignment. Judge Douglas P. Woodlock assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Marianne B. Bowler. (Abaid, Kimberly) (Entered: 07/26/2010) |
| 07/26/2010 | | Certified Copy of Notice of Removal Provided to Defense Counsel by mail (Abaid, Kimberly) (Entered: 07/26/2010) |
| 07/27/2010 | | ELECTRONIC NOTICE of Duplicate Filing Fee and Credit for Refund re 1 Notice of Removal,, for $350.00 paid on 07/26/2010, receipt number 0101-3000387. (Adam, Lucien) (Entered: 07/27/2010) |
| 07/30/2010 | 2 | STATE COURT Record JPMorgan Chase Bank, N.A. served on 7/14/2010, answer due 8/4/2010.. (Kennedy, J.) (Entered: 07/30/2010) |
| 07/30/2010 | 3 | CORPORATE DISCLOSURE STATEMENT by JPMorgan Chase Bank, N.A.. (Kennedy, J.) (Entered: 07/30/2010) |
| 07/30/2010 | 4 | NOTICE of Appearance by Donn A. Randall on behalf of JPMorgan Chase Bank, N.A. (Randall, Donn) (Entered: 07/30/2010) |
| 08/02/2010 | 5 | Assented to MOTION for Extension of Time to August 25, 2010 to File Answer *or Response to the Verified Complaint* by JPMorgan Chase Bank, N.A..(Kennedy, J.) (Entered: 08/02/2010) |
| 08/03/2010 | | Judge Douglas P. Woodlock: ELECTRONIC ORDER entered granting 5 Assented to MOTION for Extension of Time to August 25, 2010 to File Answer or Response to the Verified Complaint by JPMorgan Chase Bank, N.A. (Lovett, Jarrett) (Entered: 08/03/2010) |
| 08/03/2010 | | Mail Returned as Undeliverable. Mail sent to J. Patrick Kennedy ( Certified copy of Notice of Removal returned) (York, Steve) (Entered: 08/03/2010) |
| 08/04/2010 | 6 | ( This entry was entered in error) (York, Steve) Modified on 8/4/2010 (York, Steve). (Entered: 08/04/2010) |
| 08/04/2010 | | Notice of correction to docket made by Court staff. Correction: Entry number 6 was entered in error as to this case: Judge Bowler is still assigned as Magistrate Judge as to this case (York, Steve) (Entered: 08/04/2010) |
| 08/11/2010 | 7 | SUMMONS Returned Executed RAHI Real Estate Holdings LLC served on 7/14/2010, answer due 8/4/2010. (Mason, Thomas) (Entered: 08/11/2010) |
| 08/11/2010 | 8 | SUMMONS Returned Executed (Mason, Thomas) (Entered: 08/11/2010) |

| Date | # | Description |
|---|---|---|
| 08/11/2010 | 9 | MOTION for Entry of Default by Bruce Clark DeMustchine. (Attachments: # 1 Affidavit Attorney Affidavit of No Answer, # 2 Exhibit with Affidavit of No Answer)(Mason, Thomas) (Entered: 08/11/2010) |
| 08/16/2010 | 10 | Emergency MOTION for Temporary Restraining Order by Bruce Clark DeMustchine. (Attachments: # 1 Memorandum in Support of Temporary Restraining Order, # 2 Text of Proposed Order Proposed Order, # 3 Exhibit Verified Complaint, # 4 Exhibit Application for Default, # 5 Exhibit Affidavit of No Answer, # 6 Exhibit Exhibit with Affidavit of No Answer, # 7 Exhibit Notice of Foreclosure)(Mason, Thomas) (Entered: 08/16/2010) |
| 08/17/2010 | | ELECTRONIC NOTICE Setting Hearing on Motion 10 Emergency MOTION for Temporary Restraining Order, 9 MOTION for Entry of Default : Motion Hearing set for 8/23/2010 11:30 AM in Courtroom 1 before Judge Douglas P. Woodlock. The defendants brief the issues no later than 5 pm the evening before the hearing (Lovett, Jarrett) Modified text on 8/17/2010 (Lovett, Jarrett). (Entered: 08/17/2010) |
| 08/23/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Douglas P. Woodlock: Motion Hearing held on 8/23/2010 re 9 MOTION for Entry of Default filed by Bruce Clark DeMustchine, 10 Emergency MOTION for Temporary Restraining Order filed by Bruce Clark DeMustchine. A representative of or attorney for RAHI Real Estate Hodlings, LLC does not appear; atty Mason informs the Court that he spoke with possible counsel for RAHI who plans to file an appearance, but is currently on vacation; Chase plans on filing a Motion to Dismiss; 9 Plaintiff's Motion for Entry of Default is GRANTED; 10 Plaintiff's Motion for TRO is GRANTED as modified on record. (Court Reporter: Brenda Hancock at 617-439-3214)(Attorneys present: Mason for the pltff; Kennedy for JPMorgan Chase Bank, N.A.) (Lovett, Jarrett) (Entered: 08/23/2010) |
| 08/23/2010 | 11 | Judge Douglas P. Woodlock: RESTRAINING ORDER entered that Defendants RAHI Real Estate Holdings, LLC, and JP Morgan Chase Bank National Association, and their agents, servants, employees, attorneys and all persons in active concern or participation with them are restrained and enjoined pending further order of this Court from directly or indirectly holding a foreclosure sale (which had been scheduled on August 27, 2010) or any other sale of the plaintiffs residence, located at 6 Vernon Street in, Newburyport, Massachusetts, until the question of RAHIs ownership of the mortgage and note is adjudicated and IT IS FURTHER ORDERED that there being no just reason for delay, the Clerk shall enter this Order forthwith and without further notice. It shall be the responsibility of the plaintiff to insure that all addressees of and interested parties in this Order receive notice. No bond shall be required of plaintiff.. (Woodlock, Douglas) (Entered: 08/23/2010) |
| 08/23/2010 | 12 | NOTICE: Clerk's ENTRY OF DEFAULT as to RAHI Real Estate Holdings LLC. (Lovett, Jarrett) (Entered: 08/23/2010) |
| 08/23/2010 | 13 | Judge Douglas P. Woodlock: ORDER entered. STANDING ORDER on motions for default judgment re 12 Notice: Clerk's Entry of Default. (Lovett, Jarrett) (Entered: 08/23/2010) |

| | | |
|---|---|---|
| 08/25/2010 | 14 | MOTION to Dismiss *for Failure to State a Claim* by JPMorgan Chase Bank, N.A.. (Kennedy, J.) (Entered: 08/25/2010) |
| 08/25/2010 | 15 | MEMORANDUM in Support re 14 MOTION to Dismiss *for Failure to State a Claim* filed by JPMorgan Chase Bank, N.A.. (Kennedy, J.) (Entered: 08/25/2010) |
| 08/30/2010 | 16 | (Re-Docketed) Memorandum in Support re 10 Emergency Motion for Temporary Restraining Order filed by Bruce Clark DeMustchine. (NOTE to COUNSEL: Motions and Memorandums must be filed as separate entries on the docket sheet) (York, Steve) (Entered: 08/30/2010) |
| 09/05/2010 | 17 | Joint MOTION for Extension of Time to October 8, 2010 to File Response/Reply as to 14 MOTION to Dismiss *for Failure to State a Claim*, 15 Memorandum in Support of Motion by Bruce Clark DeMustchine.(Mason, Thomas) (Entered: 09/05/2010) |
| 09/07/2010 | | Judge Douglas P. Woodlock: ELECTRONIC ORDER entered granting 17 Joint Motion for Extension of Time to File Response/Reply re 14 MOTION to Dismiss *for Failure to State a Claim*: Response is due by 10/8/2010. (Lovett, Jarrett) (Entered: 09/07/2010) |
| 09/13/2010 | 18 | MOTION for Default Judgment as to RAHI Real Estate Holdings LLC by Bruce Clark DeMustchine. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Mason, Thomas) (Entered: 09/13/2010) |
| 09/13/2010 | 19 | MEMORANDUM in Support re 18 MOTION for Default Judgment as to RAHI Real Estate Holdings LLC filed by Bruce Clark DeMustchine. (Mason, Thomas) (Entered: 09/13/2010) |
| 10/07/2010 | 20 | STIPULATION of Dismissal *with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) as to Defendant JPMorgan Chase Bank, N.A.* by JPMorgan Chase Bank, N.A.. (Kennedy, J.) (Entered: 10/07/2010) |
| 10/07/2010 | | Judge Douglas P. Woodlock: ELECTRONIC ORDER entered finding as moot 14 MOTION to Dismiss for Failure to State a Claim by JPMorgan Chase Bank, N.A., in light of filing 20 STIPULATION of Dismissal with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) as to said defendant. (Lovett, Jarrett) (Entered: 10/07/2010) |
| 10/11/2010 | 21 | STIPULATION of Dismissal by Bruce Clark DeMustchine.(Mason, Thomas) Modified on 10/13/2010 (to correct entry type) (York, Steve). (Entered: 10/11/2010) |
| 10/13/2010 | | Motions terminated: 21 Joint MOTION to Dismiss *case against Chase* filed by Bruce Clark DeMustchine. ( This entry was incorrectly filed as a motion) (York, Steve) (Entered: 10/13/2010) |
| 10/14/2010 | 22 | NOTICE of Voluntary Dismissal by Bruce Clark DeMustchine (Mason, Thomas) (Entered: 10/14/2010) |
| 12/15/2010 | | Judge Douglas P. Woodlock: ELECTRONIC ORDER entered granting 18 Motion for Entry of Default Judgment (York, Steve) (Entered: 12/15/2010) |
| 12/15/2010 | 23 | NOTICE: Clerk's ENTRY OF DEFAULT as to RAHI Real Estate Holdings LLC (York, Steve) (Entered: 12/15/2010) |

CM/ECF - USDC Massachusetts - Version 5.1.1 as of 12/5/2010
Case 1:12-cv-12020-mgm   Doc 2423-2   Filed 12/14/12   Entered 12/14/12 15:53:34   Exhibit
Pg 8 of 9

| | | |
|---|---|---|
| 12/15/2010 | 24 | Judge Douglas P. Woodlock: ORDER entered. STANDING ORDER on motions for default judgment (York, Steve) (Entered: 12/15/2010) |
| 12/20/2010 | 25 | Judge Douglas P. Woodlock: ORDER entered. DEFAULT JUDGMENT (York, Steve) (Entered: 12/20/2010) |
| 12/20/2010 | | Civil Case Terminated. (York, Steve) (Entered: 12/20/2010) |
| 08/12/2011 | 26 | NOTICE of Appearance by John J. Dussi on behalf of RAHI Real Estate Holdings LLC (Dussi, John) (Entered: 08/12/2011) |
| 02/16/2012 | 27 | NOTICE of Appearance by Richard E. Briansky on behalf of RAHI Real Estate Holdings LLC (Briansky, Richard) (Entered: 02/16/2012) |
| 02/16/2012 | 28 | NOTICE of Appearance by Young B. Han on behalf of RAHI Real Estate Holdings LLC (Han, Young) (Entered: 02/16/2012) |
| 02/16/2012 | 29 | NOTICE of Appearance by Virginia Hope Johnson on behalf of RAHI Real Estate Holdings LLC (Johnson, Virginia) (Entered: 02/16/2012) |
| 02/17/2012 | 30 | MOTION to Vacate 23 Notice: Clerk's Entry of Default by RAHI Real Estate Holdings LLC.(Johnson, Virginia) (Entered: 02/17/2012) |
| 02/17/2012 | 31 | AFFIDAVIT in Support re 30 MOTION to Vacate 23 Notice: Clerk's Entry of Default *of Jeffrey S. Bovarnick*. (Attachments: # 1 Exhibit Exhibits A-B, # 2 Exhibit Exhibits C-J)(Johnson, Virginia) (Entered: 02/17/2012) |
| 03/02/2012 | 32 | MEMORANDUM OF LAW by Bruce Clark DeMustchine to 30 MOTION to Vacate 23 Notice: Clerk's Entry of Default . (Attachments: # 1 Certificate of Service, # 2 Affidavit, # 3 Exhibit)(Mason, Thomas) (Entered: 03/02/2012) |
| 09/24/2012 | 33 | Judge Douglas P. Woodlock: MEMORANDUM AND ORDER entered denying 30 Motion to Vacate (Woodlock, Douglas) (Entered: 09/24/2012) |
| 10/17/2012 | 34 | MOTION to Set Aside Default *Judgment* by RAHI Real Estate Holdings LLC. (Attachments: # 1 Exhibit A- Note, # 2 Exhibit B-Mortgage, # 3 Exhibit C-Assignment, # 4 Exhibit D-Notice of Entry of Default, # 5 Exhibit E-Default Judgment)(Briansky, Richard) (Entered: 10/17/2012) |
| 10/19/2012 | 35 | NOTICE OF APPEAL Re 33 Memorandum and Order by RAHI Real Estate Holdings LLC Filing fee: $ 455, receipt number 0101-4167119 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 11/8/2012. (Briansky, Richard) Modified** |

| | | |
|---|---|---|
| | | on 10/22/2012 to inlcude document link (Moore, Kellyann). (Entered: 10/19/2012) |
| 10/19/2012 | 36 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 35 Notice of Appeal, (Ramos, Jeanette) (Entered: 10/19/2012) |
| 10/23/2012 | 37 | USCA Case Number 12-2267 for 35 Notice of Appeal, filed by RAHI Real Estate Holdings LLC. (Ramos, Jeanette) (Entered: 10/23/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2012 09:05:02 | | | |
| PACER Login: | tm3655 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:10-cv-11245-DPW |
| Billable Pages: | 5 | Cost: | 0.50 |