# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE CLARK DEMUSTCHINE,<br><br>　　Plaintiff,<br><br>v.<br><br>RAHI REAL ESTATE HOLDINGS, LLC,<br>JP MORGAN CHASE BANK NATIONAL<br>ASSOCIATION, as successor-in-interest<br>to WASHINGTON MUTUAL BANK f/k/a<br>WASHINGTON MUTUAL BANK<br>successor-in-interest to Long Beach<br>Mortgage Company<br><br>　　Defendants. | CIVIL ACTION NO.<br>10-11245-DPW |

## RESTRAINING ORDER

After hearing, I find:

(1) that the defendant RAHI Real Estate Holdings, LLC, has been served properly by the plaintiff; but has not answered the Complaint despite the deadline of August 4, 2010;

(2) that a default should consequently be entered against RAHI;

(3) that the title to the plaintiff's residence located at 6 Vernon Street, Newburyport, Massachusetts has not yet been adjudicated; and

(4) that (a) the defendant, JP Morgan Chase Bank National Association, has interposed no objection, and (b) the defendant, RAHI has failed, after notice, to appear at the hearing regarding, this restraining order. Accordingly,

IT IS ORDERED that Defendants RAHI Real Estate Holdings, LLC, and JP Morgan Chase Bank National Association, and their agents, servants, employees, attorneys and all persons in active concern or participation with them are restrained and enjoined pending further order of this Court from directly or indirectly holding a foreclosure sale (which had been scheduled on August 27, 2010) or any other sale of the plaintiff's residence, located at 6 Vernon Street in, Newburyport, Massachusetts, until the question of RAHI's ownership of the mortgage and note is adjudicated.

IT IS FURTHER ORDERED that there being no just reason for delay, the Clerk shall enter this Order forthwith and without further notice.  It shall be the responsibility of the plaintiff to insure that all addressees of and interested parties in this Order receive notice.  No bond shall be required of plaintiff.

/s/ *Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

Dated: August 23, 2010