# Exhibit E

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Bruce Clark DeMustchine</u>
        Plaintiff

CIVIL ACTION

NO. <u>1:10-cv-11245-DPW</u>

V.

<u>RAHI Real Estate Holdings LLC et al.</u>
        Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiffs, <u>Bruce Clark DeMustchine</u> for an order of Default for failure of the Defendant, <u>Hi-Rise, Inc.</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>15</u> day of <u>December</u>.

                SARAH A. THORNTON
                CLERK OF COURT

        By:  <u>/s/ Steve York</u>
               Deputy Clerk

Notice mailed to:

(notice of default.wpd - 3/7/2005)