# Exhibit F

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Bruce Clark DeMustchine,

Plaintiff

CA No. 10-11245-DPW

v.

RAHI Real Estate Holdings LLC and JPMorgan Chase Bank, N.A. as the acquirer of certain assets and liabilities of Washington Mutual Bank ("WMB") from the Federal Deposit Insurance Corporation acting as WMB's Receiver

As Defendants

## DEFAULT JUDGMENT

The Court finds that the Defendant, RAHI Real Estate Holdings LLC, has failed to appear, plead or otherwise defend in this action causing a default to be entered on August 23, 2010. Counsel for Plaintiff having requested judgment against the defaulted Defendant RAHI Real Estate Holdings LLC and filed a proper motion and affidavits in accordance with Federal Rule of Civil Procedure 55 (a) and (b), the Court hereby enters Judgment in favor of Plaintiff Bruce DeMustchine and against Defendant RAHI Real Estate Holdings LLC and ORDERS the following:

1) That a default judgment against **Defendant RAHI Real Estate Holdings LLC** be entered on all Counts of Plaintiff DeMustchine's Complaint;

2) IT IS ORDERED that **Defendant RAHI Real Estate Holdings** and its agents, servants, employees, attorneys, and all persons in active concert or participation with them are

permanently restrained and enjoined from directly or indirectly holding a foreclosure sale
or any other sale of the Plaintiff's residence, located at 6 Vernon Street in, Newburyport,
Massachusetts.

3) IT IS ORDERED that **Defendant RAHI Real Estate Holdings LLC** and its agents,
servants, employees, attorneys, and all persons in active concert or participation with
them are permanently restrained and enjoined from directly or indirectly collecting any
amounts on mortgages or taking any collection action against the Plaintiff related to 6
Vernon Street in Newburyport, Massachusetts.

4) IT IS ORDERED that **Defendant RAHI Real Estate Holdings LLC** shall pay
reasonable attorney fees and costs plus interest at the legal rate incurred by the Plaintiff
Bruce DeMustchine within thirty days of the issuance of this default judgment. Interest
shall accrue until the debt to the Plaintiff is satisfied.

*[signature]*

District Judge

*December 17, 2010*