# Exhibit I

*E.*

*JJ 6*

2010012800125 Bk:29243 Pg:284
01/28/2010 11:10 ASGT Pg 1/2

## ASSIGNMENT

<u>Washington Mutual Bank, FA, a federal association</u>

holder of mortgage from

Bruce C. DeMustchine aka Bruce Clark DeMustchine

to <u>Washington Mutual Bank, FA, a federal association</u>

dated <u>July 22, 2003</u>

recorded with Essex County (Southern District) Registry of Deeds in Book 21363, Page 538 assigns said mortgage and the note and claim secured thereby to <u>RAHI Real Estate Holdings LLC, 1100 Virginia Drive, Fort Washington, PA 19034</u>

In witness whereof the said <u>JPMorgan Chase Bank, National Association, successor in interest to Washington Mutual Bank f/k/a Washington Mutual Bank FA successor in interest to Long Beach Mortgage Company</u>

Has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by

<u>Jeffrey Stephan</u>   its   <u>LSO</u>

✱ JPMorgan Chase Bank, National Association, successor in interest to Washington Mutual Bank f/k/a Washington Mutual Bank FA successor in interest to Long Beach Mortgage Company

BY: _____
Jeffrey Stephan
Limited Signing Officer

6 Vernon Street, Newburyport

✱ As Document of LPOA shows authority Registered with Grafton County
BK 3674
Pg 834

<u>January 19th</u>, 2010

STATE OF _PA_
COUNTY OF _Montgomery_

On this _15_ day of _Jan_ ,2010, before me, the undersigned notary public, personally appeared _Jeffrey Stephan_ as _LSO_ , of JPMorgan Chase Bank, National Association, successor in interest to Washington Mutual Bank f/k/a Washington Mutual Bank FA successor in interest to Long Beach Mortgage Company , who I have personal knowledge of identity, to be the person whose name is signed on the proceeding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

_____
Official Signature and Seal of Notary
My Commission Expires:_____

File No. 618.3154

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan Turner, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov 9, 2011
Member Pennsylvania Association of Notaries

Return to:
Orlans Moran PLLC
P.O. Box 5041
Troy, MI 48007-5041