**DEMOVSKY LAWYER SERVICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re   RESIDENTIAL CAPITAL, LLC, et al.,

Debtors

------------------------------------------------------------X

Case No. 12-12020 (MG)
Chapter 11

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   S.S.
COUNTY OF NEW YORK)

DARRYL GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 11th day of December, 2012, at approximately 4:05 pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION** upon **CITIGROUP, INC.** at 388 Greenwich Street, New York, NY, Attn: Office of the General Counsel, by personally delivering and leaving the same with FERN STRAUSS, who informed deponent that she holds the position of Vice President with that company and is authorized by appointment to receive service at that address.

FERN STRAUSS is a white female, approximately 60 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 165 pounds with black hair and brown eyes.

_____
DARRYL GREEN, # 0866535

Sworn to before me this
14th day of December, 2012

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com