**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re   RESIDENTIAL CAPITAL, LLC, et al.,

        Debtors

---------------------------------------------------------------X

Case No. 12-12020 (MG)
Chapter 11

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
               S.S.
COUNTY OF NEW YORK)

    FREDERICK PRINGLE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 11th day of December, 2012, at approximately 9:45 am, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION** upon **THE GOLDMAN SACHS GROUP INC.** at 200 West Street, New York, NY, Attn: Gregory Palm, Esq., by personally delivering and leaving the same with JOANNA M. LANE, who informed deponent that she holds the position of Vice President with that company and is authorized by appointment to receive service at that address.

    JOANNA M. LANE is a white female, approximately 40 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 165 pounds with black hair and brown eyes.

_Frederick Pringle_
FREDERICK PRINGLE, # 1350201

Sworn to before me this
14th day of December, 2012

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com