**DEMOVSKY LAWYER SERVICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re  RESIDENTIAL CAPITAL, LLC, et al.,

        Debtors

Case No. 12-12020 (MG)
Chapter 11

AFFIDAVIT OF SERVICE

-----------------------------------------------------------X

STATE OF NEW YORK  )
                      S.S.
COUNTY OF NEW YORK)

      FREDERICK PRINGLE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 11th day of December, 2012, at approximately 3:00 pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION** upon **MORGAN STANLEY** at 1585 Broadway, New York, NY, Attn:  Office of the General Counsel, by personally delivering and leaving the same with NADINE LEE, who informed deponent that she holds the position of Analyst with that company and is authorized by appointment to receive service at that address.

      NADINE LEE is a black female, approximately 45 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 150 pounds with black hair and brown eyes.

*Frederick Pringle*
FREDERICK PRINGLE, # 1350201

Sworn to before me this
14th day of December, 2012

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com