**Zuckerman Spaeder LLP**
Laura Neish
1185 Avenue of the Americas
New York, NY 10036-2603
(212) 704-9600

**Zuckerman Spaeder LLP**
Nelson C. Cohen (*pro hac vice*)
Graeme Bush (*pro hac vice*)
1800 M Street, NW
Washington, DC 20036
(202) 778-1800

*Attorneys for National Credit Union Administration Board
as Liquidating Agent for Western Corp. Federal Credit Union
and U.S. Central Federal Credit Union*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et. al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**JOINDER OF NATIONAL CREDIT UNION ADMINISTRATION BOARD TO THE RESPONSE OF AIG ASSET MANAGEMENT (U.S.), LLC, THE ALLSTATE ENTITIES, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, AND THE PRUDENTIAL ENTITIES TO DEBTORS' MOTION FOR APPOINTMENT OF MEDIATOR**

National Credit Union Administration Board (**"NCUAB"**), solely in its capacity as Liquidating Agent for Western Corp. Federal Credit Union and U.S. Central Federal Credit Union (in such capacity, the **"Liquidating Agent"**), hereby files its Joinder (the **"Joinder"**) to the *Response of the AIG Asset Management (U.S.), LLC, The Allstate Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities to Debtors' Motion for Appointment of a*

*Mediator* (Docket No. 2403); (the "**AIG,et.al. Response**").  NCUAB respectfully states as follows:

## JOINDER

1. The Liquidating Agent is the holder of approximately $300 million in fraud and other claims arising under state and federal securities laws and common law.

2. The Liquidating Agent hereby joins in and supports the Response of AIG Asset Management (U.S.), LLC, The Allstate Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities to Debtors' Motion for Appointment of a Mediator.  The Liquidating Agent reserves the right to amend, supplement, alter, or modify this Joinder.

3. For the reasons set forth herein, and in the AIG, et. al. Response, the Liquidating Agent supports the appointment of a mediator who can facilitate a discussion among all interested parties, including the Liquidating Agent, on critical plan issues related to claims against both debtor and non-debtor affiliates.  The Liquidating Agent looks forward to the opportunity to discuss these issues with the Debtors, and expects a seat at the bargaining table alongside the other key constituents in these cases.

Dated: December 17, 2012
       New York, NY

                                ZUCKERMAN SPAEDER LLP

                                /s/ Laura Neish
                                Laura Neish

                                1185 Avenue of the Americas
                                31st Floor
                                New York, NY  10036-2603
                                (212) 704-9600

3944316.1

Nelson C. Cohen (admitted *pro hac vice*)
Graeme Bush (admitted *pro hac vice*)

1800 M Street, NW
Washington, DC  20036
(202) 778-1800

*Counsel for the National Credit Union Administration Board as Liquidating Agent for Western Corp. Federal Credit Union and U.S. Central Federal Credit Union*

3

3944316.1