CLEARY GOTTLIEB STEEN & HAMILTON LLP
Thomas J. Moloney (TJM-9775)
Sean A. O'Neal (SAO-4067)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Special Counsel for Wilmington Trust, National
Association, as Indenture Trustee for the Senior
Unsecured Notes Issued by Residential Capital, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
In re                                                              :
                                                                   :        Chapter 11 Case No.
RESIDENTIAL CAPITAL, LLC, et al.,                                  :
                                                                   :        12-12020 (MG)
                                            Debtors.               :
                                                                   :        (Jointly Administered)
                                                                   :
-------------------------------------------------------------------X


CERTIFICATE OF SERVICE


        I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

    1.  On the 13th day of December 2012, the Statement of Wilmington Trust, National

        Association in Respect of the Debtors' Motions for Entry of an Order Further Extending

        Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and

for Appointment of a Mediator, dated December 13, 2012, was served by email upon the

attached service list.

Dated:  December 17, 2012
        New York, NY

_____
                Richard V. Conza

## In Re ResCap: E-mail Service List for 12/13/12 Filing

Mark Lightner/NY/Cgsh@cgsh, Jeremy Opolsky/NY/Cgsh@cgsh, Richard V
Conza/NY/Cgsh@CGSH, Brendan Cyr/NY/Cgsh@cgsh, Cynthia Scott/NY/Cgsh@cgsh,
andrea.hartley@akerman.com, susan.balaschak@akerman.com, hadi.khatib@akerman.com,
rajohnson@akingump.com, ccarty@akingump.com, fhodara@akingump.com,
raul.alcantar@alcantarlaw.com, bnkatty@aldine.k12.tx.us, ecfmail@aclawllp.com,
ken.coleman@allenovery.com, john.kibler@allenovery.com, tom.houghton@ally.com,
jeff.brown@gmacfs.com, william.b.solomon@ally.com, kit.weitnauer@alston.com,
marty.bunin@alston.com, william.hao@alston.com, bill.macurda@alston.com,
john.stern@texasattorneygeneral.gov, harrisj12@michigan.gov, Sarah.Stout@BNYMellon.com,
Jennifer.Provenzano@BNYMellon.com, Mageshwaran.Ramasamy@BNYMellon.com,
alicia.borys@barclays.com, patrick.kerner@barclays.com, xrausloanops5@barclays.com,
david.powlen@btlaw.com, bbeskanos@aol.com, davids@blbglaw.com,
jonathanu@blbglaw.com, matthewj@blbglaw.com, jai@blbglaw.com,
schaedle@blankrome.com, tarr@blankrome.com, root@blankrome.com,
courtney.lowman@ally.com, jhaake@wbsvlaw.com, gregory.petrick@cwt.com,
ingrid.bagby@cwt.com, mark.ellenberg@cwt.com, dcaley@wongfleming.com,
bankruptcy@clm.com, maofiling@cgsh.com, tmoloney@cgsh.com, soneal@cgsh.com,
jlaitman@cohenmilstein.com, clometti@cohenmilstein.com, meisenkraft@cohenmilstein.com,
drehns@cohenmilstein.com, krehns@cohenmilstein.com, mwarner@coleschotz.com,
echou@coleschotz.com, ra-li-ucts-bankrupt@state.pa.us, Hhawn@broward.org,
Ckitchner@broward.org, swulfekuhle@broward.org, will.hoch@crowedunlevy.com,
mgallagher@curtis.com, macohen@curtis.com, sreisman@curtis.com, hryder@daypitney.com,
jjtancredi@daypitney.com, jwcohen@daypitney.com, glenn.siegel@dechert.com,
hector.gonzalez@dechert.com, brian.greer@dechert.com, mauricio.espana@dechert.com,
craig.druehl@dechert.com, rosa.mendez@db.com, Brendan.meyer@db.com,
diem.home@gmail.com, gcatalanello@duanemorris.com, jvincequerra@duanemorris.com,
catherine_lasher@fanniemae.com, Dutchess388883@gmail.com, broylesmk@rgcattys.com,
mlicker@feinsuch.com, ppascuzzi@ffwplaw.com, dearly@fdic.gov,
tlallier@foleymansfield.com, kenton_hambrick@freddiemac.com, deggert@freebornpeters.com,
tfawkes@freebornpeters.com, ksheehan@flwlaw.com, jberkowitz@gibbonslaw.com,
kgiannelli@gibbonslaw.com, kpatrick@gibbsbruns.com, shumphries@gibbsbruns.com,
kpatrick@gibbsbruns.com, theodore.w.tozer@hud.gov, gjarvis@gelaw.com,
mpmorris@gelaw.com, delman@gelaw.com, ggraber@hodgsonruss.com,
ayala.hassell@hp.com, rnorton@hunton.com, rrich2@hunton.com, konig@ca.ibm.com,
floraoropeza@co.imperial.ca.us, bankruptcy2@ironmountain.com, ceblack@jonesday.com,
cball@jonesday.com, rlwynne@jonesday.com, lemiller@jonesday.com, ceblack@jonesday.com,
aglenn@kasowitz.com, mstein@kasowitz.com, dfliman@kasowitz.com,
namamoo@kasowitz.com, eciolko@ktmc.com, dmoffa@ktmc.com, ecf@kaalaw.com,
thadwilson@kslaw.com, ajowers@kslaw.com, pferdinands@kslaw.com,
tklestadt@klestadt.com, jcorneau@klestadt.com, jleibowitz@kandfllp.com,
dlibra@lapplibra.com, james.heaney@lawdeb.com, tcate@sbcglobal.net,
bgarrison.lawofc@sbcglobal.net, sheehan@txschoollaw.com,
Dcaponnetto@leopoldassociates.com, austin.bankruptcy@publicans.com,
dallas.bankruptcy@publicans.com, houston_bankruptcy@lgbs.com, choward@lockelord.com,
wcurchack@loeb.com, vrubinstein@loeb.com, dminoff@loeb.com,

abehlmann@lowenstein.com, abehlmann@lowenstein.com, metkin@lowenstein.com, ilevee@lowenstein.com, metkin@lowenstein.com, ilevee@lowenstein.com, adoshi@magnozzikye.com, susanp@taxcollector.com, dprather@iglou.com, lgordon@mvbalaw.com, pmoak@McKoolSmith.com, mcarney@mckoolsmith.com, pmoak@McKoolSmith.com, sdnyecf@dor.mo.gov, jgarrity@morganlewis.com, mkraut@morganlewis.com, pfleming@morganlewis.com, mmorganroth@morganrothlaw.com, jmorganroth@morganrothlaw.com, lberkoff@moritthock.com, jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com, rdakis@morrisoncohen.com, seth.goldman@mto.com, Thomas.walper@mto.com, cmomjian@attorneygeneral.gov, almeyers@sjgov.org, dwdykhouse@pbwt.com, bguiney@pbwt.com, Paul_Papas@mylegalhelpusa.com, ebcalvo@pbfcm.com, ana.damonte@pillsburylaw.com, jmcmurtr@placer.ca.gov, dflanigan@polsinelli.com, jnagi@polsinelli.com, igoldstein@proskauer.com, srutsky@proskauer.com, jzajac@proskauer.com, danbrockett@quinnemanuel.com, daveburnett@quinnemanuel.com, jeremyandersen@quinnemanuel.com, jeremyandersen@quinnemanuel.com, ericwinston@quinnemanuel.com, susheelkirpalani@quinnemanuel.com, scottshelley@quinnemanuel.com, mrollin@rplaw.com, cwood@rgrdlaw.com, stevep@rgrdlaw.com, rbrown@robertbrownlaw.com, romero@mromerolawfirm.com, Ross.martin@ropesgray.com, keith.wofford@ropesgray.com, Ross.martin@ropesgray.com, dsasser@siwpc.com, dhall@siwpc.com, jglucksman@scarincihollenbeck.com, bdk@schlamstone.com, bbressler@schnader.com, rbarkasy@schnader.com, bdeutsch@schnader.com, adam.harris@srz.com, howard.godnick@srz.com, marguerite.gardiner@srz.com, michael.cutini@srz.com, bateman@sewkis.com, christensen@sewkis.com, patel@sewkis.com, cohen@sewkis.com, das@sewkis.com, binder@sewkis.com, joel@shafeldlaw.com, taconrad@sbwlawfirm.com, fsosnick@shearman.com, sfennessey@shearman.com, pdatta@hhstein.com, amuller@stinson.com, whazeltine@sha-llc.com, tal@talcottfranklin.com, derek@talcottfranklin.com, jmiller@tcfbank.com, jteitelbaum@tblawllp.com, AGBankNewYork@ag.tn.gov, robert.major@bnymellon.com, Adam.Parkin@tdsecurities.com, Christopher.stevens@tdsecurities.com, kay.brock@co.travis.tx.us, mamta.scott@usbank.com, david.jason@usbank.com, michelle.moeller@usbank.com, tanveer.ashraf@usbank.com, Glenn.Gillett@usdoj.gov, Mark.Flannagan@umb.com, mvaughan@wbsvlaw.com, dskeens@wbsvlaw.com, gary.holtzer@weil.com, kelly.j.rentz@wellsfargo.com, Nichlaus.M.Ross@wellsfargo.com, Sharon.Squillario@wellsfargo.com, mary.l.sohlberg@wellsfargo.com, kristi.garcia@wellsfargo.com, accesslegalservices@gmail.com, cshore@whitecase.com, isilverbrand@whitecase.com, dthatch@whitecase.com, mabrams@willkie.com, rchoi1@willkie.com, jhardy2@willkie.com, rmaney@wilmingtontrust.com, david.tillem@wilsonelser.com, dneier@winston.com, dneier@winston.com, cschreiber@winston.com, jlawlor@wmd-law.com, pdefilippo@wmd-law.com, sfitzgerald@wmd-law.com, gbush@zuckerman.com, ncohen@zuckerman.com, lneish@zuckerman.com, gbush@zuckerman.com, ncohen@zuckerman.com, lneish@zuckerman.com