# EXHIBIT A

# DORSEY & WHITNEY LLP
# EXPENSE REPORT

**[Do not combine other expenses with Marketing Expenses on the same expense report]**

| DATE | LAWYER NO. | NAME | CHECK NO. |
|---|---|---|---|
| 07/19/12 | 2243 | Bradley T. Smith | |

**PURPOSE OF EXPENSE** (Include where you went and what you did) — FL — MP/24

Travel to/from New York, NY, on July 16-18 to attend a meeting for Residential Capital, LLC.
NOTE: Return flight on 07/18 was cancelled due to very bad weather. No hotels with availability, so he had to spend that night at the LGA airport.

EXPENSE INCURRED FROM: 7/16/12 TO: 7/19/12

| LODGING (all expenses other than meals and entertainment) | COST | BK'FST | LUNCH | DINNER | TOTAL AMT. |
|---|---|---|---|---|---|
| 07/16/2012 (Warwick NY Hotel) | 319.07 | | 15.05 | 86.67 | 420.79 |
| 07/17/2012 (Warwick NY Hotel) | 342.01 | 65.65 | 29.00 | 53.82 | 490.48 |
| 07/18/2012 | | 52.03 | 36.03 | 43.13 | 131.19 |
| 07/19/2012 - SEE NOTE ABOVE | | 8.70 | | | 8.70 |
| | | | | | 0.00 |
| NOTE: 2 dinners on 18th - on early, one late. | | | | | 0.00 |
| SEE NOTE ABOVE | | | | | 0.00 |

(Handwritten: New York 07/16; 690; 12703; 390.08)

| TRANSPORTATION (include cab fare) | AMOUNT |
|---|---|
| Delta roundtrip airfare | 1,125.60 |
| Delta change to return flight due to change in meeting date ($59 new ticket price + $150 change fee) | 209.00 |
| Taxi from LGA to Warwick NY Hotel (07/16/2012) | 32.80 |
| Parking at MSP Airport (07/16-19/2012) | 60.00 |
| PERS. AUTO EXPENSE TO: MSP Airport # OF MILES 23.20 x .555 = | $ 12.88 |
| **MISCELLANEOUS EXPENSES** | **AMOUNT** |
| | |
| | |
| | |

| PERSONAL ACCT. NO.: 481122 / 00001 | | |
|---|---|---|
| | TOTAL EXPENSE | $2,491.44 |
| | AMOUNT ADVANCED | $2,850.00 |
| | AMOUNT REIMBURSED | $0.00 |
| Returned (handwritten) | AMOUNT RETURNED Cash (handwritten) | $358.56 |

| CLIENT & MATTER NUMBERS | CLIENT MATTER NAME |
|---|---|
| 355050 / 00362 | Residential Capital, LLC / Secondment of Associate |
| | |
| | |

**TOTAL EXPENSE** US$2,491.44

AUG 20 2012

**Marketing Expenses (please complete one box):

☐ 1. EXISTING CLIENT
Client Name: ____
Client Number: ____ - 90000

☐ 2. PROSPECTIVE CLIENT
Company Name:
Matter Number: 200000 - ____
Have past expenses ever been allocated to this prospective client?
☐ Yes ☐ No / Uncertain

☐ 3. GENERAL 200000 - 00001

Expense Type
☐ Individual
☐ Office
☐ Institutional
Cost Code: ____
**For Marketing Use Only**

Approved by: [signature]

**[Explain Business Meals or Entertainment on Next Page -- For Marketing/Practice Development Expenses, Please Complete Marketing Allocation Form for Multiple Expenses]**



I ♡ NEW YORK

DATE: 07/18/2012
START TIME 17:11
END TIME 17:42
TRIP # 33827
RATE No. 1
STAND. CITY RATE
FARE $ [illegible]
SURCHARGE 1.00
TOTAL $ [illegible]
Mid-Twn
ST. SUR
GR. TOT.

Contact TLC Dial
3-1-1

Brasserie 8 1/2
9 West 57th Street
New York, NY 10019
www.brasserie812.com

CHECK: 1227
TABLE: 69/1
SERVER: 107 Julio P
DATE: JUL18'12 1:51PM
CARD TYPE: Visa
ACCT #: XXXXXXXXXXXX1302
EXP DATE: XX/XX
AUTH CODE: 730965
BRADLEY T SMITH

SUBTOTAL: 31.03

TIP $ 5.00

TOTAL $ 36.03

X ____________
SIGNATURE

X ____________
PLEASE PRINT NAME
Signed Copy-Merchant
Second Copy-Customer

Bar Brace
LGA DELTA TERMINAL
OTG Management

276 Tajia

60 JUL19'12 1:33AM

| | | |
|---|---|---|
| 1 | CEB Yog Van | 5.50 |
| 1 | Poland Spring SP | 2.49 |
| | Food | 7.99 |
| | TAX | 0.71 |
| | AMOUNT PAID | 8.70 |
| | Cash | 20.00 |
| | CHANGE DUE | 11.30 |

Thank You.......
e want your feedback
ease Call (866) 508 3558
visit www.OTGManagement.cor

**Cafe Un Deux Trois**
123 West 44th Street
New York, NY 10036
(212) 354-4148

Check 345/1 07/17/12-A* **6:21pm**
Guests **1** HENRY Table **39**

| | |
|---|---|
| 1.SALMON | |
| 1.PF SORBET | |
| 1.STEAK AU POIRVE | 32.00 |
| 1.123 MOJITO | 11.00 |
| Items | 43.00 |
| Tax | 3.82 |
| **Subtotal** | **46.82** |
| Tip | 7.00 |
| TOTAL | 53.82 |

VISA/xxxxxxxxxxxx3302/XXXX S A:166556
SMITH, BRADLE 8676 07/17 19:12 46.82

**Customer Copy**

SUGGESTED GRATUITY
FOR YOUR CONVENIENCE

15% GRATUITY: 6.45
18% GRATUITY: 7.75
20% GRATUITY: 8.60

PLEASE LEAVE SIGNED MERCHANT COPY

MERCI BEAUCOUP
THANK YOU

NOW SERVING BREAKFAST
BEGINNING AT 7.30 DAILY

...EBOOK

---

SOBA NIPPON RESTAURANT
NEW YORK, NY 10103
212-371-7555

TERMINAL I.D.: 069800
MERCHANT #: 8788190001158

VISA
************3302
**SALE**
BATCH: 000600 INVOICE: 517184
DATE: JUL 16, 12 AUTH NO: 220791
RRN: 06000004

| | |
|---|---|
| BASE | $75.67 |
| TIP | 11.00 |
| **TOTAL** | 86.67 |

FOOD AND BEVERAGE 01

CUSTOMER COPY

---

SURDYK'S FLIGHTS WINE MARKET & BAR

Minneapolis Airport

1024 Nevenka

Chk 5758 Jul16'12 12:11PM Gst 0

**Dining In**
1405406409

| | |
|---|---|
| 1 Odwalla Spr Fd | 3.25 |
| 1 Fruit and Cheese | 11.00 |
| CASH | [illegible] |
| Food Total | [illegible] |
| Retail Total | 3.25 |
| Tax T[illegible] | 0.80 |
| [illegible] de | 15.05 |
| Change Due | 4.95 |

**MSP AIRPORT PARKING**
**TERMINAL 1**
**GENERAL PARKING**
**THANK YOU**
**(612) 725-4670**

**ePark**

| | |
|---|---|
| TRANSACTION ID: | 24013 |
| TICKET No: | 2040010759 |
| ENTRY DATE/TIME: | 7/16/2012 11:50 AM |
| EXIT DATE/TIME: | 7/19/2012 8:56 AM |
| DURATION dd hh:mm: | 2 21:06 |
| LANE: | 22 |
| PLATE #: | |
| CASHIER: | ePark |
| PARKING FEES | $ 55.93 |
| ADJUSTMENTS: | $ 0.00 |
| SUB TOTAL: | $ 55.93 |
| MN SALES TAX %7.275 | $ 4.07 |
| **TOTAL DUE:** | **$ 60.00** |
| CREDIT CARD | $ 60.00 |
| CHANGE: | $ 0.00 |
| **TOTAL PAID:** | **$ 60.00** |
| VISA | XXXXXXXXXXXX3302 |
| AUTH: | 318108 |

Cardholder agrees to pay the above total amount according to the card issuer agreement

**Customer Copy**

RUE 57
60 West 57 Street NY, NY.10019
Tel.212-307-5656

158 JONATHAN 1

TBL 17/1 CHK 1924 GST 2
JUL17'12 12:19PM

| | |
|---|---|
| 1 Iced Tea | 3.75 |
| 1 LAMB TRIO | 18.75 |
| FOOD | 22.50 |
| Tax | 2.00 |
| 12:57 Total Due | 24.50 |

No gratuity has been added t
your bill. Quality service
customarily acknowledged by
gratuity of 15-20%.
********* Thank You **********
Por servicio de alta calidad se
acostumbra una propina de 15-20%
*********** Gracias ***********
Le service n'est pas compris.Le
client devrait ajouter 15-20%
pour un service de qualite.
*********** Merci ***********

29.00

**Buresh, Cassie**

---

**From:** LGA iPad Orders <LGAiPadOrders@otgmanagement.com>
**Sent:** Wednesday, July 18, 2012 5:23 PM
**To:** Smith, Bradley
**Subject:** Your order from Bisoux LGA

ID: 38951
Date: 2012-07-18 18:22:10
Device: 475
Check ID: BSXD6502-ts9
Subtotal: 20.00
Tax: 1.78
Gratuity: $3.60
Total: $25.38

ORDER ITEMS
------------------------------------------------
----- (1) ARTISANAL CHEESES @ $8.00 each
----- (1) ROASTED BEET @ $12.00 each

**Buresh, Cassie**

---

**From:** LGA iPad Orders <LGAiPadOrders@otgmanagement.com>
**Sent:** Wednesday, July 18, 2012 8:12 PM
**To:** Smith, Bradley
**Subject:** Your order from Bar Brace LGA

ID: 39409
Date: 2012-07-18 21:11:33
Device: 201
Check ID: BBRD5203-o19
Subtotal: 13.99
Tax: 1.24
Gratuity: $2.52
Total: $17.75

ORDER ITEMS
-------------------------------------------------
----- (1) Combo 8: Mozzerella tomato wrap, Honest Tea & piece of fruit @ $13.99 each



WARWICK
NEW YORK HOTEL

Mr. Bradley Smith
4144 Beard Avenue South
Minneapolis MN 55410
United States

| | |
|---|---|
| Arrival | 07-16-12 |
| Departure | 07-18-12 |
| Room No. | 1705 |
| Folio No. | 411352 |
| Cashier | 42 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

INVOICE

| Date | Description | | Debit | Credit |
|---|---|---|---|---|
| 07-16-12 | Room Charge | | 275.00 | |
| 07-16-12 | Tax-Room Sales 8.875% | | 24.41 | |
| 07-16-12 | Tax-City Occupancy 5.875% | | 16.16 | |
| 07-16-12 | Tax-City Tax $2/Room | | 2.00 | |
| 07-16-12 | Tax-State Occupancy $1.50 | | 1.50 | |
| 07-17-12 | Murals Breakfast Food | Line# 1705 : CHECK# 0010578 | 65.65 | |
| 07-17-12 | Room Charge | | 295.00 | |
| 07-17-12 | Tax-Room Sales 8.875% | | 26.18 | |
| 07-17-12 | Tax-City Occupancy 5.875% | | 17.33 | |
| 07-17-12 | Tax-City Tax $2/Room | | 2.00 | |
| 07-17-12 | Tax-State Occupancy $1.50 | | 1.50 | |
| 07-18-12 | Room Service Breakfast Food | Line# 1705 : CHECK# 0032611 | 52.03 | |
| 07-18-12 | Visa<br>XXXXXXXXXXXX3302 XX/XX | | | 778.76 |

Balance 0.00

Guest Signature

I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.



WARWICK
International hotels

**Buresh, Cassie**

**From:** Delta Air Lines <DeltaAirLines@e.delta.com>
**Sent:** Tuesday, July 17, 2012 10:18 AM
**To:** Smith, Bradley
**Subject:** BRADLEY S NYC-LAGUARDIA 18JUL12







delta.com My Trips Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **HHUECZ** | Ticket #: **00623096180066**

CHECK IN ONLINE >

## Your Flight Information

| Wed 18JUL | | | | |
|---|---|---|---|---|
| LV **6:45pm** | NYC-LAGUARDIA | AR **8:58pm** | MPLS-ST PAUL | **DELTA 2019**<br>(P)<br>Confirmed<br>Dinner |

## Your Flight Details

Manage Trip ›

| Passenger Details | Flights | Seats | Free Bags |
|---|---|---|---|
| **BRADLEY SMITH**<br>SkyMiles #*******409 | DELTA 2019 | 04B | 0 PC |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

## Receipt Information

**Billing Details**

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| **BRADLEY SMITH** | VI************3302<br>Org FOP<br>VI************3302 | **00623096180066**<br>FP A/CUSD54.88/TL209.00<br>Org Tkt 00623085377585 |

| | |
|---|---|
| **FARE:** | **1081.86 USD** |
| **Taxes/Carrier-imposed Fees:** | **102.74** |
| **Total:** | **1184.60 USD** |

PENALTY APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

## Details - Taxes/Carrier-imposed Fees

| | |
|---|---|
| **Total:** | **102.74** |
| **Itemized:** | 81.14 US 7.60 ZP 5.00 AY 9.00 XF |

## Fare Details

**MSP DL NYC513.49MA07A0QX DL MSP568.37MA07A0QX/WNUP USD1081.86END ZPMSPLGA XF MSP4.5LGA4.5**

## Service Charges/Fees

**Service Charges/Fee#** 00623096180066

**Fees:** **150.00 USD**

**Total:** **150.00 USD**

Non-Transferrable. Retain this receipt for your records. The amount above is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket charge included in the fare you were quoted.

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|

| BRADLEY SMITH | 00623096180066 | LAXWEB | 17JUL12 | 02JUL13 |
|---|---|---|---|---|

| Baggage Fees[1] (per passenger each way) | Economy Class Fees | Economy Class Weight/Size | First/ Business Fees | First/ Business Weight/Size |
|---|---|---|---|---|
| Carry-on Baggage | Complimentary | Up to 45 linear inches | Complimentary | Complimentary |
| First Checked Bag | Within U.S. and Canada: $25 USD<br>U.S./Canada and Caribbean: $25 USD<br>International: Complimentary | Up to 50 lbs and 62 linear inches | Complimentary | Up to 70 lbs and 62 linear inches[2] |
| Second Checked Bag | Within U.S. and Canada: $35 USD<br>Mexico, Central America, and Caribbean: $40 USD<br>Japan and Micronesia: $40 USD<br>South America, Transatlantic to the Middle East and Southern Africa, and Transpacific: $75 USD<br>Transatlantic to Europe and North Africa: $100 USD | Up to 50 lbs and 62 linear inches | Complimentary | Up to 70 lbs and 62 linear inches[2] |

[1]At the time of check in with Delta, SkyMiles Medallion® members, SkyTeam Elite & Elite Plus, Alaska MVP & MVP Gold are eligible for fee waivers and other benefits. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree. Please be aware that lower baggage fees may be available when you check in online. Additional fees apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's baggage guidelines for details.

[2]First/BusinessElite/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

Travelers to/from Key West, Florida are limited to one checked bag.

You must be checked in and at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirements guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

Questions regarding your upcoming flight? Please contact us at the following:
Delta 1-800-221-1212 | Air France 1-800-237-2747 | Alitalia 1-800-223-5730 | KLM 1-800-618-0104




HERTZ ›
Save up to 40% on car rentals worldwide, plus SkyMiles members earn up to 200 miles per day.




TRIP INSURANCE ›
Protect your trip against trip cancellations and interruptions with valuable insurance from Allianz Global Assistance.



AMERICAN EXPRESS ›
Get 30,000 miles and your first bag free. Apply Now. Terms and Restrictions Apply.

DELTA SKYMILES

BUY & TRANSFER MILES ›
Need more miles? Buy and transfer miles on delta.com.

## Terms & Conditions

### Conditions of Carriage

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

COPYRIGHT INFORMATION
This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

© 2012 Delta Air Lines, Inc. All rights reserved.



Bradley Smith | SkyMiles# 6369491409 | 15,724 Miles | SkyMiles Member | Log Out ›

## Trip Summary

BACK TO ITINERARIES | BACK TO CHANGE FLIGHTS | BACK | ENTER PASSENGER INFO

Based on the ticketed fare rules and availability, seats may be selected or changed after your ticket has been purchased by visiting **My Trips**.
To change the selected flights, click **BACK TO CHANGE FLIGHTS**. To start over, click **BACK TO ITINERARIES**.
**You selected this flight:**

| **OUTBOUND** | Wed 18 Jul 2012 | | | | | SP | Show Details |
|---|---|---|---|---|---|---|---|
| **6:45pm** | **LGA** | **8:58pm** | **MSP** | **DL 2019** | **First (P)** | | **View Seats** |

**In-flight services and amenities may vary and are subject to change.**
All prices are (USD) unless otherwise noted.

DELTA.COM BEST FARE GUARANTEE

Book with confidence. See Delta's Best Fare Guarantee.

**Old ticket price:** $1,125.60 (USD)
**New ticket price:** $1,184.60 (USD)
**Change fees:** $150.00 (USD)
**Balance due (including change fees):** $209.00 (USD)

View change & cancellation policies
This ticket is changeable / nonrefundable

**Currency Calculator**

START OVER | BACK | ENTER PASSENGER INFO

## Terms & Conditions

Fares, offers, and rules are subject to change without notice.

- **Ticket purchase**
- **Car, Hotel, and Activities**

↑ **Return to top**

Travel may be on other airlines.
Terms and conditions apply to all offers and SkyMiles benefits. See specific offer for details, and visit SkyMiles Membership Guide & Program Rules.
+Subject to government approval.

**Buresh, Cassie**

**From:** Delta Air Lines <DeltaAirLines@e.delta.com>
**Sent:** Monday, July 02, 2012 2:27 PM
**To:** Buresh, Cassie
**Subject:** BRADLEY S MPLS-ST PAUL 16JUL12







delta.com My Trips Earn Miles

# YOUR ITINERARY AND RECEIPT



**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **HHUECZ** | Ticket #: **00623085377585**

CHECK IN ONLINE >

## Your Flight Information

| Mon 16JUL | | | | |
|---|---|---|---|---|
| LV **1:00pm** | MPLS-ST PAUL | AR **4:44pm** | NYC-LAGUARDIA | **DELTA 1496**<br>ECONOMY (M)<br>Confirmed<br>Snacks For Sale |
| **Wed 18JUL** | | | | |
| LV **11:35am** | NYC-LAGUARDIA | AR **1:42pm** | MPLS-ST PAUL | **DELTA 2219**<br>ECONOMY (M)<br>Confirmed<br>Snacks For Sale |

**Your Flight Details** Manage Trip ›

| Passenger Details | Flights | Seats | Free Bags |
|---|---|---|---|
| **BRADLEY SMITH**<br>SkyMiles #*******409 | DELTA 1496<br>DELTA 2219 | 12A<br>04C | 0 PC<br>0 PC |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

**Receipt Information**

**Billing Details**

| | | |
|---|---|---|
| **Passenger:**<br>**BRADLEY SMITH** | **Payment Method:**<br>VI************3302 | **Ticket Number:**<br>**00623085377585** |
| **FARE:** | **1026.98 USD** | |
| **Taxes/Carrier-imposed Fees:** | **98.62** | |
| **Total:** | **1125.60 USD** | |

NONREF/PENALTY/APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

**Miscellaneous Service and Fees: EMD*S**

**Passenger: BRADLEY SMITH**
Not Transferable

**Document:** 0060150317306
**This document expires:** 02JUL13
**Date of Issue:** 02JUL12

Retain this receipt for your records. This document provides information about specified fees or services you have been charged.
If purchasing Delta Sky Club memberships all Delta SkyMiles and Delta Sky Club rules apply. To review the rules, please visit delta.com/skyclub.
**Important Note:** If travel or check-in commences on a carrier other than Delta this receipt must be presented at the time the service or fee will be used. Retain this receipt for your records.

| | |
|---|---|
| **ECONOMY COMFORT SEAT** | 0.00 USD |
| **Tax:** | 0.00 |
| **Total:** | **0.00 USD** |
| **Payment Method:** | |
| **Routing:** | LGA DL MSP |

NON REFUNDABLE/NO CHANGES/NON TRANSFERABLE/NOT VALID FOR TRAVEL

**Miscellaneous Service and Fees: EMD*S**

**Passenger: BRADLEY SMITH**
Not Transferable

**Document:** 0060150717053
**This document expires:** 02JUL13
**Date of Issue:** 02JUL12

Retain this receipt for your records. This document provides information about specified fees or services you have been charged.
If purchasing Delta Sky Club memberships all Delta SkyMiles and Delta Sky Club rules apply. To review the rules, please visit delta.com/skyclub.
**Important Note:** If travel or check-in commences on a carrier other than Delta this receipt must be presented at the time the service or fee will be used. Retain this receipt for your records.

**ECONOMY COMFORT SEAT** 0.00 USD
**Tax:** 0.00
**Total:** **0.00 USD**
**Payment Method:**
**Routing:** MSP DL LGA
NON REFUNDABLE/NO CHANGES/NON TRANSFERABLE/NOT VALID FOR TRAVEL

## Details - Taxes/Carrier-imposed Fees

**Total:** **98.62**
**Itemized:** 5.00 AY 9.00 XF 7.60 ZP 77.02 US

## Fare Details

**MSP DL NYC513.49MA07A0QX DL MSP513.49MA07A0QX USD1026.98END ZP MSPLGA XF MSP4.5LGA4.5**

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| BRADLEY SMITH | 00623085377585 | LAXWEB | 02JUL12 | 02JUL13 |

| Baggage Fees[1] (per passenger each way) | Economy Class | | First/ Business | |
|---|---|---|---|---|
| | Fees | Weight/Size | Fees | Weight/Size |
| Carry-on Baggage | Complimentary | Up to 45 linear inches | Complimentary | Complimentary |
| First Checked Bag | Within U.S. and Canada: $25 USD U.S./Canada and Caribbean: $25 USD International: Complimentary | Up to 50 lbs and 62 linear inches | Complimentary | Up to 70 lbs and 62 linear inches[2] |
| Second Checked Bag | Within U.S. and Canada: $35 USD Mexico, Central America, and Caribbean: $40 USD Japan and Micronesia: $40 USD South America, Transatlantic to the Middle East and Southern Africa, and Transpacific: $75 USD Transatlantic to Europe and North Africa: $100 USD | Up to 50 lbs and 62 linear inches | Complimentary | Up to 70 lbs and 62 linear inches[2] |

[1]At the time of check in with Delta, SkyMiles Medallion® members, SkyTeam Elite & Elite Plus, Alaska MVP & MVP Gold are eligible for fee waivers and other benefits. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree. Please be aware that lower baggage fees may be available when you check in online. Additional fees

apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's baggage guidelines for details.

[2]First/BusinessElite/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

Travelers to/from Key West, Florida are limited to one checked bag.

You must be checked in and at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirements guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

Questions regarding your upcoming flight? Please contact us at the following:
Delta 1-800-221-1212 | Air France 1-800-237-2747 | Alitalia 1-800-223-5730 | KLM 1-800-618-0104




HERTZ ›
Save up to 40% on car rentals worldwide, plus SkyMiles members earn up to 200 miles per day.




TRIP INSURANCE ›
Protect your trip against trip cancellations and interruptions with valuable insurance from Allianz Global Assistance.



AMERICAN EXPRESS ›
Get 30,000 miles and your first bag free. Apply Now. Terms and Restrictions Apply.

DELTA SKYMILES

BUY & TRANSFER MILES ›
Need more miles? Buy and transfer miles on delta.com.

**Terms & Conditions**

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

COPYRIGHT INFORMATION
This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

© 2012 Delta Air Lines, Inc. All rights reserved.