**Zuckerman Spaeder LLP**
Laura Neish
1185 Avenue of the Americas
31st Floor
New York, NY  10036-2603
(212) 704-9600
**Zuckerman Spaeder LLP**
Nelson C. Cohen (*pro hac vice*)
Graeme Bush (*pro hac vice*)
1800 M Street, NW
Washington, DC  20036
(202) 778-1800

*Attorneys for National Credit Union Administration Board*
*as Liquidating Agent for Western Corp. Federal Credit Union*
*and U.S. Central Federal Credit Union*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et. al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

Dionne Rothwell, being duly sworn, deposes and says:

1.  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Zuckerman Spaeder LLP, counsel to National Credit Union Administration Board in the above-captioned proceeding.

2.  On December 17, 2012, I caused a true and correct copy of the Joinder of National Credit Union Administration Board to the Response of AIG Asset Management (U.S.), LLC, the Allstate

3962346.1

Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities to Debtors' Motion for Appointment of Mediator to be served (a) via the Court's ECF notification system to all the parties registered to receive notices in these cases, (b) via First Class U.S. Mail on the parties listed on the annexed Schedule I, and (c) via electronic mail on the parties with email addresses listed on the annexed Schedule I.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2012
       Washington, DC

/s/ Dionne L. Rothwell

ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
(202) 778-1800

3962346.1

**Schedule I**

**Office of the United States Trustee for the Southern District of New York**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Phone: (212) 510-0500
Facsimile: (212) 668-2255
Email: Tracy.Davis2@usdoj.gov
Brian.Masumoto@usdoj.gov
Linda.Rifficin@usdoj.gov

**Office of the United States Attorney General**

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.
Phone. (202) 514-2063
Facsimile: (202) 307-6777
Email: AskDOJ@usdoj.com

**Office of the New York Attorney General**

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
Neal Mann, Esq.
Phone: (518) 474-5481
Email: Nancy.Lord@OAG.State.NY.US
Neal.Mann@OAG.State.NY.US

**Office of the U.S. Attorney for SDNY**

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.,
Phone: (212) 637-2200
Facsimile: (212) 637-2745

12-12020-mg    Doc 2445    Filed 12/18/12    Entered 12/18/12 11:33:20    Main Document
Pg 4 of 7

**Debtors**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com
Counsel to the Debtors
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
Gary S. Lee, Esq.
Lorenzo Marimuzi, Esq.
Phone: (212) 468-8000
Facsimile: (212) 468-7900
Email. LNashelskly@mofo.com
Glee@mofo.com
LMarinuzzi@mofo.com

**Counsel to the Creditors' Committee**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
Doug Mannal
Phone: (212) 715-9100
Facsimile: (212) 715-8000
Email: keckstein@kramerlevin.com
dmannal@kramerlevin.com

**Prepetition Lenders**

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran
Phone: (212) 723-6753
Facsimile: (646) 291-3799
Email: bobbie.theivakurnaran@citi.com

3962346.1

**Fannie Mae**

Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines
Facsimile: (202) 752-2208
Email: john_s_forlines@fanniemae.com

**Counsel to Ally Financial Inc.**

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
Richard M. Cieri
Phone: (212) 446-4800
Facsimile: 212) 446-4900
Email: richard.cieri@kirkland.com
stephen.hessler@kirkland.com
projectrodeo@kirkland.com
william.b.solomon@ally.com
timothy.devine®ally.com

**Indenture Trustees**

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Phone: (201) 593-2456
Email: kevin.vargas@db.com
The Bank of New York Mellon
Asset Backed Securities Group
**101** Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Phone: (215) 761-9317
Email: george.rayzis@usbank.com

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Phone: (651) 495-3404
Facsimile: (651) 495-8100
Email: trinta,palchulca,usbank.com

**Counsel to U.S. Bank National Association**

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
Eric R. Wilson
Phone: (212) 808-7800
Facsimile: (212) 808-7987
Email: kdwbankruptcydepartment@kelleydrye.com

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

**Counsel to Administrative Agent for the Debtors' Providers of Debtor in Possession Financing**

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
Ken Ziman
Phone: (212) 735-3849
Facsimile: (917) 777-3849
Email: jhofer@skadden.com
kziman@skadden.com

**Nationstar Mortgage LLC**

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel
Phone: (469) 549-2000
Facsimile: (972) 315-8637

**Counsel to Nationstar Mortgage LLC**

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan
Jessica CK Boelter
Phone: (312) 853-7710
Facsimile: (312) 853-7036
Email: lnyhan@sidley.com
jboelter@sidley.com
bmyrick@sidley.com
Internal Revenue Service
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Facsimile: (267) 941-1015
Overnight mail should be directed to:

**Internal Revenue Service**

2970 Market Street Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

**U.S. Securities and Exchange Commission**

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director
Phone: (212) 336-1100
Email: newyork@sec.gov