**SEWARD & KISSEL LLP**
Mark D. Kotwick, Esq.
Arlene R. Alves, Esq.
Laurie R. Binder, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association,*
*As Trustee of Certain Mortgage Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 . |
| Residential Capital, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**Certificate of Service**

      I, Arlene R. Alves, an attorney duly admitted, hereby certify that on December 17, 2012, I caused a copy of the Supplemental Notice of Appearance and Request for Service, to be served upon the parties listed on the annexed Service List by First Class Mail, postage pre-paid. In addition, all other parties who filed notices of appearance received copies through the ECF filing system.

                                              /S/ Arlene R. Alves
                                                 Arlene R. Alves

## SERVICE LIST

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Esq.

Office of the United States Trustee
For The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn.: Brian Masumoto, Esq.

```
SK 03687 0119 1343802
```