Reed Smith, LLP
John L. Scott, Esquire
Leonard A. Bernstein, Esquire
599 Lexington Avenue
22nd Floor
New York, NY 10022

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
|                                          )
In re:                                     )        Case No. 12-12020 (MG)
                                           )
RESIDENTIAL CAPITAL, LLC, et al.,          )        Chapter 11
                                           )
                            Debtors.       )        Jointly Administered
---------------------------------------------------------------------  )

**REPLY TO OMNIBUS OBJECTION OF UNITED STATES TRUSTEE
REGARDING FEE APPLICATIONS FOR FIRST INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Reed Smith LLP ("Reed Smith") respectfully replies to the Omnibus Objection of the

Unites States Trustee Regarding Fee Applications for First Interim Compensation and

Reimbursement of Expenses (the "UST Objection") [Doc. No. 2361].

**INTRODUCTION**

On May 14, 2012 (the "Petition Date"), Residential Capital, LLC ("ResCap") and certain

of its subsidiaries (collectively, the "Debtors") filed petitions for relief under Chapter 11 of the

Bankruptcy Code.  [Doc. No. 1].  The Debtors continue to operate their businesses as debtors-in-

possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  11 U.S.C. §§ 1107-

1108.

On July 17, 2012, the Court authorized procedures for the Debtors' employment of professionals retained in the ordinary course (the "OCP Order") [Doc. No. 799]. The OCP Order provides, among other things, that Ordinary Course Professionals who have filed appropriate OCP Affidavits must file an interim fee application for any month during which the Ordinary Course Professional's fees exceed $50,000. The OCP Order further authorizes the Debtors to pay the first $50,000 of an Ordinary Court Professional's fees incurred in any given month without Court approval while a fee application is pending.

Reed Smith represents the Debtors in the defense of several state and federal court matters. In accordance with the OCP Order, Reed Smith filed an Affidavit of Disinterestedness on August 1, 2012. [Doc. No. 958]. During July 2012, Reed Smith incurred fees totaling $89,686 for time spent by fourteen timekeepers working on nine different matters for the Debtors. Reed Smith's blended hourly rate for July 2012 was $333.16. Pursuant to the OCP Order, Reed Smith filed an interim fee application on October 19, 2012 to recover that portion of its July 2012 fees that exceeded the $50,000 limit (the "Reed Smith July 2012 Fee Application"). [Doc. No. 1892].

During August 2012, Reed Smith incurred fees totaling $77,538.50 and expenses in the amount of $81.22 for time spent by twelve timekeepers on and expenses incurred in connection with eight different matters. Reed Smith's blended hourly rate for August 2012 was $346.46. Pursuant to the OCP Order, Reed Smith filed an interim fee application on October 19, 2012 to recover that portion of its August 2012 fees and expenses that exceeded the $50,000 limit (the "Reed Smith August 2012 Fee Application"). [Doc. No. 1895].

The United States Trustee (the "UST") objects to certain of Reed Smith's fees on grounds of that they were incurred by "transitory" time keepers, are duplicative and/or are vague.

Importantly, neither the debtor nor the creditors committee has objected to the fees sought by

Reed Smith.[1]

## I.    The Fees Sought By Reed Smith For The Work Of J. McIntyre, K. Gwynne And D. Bird Is Compensable

The UST seeks to reduce Reed Smith's fees by $3,346 for time billed by allegedly

"transitory" timekeepers.  In essence, the UST argues that the sheer fact that three Reed Smith

timekeepers—J. McIntyre, K. Gwynne and D. Bird—billed less than five hours per month on

matters involving the Debtors indicates that these timekeepers did not provide a benefit to the

estate.  In support of this argument, the UST relies on In re Jefsaba, 172 B.R.  786, 806 (Bankr.

E.D. Pa. 1994) as supporting the proposition that "a[n] estate bears the cost of a professional's

learning curve, unless the applicant explains the value conferred by transitory timekeepers, their

fees should be disallowed."  UST Objection, p. 17.  In re Jefsaba does not support the contention

that the number of hours spent on a matter by a timekeeper is an indicia of the benefit conferred

on the bankruptcy estate by that timekeeper.  Rather, the decision explains that the bankruptcy

estate should not bear the "learning curve" costs associated with repeatedly changing the staffing

of a matter.  In re Jefsaba, 172 B.R. at 801.[2]

In fact, the principles set forth in In re Jefsaba provide support for Reed Smith's recovery

of the fees billed by Messrs. McIntyre, Gwynne and Bird.  In her decision, Judge Sigmond

explains that timekeepers must be prudent in the number of hours spent on a matter because

---

[1] The UST Objection states that Reed Smith seeks allowance of fees totaling $67,224.50.  That total represents the amount by which Reed Smith's July and August 2012 fees exceed the monthly $50,000 limit.  Pursuant to the OCP Order, the Debtors have authority to pay $50,000 per month without court approval and while any fee application remains pending.  As explained more fully in Reed Smith's Interim Fee Applications, Reed Smith seeks total payment of $167,224.50, which represents the authorized $50,000 per month plus the overages for July and August 2012.  To the extent the Debtors have not yet disbursed the authorized funds for July and August 2012, Reed Smith also seeks payment of those fees.

[2] To the extent In re Jefsaba can be read in the way the United States Trustee alleges, which Reed Smith denies, any principles espoused regarding the transitory nature of bankruptcy counsel's time should not be extended to ordinary course counsel who may be representing the debtor in ongoing litigation that is not particularly active in any given month.

"excessive or unnecessary time is not compensable." In re Jefsaba, 172 B.R. at 786 (citing 11

U.S.C. § 330(a)). Moreover, while the bankruptcy court frowns upon multiple attorneys working

on the same tasks, Judge Sigmond explained that the court has "no particular objection to one

professional performing the work and a second professional reviewing the work product and

offering comments and suggestions, especially where that second person brings a different

expertise to the matter. Such an exchange of experience and knowledge between professionals

within the same firm or company makes best use of each professional's abilities and is one of the

benefits of multi-person firms." Id. at 800.

　　　　As is evident by the invoices attached to Reed Smith's interim fee applications, Reed

Smith defends the debtors in several lawsuits involving the same borrower. The UST objects to

2.1 hours spent by Mr. Gywnne on the Taggart Foreclosure matter pending in Pennsylvania's

Montgomery County Court of Common Pleas. See Exhibit 1 (Taggart Foreclosure July 2012

invoice).[3] As is clear from the invoices, Mr. Gwynne's involvement with the Taggart

Foreclosure matter was limited to two hours on a single day in July 2012. Mr. Gywnne is a

bankruptcy practitioner with prior experience representing GMAC in consumer bankruptcy

litigation relating to foreclosures. Because of his experience and expertise, and rather than

having someone more regularly involved in the mater research the issues, GMAC's in-house

counsel requested that Mr. Gywnne review the file and participate in a phone call with GMAC's

lead bankruptcy counsel, who was unfamiliar with the legal issues involved in the matter under

Pennsylvania law. Accordingly, despite the short period of time spent on this matter, Mr.

Gywnne's involvement resulted in the "best use of each professional's abilities" and, ultimately,

---

[3] Although all pertinent invoices were submitted with the Reed Smith July 2012 Fee Application and Reed Smith
August 2012 Fee Application, respectively, for the ease of reference of this Court Reed Smith has attached to this
Response the specific excerpts relating to the UST's objections.

saved the estate the time and resources that would have been expended had he not consulted on

the matter.  In re Jefsaba, 172 B.R. at 801.

The UST also objects to the time of Mr. Bird and Mr. McIntyre spent on the Moffitt

Class Action matter.  During July and August, Reed Smith attorneys only billed 3.7 hours on that

file.  Mr. Bird billed 0.7 hours on July 13 and Mr. McIntyre billed a total of 2.2 hours in August.

See Exhibit 2 (July and August 2012 invoices for Moffit Class Action matter).  On July 13, Mr.

Bird briefly reviewed the Ninth Circuit's decision in Gale v. First Franklin Loan Services, No.

09-1649 (decided July 12, 2012) to determine whether the decision, which concerned the

construction of the same federal statute at issue in the Fourth Circuit litigation involving Debtor

Ally Bank, could have any impact on the pending appeals in the Fourth Circuit and whether the

Ninth Circuit's decision should be submitted to the Fourth Circuit as a supplemental authority.

After deciding not to submit the new authority to the Fourth Circuit, the Fourth Circuit rendered

its decision on the pending appeal in August.  Thereafter, Mr. McIntyre reviewed the Fourth

Circuit's decision both to ensure that the court had properly dismissed certain appeals and stayed

others asserting claims against Debtor Ally Bank and also to ensure that the Court's reasoning

would withstand a rehearing petition, which was ultimately filed by the plaintiffs and denied.

Mr. McIntyre also evaluated whether the Fourth Circuit's unpublished decision should be

published and thus be given a precedential effect that could benefit Ally in other litigation.  That

the Moffitt Class Action matter was not as active in July and August 2012 as were some of the

other matters does not detract from the benefit received by the Debtors' estate from the time

spent on that matter.  Furthermore, Reed Smith should not be penalized for not billing for

efficiently performing the necessary work.  In re Jefsaba, 172 B.R. at 786.

Accordingly, the UST's objection to the $3,346 in fees billed by Mr. Gwynne, Mr. Bird

and Mr. McIntyre during July and August 2012 should be overruled.

## II.    The Fees Sought By Reed Smith For Time Billed By M. Guerin Is Compensable

The UST also objects to 7.3 hours of time billed by M. Guerin on August 2, 2012 as

being duplicative.  As the invoices attached to the UST Objection as Exhibit E illustrate, Ms.

Guerin has worked on the litigation of several different matters for Debtor GMAC, including the

matters described on the invoices as the Taggart 14th Amendment litigation, the Taggart RICO

litigation, the Taggart Due Process litigation and the Taggart Foreclosure litigation.  See UST

Objection, Ex. E (excerpts of pertinent invoices), which involve the same borrower and certain

overlapping issues.  Specifically, the Taggart Foreclosure matter involves thirty-two

counterclaims, some allegations of which are pursued or raised in the Taggart 14th Amendment

and Taggart Due Process litigations.  Essentially, the borrower claims that he did not default but

that GMAC's reporting of his mortgage loan as being in default resulted in the loss of this FHA

appraisal license, thus depriving him of past and future income and profits.  In the Taggart Due

Process action, Mr. Taggart seeks relief based on numerous claims, including claims sounding in

due process and unfair trade practices, seeking declaratory judgment and damages against

GMAC and the governmental entities.  In the Taggart 14th Amendment litigation, he seeks relief

as against the state county and appellate courts, and GMAC and MERS as "third party

defendants" alleging constitutional violations by refusing to grant certain relief as to the

foreclosure action.   In the Taggart RICO litigation, he sues GMAC, MERS and numerous

individuals, including employees of and counsel for GMAC, relating to some or all of the

foregoing.  During the pendency of all of the foregoing cases, GMAC's bankruptcy petition was

filed.

On August 2, 2012, Mr. Guerin spent a total of 7.3 hours working on the several related cases. She spent that time conferring both internally with colleagues and externally with the client and bankruptcy counsel regarding case issues and strategy in each of the four matters on which she was working. Due to the overlapping issues affecting the matters, and the necessity of addressing the numerous cases individually *and* as a whole with several parties, the breakdown of the hours spent as to each case represents the best possible breakdown of the specific time spent as to each matter. Accordingly, Ms. Guerin spent 2.0 hours on August 2, 2012 conferring both internally and externally with Debtors' bankruptcy counsel regarding the Taggart RICO matter and the impact of the bankruptcy proceedings on that action. She also spent an hour on document and file management on the Taggart 14th Amendment litigation and conferring internally regarding the same. Ms. Guerin spent an additional hour discussing the Taggart Due Process matter internally and potential conflicts of interest involved in certain attorneys representing GMAC in this litigation. Finally, Ms. Guerin spent 3.3 hours conferring both internally and with Debtors' bankruptcy counsel regarding foreclosure case history and strategy in light of pending motions for relief from the automatic stay and preparing for a hearing in the bankruptcy court.

With consideration of this elaboration and the supplemental Declaration of Maria T. Guerin, the UST's objection to Ms. Guerin's time should be overruled.

**III.    The Fees Sought By Reed Smith For Time Billed By I. Lefton Is Compensable**

Finally, the UST objects to 9.4 hours of time spent by Mr. Lefton on the Dalton matter in August 2012 for vagueness. See Exhibit 3 (August 2012 invoice for Dalton matter). The Dalton matter is a multi-district litigation involving numerous claims asserted by several plaintiffs against multiple defendants. In July 2012, certain of the claims were pending in the District of

Nevada and certain other claims were pending in two separate Ninth Circuit appeals (case

numbers 11-17645 and 11-17663).  During this time, briefing was occurring in all three cases,

and Mr. Lefton reviewed the briefs of other parties as they were filed.  See Exhibit 4 (Ninth

Circuit docket excerpts from 06/01/12 through 08/31/12 in 11-17663 and 11-17645 cases).

With consideration of the foregoing and the supplemental Declaration of Ira S. Lefton

more fully explaining his time entries, the UST's objection to Mr. Lefton's time should be

overruled.

### CONCLUSION

For the foregoing reasons, Reed Smith requests that the Court award interim fees and

expenses in the amount total amount of $167,224.50 in fees and $81.22 in expenses.

Respectfully Submitted,


By:____/s/  John L. Scott_____
John L. Scott, Esquire

Reed Smith, LLP
 John L. Scott, Esquire
Leonard M. Bernstein, Esquire
599 Lexington Avenue
22nd Floor
New York, NY 10022
Tel.: (212) 521-5400
Fax: (215) 521-5450
Email: jlscott@reedsmith.com


*Ordinary Course Professional For The
Debtors*

Dated:  New York, NY
December 18, 2012

**Exhibit 1**

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Carol Bonello
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

August 13, 2012

Client/Matter Contact: Carol Bonello
**Re: Taggart Foreclosure (09-25338 Montgo CCP)**

Client's Reference No: 695146

Invoice Number:    2301139
Client Number:      887669
Matter Number:       60007

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/17/12 | Bernstein | Assist strategy of defense law. | 0.50 |
| 07/18/12 | Bernstein | Strategize PA          defense | 0.50 |
| 07/18/12 | Bernstein | Further strategy :          defcnse of foreclosures. | 0.70 |
| 07/11/12 | Bettino | Confer on the strategy for the case..7 | 0.40 |
| 07/12/12 | Bettino | Confer internally on the strategy for the bankruptcy case. | 0.60 |
| 07/12/12 | Bettino | Call with the client. | 1.00 |
| 07/13/12 | Bettino | Confer on the strategy for the case. | 0.30 |
| 07/16/12 | Bettino | Review the submission draft. | 1.00 |
| 07/16/12 | Bettino | Confer internally and with other parties concerning the bankruptcy and foreclosure action and which claims can proceed. | 1.00 |
| 07/17/12 | Bettino | Review and revise the papers for the bankruptcy court and confer with other counsel re: same. | 1.20 |
| 07/18/12 | Bettino | Review the latest filings and analyze. | 1.40 |
| 07/19/12 | Bettino | Review the new claims. | 0.80 |
| 07/19/12 | Bettino | Confer with the attorneys at Mo Fo concerning the filings. | 1.00 |
| 07/19/12 | Bettino | Confer with the client on strategy issues. | 1.00 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
August 13, 2012

Invoice Number  2301139
Page    2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/19/12 | Bettino | Confer on the underlying facts of the case. | 0.40 |
| 07/20/12 | Bettino | Confer on the QWR request. | 0.30 |
| 07/24/12 | Bettino | Confer on the status of the case and potential resolution issues. | 0.70 |
| 07/26/12 | Bettino | Communicate on ___ analysis. | 0.20 |
| 07/26/12 | Bettino | Review the proposed settlement ___ respond to client re: same. | 0.20 |
| 07/12/12 | Gwynne | Reviewed transcript of Sec. 362 hearing re: Taggart's assertions concerning stay relief and PA state court counterclaims | 0.70 |
| 07/12/12 | Gwynne | Conference with GMACM's in-house and bankruptcy counsel re: Taggart brief and PA foreclosure law | 0.60 |
| 07/12/12 | Gwynne | Reviewed cases in research file r | 0.50 |
| 07/12/12 | Gwynne | Conference with D. Bettino and M. Geurin re: v defenses in PA foreclosure action and preparation of brief | 0.30 |
| 07/15/12 | Jaworski | Review e-mails from M. Guerin and D. Bettino re ___ and respond. | 0.60 |
| 07/16/12 | Jaworski | Review file, e-mail change and expert report; provide comments to M. Guerin re expert report; r | 2.60 |
| 07/17/12 | Jaworski | Review follow-up from D. Bettino ; respond. | 0.10 |
| 07/17/12 | Jaworski | Review e-mail from J. Newton ___ nd respond. | 0.10 |
| 07/17/12 | Jaworski | Review e-mail and mark-up of draft brief from D. Bettino and respond. | 0.50 |
| 07/19/12 | Jaworski | Review e-mail and attachment from D. Bettino and respond | 0.20 |
| 07/20/12 | Jaworski | Review e-mail from M. Guerin ___ nd respond; review e-mail from D. Bettino re same and respond. | 0.50 |
| 07/24/12 | Jaworski | Review e-mail from M. Guerin re ___ ent and respond. | 0.20 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)

Invoice Number  2301139

August 13, 2012

Page    3

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/26/12 | Jaworski | Review e-mail from D. Bettino -- and respond. | 0.10 |
| 07/26/12 | Jaworski | Review e-mail from M. Guerin re who should respond to QWR, and respond. | 0.10 |
| 07/27/12 | Jaworski | Review e-mail from M. Guerin re H    eview    perform analysis and e-mail M. Guerin with results. | 1.20 |
| 07/27/12 | Jaworski | Review e-mail from D. Bettino re citations for HOEPA analysis; review Reg. Z and provide comments. | 0.20 |
| 07/16/12 | Hager | Reviewed emails from and drafted emails to M. Guerin and D. Bettino re:court ordered request to stipulate to applicable defenses to foreclosure | 0.70 |
| 07/16/12 | Hager | Reviewed counterclaims and letter to borrower and provided advice to M. Guerin and D. Bettino re:same | 1.30 |
| 07/17/12 | Hager | Conf with M. Gurein re:issues for draft brief | 0.30 |
| 07/17/12 | Hager | Phone call with D. Bettino re:issues for brief | 0.20 |
| 07/17/12 | Hager | Reviewed and revised brief and provided law concerning TILA rescission as permissible counterclaim in foreclosure | 2.70 |
| 07/03/12 | Axe | Review case file in connection with motion for summary judgment. | 1.00 |
| 07/06/12 | Axe | Prepare opposition to Defendant's Motion to Compel. | 3.20 |
| 07/10/12 | Axe | Review casefile to document all affirmative defenses and counterclaims raised. | 2.00 |
| 07/11/12 | Axe | Prepare opposition to Motion to Compel Discovery and Motion to Extend Discovery deadlines. | 3.50 |
| 07/12/12 | Axe | Prepare opposition to Motion to Compel Discovery and Motion to Extend Discovery deadlines. | 2.00 |
| 07/13/12 | Axe | Conduct research relating to ï    efense to foreclosure action. | 2.20 |
| 07/15/12 | Axe | Conduct research relating to the validity of Defendant's counterclaims in support of Motion for Summary Judgment. | 5.50 |
| 07/16/12 | Axe | Review Taggart's Answers and Counterclaims and prepare outline of affirmative defenses raised. | 2.10 |
| 07/17/12 | Axe | Review provisions of Mortgage Property Insurance Coverage Act in connection with affirmative defenses raised by Taggart. | 0.50 |

887669    Ally Bank                                          Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)          Invoice Number  2301139
August 13, 2012                                              Page    4

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/19/12 | Axe | Review and organize files received from opposing counsel in connection with preparation of dispositive motions. | 3.20 |
| 07/19/12 | Axe | Review case file and prepare draft of facts applicable to motion for summary judgment. | 2.00 |
| 07/24/12 | Axe | Review supplemental discovery responses and compare with prior responses for consistency and discrepancies. | 0.80 |
| 07/24/12 | Axe | Confer with M. Guerin regarding case preparation status. | 0.40 |
| 07/26/12 | Axe | Prepare Affidavit in Support of Motion for Summary Judgment. | 3.00 |
| 07/27/12 | Axe | Compare documents produced by all parties in litigation and generate master inventory. | 6.50 |
| 07/30/12 | Axe | Conduct research relating .    '    in connection with motion for summary judgment. | 3.50 |
| 07/30/12 | Axe | Review and revise affidavit in support of motion for summary judgment and prepare supporting exhibits. | 1.90 |
| 07/30/12 | Axe | Compare documents produced by all parties in litigation and generate master inventory. | 2.00 |
| 07/31/12 | Axe | Review and revise affidavit in support of motion for summary judgment and prepare supporting exhibits. | 0.80 |
| 07/31/12 | Axe | Review and revise supplemental discovery responses and generate index of documents needed from client. | 1.70 |
| 07/01/12 | Guerin | Attend to correspondence from Bankruptcy counsel, and review of counterclaims relating to same. | 0.40 |
| 07/01/12 | Guerin | Attend to file administration. | 0.20 |
| 07/02/12 | Guerin | Attend to billing from court reporter. | 0.10 |
| 07/02/12 | Guerin | Review notice of new court filing quashing appeal 1305 EDA 2012 and review appellate files regarding same. | 0.20 |
| 07/02/12 | Guerin | Email communications with J.Newton regarding bankruptcy and Taggart's counterclaims. | 0.10 |
| 07/03/12 | Guerin | Communications with J.Newton and C.Bonello regarding case status for purposes of bankruptcy filing. | 0.30 |
| 07/05/12 | Guerin | Internal communications regarding Motion to Compel. | 0.10 |
| 07/09/12 | Guerin | Review letter correspondence from Mr. Taggart, and prior analysis and communications; Email communications with C.Bonello and D.Bettino regarding same. | 0.70 |
| 07/09/12 | Guerin | Attend to Taggart's recent settlement proposal and communications with client and D.Bettino regarding same. | 0.30 |

887669    Ally Bank                                               Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)                Invoice Number  2301139
August 13, 2012                                                   Page    5

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/09/12 | Guerin | Attend to case management and confer with B.Axe regarding same. | 0.20 |
| 07/10/12 | Guerin | Review        legal analyses for purposes of summary judgment motion. | 0.30 |
| 07/10/12 | Guerin | Email communications from C.Bonello regarding Taggart's revised modification settlement offer and affiant for Motion for Summary Judgment. | 0.10 |
| 07/10/12 | Guerin | Attend to opposition to Taggart Motions to Extend Discovery and to Compel GMAC to give further discovery. | 0.20 |
| 07/10/12 | Guerin | Email communications with D.Bettino and B.Axe regarding opposing Motion to Compel and Motion for Summary Judgment. | 0.20 |
| 07/10/12 | Guerin | Attend to Motion for Summary Judgment and work on affidavit in support of same. | 1.00 |
| 07/10/12 | Guerin | Attend to discovery issues; Email communications with Defendant regarding same purported sending of supplemental request to Mr. Suglia. | 1.80 |
| 07/10/12 | Guerin | Attend to Motion for Summary Judgment planning; Confer with B.Axe regarding same. | 0.30 |
| 07/11/12 | Guerin | Draft Suglia Affidavit in Support of Opposition to Motions to Compel and Extend Discovery; and communications internally and with prior counsel regarding same. | 1.20 |
| 07/11/12 | Guerin | Confer with B.Axe regarding opposition to Motion to Extend Discovery Deadline. | 0.10 |
| 07/11/12 | Guerin | Attend to Opposition to Motion to Compel and Motion to Extend Discovery; Communications with Bankruptcy Counsel J. regarding same; Confer with prior counsel regarding same. | 1.50 |
| 07/11/12 | Guerin | Attend to supplemental unverified discovery responses. | 1.90 |
| 07/11/12 | Guerin | Review and edit draft opposition brief regarding extension; Confer with B.Axe regarding same. | 1.20 |
| 07/11/12 | Guerin | Receive and review Bankruptcy Notice from Princeton office and internal communications regarding same. | 0.10 |
| 07/11/12 | Guerin | Document review and internal communications regarding escrow analysis and Taggart's expert report. | 0.80 |
| 07/12/12 | Guerin | Email communications with C.Bonello regarding strategy | 0.20 |
| 07/12/12 | Guerin | Email communications with J.Newton regarding Bankruptcy hearing. | 0.10 |

887669    Ally Bank                                                    Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)                      Invoice Number  2301139
August 13, 2012                                                         Page      6

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/12/12 | Guerin | Prepare for conference call regarding Bankruptcy hearing. | 0.40 |
| 07/12/12 | Guerin | Edit and revise opposition to Taggart Discovery Extension Motion and Motion to Compel, accompanying exhibits; Confer with C.Bonello, D.Bettino and B.Axe regarding same; Facilitate filing and service of same. | 6.10 |
| 07/12/12 | Guerin | Attend to bankruptcy court requirements, bankruptcy counsel's requests, and communications regarding bankruptcy court directives. | 1.60 |
| 07/12/12 | Guerin | Attend to Bankruptcy counsel's request to draft letter to Mr. Taggart addressing every counterclaim for presentation to the bankruptcy court and in response to court's requirement that we attempt to stipulate to claims properly proceeding in foreclosure action. | 2.30 |
| 07/13/12 | Guerin | Email communications with C.Bonello regarding loan ownership for and coordination of loan and other documents needed for summary judgment preparation. | 1.50 |
| 07/13/12 | Guerin | Attend to filing issues and follow up with court notices. | 0.30 |
| 07/13/12 | Guerin | Work on issues relating to and draft letter to Defendant per BK counsel request and related court order. | 3.40 |
| 07/13/12 | Guerin | Confer with B.Axe regarding Motion for Summary Judgment issues. | 0.20 |
| 07/16/12 | Guerin | Attend to bankruptcy related issues, including phone calls and communications with bankruptcy counsel, internally, and with Defendant, drafting mutual request for extension for foreclosure action and facilitating filing of same. | 10.40 |
| 07/17/12 | Guerin | Confer with B.Axe, L.Bernstein and L.Abbott on research needs including | 0.40 |
| 07/17/12 | Guerin | Attend to case administration and internal communications relating to same. | 2.40 |
| 07/17/12 | Guerin | Work on briefing for bankruptcy court. | 3.00 |
| 07/18/12 | Guerin | Internal communications regarding bankruptcy court briefing. | 0.30 |
| 07/18/12 | Guerin | Attend to summary judgment preparation. | 0.30 |
| 07/18/12 | Guerin | Conduct and review research regarding foreclosure defense, | 1.40 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
August 13, 2012

Invoice Number  2301139
Page      7

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/19/12 | Guerin | Perform research regarding third amended counterclaims. | 2.10 |
| 07/19/12 | Guerin | Attend to bankruptcy issues, new federal filing, related foreclosure issues and internal communications regarding same. | 7.20 |
| 07/19/12 | Guerin | Conference call with D.Bettino and Bankruptcy counsel regarding stipulations and briefing before bankruptcy court. | 0.80 |
| 07/20/12 | Guerin | Attend to summary judgment and outlining legal arguments addressing 32 counterclaims. | 4.90 |
| 07/20/12 | Guerin | Attend to case administration, including as regards Taggart's June correspondence and appeal. | 1.10 |
| 07/21/12 | Guerin | Review and annotate caselaw ; defense to foreclosure. | 1.20 |
| 07/23/12 | Guerin | Attend to breach of contract argument relating to lender placed insurance and review of recent HSBC case relating to lender placed insurance issues. | 1.30 |
| 07/23/12 | Guerin | Review research results, ( insurance. | 0.90 |
| 07/23/12 | Guerin | Confer with J.Martin and B.Axe re: tasks to complete in support of summary judgment. | 0.10 |
| 07/23/12 | Guerin | Prepare for call with counsel for J.Stephan and email communications with C.Bonello and N.Campbell regarding same. | 0.40 |
| 07/23/12 | Guerin | Attend to drafting motion for summary judgment, including TILA argument and HOEPA secondary/alternative analysis. | 1.70 |
| 07/23/12 | Guerin | Attend to file and internal communications relating to same. | 0.10 |
| 07/23/12 | Guerin | Confer with J.Martin regarding discovery responses relating to Taggart's principal place of residence. | 0.30 |
| 07/24/12 | Guerin | Attend to new federal case and confer with H.Reichner regarding same. | 0.60 |
| 07/24/12 | Guerin | Attend to strategy and motion task planning; Internal communications relating to same; Meet with B.Axe regarding same. | 1.50 |
| 07/24/12 | Guerin | Attend conference call regarding newly filed suit with counsel for Phelan. | 0.30 |
| 07/24/12 | Guerin | Attend to drafting affidavit in support of summary judgment. | 1.40 |
| 07/24/12 | Guerin | Attend to Notice issues and review research regarding same. | 0.90 |
| 07/24/12 | Guerin | Return call to G.Schwab, counsel for J.Stephan. | 0.10 |

887669    Ally Bank                                                    Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)                     Invoice Number  2301139
August 13, 2012                                                        Page      8

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/24/12 | Guerin | Attend to summary judgment issues; | 6.80 |
| | | ; Internal communications regarding same. | |
| 07/24/12 | Guerin | Attend to Taggart correspondence relating to recent change to lender placed insurance effective date. | 0.40 |
| 07/25/12 | Guerin | Attend to strategy concerns, | 0.30 |
| 07/25/12 | Guerin | Attend to drafting summary judgment motion. | 3.20 |
| 07/25/12 | Guerin | Review research results and incorporate questions for analysis into the chronology | 2.10 |
| 07/25/12 | Guerin | Attend to Taggart correspondence, drafting acknowledgement and facilitate calendaring and substantive response. | 0.30 |
| 07/25/12 | Guerin | Review and annotate relevant caselaw. | 2.00 |
| 07/25/12 | Guerin | Attend to file administration and preparation of exhibit lists, and internal communications with B.Axe and J.Martin regarding same. | 0.40 |
| 07/26/12 | Guerin | Attend to case management and strategy issues relating to discovery, motions practice, discovery motions, and bankruptcy counsel's requests regarding stipulation as to stay relief. | 0.80 |
| 07/26/12 | Guerin | Attend to Taggart correspondence regarding lender placed insurance notice and communication response. | 0.60 |
| 07/26/12 | Guerin | Attend to bankruptcy counsel's communications and intended proposal for stipulation regarding foreclosure. | 0.40 |
| 07/26/12 | Guerin | Confer with B.Axe and work on development of affidavit in support of Motion for Summary Judgment. | 0.90 |
| 07/26/12 | Guerin | Attend to legal arguments for summary judgment motion and work with B.Axe on development of exhibits for affidavit in support. | 5.80 |
| 07/26/12 | Guerin | Review Taggart discovery responses. | 0.60 |
| 07/27/12 | Guerin | Attend to review and edit of affidavit in support summary judgment and exhibits. | 0.80 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)

Invoice Number  2301139

August 13, 2012

Page    9

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/27/12 | Guerin | Attend to Superior Court notice of docketing of appeal for 1972-EDA 2012, and internal communications regarding same. | 0.30 |
| 07/27/12 | Guerin | Attend to Bankruptcy and summary judgment briefing and internal communications relating to same, along with incorporation of authorities from and into motion for summary judgment. | 5.80 |
| 07/27/12 | Guerin | Attend to supplemental discovery production issues including collateral file and insurance documentation, and confer with B.Axe regarding same, as well as development of exhibit list. | 0.70 |
| 07/27/12 | Guerin | Attend to summary judgment planning and tasks management. | 0.50 |
| 07/30/12 | Guerin | Call with Taggart oppos counsel regarding pending litigation. | 0.40 |
| 07/15/12 | Prather | Researched Pennsylvania case law re: ⌐defense to foreclosure | 2.30 |
| 07/16/12 | Prather | Researched Pennsylvania case law re:          defense to foreclosure | 1.30 |
| 07/19/12 | Prather | Reviewed Pennsylvania case law re:        PA consumer protection law | 1.80 |
| 07/20/12 | Prather | Reviewed Pennsylvania case law re: foreclosure defenses | 0.70 |
| 07/27/12 | Prather | Research re:          .          RESPA | 1.10 |
| 07/17/12 | Abbott | Research Mortgage Property Insurance Coverage Act. | 1.80 |
| 07/17/12 | Abbott | Communicate with L. Bernstein regarding research. | 0.10 |
| 07/17/12 | Abbott | Communicate with B. Axe and M. Guerin regarding resaerch. | 0.30 |
| 07/17/12 | Abbott | Draft summary of research | 0.40 |
| 07/19/12 | Abbott | Draft outline of argument for M. Guerin and B. Axe. | 0.50 |
| 07/30/12 | Abbott | Research          statutory interpretation. | 1.30 |
| 07/31/12 | Abbott | Draft/revise summary of ł | 2.30 |
| 07/23/12 | Martin | Discussed case and strategy with M. Guerin and began to compile and review documets regarding the same. | 0.90 |

887669    Ally Bank

Reed Smith LLP

60007    Taggart Foreclosure (09-25338 Montgo CCP)
August 13, 2012

Invoice Number  2301139
Page    10

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/24/12 | Martin | Draft summary of                                 deposition of K. Taggert | 2.20 |
| 07/25/12 | Martin | Reviewed Taggart's first and second sets of discovery responses | 4.20 |
| 07/26/12 | Martin | Reviewed GMAC's responses to Taggarts interrogatories and | 2.70 |
| 07/27/12 | Martin | Reviewed GMAC discover responses | 2.90 |
| 07/17/12 | DeMaris | GUERIN - Case pull: | 0.20 |
| 07/20/12 | DeMaris | GUERIN - Secondary sources research: | 0.20 |

Total Hours    209.50

| Time Summary | Hours | Rate | Value |
|------|------|------|------|
| Leonard A. Bernstein | 1.70 | at $ 530.00 = | 901.00 |
| Diane A. Bettino | 11.50 | at $ 475.00 = | 5,462.50 |
| Kurt F. Gwynne | 2.10 | at $ 550.00 = | 1,155.00 |
| Robert M. Jaworski | 6.40 | at $ 475.00 = | 3,040.00 |
| Barbara K. Hager | 5.20 | at $ 350.00 = | 1,820.00 |
| Bailey E. Axe | 47.80 | at $ 295.00 = | 14,101.00 |
| Maria T. Guerin | 107.60 | at $ 345.00 = | 37,122.00 |
| Roy Prather | 7.20 | at $ 295.00 = | 2,124.00 |
| Lauren A. Abbott | 6.70 | at $ 295.00 = | 1,976.50 |
| Josh Martin | 12.90 | at $ 175.00 = | 2,257.50 |
| Scott DeMaris | 0.40 | at $ 150.00 = | 60.00 |

Total Fees    70,019.50

**Total this Invoice**    **$ 70,019.50**

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

## *REMITTANCE PAGE*
### Please return this page with your payment

Carol Bonello
Litigation Case Manager
Ally Financial Inc.
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034

August 13, 2012

**Re: Taggart Foreclosure (09-25338 Montgo CCP)**

Client's Reference No: 695146

| | |
|---|---|
| Invoice Number: | 2301139 |
| Client Number: | 887669 |
| Matter Number: | 60007 |

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Jul 12, 2012 | 2288440 | 14,359.00 | 0.00 | $  14,359.00 |
| Sep 21, 2012 | 2316349 | 2,107.95 | 0.00 | 2,107.95 |
| Sep 25, 2012 | 2317249 | 8,935.50 | 0.00 | 8,935.50 |
| Sep 25, 2012 | 2317253 | 53,962.92 | 0.00 | 53,962.92 |
| Oct 11, 2012 | 2325032 | 5,398.50 | 0.00 | 5,398.50 |
| Oct 11, 2012 | 2325036 | 20,475.00 | 0.00 | 20,475.00 |
| Aug 13, 2012 | 2301139 | 70,019.50 | 0.00 | 70,019.50 |
| | | Total Fees and Expenses Due | | $  175,258.37 |

***Total Balance Due Upon Receipt***          $  **175,258.37**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 7777-W4055*
*Philadelphia, PA 19175-4055*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**

## **Exhibit 2**

*Un paid*

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Natasha Campbell, Esq.                                                    September 18, 2012
Ally Bank
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA  19034

Client/Matter Contact: Sharon Sims
**Re: Moffitt Class Action Litigation**

| | |
|---|---|
| Invoice Number: | 2314787 |
| Client Number: | 887669 |
| Matter Number: | 60176 |

For Professional Services Rendered Through August 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/01/12 | Martin | Review court of appeals decision | 0.40 |
| 08/11/12 | Martin | Provide input on possible publication of Court of Appeals opinion. | 0.10 |
| 08/14/12 | Martin | Review petition for rehearing and order on stay of mandate regarding same. | 0.20 |
| 08/28/12 | Martin | Review order denying rehearing. | 0.10 |
| 08/01/12 | McIntyre | Prepare and forward analysis of Fourth Circuit decision to B Thompson. | 0.70 |
| 08/01/12 | McIntyre | Discuss Fourth Circuit decision with B Thompson. | 0.40 |
| 08/09/12 | McIntyre | Respond to request for information from B Yanci. | 1.10 |
| | | Total Hours | 3.00 |

| Time Summary | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James C. Martin | 0.80 | at $ | 550.00 | = | 440.00 |
| John M McIntyre | 2.20 | at $ | 475.00 | = | 1,045.00 |

|  |  |
|---|---|
| Total Fees | 1,485.00 |

| ***Total this Invoice*** | **$ 1,485.00** |
|---|---|

| | | | |
|---|---|---|---|
| Inception to Date Fees: | 19,965.00 | Year to Date Fees: | 19,965.00 |

Unpaid

# ReedSmith

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Natasha Campbell, Esq.                                                    August 13, 2012
Ally Bank
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA  19034

Client/Matter Contact: Sharon Sims
**Re: Moffitt Class Action Litigation**          Invoice Number:     2301129
                                                 Client Number:       887669
                                                 Matter Number:        60176

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/13/12 | Bird | Review recent Ninth Circuit decision | 0.70 |

| | | Total Hours | 0.70 |
|--|--|------------|------|

| Time Summary | Hours | Rate | Value |
|--------------|-------|------|-------|
| David J. Bird | 0.70 | at $ 350.00 = | 245.00 |

|  | Total Fees | 245.00 |
|--|-----------|--------|

|  | *Total this Invoice* | **$ 245.00** |
|--|---------------------|--------------|

| Inception to Date Fees: | 18,480.00 | Year to Date Fees: | 18,480.00 |
|-------------------------|-----------|--------------------|-----------|
| Inception to Date Expenses: | 910.82 | Year to Date Expenses: | 910.82 |

**Exhibit 3**

US_ACTIVE-111408609.1-LSZABEL 12/17/2012 5:21 PM

# ReedSmith

*Unpaid*

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Fax: 215-851-1420
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Natasha Campbell, Esq.                                                August 13, 2012
Ally Bank
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA  19034

Client/Matter Contact: David G. Hagens
**Re: Dalton**

| | |
|---|---|
| Invoice Number: | 2301130 |
| Client Number: | 887669 |
| Matter Number: | 60177 |

For Professional Services Rendered Through July 31, 2012

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/03/12 | Lefton | Review recent court filings. | 0.10 |
| 07/10/12 | Lefton | Review recent Ninth Circuit filings. | 0.50 |
| 07/11/12 | Lefton | Review recent Ninth Circuit filings. | 1.60 |
| 07/12/12 | Lefton | Review recent filings. | 1.40 |
| 07/13/12 | Lefton | Review recent filings. | 1.50 |
| 07/30/12 | Lefton | Review recent Ninth Circuit filings. | 2.80 |
| 07/31/12 | Lefton | Review recent Ninth Circuit filings. | 1.50 |
| | | Total Hours | 9.40 |

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| Ira S. Lefton | 9.40 at | $ 475.00 = | 4,465.00 |

|  |  |
|---|---|
| Total Fees | 4,465.00 |
| ***Total this Invoice*** | **$ 4,465.00** |

| | | | |
|---|---|---|---|
| Inception to Date Fees: | 11,542.50 | Year to Date Fees: | 11,542.50 |
| Inception to Date Expenses: | 0.00 | Year to Date Expenses: | 0.00 |

**Exhibit 4**

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 11-17645 | **Docketed:** 11/03/2011 |
| **Nature of Suit:** 3220 Foreclosure | |
| Josefa Lopez, et al v. Executive Trustee Service, et al | |
| **Appeal From:** U.S. District Court for Nevada, Reno | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** null

**Originating Court Information:**
   **District:** 0978-3 : 3:09-cv-00180-ECR-VPC
   **Trial Judge:** Edward C. Reed, Junior, Senior District Judge
   **Date Filed:** 04/08/2009

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 12/01/2010 | 12/02/2010 | 11/02/2011 | 11/02/2011 |

| 06/05/2012 | ☐ 64<br>2 pg, 26.17 KB | Filed clerk order (Deputy Clerk: LBS): Capital One's motion to dismiss Capital One and Specialized Loan Servicing, LLC., from the appeal is construed as a motion to correct the case caption. So construed, the motion is granted. The Clerk shall correct court records to show that Capital One and Specialized Loan Servicing, LLC., are not parties to this case. Appellants' motion for an extension of time to file the opening brief is granted. The opening brief is due June 11, 2012; the answering brief is due July 11, 2012; and the optional reply brief is due within 14 days after service of the answering brief.[8202432] (WL) |
| 06/05/2012 | ☐ 65 | Terminated Appellees Capital One and Specialized Loan Servicing LLC in 11-17645 [8202435] (WL) |
| 06/07/2012 | ☐ 66<br>93 pg, 1.44 MB | Filed (ECF) Appellee Citimortgage, Inc. Motion for miscellaneous relief [to Correct Case Caption]. Date of service: 06/07/2012. [8205463] (TVP) |
| 06/07/2012 | ☐ 67<br>1 pg, 23.46 KB | Filed clerk order (Deputy Clerk: TAH): The motion of defendant CitiMortgage, Inc., to correct the case caption is granted. The Clerk shall correct court records to show that CitiMortgage, Inc., is not a party to this case [8206590] (WL) |
| 06/07/2012 | ☐ 68 | Terminated Appellee Citimortgage, Inc. in 11-17645 [8206595] (WL) |
| 06/11/2012 | ☐ 69<br>33 pg, 479.57 KB | Submitted (ECF) Opening brief for review. Submitted by Appellants Jose Trinidad Casas, Maria C. Casas, Michellina Evenson, Tyrone Evenson, Patrick Frankoski, Lyndon B. Graves, Bryan Gray, Helen Gray, Josefa S. Lopez and Christopher Peternell. Date of service: 06/11/2012. [8210136] (TH) |
| 06/11/2012 | ☐ 70<br>2 pg, 8.12 KB | Filed clerk order: The opening brief [69] submitted by appellants is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: blue. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [8210197] (LA) |
| 06/12/2012 | ☐ 71<br>167 pg, 1.58 MB | Filed (ECF) Appellee GE Money Bank Motion to dismiss party from case. Date of service: 06/12/2012. [8210786]--[COURT UPDATE: Attached corrected motion and Exhibits. Resent NDA. 06/14/2012 by RY] (ARL) |
| 06/12/2012 | ☐ 72 | Filed Appellants' excerpts of record in 1 volume. Served on 06/11/2012. [8213493] (LA) |
| 06/14/2012 | ☐ 73 | Received 7 paper copies of Opening brief [69] filed by Jose Trinidad Casas, Maria C. Casas, Michellina Evenson, Tyrone Evenson, Patrick Frankoski, Lyndon B. Graves, Bryan Gray, Helen Gray, Josefa S. Lopez and Christopher Peternell. [8215405] (DB) |
| 06/15/2012 | ☐ 74<br>2 pg, 180.35 KB | Filed (ECF) Appellants Jose Trinidad Casas, Maria C. Casas, Michellina Evenson, Tyrone Evenson, Patrick Frankoski, Lyndon B. Graves, Bryan Gray, Helen Gray, Josefa S. Lopez and Christopher Peternell response non-opposing motion (,motion for miscellaneous relief (to be used only if no other relief applies)). Date of service: 06/15/2012. [8215774] (TH) |
| 06/15/2012 | ☐ 75<br>1 pg, 23.84 KB | Filed clerk order (Deputy Clerk: TAH): The motion of defendant GE Money Bank to correct the case caption is granted. The Clerk shall correct court records to show that GE Money Bank is not a party to this case. [8216607] (WL) |
| 06/15/2012 | ☐ 76 | Terminated Appellee GE Money Bank in 11-17645 [8216609] (WL) |
| 06/26/2012 | ☐ 77<br>101 pg, 3.98 MB | Filed (ECF) Appellee FHLMC Motion to dismiss party from case. Date of service: 06/26/2012. [8228414] (MSL) |
| 06/27/2012 | ☐ 78<br>2 pg, 25.85 KB | Filed clerk order (Deputy Clerk: TAH): The motion of defendants Federal Home Loan Corporation ("Freddie Mac")and Federal National Mortgage Association ("Fannie Mae") to correct the case caption is granted. The Clerk shall correct court records to show that the noted defendant are not parties to this case. This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b). [8229484] (WL) |
| 06/27/2012 | ☐ 79 | Terminated Appellees FHLMC and Federal National Mortgage Association in 11-17645 [8229494] (WL) |
| 06/27/2012 | ☐ 80<br>100 pg, 877.46 KB | Filed (ECF) Appellee T.D. Service Company Motion for miscellaneous relief [To Correct Case Caption]. Date of service: 06/27/2012. [8230009] (KS) |
| 06/29/2012 | ☐ 81<br>4 pg, 21.24 KB | Filed (ECF) Appellees Bank of America, NA, Countrywide Home Loans, Inc., Reconstruct and Wells Fargo Bank, NA notice of joint brief (Answering). Date of service: 06/29/2012. [8233865] (TH) |
| 06/29/2012 | ☐ 82<br>85 pg, 1.47 MB | Filed (ECF) Appellee HSBC Mortgage Corporation (USA) Motion to dismiss the case. Date of service: 06/29/2012. [8233905] (ES) |
| 07/02/2012 | ☐ 83 | ENTRY UPDATED. ORIGINAL TEXT: Filed notice of joint brief by Appellees Bank of America, NA, Countrywide Home Loans, Inc., Reconstruct and Wells Fargo Bank et al. NA. Briefing schedule is now as follows: Joint answering brief for Bank of America, NA, Countrywide Home Loans, Inc., Reconstruct and Wells Fargo Bank, NA due date will be extensded for 21 days and the size enlarged by 5 monotype pages or 1,400 words. [8234277][Edited 07/02/2012 by JFF][Edited 07/05/2012 by JFF] (JFF) |

| | | |
|---|---|---|
| 07/03/2012 | ☐ 84<br>2 pg, 25.62 KB | Filed clerk order (Deputy Clerk: TAH): The motions of defendants T.D. Service Company and HSBC Mortgage Corporation, U.S.A., to correct the case caption are granted. The Clerk shall correct court records to show that the noted defendants are not parties to this case. This order was issued prior to the expiration of time within which a response may be filed. Fed. R. App. P. 27(b). [8235913] (WL) |
| 07/03/2012 | ☐ 85 | Terminated Appellees HSBC Mortgage Corporation (USA) and T.D. Service Company in 11-17645 [8235928] (WL) |
| 07/03/2012 | ☐ 86<br>87 pg, 1.48 MB | Filed (ECF) Appellees MERSCORP, Inc., Merscorp. Inc. and Mortgage Electronic Registration Systems Inc. Motion to dismiss the case. Date of service: 07/03/2012. [8236668] (ES) |
| 07/20/2012 | ☐ 87<br>1 pg, 23.43 KB | Filed clerk order (Deputy Clerk: TAH): The motions of defendants MERSCORP, Inc., and Mortgage Electronic Systems, Inc., to correct the case caption are granted. The Clerk shall correct court records to show that the noted defendants are not parties to this case. [8257539] (WL) |
| 07/20/2012 | ☐ 88 | Terminated Appellees MERSCORP, Inc., Merscorp. Inc. and Mortgage Electronic Registration Systems Inc. in 11-17645 [8257546] (WL) |
| 07/31/2012 | ☐ 89<br>51 pg, 134.24 KB | Submitted (ECF) Answering brief for review. Submitted by Appellees Bank of America, NA, Countrywide Home Loans, Inc., National City Bank, National City Corporation, National City Mortgage, PNC Financial Services, Inc., Reconstruct, Wells Fargo Bank, NA, Wells Fargo Home Equity and Wells Fargo Home Mortgage, Inc.. Date of service: 07/31/2012. [8270603] (TH) |
| 07/31/2012 | ☐ 90<br>2 pg, 8.1 KB | Filed clerk order: The answering brief [89] submitted by Bank of America, NA, Countrywide Home Loans, Inc., National City Bank, National City Corporation, National City Mortgage, PNC Financial Services, Inc., Reconstruct, Wells Fargo Bank, NA, Wells Fargo Home Equity and Wells Fargo Home Mortgage, Inc. is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [8270665] (LA) |
| 07/31/2012 | ☐ 93 | Filed Appellees' supplemental excerpts of record on appeal in 3 volumes. [8273532] (LA) |
| 08/01/2012 | ☐ 91 | Oral extension by phone of time to file the reply brief for appellants Jose Trinidad Casas, Maria C. Casas, Michellina Evenson, Tyrone Evenson, Patrick Frankoski, Lyndon B. Graves, Bryan Gray, Helen Gray, Josefa S. Lopez and Christopher Peternell is granted. The reply brief is due August 31, 2012. [8270948] [11-17645] (AT) |
| 08/01/2012 | ☐ 92<br>1 pg, 106.74 KB | Filed (ECF) Appellants Jose Trinidad Casas, Maria C. Casas, Michellina Evenson, Tyrone Evenson, Patrick Frankoski, Lyndon B. Graves, Bryan Gray, Helen Gray, Josefa S. Lopez and Christopher Peternell Correspondence: Letter confirming 14 day extension to file Reply Brief. Date of service: 08/01/2012 [8270985] (TH) |
| 08/02/2012 | ☐ 94 | Received 7 paper copies of Answering brief [89] filed by Bank of America, NA, et al. [8274172] (SD) |
| 08/31/2012 | ☐ 95<br>13 pg, 386.15 KB | Submitted (ECF) Reply brief for review. Submitted by Appellants Jose Trinidad Casas, Maria C. Casas, Michellina Evenson, Tyrone Evenson, Patrick Frankoski, Lyndon B. Graves, Bryan Gray, Helen Gray, Josefa S. Lopez and Christopher Peternell. Date of service: 08/31/2012. [8307236] (TH) |
| 08/31/2012 | ☐ 96<br>2 pg, 86.1 KB | Filed clerk order: The reply brief [95] submitted by appellants is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: gray. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [8308007] (JB) |

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 11-17663 | **Docketed:** 11/04/2011 |
| **Nature of Suit:** 4290 Other Real Property Actions | |
| Joseph Green, et al v. Countrywide Home Loans, Inc., et al | |
| **Appeal From:** U.S. District Court for Nevada, Reno | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** null

**Originating Court Information:**
   **District:** 0978-3 : 3:09-cv-00374-ECR-GWF
   **Trial Judge:** Edward C. Reed, Junior, Senior District Judge
   **Date Filed:** 07/10/2009

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 01/12/2010 | 01/12/2010 | 11/02/2011 | 11/03/2011 |

| 05/01/2012 | ☐ 100 <br> 3 pg, 15.08 KB | Filed (ECF) Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Douglas B. Moore, Doug Moreau, Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano reply to response (, , , , , , ). Date of service: 05/01/2012. [8160754] (TH) |
| 05/01/2012 | ☐ 101 <br> 3 pg, 15.13 KB | Filed (ECF) Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Douglas B. Moore, Doug Moreau, Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano reply to response (). Date of service: 05/01/2012. [8160856] (TH) |
| 05/01/2012 | ☐ 102 <br> 2 pg, 67.53 KB | Filed (ECF) Appellee NDEX West, LLC response joining motion (). Date of service: 05/01/2012. [8160863] (AJD) |
| 05/07/2012 | ☐ 103 <br> 4 pg, 35.94 KB | Filed order (SIDNEY R. THOMAS and CONSUELO M. CALLAHAN): Appellants' "emergency motion for stay pending appeal" is denied. See Hilton v. Braunskill, 481 U.S. 770, 776 (1987). Briefing remains stayed in appeal no. 11-17615 pursuant to the court's November 10, 2011 order. Briefing in appeal Nos. 11-17645, 11-17661, 11-17663, 11-17667, and 12-15258 shall proceed according to the briefing schedules established on April 18, 2012. [8167869] [11-17615, 11-17645, 11-17661, 11-17663, 11-17667, 12-15258] (AF) |
| 05/22/2012 | ☐ 104 <br> 4 pg, 106.27 KB | Filed (ECF) Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Douglas B. Moore, Doug Moreau, Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano Motion to extend time to file Opening brief until 06/11/2012 at 05:00 pm. Date of service: 05/22/2012. [8187743] (TH) |
| 05/23/2012 | ☐ 105 <br> 1 pg, 80.76 KB | Filed clerk order (Deputy Clerk: GS): Granting Motion (ECF Filing) motion to extend time to file brief filed by Appellants Jose Lopez, Gustavo Garcia, Joseph Green, David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Carleen Harmon, Robb C. Kelley, Timothy L. King, Carol A. King, Margarita Larkins, John E. Larkins, Gabriel Larkins, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Douglas B. Moore, Doug Moreau, Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Jaime Zamorano, Bret E. Riggs, Steven A. Stapleton and Shendale R. Stapleton Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza Jr., Douglas B. Moore, Doug Moreau, Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano opening brief due 06/11/2012. Appellees AIG United Guaranty Corporation, American Home Mortgage Servicing, Inc., Aurora Loan Services, Bank of America, NA, CR Title Services, Inc., Citimortgage, Inc., Countrywide Home Loans, Inc., Federal Home Loan Mortgage Corporation, Federal National Mortgage Association, Fidelity National Title Insurance Company, G.E. Money Bank, GMAC Mortgage, L.L.C., HSBC Mortgage Corporation, U.S.A., Housekey Financial Corporation, Litton Loan Servicing, MERSCORP, Inc., Mortgage Electronic Registration System, Inc., NDEX West, LLC, National City Bank, National City Corporation, National City Mortgage, National Default Servicing Corporation, OneWest Bank FSB, PNC Financial Services, Inc., Quality Loan Service Corporation, ReconTrust Company, The Bank of New York Mellon and Wells Fargo Bank, NA answering brief due 07/11/2012. The optional reply brief is due 14 days after service of the answering brief. [8188802] (GS) |
| 06/11/2012 | ☐ 106 <br> 30 pg, 273.83 KB | Submitted (ECF) Opening brief for review. Submitted by Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano. Date of service: 06/11/2012. [8210154] (TH) |
| 06/12/2012 | ☐ 107 <br> 1 pg, 80.68 KB | Filed clerk order: The opening brief [106] submitted by the Appellants is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: blue. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [8210727] (GV) |
| 06/12/2012 | | |

| | | |
|---|---|---|
| | ☐ **108**<br>168 pg, 1.6 MB | Filed (ECF) Appellee G.E. Money Bank Motion to dismiss party from case. Date of service: 06/12/2012. [8210795]--[COURT UPDATE: Attached corrected motion and Exhibits. Resent NDA. 06/14/2012 by RY] (ARL) |
| 06/12/2012 | ☐ 109 | Filed Appellants's excerpts of record in 1 volume. Served on 06/11/2012. [8213642] (GV) |
| 06/13/2012 | ☐ 110 | Terminated Anthony J. DiRaimondo for NDex West LLC in 11-17615, NDEX West, LLC in 11-17663 and NDEX West, LLC and LSI Title Agency Inc. in 12-15992, counsel no longer with firm, co-counsel remains. [8213735] [11-17615, 11-17663, 12-15992] (ASW) |
| 06/14/2012 | ☐ **111**<br>168 pg, 1.63 MB | Filed (ECF) Appellee American Home Mortgage Servicing, Inc. Motion to dismiss party from case. Date of service: 06/14/2012. [8214175] (ARL) |
| 06/14/2012 | ☐ 112 | Received 7 paper copies of Opening brief [106] filed by David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano. [8215414] (DB) |
| 06/26/2012 | ☐ **113**<br>106 pg, 4.26 MB | Filed (ECF) Appellee FHLMC Motion to dismiss party from case. Date of service: 06/26/2012. [8228434] (MSL) |
| 06/29/2012 | ☐ **114**<br>4 pg, 28.81 KB | Filed (ECF) Appellees Bank of America, NA, Countrywide Home Loans, Inc., ReconTrust Company and Wells Fargo Bank, NA notice of joint brief (Answering). Date of service: 06/29/2012. [8233856] (TH) |
| 07/02/2012 | ☐ 115 | Filed notice of joint brief by Appellees AIG United Guaranty Corporation, American Home Mortgage Servicing, Inc., Aurora Loan Services, Bank of America, NA, CR Title Services, Inc., Citimortgage, Inc., Countrywide Home Loans, Inc., FHLMC, Federal National Mortgage Association, Fidelity National Title Insurance Company, G.E. Money Bank, GMAC Mortgage, L.L.C., HSBC Mortgage Corporation, U.S.A., Housekey Financial Corporation, Litton Loan Servicing, MERSCORP, Inc., Mortgage Electronic Registration System, Inc., NDEX West, LLC, National City Bank, National City Corporation, National City Mortgage, National Default Servicing Corporation, PNC Financial Services, Inc., Quality Loan Service Corporation, ReconTrust Company, The Bank of New York Mellon and Wells Fargo Bank, NA. Briefing schedule is now as follows: Joint answering brief for AIG United Guaranty Corporation, American Home Mortgage Servicing, Inc., Aurora Loan Services, Bank of America, NA, CR Title Services, Inc., Citimortgage, Inc., Countrywide Home Loans, Inc., Federal Home Loan Mortgage Corporation, Federal National Mortgage Association, Fidelity National Title Insurance Company, G.E. Money Bank, GMAC Mortgage, L.L.C., HSBC Mortgage Corporation, U.S.A., Housekey Financial Corporation, JPMorgan Chase Bank, Litton Loan Servicing, MERSCORP, Inc., Mortgage Electronic Registration System, Inc., NDEX West, LLC, National City Bank, National City Corporation, National City Mortgage, National Default Servicing Corporation, OneWest Bank FSB, PNC Financial Services, Inc., Quality Loan Service Corporation, ReconTrust Company, The Bank of New York Mellon and Wells Fargo Bank, NA due 08/01/2012. Pursuant to Circuit Rule 28-4, the brief's due date will be extended for 21 days and the size enlarged by 5 monotype pages or 1,400 words. The reply brief will be due 14 days from service of the joint answering brief. [8234204] (RL) |
| 07/03/2012 | ☐ **116**<br>105 pg, 1.58 MB | Filed (ECF) Appellees MERSCORP, Inc. and Mortgage Electronic Registration System, Inc. Motion to dismiss the case. Date of service: 07/03/2012. [8236767] (ES) |
| 07/05/2012 | ☐ 117 | COURT DELETED INCORRECT/DUPLICATE ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [118]. Original Text: Submitted (ECF) Answering brief for review. Submitted by Appellee Fidelity National Title Insurance Company. Date of service: 06/15/2012. [8238411] (NA) |
| 07/09/2012 | ☐ **118**<br>20 pg, 269.96 KB | Submitted (ECF) Answering brief for review. Submitted by Appellee Fidelity National Title Insurance Company. Date of service: 06/15/2012. [8241288] (NA) |
| 07/09/2012 | ☐ **119**<br>1 pg, 80.69 KB | Filed clerk order: The answering brief [118] submitted by Fidelity National Title Insurance Company is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [8241551] (GV) |
| 07/16/2012 | ☐ 120 | Received 7 paper copies of Answering brief [118] filed by Fidelity National Title Insurance Company. [8251664] (SD) |
| 07/19/2012 | ☐ **121**<br>1 pg, 23.48 KB | Filed clerk order (Deputy Clerk: GS): GE Money Bank's, American Home Mortgage Servicing, Inc.'s, Freddie Mac and Fannie Mae's, Merscorp, Inc.'s, and Mortgage Electronic Registration Systems, Inc.'s motions to amend the caption is granted. The court records shall be amended to remove GE Money Bank, American Home Mortgage Servicing, Inc., Freddie Mac and Fannie Mae, Merscorp, Inc., and Mortgage Electronic Registration Systems, Inc. from the caption. The optional reply brief remains due after the last served answering brief. [8256165] (SM) |
| 07/19/2012 | ☐ 122 | |

|  |  |  |
|---|---|---|
|  |  | Terminated Appellees American Home Mortgage Servicing, Inc., FHLMC, Federal National Mortgage Association, G.E. Money Bank, MERSCORP, Inc. and Mortgage Electronic Registration System, Inc. [8256241] (HH) |
| 07/19/2012 | ☐ 123<br>4 pg, 182.48 KB | Filed (ECF) Appellee AIG United Guaranty Corporation Stipulated Motion to dismiss party from case. Date of service: 07/19/2012. [8256245] (TSK) |
| 07/27/2012 | ☐ 124<br>1 pg, 23.21 KB | Filed clerk order (Deputy Clerk: GS): The stipulation to dismiss the appeal with prejudice as to appellee AIG United Guaranty only under Federal Rules of Appellate Procedure 42(b) is granted. The costs shall be allocated pursuant to the stipulation. A copy of this order shall act as and for the mandate of this court for appellee AIG United Guaranty only. [8266612] (SM) |
| 08/01/2012 | ☐ 125<br>3 pg, 72.17 KB | Filed (ECF) Appellee Litton Loan Servicing corporate disclosure statement. Date of service: 08/01/2012. [8271739] (BMF) |
| 08/01/2012 | ☐ 126<br>50 pg, 134.36 KB | Submitted (ECF) Answering brief for review. Submitted by Appellees Aurora Loan Services, Bank of America, NA, CR Title Services, Inc., Citimortgage, Inc., Countrywide Home Loans, Inc., HSBC Mortgage Corporation, U.S.A., Housekey Financial Corporation, Litton Loan Servicing, NDEX West, LLC, National City Bank, National City Corporation, National City Mortgage, PNC Financial Services, Inc., ReconTrust Company, The Bank of New York Mellon and Wells Fargo Bank, NA. Date of service: 08/01/2012. [8271904] (TH) |
| 08/01/2012 | ☐ 131 | Filed Appellees' supplemental excerpts of record on appeal in 2 volumes. [8275251] (GV) |
| 08/02/2012 | ☐ 127<br>1 pg, 80.69 KB | Filed clerk order: The answering brief [126] submitted by Aurora Loan Services, Bank of America, NA, Citimortgage, Inc., Countrywide Home Loans, Inc., HSBC Mortgage Corporation, U.S.A., Housekey Financial Corporation, Litton Loan Servicing, NDEX West, LLC, National City Bank, National City Corporation, National City Mortgage, PNC Financial Services, Inc., The Bank of New York Mellon and Wells Fargo Bank, NA is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [8272476] (GV) |
| 08/02/2012 | ☐ 128 | COURT DELETED INCORRECT/DUPLICATE ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [130]. Original Text: Filed (ECF) Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano Correspondence: letter regarding 2 week extension to file Reply Brief. Date of service: 08/02/2012 [8272624] (TH) |
| 08/02/2012 | ☐ 129 | Oral extension granted to appellants. The reply brief is now due 9/4/2012. [8273549] (LBS) |
| 08/03/2012 | ☐ 130<br>1 pg, 123.49 KB | Filed (ECF) Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano Correspondence: Letter regarding 2 week extension to file Reply Brief. Date of service: 08/03/2012 [8273820] (TH) |
| 08/09/2012 | ☐ 133 | Received 7 paper copies of Answering brief [126] filed by Aurora Loan Services, Bank of America, NA, Citimortgage, Inc., Countrywide Home Loans, Inc., HSBC Mortgage Corporation, U.S.A., Housekey Financial Corporation, Litton Loan Servicing, NDEX West, LLC, National City Bank, National City Corporation, National City Mortgage, PNC Financial Services, Inc., The Bank of New York Mellon and Wells Fargo Bank, NA. [8283072] (DB) |
| 08/10/2012 | ☐ 132<br>1 pg, 26.08 KB | Filed order (Appellate Commissioner) The motion of GE Money Bank to modify the caption or, in the alternative, to dismiss the appeal as to movant is denied. The district court order being challenged states that it resolves a motion to dismiss filed by movant. Movant is reminded that it may elect not to file an answering brief. See 9th Cir. R. 31-2.3. The current briefing schedule remains in effect. (Pro Mo) [8282566] (WL) |
| 08/15/2012 | ☐ 134<br>5 pg, 13.73 KB | Filed (ECF) Appellee G.E. Money Bank motion for reconsideration of non-dispositive Appellate Commissioner Order of 08/10/2012. Date of service: 08/15/2012. [8287347] (ARL) |
| 08/28/2012 | ☐ 135<br>6 pg, 41.85 KB | Filed (ECF) Appellants David A. Barron, Marcella A. Barron, John S. Benson, Manuel C. Castillo, Sr., Oscar G. Cortez, Krisztina Dombrovari, Thomas G. Filiatreau, Vicki S. Filiatreau, Gustavo Garcia, Joseph Green, Carleen Harmon, Robb C. Kelley, Carol A. King, Timothy L. King, Gabriel Larkins, John E. Larkins, Margarita Larkins, Jose Lopez, David A. Mahlin, Sandra C. Mahlin, Denise A. Mendoza, Guillermo A. Mendoza, Jr., Douglas B. Moore, Doug Moreau, Dale W. Peterson, Jeri S. Peterson, Nancy Quintero-Orozco, Bret E. Riggs, Shendale R. Stapleton, Steven A. Stapleton and Jaime Zamorano Motion to extend time to file Reply brief until 10/05/2012 at 05:00 pm. Date of service: 08/28/2012. [8302627] (TH) |

| 08/29/2012 | ☐ 136<br>1 pg, 23.89 KB | Filed order (Appellate Commissioner) Appellee GE Money Bank's motion to reconsider the August 10, 2012 order is granted. The August 10, 2012 order is vacated. Appellee GE Money Bank shall be removed from the caption. The appellants' motion for a second extension of time to file the reply brief is granted. The reply brief is due October 5, 2012. (Pro Mo) [8304566] (SM) |
| --- | --- | --- |
| 08/29/2012 | ☐ 137 | Terminated Appellee G.E. Money Bank in 11-17663 [8304688] (HH) |

Reed Smith, LLP
John L. Scott, Esquire
Leonard A. Bernstein, Esquire
599 Lexington Avenue
22nd Florr
New York, NY 10022

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- )
                                                                        )
In re:                                                                  )       Case No. 12-12020 (MG)
                                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                                       )       Chapter 11
                                                                        )
                                                      Debtors.          )       Jointly Administered
---------------------------------------------------------------------- )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below, I caused a true and correct copy of the

**APPLICATION OF REED SMITH, LLP FOR AN AWARD OF COMPENSATION FOR**

**SERVICES RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR THE**

**DEBTORS FOR THE PERIOD JULY 1, 2012 THROUGH JULY 31, 2012** and notice

thereof to be served upon the entities on the attached list by ECF and/or first class mail

By:  /s/ Lauren S. Zabel
         Lauren S. Zabel

Dated: October 19, 2012

# Service List

| **Counsel to Debtor**<br>Morrison & Foerster LLP<br>Attn: Larren M. Nashelsky<br>Gary S. Lee and Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | **United States Trustee**<br>Office of the U.S. Trustee for the Southern<br>District of New York<br>Attn: Tracy Hope Davis<br>Linda A. Rifkin and<br>Brian S. Masumoto<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
|---|---|
| **Counsel for Creditors' Committee**<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein and<br>Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Counsel for Ally Financial Inc**.<br>Kirkland & Ellis<br>Attn: Richard M. Cieri and Ray C. Schrock<br>601 Lexington Avenue<br>New York, NY 10022 |
| **Counsel for Barclays Bank PLC**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kenneth S. Ziman and Jonathan H. Hofer<br>4 Times Square<br>New York, NY 10036 | |