SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Duane M. Geck (Admitted *Pro Hac Vice*)
dmg@severson.com
Donald H. Cram (Admitted *Pro Hac Vice*)
dhc@severson.com

*Special California Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Linda K. Han, depose and say that I am employed by Severson & Werson, PC, the Special California Litigation Counsel to the Debtors and Debtors In Possession.

    A    On December 18, 2012, at the direction of a member of the bar of this Court, I caused the following documents, with exhibits, to be served via Federal Express delivery by enclosing said documents in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List attached hereto as Exhibit A.

1. REPLY OF SEVERSON & WERSON, P.C. AS SPECIAL CALIFORNIA LITIGATION COUNSEL FOR DEBTORS TO THE OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE REGARDING FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE TIME PERIOD MAY 15, 2012 THROUGH AUGUST 31, 2012.

00000.9211/2503167.1

Executed on December 18, 2012, at San Francisco, California.

_____
Linda K. Han

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 18th day of December, 2012, by Linda K. Han, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____
VERONICA J. APPLEBERRY
COMMISSION # 1956211
EXPIRES: NOVEMBER 8, 2015

VERONICA J. APPLEBERRY
Commission # 1956211
Notary Public - California
San Francisco County
My Comm. Expires Nov 8, 2015

**EXHIBIT A**

## SERVICE LIST

**Counsel for Debtors**
Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

**Counsel for Creditors' Committee**
Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036

**Counsel for Barclays Bank PLC**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kenneth S. Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036

**United States Trustee**
Office of the U.S. Trustee for the Southern District of New York
Attn: Tracy Hope Davis, Linda A. Rifkin and Brian S. Masumoto
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

**Counsel for Ally Financial Inc.**
Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022

00000.9211/2503167.1