Reed Smith, LLP
John L. Scott, Esquire
Leonard A. Bernstein, Esquire
599 Lexington Avenue
22nd Floor
New York, NY 10022

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**DECLARATION OF IRA S. LEFTON IN SUPPORT OF REED SMITH LLP'S
REPLY TO OMNIBUS OBJECTION OF UNITED STATES TRUSTEE
REGARDING FEE APPLICATIONS FOR FIRST INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Ira S. Lefton, declare:

1. I am a partner at Reed Smith LLP. I am licensed to practice in the Commonwealth of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the Third Circuit Court of Appeals, the Fourth Circuit Court of Appeals and the Court of Appeals for the Federal Circuit. The facts set forth in this Declaration are true of my own knowledge, and if called as a witness would competently so testify.

2. In support of the Reply of Reed Smith, LLP To Omnibus Objection Of United States Trustee Regarding Fee Applications For First Interim Compensation And Reimbursement of Expenses (the "Reply") and Application of Reed Smith, LLP For An Award Of Compensation

And Reimbursement Of Expenses For Services Rendered As An Ordinary Course Professional For The Debtors For The Period Of August 1, 2012 Through August 31, 2012 (the "Reed Smith August Fee Application"), I declare that I spent a total of 9.4 hours working on the Dalton matter for Debtor Ally Bank.

3. The Dalton matter is a multi-district litigation involving numerous claims asserted by several plaintiffs against multiple defendants. In July 2012, certain of the claims were pending in the District of Nevada and certain other claims were pending in two separate Ninth Circuit appeals (case numbers 11-17645 and 11-17663). During this time, briefing was occurring in all three cases, and Mr. Lefton reviewed the briefs of other parties as they were filed.

4. By way of further elaboration, I made seven time entries in July 2012. On July 3, 2012, I spent 0.1 hour reviewing recent briefs filed in the District of Nevada case. Several appellees filed motions to dismiss themselves from the litigation pending in the Ninth Circuit, and on July 10, 2012 I spent 0.5 hours reviewing the motion of American Home Mortgage Servicing, Inc. to dismiss itself from the 11-17663 matter. On July 11, 2012, I spent 1.6 hours reviewing the answering brief of co-appellee Fidelity National Title Insurance Company in the 11-17663 matter. On July 12, 2012, I spent 1.4 hours reviewing motions to dismiss GE Money Bank, FHLMC and HSBC from the 11-17645 matter. On July 13, I reviewed a motion to dismiss filed by MERS in the 11-17645 matter. On July 30, 2012 I reviewed the joint brief submitted by co-appellees Bank of America, NA, Countrywide Home Loans, Inc. and other appellees in the 11-17645 matter. On July 31, 2012, I reviewed the joint brief filed by co-appellee Aurora Loan Services, Bank of America, NA and other appellees in the 11-17663

matter. See Exhibit 4 (Dalton invoices); Exhibit 5 (Ninth Circuit docket excerpts from 06/01/12 through 08/31/12.

5. Attached as Exhibit 4 to this Reply are true and correct copies of Reed Smith's itemized fee and disbursement statements relating to the Dalton matter for the period of August 1, 2012 through August 31, 2012.

6. All services for which compensation is requested were performed for or on behalf of the Debtor and not on behalf of any other party in interest.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of December, 2012.

Philadelphia, Pennsylvania

Ira S. Lefton