**SEWARD & KISSEL LLP**
Ronald L. Cohen, Esq.
Arlene R. Alves, Esq.
Laurie R. Binder, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1200
Facsimile:   (212) 480-8421

*Attorneys for U.S. Bank National Association,*
*As Master Servicers of Certain Mortgage*
*Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, <u>et al</u>., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**<u>Certificate of Service</u>**

   I, Laurie R. Binder, an attorney duly admitted, hereby certify that on December 14, 2012, I caused a copy of the Objection of The RMBS Trustees to Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 365(a), and 554(a), Fed. R. Bankr. P. 6006 and 9014, and Local Bankruptcy Rule 6006-1 Approving Procedures Regarding The Future Rejection of Executory Contracts and Unexpired Leases, to be served upon the parties listed in the manner indicated on the annexed Service Lists.

                  /S/ Laurie R. Binder
                   Laurie R. Binder

## FACSIMILE SERVICE LIST

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101
Attn.: Centralized Insolvency Operation
Facsimile No.:  (267) 941-1015

U.S. Dept. of Justice
950 Pennsylvania, NW
Attn.: Eric H. Holder, Jr.
Facsimile No.:  (202) 307-6777

SEC
NY Regional Office 3 WTC
Attn.: George S. Canellos
Facsimile No.:  (212) 336-1320

## E-Mail Service List

glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'smartin@mofo.com';
'tracy.davis@usdoj.gov'; 'Brian S. Masumoto Esq. (Brian.Masumoto@usdoj.gov)';
'linda.riffkin@usdoj.gov'; 'askdoj@usdoj.gov'; 'nancy.lord@oag.state.ny.us';
'neal.mann@oag.state.ny.us'; 'joseph.cordaro@usdoj.gov'; 'richard.cieri@kirkland.com';
'ken.ziman@skadden.com'; 'jhofer@skadden.com'; 'ghorowitz@kramer.levin.com';
'Kenneth H. Eckstein (keckstein@kramerlevin.com)';
'jennifer.demarco@cliffordchance.com'; 'adam.lesman@cliffordchance.com';
'newyork@sec.gov'

SK 03687 0119 1343934