Douglas C. Wigley (*pro hac vice*)
**DESSAULES LAW GROUP**
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
Fax 602.274.5401
dwigley@dessauleslaw.com

*Attorney for Creditor Gregory Balensiefer*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>Residential Capital, LLC, *et al.*<br>Debtors. | Chapter 11<br>Case No.12-12020 (MG)<br>(Jointly Administered) |
|---|---|

**CERTIFICATE OF SERVICE**

I, Douglas C. Wigley, attorney for creditor Gregory Balensiefer ("Balensiefer"), do hereby certify that on December 18, 2012 true and correct copies of Balensiefer's *Reply in Support of Motion for Clarification Regarding Relief from Automatic Stay* [Docket No. 2446] were served on:

1. The parties listed on the Special Service List, as indicated in the Monthly Service List dated as of December 3, 2012 [Docket No. 2333], specifically page 1, pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures, via electronic mail and regular mail; and

2. The parties listed on the General Service List, as indicated in the Monthly Service List dated as of December 3, 2012 [Docket No. 2333], specifically pages 2-8, pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures, via electronic mail or regular mail, if no email address is provided.

DATED this 18th day of December, 2012.
Phoenix, Arizona

By: /s/ Douglas C. Wigley
Douglas C. Wigley (*pro hac vice*)
DESSAULES LAW GROUP
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
dwigley@dessauleslaw.com