IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO. _2009-CA-20917_

_GMAC Mortgage, LLC_____,
                Plaintiff,

v.

_Jacques Raphael, et al_____
                Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on (Plaintiff's)/Defendant's _Motion to Dismiss Counterclaims_____ and the Court being fully advised in the premises, it is therefore

ORDERED and ADJUDGED that _Plaintiff's motion is granted as to Defendant's quiet title ~~fraud~~ claim and claim for violation of the Florida Consumer Collection Practices Act and denied as to Defendant's fraud claim. Defendant's FDUTPA claim was withdrawn. On agreement of parties, the attached documents to Plaintiff's motion was stricken._

DONE AND ORDERED at Orlando, Orange County, Florida this __5~~th~~ 4__ day of __April__, 20_12_.

_[signature]_
PRESIDING JUDGE

Copies to:

(02/11)