**Exhibit A**

**Document Review**

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 07/26/2012 | Y. Kuznetsov | $2,479.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (5.7) | ∨ | |
| 07/27/2012 | P. Asnani | $1,566.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (3.6) | ∨ | |
| 07/27/2012 | Y. Kuznetsov | $3,436.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (7.9) | ∨ | |
| 07/28/2012 | Y. Kuznetsov | $1,479.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (3.4) | ∨ | |
| 07/29/2012 | Y. Kuznetsov | $1,827.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (4.2) | ∨ | |
| 07/30/2012 | P. Asnani | $2,697.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.2) | ∨ | |
| 07/30/2012 | Y. Kuznetsov | $2,436.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (5.6) | ∨ | |
| 07/31/2012 | P. Asnani | $1,348.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (3.1) | ∨ | |
| 07/31/2012 | Y. Kuznetsov | $3,005.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.9) | ∨ | |
| 08/01/2012 | Y. Kuznetsov | $2,088.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (4.8) | ∨ | |
| 08/01/2012 | P. Asnani | $1,783.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (4.10) | ∨ | |

CPAM: 5130001.1

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 08/01/2012 | W. Greason | $2,028.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (2.4) | | |
| 08/02/2012 | W. Greason | $3,042.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (3.6) | ∨ | |
| 08/02/2012 | A. Price | $4,061.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.2) | ∨ | |
| 08/02/2012 | P. Asnani | $1,740.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (3.1) | ∨ | |
| 08/02/2012 | Y. Kuznetsov | $3,306.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (7.6) | ∨ | |
| 08/03/2012 | Y. Kuznetsov | $2,436.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (5.6) | ∨ | |
| 08/03/2012 | A. Price | $5,960.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (9.10) | ∨ | |
| 08/06/2012 | W. Greason | $5,239.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.2) | ∨ | |
| 08/06/2012 | Y. Kuznetsov | $1,827.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (4.2) | ∨ | |
| 08/06/2012 | A. Price | $6,681.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (10.20) | ∨ | |
| 08/07/2012 | A. Price | $5,502.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (8.40) | ∨ | |
| 08/07/2012 | P. Asnani | $217.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (0.5) | ∨ | |

CPAM: 5130001.1

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 08/07/2012 | Y. Kuznetsov | $3,306.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (7.6) | V | |
| 08/07/2012 | W. Greason | $3,971.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (4.7) | V | |
| 08/08/2012 | W. Greason | $2,704.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (3.2) | V | |
| 08/08/2012 | Y. Kuznetsov | $2,479.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (5.7) | V | |
| 08/08/2012 | A. Price | $4,323.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.6) | V | |
| 08/08/2012 | C. Miller | $592.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (1.3) | V | |
| 08/09/2012 | P. Asnani | $957.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (1.4) | V | |
| 08/09/2012 | Y. Kuznetsov | $2,697.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.2) | V | |
| 08/09/2012 | J. Narvaez | $1,356.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (2.4) | V | |
| 08/09/2012 | V. Dunn | $4,372.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (5.3) | V | |
| 08/09/2012 | W. Greason | $1,014.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (1.2) | V | |
| 08/10/2012 | Y. Kuznetsov | $3,654.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (8.4) | V | |

CPAM: 5130001.1

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 08/10/2012 | P. Asnani | $2,653.00 | [Redacted] and documents in connection with Examiner investigation in accordance with Court Order Approving Scope of Investigation (6.10) | V | |
| 08/10/2012 | V. Dunn | $5,115.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.2) | V | |
| 08/10/2012 | J. Narvaez | $1,864.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (3.3) | V | |
| 08/10/2012 | M. Szymanski | $1,572.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (2.4) | V | |
| 08/10/2012 | W. Greason | $720.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (1.1) | V | |
| 08/13/2012 | M. Szymanski | $851.50 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (1.3) | V | |
| 08/13/2012 | V. Dunn | $5,445.00 | Review of documents produced in connection w/Examiner investigation in accordance w/Court Order Approving Scope of Investigation (6.6) | V | |
| TOTAL | | $115,834.00 | | | |

CPAM: 5130001.1

12-12020-mg    Doc 2464-1    Filed 12/18/12    Entered 12/18/12 17:13:32    Exhibit
Exhibits A - F    Pg 5 of 12

## Exhibit B

### Otherwise Valid Entries

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 07/23/2012 | H. Seife | $1,293.00 | Prepare for Chambers conference (1.3) | V | |
| 07/27/2012 | T. Zink | $1,026.00 | Review Debtor document production received to date (1.2) | V | Zink is lead lawyer on drafting report. |
| 07/31/2012 | T. Zink | $2,394.00 | Review materials produced by [Redacted] (2.8) | V | |
| 08/01/2012 | R. Gayda | $655.00 | Participate in status conference (1.0) | M | |
| 08/01/2012 | D. LeMay | $925.00 | Attend telephonic hearing regarding subservicing agreement (1.0) | M | |
| 08/02/2012 | R. Gayda | $327.50 | Conference with W. Greason re document review (.5) | V | |
| 08/03/2012 | Y. Kuznetsov | $130.50 | Conference with A. Coronios re: [Redacted] (.3) | V | |
| 08/06/2012 | R. Gayda | $2,030.50 | Review of documents produced in connection with investigation of [Redacted] (3.1) | | |
| TOTAL | | $8,781.50 | | | |

**Exhibit C**

**Docket/Pleading Review**

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 07/16/2012 | M. Distefano | $304.50 | Reviewed case filings (.7) | V | |
| 07/17/2012 | M. Distefano | $87.00 | Reviewed docket filings (.2) | V | |
| 07/18/2012 | M. Distefano | $217.50 | Reviewed case docket filings (.5) | V | |
| 07/19/2012 | M. Distefano | $87.00 | Reviewed docket re new pleadings filed (.2) | V | |
| 07/20/2012 | M. Distefano | $130.50 | Reviewed ResCap case docket filings (.3) | V | |
| 07/23/2012 | M. Distefano | $435.00 | Reviewed case docket filings (.4) | V | |
| 07/25/2012 | M. Distefano | $304.50 | Reviewed case docket items (.7) | V | |
| 07/26/2012 | M. Distefano | $174.00 | Reviewed case docket items (.4) | V | |
| 07/30/2012 | D. LeMay | $1,110.00 | Review all latest court filings (1.20) | V | |
| 07/31/2012 | M. Distefano | $130.50 | Reviewed case docket items (.3) | V | |
| 08/02/2012 | M. Distefano | $130.50 | Reviewed case docket filings (.3) | V | |
| 08/03/2012 | M. Distefano | $87.00 | Reviewed case docket filings (.2) | V | |
| 08/06/2012 | M. Distefano | $130.50 | Reviewed case docket filings (.3) | V | |
| 08/07/2012 | M. Distefano | $174.00 | Reviewed docket filings (.4) | V | |
| 08/07/2012 | M. Distefano | $87.00 | Reviewed hearing agenda (.2) | V | |
| 08/07/2012 | D. LeMay | $1,017.50 | Review all latest court filings (1.1) | V | |
| 08/08/2012 | M. Distefano | $130.50 | Reviewed case docket filings (.3) | V | |
| 08/08/2012 | M. Distefano | $43.50 | Reviewed hearing agendas (.1) | V | |
| 08/10/2012 | M. Distefano | $174.00 | Reviewed docket filings (.4) | V | |
| 08/13/2012 | D. LeMay | $1,017.50 | Review of all latest court filings (1.1) | V | |
| 08/13/2012 | M. Distefano | $348.00 | Reviewed case docket filings (.8) | V | |
| 08/15/2012 | M. Distefano | $304.50 | Reviewed case docket filings (.7) | V | |
| 08/16/2012 | M. Distefano | $130.50 | Reviewed case docket filings (.3) | V | |
| 08/17/2012 | M. Distefano | $87.00 | Reviewed case docket filings (.2) | V | |
| 08/20/2012 | M. Distefano | $174.00 | Reviewed docket filings (.4) | V | |
| 08/20/2012 | D. LeMay | $1,017.50 | Review all latest court filings (1.10) | V | |
| 08/21/2012 | M. Distefano | $130.50 | Reviewed docket filings (.3) | V | |
| 08/22/2012 | M. Distefano | $43.50 | Reviewed docket items (.1) | V | |
| 08/24/2012 | M. Distefano | $87.00 | Reviewed docket filings (.2) | V | |
| 08/27/2012 | M. Distefano | $870.00 | Reviewed docket filings and hearing agenda (2.0) | V | |
| 08/28/2012 | M. Distefano | $695.00 | Review docket filings (1.6) | V | |
| 08/28/2012 | D. LeMay | $1,110.00 | Review all latest court filings (1.2) | V | |

CPAM: 5130001.1

| | | | | |
|---|---|---|---|---|
| 08/29/2012 | M. Distefano | $87.00 | Reviewed docket filings (.2) | V |
| 08/30/2012 | M. Distefano | $43.50 | Review docket filings (.1) | V |
| 08/31/2012 | M. Distefano | $87.00 | Reviewed docket filings (.2) | V |
| TOTAL | | $11,187.50 | | |

CPAM: 5130001.1

## Exhibit D

### Deal Document Review/Background Document Review

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 07/20/2012 | M. Blackburn | $851.50 | Review of case background materials in connection with investigation (1.3) | ∨ | [Redacted] |
| 07/25/2012 | M. Baldwin | $397.50 | Reviewed background materials on Debtor (.5) | ∨ | [Redacted] |
| 07/26/2012 | M. Baldwin | $1,033.50 | Review background materials in connection with investigation (1.3) | ∨ | [Redacted] |
| 07/27/2012 | W. Greason | $1,352.00 | Worked on review of background materials (1.6) | ∨ | [Redacted] |
| 07/28/2012 | W. Greason | $676.00 | Worked on review of ResCap background materials (.8) | ∨ | [Redacted] |
| 08/01/2012 | M. Baldwin | $1,113.00 | Review of background documents in connection with investigation (1.4) | ∨ | [Redacted] |
| 08/03/2012 | M. Baldwin | $1,987.50 | Review of background materials in connection with investigation (2.5) | ∨ | [Redacted] |
| 08/12/2012 | M. Baldwin | $397.50 | Review of documents produced in connection with investigation (.5) | ∨ | [Redacted] |
| 08/13/2012 | J. Migdal | $589.50 | Review of background materials in connection with investigation (.9) | ∨ | [Redacted] |
| 08/20/2012 | C. Child | $3,892.00 | Review of procedural & factual background materials in connection w/investigation (5.60) | ∨ | [Redacted] |
| 08/31/2012 | A. Price | $4,807.00 | Review of background documents in connection with investigation (7.4) | ∨ | [Redacted] |
| 08/02/2012 | R. Gayda | $1,703.00 | Review of documents produced in connection w/investigation of related party transactions (2.6) | ∨ | [Redacted] |
| 08/02/2012 | S. Berson | $2,384.00 | Review of documents produced in connection w/investigation of related party transactions (3.2) | ∨ | [Redacted] |
| 08/03/2012 | J. Migdal | $1,572.00 | Review and analysis of financing documents and preparation of related transaction summaries (2.4) | ∨ | [Redacted] |
| 08/04/2012 | J. Migdal | $3,733.50 | Review and analysis of financing documents and preparation of related transaction summaries (5.7) | ∨ | [Redacted] |
| 08/05/2012 | R. Gayda | $2,423.50 | Review of documents produced in connection with investigation of related party transactions (3.7) | ∨ | [Redacted] |
| 08/05/2012 | J. Migdal | $5,043.50 | Review and analysis of financing documents and preparation of related transaction summaries (7.70) | ∨ | [Redacted] |
| 08/06/2012 | S. Berson | $3,427.00 | Review of documents produced in connection w/investigation of related party transactions (4.6) (*UST amount discrepancy in original - (.50)*) | ∨ | [Redacted] |
| 08/06/2012 | S. Berson | $3,203.50 | Preparation of summaries of transactions (4.3) (*UST amount discrepancy in original - (.50)*) | ∨ | [Redacted] |

CPAM: 5130001.1

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 08/08/2012 | S. Berson | $1,341.00 | Review of documents produced in connection w/investigation of related party transactions (1.8) | V | [Redacted] |
| 08/09/2012 | J. Finnegan | $3,850.00 | Review of documents produced in connection with investigation of related party transactions (5.10) | V | [Redacted] |
| 08/09/2012 | J. Migdal | $1,179.00 | Review of background materials relating to financing transactions in connection with Investigation (1.8) | V | [Redacted] |
| 08/09/2012 | J. Migdal | $2,816.50 | Review and analysis of financing of related transaction summaries (4.3) | V | [Redacted] |
| 08/09/2012 | S. Berson | $819.50 | Review of documents produced in connection w/investigation of related party transactions (1.1) | V | [Redacted] |
| 08/09/2012 | S. Berson | $968.50 | Preparation of transaction summaries (1.3) | V | [Redacted] |
| 08/09/2012 | H. Seife | $3,184.00 | Review of produced documents (3.2) | V | [Redacted] |
| 08/13/2012 | S. Berson | $1,043.00 | Review of documents produced in connection w/investigation of related party transactions (1.4) | V | [Redacted] |
| 08/13/2012 | S. Berson | $670.50 | Preparation of transaction summaries (.9) | V | [Redacted] |
| 08/13/2012 | J. Migdal | $917.00 | Review and analysis of financing documents and preparation of related transaction summaries (1.4) | V | [Redacted] |
| TOTAL | | $57,376.00 | | | |

## Exhibit E

## Case Calendar

The time identified in this category was identified by the U.S. Trustee as a staffing issue; that is, Chadbourne failed to use the appropriate timekeeper for this work. We disagree. The timekeeper in question (Ms. Towers) is a mid-level associate who is involved in all matters in this case. The calendar work identified was necessary for her to perform because she has full knowledge of the case and knows who is to attend specific meetings. Given that we have twelve different transaction analysis teams and five different interview teams, this is not easy task. She must determine, for example, what issues are likely to be raised in an interview (over 35 interviews have occurred so far) and make certain that the appropriate transaction teams are tasked to meet with the appropriate interview team before the interview. For the foregoing reasons, this task could not be performed by a paralegal or other junior associate. Nevertheless, in the future, we are working to provide a more accurate description of Ms. Tower's activities.

| Date | Professional | Dollar Value | Description | UST's Objection | Notes |
|---|---|---|---|---|---|
| 07/18/2012 | M. Towers | $297.50 | Created and updated case calendar (.5) | S | |
| 07/18/2012 | M. Towers | $297.50 | Created and updated daily agenda (.5) | S | |
| 07/19/2012 | M. Towers | $714.00 | Created and revised master case calendar (1.2) | S | |
| 07/20/2012 | M. Towers | $160.50 | Review and update case calendar (.3) | S | |
| 07/30/2012 | M. Towers | $476.00 | Review and update case calendars (.8) | S | |
| 08/01/2012 | M. Towers | $297.50 | Review and prepare updates to case calendar (.5) | S | |
| 08/02/2012 | M. Towers | $178.50 | Review and update case calendar (.3) | S | |
| 08/03/2012 | M. Towers | $119.00 | Review and prepare updates to case calendar (.2) | S | |
| 08/06/2012 | M. Towers | $119.00 | Review and update case calendar (.2) | S | |
| 08/07/2012 | M.S. Towers | $178.50 | Review and updated case calendar (.3) | S | |
| 08/08/2012 | M. Towers | $178.50 | Revised the case calendar (.3) | S | |
| 08/09/2012 | M. Towers | $178.50 | Review and update case calendar (.3) | S | |
| 08/10/2012 | M. Towers | $119.00 | Review and update case calendar (.2) | S | |
| 08/13/2012 | M. Towers | $297.50 | Review and updated case calendar (.5) | S | |
| 08/15/2012 | M. Towers | $178.50 | Review and update case calendar (.3) | S | |
| 08/16/2012 | M. Towers | $178.50 | Review and updated case calendar (.3) | S | |
| 08/17/2012 | M. Towers | $238.00 | Review and update case calendar (.4) | S | |
| 08/21/2012 | M. Towers | $238.00 | Review and update case calendar (.4) | S | |
| 08/24/2012 | M. Towers | $119.00 | Review and updated case calendar (.2) | S | |
| 08/27/2012 | M. Towers | $178.50 | Review and update case calendar (.3) | S | |
| 08/29/2012 | M. Towers | $119.00 | Review and update case calendar (.2) | S | |
| 08/30/2012 | M. Towers | $178.50 | Updated case calendar (.3) | S | |

CPAM: 5130001.1

| 08/31/2012 | M. Towers | $119.00 | Review and updated case calendar (.2) | S | |
| TOTAL | | $5158.50 | | | |

## EXHIBIT F

RESCAP CATERING SUMMARY
First Interim Fee Period
July 11 - August 31, 2012

| Date | Amount | Service | No. of Attendees | Type of Meeting |
|---|---|---|---|---|
| 7/18/12 | $10.89 | Coffee/Water | 10 | Financial Advisor Interview |
| 7/18/12 | $234.08 | Lunch | 10 | Financial Advisor Interview |
| 7/18/12 | $10.89 | Coffee/Water | 10 | Financial Advisor Interview |
| 7/19/12 | $144.25 | Breakfast | 10 | Meeting with Committee Counsel |
| 7/20/12 | $16.33 | Coffee/Water/Soda | 12 | Meeting with Debtors' Counsel |
| 7/23/12 | $144.25 | Breakfast | 10 | Financial Advisor Interview |
| 7/23/12 | $10.89 | Coffee/Water | 10 | Financial Advisor Interview |
| 7/30/12 | $32.66 | Coffee/Water/Soda | 15 | Professional's meeting |
| 7/31/12 | $48.99 | Coffee/Water/Soda | 25 | Meeting with Debtors' Counsel |
| 8/13/12 | $10.89 | Coffee/Water | 10 | Transaction Team leader meeting |
| 8/13/12 | $702.24 | Lunch | 23 | Transaction Team Leader meeting |
| 8/13/12 | $13.06 | Coffee/Water/Soda | 12 | Examiner update meeting |
| 8/15/12 | $24.49 | Coffee/Water/Soda | 18 | Synthesis training session |
| 8/27/12 | $32.66 | Coffee/Water/Soda | 20 | Doc Review/Interview Prep meeting |
| Total | $1,436.57 | | | |