## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | |
| | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

_____

### RESPONSE OF MESIROW FINANCIAL CONSULTING TO OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE REGARDING FEE APPLICATIONS FOR FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

1.    Mesirow Financial Consulting, LLC ("MFC" or "Mesirow") seeks an allowance of fees in the total amount of $3,007,275 and reimbursement of out-of-pocket expenses in the total amount of $30,048 during the First Interim Fee Period. The United States Trustee ("UST") objected to the allowance of $67,793 in fees and expenses in the amount of $3,619.

2.    MFC participated in a lengthy telephone conversation with the UST to provide explanations regarding each of the areas addressed and to discuss proposals to resolve the UST's objections. MFC also provided a written draft of this response in advance of that call. While MFC believes that significant progress was made towards a consensual resolution of the UST's objection, given the accelerated nature of this pleading cycle, the issues could not be finally resolved prior to the response deadline for the UST's objection. Accordingly, MFC must file this response.

3.    The following is a summary of the UST's objections to MFC fees during the First Interim Fee Period and MFC's response, by category:

a.    <u>Vague Time Entries</u>

Objection:  The United States Trustee objects to $21,774 in compensation because Mesirow time records show instances where professionals billed time entries that were vague. In total, the impermissible time entries aggregate to $72,583. In the absence of an adequate explanation of these time entries through the filing of a supplemental declaration, the United States Trustee requests that the Court reduces Mesirow's request by 30%, or by approximately $21,774.

Response:  MFC has provided further explanations for the time entries identified by the UST, attached as Exhibit A hereto,[1] that provide sufficient detail to support compensation for the time incurred.  Additionally, of the time records identified as vague by the UST, $10,557 (30% of which equals $3,167) was related to preparation of MFC's retention application and related affidavit, including performance of extensive relationship searches required to provide disclosure of connections pursuant to the Bankruptcy Code and Bankruptcy Rules.  As described below, MFC's fees for preparation of its retention application and related affidavit were voluntarily reduced by $84,221, which is 75% of the amount incurred during the First Interim Fee Period. As such, MFC believes that the prior reduction is more than sufficient to address any concerns relating to vague entries in connection with retention-related time records.

b.    <u>Charges Related to Retention and Fee Applications</u>

Objection:  Mesirow seeks compensation of $133,600 under the project category "Fee/Retention Applications."  While the United States Trustee acknowledges that Mesirow's fee application states that Mesirow voluntarily reduced its compensation under this project category by $84,221, the United States Trustee views the remaining request as excessive in light of the facts and circumstances of the case.  For example, a review of the time records indicates

---

1 An unredacted copy of these exhibits was provided to the UST.  MFC has requested that the UST destroy the unredacted copy following the UST's review.

that Mesirow charged the estate $3,328 for 10.3 hours of work related to researching and reviewing the Court's and the United States Trustee's Guidelines on July 27, 30-31, and August 1, 2012. As professionals employed by bankruptcy estates should be familiar with the Guidelines, the United States Trustee requests that the Court further reduce Mesirow's compensation by $3,328.

Response: As noted by the UST and described above, MFC voluntarily reduced its fees in this category, resulting in total fees for retention and fee applications of $49,380, or 1.6% of total fees incurred during the First Interim Fee Period. MFC submits that this amount is well within a reasonable range of fees in light of the facts and circumstances of the case. Further, MFC believes that review of the compensation order and reference to related UST Guidelines and Administrative Orders to ensure compliance therewith in connection with developing billing procedures and policies specific to this matter is appropriate. However, to address the concerns of the UST, MFC agrees to the proposed reduction of fees by $3,328.

c.    Charges Related to Overhead/Staffing Issues

Objection: Mesirow seeks $269,003 in compensation under the project category "Case Administration/General Bankruptcy Matters." The billing records under this project category show several instances where Mesirow charged the estate for overhead such as staff budgeting and scheduling. By way of example only, Mesirow employees charged the estate approximately $28,388 for various instances of scheduling staff coverage and similar instances of overhead. Annexed hereto as Exhibit I is a copy of Mesirow's time records containing the notation "O" adjacent to time entries that the objected to time entries. Accordingly, the United States Trustee requests that in the absence of supporting justification for such charges that the Court reduce Mesirow's compensation under this project category by approximately $28,388.

Response:  MFC has provided further explanations for certain time entries identified by the UST, attached as Exhibit B hereto, that provide sufficient detail to demonstrate that time incurred was reasonable and necessary and did not represent work that should be classified as overhead.  Preparation of a detailed work plan and budget identifying categories of work, tasks and professional resources necessary to complete the same, as well as monitoring actual fees in comparison with such budget, is an essential component of the efficient completion of MFC's work in this large and highly complex matter.  Further, the Examiner was required by order of this Court to submit a work plan and budget, and MFC's work was necessary to provide the Examiner with the information requested by the Court.  Finally, the process of identifying professionals with the appropriate skills and experience to perform the work required is one that requires a high level understanding of the case and the work to be performed and is an appropriate discharge of MFC's responsibility to manage and delegate work, not an administrative or overhead function.

d.    Charges Related to Review of News Reports

Objection:  Mesirow seeks compensation of $2,024,799 under the project category "Document Review and Analysis." The United States Trustee objects to $7,389 of this amount that relates to the review of news articles and industry reports related to the Debtors. As noted previously, bankruptcy professionals should be compensated "commensurate with their expertise and the benefit their efforts yield to the estate." Fibermark, 349 B.R. at 396 (emphasis added). Based on the billing records alone, it is unclear to what extent Mesirow's services related to news reports benefited the estate. Therefore, unless and until Mesirow provides a further justification for these charges, the Court should reduce Mesirow's compensation by $7,389.

Response:  MFC has provided further explanations for time entries identified by the UST, attached as Exhibit C hereto, that provide sufficient detail to support compensation for the time

incurred.  MFC's assistance to the Examiner requires a thorough analysis of the business

circumstances and financial condition of the Debtors throughout the time period under

investigation.  The order authorizing MFC's retention specifically provides that its work will

include the following:  "Analyzing other matters affecting the Debtors' assets, liabilities, and

financial condition including all intercompany claims and the Debtors' solvency, capital adequacy

and ability to pay debts as such debts become due at various dates prior to the Petition Date,"

consistent with the Order Approving Scope of Investigation of Arthur J. Gonzalez, Examiner.  News

reports and industry studies regarding the Debtors and their business are highly relevant and

appropriate sources for information in regard to this inquiry and analysis.

e.    <u>Internal Training</u>

Objection: The United States Trustee objects to charges of approximately $6,914 related

to the attendance by multiple Mesirow employees on Synthesis training.  As noted in the

Mesirow's application, Synthesis is Mesirow's "proprietary web-based analytical tool designed

to synthesize and analyze data and information, manage workflows and coordinate engagement

activities . . . ."  See Mesirow Application at 7.  According to Mesirow's time records, at least

thirteen Mesirow employees attended a Synthesis training event on August 28, 2012.  In total,

this training resulted in a charge to the estate of $6,914 under the project category "Case

Administration/General Bankruptcy Matters."  It is unclear why the estate must bear the costs of

training Mesirow's employees for training on software that is Mesirow's proprietary software.

Accordingly, unless and until Mesirow provides additional justification for this training, the

United States Trustee requests the Court reduce Mesirow's compensation by $6,914.

Response:  MFC's Synthesis tool enables extensive customization to the facts and

circumstances of any given engagement.  As such, MFC created customized modules to track

information and prepare reporting regarding data specifically identified by MFC and Chadbourne

& Parke for the transactions, witnesses, and causes of action that are the subjects of the Examiner's investigation. Providing engagement team members with a brief overview of the usage of this tool as specifically applied to this matter is an appropriate expenditure of estate resources.

4.      The following is a summary of the UST objections to MFC expenses during the First Interim Fee Period and MFC's response, by category:

a.      <u>Air Transportation</u>

Objection: Mesirow seeks reimbursement of $13,249.00 for air transportation expenses incurred during the Fee Period. Of this amount, the United States Trustee objects to $3,186, which represents the aggregate amount of two round trip flights between New York and Chicago on July 31, 2012 and New York and Dallas on August 12, 2012, because it is unclear whether these flights were for coach or business/first class travel. Accordingly, until the underlying documentation for the expenses sought is provided to satisfy this concern, the Court should deny the request for expense reimbursement.

Response:  All fares submitted for reimbursement by MFC were for coach class tickets or were reduced to the equivalent coach class fare when circumstances dictated that a higher class of service be utilized. The round trip flight between Chicago and New York on July 31, 2012 in the amount of $1,070 was for coach travel. A receipt for this flight is attached as Exhibit D. The round trip flight between Dallas and New York on August 12, 2012 in the amount of $2,116 was purchased for first class travel. MFC compared this cost to a benchmark coach class ticket reflective of average prices charged for airfare between these cities, which was higher than the first class fare. While MFC believes that this amount is reasonable, MFC agrees to reduce its request for reimbursement of this second airfare by 50% to address the UST's concerns.

b.    Meals

Objection: Mesirow seeks reimbursement of $1,220.00 for meals incurred by employees in connection with this case.  The United States Trustee objects to the reimbursement of $433.00, which represents the aggregate amount that these meals exceed the $20 per person limit on meal reimbursements.  Therefore, the United States Trustee requests that the Court reduce the meal reimbursement by $433.

Response:  MFC complied with the requirement in the Local Guidelines that no overtime meal exceed $20.  However, the meals identified by the UST were out-of-town dinners, and the local rules indicate no such limitation in connection therewith.  As noted in the Application, amounts billed for out of town dinners have been voluntarily capped at $50, which is less than the allowable amount per MFC firm policy.  As such, absent any requirement or agreement by professionals in this matter to specific limitations on reimbursement for out-of-town dinners, such expenditures are appropriate and reasonable.

5.    In summary, MFC agrees to reductions of $3,328 in fees and $1,058 in expenses for a total of $4,386, as described above and summarized in Exhibit E.  MFC submits that the supplemental information provided in this response and the exhibits thereto provides sufficient support for compensation and reimbursement of the other fees and expenses identified by the UST.


Dated: New York, New York
December 18, 2012

                    **MESIROW FINANCIAL CONSULTING, LLC**

                    By: */s/ Ralph S. Tuliano*
                    Ralph S. Tuliano
                    Chief Executive Officer
                    Mesirow Financial Consulting, LLC
                    666 Third Avenue, 21st Floor
                    New York, NY 10017

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|---|---|---|---|---|---|
| Knoll, Melissa | 07/24/12 | Advise regarding retention. | Provide instructions regarding work required in connection with preparation of MFC retention application, affidavit and relationship search. | 0.3 | $ 269 |
| Knoll, Melissa | 07/24/12 | Initiate budget preparation. | Perform initial engagement planning relative to components and process for budget preparation. | 0.4 | $ 358 |
| Knoll, Melissa | 07/25/12 | Coordinate engagement resources. | Perform initial engagement planning relative to assessing the skills and experience of professionals needed to execute the workplan, and advising such professionals regarding the same. | 0.7 | $ 627 |
| Knoll, Melissa | 07/25/12 | Coordinate project start-up. | Coordinate engagement initiation matters relative to workplan, budget and professional resources. | 0.2 | $ 179 |
| Knoll, Melissa | 07/26/12 | Follow up on affidavit. | Follow up on status of drafting retention affidavit and completing relationship search. | 0.2 | $ 179 |
| Knoll, Melissa | 07/26/12 | Follow up on fee guidelines and read order. | Review order entered on interim compensation procedures and provide direction regarding relevant fee guidelines. | 0.3 | $ 269 |
| Knoll, Melissa | 07/26/12 | Follow up on relationship check and retention documents. | Provide direction on open issues in connection with retention affidavit and relationship search. | 0.6 | $ 537 |
| Knoll, Melissa | 07/26/12 | Follow-up on relationship check. | Assess inclusion of parties in exhibit to retention affidavit and appropriate descriptions of relationships. | 0.4 | $ 358 |
| Tan, Ching Wei | 07/26/12 | Analyze relationship check to ensure completeness. | Analyze parties included in relationship check against listing from counsel to ensure completeness. | 3.4 | $ 2,567 |
| Korycki, Mary | 07/27/12 | Prepare various administrative items for engagement. | Analyze knowledge and data management processes for engagement. | 0.5 | $ 348 |
| Tan, Ching Wei | 07/27/12 | Analyze exhibit 1 to retention papers. | Analyze and update exhibit 1 list of interested parties searched for inclusion in affidavit related to retention application. | 0.9 | $ 680 |
| Tan, Ching Wei | 07/27/12 | Analyze exhibit 2 to retention papers. | Analyze and update exhibit 2 list of connections with parties in interest in affidavit related to retention application. | 3.4 | $ 2,567 |
| Kehl, Monty | 07/30/12 | Revise retention documents. | Revise language in retention application to accurately reflect terms of retention and to complete disclosure language. | 0.9 | $ 806 |
| Knoll, Melissa | 07/30/12 | Address retention issues. | Review updated retention application package including affidavit and list of disclosures. | 0.4 | $ 358 |
| Korycki, Mary | 07/30/12 | Direct on contact list. | Identify professionals and parties for inclusion in contact list and provide direction on preparation of the same. | 0.2 | $ 139 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Korycki, Mary | 07/30/12 | Direct on procedures for billing. | Review billing procedures and requirements for engagement and provide direction regarding memo summarizing the same. | 0.4 | $ 278 |
| Ortega, Adam | 07/30/12 | Read affidavit. | Analyze ███████████ in connection with issues relevant to analysis of ████. | 1.5 | $ 1,133 |
| Knoll, Melissa | 07/31/12 | Address technology related issues. | Follow up on data management needs and issues related to data room, Relativity, Synthesis and shared drive. | 0.2 | $ 179 |
| Korycki, Mary | 07/31/12 | Address Synthesis related items. | Analyze data management needs and functionality of Synthesis required to support engagement. | 0.5 | $ 348 |
| Korycki, Mary | 07/31/12 | Address technology related matters. | Identify specific folder structure for shared drive necessary to accommodate anticipated data requirements. | 0.9 | $ 626 |
| Korycki, Mary | 07/31/12 | Direct on filing and logging e-mails. | Provide instructions on procedures for identifying, tracking and sharing engagement documents and emails with data received from counsel. | 0.2 | $ 139 |
| Korycki, Mary | 07/31/12 | Direct on procedures for billing. | Advise regarding draft memo of engagement-specific billing procedures for distribution to engagement team. | 0.4 | $ 278 |
| Ortega, Adam | 07/31/12 | Read affidavit. | Analyze ███████████ in connection with issues relevant to analysis of ████. | 1.8 | $ 1,359 |
| Ortega, Adam | 07/31/12 | Read ResCap bankruptcy documents. | Read ResCap first day motions and related documents in connection with analysis of ████████ matters. | 2.1 | $ 1,586 |
| Steele, Mathew | 07/31/12 | Read affidavit. | Read affidavit of ██████████ to identify issues relevant to ████ | 2.4 | $ 2,052 |
| Knoll, Melissa | 08/01/12 | Assess billing guidelines for engagement. | Determine billing guidelines and requirements for engagement including timekeeping procedures and categories. | 0.4 | $ 358 |
| Knoll, Melissa | 08/01/12 | Instruct regarding preparation of budget. | Provide guidance regarding preparation of budget in connection with workplan. | 0.3 | $ 269 |
| Korycki, Mary | 08/01/12 | Direct on contact list. | Identify professionals and parties for inclusion in contact list and provide direction on preparation of the same. | 0.2 | $ 139 |
| Korycki, Mary | 08/01/12 | Direct on logging documents. | Provide instructions on procedures for identifying, tracking and sharing engagement documents and data received from counsel. | 0.2 | $ 139 |
| Korycki, Mary | 08/01/12 | Draft billing procedures memo. | Prepare draft billing procedures memo regarding timekeeping and expense guidelines for engagement. | 1.2 | $ 834 |
| Korycki, Mary | 08/01/12 | Review contact list. | Review individual and company names on updated contact list. | 0.2 | $ 139 |
| Korycki, Mary | 08/01/12 | Review correspondence and documents to be logged. | Identify professionals and parties for inclusion in contact list. | 0.7 | $ 487 |
| Korycki, Mary | 08/01/12 | Review logged documents. | Review log of documents received from counsel. | 0.2 | $ 139 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|----------------------|---------------------|------|--------|
| Martin, Timothy | 08/01/12 | Analyze ResCap first day motions. | Analyze ResCap first day motions and related documents to obtain necessary background relative to ▮ and other matters. | 0.6 | $ 513 |
| Ortega, Adam | 08/01/12 | Read affidavit. | Analyze ▮ for review of ▮ issues. | 1.3 | $ 982 |
| Ruegg, Daniel | 08/01/12 | Analyze joint Chadbourne and MFC work flow in preparation of Synthesis design. | Analyze joint Chadbourne and MFC data management needs in preparation for customizing various modules in Synthesis. | 3.2 | $ 1,584 |
| Duncan, Oneika | 08/02/12 | Update E-mail document log. | Update E-mail document log with discovery related documents received from counsel to provide access to engagement team. | 4.6 | $ 966 |
| Knoll, Melissa | 08/02/12 | Coordinate on data management and technology issues. | Identify data management needs and related technology issues related to Relativity, Synthesis and shared drive. | 0.3 | $ 269 |
| Knoll, Melissa | 08/02/12 | Meet with S. George and M. Korycki (both of MFC) on knowledge management, including status and results of document review; process to coordinate review and dissemination of relevant information to teams; and organization of data. | Meet with S. George and M. Korycki (both of MFC) on knowledge management, including status and results of review of documents received to date; process to coordinate review and dissemination of relevant information identified through document review teams; and appropriate structure for organization of data. | 2.2 | $ 1,969 |
| Korycki, Mary | 08/02/12 | Address technology matters. | Review structure and organization of source documents and related information for engagement. | 0.9 | $ 626 |
| Korycki, Mary | 08/02/12 | Meet with M. Knoll and S. George (MFC) on knowledge management, including status and results of document review; process to coordinate review and dissemination of relevant information to teams; and organization of data. | Meet with S. George and M. Knoll (both of MFC) on knowledge management, including status and results of review of documents received to date; process to coordinate review and dissemination of relevant information identified through document review teams; and appropriate structure for organization of data. | 2.2 | $ 1,529 |
| Korycki, Mary | 08/02/12 | Update contact list. | Review individual and company names on updated contact list for accuracy and inclusion of appropriate parties. | 0.3 | $ 209 |
| Ortega, Adam | 08/02/12 | Read affidavit. | Analyze ▮ for review of ▮ issues. | 0.9 | $ 680 |
| Tuliano, Ralph | 08/02/12 | Obtain status update and address case administration issues. | Obtain status update on progress of various workstreams and advise on open items in connection with case administration issues including data management and retention application. | 0.7 | $ 627 |
| Knoll, Melissa | 08/03/12 | Address billing issues and advise on draft budget. | Advise on billing procedures for engagement in connection with memo on the same and advise on assumptions for use in preparation of draft budget for various workstreams and timeframes. | 0.3 | $ 269 |
| Knoll, Melissa | 08/03/12 | Address billing matters and procedures. | Develop billing procedures for engagement and advise regarding memo on the same. | 0.2 | $ 179 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Knoll, Melissa | 08/03/12 | Address data distribution issues. | Instruct regarding distribution of data identifed through key word searches and tags. | 0.2 | $ 179 |
| Knoll, Melissa | 08/03/12 | Address retention matters. | Review results of potential relationships for inclusion in affidavit related to retention application. | 0.2 | $ 179 |
| Knoll, Melissa | 08/03/12 | Address staffing and expense issues. | Review professional resource needs and develop engagement parameters for expense limitations. | 0.2 | $ 179 |
| Knoll, Melissa | 08/03/12 | Address US Trustee questions on retention. | Address and respond to US Trustee questions on retention application and affidavit. | 0.2 | $ 179 |
| Knoll, Melissa | 08/03/12 | Follow up on retention issues. | Follow up to request information in response to US Trustee questions on retention application and affidavit. | 0.1 | $ 90 |
| Korycki, Mary | 08/03/12 | Address billing matters and procedures. | Develop billing procedures for engagement and prepare memo on the same. | 0.2 | $ 139 |
| Korycki, Mary | 08/03/12 | Address technology and knowledge management matters. | Revise procedures for use of data management tools including Relativity, Synthesis and shared drive. | 0.7 | $ 487 |
| Korycki, Mary | 08/03/12 | Address technology matters. | Prepare draft memo on knowledge and data management processes for engagement for distribution to team, including data room, Relativity, Synthesis and shared drive. | 2.3 | $ 1,599 |
| Korycki, Mary | 08/03/12 | Prepare expense procedures. | Outline requirements related to incurring and reporting expenses and procedures for engagement in memo for distribution to the engagement team. | 0.7 | $ 487 |
| Knoll, Melissa | 08/06/12 | Address technology access issues. | Develop parameters for access to shared drive to ensure confidentiality and provide limitations based on data needs. | 0.2 | $ 179 |
| Knoll, Melissa | 08/06/12 | Advise on team members and shared drive access. | Determine levels of shared drive access by team member based on parameters developed. | 0.2 | $ 179 |
| Knoll, Melissa | 08/06/12 | Assist with technology and staffing matters. | Advise on open questions on engagement procedures regarding data magement including Relativity, Synthesis and shared drive access and advise on skills and experience of staff required for Relativity document review. | 0.3 | $ 269 |
| Knoll, Melissa | 08/06/12 | Review budgeting. | Review status of estimating hours by person and by workstream in connection with budgeting. | 0.1 | $ 90 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|--------------------|---------------------|------|--------|
| Knoll, Melissa | 08/06/12 | Review information on documents produced and confidentiality agreement; revise memo on knowledge and data management processes to incorporate the same. | Review description of documents produced ████████████ revise memo for distribution to team on knowledge and data management processes to incorporate the provisions of the ██████. | 3.6 | $ 3,222 |
| Korycki, Mary | 08/06/12 | Address shared drive access. | Determine levels of shared drive access by team member based on parameters developed and coordinate authorizations regarding the same. | 0.9 | $ 626 |
| Korycki, Mary | 08/06/12 | Address technology matters. | Review development of document tracking modules in Synthesis. | 1.8 | $ 1,251 |
| Korycki, Mary | 08/06/12 | Review correspondence and documents to be logged. | Review correspondence and documents received from counsel to determine appropriate disposition and request logging of the same. | 1.1 | $ 765 |
| Korycki, Mary | 08/06/12 | Review logged documents. | Review log of documents received from counsel. | 0.4 | $ 278 |
| Ortega, Adam | 08/06/12 | Read affidavit. | Analyze ████████████ in connection with issues relevant to analysis of ████. | 0.3 | $ 227 |
| Steele, Mathew | 08/06/12 | Read affidavit. | Read ████████████████ to identify issues relevant to ████. | 1.9 | $ 1,625 |
| Feltman, James | 08/07/12 | Review and discuss status updates relating to Synthesis. | Review module and reporting templates, obtain status updates on Synthesis customization and advise on data functionality needs for engagement. | 0.5 | $ 448 |
| Fish, Rachel | 08/07/12 | Develop Synthesis outstanding issues list. | Develop list of outstanding issues to meet data functionality needs specified by counsel and engagement team for transactions, witnesses, causes of action, contacts, calendars and other modules. | 2.5 | $ 1,488 |
| Kehl, Monty | 08/07/12 | Direct research for corporate relationships. | Request research about various ResCap and GM entities in order to determine appropriate information to disclose regarding nature of connections identified in relationship search. | 0.4 | $ 358 |
| Kehl, Monty | 08/07/12 | Perform research for corporate relationships. | Review research about various ResCap and GM entities in order to determine appropriate information to disclose regarding nature of connections identified in relationship search. | 0.3 | $ 269 |
| Knoll, Melissa | 08/07/12 | Address retention issues. | Obtain information to address questions from US Trustee on MFC retention application and affidavit. | 0.1 | $ 90 |
| Knoll, Melissa | 08/07/12 | Advise on retention-related matters. | Advise regarding appropriate disclosures of relationships for inclusion in MFC retention application and affidavit. | 0.3 | $ 269 |
| Knoll, Melissa | 08/07/12 | Analyze weekly budget. | Analyze weekly budget to assess amount, timing and level of staffing resources needed to execute workplan. | 0.8 | $ 716 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Knoll, Melissa | 08/07/12 | Coordinate with counsel regarding meetings. | Coordinate with counsel regarding meetings between Chadbourne and MFC on ▮▮▮▮▮ updates. | 0.2 | $ 179 |
| Knoll, Melissa | 08/07/12 | Follow-up on research for retention documents. | Follow up on research of corporate relationships identified in relationship search for disclosure in retention application and affidavit. | 0.8 | $ 716 |
| Knoll, Melissa | 08/07/12 | Revise weekly budget. | Provide revised assumptions for weekly budget regarding amount, timing and level of staffing resources needed to execute workplan. | 0.3 | $ 269 |
| Kerr, William | 08/08/12 | Review preliminary documents. | Review first day affidavit and ResCap public filings in connection with issues relevant to analysis of ▮▮▮▮▮ issues. | 2.0 | $ 1,710 |
| Knoll, Melissa | 08/08/12 | Address staffing. | Assess skills and experience needed to complete tasks identified in accordance with workplan. | 0.2 | $ 179 |
| Knoll, Melissa | 08/08/12 | Analyze weekly budget. | Analyze weekly budget to assess amount, timing and level of staffing resources needed to execute workplan. | 0.4 | $ 358 |
| Knoll, Melissa | 08/08/12 | Coordinate meeting with counsel. | Identify participants and determine timing for team leader meeting with Chadbourne. | 0.1 | $ 90 |
| Knoll, Melissa | 08/08/12 | Develop budget assumptions. | Develop assumptions for weekly budget regarding amount, timing and level of staffing resources based on modifications to workplan. | 0.8 | $ 716 |
| Knoll, Melissa | 08/09/12 | Coordinate transaction team meetings. | Identify appropriate participants, topics and timing for meetings between MFC and Chadbourne on all transactions. ▮▮▮▮▮ | 0.6 | $ 537 |
| Knoll, Melissa | 08/09/12 | Follow up on budget. | Obtain update regarding status of revisions to budget prepared to support workplan. | 0.1 | $ 90 |
| Knoll, Melissa | 08/09/12 | Follow-up regarding draft budget. | Follow up and provide input regarding assumptions and changes required for budget prepared to support workplan. | 0.2 | $ 179 |
| Knoll, Melissa | 08/09/12 | Review and analyze budget. | Analyze revised weekly budget to assess amount, timing and level of staffing resources needed to execute workplan. | 0.5 | $ 448 |
| Knoll, Melissa | 08/09/12 | Revise budget and staffing assumptions. | Provide revised assumptions for weekly budget that reflect the amount, timing and level of staffing resources based on current workplan. | 1.9 | $ 1,701 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Feltman, James | 08/13/12 | Prepare for meetings and address personnel needs. | Prepare for transactional review team leader meeting, including review of agenda and items to cover for each workstream and personnel needed in connection with tasks identified in workplan. | 1.2 | $ 1,074 |
| Korycki, Mary | 08/13/12 | Address technology matters. | Obtain outstanding information regarding data and knowledge management processes for Relativity, Synthesis, shared drives and data rooms and incorporate the same in memo to engagement team. | 0.7 | $ 487 |
| Korycki, Mary | 08/13/12 | Review billing procedures. | Obtain outstanding information regarding billing procedures and categories developed for engagement and incorporate into memo for engagement team. | 0.3 | $ 209 |
| Korycki, Mary | 08/13/12 | Update actuals hours in engagement budget. | Incorporate actual hours incurred in place of estimates in budget to support workplan. | 0.2 | $ 139 |
| Tuliano, Ralph | 08/13/12 | Review status and progress report to Examiner. | Obtain update on status of work from various team leaders and identify areas to cover in progress report to Examiner. | 1.7 | $ 1,522 |
| Vahey, Brian | 08/13/12 | Prepare for meeting with counsel. | Identify relevant issues to address regarding ███████████ ███████████ meeting with counsel. | 0.5 | $ 428 |
| Knoll, Melissa | 08/14/12 | Review budget/billing. | Review update on status of budget preparation and memo on billing procedures. | 0.1 | $ 90 |
| Knoll, Melissa | 08/14/12 | Review weekly fee estimate. | Review budget for current week fees for consistency with tasks and assignments. | 0.1 | $ 90 |
| Korycki, Mary | 08/14/12 | Address technology matters. | Obtain outstanding information related to data and knowledge management for incorporation in memo. | 0.6 | $ 417 |
| Knoll, Melissa | 08/15/12 | Review budget. | Analyze revised weekly budget to assess amount, timing and level of staffing resources needed to execute workplan. | 0.4 | $ 358 |
| Korycki, Mary | 08/15/12 | Address technology matters. | Review development of document tracking modules in Synthesis. | 0.5 | $ 348 |
| Korycki, Mary | 08/15/12 | Direct on billing procedures. | Revise memo on billing procedures and categories developed for engagement to include timekeeping guidelines and expense reporting requirements. | 0.9 | $ 626 |
| Korycki, Mary | 08/15/12 | Review billing procedures. | Obtain outstanding information regarding billing procedures and categories developed for engagement and incorporate into memo for engagement team. | 0.2 | $ 139 |
| Korycki, Mary | 08/15/12 | Revise budget assumptions. | Identify and update assumptions in weekly budget for amount, timing and level of staffing resources needed to execute workplan. | 1.1 | $ 765 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Knoll, Melissa | 08/16/12 | Revise budget assumptions. | Provide revised assumptions for weekly budget that reflect the amount, timing and level of staffing resources based on current workplan. | 1.4 | $ 1,253 |
| Korycki, Mary | 08/16/12 | Address technology matters. | Respond to questions regarding knowledge and data management procedures. | 0.4 | $ 278 |
| Korycki, Mary | 08/16/12 | Update engagement budget. | Identify and update assumptions in weekly budget for amount, timing and level of staffing resources needed to execute workplan. | 1.2 | $ 834 |
| Seabury, Susan | 08/16/12 | Begin report outline. | Assist in preparation of initial outline of report to be issued by Examiner. | 0.9 | $ 770 |
| Korycki, Mary | 08/17/12 | Update engagement budget. | Identify and update assumptions in weekly budget for amount, timing and level of staffing resources needed to execute workplan. | 1.9 | $ 1,321 |
| Knoll, Melissa | 08/20/12 | Coordinate regarding budget. | Obtain update regarding status of issuing updated budget. | 0.1 | $ 90 |
| Knoll, Melissa | 08/20/12 | Coordinate technology access needs and related matters. | Determine appropriate access to shared drive based on ███████████ process and controls for the same. | 0.5 | $ 448 |
| Knoll, Melissa | 08/20/12 | Follow-up on staffing for various workstreams. | Determine skill and experience needed to complete tasks on ███████ ████████████ workstreams and coordinate necessary resources. | 0.5 | $ 448 |
| Knoll, Melissa | 08/20/12 | Respond to various inquiries. | Respond to inquiries on budget and Synthesis status. | 0.1 | $ 90 |
| Knoll, Melissa | 08/20/12 | Review budget by workstream and advise on changes. | Review budget for MFC fees by each separate workstream and advise on assumption changes to better correlate resources with current workplan and anticipated levels of effort. | 0.4 | $ 358 |
| Korycki, Mary | 08/20/12 | Provide guidance on updates to engagement budget. | Instruct analyst regarding budget model and assumptions to enable transition of responsibility for updating and modification. | 1.8 | $ 1,251 |
| Korycki, Mary | 08/20/12 | Review changes to engagement budget. | Advise on implementation of requested changes to engagement budget. | 0.2 | $ 139 |
| Knoll, Melissa | 08/22/12 | Coordinate regarding workpapers. | Provide instructions regarding personnel and process to document work performed. | 0.1 | $ 90 |
| Korycki, Mary | 08/22/12 | Address knowledge management. | Provide status update on data and knowledge management issues related to shared drives and information received from counsel in order to facilitate ongoing completion of related tasks. | 0.4 | $ 278 |
| Ruegg, Daniel | 08/22/12 | Administer new user credentials for Synthesis. | Perform process to obtain credentials to allow access to site for professionals working on engagement. | 0.8 | $ 396 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Knoll, Melissa | 08/23/12 | Follow-up on retention. | Correspond with Chadbourne regarding passage of objection deadline for retention application and process for obtaining order approving retention. | 0.1 | $ 90 |
| Knoll, Melissa | 08/23/12 | Receive Synthesis update. | Receive update on outstanding matters with customization of transaction, witness, cause of action and other modules and reporting in Synthesis in preparation for roll-out. | 0.2 | $ 179 |
| Knoll, Melissa | 08/27/12 | Advise on timekeeping matters. | Advise on engagement guidelines developed to ensure appropriate time keeping consistent with categories and processes discussed with counsel. | 0.2 | $ 179 |
| Velasco, Jin | 08/27/12 | Analyze expense detail and related issues through August 15. | Analyze expense-by-expense detail extracted from expense reports of each professional assigned to engagement for August 1 - 15; review receipts and determine additional information necessary for inclusion in fee application. | 3.6 | $ 756 |
| Cummings, Colleen | 08/28/12 | Attend Web-X regarding Synthesis general overview. | Attend Web-X training for MFC professionals explaining transaction, witness, cause of action and other modules developed for engagement. | 0.5 | $ 105 |
| Cummings, Colleen | 08/28/12 | Attend Web-X regarding Synthesis support functions. | Attend Web-X training for para-professionals supporting input and maintenance of data in Synthesis. | 0.7 | $ 147 |
| Faulkner, Kevin | 08/28/12 | Review and incorporate Synthesis customizations. | Review and resolve outstanding matters related to transactions, witnesses, cause of action and reporting customizations of Synthesis requested  by engagement team and counsel. | 2.0 | $ 1,510 |
| Knoll, Melissa | 08/28/12 | Follow-up on billing-related inquiries. | Respond to inquiries received in relation to time and expense information to be included in fee statement. | 0.3 | $ 269 |
| Knoll, Melissa | 08/28/12 | Follow-up on meeting attendees. | Determine and notify Chadbourne about anticipated attendees at meeting with ███████████. | 0.2 | $ 179 |
| Korycki, Mary | 08/28/12 | Address technology matters. | Assist with process of authorizing users for shared drive. | 0.3 | $ 209 |
| Lorch, Mark | 08/28/12 | Call for General Synthesis Overview. | Attend Web-X training for MFC professionals explaining transaction, witness, cause of action and other modules developed for engagement. | 0.7 | $ 487 |
| Velasco, Jin | 08/28/12 | Address shared drive access issues. | Obtain list of shared drive access parameters for all professionals assigned to engagement and determine appropriate modifications required to ensure consistency with procedures and necessary data access. | 1.2 | $ 252 |

**EXHIBIT A**

RESIDENTIAL CAPITAL, LLC, et al.,
Vague Time Entries
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Vidal, Adriana | 08/28/12 | Review and analyze forecasted budget. | Review assumptions in budget for MFC fees underlying workplan in connection with anticipated modification of the same. | 0.2 | $ 151 |
| Knoll, Melissa | 08/29/12 | Address contacts and technology questions. | Follow up and advise on access review for shared drive, tracking of data received from Chadbourne and updates to contact and transaction lists. | 0.2 | $ 179 |
| Knoll, Melissa | 08/29/12 | Address staffing and administrative issues. | Obtain update and follow up on para-professional staffing for review of documents in Relativity. | 0.3 | $ 269 |
| Knoll, Melissa | 08/29/12 | Advise on Synthesis matters. | Obtain update on customizations to Synthesis modules and reporting in connection with functionality during upcoming roll-out. | 0.2 | $ 179 |
| Knoll, Melissa | 08/29/12 | Follow-up on staffing and retention issues. | Follow up with counsel and advise leadership team in connection with entry of order approving MFC's retention and fee categories; follow up on resources needed for derivatives, swaps and hedges analysis. | 0.4 | $ 358 |
| Knoll, Melissa | 08/30/12 | Advise on interview questions. | Advise on questions to be prepared for interviews of ████████████ based on ████████ to date. | 0.4 | $ 358 |
| Ortega, Adam | 08/30/12 | Prepare interview questions. | Prepare questions for interviews of ██████ based on analyses ██████████████ to date. | 2.8 | $ 2,114 |
| Steele, Mathew | 08/30/12 | Prepare interview questions. | Prepare interview questions for ████████████████. | 1.1 | $ 941 |
| Vanderkamp, Anne | 08/30/12 | Prepare update on discovery issues. | Prepare update on discovery process for request and production of documents and ████████████. | 0.7 | $ 529 |
| Velasco, Jin | 08/30/12 | Address expense related issues. | Review and reconcile expenses, receipts and descriptions in connection with preparation of fee statement and fee application exhibits. | 3.4 | $ 714 |

*Vague Time Entries Total* [(1)] **111.8** **$ 79,023**

[(1)] Total fees identified in the UST objection differ from amount based on entries.

**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.,
Charges Related to Overhead / Staffing Issues
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|---------------------|------|--------|
| Knoll, Melissa | 07/24/12 | Set up shared drive and perform other engagement administration. | Advise regarding setting up knowledge and data management procedures for shared drive and other data repositories and billing procedures for the engagement, communication protocols, contact data and related information to support engagement. | 1.5 | $ 1,343 |
| Korycki, Mary | 07/30/12 | Prepare engagement budget, hours per week per staff member. | Prepare engagement budget to include projected hours and fees per week per staff member. | 0.9 | $ 626 |
| Korycki, Mary | 07/30/12 | Prepare engagement budget, percent of time allocated per workstream. | Prepare engagement budget to include projected percentage of time allocated per workstream. | 0.8 | $ 556 |
| Korycki, Mary | 07/31/12 | Prepare engagement budget, actual hours per week, per employee worksheet. | Prepare engagement budget, actual hours per week, per employee worksheet. | 0.5 | $ 348 |
| Korycki, Mary | 07/31/12 | Prepare engagement budget, fees per week, by professional, by workstream worksheet. | Prepare engagement budget, fees per week, by professional, by workstream worksheet. | 1.2 | $ 834 |
| Korycki, Mary | 07/31/12 | Prepare engagement budget, hours per week, by professional, by workstream worksheet. | Prepare engagement budget, hours per week, by professional, by workstream worksheet. | 1.1 | $ 765 |
| Korycki, Mary | 07/31/12 | Prepare engagement budget, hours per week, by professional, net of holidays worksheet. | Prepare engagement budget, hours per week, by professional, net of holidays worksheet. | 1.4 | $ 973 |
| Korycki, Mary | 07/31/12 | Revise engagement budget, hours per week per staff member. | Revise engagement budget, hours per week per staff member. | 0.4 | $ 278 |
| Korycki, Mary | 07/31/12 | Revise engagement budget, percent of time allocated per workstream. | Revise engagement budget, percent of time allocated per workstream. | 0.3 | $ 209 |
| Korycki, Mary | 08/01/12 | Revise engagement budget, actual hours per week, per employee worksheet. | Revise engagement budget, actual hours per week, per employee worksheet. | 0.3 | $ 209 |
| Korycki, Mary | 08/01/12 | Revise engagement budget, hours per week per staff member. | Revise engagement budget, hours per week per staff member. | 0.4 | $ 278 |
| Korycki, Mary | 08/01/12 | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | 0.6 | $ 417 |
| Korycki, Mary | 08/01/12 | Revise engagement budget, percent of time allocated per workstream. | Revise engagement budget, percent of time allocated per workstream. | 0.3 | $ 209 |
| Korycki, Mary | 08/02/12 | Build engagement budget, fees per week, by professional, by workstream worksheet. | Build engagement budget, fees per week, by professional, by workstream worksheet. | 0.5 | $ 348 |
| Korycki, Mary | 08/02/12 | Build engagement budget, holiday hour worksheet. | Build engagement budget, holiday hour worksheet. | 0.2 | $ 139 |
| Korycki, Mary | 08/02/12 | Build engagement budget, hours per week, by professional, by workstream worksheet. | Build engagement budget, hours per week, by professional, by workstream worksheet. | 0.6 | $ 417 |

**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.,
Charges Related to Overhead / Staffing Issues
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|--------------------|--------------------|------|--------|
| Korycki, Mary | 08/02/12 | Build engagement budget, percent of hours, per week, by professional, by workstream worksheet. | Build engagement budget, percent of hours, per week, by professional, by workstream worksheet. | 0.8 | $ 556 |
| Korycki, Mary | 08/03/12 | Prepare engagement budget summary fees and hours, by professional, by month worksheet. | Prepare engagement budget summary fees and hours, by professional, by month worksheet. | 0.6 | $ 417 |
| Korycki, Mary | 08/03/12 | Prepare engagement budget summary fees and hours, by professional, by workstream worksheet. | Prepare engagement budget summary fees and hours, by professional, by workstream worksheet. | 1.1 | $ 765 |
| Korycki, Mary | 08/03/12 | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | 0.8 | $ 556 |
| Korycki, Mary | 08/04/12 | Revise billing procedures. | Revise memo on billing procedures developed for ResCap engagement, including billing categories, submission processes, timelines and expense requirements. | 1.5 | $ 1,043 |
| Knoll, Melissa | 08/06/12 | Address staffing, budget, coordination with counsel and issues identified. | Assess needs for professional staff resources in support of workplan, impact on engagement budget, and needs to coordinate with counsel in connection with the same. | 0.5 | $ 448 |
| Korycki, Mary | 08/06/12 | Prepare draft budget forecast for week ended 8/10/12. | Prepare draft budget forecast for week ended 8/10/12. | 1.2 | $ 834 |
| Korycki, Mary | 08/06/12 | Prepare engagement budget summary fees and hours, by professional, by month worksheet. | Prepare engagement budget summary fees and hours, by professional, by month worksheet. | 0.6 | $ 417 |
| Korycki, Mary | 08/06/12 | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | 0.9 | $ 626 |
| Korycki, Mary | 08/06/12 | Revise engagement budget, actual hours per week, per employee worksheet. | Revise engagement budget, actual hours per week, per employee worksheet. | 0.2 | $ 139 |
| Korycki, Mary | 08/06/12 | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | 1.1 | $ 765 |
| Korycki, Mary | 08/06/12 | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | 0.8 | $ 556 |
| Korycki, Mary | 08/08/12 | Revise engagement budget summary fees and hours, by month, by professional. | Revise engagement budget summary fees and hours, by month, by professional. | 0.6 | $ 417 |
| Korycki, Mary | 08/08/12 | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | 0.8 | $ 556 |
| Korycki, Mary | 08/08/12 | Revise engagement budget, actual hours per week, per employee worksheet. | Revise engagement budget, actual hours per week, per employee worksheet. | 0.2 | $ 139 |
| Korycki, Mary | 08/08/12 | Revise engagement budget, hours per week per staff member. | Revise engagement budget, hours per week per staff member. | 1.4 | $ 973 |

**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.,
Charges Related to Overhead / Staffing Issues
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|----------------------|---------------------|------|--------|
| Korycki, Mary | 08/08/12 | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | 1.5 | $ 1,043 |
| Korycki, Mary | 08/08/12 | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | 1.2 | $ 834 |
| Korycki, Mary | 08/08/12 | Revise engagement budget, percent of time allocated per workstream. | Revise engagement budget, percent of time allocated per workstream. | 1.3 | $ 904 |
| Knoll, Melissa | 08/14/12 | Address staffing issues. | Assess needs for valuation assistance relative to ▇▇▇▇▇▇▇ workstream. | 0.1 | $ 90 |
| Korycki, Mary | 08/14/12 | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | 0.9 | $ 626 |
| Korycki, Mary | 08/14/12 | Revise engagement budget, hours per week per staff member. | Revise engagement budget, hours per week per staff member. | 0.8 | $ 556 |
| Korycki, Mary | 08/14/12 | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | 0.9 | $ 626 |
| Korycki, Mary | 08/14/12 | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | 1.3 | $ 904 |
| Korycki, Mary | 08/14/12 | Revise engagement budget, percent of time allocated per workstream. | Revise engagement budget, percent of time allocated per workstream. | 1.4 | $ 973 |
| Korycki, Mary | 08/15/12 | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | Revise engagement budget summary fees and hours, by professional, by workstream worksheet. | 0.9 | $ 626 |
| Korycki, Mary | 08/15/12 | Revise engagement budget, hours per week per staff member. | Revise engagement budget, hours per week per staff member. | 0.2 | $ 139 |
| Korycki, Mary | 08/15/12 | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | Revise engagement budget, hours per week, by professional, net of holidays worksheet. | 1.3 | $ 904 |
| Korycki, Mary | 08/15/12 | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | Revise engagement budget, percent of hours, per week, by professional, by workstream worksheet. | 1.3 | $ 904 |
| Korycki, Mary | 08/15/12 | Revise engagement budget, percent of time allocated per workstream. | Revise engagement budget, percent of time allocated per workstream. | 1.2 | $ 834 |
| Korycki, Mary | 08/15/12 | Revise engagement budget, with actual hours. | Revise engagement budget, with actual hours. | 0.2 | $ 139 |
| Knoll, Melissa | 08/17/12 | Follow-up on staffing, billing and case administration. | Request changes in budget assumptions to reflect personnel assigments, assess experience and assistance needed regarding ▇▇▇▇▇▇▇, outline process for distributing billing and knowledge management procedures to newly assigned staff, and advise on Relativity search tags. | 0.9 | $ 806 |

**EXHIBIT B**

RESIDENTIAL CAPITAL, LLC, et al.,
Charges Related to Overhead / Staffing Issues
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|----------------------|---------------------|------|--------|
| Knoll, Melissa | 08/21/12 | Confirm staffing. | Confirm professional resources needed for workstream assignment. | 0.1 | $ 90 |
| Knoll, Melissa | 08/23/12 | Review and distribute budgeted and actual fee data. | Review updated MFC budget in total and by individual workstream, as well as weekly actual reporting, and distribute to leadership team for review. | 0.3 | $ 269 |
| Knoll, Melissa | 08/23/12 | Review budget summary. | Review MFC budget and provide comments. | 0.1 | $ 90 |
| Knoll, Melissa | 08/23/12 | Review budget. | Review summary of MFC budget and provide comments. | 0.1 | $ 90 |
| Knoll, Melissa | 08/24/12 | Advise on budgeting matters. | Instruct on tracking actual versus budget performance weekly. | 0.1 | $ 90 |
| Knoll, Melissa | 08/24/12 | Confer regarding staffing issues, provide related budgeting and staffing information to team leaders. | Confer with team leadership regarding workplan and necessary skills and experience of professional staff required, and circulate information regarding workplan and budget to workstream leaders. | 1.2 | $ 1,074 |
| Knoll, Melissa | 08/24/12 | Coordinate staffing and budgeting matters. | Coordinate professional staff resources based on needs in ██████████ ████ areas and request changes in budget assumptions to reflect the same. | 0.3 | $ 269 |
| Knoll, Melissa | 08/27/12 | Address staffing matter. | Identify needs and resources for document review support. | 0.1 | $ 90 |
| Knoll, Melissa | 08/27/12 | Review weekly hours versus budget. | Review weekly hours versus budget. | 0.1 | $ 90 |
| | | | *Charges Related to Overhead / Staffing Issues Total* [1] | **41.9** | **$ 30,201** |

[1] Total fees identified in the UST objection differ from amount based on entries.

**EXHIBIT C**

RESIDENTIAL CAPITAL, LLC, et al.,
Charges Related to Review of News Reports
July 24, 2012 through August 31, 2012

| Name | Date | Original Description | Revised Description | Time | Amount |
|------|------|---------------------|--------------------|------|--------|
| Ortega, Adam | 07/31/12 | Read and analyze industry related documents. | Analyze industry related documents related to ███████ . | 1.9 | $ 1,435 |
| Ortega, Adam | 07/31/12 | Read ResCap related articles. | Analyze ResCap articles related to ████████ issues. | 0.3 | $ 227 |
| Ortega, Adam | 08/01/12 | Read and analyze industry related documents and articles. | Analyze ResCap articles related to ████████ issues and industry sources related to ████ . | 1.8 | $ 1,359 |
| Ortega, Adam | 08/01/12 | Read ResCap related news articles. | Analyze ResCap articles related to ██████ issues. | 1.4 | $ 1,057 |
| Ortega, Adam | 08/02/12 | Read and analyze industry related documents and articles. | Analyze industry related documents related to ████ issues. | 1.4 | $ 1,057 |
| Ortega, Adam | 08/02/12 | Read and review industry related analyst reports. | Analyze industry related documents related to ████ issues. | 0.2 | $ 151 |
| Ortega, Adam | 08/02/12 | Read ResCap related news articles. | Analyze ResCap related articles to ██████ issues. | 1.2 | $ 906 |

*Charges Related to Review of News Reports Total* [1]  **8.2**  **$ 6,191**

[1] Total fees identified in the UST objection differ from amount based on entries.

# EXHIBIT D

## Pachmayer, Robert

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Monday, July 30, 2012 5:50 PM |
| **To:** | Pachmayer, Robert |
| **Subject:** | E-Ticket Confirmation-GHFYJR  31JUL |

 eTicket Itinerary & Receipt Confirmation

Reservations  Award Booking  My Account  Fare Sales & Offers



**Date of Issue: 30JUL12**        ②

Robert J Pachmayer:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: GHFYJR**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in  at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel         Book a car         Buy trip insurance





**Record Locator: GHFYJR**

### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| ✈ | 382 | CHICAGO OHARE | TUE 31JUL | NEW YORK LGA | 12:35 PM | L |

| American Airlines | | | 9:25 AM | | | | |
| | | Robert Pachmayer | FF#: D55Y954 | Economy | Seat 16A | Food For Purchase |
| AA | 371 | NEW YORK LGA | THU 02AUG 8:40 PM | CHICAGO OHARE | 10:10 PM | L |
| American Airlines | | Robert Pachmayer | FF#: D55Y954 | Economy | Seat 11E | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| ROBERT PACHMAYER | 0012312032094 | 974.88 | 94.72 | 1069.60 |

**Payment Type:** American Express XXXXXXXXXX1002     **Total: $1069.60**

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE ORDLGA-NIL/AA LGAORD-NIL/AA
1STCHECKED BAG FEE-ORDLGA-USD25.00/AA LGAORD-USD25.00/AA
2NDCHECKED BAG FEE-ORDLGA-USD35.00/AA LGAORD-USD35.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on

2

**EXHIBIT E**

RESIDENTIAL CAPITAL, LLC, et al.,
UST Objection to MFC's First Interim Fee Application
July 24, 2012 through August 31, 2012

|   |  | Objected Amount | Conceded Amount | Variance Amount |
|---|---|---|---|---|
| | *Fees* | | | |
| 1 | Vague time entries | $ 21,774 | - | 21,774 |
| 2 | Time spent reviewing UST Guidelines | 3,328 | 3,328 | - |
| 3 | Staff scheduling and other instances of overhead | 28,388 | - | 28,388 |
| 4 | Review of news reports | 7,389 | - | 7,389 |
| 5 | Internal Training - Synthesis | 6,914 | - | 6,914 |
| | *Total Fees* | **67,793** | **3,328** | **64,465** |
| | *Expenses* | | | |
| | Unclear if air travel charges were for First Class airfare | $ 3,186 | 1,058 | 3,186 |
| | Meals in excess of $20.00 per person | 433 | - | 433 |
| | *Total Expenses* | **3,619** | **1,058** | **3,619** |
| | *Total Fees and Expenses* | **71,412** | **4,386** | **68,084** |