Jeffrey A. Lipps (admitted pro hac vice)
Jennifer A.L. Battle (admitted pro hac vice)
David A. Beck (admitted pro hac vice)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Phone:  (614) 365-4100
Fax:  (614) 365-9145

*Special Litigation Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**STATEMENT REGARDING RESOLUTION OF THE UNITED STATES TRUSTEE'S
OBJECTION TO THE FIRST INTERIM APPLICATION OF CARPENTER
LIPPS & LELAND LLP AS SPECIAL LITIGATION COUNSEL FOR THE
DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD MAY 14, 2012 THROUGH AUGUST 31, 2012**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

Carpenter Lipps & Leland LLP ("**CLL**"), special litigation counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), respectfully submits this notice of resolution of the portion of the United States Trustee's (the "**UST**")'s omnibus objection (Docket No. 2361) (the "**Objection**") objecting to CLL's first interim fee application (Docket No. 1889).  CLL respectfully represents that the UST's objection has been resolved as follows:

{00337487-1}

1. CLL has agreed to reduce Ms. Mohler's hourly rate for periods prior to her being admitted to $110.00, which is the standard rate charged by CLL paralegals in nonbankruptcy matters.[1] This results in a reduction of $1,970 in fees.

2. The transitory timekeeper billed by CLL dealt with work by a CLL associate who prepared for and attended a state court hearing in a contested foreclosure where he was the only professional for which CLL charged the Debtors. The UST has agreed to withdraw this objection.

3. CLL has agreed to write off all $4,715 it charged in connection with work revising billing records for the June and July monthly fee statements.

4. CLL has agreed to write off the $46.00 in requested expense reimbursement for tips for hotel bellman.

5. CLL has provided copies to the UST of all of the invoices for outside legal service providers supporting the $207,706.52 in requested expense reimbursement. The UST has accepted this documentation.

6. CLL has provided documentation to the UST that $66.00 of the $910 in meal expenses the UST objected to complies with the $20.00 per person cap taking into account that a single receipt covered meals for multiple attorneys. CLL has agreed to write off the remaining $844.00.

7. CLL has provided to the UST documentation that all of the air transportation charges related to coach-class travel. The UST has withdrawn the objection to these airfares.

---

[1] In accordance with CLL's prepetition discount agreed to with the Debtors, it has been charging a reduced hourly rate of $75.00 for paralegals in these cases.

8.  In aggregate, CLL has agreed to write off $6,675 in fees and $890 in expenses in resolution of the Objection.  CLL is now requesting approval of $949,060 in fees and $334,034.08 in expenses.  If this request is approved by the Court, CLL would be entitled to payment of $183,730.50 on account of amounts not yet paid for the first interim compensation period.

Dated: December 18, 2012  /s/ David A. Beck
Jeffrey A. Lipps (admitted pro hac vice)
lipps@carpenterlipps.com
Jennifer A.L. Battle (admitted pro hac vice)
battle@carpenterlipps.com
David A. Beck (admitted pro hac vice)
beck@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Phone:  (614) 365-4100
Fax:  (614) 365-9145

*Special Litigation Counsel to the Debtors and Debtors in Possession*