**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
RESIDENTIAL CAPITAL, LLC, et al.,                             :   Case No. 12-12020 (MG)
                                                              :
                            Debtors.                          :   Jointly Administered
                                                              :
------------------------------------------------------------- x   Ref. Docket No. 2418

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2012, I caused to be served the "Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to Debtors' Motion for Appointment of a Mediator and Debtors' Motion for the Entry of an Order Further Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof," dated December 14, 2012 [Docket No. 2418], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
17th day of December, 2012

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

T:\Clients\Rescap\Affidavits\Statement & Reservation of Rights of UCC_DI 2418_AFF_12-14-12_SS.doc

# EXHIBIT A

# RESIDENTIAL CAPITAL, LLC ET AL
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O KELVIN VARGAS 25 DE FOREST AVE SUMMIT NJ 07901 |
| FANNIE MAE | ATTN JOHN S FORLINES VP, CREDIT MANAGEMENT 3900 WISCONSIN AVE NW MAIL STOP 8H-504 WASHINGTON DC 20016 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK, RAY C CIERI & STEPHEN E HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | ALISON M. TEARNEN SCHEPPER 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE & LORENZO MARINUZZI 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONSTAR MORTGAGE LLC | ATTN: GENERAL COUNSEL 350 HIGHLAND DRIVE LEWISVILLE TX 75067 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | ERIC T SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | JONATHAN H. HOFER FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | KEN ZIMAN FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SARAH M WARD FOUR TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | SUZANNE D T LOVETT FOUR TIMES SQUARE NEW YORK NY 10036 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| TIFFANY SMITH | C/O SCHROETER GOLDMARK & BENDER 500 CENTRAL BLDG., 810 THIRD AVE. SEATTLE WA 98104 |
| U.S. BANK NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: GEORGE RAYZIS 50 SOUTH 16 TH STREET SUITE 2000 PHILADELPHIA PA 19102 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: IRINA PALCHUK 60 LIVINGSTON AVENUE EP-MN-WS1D ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | MICHELLE MOELLER 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | TANVER ASHRAF, CORPORATE TRUST SERVICES WEST SIDE FLATS, EP-MN-WS3D 60 LIVINGSTON AVE. ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: MAMTA K SCOTT 190 S. LASALLE STREET CHICAGO IL 60603 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: GLENN D. GILLETTE CIVIL DIVISION 1100 L STREET NW, ROOM 10018 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO 33 WHITEHALL ST 21ST FL, REGION 2 NEW YORK NY 10004 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  36**

# EXHIBIT B

ASKDOJ@USDOJ.GOV
BMYRICK@SIDLEY.COM
BOBBIE.THEIVAKUMARAN@CITI.COM
BRIAN.MASUMOTO@USDOJ.GOV
DMANNAL@KRAMERLEVIN.COM
GEORGE.RAYZIS@USBANK.COM
GLEE@MOFO.COM
IRINA.PALCHUK@USBANK.COM
JBOELTER@SIDLEY.COM
JHOFER@SKADDEN.COM
john.bellaver@ally.com
JOHN_S_FORLINES@FANNIEMAE.COM
JOSEPH.CORDARO@USDOJ.GOV
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KECKSTEIN@KRAMERLEVIN.COM
KELVIN.VARGAS@DB.COM
KEN.ZIMAN@SKADDEN.COM
LINDA.RIFFKIN@USDOJ.GOV
LMARINUZZI@MOFO.COM
LNASHELSKY@MOFO.COM
LNYHAN@SIDLEY.COM
marie.l.cerchero@irs.gov
NANCY.LORD@OAG.STATE.NY.US
NEAL.MANN@OAG.STATE.NY.US
newyork@sec.gov
NIKOLAY.KODES@SKADDEN.COM
PROJECTRODEO@KIRKLAND.COM
RAY.SCHROCK@KIRKLAND.COM
RICHARD.CIERI@KIRKLAND.COM
SARAH.WARD@SKADDEN.COM
SECBANKRUPTCY@SEC.GOV
STEPHEN.HESSLER@KIRKLAND.COM
SUZANNE.LOVETT@SKADDEN.COM
TAMMY.HAMZEHPOUR@ALLY.COM
TIMOTHY.DEVINE@ALLY.COM
tmayer@kramerlevin.com
TRACY.DAVIS2@USDOJ.GOV
WILLIAM.B.SOLOMON@ALLY.COM

ACCESSLEGALSERVICES@GMAIL.COM
ADAM.PARKIN@TDSECURITIES.COM
AGLENN@KASOWITZ.COM
ALICIA.BORYS@BARCLAYS.COM
ALMOSKOWITZ@WINSTON.COM
AYALA.HASSELL@HP.COM
BALAJI.V@INDECOMM.NET
BANKRUPTCY@MORRISONCOHEN.COM
BATEMAN@SEWKIS.COM
BBRESSLER@SCHNADER.COM
BDEUTSCH@SCHNADER.COM
BGUINEY@PBWT.COM
BILL.MACURDA@ALSTON.COM
BRANDON.JOHNSON@PILLSBURYLAW.COM
BRIAN.GREER@DECHERT.COM
CATHERINE_LASHER@FANNIEMAE.COM
CBALL@JONESDAY.COM
CEBLACK@JONESDAY.COM
CHRISTOPHER.STEVENS@TDSECURITIES.COM
CLOMETTI@COHENMILSTEIN.COM
COURTNEY.LOWMAN@ALLY.COM
CSCHREIBER@WINSTON.COM
DANBROCKETT@QUINNEMANUEL.COM
DAS@SEWKIS.COM
DFLANIGAN@POLSINELLI.COM
DFLIMAN@KASOWITZ.COM
DLOESER@KELLERROHRBACK.COM
DNEIER@WINSTON.COM
DREHNS@COHENMILSTEIN.COM
DSKEENS@WBSVLAW.COM
DWDYKHOUSE@PBWT.COM
DWOLLMUTH@WMD-LAW.COM
EBCALVO@PBFCM.COM
ECF@KAALAW.COM
ECHOU@COLESCHOTZ.COM
ECIOLKO@KTMC.COM
RMANEY@WILMINGTONTRUST.COM
FRANK@LOANVALUEGROUP.COM
FSOSNICK@SHEARMAN.COM
GENERALCOUNSEL@FHFA.ORG
GJARVIS@GELAW.COM
GLENN.GILLETT@USDOJ.GOV
GLENN.SIEGEL@DECHERT.COM
GREGORY.PETRICK@CWT.COM
GUZZI@WHITECASE.COM
HECTOR.GONZALEZ@DECHERT.COM
HECTOR.GONZALEZ@DECHERT.COM

HEIDIFURLONG@SIEGELBRILL.COM
ILEVEE@LOWENSTEIN.COM
INFO@EMORTGAGELOGIC.COM
INFO@SGB-LAW.COM
INGRID.BAGBY@CWT.COM
JBERNSTEIN@LABATON.COM
JCORNEAU@KLESTADT.COM
JEFF.BROWN@GMACFS.COM
JENNIFER.PROVENZANO@BNYMELLON.COM
JGARRITY@MORGANLEWIS.COM
JHAAKE@WBSVLAW.COM
JLAITMAN@COHENMILSTEIN.COM
JMILLER@TCFBANK.COM
JMOLDOVAN@MORRISONCOHEN.COM
JNAGI@POLSINELLI.COM
JOE.SALAMA@DB.COM
JOHN.STERN@TEXASATTORNEYGENERAL.GOV
JPAGET@HUNTON.COM
JWILLIAMS@WILMINGTONTRUST.COM
JZAJAC@PROSKAUER.COM
KAPIL.CHOPRA@AEGISGLOBAL.COM
KATHRYN.THORPE@TDSECURITIES.COM
KEITH.WOFFORD@ROPESGRAY.COM
KELLY.J.RENTZ@WELLSFARGO.COM
KENTON_HAMBRICK@FREDDIEMAC.COM
KIT.WEITNAUER@ALSTON.COM
KPATRICK@GIBBSBRUNS.COM
KREHNS@COHENMILSTEIN.COM
LEMILLER@JONESDAY.COM
LPULFORD@CORELOGIC.COM
MACOHEN@CURTIS.COM
MAGESHWARAN.RAMASAMY@BNYMELLON.COM
MALBAIADY@CORELOGIC.COM
MAMTA.SCOTT@USBANK.COM
MARK.ELLENBERG@CWT.COM
MARTY.BUNIN@ALSTON.COM
MAURICIO.ESPANA@DECHERT.COM
MCARNEY@MCKOOLSMITH.COM
MEISENKRAFT@COHENMILSTEIN.COM
METKIN@LOWENSTEIN.COM
MGALLAGHER@CURTIS.COM
MICHAEL.SPATARO@BNYMELLON.COM
MICHELLE.MOELLER@USBANK.COM
MKRAUT@MORGANLEWIS.COM
MROLLIN@RPLAW.COM
MSD@DCGLAW.COM
MSELTZER@SUSMANGODFREY.COM

MSTEIN@KASOWITZ.COM
MVAUGHAN@WBSVLAW.COM
MWARNER@COLESCHOTZ.COM
MYANNEY@ASSUREDGUARANTY.COM
NAMAMOO@KASOWITZ.COM
NICHLAUS.M.ROSS@WELLSFARGO.COM
PATRICK.KERNER@BARCLAYS.COM
PAUL_MULLINGS@FREDDIEMAC.COM
PFLEMING@MORGANLEWIS.COM
PMOAK@MCKOOLSMITH.COM
PRFORLENZA@PBWT.COM
RAJAN@INDECOMM.NET
RBARKASY@SCHNADER.COM
RESCAPINFO@KCCLLC.COM
RLWYNNE@JONESDAY.COM
ROBLIN@WILLIAMSLAW.COM
ROSA.MENDEZ@DB.COM
ROSS.MARTIN@ROPESGRAY.COM
RZWERLING@ZSZ.COM
SARAH.STOUT@BNYMELLON.COM
SCOTT.SLIFER@ISGN.COM
SCOTTSHELLEY@QUINNEMANUEL.COM
SETH.GOLDMAN@MTO.COM
SFENNESSEY@SHEARMAN.COM
SHARON.SQUILLARIO@WELLSFARGO.COM
SHEEHAN@TXSCHOOLLAW.COM
SHUMPHRIES@GIBBSBRUNS.COM
SREISMAN@CURTIS.COM
SRUTSKY@PROSKAUER.COM
STEVEP@RGRDLAW.COM
SUSAN.KHOKHER@TDSECURITIES.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM
TAL@TALCOTTFRANKLIN.COM
TANVEER.ASHRAF@USBANK.COM
THEODORE.W.TOZER@HUD.GOV
THOMAS.WALPER@MTO.COM
TKLESTADT@KLESTADT.COM
TLALLIER@FOLEYMANSFIELD.COM
TOM.HOUGHTON@ALLY.COM
WESTCHESTERLEGAL@AOL.COM
WILLIAM.HAO@ALSTON.COM
XRAUSLOANOPS5@BARCLAYS.COM
PDEFILIPPO@WMD-LAW.COM
SFITZGERALD@WMD-LAW.COM
JLAWLOR@WMD-LAW.COM
JGLUCKSMAN@SCARINCIHOLLENBECK.COM
DAVID.POWLEN@BTLAW.COM

DIANE.SANDERS@LGBS.COM
LBERKOFF@MORITTHOCK.COM
WILL.HOCH@CROWEDUNLEVY.COM
CWOOD@RGRDLAW.COM
STEVEP@RGRDLAW.COM
ABEHLMANN@LOWENSTEIN.COM
DAVIDS@BLBGLAW.COM
JONATHANU@BLBGLAW.COM
MATTHEWJ@BLBGLAW.COM
JAI@BLBGLAW.COM
PFERDINANDS@KSLAW.COM
AJOWERS@KSLAW.COM
THADWILSON@KSLAW.COM
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
cmomjian@attorneygeneral.gov
chris@myfaircredit.com
JGLUCKSMAN@SCARINCIHOLLENBECK.COM
david.tillem@wilsonelser.com
TFAWKES@FREEBORNPETERS.COM
DEGGERT@FREEBORNPETERS.COM
taconrad@sbwlawfirm.com
dprather@iglou.com
dstichesq@gmail.com
joel@shafeldlaw.com
ACCESSLEGALSERVICES@GMAIL.COM
jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com
kristi.garcia@wellsfargo.com
MKBROYLES@FEINSUCHCRANE.COM
rnorton@hunton.com
rrich2@hunton.com
derek@talcottfranklin.com
bankruptcy@clm.com
dlemay@chadbourne.com
hseife@chadbourne.com
mdyer@aclawllp.com
victoria.safran@ag.ny.gov
romero@mromerolawfirm.com
jteitelbaum@tblawllp.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
bankruptcy2@ironmountain.com
adoshi@magnozzikye.com
sdnyecf@dor.mo.gov

ggraber@hodgsonruss.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
METKIN@LOWENSTEIN.COM
ILEVEE@LOWENSTEIN.COM
ECIOLKO@KTMC.COM
dmoffa@ktmc.com
tziegler@ktmc.com
harrisj12@michigan.gov
kay.brock@co.travis.tx.us
bnkatty@aldine.k12.tx.us
david.jason@usbank.com
binder@sewkis.com
rbrown@robertbrownlaw.com
choward@lockelord.com
maofiling@cgsh.com
rajohnson@akingump.com
ccarty@akingump.com
andrea.hartley@akerman.com
susan.balaschak@akerman.com
hadi.khatib@akerman.com
ronald.rowland@rms-iqor.com
houston_bankruptcy@lgbs.com
jleibowitz@kandfllp.com
dcaley@wongfleming.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
lee.gordon@mvbalaw.com
bdk@schlamstone.com
ppascuzzi@ffwplaw.com
gary.holtzer@weil.com
mknitter@co.monroe.pa.us
ksheehan@flwlaw.com
mdyer@aclawllp.com
mabrams@wilkie.com
rchoi1@wilkie.com
jhardy2@wilkie.com
rschug@nka.com
mlicker@feinsuch.com
mark.flannagan@umb.com
sleopold@leopoldassociates.com
jjtancredi@daypitney.com
jwcohen@daypitney.com
hkryder@daypitney.com
raul.alcantar@alcantarlaw.com

jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
tarr@blankrome.com
root@blankrome.com
mschaedle@blankrome.com
njacobs@jacobslawpc.com
jgelman@jacobslawpc.com
arosen@jacobslawpc.com
pdatta@hhstein.com
james.heaney@lawdeb.com
christensen@sewkis.com
patel@sewkis.com
deborah@ladyesq.net
schindlerwilliamss@ballardspahr.com