**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re: RESIDENTIAL CAPITAL, LLC, et al.    Case No.: 12-12020 MG
                                           Chapter 11

                    Debtor
---------------------------------------------------------------x
    GEORGE VAN WAGNER,                    Adversary Proceeding No.: 12-01913 MG
                    Plaintiff
            v.
    RESIDENTIAL FUNDING COMPANY,
    LLC, et al.; NATIONAL CITY
    MORTGAGE;
    GOLDEN & AMOS, PLLC; TIM AMOS
    GMAC MORTGAGE;
    PETER T. DEMASTERS;
    FLAHERTY, SENSABAUGH, BONASSO
    PLLC;
    SUSAN ROMAIN
    PNC BANK NATIONAL ASSOCIATION;
    SENECA TRUSTEES, INC.;
    JASON MANNING,
    TROUTMAN SANDERS, LLP
                        Defendants.
---------------------------------------------------------------x


**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of  Chris R. Arthur, Esquire  , to be admitted *pro hac vice*, to represent  Seneca Trustees, Inc.  , (the "Client"), a  Defendant  in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  West Virginia  and, if applicable, the bar of the U.S. District Court for the  Southern  District of  West Virginia  , it is hereby

**ORDERED**, that  Chris R. Arthur  , Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **December 19, 2012**
    New York, New York                       **/s/Martin Glenn**
                                        UNITED STATES BANKRUPTCY JUDGE