**PILLSBURY WINTHROP SHAW PITTMAN LLP**
**Brandon Johnson**
**1540 Broadway**
**New York, NY 10036-4036**
**Telephone: 212-858-1000**
**Facsimile: 212-258-1500**
**Email: brandon.johnson@pillsburylaw.com**

**Attorneys for Creditor 2255 Partners, L.P.**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC., et al.,<br><br>　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case Nos. 12-12020 (MG)<br>)<br>)<br>) Jointly Administered<br>)<br>)<br>) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the new addresses of the San Francisco office of the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for creditor 2255 Partners, L.P. ("Creditor"):

　　　　Physical address: Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111

　　　　Mailing address: Post Office Box 2824, San Francisco, CA 94126

704012282v1

The telephone numbers and email addresses for Creditor's attorneys remain the same.

Dated: December 17, 2012

    New York, New York        Respectfully submitted,

                                              By /s/ Brandon Johnson
                                              Brandon Johnson
                                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                              1540 Broadway
                                              New York, New York 10036
                                              Telephone: (212) 858-1000
                                              Facsimile: (212) 858-1500

                                              Attorneys for Creditor 2255 Partners, L.P.

704012282v1