Presentment Date: January 2, 2013 at 12:00 p.m. (ET)
Objection Deadline: December 26, 2012 at 4:00 p.m. (ET)

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (RF-2836)
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777

*Proposed Co-Counsel for the Official Committee of
Unsecured Creditors of Residential Capital, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF PRESENTMENT OF AMENDED APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS AND ORDER AUTHORIZING AND
APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP
AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS *NUNC PRO TUNC* TO SEPTEMBER 19, 2012**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

　　　　1.　　Upon the annexed amended application (the "**Amended Application**") of the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order authorizing the employment and retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, the undersigned will present a proposed order approving the Amended Application substantially in the form attached to the Amended Application (the "**Proposed Order**") to the Honorable Martin Glenn, United States Bankruptcy Judge, Room 501 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, for signature on **January 2, 2013 at 12:00 p.m.** (prevailing Eastern Time).

　　　　2.　　Any objections to the Proposed Order must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(b), Bankruptcy rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 141] (the "**Case Management Order**"), and served upon the Special Service List, as that term is defined in the Case Management Order, so as to be

actually received no later than **December 26, 2012 at 4:00 p.m.** (prevailing Eastern Time) (the "**Objection Deadline**").

        3.    If no objections to the entry of the Proposed Order are timely filed and served on or before the Objection Deadline, the Court may enter the Proposed Order with no further notice or opportunity to be heard offered to any party. If an Objection is received in accordance with the terms above, the Court will schedule a hearing with respect to the relief sought in the Amended Application.

        4.    A copy of the Case Management Order and the Amended Application can be viewed and obtained on the Court's website at www.ecf.nysb.uscourts.gov or, without charge, at the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: December 19, 2012
       New York, New York

                      PACHULSKI STANG ZIEHL & JONES LLP

                      /s/ Robert J. Feinstein
                      Robert J. Feinstein
                      780 Third Avenue, 36th Floor
                      New York, New York 10017
                      Telephone: (212) 561-7700
                      Facsimile: (212) 561-7777

                      *Proposed Co-Counsel for the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al.*