UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Debra L. Felder, dated December 19, 2012, for admission to practice *pro hac vice* to represent the above-captioned debtors and debtors in possession as special securitization transactional and litigation counsel in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Maryland, the District of Columbia, the United States District Courts for Maryland and the District of Columbia, the Court of Appeals for the Eleventh Circuit and the Supreme Court of the United States,

IT IS HEREBY ORDERED that Debra L. Felder is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court for the District of New York to represent the above-captioned debtors and debtors in possession as special securitization transactional and litigation counsel, provided that the filing fee has been paid.

Dated: New York, New York
December 20, 2012

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE