Stephen B. Ravin, Esq.
Dipesh Patel, Esq.
Saul Ewing LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 980-7200
Facsimile:  (212) 980-7209

*Attorneys for American Residential Equities LLC,
in its own individual capacity and in its capacity
as Trustee under that certain American Residential Equities,
LLC Master Trust Agreement dated August 8, 2005,*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | (Joint Administration) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Saul Ewing LLP, on behalf of American Residential Equities LLC, in its own individual capacity and in its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005 ("ARE"), appears pursuant to Section 1109(b) of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 in the above captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9010, the undersigned requests copies all papers, including but not limited to pleadings, motions, applications, and answering or reply papers in the above captioned bankruptcy case, be given to and served upon the following

35013.1 12/20/2012

Stephen B. Ravin, Esq.
Saul Ewing LLP
555 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 980-7200
Facsimile: (212) 980-7209
sravin@saul.com

-and-

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
Phone: (302) 421-6840
mminuti@saul.com

-and-

Nicolas J. Nastasi, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-8445
nnastasi@saul.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing appearances and requests are not intended nor shall be deemed to waive ARE's: (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which ARE may be entitled under agreements, in law, or in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is a limited appearance for purposes of notice and service only. Accordingly, this Notice of Appearance is

35013.1 12/20/2012

not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

        SAUL EWING LLP
Attorneys for American Residential Equities LLC, in its own individual capacity and in its capacity as Trustee under that certain American Residential Equities, LLC Master Trust Agreement dated August 8, 2005

By:   /s/Dipesh Patel
      Stephen B. Ravin, Esq.
      Dipesh Patel, Esq.
      Saul Ewing LLP
      555 Fifth Avenue, Suite 1700
      New York, NY 10017
      Telephone: (212) 980-7200
      Facsimile: (212) 980-7209
      sravin@saul.com
      dpatel@saul.com

## CERTIFICATION OF SERVICE

I hereby certify that on or about December 20, 2012, I caused the foregoing Notice of Appearance to be served by e-mail on counsel to the Debtors and their Notice Agent, Kurtzman Carson Consultants, LLC, and counsel for the Committee.

      /s/ Dipesh Patel

35013.1 12/20/2012