UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :
                                                   :           Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al.*                 :
                                                   :           Case No. 12-12020 (MG)
                    Debtors.                       :
                                                   :           (Jointly Administered)
-------------------------------------------------------x

### STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

**WHEREAS** EverBank ("**First Lienholder**") holds a senior mortgage and security interest on lands and premises of Florante S. and Elizabeth Banez with an address of 5729 Telipa Drive, Orlando, Florida 32839 (the "**Mortgaged Property**");

**WHEREAS** the relevant land records reflect that above-captioned debtors (the "**Debtors**") hold a subordinate lien on the Mortgaged Property;

**WHEREAS** the First Lienholder has requested (the "**Request**") the Debtors' consent to relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), to continue and complete the foreclosure of its interests in the Mortgaged Property;

**WHEREAS** on December 15, 2011 the First Lienholder obtained a judgment in connection with its previously commenced foreclosure proceeding;

**WHEREAS** the Debtors, following a review of their records have determined that to the best of their knowledge they do not hold any interest in the Mortgaged Property;

**WHEREAS** the Debtors have consulted with the Creditors' Committee regarding the Request;

**WHEREAS** the Debtors have agreed to consent to the Request on the terms and conditions contained in this Stipulation and Order;

**NOW, THEREFOR**, it is hereby stipulated and agreed as between the parties to this Stipulation and Order, through their undersigned counsel, as follows:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The First Lienholder's Request is granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in these cases by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to allow the First Lienholder to complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3. The First Lienholder shall provide due notice to the Debtors in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to proceeding with a sale of the Mortgaged Property, in accordance with and to the extent required by applicable state law.

4. This Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

5. This Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

6. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 14-day stay of this Order imposed by such rule is waived. The First Lienholder is authorized to implement the provisions of this Order immediately upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

| GMAC MORTGAGE, LLC | EVERBANK |
|---|---|
| By:/s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By:  /s/ Shari S. Barak<br>Shari S. Barak<br>**SHAPIRO, DICARO & BARAK, LLC**<br>105 Maxess Road, Suite N109<br>Melville, NY 11747<br>Tel:  (631) 844-9611<br>Fax:  (631) 844-9525<br><br>*Counsel for EverBank* |

Dated:  December 20, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/Martin Glenn**
　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge