Hearing date: January 16, 2013 at 10:00 a.m. (Eastern Time)<br>
Objection Deadline: January 2, 2013 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON MOTION OF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY SEEKING LIMITED DISCOVERY FROM THE DEBTORS AND RELIEF FROM STAY IMPOSED BY THE FHFA ORDER**

PLEASE TAKE NOTICE THAT a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, on January 16, 2013 at 10:00 a.m. (Eastern Time) in Room 501 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, or as soon thereafter as counsel can be heard, to consider the *Motion of Massachusetts Mutual Life Insurance Company Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order* (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing, stating in detail the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with paper copies delivered to Bankruptcy Judge Martin Glenn's Chambers, and served in accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Administrative Procedures* [Docket No. 141] (the "Case Management Order") so that any objections are actually received by such parties required by the Case Management Order not later than 4:00 p.m. (Eastern Time) on

January 2, 2013 (the "Objection Deadline"). Objections not timely served and filed by the

Objection Deadline may not be considered by the Bankruptcy Court.

    PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion may be

adjourned, without further written notice to any party.

DATED:    December 20, 2012
               New York, New York

    /s/ Minyao Wang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy
Jennifer J. Barrett
Minyao Wang
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
*Attorneys for Massachusetts Mutual Life Insurance Company*