| | |
|---|---|
| **QUINN EMANUEL URQUHART**<br>  **& SULLIVAN, LLP**<br>Daniel L. Brockett<br>Susheel Kirpalani<br>Jennifer Barrett<br>Maria Ginzburg<br>Scott C. Shelley<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile:  (212) 849-7100 | **QUINN EMANUEL URQUHART**<br>  **& SULLIVAN, LLP**<br>Eric D. Winston (admitted *pro hac vice*)<br>Jeremy D. Andersen (admitted *pro hac vice*)<br>865 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

*Counsel for*

*AIG Asset Management (U.S.), LLC. et al.,*
*Allstate Insurance Company, et al.,*
*Massachusetts Mutual Life Insurance Company, and*
*Prudential Insurance Company of America, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING AND EXTENSION OF OBJECTION**
**DEADLINE WITH RESPECT TO MOTION UNDER BANKRUPTCY RULE 3013**

    **PLEASE TAKE NOTICE** that the following matter previously scheduled to be heard at the hearing on January 29, 2013 at 10:00 a.m. (prevailing Eastern Time) has been adjourned to **March 5, 2013 at 10:00 a.m. (prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004:

> Motion of AIG Asset Management (U.S.), LLC, the Allstate Entities, Massachusetts Mutual Life Insurance Company, and the Prudential Entities for an Order Under Bankruptcy Rule 3013 (i) Classifying RMBS Fraud Claims in the Same Class as the Securitization Trusts' Claims for Purposes of any Chapter 11 Plan for the Debtors and (ii) Directing that Misrepresentation Claims

Cannot Be Placed in a Plan Class that Will Be Subordinated Under Bankruptcy Code Section 510(b) (the "3013 Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the 3013 Motion and the relief requested therein must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance with the Order Under Bankruptcy Code Sections 102(1), 105(a), and 105(d), Bankruptcy Rules 1015(c), 2002(m), and 9007, and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 (Doc. 141) (the "Case Management Order"), and served on the Special Service List and General Service List as those terms are defined in the Case Management Order, so as to be received no later than **February 19, 2013 at 4:00 p.m. (prevailing Eastern time).**

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the 3013 Motion may be granted without a hearing if no objection is timely filed and served as set forth above and in accordance with the Case Management Order.

Dated: December 20, 2012
New York, New York

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

_/s/ Susheel Kirpalani_
Susheel Kirpalani
Daniel L. Brockett
Jennifer Barrett
Maria Ginzburg
Scott C. Shelley

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Eric D. Winston (admitted *pro hac vice*)
Jeremy D. Andersen (admitted *pro hac vice*)
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for AIG Asset Management (U.S.), LLC, et al., Allstate Insurance Company, et al., Massachusetts Mutual Life Insurance Company, and Prudential Insurance Company of America, et al.*