**FEIN, SUCH & CRANE, LLP**
COUNSELLORS AT LAW
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK 10977
(845) 371-4700

Telecopier (845) 371-4747

<u>Northern New York</u>
28 E. Main Street
Rochester, New York 14614
(585) 232-7400
Telecopier (585) 325-6201

<u>New Jersey Office</u>
7 Century Drive
Suite 201
Parsippany, New Jersey 07054
(973) 538-4700
Telecopier (973) 538-8234

REPLY TO: NEW JERSEY ADDRESS

December 21, 2012

```
UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-4551

RE:   RESIDENTIAL CAPITAL, LLC
      Case No. 12-12020
      File No. GMNY1269


Dear Sir/Madam:

Please accept this letter as a formal request to withdraw the
Notice of Appearance filed on behalf of GMAC MORTGAGE, LLC on
10/25/2012 as Number 1945 on the Court's Docket.

Thank you for your prompt attention to this matter.

Very truly yours,
```
**FEIN, SUCH, & CRANE, LLP**

*/s/ Greg Shasa*

```
By: Greg Shasa
    Legal Assistant




Enclosure

cc:   Attorney for Debtor(s)
      Debtor(s)
      Trustee
      Office of the United States Trustee
```