UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

**RESIDENTIAL CAPITAL, LLC, et al.,**

Debtors

-----------------------------------------------------------x

Brian Finell Kimber
Malinda Denise Kimber,

**Plaintiffs**

v.

GMAC Mortgage, Inc., et al.

**Defendants**

-----------------------------------------------------------x

Case No.: 12-12020-mg

Chapter 11

Adv. Pro. No.: 12-02045-mg

RECEIVED DEC 20 2012 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James P. Watkins, request admission, *pro hac vice*, before the Honorable Judge Martin Glenn to represent GMAC Mortgage, Inc; Executive Trustee Service, LLC and Susan Turner, defendants in the above-referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Alabama and of the bar of the U.S. District Court of Alabama for the Northern, Middle and Southern Districts.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: December 19, 2012.

_____
James P. Watkins

*Mailing Address*:
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL  35203
*E-mail address:* jwatkins@babc.com
*Telephone number:* (205) 521-8183