UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                :
RESIDENTIAL CAPITAL, LLC, et al.,                               :    Case No. 12-12020 (MG)
                                                                :
                                      Debtors.                  :    Jointly Administered
----------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF JARED J. DERMONT IN SUPPORT OF MOELIS & COMPANY LLC'S RETENTION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS ITS INVESTMENT BANKER**

Pursuant to 28 U.S.C. § 1746, I, Jared J. Dermont, hereby declare as follows under penalty of perjury:

1.  I am a Managing Director in the Recapitalization and Restructuring Group of Moelis & Company LLC ("**Moelis**"), resident in Moelis' New York office, located at 399 Park Avenue, 5th Floor, New York, New York 10022. I am authorized to submit this supplemental declaration in connection with Moelis' retention by the Official Committee of Unsecured Creditors (the "**Committee**") of Residential Capital, LLC and its affiliates that are chapter 11 debtors and debtors-in-possession in the above-referenced chapter 11 cases (the "**Chapter 11 Cases**").

2. Moelis recently has been engaged by an affiliate of a member of the Committee in a matter that is unrelated to the Chapter 11 Cases. I do not believe that such engagement precludes Moelis from continuing to be retained by the Committee in the Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information, knowledge and belief.

Dated: December 11, 2012
New York, New York

                                      MOELIS & COMPANY LLC

                                      By: /s/ Jared J. Dermont
                                      Name: Jared J. Dermont
                                      Title: Managing Director