Eric A. Boden
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Counsel to Liberty Property Limited Partnership*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :
In re:                                                          :    Chapter 11
                                                                :
RESIDENTIAL CAPITAL, LLC, et al.                                :    Case No. 12-12020-mg
                                                                :
                                                                :    Joint Administration Pending
                                             Debtor.            :
                                                                :
----------------------------------------------------------------X

## NOTICE OF ENTRY OF APPEARANCE
## COMBINED WITH DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Liberty Property Limited Partnership, a creditor and party-in-interest in the above-captioned bankruptcy case ("Creditor"), hereby appears in the above-captioned bankruptcy case by its counsel, Eric A. Boden, Esquire, and such counsel hereby enters his appearance pursuant to Fed. R. Bankr. P. 9010(b); and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

PHDATA 4096309_1

Eric A. Boden, Esquire
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
eboden@schnader.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor reserves.

Dated: December 21, 2012  
      New York, New York

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____  
Eric A. Boden  
140 Broadway, Suite 3100  
New York, NY 10005-1101  
Phone: (212) 973-8000  
Fax: (212) 972-8798  
eaboden@schnader.com

*Counsel to Liberty Property Limited Partnership*