Kevin H. Marino (KM 4941)
John A. Boyle (JB 1058)
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Morgan Stanley & Co. Incorporated,
n/k/a Morgan Stanley & Co. LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                       :
In re:                                                 :    Chapter 11
                                                       :
Residential Capital, LLC, et al.,                      :    Case No. 12-12020 (MG)
                                                       :
                    Debtors.                           :    Jointly Administered
                                                       :
-------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Marino, Tortorella & Boyle, P.C. hereby (1) enters its appearance in the above-captioned cases as counsel to Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC ("Morgan Stanley") pursuant to sections 342 and 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and (2) requests that all papers and notices given or required to be given and all papers and notices filed or served in these cases or in any cases consolidated or administered herewith be delivered to and served upon:

1

Kevin H. Marino, Esq.
John A. Boyle, Esq.
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Telephone: (973) 824-9300
Facsimile: (973) 824-8425
Email: kmarino@khmarino.com
jboyle@khmarino.com

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies, and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007, or 9010 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Morgan Stanley (i) to have any and all final orders in any and all non-core matters (or core matters as to which the Bankruptcy Court does not have authority to enter a final order) entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this

matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:  December 27, 2012                               **MARINO, TORTORELLA & BOYLE, P.C.**
        Chatham, New Jersey

        */s/ John A. Boyle*
        Kevin H. Marino
        John A. Boyle
        437 Southern Boulevard
        Chatham, New Jersey 07928-1488
        Telephone: (973) 824-9300
        Facsimile:  (973) 824-8425

        *Attorneys for Morgan Stanley & Co. Incorporated,*
        *n/k/a Morgan Stanley & Co. LLC*