# Exhibit 1

Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Jason E. Manning

*Ordinary Course Professional for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATION OF TROUTMAN SANDERS LLP IN SUPPORT OF
APPLICATION OF TROUTMAN SANDERS LLP FOR AN AWARD
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES
RENDERED AS AN ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS
FOR THE PERIOD OF NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

I, Jason E. Manning, hereby certify that:

1. I am a member of the applicant firm, Troutman Sanders LLP ("**Applicant**"), with responsibility for compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Under Bankruptcy Code

Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [Docket No. 799], dated July 17, 2012 (the "**OCP Order**"), and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**") in the jointly administered Chapter 11 cases of Residential Capital, LLC, *et al.* (collectively, the "**Debtors**"), pursuant to Sections 327, 330 and 331 of the Bankruptcy Code, Fed. R. Bank P. 2016, and Local Bankruptcy Rule 2016-1.

2. This certification is made in respect of Applicant's application, dated December 28, 2012 (the "**Application**"), for compensation and reimbursement of expenses for the period of November 1-30, 2012.

3. I certify that:

   a. I have read the Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

   c. the fees and disbursements sought are billed at rates in accordance with those customarily charged by Applicant and generally accepted by Applicant's clients; and

   d. in providing a reimbursable service, Applicant does not make a profit on that service, whether the service is performed by Applicant in-house or through a third party.

4. I certify that the Debtors, the Creditors Committee and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application, along with the parties entitled to receive the Application.

Dated:  December 28, 2012

                TROUTMAN SANDERS LLP

                By:    /s/ Jason E. Manning
                     Jason E. Manning (NY Bar #4207288)
                     TROUTMAN SANDERS LLP
                     222 Central Park Avenue
                     Suite 2000
                     Virginia Beach, VA  23462
                     Telephone: (757) 687-7500
                     Facsimile: (757) 687-7510
                     Email:  jason.manning@troutmansanders.com

                     **Ordinary Course Professional For The Debtors
and Debtors in Possession**

Active 20233703v1 040540.000000