# Exhibit 2

## TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/02/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1464681 |
| 190-FTW-L95 | File No. | 040540.000336 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731602 |

**RE:    (TN) Rzezutko, Rodney T. and Sandra**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $2,663.00 |
| **Total Amount of This Invoice** | **$2,663.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/02/12
Invoice Number 1464681
File No. 040540.000336
Claim/Client File No. 731602
Page 2

Ally Financial

(TN) Rzezutko, Rodney T. and Sandra

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/02/12 | AJR | L210 | Review and analyze pleadings and case file received from court | 0.4 | 114.00 |
| 10/02/12 | AJR | L160 | Analyze settlement strategy | 0.3 | 85.50 |
| 10/02/12 | AJR | L160 | Review and analyze settlement offer received from opposing counsel | 0.2 | 57.00 |
| 10/02/12 | ABP | L160 | Review offer to purchase property received from opposing counsel | 0.2 | 58.00 |
| 10/02/12 | ABP | L160 | Review correspondence exchanged with client Jacqueline Ho regarding plaintiff's offer to purchase property | 0.1 | 29.00 |
| 10/03/12 | ABP | L120 | Review correspondence from client Jacqueline Ho regarding plaintiff's offer to purchase property | 0.1 | 29.00 |
| 10/05/12 | AJR | L120 | Analyze case strategy in light of borrower's settlement offer | 0.1 | 28.50 |
| 10/05/12 | AJR | L120 | Telephone call to client regarding case strategy in light of borrower's settlement offer | 0.1 | 28.50 |
| 10/05/12 | ABP | L160 | Develop strategies regarding obtaining case file from previous counsel and response to plaintiff's offer to purchase property | 0.1 | 29.00 |
| 10/05/12 | ABP | L160 | Review correspondence exchanged with client Jacqueline Ho regarding plaintiff's offer to purchase property | 0.1 | 29.00 |
| 10/10/12 | ABP | L120 | Review correspondence from client Jacqueline Ho regarding BPO and reinstatement and payoff figures for plaintiff's loan | 0.2 | 58.00 |
| 10/11/12 | AJR | L190 | Telephone call to client regarding settlement and discovery strategy | 0.1 | 28.50 |
| 10/11/12 | AJR | L120 | Analyze settlement and discovery strategy | 0.6 | 171.00 |
| 10/11/12 | AJR | L110 | Review and analyze Motion for Summary Judgment and affidavit in support of same drafted by former counsel on case for fact investigation | 0.4 | 114.00 |
| 10/11/12 | ABP | L160 | Develop strategies regarding obtaining case file from previous counsel and response to Shesheko's offer to purchase property | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/02/12
Invoice Number 1464681
File No. 040540.000336
Claim/Client File No. 731602
Page 3

Ally Financial

(TN) Rzezutko, Rodney T. and Sandra

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/16/12 | AJR | L190 | Emails with counsel for SunTrust regarding case status and requests for loan payoff and reinstatement figures and documents produced in wrongful foreclosure action | 0.3 | 85.50 |
| 10/17/12 | AJR | L390 | Email to client regarding discovery and settlement strategy | 0.4 | 114.00 |
| 10/17/12 | AJR | L390 | Analyze discovery strategy | 0.2 | 57.00 |
| 10/17/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/17/12 | ABP | L110 | Update case status | 0.1 | 29.00 |
| 10/17/12 | ABP | L310 | Review correspondence exchanged with client Jacqueline Ho regarding discovery strategy and obtaining litigation case file from previous counsel | 0.2 | 58.00 |
| 10/18/12 | ABP | L120 | Update case assessment | 0.1 | 29.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 10/20/12 | ABP | L160 | Develop settlement strategies | 0.2 | 58.00 |
| 10/23/12 | AJR | L120 | Analyze discovery strategy with local counsel | 0.1 | 28.50 |
| 10/23/12 | AJR | L110 | Review and analyze documents received from counsel for SunTrust produced in wrongful foreclosure action | 1.1 | 313.50 |
| 10/23/12 | AJR | L190 | Email to client regarding transfer of loan file from former counsel | 0.1 | 28.50 |
| 10/23/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 10/23/12 | ABP | L110 | Review correspondence exchanged with client Jacqueline Ho regarding obtaining documents from previous counsel and payoff quote from SunTrust | 0.1 | 29.00 |
| 10/24/12 | AJR | L390 | Analyze strategy for conducting discovery under Tennessee local rules | 0.6 | 171.00 |
| 10/24/12 | AJR | L190 | Review correspondence between former counsel and opposing counsel regarding prior settlement discussions | 0.4 | 114.00 |
| 10/24/12 | ABP | L160 | Review correspondence from client Jacqueline Ho regarding settlement communications exchanged between Plaintiff and previous counsel | 0.1 | 29.00 |
| 10/24/12 | ABP | L160 | Review correspondence from previous counsel Lori McGowan regarding settlement communications with opposing counsel | 0.2 | 58.00 |
| 10/26/12 | AJR | L110 | Draft chronology of facts | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/02/12
Invoice Number 1464681
File No. 040540.000336
Claim/Client File No. 731602
Page 4

Ally Financial

(TN) Rzezutko, Rodney T. and Sandra

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/26/12 | AJR | L120 | Review and analyze correspondence with opposing counsel over past two years regarding borrowers' requests for loan modification and other workout options | 0.5 | 142.50 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/31/12 | AJR | L190 | Emails with counsel for SunTrust regarding testimony from SunTrust witness for trial and request for reinstatement and payoff quotes | 0.2 | 57.00 |
| 10/31/12 | AJR | L120 | Review and analyze SunTrust affidavit and analyze topics of SunTrust witness testimony at trial | 0.4 | 114.00 |
| | | | Totals | 9.3 | 2,663.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 2.5 | 290.00 | 725.00 |
| AJR | Reyes | Associate | 6.8 | 285.00 | 1,938.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 11/02/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1464681 |
| File No. | 040540.000336 |
| Claim/Client File No. | 731602 |

**RE:    (TN) Rzezutko, Rodney T. and Sandra**

**Total Amount of This Invoice**              $2,663.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| One Meridian Crossings | Submitted by | J C Lynch |
| Minneapolis, MN 55423 | Direct Dial | 757-687-7765 |
| | Invoice No. | 1463062 |
| | File No. | 040540.000007 |
| | Claim/Client File No. | 724922 |

**RE:   (WV) Rexyall Wade & Deanna Wade**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $36.00 |
| **Total Amount of This Invoice** | **$36.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463062
File No. 040540.000007
Claim/Client File No. 724922
Page 2

GMAC ResCap

(WV) Rexyall Wade & Deanna Wade

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| | | | Totals | 0.3 | 36.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Location:**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463062 |
| File No. | 040540.000007 |
| Claim/Client File No. | 724922 |

RE:    (WV) Rexyall Wade & Deanna Wade

**Total Amount of This Invoice**          $36.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463063 |
| | File No. | 040540.000033 |
| | Claim/Client File No. | 720446 |

**RE:    (WV) advs Marvin & Janet L. Looney**

Fees for Professional Services Rendered Through 10/31/12                              $36.00

**Total Amount of This Invoice                              $36.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463063
File No. 040540.000033
Claim/Client File No. 720446
Page 2

GMAC ResCap

(WV) advs Marvin & Janet L. Looney

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| | | | Totals | 0.3 | 36.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463063 |
| File No. | 040540.000033 |
| Claim/Client File No. | 720446 |

RE:     (WV) advs Marvin & Janet L. Looney

**Total Amount of This Invoice**                              $36.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463064 |
| | File No. 040540.000046 |
| | Claim/Client File No. 694624 |

RE:    (WV)  advs. Bennett, Colin, et al.

Fees for Professional Services Rendered Through 10/31/12         $1,240.50

**Total Amount of This Invoice**        **$1,240.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463064
File No. 040540.000046
Claim/Client File No. 694624
Page 2

GMAC ResCap

(WV)  advs. Bennett, Colin, et al.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/02/12 | JEM | L160 | Negotiation with opposing counsel regarding settlement | 0.4 | 146.00 |
| 10/04/12 | JEM | L160 | Revise Settlement Agreement per client comments | 0.3 | 109.50 |
| 10/08/12 | JEM | L160 | Revise settlement per client | 0.2 | 73.00 |
| 10/08/12 | JEM | L160 | Negotiate execution of settlement with opposing counsel | 0.1 | 36.50 |
| 10/09/12 | ERD | L160 | Case assessment regarding status of settlement check | 0.1 | 12.00 |
| 10/09/12 | JEM | L160 | Negotiate settlement terms with opposing counsel with client revisions | 0.3 | 109.50 |
| 10/18/12 | JEM | L120 | Negotiate settlement terms with opposing counsel including FHA approval proposal | 0.6 | 219.00 |
| 10/22/12 | JEM | L160 | Correspond with client regarding revisions to settlement for FHA approval | 0.7 | 255.50 |
| 10/30/12 | JEM | L160 | Negotiate settlement terms with opposing counsel and client | 0.3 | 109.50 |
| 10/31/12 | JEM | L160 | Negotiate settlement terms with opposing counsel and client per FHA guidelines | 0.4 | 146.00 |
| | | | Totals | 3.6 | 1,240.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 3.3 | 365.00 | 1,204.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463064 |
| File No. | 040540.000046 |
| Claim/Client File No. | 694624 |

RE:    (WV)  advs. Bennett, Colin, et al.

**Total Amount of This Invoice**                        $1,240.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463076 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

RE:     (GA) Gude, Thandiwe & Derrick

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $451.00 |
| **Total Amount of This Invoice** | **$451.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463076
File No. 040540.000074
Claim/Client File No. 698459
Page 2

GMAC ResCap

(GA) Gude, Thandiwe & Derrick

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/03/12 | AJR | L120 | Email with client regarding case status and strategy | 0.1 | 28.50 |
| 10/11/12 | MJW | L110 | Draft proposed order | 0.6 | 165.00 |
| 10/11/12 | MJW | L110 | Review and respond to email correspondence from Judge's chambers regarding proposed order | 0.2 | 55.00 |
| 10/15/12 | AJR | L240 | Review and analyze proposed order on Motion for Summary Judgment submitted to court | 0.1 | 28.50 |
| 10/19/12 | ABP | L120 | Update case status and assessment | 0.2 | 58.00 |
| 10/19/12 | ABP | L120 | Develop strategies regarding obtaining ruling on Motion for Summary Judgment | 0.1 | 29.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.6 | 451.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |
| MJW | Windham | Associate | 0.8 | 275.00 | 220.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463076 |
| File No. | 040540.000074 |
| Claim/Client File No. | 698459 |

**RE:    (GA) Gude, Thandiwe & Derrick**

**Total Amount of This Invoice**                                    $451.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463078 |
| | File No. 040540.000085 |
| | Claim/Client File No. 696620 |

**RE:    (GA) Bree, Brian J. and Cynthia**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $369.50 |
| **Total Amount of This Invoice** | **$369.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463078
File No. 040540.000085
Claim/Client File No. 696620
Page 2

GMAC ResCap

(GA) Bree, Brian J. and Cynthia

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| 10/19/12 | ABP | L120 | Update case status and case assessment | 0.2 | 58.00 |
| 10/19/12 | ABP | L120 | Monitor status of Appellate proceedings | 0.1 | 29.00 |
| 10/26/12 | AJR | L190 | Telephone conference with counsel for Farmers & Merchants Bank regarding new lawsuit filed and their defense of failure to join GMAC as indispensable party | 0.3 | 85.50 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.3 | 369.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
**A LIMITED LIABILITY PARTNERSHIP**
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463078 |
| File No. | 040540.000085 |
| Claim/Client File No. | 696620 |

RE:    (GA) Bree, Brian J. and Cynthia

**Total Amount of This Invoice**                     $369.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date                11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by              J C Lynch |
| One Meridian Crossings | Direct Dial              757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.                1463079 |
| | File No.              040540.000098 |
| | Claim/Client File No.          694256 |

**RE:    (GA) Howard, Matthew W.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $174.00 |
| **Total Amount of This Invoice** | **$174.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463079
File No. 040540.000098
Claim/Client File No. 694256
Page 2

GMAC ResCap

(GA) Howard, Matthew W.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/19/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/19/12 | ABP | L120 | Develop strategies regarding obtaining ruling on Motion for Reconsideration | 0.1 | 29.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 0.6 | 174.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463079 |
| File No. | 040540.000098 |
| Claim/Client File No. | 694256 |

RE:    (GA) Howard, Matthew W.

**Total Amount of This Invoice**          $174.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---:|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463086 |
| File No. | 040540.000107 |
| Claim/Client File No. | 690612 |

**RE:    (GA) Steed, Ellery**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $57.00 |
| **Total Amount of This Invoice** | **$57.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463086
File No. 040540.000107
Claim/Client File No. 690612
Page 2

GMAC ResCap

(GA) Steed, Ellery

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/26/12 | AJR | L240 | Review and analyze Order on petitions for rehearing and petitions for rehearing en banc from the 11th Circuit | 0.2 | 57.00 |
| | | | Totals | 0.2 | 57.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |