# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463086 |
| File No. | 040540.000107 |
| Claim/Client File No. | 690612 |

RE:    (GA) Steed, Ellery

**Total Amount of This Invoice**                    $57.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463087 |
| | File No. 040540.000110 |
| | Claim/Client File No. 693591 |

**RE:    (GA) Wheeler, Michael**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $398.00 |
| **Total Amount of This Invoice** | **$398.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463087
File No. 040540.000110
Claim/Client File No. 693591
Page 2

GMAC ResCap

(GA) Wheeler, Michael

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/12 | AJR | L190 | Prepare for GA cases conference call with client | 0.1 | 28.50 |
| 10/04/12 | AJR | L190 | Emails with client regarding preparing chart of cases stayed by bankruptcy filing in which motions were pending on petition date | 0.1 | 28.50 |
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| 10/05/12 | AJR | L190 | Prepare chart of cases stayed by bankruptcy filing in which motions were pending on petition date at client's request | 0.2 | 57.00 |
| 10/19/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding status of case and transfer of case to bankruptcy estate | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Update case status and assessment for client | 0.2 | 58.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.4 | 398.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.4 | 285.00 | 114.00 |
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463087 |
| File No. | 040540.000110 |
| Claim/Client File No. | 693591 |

**RE:**    **(GA) Wheeler, Michael**

**Total Amount of This Invoice**                     $398.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463088 |
| | File No. | 040540.000112 |
| | Claim/Client File No. | 687488 |

**RE:    (GA) Evans, Neville E., et al.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $110.00 |
| **Total Amount of This Invoice** | **$110.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463088
File No. 040540.000112
Claim/Client File No. 687488
Page 2

GMAC ResCap

(GA) Evans, Neville E., et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| | | | Totals | 0.4 | 110.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MJW | Windham | Associate | 0.4 | 275.00 | 110.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463088 |
| File No. | 040540.000112 |
| Claim/Client File No. | 687488 |

RE:     (GA) Evans, Neville E., et al.

**Total Amount of This Invoice**                    $110.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463090 |
| | File No. | 040540.000123 |
| | Claim/Client File No. | 718235 |

**RE:    (GA) Madzimoyo, Wekesa O.**

Fees for Professional Services Rendered Through 10/31/12                    $1,405.50

**Total Amount of This Invoice        $1,405.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463090
File No. 040540.000123
Claim/Client File No. 718235
Page 2

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/04/12 | JEM | L110 | Revise update for client | 0.3 | 109.50 |
| 10/04/12 | ABP | L310 | Develop discovery strategies | 0.1 | 29.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Katie Dutill regarding options to obtaining resolution of Madzimoyo's claims | 0.1 | 29.00 |
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| 10/11/12 | AJR | L120 | Analyze strategy for re-commencing foreclosure sale at client's request | 0.6 | 171.00 |
| 10/11/12 | AJR | L190 | Emails with client regarding case status | 0.3 | 85.50 |
| 10/11/12 | ABP | L120 | Develop strategies regarding proceeding with foreclosure of plaintiff's property | 0.1 | 29.00 |
| 10/11/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding proceeding with foreclosure of plaintiff's property | 0.1 | 29.00 |
| 10/11/12 | MJW | L110 | Review case to advise client on recommencing foreclosure | 0.5 | 137.50 |
| 10/11/12 | MJW | L110 | Develop case strategy in light of new foreclosure efforts | 0.6 | 165.00 |
| 10/12/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding updated status report | 0.2 | 58.00 |
| 10/12/12 | ABP | L120 | Update case assessment for client | 0.2 | 58.00 |
| 10/12/12 | MJW | L110 | Revise case strategy in light of new foreclosure efforts | 0.3 | 82.50 |
| 10/15/12 | AJR | L120 | Review correspondence with client regarding case strategy | 0.1 | 28.50 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/19/12 | ABP | L120 | Develop discovery and refine litigation strategies | 0.3 | 87.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/29/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| | | | Totals | 4.9 | 1,405.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463090
File No. 040540.000123
Claim/Client File No. 718235
Page 3

GMAC ResCap

(GA) Madzimoyo, Wekesa O.

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 1.4 | 290.00 | 406.00 |
| AJR | Reyes | Associate | 1.0 | 285.00 | 285.00 |
| MJW | Windham | Associate | 2.2 | 275.00 | 605.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463090 |
| File No. | 040540.000123 |
| Claim/Client File No. | 718235 |

RE:    (GA) Madzimoyo, Wekesa O.

**Total Amount of This Invoice**              $1,405.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463092 |
| | File No. | 040540.000127 |
| | Claim/Client File No. | 682623 |

**RE:    (WV) Posey, Janet M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $766.00 |
| **Total Amount of This Invoice** | **$766.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463092
File No. 040540.000127
Claim/Client File No. 682623
Page 2

GMAC ResCap

(WV) Posey, Janet M.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/02/12 | JEM | L160 | Negotiation with opposing counsel regarding settlement | 0.4 | 146.00 |
| 10/04/12 | JEM | L160 | Correspond with opposing counsel and client regarding wire transfer of funds | 0.3 | 109.50 |
| 10/04/12 | ERD | L120 | Case assessment regarding wire of money to close the case | 0.1 | 12.00 |
| 10/08/12 | JEM | L120 | Negotiate payment of repurchase amount with opposing counsel | 0.3 | 109.50 |
| 10/10/12 | JEM | L160 | Correspond with opposing counsel regarding payment of repurchase price | 0.3 | 109.50 |
| 10/15/12 | JEM | L120 | Correspond with opposing counsel regarding repurchase payment | 0.2 | 73.00 |
| 10/29/12 | JEM | L160 | Correspond with client and opposing counsel regarding completion of settlement documents and dismissal with prejudice | 0.3 | 109.50 |
| 10/30/12 | JEM | L160 | Settlement negotiations with opposing counsel | 0.2 | 73.00 |
| | | | Totals | 2.3 | 766.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 2.0 | 365.00 | 730.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463092 |
| File No. | 040540.000127 |
| Claim/Client File No. | 682623 |

RE:    (WV) Posey, Janet M.

Total Amount of This Invoice                $766.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463097 |
| | File No. | 040540.000136 |
| | Claim/Client File No. | 696557 |

**RE:    (WV) Lester, Donna F.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $36.00 |
| **Total Amount of This Invoice** | **$36.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463097
File No. 040540.000136
Claim/Client File No. 696557
Page 2

GMAC ResCap

(WV) Lester, Donna F.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| | | | Totals | 0.3 | 36.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463097 |
| File No. | 040540.000136 |
| Claim/Client File No. | 696557 |

RE:     (WV) Lester, Donna F.

**Total Amount of This Invoice**              $36.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463105 |
| | File No. | 040540.000168 |
| | Claim/Client File No. | 703860 |

**RE:    (GA) McNeal, Lorraine**

Fees for Professional Services Rendered Through 10/31/12          $394.00

**Total Amount of This Invoice          $394.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463105
File No. 040540.000168
Claim/Client File No. 703860
Page 2

GMAC ResCap

(GA) McNeal, Lorraine

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/12/12 | MRB | L110 | Conference with Scott Solomon (FL Attorney) regarding McNeal appeal and status | 0.8 | 220.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L110 | Monitor status of Appellate proceedings | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.4 | 394.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 0.8 | 275.00 | 220.00 |
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463105 |
| File No. | 040540.000168 |
| Claim/Client File No. | 703860 |

**RE:**   **(GA) McNeal, Lorraine**

**Total Amount of This Invoice**          $394.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463111 |
| File No. | 040540.000210 |
| Claim/Client File No. | 709202 |

**RE:    advs. Mohamed E. Hassan, et al.**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $4,573.50 |
| **Total Amount of This Invoice** | **$4,573.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463111
File No. 040540.000210
Claim/Client File No. 709202
Page 2

GMAC ResCap

advs. Mohamed E. Hassan, et al.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | EGO | L190 | Analyze Trustee's Objection to Confirmation of Proposed Chapter 13 Plan | 0.2 | 53.00 |
| 10/01/12 | EGO | L190 | Analyze Trustee's Response to Creditor's Motion to Modify Proposed Chapter 13 Plan | 0.2 | 53.00 |
| 10/24/12 | EGO | L190 | Draft Response to Hassans' Objection to Proof of Claim | 2.2 | 583.00 |
| 10/24/12 | EGO | L190 | Draft Objection to Proposed Modified Chapter 13 Plan | 1.6 | 424.00 |
| 10/25/12 | EGO | L190 | Revise Objection to Hassans' Proposed Modified Chapter 13 Plan | 1.1 | 291.50 |
| 10/25/12 | EGO | L190 | Revise Response to Hassans' Objection to Proof of Claim | 1.2 | 318.00 |
| 10/26/12 | EGO | L190 | Finalize Objection to Hassans' Proposed Modified Chapter 13 Plan | 0.4 | 106.00 |
| 10/26/12 | EGO | L190 | Finalize Response to Hassans' Objection to Proof of Claim | 0.6 | 159.00 |
| 10/26/12 | EGO | L190 | Draft Response to creditor's Motion to Modify Hassans' Proposed Modified Chapter 13 Plan | 0.4 | 106.00 |
| 10/26/12 | ERD | L210 | Prepare Objection to Modified Plan for filing | 1.0 | 120.00 |
| 10/26/12 | ERD | L210 | Prepare Response to Objection to GMAC's Amended Proof of Claim for filing | 1.0 | 120.00 |
| 10/30/12 | EGO | L190 | Prepare for hearing on Objections to Debtors' Modified Chapter 13 Plan | 1.6 | 424.00 |
| 10/30/12 | EGO | L190 | Prepare for hearing on Debtors' Objections to Proof of Claim | 1.7 | 450.50 |
| 10/30/12 | EGO | L190 | Prepare for hearing on Motion for Rule 2004 Examination of Debtors | 0.4 | 106.00 |
| 10/30/12 | ERD | L210 | Plan and preapre for upcoming hearing on Motion for 2004 exam, Debtor's Modified Plan and GMAC's Amended Proof of Claim | 1.0 | 120.00 |
| 10/31/12 | EGO | L190 | Attend hearing on Objections to Debtors' Modified Chapter 13 Plan, Debtors' Objections to Proof of Claim, and Motion for Rule 2004 Examination of Debtors | 4.3 | 1,139.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

advs. Mohamed E. Hassan, et al.

Invoice Date 11/19/12
Invoice Number 1463111
File No. 040540.000210
Claim/Client File No. 709202
Page 3

|        |        | Totals | 18.9 | 4,573.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 3.0 | 120.00 | 360.00 |
| EGO | Ostroff | Associate | 15.9 | 265.00 | 4,213.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463111 |
| File No. | 040540.000210 |
| Claim/Client File No. | 709202 |

**RE:    advs. Mohamed E. Hassan, et al.**

**Total Amount of This Invoice**         $4,573.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| 8400 Normandale Lake Boulevard | |
| Suite 350 | |
| Minneapolis, MN 55437 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463114 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

**RE:    (WV) advs. Keiffer, Gary R.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $1,419.50 |
| **Total Amount of This Invoice** | **$1,419.50** |