IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463114
File No. 040540.000224
Claim/Client File No. 711867
Page 2

Ally Financial

(WV) advs. Keiffer, Gary R.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/02/12 | ERD | L210 | Review correspondence from opposing counsel regarding entry of Protective Order | 0.1 | 12.00 |
| 10/03/12 | ERD | L110 | Case assessment regarding outstanding issues regarding Protective Order | 0.1 | 12.00 |
| 10/03/12 | ERD | L110 | Case assessment regarding outstanding issues regarding Agreed Order granting Stay | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| 10/09/12 | ERD | L110 | Case assessment regarding status of case | 0.4 | 48.00 |
| 10/09/12 | ERD | L310 | Prepare Fact Witness Disclosure | 0.5 | 60.00 |
| 10/09/12 | ERD | L310 | Review Decision One's Fact Witness Disclosure | 0.2 | 24.00 |
| 10/09/12 | ERD | L210 | Analyze Scheduling Order | 0.4 | 48.00 |
| 10/09/12 | JEM | L210 | Negotiate entry of partial Stay Order with opposing counsel | 0.3 | 109.50 |
| 10/09/12 | JEM | L310 | Revise fact witness disclosure | 0.3 | 109.50 |
| 10/12/12 | JEM | L210 | Negotiate agreed order with opposing counsel regarding stay of all damage claims against clients | 0.3 | 109.50 |
| 10/15/12 | JEM | L120 | Revise Agreed Order and Stipulation | 0.3 | 109.50 |
| 10/15/12 | JEM | L120 | Negotiate terms with opposing counsel regarding Stay | 0.3 | 109.50 |
| 10/15/12 | KLR | L210 | Review co-Defendants Disclosure of Fact Witnesses | 0.1 | 17.50 |
| 10/16/12 | JEM | L120 | Revise Agreed Order and Stipulation | 0.2 | 73.00 |
| 10/16/12 | JEM | L120 | Correspond with client and opposing counsel regarding Agreed Order and Stipulation | 0.3 | 109.50 |
| 10/18/12 | JEM | L210 | Negotiate Agreed Order for partial stay with opposing counsel | 0.3 | 109.50 |
| 10/19/12 | JEM | L210 | Negotiate agreed Order with opposing attorneys | 0.3 | 109.50 |
| 10/19/12 | ABP | L120 | Review correspondence exchanged with client | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463114
File No. 040540.000224
Claim/Client File No. 711867
Page 3

Ally Financial

(WV) advs. Keiffer, Gary R.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Kathy Priore and Oliveira Brown of Fannie Mae regarding proposed responsive pleadings | | |
| 10/22/12 | ABP | L210 | Review correspondence exchanged with client Kathy Priore and Scott Braugh of Fannie Mae regarding proposed responsive pleadings and potential to file Motion to Dismiss | 0.1 | 29.00 |
| 10/22/12 | ABP | L120 | Develop litigation strategies in support of potential Motion to Dismiss | 0.2 | 58.00 |
| 10/30/12 | JEM | L110 | Negotiate entry of Agreed Order with opposing counsel | 0.2 | 73.00 |
| | | | | Totals | 5.5 | 1,419.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 2.2 | 120.00 | 264.00 |
| JEM | Manning | Partner | 2.8 | 365.00 | 1,022.00 |
| ABP | Pittman | Associate | 0.4 | 290.00 | 116.00 |
| KLR | Russell | Paralegal | 0.1 | 175.00 | 17.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463114 |
| File No. | 040540.000224 |
| Claim/Client File No. | 711867 |

RE:    (WV) advs. Keiffer, Gary R.

**Total Amount of This Invoice**                           $1,419.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463115 |
| File No. | 040540.000225 |
| Claim/Client File No. | 713697 |

**RE:    (GA) Reed, Bobby**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $464.00 |
| **Total Amount of This Invoice** | **$464.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463115
File No. 040540.000225
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reed, Bobby

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/15/12 | ABP | L110 | Monitor status of publication of Dismissal Order by Court | 0.1 | 29.00 |
| 10/15/12 | ABP | P600 | Exchange correspondence with client Heather Franchi regarding status of Dismissal Order | 0.2 | 58.00 |
| 10/15/12 | ABP | P600 | Review correspondence from counsel for Fannie Mae regarding status of Dismissal Order | 0.1 | 29.00 |
| 10/16/12 | ABP | P600 | Review correspondence exchanged with client Heather Franchi regarding status of Dismissal Order | 0.1 | 29.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 10/20/12 | ABP | L120 | Develop strategies regarding expediting entry of Order on Motion to Dismiss | 0.2 | 58.00 |
| 10/23/12 | ABP | P600 | Review Order Dismissing Case entered by Court and calculate appeal deadlines | 0.2 | 58.00 |
| 10/23/12 | ABP | P600 | Exchange correspondence with client Heather Franchi regarding Dismissal Order and status of case | 0.2 | 58.00 |
| 10/24/12 | ABP | P600 | Exchange correspondence with client Heather Franchi regarding status of Dismissal Order | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.6 | 464.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.6 | 290.00 | 464.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463115 |
| File No. | 040540.000225 |
| Claim/Client File No. | 713697 |

**RE:    (GA) Reed, Bobby**

**Total Amount of This Invoice**                                    $464.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463117 |
| | File No. | 040540.000230 |
| | Claim/Client File No. | 712855 |

**RE:    (GA) Smith, Yvette**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $1,458.50 |
| **Total Amount of This Invoice** | **$1,458.50** |

GMAC ResCap

(GA) Smith, Yvette

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/05/12 | AJR | L190 | Check docket for status of ruling on Response to Motion for Supersedeas at client's request | 0.2 | 57.00 |
| 10/08/12 | MJW | L110 | Telephone conversation with trial court clerk regarding pending motion | 0.3 | 82.50 |
| 10/08/12 | MJW | L110 | Draft proposed order | 0.8 | 220.00 |
| 10/10/12 | AJR | L250 | Email to client regarding status of Motion to Require Plaintiff to Post Supersedeas Bond | 0.1 | 28.50 |
| 10/10/12 | MJW | L110 | Telephone conference with trial court clerk regarding pending motion | 0.2 | 55.00 |
| 10/10/12 | MJW | L110 | Telephone conference with appellate court clerk regarding pending appeal | 0.3 | 82.50 |
| 10/11/12 | MJW | L110 | Review case status | 0.4 | 110.00 |
| 10/11/12 | MJW | L110 | Develop strategy for supersedeas motion | 0.4 | 110.00 |
| 10/15/12 | MJW | L110 | Develop case strategy regarding supersedeas bond | 0.5 | 137.50 |
| 10/15/12 | AJR | L120 | Analyze strategy for obtaining ruling on Motion for Supersedeas Bond | 0.2 | 57.00 |
| 10/15/12 | ABP | L210 | Review file correspondence exchanged with client Heather Franchi regarding Supersedeas Motion | 0.1 | 29.00 |
| 10/15/12 | ABP | L120 | Develop strategies regarding potential Motion for Bond pending appeal | 0.2 | 58.00 |
| 10/16/12 | AJR | L190 | Email with client regarding sending back original loan file | 0.1 | 28.50 |
| 10/16/12 | AJR | L190 | Draft correspondence to client enclosing original loan documents | 0.2 | 57.00 |
| 10/17/12 | AJR | L120 | Analyze strategy for obtaining ruling on Motion for Supersedeas Bond | 0.1 | 28.50 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L110 | Monitor status of Appellate proceedings | 0.1 | 29.00 |
| 10/25/12 | AJR | L190 | Telephone conference with judge's law clerk regarding submitting proposed order on Motion for Supersedeas Bond | 0.1 | 28.50 |
| 10/25/12 | AJR | L120 | Analyze strategy for submitting proposed order on Motion for Supersedeas Bond | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463117
File No. 040540.000230
Claim/Client File No. 712855
Page 3

GMAC ResCap

(GA) Smith, Yvette

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/29/12 | AJR | L210 | Email to client regarding request for update on Motion for Supersedeas Bond | 0.1 | 28.50 |
| 10/31/12 | ABP | L210 | Develop strategies regarding supersedeas bond | 0.2 | 58.00 |
| | | | Totals | 5.2 | 1,458.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.1 | 290.00 | 319.00 |
| AJR | Reyes | Associate | 1.2 | 285.00 | 342.00 |
| MJW | Windham | Associate | 2.9 | 275.00 | 797.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463117 |
| File No. | 040540.000230 |
| Claim/Client File No. | 712855 |

RE:    (GA) Smith, Yvette

**Total Amount of This Invoice**                    $1,458.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463118 |
| | File No. | 040540.000233 |
| | Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $1,194.00 |
| **Total Amount of This Invoice** | **$1,194.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463118
File No. 040540.000233
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Thelma

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/12 | ABP | L120 | Develop strategies whether to postpone or proceed with foreclosure | 0.3 | 87.00 |
| 10/01/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding plaintiff's appeal to the Eleventh Circuit Court of Appeals and denial of plaintiff's Motion for Temporary Restraining Order | 0.2 | 58.00 |
| 10/02/12 | ABP | L210 | Review Notice of Appeal filed by plaintiff appealing District Court's denial of Plaintiff's Motion for Temporary Restraining Order | 0.2 | 58.00 |
| 10/02/12 | ABP | L210 | Review Complaint and Motion for Temporary Restraining Order filed in state court | 0.2 | 58.00 |
| 10/02/12 | ABP | L120 | Monitor status of foreclosure sale | 0.1 | 29.00 |
| 10/02/12 | ABP | L120 | Review correspondence exchanged with foreclosure counsel regarding pending foreclosure sale | 0.2 | 58.00 |
| 10/02/12 | ABP | L160 | Review GMAC letter rejecting plaintiff's offer to purchase property | 0.2 | 58.00 |
| 10/03/12 | MJW | L110 | Review case dockets; develop case strategy; edit response to motion for TRO | 0.8 | 220.00 |
| 10/04/12 | ABP | L210 | Develop strategies in response to filing of plaintiff's latest Motion for Temporary Restraining Order | 0.2 | 58.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Katie Dutill regarding case status | 0.1 | 29.00 |
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| 10/12/12 | MJW | L110 | Assess case strategy | 0.2 | 55.00 |
| 10/15/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/17/12 | ABP | L120 | Develop strategies regarding response to Owens' letter regarding litigation and develop strategies regarding prevention of Owens from filing further pleadings in case | 0.1 | 29.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/20/12 | ABP | L120 | Develop strategies regarding eviction proceedings to evict Owens from property | 0.2 | 58.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463118
File No. 040540.000233
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Thelma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Totals | 4.2 | 1,194.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|---------|-----------|-------|--------|--------|
| ABP | Pittman | Associate | 2.6 | 290.00 | 754.00 |
| MJW | Windham | Associate | 1.6 | 275.00 | 440.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463118 |
| File No. | 040540.000233 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Thelma**

**Total Amount of This Invoice**                $1,194.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463119 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

RE:     **(WV) Curry, Lyndol A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $319.50 |
| **Total Amount of This Invoice** | **$319.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463119
File No. 040540.000234
Claim/Client File No. 712768
Page 2

GMAC ResCap

(WV) Curry, Lyndol A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/03/12 | ERD | L110 | Case assessment regarding outstanding issues regarding Agreed Order granting Stay | 0.1 | 12.00 |
| 10/16/12 | JEM | L120 | Negotiate partial Stay Order with opposing counsel | 0.3 | 109.50 |
| 10/23/12 | ABP | L210 | Review Complaint, Motion for Stay in Light of Amended Bankruptcy Order, and proposed Order Dismissing Co-Defendant Title First | 0.3 | 87.00 |
| 10/23/12 | ABP | L120 | Explore potential to remove case to Federal Court | 0.3 | 87.00 |
| | | | Totals | 1.2 | 319.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463119 |
| File No. | 040540.000234 |
| Claim/Client File No. | 712768 |

**RE:    (WV) Curry, Lyndol A.**

**Total Amount of This Invoice**                                    $319.50

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463120 |
| | File No. | 040540.000238 |
| | Claim/Client File No. | 713697 |

**RE:    (GA) Reid, Kenneth**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $225.00 |
| **Total Amount of This Invoice** | **$225.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463120
File No. 040540.000238
Claim/Client File No. 713697
Page 2

GMAC ResCap

(GA) Reid, Kenneth

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/15/12 | AJR | L190 | Review correspondence with client and counsel for Fannie Mae regarding status of Motion for Summary Judgment | 0.2 | 57.00 |
| 10/15/12 | MJW | L110 | Telephone conference with law clerk regarding pending motion | 0.3 | 82.50 |
| 10/16/12 | AJR | L240 | Email to client regarding status of order on Motion for Summary Judgment and comments from counsel for Fannie Mae regarding same | 0.1 | 28.50 |
| 10/23/12 | AJR | L210 | Review and analyze Order on Defendants' Motion to Dismiss | 0.1 | 28.50 |
| 10/23/12 | AJR | L190 | Update case tasks and calendar appeal deadline | 0.1 | 28.50 |
| | | | Totals | 0.8 | 225.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 0.3 | 275.00 | 82.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463120 |
| File No. | 040540.000238 |
| Claim/Client File No. | 713697 |

**RE:** (GA) Reid, Kenneth

**Total Amount of This Invoice**                    $225.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463121 |
| | File No. | 040540.000243 |
| | Claim/Client File No. | 715127 |

**RE:    (WV) Advs. Rice, Nadine R.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $24.00 |
| **Total Amount of This Invoice** | **$24.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463121
File No. 040540.000243
Claim/Client File No. 715127
Page 2

GMAC ResCap

(WV) Advs. Rice, Nadine R.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463121 |
| File No. | 040540.000243 |
| Claim/Client File No. | 715127 |

**RE:    (WV) Advs. Rice, Nadine R.**

**Total Amount of This Invoice**                    $24.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date             11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by             J C Lynch |
| One Meridian Crossings | Direct Dial             757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.             1463123 |
| | File No.             040540.000244 |
| | Claim/Client File No.             715128 |

**RE:    (GA) Windham, Andrew**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $451.00 |
| **Total Amount of This Invoice** | **$451.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463123
File No. 040540.000244
Claim/Client File No. 715128
Page 2

GMAC ResCap

(GA) Windham, Andrew

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/04/12 | AJR | L120 | Analyze case strategy in light of judge's concern about Reese decision | 0.1 | 28.50 |
| 10/04/12 | AJR | L120 | Email to client regarding case strategy in following telephone conference with judge's law clerk | 0.1 | 28.50 |
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| 10/12/12 | MJW | L110 | Assess case strategy in light of Reese and You decisions | 0.2 | 55.00 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L210 | Monitor status of ruling on Motion for Summary Judgment | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.6 | 451.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.2 | 285.00 | 57.00 |
| MJW | Windham | Associate | 0.8 | 275.00 | 220.00 |