# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463123 |
| File No. | 040540.000244 |
| Claim/Client File No. | 715128 |

**RE:    (GA) Windham, Andrew**

**Total Amount of This Invoice**                     $451.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

| **Payment Remittance Address** | **Office Address** |
|---|---|
| Troutman Sanders LLP | 222 Central Park Avenue |
| P.O. Box 933652 | Suite 2000 |
| Atlanta, Georgia 31193-3652 | Virginia Beach, VA 23462 |

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463125 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:    **(GA) Richard C. Flippin - Foreclosure**

Fees for Professional Services Rendered Through 10/31/12                    $761.50

**Total Amount of This Invoice**                    **$761.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463125
File No. 040540.000254
Claim/Client File No. 716264
Page 2

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/09/12 | MJW | L110 | Revise case strategy regarding Motion for Summary Judgment | 0.3 | 82.50 |
| 10/11/12 | AJR | L240 | Analyze strategy for getting order from court on pending Motion for Summary Judgment | 0.1 | 28.50 |
| 10/11/12 | MJW | L110 | Review case status | 0.4 | 110.00 |
| 10/11/12 | MJW | L110 | Develop strategy for eviction | 0.4 | 110.00 |
| 10/19/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding status of case and transfer of case to bankruptcy estate | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Update case status and assessment for client | 0.2 | 58.00 |
| 10/22/12 | AJR | L120 | Analyze strategy for getting ruling on pending Motion for Summary Judgment or other ruling from court so that dispossessory action can move forward | 0.4 | 114.00 |
| 10/22/12 | AJR | L120 | Email to dispossessory counsel regarding strategy for obtaining ruling so that dispossessory action can move forward | 0.2 | 57.00 |
| 10/23/12 | AJR | L120 | Telephone conference with dispossessory counsel regarding case status and strategy | 0.2 | 57.00 |
| 10/24/12 | AJR | L190 | Review correspondence from client regarding cases transferring over to bankruptcy estate | 0.1 | 28.50 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 2.7 | 761.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463125
File No. 040540.000254
Claim/Client File No. 716264
Page 3

GMAC ResCap

(GA) Richard C. Flippin - Foreclosure

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 1.0 | 285.00 | 285.00 |
| MJW | Windham | Associate | 1.1 | 275.00 | 302.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463125 |
| File No. | 040540.000254 |
| Claim/Client File No. | 716264 |

RE:     (GA) Richard C. Flippin - Foreclosure

**Total Amount of This Invoice**          $761.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463129 |
| File No. | 040540.000261 |
| Claim/Client File No. | 734030 |

**RE:    (WV) advs. Van Wagner, George/USDC**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $109.50 |
| **Total Amount of This Invoice** | **$109.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463129
File No. 040540.000261
Claim/Client File No. 734030
Page 2

GMAC ResCap

(WV) advs. Van Wagner, George/USDC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/24/12 | JEM | L210 | Correspond with client regarding Complaint filed | 0.3 | 109.50 |
| | | | Totals | 0.3 | 109.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463129 |
| File No. | 040540.000261 |
| Claim/Client File No. | 734030 |

RE:    (WV) advs. Van Wagner, George/USDC

**Total Amount of This Invoice**                                    $109.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# T<small>ROUTMAN</small> S<small>ANDERS</small> LLP

<small>A<small>TTORNEYS AT</small> L<small>AW</small>
A L<small>IMITED</small> L<small>IABILITY</small> P<small>ARTNERSHIP</small>
F<small>EDERAL</small> ID N<small>O.</small> 58-0946915</small>

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

<small>B<small>ILLING</small> I<small>NQUIRIES:</small>
404-885-2508</small>

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463134 |
| File No. | 040540.000270 |
| Claim/Client File No. | 718677 |

**RE:    advs. Bonesteel, John P.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $24.00 |
| **Total Amount of This Invoice** | **$24.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463134
File No. 040540.000270
Claim/Client File No. 718677
Page 2

GMAC ResCap

advs. Bonesteel, John P.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| | | | Totals | 0.2 | 24.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463134 |
| File No. | 040540.000270 |
| Claim/Client File No. | 718677 |

RE:    advs. Bonesteel, John P.

**Total Amount of This Invoice**                  $24.00

---

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463136 |
| File No. | 040540.000276 |
| Claim/Client File No. | 719354 |

**RE:    Advs. White, Kathy Dishman and William**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $145.00 |
| **Total Amount of This Invoice** | **$145.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463136
File No. 040540.000276
Claim/Client File No. 719354
Page 2

GMAC ResCap

Advs. White, Kathy Dishman and William

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/10/12 | ABP | L120 | Review file correspondence regarding payoff of loan per Settlement Agreement with United States Government | 0.2 | 58.00 |
| 10/10/12 | ABP | L120 | Exchange correspondence with client Kathy Priore regarding case status and payoff of loan per Settlement Agreement with United States Government | 0.3 | 87.00 |
| | | | Totals | 0.5 | 145.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.5 | 290.00 | 145.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463136 |
| File No. | 040540.000276 |
| Claim/Client File No. | 719354 |

**RE:    Advs. White, Kathy Dishman and William**

**Total Amount of This Invoice**                     $145.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463138 |
| | File No. | 040540.000278 |
| | Claim/Client File No. | 719777 |

**RE:    (GA) Stanley, Shelley**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $174.00 |
| **Total Amount of This Invoice** | **$174.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463138
File No. 040540.000278
Claim/Client File No. 719777
Page 2

GMAC ResCap

(GA) Stanley, Shelley

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L110 | Monitor status of stay of litigation in light of filing of Notice of Bankruptcy | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 0.6 | 174.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463138 |
| File No. | 040540.000278 |
| Claim/Client File No. | 719777 |

**RE:    (GA) Stanley, Shelley**

**Total Amount of This Invoice**                                    $174.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date          11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by          J C Lynch |
| One Meridian Crossings | Direct Dial          757-687-7765 |
| Minneapolis, MN 55423 | Invoice No.          1463139 |
| | File No.          040540.000281 |
| | Claim/Client File No.          720590 |

**RE:    (GA) Kenneth Reaves**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $1,463.00 |
| **Total Amount of This Invoice** | **$1,463.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463139
File No. 040540.000281
Claim/Client File No. 720590
Page 2

GMAC ResCap

(GA) Kenneth Reaves

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/02/12 | MJW | L110 | Develop case strategy in light of bankruptcy | 0.3 | 82.50 |
| 10/02/12 | AJR | L120 | Analyze strategy for filing Motion for Summary Judgment in light of lack of response from opposing counsel regarding having borrower complete financial package | 0.1 | 28.50 |
| 10/03/12 | AJR | L120 | Email and telephone conference with client regarding case status and strategy | 0.1 | 28.50 |
| 10/04/12 | AJR | L120 | Email to and telephone conference with client regarding case strategy | 0.3 | 85.50 |
| 10/04/12 | ABP | L160 | Develop settlement strategies | 0.1 | 29.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Sheila Gregory regarding status of case and potential options for settlement | 0.1 | 29.00 |
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| 10/12/12 | AJR | L190 | Review correspondence with client regarding request for status report and case strategy | 0.2 | 57.00 |
| 10/12/12 | ABP | L120 | Exchange correspondence with client Christine Buen regarding updated status report | 0.2 | 58.00 |
| 10/12/12 | ABP | L120 | Revise updated case assessment | 0.6 | 174.00 |
| 10/12/12 | ABP | L120 | Prepare and revise exposure estimate | 0.6 | 174.00 |
| 10/12/12 | MJW | L110 | Draft case assessment | 1.8 | 495.00 |
| 10/15/12 | AJR | L120 | Review and analyze correspondence with client regarding case strategy and advice and financial package from borrower | 0.2 | 57.00 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |

|  |  |  | Totals | 5.2 | 1,463.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463139
File No. 040540.000281
Claim/Client File No. 720590
Page 3

GMAC ResCap

(GA) Kenneth Reaves

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.6 | 290.00 | 464.00 |
| AJR | Reyes | Associate | 0.9 | 285.00 | 256.50 |
| MJW | Windham | Associate | 2.7 | 275.00 | 742.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463139 |
| File No. | 040540.000281 |
| Claim/Client File No. | 720590 |

RE:    (GA) Kenneth Reaves

**Total Amount of This Invoice**                    $1,463.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463217 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

**RE:    (WV) Bragg, Virginia and Gregory**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $36.00 |
| **Total Amount of This Invoice** | **$36.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463217
File No. 040540.000289
Claim/Client File No. 721577
Page 2

GMAC ResCap

(WV) Bragg, Virginia and Gregory

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| | | | Totals | 0.3 | 36.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463217 |
| File No. | 040540.000289 |
| Claim/Client File No. | 721577 |

RE:     (WV) Bragg, Virginia and Gregory

**Total Amount of This Invoice**                                    $36.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463226 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

**RE:    (WV) Evans, Christine (Estate of L King)**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $417.00 |
| **Total Amount of This Invoice** | **$417.00** |