IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463226
File No. 040540.000290
Claim/Client File No. 722124
Page 2

GMAC ResCap

(WV) Evans, Christine (Estate of L King)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/15/12 | JEM | L120 | Prepare status update for client | 0.3 | 109.50 |
| 10/15/12 | JEM | L120 | Correspond with opposing counsel regarding creditor claims | 0.3 | 109.50 |
| 10/19/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding status of case and transfer of case to bankruptcy estate | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Update case status and assessment for client | 0.2 | 58.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.4 | 417.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 0.6 | 365.00 | 219.00 |
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463226 |
| File No. | 040540.000290 |
| Claim/Client File No. | 722124 |

RE:    (WV) Evans, Christine (Estate of L King)

**Total Amount of This Invoice**                                    $417.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| One Meridian Crossings | Invoice No. | 1463227 |
| Minneapolis, MN 55423 | File No. | 040540.000292 |
| | Claim/Client File No. | 722383 |
| | Policy No. | 7438291635 |

**RE:    (WV) Lowe, John Robert**

Fees for Professional Services Rendered Through 10/31/12                    $73.00

**Total Amount of This Invoice**                    **$73.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463227
File No. 040540.000292
Claim/Client File No. 722383
Page 2

GMAC ResCap

(WV) Lowe, John Robert

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/10/12 | JEM | L190 | Correspond with client regarding status update | 0.2 | 73.00 |
| | | | Totals | 0.2 | 73.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463227 |
| File No. | 040540.000292 |
| Claim/Client File No. | 722383 |
| Policy No. | 7438291635 |

RE:    (WV) Lowe, John Robert

**Total Amount of This Invoice**                $73.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463228 |
| | File No. | 040540.000302 |
| | Claim/Client File No. | 723376 |

**RE:    (GA) Carmouche, Thomasine**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $400.00 |
| **Total Amount of This Invoice** | **$400.00** |

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463228
File No. 040540.000302
Claim/Client File No. 723376
Page 2

GMAC ResCap

(GA) Carmouche, Thomasine

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/15/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/19/12 | ABP | L120 | Update case status and assessment for client | 0.3 | 87.00 |
| 10/23/12 | AJR | L120 | Emails with client regarding status of cases in federal and state court and strategy of filing Motion for Involuntary Dismissal in state court case | 0.1 | 28.50 |
| 10/23/12 | AJR | L120 | Analyze strategy for state court action in light of client's bankruptcy and plaintiff's failure to serve any defendant | 0.2 | 57.00 |
| 10/23/12 | AJR | L120 | Check dockets of federal court action and state court action at request of client | 0.2 | 57.00 |
| 10/23/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.4 | 400.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 0.6 | 285.00 | 171.00 |
| MJW | Windham | Associate | 0.2 | 275.00 | 55.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463228 |
| File No. | 040540.000302 |
| Claim/Client File No. | 723376 |

RE:     (GA) Carmouche, Thomasine

**Total Amount of This Invoice**                    $400.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# Troutman Sanders LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463229 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:    (WV) Smith, Maryann**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $364.50 |
| **Total Amount of This Invoice** | **$364.50** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463229
File No. 040540.000311
Claim/Client File No. 725270
Page 2

GMAC ResCap

(WV) Smith, Maryann

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC Bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| 10/10/12 | JEM | L160 | Correspond with opposing counsel regarding settlement | 0.3 | 109.50 |
| 10/16/12 | JEM | L120 | Correspond with opposing counsel regarding Settlement and Stay | 0.2 | 73.00 |
| 10/16/12 | JEM | L120 | Update client regarding negotiations | 0.2 | 73.00 |
| 10/17/12 | JEM | L120 | Negotiate settlement terms | 0.2 | 73.00 |
| | | | Totals | 1.2 | 364.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 0.9 | 365.00 | 328.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463229 |
| File No. | 040540.000311 |
| Claim/Client File No. | 725270 |

**RE:    (WV) Smith, Maryann**

**Total Amount of This Invoice**                     $364.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463230 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

**RE:    (GA) Antoinette Sanders**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $3,384.50 |
| **Total Amount of This Invoice** | **$3,384.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463230
File No. 040540.000313
Claim/Client File No. 725550
Page 2

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | AJR | L160 | Telephone conference with opposing counsel regarding signature pages needed for financial package and regarding postponing tomorrow's scheduled foreclosure sale | 0.2 | 57.00 |
| 10/01/12 | AJR | L190 | Emails with client to advise postponing foreclosure sale and calls to borrower's counsel regarding communication with client and borrower's signature on financial package | 0.4 | 114.00 |
| 10/01/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding communications with opposing counsel and postponement of foreclosure sale pending loan modification review | 0.3 | 87.00 |
| 10/01/12 | ABP | L120 | Develop settlement strategies | 0.2 | 58.00 |
| 10/01/12 | ABP | L120 | Develop strategies regarding postponement of foreclosure sale | 0.2 | 58.00 |
| 10/01/12 | ABP | L120 | Review loan modification paperwork submitted by plaintiff | 0.3 | 87.00 |
| 10/02/12 | AJR | L120 | Telephone call to opposing counsel regarding signature issue in financial package | 0.2 | 57.00 |
| 10/02/12 | AJR | L120 | Analyze case and settlement strategy in light of issues with borrower's signature on financial package | 0.1 | 28.50 |
| 10/02/12 | AJR | L190 | Emails with client regarding issue with borrower's signature on financial package | 0.1 | 28.50 |
| 10/02/12 | ABP | L160 | Develop settlement strategies | 0.2 | 58.00 |
| 10/02/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential for resolution of case through loan modification | 0.1 | 29.00 |
| 10/03/12 | AJR | L190 | Review and analyze borrower's QWR | 0.1 | 28.50 |
| 10/03/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding qualified written request received from plaintiff and potential for resolution of case through loan modification | 0.2 | 58.00 |
| 10/04/12 | AJR | L160 | Email to opposing counsel regarding having borrower re-sign financial package | 0.1 | 28.50 |
| 10/05/12 | AJR | L160 | Email to opposing counsel regarding having | 0.1 | 28.50 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | borrower complete new financial package and borrower's bankruptcy | | |
| 10/05/12 | MJW | L110 | Review case history; draft motion to reopen discovery and to continue trial | 1.9 | 522.50 |
| 10/05/12 | AJR | L190 | Email with client regarding case strategy in light of borrower's bankruptcy | 0.1 | 28.50 |
| 10/05/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding authenticity of plaintiffs' signatures on bankruptcy Petition and loan modification documents | 0.1 | 29.00 |
| 10/09/12 | AJR | L190 | Revise response to borrower's QWR | 0.7 | 199.50 |
| 10/09/12 | AJR | L190 | Update case tasks and calendar deadline to respond to QWR | 0.1 | 28.50 |
| 10/09/12 | AJR | L190 | Email to opposing counsel regarding reopening discovery and resubmitting financial package | 0.2 | 57.00 |
| 10/09/12 | AJR | L210 | Draft and revise Joint Motion to Reopen Discovery and Continue Trial and proposed order regarding same | 0.6 | 171.00 |
| 10/09/12 | ABP | L210 | Develop strategies in response to plaintiff's qualified written request | 0.2 | 58.00 |
| 10/15/12 | AJR | L190 | Email to client regarding revisions to response to borrower's QWR | 0.2 | 57.00 |
| 10/15/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/15/12 | ABP | L110 | Review Plaintiff's Qualified Written Request | 0.7 | 203.00 |
| 10/15/12 | ABP | L110 | Revise response to Plaintiff's Qualified Written Request | 0.4 | 116.00 |
| 10/15/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding response to Plaintiff's Qualified Written Request | 0.1 | 29.00 |
| 10/16/12 | AJR | L190 | Email to opposing counsel regarding reopening discovery and continuing trial | 0.1 | 28.50 |
| 10/16/12 | AJR | L190 | Update case tasks and chart | 0.1 | 28.50 |
| 10/16/12 | AJR | L160 | Telephone conference with opposing counsel regarding borrower's updated financial package | 0.1 | 28.50 |
| 10/16/12 | AJR | L160 | Email to client regarding borrower's updated financial package | 0.1 | 28.50 |
| 10/17/12 | AJR | L210 | Prepare and file Joint Motion to Reopen Discovery | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463230
File No. 040540.000313
Claim/Client File No. 725550
Page 4

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | and to Continue Trial | | |
| 10/17/12 | AJR | L190 | Update casks tasks and strategy | 0.1 | 28.50 |
| 10/18/12 | AJR | L210 | Email to opposing counsel regarding stamped filed copy of Joint Motion to Reopen Discovery and to Continue Trial | 0.1 | 28.50 |
| 10/18/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/19/12 | AJR | L190 | Telephone conference with judge's law clerk regarding getting case off of November trial calendar | 0.1 | 28.50 |
| 10/19/12 | AJR | L250 | Review and analyze signed Order granting continuance from trial calendar and reopening discovery | 0.1 | 28.50 |
| 10/20/12 | ABP | L120 | Develop litigation strategies | 0.3 | 87.00 |
| 10/22/12 | AJR | L190 | Email to client regarding status of draft response to borrower's QWR | 0.1 | 28.50 |
| 10/22/12 | AJR | L190 | Review correspondence regarding case status and strategy from counsel for co-defendant Quicken Loans | 0.1 | 28.50 |
| 10/23/12 | AJR | L190 | Email to client regarding response to borrower's QWR | 0.1 | 28.50 |
| 10/23/12 | AJR | L190 | Calculate deadline for sending response to borrower's QWR | 0.2 | 57.00 |
| 10/23/12 | AJR | L190 | Emails with counsel for co-defendant Quicken Loans regarding case status | 0.3 | 85.50 |
| 10/24/12 | AJR | L190 | Email with client regarding response to borrower's QWR | 0.1 | 28.50 |
| 10/24/12 | AJR | L330 | Analyze discovery strategy in case loan modification does not work out | 0.2 | 57.00 |
| 10/24/12 | AJR | L190 | Email to client regarding Order extending discovery and removing case from trial calendar and deposition strategy | 0.1 | 28.50 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/30/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/31/12 | AJR | L160 | Telephone conference with opposing counsel regarding settlement strategy | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463230
File No. 040540.000313
Claim/Client File No. 725550
Page 5

GMAC ResCap

(GA) Antoinette Sanders

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/31/12 | AJR | L160 | Email nth opposing counsel regarding updated bank statements submitted in support of financial package | 0.1 | 28.50 |
| | | | Totals | 11.9 | 3,384.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 3.6 | 290.00 | 1,044.00 |
| AJR | Reyes | Associate | 5.8 | 285.00 | 1,653.00 |
| MJW | Windham | Associate | 2.5 | 275.00 | 687.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463230 |
| File No. | 040540.000313 |
| Claim/Client File No. | 725550 |

RE:     (GA) Antoinette Sanders

**Total Amount of This Invoice**                          $3,384.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463233 |
| | File No. | 040540.000316 |
| | Claim/Client File No. | 727046 |

**RE:    (GA) Raymond, Erma**

Fees for Professional Services Rendered Through 10/31/12                    $459.00

**Total Amount of This Invoice          $459.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Raymond, Erma

Invoice Date 11/19/12
Invoice Number 1463233
File No. 040540.000316
Claim/Client File No. 727046
Page 2

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/10/12 | AJR | L160 | Emails with client regarding additional information needed in borrower's financial package | 0.1 | 28.50 |
| 10/10/12 | AJR | L160 | Telephone call to opposing counsel regarding additional information needed in borrower's financial package | 0.1 | 28.50 |
| 10/15/12 | AJR | L160 | Telephone conference with opposing counsel regarding borrower's incomplete financial package | 0.2 | 57.00 |
| 10/17/12 | AJR | L160 | Telephone conference with and email to opposing counsel regarding additional information needed in support of borrower's financial package | 0.2 | 57.00 |
| 10/18/12 | AJR | L160 | Email to client regarding recent communications with opposing counsel about additional information needed from borrower for financial package | 0.1 | 28.50 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L110 | Monitor status of foreclosure proceedings | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/30/12 | AJR | L160 | Emails with client regarding closing file and opposing counsel's request for update and status of review for loan modification | 0.2 | 57.00 |
| 10/30/12 | AJR | L160 | Telephone conference with opposing counsel regarding request for update and status of review for loan modification | 0.1 | 28.50 |
| | | | Totals | 1.6 | 459.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |
| AJR | Reyes | Associate | 1.0 | 285.00 | 285.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463233 |
| File No. | 040540.000316 |
| Claim/Client File No. | 727046 |

**RE:**     **(GA) Raymond, Erma**

**Total Amount of This Invoice**                    $459.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---:|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463236 |
| File No. | 040540.000317 |
| Claim/Client File No. | 726599 |

**RE:    (GA) Washington J Pro**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $174.00 |
| **Total Amount of This Invoice** | **$174.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12<br>
Invoice Number 1463236<br>
File No. 040540.000317<br>
Claim/Client File No. 726599<br>
Page 2

GMAC ResCap

(GA) Washington J Pro

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L110 | Monitor status of litigation stay in light of filing Notice of Bankruptcy | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 0.6 | 174.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463236 |
| File No. | 040540.000317 |
| Claim/Client File No. | 726599 |

**RE:** (GA) Washington J Pro

**Total Amount of This Invoice** $174.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463238 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

**RE:    (GA) Demilio, Thomas J.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $2,936.00 |
| **Total Amount of This Invoice** | **$2,936.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) Demilio, Thomas J.

Invoice Date 11/19/12
Invoice Number 1463238
File No. 040540.000318
Claim/Client File No. 728466
Page 2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | AJR | L120 | Review correspondence with client regarding case strategy in light of recently served complaint | 0.1 | 28.50 |
| 10/02/12 | AJR | L120 | Analyze case strategy in light of service of complaint on client | 0.1 | 28.50 |
| 10/02/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/02/12 | ABP | L210 | Develop strategies regarding response to service of plaintiff's Complaint and explore potential to file Motion to Dismiss and responsive pleadings | 0.2 | 58.00 |
| 10/03/12 | ABP | L120 | Develop strategies regarding response to service of plaintiff's Complaint in light of previously filed Notice of Bankruptcy on behalf of GMAC | 0.3 | 87.00 |
| 10/03/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding proposed response to service of Complaint in light of previous filing of Notice of Bankruptcy | 0.2 | 58.00 |
| 10/03/12 | ABP | L120 | Review correspondence between Deutsche Bank and GMAC regarding service of Complaint and tender of defense on behalf of Deutsche Bank | 0.2 | 58.00 |
| 10/03/12 | ABP | L120 | Exchange correspondence with Norm Rosenbaum of Morrison & Foerster regarding proposed response to service of plaintiff's Complaint in light of previously filed Notice of Bankruptcy | 0.3 | 87.00 |
| 10/04/12 | JEM | L110 | Revise update for client | 0.3 | 109.50 |
| 10/04/12 | ABP | L120 | Explore plaintiff's claims asserted in previous litigation | 0.2 | 58.00 |
| 10/04/12 | ABP | L210 | Review pleadings and Court Orders filed in previous action | 0.3 | 87.00 |
| 10/04/12 | ABP | L210 | Telephone conference with client Katie Dutill regarding status of case and strategies in response to service of plaintiff's Complaint | 0.2 | 58.00 |
| 10/04/12 | ABP | L210 | Exchange telephone calls and correspondence with Norm Rosenbaum of Morrison & Foster regarding response to service of plaintiff's Complaint | 0.4 | 116.00 |
| 10/05/12 | MJW | L110 | Review case status; revise Motion To Dismiss, Answer, corporate disclosures | 1.8 | 495.00 |