IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463238
File No. 040540.000318
Claim/Client File No. 728466
Page 3

GMAC ResCap

(GA) Demilio, Thomas J.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/05/12 | AJR | L190 | Review and analyze correspondence with bankruptcy counsel regarding responding to summons sent by opposing counsel | 0.1 | 28.50 |
| 10/05/12 | ABP | L210 | Prepare response to service of plaintiff's Complaint | 0.2 | 58.00 |
| 10/05/12 | ABP | L210 | Exchange correspondence with Norm Rosenbaum of Morrison & Foerster regarding proposed response to plaintiff's Complaint and Morrison & Foerster's form letter response | 0.1 | 29.00 |
| 10/08/12 | AJR | L190 | Draft letter to opposing counsel regarding violation of bankruptcy stay | 0.9 | 256.50 |
| 10/08/12 | ABP | L210 | Prepare response to service of plaintiff's Complaint | 0.1 | 29.00 |
| 10/09/12 | AJR | L190 | Revise letter to opposing counsel regarding violation of bankruptcy stay | 0.7 | 199.50 |
| 10/09/12 | ABP | L210 | Revise letter in response to plaintiff's service of Complaint on GMAC in light of bankruptcy stay | 1.0 | 290.00 |
| 10/09/12 | ABP | L120 | Develop strategies in response to plaintiff's claims | 0.2 | 58.00 |
| 10/09/12 | ABP | L120 | Review correspondence exchanged with opposing counsel and co-defendants Deutsche Bank and Aurora Bank regarding letter in response to service of Complaint | 0.2 | 58.00 |
| 10/10/12 | AJR | L190 | Telephone conference with counsel for borrower regarding correspondence about their violation of the bankruptcy stay | 0.1 | 28.50 |
| 10/15/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/18/12 | AJR | L120 | Review and analyze correspondence from opposing counsel regarding issues surrounding bankruptcy stay | 0.2 | 57.00 |
| 10/18/12 | AJR | L190 | Analyze issues surrounding client's bankruptcy in relation to opposing counsel's correspondence about issues surrounding bankruptcy stay | 0.4 | 114.00 |
| 10/18/12 | AJR | L190 | Emails with opposing counsel regarding seeking relief from bankruptcy court in order to pursue claims | 0.2 | 57.00 |
| 10/18/12 | ABP | L110 | Review correspondence from opposing counsel regarding bankruptcy stay | 0.1 | 29.00 |
| 10/18/12 | ABP | L120 | Develop strategies in response to opposing counsel's inquiry regarding applicability of bankruptcy stay to DeMilio litigation | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463238
File No. 040540.000318
Claim/Client File No. 728466
Page 4

GMAC ResCap

(GA) Demilio, Thomas J.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/19/12 | ABP | L120 | Update case assessment for client | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Develop litigation strategies in response to opposing counsel's inquiry regarding application of bankruptcy stay | 0.2 | 58.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 10.2 | 2,936.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 5.0 | 290.00 | 1,450.00 |
| AJR | Reyes | Associate | 2.9 | 285.00 | 826.50 |
| MJW | Windham | Associate | 2.0 | 275.00 | 550.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463238 |
| File No. | 040540.000318 |
| Claim/Client File No. | 728466 |

RE:    (GA) Demilio, Thomas J.

**Total Amount of This Invoice**                    $2,936.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463241 |
| | File No. | 040540.000322 |
| | Claim/Client File No. | 713753 |

**RE:    (WV) Belcher, James and Willa**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $350.00 |
| **Total Amount of This Invoice** | **$350.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463241
File No. 040540.000322
Claim/Client File No. 713753
Page 2

GMAC ResCap

(WV) Belcher, James and Willa

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| 10/16/12 | JEM | L210 | Revise and finalize for filing Motion for Partial Stay and proposed Order | 0.4 | 146.00 |
| 10/16/12 | ERD | L210 | Prepare Motion to Stay | 1.4 | 168.00 |
| | | | Totals | 2.1 | 350.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.7 | 120.00 | 204.00 |
| JEM | Manning | Partner | 0.4 | 365.00 | 146.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Location:**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463241 |
| File No. | 040540.000322 |
| Claim/Client File No. | 713753 |

RE:    (WV) Belcher, James and Willa

**Total Amount of This Invoice**                    $350.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463243 |
| | File No. | 040540.000323 |
| | Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L. & Frances A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $627.00 |
| **Total Amount of This Invoice** | **$627.00** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### A T T O R N E Y S  A T  L A W

Invoice Date 11/19/12
Invoice Number 1463243
File No. 040540.000323
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L. & Frances A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/09/12 | AJR | L310 | Revise written discovery requests and serve same | 0.3 | 85.50 |
| 10/09/12 | AJR | L190 | Calendar deadline for borrowers to respond to written discovery requests | 0.1 | 28.50 |
| 10/09/12 | AJR | L160 | Emails with opposing counsel regarding revised P&L to be submitted in support of financial package | 0.1 | 28.50 |
| 10/15/12 | AJR | L160 | Review borrower's updated financial package | 0.2 | 57.00 |
| 10/15/12 | AJR | L160 | Email to client regarding borrower's updated financial package | 0.1 | 28.50 |
| 10/16/12 | AJR | L160 | Email with foreclosure counsel regarding status of settlement discussions in light of upcoming pretrial calendar | 0.1 | 28.50 |
| 10/18/12 | AJR | L190 | Telephone call and email to opposing counsel regarding upcoming pretrial hearing and status of review of borrower's financial package | 0.1 | 28.50 |
| 10/18/12 | AJR | L120 | Analyze strategy for upcoming pretrial hearing | 0.1 | 28.50 |
| 10/19/12 | AJR | L190 | Telephone conference with judge's law clerk regarding getting pretrial status calendar continued | 0.3 | 85.50 |
| 10/19/12 | AJR | L190 | Telephone conference with opposing counsel regarding getting pretrial status calendar continued | 0.1 | 28.50 |
| 10/19/12 | AJR | L250 | Draft Joint Motion to Continue and correspondence to judge regarding same | 0.5 | 142.50 |
| 10/20/12 | AJR | L190 | Emails to foreclosure counsel and opposing counsel regarding confirmation of rescheduled pretrial status calendar | 0.2 | 57.00 |
| | | | Totals | 2.2 | 627.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| AJR | Reyes | Associate | 2.2 | 285.00 | 627.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463243 |
| File No. | 040540.000323 |
| Claim/Client File No. | 728771 |

**RE:**    **(GA) Roberts, Lenworth L. & Frances A.**

**Total Amount of This Invoice**                $627.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/19/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1463246 |
| Minneapolis, MN 55437 | File No. | 040540.000325 |
| | Claim/Client File No. | 729218 |

**RE:    (GA) advs. Valdez, Peter and Norma**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $346.50 |
| **Total Amount of This Invoice** | **$346.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463246
File No. 040540.000325
Claim/Client File No. 729218
Page 2

Ally Financial

(GA) advs. Valdez, Peter and Norma

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/18/12 | AJR | L190 | Email stamped filed copy of Notice of Bankruptcy to client at client's request | 0.1 | 28.50 |
| 10/18/12 | AJR | L190 | Check docket regarding case status | 0.2 | 57.00 |
| 10/18/12 | ABP | L120 | Update case assessment | 0.1 | 29.00 |
| 10/18/12 | ABP | L110 | Review correspondence exchanged with client Katie Dutill regarding filing of Notice of Bankruptcy and case status | 0.2 | 58.00 |
| 10/19/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding status of case and transfer of case to bankruptcy estate | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Update case status and assessment for client | 0.2 | 58.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.2 | 346.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 0.3 | 285.00 | 85.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463246 |
| File No. | 040540.000325 |
| Claim/Client File No. | 729218 |

RE:    (GA) advs. Valdez, Peter and Norma

**Total Amount of This Invoice**                                $346.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463268 |
| File No. | 040540.000329 |
| Claim/Client File No. | 730286 |

RE:    **(VA) advs. Woollard, Susan L./2nd
723448**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $115.00 |
| **Total Amount of This Invoice** | **$115.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 11/19/12
Invoice Number 1463268
File No. 040540.000329
Claim/Client File No. 730286
Page 2

Ally Financial

(VA) advs. Woollard, Susan L./2nd

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/01/12 | ESF | L160 | Correspondence to opposing counsel regarding stipulation of dismissal | 0.2 | 46.00 |
| 10/02/12 | ESF | L160 | Correspondence to client regarding stipulation of dismissal | 0.1 | 23.00 |
| 10/30/12 | ESF | L190 | Review Dismissal Order received from Court | 0.1 | 23.00 |
| 10/30/12 | ESF | L160 | Correspondence to client regarding final Dismissal Order entered by Court | 0.1 | 23.00 |
| | | | Totals | 0.5 | 115.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ESF | Flowers | Associate | 0.5 | 230.00 | 115.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Location:**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463268 |
| File No. | 040540.000329 |
| Claim/Client File No. | 730286 |

RE:    **(VA) advs. Woollard, Susan L./2nd
723448**

**Total Amount of This Invoice**                     $115.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: Michael Socha | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463272 |
| | File No. | 040540.000331 |
| | Claim/Client File No. | 731743 |

**RE:    advs. Guimond, Mark F. and Kallie A.**

Fees for Professional Services Rendered Through 10/31/12      $1,013.50

**Total Amount of This Invoice**      **$1,013.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463272
File No. 040540.000331
Claim/Client File No. 731743
Page 2

GMAC ResCap

advs. Guimond, Mark F. and Kallie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Prepare Notice of Appearance for Jason Manning | 0.3 | 36.00 |
| 10/02/12 | JEM | L160 | Prepare talking points for settlement negotiation | 0.6 | 219.00 |
| 10/03/12 | ABP | L120 | Analyze recent case law regarding transactional causation | 0.1 | 29.00 |
| 10/04/12 | JEM | L160 | Revise letter regarding dismissal of Complaint based on consent | 0.8 | 292.00 |
| 10/08/12 | JEM | L120 | Update client regarding responsive pleading filing and offer of judgment strategy | 0.4 | 146.00 |
| 10/09/12 | ERD | L210 | Review Judge Hudson's Uniform Scheduling Order | 0.3 | 36.00 |
| 10/09/12 | JEM | L210 | Update client regarding Scheduling Order and deadlines | 0.3 | 109.50 |
| 10/16/12 | JEM | L120 | Prepare discovery issues for service on plaintiff | 0.4 | 146.00 |
| | | | Totals | 3.2 | 1,013.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.6 | 120.00 | 72.00 |
| JEM | Manning | Partner | 2.5 | 365.00 | 912.50 |
| ABP | Pittman | Associate | 0.1 | 290.00 | 29.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Michael Socha
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463272 |
| File No. | 040540.000331 |
| Claim/Client File No. | 731743 |

**RE:    advs. Guimond, Mark F. and Kallie A.**

**Total Amount of This Invoice**            $1,013.50

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/19/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1463276 |
| 190-FTW-L95 | File No. | 040540.000332 |
| Fort Washington, PA 19034 | Claim/Client File No. | 730198 |

RE:    **(GA) advs. Sims, Angela and Reginald**

Fees for Professional Services Rendered Through 10/31/12                    $1,600.50

**Total Amount of This Invoice**        **$1,600.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463276
File No. 040540.000332
Claim/Client File No. 730198
Page 2

Ally Financial

(GA) advs. Sims, Angela and Reginald

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/02/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding scheduled hearing on nuisance claims | 0.1 | 29.00 |
| 08/02/12 | ABP | L120 | Develop strategies in response to Notice of Hearing and obtaining dismissal of Homecomings from case | 0.2 | 58.00 |
| 08/02/12 | ABP | L210 | Review proposed motion to drop Homecomings as a party defendant | 0.1 | 29.00 |
| 08/02/12 | ABP | L110 | Review assignment | 0.1 | 29.00 |
| 08/02/12 | ABP | L120 | Review correspondence exchanged with County Attorney regarding proposed motion to drop Homecomings as party defendant | 0.1 | 29.00 |
| 08/02/12 | AJR | L120 | Telephone conference with client regarding case strategy | 0.3 | 85.50 |
| 08/02/12 | AJR | L160 | Telephone conference with opposing counsel to negotiate dropping GMAC as a party | 0.3 | 85.50 |
| 08/02/12 | AJR | L210 | Draft motion to drop GMAC as a party and email to opposing counsel regarding same | 1.3 | 370.50 |
| 08/02/12 | AJR | L120 | Receive and review notice of summons and complaint | 0.5 | 142.50 |
| 08/02/12 | AJR | L120 | Review and analyze loan file | 0.5 | 142.50 |
| 08/02/12 | AJR | L120 | Analyze case strategy | 0.3 | 85.50 |
| 08/03/12 | AJR | L190 | Email with opposing counsel regarding hearing on complaint for nuisance | 0.2 | 57.00 |
| 08/03/12 | AJR | L190 | Emails with client regarding hearing and strategy for case | 0.1 | 28.50 |
| 08/03/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 08/06/12 | AJR | L210 | Telephone conference with clerk to get copy of complaint and pleadings | 0.2 | 57.00 |
| 08/06/12 | AJR | L210 | Check docket | 0.1 | 28.50 |
| 08/08/12 | AJR | L190 | Email to opposing counsel regarding motion to drop GMAC as a party and complaint | 0.2 | 57.00 |
| 08/13/12 | AJR | L210 | Email to client regarding complaint and notice of lis pendens | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 11/19/12
Invoice Number 1463276
File No. 040540.000332
Claim/Client File No. 730198
Page 3

Ally Financial

(GA) advs. Sims, Angela and Reginald

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 08/13/12 | AJR | L210 | Receive and review complaint and notice of lis pendens | 0.3 | 85.50 |
| 08/13/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Plaintiff's Complaint | 0.1 | 29.00 |
| 08/13/12 | ABP | L210 | Review pleadings and Plaintiff's Complaint | 0.1 | 29.00 |
| 08/20/12 | AJR | L190 | Receive and review order dropping Homecomings as a party | 0.1 | 28.50 |
| 08/20/12 | AJR | L190 | Email to client regarding order dropping Homecomings as a party | 0.1 | 28.50 |
| 08/20/12 | ABP | L110 | Review Order dropping Homecomings Financial as party defendant from case | 0.1 | 29.00 |
| | | | Totals | 5.6 | 1,600.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 4.7 | 285.00 | 1,339.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463276 |
| File No. | 040540.000332 |
| Claim/Client File No. | 730198 |

**RE:    (GA) advs. Sims, Angela and Reginald**

**Total Amount of This Invoice**                    $1,600.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ──────── TROUTMAN SANDERS LLP ────────

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date 11/19/12 |
| Attn: Katie Dutill | Submitted by J C Lynch |
| Residential Capital, Legal Staff | Direct Dial 757-687-7765 |
| 1100 Virginia Drive | Invoice No. 1463281 |
| 190-FTW-L95 | File No. 040540.000333 |
| Fort Washington, PA 19034 | Claim/Client File No. 731466 |
| | Policy No. 0657165871 - GA |

**RE:    (GA) advs. Gerwald, Anaissa B.**

Fees for Professional Services Rendered Through 10/31/12                    $229.50

                                                    **Total Amount of This Invoice        $229.50**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463281
File No. 040540.000333
Claim/Client File No. 731466
Page 2

Ally Financial

(GA) advs. Gerwald, Anaissa B.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/02/12 | AJR | L190 | Check docket for status of ruling on show cause order | 0.1 | 28.50 |
| 10/02/12 | AJR | L190 | Telephone call to clerk regarding status of court's ruling on show cause order | 0.1 | 28.50 |
| 10/10/12 | AJR | L210 | Review and analyze Report & Recommendation, plaintiff's objections to same, Plaintiff's Motion for Continuance, and court's Order dismissing case | 0.2 | 57.00 |
| 10/10/12 | AJR | L210 | Email to client regarding court's Report & Recommendation, plaintiff's objections to same, Plaintiff's Motion for Continuance, and court's Order dismissing case | 0.1 | 28.50 |
| 10/10/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding Court's Order adopting Magistrate's Report and Recommendation to dismiss case | 0.1 | 29.00 |
| 10/10/12 | ABP | L120 | Review Magistrate's Report and Recommendation, plaintiff's Motion for Continuance, and Court Order entering judgment in favor of defendant | 0.2 | 58.00 |
| | | | Totals | 0.8 | 229.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463281 |
| File No. | 040540.000333 |
| Claim/Client File No. | 731466 |
| Policy No. | 0657165871 - GA |

RE:    (GA) advs. Gerwald, Anaissa B.

**Total Amount of This Invoice**                    $229.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**