# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

---

| | |
|---|---|
| Ally Financial | Invoice Date | 11/19/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| 8400 Normandale Lake Boulevard | Invoice No. | 1463296 |
| Suite 350 | File No. | 040540.000340 |
| Minneapolis, MN 55437 | Claim/Client File No. | 732961 |

---

RE:     **(VA) advs. Page, Donald C. & Kristine A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $4,586.50 |
| **Total Amount of This Invoice** | **$4,586.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/19/12
Invoice Number 1463296
File No. 040540.000340
Claim/Client File No. 732961
Page 2

Ally Financial

(VA) advs. Page, Donald C. & Kristine A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/04/12 | JEM | L210 | Advise client on foreclosure and Motion to Dismiss | 0.4 | 146.00 |
| 10/04/12 | ERD | L120 | Review secure e-mail from client attaching notification of service on GMAC | 0.2 | 24.00 |
| 10/10/12 | ESF | L190 | Correspondence to counsel for Co-Defendant substitute trustee | 0.3 | 69.00 |
| 10/15/12 | ESF | L210 | Analyze Virginia law regarding negotiability of negative amortization loan  in support of demurrer | 1.5 | 345.00 |
| 10/15/12 | ESF | L210 | Prepare Demurrer to Plaintiffs' Complaint | 2.6 | 598.00 |
| 10/15/12 | ESF | L210 | Prepare Argument portion of Memorandum in Support of Demurrer | 3.8 | 874.00 |
| 10/16/12 | ESF | L210 | Revise Demurrer | 1.1 | 253.00 |
| 10/16/12 | ESF | L240 | Revise Memorandum in Support of Demurrer | 1.7 | 391.00 |
| 10/16/12 | ESF | L240 | Prepare introduction and statement of facts section of Memorandum in Support of Demurrer | 1.4 | 322.00 |
| 10/16/12 | ESF | L240 | Analyze recent Virginia law denying requests for equitable relief to void the loan for Demurrer | 0.5 | 115.00 |
| 10/17/12 | ESF | L240 | Correspondence to client regarding draft Demurrer | 0.2 | 46.00 |
| 10/17/12 | JEM | L210 | Revise Demurrer and Memorandum in Support | 0.6 | 219.00 |
| 10/18/12 | ESF | L240 | Finalize Memorandum in Support of Demurrer and Plea in Bar in preparation for filing | 0.7 | 161.00 |
| 10/19/12 | ESF | L190 | Review Rule 11 letter to Plaintiff from counsel for Co-Defendant Equity Trustees | 0.2 | 46.00 |
| 10/22/12 | ESF | L210 | Finalize Motion Craving Oyer in preparation for filing | 0.4 | 92.00 |
| 10/22/12 | ESF | L190 | Prepare sanctions letter to opposing counsel | 1.3 | 299.00 |
| 10/22/12 | ESF | L190 | Correspondence to client regarding sanctions letter | 0.2 | 46.00 |
| 10/22/12 | JEM | L120 | Revise sanctions letter and correspond with client | 0.4 | 146.00 |
| 10/23/12 | ESF | L190 | Finalize sanctions letter in preparation for filing | 0.2 | 46.00 |
| 10/23/12 | ESF | L190 | Correspondence to client regarding revised sanctions letter | 0.1 | 23.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463296
File No. 040540.000340
Claim/Client File No. 732961
Page 3

Ally Financial

(VA) advs. Page, Donald C. & Kristine A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/24/12 | ESF | L240 | Finalize Memorandum in Support of Demurrer in preparation for filing | 0.2 | 46.00 |
| 10/24/12 | JEM | L210 | Finalize responsive pleadings | 0.3 | 109.50 |
| 10/24/12 | JEM | P700 | Revise letter to opposing counsel regarding request for voluntary dismissal per client revisions | 0.4 | 146.00 |
| | | | Totals | 18.9 | 4,586.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.4 | 120.00 | 48.00 |
| ESF | Flowers | Associate | 16.4 | 230.00 | 3,772.00 |
| JEM | Manning | Partner | 2.1 | 365.00 | 766.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Sheila Gregory, Residential Capital/Legal Staff -
Paralegal
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463296 |
| File No. | 040540.000340 |
| Claim/Client File No. | 732961 |

RE:     (VA) advs. Page, Donald C. & Kristine A.

**Total Amount of This Invoice**                    $4,586.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/19/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1463298 |
| Minneapolis, MN 55437 | File No. | 040540.000342 |
| | Claim/Client File No. | 733245 |

**RE:    (GA) advs. Skelly, Catherine A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $3,575.50 |
| **Total Amount of This Invoice** | **$3,575.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463298
File No. 040540.000342
Claim/Client File No. 733245
Page 2

Ally Financial

(GA) advs. Skelly, Catherine A.


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/04/12 | AJR | L210 | Review and analyze complaint | 0.2 | 57.00 |
| 10/04/12 | JEM | L110 | Revise client update and recommendation | 0.3 | 109.50 |
| 10/04/12 | ERD | L120 | Case assessment regarding initial litigation strategy | 0.2 | 24.00 |
| 10/04/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding plaintiff's Complaint and strategies in response to plaintiff's claims | 0.2 | 58.00 |
| 10/04/12 | ABP | L120 | Develop removal and litigation strategies | 0.1 | 29.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Katie Dutill regarding response to claims asserted by plaintiff | 0.2 | 58.00 |
| 10/15/12 | ABP | L210 | Review pleadings, Summons, Complaint and documents received from client | 0.3 | 87.00 |
| 10/15/12 | ABP | L120 | Develop defensive strategies | 0.2 | 58.00 |
| 10/15/12 | ABP | L110 | Review borrower correspondence and documents from origination file | 0.2 | 58.00 |
| 10/15/12 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding Note and Deed of Trust | 0.1 | 29.00 |
| 10/17/12 | ABP | L120 | Develop litigation and defensive strategies | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Exchange correspondence with client Kimberly Napoli regarding Note and Deed of Trust | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Develop litigation and settlement strategies | 0.3 | 87.00 |
| 10/22/12 | AJR | L120 | Analyze case strategy | 0.2 | 57.00 |
| 10/22/12 | AJR | L120 | Review correspondence with client regarding case strategy | 0.1 | 28.50 |
| 10/22/12 | AJR | L120 | Analyze whether borrower's claims are stayed by client's bankruptcy | 0.2 | 57.00 |
| 10/22/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 10/22/12 | ABP | L110 | Analyze effect of GMAC bankruptcy on current litigation | 0.2 | 58.00 |
| 10/22/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding litigation strategies | 0.2 | 58.00 |
| 10/23/12 | AJR | L110 | Review and analyze fact package | 1.2 | 342.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463298
File No. 040540.000342
Claim/Client File No. 733245
Page 3

Ally Financial

(GA) advs. Skelly, Catherine A.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/23/12 | AJR | L120 | Analyze case strategy | 0.6 | 171.00 |
| 10/23/12 | ABP | L110 | Review Note and Deed of Trust | 0.1 | 29.00 |
| 10/23/12 | ABP | L110 | Exchange telephone calls with opposing counsel regarding Plaintiff's claims and potential to resolve case | 0.3 | 87.00 |
| 10/23/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 10/23/12 | ABP | L120 | Prepare case assessment | 0.1 | 29.00 |
| 10/23/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding communications with opposing counsel and assessment of case | 0.3 | 87.00 |
| 10/23/12 | ABP | L120 | Explore potential for filing Notice of Bankruptcy | 0.2 | 58.00 |
| 10/24/12 | AJR | L210 | Draft Answer | 0.6 | 171.00 |
| 10/24/12 | AJR | L120 | Analyze strategy for moving to transfer based on improper venue | 0.6 | 171.00 |
| 10/24/12 | AJR | L120 | Legal research regarding issues surrounding venue and moving to transfer based on improper venue | 1.1 | 313.50 |
| 10/24/12 | ABP | L120 | Develop strategies regarding possible challenge to venue | 0.2 | 58.00 |
| 10/24/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding fact package, litigation strategies, and whether to breach loan if Plaintiff does not bring payments current | 0.2 | 58.00 |
| 10/25/12 | AJR | L210 | Draft Notice of Bankruptcy | 0.1 | 28.50 |
| 10/25/12 | AJR | L210 | Draft Answer | 0.8 | 228.00 |
| 10/25/12 | AJR | L120 | Review and analyze bankruptcy orders in client's bankruptcy case and analyze case strategy in light of same | 0.7 | 199.50 |
| 10/25/12 | AJR | L110 | Review and analyze account notes | 0.8 | 228.00 |
| 10/26/12 | AJR | L190 | Email to client regarding draft Answer and conversation with opposing counsel regarding borrower having paid past due amounts | 0.2 | 57.00 |
| 10/26/12 | AJR | L190 | Telephone conference with opposing counsel regarding status of borrower's payment on loan | 0.1 | 28.50 |
| 10/26/12 | AJR | L120 | Analyze case strategy in light of payment by borrower | 0.1 | 28.50 |
| 10/26/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463298
File No. 040540.000342
Claim/Client File No. 733245
Page 4

Ally Financial

(GA) advs. Skelly, Catherine A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/26/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding draft responsive pleadings and Plaintiff's latest loan payment to bring loan current | 0.1 | 29.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 12.5 | 3,575.50 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.2 | 120.00 | 24.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 4.4 | 290.00 | 1,276.00 |
| AJR | Reyes | Associate | 7.6 | 285.00 | 2,166.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463298 |
| File No. | 040540.000342 |
| Claim/Client File No. | 733245 |

RE:    (GA) advs. Skelly, Catherine A.

**Total Amount of This Invoice**                    $3,575.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/19/12 |
| Attn: Kathy Priore | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1463309 |
| Minneapolis, MN 55437 | File No. | 040540.000343 |
| | Claim/Client File No. | 733241 |

RE:    **(WV) advs. Misty L. & Jeffrey A. Keefer**
       **0640106442**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $3,994.50 |
| **Total Amount of This Invoice** | **$3,994.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463309
File No. 040540.000343
Claim/Client File No. 733241
Page 2

Ally Financial

(WV) advs. Misty L. & Jeffrey A. Keefer

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/05/12 | JEM | L110 | Prepare case assessment based on newly filed Complaint and correspond with client regarding Complaint | 1.1 | 401.50 |
| 10/05/12 | ERD | L120 | Telephone conference with Clerk's office regarding status of service on Fannie | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review and analyze Complaint | 0.2 | 24.00 |
| 10/05/12 | ABP | L120 | Review correspondence exchanged with client Kathy Priore regarding recent Attorney General matter | 0.1 | 29.00 |
| 10/05/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 10/05/12 | ABP | L120 | Review correspondence exchanged with client Sheila Gregory regarding plaintiff's Complaint and plaintiff's allegations asserted against GMAC | 0.1 | 29.00 |
| 10/05/12 | ABP | L210 | Review Complaint and Summons | 0.1 | 29.00 |
| 10/05/12 | ABP | L120 | Develop defensive strategies | 0.1 | 29.00 |
| 10/05/12 | ABP | L120 | Explore potential to remove case | 0.1 | 29.00 |
| 10/08/12 | JEM | L110 | Analyze WV statute regarding loan modification in excess of property value | 0.8 | 292.00 |
| 10/08/12 | ABP | L120 | Review correspondence exchanged with client Kathy Priore regarding loan modification documents | 0.1 | 29.00 |
| 10/08/12 | ABP | L120 | Explore whether West Virginia statutory law allows for a loan modification with a resulting unpaid principal balance greater than current fair market value | 0.1 | 29.00 |
| 10/09/12 | ERD | L110 | Telephone conference with Court regarding status of service on Defendant | 0.2 | 24.00 |
| 10/09/12 | ABP | L210 | Monitor status of service of Complaint | 0.1 | 29.00 |
| 10/10/12 | JEM | L190 | Analyze WVCCPA amendment regarding loan modifications | 0.4 | 146.00 |
| 10/10/12 | JEM | L190 | Negotiate settlement with opposing counsel | 0.4 | 146.00 |
| 10/10/12 | ABP | L120 | Review file correspondence exchanged between GMAC and Attorney General regarding plaintiff's servicing allegations | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463309
File No. 040540.000343
Claim/Client File No. 733241
Page 3

Ally Financial

(WV) advs. Misty L. & Jeffrey A. Keefer

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/10/12 | ABP | L120 | Review Complaint submitted to West Virginia Attorney General by plaintiff | 0.1 | 29.00 |
| 10/10/12 | ABP | L120 | Analyze and review statutory law regarding ability to modify loan and limits on loan amount including whether unpaid principal balance may exceed fair market value | 0.6 | 174.00 |
| 10/11/12 | JEM | L160 | Prepare summary of analysis and recommendation for client regarding settlement | 0.8 | 292.00 |
| 10/11/12 | ABP | L120 | Review correspondence exchanged with client Kathy Priore regarding case assessment and settlement negotiations | 0.1 | 29.00 |
| 10/15/12 | JEM | L120 | Negotiate loan modification with opposing counsel and client | 0.3 | 109.50 |
| 10/16/12 | JEM | L120 | Correspond with opposing counsel regarding Loan Modification Settlement | 0.3 | 109.50 |
| 10/16/12 | ABP | L210 | Revise Answer and Grounds of Defense | 0.1 | 29.00 |
| 10/17/12 | JEM | L210 | Revise Answer for client approval | 0.6 | 219.00 |
| 10/17/12 | ERD | L210 | Prepare Answer to Complaint | 1.5 | 180.00 |
| 10/17/12 | ABP | L210 | Revise Answer and Grounds of Defense | 0.6 | 174.00 |
| 10/17/12 | ABP | L210 | Review correspondence exchanged with client Kathy Priore regarding proposed Answer and Grounds of Defense | 0.1 | 29.00 |
| 10/18/12 | JEM | L210 | Revise Answer and Affirmative Defenses | 0.4 | 146.00 |
| 10/18/12 | JEM | L120 | Negotiate settlement with opposing counsel and client | 0.2 | 73.00 |
| 10/19/12 | JEM | L120 | Negotiate loan modification terms | 0.4 | 146.00 |
| 10/22/12 | JEM | P500 | Negotiate loan modification with opposing counsel | 0.2 | 73.00 |
| 10/22/12 | JEM | L210 | Conference call with FNMA regarding revisions to Answer and Affirmative Defenses | 0.6 | 219.00 |
| 10/22/12 | JEM | L210 | Prepare Motion to Dismiss argument per client instructions | 0.9 | 328.50 |
| 10/23/12 | ABP | L210 | Prepare to file responsive pleadings | 0.1 | 29.00 |
| 10/23/12 | ABP | L210 | Review correspondence exchanged with client Kathy Priore regarding proposed responsive pleadings | 0.1 | 29.00 |
| 10/24/12 | JEM | L210 | Finalize responsive pleadings | 0.3 | 109.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463309
File No. 040540.000343
Claim/Client File No. 733241
Page 4

Ally Financial

(WV) advs. Misty L. & Jeffrey A. Keefer

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/25/12 | ERD | L210 | Finalize responsive pleadings for filing with the Court | 1.0 | 120.00 |
| | | | Totals | 13.6 | 3,994.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 3.1 | 120.00 | 372.00 |
| JEM | Manning | Partner | 7.7 | 365.00 | 2,810.50 |
| ABP | Pittman | Associate | 2.8 | 290.00 | 812.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Kathy Priore
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463309 |
| File No. | 040540.000343 |
| Claim/Client File No. | 733241 |

**RE:    (WV) advs. Misty L. & Jeffrey A. Keefer**
**0640106442**

**Total Amount of This Invoice**              $3,994.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463316 |
| | File No. | 040540.000086 |
| | Claim/Client File No. | 728771 |

**RE:    (GA) Roberts, Lenworth L.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $174.00 |
| **Total Amount of This Invoice** | **$174.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463316
File No. 040540.000086
Claim/Client File No. 728771
Page 2

GMAC ResCap

(GA) Roberts, Lenworth L.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 10/20/12 | ABP | L120 | Develop litigation strategies | 0.2 | 58.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 0.6 | 174.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.6 | 290.00 | 174.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463316 |
| File No. | 040540.000086 |
| Claim/Client File No. | 728771 |

RE:    (GA) Roberts, Lenworth L.

**Total Amount of This Invoice**                    $174.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463317 |
| File No. | 040540.000102 |
| Claim/Client File No. | 720750 |

---

**RE:     (GA) Sampson, Rodney**

Fees for Professional Services Rendered Through 10/31/12            $348.00

**Total Amount of This Invoice            $348.00**

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463317
File No. 040540.000102
Claim/Client File No. 720750
Page 2

GMAC ResCap

(GA) Sampson, Rodney

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/19/12 | ABP | L120 | Review correspondence from client Katie Dutill regarding status of case and transfer of case to bankruptcy estate | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Update case status and assessment for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L110 | Monitor status of stay of litigation in light of filing of Notice of Bankruptcy | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| | | | Totals | 1.2 | 348.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.2 | 290.00 | 348.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463317 |
| File No. | 040540.000102 |
| Claim/Client File No. | 720750 |

**RE:**   **(GA) Sampson, Rodney**

**Total Amount of This Invoice**                        $348.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 11/19/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463335 |
| | File No. | 040540.000179 |
| | Claim/Client File No. | 708378 |

**RE:    (GA) Rainey, Deidrenne and Esell**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $14,519.00 |
| Costs and Expenses Through 10/31/12 | $150.00 |
| **Total Amount of This Invoice** | **$14,669.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463335
File No. 040540.000179
Claim/Client File No. 708378
Page 2

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/03/12 | ERD | L110 | Case assessment regarding application of Jason Manning to appear pro hac vice | 0.1 | 12.00 |
| 10/03/12 | AJR | L190 | Telephone call to opposing counsel regarding effect of borrower's bankruptcy on trial date | 0.1 | 28.50 |
| 10/03/12 | JEM | L190 | Revise witness preparation outline | 0.8 | 292.00 |
| 10/03/12 | AJR | L190 | Telephone call to clerk's office regarding status of order admitting Jason Manning pro hac vice | 0.1 | 28.50 |
| 10/03/12 | AJR | L190 | Emails with client regarding borrower's Chapter 7 bankruptcy petition | 0.1 | 28.50 |
| 10/03/12 | AJR | L440 | Emails with client regarding Trial Prep Memo | 0.1 | 28.50 |
| 10/03/12 | ABP | L120 | Exchange multiple correspondence with client Katie Dutill regarding plaintiff's filing of Petition for Bankruptcy in Bankruptcy Court, effect of bankruptcy on upcoming trial, options to continue trial date, and general preparation for trial | 0.6 | 174.00 |
| 10/03/12 | ABP | L120 | Review correspondence from Court regarding Court's granting of pro hac vice application | 0.1 | 29.00 |
| 10/03/12 | ABP | L120 | Prepare report regarding potential options to continue case | 0.6 | 174.00 |
| 10/03/12 | ABP | L440 | Prepare for trial | 0.3 | 87.00 |
| 10/03/12 | ABP | L120 | Explore potential to transfer case to Bankruptcy Court | 0.5 | 145.00 |
| 10/03/12 | ABP | L120 | Explore potential to have trial date continued | 0.5 | 145.00 |
| 10/03/12 | ABP | L440 | Develop trial strategies | 0.3 | 87.00 |
| 10/03/12 | ABP | L120 | Analyze and review case law and statutory law regarding jurisdiction of Bankruptcy Court | 0.7 | 203.00 |
| 10/04/12 | AJR | L190 | Update case calendar and tasks | 0.1 | 28.50 |
| 10/04/12 | AJR | L190 | Review and analyze signed Order admitting Jason Manning pro hac vice | 0.1 | 28.50 |
| 10/04/12 | AJR | L210 | Revise Joint Motion to Continue Trial | 0.1 | 28.50 |
| 10/04/12 | AJR | L440 | Telephone conference and emails with client regarding availability of corporate witness and trial strategy | 0.4 | 114.00 |
| 10/04/12 | AJR | L120 | Analyze settlement strategy | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463335
File No. 040540.000179
Claim/Client File No. 708378
Page 3

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/04/12 | AJR | L440 | Draft Trial Readiness Memo | 1.3 | 370.50 |
| 10/04/12 | MJW | L110 | Develop strategy for motion to continue; draft motion to continue | 5.9 | 1,622.50 |
| 10/04/12 | AJR | L190 | Telephone conference with opposing counsel regarding effect of borrower's bankruptcy on trial date and cash for keys offer | 0.2 | 57.00 |
| 10/04/12 | ERD | L120 | Case assessment regarding trial preparation | 0.2 | 24.00 |
| 10/04/12 | AJR | L440 | Prepare trial notebook | 0.1 | 28.50 |
| 10/04/12 | ABP | L120 | Review and revise trial preparation memo | 0.6 | 174.00 |
| 10/04/12 | ABP | L120 | Exchange correspondence with client Katie Dutill regarding settlement options, trial preparation memo, general trial preparation, and obtaining a corporate witness | 0.4 | 116.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Katie Dutill regarding trial preparation and potential to continue trial date | 0.3 | 87.00 |
| 10/04/12 | ABP | L120 | Exchange correspondence with client Roberto Montoyo regarding trial preparation | 0.4 | 116.00 |
| 10/04/12 | ABP | L160 | Develop trial and settlement strategies | 0.2 | 58.00 |
| 10/04/12 | ABP | L210 | Revise Motion to Continue Trial | 0.8 | 232.00 |
| 10/05/12 | MJW | L110 | Revise strategy for Motion to Continue; revise Motion to Continue | 0.9 | 247.50 |
| 10/05/12 | ERD | L120 | Case assessment regarding trial preparation | 0.2 | 24.00 |
| 10/05/12 | AJR | L120 | Analyze strategy for filing Motion to Continue in light of substantial compliance issue in case | 0.2 | 57.00 |
| 10/05/12 | AJR | L440 | Prepare trial notebook | 0.3 | 85.50 |
| 10/05/12 | AJR | L440 | Email to foreclosure counsel regarding trial prep strategy | 0.2 | 57.00 |
| 10/05/12 | AJR | L160 | Email to client regarding status of getting P&L statement from borrowers | 0.1 | 28.50 |
| 10/05/12 | ABP | L450 | Plan and prepare for trial | 0.3 | 87.00 |
| 10/05/12 | ABP | L450 | Develop strategies regarding trial preparation and continuance of trial | 0.4 | 116.00 |
| 10/05/12 | ABP | L210 | Revise Motion for Continuance | 0.4 | 116.00 |
| 10/05/12 | ABP | L210 | Exchange correspondence with client Katie Dutill regarding revised Motion for Continuance | 0.3 | 87.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463335
File No. 040540.000179
Claim/Client File No. 708378
Page 4

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/08/12 | AJR | L440 | Email to Roberto Montoya regarding case summary and information for upcoming trial prep call | 0.4 | 114.00 |
| 10/08/12 | AJR | L430 | File Joint Motion to Continue Trial | 0.2 | 57.00 |
| 10/08/12 | AJR | L190 | Update case tasks in preparation for trial | 0.2 | 57.00 |
| 10/08/12 | AJR | L430 | Telephone call to and email with opposing counsel regarding Joint Motion to Continue Trial | 0.2 | 57.00 |
| 10/08/12 | AJR | L440 | Draft trial preparation outline to prepare for upcoming telephone conference with GMAC corporate witness | 3.8 | 1,083.00 |
| 10/08/12 | JEM | L120 | Prepare witness outlines and opening argument issues | 1.8 | 657.00 |
| 10/08/12 | AJR | L160 | Email to client regarding status of getting updated profit and loss statement from borrower | 0.1 | 28.50 |
| 10/08/12 | AJR | L120 | Review and analyze documents to sent to GMAC corporate witness Roberto Montoya to prepare for trial prep in advance of conference call | 0.2 | 57.00 |
| 10/08/12 | ERD | L440 | Plan and prepare for upcoming trial preparations | 3.0 | 360.00 |
| 10/08/12 | ABP | L310 | Review documents exchanged in discovery | 1.5 | 435.00 |
| 10/08/12 | ABP | L120 | Review loan file, borrower correspondence, and servicing and origination files | 1.5 | 435.00 |
| 10/08/12 | ABP | L210 | Develop strategies regarding filing of joint motion for continuance of trial | 0.3 | 87.00 |
| 10/08/12 | ABP | L120 | Exchange correspondence with clients Katie Dutill and Roberto Montoyo regarding trial preparation and possible continuance of trial | 0.6 | 174.00 |
| 10/08/12 | ABP | L450 | Plan and prepare for trial | 0.4 | 116.00 |
| 10/08/12 | ABP | L450 | Develop trial strategies | 0.5 | 145.00 |
| 10/08/12 | MJW | L110 | Review plaintiff's discovery for potential trial exhibits | 1.4 | 385.00 |
| 10/08/12 | MJW | L110 | Review internal documents for potential trial exhibits | 1.7 | 467.50 |
| 10/08/12 | MJW | L110 | Develop strategy regarding trial exhibits | 0.8 | 220.00 |
| 10/09/12 | ERD | L210 | Review Joint Motion to Continue | 0.2 | 24.00 |
| 10/09/12 | JEM | L410 | Witness preparation conference call | 1.0 | 365.00 |
| 10/09/12 | JEM | L440 | Trial preparation strategy | 0.8 | 292.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463335
File No. 040540.000179
Claim/Client File No. 708378
Page 5

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/09/12 | AJR | L440 | Telephone conference with Katie Dutill and Roberto Montoya regarding witness preparation for trial | 1.2 | 342.00 |
| 10/09/12 | AJR | L440 | Analyze strategy for direct examination of GMAC corporate witness at trial | 0.7 | 199.50 |
| 10/09/12 | ABP | L450 | Plan and prepare for trial | 0.2 | 58.00 |
| 10/09/12 | ABP | L450 | Develop trial strategies | 0.2 | 58.00 |
| 10/09/12 | ABP | L450 | Conference call with clients Kathy Priore, Katie Dutill and Roberto Montoyo regarding witness preparation and trial strategies | 1.3 | 377.00 |
| 10/09/12 | MJW | L110 | Review transaction history | 1.2 | 330.00 |
| 10/09/12 | MJW | L110 | Create timeline of defaults for trial | 0.5 | 137.50 |
| 10/10/12 | AJR | L190 | Check bankruptcy docket for bankruptcy filing by Mrs. Rainey | 0.1 | 28.50 |
| 10/10/12 | AJR | L430 | Review and analyze Order granting Joint Motion to Continue Trial | 0.1 | 28.50 |
| 10/10/12 | AJR | L440 | Draft direct examination questions of Roberto Montoya | 0.3 | 85.50 |
| 10/10/12 | AJR | L430 | Analyze case strategy in light of Order granting Joint Motion to Continue Trial | 0.1 | 28.50 |
| 10/10/12 | AJR | L440 | Review and analyze payment history and account information received from client in preparation for trial | 0.3 | 85.50 |
| 10/10/12 | JEM | L190 | Revise witness examination outlines | 0.9 | 328.50 |
| 10/10/12 | AJR | L440 | Review and analyze MERS rules received from counsel for MERS in preparation for trial | 0.3 | 85.50 |
| 10/10/12 | ABP | L120 | Review correspondence from Court regarding entry of Continuance Order and review same | 0.2 | 58.00 |
| 10/10/12 | ABP | L120 | Exchange correspondence with clients Katie Dutill and Roberto Montoyo regarding entry of Continuance Order | 0.2 | 58.00 |
| 10/10/12 | AJR | L440 | Emails and telephone conference with counsel for MERS regarding trial strategy and limits on testimony elicited from direct examination of foreclosure counsel during trial | 0.8 | 228.00 |
| 10/12/12 | ABP | L120 | Exchange correspondence with bankruptcy trustee regarding continuance of trial | 0.1 | 29.00 |