IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463335
File No. 040540.000179
Claim/Client File No. 708378
Page 6

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/12/12 | ABP | L120 | Develop strategies in response to bankruptcy trustee inquiries | 0.1 | 29.00 |
| 10/12/12 | MJW | L110 | Review and respond to email correspondence from Chapter 7 Trustee regarding pending bankruptcy | 0.3 | 82.50 |
| 10/12/12 | MJW | L110 | Develop strategy regarding bankruptcy trustee's interest in case | 0.3 | 82.50 |
| 10/15/12 | AJR | L440 | Email with borrower's bankruptcy trustee to discuss rescheduling of trial | 0.1 | 28.50 |
| 10/15/12 | AJR | L190 | Review correspondence with bankruptcy regarding case and trial status | 0.1 | 28.50 |
| 10/15/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/15/12 | ABP | L110 | Correspond with bankruptcy trustee regarding status of bankruptcy and status of trial in litigation matter | 0.2 | 58.00 |
| 10/15/12 | ABP | L110 | Review correspondence from Plaintiff's bankruptcy attorney regarding bankruptcy and trial status | 0.1 | 29.00 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/20/12 | ABP | L160 | Develop settlement strategies and strategies to continue trial in light of Plaintiff's filing of bankruptcy | 0.3 | 87.00 |
| 10/24/12 | AJR | L120 | Analyze case strategy in light of continued trial and failure of borrower to submit completed financial package | 0.1 | 28.50 |
| 10/24/12 | AJR | L190 | Check bankruptcy docket for status of 341 meeting | 0.1 | 28.50 |
| 10/24/12 | AJR | L190 | Emails with opposing counsel and bankruptcy trustee regarding 341 meeting and status of bankruptcy and litigation | 0.2 | 57.00 |
| 10/26/12 | AJR | L190 | Review email from opposing counsel regarding scheduling conference call to discuss case status | 0.1 | 28.50 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/30/12 | MJW | L110 | Review and respond to bankruptcy trustee regarding case | 0.2 | 55.00 |
| 10/31/12 | AJR | L440 | Emails with borrower's bankruptcy trustee regarding trial strategy and setting up conference call to discuss same | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/19/12
Invoice Number 1463335
File No. 040540.000179
Claim/Client File No. 708378
Page 7

GMAC ResCap

(GA) Rainey, Deidrenne and Esell

|  | Totals | 51.8 | 14,519.00 |
|---|---|---|---|

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ERD | Derby | Paralegal | 3.7 | 120.00 | 444.00 |
| JEM | Manning | Partner | 5.3 | 365.00 | 1,934.50 |
| ABP | Pittman | Associate | 15.7 | 290.00 | 4,553.00 |
| AJR | Reyes | Associate | 13.5 | 285.00 | 3,847.50 |
| MJW | Windham | Associate | 13.6 | 275.00 | 3,740.00 |

### FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12

| Date | Description | Amount |
|---|---|---|
| 10/19/12 | Filing Fees – PAYEE: Cardmember Service; REQUEST#: 395044; DATE: 10/19/2012. Pro Ha Admission Filing Fee ( Manning) | 150.00 |
|  | Total: | 150.00 |

| | Total Fees & Costs: | $14,669.00 |
|---|---|---|

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/19/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463335 |
| File No. | 040540.000179 |
| Claim/Client File No. | 708378 |

RE:    (GA) Rainey, Deidrenne and Esell

**Total Amount of This Invoice**          $14,669.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

GMAC ResCap
Attn: Christine Buen, Senior Litigation Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463216 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

RE:    advs. Canterbury, Stephen J.

**Total Amount of This Invoice**          **$0.00**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Christine Buen, Senior Litigation Paralegal
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463216 |
| File No. | 040540.000287 |
| Claim/Client File No. | 721582 |

RE:    advs. Canterbury, Stephen J.

**Total Amount of This Invoice**                    $0.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/20/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1463270 |
| 190-FTW-L95 | File No. | 040540.000330 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731393 |

RE:    (GA) advs. Ogletree, David

**Total Amount of This Invoice**                          **$0.00**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463270 |
| File No. | 040540.000330 |
| Claim/Client File No. | 731393 |

**RE:**    (GA) advs. Ogletree, David

**Total Amount of This Invoice**                              $0.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date | 11/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463415 |
| | File No. | 040540.000310 |
| | Claim/Client File No. | 724879 |

**RE:    (GA) Williams, Charlotte vs. GMAC**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $8,166.00 |
| Costs and Expenses Through 10/31/12 | $450.44 |
| **Total Amount of This Invoice** | **$8,616.44** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463415
File No. 040540.000310
Claim/Client File No. 724879
Page 2

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/03/12 | MJW | L110 | Review depositions and discovery responses; draft Motion for Summary Judgment; research case law regarding Motion for Summary Judgment claims | 9.4 | 2,585.00 |
| 10/03/12 | AJR | L240 | Analyze strategy for Motion for Summary Judgment in light of chain of title issues | 0.3 | 85.50 |
| 10/04/12 | MJW | L110 | Develop Motion for Summary Judgment strategy; draft affidavit for GMAC representative | 1.2 | 330.00 |
| 10/04/12 | AJR | L240 | Analyze strategy for Motion for Summary Judgment | 0.3 | 85.50 |
| 10/05/12 | AJR | L190 | Email to counsel for Fannie Mae to request copy of borrower's lease post-foreclosure sale | 0.1 | 28.50 |
| 10/05/12 | AJR | L240 | Analyze strategy for Motion for Summary Judgment | 0.3 | 85.50 |
| 10/05/12 | ABP | L210 | Develop strategies regarding arguments to include in Motion for Summary Judgment | 0.4 | 116.00 |
| 10/08/12 | AJR | L240 | Email to client regarding draft affidavit of GMAC corporate witness in support of Motion for Summary Judgment | 0.1 | 28.50 |
| 10/08/12 | AJR | L210 | Revise affidavits in support of Motion for Summary Judgment | 0.5 | 142.50 |
| 10/08/12 | MJW | L110 | Draft affidavit for foreclosure counsel | 1.1 | 302.50 |
| 10/08/12 | MJW | L110 | Review and respond to email correspondence from foreclosure counsel regarding affidavit | 0.3 | 82.50 |
| 10/08/12 | MJW | L110 | Telephone conversation with foreclosure counsel regarding affidavit and publisher's affidavit | 0.3 | 82.50 |
| 10/08/12 | MJW | L110 | Update case law for Motion for Summary Judgment | 1.1 | 302.50 |
| 10/09/12 | AJR | L190 | Email to counsel for Fannie Mae to request copy of borrower's lease agreement | 0.1 | 28.50 |
| 10/09/12 | AJR | L240 | Revise Motion for Summary Judgment | 1.5 | 427.50 |
| 10/09/12 | ABP | L210 | Develop strategies in support of arguments for Motion for Summary Judgment | 0.3 | 87.00 |
| 10/09/12 | MJW | L110 | Draft Statement of Material Facts | 1.1 | 302.50 |
| 10/09/12 | MJW | L110 | Format Motion for Summary Judgment documents for filing | 0.6 | 165.00 |
| 10/09/12 | MJW | L110 | Finalize exhibits | 0.9 | 247.50 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463415
File No. 040540.000310
Claim/Client File No. 724879
Page 3

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/10/12 | AJR | L240 | Emails and telephone conference with counsel for MERS regarding edits to draft Motion for Summary Judgment | 0.3 | 85.50 |
| 10/10/12 | AJR | L330 | Review and analyze deposition transcript of Charlotte Williams | 0.3 | 85.50 |
| 10/10/12 | AJR | L240 | Revise Motion for Summary Judgment and Statement of Material Facts and prepare same for filing | 1.4 | 399.00 |
| 10/10/12 | MJW | L110 | Draft Motion for Summary Judgment brief | 0.8 | 220.00 |
| 10/10/12 | AJR | L240 | Emails with client regarding revisions to Motion for Summary Judgment | 0.1 | 28.50 |
| 10/11/12 | AJR | L250 | Review and analyze court's Notice to plaintiff to respond to Motion for Summary Judgment | 0.1 | 28.50 |
| 10/11/12 | AJR | L240 | Email to client regarding stamped filed copies of Motion for Summary Judgment and supporting documents | 0.1 | 28.50 |
| 10/11/12 | AJR | L190 | Update case tasks and deadlines | 0.1 | 28.50 |
| 10/15/12 | AJR | L250 | Review and analyze notice from court of submission of Motion to Strike Response to Objections to Report and Recommendation | 0.1 | 28.50 |
| 10/19/12 | AJR | L310 | Email to client regarding strategy for responding to plaintiff's written discovery requests served on MERS | 0.1 | 28.50 |
| 10/19/12 | AJR | L190 | Update case chart and tasks | 0.1 | 28.50 |
| 10/19/12 | AJR | L120 | Analyze strategy for responding to plaintiff's written discovery requests served on MERS | 0.1 | 28.50 |
| 10/19/12 | AJR | L310 | Review and analyze written discovery requests served by plaintiff on MERS | 0.3 | 85.50 |
| 10/19/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 10/19/12 | ABP | L120 | Update case assessment for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 10/20/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 10/22/12 | AJR | L190 | Email to client regarding case status at request of counsel for Fannie Mae | 0.1 | 28.50 |
| 10/24/12 | AJR | L310 | Revise Objections to Plaintiff's Interrogatories | 0.3 | 85.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463415
File No. 040540.000310
Claim/Client File No. 724879
Page 4

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/24/12 | AJR | L310 | Email to client regarding Objections to Plaintiff's Interrogatories | 0.1 | 28.50 |
| 10/24/12 | AJR | L310 | Email to counsel for MERS regarding Plaintiff's Interrogatories and Defendants' Objections to Plaintiff's Interrogatories | 0.1 | 28.50 |
| 10/24/12 | AJR | L310 | File certificate and serve Objections to Plaintiff's Interrogatories | 0.2 | 57.00 |
| 10/24/12 | ABP | L310 | Develop discovery strategies | 0.1 | 29.00 |
| 10/25/12 | AJR | L190 | Calculate deadlines to respond to "Motion to Demand Trial by Jury" and "Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment" and update case tasks | 0.1 | 28.50 |
| 10/25/12 | AJR | L210 | Review and analyze Plaintiff's "Motion to Demand Trial by Jury" and "Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment" | 0.6 | 171.00 |
| 10/25/12 | AJR | L120 | Analyze strategy for responding to Plaintiff's Motion for Jury Trial and Petition to Strike Defendants' Motion for Summary Judgment | 1.1 | 313.50 |
| 10/25/12 | AJR | L120 | Legal research regarding 90-day requirement to record foreclosure deeds under O.C.G.A. 44-14-160 and effect of not recording same | 0.3 | 85.50 |
| 10/25/12 | ABP | L210 | Review Plaintiff's Motion to Strike Evidence in Support of Motion for Summary Judgment and Plaintiff's Motion for Jury Trial | 0.4 | 116.00 |
| 10/25/12 | ABP | L120 | Develop strategies in response to Plaintiff's Motion to Strike summary judgment evidence and Motion for Jury Trial | 0.2 | 58.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/30/12 | AJR | L210 | Emails with client regarding Plaintiff's Motion for Jury Trial and Petition to Strike Defendants' Motion for Summary Judgment, strategy for responding to same, and strategy for moving forward with dispossessory action | 0.3 | 85.50 |
| 10/31/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/31/12 | AJR | L190 | Emails and telephone conference with counsel for Fannie Mae regarding case status, strategy, status of dispossessory action, and status of borrower's lease | 0.3 | 85.50 |
| 10/31/12 | AJR | L190 | Emails with client regarding status of borrower's | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463415
File No. 040540.000310
Claim/Client File No. 724879
Page 5

GMAC ResCap

(GA) Williams, Charlotte vs. GMAC

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
|      |      |      | lease with Fannie Mae        |       |        |
|      |      |      | Totals                       | 29.2  | 8,166.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 2.4 | 290.00 | 696.00 |
| AJR | Reyes | Associate | 10.0 | 285.00 | 2,850.00 |
| MJW | Windham | Associate | 16.8 | 275.00 | 4,620.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/12 | Court Reporter/Deposition Costs – VENDOR: Premier Reporting; INVOICE#: 25980; DATE: 10/11/2012  - Deposition of Charlotte Williams Coulton | 450.44 |
|  | Total: | 450.44 |
|  | Total Fees & Costs: | $8,616.44 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463415 |
| | File No. 040540.000310 |
| | Claim/Client File No. 724879 |

**RE:** **(GA) Williams, Charlotte vs. GMAC**

**Total Amount of This Invoice** $8,616.44

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | |
| Attn: David G. Hagens, Esq., Associate Counsel | |
| One Meridian Crossings | |
| Minneapolis, MN 55423 | |

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463419 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

**RE:    (GA) Owens, Terrence**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $6,637.50 |
| Costs and Expenses Through 10/31/12 | $134.68 |
| **Total Amount of This Invoice** | **$6,772.18** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463419
File No. 040540.000315
Claim/Client File No. 713629
Page 2

GMAC ResCap

(GA) Owens, Terrence

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/12 | AJR | L510 | Review and analyze borrower's Notice of Appeal and analyze strategy for foreclosure in light of same | 0.4 | 114.00 |
| 10/01/12 | AJR | L210 | Review and analyze new complaint and analyze strategy for foreclosure in light of same | 0.5 | 142.50 |
| 10/01/12 | AJR | L190 | Revise correspondence to Thelma Owens regarding reinstatement amount and send same | 0.2 | 57.00 |
| 10/01/12 | AJR | L190 | Emails with client and foreclosure counsel regarding letter to Thelma Owens regarding reinstatement quotes and requesting that she stop contacting client directly and strategy for same | 0.4 | 114.00 |
| 10/01/12 | AJR | L160 | Review and analyze reinstatement and payoff quotes | 0.1 | 28.50 |
| 10/01/12 | AJR | L190 | Review and analyze letter from Thelma Owens regarding appeal filed and rejection of her offers and analyze strategy for responding to same | 0.4 | 114.00 |
| 10/02/12 | AJR | L190 | Email to foreclosure counsel to inquire about status of foreclosure sale | 0.1 | 28.50 |
| 10/02/12 | AJR | L190 | Email to client regarding status of completed foreclosure sale | 0.1 | 28.50 |
| 10/02/12 | MRB | L250 | Communications regarding upcoming foreclosure sale | 0.1 | 27.50 |
| 10/03/12 | MRB | L250 | Review, revise, and file response to debtor's motion for TRO | 1.2 | 330.00 |
| 10/03/12 | AJR | L120 | Analyze strategy for responding to motion for TRO in bankruptcy court action in light of foreclosure sale and notice of appeal of district court action | 0.2 | 57.00 |
| 10/04/12 | AJR | L190 | Email to client to advise moving forward with dispossessory action | 0.1 | 28.50 |
| 10/04/12 | MRB | L250 | Review trustee's motion to dismiss case and adversary notice of status conference | 0.3 | 82.50 |
| 10/04/12 | JEM | L110 | Prepare client status update | 0.3 | 109.50 |
| 10/05/12 | MJW | L110 | Respond to client request for information regarding post-bankruptcy rulings | 0.4 | 110.00 |
| 10/08/12 | ABP | L210 | Review correspondence exchanged with client | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463419
File No. 040540.000315
Claim/Client File No. 713629
Page 3

GMAC ResCap

(GA) Owens, Terrence

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Katie Dutill regarding service of Complaint | | |
| 10/09/12 | MRB | L250 | Review appellate documents filed by debtor | 0.3 | 82.50 |
| 10/09/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding new Complaint filed by Terrence Owens, potential affect of bankruptcy stay on plaintiff's claims, and potential violations of bankruptcy stay by Owens | 0.3 | 87.00 |
| 10/11/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding potential stay violation and defensive strategies | 0.1 | 29.00 |
| 10/11/12 | MJW | L110 | Review new lawsuit | 0.5 | 137.50 |
| 10/12/12 | MRB | L110 | Review 11th circuit docket entries regarding debtor's appeal of TRO order | 0.2 | 55.00 |
| 10/12/12 | ABP | L210 | Exchange correspondence with client Katie Dutill and foreclosure counsel regarding Temporary Restraining Order and Plaintiff's Motion to Make Temporary Restraining Order Retroactive prior to foreclosure sale date | 0.3 | 87.00 |
| 10/12/12 | ABP | L210 | Develop strategies regarding Motion to Dissolve Temporary Restraining Order | 0.2 | 58.00 |
| 10/12/12 | ABP | L210 | Review Plaintiff's Motion for Retroactive Application of Temporary Restraining Order | 0.2 | 58.00 |
| 10/12/12 | ABP | L210 | Review Temporary Restraining Order | 0.2 | 58.00 |
| 10/12/12 | MJW | L110 | Review previous case history to prepare motion to dissolve | 0.8 | 220.00 |
| 10/12/12 | MJW | L110 | Draft motion to dissolve temporary restraining order | 1.8 | 495.00 |
| 10/13/12 | MJW | L110 | Draft Motion | 2.3 | 632.50 |
| 10/13/12 | MJW | L110 | Update case law for Motion | 0.8 | 220.00 |
| 10/15/12 | MJW | L110 | Review motion to make temporary restraining order retroactive | 0.7 | 192.50 |
| 10/15/12 | MJW | L110 | Review motion for temporary restraining order | 0.6 | 165.00 |
| 10/15/12 | MJW | L110 | Revise motion to dissolve in light of Plaintiff's new filings | 2.2 | 605.00 |
| 10/15/12 | ABP | L120 | Develop strategies regarding potential violation of bankruptcy stay by Plaintiff | 0.2 | 58.00 |
| 10/15/12 | ABP | L120 | Develop strategies regarding response to Temporary Restraining Order entered by State | 0.3 | 87.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463419
File No. 040540.000315
Claim/Client File No. 713629
Page 4

GMAC ResCap

(GA) Owens, Terrence

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Court | | |
| 10/15/12 | ABP | L210 | Revise proposed Motion to Dissolve Temporary Restraining Order | 0.4 | 116.00 |
| 10/15/12 | ABP | L210 | Review Plaintiff's Motion in Support of Temporary Restraining Order | 0.2 | 58.00 |
| 10/15/12 | ABP | L210 | Correspond with client Katie Dutill and eviction and foreclosure counsel regarding Motion to Dissolve Temporary Restraining Order | 0.2 | 58.00 |
| 10/16/12 | MJW | L110 | Telephone conference with Judge's chambers regarding case | 0.3 | 82.50 |
| 10/16/12 | MJW | L110 | Develop case regarding temporary restraining order | 0.3 | 82.50 |
| 10/16/12 | ABP | L120 | Develop strategies regarding response to Plaintiff's Motion to Make Temporary Restraining Order retroactive | 0.1 | 29.00 |
| 10/17/12 | AJR | L210 | Review and analyze debtor's reply to Motion for Temporary Restraining Order filed in bankruptcy action | 0.2 | 57.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.2 | 58.00 |
| 10/20/12 | ABP | L120 | Develop strategies regarding overturning Temporary Restraining Order entered by State Court | 0.2 | 58.00 |
| 10/22/12 | ABP | L120 | Develop strategies regarding arguments to include in Reply Brief in Support of Motion to Dissolve Temporary Restraining Order | 0.1 | 29.00 |
| 10/23/12 | ABP | L210 | Review Brief in Response to Motion to Dissolve Temporary Restraining Order filed by Plaintiff | 0.1 | 29.00 |
| 10/23/12 | ABP | L210 | Review Plaintiff's Reply in Support of Making Temporary Restraining Order Retroactive | 0.1 | 29.00 |
| 10/23/12 | ABP | L110 | Review correspondence exchanged between eviction counsel and Plaintiff | 0.1 | 29.00 |
| 10/23/12 | MJW | L110 | Review Plaintiff's discovery requests | 0.8 | 220.00 |
| 10/23/12 | MJW | L110 | Draft discovery responses | 1.5 | 412.50 |
| 10/26/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/29/12 | ABP | L210 | Review Order dissolving Temporary Restraining Order and denying Plaintiff's Motion to Make | 0.1 | 29.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463419
File No. 040540.000315
Claim/Client File No. 713629
Page 5

GMAC ResCap

(GA) Owens, Terrence

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | Restraining Order Retroactive | | |
| 10/29/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding entry of Court Order dissolving Temporary Restraining Order and ability to proceed with eviction proceedings. | 0.2 | 58.00 |
| 10/29/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/30/12 | ABP | L210 | Review proposed Notice of Bankruptcy | 0.1 | 29.00 |
| 10/30/12 | MJW | L110 | Review Plaintiff's motion for jury trial and motion to strike to prepare response | 0.8 | 220.00 |
| 10/31/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| | | | Totals | 23.7 | 6,637.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| MRB | Brooks | Associate | 2.1 | 275.00 | 577.50 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 4.4 | 290.00 | 1,276.00 |
| AJR | Reyes | Associate | 2.7 | 285.00 | 769.50 |
| MJW | Windham | Associate | 14.2 | 275.00 | 3,905.00 |

## FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12

| Date | Description | Amount |
|------|-------------|--------|
| 10/26/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271435 DATE: 10/19/2012<br>Date: 10/15/2012; Job Code: REYES; To: FAYETTE SUPERIOR COURT | 134.68 |
| | Total: | 134.68 |
| | Total Fees & Costs: | $6,772.18 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463419 |
| File No. | 040540.000315 |
| Claim/Client File No. | 713629 |

RE:    (GA) Owens, Terrence

**Total Amount of This Invoice**              $6,772.18

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# ───── TROUTMAN SANDERS LLP ─────

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

BILLING INQUIRIES:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date | 11/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463420 |
| | File No. | 040540.000319 |
| | Claim/Client File No. | 728476 |

**RE:    (GA) Madriz – Forfeiture Action**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 10/31/12 | $402.50 |
| Costs and Expenses Through 10/31/12 | $412.50 |
| **Total Amount of This Invoice** | **$815.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463420
File No. 040540.000319
Claim/Client File No. 728476
Page 2

GMAC ResCap

(GA) Madriz – Forfeiture Action

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/10/12 | AJR | L190 | Telephone conference with counsel for borrower regarding forfeiture claim and status of interlocutory sale of property | 0.2 | 57.00 |
| 10/11/12 | AJR | L190 | Telephone conference with counsel for borrower regarding status of interlocutory sale of property | 0.1 | 28.50 |
| 10/15/12 | AJR | L190 | Emails with AUSA Stan Ragsdale regarding reposting amended complaint on property and recent communication with borrower's counsel | 0.2 | 57.00 |
| 10/19/12 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Refine settlement strategies | 0.2 | 58.00 |
| 10/26/12 | AJR | L210 | Review and analyze United States' Declaration of Posting of Real Property and Affidavit in Support of Same | 0.2 | 57.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/31/12 | ABP | L160 | Monitor case status and progression of settlement discussions | 0.1 | 29.00 |
| | | | Totals | 1.4 | 402.50 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.7 | 290.00 | 203.00 |
| AJR | Reyes | Associate | 0.7 | 285.00 | 199.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463420
File No. 040540.000319
Claim/Client File No. 728476
Page 3

GMAC ResCap

(GA) Madriz − Forfeiture Action

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/12 | Associate Counsel Fees & Expenses – VENDOR: Finkel Law Firm LLC; INVOICE#: 174151; DATE: 9/19/2012  - Associate Counsel Fees/Expenses | 412.50 |
| | Total: | 412.50 |
| | Total Fees & Costs: | $815.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: David G. Hagens, Esq., Associate Counsel
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463420 |
| File No. | 040540.000319 |
| Claim/Client File No. | 728476 |

RE:    (GA) Madriz – Forfeiture Action

**Total Amount of This Invoice**                    $815.00

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/20/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463421 |
| | File No. 040540.000327 |
| | Claim/Client File No. 730108 |

**RE:    (GA) advs. Berkemeier, Wende M.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $773.00 |
| Costs and Expenses Through 10/31/12 | $35.90 |
| **Total Amount of This Invoice** | **$808.90** |

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463421
File No. 040540.000327
Claim/Client File No. 730108
Page 2

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/04/12 | ABP | L310 | Develop discovery strategies | 0.1 | 29.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Manish Verma regarding status of case | 0.1 | 29.00 |
| 10/04/12 | AJR | L120 | Conference call with client regarding case status and strategy | 0.1 | 28.50 |
| 10/12/12 | AJR | L190 | Review correspondence with client regarding request for status report and case strategy | 0.2 | 57.00 |
| 10/12/12 | ABP | L120 | Update case assessment for client and prepare exposure analysis | 0.6 | 174.00 |
| 10/12/12 | ABP | L120 | Exchange correspondence with client Manish Verma regarding updated status report and exposure analysis | 0.3 | 87.00 |
| 10/12/12 | MJW | L110 | Assess case strategy | 0.2 | 55.00 |
| 10/15/12 | AJR | L120 | Review correspondence with client regarding case analysis and strategy | 0.2 | 57.00 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.1 | 27.50 |
| 10/19/12 | ABP | L120 | Update case assessment for client | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Refine litigation strategies | 0.2 | 58.00 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/30/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| | | | Totals | 2.7 | 773.00 |

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.7 | 290.00 | 493.00 |
| AJR | Reyes | Associate | 0.5 | 285.00 | 142.50 |
| MJW | Windham | Associate | 0.5 | 275.00 | 137.50 |