IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463421
File No. 040540.000327
Claim/Client File No. 730108
Page 3

GMAC ResCap

(GA) advs. Berkemeier, Wende M.

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 10/11/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271195 DATE: 10/5/2012<br>Date: 10/01/2012; Job Code: REYES; To: FULTON SUPERIOR | 35.90 |
| | Total: | 35.90 |
| | Total Fees & Costs: | $808.90 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463421 |
| File No. | 040540.000327 |
| Claim/Client File No. | 730108 |

RE:    (GA) advs. Berkemeier, Wende M.

Total Amount of This Invoice                $808.90

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/20/12 |
| Attn: Manish Verma, Esq., Litigation Case Manager | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463422 |
| | File No. 040540.000328 |
| | Claim/Client File No. 730198 |

**RE:    (GA) advs. Stabb, Linda**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $3,956.00 |
| Costs and Expenses Through 10/31/12 | $35.90 |
| **Total Amount of This Invoice** | **$3,991.90** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

GMAC ResCap

(GA) advs. Stabb, Linda

Invoice Date 11/20/12
Invoice Number 1463422
File No. 040540.000328
Claim/Client File No. 730198
Page 2

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/02/12 | MJW | L110 | Draft reply brief in support of motion to dissolve temporary restraining order; update case law for reply brief; develop case strategy | 6.0 | 1,650.00 |
| 10/03/12 | MJW | L110 | Draft reply brief | 0.6 | 165.00 |
| 10/04/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Manish Verma regarding status of case | 0.1 | 29.00 |
| 10/04/12 | AJR | L190 | Conference call with client regarding case status and strategy | 0.2 | 57.00 |
| 10/05/12 | AJR | L210 | Revise Reply in support of Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/08/12 | AJR | L210 | Revise Reply Brief in Support of Motion to Dissolve TRO | 1.2 | 342.00 |
| 10/08/12 | AJR | L210 | Email to client regarding draft of Reply Brief in support of Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/08/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding Reply Brief in Support of Motion to Dissolve Temporary Restraining Order | 0.2 | 58.00 |
| 10/08/12 | ABP | L210 | Develop strategies regarding Reply Brief in Support of Motion to Dissolve Temporary Restraining Order | 0.1 | 29.00 |
| 10/09/12 | AJR | L160 | Telephone conference with opposing counsel regarding borrower's request for a loan modification | 0.1 | 28.50 |
| 10/09/12 | AJR | L210 | Prepare and file Reply Brief in Support of Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/09/12 | AJR | L210 | Email to client regarding stamped filed copy of Reply Brief in Support of Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/09/12 | ABP | L210 | Review filed Reply Brief | 0.1 | 29.00 |
| 10/09/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding filed Reply Brief in Support of Motion to Dissolve Temporary Restraining Order | 0.1 | 29.00 |
| 10/11/12 | AJR | L240 | Revise and analyze Plaintiff's Response in Opposition to GMAC's Motion to Dismiss | 0.2 | 57.00 |
| 10/11/12 | AJR | L240 | Email to client regarding Plaintiff's Response in Opposition to GMAC's Motion to Dismiss | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463422
File No. 040540.000328
Claim/Client File No. 730198
Page 3

GMAC ResCap

(GA) advs. Stabb, Linda

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/11/12 | ABP | L210 | Review correspondence exchanged with client Manish Verma regarding plaintiff's response to Motion for Summary Judgment | 0.1 | 29.00 |
| 10/12/12 | MJW | L110 | Assess case strategy | 0.2 | 55.00 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/20/12 | ABP | L120 | Update case assessment and status for client | 0.1 | 29.00 |
| 10/20/12 | ABP | L120 | Develop discovery strategies | 0.2 | 58.00 |
| 10/26/12 | AJR | L330 | Emails with opposing counsel regarding request for extension to respond to client's written discovery requests | 0.3 | 85.50 |
| 10/26/12 | AJR | L120 | Analyze case and settlement strategy in light of opposing counsel's request for extension of time to respond to discovery | 0.4 | 114.00 |
| 10/28/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/29/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/29/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/31/12 | MJW | L110 | Review Plaintiff's response brief, including extensive exhibits | 1.4 | 385.00 |
| 10/31/12 | MJW | L110 | Draft response brief | 1.2 | 330.00 |
| | | | Totals | 14.2 | 3,956.00 |

## TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.4 | 290.00 | 406.00 |
| AJR | Reyes | Associate | 3.0 | 285.00 | 855.00 |
| MJW | Windham | Associate | 9.8 | 275.00 | 2,695.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463422
File No. 040540.000328
Claim/Client File No. 730198
Page 4

GMAC ResCap

(GA) advs. Stabb, Linda

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12**

| Date | Description | Amount |
|------|-------------|-------:|
| 10/18/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271313 DATE: 10/12/2012<br>Date: 10/09/2012; Job Code: REYES; To: FULTON SUPERIOR | 35.90 |
| | Total: | 35.90 |
| | Total Fees & Costs: | $3,991.90 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

GMAC ResCap
Attn: Manish Verma, Esq., Litigation Case Manager
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463422 |
| File No. | 040540.000328 |
| Claim/Client File No. | 730198 |

RE:    (GA) advs. Stabb, Linda

**Total Amount of This Invoice**                    $3,991.90

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT. THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/20/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1463423 |
| 190-FTW-L95 | File No. | 040540.000334 |
| Fort Washington, PA 19034 | Claim/Client File No. | 731814 |

**RE:    (GA) advs. Crawford, Stephanie A.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $2,733.50 |
| Costs and Expenses Through 10/31/12 | $93.22 |
| **Total Amount of This Invoice** | **$2,826.72** |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463423
File No. 040540.000334
Claim/Client File No. 731814
Page 2

Ally Financial

(GA) advs. Crawford, Stephanie A.

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | MJW | L110 | Draft response to motion; draft discovery requests | 4.1 | 1,127.50 |
| 10/02/12 | AJR | L190 | Check docket for case status | 0.1 | 28.50 |
| 10/02/12 | AJR | L210 | Email to client regarding draft Answer | 0.1 | 28.50 |
| 10/02/12 | AJR | L210 | Review exhibits in support of Answer and Motion to Dismiss following client's question about same | 0.1 | 28.50 |
| 10/02/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding verified Answer and signature of corporate witness | 0.2 | 58.00 |
| 10/04/12 | ABP | L210 | Telephone conference with client Katie Dutill regarding status of service of plaintiff's Complaint | 0.1 | 29.00 |
| 10/05/12 | AJR | L210 | Revise Answer and verification | 0.3 | 85.50 |
| 10/05/12 | AJR | L210 | Email to client regarding revisions to Answer and verification | 0.1 | 28.50 |
| 10/06/12 | AJR | L210 | Emails with client regarding executed Verified Answer | 0.1 | 28.50 |
| 10/08/12 | AJR | L240 | Prepare and file Motion to Dissolve TRO, Motion to Dismiss, and Verified Answer | 0.2 | 57.00 |
| 10/08/12 | AJR | L190 | Check docket for case status | 0.1 | 28.50 |
| 10/16/12 | AJR | L190 | Check docket for case status | 0.1 | 28.50 |
| 10/17/12 | AJR | L190 | Review and analyze strategy for hearing on motions filed by client and other defendants | 0.2 | 57.00 |
| 10/17/12 | AJR | L110 | Email to counsel for America's Servicing regarding obtaining loan file | 0.2 | 57.00 |
| 10/18/12 | MJW | L110 | Draft response to motion | 2.1 | 577.50 |
| 10/19/12 | ABP | L120 | Develop discovery and litigation strategies | 0.3 | 87.00 |
| 10/22/12 | AJR | L210 | Revise Response to Plaintiff's Motion for Declaratory Relief | 0.7 | 199.50 |
| 10/23/12 | AJR | L210 | Prepare and file Response to Motion for Declaratory Judgment | 0.1 | 28.50 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/30/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |

IN ACCOUNT WITH

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463423
File No. 040540.000334
Claim/Client File No. 731814
Page 3

Ally Financial

(GA) advs. Crawford, Stephanie A.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/31/12 | AJR | L110 | Email to counsel for America's Servicing regarding obtaining loan file | 0.1 | 28.50 |
| | | | Totals | 9.8 | 2,733.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.9 | 290.00 | 261.00 |
| AJR | Reyes | Associate | 2.5 | 285.00 | 712.50 |
| MJW | Windham | Associate | 6.4 | 275.00 | 1,760.00 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 10/18/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271313 DATE: 10/12/2012<br>Date: 10/08/2012; Job Code: REYES; To: CLAYTON SUPERIOR COURT | 93.22 |
| | Total: | 93.22 |
| | Total Fees & Costs: | $2,826.72 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463423 |
| File No. | 040540.000334 |
| Claim/Client File No. | 731814 |

RE:    (GA) advs. Crawford, Stephanie A.

**Total Amount of This Invoice**          $2,826.72

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

—————— TROUTMAN SANDERS LLP ——————

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| GMAC ResCap | Invoice Date | 11/20/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| One Meridian Crossings | Direct Dial | 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. | 1463430 |
| | File No. | 040540.000344 |
| | Claim/Client File No. | 733088 |

**RE:    (GA) Owens, Terrence (2)**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $7,172.00 |
| Costs and Expenses Through 10/31/12 | $273.19 |
| **Total Amount of This Invoice** | **$7,445.19** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463430
File No. 040540.000344
Claim/Client File No. 733088
Page 2

GMAC ResCap

(GA) Owens, Terrence (2)

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/02/12 | AJR | L120 | Email with client regarding case strategy for new complaint filed by borrower | 0.1 | 28.50 |
| 10/02/12 | AJR | L210 | Review and analyze new case filed by borrower | 0.4 | 114.00 |
| 10/04/12 | AJR | L120 | Conference call with client regarding case status and strategy | 0.2 | 57.00 |
| 10/09/12 | ERD | L210 | Review Complaint | 0.3 | 36.00 |
| 10/09/12 | AJR | L120 | Email to client regarding strategy for new complaint filed by borrower | 0.1 | 28.50 |
| 10/09/12 | AJR | L210 | Review and analyze new complaint filed by borrower | 0.2 | 57.00 |
| 10/10/12 | ABP | L120 | Develop litigation and defensive strategies | 0.2 | 58.00 |
| 10/10/12 | ABP | L120 | Develop strategies regarding potential to file Notice of Bankruptcy | 0.1 | 29.00 |
| 10/11/12 | AJR | L120 | Email to client regarding whether borrower is in violation of client's bankruptcy stay by filing new lawsuit | 0.2 | 57.00 |
| 10/11/12 | AJR | L120 | Analyze whether borrower is in violation of client's bankruptcy stay by filing new lawsuit | 0.1 | 28.50 |
| 10/12/12 | AJR | L210 | Emails with client regarding service of Motion for TRO and Complaint and strategy for responding to same | 0.2 | 57.00 |
| 10/12/12 | AJR | L210 | Review and analyze Motion for TRO and Complaint | 0.1 | 28.50 |
| 10/15/12 | AJR | L210 | Revise Motion to Dissolve TRO | 1.5 | 427.50 |
| 10/15/12 | AJR | L210 | Review and analyze court's order granting TRO and plaintiff's Motion for TRO and Motion to Make Order Granting TRO retroactive | 0.2 | 57.00 |
| 10/15/12 | AJR | L120 | Analyze case strategy in light of Motion for TRO filed by borrower prior to foreclosure sale | 0.3 | 85.50 |
| 10/15/12 | AJR | L120 | Analyze strategy for getting hearing on Motion to Dissolve TRO | 0.3 | 85.50 |
| 10/16/12 | AJR | L190 | Check docket for sheriff's entry of service | 0.1 | 28.50 |
| 10/16/12 | AJR | L250 | Review and analyze proposed order on Motion for | 0.2 | 57.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/20/12
Invoice Number 1463430
File No. 040540.000344
Claim/Client File No. 733088
Page 3

GMAC ResCap

(GA) Owens, Terrence (2)


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | TRO To Be Made Retroactive sent by borrower to judge | | |
| 10/16/12 | AJR | L210 | Draft Response to Motion for TRO To Be Made Retroactive | 2.2 | 627.00 |
| 10/16/12 | AJR | L120 | Analyze strategy for Response to Motion for TRO To Be Made Retroactive | 0.2 | 57.00 |
| 10/16/12 | AJR | L120 | Analyze case strategy in light of proposed order sent to judge by plaintiff | 0.2 | 57.00 |
| 10/16/12 | AJR | L190 | Telephone call to clerk of court to track down entry of service | 0.1 | 28.50 |
| 10/16/12 | AJR | L190 | Draft letter to judge enclosing courtesy copies of Motion to Dissolve Temporary Restraining Order | 0.2 | 57.00 |
| 10/18/12 | AJR | L190 | Telephone conference with dispossessory counsel regarding case history and status and advice to halt dispossessory and post-foreclosure action in light of TRO | 0.3 | 85.50 |
| 10/18/12 | AJR | L190 | Email to dispossessory counsel and listing agent at Southern REO regarding status of litigation and injunction | 0.6 | 171.00 |
| 10/18/12 | AJR | L190 | Email to client regarding communication with dispossessory counsel and listing agent at Southern REO regarding litigation and injunction | 0.1 | 28.50 |
| 10/22/12 | AJR | L120 | Analyze strategy for filing Notice of Bankruptcy on behalf of client | 0.2 | 57.00 |
| 10/22/12 | AJR | L120 | Email to client regarding strategy for filing Notice of Bankruptcy | 0.1 | 28.50 |
| 10/22/12 | AJR | L120 | Analyze strategy for getting hearing on pending motions | 0.1 | 28.50 |
| 10/22/12 | AJR | L210 | Review and analyze Plaintiff's Response to Defendants' Motion to Dissolve TRO | 0.5 | 142.50 |
| 10/22/12 | AJR | L210 | Email to dispossessory counsel and listing agent regarding Plaintiff's Response to Defendants' Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/22/12 | AJR | L120 | Analyze strategy for replying to Plaintiff's Response to Defendants' Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/22/12 | MJW | L110 | Draft notice of hearing | 0.6 | 165.00 |
| 10/23/12 | AJR | L190 | File Notice of Hearing | 0.1 | 28.50 |

Invoice Date 11/20/12
Invoice Number 1463430
File No. 040540.000344
Claim/Client File No. 733088
Page 4

GMAC ResCap

(GA) Owens, Terrence (2)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/23/12 | AJR | L120 | Analyze strategy for Reply in Support of Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/23/12 | AJR | L120 | Email to client regarding strategy for Reply in Support of Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/23/12 | MJW | L110 | Review Plaintiff's response/reply brief | 0.6 | 165.00 |
| 10/23/12 | MJW | L110 | Draft reply brief regarding Plaintiff's retroactive motion | 1.9 | 522.50 |
| 10/23/12 | MJW | L110 | Update case law regarding retroactive motion | 0.7 | 192.50 |
| 10/24/12 | AJR | L210 | Review and analyze Amended Complaint | 0.3 | 85.50 |
| 10/24/12 | AJR | L210 | Email to client and foreclosure counsel regarding borrower's Amended Complaint | 0.1 | 28.50 |
| 10/24/12 | MJW | L110 | Draft Motion to Dismiss | 1.4 | 385.00 |
| 10/24/12 | MJW | L110 | Update case law regarding Plaintiff's claim | 0.7 | 192.50 |
| 10/26/12 | MJW | L110 | Draft Answer | 1.8 | 495.00 |
| 10/29/12 | AJR | L240 | Analyze strategy for Motion to Dismiss | 0.1 | 28.50 |
| 10/29/12 | AJR | L250 | Review and analyze court's Order denying Motion for TRO to be Retroactive and Granting Defendants' Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/29/12 | AJR | L250 | Email to client and foreclosure counsel regarding court's Order denying Motion for TRO to be Retroactive and Granting Defendants' Motion to Dissolve TRO | 0.1 | 28.50 |
| 10/29/12 | AJR | L120 | Analyze case strategy and strategy for recording foreclosure deed in light of court's Order denying Motion for TRO to be Retroactive and Granting Defendants' Motion to Dissolve TRO | 0.4 | 114.00 |
| 10/29/12 | MJW | L110 | Draft Motion for Summary Judgment | 3.8 | 1,045.00 |
| 10/30/12 | AJR | L240 | Emails with dispossessory counsel and listing agent with Southern REO regarding court's Order denying Motion for TRO to be Retroactive and Granting Defendants' Motion to Dissolve TRO and case strategy in light of same | 0.3 | 85.50 |
| 10/30/12 | AJR | L210 | Revise Answer | 0.9 | 256.50 |
| 10/30/12 | AJR | L210 | Email to client regarding draft of answer | 0.1 | 28.50 |
| 10/30/12 | MJW | L110 | Draft notice of bankruptcy | 0.5 | 137.50 |
| 10/31/12 | MJW | L110 | Telephone conference with Judge's chambers | 0.2 | 55.00 |

IN ACCOUNT WITH

T ROUTMAN  S ANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463430
File No. 040540.000344
Claim/Client File No. 733088
Page 5

GMAC ResCap

(GA) Owens, Terrence (2)

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| | | | regarding hearing | | |
| 10/31/12 | MJW | L110 | Telephone conference with Clerk's office regarding hearing | 0.1 | 27.50 |
| 10/31/12 | MJW | L110 | Draft notice regarding hearing | 0.4 | 110.00 |
| 10/31/12 | MJW | L110 | Draft notice to Plaintiff | 0.6 | 165.00 |
| | | | Totals | 25.8 | 7,172.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 11.9 | 285.00 | 3,391.50 |
| MJW | Windham | Associate | 13.3 | 275.00 | 3,657.50 |

**FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12**

| Date | Description | Amount |
|------|-------------|--------|
| 10/26/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271435 DATE: 10/19/2012 Date: 10/16/2012; Job Code: REYES; To: FAYETTE SUPERIOR COURT | 139.67 |
| 10/26/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271435 DATE: 10/19/2012 Date: 10/17/2012; Job Code: REYES; To: GWINNETT SUPERIOR CT. | 133.52 |
| | Total: | 273.19 |

| | | |
|--|--|--|
| | Total Fees & Costs: | $7,445.19 |

# TROUTMAN SANDERS LLP

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

GMAC ResCap
Attn: Katie Dutill
One Meridian Crossings
Minneapolis, MN 55423

| | |
|---|---|
| Invoice Date | 11/20/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463430 |
| File No. | 040540.000344 |
| Claim/Client File No. | 733088 |

RE:    (GA) Owens, Terrence (2)

**Total Amount of This Invoice**            $7,445.19

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463486 |
| | File No. 040540.000133 |
| | Claim/Client File No. 715654 |

**RE:    (WV) Gedney, Nieltje**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $109.00 |
| **Total Amount of This Invoice** | **$109.00** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/20/12
Invoice Number 1463486
File No. 040540.000133
Claim/Client File No. 715654
Page 2

GMAC ResCap

(WV) Gedney, Nieltje

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ERD | L120 | Case assessment regarding upcoming tasks and litigation strategy | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review procedural posture of case to determine whether any motions were pending before the GMAC bankruptcy filing and/or were ruled on post filing | 0.1 | 12.00 |
| 10/10/12 | JEM | L190 | Correspond with client regarding status update | 0.2 | 73.00 |
| | | | Totals | 0.5 | 109.00 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 0.3 | 120.00 | 36.00 |
| JEM | Manning | Partner | 0.2 | 365.00 | 73.00 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
**FEDERAL ID No. 58-0946915**

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

| | |
|---|---|
| GMAC ResCap | Invoice Date 11/20/12 |
| Attn: David G. Hagens, Esq., Associate Counsel | Submitted by J C Lynch |
| One Meridian Crossings | Direct Dial 757-687-7765 |
| Minneapolis, MN 55423 | Invoice No. 1463486 |
| | File No. 040540.000133 |
| | Claim/Client File No. 715654 |

**RE:     (WV) Gedney, Nieltje**

**Total Amount of This Invoice**            $109.00

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

BILLING INQUIRIES:
404-885-2508

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | |
|---|---|
| Ally Financial | Invoice Date | 11/21/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by | J C Lynch |
| | Direct Dial | 757-687-7765 |
| 8400 Normandale Lake Boulevard | Invoice No. | 1463427 |
| Suite 350 | File No. | 040540.000338 |
| Minneapolis, MN 55437 | Claim/Client File No. | 732109 |

**RE:    (GA) advs. Moore, Sharon H.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $1,245.50 |
| Costs and Expenses Through 10/31/12 | $753.85 |
| **Total Amount of This Invoice** | **$1,999.35** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/21/12
Invoice Number 1463427
File No. 040540.000338
Claim/Client File No. 732109
Page 2

Ally Financial

(GA) advs. Moore, Sharon H.

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/02/12 | MJW | L110 | Review MERS' edits to brief | 0.5 | 137.50 |
| 10/03/12 | AJR | L240 | Email to counsel for MERS regarding draft of Motion to Dismiss | 0.1 | 28.50 |
| 10/03/12 | AJR | L240 | Review proposed edits to draft of Motion to Dismiss from counsel for MERS | 0.1 | 28.50 |
| 10/04/12 | JEM | L210 | Revise Motion to Dismiss | 0.3 | 109.50 |
| 10/04/12 | AJR | L240 | Email and telephone conference with counsel for MERS regarding edits to Motion to Dismiss | 0.2 | 57.00 |
| 10/04/12 | ABP | L120 | Develop litigation strategies | 0.1 | 29.00 |
| 10/04/12 | ABP | L120 | Telephone conference with client Sheila Gregory regarding status of case and litigation strategies | 0.1 | 29.00 |
| 10/04/12 | ABP | L210 | Prepare to file Motion to Dismiss | 0.1 | 29.00 |
| 10/05/12 | AJR | L240 | Revise Corporate Disclosure Statement and Motion to Dismiss to incorporate comments from counsel for MERS | 0.9 | 256.50 |
| 10/05/12 | AJR | L240 | Email to client regarding stamped filed copies of Motion to Dismiss and Corporate Disclosure Statement | 0.1 | 28.50 |
| 10/05/12 | ERD | L120 | Review and finalize Motion to Dismiss for filing | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review and finalize Memo in Support of Motion to Dismiss for filing | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Revise exhibits to Brief for filing | 0.2 | 24.00 |
| 10/05/12 | ERD | L120 | Review and finalize Corporate Disclosure for filing | 0.2 | 24.00 |
| 10/05/12 | ERD | L210 | Finalize Answer for filing | 0.2 | 24.00 |
| 10/05/12 | ABP | L210 | Prepare to file Answer | 0.1 | 29.00 |
| 10/05/12 | ABP | L210 | Review correspondence exchanged with client Sheila Gregory regarding Motion to Dismiss and responsive pleadings | 0.2 | 58.00 |
| 10/18/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| 10/25/12 | ABP | L120 | Develop strategies regarding timing of recordation of foreclosure deed | 0.2 | 58.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/21/12
Invoice Number 1463427
File No. 040540.000338
Claim/Client File No. 732109
Page 3

Ally Financial

(GA) advs. Moore, Sharon H.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/26/12 | MJW | L110 | Strategize regarding recording foreclosure deed | 0.3 | 82.50 |
| 10/26/12 | MJW | L110 | Review and respond to email correspondence from foreclosure counsel regarding recording deed | 0.2 | 55.00 |
| 10/30/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |
| | | | Totals | 4.9 | 1,245.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ERD | Derby | Paralegal | 1.0 | 120.00 | 120.00 |
| JEM | Manning | Partner | 0.3 | 365.00 | 109.50 |
| ABP | Pittman | Associate | 0.8 | 290.00 | 232.00 |
| AJR | Reyes | Associate | 1.4 | 285.00 | 399.00 |
| MJW | Windham | Associate | 1.4 | 275.00 | 385.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/21/12
Invoice Number 1463427
File No. 040540.000338
Claim/Client File No. 732109
Page 4

Ally Financial

(GA) advs. Moore, Sharon H.

## FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12

| Date | Description | Amount |
|------|-------------|--------|
| 09/28/12 | Filing Fees – VENDOR: American Express INVOICE#: 9282012A DATE: 9/28/2012 Date:09/27/2012 Merchant:USDC-GA-N Description:Ck# 579993 | 350.00 |
| 10/28/12 | Filing Fees – VENDOR: American Express INVOICE#: 102812A DATE: 10/28/2012 Date:09/28/2012 Merchant:USDC-GA-N MemberRefNo:None Description:Ck# 581530 | 350.00 |
| 10/09/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271057 DATE: 9/28/2012 Date: 09/28/2012; Job Code: REYES; To: DEKALB CO SUPERIOR COURT | 35.90 |
| 10/09/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271057 DATE: 9/28/2012 Date: 09/28/2012; Job Code: REYES; To: DEKALB SUP- -COPY JOB | 17.95 |

Total:    753.85

Total Fees & Costs:    $1,999.35

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

| | |
|---|---|
| Ally Financial | Invoice Date 11/21/12 |
| Attn: Sheila Gregory, Residential Capital/Legal Staff - Paralegal | Submitted by J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial 757-687-7765 |
| Suite 350 | Invoice No. 1463427 |
| Minneapolis, MN 55437 | File No. 040540.000338 |
| | Claim/Client File No. 732109 |

RE:    (GA) advs. Moore, Sharon H.

**Total Amount of This Invoice**                     $1,999.35

REMITTANCE

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/21/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| 8400 Normandale Lake Boulevard | Direct Dial | 757-687-7765 |
| Suite 350 | Invoice No. | 1463709 |
| Minneapolis, MN 55437 | File No. | 040540.000339 |
| | Claim/Client File No. | 732742 |

**RE:    (GA) advs. Pelayo, Miguel Sanchez**
**Loan#  0474090032 & 8474090057**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $3,910.00 |
| Costs and Expenses Through 10/31/12 | $443.64 |
| **Total Amount of This Invoice** | **$4,353.64** |

IN ACCOUNT WITH

### TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/21/12
Invoice Number 1463709
File No. 040540.000339
Claim/Client File No. 732742
Page 2

Ally Financial

(GA) advs. Pelayo, Miguel Sanchez

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 10/01/12 | ABP | L110 | Exchange correspondence with client Katie Dutill regarding proposed removal of case to federal court and planned Motion to Dismiss | 0.1 | 29.00 |
| 10/10/12 | ABP | L120 | Develop removal strategies | 0.1 | 29.00 |
| 10/10/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding fact package | 0.1 | 29.00 |
| 10/10/12 | MJW | L110 | Draft Notice of Removal | 1.8 | 495.00 |
| 10/10/12 | MJW | L110 | Draft Removal Notice | 0.5 | 137.50 |
| 10/10/12 | MJW | L110 | Draft Certificate of Interested Persons and Corporate Disclosure | 0.5 | 137.50 |
| 10/10/12 | MJW | L110 | Draft Removal Cover Sheet | 0.5 | 137.50 |
| 10/10/12 | MJW | L110 | Draft Answer | 1.3 | 357.50 |
| 10/10/12 | AJR | L110 | Email to client regarding obtaining fact package | 0.1 | 28.50 |
| 10/11/12 | ABP | L120 | Develop removal strategies | 0.1 | 29.00 |
| 10/11/12 | MJW | L110 | Draft Motion to Dismiss and supporting brief | 3.6 | 990.00 |
| 10/15/12 | ABP | L210 | Revise Notice of Removal | 0.3 | 87.00 |
| 10/16/12 | AJR | L210 | Revise Notice of Removal | 0.1 | 28.50 |
| 10/16/12 | AJR | L210 | Email to client regarding draft of Notice of Removal | 0.1 | 28.50 |
| 10/16/12 | AJR | L210 | Email to client regarding draft Notice of Removal | 0.1 | 28.50 |
| 10/16/12 | MJW | L110 | Review Notice of Removal | 0.5 | 137.50 |
| 10/16/12 | ABP | L210 | Revise Notice of Removal | 0.3 | 87.00 |
| 10/16/12 | ABP | L210 | Review correspondence exchanged with client Katie Dutill regarding Notice of Removal | 0.1 | 29.00 |
| 10/18/12 | AJR | L240 | Review Answer and Motion to Dismiss | 0.3 | 85.50 |
| 10/19/12 | AJR | L210 | Revise Answer and Motion to Dismiss | 1.2 | 342.00 |
| 10/19/12 | AJR | L210 | Email to client regarding drafts of Answer and Motion to Dismiss | 0.1 | 28.50 |
| 10/19/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/19/12 | AJR | L190 | File Notice of Removal and Removal Notice | 0.1 | 28.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/21/12
Invoice Number 1463709
File No. 040540.000339
Claim/Client File No. 732742
Page 3

Ally Financial

(GA) advs. Pelayo, Miguel Sanchez

### FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/19/12 | AJR | L210 | Prepare Notice of Removal and Removal Notice for filing | 0.2 | 57.00 |
| 10/19/12 | ABP | L120 | Review correspondence exchanged with client Katie Dutill regarding filed removal pleadings | 0.1 | 29.00 |
| 10/19/12 | ABP | L120 | Develop litigation and discovery strategies | 0.3 | 87.00 |
| 10/23/12 | AJR | L190 | Review and analyze notice from court of proceeding before magistrate judge | 0.1 | 28.50 |
| 10/25/12 | AJR | L240 | Email to client regarding drafts of Answer and Motion to Dismiss | 0.1 | 28.50 |
| 10/25/12 | AJR | L210 | Revise Answer and Motion to Dismiss to incorporate client's edits | 0.1 | 28.50 |
| 10/26/12 | AJR | L240 | Revise Corporate Disclosure Statement and Motion to Dismiss | 0.3 | 85.50 |
| 10/26/12 | AJR | L240 | File Corporate Disclosure Statement, Answer, and Motion to Dismiss | 0.2 | 57.00 |
| 10/29/12 | AJR | L240 | Email to client regarding stamped filed copies of Answer and Motion to Dismiss | 0.1 | 28.50 |
| 10/29/12 | ABP | L110 | Update case assessment and status for client | 0.3 | 87.00 |
| 10/30/12 | MJW | L110 | Review case strategy | 0.2 | 55.00 |

Totals   14.0   3,910.00

### TIMEKEEPER TIME SUMMARY THROUGH 10/31/12

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 1.8 | 290.00 | 522.00 |
| AJR | Reyes | Associate | 3.3 | 285.00 | 940.50 |
| MJW | Windham | Associate | 8.9 | 275.00 | 2,447.50 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/21/12
Invoice Number 1463709
File No. 040540.000339
Claim/Client File No. 732742
Page 4

Ally Financial

(GA) advs. Pelayo, Miguel Sanchez

### FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/12

| Date | Description | Amount |
|------|-------------|--------|
| 10/28/12 | Filing Fees – VENDOR: American Express INVOICE#: 102812A DATE: 10/28/2012 Date:10/19/2012 Merchant:USDC-GA-N MemberRefNo:None Description:Ck# 581530 | 350.00 |
| 10/26/12 | Outside Courier Services – VENDOR: Georgia Messenger Service, Inc. INVOICE#: 271435 DATE: 10/19/2012 Date: 10/19/2012; Job Code: REYES; To: COBB SUPERIOR COURT | 93.64 |
| | Total: | 443.64 |
| | Total Fees & Costs: | $4,353.64 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Billing Inquiries:
404-885-2508

Ally Financial
Attn: Katie Dutill
8400 Normandale Lake Boulevard
Suite 350
Minneapolis, MN 55437

| | |
|---|---|
| Invoice Date | 11/21/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1463709 |
| File No. | 040540.000339 |
| Claim/Client File No. | 732742 |

**RE:**   (GA) advs. Pelayo, Miguel Sanchez
Loan#  0474090032 & 8474090057

**Total Amount of This Invoice**          $4,353.64

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**

# TROUTMAN SANDERS LLP

**Payment Remittance Address**

Troutman Sanders LLP

P.O. Box 933652

Atlanta, Georgia 31193-3652

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID No. 58-0946915

BILLING INQUIRIES:

404-885-2508

**Office Address**

222 Central Park Avenue

Suite 2000

Virginia Beach, VA 23462

| | | |
|---|---|---|
| Ally Financial | Invoice Date | 11/29/12 |
| Attn: Katie Dutill | Submitted by | J C Lynch |
| Residential Capital, Legal Staff | Direct Dial | 757-687-7765 |
| 1100 Virginia Drive | Invoice No. | 1464688 |
| 190-FTW-L95 | File No. | 040540.000335 |
| Fort Washington, PA 19034 | Claim/Client File No. | 732107 |

**RE:    (GA) advs. Dunn, James O., Jr.**

| | |
|---|---|
| Fees for Professional Services Rendered Through 10/31/12 | $286.50 |
| **Total Amount of This Invoice** | **$286.50** |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/29/12
Invoice Number 1464688
File No. 040540.000335
Claim/Client File No. 732107
Page 2

Ally Financial

(GA) advs. Dunn, James O., Jr.

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12**

| Date | Init | Task | Description of Work Performed | Hours | Amount |
|------|------|------|-------------------------------|-------|--------|
| 10/02/12 | AJR | L190 | Email with client regarding today's transfer of loan servicing | 0.1 | 28.50 |
| 10/11/12 | AJR | L310 | Review and analyze written discovery requests received from plaintiff | 0.1 | 28.50 |
| 10/11/12 | AJR | L310 | Email to client to regarding status of loan servicing transfer | 0.1 | 28.50 |
| 10/11/12 | AJR | L190 | Update case tasks | 0.1 | 28.50 |
| 10/19/12 | ABP | L120 | Update case status and assessment for client | 0.2 | 58.00 |
| 10/19/12 | ABP | L120 | Monitor transfer of servicing | 0.1 | 29.00 |
| 10/23/12 | AJR | L190 | Email to client to regarding status of loan servicing transfer | 0.1 | 28.50 |
| 10/23/12 | AJR | L190 | Check docket regarding case status at client's request | 0.2 | 57.00 |
| | | | Totals | 1.0 | 286.50 |

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/12**

| Initials | Name | Status | Hours | Rate | Amount |
|----------|------|--------|-------|------|--------|
| ABP | Pittman | Associate | 0.3 | 290.00 | 87.00 |
| AJR | Reyes | Associate | 0.7 | 285.00 | 199.50 |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Office Location:
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Billing Inquiries:
404-885-2508

**Electronic Payments**
Wells Fargo Bank, N.A., Atlanta, Georgia
ACH/ABA #061000227
WIRE/ABA #121000248
To Credit Troutman Sanders LLP
Operating Account #2052700305792
Reference Attorney: J C Lynch
Reference Client: 040540
From International Locations please add Swift
Address/Code: WFBI US 6S

Ally Financial
Attn: Katie Dutill
Residential Capital, Legal Staff
1100 Virginia Drive
190-FTW-L95
Fort Washington, PA 19034

| | |
|---|---|
| Invoice Date | 11/29/12 |
| Submitted by | J C Lynch |
| Direct Dial | 757-687-7765 |
| Invoice No. | 1464688 |
| File No. | 040540.000335 |
| Claim/Client File No. | 732107 |

**RE:**    **(GA) advs. Dunn, James O., Jr.**

**Total Amount of This Invoice**                    $286.50

**TO ENSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH PAYMENT.  THANK YOU!**