PAUL J. PASCUZZI – CA Bar No. 148810
(*Pro Hac Vice*)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI, LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
Email:  ppascuzzi@ffwplaw.com

Attorney for California Housing Finance Agency

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC., et al.,<br><br>                         Debtors. | Case No.  12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**NOTICE IS HEREBY GIVEN** that effective December 1, 2012, the new address of the law firm of Felderstein Fitzgerald Willoughby & Pascuzzi LLP will be:

> Felderstein Fitzgerald Willoughby & Pascuzzi LLP
> 400 Capitol Mall, **Suite 1750**
> Sacramento, CA 95814-4434

The firm's telephone number remains unchanged: (916) 329-7400.  The firm's facsimile number remains unchanged: (916) 329-7435.

Dated:  December 31, 2012

                              FELDERSTEIN FITZGERALD
                              WILLOUGHBY & PASCUZZI LLP


                         By: */s/ Paul J. Pascuzzi*_____
                              PAUL J. PASCUZZI (*pro hac vice*),
                              Attorneys for California Housing Finance Agency

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of December 2012, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was sent to those receiving documents via the CM/ECF system and sent by first class mail, postage prepaid, to:

*Debtor*
Residential Capital, LLC
1177 Avenue of the Americas
New York, NY  10036

*Debtor's Counsel*
Anthony Princi, Gary S. Lee Joel C. Haims
Larren M. Nashelsky Lorenzo Marinuzzi
Norman Scott Rosenbaum, Todd M. Goren
**Morrison & Foerster**
1290 Avenue of the Americas
New York, NY  10104

*Debtor's Counsel*
Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178

*Counsel for*
*Wilmington Trust, National Association*
Debra Weinstein Minoff, Walter H. Curchack
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

*Counsel for*
*Wilmington Trust, National Association, as*
*Indenture Trustee for the Senior Unsecured*
*Notes Issued by Residential Capital, LLC*
Sean A. O'Neal, Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

*Counsel for*
*HSBC Bank USA, National Association*
John Kibler
Allen & Overy
1221 Avenue of the Americas
New York, NY  10178

*U.S. Trustee*
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

*Claims and Noticing Agent*
*Kurtzman Carson Consultants LLC*
Attn: James Le
2335 Alaska Avenue
El Segundo, CA  90245

*Counsel for*
*Official Committee of Unsecured Creditors*
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Counsel for*
*Official Committee of Unsecured Creditors*
Steven S. Sparling
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

*Counsel for Nationstar Mortgage LLC*
Larry J. Nyhan, Jessica C.K.Boelter,
Brett Myrick
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

*Counsel for Syncora Guarantee Inc.*
Gary T. Holtzer
Weil Gothal & Manges LLP
767 Fifth Avenue
New York, NY  10153-00019

　　　　　　　　　　*/s/ Lori N. McCleerey*
　　　　　　　　　　Lori N. McCleerey

-2-