**ALSTON & BIRD LLP**
Martin G. Bunin
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Jointly Administered |
| Debtors. | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            )    ss.:
COUNTY OF NEW YORK  )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On December 14, 2012, I caused a true and correct copy of the Limited Joinder of Wells Fargo Bank, N.A., as Custodian for Residential Mortgage Backed Securities Trusts, to Objection of the RMBS Trustees to Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 365(a), and 554(a), Fed. R. Bankr. P. 6006 and 9014, and Local Bankruptcy Rule 6006-1 Approving Procedures Regarding the Future Rejection of

- 2 -

Executory Contracts and Unexpired Leases (Docket No. 2326), to be served upon the

parties listed on the attached Service List in Exhibit A and in the manner indicated.

                    /s/ Leslie Salcedo
                    Leslie Salcedo

Sworn to before me this
21st day of December, 2012.

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

**Exhibit A**

**Via First Class Mail**

Morrison & Foerster LLP,
1290 Avenue of theAmericas,
New York, NY 10104
Attn: Gary S. Lee, Lorenzo Marinuzzi
    Samantha Martin

Office of the United States Trustee
for the Southern District of New York,
33 Whitehall Street, 21st Floor,
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto

Office of the United States Attorney General,
U.S. Department of Justice,
950 Pennsylvania Avenue NW,
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General,
The Capitol,
Albany, NY 12224-0341
Attn: Nancy Lord, Esq. and Neal Mann, Esq.

Office of the U.S. Attorney
for the Southern District of New York,
One St. Andrews Plaza,
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.

Kirkland & Ellis LLP,
153 East 53rd Street,
New York, NY 10022
Attn: Richard M. Cieri

Skadden, Arps, Slate, Meagher & Flom LLP,
Four Times Square,
New York, NY 10036
(Attn: Ken Ziman & Jonathan H. Hofer)

Kramer Levin Naftalis & Frankel LLP,
1177 Avenue of the Americas,
New York, NY 10036
Attn: Kenneth Eckstein & Greg Horowitz

Clifford Chance US LLP,
31 West 52nd Street,
New York, NY 10019
Attn: Jennifer C. DeMarco and Adam Lesman

Internal Revenue Service,
P.O. Box 7346,
Philadelphia, PA 19101-7346

Securities and Exchange Commission,
New York Regional Office,
3 World Financial Center, Suite 400,
New York, NY 10281-1022
(Attn: George S. Canellos, Regional Director)