

Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

# CERTIFICATE OF MERGER

I, John Walsh, Acting Comptroller of the Currency, do hereby certify that the document hereto attached is a true and complete copy of the certificate recorded in this Office, evidencing the merger of "NewAlliance Bank," New Haven, Connecticut with and into "First Niagara Bank, National Association," ("FNBNA"), Buffalo, New York effective as of April 15, 2011. The resulting bank title is "First Niagara Bank, National Association," Buffalo, New York, (Charter No. 24968).

IN TESTIMONY WHERE OF, I have

hereunto subscribed my name and caused

my seal of office to be affixed to these

presents at the Treasury Department, in the

City of Washington and District of

Columbia, today, May 17, 2011.

*John Walsh*

Acting Comptroller of the Currency