*Issued by:*

## *LEGAL TITLE SERVICES, LLC*

### TITLE SEARCH REPORT

LEGAL TITLE NO.     12-114365

DATE OF SEARCH:   March 14, 2012                                                    AT   8:00 a.m.

TITLE VESTED IN:   Joseph DeSisto and Filomena DeSisto

PROPERTY ADDRESS:   234 Milton Avenue

TOWN:   West Haven, CT

SUBJECT TO Exceptions as set forth herein.

LEGAL TITLE SERVICES, LLC


SEARCHER SIGNATURE   *[signature]*                                                    DATE   03/16/12

                BY:   JOSEPH C. SANFILIPPO, Counsel
                    100 Tunxis Hill Road
(203) 333-1511
                      Fairfield, Connecticut   06825
    Facsimile   (203) 366-6900


THE LIABILITY OF THIS COMPANY SHALL NOT EXCEED THE AMOUNT PAID FOR THIS TITLE SEARCH REPORT.

*Issued by:*

## LEGAL TITLE SERVICES, LLC

### EXCEPTIONS

Note: Restrictions indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin are hereby deleted to the extent such as covenants, conditions or restrictions violate 42 USC 3604 ( c ).

1. Rights of tenants and parties in possession, if any.

2. Any state of facts which an accurate survey or personal inspection of the premises would disclose.

3. Limitations of use imposed by governmental authority, including Planning and Zoning rules and regulations.

4. Any lien, or right to lien, for services, labor or materials previously or hereafter furnished, imposed by law and not shown by the public records.

5. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public record or attaching subsequent to the effective date hereof.

NOTE: ALL INFORMATION REGARDING TAXES AND SPECIAL ASSESSMENTS IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY, SINCE DIRECT ACCESS TO THE TAX COLLECTOR'S RECORDS IS UNAVAILABLE AND RELIANCE MUST BE MADE UPON INFORMATION PROVIDED BY OTHERS. IT IS RECOMMENDED THAT THE AMOUNT AND STATUS OF PAYMENT OF ALL TAXES AND SPECIAL ASSESSMENTS BE RECONFIRMED WITH THE TAX COLLECTOR'S OFFICE AND/OR RECEIPTED COPIES OF TAX BILLS BE PROVIDED.

6. Real Estate Taxes on the Grand List of October 1, 2010 due and payable July 1, 2011 and January 1, 2012 in the total amount of $6,663.54. Account is paid in full. Assessment: $167,090.00   Map: 10   Block: --   Lot: 41   List No: 13038.

7. Real Estate Taxes on the Grand List for October 1, 2011 are not yet due and payable.

8. Water use charges as may be due and payable to South Central Connecticut Regional Water Authority.

9. Sewer use charge to the City of West Haven in the amount of $286.00. Account is paid in full.

10. Mortgage from Joseph DeSisto and Filomena DeSisto to NewAlliance Bank in the original principal amount of $199,900.00, dated and recorded June 30, 2005 in Volume 1413 at Page 1046 of the West Haven Land Records.

11. Mortgage from Joseph DeSisto and Filomena DeSisto to Mortgage Electronic Registration Systems, Inc., as Nominee for GMAC Mortgage Corporation d/b/a ditech.com in the original principal amount of $60,000.00, dated March 25, 2006 and recorded May 1, 2006 in Volume 1467 at Page 101 of the West Haven Land Records.

*Issued by:*

## LEGAL TITLE SERVICES, LLC

### EXCEPTIONS

12. Restrictions as set forth in a deed dated November 20, 1945 and recorded November 20, 1945 in Volume 292 at Page 198 of the West Haven Land Records.

13. Any defect, lien, encumbrance or adverse matter, whether recorded or unrecorded, existing prior to

END OF EXCEPTIONS