UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**Ditech, LLC,**                                      AFFIDAVIT OF SERVICE
                                                                       BY MAIL
              Debtor
                                                               Case No. 12-12020-mg
                                                               Chapter 11

STATE OF NEW YORK       )
COUNTY OF ALBANY        )ss:

    Chelsea A. Bias, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Waterford, New York.

    That on January 2, 2013 deponent served a true and exact copy of a Notice of Motion, Motion for Relief with supporting exhibits and Memorandum of Law upon:

Ditech, LLC
Debtor
1100 Virginia Drive
Fort Washington, PA 19034

Larren M Nashelsky, Esq.
Attorney for Debtor
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

these being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                            /s/ Chelsea A. Bias
                                               Chelsea A. Bias

Sworn to before me this
2nd day of January 2013

/s/ Jennifer L. Spretty
NOTARY PUBLIC

Jennifer L Spretty
Notary Public, State of New York
County of Saratoga No. 01SP6033433
Commission Expires 11/15/13