UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Carlson Lynch, Ltd. ("**Carlson Lynch**"), as attorneys for the parties listed herein, submits this verified statement (the "**Verified Statement**") and in support thereof states:

*Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation*

1.  R. Frederick Walters of Walters Bender Strohbehn & Vaughan, P.C. ("**Walters Bender**") and R. Bruce Carlson and the law firm of Carlson Lynch, Ltd. ("**Carlson Lynch**"), through the court appointment of Messrs. Walters and Carlson as co-lead Interim Class Counsel, represent the putative class ("**Putative Class**") including the class representatives ("**MDL Class Reps**") in the matter *In re: Community Bank of Northern Virginia Second Mortgage Lending Practices Litigation*, MDL No. 1674, United States District Court for the Western District of Pennsylvania (the "**MDL Class Action**"). In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of names and addresses of the MDL Class Reps.

2.  On November 2, 2012, through certain of the MDL Class Reps -- Rowena Drennen, Flora Gaskin, Roger Turner, Christie Turner, John Picard, and Rebecca Picard (the "**Class Claimants**") —Walters Bender, along with Carlson Lynch, filed a Motion to Apply Bankruptcy Rule 7023 (Docket # 2044, the "**Motion**"), a Memorandum in Support (Docket

2328388.1

#2045, the "**Memorandum**"), and a Declaration in Support (Docket #2047, the "**Declaration**"), by which the Class Claimants seek to assert, on a class action basis, claims against certain of the Debtors that were pending in the MDL Class Action at the time of the bankruptcy filing. The allegations in the <u>Joint Consolidated Amended Class Action Complaint</u> (the "**Complaint**") in the MDL Class Action, attached to the Declaration, form the basis of the claims and disclosable economic interests of the members of the Putative Class. Those claims rest on violations of the Real Estate Settlement Practices Act, the Truth in Lending Act, the Home Ownership Equity Protection Act and the Racketeer Influenced and Corrupt Organizations Act.

3. In the MDL Class Action, the MDL Class Reps seek to represent themselves and the Putative Class, which class consists of borrowers (class members) in over 44,000 residential second mortgages loan transactions who were charged illegal and excessive settlement and other fees, and who were not provided accurate and/or timely disclosures concerning the loan costs, in connection with such second mortgage loans. The Class Claimants seek to represent the Putative Class in the prosecution of class action claims in the above-captioned bankruptcy cases as set forth in the Motion, Memorandum, Declaration, and exhibits thereto.

4. Nothing contained in this Verified Statement shall be construed as a limitation upon, or waiver of, any rights of any of the MDL Class Reps, the Class Claimants, or the Putative Class to assert, file and/or amend claims in accordance with applicable law and any orders entered in these cases establishing procedures for filing of proofs of claim.

5. Upon information and belief formed after due inquiry, Carlson Lynch does not own any claims against or interests in the Debtors.

6. Carlson Lynch expressly reserves the right to supplement or amend this Verified Statement in any respect at any time in the future.

2328388.1

7. Submission of this Verified Statement does not constitute the consent of the MDL Class Reps, the Class Claimants, the Putative Class, or any member of any of such classes, to the jurisdiction of the Court for any purpose other than with respect to this Statement.

8. The undersigned hereby verifies that this Verified Statement is true and correct to the best of his knowledge.

Dated: January 3, 2013

                                       CARLSON LYNCH, LTD.

                                       */s/ R. Bruce Carlson*
                                       R. Bruce Carlson
                                       115 Federal Street, Suite 210
                                       Pittsburgh, Pennsylvania 15212
                                       Telephone: (412) 322-9243
                                       Facsimile: (412) 231-0246
                                       bcarlson@carlsonlynch.com

2328388.1

**EXHIBIT A**

a. Ruth J. Davis resides at 302 Trotwood Drive, Coraopolis, Allegheny County, Pennsylvania.

b. Philip F. Kossler and Jeannie C. Kossler, husband and wife, reside at 127 Huron Drive, Carnegie, Allegheny County, Pennsylvania.

c. Brian W. and Carla M. Kessler, husband and wife, reside at 6466 State Route 908, Apt. 908, Tarentum, Allegheny County, Pennsylvania.

d. Patrice Porco resides at 805 Center Avenue, Avalon, Pennsylvania.

e. Thomas T. Mathis resides at 1435 LaSalle Avenue, Pittsburgh, Pennsylvania.

f. Stephen R. Haney and Amy L. Haney, husband and wife, reside at 868 Flemington Street, Pittsburgh, Pennsylvania.

g. John and Rebecca Picard, husband and wife, reside at 5214 Becky Drive, Pittsburgh, Pennsylvania.

h. William and Ellen Sabo, husband and wife, reside at 3812 Cambria Street, Homestead, Pennsylvania.

i. Russell and Kathleen Ulrich, husband and wife, reside at 515 Fieldcrest Drive, Pittsburgh, Pennsylvania.

j. Nora H. Miller resides at 304 Brookston Drive, Cranberry TWP, Pennsylvania.

k. Robert A, and Rebecca A, Clark, husband and wife, reside at 3020 Hebron Drive, Pittsburgh, Pennsylvania.

l. Edward R. Kruszka Jr., resides at 1320 Coronado Drive, McKeesport, Pennsylvania.

m. Martin J. Baratz resides at resides at 1727 Graces Terr., Edmond, Oklahoma.

n. Clell L. Hobson resides at 5100 Old Birmingham Hwy, Apt. 1001, Tuscaloosa, Alabama.

o. Rosa Kelly Parkinson resides at 3736 Patti Parkway, Decatur, Georgia.

p. John and Kathy Nixon, husband and wife, reside at 6701 Hibiscus Lane, Northport, Alabama.

q. Brian Cartee resides at 125 Palmetto Bay Road, Savannah, Georgia.

r. Mack and Robin Dorman, husband and wife, reside at 318 Foxwood Circle, St. Mary's Georgia.

2328388.1

s.   Jerome and Charretta Roberts, husband and wife, reside at 20400 Via Canaria, Yorba Linda, California.

t.   Melba Brown resides at 2553 Riverside Drive, Mobile, Alabama.

u.   Flora A. Gaskin resides at 3408 22nd Street, Northport, Alabama.

v.   Roy Lee and Ruthie Mae Logan, husband and wife, reside at 5565 Jug Factory Road, Tuscaloosa, Alabama.

w.   Shawn Starkey resides at 9409 W. 120th Ter, Apt 34, Overland Park, Kansas; Lorene Starkey resides at 13315 W. 59th Terr., Shawnee, Kansas.

x.   John Drennen resides at 2703 Bellefontaine Ave, Kansas City, Missouri; Rowena Drennen resides at 3725 N. Indiana, Kansas City, Missouri.

y.   Richard Montgomery resides at 4904 Whitney Drive, Independence, Missouri.

z.   Tammy and David Wasem, husband and wife, reside at 710 Ballantrae Drive, Wentzville, Missouri.

5

2328388.1