UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re: RESIDENTIAL CAPITAL, LLC

                              Debtor

-----------------------------------------------------------x
JULIO SOLANO

                              Plaintiff

                          v.

GMAC MORTGAGE, LLC

                            Defendant
-----------------------------------------------------------x

Case No.: 12-12020 MG

Chapter 11

Adversary Proceeding No.: _____

JAN − 2 2013

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __RICHARD SAX__, request admission, *pro hac vice*, before the Honorable __MARTIN GLENN__, to represent __JULIO SOLANO__, a __CREDITOR__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __CALIFORNIA__ and, if applicable, the bar of the U.S. District Court for the __NORTHERN__ District of __CALIFORNIA__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/27/2012
SANTA ROSA, CA

*Mailing Address:*
448 SEBASTOPOL AVE.
SANTA ROSA, CA 95401

*E-mail address:* richard@rsaxlaw.com
*Telephone number:* (707) 525-1824

JAN - 2 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC                    Case No.: 12-12020 MG
                                                   Chapter 11

                              Debtor

----------------------------------------------------------x

JULIO SOLANO                                       Adversary Proceeding No.: _____

                              Plaintiff
                    v.
GMAC MORTGAGE, LLC

                              Defendant

----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of RICHARD SAX, to be admitted, *pro hac vice*, to represent JULIO SOLANO, (the "Client") a CREDITOR in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of CALIFORNIA and, if applicable, the bar of the U.S. District Court for the Northern District of CALIFORNIA, it is hereby

**ORDERED**, that RICHARD SAX, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York            /s/ _____
                                UNITED STATES BANKRUPTCY JUDGE