**Zuckerman Spaeder LLP**
Laura E. Neish
1185 Avenue of the Americas, 31st Floor
New York, NY  10036-2603
(212) 704-9600

**Zuckerman Spaeder LLP**
Nelson C. Cohen (*pro hac vice*)
Graeme Bush (*pro hac vice*)
1800 M Street, NW
Washington, DC  20036
(202) 778-1800

*Attorneys for National Credit Union Administration Board*
*as Liquidating Agent for Western Corp. Federal Credit Union*
*and U.S. Central Federal Credit Union*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Case No. 12-12020** (MG) |
| | ) | |
| **RESIDENTIAL CAPITAL, LLC,** *et. al.*, | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

**JOINDER OF NATIONAL CREDIT UNION ADMINISTRATION BOARD TO THE MOTION OF AIG ASSET MANAGEMENT (U.S.), LLC, THE ALLSTATE ENTITIES, MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, AND THE PRUDENTIAL ENTITIES FOR AN ORDER UNDER BANKRUPTCY RULE 3013 (i) CLASSIFYING RMBS FRAUD CLAIMS IN THE SAME CLASS AS THE SECURITIZATION TRUSTS' CLAIMS FOR PURPOSES OF ANY CHAPTER 11 PLAN FOR THE DEBTORS AND (ii) DIRECTING THAT MISREPRESENTATION CLAIMS CANNOT BE PLACED IN A PLAN CLASS THAT WILL BE SUBORDINATED UNDER BANKRUPTCY CODE SECTION 510(b)**

National Credit Union Administration Board (**"NCUAB"**), solely in its capacity as

Liquidating Agent for Western Corp. Federal Credit Union and U.S. Central Federal Credit Union

(in such capacity, the **"Liquidating Agent"**), hereby files its Joinder (the **"Joinder"**) to the

*Motion of AIG Asset Management (U.S.), LLC, the Allstate Entities, Massachusetts Mutual Life*

3944316.1

*Insurance Company, and the Prudential Entities for an Order Under Bankruptcy Rule 3013 (i)*

*Classifying RMBS Fraud Claims in the Same Class as the Securitization Trusts' Claims for*

*Purposes of any Chapter 11 Plan for the Debtors and (ii) Directing that Misrepresentation*

*Claims Cannot be Placed in a Plan Class That Will Be Subordinated Under Bankruptcy Code*

*Section 510(b)* (Docket No. 2284); (the "**Investors' Motion**").  NCUAB respectfully states as

follows:

## JOINDER

1.      The Liquidating Agent is the holder of approximately $300 million in fraud and

other claims arising under state and federal securities laws and common law.

2.      The Liquidating Agent hereby joins in and supports the Investors' Motion.  The

Liquidating Agent reserves the right to amend, supplement, alter, or modify this Joinder.

3.      For the reasons set forth herein, and in the Investors' Motion, the Liquidating

Agent supports the entry of an order as requested in the Investors' Motion.


Dated:  January 4, 2013
        New York, NY


                        ZUCKERMAN SPAEDER LLP

                        /s/ Laura Neish
                        Laura Neish

                        1185 Avenue of the Americas, 31st Floor
                        New York, NY  10036-2603
                        (212) 704-9600

                        Nelson C. Cohen (admitted *pro hac vice*)
                        Graeme Bush (admitted *pro hac vice*)


2

3944316.1

1800 M Street, NW
Washington, DC  20036
(202) 778-1800

*Counsel for the National Credit Union
Administration Board as Liquidating Agent for
Western Corp. Federal Credit Union and U.S.
Central Federal Credit Union*

3

3944316.1