**United States Bankruptcy Court
Southern District of New York**

---------------------------------------------------------)
                                                         )
In re:                                                   )    Case No. 12-12020 (MG)
                                                         )
RESIDENTIAL CAPITAL, LLC, et al.,                        )    Chapter 11
                                                         )
                                        Debtors.         )    Jointly Administered
---------------------------------------------------------)

### AFFIDAVIT OF DISINTERESTEDNESS

STATE OF KANSAS          )
                         ) SS:
COUNTY OF JOHNSON        )

**Steven L. Crouch**, being duly sworn, upon his oath, deposes and says:

1. I am a shareholder of South & Associates, P.C., located at 6363 College Blvd., Suite 100, Overland Park, KS 66211. (the "Firm")

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed the services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtor's Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in these Chapter 11 Cases,

5. Neither I nor any shareholder of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any shareholder of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $127,212.36, for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C §101, et seq.

8. As of the Petition Date, the Firm was party to a Master Services Agreement (Legal Services) with certain of the Debtors, which included an indemnification clause. This Master Services Agreement is proprietary between the Firm and the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/9, 2012

_____
Steven L. Crouch, Shareholder

Sworn to and subscribed before me
This 9 day of August, 2012

_____
Notary Public

BILL CARROLL III
Notary Public
State of Kansas
My Commission Expires 11/1/2013

In *re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF.
PLEASE REMIT IT TO THE FOLLOWING ADDRESS:
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York New York 10104
    Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    South & Associates, P.C.
    6363 College Blvd. Ste. 100
    Overland Park, KS 66211

2. Date of original retention: 2003

3. Brief description of legal services to be provided: South & Associates, P.C. provides legal work relating to judicial and non-judicial foreclosures; bankruptcy; eviction; and litigation relating to foreclosure.

4. Arrangements for compensation (hourly, contingent, etc.) South & Associates handles matters on flat fee basis and on an hourly basis.

    (a) Average hourly rate (if applicable):$180.00/hr pursuant to the Work Standards agreement dated 7/6/2011.

    (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition): South & Associates average monthly compensation pre-petition was $14,591.00

5. Prepetition claims against any of the Debtors held by the firm:

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

Ny-1050235            1

Amount of claim: $14,591.00

Date claim arose: 12/2003 through 5/2012

Source of claim: unpaid legal fees and previously advanced costs

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: None
Status: N/A
Amount of Claim: $0.00
Date claim arose: N/A
Source of Claim: N/A

7. Stock of any of the Debtors currently held by the firm:

Kind of Shares: N/A
No. of shares: None

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: N/A
Status: N/A
Kind of shares: N/A
No. of shares: None

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with the respect to the matters on which the above-named firm is to be employed.

Not applicable

10. Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012: None

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012: N/A

Name: [signature] Steven L. Crouch
Title: vice president
South & Associates, P.C.

Ny-1050235                                    2