**SEWARD & KISSEL LLP**
Dale C. Christensen Jr., Esq.
Thomas Ross Hooper, Esq.
Benay L. Josselson, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Law Debenture Trust Company of New York,
as Separate Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Residential Capital, LLC, *et al*.<br><br>                    Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

## SUPPLEMENTAL NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that on November 28, 2012, Law Debenture Trust Company of New York ("Law Debenture"), filed a Notice of Appearance and Request for Service of Papers, Docket No. 2294 (the "Original Notice"). Law Debenture, by and through its undersigned counsel, hereby submits this supplemental appearance in the above-captioned Chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that Law Debenture, as a party-in-interest, requests pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in the Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such Cases, be given to and served upon the parties designated in the Original Notice and to the following additional person at the address, telephone number and e-mail address set forth below:

> Thomas Ross Hooper
> Seward & Kissel LLP
> One Battery Park Plaza
> New York, New York 10004
> Tel.: (212) 574-1200
> Fax: (212) 480-8421
> E-mail: Hooper@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the above-captioned debtors (the "Debtors") or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Law Debenture's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Law Debenture is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Law Debenture expressly reserves.

Dated: New York, New York
       January 4, 2013

                              SEWARD & KISSEL LLP

                              By:   /s/ Thomas Ross Hooper
                              Thomas Ross Hooper
                              One Battery Park Plaza
                              New York, New York 10004
                              Tel.: (212) 574-1200
                              Fax: (212) 480-8421
                              Email:  hooper@sewkis.com
                              *Attorneys for Law Debenture Trust Company of*
                              *New York, as Separate Trustee*

SK 16271 0123 1347304