**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
Residential Capital, LLC, et al.,                            : Case No. 12-12020 (MG)
                                                             :
                      Debtors.            : Jointly Administered
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

Robert A. Schwinger, being duly sworn, deposes and says:

1. I am an attorney-at-law admitted to practice before the bar of this Court and am a member of the law firm of Chadbourne & Parke LLP, counsel to Arthur J. Gonzalez, the court-appointed Examiner (the "Examiner") for Residential Capital, LLC and its affiliated debtors in the above-captioned cases. I am not a party to this action and am over the age of eighteen.

2. On the dates specified below, I caused to be served in the manner set forth below, true and correct copies of the Examiner's *Subpoenas for Rule 2004 Examination* directed to the respective parties identified below, as follows:

    (i)    Jonathan Ilany, John E. Mack, Edward F. Smith III and Pamela E. West
           Subpoena for Rule 2004 Examination dated November 15, 2012

           I caused this subpoena to be delivered to these parties' counsel, David Piedra and Robert Dakis, Esqs., of Morrison Cohen LLP, by e-mail sent to them by

CPAM: 5193022.1

12-12020-mg    Doc 2560    Filed 01/04/13    Entered 01/04/13 15:48:51    Main Document
Pg 2 of 12

my colleague Carey G. Child, Esq., on November 15, 2012 at 11:37 a.m., following Mr. Dakis's prior confirmation to Mr. Child (referenced in the e-mail) that they would accept such service.

(ii) Oliver Wyman, Inc. ("Oliver Wyman")
Subpoena for Rule 2004 Examination dated November 15, 2012

I caused this subpoena to be delivered to Oliver Wyman by hand on November 15, 2012, and Oliver Wyman thereafter confirmed to me that they accepted service of this subpoena, by an e-mail to me from Jordan Rosenfeld, Esq., Senior Litigation Counsel of Marsh & McLennan Companies, sent on December 3, 2012 at 6:12 p.m.

(iii) Karin Hirtler-Garvey
Subpoena for Rule 2004 Examination dated November 29, 2012

I caused this subpoena to be delivered to Ms. Garvey's counsel, David Piedra and Robert Dakis, Esqs., of Morrison Cohen LLP, by e-mail sent to them by my colleague Carey G. Child, Esq., on November 29, 2012 at 10:59 a.m., following these counsels' prior confirmation to Mr. Child that they would accept such service.

(iv) Blackstone Group Holdings L.L.C., Blackstone Group Holdings L.P., Blackstone Group Limited Partner L.L.C., and Blackstone Group Management L.L.C. (collectively, "Blackstone")
Subpoenas for Rule 2004 Examination dated December 6, 2012

I caused these subpoenas to be delivered to Blackstone by hand on December 6, 2012, and Blackstone thereafter confirmed to me that they accepted service of these subpoenas, by an e-mail to me from Katie Castaldy, Esq., Vice President-Legal & Compliance of the Blackstone Group L.P., sent on December 7, 2012 at 5:32 p.m.

(v) Pentalpha Capital Group LLC, Pentalpha Capital, LLC, Pentalpha Group, LLC (collectively, "Pentalpha")
Subpoenas for Rule 2004 Examination dated December 6, 2012

These subpoenas were formally served on Pentalpha on December 20, 2012, as set forth in the affidavits of service from the process server, copies of which are annexed hereto as Exhibit A.

CPAM: 5193022.1

    (vi)    R.R. Donnelley and Sons Company ("Donnelley")
Subpoena for Rule 2004 Examination dated December 20, 2012

This subpoena was formally served on Donnelley on December 20, 2012, as set forth in the affidavit of service from the process server, a copy of which is annexed hereto as Exhibit B.

    (vii)    Clayton Holdings, LLC ("Clayton")
Subpoena for Rule 2004 Examination dated December 20, 2012

This subpoena was formally served on Clayton on December 20, 2012, as set forth in the affidavit of service from the process server, a copy of which is annexed hereto as Exhibit C.

3.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

_____
Robert A. Schwinger

Sworn to before me this
4th day of January, 2013

_____
Notary Public

NANCY FASANO
Notary Public, State of New York
No. 01 - FA4522159
Qualified in Orange County
Certificate Filed in New York County
Commission Expires May 31, 20 14

3

CPAM: 5193022.1

# EXHIBIT A

| | | |
|---|---|---|
| State of Connecticut | SS: Greenwich | 12/10/2012 |
| County of Fairfield | | |

Then and there, by virture hereof, I made service of the within and foregoing original Subpoena for Rule 2004 Examination upon the within named defendants.

With and in the Hand of             Don Simon, Chief Operating Officer, accepted for Pentalpha Capital Group LLC Attn: General Counsel

One Greenwich Office Park, North Building

Greenwich, CT  06831

By leaving a true and attested copy of the original Subpoena for Rule 2004 Examination with my doings thereon endorsed.

One such copy of each of the within named defendants the within and foregoing is the original Subpoena for Rule 2004 Examination with my doings thereon endorsed.

| Fees: | | Attested |
|---|---|---|
| **Service** | $30.00 | |
| **Copies** | $44.00 | |
| **Endorsed** | $0.80 | |
| **Witness** | $55.00 | |
| **Travel** | $39.00 | |
| **Total Fees** | $168.80 | E. Scott Powley<br>Indifferent Person |

State of Connecticut

County of Fairfield

SS: Greenwich

12/10/2012

Then and there, by virture hereof, I made service of the within and foregoing original Subpoena for Rule 2004 Examination upon the within named defendants.

With and in the Hand of

Don Simon, Chief Operating Officer, accepted for Pentalpha Group, LLC
Attn: General Counsel

One Greenwich Office Park, North Building

Greenwich, CT  06831

By leaving a true and attested copy of the original Subpoena for Rule 2004 Examination with my doings thereon endorsed.

One such copy of each of the within named defendants the within and foregoing is the original Subpoena for Rule 2004 Examination with my doings thereon endorsed.

**Fees:**

| | |
|---|---|
| **Service** | $30.00 |
| **Copies** | $44.00 |
| **Endorsed** | $0.80 |
| **Witness** | $55.00 |
| **Travel** | N/C |
| **Total Fees** | $129.80 |

Attested

E. Scott Powley
Indifferent Person

Case: 23752 , Return 2

State of Connecticut  
County of Fairfield

SS: Greenwich    12/10/2012

Then and there, by virture hereof, I made service of the within and foregoing original Subpoena for Rule 2004 Examination upon the within named defendants.

With and in the Hand of    Don Simon, Chief Operating Officer, accepted for Pentalpha Capital, LLC  
Attn: General Counsel  
One Greenwich Office Park, North Building  
Greenwich, CT  06831

By leaving a true and attested copy of the original Subpoena for Rule 2004 Examination with my doings thereon endorsed.

One such copy of each of the within named defendants the within and foregoing is the original Subpoena for Rule 2004 Examination with my doings thereon endorsed.

| Fees: | |
|---|---|
| **Service** | $30.00 |
| **Copies** | $44.00 |
| **Endorsed** | $0.80 |
| **Witness** | $55.00 |
| **Travel** | N/C |
| **Total Fees** | $129.80 |

Attested

E. Scott Powley  
Indifferent Person

Case: 23752, Return 3

# EXHIBIT B



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re: Residential Capital, LLC et al.,

                  Debtors

-------------------------------------------------------------------X

Chapter 11

Case No. 12-12020 (MG)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                S.S.:
COUNTY OF NEW YORK)

        **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 20th day of December, 2012, at approximately 12:45pm, deponent served a true copy of the **SUBPOENA FOR RULE 2004 EXAMINATION, LETTER** and **SCHEDULE OF DOCUMENTS REQUESTED BY EXAMINER** upon **RR DONNELLEY AND SONS COMPANY, C/O CT CORPORATION SYSTEM** at 111 Eighth Avenue, New York, NY by personally delivering and leaving the same with **ELENA BOU**, who informed deponent that she is the Process Specialist at that company and is authorized by appointment to receive service at that address.

        **Elena Bou** is a white female, approximately 50 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds, with blonde hair and blue eyes wearing glasses.

*Frederick Pringle*

**FREDERICK PRINGLE, 1350201**

Sworn to before me this
28th day of December 2012

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public, State Of New York
No. 01GO5062405
Qualified In New York County
Commission Expires July 1, 2014

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

# EXHIBIT C



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:
    RESIDENTIAL CAPITAL, LLC et al.,

Case No. 12-12020 (MG)

AFFIDAVIT OF SERVICE

------------------------------------------------------------X

STATE OF CONNECTICUT )
                  S.S.:
COUNTY OF HARTFORD )

        ERIC RUBIN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 20th day of DECEMBER 2012, at approximately the time of 3:15 PM, deponent served a true copy of the LETTER and SUBPOENA FOR RULE 2004 EXAMINATION including SCHEDULE OF DOCUMENTS REQUESTED BY EXAMINER, ORDER (I) GRANTING EXAMINER AUTHORITY TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES, (II) ESTABLISHING PROCEDURES FOR RESPONDING TO THOSE SUBPOENAS (III) APPROVING ESTABLISHMENT OF A DOCUMENT DEPOSITORY AND PROCEDURES TO GOVERN USE, AND (IV) APPROVING PROTECTIVE ORDER and UNIFORM PROTECTIVE ORDER FOR EXAMINER DISCOVERY upon CLAYTON HOLDINGS, LLC at 100 BEARD SAWMILL RD., SUITE 200, SHELTON, CT, by personally delivering and leaving the same with ROBERT HARRIS who informed deponent that he holds the position of GENERAL COUNSEL with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



Robert Harris is a white male approximately 55 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 165 pounds with gray hair and wearing glasses.

_____
ERIC RUBIN

Sworn to before me this
27 day of DECEMBER 2012

_____
NOTARY PUBLIC  e\31\2014

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com