UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

----

## NOTICE OF REJECTION OF EXECUTORY
## CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on January 3, 2013, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order (the "Procedures Order") authorizing the Debtors to implement expedited procedures for the rejection of one or more executory contracts and unexpired leases in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). A copy of the Procedures Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide notice of the intent to reject the contracts and leases identified below.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to this Notice must be filed with the Court and served so that it is actually received by the following parties not less than fourteen (14) days after the date this Notice is filed: (i) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Lorenzo Marinuzzi, Samantha Martin, and Melissa Crespo); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto, Esq.); (iii) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal); and (iv) counsel to Ally Financial, Inc., Kirkland & Ellis, 601 Lexington Avenue, New York, New York 10022 (Attn: Ray C. Schrock, Stephen E. Hessler, and Craig A. Bruens) (the "Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that, if no written objection is filed and served in accordance with the terms of the Procedures Order, the following contracts and leases will be rejected pursuant to 11 U.S.C. § 365(a), effective as of the date set forth in the chart below, or, if no such date is set forth, the date this Notice is filed with the Court; provided, however, that the effective date of the rejection of a contract or lease shall not occur until the later of: (i) the date the Debtors file and serve this Notice; (ii) the date the Debtors surrender the premises under a lease for non-residential real property, if applicable, by notifying the affected landlord in writing of the Debtors' surrender of the premises and turning over the keys, key

ny-1072037

codes and security codes, if any, to the affected landlord, and (iii) the Collection Deadline,[1] if applicable, expires (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and received, and not withdrawn or otherwise resolved, the Debtors shall schedule a hearing on such objection and provide at least seven (7) calendar days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court ultimately upholds the Debtors' determination to reject the applicable contract or lease, then the contract or lease shall be deemed rejected (i) as of the Rejection Date, or (ii) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any contract or lease, you must submit a proof of claim for damages arising from such rejection, if any, to Kurtzman Carson Consultants,[2] the Court-approved claims processing agent, on or before the later of (i) the deadline for filing proofs of claim established by the Court in the Chapter 11 Cases or (ii) forty-five (45) days after the filing of this Notice. A proof of claim form will be available at www.kccllc.net. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced lease or contract.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtor has deposited funds with a contract or lease counterparty as a security deposit or other arrangement, the counterparty may not set off or otherwise use such deposit without the prior authority of the Court or agreement between the counterparty and the Debtors.

| | |
|---|---|
| New York, New York<br>Dated: January 4, 2013 | /s/ Gary S. Lee<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Samantha Martin<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |

---

[1] If the Debtors indicate herein their intention to abandon personal property that is (i) subject to a true lease, and (ii) located at a premises that is the subject of this Notice, the automatic stay shall be deemed modified to permit the respective personal property lessor to retrieve such abandoned property within seven (7) days of the date following the filing of this Notice (the "Collection Deadline").

[2] Claims should be sent to the following address:

ResCap Claims Processing Center, c/o KCC
2335 Alaska Ave.
El Segundo, CA 90245

ny-1072037

|   | **Debtor** | **Contract/Lease Counterparty (Name/Address)** | **Description of Contract/Lease** | **Effective Date of Rejection** |
|---|---|---|---|---|
| 1 | Homecomings Financial, LLC | **Clover Stornetta Farms, Inc.** <br> 1650 Corporate Circle, Petaluma, CA 94954 | Sublease, dated as of January 10, 2012, for 17,846 rentable square feet of space on the first floor of the building located at 1650 Corporate Circle, Petaluma, CA 94954 | January 4, 2013 |
| 2 | Homecomings Financial, LLC | **Clover Stornetta Farms, Inc.** <br> 1650 Corporate Circle <br> Petaluma, CA 94954 <br> and <br> **PVP Holdings JV, LLC\*** <br> c/o Veritas Property Management <br> 1600 Corporate Circle <br> Petaluma, CA 94954 | Consent of Landlord and Agreement, dated as of January 25, 2012 | January 4, 2013 |
| 3 | Homecomings Financial, LLC | **Amy's Kitchen, Inc.** <br> 1650 Corporate Circle <br> Suite 200 <br> Petaluma, CA 94954 | Sublease, dated as of January 22, 2009, for 28,571 rentable square feet of space on the second floor of the building located at 1650 Corporate Circle, Petaluma, CA 94954, as amended | January 4, 2013 |
| 4 | Homecomings Financial, LLC | **Amy's Kitchen, Inc.** <br> 1650 Corporate Circle <br> Suite 200 <br> Petaluma, CA 94954 <br> and <br> **PVP Holdings JV, LLC\*** <br> c/o Veritas Property Management <br> 1600 Corporate Circle <br> Petaluma, CA 94954 | Consent of Landlord and Agreement, dated as of February 1, 2009, as amended | January 4, 2013 |

\* The original landlord under the agreement, RNM Lakeville L.P., 135 Main Street, Suite 1140, San Francisco, CA 94105, was replaced on or about February 17, 2012.

ny-1072037