UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
RSHN013

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC aka RESIDENTIAL CAPITAL CORPORATION<br><br>Debtor(s). | Chapter: 11<br><br>Case No.: 12-12020-MG<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2011-1T

This party is a party in interest in this case and is a secured creditor of the Debtor(s):

RESIDENTIAL CAPITAL, LLC aka RESIDENTIAL CAPITAL CORPORATION

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: January 7, 2013

                                          FEIN, SUCH & CRANE, LLP
                                          Attorneys for Movant

                                  By: /s/ JOSHUA SHERER, ESQ.
                                          JOSHUA SHERER, ESQ.
                                          (JS-4947)
                                          747 CHESTNUT RIDGE RD, STE 200
                                          CHESTNUT RIDGE, NY 10977
                                          845-371-4700
                                          and
                                          7 CENTURY DRIVE, SUITE 201
                                          PARSIPPANY, NEW JERSEY 07054
                                          973-538-4700