```
                    IN THE UNITED STATED BANKRUPTCY COURT FOR
                         SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| In Ref: | ) Adversary Case No.: _____ |
| GMAC MORTGAGE CORPORATION, | ) |
|     Debtor, | ) |
| _____ | ) Case No.: 12-12032-MG |
| PRINCESS DIXON, | ) |
| 1299 KNOTTS STREET | ) |
| ATLANTA, GEORGIA 30344 | ) |
|     Plaintiff | ) |
|     vs. | ) |
| GMAC MORTGAGE CORPORATION, aka GMAC | ) |
| MORTGAGE LLC | ) |
| 1100 VIRGINIA DRIVE | ) |
| FORT WASHINGTON, PA 19034 | ) |
| AND | ) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM | ) |
| (MERS) | ) |
| AND | ) |
| MCCALLA, RAYMER LLC | ) |
| 1544 OLD ALABAMA ROAD | ) |
| ROSWELL GEORGIA 30076 | ) |
| AND | ) |
| HOME AMERICA MORTGAGE | ) |
|     Defendant | ) |
| _____ | )) |



RECEIVED DEC 18 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

**COMPLAINT TO DETERMINE THE VALIDITY OF GMAC MORTGAGE CORPORATION'S CLAIM TO BE THE TRUE MOREGAGEE WITH STANDING TO FORECLOSE ON PLAINTIFF'S PROPERTY, REQUEST FOR DISCLOSURES, RULE 2004 EXAMINATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER**

COMPLAINT TO DETERMINE THE VALIDITY OF GMAC MORTGAGE CORPORATION'S CLAIM TO BE THE TRUE MOREGAGEE WITH STANDING TO FORECLOSE ON PLAINTIFF'S PROPERTY, REQUEST FOR DISCLOSURES, RULE 2004 EXAMINATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

- 1 -

1  Comes now, Princess Dixon, pro se Plaintiff, and files this Adversary Complaint,
2  against GMCA Mortgage LLC, (hereinafter "GMAC") seeking a Declaratory Judgment on (a)
3  the validity of the Lien against Plaintiff's property, and (b) the Validity of
4  "GMAC's" Claimed Secured Creditor with the lawful Authority to execute a non-judicial
5  foreclosure swale of Plaintiff's Property, and a Temporary Restraining Order and
6  Temporary Injunction to Stay all Foreclosure action against Plaintiff, relating to the
7  Original Note bearing serial/loan number of , and will show this Court as follows:

### JUDICIAL NOTICE

9  All officers and Judges of the Bankruptcy Court, of Northern District of Georgia
10 and Southern District of New York are hereby placed on notice under authority of the
11 supremacy and equal protection clauses of the United States Constitution and the
12 common law authorities of Haines v. Kerner, relying on Willy v. Coastal Corp, In
13 reference to Haines; pro se litigants (Plaintiff is a pro se litigant) are held to
14 less stringent pleading standards than Bar registered attorneys.  All litigants have a
15 constitutional right to have their claims adjudicated according to the rule of
16 precedent.

### REQUEST FOR PRE-TRIAL DISCOVERY

18  1. Plaintiff moves this Honorable Court to grant Pre-Trial Discovery pursuant to
19     FRCP Rule 26(a)(3) because the nature of this cause is necessary to provide
20     material evidence, and expert witnesses, necessary for the Court to enter a
21     ruling and should be conducted under Discovery.

### PARTIES

23  2. Plaintiff who is a resident of Fulton County Georgia, is the current owner of
24     referenced property located at 1299 Knotts Street Atlanta Georgia 30344.
25  3. GMAC Mortgage Corporation is one of the largest residential mortgage servicing
26     companies in the US.  They can be served with process via their agent MCCALLA,
27     RAYMER LLC 1544 OLD ALABAMA ROAD ROSWELL GEORGIA 3007.
28  4. This is a core proceeding, and this Court has jurisdiction of this action
29     under the provisions of 28 U.S.C. Section 1334, and Title 11.
30  5. This action is properly commenced as an adversary proceeding pursuant to
31     Fed.R.Bankr. Proc. 7001.
32 COMPLAINT TO DETERMINE THE VALIDITY OF GMAC MORTGAGE CORPORATION'S CLAIM TO BE THE
       TRUE MOREGAGEE WITH STANDING TO FORECLOSE ON PLAINTIFF'S PROPERTY, REQUEST FOR
   DISCLOSURES, RULE 2004 EXAMINATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

6. This adversary proceeding relates to and arises in the Chapter 13 case of the Debtor bearing case number 12-bk-12032, which is currently pending in the United States Bankruptcy Court for the Southern District of New York.

7. Plaintiff brings this action to determine the status of the Defendant as a secured or unsecured creditor on her real estate property located at 1299 Knotts Street Atlanta Georgia 30344, which is her principal residence.

**COUNT I:**

**AVOID ASSIGMENT AND MORTGAGE OF GMAC MORTGAGE**

8. The Plaintiff-Creditor owns a fee simple interest in the real estate located at 1299 Knotts Street Atlanta Georgia 30344, a more fully described as: Parcel Number 14013400030502, Tax District 20. See Exhibit B, a true and correct copy attached.

9. The state fair market value according to the tax notice of said property is $40,000.00. A marketing analysis prepared by a local Real Estate Company shows the present value to be $17,100.

10. Plaintiff Assignments are fraudulent and null and void.

11. Based on provisions of 11 USC 506(a) and the decision rendered by the Sixth Circuit Court of Appeals in Inre Lane. 280 F.3d 663 (6th Cir. 2002), because the fair market value of the residence ($17,100.00) is less than the balance owed on the alleged mortgage to GMAC Mortgage ($83,000) the mortgage of GMAC Mortgage is an unsecured claim.

WHEREFORE, Plaintiff/Creditor prays that this Honorable Court enter its Order declaring and determine the mortgage lien held by GMAC Mortgage encumbering Plaintiff's/Creditor's principal residence to be an unsecured claim and cancelled of record upon completion of the Plan pursuant to 11 USC 506 and further declaring that the claim shall be paid only as unsecured through a new loan modification and for such other and further relief as it just and proper.

Dated this 12/10/2012

_____
PRINCESS DIXON, PRO SE

COMPLAINT TO DETERMINE THE VALIDITY OF GMAC MORTGAGE CORPORATION'S CLAIM TO BE THE TRUE MOREGAGEE WITH STANDING TO FORECLOSE ON PLAINTIFF'S PROPERTY, REQUEST FOR DISCLOSURES, RULE 2004 EXAMINATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

- 3 -