# EXHIBIT "A"

# United States Bankruptcy Court Northern District of Georgia

**Proof of Claim**

| In re (Name of Debtor): Princess Dixon | Case Number: 05-90295-CM Chapter 13 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR GMAC MORTGAGE CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address Where Notices Should be Sent:
GMAC Mortgage Corporation
Bankruptcy Department
500 Enterprise Drive
Suite 150
Horsham, PA 19044
(215) 682 1284

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: XXXXXX6040

Check here if this claim ☐ replaces a previously filed claim, dated: ☐ amends

**1. BASIS FOR CLAIM**
- ☐ Goods Sold
- ☐ Services performed
- ☒ Money loaned (Real Estate Mortgage)
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Last four digits of SS#_____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. DATE DEBT WAS INCURRED**
May 23, 2001

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. Total Amount of Claim at Time Case Filed:** $_____ (Unsecured)  $83,297.17* (Secured)  _____ (Priority)  $83,297.17* Total

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including right to setoff).
Brief Description of Collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe Briefly)
Value of Collateral: _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ 4,827.44

**6. UNSECURED NONPRIORITY CLAIM** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.
* this is an estimated figure and is not to be relied upon as a payoff statement

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
- ☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(6)
- ☐ Taxes or penalties of government units—11 U.S.C. § 507(a)(8)
- ☐ Other—Specify applicable paragraph of -11 U.S.C. § 507(a)_____

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**9. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgage, security, agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: February 21, 2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ Teresa R. Stephens
Teresa R. Stephens/John D. Schlotter/Alice A. Blanco/ Heidi S. McAra/Karrollanne K. Cayce Agent for Mortgage Electronic Registration Systems, Inc. as nominee for GMAC Mortgage Corporation, its successors and/or assigns.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571  GMACPA-04-03993-2 L

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
 )  CASE NO. 05-90295-CM
Princess Dixon )  CHAPTER 13
 )  JUDGE C. Ray Mullins
 )

## EXHIBIT A

### ITEMIZATION OF CLAIM

Total Arrearage as of 1/12/2005
- Regular Monthly Installments of $ 756.04
  September 2004 through January 2005      $ 3,780.20
- Late Charges      195.34
- Pre-Petition Attorney Fees and Costs      621.90
- Inspection Fees      30.00

Post Petition Amounts

- Pre Confirmation Fees as of 2/21/2005      200.00

         TOTAL ARREARAGES    $ 4,827.44

The current monthly payment amount is $ 756.04.
The Interest Rate is: 7.5%

Please forward all payments to GMAC Mortgage Corporation, Bankruptcy Department, 500 Enterprise Drive, Suite 150, Horsham, PA 19044

Please forward all correspondence and court pleadings to McCalla, Raymer, Padrick, Cobb, Nichols & Clark, National Bankruptcy Department, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, 770-643-7200. File No. GMACPA-04-03993-2, Property Address: 1299 Knotts Street, Atlanta, GA 30344.

Itemization of Post-Petition services performed as of the date of claim:
File setup; Obtain case information; Attorney review of loan information, dockets, and schedules; Preparation and filing of Notice of Appearance; Preparation and filing of Proof of Claim; Review and analysis of Bankruptcy plan., Notification of claim filing to debtors counsel, trustee and claimant.

If additional fees and costs are incurred after this proof of claim is filed, your account will be assessed those fees and costs if legally permissible in the opinion of the lender. If such fees and costs are not paid as part of this case, they may be collected in the future pursuant to the terms of your security instrument, the Bankruptcy Code, and other applicable law.

Deed Book 30516 Pg 666
Filed and Recorded Jun-11-2001 08:35am
2001-0144731
Georgia Intangible Tax Paid $253.50
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia

AFTER RECORDATION RETURN TO:
Wofford & Associates
70 Perimeter Center East #2660
Atlanta, GA 30346
Attn: Post Closing

After Recordation Return to:

01W05022-DIXON

[Space Above This Line For Recording Data]

State of Georgia

## SECURITY DEED

FHA Case No.
101-9864995

AP# 136166
LN# 131666

MIN 1000295-0000136166-0

THIS SECURITY DEED ("Security Instrument") is given on May 23, 2001
The Grantor is PRINCESS DIXON

1299 KNOTTS STREET, ATLANTA, GA 30344 , and whose address is

("Borrower"). This Security Instrument is given to Mortgage Electronic Registration Systems, Inc., ("MERS"), (solely as nominee for Lender, as hereinafter defined, and Lender's successors and assigns), as beneficiary. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
Home America Mortgage

("Lender") is organized and existing under the laws of Florida , and has an address of 101 NE 2nd Street, Ocala, FL 34470-6642

FHA Georgia Security Deed with MERS - 4/96
-4N(GA) (9802).01 Amended 2/98
Page 1 of 8 MW 09/99.02
VMP MORTGAGE FORMS - (800)521-7291

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
)
Princess Dixon ) CASE NO. 05-90295-CM
) CHAPTER 13
) JUDGE C. Ray Mullins
)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Proof of Claim, has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the _____ day of February, 2005

Debtor's Attorney:

Charles E. Taylor, Esq.
Suite D
4286 Memorial Drive
Decatur, GA 30032

/s/ Teresa R. Stephens
Teresa R. Stephens, Georgia Bar No. 679464
John D. Schlotter, Georgia Bar No. 629456
Alice A. Blanco, Georgia Bar No. 062160
Heidi S. McAra, Georgia Bar No. 480704
Karrollanne K. Cayce, Georgia Bar No. 428978

File No. GMACPA-04-03993-2

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.