# EXHIBIT "B"



## Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | DIXON PRINCESS | **Today's Date** | December 14, 2012 |
| **Mailing Address** | 1299 KNOTTS ST | **Parcel Number** | 14 013400030502 |
| | EAST POINT, GA 30344 | **Tax District** | 20 |
| **Location Address** | 1301 KNOTTS AVE | | |
| **Zoning** | R1 | **Acres** | 0 |
| **Property Class** | R3-Residential Lots | **Parcel Map** | Show Parcel Map |
| **Neighborhood** | 1444 | **Homestead** | N |

## Assessment Information

| Year | LUC | CLASS | Land Value | Building Value | Total Value | Assessed Value |
|---|---|---|---|---|---|---|
| 2012 | 101 | R3 | $ 1,300 | $ 15,800 | $ 17,100 | $ 6,840 |

## Land Information

| Land Type | Land Code | Description | Square Feet | Acreage | Price |
|---|---|---|---|---|---|
| S | 6 | | 6,970 | 0.16 | $ 1,330 |

**Improvement Information**

| Card | Stories | Exterior Wall | Style | Year Built | Res Sq Ft | Basement | Total Bsmt Sqft | Finished Bsmt Sqft |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 4-BLOCK | 01-CONVENTIONAL | 1920 | 1,761 | 2-CRAWL | | |

| Garage Sqft | Garage Type | Total Rooms | Bedrooms | Full Bath/Half Bath | Attic | Additional Fixtures | Heating System | Heat |
|---|---|---|---|---|---|---|---|---|
| - | | 10 | 4 | 2/0 | 1-NONE | 4 | 6-NONE | 2-NON CENTRAL |

| Total Fixtures | Masonry Fireplaces | Heating Fuel Type | Pre Fab Fireplace | Split Level/Foyer | Miscellaneous Feature | Miscellaneous Feature 2 |
|---|---|---|---|---|---|---|
| 10 | | 1-GAS | | | - | - |

**Building Sketch**





| Color | Area Type Description | Square Feet |
|---|---|---|
| A | MAIN AREA | 1761 |
| B | OFP OPEN FRAME PORCH | 36 |

## Accessory Information

| Description | Year Built | Area | Grade | Value |
|---|---|---|---|---|

No accessory information associated with this parcel.

## Sale Information

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Sale Qualification | Validity | Grantee | Grantor |
|---|---|---|---|---|---|---|---|---|

No Sales Information available for this parcel