**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ )
In re:                                                      )          Case No. 12-12020 (MG)
                                                            )
RESIDENTIAL CAPITAL, LLC, et al.,       )          Chapter 11
                                                            )
                                      Debtors.        )          Jointly Administered
------------------------------------------------------------- )

**ORDER DENYING MOTION FOR RELIEF FROM STAY FILED BY**
**M. NAWAZ RAJA AND NEELUM NAWAZ RAJA**

Upon consideration of the *Motion for Relief from Stay,* filed by *pro se* parties M. Nawaz

Raja and Neelum Nawaz Raja (ECF Doc. # 1818) (the "**Motion**");[1] and it appearing that this

Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the

*Debtors' Objection to Motion for Relief from Stay Filed by M. Nawaz Raja and Neelum Nawaz*

*Raja [Docket No. 1818]* (ECF Doc. # 1988); and after due deliberation; it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

1.      For the reasons stated on the record at the hearing held on December 20, 2012 to

consider the Motion, the Motion is **DENIED**.

2.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order.

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Dated:    New York, New York
          January 7, 2013

                                    **/s/Martin Glenn**
                                   MARTIN GLENN
                          United States Bankruptcy Judge