# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Residential Capital, LLC ) | |
| ) | |
| Homecomings Financial LLC ) | |
| ) | |
| GMAC Mortgage LLC ) | Case No. 12-12020 |
| ) | |
| ) | |
| Residential Capital, LLC ) | Chapter 11 |
| c/o KCC ) | |
| 2335 Alaska Avenue ) | |
| EL Segundo, Ca. 90245 ) | |

## NOTICE OF HEARING

A hearing is scheduled for January 29, 2013 at 10:00 AM, regarding Creditors "MOTION TO LIFT THE AUTOMATIC STAY, and "PROOF OF CLAIM".

Before the Honorable MARTIN GLEN, Judge United States Bankruptcy Court.

Proof of claim numbers assigned by Residential Capital, 4820 and 4940.

Respectfully Submitted,

*Michael Wheeler*

Michael Wheeler
1728 Victoria Way NW
Kennesaw, Georgia 30152
PH: 770.428.8268, 770.235.5344
Pro-Se

RECEIVED
JAN - 7 2013

1.

CERTIFICATE OF SERVICE

This is to certify that I have this day served;

Residential Capital
C/o KCC
2335 Alaska Avenue
EL Segundo, Ca. 90245


ALEXANDRIA J. REYES
TROUTMAN SANDERS LLP
5200 BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30308-2216
Attorney for the Defendant's

Superior Court, Cobb County Georgia
Clerk Of The Court
70 Haynes Street
Marietta, Georgia 30090


1. Notice of scheduled hearing in the United States Bankruptcy Court, Southern District of New York.

By depositing a copy of same in the United States Mail, properly addressed.

1.

This 2nd day of January 2013.

Michael Wheeler

*Michael Wheeler*

1728 Victoria Way NW
Kennesaw, Georgia 30152
PH 770.428.8268, 770.235.5344
E-mail: msmhw@mindspring.com