**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER PURSUANT TO 11 U.S.C. §362(d)**
**LIFTING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(A)**

Upon consideration of Michael P. and Stephanie L. Donaghy's (the "**Donaghys**") *Certification of Plaintiff in Support of Motion for Relief from Automatic Stay* (ECF Doc. # 1615) (the "**Motion**"),[1] and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation thereon; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further or other notice need be given; and upon consideration of the *Debtors' Objection to Motion for Relief from the Automatic Stay Filed by Michael P. and Stephanie L. Donaghy* (ECF Doc #1936) (the "**Objection**"); and upon the arguments and statements in support and in opposition of the Motion presented at the hearing before the Court; it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED to the extent provided for in this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection (defined below).

2. To the extent applicable, the automatic stay of Bankruptcy Code section 362 is lifted for the limited purpose of permitting the Donaghys to pursue in the NJ Bankruptcy Court sanctions against GMAC Mortgage for conduct occurring on or after the petition date of May 14, 2012, by or on behalf of GMAC Mortgage in connection with the Donaghys' loan or their pending chapter 13 bankruptcy case.

3. Absent further order of the Court, the automatic stay shall remain in full force and effect except as provided for in this Order.

4. This court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated:   January 8, 2013
         New York, New York

                                         /s/Martin Glenn
                                         MARTIN GLENN
                                         United States Bankruptcy Judge