UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| IN RE: | CASE NO. 12-12020-MG <br> CHAPTER 11 |
| RESIDENTIAL CAPITAL, LLC aka <br> RESIDENTAIL CAPITAL CORPORATION | **NOTICE OF APPEARANCE AND** <br> **REQUEST FOR SERVICE OF PAPERS** |
| Debtor | |

------------------------------------------------------------x

**S I R S :**

**PLEASE TAKE NOTICE**, that STEIN, WIENER & ROTH, L.L.P., on behalf of Sun Trust Mortgage, Inc., hereby enters its appearance as attorneys for Sun Trust Mortgage, Inc., in the above matter, and pursuant to Bankruptcy Rule 2002, request that its name be added to the mailing list maintained by the Clerk in the above matter and that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

   STEIN, WIENER & ROTH, L.L.P.
   One Old Country Road, Suite 113
   Carle Place, New York 11514

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise.

DATED:    January 8, 2013
         Carle Place, New York


                                           STEIN, WIENER & ROTH, L.L.P.

                                           BY: _____
                                           PRANALI DATTA, ESQ.
                                           Attorneys for Sun Trust Mortgage, Inc.
                                           One Old Country Road, Suite 113
                                           Carle Place, New York 11514
                                           (516) 742-1212

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                                                                       CASE NO. 12-12020-MG

RESIDENTIAL CAPITAL, LLC aka
RESIDENTAIL CAPITAL CORPORATION,                 CHAPTER 11

                                   Debtor

------------------------------------------------------------X

===============================================================

**NOTICE OF APPEARANCE and**
**REQUEST FOR SERVICE OF PAPERS**

===============================================================

                                          STEIN, WIENER & ROTH, L.L.P.
                                          Attorneys for Sun Trust Mortgage, Inc.
                                          Office & P.O. Address
                                          One Old Country Road, Suite 113
                                          Carle Place, New York 11514
                                          (516) 742-1212
                                          61269/SUNTRUST