# SIUPO CHAN & ASSOCIATES, P.C.
## Attorney at Law

### 3635 Peachtree Industrial Blvd., Suite 100, Duluth, GA 30096
### Phone: (770)497-1323    Fax: (770)497-1337

December 18, 2012

Gary S. Lee, Attorney for Debtor
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

DEC 2 6 2012

BY CERTIFIED MAIL 7010 1870 0003 3193 3989

RE   Account Inquiry for Determination of Real Creditor
     Debtor: Residential Capital, LLC, et. al.
     Bankruptcy Case No.: 12-12020 (MG)
     Chapter 11 in the Southern District of New York

Dear Sir or Madam:

We are writing you to follow-up on our September 27th letter in regards to the above referenced matter. We are still waiting for your response to confirm if you have any account payable in our firm's name or if the creditor may be a former client. If you find out that our firm is not the real creditor, please take necessary steps to remove us from the Court's mailing list. We will not be held responsible for forwarding any correspondence and/or communication to the real creditor.

Please check your records and inform us at your earliest convenience. I look forward to hearing from you soon.

Thank you for your attention on this matter. If you have any questions, please advise our office.

With regards,

Siupo Chan

CC:    Day Pitney LLP - 242 Trumbull Street, Hartford, CT 06103
       -    By Certified Mail 7010 1870 0003 3193 3897

       Bankruptcy Court Clerk, United States Bankruptcy Court for the Southern District of New York – One Bowling Green, Room 534, New York, NY 10004
       -    By Certified Mail 7010 1870 0003 3193 3910

Sp12_Bankruptcy_ResidentialCapital_Ltr_121812

# SIUPO CHAN & ASSOCIATES, P.C.

## Attorney at Law

**3635 Peachtree Industrial Blvd., Suite 100, Duluth, GA 30096**

**Phone: (770)497-1323     Fax: (770)497-1337**

September 27, 2012

Residential Capital, LLC
c/o KCC
2335 Alaska Ave.
El Segundo, CA 90245

BY CERTIFIED MAIL 7010 1870 0003 3193 3767

Gary S. Lee
Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

BY CERTIFIED MAIL 7010 1870 0003 3193 3774

DEC 2 6 2012

RE    Return of Mailing & Notice of Address Error
      Debtor: Residential Capital, LLC, et. Al.
      Bankruptcy Case No.: 12-12020 (MG)
      Chapter 11 in the Southern District of New York

Dear Sir or Madam:

I have received your recent letter addressed to my company which erroneously lists us as a creditor as I cannot seem to locate any accounts payable. If I am mistaken, please advise me of the details of the account. As an attorney, it is possible that the real creditor is a former client and if so please inform the correct creditor accordingly.

Thank you for your attention on this matter. If you have any questions, please advise our office.

With regards,

Siupo Chan

Enclosures
CC:    Bankruptcy Court Clerk, United States Bankruptcy Court for the Southern District of
       New York – One Bowling Green, Room 534, New York, NY 10004 – By Regular Mail

Sp12_Bankruptcy_ResidentialCapital_NoticeErrorLtr_092712

**SIUPO CHAN & ASSOCIATES, P.C.**
Attorney at Law
3635 Peachtree Industrial Blvd., Suite 100
Duluth, GA 30096



RECEIVED DEC 26 2012

7010 1870 0003 3193 3930

Bankruptcy Court Clerk
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 534
New York, NY 10004