IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:

RESIDENTIAL CAPITAL, LLC, ET AL.                    CASE NO. 12-12020

DEBTORS

## NOTICE OF WITHDRAWAL

Comes the undersigned counsel for Donald T. Prather, Trustee (the "Trustee") and hereby withdraws the Entry of Appearance filed herein on July 2, 2012.

Respectfully submitted,

MATHIS, RIGGS & PRATHER, P.S.C.

By: _____
Donald T. Prather
500 Main Street, Suite 5
Shelbyville, KY 40065
Phone: (502) 633-5220

JAN - 7 2013

### CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Entry of Appearance was mailed electronically this ____ day of January, 2013 to the following:

Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the  Americas
New York, New York 10104
Attorney for the Debtors

_____
Donald T. Prather