**Hearing Date:    January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------ ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ------------------------------------------------------ ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF KENNETH KRAL
AND OTHERS SIMILARLY SITUATED FOR RELIEF FROM STAY AND THE
<u>AFFIRMATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY</u>**

**PLEASE TAKE NOTICE** that the *Notice of Motion of Kenneth Kral and Others*

*Similarly Situated for Relief from Stay* and the *Affirmation in Support of Motion for Relief from*

*Stay*, each dated September 24, 2012 [Docket No. 1536] (together, the "**Motion**"), previously

scheduled to be heard on December 20, 2012 at 10:00 a.m. (Prevailing Eastern Time), has been

adjourned by mutual agreement of the parties to **January 29, 2013 at 10:00 a.m. (Prevailing**

**Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House,

One Bowling Green, Room 501, New York, New York 10004.

ny-1072744

Dated: January 9, 2013
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*