Basic Life Resources, a Washington non-profit corporation
And
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 360-466-8977
      Pamela@WhidbeyViewHomes.com
360-678-2095/360-320-2411

Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239

Objection Date:  January 9, 2013
Hearing Date:    January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                  )
                                        )
RESIDENTIAL CAPITAL, LLC, *et al.*,     )   Case No. 12-12020 (MG)
                                        )   Chapter 11
                                        )   Jointly Administered
      Debtors.                  )
                                        )   JOINT MOTION FOR FINDINGS
                                        )   OF FACT, CONCLUSIONS AT LAW
                                            JUDGMENT AND ORDER

To:    The Clerk of the Court;
To:    Special Service List;
And to: Morrison & Foerster, LLP

With: 2 Courtesy copies to: Courtroom Deputy, Deanna Anderson

<u>NOTICE: The relief requested hereby may be granted without a Hearing if no objection is timely filed and served in accordance with the Case Management Procedures set forth in this Court's Order establishing certain notice, case management and administrative procedures signed by Hon. Martin Glenn, United States Bankruptcy Judge dated May 23, 2012.</u>

COME NOW Basic Life Resources a non-profit corporation by and through its Managing Director, Michael M. Moore and Pamela Z. Hill, both *pro se* and Petition this Court by this Motion to make and enter the Findings of Fact, Conclusions at Law and Judgment, draft proposals attached hereto as further identified by their headings.

This is a Joint Petition as the claims of your named Petitioners and as set forth below relate to the same basis for claim and the properties of the same Island County, Washington, tax identification identifying number(s). Relief may be granted to one Petitioner without relief otherwise sought being granted to the other.

Motion/Petition BLR/Hill 12/20/2012
Page 1

This Petition and Motion is based upon the records and files of the Clerk of this Court and the Declarations of Michael M. Moore and Pamela Z. Hill subjoined hereto as follows:

## DECLARATION OF MICHAEL M. MOORE

I, Michael M. Moore, am the Managing Director of Basic Life Resources, a Washington State non-profit corporation and am authorized to file this Petition and make this Declaration.

Basic Life Resources has timely filed a Creditor's Proof of Claim as directed by this Court by its Order filed May 23, 2012, Court Clerk's File Document 141, and such Claim was duly received on November 5, 2012 and assigned Claim Number 2427.

Further, this Claim together with its Proof of Claim with its supporting documents was received and filed by the Clerk of this Court on November 19, 2012, Court Clerk's File Document 2249. By enclosure to that filing cover letter by the undersigned, Morrison & Foerster, LLP (attention to Gary S. Lee, Lorenzo Marinuzzi) were provided with copies of all documents so filed. No response whatsoever has ever been received from Morrison & Foerster.

Further, Morrison & Foerster were sent a letter by the undersigned on behalf of Basic Life Resources (BLR) referring to Claim 2427, of BLR specifically indicating the amounts of the Claim to be $1.7 million (secured) and $14,986 per day from November 2, 2012. That letter was delivered to their offices by Fedex on December 14, at 9:49 a.m. EST, and signed for by J. Dowee. In that letter, Morrison, *et al.*, were given until December 20, 2012, for their response by email or letter to be received. Once again, no response whatsoever by any means has been received by the undersigned and the designated response time has expired.

Neither Morrison *et al.*, nor any other party to these proceedings has filed or served the undersigned with objection filed or served upon the undersigned or BLR.

The relief sought herein is an "emergency" as BLR has now, through no fault of its own, suffered and will continue to suffer financial losses as described in its Declaration of Claim 2427. Further details and explanation may be found at its website, basicliferesources.org, which will soon be completed and published. Likewise, the sooner the relief sought in this matter, the sooner the Debtors will no longer be obligated to pay $14,986 per day to BLR, a savings to all parties concerned in this Proceeding.

I declare under penalty of perjury that the information provided in this Declaration is true and correct to the best of my knowledge, information and reasonable belief.


Dated: 12/20/2012    _____
                     Michael M. Moore
                     Managing Director, BLR, *pro se*

## PETITION OF BASIC LIFE RESOURCES

Accordingly, under the Bankruptcy Laws of the United States, the Local Rules governing this Court and this Court's Order establishing certain notice, case management and administrative procedures signed by Hon. Martin Glenn, United States Bankruptcy Judge dated May 23, 2012, Basic Life Resources is entitled to a granting of its Motion hereby made to Findings of Fact and Conclusions at Law and further to the entry of a Judgment and Decree in accordance with the Draft appended hereto as Exhibit A.

Respectfully submitted:

Dated: 12/20/2012 _____
Michael M. Moore
Managing Director, BLR, pro se

## DECLARATION OF PAMELA Z. HILL

I am Pamela Z. Hill, a single woman.

I have timely filed a Creditor's Proof of Claim as directed by this Court by its Order filed May 23, 2012, Court Clerk's File Document 141, and such Claim was duly received on November 5, 2012 and assigned Claim Number 2429.

Further, this Claim together with its Proof of Claim with its supporting documents was received and filed by the Clerk of this Court on November 19, 2012, Court Clerk's File Document 2249. By enclosure to that filing cover letter by the undersigned, Morrison & Foerster, LLP (attention to Gary S. Lee, Lorenzo Marinuzzi) were provided with copies of all documents so filed. No response whatsoever has ever been received from Morrison & Foerster.

Further, Morrison & Foerster were sent a letter by the undersigned referring to Claim 2429, specifically indicating the amounts of the Claim to be $389,331. That letter was delivered to their offices by Fedex on December 14, at 9:49 a.m. EST, and signed for by J. Dowee. In that letter, Morrison, et al., were given until December 20, 2012, for their response by email or letter to be received. Once again, no response whatsoever by any means has been received by the undersigned and the designated response time has expired.

Neither Morrison & Foerster LLP, nor any other party to these proceedings has filed or served the undersigned with objection or challenge to my Claim whatsoever.

I declare under penalty of perjury that the information provided in this Declaration is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 12/20/2012 _____

Pamela Z. Hill, *pro se*

PETITION OF PAMELA Z. HILL

Accordingly, under the Bankruptcy Laws of the United States, the Local Rules governing this Court and this Court's Order establishing certain notice, case management and administrative procedures signed by Hon. Martin Glenn, United States Bankruptcy Judge dated May 23, 2012, I am entitled to the granting of my Motion hereby made to Findings of Fact and Conclusions at Law and further to the entry of a Judgment and Decree in accordance with the Draft appended hereto as Exhibit B.

Respectfully submitted:

Dated: 12/20/2012    _____
                    Pamela Z. Hill, *pro se*

EXHIBIT A
TO JOINT PETITION/MOTION
BASIC LIFE RESOURCES/HILL

Basic Life Resources, A Washington non-profit corporation
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 360-466-8977
Mailing Address:
P.O. Box 665
Coupeville, WA 98239

Objection Date: January 9, 2013
Hearing Date: January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.,* ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | DRAFT FINDINGS OF FACT, CONCLUSIONS AT LAW AND JUDGMENT AND ORDER FOR BASIC LIFE RESOURCES |

To: The Clerk of the Court;
To: Special Service List;
And to: Morrison & Foerster, LLP

With: 2 Courtesy copies to: Courtroom Deputy, Deanna Anderson

This Court having considered the records and files herein, the Petition and Declaration of Michael M. Moore on behalf of Claimant, Basic Life Resources, a Washington non-profit corporation, and further this Court by and through the Undersigned hereby enters the following:

FINDINGS OF FACT AND CONCLUSIONS AT LAW

The Claimant, Basic Life Resources has timely and properly filed a claim in accordance with the Rules established for these Proceedings and has likewise timely and properly filed a Petition and made a Motion for consideration of this Court.

No objections or challenge of any nature whatsoever have been timely served and filed within the terms United States Bankruptcy Laws, the Local Rules of this Court and/or as required by Order of this Court dated May 23, 2012.

Draft Findings/Judgment/Order BLR
Page 1

The relief sought by Basic Life Resources in its Claim number 2427 is just, fair and reasonable under the circumstances and Basic Life Resources is entitled to emergency implementation.

It is hereby Ordered as follows:

## JUDGMENT AND ORDER

### JUDGMENT

Basic Life Resources (BLR) thereby is entitled to the following Judgment and Order:

Judgment shall hereby enter against Debtors, Residential Capital, and each and every one of their named subsidiaries herein and/or their attorneys of record, Morrison & Foerster, LLP, each and all, jointly and severally, in the amount of $1.7 million for the period of June 2, 2012, to November 2, 2012, and in the further amount of $14,986 per day from November 2, 2012, until payment is received by Basic Life Resources, payment to be made by either by certified check or wire transfer to a bank account of BLR, to be supplied by BLR by return email at the email request of debtors and/or their said attorneys.

Interest on this Judgment in favor of BLR shall enter at the rate of 12% per annum on any unpaid amount after this date of signature below.

FURTHER, in the event this judgment is not paid and satisfied in full within 10 calendar days of its entry and notice to Debtors and/or their attorneys, said Debtors and their attorneys shall be deemed without further Motion or Order to be in contempt of this Court, and shall be thus required to pay treble the amounts so Ordered herein.

### ORDER

Debtors are hereby Ordered to immediately take such steps and file such documents as will clear the cloud on the title of BLR's portion of Island County Treasurer/Assessor's tax Identification Number S8155-00-00005-0. Failure to so record a suitable and acceptable document within 10 calendar days of the entry of this Order will likewise result in a finding of contempt of this Court and Judgment for damages assessed in favor of BLR at the rate of treble $14,986 ($44,958) per day until so completed to BLR and Island County's satisfaction.

New York, New York
This _____ day of January, 2013.

MARTIN GLENN
United States Bankruptcy Judge

Presented by: Basic Life Resources, *pro se*
by: Michael M. Moore, Managing Director

Draft Findings/Judgment/Order BLR
Page 2

EXHIBIT B
TO JOINT PETITION/MOTION
BASIC LIFE RESOURCES/HILL

Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Pamela@WhidbeyViewHomes.com
Mailing Address:
P.O. Box 665
Coupeville, WA 98239

Objection Date: January 9, 2013
Hearing Date:   January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | |
|---|---|---|
| | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | DRAFT FINDINGS OF FACT, CONCLUSIONS AT LAW, JUDGMENT AND ORDER FOR PAMELA Z. HILL |

To:    The Clerk of the Court;
To:    Special Service List;
And to: Morrison & Foerster, LLP

With: 2 Courtesy copies to: Courtroom Deputy, Deanna Anderson

This Court having considered the records and files herein, the Petition and Declaration of Pamela Z. Hill, further this Court by and through the Undersigned hereby enters the following:

FINDINGS OF FACT AND CONCLUSIONS AT LAW

The Claimant, Pamela Z. Hill, has timely and properly filed a claim in accordance with the Rules established for these Proceedings and has likewise timely and properly filed a Petition and made a Motion for consideration of this Court.

No objections or challenge of any nature whatsoever have been timely served and filed within the terms United States Bankruptcy Laws, the Local Rules of this Court and/or as required by Order of this Court dated May 23, 2012.

The relief sought by Pamela Z. Hill in her Claim number 2429 is just, fair and reasonable under the circumstances and she is entitled to immediate implementation.

It is hereby Ordered as follows:

## JUDGMENT AND ORDER

### JUDGMENT

Pamela Z. Hill thereby is entitled to the following Judgment, Order and Decree:

Judgment shall hereby enter against Debtors, Residential Capital, and each and every one of their named subsidiaries herein and/or their attorneys of record, Morrison & Foerster, LLP, each and all, jointly and severally, in the amount of $389,331 and for return of any and all funds she may have paid after November 2, 2012, until payment is received by Pamela Z. Hill, payment to be made by either by certified check or wire transfer to a bank account of Hill, to be supplied by Hill by return email at the email request of debtors and/or their said attorneys.

Interest on this Judgment in favor of Hill shall enter at the rate of 12% per annum on any unpaid amount after this date of signature below.

FURTHER, in the event this judgment is not paid and satisfied in full within 10 calendar days of its entry and notice to Debtors and/or their attorneys, said Debtors and their attorneys shall be deemed without further Motion or Order to be in contempt of this Court, and shall be thus required to pay treble the amounts so Ordered herein.

### ORDER

Debtors are hereby Ordered to immediately take such steps and file such documents as will clear the cloud on the title of Hill's portion of her property transferred by warranty deed to Basic Life Resources Island County Treasurer/Assessor's tax Identification Number S8155-00-00005-0. Failure to so record a suitable and acceptable document within 10 calendar days of the entry of this Order will likewise result in a finding of contempt of this Court and Judgment for damages assessed in favor of Hill at the rate of $1,000 per day until so completed to Hill and Island County's satisfaction.

New York, New York
This _____ day of January, 2013.

_____
MARTIN GLENN
United States Bankruptcy Judge

Presented by: Pamela Z. Hill, *pro se*

Draft Findings/Judgment/Order Hill
Page 2