*Basic Life Resources/Pamela Z. Hill*
Post Office Box 665
Coupeville, WA 98239
360-466-8977/360-678-2095
Cribstone@aol.com
Pamela@WhidbeyViewHomes.com

December 21, 2012

Clerk of the Court
United States Bankruptcy Court of the Southern District of New York
One Bowling Green, Room 534
New York, New York 10004

Re:  In re: RESIDENTIAL CAPITAL, LLC, *et al.*
Case No. 12-12020, Chapter 11

Dear Clerk of the Court:

Enclosed you will find the original Joint Petition and Motion for Findings of Fact, Conclusions at Law and its attached Drafts Exhibits A and B.

2 copies have been provided to Chambers by separate cover.

Please file this in the Court's file and acknowledge receipt and filing by file-stamping the copy of this letter enclosed also in the space provided below and returning that copy to the undersigned in the self-addressed, stamped envelope provided herein for your use and convenience.

Thank you very much.

Sincerely,

s/
Michael M. Moore, Managing Director
for Basic Life Resources

s/
Pamela Z. Hill

cc: w/ encls.

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York