# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Residential Capital, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**ORDER GRANTING *EX PARTE* MOTION TO ALLOW THE STEERING COMMITTEE GROUP OF RMBS HOLDERS TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF RMBS TRUST SETTLEMENT AGREEMENTS**

Upon the ex parte motion (the "Motion")[1] of the Steering Committee Group of RMBS Holders (the "Steering Committee Group") for entry of an order allowing the reply of the Steering Committee Group in support of the RMBS Settlement Motion to exceed ten pages; the Court having reviewed the Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that notice of the Motion was sufficient under the circumstances; and after due deliberation and sufficient and just cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Steering Committee Group may exceed the page limit contained in the Case Management Order for its reply in support of the RMBS Settlement Motion by fifteen (15) pages, for a total of twenty-five (25) pages.

Dated: _____, 2012             _____
New York, New York                                    THE HONORABLE MARTIN GLENN
                                                                       UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

32921445_1