UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC

Case No.: 12-12020 MG

Chapter 11

Debtor

----------------------------------------------------------x

JULIO SOLANO

Adversary Proceeding No.: _____

Plaintiff

v.

GMAC MORTGAGE, LLC

Defendant

----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **RICHARD SAX**, to be admitted, *pro hac vice*, to represent **JULIO SOLANO**, (the "Client") a **CREDITOR** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **CALIFORNIA** and, if applicable, the bar of the U.S. District Court for the **Northern** District of **CALIFORNIA**, it is hereby

**ORDERED**, that **RICHARD SAX**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 1/10/13
New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE