# KILPATRICK & ASSOCIATES, P.C.
## Attorneys and Counselors at Law

903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

**RICHARDO I. KILPATRICK**
**LEONORA K. BAUGHMAN**
**MICHAEL P. HOGAN**
*Drew P. Millitello*
*Shanna M. Kaminski*
*Melissa A. Zaitonia*
*Joseph F. Fazi*
*Megan E. Satterlee*

615 Griswold St., Suite 1004
Detroit, MI 48226
Phone: (248) 377-0700
Fax: (248) 377-0800

January 4, 2013

U.S. Bankruptcy Court Southern District of New York (Manhattan)
One Bowling Green
New York, NY 10004

**Re: Residential Capital, LLC**
    **Case No. 12-12020-MG**

Dear Sir/Madam Clerk:

Enclosed, please find a copy of the Notice of Appearance and a copy of the Proof of Service in regard to the above referenced matter.

Please file, and return the time-stamped copies in the enclosed, self-addressed stamped envelope.

Thank you for your kind assistance with this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,
KILPATRICK & ASSOCIATES, P.C.

Robert N. Skubic
Legal Assistant

*Enclosures*

JAN − 7 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

IN THE MATTER OF:

RESIDENTIAL CAPITAL, LLC,

    Debtor.

1177 Avenue of the Americas
New York, NY 10036
Tax ID# 20-1770738

Case No. 12-12020-MG
Honorable MARTIN GLENN
Chapter 11

_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of KILPATRICK & ASSOCIATES, P.C., hereby appears as counsel for Creditor Wayne County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Kilpatrick & Associates, P.C., 903 N. Opdyke Road, Suite C, Auburn Hills, Michigan 48326.

Respectfully submitted,

KILPATRICK & ASSOCIATES, P.C.
Attorney for the Wayne County Treasurer

/S/ _____
RICHARDO I. KILPATRICK (P35275)
615 Griswold, Suite 1708
Detroit, MI 48226-3985
(313) 963-2581
ecf@kaalaw.com

Dated: January 4, 2013

JAN - 7 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

IN THE MATTER OF:

RESIDENTIAL CAPITAL, LLC,

    Debtor.

Case No. 12-12020-MG
Honorable MARTIN GLENN
Chapter 11

1177 Avenue of the Americas
New York, NY 10036
Tax ID# 20-1770738

_____/

## PROOF OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**ROBERT SKUBIC** certifies that on the 4th day of January, 2013, he served a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Anthony Princi | aprinci@mofo.com |
| Office of the U.S. Trustee | via ecf e-mail |

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

/S/ _____
ROBERT SKUBIC, an employee of
KILPATRICK & ASSOCIATES, P.C.
615 Griswold, Ste. 1004
Detroit, MI 48226-3985
(313) 963-2581
ecf@kaalaw.com

JAN - 7 2013