12-12020-mg    Doc 2596-2    Filed 01/10/13    Entered 01/10/13 11:24:29    Exhibit
Account statement    Pg 1 of 4
Case: 1:12-cv-09735 Document #: 1-1 Filed: 12/06/12 Page 4 of 34 PageID #:22

## GMAC Mortgage



3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

09/26/12

ANTONETTE ARIBAL



PARK RIDGE    IL 

RE:    Account Number         523
       Property Address

                   PARK RIDGE    IL

Dear    ANTONETTE ARIBAL

In response to your inquiry, a copy of your payment history is enclosed.

If you have any further questions, please contact Customer Care at 800-766-4622 between the hours of 6:00 a.m. and 10:00 p.m. CT Monday through Friday and 9:00 a.m. to 1:00 p.m. CT on Saturday.

Customer Care
Loan Servicing

Enclosure(s)

2:05

If this is a mortgage loan and the property is located in the state of Texas:
COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the Department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

12-12020-mg    Doc 2596-2    Filed 01/10/13    Entered 01/10/13 11:24:29    Exhibit
Account statement    Pg 2 of 4
Case: 1:12-cv-09735 Document #: 1-1 Filed: 12/06/12 Page 10 of 34 PageID #:28

GMAC Mortgage, LLC                          DATE:    09/26/12
PO Box 780
3451 Hammond Avenue
Waterloo               IA 50704-0780


ANTONETTE ARIBAL

▉▉▉▉▉▉▉▉▉▉

PARK RIDGE          IL ▉▉▉▉▉


PROPERTY ADDRESS:                    ACCOUNT:        ▉▉▉523
▉▉▉▉▉▉▉▉▉▉▉▉                          TELLER ID:      ▉▉▉▉
PARK RIDGE          IL ▉▉▉▉          TELLER DEPT:

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 696.21 | ORIG BAL | 79,400.00 | INTEREST PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RT | 9.9900 | NEG AMORT | 0.00 |
| OPT. INS | 0.00 | LOAN TERM | 360 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DT | 11/01/05 | POINTS PAID | 0.00 |
| ASSIST AMT | 0.00 | LOAN TYPE | CONVENTIONAL | IOE WITHHOLDING | 0.00 |
| ANCILLARY | 0.00 | | | | |
| TOTAL PMT | 696.21 | | | | |

| DATES | | CURRENT BALANCES | | UNCOLLECTED AMOUNTS | |
|---|---|---|---|---|---|
| PAID TO | 02/01/09 | PRINCIPAL | 0.00 | LATE CHARGES | 0.00 |
| NEXT DUE | 03/01/09 | ESCROW | 0.00 | OPTIONAL INS | 0.00 |
| LAST PMT | 09/26/11 | UNAP FUNDS | 0.00 | INTEREST | 0.00 |
| | | | | NSF FEES | 0.00 |
| | | | | OTHER FEES | 0.00 |

### DETAIL BY TRANSACTION

| PD TO DT DESCRIPTION | TOTAL AMT | PRIN AMT | INT AMT | ESC AMT |
|---|---|---|---|---|
| POST DT | FEE AMT | UNAP AMT | LT CHG AMT | OPT AMT |
| EFF DATE | UNAP BAL | PRIN BAL | UNCOL ITEMS | ESC BAL |
| 02/01/09 SERV REL | 0.00 | 58596.94 | 0.00 | 0.00 |
| 07/16/12 | 0.00 | 0.00 | 140.00 | 0.00 |
| 07/16/12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/09 LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/16/12 | 0.00 | 0.00 | 140.00 | 0.00 |
| 07/16/12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/09 SER RLS CLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/16/12 | 0.00 | 0.00 | 0.00 | 0.00 |

12-12020-mg    Doc 2596-2    Filed 01/10/13    Entered 01/10/13 11:24:29    Exhibit
Account statement    Pg 3 of 4
Case: 1:12-cv-09735 Document #: 1-1 Filed: 12/06/12 Page 11 of 34 PageID #:29

| | | | | |
|---|---|---|---|---|
| 07/16/12 | 0.00 | 58596.94 | 0.00 | 0.00 |
| 02/01/09 ADDL PRIN | 0.00 | 700.00 | 0.00 | 0.00 |
| 06/25/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 06/22/12 | 0.00 | 58596.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00- | 0.00 | 0.00 | 0.00 |
| 06/25/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 06/25/12 | 0.00 | 58596.94 | 0.00 | 0.00 |
| 02/01/09 MISC RECEIPT | 700.00 | 0.00 | 0.00 | 0.00 |
| 06/22/12 | 0.00 | 700.00 | 0.00 | 0.00 |
| 06/22/12 | 700.00 | 59296.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00 | 0.00 | 0.00 | 0.00 |
| 06/22/12 | 0.00 | 700.00 | 0.00 | 0.00 |
| 06/22/12 | 700.00 | 59296.94 | 0.00 | 0.00 |
| 02/01/09 STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/19/12 | 0.00 | 0.00 | 20.00 | 0.00 |
| 06/19/12 | 0.00 | 59296.94 | 0.00 | 0.00 |
| 02/01/09 ADDL PRIN | 0.00 | 700.00 | 0.00 | 0.00 |
| 05/31/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 05/30/12 | 0.00 | 59296.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00- | 0.00 | 0.00 | 0.00 |
| 05/31/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 05/31/12 | 0.00 | 59296.94 | 0.00 | 0.00 |
| 02/01/09 MISC RECEIPT | 700.00 | 0.00 | 0.00 | 0.00 |
| 05/30/12 | 0.00 | 700.00 | 0.00 | 0.00 |
| 05/30/12 | 700.00 | 59996.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00 | 0.00 | 0.00 | 0.00 |
| 05/30/12 | 0.00 | 700.00 | 0.00 | 0.00 |
| 05/30/12 | 700.00 | 59996.94 | 0.00 | 0.00 |
| 02/01/09 STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/17/12 | 0.00 | 0.00 | 20.00 | 0.00 |
| 05/17/12 | 0.00 | 59996.94 | 0.00 | 0.00 |
| 02/01/09 ADDL PRIN | 0.00 | 700.00 | 0.00 | 0.00 |
| 04/25/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 04/24/12 | 0.00 | 59996.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00- | 0.00 | 0.00 | 0.00 |
| 04/25/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 04/25/12 | 0.00 | 59996.94 | 0.00 | 0.00 |
| 02/01/09 MISC RECEIPT | 700.00 | 0.00 | 0.00 | 0.00 |
| 04/24/12 | 0.00 | 700.00 | 0.00 | 0.00 |
| 04/24/12 | 700.00 | 60696.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00 | 0.00 | 0.00 | 0.00 |
| 04/24/12 | 0.00 | 700.00 | 0.00 | 0.00 |
| 04/24/12 | 700.00 | 60696.94 | 0.00 | 0.00 |
| 02/01/09 STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/17/12 | 0.00 | 0.00 | 20.00 | 0.00 |
| 04/17/12 | 0.00 | 60696.94 | 0.00 | 0.00 |
| 02/01/09 STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/17/12 | 0.00 | 0.00 | 20.00 | 0.00 |
| 03/17/12 | 0.00 | 60696.94 | 0.00 | 0.00 |
| 02/01/09 ADDL PRIN | 0.00 | 700.00 | 0.00 | 0.00 |
| 03/08/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 03/07/12 | 0.00 | 60696.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00- | 0.00 | 0.00 | 0.00 |
| 03/08/12 | 0.00 | 700.00- | 0.00 | 0.00 |
| 03/08/12 | 0.00 | 60696.94 | 0.00 | 0.00 |
| 02/01/09 MISC RECEIPT | 700.00 | 0.00 | 0.00 | 0.00 |
| 03/07/12 | 0.00 | 700.00 | 0.00 | 0.00 |
| 03/07/12 | 700.00 | 61396.94 | 0.00 | 0.00 |
| 02/01/09 UNAPPLIED | 700.00 | 0.00 | 0.00 | 0.00 |
| 03/07/12 | 0.00 | 700.00 | 0.00 | 0.00 |

12-12020-mg    Doc 2596-2    Filed 01/10/13    Entered 01/10/13 11:24:29    Exhibit
Account statement    Pg 4 of 4
Case: 1:12-cv-09735 Document #: 1-2 Filed: 12/06/12 Page 12 of 16 PageID #:64



**GMAC Mortgage Account Statement**

**CUSTOMER INFORMATION**

Name: Antonetta Aribal

Account Number:
Home Phone #:

**PROPERTY ADDRESS**

PARK RIDGE    IL

**GMAC** Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

For information about your existing account, please call 1-800-766-4622.

For information about refinancing or obtaining a new loan, please call 1-866-690-8322.

ANTOINETTE ARIBAL
PARK RIDGE IL

We reserve only your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side

## Account Information

| | |
|---|---|
| Account Number | 523 |
| Statement Date | June 18, 2012 |
| Maturity Date | October 01, 2020 |
| Interest Rate | 9.99000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $59,295.94 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $696.21 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $27,848.40 |
| Outstanding Late Charges | $940.00 |
| Other | $0.00 |
| Total Amount Due | $29,484.61 |
| Account Due Date | March 01, 2009 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-859-4622

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Additional Principal Receipt | 02/01/09 | 03/31/12 | $700.00 | $700.00 | | | | | $700.00- |
| | 02/01/09 | 03/30/12 | $700.00 | | | | | | $700.00 |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system 24 hours a day, 7 days a week. See back for automatic payment sign-up information and other payment options.

### Important News

Now is a great time to buy a home! If you're in the market for your next home, our trained loan agents will help you review all of the financing options available to you — call 877-528-3817 today!

## See Reverse Side For Important Information And State Specific Disclosures

## Mail This Portion With Your Payment

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee If Received 15 Days AFTER Due Date | **GMAC** Mortgage |
|---|---|---|---|---|---|
| 523 | 03/01/09 | $696.21 | $29,484.61 | $718.21 | |

ANTOINETTE ARIBAL

Please assist GMAC Mortgage In applying your payment

| | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Sign here to enroll in monthly ACH. (See back for details)

GMAC MORTGAGE
PO BOX 9001719
LOUISVILLE KY 40290-1719