# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: RESIDENTIAL CAPITAL, LLC, *et al.*, ) | Chapter 11 |
| ) | Case No. 12-12020 (MG) |
| Debtors; ) | Jointly Administered |
| ) | |
| ANTOINETTE ARIBAL, ) | |
| ) | |
| Movant. ) | |

## ORDER LIFTING AUTOMATIC STAY AS TO ANTOINETTE ARIBAL

This Court, having been shown that Antoinette Aribal has brought claims against debtor GMAC Mortgage LLC in the United States District Court for the Northern District of Illinois (*sub nom Aribal v. GMAC Mortgage LLC et al*, No. 1:12CV9735 (N.D.Ill.)), having been shown that these claims are not subject to being stayed on account of the bankruptcy petitions and filings before this Court, after giving all parties an opportunity to be heard, and being fully advised, NOW ORDERS AS FOLLOWS:

1. This Court finds that claims brought by Antoinette Aribal against GMAC Mortgage LLC, in the case of *Aribal v. GMAC Mortgage LLC et al*, No. 1:12CV9725 (N.D.Ill.), shall not be subject to the automatic stay provisions of 11 U.S.C. §362.

2. Ms. Aribal is directed to advise the United States District Court for the Northern District of Illinois of this Court's action, forthwith.

SO ORDERED.

FOR THE COURT: _____, J.
United States Bankruptcy Court
Southern District of New York