**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>  Residential Capital, LLC, *et al.*<br><br>                            Debtors. | Chapter 11<br>Case No. 12-12020 (MG)<br>Jointly Administered |

**ORDER GRANTING *EX PARTE* MOTION TO ALLOW THE STEERING
COMMITTEE GROUP OF RMBS HOLDERS TO EXCEED PAGE LIMIT**

Upon the ex parte motion (the "Motion") of the Steering Committee Group of RMBS Holders (the "Steering Committee Group") for entry of an order allowing the reply of the Steering Committee Group in support of the RMBS Settlement Motion to exceed ten pages; the Court having reviewed the Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b), and that notice of the Motion was sufficient under the circumstances; and after due deliberation and sufficient and just cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Steering Committee Group may exceed the page limit contained in the Case Management Order for its reply in support of the RMBS Settlement Motion by fifteen (15) pages, for a total of twenty-five (25) pages.

Dated: January 10, 2013
         New York, New York

                                    _____/s/Martin Glenn_____
                                         MARTIN GLENN
                                    United States Bankruptcy Judge