Richard Sax  (SBN 80632) richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile:   (707) 525-8119

Attorney for Movant/Creditor Julio Solano

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re RESIDENTIAL CAPITAL, LLC, | CASE NO.:  12-12020-MG |
|---|---|
| Debtor. | Chapter 11 |
|  | Jointly Administered |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Julio Solano hereby appears in the above-captioned bankruptcy case by his counsel, Richard Sax, Esq., and such counsel hereby enters his appearance pursuant to Fed. R. Bankr. P. 9010(b)

Dated: January 10, 2013

_/s/ Richard Sax_
Richard Sax
Law Office of Richard Sax
448 Sebastopol Avenue
Santa Rosa, CA 95401
Phone: (707) 525-1824
Fax: (707) 525-8119
richard@rsaxlaw.com

Attorney for Julio Solano

1