| | |
|---|---|
| 1 | **Richard Sax  (SBN 80632)** *richard@rsaxlaw.com*     Hearing Date: February 7, 2013 |
|   | **LAW OFFICES OF RICHARD SAX**     Objection Deadline: January 31, 2013 |
| 2 | 448 Sebastopol Avenue |
|   | Santa Rosa, CA.  95401 |
| 3 | Telephone: (707) 525-1824 |
|   | Facsimile:   (707) 525-8119 |
| 4 | |

Attorney for Movant/Creditor Julio Solano

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re RESIDENTIAL CAPITAL, LLC, | CASE NO.:  12-12020-MG |
| Debtor. | Chapter 11 |
| | Jointly Administered |

### NOTICE OF HEARING ON MOTION OF CREDITOR JULIO SOLANO FOR ORDER PURSUANT TO SECTION 362(d)b OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001 AND LOCAL BANKRUPTCY RULE 4001-1 MODIFYING THE AUTOMATIC STAY TO ALLOW CONTINUATION OF PRE-PETITION LITIGATION

PLEASE TAKE NOTICE that a hearing to consider Julio Solano's motion for an order pursuant to 11 U.S.C. §362(d) granting relief from the automatic stay and authorizing Julio Solano to proceed with a State Court action will be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on February 7, 2013, 2013 at 10:00 a.m. (ET) or as soon thereafter as counsel can be heard.

PLEASE TAKE FURTHER NOTICE that the scheduled hearing may be adjourned or continued from time to time without further notice other than by announcement in Court at the scheduled hearing.

1

Notice Of Relief From Automatic Stay

123483.doc

1        The relief requested in the Motion may be granted without a hearing if no

2  objection is timely filed and served in accordance with the Case Management

3  Procedures.

4

5  Dated: January 10, 2013                   _____

                                         Richard Sax

6                                       Attorney for movant/creditor Julio Solano

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice Of Relief From Automatic Stay

123443.doc