To: United States Bankruptcy Court
Southern District of New York

December 21, 2012

Subject: Case No. 12-12020 (MG)

I have a mortgage with GMAC acct. no. 0561968009, I would like to have the opportunity to purchase my mortgage at a discount similar to what a bond holder will receive. I'm getting very close to retirement and need to get a few things organized so I can have a successful retirement. I have this mortgage and a second mortgage. Like other people in Michigan we have about $75K negative equity in this house, otherwise I would try to refinance both mortgages into one mortgage with a new low interest. We plan to relocate south, where my grandchildren live. This may simplify our selling of the house, otherwise we plan to walk away or short sell.

Thanks

William G. Carlson

William Carlson
533 King Circle
Lake Orion, Mi. 48362



RECEIVED
JAN - 2 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK



United States Bankruptcy Court For the Southern District of NY
One Bowling Green Room 534
New York, New York 10004

Mr. Bill Carlson
533 King Ct
Lake Orion, MI 48362-2730