# UNITED STATES BANKRUPTCY COURT

*Southern District of New York*
*One Bowling Green*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk Of Court*
*Clerks' Office*
*Phone: (212) 668-2870*

*January 11, 2013*

*Attn: Yvonne D. Lewis*
*Attn: Sidney T. Lewis*
*1875 Alvason Avenue*
*Columbus, Oh 43219*

**Re: Payment for Motion for Relief in the Amount of $176.00 for docket # 456, in case number 12-12020**

*Mr. and Mrs. Lewis:*

*This letter is to inform you that on June 15, 2012 you filed a Motion for Relief. This motion was filed as document # 456 on the courts ECF system in case **Re: Residential Capital, LLC.***

*The court is awaiting payment in the amount of $176.00, for this filing. This is also a reminder that all payments are due at the time of filing. Therefore, please make the necessary arrangements to have this fee paid as soon as possible. Payment may be made in person by exact cash or by money order at One Bowling Green, New York, NY 10004.*

*Thank you in advance for your attention towards this matter.*

*Sincerely,*

*/s/Kathy Slinger*
*Deputy Clerk*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re :

Residential Capital, LLC

Debtor

------------------------------------------------------------x

Chapter 11

Case No.12-12020 (MG)

## CERTIFICATE OF SERVICE

I, Kathy Slinger, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

I further certify that on **January 11, 2013**, true and correct copies of the letter notifying Yvonne D. Lewis and Sidney T. Lewis payment is due to the court for the filing of a Motion for Relief were served upon:

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219.

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: January 11, 2013
New York, New York

/s/Kathy Slinger
Deputy Clerk