# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re RESIDENTIAL CAPITAL, LLC, ) | |
| ) | |
| ) | Case No. 12-12020-MG |
| Debtor ) | |
| ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF HEARING ON MOTION MADE BY ANTOINETTE ARIBAL**

PLEASE TAKE NOTICE that a hearing to consider Antoinette Aribal's motion for an order clarifying that the stay issued by the court shall not apply to the action brought by Antoinette Aribal in the matter of Aribal v GMAC  12 CV 9725(N.D. Ill), will be heard before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York New York 10004, on February 7, 2013 at 10:00a.m.(ET) or as soon thereafter as the matter can be heard.

PLEASE TAKE FURTHER NOTICE that Antoinette Aribal will be relying on the documents previously filed herein as Document Number 2596 and made a part of this motion by reference.

Date: January 11. 2013                          s/ Lawrence Katz
                                                Lawrence Katz
                                                Attorney for Plaintiff
                                                Law Offices of Lawrence Katz
                                                445 Central Avenue, Suite 201
                                                Cedarhurst, NY 11516
                                                Email: lkatz@lawkatz.com
                                                516-374-2118