Basic Life Resources, a Washington non-profit corporation
And
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 360-466-8977
      Pamela@WhidbeyViewHomes.com
      360-678-2095/360-320-2411

Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239

Objection Date: January 9, 2013
Hearing Date:   January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | PROPOSED |
| | | FINDING AND ORDER |

To: Clerk of the Court
And to: Morrison & Foerster LLP

This Court having received and considered Debtors' Objection to the Joint Motion of BasicLife Resources and Pamela Z. Hill, the circumstances attendant thereto, and the Response of said Basic Life Resources and Pamela Z. Hill to the same does hereby enter the following:

FINDING

Debtors' Objection was neither timely filed nor served in accordance with this Court's Order entered and filed May 23, 2012.

ORDER

Debtor's Objection is hereby stricken and shall be without further force and effect to the Joint Motion of Basic Life Resources and Pamela Z. Hill.

Dated: This _____ day of January, 2013.

                                                       _____
                                                       Martin Glenn, Judge

Presented by:
*[signatures]*
Basic Life Resources/Pamela Z. Hill, both *pro se*