Basic Life Resources, a Washington non-profit corporation
And
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 360-466-8977
      Pamela@WhidbeyViewHomes.com
      360-678-2095/360-320-2411

Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239

Objection Date: January 9, 2013
Hearing Date: January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |
| | AFFIDAVIT OF SERVICE AND CERTIFICATES OF NO OBJECTION |

To:    Clerk of the Court
And to:  The Chambers of Hon. Martin Glenn
       (Duplicate Original and 1 conformed copy)

AFFIDAVIT OF SERVICE

I, Michael M. Moore, depose and say as follows:

I am the Managing Director of Basic Life Resources ("BLR"), a recognized claimant in the above-entitled action, assigned Claim Number 2427, and, together with Pamela Z. Hill ("Hill"), also a recognized claimant in this same action, assigned Claim Number 2429, both acting *pro se* have filed a Joint Petition, Motion and related Declarations and Draft Judgments and Orders with the Clerk of this Court by United States Postal Service (USPS) Express Mail, (EI 598338235 US) said mailing delivered by USPS as confirmed by its on-line "Track and Confirm" to the said Clerk's Office at 10:37 a.m., December 24, 2012, noted as "Business Closed" with subsequent delivery completed by USPS at 12:26 p.m. on December 26, 2012.

Affidavits and Certificates BLR/Hill
Page 1



This (these) documents are identical to the duplicate copies USPS Priority mailed addressed to the Courtroom Deputy of Judge Martin Glenn on December 20, 2012, with the exception after attempting to use the CM/ECF immediately afterward and discovering that the ECF Login and Password provided by the email of Pedro Garcia of the Clerk's Office would not allow access and then thus being informed by Carmin of this Court Clerk's Court Information Services (212) 668-2870, that according to her access to the Clerk's information on file, this was not possible as these were pro se and only attorneys could use this system, so the words "electronically filed" at the top right hand area of the first page of the pleadings was removed prior to filing or any other subsequent mailings being achieved. [Also to note: Carmin and (also the USPS Service Office in Freeland, WA confirmed) all Federal Offices were required to be open on December 24, 2012, because of a Federal Requirement that no Federal Institution or Office could be closed for 4 consecutive days, thus allowing a regular weekend and then a one-day Christmas Day holiday.]

Copies of this now revised full and complete Document with all of its Exhibits were Priority Mailed to both Morrison Foerster and the Office of the U.S. Trustee for the Southern District of New York, by Certified Mail, Return Receipt Requested. Both of these receipts have been returned and noted received with signatures for delivery of "12/24/12" for Morrison Foerster and signed but undated for the Trustee.

This Document and its Exhibits were re-headed as a NOTICE a true and correct complete conformed copy appended hereto as Exhibit C and on December 22, 2012, were sent by email to each and every email addressee provided by Kurtzman Carson Consutants LLC ("KCC") on each of their Monthly Service Lists as obtained from their published ResCap website on December 23, 2012. Each and every email sent was headed in the subject line, "Residential Capital, LLC, SDNY Bankruptcy #12-12020; Notice of Motion BLR/Hill".

Please note that BLR has never requested to be nor is on any of such Service Lists.

On the morning of December 24, 2012, two email addressees (will.hoch@crowedunlevy.com and Jennifer.J.Provenzano@BNYMellon.com) indicated they could not open the attached NOTICE. They each were advised the format was in Microsoft Word and either another format could be sent or without prejudice to the emailing, a copy would be mailed to them. Neither requested further action by me.

In response to this emailing 33 "out of office" responses were promptly received back. 5 other emails were returned as "undeliverable". With some imagination 3 of those addresses were repaired and successfully transmitted.

Another email addressed to Linda.rifkin@ust.doj.gov was returned noting her mailbox was full and my transmission could not be delivered. 2 email transmissions simply could not be fixed even though double checked with KCC's lists and 3 separate attempts were made. These were to (konig@ca.ibm.com and bdeutsch@schnader.com) so copies were sent by prepaid USPS regular mail (Canadian postage supplied for Konig's IBM) to each.

Affidavits and Certificates BLR/Hill
Page 2

USPS regular mail letters were also mailed on December 24, 2012, to each and every addressee on the Special Service List provided by KCC in addition to emails to each of their published addressees.

One letter, mailed to Deutsche Bank, c/o Kelvin Vargas, at the address supplied by KCC has been returned "Not Deliverable, Unable to Forward" by USPS. It is being held by me. The email to Kelvin Vargas was not noted returned and thus must have presumptively been electronically delivered.

On January 8, 2013, a telephone call and subsequent email from one Brian Powers stating he was a member of the law firm of Silverman Acampora, LLP, were received requesting an "adjournment" until February 8, 2013, for the stated reason "to allow us time to fully analyze the allegations asserted in the Motion ..." and further requesting a copy of the Hill/BLR warranty deed. He was directed to the specific details of the filed claims of both parties for access to the deed and his request for my consent to "adjournment" was refused by return email. Nothing further has been heard from him. No objection or challenge in any way was asserted in any manner by him thus the matter of "service" of such was not addressed or waived by me. My responses at all times were "without prejudice" to any rights and/or obligations established by either Rules or Order of this Court. This was likewise noted to any other emails or phone conversations at any time material hereto.

Dated this 9th day of January, 2013.

*[signature]*

Michael M. Moore
Managing Director for Basic Life Resources, pro se

## CERTIFICATE OF NO OBJECTION

As of the date and time of this Affidavit and Certificate, I hereby certify under oath that there has been no service or any response whatsoever from any addressee I have sent either by mail or email other than as described above.

In particular, the debtors have waived their stated right, quote 'Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated"' end quote.. (emphasis mine)

Affidavits and Certificates BLR/Hill
Page 3

Accordingly, I respectfully request that, at its earliest convenience this Court without necessarily waiting until the "hearing date" noted in the heading above consider, approve and sign the draft Order and Judgment provided as Exhibit A to the Joint Petition and Motion submitted with the letter to Chambers as described above. A signed "original" by BLR as I indicated by "presented by:" is hereby provided. An email confirmation of its entry is requested and will be appreciated.

Please note that although I am employed as the Managing Director of BLR, I personally receive no wages, no salary or any economic benefit whatsoever from BLR or Hill. I have received none and have no promises or expectations of any personal financial gain as a result of BLR's claim. Likewise, I have no personal financial interest in the Claim asserted by BLR's co-petitioner, Pamela Z. Hill.

In the event there is any question by this Court or challenge by any party to the actions described above, I am prepared to provide complete documentation to verify each and every assertion I have made herein under oath.

Dated this 9th day of January, 2013, at _1:08_ p.m. Pacific Daylight Time

_____
Michael M. Moore
Managing Director for Basic Life Resources, *pro se*

Notary: DEVIN S MERGENS

State of Washington    )
                       ) ss.
County of Island       )

I certify that I know or have satisfactory evidence that Michael M. Moore is the person who appeared before me, and said Michael M. Moore acknowledged that he signed the above Affidavit of Service and Certificate of No Objection and acknowledged both to be his free and voluntary act for the uses and purposes mentioned herein in this document.

Dated: January 9th, 2013 at _1:14_ p.m. Pacific Standard Time

SEAL

[Notary seal: DEVIN S MERGENS, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES]

Notary Public in and for the State of Washington, residing at FREELAND

COMMISSION EXPIRES 08/05/2016

Affidavits and Certificates BLR/Hill
Page 4

## AFFIDAVIT OF PAMELA Z. HILL

I, Pamela Z. Hill, do hereby swear that I have read the above and have by observation and participation have personal knowledge of its truth and contents and do hereby affirm each and every part thereof as if it were my own personal Affidavit.

Please note that I have never requested to be nor am I on any KCC Service Lists. I likewise have never requested nor have I been allowed access to PACER or to this Court's electronic on line filing system.

*[signature]*
Pamela Z. Hill, *pro se*

## CERTIFICATE OF NO OBJECTION

As of the date and time of this Affidavit and Certificate, I hereby certify under oath that there has been no service or any response whatsoever from any addressee sent either by mail or email other than described in Michael Moore's Affidavit above.

In particular, the debtors have waived their stated right, quote 'Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated"' end quote.. (emphasis mine)

Accordingly, I respectfully request that, at its earliest convenience this Court without necessarily waiting until the "hearing date" noted in the heading above consider, approve and sign the draft Order and Judgment provided as Exhibit B to the Joint Petition and Motion submitted with the letter to Chambers as described above. A signed "original" by myself as I indicated by "presented by:" is hereby provided and an email confirmation of its entry is requested and will be appreciated.

Dated this 9th day of January 2013 at __1:08__ p.m. Pacific Daylight Time

*[signature]*
Pamela Z. Hill, *pro se*

Affidavits and Certificates BLR/Hill
Page 5

Notary:

State of Washington      )
                         ) ss.
County of Island         )

I certify that I know or have satisfactory evidence that Pamela Z. Hill is the person who appeared before me, and said Pamela Z. Hill acknowledged that she signed the above Affidavit and Certificate of No Objection and acknowledged both to be her free and voluntary act for the uses and purposes mentioned herein in this document.

Dated: January 9th, 2013 at __1:15__ p.m. Pacific Standard Time

SEAL                                Notary Public in and for the State of Washington, residing at
                                    __FREELAND__
                                    COMMISSION EXPIRES
                                    08/05/2016

[NOTE: Exhibits A and B to Exhibit C hereof have retained their original page number/designation (2 pages each) and are not re-designated or re-numbered to avoid confusion that may otherwise occur in their reference if need be.]



Affidavits and Certificates BLR/Hill
Page 6

Exhibit C

Basic Life Resources, a Washington non-profit corporation
And
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 360-466-8977
    Pamela@WhidbeyViewHomes.com
    360-678-2095/360-320-2411

Mailing Addresses:
P.O. Box 665
Coupeville, WA 98239

Objection Date: January 9, 2013
Hearing Date:   January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                              )
                                    )   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*, )   Chapter 11
                                    )   Jointly Administered
        Debtors.                    )

To:  Special Service List


NOTICE OF FILING OF JOINT PETITION, MOTION, SUPPORTING DECLARATIONS AND DRAFT FINDINGS, CONCLUSIONS, JUDGMENTS AND ORDERS

NOTICE:  The relief requested may be granted without a Hearing if no objection is timely filed and served in accordance with the Case Management Procedures set forth in this Court's Order establishing certain notice, case management and administrative procedures in the above entitled case signed by Hon. Martin Glenn, United States Bankruptcy Judge dated May 23, 2012.

PLEASE TAKE NOTICE THAT Basic Life Resources a non-profit corporation (BLR) by and through its Managing Director, Michael M. Moore, and Pamela Z. Hill, both *pro se* have petitioned this Court by a Motion to make Findings of Fact, Conclusions at Law and to enter a Judgment and Order, draft proposals attached thereto as further identified by their headings therein.  These documents are filed by the Case Management/Electronic Case File (CM/ECF) System as of this date below.

Petitioners BLR and Hill, in accordance with the provisions above said Order have established an Objection Date of January 9, 2013 and Hearing Date of January 16, 2013, the date of the next scheduled Omnibus Hearing.


Notice of Motion/Petition Draft Finding, Conclusions, Judgment and Order 12/21/2012
Page 1

This Petition and Motion is based upon the records and files of the Clerk of this Court and the Declarations of Michael M. Moore and Pamela Z. Hill subjoined hereto as follows:

## DECLARATION OF MICHAEL M. MOORE

I, Michael M. Moore, am the Managing Director of Basic Life Resources, a Washington State non-profit corporation and am authorized to file this Petition and make this Declaration.

Basic Life Resources has timely filed a Creditor's Proof of Claim as directed by this Court by its Order filed May 23, 2012, Court Clerk's File Document 141, and such Claim was duly received on November 5, 2012 and assigned Claim Number 2427.

Further, this Claim together with its Proof of Claim with its supporting documents was received and filed by the Clerk of this Court on November 19, 2012, Court Clerk's File Document 2249. By enclosure to that filing cover letter by the undersigned, Morrison & Foerster, LLP (attention to Gary S. Lee, Lorenzo Marinuzzi) were provided with copies of all documents so filed. No response whatsoever has ever been received from Morrison & Foerster.

Further, Morrison & Foerster were sent a letter by the undersigned on behalf of Basic Life Resources (BLR) referring to Claim 2427, of BLR specifically indicating the amounts of the Claim to be $1.7 million (secured) and $14,986 per day from November 2, 2012. That letter was delivered to their offices by Fedex on December 14, at 9:49 a.m. EST, and signed for by J. Dowee. In that letter, Morrison, *et al.*, were given until December 20, 2012, for their response by email or letter to be received. Once again, no response whatsoever by any means has been received by the undersigned and the designated response time has expired.

Neither Morrison *et al.*, nor any other party to these proceedings has filed or served the undersigned with objection filed or served upon the undersigned or BLR.

The relief sought herein is an "emergency" as BLR has now, through no fault of its own, suffered and will continue to suffer financial losses as described in its Declaration of Claim 2427. Further details and explanation may be found at its website, basicliferesources.org, which will soon be completed and published. Likewise, the sooner the relief sought in this matter, the sooner the Debtors will no longer be obligated to pay $14,986 per day to BLR, a savings to all parties concerned in this Proceeding.

I declare under penalty of perjury that the information provided in this Declaration is true and correct to the best of my knowledge, information and reasonable belief.

Michael M. Moore Managing Director, BLR, *pro se*

/s/ *Michael M. Moore*  Dated: 12/20/2012.

Notice of Motion/Petition Draft Finding, Conclusions, Judgment and Order 12/21/2012
Page 2

## PETITION OF BASIC LIFE RESOURCES

Accordingly, under the Bankruptcy Laws of the United States, the Local Rules governing this Court and this Court's Order establishing certain notice, case management and administrative procedures signed by Hon. Martin Glenn, United States Bankruptcy Judge dated May 23, 2012, Basic Life Resources is entitled to a granting of its Motion hereby made to Findings of Fact and Conclusions at Law and further to the entry of a Judgment and Decree in accordance with the Draft appended hereto as Exhibit A.

Respectfully submitted:

Basic Life Resources, *pro se*

By: /s/ *Michael M. Moore*  Dated: 12/20/2012    Managing Director

## DECLARATION OF PAMELA Z. HILL

I am Pamela Z. Hill, a single woman.

I have timely filed a Creditor's Proof of Claim as directed by this Court by its Order filed May 23, 2012, Court Clerk's File Document 141, and such Claim was duly received on November 5, 2012 and assigned Claim Number 2429.

Further, this Claim together with its Proof of Claim with its supporting documents was received and filed by the Clerk of this Court on November 19, 2012, Court Clerk's File Document 2249. By enclosure to that filing cover letter by the undersigned, Morrison & Foerster, LLP (attention to Gary S. Lee, Lorenzo Marinuzzi) were provided with copies of all documents so filed. No response whatsoever has ever been received from Morrison & Foerster.

Further, Morrison & Foerster were sent a letter by the undersigned referring to Claim 2429, specifically indicating the amounts of the Claim to be $389,331. That letter was delivered to their offices by Fedex on December 14, at 9:49 a.m. EST, and signed for by J. Dowee. In that letter, Morrison, et al., were given until December 20, 2012, for their response by email or letter to be received. Once again, no response whatsoever by any means has been received by the undersigned and the designated response time has expired.

Neither Morrison & Foerster LLP, nor any other party to these proceedings has filed or served the undersigned with objection or challenge to my Claim whatsoever.

I declare under penalty of perjury that the information provided in this Declaration is true and correct to the best of my knowledge, information and reasonable belief.

Pamela Z. Hill, *pro se*
/s/ *Pamela Z. Hill*  Dated: 12/20/2012.

Notice of Motion/Petition Draft Finding, Conclusions, Judgment and Order 12/21/2012
Page 3

## PETITION OF PAMELA Z. HILL

Accordingly, under the Bankruptcy Laws of the United States, the Local Rules governing this Court and this Court's Order establishing certain notice, case management and administrative procedures signed by Hon. Martin Glenn, United States Bankruptcy Judge dated May 23, 2012, I am entitled to the granting of my Motion hereby made to Findings of Fact and Conclusions at Law and further to the entry of a Judgment and Decree in accordance with the Draft appended hereto as Exhibit B.

Respectfully submitted:

Pamela Z. Hill, *pro se*

/s/ *Pamela Z. Hill*   Dated: 12/20/2012.


Date of Notice:  December 21, 2012

Basic Life Resources, pro se

By: ~~Electronic signature~~ /s/ Michael M. Moore, Managing Director


Pamela Z. Hill, pro se

Electronic Signature /s/ Pamela Z. Hill

[NOTE: Exhibits A and B below have retained their original page number/designation (2 pages each) and are not re-designated or re- numbered to avoid confusion that may otherwise occur in their reference if need be.]

EXHIBIT A
TO JOINT PETITION/MOTION
BASIC LIFE RESOURCES/HILL

Basic Life Resources, A Washington non-profit corporation
6675 Wahl Road
Freeland, Washington 98249
Email: Cribstone@aol.com, 360-466-8977
Mailing Address:
P.O. Box 665
Coupeville, WA 98239

Objection Date: January 9, 2013
Hearing Date:   January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                  )
                                        )  Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,       )  Chapter 11
                                        )  Jointly Administered
            Debtors.                    )
                                        )  DRAFT FINDINGS OF FACT,
                                           CONCLUSIONS AT LAW AND

JUDGMENT AND ORDER
FOR BASIC LIFE RESOURCES
To:   The Clerk of the Court;
To:   Special Service List;
And to: Morrison & Foerster, LLP

With: 2 Courtesy copies to: Courtroom Deputy, Deanna Anderson

This Court having considered the records and files herein, the Petition and Declaration of Michael M. Moore on behalf of Claimant, Basic Life Resources, a Washington non-profit corporation, and further this Court by and through the Undersigned hereby enters the following:

FINDINGS OF FACT AND CONCLUSIONS AT LAW

The Claimant, Basic Life Resources has timely and properly filed a claim in accordance with the Rules established for these Proceedings and has likewise timely and properly filed a Petition and made a Motion for consideration of this Court.

No objections or challenge of any nature whatsoever have been timely served and filed within the terms United States Bankruptcy Laws, the Local Rules of this Court and/or as required by Order of this Court dated May 23, 2012.

Draft Findings/Judgment/Order BLR
Page 1

The relief sought by Basic Life Resources in its Claim number 2427 is just, fair and reasonable under the circumstances and Basic Life Resources is entitled to emergency implementation.

It is hereby Ordered as follows:

## JUDGMENT AND ORDER

### JUDGMENT

Basic Life Resources (BLR) thereby is entitled to the following Judgment and Order:

Judgment shall hereby enter against Debtors, Residential Capital, and each and every one of their named subsidiaries herein and/or their attorneys of record, Morrison & Foerster, LLP, each and all, jointly and severally, in the amount of $1.7 million for the period of June 2, 2012, to November 2, 2012, and in the further amount of $14,986 per day from November 2, 2012, until payment is received by Basic Life Resources, payment to be made by either by certified check or wire transfer to a bank account of BLR, to be supplied by BLR by return email at the email request of debtors and/or their said attorneys.

Interest on this Judgment in favor of BLR shall enter at the rate of 12% per annum on any unpaid amount after this date of signature below.

FURTHER, in the event this judgment is not paid and satisfied in full within 10 calendar days of its entry and notice to Debtors and/or their attorneys, said Debtors and their attorneys shall be deemed without further Motion or Order to be in contempt of this Court, and shall be thus required to pay treble the amounts so Ordered herein.

### ORDER

Debtors are hereby Ordered to immediately take such steps and file such documents as will clear the cloud on the title of BLR's portion of Island County Treasurer/Assessor's tax Identification Number S8155-00-00005-0. Failure to so record a suitable and acceptable document within 10 calendar days of the entry of this Order will likewise result in a finding of contempt of this Court and Judgment for damages assessed in favor of BLR at the rate of treble $14,986 ($44,958) per day until so completed to BLR and Island County's satisfaction.

New York, New York
This _____ day of January, 2013.

Presented by: /s/ Michael M. Moore
For Basic Life Resources, *pro se*

_____
MARTIN GLENN
United States Bankruptcy Judge

Draft Findings/Judgment/Order BLR
Page 2

EXHIBIT B
TO JOINT PETITION/MOTION
BASIC LIFE RESOURCES/HILL

Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Pamela@WhidbeyViewHomes.com
Mailing Address:
P.O. Box 665
Coupeville, WA 98239

Objection Date: January 9, 2013
Hearing Date:   January 16, 2013
Scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | DRAFT FINDINGS OF FACT, CONCLUSIONS AT LAW, |

JUDGMENT AND ORDER FOR
    PAMELA Z. HILL
To:   The Clerk of the Court;
To:   Special Service List;
And to: Morrison & Foerster, LLP

With: 2 Courtesy copies to: Courtroom Deputy, Deanna Anderson

This Court having considered the records and files herein, the Petition and Declaration of Pamela Z. Hill, further this Court by and through the Undersigned hereby enters the following:

FINDINGS OF FACT AND CONCLUSIONS AT LAW

The Claimant, Pamela Z. Hill, has timely and properly filed a claim in accordance with the Rules established for these Proceedings and has likewise timely and properly filed a Petition and made a Motion for consideration of this Court.

No objections or challenge of any nature whatsoever have been timely served and filed within the terms United States Bankruptcy Laws, the Local Rules of this Court and/or as required by Order of this Court dated May 23, 2012.

.
Draft Findings/Judgment/Order Hill
Page 1

The relief sought by Pamela Z. Hill in her Claim number 2429 is just, fair and reasonable under the circumstances and she is entitled to immediate implementation.

It is hereby Ordered as follows:

## JUDGMENT AND ORDER

### JUDGMENT

Pamela Z. Hill thereby is entitled to the following Judgment, Order and Decree:

Judgment shall hereby enter against Debtors, Residential Capital, and each and every one of their named subsidiaries herein and/or their attorneys of record, Morrison & Foerster, LLP, each and all, jointly and severally, in the amount of $389,331 and for return of any and all funds she may have paid after November 2, 2012, until payment is received by Pamela Z. Hill, payment to be made by either by certified check or wire transfer to a bank account of Hill, to be supplied by Hill by return email at the email request of debtors and/or their said attorneys.

Interest on this Judgment in favor of Hill shall enter at the rate of 12% per annum on any unpaid amount after this date of signature below.

FURTHER, in the event this judgment is not paid and satisfied in full within 10 calendar days of its entry and notice to Debtors and/or their attorneys, said Debtors and their attorneys shall be deemed without further Motion or Order to be in contempt of this Court, and shall be thus required to pay treble the amounts so Ordered herein.

### ORDER

Debtors are hereby Ordered to immediately take such steps and file such documents as will clear the cloud on the title of Hill's portion of her property transferred by warranty deed to Basic Life Resources Island County Treasurer/Assessor's tax Identification Number S8155-00-00005-0. Failure to so record a suitable and acceptable document within 10 calendar days of the entry of this Order will likewise result in a finding of contempt of this Court and Judgment for damages assessed in favor of Hill at the rate of $1,000 per day until so completed to Hill and Island County's satisfaction.

New York, New York
This _____ day of January, 2013.

_____
MARTIN GLENN
United States Bankruptcy Judge

Presented by: /s/ Pamela Z. Hill, *pro se*

Draft Findings/Judgment/Order Hill
Page 2