1  Jennifer L. Wilson, Sui Juris
2  4365 School House Commons, 500-251
   Harrisburg, NC 28075
3  Ph.: 704-773-1712

RECEIVED
JAN - 8 2013

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| Jennifer L. Wilson | CASE NO: **12-12020 (MG)** |
| Plaintiff, | ADV. CASE: 12-019363-mg |
| v. | |
| RESIDENTIAL CAPITAL, LLC; RESIDENTIAL FUNDING COMPANY, LLC; and Does 1 – 10 inclusively, | **NOTICE OF TELEPHONIC APPEARANCE** |
| Defendants. | Hearing Date: January 10, 2013<br>Time: 2:00 p.m.<br>Room: 501 |

## NOTICE OF INTENT TO APPEAR TELEPHONICALLY

TO MARTIN GLENN, JUDGE; THE CLERK OF THE COURT; AND ALL PARTY DEFENDANTS AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Jennifer L. Wilson, serves NOTICE of her intent to appear telephonically at the "Pretrial Conference" set for 2:00 p.m. on January 10, 2013.

//
//
//

1  Date: January 7, 2013
2
3                                    Respectfully submitted,
4  _____
5                              Jennifer L. Wilson, Sui Juris
6  //                          4365 School House Commons, 500-251
                               Harrisburg, NC 28075
7  //                          Ph.: 704-773-1712
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

# PROOF OF SERVICE

I Jennifer L. Wilson hereby certify that on January 7, 2013, I served a copy of the foregoing by facsimile and email addressed to defendants counsel of record:

Samantha Martin, Associate
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 336-4128
(212) 468-7900
SMartin@mofo.com

This the 7th day of Januray, 2013.

By: *Jennifer L. Wilson*

//
//
//
//
//
//
//
//
//
//
//