ALBINA TIKHONOV
14713 VALLEYHEART DRIVE
SHERMAN OAKS, CA [91403]
213-422-6225
Plaintiff *in Sui Juris*

8:20 a.m.

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

DEC 1 0 2012

FILED _____
DOCKETED _____
DATE     INITIAL

# UNITED STATES NINTH CIRCUIT COURT
## OF
## APPEALS

| | |
|---|---|
| ALBINA TIKHONOV- (REAL PARTY IN INTEREST) Plaintiff, vs. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"); LISA CLARK - an individual as Assistance Secretary of MERS; NIKOLE SHELTON – a foreign public notary of the states of Pennsylvania; ETS SERVICES LLC.;THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. as A successor in | **BAP No. CC-11-1698**<br>Bk No. 1:11-bk-15614-MT<br><br>Related cases:<br>Case No.: BC487215<br><br>**APPELLANT'S ALBINA TIKHONOV "EMERGENCY MOTION"**<br>UNDER   CIRCUIT RULE 27-3<br>**IMMEDIATE  RELIEF  REQUESTED STAY OF  SCHEDULED TRUSTEE SALE ON DECEMBER 10TH, 2012** AND  ALL OTHER PROCEEDINGS PENDING APPEAL UNDER DEMAND FOR LIBEL OF REVIEW; (PLAINTIFF/APPELLANTS' MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR AN ORDER  REQUIRING THE DEFENDANT TO SHOW CAUSE WHY THE INJUNCTION SHOULD NOT BE GRANTED |

**APPELLANT'S ALBINA TIKHONOV
"EMERGENCY MOTION"**
UNDER   CIRCUIT RULE 27-3
**IMMEDIATE  RELIEF  REQUESTED
STAY OF  SCHEDULED TRUSTEE SALE ON DECEMBER 10TH, 2012**

interest to JP
MORGAN
CHASE BANK
N.A. as **trustee** for
**RAAC 2006SP3**,
DOES 1 TO 10,
INCLUSIVE
       Defendants

---

ALBINA TIKHONOV et al, , plaintiffs in the above Styled case- **BAP No. CC-11-1698 ON APPEAL OF JUDGEMENT-** Bk No. 1:11-bk-15614-MT **and** defendants in civil case **BC487215**, Superior Court of California, Los Angeles Division, Los Angeles County, under authority of CACR rule 4:52 et seq., move the Court enjoin the Los Angeles County Sheriff from removing Albina Tikhonov and family et al, , from their residence at *14713 ValleyHeart Drive, Sherman Oaks*, California also identified as Township of Los Angeles County, and further Restrain and enjoin **EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES LLC. ON BEHALF OF THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY,N.A. as A successor in interest to JP MORGAN CHASE BANK N.A. as Trustee for RAAC 2006SP3, DOES** 1 TO 10,'s representative from any act to remove Albina Tikhonov and family et al, or take possession of the property Located at 14713 ValleyHeart Drive, Sherman Oaks until such time as Albina Tikhonov and Family et al,, LAWFUL Citizen's Petition (attached) can be Adjudicated on its Merits.

## BRIEF IN SUPPORT

. It is not now, nor has it ever been Albina Tikhonov and family et al Citizen's

**APPELLANT'S ALBINA TIKHONOV**
   **"EMERGENCY MOTION"**
 UNDER   CIRCUIT RULE 27-3
**IMMEDIATE  RELIEF  REQUESTED**
**STAY OF  SCHEDULED TRUSTEE SALE ON DECEMBER 10TH, 2012**

intention to avoid paying any obligation that Albina Tikhonov and family et al, lawfully owe.

## 2. EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES LLC, purporting to act on behalf of GMAC Mortgage, Inc., and THE BANK OF NEW YORK MELON, N.A. AS TRUSTEE ON behalf of CRDITOR J.P. MORGAN N. A., et al, have repeatedly refused to document and verify an Obligation which Appellants Albina Tikhonov and family et al may owe **Residential Capital LLC; GMAC Mortgage, Inc.,** and THE BANK OF NEW YORK MELON, N.A. AS TRUSTEE ON behalf of CREDITOR J.P. MORGAN N. A.,, *as required by law.*

### RJN (REVIEW OF THE APPELANTS' EXCERPTS

1. MARKED AS **EXHIBIT B"** Cease & Desist Demand- SERVICE UPON ETS SERVICES, LLC ET AL.
2. ALONG WITH

   Notice of The Original Lender/Creditor's Residential Capital, LLC ( DEBTOR"S) BANKRUPTCY FILING & PETITION UNDER A CHAPTER 11; U.S. Trustee's Settlement Agreements still being adjudicated in the state of NEW YORK.

3. MARKED **EXHIBT "A'**- NTC OF TRUSYEE' SALE UNDER DEED OF TRUST Executive Trustee Services, LLC, dba ETS SERVICES LLC in Burbank California refuses to enjoin its pending sale on 12/10/2012 at 11:00A.M., IN POMONA, CA

4. THE RESPONDENTS ETS SERVICES AS AN ALLEDGED DULY AUTHORIZED TRUSTEE HAS REFUSED TO STOP THE SALE AND DO HIS DUTY UNDER FACT OF MATTER AND NOTICE OF DISPUTE OF CREDITOR'S CLAIM ASSERTED THEREIN THE RES.

SEE : Attached Exhibits and Excerpts of record served upon Appellant(s) Albina Tikhonov et al, at the subject real property at issue of this emergency motion for stay pending appeal, to enjoin the Scheduled Trustee by Executive Trustee Services, LLC, dba ETS SERVICES LLC in Burbank California;

**APPELLANT'S ALBINA TIKHONOV
"EMERGENCY MOTION"
UNDER   CIRCUIT RULE 27-3
IMMEDIATE  RELIEF  REQUESTED
STAY OF  SCHEDULED TRUSTEE SALE ON DECEMBER 10TH, 2012**

4. Appellants Albina Tikhonov and family et al, <u>will suffer irreparable harm</u> by denial of this preliminary injunction. Appellants Albina Tikhonov and family et al have <u>*lived at 14713 VALLEYHEART DRIVE, SHERMAN OAKS, CA, 91403,*</u> for many years together with their children. Appellants Albina Tikhonov and family et al will lose their *abode and suffer* **irreparable harm by denial** of this preliminary injunction. Appellants Albina Tikhonov and family et al will suffer insult, degradation, and deprivation of personhood by denial of this preliminary injunction.

4. Appellants Albina Tikhonov and family et al are likely to prevail in the attached petition. The record in the underlying case makes Appellants Albina Tikhonov and family et al's averments undeniable.

5. <u>**Public interest will not be impaired**</u> by granting this preliminary injunction. The public interest will be impaired by denial of Appellants Albina Tikhonov and family et al's **preliminary injunction by public awareness that citizens can be victimized by those who declare themselves to be of a superior class.**

6. Appellants Albina Tikhonov and family et al have <u>no other remedy at law</u> to protect themselves from **parties records show have conspired to deprive them of their most fundamental rights.**

7. <u>Denial of</u> Appellants Albina Tikhonov and family et al <u>'s preliminary Injunction will cause</u> Appellants Albina Tikhonov and family et al <u>to bear a greatly Unbalanced harm.</u> **Residential Capital LLC; GMAC Mortgage, Inc.**, and THE BANK OF NEW YORK MELON, N.A. AS TRUSTEE ON behalf of CREDITOR J.P. MORGAN N. A.,'s harm would be delayed possession.

**APPELLANT'S ALBINA TIKHONOV
"EMERGENCY MOTION"
UNDER CIRCUIT RULE 27-3
<u>IMMEDIATE RELIEF REQUESTED</u>
<u>STAY OF SCHEDULED TRUSTEE SALE ON DECEMBER 10TH, 2012</u>**

Appellants Albina Tikhonov and family et al's harm will be loss of abode, damage to reputation and character, and assault on personhood.

8. <u>Denial of</u> Appellants Albina Tikhonov and family et al<u>'s preliminary injunction goes beyond economic injury</u>.

9. <u>The cost to the court on error later corrected to the favor of</u> **Residential Capital LLC; GMAC Mortgage, Inc.**, and THE BANK OF NEW YORK MELON, N.A. AS TRUSTEE ON behalf of CREDITOR J.P. MORGAN N. A.,, <u>is not as great as the cost to the Court for error later corrected to</u> Appellants Albina Tikhonov and family et al <u>'s favor.</u>

10. <u>Granting</u> Albina Tikhonov and family et al<u>'s Motion for Preliminary Injunction conserves the property no matter who prevails.</u>  Denial of Appellants Albina Tikhonov and family et al's **Motion for Preliminary Injunction directly effects the property by reducing it to a status of a bell which can't** be "unrung."

California rules governing civil practice require this Court to conduct a show cause hearing requiring the defendant to appear and be recorded verbatim. Ideals of substantial justice and fair play require this Court grant Albina Tikhonov interim relief until **their complaint can be adjudicated** under due process clause of the United States of America Constitutions via ( 14th amendment; Sixth Amendment )

Prepared and submitted by: _____
ALBINA TIKHONOV ET AL
(APPELLANT(S))


**APPELLANT'S ALBINA TIKHONOV
"EMERGENCY MOTION"**
UNDER   CIRCUIT RULE 27-3
**IMMEDIATE  RELIEF  REQUESTED
STAY OF  SCHEDULED TRUSTEE SALE ON DECEMBER 10TH, 2012**

# RJN
# REVIEW OF THE
# APPELANTS' EXCERPTS

## Attached hereto:   A & B

1. MARKED AS **EXHIBIT A"**

   Cease & Desist Demand-

   SERVICE UPON ETS SERVICES, LLC ET AL '

   ALONG WITH Notice of The Original Lender/Creditor's Residential Capital, LLC (DEBTOR"S) BANKRUPTCY FILING & PETITION UNDER A CHAPTER 11; U.S. Trustee's Settlement Agreements still being adjudicated in the state of NEW YORK.

2. MARKED **EXHIBT "B'**- NTC OF TRUSTEE' SALE UNDER DEED OF TRUST Executive Trustee Services, LLC, dba ETS SERVICES LLC in Burbank California refuses to enjoin its pending sale on 12/10/2012 at 11:00A.M., IN POMONA, CA