|  |  |
|---|---|
| In re:<br>**RESIDENTIAL CAPITAL, LLC, et al.,**<br>**Debtors,**               ) | **Jointly Administered**<br>**CASE NO. 12-12020 (MG)** |
| **Albina Tikhonov**                     )<br>                                                     )<br>**Third Party Intervener**           )<br>*(Party in Possession)*                )<br>                  *Petitioner/Plaintiff*   ) | Chapter 11 |
| v. | **ORDER TO SHOW CAUSE** |
| **Executive Trustee Services, LLC;** dba )<br>**ETS Services, LLC** – a Trustee working )<br>on behalf of *Alleged Creditors* **MERS,**   )<br>**THE BANK OF NEW YORK**            )<br>**MELLON for J.P. MORGAN N.A. as** )<br> assignee **(CHASE)**                     ) | |
| 2255 North Ontario Street, Suite 400     )<br>Burbank, California 91504-3120         )<br>                                                        )<br>                       Defendant(s)        ) | |

---

DEFENDANT / RESPONDANT

**PLEASE ISSUE SERVICE TO:**

**Executive Trustee Services, LLC**; dba
**ETS Services, LLC** – As an alleged authorized Trustee **on behalf on the Debtor:**
**Residential Capital LLC et al, and /or its assignees, assigns in the state of**
**California on behalf of New York Mellon**

2255 North Ontario Street, Suite 400, Burbank, California 91504-3120

| | |
|---|---|
| **VIA    RESIDENTIAL**<br>**TO BE SERVED:** (List all documents to be served | OSC HEARING NOTICE AND NOTICE OF MOTION FOR CONTEMPT OF BANKRUPTCY JURISDICATION OVER RES<br><br>By: _[signature]_<br>*Petitioner/Plaintiff* |

# NOTICE NOTICE NOTICE

## ATTACH TO SUMMONS (CA R.C. 2705.031)

**TO THE PERSON SERVED WITH THIS NOTICE: YOU ARE ACCUSED OF CONTEMPT OF A COURT ORDER. YOU SHOULD READ THIS NOTICE.**

(1) A notice of hearing date is attached. Your failure to appear at this hearing may result in the issuance of an order for your arrest. If this case involves alleged failure to pay support, the court may also issue an order for the payment of support by withholding an amount from your personal earnings or by withholding or deducting an amount from some other asset of yours.

(2) You have a right to be represented by legal counsel in this matter. If you believe that you are indigent, you must apply for a public defender or court appointed counsel within three business days after receipt of the attached summons. THE ADDRESS OF THE <u>UNITED STATES BANKRUPTCY COURT S OFFICE</u> IS: **ONE BOWLING GREEN, NEW YORK, NY 10004-1408. THE TELEPHONE NUMBER IS (212) 688-2870** The court may refuse to grant you a continuance at the time of hearing for the purpose of obtaining counsel, if you fail to make a good faith effort to retain counsel or to obtain a public defender.

(3) The following potential penalties could be imposed upon you, if you are found guilty of contempt for your failure to pay support, of for your failure to comply with, or your interference with, a visitation order or decree:

<u>STATUTORY PENALTIES:</u> FOR A FIRST OFFENSE, YOU MAY BE FINED NOT MORE THAN $250 AND IMPRISONED NOT MORE THAN THIRTY DAYS, OR BOTH. FOR A SECOND OFFENSE, YOU MAY BE FINED NOT MORE THAN $500 AND IMPRISONED FOR NOT MORE THAN SIXTY DAYS, OR BOTH. FOR A THIRD OFFENSE, YOU MAY BE FINED NOT MORE THAN $1,000 AND IMPRISONED NOT MORE THAN 90 DAYS, OR BOTH. (R.C. 2705.05)

<u>IMPRISONMENT UNTIL COMPLIANCE:</u> IF YOUR CONTEMPT CONSISTS OF THE OMISSION TO DO AN ACT WHICH THE COURT FINDS YOU CAN YET PERFORM, YOU MAY BE IMPRISONED UNTIL YOU PERFORM IT. (R.C. 2705.06)

<u>SUPPORT CONTEMPT:</u> IF YOU ARE FOUND IN CONTEMPT FOR FAILURE TO MAKE CHILD SUPPORT OR SPOUSAL SUPPORT PAYMENTS AS ORDERED, IN ADDITION TO ALL OTHER PENALTIES, THE COURT MUST ORDER YOU TO PAY ALL COURT COSTS AND REASONABLE ATTORNEY FEES TO THE OTHER PARTY. (R.C. 3105.21, 3109.05(C); & 3105.18(G). IN ADDITION, IF THE COURT FINDS YOUR FAILURE TO PAY CHILD SUPPORT WAS WILLFUL, IT MUST REQUIRE YOU TO PAY INTEREST ON YOUR CHILD SUPPORT ARREARAGES. (R.C. 3123.17)

<u>ADDITIONAL PENALTIES:</u> IN ADDITION TO ALL PENALTIES IMPOSED BY STATUTE, THE COURT HAS THE INHERENT POWER TO IMPOSE ADDITIONAL SANCTIONS FOR CONTEMPT OF COURT. (<u>Hale v. State</u> (1896), 55 Ohio St. 210; <u>Zakany v. Zakany</u> (1984), 9 Ohio St.3d 192.

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK,

Albina Tikhonov – (Real Party Interest)

And Equitable Title HDC in Fee Absolute

Third party Intervener

*Emergency request for RELATIONS DIVISION*

Case no: 12-12020 (MG)

Chapter 11

*Jointly Administered*

## Motion for Contempt/Motion to Show Cause

In re:

RESIDENTIAL CAPITAL, LLC, et al.,

        Debtors,


*TO:* (BRIAN MASUMOTO) –Assigned U.S. Bankruptcy Trustee

*ATTN:*

OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, 33 WHITEHALL STREET, 21st FLOOR, NEW YORK, NY 10004

3. Attn: Gary S. Lee, Esq. at (212) 468-7900 fax # -   Attorneys of the Debtor(s)

*THE ORIGINAL LENDER:*

*DEED OF TRUST*

# 06 0841080 executed in 2008 with creditor now Debtor:

**RESIDENTIAL CAPITAL, LLC, et al.,**


*To the Attention of the Honorable:* ADMINISTRATIVE JUDGE(s)

OFFICE OF THE CLER OF THE BANKRUPTCY COURT, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK, ONE BOWLING GREEN, NY 100004-1408

# UNITED STATES BANKRUPTCY COURT,

# SOUTHERN DISTRICT OF

# NEW YORK

**CASE NO. 12-12020 (MG)**

Chapter 11

| | |
|---|---|
| **In re:** | Jointly Administered |
| **RESIDENTIAL CAPITAL, LLC, et al,** ) | |
|                 **Debtors,** ) | |
| ) | |
| **Albina Tikhonov** ) | |
| ) | |
| **Third Party Intervener** ) | |
| *(Party in Possession)* ) | |
|            *Petitioner/Plaintiff* ) | |
| | **ORDER TO SHOW CAUSE** |
| v. | |
| **Executive Trustee Services, LLC;** dba ) | |
| **ETS Services, LLC** – a Trustee working | |
| on behalf of *Alleged Creditors* MERS, ) | |
| THE BANK OF NEW YORK ) | |
| MELLON for **J.P. MORGAN N.A.** as ) | |
| **Assignee (CHASE)** ) | |
| 2255 North Ontario Street, Suite 400 ) | |
| Burbank, California 91504-3120 ) | |
| ) | |
|            **Defendant(s)** ) | |

This case is before the court upon **Plaintiff/ Petitioner(s) Albina Tikhonov- Real Party Interest and Possession of the Subject Real Property** located at 14713 VALLEYHEART DRIVE, (SHERMAN OAKS AREA), COUNTY OF LOS ANGELES, CALIFORNIA 91403- APN# 2263-021-013: Motion to Show Cause filed requiring    Defendant: **Executive Trustee Services, LLC; dba ETS**

**Services, LLC** – as an <u>alleged authorized assignee:/Trustee to</u> appear before this Court to Show Cause why Defendant <u>alleged trustee working under the scope of Authority for creditors Mortgage Electronic Registration Systems, Inc, and The Bank Of New York Mellon as assigned Trustee</u> should not be held in civil or Criminal contempt OF BANKRUPTCY COURT STAY AND JURSIDICATION OVER REM & RES;

PURSUANT TO:

THE **U.S. TRUSTEE'S NOTICE OF PUBLIC AUCTIONS AND SALE HEARING TO SELL CERTAIN OF DEBTOR'S ASSETS PURSUANT TO ASSET PURCAHSE AGREEMENT SWITH NATIONSTAR MORTAGGE LLC AND BERKSHIRE HAYAWAY INC., AND RELATED RELEIF** .

The motion demonstrates that there is probable cause to believe that <u>**defendant**</u> is in contempt of this court and ORDERS that <u>**defendant**</u> Appear before Judge/Magistrate, at **ONE BOWLING GREEN, NY 100004-1408**_____, on , at  12/ 10/ 2012  AT 9:00 A.M.  to show cause why <u>***defendant***</u>       should        not        be        punished        for Criminal and/or civil contempt of this court.

The attached **NOTICE** is provided for <u>***defendant's***</u> benefit according to law. <u>***Defendant***</u> is also advised that, in connection with this contempt proceeding, <u>***defendant has***</u> the following rights:

1. To be represented by an attorney;
2. Because the court may impose a sentence of indefinite confinement for civil contempt (to force compliance) and/or definite confinement for criminal contempt (to punish noncompliance), to have an attorney appointed for him/her at State expense if he/she cannot afford an attorney;
3. To compel <u>***defendant***</u> to prove his/her case by a preponderance of the evidence as to any civil contempt charges and by proof beyond a reasonable doubt as to any criminal contempt charges;
4. To obtain the presence of witnesses in <u>***defendant's***</u> own behalf by compulsory process if necessary; and
5. To cross-examine the witnesses against <u>***defendant***</u>.

Failure to appear as ordered may result in a warrant issuing to the Montgomery County Sheriff's Office for <u>***defendant's***</u> immediate arrest. Failure to appear is a separate violation of court orders and may result in additional fines and jail sentence.

Costs of this action shall be continued for further order.

**IT IS SO ORDERED:**

ETS
PO Box 9032
Temecula, CA 92589-9032



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:

ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

TSN: CA1100041146
20121106-56

Send Correspondence to:

ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

GENNADY TIKHONOV FDBA G & M MANAGEMENT
LLC FDBA WEST COAST IMAGING
14713 VALLEYHEART DR
SHERMAN OAKS, CA 91403-1601



CANTS_FIRSTCLASS

RECORDING REQUESTED BY
**Executive Trustee Services, LLC dba ETS Services, LLC**

AND WHEN RECORDED MAIL TO:
**Executive Trustee Services, LLC dba ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504-3120**

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan Number: 0270002411    Trustee Sale Number: CA1100041146    APN: 2263-021-013    Title Order No. 110364923-CA-MSI

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 04/06/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: **LEONID OVSOVICH, AN UNMARRIED MAN**
Recorded **04/18/2006** as Instrument No. **06 0841080** in Book **XX**, page **XX** of Official Records in the office of the Recorder of **Los Angeles** County, California
Date of Sale: **12/10/2012** at **11:00 A.M.**
Place of Sale:    **By the fountain located at 400 Civic Center Plaza, Pomona, CA 91766**
Property Address is purported to be:    **14713 VALLEYHEART DRIVE
LOS ANGELES (SHERMAN OAKS AREA), CA 91403**
APN #: **2263-021-013**

The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is **$759,209.57**.

If the sale is set aside for any reason, the purchaser at the sale shall be entitled only to a return of the deposit paid, plus interest. The purchaser shall have no further recourse against the beneficiary, the Trustor or the trustee.



2267261465