**Presentment Date and Time: January 23, 2013 at 12:00 p.m. (ET)**
**Objection Deadline: January 22, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------ ) | | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------ ) | | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO 11**
**U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

     **PLEASE TAKE NOTICE** that pursuant to the *Order Pursuant to Bankruptcy Code*

*Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties*

*May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue*

*Actions to Foreclose Senior Liens* [Docket No. 1824], the undersigned will present the attached

*Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by*

*11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

NY-1073245 v1

New York, New York 10004, Room 501, for signature on **January 23, 2013 at 12:00 p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **January 22, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Norman S. Rosenbaum, Erica J. Richards, and James A. Newton); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn:

Kenneth Eckstein & Greg Horowitz); (i) counsel for Nationstar Mortgage LLC, Sidley Austin

LLP, One South Dearborn, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter); (j) counsel for

Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, New

York 10019 (Attn: Jennifer C. DeMarco & Adam Lesman); (k) counsel for Berkshire Hathaway,

Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, California, 90071

(Attn: Seth Goldman & Thomas B. Walper); (l) Internal Revenue Service, P.O. Box 7346,

Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133,

Philadelphia, PA 19104-5016); (m) Securities and Exchange Commission, New York Regional

Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S.

Canellos, Regional Director); and (n) counsel for the First Lienholder, Cohn & Roth, 100 E. Old

Country Road, Mineola, NY 11501 (Attn: William M. Roth).

     **PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.


Dated: January 15, 2013          Respectfully submitted,
      New York, New York

                       /s/ Norman S. Rosenbaum
                       Norman S. Rosenbaum
                       Erica J. Richards
                       James A. Newton
                       MORRISON & FOERSTER LLP
                       1290 Avenue of the Americas
                       New York, New York 10104
                       Telephone: (212) 468-8000
                       Facsimile: (212) 468-7900

                       *Counsel for the Debtors and*
                       *Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------- )
                                                                              )
In re:                                                                        )   Case No. 12-12020 (MG)
                                                                              )
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,                               )   Chapter 11
                                                                              )
                                                       Debtors.               )   Jointly Administered
                                                                              )
----------------------------------------------------------------------------- )

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures

Order"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"Bankruptcy Code") establishing procedures (the "Stay Relief Procedures") for requesting relief

from the automatic stay to complete the foreclosure of a senior mortgage and security interest on

lands and premises with respect to which the Debtors hold or service a subordinate mortgage and

security interests; and Green Tree Servicing, LLC ("Movant") having requested (the "Request")

relief from the automatic stay in accordance with the Stay Relief Procedures in connection with

the property of Kyle and Caroline Gatlin with an address of 318 East H. Street, Ontario, CA

91764 (the "Mortgaged Property") and due and proper notice of the Request having been made

on all necessary parties; and the above-captioned Debtors (the "Debtors") having consented to

the relief sought in the Request on the terms and conditions contained in this stipulation and

order ("Stipulation and Order"),

---

[1]   Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures Order.

ny-1068878

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this

Stipulation and Order, through their undersigned counsel, upon all of the proceedings had before

the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      The automatic stay imposed in this case by section 362(a) of the

Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent

necessary to allow Movant to complete the foreclosure of the mortgage and security interest it

holds on the Mortgaged Property.

3.      Movant shall provide due notice to the Debtors in connection with any

action to be taken with respect to the Mortgaged Property, including, but not limited to,

proceeding with a sale of the Mortgaged Property, in accordance with and to the extent required

by applicable state law.

4.      To the extent proceeds from any sale of the Mortgaged Property exceed

the valid amounts due and owing to Movant and any other entity holding a valid and enforceable

lien on the Mortgaged Property that is senior to the lien of the Debtors, such proceeds shall be

turned over within thirty (30) days after such sale is completed (a) to the Debtors' estates, or

(b) to the extent the Debtors' interest in the Property is an asset subject to purchase under an

asset purchase agreement between the Debtors and a Stalking Horse Bidder (or any other

purchaser) (each, an "APA"), then, on and after the closing of the sale under such APA, to such

purchaser via wire transfer.

5.      This Stipulation and Order may not be modified other than by a signed

writing executed by the Parties hereto or by further order of the Court.

ny-1068878

6.      This Stipulation and Order may be executed in multiple counterparts, each

of which shall be deemed an original but all of which when taken together shall constitute one

and the same instrument.

**7.**      Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this

Stipulation and Order imposed by such Bankruptcy Rule is waived.  Movant is authorized to

implement the provisions of this Stipulation and Order immediately upon its entry.

8.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | GREEN TREE SERVICING, LLC |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By: /s/ William M. Roth<br>William M. Roth<br>Cohn & Roth<br>100 E. Old Country Road<br>Mineola, New York 11501<br>Telephone:  (516) 747-3030<br>Facsimile:  (516) 747-3046<br><br>*Counsel for Green Tree Servicing, LLC* |

APPROVED AND SO ORDERED
This ___ day of_____, 2013, in New York.

_____
**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

3