WOMBLE CARLYLE SANDRIDGE &
  RICE, LLP
Thomas M. Horan (*pro hac vice* pending)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
Telephone: (302) 252-4339
Facsimile: (302) 661-7707
E-mail: thoran@wcsr.com

*Counsel for J.P. Morgan Mortgage
Acquisition Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

I, Thomas M. Horan, request admission, ***pro hac vice***, before the Honorable Martin Glen, to represent *J.P. Morgan Mortgage Acquisition Corporation*, an interested party in the above-referenced ☒ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Delaware and am admitted to practice before the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

WCSR  7617106v1

Dated: January 15, 2013

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4339
Facsimile: (302) 661-7707
E-mail:  thoran@wcsr.com

*Counsel for J.P. Morgan Mortgage Acquisition Corporation*

WCSR  7617106v1