MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
)
in re:                                    )    Case No. 12-12020 (MG)
)
RESIDENTIAL CAPITAL, LLC, et al.,    )    Chapter 11
)
Debtors.    )    Jointly Administered
)
---------------------------------------------------------------

**NOTICE OF HEARING FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 29, 2013 AT 10:00 A.M. (EST)**

**PLEASE TAKE NOTICE** that the following objections to the *Debtors' Motion*

*Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002,*

*6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including*

*Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing;*

*(III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and*

*(B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances,*

*and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements*

*Thereto: (III) Approving the Assumption and Assignment of Certain Executory Contracts and*

*Unexpired Leases Related Thereto; and (IV) Granting Related Relief,* which were previously

scheduled to be heard at the hearings on January 10, 2013 at 2:00 p.m. (Prevailing Eastern Time)

and January 16, 2013 at 10:00 a.m. (Prevailing Eastern Time), will be heard before the

Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

York 10004 on January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time) (the "Cure Hearing"):

    **a.**    Objection of Wells Fargo Bank, N.A. to Debtors' Sale Motion [Docket No. 1979]

        **(i)**    Limited Objection of Wells Fargo Bank, N.A. to Debtors' Motion to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto [Docket No. 1648]

        **(ii)**    Wells Fargo Bank, N.A.'s Objection to the Proposed Sale Orders and Response to Debtors' Omnibus Reply to Objections to Debtors' Sale Motion [Docket No. 2209]

    **b.**    Limited Objection of Ally Financial Inc. and Ally Bank to the Debtors' Proposed Platform Sale Motion [Docket No. 2069]

        **(i)**    Notice of Filing of Ally Financial Inc. Support Letter in Relation to the Debtors' Proposed Sale of Assets [Docket No. 1845] [Docket No. 1845]

        **(ii)**    Limited Objection and Reservation of Rights of Ally Financial Inc. and Ally Bank Regarding Assumption and Assignment of Certain Executory Contracts to Nationstar Mortgage LLC [Docket No. 1659]

    **c.**    Objection of DB Structured Products, Inc. and MortgageIT Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 1623]

        **(i)**    Supplemental Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 2037]

    **d.**    Statement and Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation with

Respect to Debtors' Motion for Order (I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 2015]

    **(i)**    Objection and Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation to Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 1810]

**e.**    Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice [Docket No. 1746]

    **(i)**    Declaration of Lori Sinanyan in Support of the Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice [Docket No. 1748]

**f.**    Objection of MBIA Insurance Corporation to First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1736]

## Adjourned

**g.**    CitiMortgage, Inc.'s Objection to the Debtors' Proposed Sale of the Servicing Platform [Docket No. 1992]

    **(i)**    CitiMortgage, Inc.'s Objection to the Debtors' Proposals: (I) to Assume and Assign Certain Executory Contracts; and (II) to Assign Cure Amounts Related Thereto [Docket No. 1646]

    **(ii)**    CitiMortgage, Inc.'s (A) Supplemental Objection to the Debtors' Proposals: (I) To Assume and Assign Certain Executory Contracts; and (II) to Assign Cure Amounts Related Thereto; and (B) Objection to the Debtors' Second Notice of Intent to (I) Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto [Docket No. 2210]

h.      Objection and Reservation of Rights of Wells Fargo Bank, N.A., to
        Proposed Cure Amounts and Assumption and Assignment of Exectory
        Contracts [Docket No. 1632]

i.      Objection of Wells Fargo Bank, N.A., as Custodian for Residential
        Mortgage Backed SecuritiesTrusts, to Proposed Cure Amounts and
        Assumption and Assignment of Executory Contracts [Docket No. 1633]

j.      Objection of Dallas CPT Fee Owner, L.P. to the Proposed Assumption and
        Assignment of their Non-Residential Lease with Residential Funding
        Corporation and to the Proposed Cure Amounts [Docket No. 1625]

k.      CoreLogic, Inc.'s Objection to Debtors' Proposed Cure Amounts
        Necessary to Assume Contracts [Docket No. 1662]

l.      Objection of Cal-Western Reconveyance Corporation to the First
        Supplemental Notice of (I) Debtor's Intent to Assume and Assign Certain
        Executory Contracts, Unexpired Leases of Personal Property, and
        Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts
        Related Thereto [Docket No. 1557]

m.      Objection of Pite Duncan, LLP to Notice of (I) Debtors' Intent to Assume
        and Assign Certain Executory Contracts, Unexpired Leases of Personal
        Property, and Unexpired Leases of Nonresidential Real Property and
        (II) Cure Amounts Related Thereto and First Supplemental Notice of
        (I) Debtors' Intent to Assume and Assign Certain Executory Contracts,
        Unexpired Leases of Personal Property, and Unexpired Leases of
        Nonresidential Real Property and (II) Cure Amounts Related Thereto
        [Docket No. 1631]

n.      Iron Mountain Information Management, Inc.'s Reservation of Rights and
        Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign
        Certain Executory Contracts and Unexpired Leases of Personal Property
        and Unexpired Leases of Nonresidential Real Property and (II) Cure
        Amounts Related Thereto [Docket No. 1636]

o.      Objection of Hewlett-Packard Company and HP Enterprise Services, LLC
        to the Debtors' Proposed Assumption and Assignment of Executory
        Contracts [Docket No. 1641]

p.      Objection of Canon USA, Inc. to Proposed Cure Amounts and
        Assumption and Assignment of Executory Contracts [Docket No. 1937]

Dated:  January 15, 2013
        New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*