Objection Deadline: January 31, 2013 at 4:00 p.m. (EST)
Hearing Date and Time: February 7, 2013 at 10:00 a.m. (EST)

WOMBLE CARLYLE SANDRIDGE &
   RICE, LLP
Thomas M. Horan (*pro hac vice* pending)
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4339
Facsimile: (302) 661-7707
E-mail: thoran@wcsr.com

Jeffrey L. Tarkenton (*pro hac vice* pending)
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
Telephone: (202) 857-4450
Facsimile: (202) 261-0050
E-mail: jtarkenton@wcsr.com

*Counsel for J.P. Morgan Mortgage Acquisition Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF MOTION OF J.P. MORGAN MORTGAGE ACQUISITION CORPORATION FOR RELIEF FROM STAY

     **PLEASE TAKE NOTICE THAT** the Motion of J.P. Morgan Mortgage Acquisition Corporation ("J.P. Morgan") for Relief from Stay (the "Motion") was filed on January 16, 2013.
     **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, NY 10004 (the "Bankruptcy Court") on **February 7, 2013 at 10:00 a.m. (EST).**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion is filed with the Bankruptcy Court, served on counsel for J.P. Morgan at the address listed below, and served upon all other parties required by the Order Establishing Certain Notice, Case Management and Administrative Procedures (Doc. No. 141) on or before January 31, 2013 (the "Objection Deadline"), the Bankruptcy Court may grant the relief requested in the Motion without conducting a hearing.

Dated:  January 16, 2013
      Wilmington, DE

*/s/ Thomas M. Horan*
Thomas M. Horan
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
Tel:  (302) 252-4339
Fax:  (302) 661-7707
thoran@wcsr.com

Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Tel:  (202) 857-4450
Fax:  (202) 261-0050
jtarkenton@wcsr.com

*Counsel for J.P. Morgan Mortgage Acquisition Corporation*