## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2013, I caused a copy of the foregoing Motion of J.P. Morgan Mortgage Acquisition Corporation for Relief from Stay to be served (a) via the Court's CM/ECF notification system to all parties registered to receive notices in these cases, (b) via electronic mail and first class, U.S. mail, postage prepaid, upon the persons listed on the attached Special Service List[1] and (c) via electronic mail and first class, U.S. mail, postage prepaid upon the following:

**Counsel for Stephen J. Canterbury**
Henry W. McLaughlin
The Law Office of Henry McLaughlin, P.C.
Ninth and Main Building, Ste. 1375
707 East Main Street
Richmond, VA 23219
henry@mclaughlinvalaw.com

**Counsel for GMAC**
Elizabeth S. Flowers
Troutman Sanders LLP
222 Central Park Ave.
Suite 2000
Virginia Beach, VA 23462
Liz.flower@troutmansanders.com

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Thomas M. Horan*
　　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Horan

---

[1] The US Trustee will be served only by U.S. Mail.

## SPECIAL SERVICE LIST

### Office of the United States Trustee for the Southern District of New York

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
Phone: (212) 510-0500
Facsimile: (212) 668-2255
Email:     Tracy.Davis2@usdoj.gov
           Brian.Masumoto@usdoj.gov
           Linda.Riffkin@usdoj.gov

### Office of the United States Attorney General

U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.
Phone: (202) 514-2063
Facsimile: (202)307-6777
Email: AskDOJ@usdoj.com

### Office of the New York Attorney General

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
Neal Mann, Esq.
Phone: (518) 474-5481
Email:   Nancy.Lord@OAG.State.NY.US
         Neal.Mann@OAG.State.NY.US

### Office of the U.S. Attorney for SDNY

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.
Phone:    (212) 637-2200
Facsimile: (212) 637-2745

WCSR 7605711v2

**Debtors**

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com

**Counsel to the Debtors**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
 Gary S. Lee, Esq.
 Lorenzo Marinuzzi, Esq.
Phone: (212) 468-8000
Facsimile: (212) 468-7900
Email: LNashelskly@mofo.com
 Glee@mofo.com
 LMarinuzzi@mofo.com

**Counsel to the Creditors' Committee**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
 Doug Mannal
Phone: (212) 715-9100
Facsimile: (212) 715-8000
Email: keckstein@kramerlevin.com
 dmannal@kramerlevin.com

**Prepetition Lenders**

Citibank N.A.
390 Greenwich Street
6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran
Phone: (212) 723-6753
Facsimile: (646) 291-3799
Email: bobbie.theivakurnaran@citi.com

Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines
Facsimile: (202) 752-2208
Email: john_s_forlines@fanniemae.com

**Counsel to Ally Financial Inc.**

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
       Richard M. Cieri
Phone: (212) 446-4800
Facsimile: 212) 446-4900
Email:    richard.cieri@kirkland.com
          stephen.hessler@kirkland.com
          projectrodeo@kirkland.com
          william.b.solomon@ally.com
          timothy.devine@ally.com

**Indenture Trustees**

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Phone: (201) 593-2456
Email: kevin.vargas@db.com

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Phone: (215) 761-9317
Email: george.rayzis@usbank.com

4

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Phone: (651) 495-3404
Facsimile: (651) 495-8100
Email: irinia.palchuk@usbank.com

**Counsel to U.S. Bank National Association**

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
      Eric R. Wilson
Phone: (212) 808-7800
Facsimile: (212) 808-7987
Email: kdwbankruptcydepartment@kelleydrye.com

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

**Counsel to Administrative Agent for the Debtors' Providers of Debtor in Possession Financing**

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
      Ken Ziman
Phone: (212) 735-3849
Facsimile: (917) 777-3849
Email: jhofer@skadden.com
       kziman@skadden.com

**Nationstar Mortgage LLC**

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel
Phone: (469) 549-2000
Facsimile: (972) 315-8637

5

**Counsel to Nationstar Mortgage LLC**
Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan
      Jessica CK Boelter
Phone: (312) 853-7710
Facsimile: (312) 853-7036
Email: lnyhan@sidley.com
       jboelter@sidley.com
       bmyrick@sidley.com

**Internal Revenue Service**

Internal Revenue Service P.O. Box 7346
Philadelphia, PA 19101-7346 Facsimile: (267) 941-1015

Overnight mail should be directed to: Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

**U.S. Securities and Exchange Commission**

Securities and Exchange Commission, New York Regional Office 3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director
Phone: (212) 336-1100
Email: newyork@sec.gov