**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re:                                                    :  Chapter 11
                                                          :
RESIDENTIAL CAPITAL, LLC, et al.,                         :  Case No. 12-12020 (MG)
                                                          :
                        Debtors.                          :  Jointly Administered
---------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF HOWARD SEIFE**
**IN CONNECTION WITH RETENTION AND EMPLOYMENT**
**OF CHADBOURNE & PARKE LLP AS COUNSEL TO THE EXAMINER**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, HOWARD SEIFE declares as follows:

1.      I am an attorney-at-law, duly admitted to practice before all of the courts of the State of New York, as well as the United States District Court for the Southern District of New York, among others.   I am a member of the firm of Chadbourne & Parke LLP ("Chadbourne"), which maintains a principal office for the practice of law at 30 Rockefeller Plaza, New York, New York 10112.

2.      I submit this declaration (the "Supplemental Declaration") as a supplement to my declaration dated July 17, 2012 (the "Initial Declaration") submitted in connection with the retention of Chadbourne as counsel to the Examiner.   Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

3.      I previously submitted the Initial Declaration in connection with the Application (the "Application") of Arthur J. Gonzalez, Esq., as Examiner (the "Examiner") for Order Authorizing the Retention and Employment of Chadbourne as Counsel to the Examiner Nunc Pro Tunc to July 11, 2012.   The Court approved the Application and authorized Chadbourne's retention pursuant to an order entered on August 9, 2012.

1

4.     In connection with its retention in these chapter 11 cases, Chadbourne monitors its connections with the above-captioned debtors (the "Debtors"), their creditors, and other parties in interest.  As set forth in the Initial Declaration, Chadbourne intends to continue filing supplemental declarations as and if any additional relevant information becomes available.

5.     The Initial Declaration disclosed the following regarding Chadbourne's connections with Wilmington Trust, N.A. and White & Case LLP, respectively:

| Name Searched | Category of Party in Interest | Comments and Status |
|---|---|---|
| Wilmington Trust, N.A. | Member of the Creditors' Committee/ Servicing Counterparties (Trustees) | Chadbourne & Parke represents the Creditors' Committee in the Tribune Company, et al. chapter 11 cases, in which Wilmington Trust is a member of the Committee. |
| White & Case | Rule 2004 Motion Party | Chadbourne had represented White & Case LLP in a certain discrete insurance law matter that was entirely unrelated to the Debtors or these chapter 11 cases but does not currently represent White & Case LLP. In addition, Chadbourne and White & Case LLP are both shareholders in Bar Assurance and Reinsurance, Ltd., a captive insurance company that provides professional liability and malpractice insurance for its shareholder law firms. |

6.     Chadbourne hereby supplements the foregoing disclosures as follows:

(a)     Chadbourne is in the process of being retained by Wilmington Trust, N.A. ("Wilmington") to act as counsel to Wilmington in its capacity as a successor collateral agent and administrative agent in an existing financing transaction wholly unrelated to the Debtors' chapter 11 cases.

(b)      Beata Bielińska, the wife of an associate in Chadbourne's Warsaw office, worked as a Director of Administration in the Warsaw office of White & Case until the end of December, 2012.

7.      Chadbourne also reviewed all notices of appearance filed in the Debtors' chapter 11 cases after the Initial Declaration through January 7, 2013, and further reviewed certain significant court papers filed in the Debtors' cases and identified involved parties.  To the extent that Chadbourne did not previously run a search on these parties in connection with the Initial Declaration, Chadbourne caused the names of these additional parties (the "Additional Parties") to be input into Chadbourne's conflicts database to determine whether Chadbourne has connections to such parties, and, if so, whether such connections relate in any way to the representation of the Examiner in this case.  In addition, on January 15 and 16, 2013, Chadbourne solicited information by firm-wide emails to all attorneys to determine whether Chadbourne has any connections to the Additional Parties.  In each case, except as otherwise noted, the relevant inquiry period was the two-year period preceding the date of this Supplemental Declaration.  A list of the Additional Parties searched is annexed hereto as Exhibit A.  The following connections with Additional Parties, each wholly unrelated to the Debtors' chapter 11 cases, were identified:

| Name Searched | Comments and Status |
| --- | --- |
| Bayerische Landesbank | Chadbourne & Parke represents or has represented a related affiliate of this entity in a matter unrelated to the Debtors' chapter 11 cases. |
| IBM Corporation | Chadbourne & Parke represents a related affiliate of this entity in a matter unrelated to the Debtors' chapter 11 cases. |
| Davidson Kempner Capital Management LLC | Chadbourne & Parke represents or has represented related affiliates in matters unrelated to the Debtors' chapter 11 case. |

3

| Neuberger Berman Europe Limited | Chadbourne & Parke represents or has represented related affiliates in matters unrelated to the Debtors' chapter 11 case. |
| San Bernardino County | Chadbourne & Parke represented the interested party in a matter unrelated to the Debtors' chapter 11 cases. |
| The TCW Group, Inc. | Chadbourne & Parke represents or has represented related affiliates in matters unrelated to the Debtors' chapter 11 case. |

8.     After consulting with the Examiner, Chadbourne entered into an agreement with Update Legal, a legal staffing firm which has provided Chadbourne with a number of contract attorneys to assist in the review of the millions of pages of documents produced and to be produced to the Examiner.  The document review work performed by these attorneys is intensive but of limited duration, and it is therefore most effective and cost-efficient for these services to be performed by contract attorneys rather than by attorneys who are Chadbourne employees.  Chadbourne reviewed the resumes of a number of contract attorneys and selected those best qualified for the document review tasks.  These contract attorneys are supervised by attorneys employed by Chadbourne.  Each of these contract attorneys has undergone the same screening process for any potential connections to the Debtors, their creditors, and other parties in interest as described in the Initial Declaration and herein.  The following connections of contract attorneys, each wholly unrelated to the Debtors' chapter 11 cases, were identified:

| Name Searched | Comments and Status |
| --- | --- |
| Bankruptcy Judge Cecelia G. Morris | A contract attorney was an intern for Judge Morris in Poughkeepsie, NY during law school. |
| First Horizon Home Loan Corporation, Nomura Asset Acceptance Corporation, Nomura Credit & Capital, Inc. and Nomura Home Equity Loan, Inc. | A contract attorney worked on a document review project that involved First Horizon Home Loan Corporation and one or more Nomura affiliates in matters wholly unrelated to the Debtors' chapter 11 cases. |

9.      The use of contract attorneys will reduce costs to the Debtors' estates and provide Chadbourne with much needed flexibility to assist the Examiner in his investigation in the most timely and cost-effective way possible.  Chadbourne will request reimbursement only for the amount billed to Chadbourne by Update Legal and paid by Chadbourne to such firm.

10.     To the best of my knowledge and after due inquiry, Chadbourne neither holds nor represents any interest adverse to the Debtors, their creditors, or other parties in interest, or their respective attorneys in these chapter 11 cases.  Moreover, to the best of my knowledge, and information and after due inquiry, Chadbourne continues to be a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_/s/  Howard Seife_____
Howard Seife

Sworn to and subscribed
before me this 17th day
of January 2013.

_/s/ David M. Bava_____
Notary Public

**David M. Bava**
**Notary Public, State of New York**
**No. 01BA6175197**
**Qualified in New York County**
**Commission Expires Oct. 9, 2015**

5

# **EXHIBIT A**

## RESIDENTIAL CAPITAL, LLC
## ADDITIONAL PARTY LIST

Lone Star U.S. Acquisitions, LLC

Commonwealth of Pennsylvania, Bureau of Compliance

Bank of the West

IBM Corporation

Mary Perkins White

Township of Wall

County of Putnam

Mercer (US) Inc.

Petra Finance LLC

Paul N. Papas II

Donald T. Prather

Nyctl 2011-A Trust

Ray Elliott

Wendy Alison Nora

Newport Management Corporation

Ad Hoc Consortium of RMBS holders

Fedelina Roybal-Deaguero 2008 Trust

State of New York

San Bernardino County

Iron Mountain Information Management, Inc.

Oracle America, Inc.

Missouri Department of Revenue

Manufacturers and Traders Trust Company

Plaintiffs and the Putative Class filed by Ira M. Levee on behalf of Lead Plaintiff and the Putative Class

State of Michigan, Department of Treasury

Travis County

Aldine Independent School District

Homeowners Claimants

Locke Lord LLP

Aurelius Capital Management, LP

EMC Corporation

Jasper County

Caley Dehkhoda & Qadri

Texas Ad Valorem Taxing Jurisdictions

Monroe County Tax Claim Bureau

PennyMac Loan Services, LLC

Monarch Alternative Capital LP

UMB Bank, N.A.

Tennessee Department of Revenue

Neighborhood Assistance Corporation of America

Law Debenture Trust Company of New York

Residential Credit Solutions

Township of Saddle Brook

Davidson Kempner Capital Management

DO S1 Limited

Marathon Asset Management

Venor Capital Management

York Capital Management

Bayerische Landesbank

Cascade Investment, LLC

Kore Advisors, L.P.

Neuberger Berman Europe Limited

Pacific Investment Management Company LLC

SNB StabFund

The TCW Group, Inc.

Anchor Bank, fsb, Bankwest, Inc.

Caterpillar Insurance Co., Ltd.

Caterpillar Insurance Co., Ltd.

Caterpillar Product Services Corp.

Cedar Hill Mortgage Opportunity Master Fund, LP

Commonwealth Advisors, Inc.

CQS Select Master Fund Limited

CQS ABS Select Master Fund Limited

CQS ABS Alpha Master Fund Limited

DNB National Bank

Doubleline Capital LP

Ellington Management Group, LLC

Everest Reinsurance (Bermuda) Ltd.

Everest International Re, Ltd.

Farallon Capital Management, LLC

Farmers and Merchants Trust Company of Chambersburg

First National Banking Company

First National Bank of Wynne

First Federal Bank of Michigan

First Farmers State Bank

First Reliance Standard Life Ins. Co.

HBK Master Fund L.P.

HBK Master Fund L.P.

Heartland Bank

Kerndt Brothers Savings Bank

Knights of Columbus

LL Funds LLC

Lea County State  Bank

Pinnacle Bank of South Carolina

Peoples Independent Bank

Perkins State Bank

Randolph Bank and Trust

Reliance Standard Life Ins. Co.

Rocky Mountain Bank & Trust

Royal Park Investments SA/NV

Safety National Casualty Corp.

Summit Credit Union

South Carolina Medical Malpractice Liability JUA

Thomaston Savings Bank

Union Investment Luxembourg S.A.

Wells River Savings Bank

Vertical Capital, LLC

Blue Heron Funding V

Commerce BancShares, Inc.

Gemstone CDO I

Gemstone CDO II

Gemstone CDO V

Gemstone CDO VII

Kleros Preferred Funding V

Manichaean Capital, LLC

Phoenix Light SF Limited

Rocky Mountain Bank & Trust

SBLI USA Mutual Life Insurance Company

Silver Elms CDO II Limited

Silver Elms CDO plc

United Educators Insurance - Reciprocal Risk Retention Group

CPAM: 5217744.4