**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Thomas M. Horan to be admitted, ***pro hac vice***, to represent *J.P. Morgan Mortgage Acquisition Corporation* (the "Client"), an interested party in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Thomas M. Horan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **January 17, 2013**
    New York, New York             ____/s/Martin Glenn_____
                                    UNITED STATES BANKRUPTCY JUDGE

WCSR 7617114v1