IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | Case No. 12-12020 (MG) |
| Debtors; | ) | Jointly Administered |
| | ) | |
| ANTOINETTE ARIBAL, | ) | |
| | ) | |
| Movant. | ) | |

## AFFIDAVIT OF SERVICE

CHRISTOPHER COPPEL, being duly sworn, deposes and says:

1. I am employed as a Paralegal by Edelman, Combs, Latturner & Goodwin LLC. 120 South LaSalle St. Floor 18. Chicago, IL 60603.

2. I caused to be served the "**Notice of Hearing on Motion Made by Antoinette Aribal,**" dated January 11, 2013, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered to the Monthly Service List as of January 2, 2013 via U.S First Class Mail and email (where available) on January 15, 2013.

Christopher Coppel

Sworn to before me this
16th day of January, 2013

Notary Public

OFFICIAL SEAL
THOMAS E SOULE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/20/14