UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

**STIPULATION AND ORDER PERMITTING
MORGAN STANLEY & CO. INCORPORATED,
N/K/A MORGAN STANLEY & CO. LLC
TO FILE PROOFS OF CLAIM AFTER THE BAR DATE**

This stipulation and order (the "**Stipulation**") is made and entered into by, between and among the debtors and debtors in possession in the above-captioned bankruptcy case (collectively, the "**Debtors**")[1] and Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC ("**Morgan Stanley,**" and collectively with the Debtors, the "**Parties**"). The Parties, by and through their respective counsels, respectfully submit this Stipulation permitting Morgan Stanley to file four proofs of claim (each a "**Proof of Claim**"), copies of which are attached hereto as Exhibits 1 through 4, no later than January 16, 2013.

**RECITALS:**

A. On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code. The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). No trustee has been appointed in these Chapter 11 cases.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 6].

B. On August 29, 2012 the Bankruptcy Court set November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for filing proofs of claim against the Debtors (the "**General Bar Date**") pursuant to the *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (the "**General Bar Date Order**") [Docket No. 1309].

C. On November 7, 2012 the Bankruptcy Court ordered that the General Bar Date was extended to and including Friday, November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time) (the "**Extended General Bar Date**") pursuant to the *Order Extending Deadline for Filing Proofs of Claim* [Docket No. 2093] (the "**Extended Bar Date Order**").

D. Counsel to Morgan Stanley, the firm of Marino, Tortorella & Boyle, P.C. ("**MTB**"), has submitted the Certification of Kevin H. Marino (the "Marino Certification") annexed hereto as Exhibit "A" by which counsel has certified that MTB experienced significant disruption of its practice as a result of Superstorm Sandy, including the loss of all power to its offices for one week and a diminution in its capacity to operate effectively for several weeks thereafter; and as a result of that disruption, MTB sought the consent of Debtors to file the four Proofs of Claim (Exhibits 1 through 4 hereto) notwithstanding the passage of the Extended Bar date, with such claims to be deemed timely filed.

E. Based on the Marino Certification and MTB's timely request, the Debtors are prepared to consent to Morgan Stanley's request subject to the terms hereof.

NOW, THEREFORE, it is hereby stipulated and agreed, and upon approval by the Bankruptcy Court it shall be SO ORDERED:

1. Morgan Stanley's Proofs of Claim shall be deemed timely filed notwithstanding the occurrence of the General Bar Date or the Extended Bar Date; *provided* that Morgan Stanley

2

shall cause such Proofs of Claim to be actually filed no later than January 16, 2013. Absent further order of the Bankruptcy Court, if Morgan Stanley fails to comply with this Stipulation by timely filing the Proofs of Claim Morgan Stanley shall be barred from: (i) asserting any claims against the Debtors or their Chapter 11 estates; and (ii) participating in any distribution in these Chapter 11 cases on account of any and all claims Morgan Stanley may have against any of the Debtors or their Chapter 11 estates.

2. In all other respects, Morgan Stanley is subject to all of the terms and conditions of the General Bar Date Order or the Extended General Bar Date Order.

5. The Parties shall retain any and all rights and defenses with respect to the Proofs of Claim, including with respect to the validity, priority, and amount of any claim asserted pursuant to the Proofs of Claim. Nothing herein shall constitute or be deemed to constitute an admission of liability by the Debtors with respect to any claim.

6. This Stipulation shall not become effective unless and until it is approved and entered by the Bankruptcy Court.

7. This Stipulation is entered into by the Debtors and Morgan Stanley for administrative convenience only and is without prejudice to, and expressly reserves, the rights of all parties-in-interest to contest the allowance of any such claims.

8. Neither the Stipulation nor any negotiations and writings in connection with this Stipulation shall in any way be construed as or deemed to constitute an admission of liability by the Debtors with respect to any claim asserted by the Proofs of Claim.

9. Each of the Parties hereto represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

10. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original, but all of which together shall constitute one instrument.

11. The Bankruptcy Court shall retain jurisdiction to hear any disputes relating to or arising from this Stipulation.

12. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry by the Bankruptcy Court.

**SO STIPULATED.**

Dated: December 21, 2012

/s/  Norman S. Rosenbaum

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
*Counsel to the Debtors and Debtors in Possession*

/s/  Kevin H. Marino

**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 079281-1488
Telephone: (973) 824-9300
Facsimile: (973) 824-8425
*Attorneys for Morgan Stanley & Co. Incorporated, n/k/a Morgan Stanley & Co. LLC*

**SO ORDERED.**

Dated: January 18, 2013
      New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge
