**Presentment Date and Time: January 29, 2013 at 12:00 p.m. (ET)**
**Objection Deadline: January 28, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO 11**
**U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

   **PLEASE TAKE NOTICE** that the undersigned will present the attached proposed

*Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by*

*11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501, for signature on **January 29, 2013, at 12:00 p.m.**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket

No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case

filing system, and be served, so as to be received no later than **January 28, 2013 at 4:00 p.m.**

**(Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster LLP, 1290

Avenue of the Americas, New York, NY 10104 (Attn: Gary S. Lee, Norman S. Rosenbaum, and

Lorenzo Marinuzzi); (b) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A.

Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S.

Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S.

Attorney General, Eric H. Holder, Jr.); (d)  Office of the New York State Attorney General, The

Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office

of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York,

NY 10007 (Attn: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis

LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to

Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher

& Flom LLP, Four Times Square, New York, New York 10036 (Attn: Ken Ziman & Jonathan H.

Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel

LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein & Greg

Horowitz); (i) counsel for Nationstar Mortgage LLC, Sidley Austin LLP, One South Dearborn,

NY-1067544

Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter); (j) counsel for Ocwen Loan Servicing,

LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, New York 10019 (Attn:

Jennifer C. DeMarco & Adam Lesman); (k) counsel for Berkshire Hathaway, Inc., Munger,

Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, California, 90071 (Attn: Seth

Goldman & Thomas B. Walper); (l) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA

19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA

19104-5016); (m) Securities and Exchange Commission, New York Regional Office, 3 World

Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional

Director); and (n) counsel for the First Lienholder, Shapiro, DiCaro & Barak, LLC, 105 Maxess

Road, Suite N109, Melville, NY 11747 (Attn: Shari S. Barak).

      **PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served, and received in accordance with this Notice, the Court may enter

the Order without further notice or hearing.


Dated:  January 18, 2013           Respectfully submitted,
       New York, New York


                      /s/ Norman S. Rosenbaum
                      Norman S. Rosenbaum
                      Erica J. Richards
                      James A. Newton
                      MORRISON & FOERSTER LLP
                      1290 Avenue of the Americas
                      New York, New York 10104
                      Telephone: (212) 468-8000
                      Facsimile: (212) 468-7900


                      *Counsel for the Debtors and*
                      *Debtors in Possession*

NY-1067544

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re                                              :
                                                   :          Chapter 11
RESIDENTIAL CAPITAL, LLC, *et al*.        :
                                                   :          Case No. 12-12020 (MG)
                             Debtors.       :
                                                   :          (Jointly Administered)
-------------------------------------------------------x

### STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)
### MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

**WHEREAS** RBS Citizens, N.A ("**First Lienholder**") holds a senior mortgage and

security interest on lands and premises of John J. Pachai, III & Cheryl A. Pachai with an address

of 115 Mack St., Groton, NY 13073 (the "**Mortgaged Property**");

**WHEREAS** the relevant land records reflect that GMAC Mortgage, LLC, one of the

above-captioned debtors (the "**Debtors**") hold a subordinate lien on the Mortgaged Property;

**WHEREAS** the First Lienholder has requested (the "**Request**") the Debtors' consent to

relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code

(the "**Bankruptcy Code**"), to continue and complete the foreclosure of its interests in the

Mortgaged Property;

**WHEREAS** a foreclosure proceeding initiated by the First Lienholder has been pending

in Tompkins County, CT since June 30, 2010 and the First Lienholder desires to continue with

that foreclosure proceeding;

**WHEREAS** the Debtors, following a review of their records have determined that to the

best of their knowledge they do not hold any interest in the Mortgaged Property;

**WHEREAS** the Debtors have consulted with the Creditors' Committee regarding the

Request;

NY-1067544

**WHEREAS** the Debtors have agreed to consent to the Request on the terms and conditions contained in this Stipulation and Order;

**NOW, THEREFOR**, it is hereby stipulated and agreed as between the parties to this Stipulation and Order, through their undersigned counsel, as follows:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The First Lienholder's Request is granted as set forth herein.

2.     To the extent applicable, the automatic stay imposed in these cases by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to allow the First Lienholder to continue and complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.     The First Lienholder shall provide due notice to the Debtors in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to proceeding with a sale of the Mortgaged Property, in accordance with and to the extent required by applicable state law.

4.     This Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

5.     This Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

6.     Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), the 14-day stay of this Order imposed by such rule is waived.  The First Lienholder is authorized to implement the provisions of this Order immediately upon its entry.

NY-1067544

7.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Order.

Dated: January ___, 2013
        New York, New York

_____
**HONORABLE MARTIN GLENN**
**UNITED STATES BANKRUPTCY JUDGE**

| GMAC MORTGAGE, LLC | RBS CITIZENS, N.A |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By: /s/ Shari S. Barak<br>Shari S. Barak<br>Shapiro, DiCaro & Barak, LLC<br>105 Maxess Road, Suite N109<br>Melville, NY 11747<br>Tel:  (631) 844-9611<br>Fax:  (631) 844-9525<br><br>*Counsel for RBS Citizens, N.A* |

NY-1067544