UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>PATRICIA DUMAS and<br>RONALD C. DUMAS aka<br>PATRICIA BOYD, et al.<br><br>  Debtor(s). | Chapter: 13<br><br>Case No. See Attached<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of counsel for the Secured Creditor in the above entitled case, and all open New York Bankruptcy cases for which Melissa N. Licker, Esq. has a Notice of Appearance on behalf of Fein, Such & Crane, LLP referenced in attached Schedule "A".

Dated: January 14, 2013                    Dated: January 14, 2013


/S/ Tammy L. Terrell, Esq.                 /S/ Melissa N. Licker, Esq.
**FEIN, SUCH & CRANE, LLP**                **FEIN, SUCH & CRANE, LLP**
By: TAMMY L. TERRELL BENOZA, ESQ.          By: MELISSA N. LICKER, ESQ.
Superseding Attorney(s)                    Withdrawing Attorney(s)

# Schedule A

# Select a Case

**There was 1 matching person.**

**There were 112 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Licker, Melissa N (aty) (112 cases) | 08-22716-rdd | Ronald C. Dumas and Patricia Dumas | 13 | 05/21/08 | N / A | N / A |
| | 08-37273-cgm | John L. Peduto and Marie A. Peduto | 13 | 10/13/08 | N / A | N / A |
| | 08-37660-cgm | Joseph J. Holup and Jennifer K. Holup | 13 | 11/26/08 | N / A | N / A |
| | 09-22505-rdd | Ivan D Baraque | 13 | 04/02/09 | N / A | N / A |
| | 09-23677-rdd | Frederick Douglas Michel | 13 | 09/09/09 | N / A | N / A |
| | 09-23814-rdd | Hershy Itzkowitz | 13 | 09/30/09 | N / A | N / A |
| | 09-36872-cgm | Josef R. Poandl and Linda C. Poandl | 13 | 07/15/09 | N / A | N / A |
| | 09-37998-cgm | John Mackey and Margaret Mackey | 13 | 10/30/09 | N / A | N / A |
| | 09-38051-cgm | Juan R. Ramos and Glenny Y, Ramos | 13 | 11/02/09 | N / A | N / A |
| | 09-38373-cgm | Michael J. Agnese and Barbara A. Agnese | 13 | 12/02/09 | N / A | N / A |
| | 10-11507-reg | Henry Thomas O'Hara and Robin G. O'Hara | 7 | 03/23/10 | N / A | N / A |
| | 10-11611-shl | Phillip Whitley | 13 | 03/29/10 | N / A | N / A |
| | 10-22038-rdd | Eurice Preudhomme-Pereira | 13 | 01/11/10 | N / A | N / A |
| | 10-22758-rdd | Susan L. Washer | 13 | 04/21/10 | N / A | N / A |
| | 10-23168-rdd | Chaim Leib Saperstein | 13 | 06/08/10 | N / A | N / A |

| Case Number | Debtor | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 10-23175-rdd | Maria Romeo | 13 | 06/09/10 | N / A | N / A |
| 10-23385-rdd | Brenda Depasquale-Gerson and Daniel A Gerson | 13 | 07/08/10 | N / A | N / A |
| 10-23409-rdd | George T. Barron and Oney Marie Barron | 13 | 07/13/10 | N / A | N / A |
| 10-23450-rdd | Earl Nash and Diana Tanya Nash | 13 | 07/19/10 | N / A | N / A |
| 10-23456-rdd | Patrick A. Knibb | 13 | 07/20/10 | N / A | N / A |
| 10-23689-rdd | Ericson Soriano and Mary Jean A Soriano | 13 | 08/16/10 | N / A | N / A |
| 10-23961-rdd | Richard G. Atkins | 7 | 09/22/10 | N / A | N / A |
| 10-24071-rdd | Cletus Hyacinth and Terri Hyacinth | 13 | 10/01/10 | N / A | N / A |
| 10-24092-rdd | Howard W Bleiwas and Cynthia B Bleiwas | 7 | 10/05/10 | N / A | N / A |
| 10-24315-rdd | Barbara E Parks | 13 | 11/03/10 | N / A | N / A |
| 10-24347-rdd | Larkland A. Wright and Josephine Wright | 13 | 11/11/10 | N / A | N / A |
| 10-24487-rdd | Errol Forde | 13 | 12/01/10 | N / A | N / A |
| 10-24497-rdd | Emmanuel P. Faure and Rana S. Faure | 13 | 12/01/10 | N / A | N / A |
| 10-24510-rdd | Joseph A. Pagliocca | 7 | 12/04/10 | N / A | N / A |
| 10-24521-rdd | Mohammed F Jakada and Sharon Jakada | 13 | 12/06/10 | N / A | N / A |
| 10-24546-rdd | Kerlande Benoit | 13 | 12/10/10 | N / A | N / A |
| 10-35041-cgm | Edward C. Anderes and Marilyn A. Anderes | 13 | 01/08/10 | N / A | N / A |
| 10-35141-cgm | David K Crandall and Debra L Crandall | 13 | 01/21/10 | N / A | N / A |
| 10-36502-cgm | Thomas McKenna and Christine McKenna | 13 | 05/21/10 | N / A | N / A |
| 10-37004-cgm | David N. Wathe and Julia A. Wathe | 13 | 06/30/10 | N / A | N / A |
| 10-37498-cgm | Marco A. Denzer and Gina A. Denzer | 13 | 08/19/10 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 10-37621-cgm | Gail L Edwards | 13 | 08/31/10 | N / A | N / A |
| 10-37855-cgm | Steven Rodriguez | 13 | 09/23/10 | N / A | N / A |
| 10-37856-cgm | Rebecca Borras | 13 | 09/23/10 | N / A | N / A |
| 10-37865-cgm | Jenaro R Ojeda Ortiz | 13 | 09/23/10 | N / A | N / A |
| 10-38123-cgm | Mark Seidel and Michelle Seidel | 13 | 10/15/10 | N / A | N / A |
| 10-38181-cgm | Domingo Camacho | 13 | 10/20/10 | N / A | N / A |
| 10-38407-cgm | Scott E. Post and Christine M. Post | 7 | 11/05/10 | N / A | N / A |
| 10-38438-cgm | Jan H. Patchey and Debra L. Patchey | 13 | 11/09/10 | N / A | N / A |
| 10-38530-cgm | Paul Polischuk and Ana Polischuk | 7 | 11/19/10 | N / A | N / A |
| 10-38678-cgm | Wendy Joi Oliveras and Juan Oliveras | 13 | 12/02/10 | N / A | N / A |
| 10-38898-cgm | Joanne E. Powers | 13 | 12/22/10 | N / A | N / A |
| 10-38974-cgm | Marian E. Zitzelsberger | 13 | 12/30/10 | N / A | N / A |
| 10-40001-mg | Vilma Lozano | 7 | 11/10/10 | N / A | N / A |
| 11-11625-shl | Felicia Stallworth | 7 | 04/06/11 | N / A | N / A |
| 11-12112-shl | Teresita Contreras | 13 | 05/03/11 | N / A | N / A |
| 11-22029-rdd | Eric Cohen | 7 | 01/10/11 | N / A | N / A |
| 11-22054-rdd | Carina V. Gabriele and Christopher Gabriele | 13 | 01/17/11 | N / A | N / A |
| 11-22110-rdd | Domingo Correa | 13 | 01/30/11 | N / A | N / A |
| 11-22159-rdd | Robert B Rosenberg and Laura M Rosenberg | 13 | 02/03/11 | N / A | N / A |
| 11-22232-rdd | Thomas H. Hampton and Terry L. Hampton | 13 | 02/15/11 | N / A | N / A |
| 11-22263-rdd | Pinches Braun and Ester S. Braun | 7 | 02/18/11 | N / A | N / A |
| 11-22276-rdd | Dawanna L.C. Veneable and Raygo D. Veneable | 13 | 02/19/11 | N / A | N / A |
| | Paul F Caputo and | | | | |

| Case | Name | Chapter | Date | | |
|---|---|---|---|---|---|
| 11-22402-rdd | Gina M Caputo | 7 | 03/07/11 | N/A | N/A |
| 11-23001-rdd | Sheila Spezzaferro | 13 | 05/21/11 | N/A | N/A |
| 11-35009-cgm | Thomas E Brennan | 13 | 01/04/11 | N/A | N/A |
| 11-35125-cgm | Jeannette Casesa | 13 | 01/21/11 | N/A | N/A |
| 11-35129-cgm | George Chaves and Dolores Chaves | 13 | 01/21/11 | N/A | N/A |
| 11-35237-cgm | Richard Jude Stern and Caroline Anne Stern | 13 | 02/02/11 | N/A | N/A |
| 11-35241-cgm | John H. Tucci | 13 | 02/03/11 | N/A | N/A |
| 11-35258-cgm | Peter Veneziano and Annemarie Veneziano | 13 | 02/04/11 | N/A | N/A |
| 11-35350-cgm | Susan Bordanaro | 13 | 02/16/11 | N/A | N/A |
| 11-35370-cgm | Nigel S. Wright and Beverly Wright | 13 | 02/18/11 | N/A | N/A |
| 11-35422-cgm | Edward J Alongi | 7 | 02/25/11 | N/A | N/A |
| 11-35542-cgm | Edward J. Collins and Gladys M. Collins | 13 | 03/03/11 | N/A | N/A |
| 11-35579-cgm | Walter B See and Barbara J See | 13 | 03/07/11 | N/A | N/A |
| 11-35629-cgm | Charles N Hall and Patricia L Felix-Hall | 13 | 03/11/11 | N/A | N/A |
| 11-35693-cgm | Ferdinand S. Teye and Comfort B. Phillips | 13 | 03/17/11 | N/A | N/A |
| 11-35762-cgm | Kristen Marie Muller | 13 | 03/24/11 | N/A | N/A |
| 11-35838-cgm | Enrico Variara and Debra Variara | 13 | 03/30/11 | N/A | N/A |
| 11-35910-cgm | Ann Kaszas | 13 | 04/04/11 | N/A | N/A |
| 11-36087-cgm | Kenneth L. Ward, Jr. and Lucia Ward | 7 | 04/20/11 | N/A | N/A |
| 11-36224-cgm | Ralph R Longo | 13 | 04/29/11 | N/A | N/A |
| 11-36227-cgm | Walter Spagnola | 13 | 04/29/11 | N/A | N/A |
| 11-36347-cgm | Brandon A. Durham | 13 | 05/10/11 | N/A | N/A |
| 11-36356-cgm | Jason C Ward and Anna R Ward | 13 | 05/11/11 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 11-36377-cgm | Robert C. Engenito and Kim M. Engenito | 13 | 05/13/11 | N/A | N/A |
| 11-36469-cgm | Dennis M. Alexander and Sylvia V. Alexander | 13 | 05/20/11 | N/A | N/A |
| 11-36480-cgm | Robert Irish | 13 | 05/23/11 | N/A | N/A |
| 11-37939-cgm | Marianna Economico | 13 | 10/20/11 | N/A | N/A |
| 11-40001-shl | Anthea Zeimann | 13 | 03/31/11 | N/A | N/A |
| 12-12020-mg | Residential Capital, LLC | 11 | 05/14/12 | N/A | N/A |
| 12-12504-shl | Maureen Pikulak | 13 | 06/11/12 | N/A | N/A |
| 12-13248-shl | Clifford Jackson | 13 | 07/29/12 | N/A | N/A |
| 12-13682-shl | John P Glantzis | 13 | 08/29/12 | N/A | N/A |
| 12-14264-smb | Darlene A Ivan | 7 | 10/16/12 | N/A | N/A |
| 12-22394-rdd | Peter Elie | 7 | 02/27/12 | N/A | N/A |
| 12-22520-rdd | Mario Capocci | 13 | 03/13/12 | N/A | N/A |
| 12-23150-rdd | Santanu Som and Debjani Som | 13 | 06/20/12 | N/A | N/A |
| 12-23180-rdd | Arther L Margro | 7 | 06/25/12 | N/A | N/A |
| 12-23192-rdd | Terry L Schneider | 7 | 06/27/12 | N/A | N/A |
| 12-23240-rdd | Mohammed Sayem | 13 | 07/02/12 | N/A | N/A |
| 12-23249-rdd | Rodney Fontil and Stacy Beth Merriweather Fontil | 13 | 07/05/12 | N/A | N/A |
| 12-23301-rdd | Rudy Quesada, III and Annette Cuebas | 7 | 07/16/12 | N/A | N/A |
| 12-23385-rdd | Zoraida Rodriguez | 13 | 07/31/12 | N/A | N/A |
| 12-23421-rdd | Claudio N Gerson | 13 | 08/06/12 | N/A | N/A |
| 12-23502-rdd | Yitzchak Adler | 13 | 08/16/12 | N/A | N/A |
| 12-23508-rdd | Alfredo Zaldivar | 11 | 08/17/12 | N/A | N/A |
| 12-23520-rdd | Jeffry L Kashuk and Audrey Kashuk | 7 | 08/20/12 | N/A | N/A |
| 12-23532-rdd | Albert David Boykin, Jr | 7 | 08/22/12 | N/A | N/A |

New York Southern Live System     Page 6 of 6
12-12020-mg   Doc 2675   Filed 01/21/13   Entered 01/21/13 09:07:21   Main Document
Pg 8 of 8

| | | | | | |
|---|---|---|---|---|---|
| 12-23595-rdd | Sean Patrick Corson | 13 | 09/03/12 | N / A | N / A |
| 12-23622-rdd | Maria E Guerrero | 7 | 09/07/12 | N / A | N / A |
| 12-23637-rdd | Jacqueline V. Tucker | 7 | 09/13/12 | N / A | N / A |
| 12-23644-rdd | Michael A Guidice and Frances J Guidice | 13 | 09/14/12 | N / A | N / A |
| 12-35003-cgm | Cartel Perlmutter | 13 | 01/03/12 | N / A | N / A |
| 12-35221-cgm | Christopher J Carpinone | 13 | 01/31/12 | N / A | N / A |
| 12-35229-cgm | Jeffrey M Walfish and Sue R Daniels-Walfish | 7 | 02/01/12 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/09/2013 11:42:24 | | | |
| **PACER Login:** | fs0013 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: licker FName: melissa Open Cases: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |