UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                          : Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,               : Case No. 12-12020 (MG)
                                                :
                    Debtors.                    : Jointly Administered
                                                :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2013, I caused to be served the "Fee Statement of Epiq Bankruptcy Solutions, LLC for Compensation for Services and Reimbursement of Expenses as Information Agent for the Official Committee of Unsecured Creditors for the Period from December 1, 2012 Through December 31, 2012," dated January 18, 2013, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kerry O'Neil

Sworn to before me this
21st day of January, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\Rescap\Affidavits\Epiq Fee Statement Dec_AFF_1-18-13_KH.doc

**EXHIBIT A**

| RES FEE APP 10-19-12 | RES FEE APP 10-19-12 |
|---|---|
| Morrison & Foerster LLP<br>Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein & Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 |

| RES FEE APP 10-19-12 | RES FEE APP 10-19-12 |
|---|---|
| Office of the United States Trustee<br>Attn: Tracy Hope Davis, Linda Rifkin & Brian S. Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Kirkland & Ellis<br>Attn: Richard M. Cieri and Ray C. Schrock<br>601 Lexington Avenue<br>New York, NY 10022 |

RES FEE APP 10-19-12

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Ken Ziman and Jonathan H. Hofer
4 Times Square
New York, NY 10036