# **Exhibit 1**

# APPENDIX

**Appendix Index**

| Exhibit | Court | Case No. | Case Name | ECF No. | Date Filed | Title of Pleading |
|---|---|---|---|---|---|---|
| **1.** | **The MERS Action** | | | | | |
| A | U.S. District Court, Eastern District of Kentucky | 08-cv-00456-JBC-JBT | *Heather McKeever and Shane M. Haffey v. Mortgage Electronic Registration Systems, Inc.* | 1 | 10/21/08 (in Fayette County Circuit Court) | Complaint filed in Fayette County Circuit Court, Case No. 08-CI-5375 |
| B | U.S. District Court, Eastern District of Kentucky | 08-cv-00456-JBC-JBT | *Heather McKeever and Shane M. Haffey v. Mortgage Electronic Registration Systems, Inc.* | 27 | 10/14/09 | Opinion and Order |
| C | U.S. District Court, Eastern District of Kentucky | 08-cv-00456-JBC-JBT | *Heather McKeever and Shane M. Haffey v. Mortgage Electronic Registration Systems, Inc.* | 28 | 10/14/09 | Opinion and Order |
| D | U.S. District Court, Eastern District of Kentucky | 08-cv-00456-JBC-JBT | *Heather McKeever and Shane M. Haffey v. Mortgage Electronic Registration Systems, Inc.* | 29 | 10/14/09 | Opinion and Order |
| E | U.S. District Court, Eastern District of Kentucky | 08-cv-00456-JBC-JBT | *Heather McKeever and Shane M. Haffey v. Mortgage Electronic Registration Systems, Inc.* | 58 | 3/16/10 | Memorandum Opinion and Order |
| F | U.S. District Court, Eastern District of Kentucky | 08-cv-00456-JBC-JBT | *Heather McKeever and Shane M. Haffey v. Mortgage Electronic Registration Systems, Inc.* | 64 | 4/16/10 | Notice of Appeal |
| **2.** | **The Declaratory Judgment Action** | | | | | |
| A | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 1 | 11/7/08 | Complaint for Declaratory Relief |

ny-1073927

| Exhibit | Court | Case No. | Case Name | ECF No. | Date Filed | Title of Pleading |
|---|---|---|---|---|---|---|
| B | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 81 | 7/26/10 | Motion for Reconsideration |
| C | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 90 | 9/13/10 | Memorandum Opinion and Order |
| D | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 93 | 10/12/10 | Notice of Appeal |
| E | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 97 | 11/8/10 | Memorandum Opinion and Order |
| F | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 133 | 1/12/12 | Order |
| G | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 135 | 1/23/12 | Order |

ny-1073927

| Exhibit | Court | Case No. | Case Name | ECF No. | Date Filed | Title of Pleading |
|---|---|---|---|---|---|---|
| H | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 150 | 3/2/12 | Memorandum Opinion and Order |
| I | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 157 | 6/1/12 | Memorandum Opinion & Order |
| J | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 158 | 6/1/12 | Judgment |
| K | U.S. District Court, Eastern District of Kentucky | 08-cv-00459-JBC-REW | *GMAC Mortgage, LLC, on behalf of Deutsche Bank, as Trustee v. Heather Boone McKeever a/k/a Heather M. Haffey and Shane M. Haffey* | 164 | 6/30/12 | Notice of Appeal Final Order Pending Appeal 10-5999 and 10-6249 Notice of Filing Chapter 11 Bankruptcy and the Automatic Stay |
| 3. | **The Haffey – GMACM Action** | | | | | |
| A | U.S. District Court, Eastern District of Kentucky | 08-cv-00510-JBC | *Shane Haffey and Heather McKeever v. Mortgage Electronic Registration Systems, Inc. and GMAC Mortgage, LLC* | 1 | 11/21/08 (filed in Fayette County Circuit Court) | Complaint |
| B | U.S. District Court, Eastern District of Kentucky | 08-cv-00510-JBC | *Shane Haffey and Heather McKeever v. Mortgage Electronic Registration Systems, Inc. and GMAC Mortgage, LLC* | 17 | 9/4/09 | Opinion and Order |

ny-1073927

| Exhibit | Court | Case No. | Case Name | ECF No. | Date Filed | Title of Pleading |
|---|---|---|---|---|---|---|
| C | U.S. District Court, Eastern District of Kentucky | 08-cv-00510-JBC | *Shane Haffey and Heather McKeever v. Mortgage Electronic Registration Systems, Inc. and GMAC Mortgage, LLC* | 31 | 6/29/10 | Memorandum Opinion and Order |
| D | U.S. District Court, Eastern District of Kentucky | 08-cv-00510-JBC | *Shane Haffey and Heather McKeever v. Mortgage Electronic Registration Systems, Inc. and GMAC Mortgage, LLC* | 32 | 6/29/10 | Judgment |
| E | U.S. District Court, Eastern District of Kentucky | 08-cv-00510-JBC | *Shane Haffey and Heather McKeever v. Mortgage Electronic Registration Systems, Inc. and GMAC Mortgage, LLC* | 33 | 7/26/10 | Motion for Reconsideration |
| F | U.S. District Court, Eastern District of Kentucky | 08-cv-00510-JBC | *Shane Haffey and Heather McKeever v. Mortgage Electronic Registration Systems, Inc. and GMAC Mortgage, LLC* | 35 | 9/13/10 | Memorandum Opinion and Order |
| 4. | **The Bluegrass Action** | | | | | |
| A | U.S. District Court, Eastern District of Kentucky | 09-cv-00255-JBC | *Shane Haffey and Heather McKeever v. Bill Allen, Mark Herron, Jennifer Frye, and the Bank of the Bluegrass and Trust Co.* | 1 | | Complaint |
| B | U.S. District Court, Eastern District of Kentucky | 09-cv-00255-JBC | *Shane Haffey and Heather McKeever v. Bill Allen, Mark Herron, Jennifer Frye, and the Bank of the Bluegrass and Trust Co.* | 17 | 5/24/10 | Memorandum Opinion and Order |

| Exhibit | Court | Case No. | Case Name | ECF No. | Date Filed | Title of Pleading |
|---|---|---|---|---|---|---|
| 5. | The Foreclosure Action | | | | | |
| A | U.S. District Court, Eastern District of Kentucky | 09-cv-00362 | *Deutsche Bank Trust Company Americas, as Trustee for 2007 QS-10 Trust v. Heather McKeever Haffey; Shane M. Haffey, State Farm Bank, F.S.B.; and Gentry Mechanical Systems, Inc.* | 1 | 11/12/09 | Complaint for Foreclosure |
| B | U.S. District Court, Eastern District of Kentucky | 09-cv-00362-JBC | *Deutsche Bank Trust Company Americas, as Trustee for 2007 QS-10 Trust v. Heather McKeever Haffey; Shane M. Haffey, State Farm Bank, F.S.B.; and Gentry Mechanical Systems, Inc.* | 17 | 2/9/10 | Verified Answer, Counterclaim, Third Party Complaint and Demand for Jury Trial |
| C | U.S. District Court, Eastern District of Kentucky | 09-cv-00362-JBC | *Deutsche Bank Trust Company Americas, as Trustee for 2007 QS-10 Trust v. Heather McKeever Haffey; Shane M. Haffey, State Farm Bank, F.S.B.; and Gentry Mechanical Systems, Inc.* | 28 | 6/22/10 | Memorandum Opinion and Order |
| D | U.S. District Court, Eastern District of Kentucky | 09-cv-00362-JBC | *Deutsche Bank Trust Company Americas, as Trustee for 2007 QS-10 Trust v. Heather McKeever Haffey; Shane M. Haffey, State Farm Bank, F.S.B.; and Gentry Mechanical Systems, Inc.* | 39 | 8/31/10 | Memorandum Opinion and Order |
| E | U.S. District Court, Eastern District of Kentucky | 09-cv-00362-JBC | *Deutsche Bank Trust Company Americas, as Trustee for 2007 QS-10 Trust v. Heather McKeever Haffey; Shane M. Haffey, State Farm Bank, F.S.B.; and Gentry Mechanical Systems, Inc.* | 43 | 8/11/11 | Memorandum Opinion and Order |

| Exhibit | Court | Case No. | Case Name | ECF No. | Date Filed | Title of Pleading |
|---|---|---|---|---|---|---|
| F | U.S. District Court, Eastern District of Kentucky | 09-cv-00362-JBC | *Deutsche Bank Trust Company Americas, as Trustee for 2007 QS-10 Trust v. Heather McKeever Haffey; Shane M. Haffey, State Farm Bank, F.S.B.; and Gentry Mechanical Systems, Inc.* | 45 | 6/1/12 | Judgment |
| **6.** | **The Deutsche Quiet Title Action** | | | | | |
| A | U.S. District Court, Eastern District of Kentucky | 11-cv-00188-JBC | *Shane M. Haffey v. Deutsche Bank National Trust Company Americas, as Trustee; Patricia Kelleher; Gentry Mechanical Systems, Inc. and State Farm Bank, F.S.B.* | 1 | 6/3/11 | Notice of Removal |
| B | U.S. District Court, Eastern District of Kentucky | 11-cv-00188-JBC | *Shane M. Haffey v. Deutsche Bank National Trust Company Americas, as Trustee; Patricia Kelleher; Gentry Mechanical Systems, Inc. and State Farm Bank, F.S.B.* | 46 | 10/3/12 | Judgment |
| C | U.S. District Court, Eastern District of Kentucky | 11-cv-00188-JBC | *Shane M. Haffey v. Deutsche Bank National Trust Company Americas, as Trustee; Patricia Kelleher; Gentry Mechanical Systems, Inc. and State Farm Bank, F.S.B.* | 47 | 10/26/12 | Plaintiff's Rule 59 and Rule 60 Motion to Vacate Orders Docs. #s 178, 45 & 46 in Relation to the Automatic Stay |
| D | U.S. District Court, Eastern District of Kentucky | 11-cv-00188-JBC | *Shane M. Haffey v. Deutsche Bank National Trust Company Americas, as Trustee; Patricia Kelleher; Gentry Mechanical Systems, Inc. and State Farm Bank, F.S.B.* | 50 | 12/20/12 | Memorandum Opinion and Order |

ny-1073927

| Exhibit | Court | Case No. | Case Name | ECF No. | Date Filed | Title of Pleading |
|---|---|---|---|---|---|---|
| 7. | **Sixth Circuit Appellate Docket Reports** | | | | | |
| A | United States Court of Appeals for the Sixth Circuit | 10-05999 | *Heather Boone McKeever and Shane M. Haffey v. Mortgage Electronic Registration Systems, Inc., et al.* | N/A | N/A | Consolidated Appellate Docket |
| B | United States Court of Appeals for the Sixth Circuit | 10-06249 | *GMAC Mortgage, LLC v. Heather McKeever* | N/A | N/A | Sixth Circuit Appellate Docket |
| C | United States Court of Appeals for the Sixth Circuit | 12-05802 | *GMAC Mortgage, LLC v. Heather McKeever* | See Ruling dated 10/3/12 | N/A | Sixth Circuit Appellate Docket |

ny-1073927