# Sixth Circuit Appellate Docket Reports



12-12020-mg    Doc 2679-8    Filed 01/22/13    Entered 01/22/13 15:16:09    Exhibit 1
(Part 8)    Pg 2 of 16

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 10-5999 | **Docketed:** 08/18/2010 |
| **Nature of Suit:** 3371 Truth in Lending | |
| Heather McKeever, et al v. Mortgage Electronic Registrati, et al | |
| **Appeal From:** Eastern District of Kentucky at Lexington | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Civil
  **2)** Private
  **3)** Federal Question

**Originating Court Information:**
  **District:** 0643-5 : 08-00459
  **Court Reporter:** Rhonda S. Sansom
  **Court Reporter:** Peggy Weber-Westman
  **Trial Judge:** Jennifer B. Coffman, Chief District Judge
  **Date Filed:** 11/07/2008

| **Date Order/Judgment:** | **Date NOA Filed:** |
|---|---|
| 07/12/2010 | 08/12/2010 |

  **District:** 0643-5 : 08-00456
  **Court Reporter:** Rhonda S. Sansom
  **Court Reporter:** Peggy Weber-Westman
  **Trial Judge:** Jennifer B. Coffman, Chief District Judge
  **Date Filed:** 11/07/2008

| **Date Order/Judgment:** | **Date NOA Filed:** |
|---|---|
| 07/12/2010 | 08/12/2010 |

**Prior Cases:**
10-5577
**Date Filed:** 05/14/2010   **Date Disposed:** 06/03/2010   **Disposition:** Settlement

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | | | | |
| | 10-5999 | 10-6249 | 12/06/2010 | |
| | 10-5999 | 12-5802 | 10/02/2012 | |
| | 10-6249 | 12-5802 | 10/02/2012 | |

| | |
|---|---|
| HEATHER BOONE MCKEEVER<br>    Plaintiff - Appellant | Heather Boone McKeever<br>Direct: 859-552-7388<br>[COR LD NTC Retained]<br>Law Offices<br>3250 Delong Road<br>Lexington, KY 40515 |
| SHANE M. HAFFEY<br>    Plaintiff - Appellant | Heather Boone McKeever<br>Direct: 859-552-7388<br>[COR LD NTC Retained]<br>(see above) |
| v. | |
| ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE<br>SUBJECT MATTER OF THIS ACTION<br>    Defendant | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>    Defendant - Appellee | David J. Kellerman<br>Direct: 502-584-1135<br>[COR LD NTC Retained]<br>Middleton Reutlinger |

|  |  |
|---|---|
|  | Firm: 502-584-1135<br>401 S. Fourth Street<br>Suite 2500<br>Louisville, KY 40202 |
| GMAC MORTGAGE LLC<br>  Defendant - Appellee | Jonathan D. Rose<br>Direct: 615-252-2308<br>[NTC Retained]<br>Bradley, Arant, Boult & Cummings<br>Firm: 615-244-2582<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203<br><br>Christopher E. Thorsen<br>Direct: 615-252-2328<br>[NTC Retained]<br>Bradley, Arant, Boult & Cummings<br>Firm: 615-244-2582<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 |

HEATHER BOONE MCKEEVER; SHANE M. HAFFEY

    Plaintiffs - Appellants

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

    Defendant - Appellee

and

ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION

    Defendants

| Date | Doc | Description |
|---|---|---|
| 08/18/2010 | 3 pg, 13.96 KB | Civil Case Docketed. Notice filed by Appellants Shane M. Haffey and Ms. Heather Boone McKeever. Transcript needed: y. (This case opening letter is being resent to include a corrected caption on page 3.)--[Edited 08/18/2010 by LMN] (LMN) |
| 08/18/2010 | | The case manager for this case is: Linda Niesen (LMN) |
| 08/19/2010 | 1 pg, 12.22 KB | 4a4 Notice filed. Motion (RE #81) for Reconsideration of the court's Judgment filed in District Court on 7/26/10. Case held in abeyance (LMN) |
| 08/24/2010 | 1 pg, 11.36 KB | LETTER SENT to resume case and remove it from abeyance status. The 4a4 Notice filed on 8/19/2010 was improvidently docketed. The motion for reconsideration of the court's judgment filed in District Court on 7/26/2010, RE #81, related to District Court case number 08-00510 only. Case number 10-5999 will now proceed in this Court. (LMN) |
| 08/24/2010 | | Mediation Office is involved in this appeal. (CAW) |
| 08/24/2010 | 2 pg, 48.2 KB | Mediation telephone conference has been scheduled for 09/21/2010 at 9:30 am ET with Mr. McFaull. [Please open notice for important details and deadlines.] (CAW) |
| 08/24/2010 | 2 pg, 12.73 KB | LETTER SENT to extend time to file case opening forms: appearance form; transcript order form; statement of issues; disclosure of corporate affiliations. Forms now due 9/7/2010. (LMN) |
| 09/07/2010 | 1 pg, 101.38 KB | APPEARANCE filed for Appellants Shane M. Haffey and Ms. Heather Boone McKeever by Law Office of Heather McKeever PLLC. Certificate of Service: 09/07/2010. (HBM) |
| 09/07/2010 | 1 pg, 80.31 KB | CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES filed by Attorney Ms. Heather Boone McKeever for Appellants Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service:09/07/2010. (HBM) |
| 09/07/2010 | 4 pg, 119.98 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Ms. Heather Boone McKeever for Appellants Shane M. Haffey and Ms. Heather Boone McKeever Certificate of Service: 09/07/2010. (HBM) |
| 09/08/2010 | 1 pg, 101.06 KB | APPEARANCE filed for Appellee Mortgage Electronic Registration Systems, Inc. by David J. Kellerman. Certificate of Service: 09/08/2010. (DJK) |
| 09/08/2010 | 1 pg, 51.96 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. David J. Kellerman for Appellee Mortgage Electronic Registration Systems, Inc. Certificate of Service: 09/08/2010. (DJK) |
| 09/10/2010 | 0 pg, 0 KB | TRANSCRIPT ORDER FORM filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever; No hearings held in District Court. Certificate of Service: 09/10/2010. (This entry is locked because the form was filed blank. Ms. McKeever has refiled this form.)--[Edited 09/13/2010 by LMN] (HBM) |
| 09/13/2010 | 2 pg, 139.18 KB | TRANSCRIPT ORDER FORM filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever; No hearings held in District Court. Certificate of Service: 09/13/2010. (HBM) |
| 09/13/2010 | 2 pg, 13.79 KB | BRIEFING LETTER SENT setting briefing schedule: appellant brief due 10/25/2010; appellee brief due 11/29/2010. (LMN) |
| 10/14/2010 | 1 pg, 34.12 KB | Mediation follow-up telephone conference has been scheduled for 10/26/2010 at 10:00 A.M. (Eastern Time) with Roderick McFaull. [Please open notice for important details and deadlines.] (WJR) |
| 10/14/2010 | 1 pg, 37.21 KB | BRIEFING LETTER SENT by Mediation Office, resetting briefing schedule: appellant brief now due 11/09/2010. appellee brief now due 12/13/2010. (WJR) |
| 11/15/2010 | 1 pg, 38.81 KB | BRIEFING LETTER SENT by Mediation Office, resetting briefing schedule: appellant brief now due 12/07/2010. appellee brief now due 01/06/2011. (CAW) |
| 11/23/2010 | | Mediation Office is no longer involved in this appeal. (LMR) |
| 12/03/2010 | 3 pg, 82.97 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever to hold case in abeyance, to consolidate for briefing and submission cases 10-6249 10-5999, to extend time to file brief. Certificate of Service: 12/03/2010. (HBM) |
| 12/06/2010 | 3 pg, 30.94 KB | ORDER filed GRANTING motion to consolidate for briefing [4293845-3], [4293841-3]; declaring as moot motion to extend time to file brief [4293845-4], [4293841-4]; GRANTING motion to hold case in abeyance [4293845-2], [4293841-2] filed by Ms. Heather Boone McKeever for Heather Boone McKeever and Shane M. Haffey. [10-5999, 10-6249] (LMN) |
| 12/21/2010 | 2 pg, 72.37 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 12/21/2010. On December 15, 2010, the Court, upon its own Motion ORDERED that â€œthe parties shall file a joint scheduling proposal no later that January 14, 2011. Failing agreement, the parties shall separately file a proposal no later than January 14, 2011. Whether joint or |

| Date | Doc | Description |
|---|---|---|
| | | separate, the proposal shall suggest deadlines and case events for the resolution of both cases.â€Next status report due 01/20/2011 [10-5999, 10-6249]--[Edited 12/21/2010 by LMN] (HBM) |
| 01/26/2011 | 2 pg, 71.26 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The parties filed by agreement a Joint Scheduling Proposal on or before January 14, 2011, as Ordered by the District Court and are currently awaiting the Courtâ€™s Scheduling Order. Further, as part of said Joint Proposal, the parties have agreed to attend a formal Mediation Conference on or before April 1, 2011, in an attempt to resolve the matters. Certificate of Service: 01/26/2011. Next status report due 02/25/2011 [10-5999, 10-6249]--[Edited 01/27/2011 by LMN] (HBM) |
| 01/31/2011 | 1 pg, 100.98 KB | APPEARANCE filed for Appellee Mortgage Electronic Registration Systems, Inc. in 10-5999 by David J. Kellerman. Certificate of Service: 01/31/2011. [10-6249, 10-5999] (DJK) |
| 01/31/2011 | 1 pg, 50.07 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. David J. Kellerman for Appellee Mortgage Electronic Registration Systems, Inc. Certificate of Service: 01/31/2011. [10-6249, 10-5999] (DJK) |
| 03/03/2011 | 2 pg, 70.73 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. A Joint Scheduling Order has been entered by the District Court. Further, the parties have agreed to attend a formal Mediation Conference on or before May 1, 2011, in an attempt to resolve the matters. Certificate of Service: 03/03/2011. Next status report due 04/04/2011. [10-5999, 10-6249]--[Edited 03/07/2011 by LMN] (HBM) |
| 04/29/2011 | 2 pg, 70.72 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 04/29/2011. A Joint Scheduling Order has been entered by the District Court. Further, the parties have agreed to attend a formal Mediation Conference on or before May 1, 2011, in an attempt to resolve the matters. Next status report due 05/31/2011 [10-5999, 10-6249]--[Edited 04/29/2011 by LMN] (HBM) |
| 06/02/2011 | 3 pg, 25.96 KB | ORDER filed to dismiss for want of prosecution. Status Report was not filed by May 31, 2011. [10-5999, 10-6249] (LMN) |
| 06/02/2011 | 2 pg, 70.63 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 06/02/2011. Next status report due 07/05/2011 [10-5999, 10-6249] A Joint Scheduling Order has been entered by the District Court. Further, the parties have agreed to attend a formal Mediation Conference on or before July 1, 2011, in an attempt to resolve the matters.--[Edited 06/02/2011 by LMN] (HBM) |
| 06/08/2011 | 1 pg, 10.45 KB | LETTER SENT to Ms. Heather Boone McKeever for Heather Boone McKeever and Shane M. Haffey regarding the appeals being dismissed for want of prosecution due to status report not being filed by May 31, 2011. [10-5999, 10-6249] (LMN) |
| 06/09/2011 | 2 pg, 72.98 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 06/09/2011. [10-5999, 10-6249] (HBM) |
| 06/09/2011 | 2 pg, 25.28 KB | ORDER filed granting motion to reinstate case [4405352-2] filed by Ms. Heather Boone McKeever for Heather Boone McKeever and Shane M. Haffey. [10-5999, 10-6249] (LMN) |
| 07/11/2011 | 2 pg, 66.18 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The Appellees, Deutsche Bank and GMAC LLC, by and through its counsel of record, Hon. Christopher Thorsen, now unilaterally refuse to participate in any type of Mediation or facilitated Settlement. Since the Mediation was voluntary under the original Rule 26 Scheduling Order, it is now perceived that the TILA Regulation Z Rescission issue will proceed to a jury trial; unless the District Court sees fit at a later date to send the case to Mediation by Court Order. Certificate of Service: 07/11/2011. Next status report due 08/10/2011. [10-5999, 10-6249]--[Edited 07/12/2011 by LMN] (HBM) |
| 07/13/2011 | 2 pg, 73.23 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time. Certificate of Service: 07/13/2011. [10-5999, 10-6249] (HBM) |
| 07/14/2011 | 1 pg, 10.1 KB | LETTER SENT granting the motion to extend time to file a status report [4425240-2] filed by Ms. Heather Boone McKeever. The status report was filed on 7/13/2011. [10-5999, 10-6249] (LMN) |
| 08/12/2011 | 2 pg, 66.68 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. A new Joint Scheduling Order has been entered by the District Court subsequent to a pre-trial conference. The Courtâ€™s new Order has allowed for the Plaintiff to file a Motion for Summary Judgment by August 11, 2011, while prohibiting the Defendants from taking any discovery; in spite of the fact that the Plaintiffs were fraudulently induced into believing that the Plaintiffs would be participating in Mediation; thereby mutually refraining from discovery, including the basic exchange of Rule 26(a)(1) discovery, which was required to be exchanged between the parties in January 2011. Certificate of Service: 08/12/2011. Next status report due 09/12/2011 [10-5999, 10-6249]--[Edited 08/15/2011 by LMN] (HBM) |

| Date | Size | Description |
|---|---|---|
| 08/31/2011 | 2 pg, 72.43 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time *to File Status Report*. Certificate of Service: 08/31/2011. [10-5999, 10-6249] (HBM) |
| 08/31/2011 | 1 pg, 10.1 KB | LETTER SENT granting motion extend time to file a status report [4455719-2] filed by Ms. Heather Boone McKeever. Status Report filed two (2) days late. [10-5999, 10-6249] (LMN) |
| 09/12/2011 | 2 pg, 64.79 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The Appellee filed its Motion for Summary Judgment. The Appellants have filed a Motion for Extension of Time to Respond and request for discovery; no discovery having been previously taken and that which is to date, currently barred by the District Court. Dated September 12, 2011. Certificate of Service: 09/12/2011. Next status report due 10/12/2011. [10-5999, 10-6249]--[Edited 09/13/2011 by LMN] (HBM) |
| 10/18/2011 | 0 pg, 0 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 10/18/2011. Next status report due 11/17/2011 [10-5999, 10-6249] (This entry is LOCKED on the docket and Ms. McKeever is instructed to refile the two attached documents as two separate documents, a motion to extend time to file the status report out of time and the second entry filing the status report.)--[Edited 10/19/2011 by LMN] (HBM) |
| 10/26/2011 | 2 pg, 71.59 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time *to file Status Report*. Certificate of Service: 10/26/2011. [10-5999, 10-6249] (HBM) |
| 10/26/2011 | 2 pg, 64.68 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The Status remains as follows: The Appellee filed its Motion for Summary Judgment. The Appellants have filed a Motion for Extension of Time to Respond and request for discovery; no discovery having been previously taken and that which is to date, currently barred by the District Court.Certificate of Service: 10/26/2011. Next status report due 12/27/2011. [10-5999, 10-6249]--[Edited 10/27/2011 by LMN] (HBM) |
| 10/27/2011 | 1 pg, 10.16 KB | LETTER SENT granting motion to file a status report out of time [4488650-2] filed by Ms. Heather Boone McKeever. The next status report is due to be electronically filed on or before December 27, 2011. [10-5999, 10-6249] (LMN) |
| 12/21/2011 | 2 pg, 64.95 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 12/21/2011. The Appellee filed its Motion for Summary Judgment. The Appellants filed a Response and request for discovery; no discovery having been previously taken, the discovery Order having been cancelled by the Court. The Court has denied the request to reinstate the discovery schedule and the Appellants filed their Response to the Motion for Summary Judgment on December 18, 2011. Next status report due 01/20/2012. [10-5999, 10-6249]--[Edited 12/21/2011 by LMN] (HBM) |
| 01/26/2012 | 2 pg, 71.9 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time *to file Status Report*. Certificate of Service: 01/26/2012. [10-5999, 10-6249] (HBM) |
| 01/26/2012 | 2 pg, 66.06 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 01/26/2012. The District Court has issued several final Orders in the consolidated cases, including an Order for Summary judgment in 08-cv-459. A Motion for Reconsideration will be filed and it is predicted that the Motion will be denied. Therefore, these issues and all the consolidated cases should be ripe for full review within the next ninety (90) days at which time the Appellants will file a Motion with this Court to remove the cases from Abeyance and ask that they be placed on the Courts' active docket. [10-5999, 10-6249]--[Edited 01/31/2012 by LMN] (HBM) |
| 01/31/2012 | 1 pg, 9.98 KB | LETTER SENT granting motion extend time to file a Status Report [4542387-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249] (LMN) |
| 02/24/2012 | 2 pg, 65.16 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 02/24/2012. A Motion for Reconsideration, pursuant to Fed Civ. R. Proc. 59 and 60, has been be filed and is pending. The consolidated cases should be ripe for full review within the next ninety (90) days; at which time the Appellants will file a Motion with this Court to remove the cases from Abeyance and ask that they be placed on the Courts' active docket. [10-5999, 10-6249]--[Edited 02/27/2012 by LMN] (HBM) |
| 03/31/2012 | 2 pg, 63.81 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 03/31/2012. The Status is unchanged from the previous month wherein a Motion for Reconsideration is pending with the District Court. Next status report due 05/30/2012 [10-5999, 10-6249]--[Edited 04/02/2012 by LMN] (Note: This "Notice of Docket Activity" is being resent to show a new date of the next status report of 05/50/2012.) (HBM) |

| Date | Size | Description |
|---|---|---|
| 04/30/2012 | 2 pg, 63.79 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. No change in status since last month. Certificate of Service: 04/30/2012. Next status report due 05/30/2012 [10-5999, 10-6249]--[Edited 05/01/2012 by PJE] (HBM) |
| 06/01/2012 | 2 pg, 63.86 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 06/01/2012. The Status is unchanged from the previous month wherein a Motion for Reconsideration is pending with the District Court. Next status report due 08/02/2012. (This "Notice of Docket Activity" is being regenerated to show the next status report due in sixty (60) days. [10-5999, 10-6249]--[Edited 06/04/2012 by LMN] (HBM) |
| 08/31/2012 | 2 pg, 25.45 KB | ORDER filed to dismiss for want of prosecution. A status report was not filed by 8/2/2012. [10-5999, 10-6249] (LMN) |
| 09/04/2012 | | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 09/04/2012. [10-5999, 10-6249] (This entry is LOCKED on the docket and Ms. McKeever is instructed to refile the two documents separately as a status report and another entry motion to reinstate the case.)--[Edited 09/04/2012 by LMN] (HBM) |
| 09/05/2012 | 2 pg, 85.1 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 09/04/2012. A hearing in this matter in relation to the Enforcement of the Stay and Sanctions against Appellees is set for November 13, 2012, in the State of New York, in In Re Residential Capital, LLC, Case No. 12-12020 (MG.) Next status report due 11/05/2012 . (This "Notice of Docket Activity" is being regenerated to show the next status report due in sixty (60) days. [10-5999, 10-6249]--[Edited 09/17/2012 by LMN] (HBM) |
| 09/05/2012 | 3 pg, 87.76 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 09/04/2012. [10-5999, 10-6249] (HBM) |
| 09/17/2012 | 2 pg, 28.3 KB | ORDER filed granting motion to reinstate case [4686651-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249] (LMN) |
| 10/03/2012 | 3 pg, 98.02 KB | ORDER filed GRANTING motion to consolidate12-5802 with 10-5999 and 10-6249, [4668965-2]; GRANTING motion to hold case in abeyance [4668965-3] with 10-5999 and 10-6249. To the extent that appellants seek to keep this appeal, 12-5802, in abeyance pending the bankruptcy proceedings relating to GMAC Mortgage LLC, [4668965-4], the motion is DENIED. The appellants are directed to file a consolidated status report for all three appeals every 60 days, with the first status report due 12/04/2012. [12-5802, 10-5999, 10-6249] (LMN) |
| 10/03/2012 | | RULING to hold case in abeyance. [10-5999, 10-6249, 12-5802] (LMN) |
| 12/05/2012 | 2 pg, 76.13 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The hearing in relation to the Appellants' Motion as to whether all cases included in this consolidated appeal (including District Court case 11-cv-188,) have been under a Bankruptcy Stay Injunction since May 14, 2012, pursuant to In Re Residential Capital, LLC, Case No. 12-12020 (MG,) USBC Southern District of New York; in which Appellees, GMAC Mortgage LLC, Rescap LLC and RALI are the debtors; has been rescheduled by Hon. Martin Glenn from November 13, 2012, to January 29, 2013. Additionally, Proof of Claims have been filed in the Rescap/GMAC bankruptcy in relation to each and every consolidated case currently before this tribunal. Certificate of Service: 12/05/2012. Next status report due 02/04/2013. (Note: The Notice of Docket Activity is being regenerated to correct the date of the next status report.) [10-5999, 10-6249, 12-5802]--[Edited 12/05/2012 by LMN] (HBM) |
| 12/10/2012 | 2 pg, 72.99 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to extend time *to file status Report*. Certificate of Service: 12/10/2012. [10-5999, 10-6249, 12-5802] (HBM) |
| 12/11/2012 | 1 pg, 10.23 KB | LETTER SENT GRANTING a motion to file a status report out of time, [4751754-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249, 12-5802] (LMN) |

Clear All

- ● **Documents and Docket Summary**
- ○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2013 13:49:58 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 21981-0000083-16826 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 10-5999 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

# B

If you view the [ Full Docket ] you will be charged for 6 Pages $0.60

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 10-6249 | **Docketed:** 10/20/2010 |
| **Nature of Suit:** 3371 Truth in Lending | |
| GMAC Mortgage, LLC v. Heather McKeever, et al | |
| **Appeal From:** Eastern District of Kentucky at Lexington | |
| **Fee Status:** fee paid | |

**Case Type Information:**
   **1)** Civil
   **2)** Private
   **3)** Federal Question

**Originating Court Information:**
   **District:** 0643-5 : 08-00459
   **Court Reporter:** Rhonda S. Sansom
   **Court Reporter:** Peggy Weber-Westman
   **Trial Judge:** Jennifer B. Coffman, Chief District Judge
   **Date Filed:** 11/07/2008

| | |
|---|---|
| **Date Order/Judgment:** 09/14/2010 | **Date NOA Filed:** 10/12/2010 |

   **District:** 0643-5 : 08-00510
   **Court Reporter:** Rhonda S. Sansom
   **Court Reporter:** Peggy Weber-Westman
   **Trial Judge:** Jennifer B. Coffman, Chief District Judge
   **Date Filed:** 12/15/2008

| | |
|---|---|
| **Date Order/Judgment:** 09/14/2010 | **Date NOA Filed:** 10/12/2010 |

| Date | | Description |
|---|---|---|
| 08/31/2012 | 📄 | ORDER filed to dismiss for want of prosecution. A status report was not filed by 8/2/2012. [10-5999, 10-6249] (LMN) |
| 09/04/2012 | | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 09/04/2012. [10-5999, 10-6249] (This entry is LOCKED on the docket and Ms. McKeever is instructed to refile the two documents separately as a status report and another entry motion to reinstate the case.)--[Edited 09/04/2012 by LMN] (HBM) |
| 09/05/2012 | 📄 | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 09/04/2012. A hearing in this matter in relation to the Enforcement of the Stay and Sanctions against Appellees is set for November 13, 2012, in the State of New York, in In Re Residential Capital, LLC, Case No. 12-12020 (MG.) Next status report due 11/05/2012 . (This "Notice of Docket Activity" is being regenerated to show the next status report due in sixty (60) days. [10-5999, 10-6249]--[Edited 09/17/2012 by LMN] (HBM) |
| 09/05/2012 | 📄 | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 09/04/2012. [10-5999, 10-6249] (HBM) |
| 09/17/2012 | 📄 | ORDER filed granting motion to reinstate case [4686651-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249] (LMN) |
| 10/03/2012 | 📄 | ORDER filed GRANTING motion to consolidate 12-5802 with 10-5999 and 10-6249, [4668965-2]; GRANTING motion to hold case in abeyance [4668965-3] with 10-5999 and 10-6249. To the extent that appellants seek to keep this appeal, 12-5802, in abeyance pending the bankruptcy proceedings relating to GMAC Mortgage LLC, [4668965-4], the motion is DENIED. The appellants are directed to file a consolidated status report for all three appeals every 60 days, |

| | | |
|---|---|---|
| | | with the first status report due 12/04/2012. [12-5802, 10-5999, 10-6249] (LMN) |
| 10/03/2012 | | RULING to hold case in abeyance. [10-5999, 10-6249, 12-5802] (LMN) |
| 12/05/2012 | 📄 | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The hearing in relation to the Appellants' Motion as to whether all cases included in this consolidated appeal (including District Court case 11-cv-188,) have been under a Bankruptcy Stay Injunction since May 14, 2012, pursuant to In Re Residential Capital, LLC, Case No. 12-12020 (MG,) USBC Southern District of New York; in which Appellees, GMAC Mortgage LLC, Rescap LLC and RALI are the debtors; has been rescheduled by Hon. Martin Glenn from November 13, 2012, to January 29, 2013. Additionally, Proof of Claims have been filed in the Rescap/GMAC bankruptcy in relation to each and every consolidated case currently before this tribunal. Certificate of Service: 12/05/2012. Next status report due 02/04/2013. (Note: The Notice of Docket Activity is being regenerated to correct the date of the next status report.) [10-5999, 10-6249, 12-5802]--[Edited 12/05/2012 by LMN] (HBM) |
| 12/10/2012 | 📄 | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to extend time *to file status Report*. Certificate of Service: 12/10/2012. [10-5999, 10-6249, 12-5802] (HBM) |
| 12/11/2012 | 📄 | LETTER SENT GRANTING a motion to file a status report out of time, [4751754-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249, 12-5802] (LMN) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/18/2013 12:02:30 | | | |
| **PACER Login:** | mf0071 | **Client Code:** | 21981-0000083-12472 |
| **Description:** | Case Summary | **Search Criteria:** | 10-6249 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# C

If you view the [Full Docket] you will be charged for 3 Pages $0.30

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

**Court of Appeals Docket #:** 12-5802     **Docketed:** 07/11/2012
**Nature of Suit:** 3371 Truth in Lending
GMAC Mortgage, LLC, et al v. Heather McKeever, et al
**Appeal From:** Eastern District of Kentucky at Lexington
**Fee Status:** fee paid

**Case Type Information:**
  **1)** Civil
  **2)** Private
  **3)** Federal Question

**Originating Court Information:**
  **District:** 0643-5 : 5:08-cv-00459
  **Court Reporter:** Rhonda S. Sansom
  **Court Reporter:** Peggy Weber-Westman
  **Trial Judge:** Jennifer B. Coffman, Chief District Judge
  **Date Filed:** 11/07/2008
  **Date Order/Judgment:**      **Date NOA Filed:**
  06/01/2012      06/30/2012

  **District:** 0643-5 : 5:08-cv-00456
  **Court Reporter:** Rhonda S. Sansom
  **Court Reporter:** Peggy Weber-Westman
  **Trial Judge:** Jennifer B. Coffman, Chief District Judge
  **Date Filed:** 11/07/2008
  **Date Order/Judgment:**      **Date NOA Filed:**
  06/01/2012      06/30/2012

| Date | | Description |
|---|---|---|
| 08/20/2012 | | APPEARANCE filed for Appellee GMAC Mortgage, LLC by Marc James Ayers. Certificate of Service: 08/20/2012. (MJA) |
| 08/20/2012 | | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC Certificate of Service: 08/20/2012. (CET) |
| 08/20/2012 | | RESPONSE filed regarding a motion to consolidate, [4668965-2]; previously filed by Ms. Heather Boone McKeever in 12-5802 ,regarding a motion to hold case in abeyance, [4668965-3]; previously filed by Ms. Heather Boone McKeever in 12-5802 ,regarding a motion for stay pursuant bankruptcy proceeding, [4668965-4]; previously filed by Ms. Heather Boone McKeever in 12-5802 , regarding a document , [4668928-2]; previously filed by Ms. Heather Boone McKeever in 12-5802. Response from Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC Certificate of Service:08/20/2012. (CET) |
| 08/20/2012 | | RESPONSE in opposition filed regarding a motion to consolidate, [4668965-2]; previously filed by Ms. Heather Boone McKeever in 12-5802 ,regarding a motion to hold case in abeyance, [4668965-3]; previously filed by Ms. Heather Boone McKeever in 12-5802 ,regarding a motion for stay pursuant bankruptcy proceeding, [4668965-4]; previously filed by Ms. Heather Boone McKeever in 12-5802. Response from Attorney Mr. David J. Kellerman for Appellee Mortgage Electronic Registration Systems, Inc. Certificate of Service:08/20/2012. (DJK) |
| 08/29/2012 | | REPLY filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever regarding *Appellees GMAC/Deutsche and MERS Response to Appellants' Motion to Consolidate*. Certificate of Service: 08/29/2012. (HBM) |
| 10/03/2012 | | ORDER filed GRANTING motion to consolidate 12-5802 with 10-5999 and 10-6249, [4668965-2]; GRANTING motion to hold case in abeyance [4668965-3] with 10-5999 and 10-6249. To the extent that appellants seek to keep this appeal, 12-5802, in abeyance pending the bankruptcy |

|  |  |
|---|---|
|  | proceedings relating to GMAC Mortgage LLC, [4668965-4], the motion is DENIED. The appellants are directed to file a consolidated status report for all three appeals every 60 days, with the first status report due 12/04/2012. [12-5802, 10-5999, 10-6249] (LMN) |
| 10/03/2012 | RULING to hold case in abeyance. [10-5999, 10-6249, 12-5802] (LMN) |
| 12/05/2012 | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The hearing in relation to the Appellants' Motion as to whether all cases included in this consolidated appeal (including District Court case 11-cv-188,) have been under a Bankruptcy Stay Injunction since May 14, 2012, pursuant to In Re Residential Capital, LLC, Case No. 12-12020 (MG,) USBC Southern District of New York; in which Appellees, GMAC Mortgage LLC, Rescap LLC and RALI are the debtors; has been rescheduled by Hon. Martin Glenn from November 13, 2012, to January 29, 2013. Additionally, Proof of Claims have been filed in the Rescap/GMAC bankruptcy in relation to each and every consolidated case currently before this tribunal. Certificate of Service: 12/05/2012. Next status report due 02/04/2013. (Note: The Notice of Docket Activity is being regenerated to correct the date of the next status report.) [10-5999, 10-6249, 12-5802]--[Edited 12/05/2012 by LMN] (HBM) |
| 12/10/2012 | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to extend time *to file status Report*. Certificate of Service: 12/10/2012. [10-5999, 10-6249, 12-5802] (HBM) |
| 12/11/2012 | LETTER SENT GRANTING a motion to file a status report out of time, [4751754-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249, 12-5802] (LMN) |

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 01/18/2013 11:53:34 ||||
| **PACER Login:** | mf0071 | **Client Code:** | 21981-0000083-12472 |
| **Description:** | Case Summary | **Search Criteria:** | 12-5802 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |