# EXHIBIT C

02/06/2012 17:30 FAX 2 7138692900    Document block Filed in TXSD on 02/09/12  Page 2 of 3    @002/062

# UZICK & ONCKEN, P.C.

### Attorneys at Law

Jeffrey H. Uzick

238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

February 6, 2012

Mr. D. Brian O'Dell
Mr. Graham W. Gerhardt
Bradley, Arant, Boult Cummings
1819 Fifth Avenue, North
Birmingham, Alabama  35203-2119

RE:    Cause No. 2011-43161; Richard D. Rode v. Homecomings Financial, L.L.C., and GMAC
       Mortgage, L.L.C.; In the District Court of Harris County, Texas; 125th Judicial District

Dear Mr. O'Dell and Mr. Gerhardt:

Attached is an amended Petition, along with a prepared Motion regarding the discovery responses. The Motion has not yet been filed, but we intend to move forward with this Motion and obtain a hearing unless these issues are resolved. We intend to move forward with discovery in anticipation of our trial date this summer. Please let me know if you will agree to remove objections and/or appropriately respond to discovery already sent to avoid a hearing. It is our position that the admission answers are irreconcilable with GMAC's discovery responses, and were therefore denied in bad faith. The Court is empowered to award sanctions if it is found that such responses were made in bad faith, including, but not limited to, attorneys fees and costs in pursuing this case.

Much of what was produced by your clients were unreadable screenshots. We need legible copies of those documents produced.

We need proper disclosure responses, including the names, addresses, and telephone numbers of all persons who handled Mr. Rode's refinancing and/or his escrow account. I will want to depose them and the corporate representative of your client as soon as possible. Please provide us agreeable dates so that we can get this scheduled.

The unilateral admission contained in GMAC documents of wrongful conduct by GMAC's failure to refund $10,000 back to Mr. Rode's escrow account without his knowledge, unilateral cancellation of the executed refinancing agreement by GMAC without proper notice to him, posting for foreclosure Mr. Rode's property, assessment of unwarranted fees and costs, and the failure to timely provide the documents requested will outrage a Harris County jury. GMAC has ruined Mr. Rode's credit and caused significant mental anguish, creating a domino effect which forced Mr. Rode to liquidate assets because of his inability to obtain loans. Demand is therefore made to settle all claims against Defendants for the total sum of $1.2 million dollars. Failure to settle these claims will result in a jury trial for all causes of action Plaintiff is entitled to assert. This demand for settlement will be open for 30 days from today's date, after which such demand will be withdrawn.

02/06/2012 17:00 FAX 9736092800                                                        003/062

Mr. D. Brian O'Dell
Mr. Graham W. Gerhardt
February 6, 2012
Page 2

I look forward to your timely response.

Very truly yours,

Jeffrey D. Uzick

1/dr\973.090059
FAXED