# **EXHIBIT 1**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| MARION L. JENKINS and SHARON JENKINS, | ) | |
| Plaintiffs, | ) | Adv. Proc. 12-01935 (MG) |
| v. | ) | |
| RESIDENTIAL FUNDING COMPANY, LLC, et. al., | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 7012 AND FED. R. CIV. P. 12(e) FOR A MORE DEFINITE STATEMENT**

Upon consideration of the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**" and each, a "**Debtor**") for an order directing a more definite statement of the Complaint, and upon the Delehey Decl.; and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ny-1074206

1. The Motion is GRANTED as more fully set forth below.

2. The Plaintiffs are hereby directed to file a more definite statement (the "**Statement**") of Complaint on or before March 21, 2013.

3. The Statement shall set forth, at a minimum:

   (a) The factual allegations and conduct the Plaintiffs attribute to RFC;

   (b) The legal bases upon which the Plaintiffs allege they are entitled to relief against RFC; and

   (c) How the factual allegations and conduct referred to in (a), above, entitles the Plaintiffs to such relief under the legal causes of action referred to in (b), above.

4. This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated: February __, 2013
       New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE