IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

In re

RESIDENTIAL CAPITAL, LLC, *et al.*,

        Debtors.

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

---

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael D. Jankowski to be admitted *pro hac vice* to represent CIBM Bank, a creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and the bar of the United States District Court for the Eastern District of Wisconsin, it is hereby:

**ORDERED**, that Michael D. Jankowski, Esq., is admitted to practice, *pro hac vice* in the above-referenced cases to represent CIBM Bank in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee of $200.00.

Dated: January 23, 2013
New York, NY

                                                          /s/Martin Glenn
                                            UNITED STATES BANKRUPTCY JUDGE

2

Reinhart\8913895