UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.          Case No.: 12-12020 MG

                                                  Chapter 11

                          Debtor
-----------------------------------------------------------x

GEORGE VAN WAGNER,                                Adversary Proceeding No.: 12-01913 MG

                          Plaintiff

         v.

RESIDENTIAL FUNDING COMPANY,
LLC, et al., NATIONAL CITY
MORTGAGE, GOLDEN & AMOS         Defendant
PLLC, TIM AMOS; GMAC
-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of __Chris R. Arthur, Esquire__, to be admitted, *pro hac vice*, to represent __Seneca Trustees, Inc.__, (the "Client") a __Defendant__ in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __West Virginia__ and, if applicable, the bar of the U.S. District Court for the __Southern__ District of __West Virginia__, it is hereby

**ORDERED**, that __Chris R. Arthur__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 1/23/2013
        New York, New York

                                      /s/Martin Glenn
                                      UNITED STATES BANKRUPTCY JUDGE