UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) |
| Residential Capital LLC, et al. | ) Chapter 11<br>) Case No. 12-12020 (MG) |
| Debtor. | )<br>) Jointly Administered<br>) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

The motion of Bryan F. Duggan, for admission to practice *Pro Hac Vice* in the above captioned case action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts, and the U.S. District Court, District of Massachusetts, and that his contact information is as follows:

> Bryan F. Duggan
> Kellem & Kellem, LLP
> 100 Recreation Park Drive
> Hingham, MA 02043
> (p) 781-804-1300/ (f) 781-804-1322
> bduggan@kellemandkellem.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the Trustees of Greentree Condominium Trust in the above entitled action.

**IT IS HEREBY ORDERED,** that Bryan F. Duggan is admitted to practice *Pro Hac Vice* in the above captioned case, in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 23, 2013
New York, New York

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE