IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al. | : | Case No. 12-12020-mg |
| | : | |
| | : | Joint Administration Pending |
| Debtor. | : | |
| | : | |

------------------------------------------------------------------X

**ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE**

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that Richard A. Barkasy, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
January 23, 2013

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

3