IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
RESIDENTIAL CAPITAL, LLC, et al.                    :    Case No. 12-12020-mg
                                                    :
                                                    :    Joint Administration Pending
                              Debtor.               :
                                                    :
-----------------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that Barry E. Bressler, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       January 23, 2013

                                                           /s/Martin Glenn
                                       UNITED STATES BANKRUPTCY JUDGE