**Presentment Date and Time:  January 30, 2013 at 12:00 p.m. (ET)**
**Objection Deadline:  January 28, 2013 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- ) | |
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ------------------------------------------------------------- ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER**
**FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN**
**AGREEMENTS OF FANNIE MAE PURSUANT TO SECTION 365**
**OF THE BANKRUPTCY CODE AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that in connection with the *Debtors' Motion Pursuant to*

*11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006,*

*and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up*

*Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing;*

*(III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and*

*(B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances,*

*and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto;*

NY-1074388

*(III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired*

*Leases Related Thereto; and (IV) Granting Related Relief* [Docket No. 61] and the Court's

orders approving the sales of the Debtors mortgage loan servicing and origination platform[1] and

whole loan portfolio[2], the undersigned will present the attached *Stipulation and Order for the*

*Assumption and Assignment of Certain Agreements of Fannie Mae Pursuant to Section 365 of*

*the Bankruptcy Code and Related Relief* (the "Stipulation and Order") to the Honorable Martin

Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One

Bowling Green, New York, New York 10004, Room 501, for signature on **January 30, 2013 at**

**12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court

[Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic

case filing system, and be served, so as to be received no later than **January 28, 2013 at**

**4:00 p.m. (Prevailing Eastern Time)**, upon (a) counsel for the Debtors, Morrison & Foerster

LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn:  Gary S. Lee and Todd M.

---

[1] *Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Related Relief* [Docket No. 2246]

[2] *Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Berkshire Hathaway Inc.; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; and (C) Related Agreements; and (II) Granting Related Relief* [Docket No. 2247]

Goren); (b) the Office of the United States Trustee for the Southern District of New York,
33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A.
Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S.
Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S.
Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The
Capitol, Albany, NY 12224-0341 (Attn: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office
of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York,
NY 10007 (Attn: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis
LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to
Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher
& Flom LLP, Four Times Square, New York, NY 10036 (Attn: Ken Ziman & Jonathan H.
Hofer)**;** (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel
LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Kenneth Eckstein & Greg
Horowitz); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd
Street, New York, NY 10019 (Attn: Jennifer C. DeMarco & Adam Lesman); (j) counsel for
Fannie Mae, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166 (Attn: David
Neier & Carey D. Schreiber); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA
19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA
19104-5016); and (l) Securities and Exchange Commission, New York Regional Office, 3 World
Financial Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional
Director).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order, will be heard before the Honorable Martin Glenn on **January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.  If no objections to the Stipulation and Order are timely filed, served, and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: January 23, 2013
        New York, New York

Respectfully submitted,

_/s/_ Todd M. Goren
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

_Counsel for the Debtors and
Debtors in Possession_