**Hearing Date:  April 11, 2013, 10:00am, (Eastern Standard Time)**

**MCKEEVER LAW OFFICES PLLC**
Heather Boone McKeever, Esq.
P.O. Box 1181
Isle of Palms, South Carolina 29451
foreclosurefraud@insightbb.com
Telephone:  843-323-1174
Facsimile:  859-327-3277

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Case No. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | **Chapter 11** |
| **Debtors.** | **Jointly Administered** |

## NOTICE OF ADJOURNMENT AND FORMAL NOTICE OF HEARING ON SCHEDULED CREDITOR'S MOTION FOR THE CLARIFICATION/ENFORCEMENT OF THE AUTOMATIC STAY AGAINST THE DEBTORS, CO-CREDITOR DEUTSCHE BANK AMERICAS AND COUNSEL

**PLEASE TAKE NOTICE** that the Scheduled Creditor's Motion, Docket #1227, was previously scheduled, but never Noticed for January 29, 2013, at the hour of 10:00am.

Said Motion involves the Debtors and at least one of the Movant's Co-creditors, Deutsche Bank; and the Debtors outside litigation counsel.    The Motion relates to a series of cases surrounding a computer generated copy of a Promissory Note specifically endorsed to one of the Debtors; making the "Note" an asset of the Debtors' bankruptcy estate.    Therefore, the Unsecured Creditors Committee and the U.S. Trustee are Interested Parties as well.

The Motion shall be heard at the Omnibus Hearing on **April 11, 2013, at 10:00am Eastern Standard Time**, and will be heard before the Honorable Martin Glenn, at the

United States Bankruptcy Court for the Southern District of New York, Alexander

Hamilton Custom House, One Bowling Green, room 501, New York, New York, 10004.

The deadline for all interested parties to file a Response shall be April 4, 2013, at

4:00pm eastern standard time.

Dated: January 24, 2013                          Respectfully submitted,

                                                 */s/ Heather Boone McKeever*
                                                 MCKEEVER LAW OFFICES PLLC
                                                 P.O. Box 1181
                                                 Isle of Palms, SC 29451
                                                 Tel. 843-323-1174
                                                 Fax. 859-327-3277
                                                 foreclosurefraud@insightbb.com
                                                 COUNSEL FOR CREDITOR
                                                 SHANE M. HAFFEY