UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  )  Case No. 12-12020
(MG)  )
 )
RESIDENTIAL CAPITAL, LLC, et al.,  )  Chapter 11
 )
         Debtors.  )  Jointly Administered
 )

---

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF OHIO        )
                     ) ss:
COUNTY OF HAMILTON   )

Brad Reisenfeld, being duly sworn, upon his/her oath, deposes and says:

1. I am Managing Partner of Reisenfeld & Associates LPA, LLC, located at 3962 Red Bank Road, Cincinnati, Ohio 45227 (the "Firm").

2. The above –captioned debtors and debtors-in possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matter unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtor's Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of who may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor any principal or partner of, or professional employed by, the Firm has agreed to share or will share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal or partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matters upon which this Firm is to be employed.

7. The Debtors owe the Firm $6,348.63 for prepetition services, the payments of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. 101, et seq.

8. As of Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries its regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2012

_____
Brad Reisenfeld

Sworn to and subscribed before me
this 1st day of August, 2012

_____
Notary Public

RENEE WERGERS
Notary Public, State of Ohio
My Commission Expires
April 25, 2014

*In re Residential Capital, LLC,* et al.
Chapter 11 Case No. 12-12020 (MG)

### REVISED RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITHT THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, Please complete on a separate page and attach.

1. Name and address of firm:

   Reisenfeld and Associates LPA, LLC.

   3962 Red Bank Road

   Cincinnati, Ohio 45227

2. Date of original retention: 2004

3. Brief description of legal services to be provided:

   Bankruptcy, foreclosure, litigation, title,
   curative, evictions, home retention, mediation.

---
[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

Ny-1050235                                                         1

4. Arrangements for compensation (hourly, contingent, ECT.)
   (a) Average hourly rate (if applicable): $180.00; majority of placements are same as or similar to FNMA fee schedules.
   (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):
   GMAC Mortgage LLC
   Average Monthly Fees $20,103.00
   Average Monthly Costs $0.00
   Residential Capital LLC
   Average Monthly Fees $210.00
   Average Monthly Costs $0.00

5. Prepetition claims against any of the Debtors held by the firm:

   Amount of claim: $6,348.63

   Date claim arose: April 2012

   Source of claim: Ongoing legal services

6. Prepetition claims against any of the Debtors held individually by a member, associate, or professional employee of the firm:

   Name: __NONE_____

   Status: _____

   Amount of Claim: _____

   Date claim arose: _____

   Source of Claim: _____

   _____

7. Stock of any of the Debtors currently held by the firm:

   Kind of shares: __NONE_____

   No. of shares: _____

Ny-1050235                              2

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: __NONE_____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.
   _____N/A_____
   _____
   _____

10. Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012:       __NONE_____

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012:       __NONE_____

Name: _[signature]_____
       Brad Reisenfeld
Title:  Managing Partner

ny-1050235                                  3