Hearing Date:    January 29, 2013 at 2:00 p.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR A
SUPPLEMENTAL ORDER UNDER BANKRUPTCY CODE
SECTIONS 363, 1107(A) AND 1108 TO THE FINAL WAGES ORDER
AUTHORIZING THE DEBTORS TO MAKE PAYMENTS TO THE EMPLOYEES
UNDER THE RESIDENTIAL CAPITAL, LLC ANNUAL INCENTIVE PLAN**

**PLEASE TAKE NOTICE** that, on December 26, 2012, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Motion for a Supplemental Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 to the Final Wages Order Authorizing the Debtors to Make Payments to the Employees Under the Residential Capital, LLC Annual Incentive Plan* [Docket No. 2520] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a status conference on the Motion was held on January 16, 2013.

ny-1074892

**PLEASE TAKE FURTHER NOTICE** that, on January 17, 2013, the Court entered the *Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 Supplementing the Final Wages Order and Authorizing the Debtors to Make Payments to Certain of Their Employees Under the Residential Capital, LLC Annual Incentive Plan* [Docket No. 2655].

**PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing on the Motion has been scheduled for January 29, 2013 at 2:00 p.m. (Prevailing Eastern Time) to address the outstanding objection of the Office of the United States Trustee.

Dated: January 24, 2013
New York, New York

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*