MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 29, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTERS**

**1.**    Scheduled Creditor Shane M. Haffey's Motion for the Clarification/Enforcement of the Automatic Stay Against The Debtors, Co-Creditor Deutsche Bank Americas and Counsel [Docket No. 1227]

   **Related Documents**:

   **a.**    Notice of Adjournment and Formal Notice of Hearing on Scheduled Creditor's Motion for the Clarification/Enforcement of the Automatic Stay Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel [Docket No. 2701]

ny-1073979

**Responses**:

a.      Debtors' Objection to Scheduled Creditors Motion for the Clarification of the Automatic Stay Against the Debtors, Co-Creditor Deutsche Bank Americas and Counsel, Filed by Shane M. Haffey [Docket No. 2679]

**Status**:      The hearing on this matter has been adjourned to April 11, 2013.

2.      Motion of Jacques and Deirdre Raphael for Relief from Stay [Docket No. 2156]

**Related Documents**:

a.      Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to February 28, 2013 at 2:00 p.m.

**Status**:      The hearing on this matter has been adjourned to February 28, 2013.

3.      Motion of Jacques and Deirdre Raphael for Relief from Stay [Docket No. 2463]

**Related Documents**:

a.      Notice of Adjournment of Hearing on Motion of Jacques and Deirdre Raphael for Relief from Stay to February 28, 2013 at 2:00 p.m.

**Status**:      The hearing on this matter has been adjourned to February 28, 2013.

4.      MED&G Group LP Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 [Docket No. 2274]

**Related Documents**:      None.

**Responses**:

a.      Debtors' Objection to Motion for Relief from the Automatic Stay of 11 U.S.C. § 362 by MED&G Group, LP [Docket No. 2680]

**Status**:      The hearing on this matter has been adjourned to February 7, 2013.

5.      Motion of Michael Wheeler for Relief from Stay [Docket No. 2251]

**Related Documents**:

a.      Notice of Adjournment of Hearing on Motion of Michael Wheeler for Relief from Stay to February 7, 2013 at 10:00 a.m. [Docket No. 2673]

   **Status**: The hearing on this matter has been adjourned to February 7, 2013.

## II. ADJOURNED ADVERSARY PROCEEDING MATTERS

### Farr v. GMAC Mortgage, LLC (Adv. Proc. No. 12-01899)

**6.** Pre-Trial Conference in Adversary Proceeding

 **Related Documents**:

  **a.** Complaint [Docket No. 1]

  **b.** Summons with Notice of Pre-Trial Conference [Docket No. 2]

  **c.** Stipulation and Order Between Michael A. Farr and GMAC Mortgage, LLC [Docket No. 3]

  **d.** Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5) and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4]

  **e.** Notice of Adjournment of Hearing to February 28, 2013 at 2:00 p.m. [Docket No. 6]

 **Status**: The pre-trial conference on this matter has been adjourned to February 28, 2013.

### DeMustchine v. RAHI Real Estate Holdings, LLC (Adv. Proc. No. 12-02065)

**1.** Pre-Trial Conference in Adversary Proceeding

 **Related Documents**:

  **a.** Complaint [Docket No. 1]

  **b.** Summons with Notice of Pre-Trial Conference [Docket No. 3]

  **c.** Notice of Adjournment of Pre-Trial Conference to February 28, 2013 at 2:00 p.m. [Docket No. 4]

 **Status**: The pre-trial conference on this matter has been adjourned to February 28, 2013.

### Lytle v. GMAC Mortgage, LLC (Adv. Proc. No. 12-02069):

**1.** Pre-Trial Conference in Adversary Proceeding

**Related Documents**:

    **a.**    Complaint [Docket No. 1]

    **b.**    Summons with Notice of Pre-Trial Conference [Docket No. 3]

    **c.**    Letter to Judge Glenn from Norman S. Rosenbaum Requesting an Extension of the Date By Which All Defendants Must Answer or Otherwise Respond to the Complaint [Docket No. 5]

    **d.**    Order Extending Defendants' Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 6]

**Status**:    The pre-trial conference on this matter has been adjourned to March 21, 2013.

### III. SCHEDULED ADVERSARY PROCEEDING MATTERS

**Burnett v. GMAC Mortgage, LLC (Adv. Proc. No. 12-02049)**

**1.**    Pre-Trial Conference in Adversary Proceeding

**Related Documents**:

    **a.**    Complaint [Docket No. 1]

    **b.**    Summons with Notice of Pre-Trial Conference [Docket No. 2]

    **c.**    Order Extending Defendant's Deadline to Answer or Otherwise Respond to Adversary Complaint [Docket No. 3]

**Status**:    The continued pre-trial hearing in this matter will be going forward. The Debtors have been informed that Mr. Burnett will appear at the pre-trial conference, but will be withdrawing his complaint, without prejudice.

**Jenkins v. Residential Funding Co., LLC (Adv. Proc. No. 12-01935)**

**1.**    Pre-Trial Conference in Adversary Proceeding

**Related Documents**:

    **a.**    Complaint [Docket No. 1]

    **b.**    Summons with Notice of Pre-Trial Conference [Docket No. 5]

  **c.**  Agreed to Letter to Judge Glenn from Norman S. Rosenbaum Requesting an Extension of Deadline to Respond in Adversary Proceeding [Docket No. 7]

  **d.**  Memorandum Endorsed, So Ordered, Letter signed on 12/14/2012 extending the defendants' deadline to answer or otherwise respond to the Complaint until January 21, 2013 and rescheduling the pre-trial conference to January 29, 2013 at 10:00 AM. [Docket No. 8]

  **e.**  Debtors' Motion Pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(e) for a More Definitive Statement [Docket No. 10]

  **Status**:  The pre-trial conference on this matter will be going forward.

### Williams v. GMAC Mortgage LLC (Adv. Proc. No. 12-01896)

**1.**  Pre-Trial Conference in Adversary Proceeding

  **Related Documents**:

  **a.**  Complaint [Docket No. 1]

  **b.**  Summons with Notice of Pre-Trial Conference [Docket No. 2]

  **Status**:  The pre-trial conference on this matter will be going forward.

**2.**  Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b)(5) and (b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. Section 1334(c)(1) [Docket No. 3]

  **Related Documents**:

  **a.**  Notice of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b)(5) and (b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. Section 1334(c)(1) [Docket No. 7]

  **b.**  Notice of Adjournment of Hearing to January 29, 2013 at 10:00 a.m. [Docket No. 13]

  **Responses**:

  **a.**  Response to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b)(5) and (b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. Section 1334(c)(1) [Docket No. 11]

  **Status**:  The hearing on this matter will be going forward.

**Van Wagner v. Residential Funding Co. (Adv. Proc. No. 12-01913)**

1. Pre-Trial Conference in Adversary Proceeding

    **Related Documents**:

    **a.** Complaint [Docket No. 1]

    **b.** Summons with Notice of Pre-Trial Conference [Docket No. 3]

    **c.** Answer to Complaint by Defendants Peter T. DeMasters, Flaherty, Sesabaugh, Bonasso PLLC and Susan Romain [Docket No. 6]

    **Status**: The pre-trial conference on this matter will be going forward.

2. Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5), and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. Section 1334(c)(1) [Docket No. 7]

    **Related Documents**:

    **a.** Notice of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(5), and (6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. Section 1334(c)(1) [Docket No. 9]

    **b.** Notice of Adjournment of Hearing to January 29, 2013 at 10:00 a.m. [Docket No. 18]

    **Responses**: None.

    **Status**: The hearing on this matter will be going forward.

3. Defendant Seneca Trustees, Inc. Motion to Dismiss Adversary Proceeding [Adv. Pro. Case No. 12-01913, Docket No. 10] [Case No. 12-12020, Docket No. 2255]

    **Related Documents**:

    **a.** Memorandum of Law in Support of Defendant Seneca Trustees, Inc.'s Motion to Dismiss [Docket No. 11]

    **Responses**: None.

    **Status**: The hearing on this matter will be going forward.

4. Defendants Timothy J. Amos, Individually, and Golden & Amos, PLLC Motion to Dismiss Case [Docket No. 15]

    **Related Documents**: None.

ny-1073979                                          6

      **Responses**:    None.

      **Status**:    The hearing on this matter will be going forward.

**5.** Defendants Peter T. DeMasters, Flaherty, Sesabaugh, Bonasso PLLC and Susan Romain Motion to Dismiss Case [Docket No. 20]

      **Related Documents**:    None.

      **Responses**:    None.

      **Status**:    The hearing on this matter will be going forward.

## IV. UNCONTESTED MATTERS

**1.** Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contract [Docket No. 2630]

      **Related Documents**:

      **a.** Certificate of No Objection Regarding Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contract [Docket No.9 ]

      **Responses**:    None.

      **Status**:    A certificate of no objection has been filed with the Court. The Court may determine that no hearing is required.

**2.** Wells Fargo Delaware Trust Company, N.A. Motion for Relief from Stay *(regarding property located at 1965 Jamie Drive)* [Docket No. 2161]

      **Related Documents**:

      **a.** Senior Lien Stay Relief Questionnaire [Docket No. 2321]

      **Status**:    Pursuant to the *Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens* [Docket No. 1824], no hearing is required. The Debtors have been in contact with the Movant.

**3.** Debtors' Second Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts In Connection with the Sale of the Debtors' Platform Assets [Docket No. 2687]

**Related Documents**:

    **a.**    Order Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy Rules 9006-1 and 9077 Shortening the Time for Notice Of and Scheduling a Hearing to Consider the Debtors' Motions for Orders Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts [Docket No. 2689]

**Responses**:    None.

**Status**:    The hearing on this matter will be going forward.

**4.**    Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts In Connection with the Sale of the Debtors' Platform Assets or the Sale of the Debtors' Whole Loan Assets [Docket No. 2688]

**Related Documents**:

    **a.**    Order Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy Rules 9006-1 and 9077 Shortening the Time for Notice Of and Scheduling a Hearing to Consider the Debtors' Motions for Orders Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts [Docket No. 2689]

**Responses**:    None.

**Status**:    The hearing on this matter will be going forward.

**V.**    **CONTESTED MATTERS**

**1.**    Motion of Kenneth Kral and Others Similarly Situated for Relief from Stay and the Affirmation in Support of Motion for Relief from Stay [Docket No. 1536]

**Related Documents**:

    **a.**    Memorandum in Support Motion of Kenneth Kral and the Putative Class for Relief from Automatic Stay as to GMAC Mortgage, LLC and Executive Trustee Services, LLC [Docket No. 1540]

    **b.**    Notice of Adjournment of Hearing on Motion of Kenneth Kral and Others Similarly Situated for Relief from Stay and the Affirmation in Support of Motion for Relief from Stay [Docket No. 2589]

    **c.**    Notice of Proposed Order Granting Motion of Kenneth Kral and Lisa Stricker for Relief from Automatic Stay [Docket No. 1541]

      **Responses**:

      **a.**    Debtors' Objection to Motion of Kenneth Kral and Others Similarly Situated for Relief from Stay [Docket No. 1938]

      **Status**:    The hearing on this matter will be going forward.

**2.**    Richard D. Rode's Motion to Lift Stay [Docket Nos. 2153, 2154 and 2157 (duplicative filings)]

      **Related Documents**:    None.

      **Responses**:

      **a.**    Debtors' Objection to Plaintiff's Motion to Lift Stay filed by Richard D. Rode [Docket No. 2682]

      **Reply**:

      a.    Plaintiff's Reply to Debtors' Objection to Plaintiff's Motion to Lift Stay [Not Yet Docketed]

      **Status**:    The hearing on this matter will be going forward.

**3.**    Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401]

      **Related Documents**:

      **a.**    Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2421]

      **b.**    [Proposed] Order Granting Connecticut Housing Finance Authority ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11 U.S.C. §§ 105 & 362(d) [Docket No. 2422]

      **c.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2624]

      **Responses**:

      **a.**    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

        **Status**:    The hearing on this matter will be going forward.

**4.**    Motion of First Niagara Bank, N.A. for Relief from Stay *(regarding property located at 234 Milton Avenue, West Haven, Connecticut)* [Docket No. 2546]

        **Related Documents**:

        **a.**    Memorandum of Law in Support of Motion of First Niagara Bank, N.A. for Relief from Stay [Docket No. 2547]

        **Responses**:  None.

        **Status**:    Pursuant to the *Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens* [Docket No. 1824], no hearing is required. The Debtors have been in contact with the Movant.

**5.**    Debtors' First Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts In Connection with the Sale of the Debtors' Platform Assets [Docket No. 2686]

        **Related Documents**:

        **a.**    Order Pursuant to Fed. R. Bankr. P. 9006 and Local Bankruptcy Rules 9006-1 and 9077 Shortening the Time for Notice Of and Scheduling a Hearing to Consider the Debtors' Motions for Orders Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts [Docket No. 2689]

        **Responses**:

        **a.**    Objection of California Housing Finance Agency to Debtors' First Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts In Connection with the Sale of the Debtors' Platform Assets [Docket No. 2702]

     **Status**: The hearing on this matter will be going forward.

**VI.**    **CURE OBJECTIONS HEARING**:

**1.**    Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of

Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto: (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61]

**Related Documents**:

a. Order Under 11 U.S.C. §§ 105, 363(b) and 365 (I) Authorizing and Approving Sale Procedures, Including Payment of Break-up Fees; (II) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (III) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (IV) Establishing Notice Procedures and Approving Forms of Notice [Docket No. 538]

b. Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 924]

c. First Supplemental Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1459]

d. First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1484]

e. First Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto [Docket No. 2076]

f. Second Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto [Docket No. 2077]

g. Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC:, (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief [Docket No. 2246]

h. Ocwen Loan Servicing, LLC Asset Purchase Agreement (as attached as Exhibit 1 to Amended Notice of Successful Bidders at the Auctions and

|     | Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA) [Docket No. 2050] |
|-----|---|
| **i.** | Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Berkshire Hathaway, Inc.; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (C) Related Agreements; and (II) Granting Related Relief [Docket No. 2247] |
| **j.** | Berkshire Hathaway Inc. Amended and Restated Asset Purchase Agreement (as attached as <u>Exhibit 4</u> to Amended Notice of Successful Bidders at the Auctions and Sales of (A) The Platform Assets to Ocwen Loan Servicing, LLC and (B) The Whole Loan Assets to Berkshire Hathaway Inc. and Notice of Filing (A) Ocwen APA and (B) Amended and Restated BH Legacy APA) [Docket No. 2050] |

**Resolved Cure Objections**:

| **a.** | Objection of MBIA Insurance Corporation to First Amended and Restated Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1736] |
|---|---|
|     | **Status**: This matter has been resolved. No hearing is required. |

**Adjourned Cure Objections**:

| **a.** | Statement and Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation with Respect to Debtors' Motion for Order (I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 2015] |
|---|---|
| | **(i)** Objection and Reservation of Rights of Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation to Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 1810] |
| | **Status**: This matter has been adjourned to February 7, 2013. |

 **b.** Objection of DB Structured Products, Inc. and MortgageIT Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 1623]

  **(i)** Supplemental Objection of DB Structured Products, Inc. and MortgageIt Holdings, Inc. to Debtors' Proposed Cure Amount and to Assumption and Assignment of Related Agreements [Docket No. 2037]

 **Status**: This matter has adjourned to February 7, 2013.

 **c.** Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice Docket No. 1746]

  **(i)** Declaration of Lori Sinanyan in Support of the Limited Objection of Financial Guaranty Insurance Company to the Debtors' Sale Motion and Assumption Notice] [Docket No 1748

 **Status**: This matter has adjourned to February 7, 2013.

**Cure Objections Going Forward**:

 **a.** Digital Lewisville LLC's Objection to: (I) Debtors' Motion for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 61]; and (II) Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1649]

  **(i)** Limited Objection of Digital Lewisville, LLC to Debtors' Motion for Orders: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements

      Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 278]

   **(ii)** Digital Lewisville LLC's Supplemental Limited Objection to Debtors' Sale Motion, in Particular, Debtors' Proposed Order [Docket No. 1990]

   **(iii)** Notice of Adjournment of Hearing [Docket No. 2570]

   **(iv)** Debtors' Reply to Digital Lewisville, LLC's (I) Objection to the Debtors' (A) Sale Motion, and (B) Notice of Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Supplemental Limited Objection to the Debtors' Sale Motion, and in Particular, the Debtors' Proposed Order [Docket No. 2136]

  **Status**: The hearing on this matter will be going forward as a status update on resolution of the Digital Lewisville objection.

**b.** Objection of Wells Fargo Bank, N.A. to Debtors' Sale Motion [Docket No. 1979]

   **(i)** Limited Objection of Wells Fargo Bank, N.A. to Debtors' Motion to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto [Docket No. 1648]

   **(ii)** Wells Fargo Bank, N.A.'s Objection to the Proposed Sale Orders and Response to Debtors' Omnibus Reply to Objections to Debtors' Sale Motion [Docket No. 2209][1]

  **Status**: The hearing on this matter will be going forward.

**c.** Limited Objection of Ally Financial Inc. and Ally Bank to the Debtors' Proposed Platform Sale Motion [Docket No. 2069]

   **(i)** Notice of Filing of Ally Financial Inc. Support Letter in Relation to the Debtors' Proposed Sale of Assets [Docket No. 1845]

---

[1] Alston & Bird LLP filed the *Objection and Reservation of Rights of Wells Fargo Bank, N.A. to (A) First Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto and (B) Second Notice of (I) Debtors' Intent to Assume and Assign Certain SBO Servicing Agreements as Executory Contracts and (II) Cure Amounts Related Thereto* [Docket No. 2203]. This objection will be addressed and resolved through the resolution of Docket Numbers 1648, 1979, 2209.

ny-1073979      14

        **(ii)**    Limited Objection and Reservation of Rights of Ally Financial Inc. and Ally Bank Regarding Assumption and Assignment of Certain Executory Contracts to Nationstar Mortgage LLC [Docket No. 1659]

    **Status**:    This matter has adjourned to February 7, 2013

**Replies**:

**a.**    Debtors' Omnibus Reply to Objections to Debtors' Sale Motion [Docket No. 2135]

**b.**    Debtors' Omnibus Reply to Objections to the (A) Assumption and Assignment of Certain Agreements and (B) Related Cure Amounts [Docket No. 2574]

Dated: January 25, 2013  
       New York, New York

*/s/ Lorenzo Marinuzzi*  
Gary S. Lee  
Lorenzo Marinuzzi  
Norman S. Rosenbaum  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for the Debtors and Debtors in Possession*