MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 29, 2013 AT 2:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

**1.**    Debtors' Motion for a Supplemental Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 to the Final Wages Order Authorizing the Debtors to Make Payments to the Employees Under the Residential Capital, LLC Annual Incentive Plan [Docket No. 2520]

**Related Documents**:

**a.**    Final Order Under Bankruptcy Code Sections 105(a), 363(b), 507(a), 1107 and 1108 and Bankruptcy Rule 6003 (I) Authorizing But Not Directing Debtors to (A) Pay and Honor Prepetition Wages, Compensation, Employee Expense and Employee Benefit Obligations; and (B) Maintain and Continue Employee Compensation and Benefit Programs; and (II) Directing Banks to Honor Prepetition Checks and Transfer Requests for Payment of Prepetition Employee Obligations [Docket No. 386]

ny-1074621

**b.**  Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 Supplementing the Final Wages Order and Authorizing the Debtors to Make Payments to Certain of Their Employees Under the Residential Capital, LLC Annual Incentive Plan [Docket No. 2655]

**c.**  Notice of Hearing on Debtors' Motion for a Supplemental Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 to the Final Wages Order Authorizing the Debtors to Make Payments to the Employees Under the Residential Capital, LLC Annual Incentive Plan [Docket No. 2712]

**Responses**:

**a.**  Objection of the United States Trustee Regarding Debtors Motion for a Supplemental Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 to the Final Wages Order Authorizing the Debtors to Make Payments to their Employees Under the Residential Capital, LLC Annual Incentive Plan [Docket No. 2600]

**b.**  Reservation Of Rights Of The Official Committee Of Unsecured Creditors With Respect To The Debtors' Motion For A Supplemental Order Under Bankruptcy Code Sections 363, 1107(A) And 1108 To The Final Wages Order Authorizing The Debtors To Make Payments To Their Employees Under The Residential Capital, LLC Annual Incentive Plan [Docket No. 2609]

**Replies**:

**a.**  Debtors' Reply to (I) Objection of the United States Trustee and (II) Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for a Supplemental Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 to the Final Wages Order Authorizing the Debtors to Make Payments to Their Employees Under The Residential Capital, LLC Annual Incentive Plan [Docket No. 2618]

**b.**  Supplemental Declaration of Anne Janiczek in Support of Debtors' Motion for a Supplemental Order Under Bankruptcy Code Sections 363, 1107(a) and 1108 to the Final Wages Order Authorizing the Debtors to Make Payments to the Employees Under the Residential Capital, LLC Annual Incentive Plan [Docket No. 2619]

**Status**:   The hearing on this matter will be going forward.

Dated:  January 25, 2013                         /s/ Lorenzo Marinuzzi
        New York, New York                       Gary S. Lee
                                                 Lorenzo Marinuzzi
                                                 Norman S. Rosenbaum
                                                 MORRISON & FOERSTER LLP
                                                 1290 Avenue of the Americas
                                                 New York, New York 10104
                                                 Telephone: (212) 468-8000
                                                 Facsimile: (212) 468-7900

                                                 *Counsel for the Debtors and
                                                 Debtors in Possession*