Hearing Date:    February 7, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468 8000
Facsimile:    (212) 468 7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MED&G GROUP LP'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**OF 11 U.S.C. § 362 TO FEBRUARY 7, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that MED&G Group LP's *Motion for Relief from the Automatic Stay of 11 U.S.C. § 362* [Docket No. 2274], previously scheduled to be heard on January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **February 7, 2013 at 10:00 a.m. (Prevailing Eastern Time)** and will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501.

.

ny-1075085

Dated: January 25, 2012
New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to Debtors and
Debtors in Possession*