MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING ON DEBTORS' MOTION FOR A
SUPPLEMENTAL ORDER UNDER BANKRUPTCY CODE
SECTIONS 363, 1107(A) AND 1108 TO THE FINAL WAGES ORDER
AUTHORIZING THE DEBTORS TO MAKE PAYMENTS TO THE EMPLOYEES
UNDER THE RESIDENTIAL CAPITAL, LLC ANNUAL INCENTIVE PLAN**

**PLEASE TAKE NOTICE** that the hearing scheduled for January 29, 2013 at 2:00 P.M.

(prevailing Eastern Time) on the *Debtors' Motion for a Supplemental Order Under Bankruptcy*

*Code Sections 363, 1107(a) and 1108 to the Final Wages Order Authorizing the Debtors to*

ny-1075315

*Make Payments to the Employees Under the Residential Capital, LLC Annual Incentive Plan*

[Docket No. 2520] is hereby cancelled.

Dated:  January 28, 2013
         New York, New York

>                    /s/ Gary S. Lee
>                    Gary S. Lee
>                    Lorenzo Marinuzzi
>                    Jordan A. Wishnew
>                    MORRISON & FOERSTER LLP
>                    1290 Avenue of the Americas
>                    New York, New York 10104
>                    Telephone: (212) 468-8000
>                    Facsimile: (212) 468-7900
>
>                    *Counsel for the Debtors and
>                    Debtors in Possession*