Hearing Date:   **February 28, 2013 at 2:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ )
                                                             )
In re:                                                       )   Case No. 12-12020 (MG)
                                                             )
RESIDENTIAL CAPITAL, LLC, et al.,           )   Chapter 11
                                                             )
                                     Debtors.         )   Jointly Administered
                                                             )
------------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTION TO APPLY BANKRUPTCY RULE 7023 AND TO**
**CERTIFY CLASS CLAIMS TO FEBRUARY 28, 2013 AT 2:00 P.M.**

**PLEASE TAKE NOTICE** that the Motion to Apply Bankruptcy Rule 7023 and to

Certify Class Claims [Docket No. 2044], previously scheduled to be heard on February 7, 2013

at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **February 28, 2013 at 2:00 p.m.**

**(Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

House, One Bowling Green, Room 501, New York, New York 10004.

Dated: January 28, 2013
    New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum

Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*