Jeffrey L. Jonas (*pro hac vice* pending)
Jeremy B. Coffey (*pro hac vice* pending)
Jonathan D. Marshall
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Counsel to Walter Investment Management Corp.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Bankruptcy Code, the undersigned hereby appears in the above-captioned chapter 11 case as counsel for Walter Investment Management Corp., a party in interest in this proceeding.

Dated: January 28, 2013
      Boston, Massachusetts

                                    **BROWN RUDNICK LLP**

                                    By: /s/ Jonathan D. Marshall

Jeffrey L. Jonas (*pro hac vice* pending)
Jeremy B. Coffey (*pro hac vice* pending)
Jonathan D. Marshall
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Counsel to Walter Investment Management Corp.