Jeffrey L. Jonas (*pro hac vice* pending)
Jeremy B. Coffey (*pro hac vice* pending)
Jonathan D. Marshall
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Counsel to Walter Investment Management Corp.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jeremy B. Coffey, a member in good standing of the bars in the Commonwealth of Massachusetts and the State of Texas, request admission *pro hac vice* before the Honorable Martin Glenn, to represent party in interest Walter Investment Management Corp. in the above-captioned chapter 11 case. My office and email address and telephone and fax numbers are:

> Jeremy B. Coffey
> Brown Rudnick LLP
> One Financial Center
> Boston, Massachusetts 02111
> Telephone: (617) 856-8200
> Facsimile: (617) 856-8201
> jcoffey@brownrudnick.com

I agree to pay the fee of $200.00 upon entry of an order admitting me to practice *pro hac vice*.

Dated: January 28, 2013
      Boston, Massachusetts

                                                /s/ Jeremy B. Coffey
                                                Jeremy B. Coffey

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

ORDERED, that Jeremy B. Coffey is admitted to practice *pro hac vice* in the above-captioned chapter 11 case, subject to payment of the filing fee.

Dated: _____

_____
The Honorable Martin Glenn