Jeffrey L. Jonas (*pro hac vice* pending)
Jeremy B. Coffey (*pro hac vice* pending)
Jonathan D. Marshall
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Counsel to Walter Investment Management Corp.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re:                              | Chapter 11                |
|-------------------------------------|---------------------------|
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG)    |
| Debtors.                            | Jointly Administered      |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jeffrey L. Jonas, a member in good standing of the bars in the Commonwealth of Massachusetts and the State of Florida, request admission *pro hac vice* before the Honorable Martin Glenn, to represent party in interest Walter Investment Management Corp. in the above-captioned chapter 11 case. My office and email address and telephone and fax numbers are:

Jeffrey L. Jonas
Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
jjonas@brownrudnick.com

I agree to pay the fee of $200.00 upon entry of an order admitting me to practice *pro hac vice*.

Dated: January 28, 2013
      Boston, Massachusetts

                                            /s/ Jeffrey L. Jonas
                                            Jeffrey L. Jonas

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

ORDERED, that Jeffrey L. Jonas is admitted to practice *pro hac vice* in the above-captioned chapter 11 case, subject to payment of the filing fee.

Dated: _____

_____
The Honorable Martin Glenn