MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Melissa M. Crespo

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF AMENDED EXHIBITS 1(b) and 1(c) TO
DEBTORS' FIRST MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(a)
AND 365(a) AND (f), FED. R. BANKR. P. 6006 AND 9014 AND LOCAL
BANKRUPTCY RULE 6006-1 AUTHORIZING ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION
WITH THE SALE OF THE DEBTORS' PLATFORM ASSETS**

**PLEASE TAKE NOTICE THAT** on January 23, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**")[1] filed the *First Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule 6006-1 Authorizing Assumption and Assignment of Executory Contracts in Connection with the Sale of the Debtors' Platform Assets* (the "**Motion**") [Docket No. 2686].

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions and First Day Pleadings* [Docket No. 6].

ny-1075451

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Motion, the

Debtors hereby submit an amended Exhibit 1(b) and 1(c), attached hereto as Exhibit 1.

Dated: January 28, 2013
      New York, New York

                                                /s/ Gary S. Lee
                                                Gary S. Lee
                                                Todd M. Goren
                                                Alexandra Steinberg Barrage
                                                Melissa M. Crespo
                                                MORRISON & FOERSTER LLP
                                                1290 Avenue of the Americas
                                                New York, New York 10104
                                                Telephone: (212) 468-8000
                                                Facsimile: (212) 468-7900

                                                *Counsel for the Debtors and*
                                                *Debtors in Possession*

# **EXHIBIT 1**

Amended 1(b) and 1(c)

ny-1075451

**Exhibit 1(b)**

| Debtor Entity | Supplier/Counterparty | Contract Description | Cure Amount | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Hope Loan Port | Participation Agreement and SoW | $0.00 | 1001 Pennsylvania Ave NW, Suite 500 | Washington | D.C. | 20004 |
| GMAC Mortgage, LLC | LoanServ (Fiserv) | Master Agreement and amendments thereto | $0.00 | 255 Fiserv Drive | Broofiled | WI | 53045 |
| GMAC Mortgage, LLC | MERS | MERS System Membership Agreement | **$785.19** | Suite 350 | Mclean | VA | 22102 |
| GMAC Mortgage, LLC | Dialogue Marketing | project services agreement | $0.00 | Suite 165 | Auburn Mills | MI | 48326 |
| GMAC Mortgage, LLC | Dialogue Marketing | telemarketing statement of work | $0.00 | Suite 165 | Auburn Mills | MI | 48326 |
| GMAC Mortgage, LLC | Foundation) | mortgage service network agreement and amendment | $0.00 | 530 East | Washington | DC | 20005 |
| GMAC Mortgage Corp | Paymap Inc. | Equity Accelerator Service Agreement and amendments thereto | $0.00 | 100 N Point St | San Francisco | CA | 94133-1545 |
| GMAC Mortgage Corp | Paymap Inc. | Confidentiality Agreement | $0.00 | 100 N Point St | San Francisco | CA | 94133-1545 |
| GMAC Mortgage, LLC | SUTHERLAND GLOBAL SERVICES, INC | Business Process Outsourcing Agreement | $0.00 | 1160 Pittsford-Victor Road | Pittsford | NY | 14534 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Confidentiality Agreement 1996 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | BiSaver Agreement 5/9/1997 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | BiSaver Software Agreement and all amendments and addenda thereto | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Equity Rewards Transfer Campaign Pricing Agreement Amend | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Assignment and Assumption, Consent and Amendment | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Confidentiality Agreement 7/26/02 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | Cross Country Motor Club | Marketing and Collections Agreement and Amendments thereto | $0.00 | 4040 Mystic Valley Parkway | Boston | MA | 02155 |
| GMAC Mortgage Corp | Dow Jones | Service Subscription Agreement | $0.00 | 200 Liberty Street | New York | NY | 10281 |
| GMAC Mortgage, LLC | National Default Servicing, LLC | SoW for Loss Mitigation Referrals | $0.00 | 500 South Broad Street | Meriden | CT | 06492 |
| GMAC Mortgage, LLC | Federal Bond Collection Services, Inc. | SoW 2008 | $0.00 | 2200 Byberry Road, Suite 1 | Hatboro | PA | 19040 |
| GMAC Mortgage, LLC | Venture Encoding Services, LLC | Amendment to Escrow Analysis Agreement | $0.00 | 4401 Cambridge Road | Fort Worth | TX | 76155 |
| GMAC Mortgage, LLC | QBE First Insurance Agency, Inc. | **Master Services Agreement dated as of August 1, 2012, and all exhibits and amendments thereto**[1] | $0.00 | **210 Interstate North Parkway** | **Atlanta** | **GA** | **30339** |

[1] QBE First Insurance Agency, Inc. has consented to the assumption and assignment of the Master Services Agreement and has confirmed the $0.00 cure amount.

1

**Exhibit 1(c)**

| Debtor Entity | Contract Name | Contract Number | Shelf Short Name | Series ID | Account Name: Account Name | Cure Amount | Account Name: Billing Address |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | CIFG Recovery Agreement for AHM 2006-2 April 30, 2009 | 409 | | | CIFG Assurance North America | $0.00 | 825 3rd Avenue, New York NY 11022 |
| GMAC Mortgage, LLC | Goldman Sachs Mortgage Co Master Repurchase Agreement May 14, 2010 | 1309 | | | Goldman Sachs Mortgage Company | $0.00 | 85 Broad Street, New York, NY 10080- |
| GMAC Mortgage, LLC | Citibank, N.A. Master Repurchase Agreement May 14, 2010 | 1312 | | | Citibank, N.A. | $0.00 | 390 Greenwich Street,, New York, NY 10013 |
| GMAC Mortgage, LLC | Citibank, N.A. Master Repurchase Agreement May 14, 2010 | 1414 | | | PIA Citi Repo | $0.00 | 9275 Sky Park Court, San Diego, CA 93275 |
| GMAC Mortgage, LLC | Goldman Sachs Mortgage Master Repurchase Agreement May 14, 2010 | 1415 | | | PIA Goldman Repo | $0.00 | 9275 Sky Park Court, San Diego, CA 93275 |
| ~~GMAC Mortgage, LLC~~ | ~~DBSP Amended Standard Terms ans Provisions SSA December 1, 2006~~ [1] | ~~1450~~ | | | ~~DB Structured Products, Inc~~ | ~~$0.00~~ | ~~60 Wall Street, New York, NY 10005~~ |
| GMAC Mortgage, LLC | California Housing Finance Agency Purchase & Servicing February 12, 2007 | 3512 | | | California Housing Finance Agency | $0.00 | P.O BOX 4034, Sacramento, CA 95812-4034 |
| GMAC Mortgage, LLC | Century Bank Sale Servicing Agreement November 26, 2003 | 3531 | | 2003-PTWH29 | IBERIABANK | $0.00 | 1101 E Admiral Doyle Drive, New Iberia, LA 70563 |
| GMAC Mortgage, Corp. | Celink Subservicing Agreement, September 15, 2005 | | | | Celink | $0.00 | 3900 Capital Building Boulevard Lansing, Michigan 48906 |
| Residential Funding Company | NCMC Newco Inc Client Contract 2002* *The Debtors reserve their right to argue that this agreement was superseded in its entirety by "NCMC Newco Inc Client Contract 12-21-04" | | | | PNC Bank N.A. | $0.00 | 3232 Newmark Drive Mail Stop B6-YM14-01-7, Miamisburg, OH, 45342 |

---

[1] The hearing to consider the assumption and assignment of this contract has been adjourned to February 7, 2013.

ny-1075468