UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

ORDERED, that Jeffrey L. Jonas is admitted to practice *pro hac vice* in the above-captioned chapter 11 case, subject to payment of the filing fee.

Dated: January 29, 2013

_/s/Martin Glenn_
UNITED STATES BANKRUPTCY JUDGE