UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> RESIDENTIAL CAPITAL, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-12020 (MG) <br><br> (Jointly Administered) |

## ORDER GRANTING REQUEST TO EXCEED PAGE LIMIT

Upon the oral request of counsel for Class Claimants[1] for permission to exceed the page limit of the Class Claimants' reply in support of the *Motion to Apply Bankruptcy Rule 7023 And To Certify Class Claims* (ECF Doc. # 2044) ("Motion"), the Court hereby

ORDERS that the request is **GRANTED**. Class Claimants may exceed the 10-page limit contained in the Case Management Order for their Reply in support of the Motion up to an additional ten (10) pages (for a total of up to but not more than 20 pages).

**IT IS SO ORDERED.**

Dated: January 29, 2013
       New York, New York

                                             **/s/Martin Glenn**
                                             MARTIN GLENN
                                             United States Bankruptcy Judge

---

[1] Rowena Drennen, Flora Gaskin, Roger Turner, Christie Turner, John Picard, and Rebecca Picard, on behalf of themselves and all others similarly situated and the general public including, without limitation, the putative class of persons represented in the consolidated class action entitled *In Re Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation,* filed in the United States District Court for the Western District of Pennsylvania, MDL No. 1674, Case Nos. 03-0425, 02-01201, 05-0688, 05-1386.