

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

RESIDENTIAL CAPITAL, LLC

Debtor

Bankruptcy No    12-12020
Honorable        GLENN
Chapter          11

## WITHDRAWAL OF PROOF OF CLAIM#5950 FILED BY WAYNE COUNTY TREASURER

On **November 19, 2012**, the Office of the Wayne County Treasurer filed a Proof of Claim in the above proceeding for the amount of **FIFTEEN THOUSAND ONE HUNDRED SEVENTY and 39/100 DOLLARS ($15,170.39)**. However, **said claim WAS FILED IN ERROR.**

The Treasurer hereby withdraws the Proof of Claim pursuant to Fed. R. Bankr. P. 3006.

Respectfully submitted:

WAYNE COUNTY TREASURER

By: _____
RAYMOND J. WOJTOWICZ
Wayne County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226
Phone: (313) 224-5957
Fax: (313) 967-3628

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION



IN THE MATTER OF:

**RESIDENTIAL CAPITAL, LLC**     Bankruptcy No     **12-12020**
                                  Honorable Judge   **GLENN**
                                  Chapter           **11**

## *WITHDRAWAL OF PROOF OF CLAIM*
### *CERTIFICATE OF SERVICE*

I hereby certify that on **January 22, 2013,** I electronically filed the foregoing **WITHDRAWAL** of Proof of Claim and Proof of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to the following

**Anthony Princi** aprinci@mofo.com
**Debra Weinstein Minoff** dminoff@loeb.com

and I hereby certify that I have mailed by United States Postal Service the Proof of Claim and Proof of Service to the following non-ECF participants

/s/Rhonda Bradwell
Office of the Wayne County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226-2942
(313) 224-5957