

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| | Bankruptcy No    **12-12020** |
| **RESIDENTIAL CAPITAL, LLC** | Honorable         **GLENN** |
| | Chapter           **11** |
| Debtor | |

### *WITHDRAWAL OF PROOF OF CLAIM#5951 FILED BY WAYNE COUNTY TREASURER*

On **November 19, 2012,** the Office of the Wayne County Treasurer filed a Proof of Claim in the above proceeding for the amount of **NINE THOUSAND NINE HUNDRED SEVENTY-TWO and 10/100 DOLLARS ($9,972.10).** However, **said claim WAS FILED IN ERROR.**

The Treasurer hereby withdraws the Proof of Claim pursuant to Fed. R. Bankr. P. 3006.

Respectfully submitted:

WAYNE COUNTY TREASURER

By:

RAYMOND J. WOJTOWICZ
Wayne County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226
Phone: (313) 224-5957
Fax: (313) 967-3628

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION



IN THE MATTER OF:

**RESIDENTIAL CAPITAL, LLC**

| | |
|---|---|
| Bankruptcy No | **12-12020** |
| Honorable Judge | **GLENN** |
| Chapter | **11** |

## *WITHDRAWAL OF PROOF OF CLAIM*
### *CERTIFICATE OF SERVICE*

I hereby certify that on **January 22, 2013,** I electronically filed the foregoing **WITHDRAWAL** of Proof of Claim and Proof of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to the following

**Anthony Princi** aprinci@mofo.com
**Debra Weinstein Minoff** dminoff@loeb.com

and I hereby certify that I have mailed by United States Postal Service the Proof of Claim and Proof of Service to the following non-ECF participants

/s/Rhonda Bradwell
Office of the Wayne County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226-2942
(313) 224-5957