


**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**

**RESIDENTIAL CAPITAL, LLC**

Debtor

Bankruptcy No **12-12020**
Honorable **GLENN**
Chapter **11**

***WITHDRAWAL OF PROOF OF***
***CLAIM#5986 FILED BY WAYNE COUNTY TREASURER***

On **November 19, 2012,** the Office of the Wayne County Treasurer filed a Proof of Claim in the above proceeding for the amount of **TWELVE THOUSAND TWO HUNDRED EIGHTY-ONE and 01/100 DOLLARS ($12,281.01).** However, **said claim WAS FILED IN ERROR.**

The Treasurer hereby withdraws the Proof of Claim pursuant to Fed. R. Bankr. P. 3006.

Respectfully submitted:

WAYNE COUNTY TREASURER

By: ____________________

RAYMOND J. WOJTOWICZ
Wayne County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226
Phone: (313) 224-5957
Fax: (313) 967-3628




**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN THE MATTER OF:

**RESIDENTIAL CAPITAL, LLC**

| | |
|---|---|
| Bankruptcy No | **12-12020** |
| Honorable Judge | **GLENN** |
| Chapter | **11** |

***WITHDRAWAL OF PROOF OF CLAIM***
*CERTIFICATE OF SERVICE*

I hereby certify that on **January 22, 2013,** I electronically filed the foregoing **WITHDRAWAL** of Proof of Claim and Proof of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to the following

**Anthony Princi** aprinci@mofo.com
**Debra Weinstein Minoff** dminoff@loeb.com

and I hereby certify that I have mailed by United States Postal Service the Proof of Claim and Proof of Service to the following non-ECF participants

/s/Rhonda Bradwell
Office of the Wayne County Treasurer
400 Monroe, Suite 520
Detroit, MI 48226-2942
(313) 224-5957