**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures

Order"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"Bankruptcy Code") establishing procedures (the "Stay Relief Procedures") for requesting relief

from the automatic stay to complete the foreclosure of a senior mortgage and security interest on

lands and premises with respect to which the Debtors hold or service a subordinate mortgage and

security interests; and PHH Mortgage Corp. ("Movant") having requested (the "Request") relief

from the automatic stay in accordance with the Stay Relief Procedures in connection with the

property of Daniel R. Miller & Jane E. Miller with an address of 177 James Circle Lake Alfred,

FL 33850 (the "Mortgaged Property") and due and proper notice of the Request having been

made on all necessary parties; and the above-captioned Debtors (the "Debtors") having

consented to the relief sought in the Request on the terms and conditions contained in this

stipulation and order ("Stipulation and Order"),

---

[1]  Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this

Stipulation and Order, through their undersigned counsel, upon all of the proceedings had before

the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Request is granted as set forth herein.

2.    To the extent applicable, the automatic stay imposed in this case by

section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code

to the extent necessary to allow Movant to complete the foreclosure of the mortgage and security

interest it holds on the Mortgaged Property.

3.    Movant shall provide due notice to the Debtors in connection with any

action to be taken with respect to the Mortgaged Property, including, but not limited to,

proceeding with a sale of the Mortgaged Property, in accordance with and to the extent required

by applicable state law.

4.    To the extent proceeds from any sale of the Mortgaged Property exceed

the valid amounts due and owing to Movant and any other entity holding a valid and enforceable

lien on the Mortgaged Property that is senior to the lien of the Debtors, such proceeds shall be

turned over within thirty (30) days after such sale is completed (a) to the Debtors' estates, or

(b) to the extent the Debtors' interest in the Property is an asset subject to purchase under an

asset purchase agreement between the Debtors and a Stalking Horse Bidder (or any other

purchaser) (each, an "APA"), then, on and after the closing of the sale under such APA, to such

purchaser via wire transfer.

5.    This Stipulation and Order may not be modified other than by a signed

writing executed by the Parties hereto or by further order of the Court.

2

6.      This Stipulation and Order may be executed in multiple counterparts, each

of which shall be deemed an original but all of which when taken together shall constitute one

and the same instrument.

**7.**      Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this

Stipulation and Order imposed by such Bankruptcy Rule is waived.  Movant is authorized to

implement the provisions of this Stipulation and Order immediately upon its entry.

8.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | PHH MORTGAGE CORP. |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | By: /s/ Shari S. Barak<br>Shari S. Barak<br>Shapiro, DiCaro & Barak, LLC<br>105 Maxess Road, Suite N109<br>Melville, NY 11747<br>Tel:  (631) 844-9611<br>Fax:  (631) 844-9525<br><br>*Counsel for PHH Mortgage Corp.* |

**SO ORDERED.**

Dated: January 29, 2013
        New York, New York

        _____/s/Martin Glenn_____
              MARTIN GLENN
        United States Bankruptcy Judge

3