IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re:                                                       :    Chapter 11
                                                             :
Residential Capital, LLC, et al.,                            :    Case No. 12-12020 (MG)
                                                             :
Debtors.                                                     :    Jointly Administered
                                                             :
                                                             :    Assigned to: Hon. Martin Glenn
                                                             :    Bankruptcy Judge
------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL OF SERVICE LIST**

PLEASE TAKE NOTICE that Joseph Arthur Roberts of the Law Office of J. Arthur Roberts, hereby withdraws his appearance with regard to the above-captioned bankruptcy case and requests that he be removed from the CM/ECF noticing list and any other service list in this case.

Respectfully Submitted,

Dated: January 29, 2013

LAW OFFICES OF J.ARTHUR ROBERTS

JOSEPH ARTHUR ROBERTS, ESQ.
Attorney for Movants Kenneth Kral, Lisa Sticker and those similarly situated
3345 Newport Blvd., Ste 213
Newport Beach, CA  92663
(949) 675-9900
Joe@JarLegal.com