IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

JAN 2 5 2013

IN RE:                                          §                    CASE NO. 12-12020 (MG)
                                                §
RESIDENTIAL CAPTIAL, L.L.C.,et al               §                          Chapter 11
                                                §
                                                §                       Jointly Administered
   Debtors                                      §
                                                §

## PLAINTIFF'S REPLY TO DEBTORS' OBJECTIONS TO PLAINTIFF'S MOTION TO LIFT STAY [DOCKET NOS. 2153, 2154, AND 2157] AND ANSWER AND AMENDED REQUEST

Plaintiff, RICHARD D. RODE, filed Plaintiff's Motion to Lift Stay on November 7, 2012 [Docket 2153], Pro Se, against RESIDENTIAL CAPITAL, L.L.C., (RESCAP) and affiliated Debtors. I received Objections on January 22, 2013, and am amending and answering to the objection received.

## PRELIMINARY STATEMENT

Movant seeks relief and clarification regarding the servicing, filing, and details on Movant's homestead property known as 2301 West Lawther, Deer Park, Texas, 77536. After several requests and notifications sent to Homecomings, and GMAC Mortgage, I was never provided answer to balance and/or money paid for payments were removed by GMAC. Please see Exhibit "H" dated 04-06-10, sent by my attorney in Texas, also certified receipt for registered mail. Also see Exhibit "D-1" letter dated 10-01-09, Exhibit "B" dated 09-02-09, and Exhibit "F" dated 10-30-09. In good faith and with direction of my attorney, issues regarding forced place insurance, refunded tax check, and other funds that were taken from escrow account, and assured they would be credited back to the escrow. Also new modification with corrected balance and payment were agreed upon as permanent modification, not a trial. See Exhibit "C" and letter on 09-24-09, confirming payment. Debtor did not operate or service mortgage in good faith, nor comply to federal RESPA & TILA procedures to answer in writing within 30 days any request submitted by borrower (Movant) in this

Page 1

case. GMACM twice ordered Notice of Substitute Trustee Sales in June of 2008 and on 03-11-10. Both times all payments were held in suspense, then removed from escrow, as Corporate Advisement on code. These payments and refunds total $64,000 approximately and have never been applied to principal payments.

Furthermore, GMAC sent internal ledger stating that due to excess $10,000 in suspense, and modification paperwork, and refunds, GMAC underwriter cancelled the modification and requested the loan to be sent to storage. I was notified on 03-11-10 with foreclosure proceedings. This constituted fraudulent paperwork and increase in principal balance, and added late fees, with "inspections". These special circumstances will require that the Texas courts determine where, when, and how payments were distributed, validity of late charges, and corporate servicer fees that were paid.

## JUST CAUSE TO LIFT STAY BASED ON SEC. 362(D)(1)

Plaintiff, RICHARD D. RODE, files this his Reply to Debtor's Objections based on:

SONNAX (1) Relief will Result in Partial/Complete Resolution Sec. 362(d)(1) - States may grant relief for "cause". Debtor would rely on Counsel and I would also be represented.

SONNAX (2) Lack of Connection/Interfere with Chapter 11 Dept. of Justice Ruling in April 2012 (1:12CV361RMC). Based on the facts that all related arguments by Movant are applicable based on Texas State law, Debtor did business and registered in Texas. Mortgage, home, and origination are Texas contract law. Based on fact Texas District Court would relieve Bankruptcy Court and also most costs to resolve. Also, Debtor already has counsel and are very aware of this case. Even though court was scheduled for April of 2013, based on poor discovery finally received by GMAC, the facts stated in their journal (Exhibit D-2) stating over $10,000.00 was found unapplied, so money was removed from escrow, benefiting Debtor, and financially harming Movant. Those facts are a clear and obvious intent that violates TILA & RESPA federal laws. This and other facts stated

in brief support lifting stay. The 2nd Sonnax refers to interference to Chapter 11 case. Debtors and their attorneys have extensive knowledge of this case since September 15, 2009. After a Request For Sanctions in District Court, Debtor's attorneys delivered poor copies and did not comply or answer all Interrogatories. Upon discovery of mortgage fraud, February of 2012, I made a fair offer to resolve this case. Debtor and attorneys chose to move case from Texas District Court to Texas Federal District Court. There was no compromise or counteroffer, and instead of negotiating in good faith, Debtors filed and moved the case to Federal Court on 02-09-12. District Judge already had mediation and discovery schedule in place. On 04-02-12, scheduled hearing and request for sanctions were put in a schedule. December of 2012 was stated based on Debtor attorney's request needing more time. On 05-16-12, Movant and District Court were notified of Chapter 11 filing.

It is Movant's experience with GMAC, that in 2008, Homecomings, the mortgage servicer on the account, never provided payments, history, or correspondence regarding my certified letter requesting statements. In April of 2009, after several attempts to resolve dispute on payments not applied to loan principal, I hired a Texas attorney who dealt directly with GMAC, finalizing resolution on 08-15-09. Several correspondence by attorney to GMAC and no response. On 02-10-10, GMAC had RFC file foreclosure proceedings on the home. In regards, to Sonnax 2, I feel GMAC has attorneys familiar with this case, and would not interfere with Chapter 11, as it will need to be heard in New York or more efficiently in Texas. GMAC has 4 years of pleadings on this specific case. In fact, after being notified in November of 2012 about the Motion to Lift Stay, I was notified on January 23, 2013, with objections leaving me 1 day to answer and respond by January 25, 2013, by noon.

Several correspondence letters communicating request for details on loan, payments, and where the payments were applied are attached as Exhibit "I". All of these requests were stating wrong balances, and added fee for late payments, and all payments were made on time. Also

attached is a letter showing the foreclosure process, ignoring my attempts to principal and payment statement.

Again, Debtor gives "cause" to lift the stay in order to resolve litigation judicially and financially efficient in Texas District Court, which is best prepared to rule on litigation originated and performed in Texas. Also, "Notice of Removal" filed by Debtor's attorney dated 02-09-12, confirming that this will not interfere with Chapter 11.

As for Sonnax 3, proceedings involved Debtor as fiduciary with all due respect. GMAC was a master servicer and Homecomings was a secondary servicer and RFC to depositor. Based on RALI 2006 prospectus, in which my mortgage loan was issued a certificate (See Exhibit G). These security bonds, provided by GMAC exclusively, serviced, assigned, and all control was with GMAC owned subsidiary and the only other factors would be regulation from government. It is my belief GMAC is the fiduciary regarding this account/mortgage.

Sonnax 5 – Specialize Tribunal in Necessary Expertise. There have been several motions and cases in regards to specific violations including DOJ April 2012 rulings against and including GMAC. That ruling states mortgage servicers would use due diligence in customer service, borrower's concerns, using HAMP, and provide modifications in a timely manner. GMAC also agreed to resolve pending litigation and would provide accurate account information and has requested to sell all assets and accounts free and clear without interference. I object to resolution or good faith intentions based on 4 years and now objecting to lift the stay rather than discuss settlement. Several monitors are currently in place, including inspection of loan committees, creditor committees, and U. S. DOJ.

Sonnax 6 – Whether action involves third parties.

Sonnax 7 – Whether litigation would prejudice other creditors. GMAC has set aside accounts for litigation. The cost incurred to defend litigation also affects creditors, if current assets

are not accurate.  The mortgage balance on my account is inflated over double the actual balance.

This is my only solution to resolve the attempt to seize my homestead that I built.  The burden and

expense has been ongoing for four years.  I am a creditor who is being harmed, and this is a special

circumstance, requiring the lifting of the stay.

Sonnax 8 – Judgment claim subject to subordination.

Sonnax 10 – Interest of Judicial Economy – Due to scheduled District Court and solution

would motivate Debtor to resolve this litigation.  The burden of case load and scheduling, it would

relieve Bankruptcy Court and resolve litigation in original case location.

Sonnax 11 – Upon real answers to discovery, I am ready, with counsel.

Sonnax 12 – I currently have no contact and desperately need closure to this issue.

## CONCLUSION

Based on fairness and circumstances of the facts Debtors' own files obligate the Court to

determine actual accurate balances, and disclosure of payments and credits due on this mortgage.

GMAC is the servicer and is required to disclose where all payments were applied and why the

payments made by Movant were not applied to the principal.

Respectfully submitted,

Richard D. Rode

Richard D. Rode, Pro Se
2301 West Lawther Drive
Deer Park, Texas  77536
(832) 431-1255
richrode@att.net

PRO SE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via facsimile transmission on the 24th day of January, 2013, on the following counsel of record as indicated below:

Geoffrey J. Peters
Weltman, Weinberg & Reis Co.,
L.P.A.
175 S. Third Street
Suite 900
Columbus, OH 43215

Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Melissa N Licker
Fein, Such & Crane
747 Chestnut Ridge RD
Chestnut Ridge, NY 10977

Stefan W. Engelhardt
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Joel C Haims
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Lorraine S. McGowen
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019


Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104


Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104


Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle
LLP
101 Park Avenue
New York, NY 10178


Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Mr. Graham Gerhardt
Mr. Brian O'Dell
Bradley, Arant, Boult, Cummings
One Federal Place, 1819 Fifth Avenue North
Birmingham, Alabama  35203

Richard D. Rode

**ZICK & ONCKEN, P.C.**

**Attorneys at Law**
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

Jeffrey H. Uzick

September 2, 2009

Ms. Denise Jungen
Advocacy Resolution Specialist
GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA 50704

RE:    Account Number:    7435631023
       Mortgagor:         Richard D. Rode
       Property Address:  2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Ms. Jungen:

   Thank you for your letter of August 28th. I have reviewed, in detail, the payment history with my client and there are numerous problems with how Homecomings Financial applied payments. Additionally, attached is a true and correct copy of the Declaration Page indicating that the property was insured through Texas Farm Bureau from October 1, 2006, through October 1, 2007.

   Please refund or apply the inappropriate charges posted to Mr. Rode's account for insurance coverage. Mr. Rode hereby agrees to the modification offered by GMAC Mortgage in the principal amount of $192,480.84 with the agreed upon interest rate of 5.0% as reflected in the Fixed Rate Loan Modification Agreement. However, the package received by him still reflects his ex-wife's name on the documents. Please forward corrected documents that does not have Barbara Rode's name listed. Mr. Rode has previously sent a recorded Quit Claim Deed indicating that he is the sole owner of the property.

   To reiterate, we will be expecting a loan modification package for Mr. Rode to complete. Payments under the Modification Agreement will begin on November 1, 2009, in the total amount of $3,013.70 per month, reflecting principal and interest of $2,320.25, and escrow for taxes in the amount of $693.45. Once these documents are received and signed, please zero out his loan payment history from that day forward so that there will be no misunderstanding regarding any late fees, penalties, or other charges that were previously claimed, but disputed prior to that time. Enclosed is a check in the amount of $3,025.00 that is not due until October 1st, but was requested by you in your letter to me of August 28th. Please apply this payment to the loan.

   Very truly yours,

   Jeffrey H. Uzick

5/dr
CRRR; 7004-1160-0007-3378-7905

**EXHIBIT**
" B "

2702 Treble Creek • San Ant...     ...3 • Facsimile: (210) 341-1570



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Denise Junger
Advocacy Resolution Spec.
GMAC Mortgage
3451 Hammond Ave.
Waterloo, IA 50704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ROB SMEDLEY    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)   SEP 08 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ■ Certified Mail    ☐ Express Mail
   ☐ Registered        ■ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number     7004 1160 0007 3378 7905

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# GMAC Mortgage

September 24, 2009

Uzick & Oncken, P.C.
Attorneys at Law
Attn: Jeffrey H Uzick
238 Westcott
Houston TX 77007

| RE: | Account Number | 7435631023 |
|-----|----------------|------------|
| | Mortgagor | Richard D Rode |
| | Property Address | 2301 West Lawther Lane |
| | | Deer Park TX 77536 |

Dear Jeffrey H Uzick:

This is in response to the letter dated September 2, 2009 and September 18, 2009, received in our office September 8, 2009 and September 21, 2009, regarding the above-referenced account.

The insurance policy provided has been updated, the lapse from December 31, 2006 to September 21, 2007 has been canceled and a refund in the amount of $4,686.00 will be returned to escrow. There is still a lapse from April 15, 2008 to July 11, 2008, this is a lapse charge of $601.00.

The funds of $3,025.00 have been received and I have confirmed with our Loss Mitigation Department the modification is 5% fixed. Beginning November 1, 2009 payment will be $3,013.70 ($2,320.25 principal and interest and $693.45 escrow). However, we do need to receive the notarized modification documents back. I apologize, we are not able to send without the ex-wife's name, the quit claim deed does allow us to proceed with he modification without her signature.

If I can be of further assistance, please contact me at 1-800-766-4622 extension 2365387 or direct at 319-236-5387.

Sincerely,

Denise Jungen
Advocacy Resolution Specialist
Executive Office

3451 Hammond Ave
Waterloo, IA 50704


EXHIBIT
"C"

SEP 29 2009

**ZICK & ONCKEN, P.C.**
Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

Jeffrey H. Uzick

October 1, 2009

Ms. Denise Jungen
Advocacy Resolution Specialist
GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA  50704

RE:    Account Number:    7435631023
       Mortgagor:         Richard D. Rode
       Property Address:  2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Ms. Jungen:

Pursuant to your correspondence of September 24th, enclosed please find the signed and notarized Fixed Rate Loan Modification Agreement regarding the above-referenced account number. Mr. Rode has already made the requested payment of $3,025.00, which your records show as received on September 14th. Please forward to me a completely-signed copy of the enclosed document, evidencing your signature on same. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Jeffrey H. Uzick

5/dr\973.090059
Enclosure
FEDERAL EXPRESS

2702 Treble Creek • San Anto...    3 • Facsimile:  (210) 341-1570

**EXHIBIT**
"D-1"



TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/01/2009 12:52
NAME  : UZICKONCKEN
FAX   : 7138695699
TEL   : 7138692900
SER. # : D5J169671
```

| | |
|---|---|
| DATE, TIME | 10/01  12:50 |
| FAX NO./NAME | 18667094744 |
| DURATION | 00:02:31 |
| PAGE(S) | 08 |
| RESULT | OK |
| MODE | STANDARD |

# UZICK & ONCKEN, P.C.

### Attorneys at Law

Jeffrey H. Uzick

238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-5699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is confidential. It may also be subject to the attorney-client privilege or the privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s) named below. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s) named below), copying, or taking of any action because of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for the return of the documents.

DATE:       October 1, 2009

TO:         Ms. Denise Jungen/Advocacy Resolution Specialist/GMAC Mortgage
FAX:        (866) 709-4744

FROM:       Jeffrey H. Uzick

COMMENTS:   GMAC (4) forwarding Fixed Rate Loan Modification Agreement

TOTAL PAGES:   8      (INCLUDING COVER SHEET)

FILE NAME:     Rode v. Homecomings/GMAC

FILE NUMBER:   973.090059

If transmission is not complete, please call (713) 869-2900

02/06/2012 04:33:52 PM ... cv-00032682 Document ... Filed ... Page ... of 59

FedEx Ship Manager - Print Your Label(s)                                      Page 1 of 1

From: Origin ID: ALOA  (800) 968-1179
Jennifer Koester - Loss Mit
HOMECOMINGS FINANCIAL NETWORK
3451 Hammond Avenue
Waterloo, IA 50702

**FedEx**

Ship Date: 27AUG09
ActWgt: 1.0 LB
CAD: 5441063/NET0000
Account#: *

Delivery Address Bar Code

SHIP TO: (214) 874-8541      BILL SENDER
ATTN: LOSS MITIGATION DEPT.
GMAC MORTGAGE
3451 HAMMOND AVE

WATERLOO, IA 50702

Ref # SVC856
Invoice #
PO #
Dept # SVC856

TRK# 7968 9701 2725
0201

FRI - 28AUG      A2
STANDARD OVERNIGHT

50 ALOA

50702
IA-US
CID

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could
result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be
responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless
you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service
Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees,
costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value.
Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable
instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.
Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2009 FedEx

*Fed Ex Id 10-01-09*

https://www.fedex.com/shipping/shipAction.handle?method=doContinue                    8/27/2009

Page 1 of 1

## Detailed Results

Enter tracking number

| Detailed Results | Notifications |
|---|---|

**Tracking no.: 796897012725**                    ✉ E-mail notifications

## Delivered

Initiated    Picked up    In transit    Delivered
**Delivered**
Signed for by: S.MOE

**Shipment Dates**                              **Destination**

Ship date ⊘  Oct 1, 2009                        Signature Proof of Delivery ⊘
Delivery date ⊘  Oct 2, 2009 9:17 AM

Help

### Shipment Facts

| Service type | Standard Envelope | Delivered to | Mailroom |
|---|---|---|---|
| Weight | 0.5 lbs/0.2 kg | | |

### Shipment Travel History

Help

Select time zone:  Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 2, 2009 9:17 AM | Delivered | | |
| Oct 2, 2009 8:59 AM | On FedEx vehicle for delivery | WATERLOO, IA | |
| Oct 2, 2009 8:28 AM | At local FedEx facility | WATERLOO, IA | |
| Oct 2, 2009 4:37 AM | At dest sort facility | CEDAR RAPIDS, IA | |
| Oct 2, 2009 4:24 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Oct 2, 2009 1:45 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Oct 1, 2009 9:27 PM | Left FedEx origin facility | HOUSTON, TX | |
| Oct 1, 2009 8:57 PM | Picked up | HOUSTON, TX | |

RODE v. HOMECOMING

HISTORY FOR ACCOUNT : 7435631023                          PAGE    28
                                                          DATE 07/29/11


---------- MAIL ---------------------- --------- PROPERTY -----------------

RICHARD D RODE

2301 WEST LAWTHER LANE          2301 WEST LAWTHER LANE

DEER PARK          TX 77536    DEER PARK          TX 77536

---------------------------------------------------------------------------

| POST | TRN | DUE | TRANS..TION | PRINCIPAL | INTEREST | ESCROW |
| DATE | CDE. | DATE | AMOUNT | PAID | PAID | PAID |
|------|------|------|---------|-----------|----------|--------|
| 082009 | NT | 000000 | T:25101 | Foreclosure Referral Review Completed | | |
| | | | | and Management Approved | | |
| 082009 | FOR | 000000 | T:25101 | FORECLOSURE APPROVAL (1)    COMPLETED 08/20/09 | | |
| 082009 | FOR | 000000 | T:20954 | FILE CLOSED    (1000)    COMPLETED 08/20/09 | | |
| 082009 | NT | 000000 | T:20954 | rcv'd request from Justin Anderson to pull from | | |
| | | | | fcl. loan is escalated. removed wc 5 on cust stat | | |
| | | | | code. added date reinstated on fcl info. placed | | |
| | | | | 'd' on del interface (prevent loading in NT). | | |
| | | | | closed fcl module. advised to add a cit to the | | |
| 082009 | NT | 000000 | T:20954 | loan. | | |
| 082009 | CIT | 000000 | T:20547 | 024 828 | | |
| | | | | reviewing loan for mod | | |
| 082409 | CIT | 000000 | T:01504 | 021 cls cit 155- Loss Mit Closure Letter Sent. | | |
| 082409 | CIT | 000000 | T:01504 | 021 DONE 08/24/09 BY TLR 01504 | | |
| | | | | TSK TYP 155-CC TRACK - LM F | | |
| 082409 | CIT | 000000 | T:20547 | 025 828 | | |
| 082409 | LMT | 000000 | T:20547 | APPROVED FOR LMT 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | REFERRD TO LOSS MIT (1)    COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | PURSUE LN MODIFCATN (1000) COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | ASSESS FINANCL PKG (2)    COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | COMPLETE FIN PKG REC (3)    COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | LMT SOLUTN PURSUED (6)    COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | BPO ORDERED    (4)    COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | BPO OBTAINED    (5)    COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | LOAN MOD STARTED    (1001)    COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:2054 | MODIFCATN RECMMD INV (1231) COMPLETED 08/24/09 | | |
| 082409 | LMT | 000000 | T:20547 | MODIFCATN APPRVD INV (1232) COMPLETED 08/24/09 | | |
| 082409 | NT | 000000 | T:20547 | lmt2-1 | | |
| | | | | Permanent mod approved. 3025 due by 10/01/09. | | |
| | | | | Apply funds to 4N and open cit 840. Forward signed | | |
| 082409 | NT | 000000 | T:27080 | MOD APPRVD: PM CNTRBTN OF $3,025.00 DUE 10/1/2009; | | |
| | | | | NEW UPB $192,480.84, TTL CPPD $5,189.97 (INT $0.00 | | |
| | | | | / ESC $5,189.97), OLD PPTD 11/08, NEW 10/09, OLD | | |
| | | | | RATE 5.3750%, NEW RATE 5.0000%, ORGNL TERM 180, | | |
| | | | | CRRNT TERM 114, MOD TERM 102, MAT DATE 4/1/2018 , | | |
| | | | | OLD PI $2,149.16, NEW PI $2,320.25, OLD PITI | | |

ALL SB011437

Defendants 00304

EXHIBIT
tabbies®
"D-2"

HISTORY FOR ACCOUNT  7435631023                         PAGE    35
                                                        DATE 07/29/11

        --------- MAIL -------------------- -------- PROPERTY ----------------

        RICHARD D RODE

        2301 WEST LAWTHER LANE          2301 WEST LAWTHER LANE

        DEER PARK          TX 77536    DEER PARK        TX 77536

---------------------------------------------------------------------
| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 103009 | NT | 000000 | T:26339 | Storage.N16 | | |
| 103009 | FSV | 000000 | T:00000 | INSP TP F RESULTS RCVD;  ORD DT=10/19/09 | | |
| 103009 | FB | 100108 | | 11.25  11 PROP INSPECTION FEE | | |
| 110309 | DM | 000000 | T:00000 | 50:00 | | |
| | | | | EARLY IND: SCORE 326 MODEL EI90C | | |
| 110609 | NT | 000000 | T:26339 | Original in Kenwood storage box # | | |
| | | | | 17020124754. | | |
| 113309 | CBR | 100108 | T:00000 | DELINQUENT:  180+ DAYS | | |
| 111709 | CIT | 000000 | T:20027 | 034 DONE 11/17/09 BY TLR 20027 | | |
| 111709 | CIT | 000000 | T:20027 | TSK TYP 977-MOD PROCESSED I | | |
| 111709 | NT | 000000 | T:20027 | Loan forwarded to manager for approval. | | |
| 111709 | LMT | 000000 | T:20027 | MODIFCATN RECMMD INV (1231) UNCOMPLETED | | |
| 111709 | NT | 000000 | T:20027 | Escrow Analysis Completed | | |
| | | | | Assuming Rolling 2 Payments | | |
| | | | | Escrow Shortage=$1386.91 | | |
| | | | | Escrow Capped=$13285.56 | | |
| | | | | Escrow Pmt w/ 1/60=$716.56 | | |
| 111709 | SLC | 100108 | | .00 | | 107.45 |
| 111809 | FSV | 100108 | T:00000 | INSP TYPE F ORDERED;     REQ CD =AUTO DELQ | | |
| 111909 | D28 | 000000 | | BILLING STATEMENT FROM REPORT R628  STD FORM | | |
| 112609 | FSV | 000000 | T:00000 | INSP TP F RESULTS RCVD;   ORD DT=11/18/09 | | |
| 112609 | FB | 100108 | | 11.25  11 PROP INSPECTION FEE | | |
| 112709 | FSV | 000000 | T:00000 | INSP TYPE R ORDERED;       REQ CD =1150 | | |
| 120109 | LMT | 000000 | T:30902 | LMT BPO/APPRAISAL REC ADDED | | |
| 120109 | FSV | 000000 | T:04895 | INSP TP R RESULTS RCVD;  ORD DT=11/27/09 | | |
| 120209 | DM | 000000 | T:00000 | 50:00 | | |
| | | | | EARLY IND: SCORE 330 MODEL EI90C | | |
| 120309 | B90 | 100108 | -6346.50 | PAYEE = 0101.00000 | .00 | -6346.50 |
| 120309 | B91 | 100108 | -2086.80 | PAYEE = 0101.04275 | .00 | -2086.80 |
| 121109 | CBR | 100108 | T:00000 | DELINQUENT:  180+ DAYS | | |
| 121409 | FB | 100108 | | 83.00 164 CORP ADV 3 DRM | | |
| 121709 | SLC | 100108 | | .00 | | 107.45 |
| 122109 | D28 | 000000 | | BILLING STATEMENT FROM REPORT R628  STD FORM | | |
| 122809 | FSV | 100108 | T:00000 | INSP TYPE F ORDERED;     REQ CD =AUTO DELQ | | |
| 010410 | DM | 000000 | T:00000 | 50:00 | | |
| | | | | EARLY IND: SCORE 330 MODEL EI90C | | |

        ALL SBO11437

Defendants 00311

```
HISTORY FOR ACCOUNT  7435631023                    PAGE    36
                                                   DATE 07/29/11

--------- MAIL -------------------- -------- PROPERTY ----------------

RICHARD D RODE

2301 WEST LAWTHER LANE        2301 WEST LAWTHER LANE

DEER PARK          TX 77536    DEER PARK        TX 77536
```

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 010710 | FSV | 000000 | T:00000 INSP TP F RESULTS RCVD;   ORD DT=12/28/09 | | | |
| 010710 | FB | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 011510 | CBR | 100108 | T:00000 DELINQUENT: 180+ DAYS | | | |
| 011910 | SLC | 100108 | .00 | | | 107.45 |
| 011910 | D28 | 000000 | BILLING STATEMENT FROM REPORT R628 STD FORM | | | |
| 012710 | FSV | 100108 | T:00000 INSP TYPE F ORDERED;    REQ CD =AUTO DELQ | | | |
| 020210 | DM | 000000 | T:00000  50:00 | | | |
| | | | EARLY IND: SCORE 322 MODEL ET90C | | | |
| 020510 | FSV | 000000 | T:00000 INSP TP F RESULTS RCVD;  ORD DT=01/27/10 | | | |
| 020510 | FB | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 021710 | SLC | 100108 | .00 | | | 107.45 |
| 021810 | LMT | 000000 | T:13157 LOSS MIT DENIED OTHER | | | |
| 021810 | LMT | 000000 | T:13157 FILE CLOSED        (7)  COMPLETED 02/18/10 | | | |
| 021910 | CIT | 000000 | T:30820 036 CIT 846 | | | |
| 021910 | CIT | 000000 | T:30820 036 DONE 02/19/10 BY TLR 30820 | | | |
| | | | TSK TYP 846-FORECLOSURE EXC | | | |
| 021910 | D28 | 000000 | BILLING STATEMENT FROM REPORT R628 STD FORM | | | |
| 022310 | CBR | 100108 | T:00000 DELINQUENT: 180+ DAYS | | | |
| 022410 | UFN | 100108 | UNAPPLIED FUNDS (4)          -536.25 BALANCE    2496.34 | | | |
| 022410 | SR | 100108 | -536.25           .00          .00          .00 | | | |
| 022410 | FE | 100108 | 251.00 164 CORP ADV 3 DRM | | | |
| 022410 | FE | 100108 | 83.00 164 CORP ADV 3 DRM | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 13.00  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 13.00  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| ^022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |
| 022410 | FE | 100108 | 11.25  11 PROP INSPECTION FEE | | | |

```
ALL SBO11437
```

Defendants 00312

```
HISTORY FOR ACCOUNT  7435..1023                          PAGE      37
                                                         DATE 07/29/11

--------- MAIL -------------------- ---------- PROPERTY ----------------

RICHARD D RODE

2301 WEST LAWTHER LANE            2301 WEST LAWTHER LANE

DEER PARK            TX 77536     DEER PARK          TX 77536
```

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|--------------------|----------------|---------------|-------------|
| 022410 | FE | 100108 | 11.25 | 11 PROP INSPECTION FEE | | |
| 022410 | FE | 100108 | 30.00 | 3 NSF FEE | | |
| 022410 | UFU | 100108 | UNAPPLIED FUNDS (1) | | 2496.34 | BALANCE 2496.34 |
| 022410 | UFN | 100108 | UNAPPLIED FUNDS (4) | | -2496.34 | BALANCE 0.00 |
| 022410 | SR | 100108 | .00 | .00 | .00 | .00 |
| 022410 | FOR | 000000 | T:25101 | APPROVED FOR FCL 02/24/10 | | |
| 022410 | NT | 000000 | T:25101 | Foreclosure Referral Review Completed and Management Approved | | |
| 022410 | FOR | 000000 | T:25101 | FORECLOSURE APPROVAL (1)   COMPLETED 02/24/10 | | |

# REDACTED

Defendants 00313

HISTORY FOR ACCOUNT  7435631023

PAGE    33
DATE 07/29/11

--------- MAIL -------------------- --------- PROPERTY ----------------

RICHARD D RODE

2301 WEST LAWTHER LANE          2301 WEST LAWTHER LANE

DEER PARK          TX 77536    DEER PARK          TX 77536

--------------------------------- --------------------------------------

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|-----------|---------|----------|--------------------|----------------|---------------|-------------|
| 101909 | FM |        | PAID TO DATE             |            | 1091001 TO | 1081001 T: 01323 |
| 101909 | FM |        | INTEREST RATE            |            | 5.000 TO   | 5.375 T: 01323 |
| 101909 | FM |        | CURRENT P&I PYMT         |            | 2320.25 TO | 2149.16 T: 01323 |
| 101909 | LMT | 000000 | T:00000 | REFERRD TO LOSS MIT (1) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | PURSUE LN MODIFCATN (1000) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | LOAN MOD STARTED (1001) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | ASSESS FINANCL PKG (2) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | SEND EXEC DOCS (1040) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | RECV EXEC DOCS (1031) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | MODIFCATN RECMMD INV (1231) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | MODIFCATN APPRVD INV (1232) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | COMPLETE FIN PKG REC (3) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | LMT SOLUTN PURSUED (6) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | LN MODIFICATION CMP (1002) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | FILE CLOSED (7) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | BPO ORDERED (4) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | BPO OBTAINED (5) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | FINANCIAL STMT RECD (31) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | PROOF OF INCOME RECD (32) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | FED TAX RETURN RECD (33) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | IRS FORM 4506-T RECD (34) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | HARDSHIP AFFDVT RECD (35) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | I/O CONVERSION MOD (1034) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | AMORT EXT MOD (1035) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | TRIAL MOD APPROVED (1052) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | PRE QUAL MOD FLAG (1056) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | HMP MOD APPROVED (1060) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | HMP PERM MOD SIGNED (1061) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | TIRA APPROVED (1072) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | PREEMPTV MOD SOLICTN (1095) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | DT CUS SIGND HMP TRL (1099) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | TRIAL MOD FAILED (1053) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | TRIAL MOD COMPLETED (1054) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | TRIAL MOD EXECUTED (1055) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | TIRA FAILED (1073) | DE-ARCHIVED | | |
| 101909 | LMT | 000000 | T:00000 | TIRA COMPLETED (1074) | DE-ARCHIVED | | |

ALL SB011437

**Defendants 00309**

HISTORY FOR ACCOUNT  7435631023

PAGE     34
DATE 07/29/11

--------- MAIL -------------------- --------- PROPERTY ----------------

RICHARD D RODE

2301 WEST LAWTHER LANE          2301 WEST LAWTHER LANE

DEER PARK          TX 77536      DEER PARK       TX 77536

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 101909 | LMT | 000000 | T:00000 | TIRA EXECUTED | (1075) | DE-ARCHIVED |
| 101909 | LMT | 000000 | T:01323 | LN MODIFICATION CMP | (1002) | UNCOMPLETED |
| 101909 | LMT | 000000 | T:01323 | RECV EXEC DOCS | (1031) | UNCOMPLETED |
| 101909 | LMT | 000000 | T:01323 | SEND EXEC DOCS | (1040) | UNCOMPLETED |
| 101909 | LMT | 000000 | T:01323 | MODIFCATN APPRVD INV | (1232) | UNCOMPLETED |
| 101909 | LMT | 000000 | T:01323 | PURSUE LN MODIFCATN | (1000) | COMPLETED 10/19/09 |
| 101909 | CIT | 000000 | T:01323 | 031 DONE 10/19/09 BY TLR 01323 | | |

TSK TYP 917-PRIV INV LOSS M

101909 CIT 000000  T:01323  033 973 - backed off mod due to large esc surplus
101909 CIT 000000  T:01323  of $4686 after mod was completed. we capped
                            $5189.97, debt forgave $10,000, and borrower
                            contributed $5187.97 in escrow - we do not
                            want to issue any type of refund - a new mod
101909 CIT 000000  T:01323  033 DONE 10/19/09 BY TLR 01323
                            TSK TYP 973-MODIFICATION RE
101909 CIT 000000  T:01323  034 977 - backed off mod due to large esc surplus
                            of $4686 after mod was completed. we capped
                            $5189.97, debt forgave $10,000, and borrower
101909 CIT 000000  T:01323  contributed $5187.97 in escrow - we do not
                            want to issue any type of refund - a new mod
                            needs to be done
101909 NT  000000  T:01030  rcvd email rqsting ln mod date be removed.
101909 CIT 000000  T:13409  032 Closing CIT 317-mod being backed off due to
                            large surplus per Katina Frazier-Loss Mit
101909 CIT 000000  T:13409  032 DONE 10/19/09 BY TLR 13409
                            TSK TYP 317-FINAL LOAN MODI
101909 DM  000000  T:00000  50:00
                            AUTOMATED INTEREST ACCRUAL HOLD ACTIVE
101909 FSV 100108  T:00000  INSP TYPE F ORDERED;     REQ CD =AUTO DELQ
102009 D28 000000           FORCED BILLING STATEMENT FROM REPORT R628  STD FORM
102809 CIT 000000  T:11579  035 New CIT # 602: Fax recd: letter from attorney.
                            iamged as wout glee1@2863.
102909 CIT 000000  T:02441  035 DONE 10/29/09 BY TLR 02441
                            TSK TYP 602-CASH FLOW ADDIT
102909 NT  000000  T:02441  **NON-HMP APPROVED ON THE FILE AND THERE ARE NO
                            NEW PAYSTUBS. HENCE CANNOT COMPLETE 602 PROCESS**
103009 NT  000000  T:26339  Original mod sent to kenwood to sent to

ALL SBO11437

Defendants 00310

Jeffrey H. Uzick

# UZICK & ONCKEN, P.C.
## Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

October 30, 2009

Ms. Denise Jungen
Advocacy Resolution Specialist
GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA  50704

RE:    Account Number:      7435631023
       Mortgagor:           Richard D. Rode
       Property Address:    2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Ms. Jungen:

This is yet another letter reminding you that we are ready, willing and able to make the payment that is due on November 1st, but my clients will not do so unless I receive (1) confirmation that this modification has been finalized; and (2) that the payments are being properly applied. The October 19th statement is inaccurate, as it reads, for example, that $10,000.00 was applied to "Other".

Please contact me or Dee Rode at the number above immediately to solve this continuing problem.

Very truly yours,

Jeffrey H. Uzick

5/dr\973.090059
FAXED

EXHIBIT
"F"

2702 Treble Creek ● San Antonio ● Facsimile: (210) 341-1570

```
┌──────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT         │
└──────────────────────────────────────────┘

                        TIME  : 10/30/2009 12:51
                        NAME  : UZICKONCKEN
                        FAX   : 7138656699
                        TEL   : 7138692900
                        SER.# : D5J169671
```

```
DATE,TIME            10/30  12:50
FAX NO./NAME         18667094744
DURATION             00:00:36
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
```

# UZICK & ONCKEN, P.C.

Jeffrey H. Uzick

### Attorneys at Law
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is confidential. It may also be subject to the attorney-client privilege or the privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s) named below. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s) named below), copying, or taking of any action because of this information is strictly prohibited. If you have received this information in error, please immediately notify us by telephone to arrange for the return of the documents.

DATE:          October 30, 2009

TO:            Ms. Denise Jungen/Advocacy Resolution Specialist/GMAC Mortgage
FAX:           (866) 709-4744

FROM:          Jeffrey H. Uzick

COMMENTS:      GMAC (6) requesting confirmation of finalization of Modification
               Agreement and explanation of "Other" fees/charges on October 19th
               statement.

TOTAL PAGES:   2      (INCLUDING COVER SHEET)

FILE NAME:     Rode v. Homecomings/GMAC

FILE NUMBER:   973.090059

If transmission is not complete, please call (713) 869-2900

ETS
1 O Box 9032
Temecula, CA 92589-9032

**Send Payments to:**
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

**Send Correspondence to:**
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

7113 8257 1474 1157 4523

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

RICHARD D. RODE
2301 W LAWTHER DR
DEER PARK TX 77536-6066

20100331-59
TXNTS_CertifiedReturnReceipt







EXHIBIT
"G"

APR   8 2010

1096-v4

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

DATE: 3/11/2010
TS# TX-240297-C
**DEED OF TRUST, SECURITY AGREEMENT-FINANCING STATEMENT:**

| | |
|---|---|
| Date: | 3/18/2003 |
| Grantor: | RICHARD D. RODE A MARRIED MAN BEING JOINED HEREIN PROFORMA BY MY WIFE ,BARBARA O. RODE TO PERFECT LIEN ONLY |
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR LENDER SOUTHTRUST MORTGAGE CORPORATION |
| Trustee: | ROBERT D. GARDNER JR. |
| Recording Information: | Instrument W532365, Volume , Page , Real Property Records, Harris County, Texas, Recorded on: 3/27/2003 |
| Property: | See EXHIBIT "A" |
| Mortgagee: | GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION |

**NOTE:**

| | |
|---|---|
| Date: | 3/18/2003 |
| Amount: | $265,175.00 |
| Debtor: | RICHARD D. RODE A MARRIED MAN BEING JOINED HEREIN PROFORMA BY MY WIFE ,BARBARA O. RODE TO PERFECT LIEN ONLY |
| Holder: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR LENDER SOUTHTRUST MORTGAGE CORPORATION |
| SUBSTITUTE TRUSTEE: | Jeff Leva, Audrey Lewis, Pattie Sullivan ,Sandy Dasigenis, Noel McNally, Cassandra Inouye or Erika Puentes, c/o Executive Trustee Services, LLC, 2255 North Ontario Street, Suite 400, Burbank, California 91504-3120 |

**DATE OF SALE OF PROPERTY:**
Tuesday, 5/4/2010 at 10:00 AM but in no event later than three (3) hours thereafter

**PLACE OF SALE OF PROPERTY:**
In the area Northwest of the stairwell railing, on the first floor of the Family Law Center, 1115 Congress, Houston, Texas

If no place is designated by the Commissioner, the sale will be conducted at the place where the Notice of Substitute Trustee's Sale was posted, or any other area designated by the courthouse or Commissioner of Courts pursuant to Sec 51.002 of the Texas Property Code.



7113 8257 1474 1157 4523

TS# TX-240297-C

NOTICE IS HEREBY GIVEN that because the default in performance of the obligations of the Deed of Trust, Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified to satisfy the debt secured by the Deed of Trust. The sale will begin at the earliest time stated above or within three hours after that time.

GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION is current owner and holder of the Note and is the beneficiary under the Deed of Trust associated with the above referenced loan. GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION's address is:

> GMAC MORTGAGE, LLC FKA
> GMAC MORTGAGE CORPORATION
> 1100 VIRGINIA DRIVE
> FORT WASHINGTON, PA 19034

---

Jeff Leva, Audrey Lewis, Pattie Sullivan ,Sandy Dasigenis, Noel McNally, Cassandra Inouye or Erika Puentes
Substitute Trustee

Return to:
Executive Trustee Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

TX-240297-C

## EXHIBIT "A"

LOT 5, IN BLOCK 1, OF PARK PLACE, SECTION ONE (1), A SUBDIVISION IN HARRIS
COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED AT
FILM CODE NO. 391092 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.



Loan No. 7435631023
T.S. No. TX-240297-C

Please find enclosed a Notice of Acceleration of Maturity if not previously sent and Notice of
Non-Judicial Foreclosure Sale (Notice of Substituted Trustee's Sale).

**This is an attempt by a debt collector to collect a consumer debt and any information
obtained will be used for that purpose.**

**Unless within thirty (30) days after you receive this notice you dispute the validity of this
debt, or any portion of the debt, the debt will be presumed to be valid.**

**If within this thirty days: (i) You notify this office (hereinafter "we" or "us") in writing
that you dispute this debt, or any portion of it, then we will obtain and mail to you
verification of this debt or a copy of any judgment against you; (ii) You request in writing
that we obtain the name and address of the original creditor, if different from the current
creditor, then we will obtain and mail it to you; (iii) You notify us in writing that you
dispute this debt, or any portion of the debt, then we will cease collection of the debt, until
we obtain verification of the debt, or a copy of any judgment, and mail it to you; (iv) You
request in writing the name and address of the original creditor, if different from the
current creditor, then we will cease collection of the debt, until we obtain the name and
address of the original creditor and mail it to you.**

In the event your are presently on active duty in the Armed Services of the United States or have
been discharged within three (3) months prior to the date of this letter, please submit evidence of
such service by way of a letter from your Commanding Officer or a copy of your discharge
orders to this office immediately, inasmuch as you may have certain rights available to you
pursuant to the Soldiers' and Sailors' Civil Relief Act.

Address for Notices:

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

*(See the name of the creditor and the amount of the debt on the next page)*



## NOTICE OF ACCELERATION OF MATURITY

### THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

Date: 3/11/2010

Loan No. 7435631023
T.S. No. TX-240297-C

Re: $265,175.00 promissory note (the "Note", whether one or more) dated 3/18/2003, executed
by RICHARD D. RODE A MARRIED MAN BEING JOINED HEREIN PROFORMA BY MY
WIFE ,BARBARA O. RODE TO PERFECT LIEN ONLY , and payable to the order of
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE
FOR LENDER SOUTHTRUST MORTGAGE CORPORATION as therein provided, secured
by a deed of trust (the "Deed of Trust") dated of even date therewith, and recorded in Harris
County, Texas, covering the property described in the enclosed Notice of Substitute Trustee's
Sale.

RICHARD D. RODE AND BARBARA O. RODE
2301 WEST LAWTHER LANE
DEER PARK, TX 77536

You have previously been advised by letter dated 7/16/2009, of certain defaults under the Note
or Deed of Trust and informed of the intent to accelerate the maturity date of the Note if defaults
therein were not cured within the specified time period. Because of defaults in complying with
the terms and provisions of the Note and Deed of Trust, notice is hereby given that the present
legal holder of the Note HAS ACCELERATED THE MATURITY DATE OF THE NOTE. As a
result of such acceleration, the entire unpaid principal balance of the Note and all accrued
interest and all other sums lawfully owing on the Note or under the Deed of Trust are now due
and payable and demand is hereby made for the immediate payment in full of all such sums. As
of 3/11/2010, the total amount due is $201,878.04.

YOU WILL, THEREFORE, TAKE NOTICE that, pursuant to Section 51.002 of the Texas
Property Code, a Notice of Substitute Trustee's Sale (the "Notice") will be posted at the
courthouse door of Harris County, Texas, and a copy of the Notice will be filed in the office of
the County Clerk of Harris County, Texas. A copy of the Notice is enclosed herein.

Page 2 of 3

02/06/2012 04:32:52PM2-cv-00392082-D5cumeFiled:06/14/Feceipt#ENTERe00:11:2227:09:R28:Baee-58XHb000

### Notice of Acceleration of Maturity

Loan No. 7435631023
T.S. No. TX-240297-C

You are further notified that, in accordance with the terms of the Deed of Trust, and subject to
the provisions, if any, in the Note or Deed of Trust regarding your opportunity to reinstate, if
payment in full of the outstanding principal balance of the Note, together with all interest
accrued thereon and all other lawful charges and attorney's fees incurred to date are not received
before the foreclosure sale, the liens created under the Deed of Trust will be foreclosed on as
specified in the Notice, and any sums received at the foreclosure sale shall be applied as set forth
in the Deed of Trust. As of 3/11/2010, the amount necessary for you to pay in order to cure the
existing defaults and reinstate your loan is $55,599.78.

In the event the subject property is sold at foreclosure for an amount not sufficient to satisfy the
entire unpaid balance of the Note plus accrued but unpaid interested thereon plus escrow
charges, late charges, default interest, trustee's fees, attorney's fees, and expenses incurred in
connection with the foreclosure, you may be liable for the deficiency.

If you have received a discharge in bankruptcy, the lender does not seek a monetary judgment
against you but only seeks possession of the collateral which is security for the debt.

Dated: 3/11/2010                    PITE DUNCAN, LLP


By:    Daniel R. Gamez (SBOT 24034451)
       4375 Jutland Drive, Suite 200
       P.O. Box 17935
       San Diego, CA 92177-0935



Page 3 of 3

# ZICK & ONCKEN, P.C.

Jeffrey H. Uzick

**Attorneys at Law**
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dec@uzickoncken.com
www.uzickoncken.com

April 6, 2010

Mr. Daniel R. Gamez
Pite Duncan, L.L.P.
Post Office Box 17935
San Diego, California 92177-0935

RE:    Loan Number:      7435631023
       TS Number:        TX-240297-C
       Mortgagor:        Richard D. Rode
       Property Address: 2301 West Lawther Lane, Deer Park, Texas, 77536

Dear Mr. Gamez:

My client, Richard D. Rode, is in receipt of the Notice of Substitute Trustee's Sale. Please be advised that unless this Notice is removed immediately, a lawsuit will be instituted seeking an injunction for wrongful posting and foreclosure, along with other damages my client has suffered and will suffer because of such wrongful posting and foreclosure.

This matter was negotiated some time ago between my client and GMAC Mortgage. Attached are letters reflecting such agreements to modify the existing loan. Your clients have never sent the modification agreements that were promised to my client, yet their own correspondence confirms the agreement. Please contact me upon receipt of this letter to discuss your client's agreement and their failure to honor that agreement. If we do not hear from you within seven (7) days, a lawsuit will be instituted seeking any and all damages, a temporary restraining order, and temporary injunction, along with all attorneys' fees incurred in enforcing the agreement reached by your client.

Very truly yours,

Jeffrey H. Uzick

5/dr\973.090059
FAXED & CRRR: 7004-1160-0007-3378-8032

2702 Treble Creek ▪ San Antonio ▪ Facsimile: (210) 341-1570

**EXHIBIT**
"H"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANIEL R. GAMEZ
PITE DUNCAN, L.L.P.
P.O. Box 17935
SAN DIEGO, CA 92177-0935

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
7004 1160 0007 3378 8032

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7004 1160 0007 3378 8032

# UZICK & ONCKEN, P.C.

**Attorneys at Law**
238 Westcott
Houston, Texas 77007
(713) 869-2900
Fax: (713) 869-6699
E-Mail: dee@uzickoncken.com
www.uzickoncken.com

Jeffrey H. Uzick

July 29, 2009

Mr. Charles Hoecker
SVP, Customer Care
Homecomings Financial and GMAC Mortgage, L.L.C.
Post Office Box 4622
Waterloo, IA 50704-4622

Dear Sirs:

This firm represents Mr. Richard D. Rode regarding his claim for fraud, misapplication of funds, and deceptive trade practices against GMAC Mortgage, L.L.C., and Homecomings Financial, as it pertains to Account No. 7435631023. Mr. Rode has documented over 300 phone calls and letters pertaining to his mortgage on the home located at 2301 West Lawther Lane, Deer Park, Texas, 77536. In spite of his phone calls and letters protesting unwarranted and misapplied payments, GMAC and Homecomings have failed to correct the misapplied funds and remove erroneous and unwarranted charges, causing damage to his credit, and a showing of past due amounts on his mortgage.

On March 20, 2007, Homecomings inappropriately charged $6,480.56 for insurance when proof of insurance was provided by Mr. Rode. No explanation has ever been given for these charges and has led to a misapplication of mortgage payments.

In August of 2008, Homecomings agreed to a repayment agreement with Mr. Rode; however, Homecomings failed to remove Mr. Rode's ex-wife from the paperwork in spite of his providing a properly executed Quitclaim Deed from Barbara Rode and Homecomings' promise to remove her name from the agreement.

Mr. Rode continued to make payments, as requested by Homecomings (letter dated September 3, 2008), and those payments were accepted, but misapplied due to inappropriate fees and charges. Notice was then sent to Mr. Rode in June of 2009 that Homecomings sold the mortgage to GMAC. GMAC is now failing to honor the agreement between Mr. Rode and Homecomings.

The printout GMAC provided to Mr. Rode on July 8, 2009, shows the principal balance due under this mortgage is $187,290.87.

**EXHIBIT**

"I"

Mr. Charles Hoecker
July 29, 2009
Page 2

A letter sent on July 16, 2009, by GMAC to Mr. Rode reflects the amount due and owing on his mortgage is $37,532.69. Mr. Rode has disputed such charges and has not been provided any explanation of this figure from GMAC. Furthermore, Mr. Rode was charged for the repayment/modification of the loan, but he has never received any paperwork regarding this from either GMAC or Homecomings. Mr. Rode has made all payments required under the signed loan documents and further made payments requested by Homecomings for the agreed repayment agreement.

You are hereby notified that unless an agreement is reached between GMAC, Homecomings, and Mr. Rode regarding the misapplication of funds, late fees, and other charges that have been inappropriately applied to this account, suit will be brought against Homecomings and GMAC for damages and attorneys' fees for fraud, deceptive trade practices, unjust enrichment, and a temporary restraining order/temporary injunction halting any threatened foreclosure. Mr. Rode is ready and willing to make mortgage payments, but will not continue to have them misapplied.

Please contact me upon receipt of this letter to discuss a resolution of this case without suit being filed.

Very truly yours,

Jeffrey H. Uzick

5/dr
CRRR: 7004-1160-0007-3378-7851

Richard D. Rode
2301 West Lawther Drive
Deer Park, Texas 77536


July 6, 2009


GMAC Mortgage
Attention: Customer Care
Post Office Box 4622
Waterloo, Iowa 50704-4622

RE:    Account #: 7435631023

Pursuant to your online correspondence dated June 10, 2009, entitled "Debt Validation Letter", I am disputing all of the amount of the debt referred to therein in the amount of $239,412.56, including interest, late charges, legal costs, and fees and other charges that my be included in that amount.

Please refer to my previous correspondence addressed to Homecomings Financial dated June 8, 2009, wherein I requested that my ex-wife's name be removed from the modification documents sent to me. This was my second request to have her name removed. Each time, Homecomings forwarded the modification documents with her as a signatory, as evidenced on the attached signature page.

My principal balance was $192,473.71 as of April 20, 2009, per the April 20, 2009, statement online. At that time, Homecomings were holding $14,117.03 in escrow. The payments that I have made since May 8, 2008, are as follows:

| Date | Amount |
|---|---|
| 05-08-08 | $3,265.88 |
| 07-14-08 | $3,619.92 |
| 07-18-08 | $2,519.00 |
| 07-24-08 | $3,619.92 |
| 08-01-08 | $1,918.00 |
| 08-22-08 | $1,868.24 |
| 09-22-08 | $155.00 |
| 09-29-08 | $2,459.36 |
| 11-06-08 | $3,025.00 |
| 11-11-08 | $808.38 |
| 01-08-09 | $3,026.00 |
| 06-12-09 | $3,025.00 |
| 06-12-09 | $2,401.67 |
| 07-01-09 | $3,024.00 |

These payments total $34,735.37.

My dispute comes from previous charges regarding inspection fees, late fees, and lapse insurance charges which are all incorrect. The modification was not conformed by Homecomings per their agreement. I signed and returned their letter dated September 3, 2008, agreeing to the "Repayment Agreement", but never received a correct contract or closing statement itemizing charges incurred; the contract forwarded to me, yet again for the THIRD time, had my ex-wife's name on it. Also, I never received closing document adding approximately $22,000.00.

In good faith, I have submitted my monthly payment of $3,025.00, as agreed, but when I check my account online, my statement dated June 18, 2009, shows a past due amount of $51,014.76. I am vehemently disputing the extra charges referred to above and to date, my records show that I am not past due and my principal balance should be less than $192,000.00. I would request that an account specialist contact me within ten days or I will have no other option but to contact my attorney to help resolve this situation.

Sincerely,

Richard D. Rode

cc:    Homecomings Financial
       A GMAC Company
       Post Office Box 205
       Waterloo, Iowa  50704-0205

Enclosures:
June 10, 2009 Debt Validation Letter from GMAC
June 8, 2009, letter to Homecomings Financial
Modification Signature Page
April 20, 2009 online statement
June 18, 2009 online statement

Addressed to
HOMECOMINGS FINANCIAL
ATTN NIVEDITAA (Supervisor)
Loan modification Department
3451 Hammond Ave
Waterloo, IA50702
And
HOMECOMINGS FINANCIAL

Attn: Customer Care
P.O. Box 1330
Waterloo, IA 50704-1330

From :
Richard D Rode
2301 W Lawther Drive
Deer Park, Texas 77536
Loan # 7435631023

Enclosed is modification paperwork which has my EX-wife name on
it(Barbara Rode). Also a certified check for $3025.00 and one certified
check for 2401.67. Also enclosed is "QUIT CLAIM DEED for property 2301
W Lawther Drive ,Deer Park, Texas 77536, in which Homecomings is the
mortgage lien holder, and I reside IN THIS HOME.
After NUMEROUS telephone calls and correspondance and faxes (ALL
DOCUMENTED), you have failed to send CORRECTED COPY of modification
paperwork listing ONLY I, RICHARD D. Rode as the borrower. I was told
in November of 2008, you needed copy of "Quit Claim deed. I faxed copy
and received a receipt for confirmation. In December I sent
documentation showing a refund for taxes paid in the amount of $2486.00
that was sent to Homecomings from Harris County tax department. And I
have complied to all request for money needed to process loan
modification.
Homecomings has not in good faith sent proper paperwork, and has added
inspection and late fees along with other phantom charges in insurance
lapse charges totaling over $14,000.00 in the last two years.
To date $14,000.00 is still sitting in escrow, and not being applied to
loan.
When I requested a closing paperwork schedule on modification, nothing
was sent but modification paperwork shows additional $22000.00 added to
original mortgage.
Furthermore and most inappropriate, I have been told you would send NEW
documents with just my name and adjustments in the interest due, and
insurance premiums and inspection and late fees would all be removed.
Not only did that not happen, but you have been charging MORE late
fees, and inspection fees while holding the money in escrow. And when I
call and put on hold for 30 minutes at a time, I am being told "NO
Problem", we are sending new documents. And most important, you NEVER
sent the corrected paperwork and purposely defrauded me on telling me
they were being over-nighted.
I am sending in money as was originally agreed upon, and am requesting
Homecomings to honor the modification, and adjust the amounts on late
fees ,inspection fees, late charges, and the insurance premiums
charged. I also want the amount of interest to be reduced by crediting

the payments that were made and held in escrow. I request NEW
modification paperwork with the corrected amounts and a closing sheet
showing exactly what charges are being added to modification. These are
reasonable terms, and by law required in order to sign a contract
modification. Per my mortgage agreement, I am forwarding this letter
also in writing as disputed charges to Homecomings Financial Corporate
office.
My phone Number is 281-479-7551
Loan # 7435631023
My address is 2301 w. Lawther Drive, Deer Park, Texas 77536

Respectfully,

Richard D Rode

Attachments:
Wrong notarized modification paperwork dated 3/11/2009
Certified check $3025.00
Certified check $2401.67
Copy of Quit Claim deed recorded 12/5/2008

Loan No. 7435631023
T.S. No. TX-240297-C

Please find enclosed a Notice of Acceleration of Maturity if not previously sent and Notice of Non-Judicial Foreclosure Sale (Notice of Substituted Trustee's Sale).

**This is an attempt by a debt collector to collect a consumer debt and any information obtained will be used for that purpose.**

**Unless within thirty (30) days after you receive this notice you dispute the validity of this debt, or any portion of the debt, the debt will be presumed to be valid.**

**If within this thirty days: (i) You notify this office (hereinafter "we" or "us") in writing that you dispute this debt, or any portion of it, then we will obtain and mail to you verification of this debt or a copy of any judgment against you; (ii) You request in writing that we obtain the name and address of the original creditor, if different from the current creditor, then we will obtain and mail it to you; (iii) You notify us in writing that you dispute this debt, or any portion of the debt, then we will cease collection of the debt, until we obtain verification of the debt, or a copy of any judgment, and mail it to you; (iv) You request in writing the name and address of the original creditor, if different from the current creditor, then we will cease collection of the debt, until we obtain the name and address of the original creditor and mail it to you.**

In the event your are presently on active duty in the Armed Services of the United States or have been discharged within three (3) months prior to the date of this letter, please submit evidence of such service by way of a letter from your Commanding Officer or a copy of your discharge orders to this office immediately, inasmuch as you may have certain rights available to you pursuant to the Soldiers' and Sailors' Civil Relief Act.

Address for Notices:

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

*(See the name of the creditor and the amount of the debt on the next page)*



Page 1 of 3

appropriate, centralize all creditor actions against property of the estate, "so that

reorganization can proceed ...fficiently, unimpeded by uncoordinated proceedings in other

arenas." Shugrue v. Air Line Pilots Ass'n, Int'l (In re Ionosphere Clubs, Inc.), 922 F.2d 984,

989 (2d Cir. 1990).

       17.    Section 362(d)(1) of the Bankruptcy Code provides that a court may

grant relief from the automatic stay for "cause." See 11 U.S.C. § 362(d)(1). In the context of

stayed prepetition litigation, the Second Circuit has outlined the following 12-factor test to

determine whether good cause exists to lift the stay to allow the litigation to proceed:

> (1) whether relief would result in a partial or complete resolution
> of the issues; (2) the lack of any connection with or interference
> with the bankruptcy case; (3) whether the other proceeding
> involves the debtor as a fiduciary; (4) whether a specialized
> tribunal with the necessary expertise has been established to hear
> the cause of action; (5) whether the debtor's insurer has assumed
> full responsibility for defending the action; (6) whether the action
> primarily involves third parties; (7) whether litigation in another
> forum would prejudice the interests of other creditors; (8) whether
> the judgment claim arising from the other action is subject to
> equitable subordination; (9) whether movant's success in the other
> proceeding would result in a judicial lien avoidable by the debtor;
> (10) the interests of judicial economy and the expeditious and
> economical resolution of litigation; (11) whether the parties are
> ready for trial in the other proceeding; and (12) the impact of the
> stay on the parties and the balance of harms.

Sonnax Indus., Inc. v. Tri Component Prods. Corp. (In re Sonnax Indus., Inc.), 907 F.2d 1280,

1286 (2d Cir. 1990); see also Mazzeo v. Lenhart (In re Mazzeo), 167 F.3d 139, 143 (2d Cir.

1999) (vacating a district court order granting stay relief where the bankruptcy court had not

applied the Sonnax Factors, made only sparse factual findings and ultimately did not provide the

appellate court "with sufficient information to determine what facts and circumstances specific to

the present case the court believe⁷ made relief from the automatic stay appropriate...."). In a

5