UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL DECLARATION RELATED TO THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS FOR THE DEBTORS DISCLOSING INCREASE IN HOURLY RATES**

I, William J. Nolan, being duly sworn, hereby depose and say:

1. I am a Senior Managing Director with FTI Consulting, Inc., together with its wholly owned subsidiaries, agents, independent contractors and employees, ("FTI"), an international consulting firm.

2. I submit this supplemental declaration (the "Declaration") pursuant to section 330(a)(3)(F) of title 11 of the United States Code (the "Bankruptcy Code") and this Court's *Order Under Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to May 14, 2012* (the "Retention Order") [Docket No. 902], entered July 25, 2012, and in further support of the *Debtors' Application Under Section 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain FTI Consulting, Inc. as Financial Advisor Nunc Pro Tunc to May 14, 2012* [Docket No. 526] (the "Application").[1] Except as otherwise indicated, the facts

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

1

set forth in this Declaration are personally known to me, and if called as a witness I could and would testify competently thereto.

3. Effective January 1, 2013, FTI's hourly rates for services to be performed on behalf of the Debtors will range as follows:

**United States**

| | Per Hour (USD) |
|---|---|
| Senior Managing Directors | 790-895 |
| Directors / Managing Directors | 570-755 |
| Consultants / Senior Consultants | 290-540 |
| Administrative / Paraprofessionals | 120-250 |

**Canada**

| | Per Hour (USD/CAD) |
|---|---|
| Senior Managing Directors | 805-875 |
| Directors / Managing Directors | 525-710 |
| Consultants / Senior Consultants | 295-460 |
| Administrative | 115 |

**Mexico**

| | Per Hour (USD) |
|---|---|
| Senior Managing Directors | 750 |
| Directors | 650 |

**United Kingdom**

| | Per Hour (GBP) |
|---|---|
| Senior Managing Directors | 695 |
| Managing Directors | 595 |
| Director / Tax Director | 535-615 |
| Consultants / Senior Consultants | 385-440 |
| Administrative / Analyst | 125-235 |

4. The prior hourly rates of FTI are set forth in Addendum to the Engagement Agreement dated July 18, 2012 (the "First Addendum"), which was filed on July 20, 2012 as Exhibit 2 to the *Supplemental Affidavit in Support of the Debtors' Application for Authorization to Employ and Retain FTI Consulting, Inc. as Financial Advisor to the Debtors* [Docket No. 850].

5.   As set forth in the First Addendum, the customary hourly rates are subject to periodic adjustments.  FTI submits that its new hourly rates, as set forth above, (a) appropriately reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by comparably skilled financial advisors in cases other than cases under the Bankruptcy Code.

6.   The Debtors have received notice of and approved FTI's hourly rate increases as set forth above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of January 2013.

_____
William J. Nolan