MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Melissa M. Crespo

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------- )<br>In re:                                                       )<br>                                                             )<br>RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,       )<br>                                                             )<br>                                  Debtors.       )<br>                                                             )<br>------------------------------------------------------------------- ) | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF FILING OF AMENDED PROPOSED ORDER ON DEBTORS' FIRST MOTION
FOR ORDER UNDER 11 U.S.C. §§ 105(a) AND 365(a) AND (f), FED. R. BANKR. P. 6006 AND
9014 AND LOCAL BANKRUPTCY RULE 6006-1 AUTHORIZING ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS IN CONNECTION
<u>WITH THE SALE OF THE DEBTORS' PLATFORM ASSETS</u>**

**PLEASE TAKE NOTICE THAT** on January 23, 2013, the debtors and debtors in possession

in the above-captioned cases (collectively, the "<u>Debtors</u>")[1] filed the *First Motion for Order Under 11*

*U.S.C. §§ 105(a) and 365(a) and (f), Fed. R. Bankr. P. 6006 and 9014 and Local Bankruptcy Rule*

*6006-1 Authorizing Assumption and Assignment of Executory Contracts in Connection with the Sale of*

*the Debtors' Platform Assets*  (the "<u>Motion</u>") (Docket No. 2686).

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the
*Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC in Support of the Chapter 11 Petitions
and First Day Pleadings* (Dkt. No. 6).

**PLEASE TAKE FURTHER NOTICE THAT** on January 23, 2013, in connection with the

Motion, the Debtors filed a proposed order pursuant to Bankruptcy Code sections 105(a) and 365(a)

and (f), and Bankruptcy Rules 6006 and 9014, and Rule 6006-1 of the Local Rules for the Southern

District of New York (the "Proposed Order") as Exhibit 5 to the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby submit an amended

Proposed Order (the "Amended Proposed Order"), attached hereto as Exhibit 1.  A comparison of the

Proposed Order and the Amended Proposed Order is attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Amended Proposed Order can be

viewed and obtained on the Court's internet website at www.nysb.uscourts.gov and on the independent

website maintained by the Debtors, http://www.kccllc.net/rescap.  A login and password to the Court's

Public Access to Electronic Court Records ("PACER") are required to access www.nysb.uscourts.gov

and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated:   January 31, 2012
       New York, New York

/s/ Gary S. Lee
Gary S. Lee
Todd M. Goren
Alexandra Steinberg Barrage
Melissa M. Crespo

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

# **Exhibit 1**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER UNDER 11 U.S.C. §§ 105(a) AND 365(a) AND (f), FED. R. BANKR. P.**
**6006 AND 9014 AND LOCAL BANKRUPTCY RULE 6006-1 AUTHORIZING**
**ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

Upon the motion (the "<u>Motion</u>") of the Debtors[1] for entry of an order (the

"<u>Order</u>"), pursuant to sections 105(a) and 365(a) and (f), of title 11 of the United States

Code, as amended (the "<u>Bankruptcy Code</u>") and rules 6006 and 9014 of the Federal

Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), authorizing the assumption

and assignment of the contracts identified on <u>Exhibit 1</u> annexed hereto (the "<u>Executory</u>

<u>Contracts</u>") as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157

and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and the Court having reviewed the Motion and the Declarations of David Haggert,

Erik Ferguson, and Matthew Detwiler in support of the Motion; and the Court having

determined that the relief requested in the Motion is in the best interests of the Debtors,

their estates, their creditors, and all parties in interest; and it appearing that proper and

adequate notice of the Motion has been given and that no other or further notice is

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

necessary; and the legal and factual bases set forth in the Motion establish just and

sufficient cause to grant the requested relief herein; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND, DETERMINED, AND ORDERED THAT:

1.    The Motion is GRANTED.

2.    Pursuant to Sections 365(a) and (f) of the Bankruptcy Code and

Bankruptcy Rules 6006 and 9014, the Debtors' assumption and assignment of the

Executory Contracts identified on Exhibit 1 annexed hereto is approved.

3.    The assumption and assignment of any Executory Contracts is subject to

the Debtors' right to remove any Executory Contract from Exhibit 1, no later than two

business days prior to the Closing Date (the "Contract Designation Deadline"), in which

case the Executory Contract shall cease to be an Executory Contract,.  The counterparty

to such removed Executory Contract shall be promptly furnished with notice of such

removal.

4.    Removal of any Executory Contract on or before the Contract Designation

Deadline will not constitute a rejection of such Executory Contract and neither the

Debtors nor Ocwen will be liable for rejection damages.

5.    The assumption and assignment of any Executory Contract not removed

by the Debtors as of the Contract Designation Deadline shall be effective as of the

Closing Date of the Platform Sale.

6.    The assumption and assignment of any Executory Contract on the Closing

Date shall be subject to and governed by the terms of the *Order Under 11 U.S.C. §§ 105,*

*363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of*

*Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing,*

*LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and*

*Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and*

*Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief*

[Docket No. 2246].

7.      The Debtors are hereby authorized to execute and deliver all instruments

and documents, and take all other actions, as may be necessary or appropriate to

implement and effectuate the relief granted in this Order.

8.      California Housing Financing Authority ("CalHFA") shall consider the

completed Application to Service Existing CalHFA Loans submitted by Ocwen Loan

Servicing, LLC ("Ocwen") and the CalHFA Contract may be assumed and assigned to

Ocwen only after CalHFA approves Ocwen as a servicer.

9.      The RMBS Trustees[2] shall retain their rights to file a cure claim as set

forth in paragraph 22 of the Sale Order and this Order shall not affect or fix the amount of

any cure claims with respect to the agreements listed on Exhibit 1 to this Order to which

any RMBS Trustee is a party.

10.      Entry of this Order is without prejudice to the rights of the Debtors,

including, but not limited to, the right to seek further, other, or different relief regarding

the Debtors' executory contracts and unexpired leases pursuant to, among other things,

section 365 of the Bankruptcy Code.  Notwithstanding the relief granted herein and any

actions taken hereunder, nothing in the Motion or this Order shall constitute, nor is it

---

[2] For purposes of this Order, "RMBS Trustees" shall include The Bank of New York Mellon and The Bank
of New York Mellon Trust Company, N.A., Deutsche Bank Trust Company Americas, Deutsche Bank
National Trust Company, U.S. Bank National Association and Wells Fargo Bank, N.A., solely in their
respective capacities as trustees or indenture trustees for certain mortgage backed securities trusts.

ny-1075673

intended to constitute: (i) an admission as to the validity or priority of any claim against

the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim; or (iii) an

assumption or adoption of any executory contract or unexpired lease pursuant to section

365 of the Bankruptcy Code.

11.     This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation or interpretation of this Order.

Dated:   _____, 2013
         New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1 to the Order**

Schedule of Executory Contracts

ny-1075673

Exhibit 1(a)
Insurance Agreements

| Debtor Entity | Supplier/Counterparty | Contract Description | Cure Amount | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage Group, LLC | Aegon | Mortgage Insurance Agreement 12/15/97 and all amendments thereto | $0.00 | 2700 West Plano Parkway | Plano | TX | 75075-8200 |
| GMAC Mortgage Group, LLC | Aegon | Confidentiality Agreement 11/3/97 | $0.00 | 2700 West Plano Parkway | Plano | TX | 75075-8200 |
| GMAC Mortgage Group, LLC | American Home Shield | Third-Party Marketing Agreement 11/12/01 and all adenda thereto | $0.00 | 889 Ridge Lake Boulevard | Memphis | TN | 38120 |
| GMAC Mortgage Group, LLC | American Home Shield | Confidentiality Agreement 6/29/01 | $0.00 | 889 Ridge Lake Boulevard | Memphis | TN | 38120 |
| GMAC Mortgage Group, LLC | Assurant Specialty Property | Confidentiality and Non-Disclosure and Joint Marketing Agreement 6/1/06 | $0.00 | 11222 Quail Roost Dr | Miami | FL | 33157 |
| GMAC Mortgage Group, LLC | Assurant Specialty Property | Confidentiality Agreement 2/9/05 | $0.00 | 11222 Quail Roost Dr | Miami | FL | 33157 |
| GMAC Mortgage Group, LLC | Assurant Specialty Property | Program Services Agreement 6/1/06 and amendments and addenda thereto | $0.00 | 11222 Quail Roost Dr | Miami | FL | 33157 |
| Residential Funding Corporation | Bayview Financial, L.P. | Marketing Agreement 5/9/98 and Addendum One 8/14/98 | $0.00 | 4425 Ponce De Leon Blvd | Coral Gables | FL | 33146 |
| Residential Funding Corporation | Bayview Financial, L.P. | Consent to Assignment of Affinity Marketing Agreement | $0.00 | 4425 Ponce De Leon Blvd | Coral Gables | FL | 33146 |
| Homecomings Financial Network, In | Chartered Benefit Services Inc | Agreement for Administrative Services | $0.00 | 315 W University Drive | Arlington Heights | IL | 6004 |
| Homecomings Financial Network, In | Chartered Benefit Services Inc | Marketing Agreement and amendments thereto | $0.00 | 315 W University Drive | Arlington Heights | IL | 6004 |
| Homecomings Financial Network, In | Chartered Benefit Services Inc | Amendments to Service Fee Agreement | $0.00 | 315 W University Drive | Arlington Heights | IL | 6004 |
| GMAC Mortgage, LLC | Econocheck Corporation | Administrative Agreement to make insurance available 5/30/99, and addenda thereto | $0.00 | 3 Gresham Landing | Stockbridge | GA | 30281 |
| GMAC Mortgage, LLC | Econocheck Corporation | Letter re marketing to GM customers | $0.00 | 3 Gresham Landing | Stockbridge | GA | 30281 |
| Homecomings Financial Network, In | Family Life Insurance Company | Collection Agreement | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| Homecomings Financial Network, In | Family Life Insurance Company | Confidentiality Agreement | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| Homecomings Financial Network, In | Family Life Insurance Company | Third Party Marketing Agreement | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| GMAC Insurance Mgmt Co | First UNUM LIFE INSURANCE CO | Disability Benefits Insurance Policy and amendments thereto | $0.00 | 2101 4th Ave Suite 700 | Seattle | WA | 98121 |
| GMAC Mortgage Corp | HOMESITEs Group Inc | Agency Agreement and amendments thereto | $0.00 | 99 Bedford Street | Boston | MA | 02111-2217 |
| GMAC Mortgage Corp | HOMESITEs Group Inc | Marketing Agreement and amendments thereto | $0.00 | 99 Bedford Street | Boston | MA | 02111-2217 |
| GMAC Mortgage, LLC | Liberty Life Insurance Company | Specialized Marketing Optional Insurance Agreement and amendments thereto | $0.00 | 2000 Wade Hampton Blvd | Greenville | SC | 29615-1064 |
| Homecomings Financial Network, In | Liberty Life Insurance Company | GLBA Agreement | $0.00 | 2000 Wade Hampton Blvd | Greenville | SC | 29615-1064 |
| GMAC Mortgage Corp | Minnesota Life | Administrative Agreement for insurance plans | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Corp | Minnesota Life | Customer Lead Agreement | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Group, LLC | Mutual of Omaha | Confidentiality Agreement | $0.00 | Mutual of Omaha Plaza | Omaha | NE | 68175 |
| GMAC Mortgage Group, LLC | Mutual of Omaha | Retail Insurance Marketing Agreement | $0.00 | Mutual of Omaha Plaza | Omaha | NE | 68175 |
| GMAC Mortgage Group, LLC | National Union Fire Insurance Company | Agreement for marketing activities and amendment thereto | $0.00 | 70 Pine Street, Lbby 5 | New York | NY | 10270-0006 |
| GMAC Mortgage Corp | SECURIAN FINANCIAL NETWORK, INC. | Consumer Lead Agreement 7/22/96 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Corp | SECURIAN Life Insurance Co | Amend to Marketing and/or Administration Agreement 7/1/07 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |

Exhibit 1(a) -
Insurance Agreements

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage Corp | SECURIAN Life Insurance Co | Letter re Transfer Group Insurance Contracts 4/27/07 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| GMAC Mortgage Corp | SECURIAN Life Insurance Co | Letter re termination and waiver agreement 4/5/05 | $0.00 | 400 Robert Street North - | St. Paul | MN | 55101-2098 |
| Homecomings Financial Network, I | The Douglas-Michaels Company, L.P. | Amend to Agreement (new entities) 3/8/07 and Amend 8 (marketing) 8/1/03 | $0.00 | 6564 Loisdale Court, Suit | Springfield | VA | 22150-1813 |
| GMAC Mortgage Group, LLC | Trilegiant Corporation | Agreement (Solicitation and Enrollment, Confidentiality, etc.) 7/01, and amendments thereto | $0.00 | 100 Connecticut Avenue | Norwalk | CT | 06850 |
| GMAC Mortgage Group, LLC | Trilegiant Corporation | Mutual Non-Disclosure Agreement TRI-14320 | $0.00 | 100 Connecticut Avenue | Norwalk | CT | 06850 |
| GMAC Mortgage Group, LLC | Trilegiant Corporation | Confidentiality Agreement | $0.00 | 100 Connecticut Avenue | Norwalk | CT | 06850 |
| GMAC Mortgage Group, LLC | WNC First Insurance Service | Marketing and Services Agreement 12/1/03 and amendments thereto | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| GMAC Mortgage Group, LLC | WNC First Insurance Service | Confidentiality, Non-Disclosure and Security Agreement 12/1/03 | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, I | WNC First Insurance Service | Marketing and Services Agreement 4/1/03 | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, I | WNC First Insurance Service | GLBA Agreement | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, I | WNC First Insurance Service | Mutual Non-Disclosure Agreement WNC-13793 7/30/09 | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| GMAC Mortgage Group, LLC | WNC Insurance Service | Referral Services Agreement | $0.00 | 899 El Centro Street | Pasadena | CA | 91030 |
| Homecomings Financial Network, I | Liberty Life Insurance Company | Specialized Marketing Optional Insurance Agreement 3/1/97 and all amendments thereto | $0.00 | 2000 Wade Hampton Blv | Greenville | SC | 29615-1064 |
| Homecomings Financial Network, I | Liberty Life Insurance Company | Agreement to Comply with Gramm-Leach-Bliley Act Safeguards Rule 7/16/04 | $0.00 | 2000 Wade Hampton Blv | Greenville | SC | 29615-1064 |

Exhibit 1(b) -
Supplier/Vendor Agreements

| Debtor Entity | Supplier/Counterparty | Contract Description | Cure Amount | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Hope Loan Port | Participation Agreement and SoW | $0.00 | 1001 Pennsylvania Ave NW, Suite 500 | Washington | D.C. | 20004 |
| GMAC Mortgage, LLC | LoanServ (Fiserv) | Master Agreement and amendments thereto | $0.00 | 255 Fiserv Drive | Broofiled | WI | 53045 |
| GMAC Mortgage, LLC | MERS | MERS System Membership Agreement | $785.19 | Suite 350 | Mclean | VA | 22102 |
| GMAC Mortgage, LLC | Dialogue Marketing | project services agreement | $0.00 | 165 | Auburn Mills | MI | 48326 |
| GMAC Mortgage, LLC | Dialogue Marketing | telemarketing statement of work | $0.00 | 165 | Auburn Mills | MI | 48326 |
| GMAC Mortgage, LLC | HPF (Homeownership Preservation Foundation) | mortgage service network agreement and amendment | $0.00 | 530 East | Washington | DC | 20005 |
| GMAC Mortgage Corp | Paymap Inc. | Equity Accelerator Service Agreement and amendments thereto | $0.00 | 100 N Point St | San Francisco | CA | 94133-1545 |
| GMAC Mortgage Corp | Paymap Inc. | Confidentiality Agreement | $0.00 | 100 N Point St | San Francisco | CA | 94133-1545 |
| GMAC Mortgage, LLC | SUTHERLAND GLOBAL SERVICES, INC | Business Process Outsourcing Agreement | $0.00 | 1160 Pittsford-Victor Road | Pittsford | NY | 14534 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Confidentiality Agreement 1996 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | BiSaver Agreement 5/9/1997 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | BiSaver Software Agreement and all amendments and addenda thereto | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Equity Rewards Transfer Campaign Pricing Agreement Amend | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Assignment and Assumption, Consent and Amendment | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | The Douglas-Michaels Company, L.P. | Confidentiality Agreement 7/26/02 | $0.00 | 6564 Loisdale Court, Suite 6 | Springfield | VA | 22150-1813 |
| GMAC Mortgage, LLC | Cross Country Motor Club | Marketing and Collections Agreement and Amendments thereto | $0.00 | 4040 Mystic Valley Parkway | Boston | MA | 02155 |
| GMAC Mortgage Corp | Dow Jones | Service Subscription Agreement | $0.00 | 200 Liberty Street | New York | NY | 10281 |
| GMAC Mortgage, LLC | National Default Servicing, LLC | SoW for Loss Mitigation Referrals | $0.00 | 500 South Broad Street | Meriden | CT | 06492 |
| GMAC Mortgage, LLC | Federal Bond Collection Services, Inc. | SoW 2008 | $0.00 | 2200 Byberry Road, Suite 12 | Hatboro | PA | 19040 |
| GMAC Mortgage, LLC | Venture Encoding Services, LLC | Amendment to Escrow Analysis Agreement | $0.00 | 4401 Cambridge Road | Fort Worth | TX | 76155 |
| GMAC Mortgage, LLC | QBE First Insurance Agency, Inc. | Master Services Agreement dated as of August 1, 2012, and all exhibits and amendments thereto[1] | $0.00 | 210 Interstate North Parkway | Atlanta | GA | 30339 |

Exhibit 1(c)
Servicing Agreements

| Debtor Entity | Contract Name | Contract Number | Shelf Short Name | Series ID | Account Name: Account Name | Cure Amount | Account Name: Billing Address | Trustee: Billing Address | Master Servicer: Account Name | |
|---|---|---|---|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | CIFG Recovery Agreement for AHM 2006-2 April 30, 2009 | 409 | | | CIFG Assurance North America | $0.00 | 825 3rd Avenue, New York NY 11022 | | | |
| GMAC Mortgage, LLC | Goldman Sachs Mortgage Co Master Repurchase Agreement May 14, 2010 | 1309 | | | Goldman Sachs Mortgage Company | $0.00 | 85 Broad Street, New York, NY 10080- | | | |
| GMAC Mortgage, LLC | Citibank, N.A. Master Repurchase Agreement May 14, 2010 | 1312 | | | Citibank, N.A. | $0.00 | 390 Greenwich Street,, New York, NY 10013 | | | |
| GMAC Mortgage, LLC | Citibank, N.A. Master Repurchase Agreement May 14, 2010 | 1414 | | | PIA Citi Repo | $0.00 | 9275 Sky Park Court, San Diego, CA 93275 | | | |
| GMAC Mortgage, LLC | Goldman Sachs Mortgage Master Repurchase Agreement May 14, 2010 | 1415 | | | PIA Goldman Repo | $0.00 | 9275 Sky Park Court, San Diego, CA 93275 | | | |
| GMAC Mortgage, LLC | California Housing Finance Agency Purchase & Servicing February 12, 2007 | 3512 | | | California Housing Finance Agency | $0.00 | P.O BOX 4034, Sacramento, CA 95812-4034 | | | |
| GMAC Mortgage, LLC | Century Bank Sale Servicing Agreement November 26, 2003 | 3531 | | 2003-PTWH29 | IBERIABANK | $0.00 | 1101 E Admiral Doyle Drive, New Iberia, LA 70563 | | Residential Funding Company, LLC | |
| GMAC Mortgage, Corp. | Celink Subservicing Agreement, September 15, 2005 | | | | Celink | $0.00 | 3900 Capital Building Boulevard Lansing, Michigan 48906 | | | |
| Residential Funding Company | NCMC Newco Inc Client Contract 2002* *The Debtors reserve their right to argue that this agreement was superseded in its entirety by "NCMC Newco Inc Client Contract 12-21-04" | | | | PNC Bank N.A. | $0.00 | 3232 Newmark Drive Mail Stop B6-YM14-01-7, Miamisburg, OH, 45342 | | | |

**Exhibit 2**

Blackline of Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER UNDER 11 U.S.C. §§ 105(a) AND 365(a) AND (f), FED. R. BANKR. P. 6006 AND 9014 AND LOCAL BANKRUPTCY RULE 6006-1 AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

Upon the motion (the "Motion") of the Debtors[1] for entry of an order (the "Order"), pursuant to sections 105(a) and 365(a) and (f), of title 11 of the United States Code, as amended (the "Bankruptcy Code") and rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the assumption and assignment of the contracts identified on Exhibit 1 annexed hereto (the "Executory Contracts") as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Declarations of David Haggert, Erik Ferguson, and Matthew Detwiler in support of the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is

necessary; and the legal and factual bases set forth in the Motion establish just and

sufficient cause to grant the requested relief herein; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND, DETERMINED, AND ORDERED THAT:

1.    The Motion is GRANTED.

2.    Pursuant to Sections 365(a) and (f) of the Bankruptcy Code and

Bankruptcy Rules 6006 and 9014, the Debtors' assumption and assignment of the

Executory Contracts identified on Exhibit 1 annexed hereto is approved.

3.    The assumption and assignment of any Executory Contracts is subject to

the Debtors' right to remove any Executory Contract from Exhibit 1, no later than two

business days prior to the Closing Date (the "Contract Designation Deadline"), in which

case the Executory Contract shall cease to be an Executory Contract,.  The counterparty

to such removed Executory Contract shall be promptly furnished with notice of such

removal.

4.    Removal of any Executory Contract on or before the Contract Designation

Deadline will not constitute a rejection of such Executory Contract and neither the

Debtors nor Ocwen will be liable for rejection damages.

5.    The assumption and assignment of any Executory Contract not removed

by the Debtors as of the Contract Designation Deadline shall be effective as of the

Closing Date of the Platform Sale.

6.    The assumption and assignment of any Executory Contract on the Closing

Date shall be subject to and governed by the terms of the *Order Under 11 U.S.C. §§ 105,*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

*363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of*

*Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing,*

*LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and*

*Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and*

*Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief*

[Docket No. 2246].

7.      The Debtors are hereby authorized to execute and deliver all instruments

and documents, and take all other actions, as may be necessary or appropriate to

implement and effectuate the relief granted in this Order.

8.      California Housing Financing Authority ("CalHFA") shall consider the

completed Application to Service Existing CalHFA Loans submitted by Ocwen Loan

Servicing, LLC ("Ocwen") and the CalHFA Contract may be assumed and assigned to

Ocwen only after CalHFA approves Ocwen as a servicer.

9.      The RMBS Trustees[2] shall retain their rights to file a cure claim as set

forth in paragraph 22 of the Sale Order and this Order shall not affect or fix the amount of

any cure claims with respect to the agreements listed on Exhibit 1 to this Order to which

any RMBS Trustee is a party.

10.      8. Entry of this Order is without prejudice to the rights of the Debtors,

including, but not limited to, the right to seek further, other, or different relief regarding

the Debtors' executory contracts and unexpired leases pursuant to, among other things,

section 365 of the Bankruptcy Code.  Notwithstanding the relief granted herein and any

---

[2] For purposes of this Order, "RMBS Trustees" shall include The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., Deutsche Bank Trust Company Americas, Deutsche Bank National Trust Company, U.S. Bank National Association and Wells Fargo Bank, N.A., solely in their respective capacities as trustees or indenture trustees for certain mortgage backed securities trusts.

actions taken hereunder, nothing in the Motion or this Order shall constitute, nor is it

intended to constitute: (i) an admission as to the validity or priority of any claim against

the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim; or (iii) an

assumption or adoption of any executory contract or unexpired lease pursuant to section

365 of the Bankruptcy Code.

11.        9. This Court shall retain jurisdiction with respect to all matters arising

from or related to the implementation or interpretation of this Order.

Dated:        _____, 2013
              New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1 to the Order</u>**

Schedule of Executory Contracts

ny-1075673

Document comparison by Workshare Professional on Tuesday, January 29, 2013 7:15:50 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://NEW YORK/1075673/1 |
| Description | NEW YORK-#1075673-v1-ResCap_-_Amended_Order_for_First_Assumption_Motion |
| Document 2 ID | PowerDocs://NEW YORK/1075673/2 |
| Description | NEW YORK-#1075673-v2-ResCap_-_Amended_Order_for_First_Assumption_Motion |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 10 |
| Deletions | 2 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 12 |