**Hearing Date: February 28, 2013 at 2:00 pm (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
                                                    )
In re:                                              )       Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,            )       Chapter 11
                                                    )
                                Debtors.            )       Jointly Administered
                                                    )
---------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON**
**ANTOINETTE ARIBAL'S MOTION FOR CLARIFICATION**
**OF ORDER MODIFYING AUTOMATIC STAY PROVISIONS OF**
**<u>11 U.S.C. §362 TO FEBRUARY 28, 2013 AT 2:00 P.M.</u>**

**PLEASE TAKE NOTICE** that Antoinette Aribal's *Motion for Clarification of Order*

*Modifying Automatic Stay Provisions of 11 U.S.C. §362* [Docket No. 2596], previously

scheduled to be heard on January 29, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been

adjourned by mutual agreement of the parties to **February 28, 2013 at 2:00 p.m. (Prevailing**

**Eastern Time)** and will be held before the Honorable Martin Glenn, at the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House,

One Bowling Green, New York, New York 10004, Room 501.

**PLEASE TAKE FURTHER NOTICE** that the deadline for the Debtors to file a response to the Motion has been extended from January 31, 2013 at 4:00 p.m. (Prevailing Eastern Time) to **February 21, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

.

Dated: January 31, 2013           Respectfully submitted,
       New York, New York

                                  /s/ Norman S. Rosenbaum
                                  Gary S. Lee
                                  Norman S. Rosenbaum
                                  Erica J. Richards
                                  MORRISON & FOERSTER LLP
                                  1290 Avenue of the Americas
                                  New York, New York 10104
                                  Telephone: (212) 468-8000
                                  Facsimile: (212) 468-7900

                                  *Counsel to Debtors and*
                                  *Debtors in Possession*