# EXHIBIT 1

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia     COBB COUNTY

Superior Court ☐     State Court ☐

449917

Attorney's Address

1728 VICTORIA WAY
KENNESAW, GA. 30152

Civil Action No _____
Date Filed _____

Name and Address of Party to be Served

CORPORATION PROCESS COMPANY
180 CHEROKEE ST. N.E.
MARIETTA, GA. 30060

MICHAEL WHEELER
_____ Plaintiff

VS.

HOMECOMINGS FINANCIAL
ET-AL
_____ Defendant

_____ Garnishee

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant _Homecomings Financial_ _____ a corporation by leaving a copy of the within action and summons with _R. Halkib_ in charge of the office and place of doing business of said Corporation in this County

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court

This ___ day of ___, 20___

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

COBB COUNTY, GEORGIA

WHITE: Clerk     CANARY: Plaintiff Attorney     PINK: Defendant

SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

COBB COUNTY, GA
FILED IN OFFICE

05 DEC 23 PM 1:50

[signature]
COBB SUPERIOR COURT CLERK

PLAINTIFF;

MICHAEL WHEELER
1728 VICTORIA WAY
KENNESAW, GEORGIA 30152
(Pro-se)

CASE NO 05-1-10429-34

DEFENDANT'(S);

ANGELA C. EADDY
ALLISON CURTIS
JULIE WILLIS
LAUREN ERNST
NANCY MARKS

HOMECOMINGS FINANCIAL
P. O. BOX 100585
FLORENCE, SC. 29501-0585

HOMECOMINGS FINANCIAL
2711 NORTH HASKELL AVE.
SUITE 900
DALLAS, TX. 75204

HOMECOMINGS FINANCIAL
8400 NORMANDALE LAKE BLVD.
MINNEAPLOLIS, MN. 55437-1083

(Et-al)

05 DEC 23 PM 1:57 COBB CO. SHERIFF'S OFF CIVIL SECTION

---

IN ACCORDANCE WITH THE LAWS SET FORTH BY THE STATE OF GEORGIA, YOU

HAVE (30) THIRTY DAYS FROM DATE OF SERVICE TO FILE AN ANSWER WITH THE

CLERK OF THE SUPERIOR COURT OF COBB COUNTY, GEORGIA.

2.

Defendant(s) can be served at:

> CORPORATION PROCESS COMPANY
> 180 CHEROKEE STREET N.E.
> MARIETTA, GEORGIA 30060

Now comes Michael Wheeler and will be referred to in this civil action as the "Plaintiff".

Homecomings Financial, Angela C. Eaddy, Allison Curtis, Julie Willis, Lauren Ernst, Nancy Marks, all will be referred to as the "Defendant(s)", here after.

The Defendant(s) Et-al, does business in Cobb County Georgia, therefore this venue is proper.

The Defendant(s) on or about October 30, 2002 purchased a mortgage from Terrace Mortgage, Atlanta Georgia. This mortgage is for improved property known as 6 LONDON COURT, CARTERSVILLE GEORGIA 30120.
The Plaintiff is the named debtor on the mortgage.

Since the purchase of this mortgage by the Defendant(s) the Plaintiff's credit rating has been greatly damaged by the Defendant(s) due to there complete "Negligence".
Defendant(s) have "Converted" two monthly payments to escrow creating an escrow amount greater than which is allowed by Hud Rules or RESPA. Also other acts of using the escrow funds for purpose not of the intended purpose.

Plaintiff stands to loose three improved properties with a real fair market value of not less than $1,965,000.00. Therefore "Actual Damages" can and will arise from the Defendants(s) " Negligence and Actions".

3.

WHEREAS:

1. The first payment made by Plaintiff to Defendants was indeed "Converted" to escrow notwithstanding the fact that there was already an escrow account established in an amount over $2,000.00.

2. The Defendants failed to pay the 2002 property tax for 6 London Court, Cartersville Georgia, Plaintiff paid the property tax on February 19, 2003 with late charges and interest, $2,411.52.

3. On or about March 1, 2004 the March payment made by the Plaintiff was "Converted" to escrow notwithstanding the fact that the additional escrow was not needed.

4. On or about April 6, 2005, the Defendants paid out of escrow for 6 London Court, insurance cost for 1728 Victoria Way, Kennesaw Georgia 30152.
1728 Victoria Way, Kennesaw Georgia is NOT part of the loan/mortgage escrow in any manner.

5. On or about July 28, 2005 the defendants proceeded to obtain insurance coverage for 1728 Victoria Way, Kennesaw Georgia, the personal home of the Plaintiff. The amount of this insurance coverage, $2,084.00 which is grossly inflated an unwarranted.

6. The plaintiff warned by way of telephone conversation that the insurance coverage for Victoria Way, Kennesaw Georgia had been paid by the Defendants from an established escrow account.

7. The insurance cost for a full year for 1728 Victoria Way, Kennesaw Georgia, should have been paid from escrow which was in place, for that particular mortgage, from it's own escrow account. Not from escrow for 6 London Court, Cartersville Georgia.

4.

8. Notwithstanding the fact, the Defendants proceeded to purchase the grossly inflated insurance coverage for 1728 Victoria Way, Kennesaw Georgia and was paid from the established escrow account, from Homecomings Financial, P. O. Box 100585, Florence, South Carolina 29501-0585.

9. The plaintiff does have another mortgage with the Defendants, and that mortgage is for 1728 Victoria Way, Kennesaw, Georgia 30152.

10. Both mortgage's, 6 London Court, Cartersville, Georgia 30120 and 1728 Victoria Way, Kennesaw, Georgia 30152, were bought by the Defendants from other mortgage companies. But not at the Plaintiff's request. This is legal.

11. Paying for insurance coverage from one escrow account that has no connection or relation to another mortgage/escrow in regards to insurance coverage, is a strict violation of HUD RULES, REAL ESTATE SETTLEMENT PROTECTION ACT. This is not legal.

12. Since the purchase of the mortgage for 6 London Court, Cartersville Georgia, the Defendants have collected $11,306.83 for escrow dating 10-31-2002 through 11-30-2005.

13. The Defendants have paid out $9,566.30 from the collected $11,306.83 for property tax and insurance, leaving a balance of $1,740.53. While $774.62 of the $11,306.83 was actually paid for insurance coverage for 1728 Victoria Way, Kennesaw Georgia.
Violation of HUD RULES, REAL ESTATE SETTLEMENT PROTECTION ACT.

14. Actual escrow balance is unknown by the Plaintiff because of the "Negligent" manner of the Defendants book keeping or the lack of book keeping.

15 Plaintiff has made all monthly payments as agreed per real estate closing documents from start of loan up to November 1, 2005.

12-12020-mg    Doc 2777-1    Filed 01/31/13    Entered 01/31/13 13:35:32    Exhibit 1
Pg 7 of 20

5.

16. The Defendants on no less than (14) fourteen occasions has reported to all major credit reporting business's late payments ranging from 31 to 60 days being late. According to Trans Union Credit Reporting, also Experian and Equifax.

17. Plaintiffs credit rating has been reduced from EXCELLENT TO POOR! And the sole responsible party for this "NEGLIGENT ACT" is HOMECOMINGS FINANCIAL, Et-al, the Defendants

18. Plaintiff was scheduled to re-finance the existing mortgage with the Defendants for 6 London Court, Cartersville Georgia, with Peach Plus Financial on December 23, 2005 at 10:00AM, this real estate closing did not take place. Canceled one day before scheduled closing.

   A. Peach Plus Financial stated that the Defendants have now reported that a late payment exist in regards to 1728 Victoria Way, Kennesaw Georgia. Therefore, the lender refused to close based on this new information, which is "Fraudulent". And is willfully done to inflict greater harm to the Plaintiff.

   B. The Defendants deliberately withheld posting the November 2005 payment until December 6, 2005, therefore creating a late payment. Plaintiff strongly believes this was done intentionally to create a "Breach of Contract".

19. Plaintiff has made no less than (12) twelve phone calls to the Defendants to help the Defendants rectify there gross errors which are most harmful to the Plaintiff.

20. Plaintiff by way of U. S. Certified Mail, on (4) four occasions, has tried to help the Defendants rectify there gross errors, again which are most harmful to the Plaintiff.

21. The Defendants have call the Plaintiff no less than (600) SIX HUNDRED TIMES, wanting to know when the late payment (s) would be made. Plaintiff explained there were no existing late payments due!

6.

22. On September 6, 2004, Labor Day, the Plaintiff received a call from a person who stated that his name was Ben, and was calling on behalf of Homecomings Financial and wanted to know when the Plaintiff would make a payment which Ben stated was late!

A. Plaintiff speaking to Ben, went through all payment coupons outlining the date each payment was made, and the date each check was paid at Plaintiffs bank. Clearly pointing out there were no late payments. This conversation lasted approximately one hour and twenty minutes. Ben's response, THE COMPUTER SAYS YOU ARE LATE.

B. After my long conversation with Ben, I consider all calls to my self from the defendants to be nothing less than deliberate "HARRASSMENT".

---

The Plaintiff has exercised due care and exhausted all avenues in regards to having the Defendants correct there "Fraudulent and Negligent" actions, and gross misuse of escrow funds for both 6 London Court and 1728 Victoria Way properties.

Therefore, the Plaintiff seeks "Actual Damages" in an amount of not less than $203,295.60, additional interest now paying on the existing mortgage for 1728 Victoria Way, because of damaged credit.

Plaintiff does reserve the right to "Amend this Complaint" based on real additional damages as they occur, which additional damages are looming in the very near future.

In the event of any improved property currently owned by the Plaintiff, is foreclosed, the Plaintiff intends to amend this complaint to include all cost in regards to Monthly Payment Made, Cost of Insurance, Cost of Tax Payment, Cost of Improvements, Loss of Equity. No amount shall be less than actual fair market value as outlined earlier in this Civil Complaint.

7.

Plaintiff seeks "Damages due to Negligence" in an amount of not less than $5,000,000.00.

Plaintiff will seek "Future Damages" in the event that the "Negligence" of the Defendants continues to harm the Plaintiff.

Plaintiff seeks "Punitive Damages" in an amount of not less than $5,000,000.00, based on the outlying fact that the Plaintiffs credit rating has been severely damaged due to the reporting of "Fraudulent" information to all Credit Reporting Business's.

Plaintiff begs of the Superior Court of Cobb County Georgia for a "Speedy Trial" by Jury whereas additional "Actual Damages" can and most likely will occur.


Michael Wheeler

*Michael Wheeler*

Attorney Pro-Se
1728 Victoria Way
Kennesaw, Georgia 30152
770.428.9527

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
12/29/2005
Log Number 510807884

RECEIVED

JAN ⬚⬚ 2005

LEGAL DEPARTMENT

TO: Michael Seats
Residential Funding Corporation
8400 Normandale Lake Blvd, Suite 250
Minneapolis, MN, 55437-

RE: **Process Served in Georgia**

FOR: HomeComings Financial Network, Inc (Domestic State: DE)

---

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Michael Wheeler, pltf. vs. Angela C Eaddy including Homecomings Financial, dfts. *Name discrepancy noted* |
| DOCUMENT(S) SERVED: | Sheriff's Entry, Order Rule Nisi, Summons, Complaint |
| COURT/AGENCY: | Superior Court of Cobb County, GA<br>Case # 05-1-10429-34 |
| NATURE OF ACTION: | fraudulent and negligent actions and gross misuse of escrow funds; seeking damages of $5,000,000 |
| ON WHOM PROCESS WAS SERVED: | Corporation Process Company, Marietta, GA |
| DATE AND HOUR OF SERVICE: | By Process Server on 12/29/2005 at 09:05 |
| APPEARANCE OR ANSWER DUE: | 30 days |
| ATTORNEY(S) / SENDER(S): | Michael Wheeler<br>1728 Victoria Way<br>Kennesaw, GA, 30152 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 790270872607 |
| SIGNED:<br>ADDRESS:<br>TELEPHONE: | Corporation Process Company<br>180 Cherokee St, NE<br>Marietta, GA, 30060<br>770-795-7600 |

Page 1 of 1 / LD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

Gambrell & Stolz, LLP
Run: 2/14/2006 12:44:27 PM

PerfectLaw Imaging Cov

File: IMGCOV




| | |
|---|---|
| **Document Code:** | AT7877 |
| **Document Name:** | Complaint |
| **Client:** | 9061 |
| **Matter:** | 002 |
| **Date:** | 2/14/2006 |
| **Author:** | KSD |

Homecomings Financial Network, Inc.
Homecomings/Wheeler

Kitty S. Davis

**Notes:**

**Email Notifications:**

Instructions:

Attach this printout as cover page of your document.
Scan all the document pages with this one being the first scanned page.
Keep the set together when archiving hard copy.

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
12/29/2005
Log Number 510807884

**TO:** Michael Seats
Residential Funding Corporation
8400 Normandale Lake Blvd., Suite 250
Minneapolis, MN, 55437-

**RE:** **Process Served in Georgia**

**FOR:** HomeComings Financial Network, Inc. (Domestic State: DE)

RECEIVED
JAN     2005
LEGAL DEPARTMENT

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael Wheeler, pltf. vs. Angela C. Eaddy including Homecomings Financial, dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Sheriff's Entry, Order Rule Nisi, Summons, Complaint |
| **COURT/AGENCY:** | Superior Court of Cobb County, GA<br>Case # 05-1-10429-34 |
| **NATURE OF ACTION:** | fraudulent and negligent actions and gross misuse of escrow funds; seeking damages of $5,000,000 |
| **ON WHOM PROCESS WAS SERVED:** | Corporation Process Company, Marietta, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/29/2005 at 09:05 |
| **APPEARANCE OR ANSWER DUE:** | 30 days |
| **ATTORNEY(S) / SENDER(S):** | Michael Wheeler<br>1728 Victoria Way<br>Kennesaw, GA, 30152 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790270872607 |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | Corporation Process Company<br>180 Cherokee St, NE<br>Marietta, GA, 30060<br>770-795-7600 |

Page 1 of 1 / LD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

# SHERIFF'S ENTRY OF SERVICE

Marietta, Georgia    COBB COUNTY

Superior Court ☐    State Court ☐

443917

**Attorney's Address**

1728 VICTORIA WAY
KENNESAW, GA. 30152

**Name and Address of Party to be Served**

CORPORATION PROCESS COMPANY
180 CHEROKEE ST, N.E.
MARIETTA, GA. 30060

_____ Garnishee

Civil Action No. _____
Date Filed _____

MICHAEL WHEELER
_____ Plaintiff

VS.

HOMECOMINGS FINANCIAL
ET. AL
_____ Defendant

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant _Homecomings Financial_ _The Corp Process Co_ a corporation by leaving a copy of the within action and summons with _B. Halkik_ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___

_____ DEPUTY
COBB COUNTY, GEORGIA

SHERIFF DOCKET _____ PAGE _____

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant

SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

PLAINTIFF;

MICHAEL WHEELER
1728 VICTORIA WAY
KENNESAW, GEORGIA 30152
(Pro-se )

CASE NO. 05-1-10429-34

DEFENDANT'(S);

ANGELA C. EADDY
ALLISON CURTIS
JULIE WILLIS
LAUREN ERNST
NANCY MARKS

HOMECOMINGS FINANCIAL
P. O. BOX 100585
FLORENCE, SC. 29501-0585

HOMECOMINGS FINANCIAL
2711 NORTH HASKELL AVE.
SUITE 900
DALLAS, TX. 75204

HOMECOMINGS FINANCIAL
8400 NORMANDALE LAKE BLVD.
MINNEAPLOLIS, MN. 55437-1083

(Et-al)

---

IN ACCORDANCE WITH THE LAWS SET FORTH BY THE STATE OF GEORGIA, YOU

HAVE (30) THIRTY DAYS FROM DATE OF SERVICE TO FILE AN ANSWER WITH THE

CLERK OF THE SUPERIOR COURT OF COBB COUNTY, GEORGIA.

2.

Defendant(s) can be served at:

>CORPORATION PROCESS COMPANY
>180 CHEROKEE STREET N.E.
>MARIETTA, GEORGIA 30060

Now comes Michael Wheeler and will be referred to in this civil action as the "Plaintiff".

Homecomings Financial, Angela C. Eaddy, Allison Curtis, Julie Willis, Lauren Ernst, Nancy Marks, all will be referred to as the "Defendant(s)", here after.

The Defendant(s) Et-al, does business in Cobb County Georgia, therefore this venue is proper.

The Defendant(s) on or about October 30, 2002 purchased a mortgage from Terrace Mortgage, Atlanta Georgia. This mortgage is for improved property known as 6 LONDON COURT, CARTERSVILLE GEORGIA 30120.
The Plaintiff is the named debtor on the mortgage.

Since the purchase of this mortgage by the Defendant(s) the Plaintiff's credit rating has been greatly damaged by the Defendant(s) due to there complete "Negligence".
Defendant(s) have "Converted" two monthly payments to escrow creating an escrow amount greater than which is allowed by Hud Rules or RESPA. Also other acts of using the escrow funds for purpose not of the intended purpose.

Plaintiff stands to loose three improved properties with a real fair market value of not less than $1,965,000.00. Therefore "Actual Damages" can and will arise from the Defendants(s) " Negligence and Actions".

3.

WHEREAS:

1. The first payment made by Plaintiff to Defendants was indeed "Converted" to escrow notwithstanding the fact that there was already an escrow account established in an amount over $2,000.00.

2. The Defendants failed to pay the 2002 property tax for 6 London Court, Cartersville Georgia, Plaintiff paid the property tax on February 19, 2003 with late charges and interest, $2,411.52.

3. On or about March 1, 2004 the March payment made by the Plaintiff was "Converted" to escrow notwithstanding the fact that the additional escrow was not needed.

4. On or about April 6, 2005, the Defendants paid out of escrow for 6 London Court, insurance cost for 1728 Victoria Way, Kennesaw Georgia 30152.
1728 Victoria Way, Kennesaw Georgia is NOT part of the loan/mortgage escrow in any manner.

5. On or about July 28, 2005 the defendants proceeded to obtain insurance coverage for 1728 Victoria Way, Kennesaw Georgia, the personal home of the Plaintiff. The amount of this insurance coverage, $2,084.00 which is grossly inflated an unwarranted.

6. The plaintiff warned by way of telephone conversation that the insurance coverage for Victoria Way, Kennesaw Georgia had been paid by the Defendants from an established escrow account.

7. The insurance cost for a full year for 1728 Victoria Way, Kennesaw Georgia, should have been paid from escrow which was in place, for that particular mortgage, from it's own escrow account. Not from escrow for 6 London Court, Cartersville Georgia.

4.

8. Notwithstanding the fact, the Defendants proceeded to purchase the grossly inflated insurance coverage for 1728 Victoria Way, Kennesaw Georgia and was paid from the established escrow account, from Homecomings Financial, P. O. Box 100585, Florence, South Carolina 29501-0585.

9. The plaintiff does have another mortgage with the Defendants, and that mortgage is for 1728 Victoria Way, Kennesaw, Georgia 30152.

10. Both mortgage's, 6 London Court, Cartersville, Georgia 30120 and 1728 Victoria Way, Kennesaw, Georgia 30152, were bought by the Defendants from other mortgage companies. But not at the Plaintiff's request. This is legal.

11. Paying for insurance coverage from one escrow account that has no connection or relation to another mortgage/escrow in regards to insurance coverage, is a strict violation of HUD RULES, REAL ESTATE SETTLEMENT PROTECTION ACT. This is not legal.

12. Since the purchase of the mortgage for 6 London Court, Cartersville Georgia, the Defendants have collected $11,306.83 for escrow dating 10-31-2002 through 11-30-2005.

13. The Defendants have paid out $9,566.30 from the collected $11,306.83 for property tax and insurance, leaving a balance of $1,740.53.  While $774.62 of the $11,306.83 was actually paid for insurance coverage for 1728 Victoria Way, Kennesaw Georgia.
Violation of HUD RULES, REAL ESTATE SETTLEMENT PROTECTION ACT.

14. Actual escrow balance is unknown by the Plaintiff because of the "Negligent" manner of the Defendants book keeping or the lack of book keeping.

15. Plaintiff has made all monthly payments as agreed per real estate closing documents from start of loan up to November 1, 2005.

5.

16. The Defendants on no less than (14) fourteen occasions has reported to all major credit reporting business's late payments ranging from 31 to 60 days being late. According to Trans Union Credit Reporting, also Experian and Equifax.

17. Plaintiffs credit rating has been reduced from EXCELLENT TO POOR! And the sole responsible party for this "NEGLIGENT ACT" is HOMECOMINGS FINANCIAL, Et-al, the Defendants.

18. Plaintiff was scheduled to re-finance the existing mortgage with the Defendants for 6 London Court, Cartersville Georgia, with Peach Plus Financial on December 23, 2005 at 10:00AM, this real estate closing did not take place. Canceled one day before scheduled closing.

   A. Peach Plus Financial stated that the Defendants have now reported that a late payment exist in regards to 1728 Victoria Way, Kennesaw Georgia. Therefore, the lender refused to close based on this new information, which is "Fraudulent". And is willfully done to inflict greater harm to the Plaintiff.

   B. The Defendants deliberately withheld posting the November 2005 payment until December 6, 2005, therefore creating a late payment. Plaintiff strongly believes this was done intentionally to create a "Breach of Contract".

19. Plaintiff has made no less than (12) twelve phone calls to the Defendants to help the Defendants rectify there gross errors which are most harmful to the Plaintiff.

20. Plaintiff by way of U. S. Certified Mail, on (4) four occasions, has tried to help the Defendants rectify there gross errors, again which are most harmful to the Plaintiff.

21. The Defendants have call the Plaintiff no less than (600) SIX HUNDRED TIMES, wanting to know when the late payment (s) would be made. Plaintiff explained there were no existing late payments due!

6.

22. On September 6, 2004, Labor Day, the Plaintiff received a call from a person who stated that his name was Ben, and was calling on behalf of Homecomings Financial and wanted to know when the Plaintiff would make a payment which Ben stated was late!

   A. Plaintiff speaking to Ben, went through all payment coupons outlining the date each payment was made, and the date each check was paid at Plaintiffs bank. Clearly pointing out there were no late payments. This conversation lasted approximately one hour and twenty minutes. Ben's response, THE COMPUTER SAYS YOU ARE LATE.

   B. After my long conversation with Ben, I consider all calls to my self from the defendants to be nothing less than deliberate "HARRASSMENT".

---

The Plaintiff has exercised due care and exhausted all avenues in regards to having the Defendants correct there "Fraudulent and Negligent" actions, and gross misuse of escrow funds for both 6 London Court and 1728 Victoria Way properties.

Therefore, the Plaintiff seeks "Actual Damages" in an amount of not less than $203,295.60, additional interest now paying on the existing mortgage for 1728 Victoria Way, because of damaged credit.

Plaintiff does reserve the right to "Amend this Complaint" based on real additional damages as they occur, which additional damages are looming in the very near future.

In the event of any improved property currently owned by the Plaintiff, is foreclosed, the Plaintiff intends to amend this complaint to include all cost in regards to Monthly Payment Made, Cost of Insurance, Cost of Tax Payment, Cost of Improvements, Loss of Equity. No amount shall be less than actual fair market value as outlined earlier in this Civil Complaint.

7.

Plaintiff seeks "Damages due to Negligence" in an amount of not less than $5,000,000.00.

Plaintiff will seek "Future Damages" in the event that the "Negligence" of the Defendants continues to harm the Plaintiff.

Plaintiff seeks "Punitive Damages" in an amount of not less than $5,000,000.00, based on the outlying fact that the Plaintiffs credit rating has been severely damaged due to the reporting of "Fraudulent" information to all Credit Reporting Business's.

Plaintiff begs of the Superior Court of Cobb County Georgia for a "Speedy Trial" by Jury whereas additional "Actual Damages" can and most likely will occur.


Michael Wheeler

*/s/ Michael Wheeler*

Attorney Pro-Se
1728 Victoria Way
Kennesaw, Georgia 30152
770.428.9527