**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

| | )  | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------

**ORDER DENYING MOTION FOR RELIEF FROM STAY**
**FILED BY KENNETH KRAL, LISA A. STRICKER**
**AND ALL OTHERS SIMILARLY SITUATED**

Upon consideration of the *Motion for Relief from Stay* (ECF Doc. # 1536) and the *Memorandum in Support of Motion of Kenneth Kral and the Putative Class for Relief from Automatic Stay as to GMAC Mortgage, LLC and Executive Trustee Services, LLC* (ECF Doc. # 1540), each filed by movants Kenneth Kral, Lisa A. Stricker, and all others similarly situated (together, the "**Motion**"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the *Debtors' Objection to Motion of Kenneth Kral and Others Similarly Situated for Relief from Stay* (ECF Doc. # 1938); and after due deliberation; it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

1. For the reasons stated on the record at the hearing held on January 29, 2013 to consider the Motion, the Motion is **DENIED**.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:    New York, New York
         January 31, 2013

    **/s/Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge