**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY**
**FILED BY RICHARD D. RODE**

Upon consideration of the *Plaintiff's Motion to Lift Stay,* filed by *pro se* party Richard D. Rode (ECF Doc. ## 2153, 2154, and 2157) (the "**Motion**"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the *Debtors' Objection to Plaintiff's Motion to Lift Stay Filed by Richard D. Rode [Docket Nos. 2153, 2154, and 2157]* (ECF Doc. # 2682); and upon consideration of the *Plaintiff's Reply to Debtors' Objection to Plaintiff's Motion to Lift Stay Filed by Richard D. Rode [Docket Nos. 2153, 2154, and 2157] and Answer and Amended Request* (ECF Doc. # 2764); and after due deliberation; it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

1. For the reasons stated on the record at the hearing held on January 29, 2013 to consider the Motion, the Motion is **DENIED**.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
January 31, 2013

    **/s/Martin Glenn**
MARTIN GLENN
United States Bankruptcy Judge