Mark A. Strauss
J. Brandon Walker
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

*Attorneys for Landon Rothstein, Jennifer Davidson, Robert Davidson, and Ihor Kobryn, individually and on behalf of all others similarly situated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Case No. 12-12020 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE, that the undersigned and the law firm of Kirby McInerney LLP hereby enter their appearance as counsel for Landon Rothstein, Jennifer Davidson, Robert Davidson, Ihor Kobryn, and the class of persons and entities (collectively, the "Appearing Parties") represented in the putative class action entitled *Rothstein, et al., individually and on behalf of all others similarly situated v. GMAC Mortgage, LLC, et al.*, filed in the United States District Court for the Southern District of New York, Case No. 12-cv-3412 (AJN), and request that all copies of pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be served upon the undersigned at the office, address, telephone number and e-mail addresses as follows:

`
                              Mark A. Strauss
                              J. Brandon Walker
                              KIRBY McINERNEY LLP
                              825 Third Avenue, 16th Floor
                              New York, NY 10022
                              Tel:  (212) 371-6600
                              Fax: (212) 751-2540
                              mstrauss@kmllp.com
                              bwalker@kmllp.com

      PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by the Appearing Parties to the jurisdiction of the Bankruptcy Court.

      PLEASE TAKE FURTHER NOTICE that if any limited service lists are used in these proceedings, the undersigned request inclusion thereon.

Dated: January 31, 2013

                              /s/  Mark A. Strauss
                            **KIRBY McINERNEY LLP**
                            Mark A. Strauss
                            J. Brandon Walker
                            825 Third Avenue, 16th Floor
                            New York, New York 10022
                            Tel:  (212) 371-6600
                            Fax: (212) 751-2540
                            E-mail:  mstrauss@kmllp.com
                                      bwalker@kmllp.com

                            *Attorneys for Landon Rothstein, Jennifer Davidson,*
                            *Robert Davidson, and Ihor Kobryn, individually*
                            *and on behalf of all others similarly situated*

-

## CERTIFICATE OF SERVICE

I, Mark A. Strauss, hereby certify that on the January 31, 2013, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices, Pleadings and Orders* to be served via e-mail on counsel to the Debtors and the Debtors' Notice Agent, Kurtzman Carson Consultants, LLC.

Dated: New York, New York
      January 31, 2013                                 /s/ Mark A. Strauss
                                                          Mark A. Strauss