**Hearing Date:      March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date:      March 14, 2013 at 4:00 p.m. (prevailing Eastern time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                            )
  In re:                                                    )      Case No. 12-12020 (MG)
                                                            )
  RESIDENTIAL CAPITAL, LLC, et al.,        )      Chapter 11
                                                            )
                                  Debtors.           )      Jointly Administered
                                                            )
---------------------------------------------------------------  )

**NOTICE OF HEARING ON LETTER OF DAVID AND LESLIE KINWORTHY**
**REQUESTING RELIEF FROM THE AUTOMATIC STAY [DOCKET NO. 2660]**

**PLEASE TAKE NOTICE** that, on January 14, 2013, David and Leslie Kinworthy

(together, "Kinworthy") filed a letter requesting relief from the automatic stay [Docket No.

2660] (the "Letter").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the relief requested in the

Letter will take place on **March 21, 2013 at 10:00 a.m. (prevailing Eastern time)** before the

Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-

1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's Case

Management Order [Docket No. 141], the deadline to file and serve a response to the Letter is

**March 14, 2013 at 4:00 p.m. (prevailing Eastern time)**.

Dated: January 31, 2013             Respectfully submitted,
      New York, New York

                                              /s/ Norman S. Rosenbaum
                                              Gary S. Lee
                                              Norman S. Rosenbaum
                                              Samantha Martin
                                              MORRISON & FOERSTER LLP
                                              1290 Avenue of the Americas
                                              New York, New York 10104
                                              Telephone: (212) 468-8000
                                              Facsimile: (212) 468-7900

                                              *Counsel for the Debtors and*
                                              *Debtors in Possession*