Hearing Date:   March 21, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Response Date:  March 14, 2013 at 4:00 p.m. (prevailing Eastern time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- )
In re:                                                         )   Case No. 12-12020 (MG)
                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                              )   Chapter 11
                                                               )
                                         Debtors.              )   Jointly Administered
                                                               )
-------------------------------------------------------------- )

### NOTICE OF HEARING ON MOTION OF ALBINA TIKHONOV FOR CONTEMPT OF BANKRUPTCY [DOCKET NO. 2627]

**PLEASE TAKE NOTICE** that, on December 20, 2012, Albina Tikhonov ("Tikhonov") filed the Motion for Contempt of Bankruptcy [Docket No. 2627] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on Motion will take place on **March 21, 2013 at 10:00 a.m. (prevailing Eastern time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve a response to the Motion is **March 14, 2013 at 4:00 p.m. (prevailing Eastern time)**.

ny-1075841

Dated: January 31, 2013
       New York, New York

Respectfully submitted,

 /s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*