**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                                        :        Chapter 11
                                                                                    :
Residential Capital, LLC, <u>et al.</u>,                          :        Case No. 12-12020 (MG)
                                                                                    :
                                    Debtors.                        :        Jointly Administered
                                                                                    :
---------------------------------------------------------- x

**ORDER AUTHORIZING THE COMMITTEE TO EXCEED PAGE LIMIT FOR THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE RMBS TRUST SETTLEMENT AGREEMENTS**

Upon the request of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order allowing the Committee's objection to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements (the "**RMBS Objection**") to exceed the twenty-five (25) page limit (the "**Page Limit**") for all memoranda in opposition to motions contained in the Court's order establishing certain notice, case management and administrative procedures [Docket No. 141] (the "**Case Management Order**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The request is GRANTED as set forth herein.

2. The RMBS Objection may exceed the Page Limit set forth in the Case Management Order by up to twenty-five (25) pages.

- 2 -

Dated: February 1, 2013
      New York, New York

                                                **/s/Martin Glenn**
                                                MARTIN GLENN
                                    United States Bankruptcy Judge