**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER DENYING MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO DELAWARE TRUST COMPANY, N.A., AS TRUSTEE FOR VERICREST OPPORTUNITY LOAN TRUST 2001-NPL1 WITHOUT PREJUDICE**

Upon consideration of the *Motion for Relief from Stay* [Docket No. 2161] (the "**Motion**") filed by Wells Fargo Delaware Trust Company, N.A., as trustee for Vericrest Opportunity Loan Trust 2001-NPL1 (the "**Movant**") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"); and it appearing that the Motion seeks relief of the type described in the Court's *Order Pursuant to Bankruptcy Code Sections 105(a) and 362(d) Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens* [Docket No. 1824] (the "**Procedures Order**"); and it appearing that the Debtors are addressing the relief requested in the Motion in accordance with the procedures set forth in the Procedures Order; now therefor, it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

1. The Motion is DENIED, WITHOUT PREJUDICE.

2. Movant shall be entitled to renew the Motion upon exhaustion of the procedures set forth in the Procedures Order to the extent the Debtors do not consent to stipulated relief from

2

the automatic stay or any other Notice Party (as defined in the Procedures Order) objects to such relief under the Procedures Order.

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: February 1, 2013
      New York, New York

                                        /s/Martin Glenn
                                        MARTIN GLENN
                                        United States Bankruptcy Judge