David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone:  302-300-3434
Facsimile:  302-300-3456
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the office of Barnes & Thornburg LLP ("B&T") located at 1000 N. West Street, Wilmington, Delaware, has moved to a new suite address, with new telephone and facsimile numbers, as follows:

BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Phone: (302) 300-3434
Facsimile: (302) 300-3456

- 2 -

PLEASE TAKE FURTHER NOTICE that all future correspondence, notices, pleadings and other documents should be directed to B&T at the address set forth above. All e-mail addresses for B&T attorneys and staff remain unchanged.

| | |
|---|---|
| Dated:  February 1, 2013 | */s/ David M. Powlen* <br> David M. Powlen (DP – 0678) <br> BARNES & THORNBURG LLP <br> 1000 North West Street, Suite 1500 <br> Wilmington, Delaware 19801 <br> Telephone:  302-300-3434 <br> Facsimile:  302-300-3456 <br> Email:  david.powlen@btlaw.com <br><br> *Attorneys for USAA Federal Savings Bank* |