David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone:  302-300-3434
Facsimile:  302-300-3456
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
|---|---|---|
|  | ) |  |
| **RESIDENTIAL CAPITAL, LLC, *et al.*,** | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that in accordance with the Order of the Bankruptcy Court entered on May 23, 2012, regarding case management and procedures [docket no. 141], a copy of the *Notice of Change of Address* (the "Notice") [docket no. 2799] was served on February 1, 2013, by transmitting same via United States mail, First Class postage prepaid addressed to each of the parties listed below:

| | |
|---|---|
| Larren Nashelskly | Residential Capital, LLC |
| Gary S. Lee | c/o Kurtzman Carson Consultants, LLC |
| Lorenzo Marinuzzi | 2335 Alaska Avenue |
| Morrison & Foerster LLP | El Segundo, CA  90245 |
| 1290 Avenue of the Americas | |
| New York, NY  10104 | |

Dated:  February 1, 2013

/s/ *David M. Powlen*
David M. Powlen (DP – 0678)
BARNES & THORNBURG LLP
1000 North West Street, Suite 1500
Wilmington, Delaware 19801
Telephone:  302-300-3434
Facsimile:  302-300-3456
Email:  david.powlen@btlaw.com

*Attorneys for USAA Federal Savings Bank*