MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Alexandra Steinberg Barrage

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF NOTICE OF**
**REJECTION OF EXECUTORY CONTRACT**

**PLEASE TAKE NOTICE THAT** the debtors and debtors in possession (collectively, the "Debtors"), in the above captioned cases hereby withdraw, without prejudice, the *Notice of Rejection of Executory Contract* [Docket 2613].

Dated: February 1, 2013            Respectfully submitted,

                                              /s/ Gary S. Lee
                                              Gary S. Lee
                                              Norman S. Rosenbaum
                                              Alexandra Steinberg Barrage
                                              MORRISON & FOERSTER LLP
                                              1290 Avenue of the Americas
                                              New York, New York 10104
                                              Telephone: (212) 468-8000
                                              Facsimile: (212) 468-7900

                                              *Counsel to the Debtors
                                              and Debtors in Possession*

ny-1076220