### FEIN, SUCH & CRANE, LLP
COUNSELLORS AT LAW
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK  10977
(845) 371-4700
—————
Telecopier (845) 371-4747

<u>Northern New York</u>
28 E. Main Street
Rochester, New York 14614
(585) 232-7400
Telecopier (585) 325-6201

<u>New Jersey Office</u>
7 Century Drive
Suite 201
Parsippany, New Jersey 07054
(973) 538-4700
Telecopier (973) 538-8234

REPLY TO: NEW JERSEY ADDRESS

February 1, 2013

UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN
New York NY 10004-1408

RE:  RESIDENTIAL CAPITAL, LLC AKA
     RESIDENTIAL CAPITAL CORPORATION
     Case No. 12-12020 MG
     File No. RSHN013

Dear Sir/Madam:

Please accept this letter as a formal request to withdraw the
NOTICE OF APPEARANCE filed on behalf of RUSHMORE LOAN MANAGEMENT
SERVICES, as servicer for WELLS FARGO BANK, N.A. NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST,
SERIES 2011-1T on 01/07/13 as Item Number 2564 on the Court's
Docket.

Thank you for your prompt attention to this matter.

Very truly yours,

Lavada Fields
Paralegal