# Exhibit 2

## Documents Considered by Katherine Schipper

| Document Title, Bates Numbers | Document Date |
|---|---|
| **Legal Pleadings** | |
| Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements, with Exhibits R, S, U, and W | December 3, 2012 |
| Objection of Financial Guaranty Insurance Company to the Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, with Exhibits 9019-019, 9019-054, 9019-055, 9019-137, and 9019-146 | December 3, 2012 |
| Objection of Wilmington Trust, National Association to the Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, with Exhibits A, B, L, O, P, R, S, and T | December 3, 2012 |
| Third Amended and Restated RMBS Trust Settlement Agreement, with Exhibits A–D | September 20, 2012 |
| Third Amended and Restated RMBS Trust Settlement Agreement, with Exhibits A–D | September 21, 2012 |
| | |
| **Authoritative Guidance** | |
| Accounting Standards Codification Topic 275, "Risks and Uncertainty" | |
| Accounting Standards Codification Topic 450, "Contingencies" | |
| Accounting Standards Codification, Master Glossary | |
| | |
| **Depositions** | |
| Deposition of Jeffrey Cancellieri | November 14, 2012 |
| Deposition of Timothy Devine | November 19, 2012 |
| Deposition of John Mack | November 14, 2012 |
| Deposition of Thomas Marano | November 12, 2012 |
| Deposition of Mark Renzi | November 7, 2012 |
| Deposition of John Ruckdaschel | November 8, 2012 |
| Deposition of Frank Sillman | November 20, 2012 |
| Deposition of James Whitlinger | November 15, 2012 |
| | |
| **SEC Filings** | |
| Ally Financial Inc. Form 10-Q for the Quarterly Period Ended September 30, 2011 | November 4, 2011 |
| Ally Financial Inc. Form 10-Q for the Quarterly Period Ended March 31, 2012 | April 27, 2012 |
| Ally Financial Inc. Form 8-K | May 14, 2012 |
| | |
| **Bates Stamped Documents** | |
| 2012 Q1 ResCap Disclosure Committee Meeting Minutes<br>*RC40032719–20* | April 30, 2012 |
| Email from J. Mackey to D. DeBrunner, et al. re: RE: Rep and Warranties Range 1Q12.xlsx<br>*RC40033121–3* | April 27, 2012 |

| Document Title, Bates Numbers | Document Date |
|---|---|
| Email from C. Weiss to D. DeBrunner, et al. re: RE: Rep and Warranties Range 1Q12.xlsx<br>*RC40033117–20* | April 27, 2012 |
| Email from J. Whitlinger to T. Marano and S. Abreu re: RE: Rep and Warranties Range 1Q12.xlsx<br>*RC-9019_00092162–3* | April 27, 2012 |
| Accounting Policy Memo (Disclosure Considerations – Q4 2011)<br>*RC-9019_00093818–31* | March 8, 2012 |
| Accounting Policy Memo (Range of Reasonably Possible Loss Disclosure Considerations – Q1 2012)<br>*RC-9019_00093832–5* | April 27, 2012 |
| Accounting Policy Memo (Disclosure Considerations – Q3 2011)<br>*RC-9019_00093836–43* | November 16, 2011 |
| Accounting Policy Memo (Disclosure Considerations – Q4 2011)<br>*RC-9019_00093844–57* | March 8, 2012 |
| Accounting Policy Memo (Disclosure Considerations – Q4 2011)<br>*RC-9019_00093858–71* | February 2012 |
| Email from B. Santanna to K. Sathre re: RE: Q4 – ResCap R&W, with Attachment<br>*RC-9019_00087673–725* | January 13, 2012 |
| Email from J. Cancelliere to B. Gunn re: RE: RW Deck for 3:00, with Attachment<br>*RC-9019_00088309–28* | January 27, 2012 |
| Email from J. Cancelliere to B. Santanna re: RW & REO MCORC, with Attachments<br>*RC-9019_00088864–88* | March 30, 2012 |
| Email from J. Cancelliere to Various re: RE: KP<br>*RC-9019_00049157–9* | May 7, 2012 |
| Email from J. Mackey to Various re: RE: Rep and Warranties Range 1Q12.xlsx<br>*ALLY_0226233–4* | April 27, 2012 |
| Email from M. Renzi to T. Devine, G. Lee, and R. Cieri re: RE: Are you Available<br>*RC-9019_00049164–6* | May 8, 2012 |
| ResCap Memo to Members of the Residential Capital, LLC Audit Committee re: Audit Committee Meeting, with Attached Agenda and Supporting Materials<br>*RC40022273–367* | April 30, 2012 |
| ResCap Memo to Members of the Residential Capital, LLC Audit Committee re: Audit Committee Meeting, with Attached Agenda and Supporting Materials<br>*RC4002057–-9* | May 9, 2012 |
| Email from G. Lee to K. Patrick re: RMBS Stipulated Claim, with Attachment<br>*RC-9019_00049381–4* | May 9, 2012 |
| Minutes of a Special Meeting of the Board of Residential Capital, LLC<br>*RC-9019_00054006–7* | May 9, 2012 |
| Email from M. Renzi to G. Lee and J. Levitt re: Bounce – Draft Litigation Claims Overview, with Attachments<br>*RC-9019_00093235* | April 19, 2012 |
| GMAC ResCap: Draft Litigation Claims<br>*RC-9019_00093236–71* | April 19, 2012 |
| PLS Analysis – Draft (Document Produced in Native Format)<br>*RC-9019_00093272* | |
| Email from J. Ruckdaschel to T. Devine re: RE: Kathy Patrick, FHFA, MBIA, etc.<br>*RC-9019_00061313–5* | April 30, 2012 |

| Document Title, Bates Numbers | Document Date |
|---|---|
| Email from C. Weiss to Various re: RE: Rep and Warranties Range 1Q12.xlsx, with Attachment *RC-9019_00092076–8* | April 27, 2012 |
| ResCap Memo to Members of the Residential Capital, LLC Audit Committee re: Audit Committee Meeting, with Attached Agenda and Supporting Materials *RC-9019_00054001–5* | May 9, 2012 |
| Email from G. Lee to Various re: Meeting Notice – ResCap Board Meeting, May 9, 2012, 3:00pm (ET) – Privileged and Confidential Attorney-Client Communication, with Attachment *RC-9019_00093180–3* | May 9, 2012 |