# EXHIBIT L

Outlook E-mail

**From:** Devine, Timothy
**Sent:** 5/6/2012 6:07:54 PM
**To:** 'GLee@mofo.com'; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA; Ruckdaschel, John; Cancelliere, Jeff - PA; 'ray.schrock@kirkland.com'; 'richard.cieri@kirkland.com'; 'battle@CarpenterLipps.com'; 'lipps@carpenterlipps.com'; 'MWare@mayerbrown.com'; 'Rspehr@mayerbrown.com'; 'eraymond@mayerbrown.com'
**Cc:** 'JLevitt@mofo.com'; Solomon, William Legal
**Subject:** Re: FRE 408 - Kathy Patrick PSA and Settlement Agreement

Ally Team: we need to match the remarkable effort and turnaround by the ResCap team -

Target: to turn around a combined set of suggested revisions by the time folks go to bed TONIGHT.

The timeline is terrible short but necessary to preserve the very important prospect of an executed settlement and PSA with KP by end of day Tuesday.

Rick, Ray, Michael, Libby:

If it would be helpful we can schedule a phone call for 8 pm as a status check. Please let me know.

In any event, I will take and integrate your markups and will turn the draft back to Gary, Jeff and team when I arrive in NY tonight.

Thank you all very much.

Tim

---

**From:** Lee, Gary S. <GLee@mofo.com>
**To:** Devine, Timothy; Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Delehey, Lauren - PA; Ruckdaschel, John; Cancelliere, Jeff - PA; ray.schrock@kirkland.com <ray.schrock@kirkland.com>; richard.cieri@kirkland.com <richard.cieri@kirkland.com>; battle@CarpenterLipps.com <battle@CarpenterLipps.com>; lipps@carpenterlipps.com <lipps@carpenterlipps.com>
**Cc:** Levitt, Jamie A. <JLevitt@mofo.com>; Lee, Gary S. <GLee@mofo.com>
**Sent:** Sun May 06 15:37:42 2012
**Subject:** FRE 408 - Kathy Patrick PSA and Settlement Agreement

All. Please find attached a draft settlement agreement and draft PSA for KPs group. In light of the complexity of the issues presented, please consider these as drafts for discussion - they are the product of a lot of fast work and creative thinking from the recipients of this email. If there have to be material changes to get this to KP tomorrow that's perfectly fine. With that said, and given the timing here, can we get back comments tonight to the extent possible.

Tim-Tammy after you have reviewed happy to have a call today or evening.

Regards,


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

----- Original Message -----
From: Newton, James A.
To: Lee, Gary S.
Sent: Sun May 06 15:30:10 2012
Subject: Kathy Patrick PSA and Settlement Agreement



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061345

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00061346