# EXHIBIT R

EXHIBIT

9019-158

11/19/12

**Outlook E-mail**                                    Confidential

**From:**    Kathy D. Patrick
**Sent:**    5/13/2012 7:03:15 PM
**To:**      Levitt, Jamie A.; Scott A. Humphries
**Cc:**      Lee, Gary S.; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Timothy.Devine@ally.com;
Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com; Princi, Anthony
**Subject:**    RE: Settlement documents -- confidential

Sure. Use our dial in: 1 866 228 9900, passcode 763234. Suggest you under-react to the red and focus on the substance
of it, as this is what we discussed this morning: a) the monolines have rights as subrogated certificateholders when they pay
claims, those arise under the Trust agreements (which contain that language) so all you need to do for that is to say the
Trusts; b) separately, the Credit Enhancers have separate indemnity claims, and those arise under separate agreements.
This is exactly what we discussed on the earlier call and it corrects an error in your draft which, otherwise, would have put
the indemnity claims in the 8.7billion. Simple enough to explain and not a reason for this to go sideways. KP

From: Levitt, Jamie A. [mailto:JLevitt@mofo.com]
Sent: Sun 5/13/2012 5:59 PM
To: Scott A. Humphries; Kathy D. Patrick
Cc: Lee, Gary S.; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Timothy.Devine@ally.com;
Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com; Princi, Anthony
Subject: RE: Settlement documents -- confidential

Kathy -- we need a call at 7:30. You took out all reference to the
monolines in 5.01 (and the whereas), which as we discussed is in neither
of our interest.

Call in 800-650-4949, code 4688203.

-----Original Message-----
From: Scott A. Humphries [mailto:SHumphries@gibbsbruns.com]
Sent: May 13, 2012 6:54 PM
To: Scott A. Humphries; Princi, Anthony; Kathy D. Patrick; Levitt, Jamie
A.
Cc: Lee, Gary S.; Clark, Daniel E.; Newton, James A.;
nornstein@kirkland.com; Timothy.Devine@ally.com;
Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
Subject: RE: Settlement documents -- confidential

Belay that. These correct one reference. Can you make the nits re the
holdings that you sent in a couple of emails, please?

-----Original Message-----
From: Scott A. Humphries
Sent: Sunday, May 13, 2012 5:52 PM
To: 'Princi, Anthony'; Kathy D. Patrick; Levitt, Jamie A.
Cc: Lee, Gary S.; Clark, Daniel E.; Newton, James A.;
nornstein@kirkland.com; Timothy.Devine@ally.com;
Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
Subject: RE: Settlement documents -- confidential

Here is the Settlement Agreement. PSA to follow momentarily.

-----Original Message-----
From: Princi, Anthony [mailto:APrinci@mofo.com]
Sent: Sunday, May 13, 2012 5:49 PM
To: Kathy D. Patrick; Levitt, Jamie A.
Cc: Lee, Gary S.; Scott A. Humphries; Clark, Daniel E.; Newton, James
A.; nornstein@kirkland.com; Timothy.Devine@ally.com;
Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
Subject: RE: Settlement documents -- confidential

Kathy, we received the exhibits and they appear to be in order. We will

CONFIDENTIAL -- PROFESSIONALS' EYES ONLY        Confidential

therefore shortly be sending you final, execution versions of both the SA and PSA for your and your clients' signatures. As we are severely under the press of time we would ask that once you receive them you please promptly forward us your executed signature pages. We will hold the signature pages and not release them until we forward you our client's and Ally's signature pages. Thanks for your cooperation.

-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Sunday, May 13, 2012 6:14 PM
To: Princi, Anthony; Kathy D. Patrick; Levitt, Jamie A.
Cc: Lee, Gary S.; Scott A. Humphries; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Timothy.Devine@ally.com; Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
Subject: Re: Settlement documents -- confidential

Ropes is running the blackline on that now--I think we addressed it appropriately, but am happy to discuss


Kathy D. Patrick
Gibbs & Bruns, L.L.P.

----- Original Message -----
From: Princi, Anthony [mailto:APrinci@mofo.com]
Sent: Sunday, May 13, 2012 05:00 PM
To: Kathy D. Patrick; Levitt, Jamie A.
Cc: Lee, Gary S. ; Scott A. Humphries; Clark, Daniel E.
; Newton, James A. ;
nornstein@kirkland.com ; Timothy.Devine@ally.com
; Ross.Martin@ropesgray.com
; Keith.Wofford@ropesgray.com

Subject: RE: Settlement documents -- confidential

Thanks Kathy. As it turned out, my rushing like a madman led me to screw up the wording below so I've asked Noah at K&E to send corrected language (it will remain minor changes so I don't expect that you'll have a problem with it).

More importantly, we need to get your exhibits relating to allocation methodology and list of investor holdings by cusips -- can you have somebody forward that to us ASAP?

-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Sunday, May 13, 2012 5:57 PM
To: Princi, Anthony; Kathy D. Patrick; Levitt, Jamie A.
Cc: Lee, Gary S.; Scott A. Humphries; Clark, Daniel E.; Newton, James A.; nornstein@kirkland.com; Timothy.Devine@ally.com; Ross.Martin@ropesgray.com; Keith.Wofford@ropesgray.com
Subject: Re: Settlement documents -- confidential

This is fine.

Kathy D. Patrick
Gibbs & Bruns, L.L.P.

----- Original Message -----
From: Princi, Anthony [mailto:APrinci@mofo.com]
Sent: Sunday, May 13, 2012 04:47 PM
To: Kathy D. Patrick; Levitt, Jamie A.
Cc: Lee, Gary S. ; Scott A. Humphries; Clark, Daniel E.
; Newton, James A. ;
nornstein@kirkland.com ; Timothy.Devine@ally.com
; Ross.Martin@ropesgray.com
; Wofford, Keith H.

Subject: RE: Settlement documents -- confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY    RC-9019_00055573

Confidential

Kathy, we have made a couple of minor word changes (see below in caps)
and with that ResCap and Ally are both good with this language. We will
revise the agreement accordingly and send you a final execution version
shortly.

-----Original Message-----
From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
Sent: Sunday, May 13, 2012 5:04 PM
To: Princi, Anthony; Levitt, Jamie A.
Cc: Lee, Gary S.; Scott A. Humphries; Clark, Daniel E.; Newton, James
A.; nornstein@kirkland.com; Timothy.Devine@ally.com;
Ross.Martin@ropesgray.com; Wofford, Keith H.
Subject: RE: Settlement documents -- confidential


Here's the holdings section. You chunked a bunch of extraneous stuff
into the rest of the agreement, but here's the holdings language.


Section 1.01        Purchasers and Assigns.  The Consenting Claimants
currently and collectively hold Securities representing in aggregate 25%
of the voting rights in one or more classes of Securities of not less
than 290 of the Covered Trusts.  The Consenting Claimants, collectively,
shall maintain holdings aggregating 25% of the voting rights in one or
more classes of Securities of not less than 235 of the Covered Trusts
(Requisite Holdings) until the earliest of: (i) confirmation of the
Plan, (ii) December 31, 2012, (iii) a Consenting Claimant Termination
Event, (iv) a Debtor Termination Event, or (v) an Ally Termination
Event; provided, however, that any reduction in Requisite Holdings
caused by: a) sales by Maiden Lane I and Maiden Lane III; or b)
exclusion of one or more trusts due to the exercise of Voting Rights by
a Credit Enhancer, shall not be considered in determining whether the
Requisite Holdings threshold has been met.  If the Requisite Holdings
are not maintained, EACH OF Ally and ResCap shall have the right to
terminate the agreement, but shall not terminate the agreement before
EACH OF ALLY AND RESCAP HAVE conferrED in good faith with the Consenting
Claimants concerning whether termination is warranted.  For the
avoidance of doubt, other than as set forth above, this Agreement shall
not restrict the right of any Consenting Claimant to sell or exchange
any Securities issued by a Trust free and clear of any encumbrance.  The
Consenting Claimants will not sell OR PURCHASE any of the Securities for
the purpose of avoiding their obligations under this Agreement, and each
Consenting Claimant commits to maintain at least one position in one of
the Securities in one of the Trusts until the earliest of the dates set
forth above.  If the Debtor or Ally reach a similar agreement to this
with another bondholder group, the Debtor and Ally will include a
substantially similar proportionate holdings requirement in that
agreement as contained herein.



From: Princi, Anthony [mailto:APrinci@mofo.com]
Sent: Sun 5/13/2012 3:48 PM
To: Kathy D. Patrick; Levitt, Jamie A.
Cc: Lee, Gary S.; Scott A. Humphries; Clark, Daniel E.; Newton, James
A.; nornstein@kirkland.com; Timothy.Devine@ally.com
Subject: RE: Settlement documents -- confidential


Thanks Kathy.

Scott, to underscore Jamie's message, we truly are running out of time
so we need to see the transfer language ASAP so that we can finalize the
agreements and have them signed. Thanks.



From: Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]

CONFIDENTIAL – PROFESSIONALS' EYES ONLY    Confidential

Sent: Sunday, May 13, 2012 4:49 PM
To: Levitt, Jamie A.; Kathy D. Patrick
Cc: Princi, Anthony; Lee, Gary S.; Scott A. Humphries
Subject: Re: Settlement documents -- confidential

Scott -

Can we get them the docs?

Thanks,

KP


Kathy D. Patrick
Gibbs & Bruns, L.L.P.


From: Levitt, Jamie A. [mailto:JLevitt@mofo.com]
Sent: Sunday, May 13, 2012 03:43 PM
To: Kathy D. Patrick
Cc: Princi, Anthony ; Lee, Gary S.
Subject: Fw: Settlement documents -- confidential


Kathy -- can you have someone send us the documents. We really need to
review asap -- time is even shorter. Thanks.

_____

From: Levitt, Jamie A.
To: 'Ross.Martin@ropesgray.com' ; 'Kathy D.
Patrick' ; 'Scott A. Humphries'

Cc: 'Ornstein, Noah' ; Princi, Anthony; Lee,
Gary S.; 'Devine, Timothy' ;
'rcieri@kirkland.com'
Sent: Sun May 13 14:02:28 2012
Subject: Settlement documents -- confidential


Kathy and Scott,

Attached are the settlement documents redlined against the documents
Scott sent last night.  I thought you might want to see the changes we
think exist from last night and this morning.  Noah will separately send
a set of redlines against what we sent last night in case you prefer to
review that way.  Please let us know if you have changes on the monoline
references as Gary discussed.  We have not addressed the sale/transfer
point because that language is being revised by you and I understand you
will be sending the allocation exhibit including the bypass language you
propose.

Our goal needs to be to get your additions and thoughts and get these
documents finalized asap.

Thanks.

Jamie


--------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison &
Foerster LLP informs you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any
attachments), such advice is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to


CONFIDENTIAL – PROFESSIONALS' EYES ONLY                    RC-9019_00055575

another party any transaction or matter addressed herein. Confidential

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================
====

This message contains information which may be confidential and
privileged. Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com,
and delete the message.

-------------------------------------------------------------------


-------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison &
Foerster LLP informs you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any
attachments), such advice is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================
====

This message contains information which may be confidential and
privileged. Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com,
and delete the message.

-------------------------------------------------------------------



-------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison &
Foerster LLP informs you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any
attachments), such advice is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================
====

This message contains information which may be confidential and
privileged.  Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com,
and delete the message.

-------------------------------------------------------------------

Confidential

--------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison &
Foerster LLP informs you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any
attachments), such advice is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================
====

This message contains information which may be confidential and
privileged.  Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com,
and delete the message.

--------------------------------------------------------------

--------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison &
Foerster LLP informs you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any
attachments), such advice is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================
====

This message contains information which may be confidential and
privileged.  Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com,
and delete the message.

--------------------------------------------------------------

--------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice
concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice
is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================

CONFIDENTIAL – PROFESSIONALS' EYES ONLY Confidential

RC-9019_00055577

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                    RC-9019_00055578