# EXHIBIT W

Outlook E-mail                                                                        Confidential

**From:**      Lee, Gary S.
**Sent:**      5/10/2012 10:48:38 AM
**To:**        'Cancelliere, Jeff - PA'; Ruckdaschel, John; Devine, Timothy; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:**        Kushman, Todd; rcieri@kirkland.com
**Subject:**   RE: Favor

Yes, but just securities claims. Can someone send me the KP tolling agreement and all others you have.

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Cancelliere, Jeff - PA [mailto:Jeff.Cancelliere@gmacrescap.com]
**Sent:** Thursday, May 10, 2012 9:50 AM
**To:** Lee, Gary S.; Ruckdaschel, John; Devine, Timothy; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:** Kushman, Todd; rcieri@kirkland.com
**Subject:** RE: Favor

Will the following work:
A summary by party (KP, FHFA, MBIA, FGIC, etc.) by vintage? Similar to the below? It has to be refreshed for new deals identified by KP, Tal and not de-dupped by vintage?

|   |   | FHFA (b) | Kathy P >25% (b) | Talcott >25% (b) | AIG (b) | FGIC | MBIA | Non-Lit Wrapped | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Deal Collat | Original Balance | 23,945.1 | 80,265.7 | 2,652.8 | 6,963.9 | 14,384.0 | 7,735.8 | 21,819.0 | 68,263.0 | 226,029.3 |
|  | Current Balance | 6,599.3 | 27,399.6 | 892.6 | 2,120.9 | 3,810.3 | 1,934.0 | 3,765.5 | 16,762.6 | 63,284.8 |
|  | Cume Loss To Date | 4,424.4 | 11,249.5 | 446.2 | 1,318.0 | 2,445.3 | 2,107.8 | 1,561.0 | 6,339.6 | 29,891.9 |
|  | Projected Loss | 2,105.2 | 5,843.3 | 266.4 | 594.4 | 983.1 | 515.9 | 794.7 | 3,122.7 | 14,225.7 |
|  | Est Lifetime Loss | 6,529.6 | 17,092.8 | 712.6 | 1,912.4 | 3,428.4 | 2,623.8 | 2,355.8 | 9,462.2 | 44,117.5 |
|  | Est Lifetime Loss % of Orig Bal | 27% | 21% | 27% | 27% | 24% | 34% | 11% | 14% | 19.5% |

**Jeff Cancelliere**
Mortgage Risk
1100 Virginia Drive| Fort Washington, PA| 19034
(215)734-5853 (p) | (215) 749-2975 (Mobile)
Jeff.Cancelliere@gmacrescap.com

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Thursday, May 10, 2012 9:47 AM
**To:** Cancelliere, Jeff - PA; Ruckdaschel, John; Devine, Timothy; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:** Kushman, Todd; rcieri@kirkland.com; Lee, Gary S.
**Subject:** Re: Favor

I need to know the universe of what could be brought.

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Lee, Gary S.
**To:** 'jeff.cancelliere@gmacrescap.com' ; 'john.ruckdaschel@ally.com' ; 'Timothy.Devine@ally.com' ; Levitt, Jamie A.; 'nornstein@kirkland.com'
**Cc:** 'Todd.Kushman@ally.com' ; 'rcieri@kirkland.com' ; Lee, Gary S.
**Sent:** Thu May 10 09:27:29 2012
**Subject:** Re: Favor

Err on the side of inclusion so we can scale the issues.

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Cancelliere, Jeff - PA
**To:** Lee, Gary S.; Ruckdaschel, John ; Devine, Timothy ; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:** Kushman, Todd ; rcieri@kirkland.com
**Sent:** Thu May 10 09:21:06 2012
**Subject:** RE: Favor

Overall question is what deals stay in and what fall out.
Tim/John, can you assist in identifying from a statute standpoint should fall out of the total claim pool?

**Jeff Cancelliere**
Mortgage Risk
1100 Virginia Drive| Fort Washington, PA| 19034
(215)734-5853 (p) | (215) 749-2975 (Mobile)
Jeff.Cancelliere@gmacrescap.com

Confidential
CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                     RC-9019_00047999

Confidential

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Thursday, May 10, 2012 9:09 AM
**To:** Cancelliere, Jeff - PA; Ruckdaschel, John; Devine, Timothy; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:** Kushman, Todd; rcieri@kirkland.com; Lee, Gary S.
**Subject:** Re: Favor

I don't know exactly what you tolled with her - can I see agreement (I'm out of office). I recall its just contract claims and so her clients don't get enhanced tolling if that's your question.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Cancelliere, Jeff - PA
**To:** Lee, Gary S.; Ruckdaschel, John ; Devine, Timothy ; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:** Kushman, Todd ; rcieri@kirkland.com
**Sent:** Thu May 10 09:05:24 2012
**Subject:** RE: Favor

Tim/John R, can you confirm or correct me for the statute cut – All wrapped stay in and all non-wrapped is 06-07 vintage with MN 6 year statute running out?  Also the only 04-05 deals that fall out are the ones where we do not have a tolling agreement in place?
Gary, If the above is true do the KP deals that are not under tolling and pre06 fall out of her #?

Jeff Cancelliere
Mortgage Risk
1100 Virginia Drive| Fort Washington, PA| 19034
(215)734-5853 (p) | (215) 749-2975 (Mobile)
Jeff.Cancelliere@gmacrescap.com

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Thursday, May 10, 2012 8:09 AM
**To:** Cancelliere, Jeff - PA; Ruckdaschel, John; Devine, Timothy; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:** Kushman, Todd; rcieri@kirkland.com; Lee, Gary S.
**Subject:** Re: Favor

By party - assume that statute of limitations arguments are losers.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Cancelliere, Jeff - PA
**To:** Lee, Gary S.; Ruckdaschel, John ; Devine, Timothy ; Levitt, Jamie A.; 'nornstein@kirkland.com'
**Cc:** Kushman, Todd ; 'rcieri@kirkland.com'
**Sent:** Thu May 10 08:06:47 2012
**Subject:** Re: Favor

Gary do you want totals from each party or a de-duped total where there are overlaps?

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Thursday, May 10, 2012 6:50 AM
**To:** Ruckdaschel, John; Devine, Timothy; Cancelliere, Jeff - PA; Levitt, Jamie A. <JLevitt@mofo.com>; nornstein@kirkland.com <nornstein@kirkland.com>
**Cc:** Kushman, Todd; rcieri@kirkland.com <rcieri@kirkland.com>; Lee, Gary S. <GLee@mofo.com>
**Subject:** Re: Favor

John-tim-jeff.

What's the potential securities claims pool? Made up of whom? Want to see what this does to our recoveries.

Thanks,


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Ruckdaschel, John
**To:** Devine, Timothy ; Cancelliere, Jeff - PA ; Levitt, Jamie A.; nornstein@kirkland.com
**Cc:** Kushman, Todd ; 'rcieri@kirkland.com' ; Lee, Gary S.
**Sent:** Thu May 10 07:30:27 2012
**Subject:** RE: Favor

No problem.  David S. walks around with a fair number of thick binders, so I'm pretty confident he's got it somewhere.

Just so I understand, the forum in which you want to disclose this is in the Court and maybe thinking ahead to an Ally 8-K filing next week?

Someone please send to me the final settlement agreement and support agreement and anything else, if applicable.

---

**From:** Devine, Timothy
**Sent:** Thursday, May 10, 2012 12:30 AM
**To:** Cancelliere, Jeff - PA; Ruckdaschel, John; 'JLevitt@mofo.com'; nornstein@kirkland.com
**Cc:** Kushman, Todd; 'rcieri@kirkland.com'; 'GLee@mofo.com'
**Subject:** FW: Favor

John R and Jeff:

I spoke with Kathy P this evening and she will tell David Shereen he can expect to hear from you re: the kind of info we need to get confidence level around "footprint" facts.  I told her that she now has to

Confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                               RC-9019_00048000

demonstrate what she has already asserted – that her clients individually and as aggregated have power under the applicable respective agreements to take the actions we're describing in the settlement agreement and PSA.

In short, I have volunteered you.

Noah and Jamie:

Will you please talk with Jeff and John R to understand exactly what info they are asking KP for, and then to put Talcott Franklin's purported holdings to the same tests.

All so that we can be entirely accurate and clear and consistent when we stand up and say "we have all the big players and X% of holders of r/w claims . . . ." or whatever it is we're going to say.

Thanks in advance!

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Wednesday, May 09, 2012 6:58 PM
**To:** 'GLee@mofo.com'; Cancelliere, Jeff - PA; 'rcieri@kirkland.com'; Ruckdaschel, John; 'nornstein@kirkland.com'; 'JLevitt@mofo.com'; Kushman, Todd
**Subject:** Re: Favor

Creating that sense of inevitability.

---

**From:** Devine, Timothy
**To:** 'GLee@mofo.com' <GLee@mofo.com>; Cancelliere, Jeff - PA; 'rcieri@kirkland.com' <rcieri@kirkland.com>; Ruckdaschel, John; 'nornstein@kirkland.com' <nornstein@kirkland.com>; 'JLevitt@mofo.com' <JLevitt@mofo.com>; Kushman, Todd
**Sent:** Wed May 09 18:57:17 2012
**Subject:** Re: Favor

Gary and Rick: I'm thinking ahead not only for media but for filing. Please weigh in with needs/thoughts on point.

Thanks to all.

---

**From:** Devine, Timothy
**To:** 'GLee@mofo.com' <GLee@mofo.com>; Cancelliere, Jeff - PA; 'rcieri@kirkland.com' <rcieri@kirkland.com>; Ruckdaschel, John; 'nornstein@kirkland.com' <nornstein@kirkland.com>; 'JLevitt@mofo.com' <JLevitt@mofo.com>; Kushman, Todd
**Sent:** Wed May 09 18:54:44 2012
**Subject:** Re: Favor

Yes. Jeff, john R: what exactly should I request from KP to improve/cross-check her clients' footprint?

Same Q for Talcott.

---

**From:** Lee, Gary S. <GLee@mofo.com>
**To:** Devine, Timothy; Cancelliere, Jeff - PA; rcieri@kirkland.com <rcieri@kirkland.com>; Ruckdaschel, John; nornstein@kirkland.com <nornstein@kirkland.com>; Levitt, Jamie A. <JLevitt@mofo.com>; Kushman, Todd
**Sent:** Wed May 09 18:51:17 2012
**Subject:** Re: Favor

Can you speak to her?


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

----- Original Message -----
From: Devine, Timothy <Timothy.Devine@ally.com>
To: Cancelliere, Jeff - PA <Jeff.Cancelliere@gmacrescap.com>; Lee, Gary S.; 'rcieri@kirkland.com' <rcieri@kirkland.com>; Ruckdaschel, John <John.Ruckdaschel@ally.com>; 'nornstein@kirkland.com' <nornstein@kirkland.com>; Levitt, Jamie A.; Kushman, Todd <Todd.Kushman@ally.com>
Sent: Wed May 09 18:42:12 2012
Subject: Re: Favor

Need to dind a way to do 2 things - increase confidence level in assertions of Tal and KP and anyone else - can insist now on greater disclosure etc -  and 2 agree amongst ourselves on best simplest most accurate way to describe the "footprint", always over the denominator of the entire issuance.


----- Original Message -----
From: Cancelliere, Jeff - PA
To: Devine, Timothy
Sent: Wed May 09 18:30:29 2012
Subject: Re: Favor

Will send when I get home. On the train back to philly now so will be in a couple hours.
Unofficially kps most recent list was about 170B and talcotts was 95B with all but 12B covered by KP. So total between them is around 182B. That assumes they will both prove the greater than 25pct.

----- Original Message -----
From: Devine, Timothy
Sent: Wednesday, May 09, 2012 05:24 PM
To: Cancelliere, Jeff - PA
Subject: Favor

Pls reisend me footprint info reflecting KP + Tal.  Tx


---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00048001

Confidential

For information about this legend, go to
http://www.mofo.com/Circular230/

=================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------

------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------

------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------

------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------

------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------

Confidential

**CONFIDENTIAL – PROFESSIONALS' EYES ONLY**

RC-9019_00048002