# EXHIBIT BB

## Outlook E-mail

Confidential

**From:** Devine, Timothy
**Sent:** 5/8/2012 9:06:28 AM
**To:** Lee, Gary S.; rcieri@kirkland.com; rscrock@kirkland.com
**Subject:** RE: Are you available

Yes

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Tuesday, May 08, 2012 8:45 AM
**To:** Devine, Timothy; rcieri@kirkland.com; rscrock@kirkland.com
**Subject:** RE: Are you available

Tim, are you-k+e talking to davis polk about disclosures.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com



**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Tuesday, May 08, 2012 7:57 AM
**To:** Lee, Gary S.; 'rcieri@kirkland.com'; 'rscrock@kirkland.com'
**Subject:** Re: Are you available

I'm in NY. I have informed Kirkland of 3 pm key neeting and requested on-site participation.

Gary, Rick and Ray: what happens to 12/31 timeline if we don't get sufficient momentum behind the Plan from r/w or other claimants in that category?


**From:** Lee, Gary S. <GLee@mofo.com>
**To:** Devine, Timothy
**Sent:** Tue May 08 07:50:14 2012
**Subject:** Re: Are you available

Tim, who at ally side can look at this and compare? Trying to get comfortable with new numbers - boa is helpful but as everyone says "we aint countrywide". Also, must have a k+e person at 3 onwards who can help draft-edit live with us. You in NY?


Gary S. Lee
Morrison & Foerster LLP

Confidential
CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                               RC-9019_00049175

1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

Confidential

---

**From:** Devine, Timothy
**To:** Lee, Gary S.; 'rcieri@kirkland.com'
**Cc:** Ruckdaschel, John ; Cancelliere, Jeff - PA ; 'rschrock@kirkland.com' ; Levitt, Jamie A.; Renzi, Mark ; Solomon, William Legal
**Sent:** Tue May 08 07:14:36 2012
**Subject:** FW: Are you available

Here's KP's version – the BoA settlement was not at 14% but at 36% -- and then haircut to the risk that BoA would not be responsible for Countrywide if the matter was litigated rather than settled.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Kathy D. Patrick [mailto:kpatrick@gibbsbruns.com]
**Sent:** Tuesday, May 08, 2012 1:19 AM
**To:** Devine, Timothy
**Subject:** Re: Are you available

No, that's wrong: the BofA defect rate was over 30%. BofA ARGUED with us that the defect rate was 14%, which is why that is scenario 1 in the spreadsheet that BNY's expert used--but the ACTUAL defect rate we used, and settled on, was 36%. That would be scenario 3 or 4 in our spreadsheet, which is in the BNY expert report, too. I'm at a loss to understand why ResCap and Ally won't just look at the spreadsheet we used in BofA--because the scenarios in it track exactly what I've said. BofA argued for a vastly lower defect rate, which we rejected; they paid based on our much higher defect rate, which we accepted.

Importantly, the 36% defect rate we used for BofA was before litigation discounts, a primary one of which was the risk--which has obtained here--that Countrywide would go into bankruptcy. But for that risk, and the insolvency of Countrywide, the size of the CLAIM that we calculated against BofA was $32 billion. That's why I keep telling you that what we got from them was 25.7 cents on the dollar: the CLAIM size was $32 billion against them, and we settled for $8.5 billion, which is a recovery of 25.7 cents on the dollar based on a defect rate of 36%. Here, we've got a CLAIM size of more than $10 billion on which, as a practical matter, the recovery will be far less due to ResCap's bankruptcy.

Below is the relevant set of comparisons:

| | |
|---|---|
| BofA Original Face: $432 billion | ResCap OF: $220 billion |
| BofA Current Face at Settlement: $163 billion | ResCap CF: $63 billion |
| BofA Claim Size:    $32.5 billion | ResCap Claim Size: $10 billion |
| BofA Defect vs. Losses: 36% | ResCap Defect vs. Losses 22.2% |
| BofA Settlement: $8.5 billion | ResCap Settlement: whatever is distributed |
| BofA Settlement vs. Claim Size: 25.7 cents | ResCap Settlement: distrib. amt / $10 billion |

That's why the numbers you're giving me don't make any sense, either with regard to our BofA Settlement--because the the numbers you have are just wrong--or by virtue what we know about ResCap. We've analyzed and assessed what we think is ResCap's actual exposure: if we were using the same, 36% defect rate we used with Bank of America, the claim size for ResCap would be well in excess of $18 billion. Instead, we've offered to resolve by agreeing to a claim size of $10 billion.

Confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                    RC-9019_00049176

Thus, the claim size is not just ratably lower based on issuance size, it is actually lower as a result of our analysis of the the ResCap defect rate vs. Countrywide's. ResCap will have problems not just with us but with every investor if you try to suggest that the defect rate is a lot lower than where we've analyzed it: you can't reconcile that with the data, the accrued losses or the allegations in existing and future lawsuits.

Bottom line: you are getting a lower defect rate, but it's a realistic rate based on accurate data and using the same methodology we used before.

Kathy Patrick
Gibbs & Bruns LLP
713.751.5253

On May 8, 2012, at 12:12 AM, "Devine, Timothy" <Timothy.Devine@ally.com> wrote:

> I'm getting lots of pressure on valuation now. BoA 8.5 billion represents 14 defect rate, correct? Everything we know about our our product - from origination through pooling through reps and diligence throughg servicing - makes our folks believe we are better (lower) than Countrywide by a large margin. I am being asked to explain how we could agree to a defect rate 150 of Countrywide's.
>
> ----- Original Message -----
> From: Kathy D. Patrick <kpatrick@gibbsbruns.com>
> To: Devine, Timothy; Kathy D. Patrick <kpatrick@gibbsbruns.com>
> Sent: Mon May 07 21:15:14 2012
> Subject: Re: Are you available
>
> Sure. 713 972 4695
>
> Kathy D. Patrick
> Gibbs & Bruns, L.L.P.
>
> ----- Original Message -----
> From: Devine, Timothy [mailto:Timothy.Devine@ally.com]
> Sent: Monday, May 07, 2012 08:10 PM
> To: Kathy D. Patrick
> Subject: Re: Are you available
>
> May I call you in 15 minutes? Sorry.
>
> ----- Original Message -----
> From: Kathy D. Patrick <kpatrick@gibbsbruns.com>
> To: Devine, Timothy
> Sent: Mon May 07 19:57:18 2012
> Subject: Are you available
>
> At 830 Eastern tonight?
> Where can I reach you?
>
> Kathy D. Patrick
> Gibbs & Bruns, L.L.P.

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==================================================================================

Confidential

**CONFIDENTIAL – PROFESSIONALS' EYES ONLY**                                                       RC-9019_00049177

Confidential

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

Confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                              RC-9019_00049178