# EXHIBIT CC

## Outlook E-mail

Confidential

**From:**   Kathy D. Patrick
**Sent:**    5/9/2012 11:20:21 AM
**To:**      Lee, Gary S.
**Subject:**   Update

---

I've talked to Ally this morning.  They confirmed they will do 8.7 bn for the stipulated claim.  Waiting on the waterfall from you.

Where does it stand?


Kathy D. Patrick
Gibbs & Bruns, L.L.P.

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

Confidential

RC-9019_00049218