# EXHIBIT GG

Outlook E-mail

**From:** Devine, Timothy
**Sent:** 5/13/2012 2:36:01 PM
**To:** Levitt, Jamie A.; Ruckdaschel, John; Ornstein, Noah; 'rschrock@kirkland.com'; 'RCieri@kirkland.com'; Lee, Gary S.
**Subject:** FW: great news and very important note

---

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Sunday, May 13, 2012 2:28 PM
**To:** Devine, Timothy; 'Talcott J. Franklin'
**Subject:** RE: great news and very important note

Tal: need to close now – you have all my apologies – the machine is grinding – ceo will give embargoed interviews etc – final 8Ks – it's all going in – this is my last chance ot get you in the deal pre-filing – and in my mind that makes a ton of difference for you and your clients…

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Devine, Timothy
**Sent:** Sunday, May 13, 2012 12:35 PM
**To:** Talcott J. Franklin
**Subject:** RE: great news and very important note

I can try to call you but on phone now with CEO and making range of final decisions before 1pm bd mtg.  I can't expose Ally to any claims however remote.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Talcott J. Franklin [mailto:Tal@talcottfranklin.com]
**Sent:** Sunday, May 13, 2012 12:16 PM
**To:** Devine, Timothy
**Subject:** Re: great news and very important note

Please call me.  214.642.9191.

Sent from my iPhone

On May 12, 2012, at 1:28 PM, "Devine, Timothy" <Timothy.Devine@ally.com> wrote:

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                             RC-9019_00050824

Tal: first – great news that your clients are on board. As you and I said, this deal is starkly superior to any of the alternative scenarios for all concerned. And thank you for speedy work. I know that you invested a great deal of effort to be prepared for a speedy turn on the documents.

Second – very, very important: we need the cusip level holdings of the clients – like yesterday. The value of this settlement is that we have X% footprint out of all the certificates issued. And X is big. So that increases the chances that it will actually be approved. And we need 100% reliability and credibility, for all of us, when we represent the holdings of the consenting claimants. I know you get this but I'm reaching out to you personally because we need absolute full court press to get all this lined up so our folks can bake maximum X with accuracy and credibility into their very first statements that support the Plan, tomorrow.

Thanks again.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

DISCLAIMER:
The information contained in this message may be privileged, confidential, and protected from disclosure. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. If you are not the intended recipient, or an employee, or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message. Re-disclosure without additional consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IRS Circular 230 disclosure: ANY STATEMENTS CONTAINED HEREIN ARE NOT INTENDED BY THE WRITER TO BE USED, AND NOTHING CONTAINED HEREIN CAN BE USED, BY YOU OR ANY OTHER PERSON, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW, OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED TRANSACTION OR MATTER ADDRESSED HEREIN.