# EXHIBIT II

## Outlook E-mail

Confidential

**From:** Lee, Gary S.
**Sent:** 5/13/2012 2:42:58 PM
**To:** 'Ornstein, Noah'; Levitt, Jamie A.; 'Ross.Martin@ropesgray.com'; 'Kathy D. Patrick'; 'Scott A. Humphries'
**Cc:** Princi, Anthony; 'Devine, Timothy'; Cieri, Richard M.
**Subject:** RE: Settlement documents -- confidential

---

Kathy, as you and your team look at this can you make sure we have properly captured the mechanics for the allowed claim definition to encompass the Credit Enhancers and whether the following language in section 5.01 reflects the way the claim is to be calculated.

"The amount of the Allowed Claim shall equal (i) $8,700,000,000, multiplied by (ii) the percentage represented by (a) the total dollar amount of original principal balance for the Accepting Trusts, divided by (b) the total dollar amount of original principal balance for all Trusts."

The notion is that the monolines claims (other than indemnity) are captured in their entirety in 5.01 and that the claim calculation works. I am not convinced this language is perfect.


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

---

**From:** Ornstein, Noah [mailto:nornstein@kirkland.com]
**Sent:** Sunday, May 13, 2012 2:11 PM
**To:** Levitt, Jamie A.; 'Ross.Martin@ropesgray.com'; 'Kathy D. Patrick'; 'Scott A. Humphries'
**Cc:** Princi, Anthony; Lee, Gary S.; 'Devine, Timothy'; Cieri, Richard M.
**Subject:** RE: Settlement documents -- confidential

All,

Please find attached a blacklilne of each of the settlement agreement and PSA showing just those changes discussed on the phone for which MOFO was to turn the draft. These drafts remain subject to FRE 408.

Noah

---

**From:** Levitt, Jamie A. [mailto:JLevitt@mofo.com]
**Sent:** Sunday, May 13, 2012 2:02 PM
**To:** Ross.Martin@ropesgray.com; Kathy D. Patrick; Scott A. Humphries
**Cc:** Ornstein, Noah; Princi, Anthony; Lee, Gary S.; Devine, Timothy; Cieri, Richard M.
**Subject:** Settlement documents -- confidential

Kathy and Scott,

Attached are the settlement documents redlined against the documents Scott sent last night. I thought you might want to see the changes we think exist from last night and this morning. Noah will separately send a set of redlines against what we sent last night in case you prefer to review that way. Please let us know if you have changes on the monoline references as Gary discussed. We have not addressed the sale/transfer point because that language is being revised by you and I understand you will be sending the allocation exhibit including the bypass language you propose.

Confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                                                           RC-9019_00055348

Our goal needs to be to get your additions and thoughts and get these documents finalized asap.

Thanks.

Jamie

----------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


***************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************

Confidential

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                                RC-9019_00055349