# EXHIBIT QQ.1

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

In Re:                                    Case No:

RESIDENTIAL CAPITAL, LLC, et. al,    12-12020(MG)

          Debtors.

----------------------------------x

VIDEOTAPE DEPOSITION OF JEFFREY CANCELLIERI

New York, New York

November 14, 2012

2:03 p.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27647-B

Page 106

1     JEFF CANCELLIERI
2  some point during the discussions Kathy
3  Patrick's group was around a $10 billion
4  number.
5     Q.  Now, were you aware that there
6  were various proposals that were made by
7  ResCap for potential exposure levels in
8  those settlement discussions?
9     A.  I was not aware of what those
10 levels were but during the settlement
11 discussion you would have to have some
12 discussion on what the levels would be.
13    Q.  Were you or anyone else in your
14 group, to the best of your knowledge, ever
15 asked to provide additional data to FTI or
16 anyone else at ResCap to justify specific
17 settlement numbers?
18    A.  No.
19    Q.  Were you aware that ResCap's
20 exposure numbers that were presented to
21 Ms. Patrick increased over time?
22        MR. RAINS:  Assumes facts not in
23    evidence.  Objection.
24    A.  Can you repeat the question.
25    Q.  Were you aware that the

Page 107

1     JEFF CANCELLIERI
2  potential risk exposure numbers that were
3  presented to Kathy Patrick by ResCap
4  increased over time?
5        MR. RAINS:  Objection.  Assumes
6     facts not in evidence.
7     A.  I am not aware of what the
8  settlement negotiations were.
9     Q.  And were you ever asked by FTI
10 or anyone at ResCap to provide any
11 additional information beyond your initial
12 submission of the 3 to $14 billion
13 exposure range and 5 to 30 percent defect
14 rate?
15    A.  Not to my knowledge, no.
16    Q.  Do you have an understanding as
17 to how the 8 point -- do you have an
18 understanding today that the ultimate
19 settlement number for allowed claim in the
20 settlement number was $8.7 billion?
21    A.  I'm sorry, repeat the question.
22    Q.  Do you have an understanding
23 that the ultimate number that was set
24 forth in the settlement agreement as a
25 total allowed claim was $8.7 billion?

Page 108

1     JEFF CANCELLIERI
2     A.  Yes.
3     Q.  Do you have an understanding as
4  to how that number was calculated?
5     A.  I do not.
6     Q.  Are you aware that ResCap
7  identified you as the person with the most
8  knowledge about how that number was
9  calculated?
10    A.  What I provided --
11        MR. RAINS:  Objection.  Assumes
12    facts not in evidence.
13    A.  What I provided to our legal
14 experts who were negotiating the
15 transaction was a total expected lifetime
16 loss on the 392 trusts with a general
17 range of exposure percentages to give them
18 tools during their settlement
19 negotiations.  I was not part of the
20 actual settlement negotiations.  That was
21 left up to the legal experts to go through
22 that process.
23    Q.  So at any time during the
24 settlement negotiations did you provide to
25 anyone at FTI or ResCap your opinion as to

Page 109

1     JEFF CANCELLIERI
2  what would -- a reasonable estimation of
3  ResCap's exposure for the 392 trusts would
4  be?
5     A.  I did not.  I just provided a
6  general range based on the expected
7  lifetime losses.
8     Q.  Did you have any conversations
9  with anyone at FTI about a double down
10 concept with respect to monolines?
11    A.  I do not recall having that
12 conversation with anyone at FTI.
13    Q.  Do you have any idea what I'm
14 referring to when I say a double down
15 concept?
16    A.  I do not.
17    Q.  Sitting here today, other than
18 the general range of 3 to $14 billion
19 that, and 5 to 30 percent defect rate that
20 you provided, are you aware of any
21 specific analysis that was done to justify
22 the $8.7 billion number?
23        MR. RAINS:  Object to the form
24    of the question.  Vague and ambiguous.
25    A.  The only analysis provided