# EXHIBIT UU

**REDACTED**