# EXHIBIT VV

# REDACTED