# EXHIBIT WW

**REDACTED**