# EXHIBIT XX

# REDACTED