# EXHIBIT XX.1

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

In Re: Case No:

RESIDENTIAL CAPITAL, LLC, et. al,     12-12020(MG)

        Debtors.

-----------------------------------x

VIDEOTAPE DEPOSITION OF JAMES WHITLINGER

New York, New York

November 15, 2012

9:39 a.m.

Reported by:
ERICA L. RUGGIERI, RPR
JOB NO: 27649

```
                                   122
         JAMES WHITLINGER
 1
 2    Q.    -- as a result of a settlement?
 3         MR. RAINS:  Objection.  Asked
 4    and answered.
 5     A.    I don't recall.  As I stated, I
 6    don't have an analysis that I -- that I
 7    know was presented on May 9th.
 8     Q.    On May 9th did you know whether
 9    or not any of Ms. Patrick's clients had
10    filed any rep and warranty claims against
11    ResCap or any of its affiliates?
12     A.    Can you repeat the question
13    again?
14     Q.    On May 9th did you know whether
15    or not any of Ms. Patrick's clients, the
16    institutional investors or the trusts had
17    actually filed any rep and warranty claims
18    or other claims against ResCap or its
19    affiliates?
20     A.    I don't know for sure.  We
21    obviously had multiple rep and warrant
22    claim -- claims outstanding.  So I presume
23    that some of them would have been part of
24    that Kathy Patrick group.
25     Q.    When -- when you say that there
```

```
                                   123
         JAMES WHITLINGER
 1
 2    are obviously multiple rep and warranty
 3    claims outstanding, you mean claims that
 4    have actually been filed or filed against
 5    ResCap, litigations that have been filed
 6    against ResCap or its affiliates?
 7     A.    I'm sorry.  I was referring to a
 8    request for a repurchase.  So a repurchase
 9    request claim was made to the company in
10    following our business process to evaluate
11    the claim.
12     Q.    So you believe that some of the
13    claims you just described would have been
14    part of the Kathy Patrick group, correct?
15     A.    Yeah.  I believe it's -- it's
16    certainly possible that some of those
17    investors would have to be the same
18    investors that are bringing forth claims
19    of specific loan rep and warrant requests.
20     Q.    Do you know if any of those
21    claims to which you just referred also
22    resulted in any litigation being filed
23    against ResCap or any of its affiliates?
24     A.    I don't know for sure.  I know
25    we've had -- we have multiple cases filed.
```

```
                                   124
         JAMES WHITLINGER
 1
 2    I'd have to talk to counsel.
 3     Q.    During the May 9th board meeting
 4    did the board discuss that the settlement
 5    agreement would provide for ResCap to pay
 6    Ms. Patrick's legal fees?
 7     A.    I don't recall discussing that
 8    component specifically but ResCap, my
 9    understanding on the contract is that
10    those legal fees would be deducted from
11    the overall $8.7 billion amount.
12     Q.    You say the contract, you mean
13    the settlement agreement?
14     A.    Yeah.  The RMBS Trust Settlement
15    Agreement.
16     Q.    But the board didn't discuss
17    this on May 9th and --
18     A.    I don't know if we did or
19    didn't.  It didn't really matter to me
20    because it's -- yeah, that was between her
21    and the institutional investors.  The
22    8.7 billion is their allowed claim.  And
23    so if it's deducted from that I'm
24    indifferent on how the agreement that she
25    may have reached or not reached with the
```

```
                                   125
         JAMES WHITLINGER
 1
 2    institutional investors.
 3     Q.    Would it have been more
 4    reasonable and fair to the creditors of
 5    ResCap and its affiliates for the
 6    $8.7 billion amount to be reduced by the
 7    amount of Ms. Patrick's fees --
 8    Ms. Patrick's fees?
 9         MR. RAINS:  Objection.  Vague
10    and ambiguous.  Calls for speculation.
11     A.    I have already told you that as
12    a board member in and the process that was
13    followed I'm comfortable with the
14    $8.7 billion.  I don't have an opinion on
15    how the institutional investors and Kathy
16    Patrick negotiated, what portion she
17    should get.  My view as a board member was
18    that is the 8.7 billion reasonable for the
19    claims that could be brought, the
20    litigation issues and -- and that's what I
21    relied on.
22     Q.    Were you aware during the
23    May 9th board meeting that the RMBS Trust
24    Settlement Agreement provided releases to
25    inside directors like yourself and not to
```