UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**DECLARATION OF LaSHANN M. DeARCY IN FURTHER SUPPORT OF DEBTORS' MOTION PURSUANT TO FED. R. BANKR. P. 9019 FOR APPROVAL OF THE RMBS SETTLEMENT AGREEMENTS**

I, LaSHANN M. DeARCY, declare:

1. I am a member of the Bar of the State of New York and admitted to practice before this Court. I am an attorney at the law firm Morrison & Foerster LLP, counsel for Residential Capital, LLC and its affiliated debtors and debtors-in-possession.

2. I submit this declaration in further support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Settlement Agreements, and to put before the Court documents referred to in Debtors' Reply Brief Re Iridium Factors in Support of Motion for Approval of RMBS Settlement Agreements and Debtors' Reply Brief Re Non-Iridium Issues in Support of Motion for Approval of RMBS Settlement Agreements.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Transcript of the Hearing in the matter of *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), held on September 19, 2012.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Private Label Securities Analysis spreadsheet for 2004 to 2007 (RC-9019_00093194).

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition Transcript of Bradford Cornell, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated December 21, 2012.

6. Attached hereto as Exhibit 4 is a true and correct copy of a presentation titled "ResCap Private Label Securities Rep and Warrant Settlement Discussion Supporting Information," presented at the May 9, 2012 Residential Capital, LLC Board of Directors Meeting (RC-9019_00054001-05).

7. Attached hereto as Exhibit 5 is a true and correct copy of an email from John Moon to Talcott Franklin, Kathy Patrick, Gary Lee, and others, dated November 16, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of a spreadsheet titled "PLS Analysis – Draft" (RC-9019_00093195).

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Kathy Patrick to William Solomon, dated October 17, 2011 (II_RESCAP0000086-89).

10. Attached hereto as Exhibit 8 is a true and correct copy of the GMACM Home Equity Loan Trust 2004-HE2 Mortgage Loan Purchase Agreement, dated March 30, 2004 (RC00057431-66).

11. Attached hereto as Exhibit 9 is a true and correct copy of a letter from William Solomon to Kathy Patrick, dated October 21, 2011 (II_RESCAP0000083).

12. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Tammy Hamzehpour to Kathy Patrick, dated October 26, 2011 (II_RESCAP0000093).

13. Attached hereto as Exhibit 11, is a true and correct copy of an email from David Sheeren to Kathy Patrick, Tim Devine, Scott Humphries, and others, dated February 17, 2012 (ALLY_0142810-12).

14.     Attached hereto as Exhibit 12 is a true and correct copy of an email from David Sheeren to Tim Devine, Kathy Patrick, and Scott Humphries, dated March 22, 2012 (ALLY_0159888-89).

15.     Attached hereto as Exhibit 13 is a true and correct copy of an email from John Ruckdaschel to Kathy Patrick, and others, dated April 16, 2012 (RC-9019_00047796-97).

16.     Attached hereto as Exhibit 14 is a true and correct copy of an email from Tim Devine to Tammy Hamzehpour, John Ruckdaschel, and others, dated April 16, 2012 (RC-9019_00061412).

17.     Attached hereto as Exhibit 15 is a true and correct copy of a presentation titled "DRAFT Litigation Claims," dated April 19, 2012 (RC-9019_00093236-71).

18.     Attached hereto as Exhibit 16 is a true and correct copy of a presentation titled "Discussion Materials," dated May 3, 2012 (RC-9019_00047844-54).

19.     Attached hereto as Exhibit 17 is a true and correct copy of an email from Tim Devine to Tammy Hamzehpour, dated April 23, 2012 (RC-9019_00061443).

20.     Attached hereto as Exhibit 18 is a true and correct copy of a presentation titled "Discussion Materials," dated April 25, 2012 (RC-9019_00047830-41).

21.     Attached hereto as Exhibit 19 is a true and correct copy of an email chain between Tim Devine, John Ruckdaschel, Gary Lee, and others, dated April 30, 2012 (RC-9019_00061485-87).

22.     Attached hereto as Exhibit 20 is a true and correct copy of an email chain between Ray Schrock, Keith Wofford, Kathy Patrick, Tim Devine, Gary Lee, and others, dated May 1, 2012 to May 2, 2012 (RC-9019_00049010-14).

3

23.     Attached hereto as Exhibit 21 is a true and correct copy of an email from John Ruckdaschel to Kathy Patrick, and others, dated April 27, 2012 (Ally_PEO_0028925-26).

24.     Attached hereto as Exhibit 22 is a true and correct copy of an email from Gary Lee to Keith Wofford, Kathy Patrick, and others, dated May 3, 2012 (ALLY_0143690-91).

25.     Attached hereto as Exhibit 23 is a true and correct copy of an email from Gary Lee to Tammy Hamzehpour and Tim Devine, dated May 4, 2012 (RC-9019_00049082).

26.     Attached hereto as Exhibit 24 is a true and correct copy of an email from Kathy Patrick to Gary Lee, dated May 7, 2012 (RC-9019_00049153).

27.     Attached hereto as Exhibit 25 is a true and correct copy of an email from Gary Lee to Tammy Hamzehpour, Tim Devine, and others, dated May 7, 2012 (RC-9019_00060340).

28.     Attached hereto as Exhibit 26 is a true and correct copy of an email from Gary Lee to Tammy Hamzehpour, Tim Devine, and others, dated May 7, 2012 (RC-9019_00060345-46).

29.     Attached hereto as Exhibit 27 is a true and correct copy of an email from Jeff Cancelliere to Tammy Hamzehpour, Tim Devine, Gary Lee, and others, dated May 7, 2012 (RC-9019_00061349-51).

30.     Attached hereto as Exhibit 28 is a true and correct copy of an email from Tim Devine to Mark Renzi, Gary Lee, Tammy Hamzehpour, and others, dated May 7, 2012 (RC-9019_00049155-56).

31.     Attached hereto as Exhibit 29 is a true and correct copy of an email from Tim Devine to Tammy Hamzehpour, Gary Lee, and others, dated May 9, 2012 (RC-9019_00049197).

32.     Attached hereto as Exhibit 30 is a true and correct copy of the Declaration of Zachary Trumpp in Support of Debtors' Motion Pursuant to Section 8.4 of the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(A), 502(C) and 1142(B) of the Bankruptcy Code to Estimate the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-Backed Securities or Purposes of Establishing Reserves, *In re Lehman Bros. Holdings Inc., et al.*, No. 08-13555 (JMP) (Bankr. S.D.N.Y. Jan. 12, 2012), (RC-9091_00003933-41).

33.     Attached hereto as Exhibit 31 is a true and correct copy of an email chain between Jamie Levitt, Gary Lee, Scott Humphries, Kathy Patrick, and others, dated May 12, 2012 (RC-9019_00050583-85).

34.     Attached hereto as Exhibit 32 is a true and correct copy of an email chain between David Beck, Jamie Levitt, Gary Lee, Daniel Clark, Noah Ornstein, and others, dated May 10, 2012 (RC-9019_00050246-48).

35.     Attached hereto as Exhibit 33 is a true and correct copy of an email from Jamie Levitt to Talcott Franklin, Jerry Phelps, and others, dated May 13, 2012 (RC-9019_00045562-604).

36.     Attached hereto as Exhibit 34 is a true and correct copy of an email from Tim Devine to Gary Lee and Tammy Hamzehpour, dated April 17, 2012 (RC-9019_00048956-57).

37.     Attached hereto as Exhibit 35 is a true and correct copy of an email from Tim Devine to Tammy Hamzehpour and Gary Lee, dated April 19, 2012 (RC-9019_00048958).

38.     Attached hereto as Exhibit 36 is a true and correct copy of an email from Tim Devine to Gary Lee, and others, dated May 9, 2012 (RC-9019_00049196).

39.     Attached hereto as Exhibit 37 is a true and correct copy of an email from Tim Devine to Gary Lee, and others, dated May 10, 2012 (RC-9019_00049486-91).

40. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the Deposition Transcript of Timothy Devine, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated November 19, 2012.

41. Attached hereto as Exhibit 39 is a true and correct copy of an email from Jamie Levitt to Talcott Franklin, and others, dated May 12, 2012 (RC-9019_00048118).

42. Attached hereto as Exhibit 40 is a true and correct copy of an email chain between Jamie Levitt, Talcott Franklin, Jerry Phelps, Gary Lee, and others, dated May 3, 2012 to May 5, 2012 (RC-9019_00061586-90).

43. Attached hereto as Exhibit 41 is a true and correct copy of an email chain between Talcott Franklin, Jerry Phelps, Jamie Levitt, and others, dated May 13, 2012 (RC-9019_00048666-68).

44. Attached hereto as Exhibit 42 is a true and correct copy of an email chain between Ray Schrock, Gary Lee, Tim Devine, and others, dated May 9, 2012 (RC-9019_00049216-17).

45. Attached hereto as Exhibit 43 is a true and correct copy of an email from Tim Devine to Tammy Hamzehpour, dated April 23, 2012 (RC-9019_00061874).

46. Attached hereto as Exhibit 44 is a true and correct copy of an email from Tim Devine to Gary Lee, and others, dated May 8, 2012 (RC-9019_00060347-49).

47. Attached hereto as Exhibit 45 is a true and correct copy of an email from Tim Devine to Anthony Princi, Scott Humphries, Kathy Patrick, Jamie Levitt, and others, dated May 13, 2012 (RC-9019_00051061-62).

48. Attached hereto as Exhibit 46 is a true and correct copy of an email from Tim Devine to Gary Lee, Jamie Levitt, Noah Ornstein, John Ruckdaschel, and others, dated May 12, 2012 (RC-9019_00050455-56).

49. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the Deposition Transcript of C.J. Brown, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated December 18, 2012.

50. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from the Deposition Transcript of Dorian G. Whealdon, *MBIA Insurance Corporation v. Residential Funding Company, LLC*, Index No. 603552/2008, (N.Y.S. Sup. Ct.), dated June 7, 2011 (RC-9019_00039256-339).

51. Attached hereto as Exhibit 49 is a true and correct copy of the GMACM Home Equity Loan Trust 2004-HE4 Mortgage Loan Purchase Agreement, dated October 28, 2004 (RC00057507-47).

52. Attached hereto as Exhibit 50 is a true and correct copy of the RFMSII Home Equity Loan Trust 2006-HSA4 Home Equity Loan Purchase Agreement, dated July 28, 2006 (RC00062567-95).

53. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from the Deposition Transcript of J. F. Morrow, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated December 17, 2012.

54. Attached hereto as Exhibit 52 is a true and correct copy of an Ally Financial, Inc. Audit Committee presentation titled "Mortgage Contingencies Review with Disclosure Benchmarking," dated July 27, 2011 (RC40021335-63).

55. Attached hereto as Exhibit 53 is a true and correct copy of an Ally Accounting Policy, dated March 8, 2012 (RC-9019_00093818-31).

56.     Attached hereto as Exhibit 54 is a true and correct copy of a Residential Capital, LLC Audit Committee presentation titled "Supplemental Materials," dated April 27, 2012 (RC40074012-27).

57.     Attached hereto as Exhibit 55 is a true and correct copy of the Settlement Amount Opinion of Brian Lin, *In the Matter of the Application of the Bank of New York Mellon*, No. 651786/2011 (N.Y. Sup. Ct. June 29, 2011) (RC-9019_00003924-32).

58.     Attached hereto as Exhibit 56 is a true and correct copy of the Settlement and Plan Sponsor Agreement between Residential Capital, LLC, and certain of its direct and indirect subsidiaries, and Ally Financial Inc., *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. May 14, 2012), ECF No. 6-8.

59.     Attached hereto as Exhibit 57 is a true and correct copy of the Plan Support Agreement entered into by Residential Capital, LLC, and certain of its direct and indirect subsidiaries, Ally Financial Inc., and Consenting Claimants as of May 13, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. June 11, 2012), ECF No. 318-3.

60.     Attached hereto as Exhibit 58 is a true and correct copy of the Third Amended and Restated RMBS Trust Settlement Agreement between Residential Capital, LLC, and its direct and indirect subsidiaries, and the Kathy Patrick Group of Institutional Investors, entered into as of September 21, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Oct. 19, 2012), ECF No. 1887-2.

61.     Attached hereto as Exhibit 59 is a true and correct copy of the Third Amended and Restated RMBS Trust Settlement Agreement between Residential Capital, LLC, and its direct and indirect subsidiaries, and the Talcott Franklin Group of Institutional Investors, entered

into as of September 20, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Oct. 19, 2012), ECF No. 1887-3.

62. Attached hereto as Exhibit 60 is a true and correct copy of the Complaint in *Financial Guaranty Insurance Co. v. Ally Fin., Inc., et al.*, No. 12-cv-1818 (S.D.N.Y. Mar. 12, 2012).

63. Attached hereto as Exhibit 61 is a true and correct copy of the Complaint in *MBIA Insurance Corporation v. GMAC Mortg., LLC*, No. 10600837/2010 (N.Y. Sup. Ct. Apr. 1, 2010).

64. Attached hereto as Exhibit 62 is a true and correct copy of the Complaint in *MBIA Insurance Corporation v. Residential Funding Co., LLC*, No. 08603552/2008 (N.Y. Sup. Ct. Mar. 19, 2010).

65. Attached hereto as Exhibit 63 is a true and correct copy of excerpts from the RALI Series 2006-QO4 Trust 8-K, containing the Standard Terms of the Pooling and Servicing Agreement for the RALI 2006-QO4 Trust, dated April 1, 2006.

66. Attached hereto as Exhibit 64 is a true and correct copy of excerpts from the Residential Asset Securities Corporation 8-K, containing the Standard Terms of the Pooling and Servicing Agreement for the RASC 2005-EMX5 Trust, dated January 13, 2006.

67. Attached hereto as Exhibit 65 is a true and correct copy of excerpts from the Residential Funding Mortgage Securities II, Inc. 8-K, containing the Home Equity Loan Trust 2007-HSA3 Indenture Agreement, dated May 30, 2007.

68. Attached hereto as Exhibit 66 is a true and correct copy of the Order Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(A), 502(C) and 1142(B) of the Bankruptcy Code Estimating the Amounts of Claims Filed by Indenture Trustees on Behalf of Issuers of

Residential Mortgage-Backed Securities for Purposes of Establishing Reserves, *In re Lehman Bros. Holdings Inc., et al.*, No. 08-13555 (JMP) (Bankr. S.D.N.Y. Feb. 22, 2012), ECF No. 25643.

69. Attached hereto as Exhibit 67 is a true and correct copy of the November 2012 Post-Effective Operating Report, *In re Lehman Bros. Holdings Inc., et al.*, No. 08-13555 (JMP) (Bankr. S.D.N.Y. Dec. 26, 2012), ECF No. 33396.

70. Attached hereto as Exhibit 68 is a true and correct copy of the First Post-Confirmation Operating Report, *In re Lehman Bros. Holdings Inc., et al.*, No. 08-13555 (JMP) (Bankr. S.D.N.Y. Apr. 27, 2012), ECF No. 27648.

71. Attached hereto as Exhibit 69 is a true and correct copy of the Declaration of Kathy D. Patrick in Support of Steering Committee Investors' Statement in Support of Settlement and Response to Settlement Objections, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Oct. 5, 2012), ECF No. 1740-5.

72. Attached hereto as Exhibit 70 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on December 5, 2008 (RC40005939-42).

73. Attached hereto as Exhibit 71 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on February 24, 2010 (RC40018736-38).

74. Attached hereto as Exhibit 72 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on November 5, 2010 (RC40018844-48).

75. Attached hereto as Exhibit 73 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on January 27, 2011 (RC40018417-22).

76. Attached hereto as Exhibit 74 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on May 6, 2011 (RC40018456-60).

77. Attached hereto as Exhibit 75 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on July 1, 2011 (RC40018628-33).

78. Attached hereto as Exhibit 76 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on October 4, 2011 (RC40018690-91).

79. Attached hereto as Exhibit 77 is a true and correct copy of Minutes for the Residential Capital, LLC Audit Committee Meeting held on November 4, 2011 (RC40021793-97).

80. Attached hereto as Exhibit 78 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on November 25, 2011 (RC40018712-14).

81. Attached hereto as Exhibit 79 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on December 22, 2010 (40018857-63).

82. Attached hereto as Exhibit 80 is a true and correct copy of Minutes for the Residential Capital, LLC Audit Committee Meeting held on August 3, 2011 (RC40020613-15).

83. Attached hereto as Exhibit 81 is a true and correct copy of materials for the Residential Capital, LLC Audit Committee Meeting held on January 30, 2012 (RC40021854-91).

84. Attached hereto as Exhibit 82 is a true and correct copy of materials for the Residential Capital, LLC Audit Committee Meeting held on May 1, 2012 (RC40022273-367).

85. Attached hereto as Exhibit 83 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on January 25, 2012. (RC40019194-95).

86. Attached hereto as Exhibit 84 is a true and correct copy of Minutes for the Residential Capital, LLC Board of Directors Meeting held on May 9, 2012 (RC-9019_00054006-07).

87. Attached hereto as Exhibit 85 is a true and correct copy of the Amended and Restated RMBS Trust Settlement Agreement between Residential Capital, LLC, and its direct and indirect subsidiaries, and the Kathy Patrick Group of Institutional Investors, entered into as of May 13, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Aug. 15, 2012), ECF No. 1176-2.

88. Attached hereto as Exhibit 86 is a true and correct copy of the Amended and Restated RMBS Trust Settlement Agreement between Residential Capital, LLC, and its direct and indirect subsidiaries, and the Talcott Franklin Group of Institutional Investors, entered into as of May 13, 2012, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Aug. 15, 2012), ECF No. 1176-3.

89. Attached hereto as Exhibit 87 is a true and correct copy of the Proof of Claim filed by MBIA Insurance Corporation, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Nov. 16, 2012), Claim # 5847.

90. Attached hereto as Exhibit 88 is a true and correct copy of the Proof of Claim filed by FGIC, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Nov. 16, 2012), Claim # 4870.

91. Attached hereto as Exhibit 89 is a true and correct copy of excerpts from the 2007-HSA3 Home Equity Loan Trust 8-K, containing the 2007-HSA3 Home Equity Loan Purchase Agreement, dated May 30, 2007.

92. Attached hereto as Exhibit 90 is a true and correct copy of the 2007-HSA3 Home Equity Loan Trust Insurance Agreement, dated May 30, 2007.

93. Attached hereto as Exhibit 91 is a true and correct copy of the Insurance and Indemnity Agreement for the Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX5, dated December 16, 2005.

94. Attached hereto as Exhibit 92 is a true and correct copy of the Complaint in *Financial Guaranty Insurance Co. v. Residential Capital, LLC, et al.*, No. 12-cv-01658-PAC (S.D.N.Y. Mar. 6, 2012).

95. Attached hereto as Exhibit 93 is a true and correct copy of the Insurance and Indemnity Agreement for the GMACM Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RS9, dated November 29, 2005 (RC00067566-97).

96. Attached hereto as Exhibit 94 is a true and correct copy of the Insurance Agreement for the GMACM Home Equity Loan-Backed Term Notes, Series 2007-HE1, dated March 1, 2007 (RC00067598-667).

97. Attached hereto as Exhibit 95 is a true and correct copy of a letter from Sean O'Neal to Larren Nashelsky, dated August 21, 2012 (RC-9019_00070186-88).

98. Attached hereto as Exhibit 96 is a true and correct copy of excerpts from the Transcript of the Hearing in the matter of *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), held on September 11, 2012.

99. Attached hereto as Exhibit 97 is a true and correct copy of the Series 2006-RP2 Pooling and Servicing Agreement, dated April 1, 2006 (RC-9019_00000416-665).

100. Attached hereto as Exhibit 98, is a true and correct copy of excerpts from the Residential Funding Mortgage Securities II 8-K, containing the Home Equity Loan Trust 2006-HSA4 Indenture Agreement, dated July 28, 2006.

101. Attached hereto as Exhibit 99 is a true and correct copy of a summary of emails authored by Gary Lee that were withheld by the Debtors as privileged, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.).

102. Attached hereto as Exhibit 100 is a true and correct copy of a Memo to File from Accounting Policy Re Legal/Rep and Warrant – Range of Reasonably Possible Loss Disclosure Considerations – Q1 2012, dated April 27, 2012 (RC-9019_00093832–35).

103. Attached hereto as Exhibit 101 is a true and correct copy of excerpts from the Deposition Transcript of Jeffrey Cancelliere, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y.), dated November 14, 2012.

104. Attached hereto as Exhibit 102 is a true and correct copy of the Proposed Order Granting Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements, *In re: Residential Capital, LLC, et al.*, No. 12-12020 (MG) (Bankr. S.D.N.Y. Oct. 19, 2012), ECF No. 1887-1.


Dated: New York, NY
       January 15, 2013

MORRISON & FOERSTER LLP

By:   /s/ LaShann M. DeArcy
     LaShann M. DeArcy
     1290 Avenue of the Americas
     New York, NY  10104-0050
     212.468.8000