# Exhibit 2

**Privilege and Confidential**
**Attorney - Client Privilege**
**For Discussion Purposes Only**
**Do Not Distribute**
**WORKING DRAFT - Continued refinements made due to additional research and developments**

REDACTED