# Exhibit 5

| | |
|---|---|
| From: | John G. Moon <JMoon@mw-law.com> |
| Sent: | Friday, November 16, 2012 5:27 PM |
| To: | Franklin,Talcott; 'kpatrick@gibbsbruns.com'; Lee, Gary S.; 'Pfleming@morganlewis.com'; 'keith.wofford@ropesgray.com'; 'cohen@sewkis.com'; 'jgoodchild@morganlewis.com'; 'jgarrity@morganlewis.com'; 'binder@sewkis.com'; 'vrubinstein@loeb.com'; 'wcurchack@loeb.com' |
| Cc: | Claire Huene |
| Subject: | In re Residential Capital, LLC et al., Case No. 12-12020 (MG)--Notice of Intent |

Dear Counsel,

We represent Triaxx Prime CDO 2006-1, LLC, Triaxx Prime CDO 2006-2, LLC, and Triaxx Prime CDO 2007-1, LLC (collectively "Triaxx") in the captioned matter.

Reference is made to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements [Docket No. 320] and Debtors' Supplemental Motions Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements [Docket Nos. 1176, 1887] (together, the "9019 Motion").

Triaxx hereby provides notice of intent to object to the 9019 Motion on the ground that the amount of the Allowed Claim should be at a minimum be $11.3 billion as a preliminary indication, and the amount of $8.7 billion falls outside the range of reasonableness as it relates to RMBS trust certificate holders. Triaxx reserves all rights to modify, amend, revise, or supplement its contentions regarding the amount of the Allowed Claim as part of its objection to the 9019 Motion.

Very truly yours,

**John G. Moon**  Partner
**Miller | Wrubel**
570 Lexington Avenue | New York, NY 10022
(212) 336-3507 (Direct Phone) | (212) 336-3555 (Fax)
jmoon@mw-law.com | www.mw-law.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.