# Exhibit 6

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

RC-9019_00093195.xlsx

REDACTED

REDACTED

REDACTED