# Exhibit 10

# GMAC
# Mortgage

October 26, 2011

<u>VIA FEDERAL EXPRESS</u>

Kathy Patrick, Esq.
Gibbs & Bruns LLP
1100 Louisiana
Suite 5300
Houston, TX 77002

Dear Ms. Patrick,

Bill Solomon of Ally Financial Inc. has referred to me your letter of October 17, 2011, requesting a meeting. I will not be able to meet with you in the very near term as your letter suggests, but members of my litigation team and I would be available to meet in our Minneapolis offices on either November 21st, 22nd or 23rd. We would not have business personnel attend the meeting.

Please let me know your preference for one of the above dates and we will finalize arrangements.

Best regards,

GMAC MORTGAGE, LLC

Tammy Hamzehpour
General Counsel

GMAC Mortgage, LLC
1100 Virginia Drive
Mail Code 190-FTW-L95
Fort Washington, PA 19034
Tel. 215-682-1307
E-mail: tammy.hamzehpour@gmacm.com

CONFIDENTIAL                                                            II  RESCAP0000093