# Exhibit 11

| | |
|---|---|
| **From:** | Devine, Timothy |
| **Sent:** | Saturday, February 18, 2012 2:06 AM |
| **To:** | David Sheeren; Kathy D. Patrick; Scott A. Humphries |
| **Cc:** | Hagens, David; Hamzehpour, Tammy; Ruckdaschel, John |
| **Subject:** | RE: Ally Materials |

Thanks David, Kathy and Scott.

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** David Sheeren [mailto:dsheeren@gibbsbruns.com]
**Sent:** Friday, February 17, 2012 2:57 PM
**To:** Kathy D. Patrick; Devine, Timothy; Scott A. Humphries
**Cc:** Hagens, David; Hamzehpour, Tammy; Ruckdaschel, John
**Subject:** RE: Ally Materials

All:

I have attached the executed confidentiality agreement, tolling agreement, and exhibits thereto.

Best regards,
David

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

---

**From:** Kathy D. Patrick
**Sent:** Friday, February 17, 2012 1:02 PM
**To:** Devine, Timothy; Scott A. Humphries
**Cc:** Hagens, David; Hamzehpour, Tammy; David Sheeren; Ruckdaschel, John
**Subject:** RE: Ally Materials

Great.  We'll get them signed and send you the completed document by pdf.  Thanks much.  KP

---

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Friday, February 17, 2012 1:00 PM
**To:** Scott A. Humphries; Kathy D. Patrick
**Cc:** Hagens, David; Hamzehpour, Tammy; David Sheeren; Ruckdaschel, John
**Subject:** RE: Ally Materials

PRIVILEGED AND CONFIDENTIAL

Scott and Kathy:

1

Confidential                                                                                                                                ALLY_0142810

We approve of the three substitutions and the two corrections described below.

Will you please attach the proper Exhibits, reflecting those changes, to the agreements you are executing and send us the whole package by pdf and original?

We want to avoid any confusion in the future as to which Exhibits are operative.

Thanks.

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

**From:** Scott A. Humphries [mailto:SHumphries@gibbsbruns.com]
**Sent:** Monday, February 13, 2012 2:22 PM
**To:** Devine, Timothy
**Subject:** RE: Ally Materials

Yes, Tim, that'd be fine, thanks.

I'm sorry to hear about your loss.

Scott

**From:** Devine, Timothy [mailto:Timothy.Devine@ally.com]
**Sent:** Monday, February 13, 2012 1:14 PM
**To:** Scott A. Humphries
**Cc:** Kathy D. Patrick; David Sheeren
**Subject:** RE: Ally Materials

Thank you Scott.

I'm just back in the office after being out suddenly most of last week. We have had a death in the family.

I did see the note before I left and am eager to dig into it. I will be inclined to accommodate here and to process for final execution with the right parties included. We want to get the agreements properly in place.

I suggest though at very first glance that there may be two parts to the conversation. One, getting these agreements finalized so we can begin the next phase of our discussion. Two, though, we will want to discuss how to treat any similar changes going forward.

Do you mind if I review these tonight, circulate them internally to my teammates, and be back later in the week?

Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI 48265
(313) 656-3477

---

Confidential                                                                                                          ALLY_0142811

**From:** Scott A. Humphries [mailto:SHumphries@gibbsbruns.com]
**Sent:** Monday, February 06, 2012 5:53 PM
**To:** Devine, Timothy
**Cc:** Kathy D. Patrick; David Sheeren; shumphries@gibbsbruns.com
**Subject:** FW: Ally Materials

Good afternoon Tim,

Many thanks for the signed documents. I apologize, but upon reviewing our holdings data, we've realized we have the three substitutions for the deal list (3 to drop, 3 to add), as well as two corrections of the formal names of our clients on the list we sent you (Commerzbank and Prudential). Both changes are attached in the form of new exhibits. We're comfortable substituting these for the old exhibits if you'll confirm your agreement to do so as well (so you don't have to resign on your end). Just let me know, and we'll send back our countersignatures.

I've also attached our holdings data here.

Thanks,
Scott

**Scott A. Humphries**
**Gibbs & Bruns LLP**  1100 Louisiana, Suite 5300, Houston, Texas 77002
713.751.5248 (o) * **shumphries@gibbsbruns.com** * **www.gibbsbruns.com**

| AllyDeals OMITTED 2012-01-20 | AllyDeals ADDED 2012-02-01 |
|---|---|
| GMACM 2005-HE3 | RASC 2006-EMX6 |
| RAMP 2005-EFC7 | RASC 2006-EMX3 |
| RAMP 2005-RS9 | RASC 2005-AHL3 |

3