# Exhibit 12

| | |
|---|---|
| **From:** | David Sheeren <dsheeren@gibbsbruns.com> |
| **Sent:** | Thursday, March 22, 2012 2:09 PM |
| **To:** | Devine, Timothy |
| **Cc:** | Kathy D. Patrick; Scott A. Humphries |
| **Subject:** | Data Template |

Tim:

Attached, please find a template for the RMBS pool data and a blank sheet for the most frequent repurchase reps.

Thanks,
David

**David Sheeren**
**Gibbs & Bruns LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
713.751.5207 (o)
713.459.6278 (c)

1

| Collateral Type | Deal Count | Number of Loans | Percentage Alleging Breach | Percentage Repurchased | Deal Original Balance | Deal Current Balance | < 12 months Del | 12-24 months Del | 25-36 months Del | 36+ months Del | 60+ Days Del | Performing Balance | Liquidated | Total Realized Losses | Current Projected Trust Losses | Trailing 3 Month Severity | Modified but Performing | Percentage Future Default Rate on Performing | Percentage Future Default Rate on 60+ Delinquent | Percentage Future Default Rate on Modified but Performing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime | | | | | | | | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | | | | | | | |
| Subprime | | | | | | | | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | | | | | | | |
| Alt-A | | | | | | | | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | | | | | | | |
| Option ARM | | | | | | | | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | | | | | | | |