# Exhibit 13

Outlook E-mail

| | |
|---|---|
| **From:** | Lee, Gary S. |
| **Sent:** | 4/16/2012 12:02:39 PM |
| **To:** | Levitt, Jamie A.; Princi, Anthony; Newton, James A.; Lee, Gary S. |
| **Subject:** | FW: CONFIDENTIAL: Data Template |
| **Attachments** | Kathy Patrick Submission Templates 2012_4_16.xls |

---

**From:** Ruckdaschel, John
**Sent:** Monday, April 16, 2012 10:59 AM
**To:** kpatrick@gibbsbruns.com <kpatrick@gibbsbruns.com>
**Cc:** Hamzehpour, Tammy; Devine, Timothy; Smith, Bradley - (Dorsey & Whitney); Zellmann, Patty - MN
**Subject:** CONFIDENTIAL: Data Template

THIS EMAIL IS CONFIDENTIAL AND SUBJECT TO THE CONFIDENTIALITY AGREEMENT.

Hi, Kathy. Attached is the template populated with aggregated data we have been able to pull together over the past few weeks.

We have included various footnotes to provide clarification on certain of the columns. This is a big project for our business folks and some of the concepts or data points may be tracked by our servicing team in a different way than the template would call for. For example, they have information readily available for historic 90 + delinquencies (columns H, I, J and K), but not 60 + as originally suggested in the template. As a result, we would be happy to put together a meeting or call with the business to walk through all such items to the extent you and your colleagues have questions.

Please let us know your thoughts. Looking forward to our discussion.

Regards,

John G. Ruckdaschel
Ally | Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505
John.Ruckdaschel@ally.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

| Series | Year | Product |
|---|---|---|
| 2005-AA1 | 2005 | Alt-A |
| 2005-AF1 | 2005 | Alt-A |
| 2005-AR1 | 2005 | Prime |
| 2005-AR2 | 2005 | Prime |
| 2005-AR3 | 2005 | Prime |
| 2005-AR4 | 2005 | Prime |
| 2005-AR5 | 2005 | Prime |
| 2005-AR6 | 2005 | Prime |
| 2005-J1 | 2005 | Prime |
| 2006-AR1 | 2006 | Prime |
| 2006-AR2 | 2006 | Prime |
| 2005-HI1 | 2005 | HEL |
| 2005-HI2 | 2005 | HEL |
| 2005-HI3 | 2005 | HEL |
| 2005-HS1 | 2005 | HEL |
| 2005-HS2 | 2005 | HEL |
| 2006-HI1 | 2006 | HEL |
| 2006-HI2 | 2006 | HEL |
| 2006-HI5 | 2006 | HEL |
| 2006-HSA2 | 2006 | HEL |
| 2005-HE1 | 2005 | HEL |
| 2005-HE2 | 2005 | HEL |
| 2006-HE2 | 2006 | HEL |
| 2007-HE3 | 2007 | HEL |
| 2006-HI3 | 2006 | HEL |
| 2006-HI4 | 2006 | HEL |
| 2007-HSA2 | 2007 | HEL |
| 2007-HSA3 | 2007 | HEL |
| 2006-HLTV1 | 2006 | HEL |

**Footnote (8) data fields includes only 205 of the 234 transactions being requested.**

**The above listed transactions (29) are NOT included in the footnote (8) submission. This detail was not available for the following two subsets:**
    1.) 2nd lien securitization transactions
    2.) GMACM Residential (RESI) legacy securitization transactions.