# Exhibit 15

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

# GMAC ResCap

## DRAFT Litigation Claims

For Settlement Purposes Only – Subject to FRE 408
Attorney Client Privilege
April 19, 2012



PENGAD 800-631-6989

EXHIBIT

RC-9019_00093236



*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*



*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*



CONFIDENTIAL - PROFESSIONAL EYES ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

## Limitations and Scope

### *Limitations of Report*

- *The information contained herein has been prepared based upon financial and other data provided to FTI Consulting, Inc. ("FTI") from the management and staff of Residential Capital, LLC. ("ResCap" or the "Company"), its contract staff and advisors, or from other public sources FTI deemed to be reliable. FTI further relied on the assurance of management and staff of the Company and its advisors that they were unaware of any facts that would make the information provided to FTI by them incomplete or misleading.*

- *FTI has not subjected the information contained herein to an audit in accordance with generally accepted auditing or attestation standards or the Statement on Standards for Prospective Financial Information issued by the AICPA. Further, the work involved did not include a detailed review of any transactions, and cannot be expected to identify errors, irregularities or illegal acts, including fraud or defalcations that may exist. Accordingly, FTI cannot express an opinion or any other form of assurance on, and assumes no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, information and assessments upon which the enclosed report (the "Report") is presented.*

- *This Report is preliminary and for illustrative purposes only and is subject to further revision which may result in material changes.*

### *Limitations of Access and Distribution*

- *This Report contains information on the Company and is being provided on a strictly confidential and privileged basis. This Report is provided for the sole use of the management of ResCap, their legal counsel and financial advisors. Distribution of this Report or any portions thereof to any persons other than management of ResCap, their legal counsel and financial advisors is prohibited without FTI's written consent. By accepting a copy of this Report, each recipient agrees to keep all information contained herein confidential.*

- *Each person that should obtain and read this Report agrees to the following terms:*

  - *The reader acknowledges that much of the information contained within this Report is non-public and should be considered confidential.*

  - *The reader agrees that he/she does not acquire any rights as a result of such access that it would not otherwise have had and acknowledges that FTI does not assume any duties or obligations to the reader in connection with such access.*

  - *The reader agrees to release FTI and its personnel from any claim by the reader that arises as a result of the reader having inappropriate and/or unlawful access to the Report.*

  - *FTI has no responsibility to update the Report for events or circumstances occurring after the date of the Report.*

*April 19, 2012*         **ATTORNEY – CLIENT PRIVILEGE**
*DRAFT – SUBJECT TO MATERIAL CHANGE*       **PREPARED IN ANTICIPATION OF LITIGATION**      2



RC-9019_00093237

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093238

## Executive Summary | Key Base Case Assumptions

REDACTED



REDACTED

FOR SETTLEMENT DISCUSSION PURPOSES ONLY

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00083239

*April 19, 2012*
***DRAFT – SUBJECT TO MATERIAL CHANGE***

***ATTORNEY – CLIENT PRIVILEGE***
***PREPARED IN ANTICIPATION OF LITIGATION***

4



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093240

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093241

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

6



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*



RC-9019_00093242

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00083243



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093244

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*



*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*



*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

9



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093245

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

10



REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093246

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

11



*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

# Appendix

RC-9019_00093247

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*



*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093248

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

13



*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093249

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

14



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093250

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

15



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

RC-9019_00093251

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

16



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093252

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

17



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00083253

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

*April 19, 2012*
***DRAFT – SUBJECT TO MATERIAL CHANGE***

***ATTORNEY – CLIENT PRIVILEGE***
***PREPARED IN ANTICIPATION OF LITIGATION***

18





**GMAC ResCap**

DRAFT Litigation Claims

For Settlement Purposes Only - Subject to FRE 408
Attorney Client Privilege
April 19, 2012

FOR SETTLEMENT DISCUSSION PURPOSES ONLY




FTI CONSULTING

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

## Limitations and Scope

### *Limitations of Report*

- *The information contained herein has been prepared based upon financial and other data provided to FTI Consulting, Inc. ("FTI") from the management and staff of Residential Capital, LLC. ("ResCap" or the "Company"), its contract staff and advisors, or from other public sources FTI deemed to be reliable. FTI further relied on the assurance of management and staff of the Company and its advisors that they were unaware of any facts that would make the information provided to FTI by them incomplete or misleading.*

- *FTI has not subjected the information contained herein to an audit in accordance with generally accepted auditing or attestation standards or the Statement on Standards for Prospective Financial Information issued by the AICPA. Further, the work involved did not include a detailed review of any transactions, and cannot be expected to identify errors, irregularities or illegal acts, including fraud or defalcations that may exist. Accordingly, FTI cannot express an opinion or any other form of assurance on, and assumes no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, information and assessments upon which the enclosed report (the "Report") is presented.*

- *This Report is preliminary and for illustrative purposes only and is subject to further revision which may result in material changes.*

### *Limitations of Access and Distribution*

- *This Report contains information on the Company and is being provided on a strictly confidential and privileged basis. This Report is provided for the sole use of the management of ResCap, their legal counsel and financial advisors. Distribution of this Report or any portions thereof to any persons other than management of ResCap, their legal counsel and financial advisors is prohibited without FTI's written consent. By accepting a copy of this Report, each recipient agrees to keep all information contained herein confidential.*

- *Each person that should obtain and read this Report agrees to the following terms:*

  - *The reader acknowledges that much of the information contained within this Report is non-public and should be considered confidential.*

  - *The reader agrees that he/she does not acquire any rights as a result of such access that it would not otherwise have had and acknowledges that FTI does not assume any duties or obligations to the reader in connection with such access.*

  - *The reader agrees to release FTI and its personnel from any claim by the reader that arises as a result of the reader having inappropriate and/or unlawful access to the Report.*

  - *FTI has no responsibility to update the Report for events or circumstances occurring after the date of the Report.*

RC-9019_00083255

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

2



REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093256

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

3



*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093257

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

4



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

RC-9019_00093258

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

5



REDACTED

FOR SETTLEMENT DISCUSSION PURPOSES ONLY

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093259

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

6

FTI CONSULTING

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

*April 19, 2012*
**DRAFT – SUBJECT TO MATERIAL CHANGE**

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

7



RC-9019_00093260

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093261

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

8

FTI
CONSULTING

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00083262



*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*



*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

9



*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093263

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

10



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

11



RC-9019_00093264

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

# Appendix

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*



RC-9019_00093265

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

13



RC-9019_00093266

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

RC-9019_00093267

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

14



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

RC-9019_00093268

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

15



*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093269

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*



*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

CONFIDENTIAL - PROFESSIONAL EYES' ONLY

RC-9019_00093270

*April 19, 2012*
*DRAFT – SUBJECT TO MATERIAL CHANGE*

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

17



CONFIDENTIAL - PROFESSIONAL EYES' ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

RC-9019_00083271

*April 19, 2012*
***DRAFT – SUBJECT TO MATERIAL CHANGE***

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

18

