# Exhibit 16

FOR SETTLEMENT DISCUSSION PURPOSES ONLY
SUBJECT TO MATERIAL CHANGE

ATTORNEY – CLIENT PRIVILEGE
PREPARED IN ANTICIPATION OF LITIGATION

FTI CONSULTING

# GMAC ResCap

## Discussion Materials

### For Settlement Purposes Only – Subject to FRE 408

May 3, 2012

CENTERVIEW PARTNERS

CONFIDENTIAL

RC-9019_00047844

CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

RC-9019_00047845



CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED

RC-9019_00047846



CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED



CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED



CONFIDENTIAL

FOR SETTLEMENT DISCUSSION PURPOSES ONLY
SUBJECT TO MATERIAL CHANGE

REDACTED



CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

RC-9019_00047850



CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

RC-9019_00047851

CENTER|VIEW PARTNERS      *ATTORNEY – CLIENT PRIVILEGE*
                          *PREPARED IN ANTICIPATION OF LITIGATION*      8      FTI CONSULTING

CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

RC-9019_00047852



CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*

REDACTED



CONFIDENTIAL

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

RC-9019_00047854

CENTER|VIEW PARTNERS

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

11

