# Exhibit 18

Outlook E-mail

**From:** Renzi, Mark
**Sent:** 4/30/2012 9:07:56 PM
**To:** Timothy.Devine@ally.com; Levitt, Jamie A.; Lee, Gary S.
**Cc:** Nolan, William; Park, Liz; Szymik, Filip; Renzi, Mark
**Subject:** RE: Bounce - Discussion Materials (04-25-12)_Distribution File.pptx
**Attachments** Bounce - Discussion Materials (04-25-12)_Distribution File v1.pdf

Tim, Jamie and Gary,

Attached please find the presentation that we reviewed with Kathy Patrick last week and please forward to the appropriate parties. Please note the following caveats:

- The presentation has been prepared based upon financial and other data provided to FTI Consulting, Inc. ("FTI") from the management and staff of Residential Capital, LLC. ("ResCap" or the "Company"),

- The presentation is preliminary and for illustrative purposes only and is subject to further revision which may result in material changes.

- The presentation contains material nonpublic information regarding the Company and is being provided on a strictly confidential and privileged basis.

Let us know if this is ok to send out or if you have any changes.

Regards,

**Mark A. RENZI** <<Bounce - Discussion Materials (04-25-12)_Distribution File v1.pdf>>
Managing Director | Corporate Finance

**F T I Consulting**
617.897.1528 direct
617.785.0177 mobile
617.897.1510 fax
Mark.Renzi@FTIConsulting.com

200 State Street, 8th Floor

Boston, MA 02109

www.fticonsulting.com

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

Pg 3 of 13

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

# GMAC ResCap

## Discussion Materials

## For Settlement Purposes Only – Subject to FRE 408
## April 25, 2012

CENTER|VIEW PARTNERS

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

FTI CONSULTING

CONFIDENTIAL – PROFESSIONALS' EYES ONLY
RC-9019_00047831

Pg 4 of 13

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

CENTERVIEW PARTNERS

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

2

F T I
CONSULTING

RC-9019_00047832

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

RC-9019_00047833



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00047834

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

CENTER|VIEW PARTNERS

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

4



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

***FOR SETTLEMENT DISCUSSION PURPOSES ONLY***
***SUBJECT TO MATERIAL CHANGE***

REDACTED



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

FOR SETTLEMENT DISCUSSION PURPOSES ONLY
SUBJECT TO MATERIAL CHANGE

REDACTED



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_00047837

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

REDACTED

*ATTORNEY – CLIENT PRIVILEGE*
*PREPARED IN ANTICIPATION OF LITIGATION*

CENTER|VIEW PARTNERS

FTI CONSULTING

7

CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_0047838

FOR SETTLEMENT DISCUSSION PURPOSES ONLY
SUBJECT TO MATERIAL CHANGE

REDACTED



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

***FOR SETTLEMENT DISCUSSION PURPOSES ONLY***
***SUBJECT TO MATERIAL CHANGE***

REDACTED

RC-9019_00047839



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

FOR SETTLEMENT DISCUSSION PURPOSES ONLY
SUBJECT TO MATERIAL CHANGE

REDACTED



CONFIDENTIAL – PROFESSIONALS' EYES ONLY

RC-9019_0047841

REDACTED

*FOR SETTLEMENT DISCUSSION PURPOSES ONLY*
*SUBJECT TO MATERIAL CHANGE*

