# Exhibit 19

Outlook E-mail

**From:** Devine, Timothy
**Sent:** 4/30/2012 4:02:03 PM
**To:** Lee, Gary S.; Ruckdaschel, John
**Cc:** Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Cieri, Richard M.; Schrock, Ray C.; Zellmann, Patty - MN; Levitt, Jamie A.; mark.renzi@fticonsulting.com
**Subject:** RE: Kathy Patrick, FHFA, MBIA, etc

Good. Thanks.

Let's set FHFA for Wednesday aftn, 1 – 3 pm, and target MBIA and FGIC for Thursday morning in separate 60 minute meetings. Thanks.  Tim

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---

**From:** Lee, Gary S. [mailto:GLee@mofo.com]
**Sent:** Monday, April 30, 2012 3:51 PM
**To:** Ruckdaschel, John; Devine, Timothy
**Cc:** Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Cieri, Richard M.; Schrock, Ray C.; Zellmann, Patty - MN; Levitt, Jamie A.; mark.renzi@fticonsulting.com
**Subject:** RE: Kathy Patrick, FHFA, MBIA, etc

Thanks John (defer to Tim and Tammy here).

Tim, I had a call from Kathy who laid out what she wants in the next deck (and asked if it can be delivered before the meeting with her clients):

1. A one page document which shows where the collateral sits (by legal entity) and who has rights to it (Ally, JSBs etc). We have this already.

2. Extend the waterfall up to Rescap LLC and down to Ally and JSBs (we have this too). She wants to see how the deficiency claim arises.

Mark, can you circulate 1 and 2 to this group.

She indicated that her group has 9 non-wrapped GMACM deals and wants to see a PLS recovery at GMACM. I asked her to be specific on what she thought the percentage was and she will come back to us with numbers.

She is going to call you re FHFA and Freddie.

Regards,


Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
T. 212.468.8042
F. 212.468.7900
glee@mofo.com

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                                                              RC-9019_00061485

**From:** Ruckdaschel, John [mailto:John.Ruckdaschel@ally.com]
**Sent:** Monday, April 30, 2012 3:23 PM
**To:** Devine, Timothy; Lee, Gary S.
**Cc:** Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Cieri, Richard M.; Schrock, Ray C.; Zellmann, Patty - MN; Levitt, Jamie A.
**Subject:** RE: Kathy Patrick, FHFA, MBIA, etc

Hi, all. Attached is what Cancellieri was able to put together (first attachment) on Friday. I would like to send it to KP, so please let me know that is OK. The only change from what you have seen previously is the aggregated numbers in the lower right-hand table now include by loan count, as well as principal balance.

As far as Scott Humphries' additional question (second attachment), Jeff is running the search and will have an update for me at the end of today. You'll recall that he thought it could be done, but would take a few days and might not be reliable.

John G. Ruckdaschel
Ally | Legal – Capital Markets and Treasury
8400 Normandale Lake Blvd., Suite 350
Minneapolis, Minnesota 55437
T + 952 857-7251 | F + 952 857-7505
John.Ruckdaschel@ally.com

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

---

**From:** Devine, Timothy
**Sent:** Monday, April 30, 2012 12:46 PM
**To:** Lee, Gary S.; Ruckdaschel, John
**Cc:** Hamzehpour, Tammy; Thompson, William - Legal Dept - PA; Cieri, Richard M.; Schrock, Ray C.; Zellmann, Patty - MN; Levitt, Jamie A.
**Subject:** Kathy Patrick, FHFA, MBIA, etc

John R:

Will you please provide update to the team re: any additional data KP has requested re GSE repurchase experience, etc.?

Gary:

(1) What if anything do we need from KP to update our deck for a KP Steering Committee presentation?

(2) In light of all we know now, (a) do you need more info to help clarify monolines waterfall picture and (b) what is the monolines waterfall picture? ☺

All:

I know FHFA is hoping for a meeting Wednesday. I think we should target a KP Steering Committee meeting for same day, along with one-hour sessions with MBIA and FGIC respectively. Does that work for you all? Is that workable from a workload/prep perspective?

Depending on feedback from you all, I can reach out to KP, to MBIA, and to FHFA to confirm. I don't have any sort of longstanding relationship with FGIC inhouse counsel or businessperson, so we might ask our trial counsel to ask their inhouse counsel to call me or Tammy or Bill T.

Thanks.

Tim

CONFIDENTIAL – PROFESSIONALS' EYES ONLY                              RC-9019_00061486

Timothy A. Devine
Chief Counsel - Litigation
Ally Financial Inc. Legal Staff
200 Renaissance Center
M/C: 482-B09-B11
Detroit, MI  48265
(313) 656-3477

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------